# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Wolfire Games, LLC, William Herbert and Daniel Escobar, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Valve Corporation<br><br>    Defendant. | CASE NO. 2:21-CV-563<br><br>**FED. R. CIV. P. 7.1 STATEMENT OF WOLFIRE GAMES, LLC** |

Pursuant to Fed. R. Civ. P. and Local Rule 7.1, Plaintiff Wolfire Games, LLC states that it has no parent corporation, that no publicly held corporation owns 10% or more of its stock, and that David Isaac Rosen is its sole owner.

7.1 STATEMENT
CASE NO. 2:21-CV-563

1

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

DATED: April 27, 2021

| | |
|---|---|
| CONSTANTINE CANNON LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  /s/ Alicia Cobb
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

| | |
|---|---|
| David D. Golden (*pro hac vice* forthcoming)<br>1001 Pennsylvania Avenue, NW, Suite 1300N<br>Washington, DC 20004<br>Telephone: (202) 204-3500<br>Email: dgolden@constantinecannon.com<br><br>A. Owen Glist (*pro hac vice* forthcoming)<br>Ankur Kapoor (*pro hac vice* forthcoming)<br>Jeffrey I. Shinder (*pro hac vice* forthcoming)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Email: akapoor@constantinecannon.com | Steig D. Olson (*pro hac vice* forthcoming)<br>David D. LeRay (*pro hac vice* forthcoming)<br>Shane Seppinni (*pro hac vice* forthcoming)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Email: steigolson@quinnemanuel.com<br><br>Adam B. Wolfson (*pro hac vice* forthcoming)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Email: adamwolfson@quinnemanuel.com<br><br>Charles B. Stevens (*pro hac vice* forthcoming)<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Email: charliestevens@quinnemanuel.com |

<u>*Attorneys for Plaintiffs*</u>

7.1 STATEMENT
CASE NO. 2:21-CV-563

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000