Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, William Herbert and Daniel Escobar, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> VALVE CORPORATION, <br><br> Defendant. | Case No. 2:21-CV-563 <br><br> **NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION** |

Pursuant to Local Rule 3(h), Wolfire Games, LLC, William Herbert and Daniel Escobar, individually and on behalf of all others similarly situated ("Plaintiffs") respectfully submit this Notice of Pendency of Other Action in Another Jurisdiction to provide notice of the following case: *Sean Colvin, et al. v. Valve Corporation, et al.*, 2:2021-cv-00801 (C.D. Cal.).

There is some limited overlap between this action and the *Colvin* action, and there are also differences. *Colvin* is a putative class action brought under the antitrust laws against Valve Corporation on behalf of two proposed classes of consumers who purchased personal computer ("PC") games, along with two proposed subclasses of parents who purchased games for their children or dependents but did not play the games themselves. Plaintiffs' action is brought on behalf of a class of video game developers and consumers who purchased or sold a PC game on the Steam store operated by Valve Corporation. Both *Colvin* and Plaintiffs bring claims for violations of the

Notice Of Pendency
Case No. 2:21-CV-563
-1-

Quinn Emanuel Urquhart & Sullivan, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

Sherman Act (15 U.S.C. §§ 1-2). However, Plaintiffs' case includes additional claims under the Washington State Consumer Protection Act (RCW 19.86). While the *Colvin* action focuses on the alleged use of most favored nations clauses in Valve contracts, Plaintiffs' case addresses a broader set of allegedly anticompetitive conduct.

At this stage in the litigation, Plaintiffs do not believe that transfer is necessary pursuant to 28 U.S.C. § 1407. Plaintiffs do believe, however, that coordination between the actions, particularly with regard to conducting discovery, might conserve resources and promote an efficient determination of the action.

DATED May 4, 2021

CONSTANTINE CANNON LLP

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
aliciacobb@quinnemanuel.com

David D. Golden (*pro hac vice*)
1001 Pennsylvania Avenue, NW,
Suite 1300N
Washington, DC 20004
Telephone: (202) 204-3500
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice pending*)
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
akapoor@constantinecannon.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice pending*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
steigolson@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com

Charles B. Stevens (*pro hac vice*)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
charliestevens@quinnemanuel.com

*Attorneys for Plaintiffs*

NOTICE OF PENDENCY
CASE NO. 2:21-CV-563
-2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record.

DATED: May 4, 2021.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

NOTICE OF PENDENCY
CASE NO. 2:21-CV-563
-3-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000