1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

WOLFIRE GAMES LLC ET AL.,

8

Plaintiff(s),

9

v.

CASE NO. 2:21−cv−00563−JCC

10

VALVE CORPORATION,

11

ORDER SETTING STATUS
CONFERENCE

12

Defendant(s).

13

14

15

16    The attorney who will be responsible for trying the case, or that attorney's

17   representative, should attend the conference and be prepared to discuss the

      following matters at the conference:

18

19      1. An estimate of the number of days that will be needed for trial;

20      2. The date by which the case will be ready for trial;

21      3. Whether the parties intend to mediate pursuant to LCR 39.1 and, if so,
          when the parties expect to complete mediation;

22

23   //

      //
24
      //
25
      //
26
      //
27   //

28

1    If counsel's office is outside of the Greater Metropolitan Seattle area,

2  local counsel should attend on behalf of non–local counsel. If local counsel is

3  unavailable, non–local counsel may make arrangements to participate

4  telephonically in the conference by contacting the Courtroom Deputy Clerk at

5  **gabriel_traber@wawd.uscourts.gov** at least TEN (10) DAYS in advance of the

   proceeding.

6    Counsel do NOT need to file a Joint Status Report or Rule 26(f) Report in

7  advance of the Status Conference. Counsel should plan on arriving 10–15

8  minutes early to check in with the Courtroom Deputy Clerk as the Court's

   calendar promptly begins at 9:00 a.m.

9

10    COUNSEL OR THE PRO SE PARTY WHO FILED THIS MATTER

   SHALL IMMEDIATELY NOTIFY ALL PARTIES OF THE DATE AND TIME

11  OF THE SCHEDULED STATUS CONFERENCE.

12    A Status Conference is set for **August 31, 2021 at 09:00 AM** in

13  Courtroom 16206 before United States District Judge John C. Coughenour.

14

15  DATED: May 6, 2021                    _____/s/ *Gabriel Traber*_____

16                                        Courtroom Deputy Clerk for
                                          United States District Judge
17                                        John C. Coughenour

18

19

20

21

22

23

24

25

26

27

28