The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, William Herbert and Daniel Escobar, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>   v.<br><br>Valve Corporation,<br><br>                        Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**NOTICE OF APPEARANCE**<br><br>**[CLERK'S ACTION REQUIRED]** |

PLEASE TAKE NOTICE that Defendant Valve Corporation, without waiving any defenses it may have based on lack of jurisdiction, lack of venue, insufficiency of process, insufficiency of service of process, or failure of the complaint to state a claim upon which relief may be granted, and specifically and expressly reserving its right to raise these defenses by motion, answer, or otherwise, hereby enters its appearance through the undersigned attorneys of record. Service of all further papers and pleadings in this matter, except original process, shall be made upon the undersigned attorneys at the address below:

NOTICE OF APPEARANCE (2:21-CV-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

122756992

| | |
|---|---|
| 1 | Gavin W. Skok |
| 2 | Laura P. Hansen |
|   | FOX ROTHSCHILD LLP |
| 3 | 1001 Fourth Avenue, Suite 4500 |
|   | Seattle, WA  98154 |
| 4 | Ph.     (206) 624-3600 |
| 5 | Fax     (206) 389-1708 |
|   | Email: gskok@foxrothschild.com |
| 6 |              lhansen@foxrothschild.com |
| 7 | |
| 8 | DATED this 17th day of May, 2021. |
| 9 | FOX ROTHSCHILD LLP |
| 10 | |
| 11 | *s/ Gavin W. Skok* |
|    | Gavin W. Skok, WSBA #29766 |
| 12 | |
| 13 | *s/ Laura P. Hansen* |
|    | Laura P. Hansen, WSBA #48669 |
| 14 | |
| 15 | *Attorneys for Defendant Valve Corporation* |

NOTICE OF APPEARANCE (2:21-CV-00563-JCC) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

122756992

# CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Alicia Cobb<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Ph. 206-905-7000<br>Fax 206-905-7100<br>Email: aliciacobb@quinnemanuel.com<br><br>A. Owen Glist<br>Ankur Kapoor<br>Jeffrey I. Shinder<br>CONSTANTINE CANNON LLP<br>335 Madison Ave., 9th Floor<br>New York, NY 10017<br>Ph. 212-350-2776<br>Fax 212-350-2701<br>Email: oglist@constantinecannon.com<br>akapoor@constantinecannon.com<br>jshinder@constantinecannon.com<br><br>Adam Wolfson<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Ph. 213-443-3000<br>Email: adamwolfson@quinnemanuel.com<br><br>Charles Stevens<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Ph. 415-875-6600<br>Email: charliestevens@quinnemanuel.com | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

NOTICE OF APPEARANCE (2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

122756992

David Golden
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, DC  20004
Ph. 202-204-4527
Email: dgolden@constantinecannon.com

David Du LeRay
Steig David Olson
Shane Seppinni
QUINN EMANUEL URQYHART & SULLIVAN
51 Madison Ave., 22nd Floor
New York, NY  10010
Ph. 212-849-7630
Email: davidleray@quinnemanuel.com
steigolson@quinnemanuel.com
shaneseppinni@quinnemanuel.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 17th day of May, 2021, in Seattle, Washington.

*Marina Krylov*
Marina Krylov

NOTICE OF APPEARANCE (2:21-CV-00563-JCC) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

122756992