THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, WILLIAM HERBERT and DANIEL ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>Defendant. | Civil Action No. 2:21-cv-00563-JCC |
| SEAN COLVIN, EVERETT STEPHENS, RYAN LALLY, SUSANN DAVIS, and HOPE MARCHIONDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>Defendant. | Civil Action No. 2:21-cv-00650-JCC<br><br>**STIPULATED MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42 AND TO EXTEND DEADLINES**<br><br>NOTE ON MOTION CALENDAR: May 19, 2021 |

Pursuant to Local Rule 42(a), Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation (collectively with Plaintiffs, the "Parties") respectfully submit this Stipulated Motion to Consolidate Related Actions and to Extend

STIP. MOT. TO CONSOLIDATE AND EXTEND DEADLINES
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

Deadlines.

This Stipulated Motion seeks to consolidate two related actions currently pending in this Court: *Wolfire Games et al. v. Valve Corporation*, Case No. 2:21-cv-00563-JCC (W.D. Wash.) ("*Wolfire*"), and *Sean Colvin et al. v. Valve Corporation*, 2:21-cv-00650-JCC (W.D. Wash.) ("*Colvin*").

The *Wolfire* and *Colvin* actions involve claims asserted on behalf of overlapping putative classes regarding allegedly anticompetitive conduct against the same Defendant. Consolidating the cases under Local 42 will promote efficiency and conserve judicial resources, as well as the Parties' resources.

The Parties therefore stipulate that the Court should consolidate the *Colvin* action into the *Wolfire* action.

The Parties also stipulate and agree that, if the Court consolidates the *Wolfire* and *Colvin* cases, Plaintiffs will file a single consolidated complaint in the consolidated action.

The Parties jointly request that the Court set certain case deadlines in the consolidated action as follows:

- June 11, 2021:  Deadline for Plaintiffs to file consolidated amended complaint;

- July 26, 2021:  Deadline for Defendant to respond to consolidated amended complaint;

- August 30, 2021:  Deadline for Plaintiffs' Opposition to any motion filed in response to the consolidated amended complaint; and

- September 17, 2021:  Deadline for Defendant's Reply in support of any motion filed in response to the consolidated amended complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIP. MOT. TO CONSOLIDATE AND EXTEND DEADLINES
(2:21-CV-00563-JCC)- 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

DATED May 19, 2021.

| | |
|---|---|
| */s/ Alicia Cobb* | */s/ Gavin W. Skok* |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Gavin W. Skok, WSBA #29766<br>Laura P. Hansen, WSBA #48669<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, Washington 98154<br>Phone (206) 624-3600<br>Fax (206) 389-1708<br>gskok@foxrothschild.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Shane Seppinni (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | *Attorneys for Defendant Valve Corporation* |

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Phone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527

STIP. MOT. TO CONSOLIDATE AND EXTEND DEADLINES
(2:21-CV-00563-JCC)- 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice pending*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar*

Kenneth J. Rubin (*pro hac vice forthcoming*)
Timothy B. McGranor (*pro hac vice forthcoming*)
Kara M. Mundy (*pro hac vice forthcoming*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice forthcoming*)
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Phone (949) 526-7903
Fax (949) 383-2384
tnmccormick@vorys.com

*Attorneys for Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda*

STIP. MOT. TO CONSOLIDATE AND EXTEND DEADLINES
(2:21-CV-00563-JCC)- 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED May 19, 2021.

>      /s/ Alicia Cobb
>      Alicia Cobb, WSBA #48685

STIP. MOT. TO CONSOLIDATE AND EXTEND DEADLINES
(2:21-CV-00563-JCC)- 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000