|   |   |
|---|---|
| | THE HONORABLE JOHN C. COUGHENOUR |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| WOLFIRE GAMES, LLC, WILLIAM HERBERT and DANIEL ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>Defendant. | Civil Action No. 2:21-cv-00563-JCC |
| SEAN COLVIN, EVERETT STEPHENS, RYAN LALLY, SUSANN DAVIS, and HOPE MARCHIONDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>Defendant. | Civil Action No. 2:21-cv-00650-JCC<br><br>[PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42 AND TO EXTEND DEADLINES |

Having fully considered the Stipulated Motion to Consolidate Related Actions Under Local Rule 42 and to Extend Deadlines ("Stipulated Motion") submitted by Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation (collectively with

[PROPOSED] ORDER RE: CONSOLIDATION AND DEADLINES
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

Plaintiffs, the "Parties"), IT IS HEREBY ORDERED:

1. The Stipulated Motion is GRANTED for the reasons set forth therein.

2. The following two matters are consolidated for all purposes:

- *Wolfire Games et al. v. Valve Corporation*, Case No. 2:21-cv-00563-JCC (W.D. Wash.)
- *Sean Colvin et al. v. Valve Corporation*, 2:21-cv-00650-JCC (W.D. Wash.)

3. The Court sets the following deadlines in the consolidated action:

- June 11, 2021: Deadline for Plaintiffs to file consolidated amended complaint
- July 26, 2021: Deadline for Defendant to respond to consolidated amended complaint
- August 30, 2021: Deadline for Plaintiffs' Opposition to any motion filed in response to the consolidated amended complaint
- September 17, 2021: Deadline for Defendant's Reply in support of any motion filed in response to the consolidated amended complaint

DATED this 20th day of May 2021.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: CONSOLIDATION AND DEADLINES
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

| | | |
|---|---|---|
| 1 | Presented by: | |
| 2 | */s/ Alicia Cobb* | */s/ Gavin W. Skok* |
| 3 | Alicia Cobb, WSBA #48685 | Gavin W. Skok, WSBA #29766 |
| | QUINN EMANUEL URQUHART & | Laura P. Hansen, WSBA #48669 |
| 4 | SULLIVAN, LLP | FOX ROTHSCHILD LLP |
| | 1109 First Avenue, Suite 210 | 1001 Fourth Avenue, Suite 4500 |
| 5 | Seattle, Washington 98101 | Seattle, Washington 98154 |
| | Phone (206) 905-7000 | Phone (206) 624-3600 |
| 6 | Fax (206) 905-7100 | Fax (206) 389-1708 |
| 7 | aliciacobb@quinnemanuel.com | gskok@foxrothschild.com |
| 8 | Steig D. Olson (*pro hac vice*) | *Attorneys for Defendant Valve Corporation* |
| | David LeRay (*pro hac vice*) | |
| 9 | Shane Seppinni (*pro hac vice*) | |
| | QUINN EMANUEL URQUHART & | |
| 10 | SULLIVAN, LLP | |
| 11 | 51 Madison Avenue | |
| | New York, New York 10010 | |
| 12 | Phone (212) 849-7231 | |
| 13 | Fax (212) 849-7100 | |
| | steigolson@quinnemanuel.com | |
| 14 | | |
| | Adam Wolfson (*pro hac vice*) | |
| 15 | QUINN EMANUEL URQUHART & | |
| | SULLIVAN, LLP | |
| 16 | 865 S. Figueroa St., 10th Floor | |
| 17 | Los Angeles, California 90017 | |
| | Phone (213) 443-3285 | |
| 18 | Fax (213) 443-3100 | |
| | adamwolfson@quinnemanuel.com | |
| 19 | | |
| 20 | Charles Stevens (*pro hac vice*) | |
| | QUINN EMANUEL URQUHART & | |
| 21 | SULLIVAN, LLP | |
| | 50 California St., 22nd Floor | |
| 22 | San Francisco, CA 94111 | |
| | Phone (415) 875-6600 | |
| 23 | Fax (415) 875-6700 | |
| 24 | charliestevens@quinnemanuel.com | |
| 25 | David Golden (*pro hac vice*) | |
| | CONSTANTINE CANNON LLP | |
| 26 | 1001 Pennsylvania Ave., 22nd Floor | |
| | Washington, D.C. 20004 | |
| 27 | Phone (202) 204-4527 | |

[PROPOSED] ORDER RE: CONSOLIDATION AND DEADLINES
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

| | |
|---|---|
| 1 | Fax (202) 204-3501 |
| 2 | dgolden@constantinecannon.com |
| 3 | A. Owen Glist (*pro hac vice*) |
| | Ankur Kapoor (*pro hac vice*) |
| 4 | Jeffrey I. Shinder (*pro hac vice pending*) |
| | CONSTANTINE CANNON LLP |
| 5 | 335 Madison Avenue, 9th Floor |
| | New York, NY 10017 |
| 6 | Phone (212) 350-2700 |
| 7 | Fax (212) 350-2701 |
| | oglist@constantinecannon.com |
| 8 | |
| 9 | *Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar* |
| 10 | |
| | Kenneth J. Rubin (*pro hac vice forthcoming*) |
| 11 | |
| | Timothy B. McGranor (*pro hac vice forthcoming*) |
| 12 | |
| | Kara M. Mundy (*pro hac vice forthcoming*) |
| 13 | VORYS, SATER, SEYMOUR AND |
| 14 | PEASE LLP |
| | 52 East Gay Street |
| 15 | Columbus, Ohio 43215 |
| | Phone (614) 464-6400 |
| 16 | Fax (614) 719-4796 |
| | kjrubin@vorys.com |
| 17 | tbmcgranor@vorys.com |
| 18 | kmmundy@vorys.com |
| 19 | Thomas N. McCormick (*pro hac vice forthcoming*) |
| 20 | VORYS, SATER, SEYMOUR AND |
| | PEASE LLP |
| 21 | 4675 MacArthur Court |
| 22 | Suite 700 |
| | Newport Beach, California 92660 |
| 23 | Phone (949) 526-7903 |
| | Fax (949) 383-2384 |
| 24 | tnmccormick@vorys.com |
| 25 | |
| | *Attorneys for Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda* |
| 26 | |
| 27 | |

[PROPOSED] ORDER RE: CONSOLIDATION AND DEADLINES
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED May 20, 2021.

                                        */s/ Alicia Cobb*
                                        Alicia Cobb, WSBA #48685

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: CONSOLIDATION AND DEADLINES
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000