The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, William Herbert and Daniel Escobar, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC |
| SEAN COLVIN, EVERETT STEPHENS, RYAN LALLY, SUSANN DAVIS, and HOPE MARCHIONDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00650-JCC<br><br>**(PROPOSED)**<br><br>**ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAYING CLAIMS** |

ORDER GRANTING VALVE CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAYING CLAIMS (2:21-CV-00563-JCC) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

123310788

1    This matter came before the Court on Defendant Valve Corporation's ("Valve") Motion to Compel Arbitration. The Court, having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, HEREBY ORDERS THAT:

 1. Valve's Motion to Compel Arbitration is GRANTED.
 2. Plaintiffs William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda shall individually arbitrate all claims against Valve pursuant to the arbitration agreement in the Steam Subscriber Agreement.
 3. All claims asserted against Valve by all Plaintiffs are stayed pending completion of all arbitrations.

IT IS SO ORDERED.

DATED this ____ day of _____, 2021.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

FOX ROTHSCHILD LLP

   *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669

*Attorneys for Defendant Valve Corporation*

ORDER GRANTING VALVE CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAYING CLAIMS
(2:21-CV-00563-JCC) - 2

123310788

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600