DocuSign Envelope ID: 21F34757-D58F-4C1C-ACF5-F48976D0A3F1

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, William Herbert and Daniel Escobar, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC |
| SEAN COLVIN, EVERETT STEPHENS, RYAN LALLY, SUSANN DAVIS, and HOPE MARCHIONDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00650-JCC<br><br>**DECLARATION OF CHRISTOPHER BOYD IN SUPPORT OF DEFENDANT VALVE CORPORATION'S MOTION TO COMPEL ARBITRATION** |

BOYD DECLARATION IN SUPPORT OF MOTION TO
COMPEL ARBITRATION (2:21-CV-00563-JCC) - 1

123787400.2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

I, Christopher Boyd, declare as follows:

1. I have been employed by Valve Corporation since 2008. I am a Software Engineer at Valve, with responsibility for various aspects of our Steam service. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge.

2. Valve develops and distributes video games and content for use on personal computers. Valve also operates the Steam digital distribution and online gaming platform. Steam includes (1) an online store, where users can purchase subscriptions and licenses for video games that can be played online, digital content, and virtual items related to games, and (2) features such as matchmaking, achievement tracking, game updates, and a library to store games.

3. Steam is free to use, but all users are required to first create a Steam account. As part of the account-creation process, the user is presented with the Steam Subscriber Agreement ("SSA"), which is also publicly accessible any time at https://store.steampowered.com/subscriber_agreement/.

4. All users must accept the Steam Subscriber Agreement before creating a Steam account. From 2017 to the present, users could create Steam accounts in several different ways: through the "Create Your Account" webpage accessed through the Steam website, through the Steam "client" (software users download onto their computers), or by using Big Picture mode (a method of displaying the Steam client on a TV connected to a user's computer). While there were minor differences in how the account-creation process looked in each method, at all times from January 1, 2017 to the present, a user could not create a Steam account through any of these methods without affirmatively accepting the SSA by either clicking a checkbox or clicking a button to indicate agreement.

5. At all times since at least January 1, 2017, the SSA was (and continues to be) easily accessible on the account-creation screen either because the entire SSA was presented on the same account-creation screen or through a hyperlink to the words "Steam Subscriber Agreement" in the sentence requiring acceptance. Attached as **Exhibit A** are accurate

BOYD DECLARATION IN SUPPORT OF MOTION TO
COMPEL ARBITRATION (2:21-CV-00563-JCC) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

123787400.2

1  screenshots showing an example of the presentation of the SSA, and the requirement to agree to it, during the Steam account-creation process through the "Create Your Account" webpage accessed through the Steam website.

6. Purchases may be made on Steam only through a Steam account, created as discussed above. Persons who purchase video games on Steam must agree anew to the SSA with each purchase. Specifically, before Steam will allow a purchaser to complete any purchase for a new video game—regardless of whether Valve or a third party developed and published the game—the purchaser must click a checkbox that states, "I agree to the terms of the Steam Subscriber Agreement." The SSA is hyperlinked to the words "Steam Subscriber Agreement," which means clicking on those words opens a webpage containing the SSA's full text. Purchasers cannot complete any purchase until they click the box to accept the SSA. Attached as **Exhibit B** are accurate screenshots demonstrating this process in the purchase of a game in the Steam Store.

7. In late 2017, account-creation through the Steam client was updated to send users to the "Create Your Account" webpage on the Steam website. Attached as **Exhibit C** are all of the SSAs from January 1, 2017 to the present that were presented for acceptance (a) in any purchase of a new game by any user, and (b) to users who created their accounts through the "Create Your Account" webpage on the Steam website. Attached as **Exhibit D** are all of the SSAs from January 1, 2017 to the present that were presented to users for acceptance when creating Steam accounts through the Steam client or in Big Picture mode.

8. From my review of Valve's records regarding the SSA, I determined that the document attached as **Exhibit E** is an accurate copy of the Steam website SSA as of August 28, 2020. It has not changed since then.

BOYD DECLARATION IN SUPPORT OF MOTION TO
COMPEL ARBITRATION (2:21-CV-00563-JCC) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

123787400.2

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 21 day of June, 2021, in Bellevue, Washington.

DocuSigned by:

*Christopher Boyd*
43882F12782F4EE...

Christopher Boyd

BOYD DECLARATION IN SUPPORT OF MOTION TO
COMPEL ARBITRATION (2:21-CV-00563-JCC) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

123787400.2

# CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Alicia Cobb<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Ph. 206-905-7000<br>Fax 206-905-7100<br>Email: aliciacobb@quinnemanuel.com<br><br>A. Owen Glist<br>Ankur Kapoor<br>Jeffrey I. Shinder<br>CONSTANTINE CANNON LLP<br>335 Madison Ave., 9th Floor<br>New York, NY 10017<br>Ph. 212-350-2776<br>Fax 212-350-2701<br>Email: oglist@constantinecannon.com<br>akapoor@constantinecannon.com<br>jshinder@constantinecannon.com<br><br>Adam Wolfson<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Ph. 213-443-3000<br>Email: adamwolfson@quinnemanuel.com<br><br>Charles Stevens<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Ph. 415-875-6600<br>Email: charliestevens@quinnemanuel.com | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

BOYD DECLARATION IN SUPPORT OF MOTION TO COMPEL ARBITRATION (2:21-CV-00563-JCC) - 5

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

123787400.2

David Golden
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, DC  20004
Ph. 202-204-4527
Email: dgolden@constantinecannon.com

David Du LeRay
Steig David Olson
Shane Seppinni
QUINN EMANUEL URQYHART & SULLIVAN
51 Madison Ave., 22nd Floor
New York, NY  10010
Ph. 212-849-7630
Email: davidleray@quinnemanuel.com
steigolson@quinnemanuel.com
shaneseppinni@quinnemanuel.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 23rd day of June, 2021, in Seattle, Washington.

_____
Courtney R. Brooks

BOYD DECLARATION IN SUPPORT OF MOTION TO COMPEL ARBITRATION (2:21-CV-00563-JCC) - 6

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

123787400.2