# EXHIBIT A

2/28/2021, Create Your Account, 1/1



https://store.steampowered.com/join/

2/28/2021 Create Your Account



https://store.steampowered.com/join/?snr=1_4_4__more-content-login 1/1