# EXHIBIT B

Payment Info ▸ Review + Purchase

STEAM®

Cattails - Become a Cat! $3.74

| | |
|---|---|
| Subtotal: | $3.74 |
| Tax (WA): | $0.39 |
| Total: | $4.13 |

Earn Steam Points for this purchase 413

Payment method: Redacted (Change)

Gift options: None; this purchase is for your own account.

Billing Address: Redacted

Phone:

Steam account: colvinvalve

I agree to the terms of the Steam Subscriber Agreement (last updated Aug 28, 2020.)

Purchase

Confirmation will be emailed to your address at gmail.com

## PURCHASING ON STEAM

When you submit your payment information your data is protected by Secure Socket Layer (SSL) technology certified by a digital certificate.

Once you've completed this transaction, you'll receive an email message confirming receipt of your purchase.

Payment Info ▸ Review + Purchase

STEAM

You must agree to the terms of the Steam Subscriber Agreement to complete this transaction.

## PURCHASING ON STEAM

When you submit your payment information your data is protected by Secure Socket Layer (SSL) technology certified by a digital certificate.

Once you've completed this transaction, you'll receive an email message confirming receipt of your purchase.

Cattails - Become a Cat! $3.74

| | |
|---|---|
| Subtotal: | $3.74 |
| Tax (WA): | $0.39 |
| Total: | $4.13 |

Earn Steam Points for this purchase 413

Payment method: Visa ending in [redacted] (Change)

Gift options: None; this purchase is for your own account.

Billing Address: [redacted]

Phone: [redacted]

Steam account: colvinvalve

☐ I agree to the terms of the Steam Subscriber Agreement (last updated Aug 28, 2020.)

Purchase

Confirmation will be emailed to your address at gmail.com



