The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, William Herbert and Daniel Escobar, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC |
| SEAN COLVIN, EVERETT STEPHENS, RYAN LALLY, SUSANN DAVIS, and HOPE MARCHIONDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00650-JCC<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

This matter came before the Court on Defendant Valve Corporation's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint as to Plaintiff Wolfire Games, LLC. The Court, having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, HEREBY ORDERS that:

1. Defendant Valve Corporation's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint is GRANTED.

2. All claims asserted against Valve by Plaintiff Wolfire Games, LLC, are DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this _____ day of September, 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JJUDGE

(PROPOSED) ORDER GRANTING DEFENDANT VALVE
CORPORATION'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 1

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

Presented by:

FOX ROTHSCHILD LLP

*s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:	206.624.3600
Facsimile:	206.389.1708
Email: gskok@foxrothschild.com
lhansen@foxrothschild.com


MONTGOMERY McCRACKEN WALKER & RHOADS LLP


*s/ Charles B. Casper*
Charles B. Casper, *admitted pro hac vice*
1735 Market Street, 21st Floor
Philadelphia, PA  19103
Telephone:	215.772.1500
Email: ccasper@mmwr.com


FOX ROTHSCHILD LLP

*s/ Kristen W. Broz*
Kristen W. Broz, *admitted pro hac vice*
2020 K Street, N.W., Suite 500
Washington, DC  20006
Telephone:	202.431.3100
Email: kbroz@foxrothschild.com

*Attorneys for Defendant*