Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

Now before the Court is plaintiffs' Motion For Appointment Of Interim Co-Lead Class Counsel (the "Motion") submitted by counsel for Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated.

The Court concludes Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), Constantine Cannon LLP ("Constantine Cannon"), and Vorys, Sater, Seymour and Pease LLP ("Vorys") should be appointed as Interim Co-Lead Class Counsel.  The Court concludes that such appointments will aid in achieving efficiency and economy in what is likely to be expensive and

[PROPOSED] ORDER GRANTING MOT. TO APPOINT LEADERSHIP
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
Phone (206) 905-7000

complicated litigation, and that such appointments will enhance fairness to all parties concerned, as well as the proposed classes.

IT IS SO ORDERED.

Dated:

HON. JOHN C. COUGHENOUR

[PROPOSED] ORDER GRANTING MOT. TO APPOINT LEADERSHIP
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

Presented by:

QUINN EMANUEL URQUHART
& SULLIVAN, LLP


  */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Fax: (206) 905-7100
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-2100
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: adamwolfson@quinnemanuel.com

Charles B. Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
Email: charliestevens@quinnemanuel.com

*Attorneys for Daniel Escobar, William Herbert, and the class.*

[PROPOSED] ORDER GRANTING MOT. TO APPOINT LEADERSHIP
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
Phone (206) 905-7000

| | |
|---|---|
| David D. Golden (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Avenue, NW, Suite 1300N<br>Washington, DC 20004<br>Telephone: (202) 204-3500<br>Fax:  (202) 204-3501<br>Email: dgolden@constantinecannon.com<br><br>A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Fax:  (212) 350-2701<br>Email: akapoor@constantinecannon.com<br><br>*Attorneys for Wolfire Games, LLC and the class.* | Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>4675 MacArthur Court<br>Suite 700<br>Newport Beach, CA 92660<br>Telephone: (949) 526-7903<br>Fax: (949) 383-<br>Email: tnmccormick@vorys.com<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43216-1008<br>Telephone: (614) 464-6400<br>Fax: (614) 719-6350<br>Email: kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>kmmundy@vorys.com<br><br>*Attorneys for Sean Colvin, Susann Davis, Daniel Ryan Lally, Hope Marchionda, Everett Stephens, and the class.* |

[PROPOSED] ORDER GRANTING MOT. TO APPOINT LEADERSHIP
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
Phone (206) 905-7000