Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Valve Corporation,

Defendant.

Case No. 2:21-cv-00563-JCC

**DECLARATION OF STEIG D. OLSON**

NOTED FOR MOTION CALENDAR:
August 13, 2021

I, Steig D. Olson, submit this declaration on behalf of Quinn Emanuel Urquhart & Sullivan, LLP and hereby state under penalty of perjury as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs in the above-captioned action.

2. I respectfully submit this declaration in support of the motion to appoint Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), Constantine Cannon LLP ("Constantine Cannon"), and Vorys, Sater, Seymour and Pease LLP ("Vorys Sater") as Interim Co-Lead Class Counsel.

3. Quinn Emanuel, the world's largest law firm devoted solely to business litigation, has built its reputation on its ability to effectively litigate high-stakes cases against the most

Olson Decl.
21-cv-00563-JCC

Quinn Emanuel Urquhart & Sullivan, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

formidable adversaries.

4. The following are representative examples of Quinn Emanuel's success on behalf of antitrust and class plaintiffs: Quinn Emanuel served as co-lead class counsel, obtaining over $1.87 billion in settlements in *In re Credit Default Swaps Antitrust Litigation*, No. 13-md-02476 (S.D.N.Y.). Quinn Emanuel served as lead counsel, obtaining over $5.4 billion in judgments, in *Health Republic Insurance Company v. U.S.*, No. 16-cv-00259 (Fed. Cl.), and *Common Ground Healthcare Cooperative v. U.S.*, No. 17-cv-00877 (Fed. Cl.). Quinn Emanuel served as co-lead class counsel, obtaining more than $500 million in settlements in *ISDAfix Antitrust Litigation*, No. 14-cv-7126 (S.D.N.Y.). Quinn Emanuel served as co-lead class counsel for direct purchaser plaintiffs and obtained more than $430 million in settlements in *Polyurethane Foam Antitrust Litig.*, Case No. 10-md-02196 (N.D. Ohio). Quinn Emanuel served as counsel for a plaintiff that asserted exclusive dealing, tying, and monopolization claims against Live Nation and Ticketmaster, securing a $110 million settlement for the plaintiff in *Complete Entertainment Resources LLC v. Live Nation Entertainment, Inc. et al*, No. 15-cv-09814 (C.D. Cal.). Quinn Emanuel served as co-lead class counsel and secured settlements totaling $95.5 million in *In re SSA Bonds Antitrust Litig.*, No. 16-cv-03711 (S.D.N.Y.).

5. The following are representative examples of Quinn Emanuel's success on behalf of antitrust defendants: Quinn Emanuel obtained a complete defense verdict for Micron Technology in an antitrust case where Rambus Inc. sought $4 billion—trebled to $12 billion—from Micron at trial in California state court. On behalf of Daimler AG and Mercedes-Benz USA, LLC—defendants in *In re German Automotive Manufacturers Antitrust Litig.*, No. 17-md-02796 (N.D. Cal.)—a team of Quinn Emanuel attorneys (including Adam Wolfson, one of the proposed team members for this case) recently helped obtain dismissal with prejudice of antitrust claims asserted by putative classes of consumers and automobile dealers. On behalf of several Trafigura entities, Quinn Emanuel obtained complete dismissal of antitrust claims brought by a litigation trust for Venezuela's state oil company, PDVSA. Quinn Emanuel has obtained dismissal of several lawsuits throughout the country alleging that the National Association of Realtors

OLSON DECL.
21-cv-00563-JCC

- 2 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

committed antitrust violations in various geographic regions of the U.S. Quinn Emanuel successfully defeated motions to certify direct and indirect purchaser classes in *In re Flash Memory Antitrust Litigation*, No. 07-cv-00086 (N.D. Cal.).

6.     As a partner in Quinn Emanuel's antitrust practice, I have been deeply involved in many of Quinn Emanuel's largest antitrust victories. I was one of the principal attorneys in the aforementioned *In re: Credit Default Swaps Antitrust Litigation*, in which Quinn Emanuel served as Court-appointed lead counsel in an antitrust case representing a proposed class of investors in credit default swaps, alleging that the major dealer banks, and standard-setting and data entities they control, conspired to prevent the development of competition from exchanges and clearinghouses in this market. On behalf of the class, Quinn Emanuel secured over $1.87 billion in settlements, one of the largest antitrust class action settlements in history. The mediator in the matter, the Hon. Daniel Weinstein (Ret.), declared that in his "30-plus years of mediating high-stakes disputes, this was one of the finest examples of efficient and effective lawyering by plaintiffs' counsel that I have ever witnessed." Weinstein Decl., *In re: Credit Default Swaps Antitrust Litig.*, 13-md-2476, Dkt No. 447, ¶ 4. In appointing Quinn Emanuel as class counsel in that case, Judge Cote of the Southern District of New York observed Quinn Emanuel is "well equipped with trial lawyers who can actually go into court and try a case. It has run massive discovery cases by itself essentially. And it has extraordinary strengths with respect to appellate litigation."

