# EXHIBIT 1




Menu

Search (/americanlawyer/search/)

POWERED BY LAW.COM (/)

promoCode=TAL&source=https%3A%

PROMOCODE=TAL&SOURCE=HTTPS

Publications (/publications/)   Law Topics (/topics/)   Surveys & Rankings (/americanlawyer/rankings/)   Litigation Daily (/litigationdaily/)   Mid-Market Report (/mid-market-re

# Kirkland, Quinn Emanuel Beef Up in Boston

The litigation powerhouse is poised to join Kirkland & Ellis in Beantown, where the latter set up shop earlier this ye

By **Brian Baxter**   |   December 28, 2017 at 07:02 PM   |   Originally published on **Law.com (/)**



(htt

Aerial view of downtown Boston and Hancock Tower.

Boston, already a **hotbed of Big Law activity in 2017 (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/11/dla-piper-nabs-nutter-practice-leader-in-boston/)**, is closing out the year strong with two top Am Law 100 firms either starting or expanding their operations in the city.

Quinn Emanuel Urquhart & Sullivan **announced Wednesday (http://www.quinnemanuel.com/the-firm/news-events/quinn-emanuel-to-open-boston-office/)** that it will open an office in Boston, one that will initially be led by New York-based intellectual property litigation partners Steven Cherny, Patrick Curran and Sandra Bresnick.

Kirkland & Ellis, **which opened a Boston office earlier this year (http://www.kirkland.com/sitecontent.cfm/?contentID=230&itemId=12819)**, has hired McDermott Will & Emery private equity partner Michael Sartor in the city. Sartor joined his now former firm in 2014 after serving as a senior associate at Ropes

## Trending Stories

1   **Associates Assail 'Fraternity Culture' at Jones Day in $200M Sex Bias Suit (https://www.law.com/ame assail-fraternity-culture-at-jones-day-in-200m-sex-bias suit/)**

THE AMERICAN LAWYER (/AMERICANLAWYER/)

2   **First Department Suspends Adam Leitman Bailey for 4 Months (https://www.law.com/new department-suspends-adam leitman-bailey-for-four-months/)**

NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)

3   **Fight Erupts Over Who Sho Replace Michael Avenatti in Appeal of $454M Verdict (https://www.law.com/there erupts-over-who-should-replace-michael-avenatti-in appeal-of-454m-verdict/)**

THE RECORDER (/THERECORDER/)

4   **Millennial Lawyers Want Partnership on Different Terms, Survey Finds (https://www.law.com/ame lawyers-want-partnership-o different-terms-survey-finds**

THE AMERICAN LAWYER (/AMERICANLAWYER/)

5   **Willkie's Gordon Caplan Appears in Court to Face College Admissions Charge (https://www.law.com/ame**

& Gray, itself a **longtime private equity rival (http://www.law.com/almID/1202464365469/)** of Kirkland. The latter has been busy this year **raiding Ropes & Gray (http://www.law.com/americanlawyer/almID/1202796995656/)**, having picked up a **five-partner team on three continents (http://www.law.com/international/sites/international/2017/08/22/kirkland-takes-five-partner-ropes-gray-team-on-three-continents/)** in August and returning to the firm in October for **Boston-based private equity partner Jason Serlenga (http://www.law.com/americanlawyer/sites/americanlawyer/2017/06/20/two-big-firms-raid-ropes-grays-partnership-ranks/)**.

It was not clear by the time of this story whether or not Sartor will have equity status at Kirkland—a firm known for its **large tier of income partners (http://www.law.com/americanlawyer/sites/americanlawyer/2017/10/09/what-happens-to-kirklands-legions-of-income-partners/)**—as he did not immediately respond to a request for comment about his decision to switch firms. Kirkland also did not respond to a request for comment on the matter.

Sartor heads to Kirkland a week after the firm **added Freshfields Bruckhaus Deringer partner David Higgins in London (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/18/freshfields-private-equity-heavyweight-david-higgins-quits-to-join-kirkland-as-london-co-head/)** to serve as its new co-managing partner in the city, as well as **another high-profile lateral team in New York (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/01/just-in-time-for-the-holidays-kirkland-recruits-another-rainmaker/)** led by Debevoise & Plimpton's former investment management and funds head Erica Berthou and ex-deputy corporate chair Jordan Murray. Dentons capital markets counsel Diana Browne also left the global legal giant this month to join Kirkland's asset finance and securitization group as of counsel in New York, **where Kirkland reportedly inked a deal this month (http://therealdeal.com/2017/12/11/mega-law-firm-kirkland-ellis-expands-to-more-than-500k-sf-at-601-lex/)** to expand its office space in the Big Apple.

