EXHIBIT  3



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The 4 Firms In-House Counsel Fear The Most

By **Ryan Davis**

Law360 (September 3, 2010, 3:21 PM EDT) -- When in-house counsel look across a courtroom, there are a few firms that they don't want to ever see as opponents, a new survey has found.

For its 2011 Litigation Outlook report, the BTI Consulting Group (Wellesley, Mass.) surveyed 240 corporate counsel about which firms they feel are the most formidable litigation opponents. Kirkland & Ellis LLP, Quinn Emanuel Urquhart & Sullivan LLP, Latham & Watkins LLP, and Skadden Arps Slate Meagher & Flom LLP were mentioned most often in the report, leading BTI to dub them the "Fearsome Foursome."

"They are the firms clients most fear and the ones they would least like to see on the other side of the courtroom," the report said.

The key attribute of the most feared firms is tenacity, BTI principal Marcie Shunk said, describing the firms as latching on to the case with the intensity of a pit bull and not letting go until they get the result they want.

"That intimidation factor puts opponents implicitly on the defensive and provides more direction about the way the case goes," BTI President Michael Rynowecer said. Often, the Fearsome Foursome are able to secure settlements through the sheer force of their imposing reputation, he added.

The most feared firms are not only relentless in seeking documents and making other requests that sap the resources of opponents, but they are also well-suited to respond to such requests made by opponents, according to Shunk.

Kirkland, Latham, Quinn Emanuel and Skadden have developed their reputation for fearsomeness by ensuring that everyone at the firm recognizes the importance of aggressive litigation, Rynowecer said.

"It's a cultural phenomenon," he said. "Associates see the senior partners living the example every day."

However, aggressiveness alone isn't enough to strike fear into the hearts of opponents, Rynowecer noted. The feared firms also display an agility and adaptability that benefits their clients.

"If what they're doing is not having the effect they want, they're comfortable changing," he said. "They have other approaches lined up and don't bank on only one strategy."

The four most feared firms have regularly turned up on other BTI reports about firms with exceptional client service, according to Rynowecer. They all set an example for being strategic, innovative and creative, he said.

"It's not just brute force; it's strategic thinking and a mindset of 'we are not going to lose,'" he said.

### Kirkland & Ellis

Jay Lefkowitz, a senior litigation partner at Kirkland & Ellis, said one of the reasons the firm has developed such a formidable litigation reputation is the intense focus it puts on sharpening the trial

Case 2:21-cv-00563-JCC   Document 40-3   Filed 07/27/21   Page 3 of 23

skills of its attorneys.

Associates at the firm get a few weeks of trial advocacy training every year, participating in mock trials with actors playing witnesses and senior partners playing the judges, giving attorneys "a lot of real on-their-feet experience," he said.

Kirkland also has a deep bench of 15 to 20 attorneys who serve as first-chair counsel in trials each year and a long history of working with clients to deeply understand their cases and business objectives, he said.

"There are some very fine litigation firms that all have superb lawyers," Lefkowitz said. "What sets us apart is our tremendous depth of people with real track records."

Kirkland's litigation success stretches across numerous practice areas, as illustrated by some of its recent successes.

In August, the U.S. Court of Appeals for the Seventh Circuit affirmed a judge's decision to award an affirmative $15 million judgment and $10 million in attorneys' fees to Kirkland's client Metavante Corp. in a contract suit over its joint launch of an Internet direct bank with Emigrant Savings Bank. Emigrant had sought $250 million in damages, plus unspecified punitive damages.

In July, Kirkland won a $23.2 million jury verdict for the actor Don Johnson in a breach of contract suit over the syndication rights to his 1990s TV show "Nash Bridges."

Kirkland scored another significant victory in December when it represented Sears Holdings Chairman Edward Lampert in a securities suit over the merger between Sears and Kmart Corp., when the judge granted Lampert summary judgment.

**Quinn Emanuel**

Bill Urquhart, a name partner at Quinn Emanuel, said one of the keys to the firm's imposing reputation is its intense focus on recruiting extremely smart attorneys with a great deal of common sense.

"Contrary to what the public may think, most litigation law is driven by common sense," he said. "We do as good a job as any firm of identifying bright young people with ability to make commonsense decisions."

Another factor is the sheer breadth of the firm's litigation experience, Urquhart said, which frequently leads clients to bring Quinn Emanuel in to replace its counsel just before a case goes to trial, he said.

Compared to most other large firms, Quinn Emanuel takes a disproportionate number of cases to trial, he said, noting that at one point in 2009 the firm was handling 12 trials at the same time while working on two other large matters that settled on the eve of trial.

"If you ask the question, who else could handle 14 trials simultaneously, the answer is no one," he said. "There isn't any law firm in the country that has as many first-chair trial lawyers as we do."

In the last three years, the firm has secured well in excess of $10 billion in settlements and judgments for its clients, according to Urquhart.

Among the firm's recent wins, Quinn Emanuel represented Google Inc. in a trial brought by patent-holding company Function Media LLC alleging infringement by Google's AdSense program that sought $600 million in damages. In January, a jury returned a verdict that Google did not infringe and that the plaintiffs' patents were invalid.

