EXHIBIT  5

This site uses cookies to enhance your browsing experience. **More info & options** If you're happy with cookies, click **Close** or simply continue browsing.

Close

---

| Search for attorneys, firms and judges | 🔍 |

---

# Quinn Emanuel Urquhart & Sullivan

FIRM OVERVIEW     BENCHMARK RANKINGS     ATTORNEYS

## California

## Benchmark Rankings ⌃

### Highly Recommended 2019

Berman Tabacco

Cooley

Covington & Burling

Davis Polk & Wardwell

Durie Tangri

Farella Braun & Martel

Gibson Dunn & Crutcher

Glaser Weil

Goodwin

Hueston Hennigan

Keker Van Nest & Peters

Kirkland & Ellis

# Highly Recommended 2019

Latham & Watkins

Lieff Cabraser Heimann & Bernstein

Mayer Brown

Morgan Lewis & Bockius

Morrison & Foerster

Munger Tolles & Olson

O'Melveny & Myers

Orrick Herrington & Sutcliffe

Paul Hastings

Quinn Emanuel Urquhart & Sullivan

Robbins Geller Rudman & Dowd

Sidley Austin

Skadden Arps Slate Meagher & Flom

# Recommended 2019

Allen Matkins

Altshuler Berzon

Arnold & Porter

Bernstein Litowitz Berger & Grossmann

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow

Blecher Collins Pepperman & Joye

Coblentz Patch Duffy & Bass

Dan Tan Law

Dechert

## Recommended 2019

Fish & Richardson

Girardi Keese

Grobaty & Pitet

Hodes Milman Liebeck

Irell & Manella

Jones Day

Kilpatrick Townsend & Stockton

King & Spalding

Knobbe Martens

Lewis & Llewellyn

McDermott Will & Emery

Musick Peeler & Garrett

Shook Hardy & Bacon

Simpson Thacher & Bartlett

Stroock & Stroock & Lavan

Umberg Zipser

Weil Gotshal & Manges

White & Case

Willenken Wilson Loh & Delgado

Wilson Sonsini Goodrich & Rosati

Winston & Strawn

# Antitrust

## Benchmark California - Tier 1

## Benchmark California - Tier 1

Davis Polk & Wardwell

Gibson Dunn & Crutcher

Latham & Watkins

O'Melveny & Myers

Paul Hastings

Sheppard Mullin Richter & Hampton

## Benchmark California - Tier 2

Farella Braun & Martel

Jones Day

Orrick Herrington & Sutcliffe

Paul Hastings

Quinn Emanuel Urquhart & Sullivan

# Intellectual Property                                                ⌃

## Benchmark California - Tier 1

Cooley

Durie Tangri

Fish & Richardson

Keker Van Nest & Peters

Morrison & Foerster

Orrick Herrington & Sutcliffe

Paul Hastings

Quinn Emanuel Urquhart & Sullivan

## Benchmark California - Tier 1

Sheppard Mullin Richter & Hampton

## Benchmark California - Tier 2

ADLI Law Group

Davis Polk & Wardwell

Farella Braun & Martel

Goodwin

Irell & Manella

Kilpatrick Townsend & Stockton

Knobbe Martens

Morgan Lewis & Bockius

Sidley Austin

Simpson Thacher & Bartlett

Taylor & Patchen

Umberg Zipser

# Securities ⌃

## Benchmark California - Tier 1

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow

Cooley

Gibson Dunn & Crutcher

Hueston Hennigan

Keker Van Nest & Peters

Lieff Cabraser Heimann & Bernstein

## Benchmark California - Tier 1

O'Melveny & Myers

Orrick Herrington & Sutcliffe

Quinn Emanuel Urquhart & Sullivan

Robbins Geller Rudman & Dowd

Sidley Austin

## Benchmark California - Tier 2

Alto Litigation

Berman Tabacco

Bernstein Litowitz Berger & Grossmann

Coblentz Patch Duffy & Bass

Mayer Brown

Morgan Lewis & Bockius

Paul Hastings

Proskauer

Quinn Emanuel Urquhart & Sullivan

# China

## International Arbitration - International firms ⌃

### Recommended

Allen & Overy

Baker McKenzie

Bird & Bird (Europe)

