# EXHIBIT 6

# Rising Star: Quinn Emanuel's Steig Olson

law360.com/articles/421121/rising-star-quinn-emanuel-s-steig-olson

By **Melissa Lipman**

Law360, New York (March 20, 2013, 7:45 PM EDT) -- Quinn Emanuel Urquhart & Sullivan LLP's Steig Olson has moved effortlessly from representing plaintiffs in high-profile class actions to helping defend Travelport Ltd. in an antitrust fight brought by American Airlines Inc., landing himself on Law360's list of five noteworthy competition attorneys under 40.

The 37-year-old partner and 2013 Rising Star began his career working for two of the nation's top plaintiffs' firms, Cohen Milstein Hausfeld & Toll PLLC and then Hausfeld LLP. Olson still works on major class actions in addition to the defense work he picked up when he joined Quinn Emanuel two years ago.

That includes an antitrust multidistrict litigation over railroad fuel surcharges, in which Olson helped the plaintiffs win class certification in June.

"Class certification has gotten a lot harder, a lot more rigorous, and our effort in that case reflected, in our view, the increased demand on a plaintiff to make a more rigorous showing than they used to have to," Olson said. "We see that as almost a landmark victory."

That case demonstrated the "full package of skills" that Olson brings to antitrust litigation, including a strong ability to make his case in court, according to Quinn Emanuel antitrust chairman Stephen Neuwirth.

"He gave a very excellent oral argument at the class certification hearing [and] just the clarity with which he was able to present that to the court was something that was so tremendously impressive to all of us who were there," Neuwirth said. "That was ... a couple years ago before he became a partner at our firm, but at that moment we all felt this was just talent beyond what we would expect of someone of his seniority."

Olson has also managed to translate that experience on the plaintiffs' side class action cases into a variety of other work, including defending companies against class cases and representing major companies bringing their own antitrust claims.

In American Airlines' recently settled antitrust case against Travelport, Olson helped defend the company from the bankrupt airline's substantial damages claims over allegations that Travelport was blocking the carrier from setting up a competing online ticketing system.

"This is the first big, high-profile defense-side case for me ... so it was a really great opportunity to be involved in a high-stakes, cutting-edge case with the very best lawyers who do that type of work in the country," Olson said.

For that case, Olson handled many of the depositions and discovery work for the company, which allowed him to bring his past experience into play.

"Because of my plaintiffs experience, I'm more inclined, when I take a deposition, to be more on the offense than just doing what's necessary to defend the client, and in this case we had counterclaims and we had themes that we were exploring that we were planning to use to put American on the defensive at trial," Olson said. "The area where I took the lead was developing those themes."

In addition to defense work, the past two years at Quinn Emanuel have also allowed Olson to branch out into so-called opt-out cases, in which big companies covered by class actions bring their own antitrust damages claims, and other plaintiff work for the firm's major clients.

In one suit, Olson is part of a team representing Avery Dennison Corp. in a suit accusing 3M Co. of abusing the government contract bidding process to supply agencies with retroflective sheeting used in highway signs and of abusing the standard-setting process.

Beyond Olson's casework, his willingness to serve as a mentor for younger attorneys also sets him apart, according to Neuwirth.

"Very often, people who are very good at what they do can be very focused on what they're doing and not devote as much time to mentoring," Neuwirth said. "But I've noticed that younger attorneys at our firm really seem to want to work with Steig not only because he's very collegial but also because he seems to be an extremely good teacher ... the people who work with him tend to be better lawyers after working with him."

--Editing by Rebecca Flanagan.
For a reprint of this article, please contact reprints@law360.com.

Ask a question!

© 2021, Portfolio Media, Inc. About | Contact Us | Legal Jobs | Careers at Law360 |
Advertise with Law360 | Terms | Privacy Policy | Cookie Settings | Help | Site Map