# EXHIBIT 8

# Steig D Olson

**chambers.com**/lawyer/steig-d-olson-usa-5:1201207

**Lawyer profile for USA 2021**

## Chambers Review

Chambers Research is conducted by 200 Research Analysts, across 200 jurisdictions and provides nearly 6,000 rankings tables. Annually we collect hundreds of thousands of responses from clients, the majority via in-depth interview. Learn more about our methodology.

USA

Antitrust: Mainly Plaintiff - New York

Band 2

Content

**Steig Olson** is an accomplished attorney recommended for his plaintiff-side representation. He is particularly recognized for his work on behalf of corporate plaintiffs in the finance sector as well as his work litigating antitrust disputes for public bodies.
*"He is fantastic, whip-smart and an incredible writer."*

Read less

**This page contains Chambers Research content only**