# EXHIBIT 9

# Rising Star: Quinn Emanuel's Adam Wolfson

360 law360.com/articles/1193708/rising-star-quinn-emanuel-s-adam-wolfson

Law360 (September 27, 2019, 6:41 PM EDT) -- Quinn Emanuel Urquhart & Sullivan LLP partner Adam Wolfson helped lead a group of insurers to a billion dollar victory against the Trump administration after it cut off payments that help them reduce costs for low-income individuals, landing him among the five class action attorneys under 40 honored by Law360 as **Rising Stars**.

**Adam Wolfson**
**Quinn Emanuel**



**Age:** 39
**Home base:** Los Angeles
**Position:** Partner
**Law school:** University of Michigan Law School
**First job after law school:** Quinn Emmanuel

*Why he chose class actions:*

Class actions speak to the part of Wolfson that "really likes efficiency," he said.

"I think it's a great mechanism for handling the small claims, or the claims that might not [otherwise] be brought in the most efficient manner, either because they're too small for people to bring or because it's just much better for them to be brought together," he said.



Such a good mechanism, in fact, that other jurisdictions around the world are trying to adopt their own version of the class action for claims that are more easily processed en masse.

"I think it's a good innovation in U.S. law," he said. "Both for entering claims and dismissing claims. If there's nothing there, it's a good mechanism for getting rid of claims, as well."

Wolfson said he also likes the versatility that his firm gives him to work with clients on either side of the class action, at times helping defend companies from bogus claims and at other times "being able to help vindicate rights for large swaths of different people or businesses."

*A big win:*

Wolfson was part of the team that helped a group of insurers challenge the Trump administration's decision to cut payments established under Obamacare to help them subsidize the amount that insured people have to pay out-of-pocket for medical care, and earlier this year, a court ruled that the government would have to restore those payments.

The final numbers haven't been released yet, but damages are looking to be in the ballpark of $1.6 billion, Wolfson said.

"You have this very important public-private partnership, with the implications of that," Wolfson said, on what made the case particularly interesting. "Can the government avoid paying its obligations just because there's a change of control in Congress or the executive or does it have to be held to its promises?"

The case was also novel because it was an opt-in class, Wolfson said, so his team had to "actually convince" people to join the class after it was certified.

### *His proudest moment:*

Seeing "tears of gratitude and vindication" on the face of a client after winning for him in court was one of his proudest moments, Wolfson said.

That client was the owner of TransWeb, an industrial respirator producer, who had been sued by 3M for patent infringement and sued back, accusing the bigger company of trying to strongarm it out of the market, Wolfson said.

When the jury came back with a verdict that not only dispelled 3M's claims but found that the company had acted anti-competitively against TransWeb, Wolfson said he looked over to see tears on his client's face.

"That was a good day," he said. "I felt very proud to have been able to get him to that point, where he felt that justice had been served."

### *What motivates him:*

A self-described "big game player," Wolfson said he thrives on the rules and framework built into the legal process and sees litigation as a type of competition that he can succeed at by playing by the rules.

And playing by the book to get his clients a win is "absolutely" what motivates him, he said.

"I'm all for playing in the rules, and that when you win by the rules, I feel very very satisfied with that ... whether it's on the plaintiff side or on the defense side," Wolfson said. "We're hired because our clients have problems that they need solved, and I like being in that position, helping them solve [that problem] by applying the entirety of my skills to help them out."

### *How he predicts class actions will change in the next 10 years:*

Class actions have gotten harder to certify in recent years, Wolfson said, with judges holding more strictly to the requirements for certification than ever before. He said he wouldn't be surprised to see that trend continue, and for more plaintiffs to opt to band together to form multiplaintiff suits rather than pursue class actions.

He's already seeing big multiplaintiff suits crop up in certain MDLs, the attorney said.

"It's ironic," Wolfson said. "Even though you've got the impracticality of joinder as one of the class certification requirements, they might nevertheless join their case together to avoid the problem of certification, even though that might create some logistical headaches down the road."

And as for law firms, Wolfson said he sees firms like his choosing to take on more "big ticket" opt-out litigation.

"At least for me at Quinn, where we do handle on both sides," he said, adding, "I still believe that the class mechanism in and of itself is workable, and we're seeing classes certified all the time."

— As told to Nadia Dreid

*Law360's Rising Stars are attorneys under 40 whose legal accomplishments belie their age. A team of Law360 editors selected the 2019 Rising Stars winners after reviewing more than 1,300 submissions. Attorneys had to be under 40 years old as of April 30, 2019, in order to be considered for this year's award. This interview has been edited and condensed.*

For a reprint of this article, please contact reprints@law360.com.