7.     I was also one of the principal attorneys in the *ISDAfix Antitrust Litigation*, where Quinn Emanuel served as one of the court-appointed Lead Counsel for a class of investors in interest rate derivatives who were allegedly harmed when the defendant banks conspired to manipulate a key interest rate benchmark. On behalf of the class, Quinn Emanuel secured over $500 million in settlements.

8.     Following my graduation from Harvard Law School, *magna cum laude*, I clerked on the Northern District of California, for former Chief Judge Vaughn R. Walker, and on the Second Circuit, for Judge Barrington D. Parker, Jr. My scholarship on complex litigation matters

OLSON DECL.
21-cv-00563-JCC

- 3 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

has been cited by the Third and Ninth Circuit Courts of Appeals.

9. I also work as the lead attorney for The Home Depot in the antitrust matter *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No 05-MD-01720 (MKB) (VS). In that case The Home Depot challenges certain Visa and Mastercard rules on the grounds that they cause anticompetitive effects in the two-sided markets in which Visa and Mastercard operate.

10. The Home Depot is one of many merchants participating in the same litigation as opt-out Plaintiffs. Many of the other merchants are represented by the other Proposed Co-Lead Counsel, Vorys Sater and Constantine Cannon. Constantine Cannon, for example, represents 7-Eleven, Amazon, Barnes & Noble, and Costco. Vorys, for example, represents Target, Macy's, Staples, and OfficeMax. To litigate our joint clients' claims effectively, Proposed Co-Lead Counsel—who here propose to include many of the same attorneys from the *Interchange Fee* case—had to work closely and collaboratively over a number of years including through complex document and expert discovery.

11. A central topic in the *Interchange Fee* litigation is how to address the principles set forth in *Ohio v. Am. Express Co.*, 138 S. Ct. 2274 (2018). In that case the Supreme Court explained "[t]wo-sided platforms differ from traditional markets in important ways," *id*. at 2280, and that "evidence of a price increase on one side of a two-sided transaction platform cannot by itself demonstrate an anticompetitive exercise of market power." *Id*. at 2287. The expertise developed by the core team at Quinn Emanuel and the other Proposed Co-Lead Counsel firms on these issues will be invaluable to the class proposed in this case.

12. Quinn Emanuel has also invested significant resources in developing expertise in video game markets that will be useful in prosecuting these claims. Representative video game industry clients include Electronic Arts, King Entertainment, Activision Blizzard, Sega of America, Sony, Zynga, and Mattel. Quinn Emanuel has achieved significant success for its clients in the video game industry. For example, in *Activision Publ'g, Inc. v. Gibson Guitar Corp.* (C.D. Cal. Feb. 26, 2009), Activision—one of the largest game publishers in the world—retained Quinn

OLSON DECL.
21-cv-00563-JCC
- 4 -
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

Emanuel to defend itself against a claim it infringed a patent asserted by Gibson relating to the video game Guitar Hero. The court granted summary judgment in favor of Activision on grounds of noninfringement. *See Activision Publ'g, Inc. v. Gibson Guitar Corp.*, 2009 WL 586629, at *2 (C.D. Cal. Feb. 26, 2009).

13. In November of 2019, Quinn Emanuel established a Video Game Horizon Practice Group to evaluate potential claims in the Video Game industry. Adam Wolfson, one of the partners on the proposed Quinn Emanuel team, has been a member of that Horizon Practice Group since its inception. The goal of that group is to monitor industry trends and identify potential claims that could result in cases like this one.

14. The work of that group led to our independent investigation of the potential claims here. Beginning in February 2021, under my direction, Quinn Emanuel attorneys conducted an extensive factual investigation of the practices of Valve Corporation by combing public sources and reaching out to industry contacts for fact interviews. Quinn Emanuel also retained an expert economist to help vet the potential claims and assure a potential Complaint abided by principles of antitrust economics.