Kirkland, which saw **two commercial litigation partners peel away from its ranks (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/19/latham-picks-up-ex-kirkland-litigators-on-both-coasts/)** last week for Latham & Watkins (the only other Am Law 100 firm that **Kirkland trailed in gross revenue (http://www.law.com/americanlawyer/almID/1202783501019/)** for 2016), has also recently hired Ropes & Gray associate Meghan Dolan as a litigation partner in Chicago; **Davis Polk & Wardwell associate Meng Ding (http://www.law.com/international/sites/international/2017/12/13/kirkland-ellis-adds-hong-kong-partner-from-davis-polk/)** as a corporate partner in Hong Kong; and Sullivan & Cromwell associate Carlo Zenkner as a corporate partner in New York.

As for Quinn Emanuel, which in mid-December **brought on Boies Schiller Flexner art industry litigation partner Luke Nikas (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/13/boies-schiller-partner-nikas-jumps-to-quinn-emanuel/)** in New York, it joins other large

appears-in-boston-federal-court-for-college-admission charges/)

THE AMERICAN LAWYER (/AMERICANLAWYER/)

firms such as **Hogan Lovells (http://www.law.com/americanlawyer/sites/americanlawyer/2017/06/15/hogan-lovells-heads-to-boston-after-local-merger/)** and **Womble Bond Dickinson (http://www.law.com/americanlawyer/sites/americanlawyer/2017/10/02/new-boston-base-of-womble-welcomes-three-new-hires/)**, both of which set up shop this year in Boston. But unlike those firms, Quinn Emanuel is focused purely on litigation work.

"We have been looking at Boston for a long time," said Quinn Emanuel managing partner John Quinn in a **statement sent to Bloomberg Law Big Law Business (http://biglawbusiness.com/quinn-emanuel-sets-up-shop-in-boston/)**, which noted that the litigation powerhouse's clients include technology giants like Google LLC; Johnson & Johnson; Qualcomm Inc.; Samsung Group; Sony Corp.; and Symantec Corp. "We are convinced there is a market for a top-tier litigation-only firm that is relatively free of the conflicts which full-service firms have. Boston is also a high-tech hotbed."

Peter Calamari, the managing partner of Quinn Emanuel's New York office, **told Forbes in November (http://www.forbes.com/sites/davidparnell/2017/11/28/peter-calamari-of-quinn-emanuel-succession/)** that his firm's all-disputes focus helps set it apart from the competition. Quinn Emanuel, **at $5.015 million (http://www.law.com/americanlawyer/almID/1202784617547/)**, trailed only Wachtell, Lipton, Rosen & Katz in profits per equity partner in 2016. Kirkland equity partners earned roughly $4.1 million last year, **according to the most recent Am Law 100 financial data (http://www.law.com/americanlawyer/almID/1202784597030/)**.

 SHARE       SHARE

## Dig Deeper

Legal Services (/topics/legal-services/)        Global Law Firms (/topics/global-law-firms/)

Law Firm Associates (/topics/law-firm-associates/)        Law Firm Hiring (/topics/law-firm-hiring/)

Law Firm Management (/topics/law-firm-management/)

Law Firm Partners (/topics/law-firm-partners/)        Litigators (/topics/litigators/)

LEAN ADVISER LEGAL (/LEAN-ADVISER/STATIC/LEAN-ADVISER/?CMP=LARMLDC)

## Think Lean Daily Message

" As lawyers, we get taught black letter law, lots of it, in all disciplines many of which we shall never practice. But are we taught how to a... "

**Learn More (/lean-adviser/static/lean-adviser/?cmp=LARMLDC)**

## Featured Firms

**Law Offices of Mark E. Salomone**

2 OLIVER ST #608
BOSTON, MA 02109
857-444-6468 www.marksalomone.com

**Gary Martin Hays & Associates P.C.**

235 PEACHTREE ST NE #400
ATLANTA, GA 30303
800-898-4297 www.garymartinhays.com

**Smith & Hassler**

225 N LOOP W #525
HOUSTON, TX 77008
(877) 777-1529 www.smithandhassler.com

Presented by B

# More from ALM

Resources | CLE Center | Legal Compass | Events | Webcasts | Lawjobs | Professional Announcements

### Legal Analytics - The Secret Weapon of Successful Insurance Litigators (http://americanlawyer.tr

FROM LEX MACHINA

Take insurance litigation to the next level by learning how Legal Analytics can help you better predict the potential cost of a case, what strategy your opponent might employ, and what damages might be expected.