In June, a jury awarded Quinn Emanuel's client The Dow Chemical Co. nearly $62 million in a suit accusing Nova Chemicals Corp. of infringing two patents related to polyethylene resins used in packaging.

**Skadden**

David M. Zornow, the global head of the litigation practice at Skadden, credits the firm's reputation to a decades-long culture and history of "walking through walls" to get the best results for clients.

"If I had to reduce it to one characteristic that I think explains both the reality of our success and the perception of our success, it's a passion for what we do," he said. "I don't think we go around trying to instill fear in people. It's a matter of doing the highest quality work, being creative and thinking outside the box."

From the early days of the firm, when it handled only a small range of cases, Skadden has prided itself on doing whatever it takes for clients, he said, and that culture remains intact, passed from lawyer to lawyer, now that the firm has developed a broad litigation platform.

"We approach cases with a degree of zealousness and passion that is appropriate to what are often bet-the-company situations," Zornow said.

The firm's vast size, with thousands of attorneys in 24 offices around the world, gives it the ability to marshal resources across geographic boundaries and disciplines to advise clients on many fronts in a seamless fashion, he said.

Among Skadden's significant recent victories, it successfully represented Merck & Co. in 2009 in a case brought by the Texas attorney general alleging Medicaid fraud in connection with the marketing of Vioxx.

In December, Skadden defended Broadcom Corp. ex-Chief Financial Officer William Ruehle against stock options backdating charges that were thrown out by the court on the ground of prosecutorial misconduct.

And in June, Skadden secured a deferred prosecution agreement for former Bristol-Myers Squibb Co. Chief Financial Officer Frederick Schiff that resulted in the dismissal of a five-year-old criminal case that alleged Schiff misled investors about incentives to spur wholesalers to buy more drugs than needed.

## Latham & Watkins

Peter Wald, chair of Latham's global litigation department, said that the firm's reputation is based on its ability to "out-think, outwit and out-fight our opponents."

To out-think adversaries, the firm is committed to hiring the country's best young lawyers, he said, while outwitting them involves placing a strong emphasis on strategy throughout the litigation and the ability to out-fight comes from the fact that "winning is in our DNA," Wald said.

Another key to the firm's reputation as a formidable opponent is its wide-ranging expertise in many practice areas, according to Wald.

"There are many firms that have expertise in one area or two or three areas," he said. "But I don't know another firm with our breadth and depth of experience across all the major practice areas."

He cited significant victories for the firm in practice areas as diverse as securities, product liability and international arbitration and its ability to try cases in forums ranging from state courts to the U.S. Supreme Court.

"We've built a great trial shop with a cadre of partners who are nationally recognized subject matter experts in all practices area," he said.

Wald said that to bolster the litigation skills of its young attorneys, Latham has rigorous training programs emphasizes to partners the value of getting young lawyer into the courtroom early in their career.

"People coming out of law school know that if they come to Latham, they will get enormous trial experience with some of the best lawyers in the country," he said.

Among Latham's recent victories, it successfully defended Omnicom Group Inc. in a securities fraud suit seeking billions of dollars and alleging improper financial reporting related to the company's investment in interactive advertising companies. Omnicom won summary judgment in 2008 and an appeals court affirmed the ruling earlier this year.

In August, a federal judge ruled that Latham's client Lundbeck Inc. did not violate antitrust laws by acquiring an exclusive license to manufacture drugs used to treat congenital heart defects in premature babies.

The firm also secured a victory for University of California Hastings College of the Law before the U.S. Supreme Court earlier this year in a case where the justices affirmed the school's policy of requiring school-funded student groups to admit all students.

A Christian group had challenged the school's policy of requiring it to accept gay students, but the high court ruled that the nondiscrimination policy was legal.

**Awesome Opponents**

In addition to the Fearsome Foursome, the report also listed 28 firms as "awesome opponents" that were frequently mentioned by corporate counsel as ones they prefer to steer clear of in litigation.

Those firms are Ahmad Zavitsanos & Anaipakos PC, Akin Gump Strauss Hauer & Feld LLP, Alston & Bird LLP, Bartlit Beck Herman Palenchar & Scott LLP, Boies Schiller & Flexner LLP, Cooley LLP, Fisher & Phillips LLP, Fulbright & Jaworski LLP, Gibson Dunn & Crutcher LLP, Goodwin Procter LLP, Greenberg Traurig LLP, Haynes and Boone LLP, Holland & Knight LLP, Jenner & Block LLP, Jones Day, Lavin O'Neil Ricci Cedrone & DiSipio, Lynch Cox Gilman & Goodman PSC, Milberg LLP, Morgan Lewis & Bockius LLP, Munger Tolles & Olson LLP, Patton Boggs LLP, Sidley Austin LLP, The Stanley Law Firm LLC, Susman Godfrey LLP, The Wolk Law Firm, Vinson & Elkins LLP, Wachtell Lipton Rosen & Katz and Williams & Connolly LLP.