Clifford Chance

## Recommended

Clyde & Co

CMS

Davis Polk & Wardwell

Debevoise & Plimpton

DLA Piper

Freshfields Bruckhaus Deringer

Herbert Smith Freehills

Hogan Lovells

Ince & Co

King & Wood Mallesons

Latham & Watkins

Mayer Brown (Asia)

Minter Ellison

Norton Rose Fulbright

O'Melveny & Myers

Quinn Emanuel Urquhart & Sullivan

Sidley Austin

Skadden Arps Slate Meagher & Flom

# District of Columbia

## Benchmark Rankings

### Highly Recommended 2019

Arnold & Porter

Baker Botts

## Highly Recommended 2019

Buckley Sandler

Cleary Gottlieb Steen & Hamilton LLP

Covington & Burling

Davis Polk & Wardwell

Gibson Dunn & Crutcher

Hogan Lovells

Jones Day

King & Spalding

Kirkland & Ellis

Latham & Watkins

Mayer Brown

Morgan Lewis & Bockius

O'Melveny & Myers

Paul Weiss Rifkind Wharton & Garrison

Quinn Emanuel Urquhart & Sullivan

Sidley Austin

Simpson Thacher & Bartlett

Skadden Arps Slate Meagher & Flom

White & Case

Williams & Connolly

WilmerHale

Zuckerman Spaeder

## Recommended - 2019

## Recommended - 2019

Akin Gump Strauss Hauer & Feld

Caplin & Drysdale

Dechert

Eversheds Sutherland

Hausfeld

Hunton Andrews Kurth

Ifrah Law

Kellogg Hansen Todd Figel & Frederick

McDermott Will & Emery

Milbank Tweed Hadley & McCloy

Orrick Herrington & Sutcliffe

Paul Hastings

Robbins Russell Englert Orseck Untereiner & Sauber

Rothwell Figg Ernst & Manbeck

Schertler & Onorato

Schulte Roth & Zabel

Steptoe & Johnson

Sullivan & Cromwell

Trout Cacheris

Venable

Vinson & Elkins

# France

## International Arbitration

## Tier 1

Cleary Gottlieb Steen & Hamilton (Europe)

Freshfields Bruckhaus Deringer (Europe)

Shearman & Sterling (Europe)

White & Case (Europe)

## Tier 2

Clifford Chance (Europe)

Latham & Watkins (Europe)

Quinn Emanuel Urquhart & Sullivan

## Tier 3

King & Spalding

Orrick Rambaud Martel

# White Collar Crime                                            ⌃

## Tier 1

Bredin Prat

Temime

Veil Jourde

## Tier 2

Allen & Overy (Europe)

Cleary Gottlieb Steen & Hamilton (Europe)

Hogan Lovells (Europe)

Taylor Wessing

## Tier 3

Gide Loyrette Nouel

Quinn Emanuel Urquhart & Sullivan

Willkie Farr & Gallagher (Europe)

# Germany

## Intellectual Property ⌃

### Tier 1

Bird & Bird (Europe)

Hogan Lovells (Europe)

Hoyng Rokh Monegier (Europe)

### Tier 2

Freshfields Bruckhaus Deringer (Europe)

Klaka

Quinn Emanuel Urquhart & Sullivan

Wildanger

### Tier 3

Arnold Ruess

Baker McKenzie (Europe)

Gleiss Lutz

Krieger Mes & Graf von der Groeben

Taylor Wessing

## Other Notable Firms

## Other Notable Firms

Allen & Overy (Europe)

CMS Cameron McKenna Nabarro Olswang (Europe)

Harmsen Utescher

Jones Day (Europe)