15. Upon learning that Constantine Cannon was also considering filing a Complaint, the two firms decided to collaborate. Recognizing that this case had two distinct sets of Plaintiffs on each "side" of the platform, the firms filed a Complaint on behalf of an omnibus class containing both. The joint work of Constantine Cannon and Quinn Emanuel culminated in the initial filing of a Complaint in the *Wolfire* action on April 27, 2021.

16. Other Quinn Emanuel attorneys that will assist me in litigating this matter are well-credentialed and experienced. I briefly describe these team members below.

17. Adam B. Wolfson is a partner in Quinn Emanuel's Los Angeles office who represents both plaintiffs and defendants in antitrust, class-action, and other litigation.

18. Mr. Wolfson currently serves on the Executive Committee in *In re 3M Combat Arms Earplug Products Liability Litig.*, No. 19-md-2885 (N.D. Fla.), a mass tort seeking compensation for over 250,000 former service members injured by defective earplugs 3M sold to

OLSON DECL.
21-cv-00563-JCC
- 5 -
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

the military.

19. Mr. Wolfson has played significant roles in a number of other antitrust and competitor cases and class actions including (among others): *Mackmin et al v. Visa Inc. et al*, Case No. 11-cv-01831 (D.D.C.); *In re Polyurethane Foam Antitrust Litig.*, No. 10-md-02196 (N.D. Ohio); *Complete Entertainment Resources LLC (d/b/a Songkick) v. Live Nation Entertainment, Inc. et al*, No. 15-cv-09814 (C.D. Cal.); *Van Iderstine, et al v. Live Nation Entertainment, Inc. et al*, No. 20-cv-03888 (C.D. Cal.); *In re German Automotive Manufacturers Antitrust Litig.*, No. 17-md-02796 (N.D. Cal.); *Transweb, LLC v. 3M Innovative Properties Co. et al*, No. 10-cv-04413 (D.N.J.); *SaurikIT, LLC v. Apple Inc.*, No. 20-cv-08733 (N.D. Cal.); and *Intuit Inc. et al v. Visa Inc. et al*, No. 21-cv-01234 (N.D. Cal.). Of particular note is that the *Mackmin*, *Songkick*, *Van Iderstine*, *SaurikIT*, and *Intuit* cases all involve antitrust claims that, similar to this case, center on anticompetitive activity by two-sided platform providers.

20. Mr. Wolfson has also taken class actions to final judgment with resulting huge awards, including, for example, a pair of class actions in which he and two other of our partners recovered $5.4 billion in judgments for two certified classes of health insurers seeking recovery based on the federal government's failure to make risk corridor payments and cost-sharing reduction reimbursements under the Affordable Care Act.

21. Alicia Cobb is Of Counsel in and manages Quinn Emanuel's Seattle office. Ms. Cobb represents both plaintiffs and defendants in antitrust and class action litigation.

22. Ms. Cobb currently represents The Home Depot in *The Home Depot, Inc. v. Visa Inc. et al.*, No. 16-cv-5507 (E.D.N.Y.), as part of the *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720. In that role she has developed strong working relationships with Proposed Co-Lead Counsel at Vorys Sater and Constantine Cannon. Ms. Cobb also represents plaintiffs against the four major United States railroads in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL No. 1869 (D.D.C.).

23. Her other representations include working on behalf of a consumer class in *C.O., a minor, by and through her guardian Alison O'Neil, et al v. Amazon.com, Inc. and Amazon Services*

OLSON DECL.
21-cv-00563-JCC

- 6 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

*LLC*, No. 19-cv-910 (W.D. Wash.), and defending a consumer class action in *Benanav et al. v. Healthy Paws Pet Insurance, LLC*, No. 20-cv-00421 (W.D. Wash.).

24. Prior to joining Quinn Emanuel, Ms. Cobb clerked for the Honorable Edward R. Korman in the Eastern District of New York.

25. David LeRay is an associate in Quinn Emanuel's New York office, where he represents both plaintiffs and defendants in antitrust and class action litigation, and has particular expertise in addressing complex issues of antitrust economics. Mr. LeRay was part of the core class counsel teams in both *In re Credit Default Swaps Antitrust Litigation*, No. 13-md-02476 (S.D.N.Y.) and *ISDAfix Antitrust Litigation*, No. 14-cv-7126 (S.D.N.Y.), where Quinn Emanuel obtained large financial recoveries on behalf of investor classes.