Download Now › (http://americanlawyer.tradepub.com/free

### The Legal Reality of Artificial Intelligence (http://americanlawyer.tr

FROM VERITONE

Understand the true nature of Artificial Intelligence and how it can benefit your law firm by helping you improve productivity, reduce mountains of data and breeze through eDiscovery with audio and video evidence.

Download Now › (http://americanlawyer.tradepub.com/free

### Devising a Disaster Recovery Plan: Key Considerations for La Firms (http://americanlawy

FROM ABACUSNEXT

Disaster down-time could cost your firm hundreds of thousands of dolla revenue. This paper outlines key considerations and best practices to in devising your disaster recovery pl

Download Now › (http://americanlawyer.tradepub.con

---

**ALM Legal Publication Newsletters**

# Sign Up Today and Never Miss Another Story.

As part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account (https://store.law.com/registration/login.aspx?promoCode=TAL) page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

**Subscribe Now** (https://store.law.com/registration promoCode=TAL)
Privacy Policy (https://www.alm.com/pr policy-new/)

 (/americanlawyer/)

**Publications (/publications/)** / **Law Topics (/topics/)** / **Survey & Rankings (/americanlawyer/rankings/)** / **Litigation Daily (/litigationdaily/)** / **Mid-Market Report (/mid-market-report/)** / **Recruiters Directory (https://recruiters.law.com/)** / **Legal Newswire (/legalnewswire/)** / **Lean Adviser (/lean-adviser/static/lean-adviser/?cmp=LANBLDC)** / **All Sections (/americanlawyer/sitemap/)**

About The American Lawyer (/americanlawyer/static/about-us/) / Contact Us (/americanlawyer/static/contact-us/) / Site Map (/americanlawyer/sitemap/) / Advertise With Us (/static/advertise-with-us/) / Customer Care (https://www.alm.com/contact-us/) / Terms of Service (https://www.alm.com/terms-of-use/) / FAQ (https://store.law.com/Registration/myAccount.aspx?promoCode=lc#/Help) / Privacy Policy (https://www.alm.com/privacy-policy-new)

 (/)

FOLLOW US  (https://www.facebook.com/LawdotcomALM/)  (https://twitter.com/lawdotcom)  (https://www.linkedin.com/company/law-com/) (http://feeds.feedblitz.com/law/legal-news/)

| Publications | Law Topics | Rankings | More | Law.com |
|---|---|---|---|---|
| The American Lawyer (/americanlawyer/) | Litigation (/topics/litigation/) | Am Law 100 (/americanlawyer/rankings/the-2018-am-law-100-1/) | Events (/events/) | About Us (/static/about) |
| Corporate Counsel (/corpcounsel/) | Deals and Transactions (/topics/deals-and-transactions/) | Am Law 200 (/americanlawyer/rankings/the-2018-am-law-200--the-american-lawyer/) | Legal Compass (https://www.alm.com/intelligence/solutions-we-provide/business-of-law-solutions/legal-compass/) | Contact Us (/static/contact) |
| National Law Journal (/nationallawjournal/) | Law Firm Management (/topics/law-firm-management/) | | | Site Map (/sitemap) |
| New York Law Journal (/newyorklawjournal/) | Legal Practice Management (/topics/legal-practice-management/) | Global 100 (/americanlawyer/rankings/global-100/) | Editorial Calendar (/editorial-calendar/) | Advertise With Us (/static/advertise-with-us/) |
| New Jersey Law Journal (/njlawjournal/) | Cybersecurity (/topics/cybersecurity/) | National Law Journal 500 (/nationallawjournal/rankings/the-nlj-500/) | Briefings (/static/briefings/) | Customer Support (https://www.alm.com/contact) |
| The Recorder (/therecorder/) | Intellectual Property (/topics/intellectual-property/) | | Legal Dictionary (https://dictionary.law.com/) | Terms of Service (https://www.alm.com/terms) |
| More Publications › (/publications/) | More Law Topics › (/topics/) | Pro Bono Scorecard (/americanlawyer/rankings/pro-bono/) | Lawjobs.com (http://lawjobs.com/) | FAQ (/sites/almstaff/2017/10/20/frequently-asked-questions/) |
| | | The A-List (/americanlawyer/rankings/a-list/) | Law Firms (/law-firms/) | Privacy Policy (https://www.alm.com/privacy-new/) |
| | | More Rankings › (/rankings/) | Law Schools (/topics/legal-education/) | |

Copyright © 2019 ALM Media Properties, LLC. All Rights Reserved.