---

All Content © 2003-2019, Portfolio Media, Inc.



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The 4 Firms In-House Counsel Fear The Most

By **Andrew Strickler**

Law360, New York (September 9, 2013, 5:40 PM EDT) -- Four firms strike fear in the hearts of corporate counsel more than any others thanks to their relentless approach to high-stakes litigation and a knack for building legal teams that go for the jugular, according to a new survey.

Jones Day, Kirkland & Ellis LLP, Quinn Emanuel Urquhart & Sullivan LLP and Skadden Arps Slate Meagher & Flom LLP carry those traits in abundance, according to a survey by The BTI Consulting Group (Wellesley, Mass.), and were recognized as the "fearsome foursome" firms in the BTI Litigation Outlook 2014 report.

Drawing on hundreds of interviews with general counsel and law department heads, these firms stood out as those most likely to trigger dread in opposing counsel for their tenacity and their ability to anticipate their legal opposition's strategy, said BTI President Michael Rynowecer.

"They have a take-no-prisoners attitude, and they don't contemplate not winning," Rynowecer said. "They bring the right people, the right chemistry. It's all about the level of commitment, and not just in courtroom strategy, but in getting the right resources together."

Kirkland & Ellis and Skadden appeared in previous "fearsome" lists from BTI in 2012 and 2010, with Jones Day among the group last year. BTI also recognized four firms — Boies Schiller & Flexner LLP, Cravath Swaine & Moore LLP, Hogan Lovells US LLP, and Jenner & Block LLP — for an "Awesome Opponent" citation.

The recognitions were based on about 300 one-on-one interviews with litigation heads, general counsel and other law departments leads conducted between March and June, according to BTI. The represented companies had an average annual revenue of $14.3 billion.

At Quinn, which also appeared in BTI's Fearsome Foursome in 2010, trial lawyers clients, and the firm's outsized reputation have benefited from a winning litigation strategy rather than professional combativeness, said partner A. William Urquhart.

"Everyone knows that when we say we'll try a case, we will try it and we'll do a very good job of it, and in many cases that brings about earlier settlements," he said. The firm also draws on the firm's full-time trial and jury specialist, counsel Douglas Post, who Urquhart said has an "uncanny" ability to figure out what resonates with juries.

In July, the firm led Federal Housing Finance Agency to a favorable $885 million settlement with Swiss bank UBS AG over allegations UBS misrepresented mortgage-backed securities it sold to Freddie Mac and Fannie Mae before the 2008 financial crisis. That deal followed the $1.7 billion settlement in May for Quinn client MBIA Insurance Corp. which ended claims against Bank of America Corp. over the bank's Countrywide Home Loans Inc.'s allegedly faulty MBS offerings.

"Internally, we discuss this idea of 'jugular' litigation," Urquhart said. "In a big case, there may not be 10 documents that really matter, and we try to figure out the few that do before the other side does, and we focus on that to the exclusion of what doesn't matter."

Kirkland litigators helped further their reputation in the U.S. Supreme Court this year with the reversal of an appeals court ruling against client Mutual Pharmaceutical Co. that a generic-drug user

can bring a state-law design defect claim against the manufacturer, the high court's first major decision on generic-drug manufacturer liability since the 2011 Mensing ruling.

In October, Kirkland also won an en banc Federal Circuit ruling that the U.S. Congress' efforts to withhold judicial salary adjustments previously established by law violated the Compensation Clause of Article III of the Constitution, overruling a precedent on the same issue in Williams v. United States.

"Our litigators work very hard to serve our clients' objectives, so it's great to be recognized by corporate general counsel for the quality of our work," said Jay Lefkowitz, a senior litigation partner in the firm's New York office.

Mickey Pohl, leader of Jones Day's business and tort litigation practice, credited the firm's Midwest roots for a foundation of well-trained litigators. While many New York-based firms concentrated on securities and financial work through the law industry's expansion since the 1970s, Jones Day's clients more often called on the firm to take on a variety of litigation and trials of all sizes, he said.

"At Jones Day, in the culture of the firm, you've got to be able to go to court on small cases and big cases, and eventually run big projects," Pohl told Law360. "Among the mega-firms, Jones Day has always seen litigation as a big player, as a cornerstone of the big firms of the 21st century, and we've planned accordingly."

The 2,400-lawyer firm currently has about 560 lawyers in the business and tort litigation practice, and about 200 additional lawyers available for litigation work.

Pohl highlighted the firm's representation of R.J. Reynolds Tobacco Co. in a swarm of Florida suits springing from the state Supreme Court's landmark Engle ruling and the ongoing Eleventh Circuit challenge to that ruling as exemplifying the litigation team's ability to manage complex projects.

He also pointed to the firm's involvement in the blockbuster D.C. Circuit ruling from January striking down President Barack Obama's recess appointments to the National Labor Relations Board. The U.S. Supreme Court agreed in June to review the ruling in what will be a significant test of executive branch power.