Noerr

Preu Bohlig & Partner

Rospatt Osten Pross

Simmons & Simmons

# Hong Kong

## International Arbitration - International firms   ︿

### RECOMMENDED

Allen & Overy

Baker McKenzie

Bird & Bird (Europe)

Clifford Chance

Clyde & Co

CMS

Davis Polk & Wardwell

Debevoise & Plimpton

DLA Piper

Freshfields Bruckhaus Deringer

Herbert Smith Freehills

Hogan Lovells

## RECOMMENDED

Ince & Co

King & Wood Mallesons

Latham & Watkins

Mayer Brown (Asia)

Minter Ellison

Norton Rose Fulbright

O'Melveny & Myers

Quinn Emanuel Urquhart & Sullivan

Sidley Austin

Skadden Arps Slate Meagher & Flom

# Illinois

## Benchmark Rankings                                                 ⌃

### Highly Recommended

Barack Ferrazzano Kirschbaum & Nagelberg

Bartlit Beck

Goldman Ismail Tomaselli Brennan & Baum

Jenner & Block

Jones Day

Katten Muchin Rosenman

Kirkland & Ellis

Mayer Brown

McDermott Will & Emery

Sidley Austin

## Highly Recommended

Winston & Strawn

## Recommended

Baker McKenzie

Freeborn & Peters

Greensfelder Hemker & Gale

Latham & Watkins

Perkins Coie

Quinn Emanuel Urquhart & Sullivan

Schiff Hardin

Skadden Arps Slate Meagher & Flom

Stetler Duffy & Rotert

Tabet DiVito & Rothstein

Tamari Law Group

Wexler Wallace

# Los Angeles/Century City/Irvine

## Benchmark Rankings                                                                  ⌃

### Tier 1

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow

Gibson Dunn & Crutcher

Glaser Weil

Hueston Hennigan

Irell & Manella

## Tier 1

Latham & Watkins

Munger Tolles & Olson

O'Melveny & Myers

Paul Hastings

Quinn Emanuel Urquhart & Sullivan

Sheppard Mullin Richter & Hampton

Sidley Austin

## Tier 2

ADLI Law Group

Allen Matkins

Boies Schiller Flexner

Delman Vukmanovic

Early Sullivan Wright Gizer & McRae

Girardi Keese

Greenberg Glusker

Greenberg Gross

Hodes Milman Liebeck

Keller/Anderle LLP

Kinsella Weitzman Iser Kump & Aldisert

Larson O'Brien

McNicholas & McNicholas

Mitchell Silberberg & Knupp

Musick Peeler & Garrett

## Tier 2

Nassiri & Jung

Nelson Hardiman

Pachulski Stang Ziehl & Jones

Umberg Zipser

White & Case

Willenken Wilson Loh & Delgado

# New York

## Benchmark Rankings ⌃

### Highly Recommended 2019

Bernstein Litowitz Berger & Grossmann

Cahill Gordon & Reindel

Cleary Gottlieb Steen & Hamilton LLP

Cravath Swaine Moore

Davis Polk & Wardwell

Debevoise & Plimpton

Dechert

Gibson Dunn & Crutcher

Holwell Shuster & Goldberg

King & Spalding

Kirkland & Ellis

Kramer Levin Naftalis & Frankel

Milbank Tweed Hadley & McCloy

Morvillo Abramowitz Grand Iason & Anello P.C.