26. Mr. LeRay has also played significant roles on a number of antitrust cases outside of the class action context. For example, Mr. LeRay currently represents The Home Depot in *The Home Depot, Inc. v. Visa Inc. et al.*, No. 16-cv-5507 (E.D.N.Y.), as part of the *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720. In that role he has developed strong working relationships with Proposed Co-Lead Counsel at Vorys Sater and Constantine Cannon.

27. Quinn Emanuel has been recognized as a leading litigation firm by a variety of publications and industry reports. Some of these accolades are described below.

28. Attached as Olson Exhibit 1 is a true and correct copy of an *American Lawyer* article characterizing Quinn Emanuel as a "litigation powerhouse."

29. Attached as Olson Exhibit 2 is a true and correct copy of a *Wall Street Journal* article describing Quinn Emanuel as "a global force in business litigation."

30. Attached to this declaration as Olson Exhibit 3 is a true and correct copy of articles quoting BTI Consulting Group ("BTI") reports identifying Quinn Emanuel as one of "The Four Firms That GCs Fear The Most" in several recent years, and was named the *most* feared in 2020 and 2021.

31. Attached to this declaration as Olson Exhibit 4 is a true and correct copy of *Law360*

OLSON DECL.
21-cv-00563-JCC
- 7 -
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

articles naming Quinn Emanuel as the "Class Action Group of the Year" in 2013 and 2016.

32. Attached to this declaration as Olson Exhibit 5 is a true and correct copy of a *Benchmark Litigation* review ranking Quinn Emanuel as "Tier One" in Antitrust and Securities for 2019.

33. Attached to this declaration as Olson Exhibit 6 is a true and correct copy of a *Law360* article, naming me a "Rising Star" in the field of competition law.

34. Attached to this declaration as Olson Exhibit 7 is a true and correct copy of a *Legal500 USA* ranking, which names me a "Leading Lawyer."

35. Attached to this declaration as Olson Exhibit 8 is a true and correct copy of a *Chambers* review, ranking me for Antitrust: Mainly Plaintiff and describing me as "fantastic, whip-smart and an incredible writer."

36. Attached to this declaration as Olson Exhibit 9 is a true and correct copy of a *Law360* article, naming Mr. Wolfson a "Rising Star" in the field of class actions.

37. Attached to this declaration as Olson Exhibit 10 is a true and correct copy of a *Lawdragon* article, listing Mr. Wolfson among the top 500 plaintiffs' financial lawyers in the nation.

38. Attached to this declaration as Olson Exhibit 11 is a true and correct copy of a *Legal 500 USA* ranking, listing Mr. Wolfson as one of the "key lawyers" in Quinn Emanuel's antitrust defense practice.

39. Attached to this declaration as Olson Exhibit 12 is a true and correct copy of my attorney profile, as those webpages appear on the Quinn Emanuel website.

40. Attached to this declaration as Olson Exhibit 13 is a true and correct copy of the attorney profile of Mr. Wolfson, as those webpages appear on the Quinn Emanuel website.

41. Attached to this declaration as Olson Exhibit 14 is a true and correct copy of the attorney profile of Ms. Cobb, as those webpages appear on the Quinn Emanuel website.

42. Attached to this declaration as Olson Exhibit 15 is a true and correct copy of the attorney profile of Mr. LeRay, as those webpages appear on the Quinn Emanuel website.

OLSON DECL.
21-cv-00563-JCC
- 8 -
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this July 27, 2021 at New York, New York.

*/s/ Steig D. Olson*
Steig D. Olson

OLSON DECL.
21-cv-00563-JCC
- 9 -
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record. I also caused a true and correct copy of the foregoing to be served on counsel for Dark Catt via email and first class mail to the addresses below:

Service List:

Stephanie L. Jensen
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: sjensen@wsgr.com

Kenneth R. O'Rourke
Scott A. Sher
Allison B. Smith
WILSON SONSINI GOODRICH & ROSATI,
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Emails: korourke@wsgr.com; ssher@wsgr.com; allison.smith@wsgr.com

W. Joseph Bruckner
Joseph C. Bourne
Leona B. Ajavon
LOCKRIDGE FRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Emails: wjbruckner@locklaw.com; jcboume@locklaw.com; lbajavon@locklaw.com

Attorneys for,
Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED on this 27th day of July, 2021.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685