"If you're invited into the biggest cases and litigations against the government, it says something about what people think of your practice," Pohl said.

Skadden litigators continued to win for companies caught in Bernie Madoff's Ponzi scheme, including in a recent landmark Second Circuit ruling on behalf of UniCredit SpA, which ended Madoff trustee arguments that the 35-year-old case of Redington v. Touche Ross still carried precedential power.

In December, a Skadden securities team — which was also recognized in BTI's securities and finance "powerhouses" category — also won a Second Circuit affirmation of the dismissal of derivative suits against Bank of America Corp. related to subsidiary Merrill Lynch, and again turned back allegations that the BofA board wrongly failed to sue Merrill directors for their bad bets on subprime mortgages and mortgage-backed securities investments.

"Economic uncertainty and regulatory scrutiny have raised the stakes for clients facing the threat of litigation or government enforcement," said David M. Zornow, global head of Skadden's litigation and controversy practices. "Skadden's global presence and depth of expertise has allowed us to address our clients' needs by understanding their business objectives and creating innovative, efficient solutions to their increasingly complex disputes."

--Editing by Sarah Golin.

All Content © 2003-2019, Portfolio Media, Inc.

# The 4 Most Feared Litigation Firms and 6 Firms They Fear

bticonsulting.com/themadclientist/2014-10-7-the-4-most-feared-litigation-firms-and-6-firms-they-fear-html

October 7, 2014

We have nothing to fear, except the Fearsome Foursome. 4 law firms have the striking ability to make opponents take pause; wondering if moving forward is worth the fight. Clients change their litigation strategies before a case starts when they know they will face any one of the Fearsome Foursome. These firms strike fear in clients—and law firms alike—when seen on the other side.

There are more differences than similarities between each of the 4 firms bestowed this honor by corporate counsel, but 3 characteristics are present throughout:

1. **Execution.** Much is made of the innovative, no-holds-barred litigation strategies law firms discuss, but client say few firms are effective at turning a strategy into reality. Each of the Fearsome Foursome instills fear by having the wits to formulate strategies and the will to make them happen.

2. **Commitment.** These firms are all in. The Fearsome Foursome firms demonstrate an unbridled commitment to act in their clients' interest. Opponents know the other side is ready to bring down the entire firm on this one case—in fact, a Fearsome Foursome firm is eager to do so.

3. **AGGRESSIVE.** Assertive, dogmatic or domineering. Word choice typically depends on which side of the table a Fearsome Foursome firm is sitting. The outcome is the same: these firms will take risks other firms don't.

The 2015 Fearsome Foursome firms are:

**Jones Day**
**Kirkland & Ellis**
**Quinn Emanuel**
**Skadden**

The Awesome Opponents are made up of 6 firms—all recognized by corporate counsel as worthy adversaries in prior years. These firms have built up their fear factor and are dreaded almost as much as the Fearsome Foursome themselves.

The 2015 Awesome Opponents are:

**Gibson, Dunn & Crutcher**
**Greenberg Traurig**
**Jenner & Block**
**Morrison & Foerster**
**Paul, Weiss**
**Vinson & Elkins**

You can see the full list of law firms named by clients as the <u>Most Feared in the new *BTI*</u>
<u>*Litigation Outlook 2015*</u>.



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The 4 Firms That Strike Fear In GCs

By **Aebra Coe**

Law360, New York (September 20, 2016, 4:38 PM EDT) -- General counsels have singled out four law firms that they're most afraid to face in court, pointing to the firms' ability to upend business operations, rack up costly bills and potentially ruin the reputations of their clients' litigation opponents.

The BTI Litigation Outlook 2017 report by BTI Consulting Group (Wellesley, Mass.) found that the firms most likely to give GCs nightmares are Jones Day, Kirkland & Ellis LLP and Skadden Arps Slate Meagher & Flom LLP, which have made BTI's "Fearsome Foursome" list four years running, as well as Dentons, which made it on the list for the first time this year, ousting longtime litigation leader Quinn Emanuel Urquhart & Sullivan LLP.

BTI asked over 300 general counsels and in-house litigation heads which law firms they would least like to see as opposing counsel, and the majority named, unaided, these four law firms, according to the report.

Their "fearsome" reputations give them a strategic leg up in a market where bet-the-company work is spreading like wildfire and litigation heavy hitters are increasingly valuable to clients, according to Michael Rynowecer, CEO of BTI Consulting Group.

The number of companies with bet-the-company work has quadrupled over the last two years, the report found.

"With the growth of complex litigation, clients are saying that they take note of law firms that are more fearsome than others because if you have more complex issues, you need more horsepower out of your law firm. More strategic horsepower, more intellectual horsepower and an unrelenting approach," Rynowecer said.

General counsels who responded to the survey pointed to a few things that the four firms named most-feared in the courtroom have in common, the first of which is an unrelenting approach, Rynowecer said.

"They have several strategies in place at once and keep coming at the issue," he said. "Not only do they overturn every rock, but they find new rocks to overturn and keep coming up with new ways to act in their clients' interests."