## Highly Recommended 2019

Patterson Belknap Webb & Tyler

Paul Weiss Rifkind Wharton & Garrison

Proskauer

Quinn Emanuel Urquhart & Sullivan

Schulte Roth & Zabel

Shearman & Sterling

Sidley Austin

Simpson Thacher & Bartlett

Skadden Arps Slate Meagher & Flom

Sullivan & Cromwell

Wachtell Lipton Rosen & Katz

Weil Gotshal & Manges

White & Case

Winston & Strawn

## Recommended 2019

Anderson Kill

Arnold & Porter

BakerHostetler

Boies Schiller Flexner

Brown Rudnick

Cohen & Gresser

Cooley

Freshfields Bruckhaus Deringer

## Recommended 2019

Goodwin

Herbert Smith Freehills

Hoguet Newman Regal & Kenney

Hughes Hubbard & Reed

Kaplan Fox

Kaplan Hecker & Fink

Kasowitz Benson Torres

Kelley Drye & Warren

Kobre & Kim

Labaton Sucharow

Lankler Siffert & Wohl

Levine Lee

Lieff Cabraser Heimann & Bernstein

McDermott Will & Emery

McKool Smith

MoloLamken

Mound Cotton Wollan & Greengrass

O'Melveny & Myers

Orrick Herrington & Sutcliffe

Paul Hastings

Richards Kibbe and Orbe

Robbins Geller Rudman & Dowd

Ropes & Gray

Stroock & Stroock & Lavan

## Recommended 2019

Susman Godfrey

Walden Macht & Haran

Willkie Farr & Gallagher

# San Francisco

## Benchmark Rankings ⌃

### San Francisco - Tier 1

Coblentz Patch Duffy & Bass

Cooley

Durie Tangri

Farella Braun & Martel

Keker Van Nest & Peters

Latham & Watkins

Lieff Cabraser Heimann & Bernstein

Orrick Herrington & Sutcliffe

Quinn Emanuel Urquhart & Sullivan

Sidley Austin

Wilson Sonsini Goodrich & Rosati

### San Francisco - Tier 2

Alto Litigation

Berman Tabacco

Dan Tan Law

Farmer Brownstein Jaeger & Goldstein

**San Francisco - Tier 2**

Feinberg Day

Kerr & Wagstaffe

Kilpatrick Townsend & Stockton

King & Spalding

Lewis & Llewellyn

Nassiri & Jung

Phillips Erlewine Given & Carlin

Taylor & Patchen

Valle Makoff

# Top Trial Lawyers and Law Firms

## Top 20 Trial Law Firms                                        ⌃

**Recommended**

Bartlit Beck

Gibbs & Bruns

Gibson Dunn & Crutcher

Goldman Ismail Tomaselli Brennan & Baum

Hueston Hennigan

Keker Van Nest & Peters

Kirkland & Ellis

Kobre & Kim

Lieff Cabraser Heimann & Bernstein

Lightfoot Franklin & White

Lynn Pinker Cox & Hurst

## Recommended

McKool Smith

Podhurst Orseck

Quinn Emanuel Urquhart & Sullivan

Reid Collins & Tsai

Reynolds Frizzell

Susman Godfrey

Wilkinson Walsh + Eskovitz

Williams & Connolly

Winston & Strawn

# United Kingdom

## Commercial and Transactions                                      ⌃

### Tier 1

Allen & Overy (Europe)

Clifford Chance (Europe)

Freshfields Bruckhaus Deringer (Europe)

Herbert Smith Freehills (Europe)

Hogan Lovells (Europe)

Linklaters ( Europe)

White & Case (Europe)

### Tier 2

Debevoise & Plimpton (Europe)

HFW - Holman Fenwick Willan

## Tier 2

Kirkland & Ellis

Latham & Watkins (Europe)

Slaughter and May

## Tier 3

Ashurst (Europe)

Baker McKenzie (Europe)

Cleary Gottlieb Steen & Hamilton (Europe)

Dechert (Europe)

Mayer Brown (Europe)

Milbank Tweed Hadley & McCloy (Europe)

Mishcon de Reya

Quinn Emanuel Urquhart & Sullivan

Taylor Wessing

## Other Notable Firms

Cadwalader Wickersham & Taft

Cooley (Europe)