Corporate counsels also said that the law firms have a deep understanding of their clients' businesses and their business and legal needs and are able to translate that into sound predictions for what the clients' future needs will be, Rynowecer said.

"They bring this combination of understanding what the client's objectives are, they understand what the client's objectives ought to be, and they are able to integrate all that into a strategy and implement the strategy," he said.

| Fearsome Foursome |
| :--- |
| **2017** |
| Dentons |
| Jones Day |
| Kirkland & Ellis |
| Skadden |
| |
| **2016** |
| Jones Day |
| Kirkland & Ellis |
| Quinn Emmanuel |
| Skadden |
| |
| **2015** |
| Jones Day |
| Kirkland & Ellis |
| Quinn Emmanuel |
| Skadden |

Responding to the survey, the four law firms tended to point to their lawyers' shared expertise, experience and knowledge as the primary reasons they're able to please their own clients and be an intimidating opponent in court.

"Dentons has greater depth of knowledge and expertise in more areas. That means we can field the best team for the client in more types of cases," said Roger Heidenreich, co-chair of Dentons' litigation practice. "This bench, coupled with our ability to collaborate with the client on their goal and with one another to fulfill it, makes our teams formidable."

John Majoras, co-leader of Jones Day's business and tort litigation practice also fingered teamwork and experience as the reasons for his firm's litigation reputation.

"Complex trials are won by trial teams that collaborate seamlessly, not by individual lawyers alone," Majoras said. "Jones Day places special emphasis on developing the very best trial lawyers across all levels. … Experience counts when it comes to success at trial."

And, according to Kirkland & Ellis LLP litigation leader Mark Filip, anticipating clients' needs and goals sets his firm apart.

"Our attorneys listen carefully to understand clients' objectives and then promote them through practical and commercially sound advice," Filip said.

Along with the Fearsome Foursome, BTI named the next tier of highly regarded and fierce litigators, the so-called Awesome Opponents. They are Akin Gump Strauss Hauer & Feld LLP, Cadwalader Wickersham & Taft LLP, Cravath Swaine & Moore LLP, Davis Polk & Wardwell LLP, Fish & Richardson LLP, Gibson Dunn, K&L Gates LLP, Latham & Watkins LLP, Morgan Lewis & Bockius LLP, Pillsbury Winthrop Shaw Pittman and White & Case LLP.

--Editing by Christine Chun.

---

All Content © 2003-2019, Portfolio Media, Inc.



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The Four Firms That GCs Fear The Most

By **Sam Reisman**

Law360 (October 17, 2018, 7:38 PM EDT) -- General counsel are pointing to four law firms they view as the most fearsomely competent litigators and the ones they least wish to see on the other side of the table, a survey released Wednesday revealed.

According to BTI Consulting Group's 2019 **Litigation Outlook report**, the so-called "Fearsome Foursome" — the quartet of firms "striking the utmost fear into the hearts of seasoned general counsel and legal decision makers" — are Gibson Dunn & Crutcher LLP, Kirkland & Ellis LLP, Quinn Emanuel Urquhart & Sullivan LLP and Skadden Arps Slate Meagher & Flom LLP.

"We wear that as a badge of honor," said Randy Mastro, co-chair of Gibson Dunn's litigation practice group. "It was Machiavelli who said it was better to be feared than loved, but we are both. We are feared by our adversaries and loved by our clients."

| BTI Fearsome Foursome | |
|---|---|
| Gibson Dunn | Quinn Emanuel |
| Kirkland & Ellis | Skadden |

| BTI Awesome Opponents | |
|---|---|
| Bartlit Beck | Sidley Austin |
| Jones Day | Wachtell Lipton |
| Winston & Strawn | |

| Honor Roll | | | |
|---|---|---|---|
| Arnold & Porter | Fox Rothschild | Morgan Lewis | Quarles & Brady |
| BakerHostetler | Gray Ritter | Morrison & Foerster | Robbins Geller |
| Carpenter Lipps | Hughes Hubbard | Munger Tolles | Sullivan & Cromwell |
| Choate | Lewis Brisbois | Nixon Peabody | Susman Godfrey |
| Clark Hill | Manatt | Nossaman | Weitz & Luxenberg |
| Crowell & Moring | Maynard Cooper | O'Melveny & Myers | Wigdor LLP |
| Diamond McCarthy | McDermott | Paul Weiss | Williams & Connolly |

Quinn Emanuel is a new entrant to the group, while the other three firms held onto their top positions from **last year's report**.

"If there's a major dispute happening somewhere in the world, odds are we're involved," Quinn Emanuel partner Bill Urquhart said in a written statement. "That is because we achieve results that other firms don't. That is particularly true in the courtroom."

Mark Filip, a Kirkland partner and member of its global management executive committee, said in an email that the firm was honored to make the top tier once again.

"Kirkland's strengths are the work ethic, diversity and creativity of our lawyers, and we take great

pride in teaming with clients to provide first-rate legal representation around the globe," Filip said. "Kirkland tries and wins a lot of cases, and we believe that being ready to take a case to the judge and jury helps drive favorable settlements too. We also specialize in government and internal investigations, and handle those matters broadly in the United States and abroad."