Enyo Law

# United States

## Antitrust                                                                          ⌃

### Tier 1

Boies Schiller Flexner

# Tier 1

Cleary Gottlieb Steen & Hamilton LLP

Covington & Burling

Cravath Swaine Moore

Gibson Dunn & Crutcher

Kirkland & Ellis

Latham & Watkins

O'Melveny & Myers

Paul Weiss Rifkind Wharton & Garrison

Quinn Emanuel Urquhart & Sullivan

Simpson Thacher & Bartlett

Skadden Arps Slate Meagher & Flom

Sullivan & Cromwell

Weil Gotshal & Manges

White & Case

WilmerHale

Winston & Strawn

# Tier 2

Arnold & Porter

Cahill Gordon & Reindel

Davis Polk & Wardwell

Dechert

Eimer Stahl

Hausfeld

## Tier 2

Hogan Lovells

Jones Day

Mayer Brown

McDermott Will & Emery

Milbank Tweed Hadley & McCloy

Morgan Lewis & Bockius

Orrick Herrington & Sutcliffe

Patterson Belknap Webb & Tyler

Sidley Austin

WilmerHale

# Appellate ⌃

## Tier 1

Gibson Dunn & Crutcher

Hogan Lovells

Kellogg Hansen Todd Figel & Frederick

Kirkland & Ellis

Latham & Watkins

Mayer Brown

Robbins Russell Englert Orseck Untereiner & Sauber

Sidley Austin

Williams & Connolly

WilmerHale

## Tier 2

Arnold & Porter

Covington & Burling

Jones Day

McDermott Will & Emery

Morrison & Foerster

O'Melveny & Myers

Orrick Herrington & Sutcliffe

Proskauer

Quinn Emanuel Urquhart & Sullivan

Vinson & Elkins

# Bankruptcy ⌃

## Tier 1

Cleary Gottlieb Steen & Hamilton LLP

Jones Day

Kirkland & Ellis

Milbank Tweed Hadley & McCloy

Paul Weiss Rifkind Wharton & Garrison

Quinn Emanuel Urquhart & Sullivan

Ropes & Gray

Sidley Austin

Skadden Arps Slate Meagher & Flom

White & Case

## Tier 2

Akin Gump Strauss Hauer & Feld

Brown Rudnick

Davis Polk & Wardwell

Kasowitz Benson Torres

Kramer Levin Naftalis & Frankel

Simpson Thacher & Bartlett

Stroock & Stroock & Lavan

Weil Gotshal & Manges

WilmerHale

# General Commercial ⌃

## Tier 1

Bartlit Beck

Cravath Swaine Moore

Davis Polk & Wardwell

Debevoise & Plimpton

Gibson Dunn & Crutcher

King & Spalding

Kirkland & Ellis

O'Melveny & Myers

Patterson Belknap Webb & Tyler

Paul Weiss Rifkind Wharton & Garrison

Quinn Emanuel Urquhart & Sullivan

Simpson Thacher & Bartlett

## Tier 1

Skadden Arps Slate Meagher & Flom

Sullivan & Cromwell

Susman Godfrey

Wachtell Lipton Rosen & Katz

Weil Gotshal & Manges

Wilkinson Walsh + Eskovitz

Williams & Connolly

Winston & Strawn

## Tier 2

Baker Botts

Boies Schiller Flexner

Cahill Gordon & Reindel

Cleary Gottlieb Steen & Hamilton LLP

Covington & Burling

Glaser Weil

Holwell Shuster & Goldberg

Hueston Hennigan

Jones Day

Milbank Tweed Hadley & McCloy

Orrick Herrington & Sutcliffe

Proskauer

Shearman & Sterling

Sidley Austin

## Tier 2

Stroock & Stroock & Lavan

Susman Godfrey

White & Case

WilmerHale

# Intellectual Property ⌃

## Tier 1

Durie Tangri

Fish & Richardson

Gibson Dunn & Crutcher

Keker Van Nest & Peters

Kirkland & Ellis

Latham & Watkins

McKool Smith

Morrison & Foerster

Orrick Herrington & Sutcliffe

Paul Hastings