The report lists a second tier of five angst-inducing firms, dubbed the "awesome opponents." They are Bartlit Beck Herman Palenchar & Scott LLP, Jones Day, Sidley Austin LLP, Wachtell Lipton Rosen & Katz and Winston & Strawn LLP.

Another firm, Morgan Lewis & Bockius LLP, appeared at the top of multiple other BTI lists of firms that do strong work in specific litigation segments. Managing partner Steven Wall told Law360 he believed the firm's competitiveness was attributable to its emphasis on alternative fees and the lack of geographic boundaries and barriers between different practice areas.

"We bring the entire litigation function of Morgan Lewis, no matter where you might be housed, to serve the client," Wall said. "Every day, we're using attorneys to staff where appropriate, and we're not beholden to some artificial boundary as to what practice group you actually belong to."

Especially with respect to the complex litigation that the survey recognized the firm for, Wall acknowledged that unchecked costs "can be like a runaway train." He emphasized that Morgan Lewis has worked with clients to provide them with more certainty and control over costs, in part through the use of alternative fees, which account for almost 30 percent of the firm's revenue, he said.

In addition to identifying clients' most admired firms, the survey also found that clients are expected to spend more on litigation matters across multiple practice areas for the second year in a row, a trend that is being driven by a surge in high-stakes complex work.

Large companies are eyeing increased litigation spending in 2019, particularly in intellectual property and class action matters, but also in commercial, employment, product liability and securities litigation, according to the report.



In total, clients are expected to add $2.5 billion to their legal spending, and the number of matters is expected to grow by 6 percent in 2019. This continues a trend that began in 2018 of larger — and,

for firms, more profitable — caseloads.

Between 2017 and 2018, the percentage of companies with high-stakes litigation more than doubled — from 24.6 percent to 62.7 percent — signaling that clients "are feeling more exposed than ever before," the report said. Clients also reported smaller upticks in routine, complex and "bet-the-company" work.

At the same time, the settlement rate is expected to maintain its downward slide. It sank from a seven-year high of 60.7 percent in 2017 to 43.6 percent in 2018 and is projected to reach 38.1 percent in 2019, the survey said.

"The settlement rates going down as a direct result of the increase in complexity," according to Michael Rynowecer, founder of BTI Consulting. "There's more issues at stake. There's more exposure at stake. Companies see bigger risks that they either haven't seen before or in recent memory. They don't have the same thought process to lean on that they've leaned on the past seven years to get the settlement rate up. They feel like they need to spend more time evaluating the options."



Even as clients prepare to pour more money into their legal representation, they report that on average they are planning to cut the number of firms they retain, Rynowecer said. The firms that are best positioned to win the lion's share of the big-ticket work are those that engage with their clients on an ongoing basis and are more adept at selling clients on their ability to address a company's challenges holistically and preemptively.

"The ability to come in and address all of [a company's potential exposures] in one conversation" will be crucial, Rynowecer said. "Not treating it as a single matter, but saying, 'You've got these three other risks because of this one matter … but here's the strategy for containing that. Here's the strategy for using our tools to try to avoid this, to try to contain it, to try to minimize the risk.'"

"Those are things that clients really want, and not every firm is comfortable doing that," he added.

The survey is the result of more than 350 telephone interviews conducted between Jan. 11 and Aug. 28 with legal decision makers at companies with $1 billion or more in revenue in the U.S., BTI said.

--Editing by Jill Coffey and Alanna Weissman.

*Update: This article has been updated with comment from Kirkland.*

---

All Content © 2003-2019, Portfolio Media, Inc.



**Portfolio Media. Inc. | 111 West 19th Street, 5th Floor | New York, NY 10011 | www.law360.com**
**Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com**

## The 4 Firms That Scare General Counsel The Most

By **Aebra Coe**

*Law360 (September 18, 2019, 3:20 PM EDT)* -- Four law firms strike fear in the hearts of their litigation opponents more than any others in the industry, according to a report released Wednesday that dubs the firms the "fearsome foursome."

General counsel and other in-house leaders name-dropped, without prompting, Kirkland & Ellis LLP, Latham & Watkins LLP, **Quinn Emanuel Urquhart & Sullivan LLP** and Skadden Arps Slate Meagher & Flom LLP more than any other law firms when asked which they would least like to see as opposing counsel, according to a report by BTI Consulting Group.

"Clients tell [us] these are the firms they most fear seeing on the other side of the table because they are relentless, very smart, and play to win — and win big," the report said.

> ## THE FEARSOME FOUR
>
> Kirkland & Ellis
> Latham & Watkins
> **Quinn Emanuel**
> Skadden

The report released Wednesday was compiled based on interviews BTI conducted between January and August with more than 350 legal decision makers — such as heads of litigation, general counsel and chief legal officers — at large organizations with $1 billion or more in revenue.