Quinn Emanuel Urquhart & Sullivan

Sidley Austin

Weil Gotshal & Manges

White & Case

Williams & Connolly

WilmerHale

Winston & Strawn

## Tier 2

Arnold & Porter

Ciresi Conlin

Cooley

Covington & Burling

Cravath Swaine Moore

Davis Polk & Wardwell

Finnegan Henderson Farabow Garrett and Dunner

Fisch Sigler

Fitzpatrick Cella Harper & Scinto

Goodwin

Greenberg Traurig

Hughes Hubbard & Reed

Irell & Manella

Kilpatrick Townsend & Stockton

Knobbe Martens

McDermott Will & Emery

Paul Weiss Rifkind Wharton & Garrison

Proskauer

Robins Kaplan

Ropes & Gray

Sheppard Mullin Richter & Hampton

Simpson Thacher & Bartlett

# Product Liability    ⌃

# Tier 1

Bartlit Beck

Bradley Arant Boult Cummings

Butler Snow

Covington & Burling

Goldman Ismail Tomaselli Brennan & Baum

Greenberg Traurig

King & Spalding

Kirkland & Ellis

Pepper Hamilton

Shook Hardy & Bacon

Sidley Austin

Skadden Arps Slate Meagher & Flom

Tucker Ellis

Venable

Williams & Connolly

# Tier 2

Alston & Bird

Arnold & Porter

Bowman and Brooke

Debevoise & Plimpton

Gibson Dunn & Crutcher

Herbert Smith Freehills

Irwin Fritchie Urquhart & Moore

## Tier 2

Jones Day

Mintz Levin Cohn Ferris Glovsky & Popeo

Morrison & Foerster

Orrick Herrington & Sutcliffe

Paul Weiss Rifkind Wharton & Garrison

Quinn Emanuel Urquhart & Sullivan

Reed Smith

Weil Gotshal & Manges

Wheeler Trigg O'Donnell

# Securities ⌃

## Tier 1

Bernstein Litowitz Berger & Grossmann

Cravath Swaine Moore

Davis Polk & Wardwell

Debevoise & Plimpton

Gibson Dunn & Crutcher

Milbank Tweed Hadley & McCloy

Paul Weiss Rifkind Wharton & Garrison

Quinn Emanuel Urquhart & Sullivan

Shearman & Sterling

Simpson Thacher & Bartlett

Skadden Arps Slate Meagher & Flom

Sullivan & Cromwell

## Tier 1

Wachtell Lipton Rosen & Katz

## Tier 2

Cahill Gordon & Reindel

Cleary Gottlieb Steen & Hamilton LLP

Kessler Topaz Meltzer & Check

Labaton Sucharow

O'Melveny & Myers

Robbins Geller Rudman & Dowd

Schulte Roth & Zabel

Sidley Austin

Weil Gotshal & Manges

# White Collar Crime                                        ⌃

## Tier 1

Buckley Sandler

Cleary Gottlieb Steen & Hamilton LLP

Covington & Burling

Davis Polk & Wardwell

Debevoise & Plimpton

Gibson Dunn & Crutcher

Keker Van Nest & Peters

King & Spalding

Kirkland & Ellis

## Tier 1

Milbank Tweed Hadley & McCloy

Morvillo Abramowitz Grand Iason & Anello P.C.

Paul Weiss Rifkind Wharton & Garrison

Quinn Emanuel Urquhart & Sullivan

Simpson Thacher & Bartlett

Skadden Arps Slate Meagher & Flom

Wachtell Lipton Rosen & Katz

Williams & Connolly

## Tier 2

Brune Law

Cahill Gordon & Reindel

Cravath Swaine Moore

Dechert

Goodwin

Hogan Lovells

Kramer Levin Naftalis & Frankel

Lankler Siffert & Wohl

Latham & Watkins

Morgan Lewis & Bockius

Proskauer

Richards Kibbe and Orbe

Schulte Roth & Zabel

Shearman & Sterling

## Tier 2

Sidley Austin

Steptoe & Johnson

Sullivan & Cromwell

WilmerHale

Winston & Strawn

Zuckerman Spaeder

© Copyright Benchmark Litigation

v 3.8.703