According to BTI President Michael Rynowecer, two of the firms have been on the list every year for the last decade: Kirkland and **Quinn Emanuel**.

Other law firms that garnered mentions from corporate clients as fearsome opponents in litigation include Boies Schiller Flexner LLP, Fish & Richardson PC, Gibson Dunn & Crutcher LLP, Jones Day, McKool Smith PC, Morgan Lewis & Bockius LLP, Morrison & Foerster LLP, Wachtell Lipton Rosen & Katz, Wheeler Trigg O'Donnell LLP and Williams & Connolly LLP.

"The things we heard about these law firms is that they have killer instinct. They go for the jugular," Rynowecer said. "Not only do they understand complexity, but they relish complexity. And they all seem to hunt in packs. One client described them as endless teams of excellent people who all have the same killer instinct."

Representatives of the firms that landed at the top of the list emphasized teamwork when asked what has contributed to their success in litigation.

"Our way of practicing is intensely collaborative — lawyers are always sharing ideas on what is new, what has worked and how to win," said name partner **John B. Quinn** of **Quinn Emanuel**. "This creates a dynamic 'hothouse' environment in which the best litigation minds are always bringing forward cutting-edge ideas and approaches."

According to Kirkland Partner Mark Filip, his law firm's litigation department is built on the diversity of its lawyers, the depth of its attorney teams and the breadth of their experience.

"In terms of experience, we have deep trial and government investigations experience handling enterprise risk-level matters, which allows us to understand where complex matters are likely to go and be prepared before events unfold," he said.

Latham Litigation and Trial Department Chair Michele Johnson pointed to her firm's partnerships and teamwork with clients as an aspect of its success.

"We've cultivated a formidable litigation department by partnering with our clients to understand their commercial goals and then fight tirelessly for them, in front of judges and juries, as well as in the boardroom," Johnson said. "As their roles evolve, we're able to team with them to find creative, efficient and effective solutions to their most complex and cutting-edge challenges."

--Editing by Alanna Weissman.

## AWESOME OPPONENTS

Boies Schiller
Fish & Richardson
Gibson Dunn
Jones Day
McKool Smith
Morgan Lewis
Morrison & Foerster
Wachtell
Wheeler Trigg
Williams & Connolly

## HONOR ROLL

| | |
|---|---|
| Bartlit Beck | Ice Miller |
| Choate Hall | Manko Gold |
| Covington | Much |
| Cravath | Norton Rose |
| Crowell & Moring | Reed Smith |
| Davis Polk | Robbins Geller |
| Dechert | Susman Godfrey |
| Dentons | Weil |
| Duane Morris | WilmerHale |
| Hogan Lovells | |

All Content © 2003-2019, Portfolio Media, Inc.

## The BTI Fearsome Foursome

The litigation landscape is constantly changing and this includes which firms clients see at the top. These are the firms striking the utmost fear into the hearts of seasoned general counsel and legal decision makers. The BTI Fearsome Foursome are the firms clients tell us they least want to see on the other side of the table in litigation because they are relentless, very smart, and play to win — and win big.

For the 2nd year in a row, Quinn Emanuel earns the coveted number 1 spot among the BTI Fearsome Foursome. Top legal decision makers rank Quinn Emanuel as part of the BTI Fearsome Foursome in each of the 10 reports BTI has published on the topic. This elite group of firms also includes Jones Day, Kirkland & Ellis, and Latham & Watkins.

Congratulations to The BTI Fearsome Foursome of 2021 for their intense approach and fierce tactics in today's complex legal market.

# Quinn Emanuel Urquhart & Sullivan

## Jones Day

## Kirkland & Ellis

## Latham & Watkins



**The fine print:** We asked more than 240 general counsel and in-house litigation heads which law firms they would least like to see as opposing counsel. The majority of clients named, unaided, the law firm members of The BTI Fearsome Foursome. The remainder selected other firms, listed here as the BTI Awesome Opponents and Standouts.



# The BTI Fearsome Foursome: The Most Feared Law Firms in Litigation

## BTI Fearsome Foursome

**Jones Day**

**Kirkland & Ellis**

**Latham & Watkins**

**Quinn Emanuel Urquhart & Sullivan**

## BTI Awesome Opponents

**Cravath, Swaine & Moore**

**Lanier Law Firm**

**Morgan & Morgan**

**Pillsbury**

**Skadden**

**Williams & Connolly**

**The fine print:** We asked more than 240 general counsel and in-house litigation heads which law firms they would least like to see as opposing counsel. The majority of clients named, unaided, the law firm members of The BTI Fearsome Foursome. The remainder selected other firms, listed here as the BTI Awesome Opponents and Standouts.

**BTI FEARSOME FOURSOME**



# The BTI Fearsome Foursome: The Most Feared Law Firms in Litigation

## Standouts

Bartlit Beck

Covington

Finnegan

Fox Rothschild

Littler

Morgan Lewis

Morrison & Foerster

O'Melveny

Robins Kaplan

WilmerHale

Wilson Elser

**BTI FEARSOME FOURSOME**

**BTI CONSULTING GROUP**

3

bticonsulting.com | +1.617.439.0333 | ©2020 The BTI Consulting Group, Inc  All rights reserved. Reprinted with the permission of The BTI Consulting Group, Inc.

# 21 Law Firms Clients Fear Most in Litigation — Post Pandemic

Fear can be healthy. It prepares you for imminent danger. It can help you improve your response to a potentially dangerous situation.

Fear is especially healthy for the BTI Fearsome Foursome. These are the firms top legal decision makers do not want to see on the other side of the table in litigation. Counsel opposite The BTI Fearsome Foursome often change their strategy and approach when they see these firms on the other side.

The pandemic changed everything, including what makes a law firm fearsome. Yet, the BTI Fearsome Foursome are all alumni. Their consistency in the face of seismic change suggests ferocity is cultural — a natural ability to hone in on the key issues and approach for any circumstance — and then pounce.

Top legal decision makers point to 21 firms as the opponents they do not want to encounter. The top reasons:

1. **Tie Claims Together in New Ways**
   The sudden WFH and other pandemic-related demands create new circumstances and claims. The Fearsome Foursome are quick to spot these and use them to their client's advantage.

2. **Very Early Assessments**
   No one ever has all the facts they want. The Fearsome Foursome operate with fewer known facts. They may adjust and pivot where needed but get out of the gate quickly — and have a strong record for being on the right track.

3. **Decisive and Confident**
   Confidence comes with being comfortable with fewer facts, drawing on experience, and trust in their intuition. This enables the most feared firms to act quickly — often interpreted as aggressive and time consuming by the other side — adding to the fearsome persona.

4. **Unbound by Convention**
   No-rinse and repeat here. These firms always have a new approach. These unanticipated approaches throw the opposition off guard and offer an advantage.

These 4 behaviors define key aspects of the Fearsome Foursome as the pandemic unfolds. Please join me in congratulating the following 21 firms and, Quinn Emanuel Urquhart & Sullivan, for being ranked number 1 for the 2nd year in a row.

bticonsulting.com | +1.617.439.0333 | ©2020 The BTI Consulting Group, Inc  All rights reserved. Reprinted with the permission of The BTI Consulting Group, Inc.

*BTI Litigation Outlook 2021*

## Our Methodology and Approach

**INDEPENDENT, UNBIASED RESEARCH, BASED SOLELY ON CLIENT FEEDBACK**

### 2021 Survey Participant Demographics

#### OVERVIEW

| | |
|---|---|
| **Interviews** | More than **240** in-depth telephone interviews |
| **Time Frame** | Conducted between **February 12, 2020** and **August 12, 2020** |
| **Incentives** | Respondents receive a complimentary report of legal benchmarks and metrics |

#### LEGAL DECISION MAKERS RESPONSIBLE FOR LITIGATION

- Head of Litigation
- Chief and Vice President of Litigation
- General Counsel/Chief Legal Officer
- Direct report to General Counsel

#### ORGANIZATIONS WITH HIGHEST LEVELS OF LEGAL SPENDING



$24.7 billion — Average Revenue
$13.1 billion — Median Revenue

#### REPRESENTATIVE OF MORE THAN 15 INDUSTRY SEGMENTS

- Banking
- Chemicals
- Consumer Goods
- Energy
- Financial Services
- Food & Agriculture
- Health Care
- High Tech
- Insurance
- Manufacturing
- Pharmaceuticals
- Professional Services
- Retail Trade
- Telecom
- Transportation
- Utilities
- Wholesale Trade

*BTI Litigation Outlook 2021* is based solely on in-depth telephone interviews with leading legal decision makers. This comprehensive analysis trends data from more than 9,000 corporate counsel client interviews conducted over the span of 20 years.

**This research is independent and unbiased — no law firm or organization other than BTI sponsors this study.**

Each year, BTI reaches out to a strategically designed group of top legal decision makers at large organizations with $1 billion or more in revenue. We target the decision makers in the industries who spend the most on legal affairs as well as thought leaders and innovative Chief Legal Officers. Our survey also includes Chief Legal Operating Officers and business executives who hire and influence the selection and hiring of law firms.

Participants are granted confidentiality at the individual and organizational level.



bticonsulting.com | +1.617.439.0333 | ©2020 The BTI Consulting Group, Inc  All rights reserved. Reprinted with the permission of The BTI Consulting Group, Inc.

*BTI Litigation Outlook 2021*

# Questions? Comments?



**Michael B. Rynowecer, President**

For questions, research inquiries, and information on BTI's research, market insight, seminars, training, or workshops, please contact us via email or by calling **+1 617 439 0333**.

**mrynowecer@bticonsulting.com**

Visit Us
**bticonsulting.com**

Subscribe to BTI's Blog
**The Mad Clientist**

Follow BTI Consulting



6

bticonsulting.com  |  +1.617.439.0333  |  ©2020 The BTI Consulting Group, Inc  All rights reserved. Reprinted with the permission of The BTI Consulting Group, Inc.

*BTI Litigation Outlook 2021*