EXHIBIT  10

# The 2020 Lawdragon 500 Leading Plaintiff Financial Lawyers

**lp** lawdragon.com/guides/2020-08-25-the-2020-lawdragon-500-leading-plaintiff-financial-lawyers

August 24, 2020



We're delighted to present the Lawdragon 500 Leading Plaintiff Financial Lawyers in America for 2020.

These 500 lawyers specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims. We suspect 2020 is yielding a bumper crop in each of those categories. And while some of the business litigators occasionally play defense, the heart and soul of this list takes on the plight of plaintiffs who often can't afford to go to court for the wrong they've been done. In many cases, these firms will shoulder the risk and take the cases on contingency.

Plaintiff financial litigation is the provenance of a handful of powerhouse firms, led once again by the one and only Susman Godfrey. It's been a year of change, with founder and Lawdragon Hall of Famer Steve Susman passing away in July, and star L.A. trial lawyer Kalpana Srinivasan joining Houston's Neal Manne as managing partner.

Susman Godfrey is joined by other heavyweights including Robbins Geller; Quinn Emanuel; Motley Rice; Lieff Cabraser; Labaton Sucharow; Cohen Milstein; Hausfeld; and Reid Collins.

We're proud to recognize each and every member of this group, which is 31 percent female and more than 10 percent inclusive.

| Name | Firm | Location |
|------|------|----------|
| Michael Absmeier | Gibbs & Bruns | Houston |
| Anthony Alden | Quinn Emanuel | Los Angeles |
| Fields Alexander | Beck Redden | Houston |
| Joseph M. Alioto Jr. | Alioto Law Firm | San Francisco |
| Jeff Almeida | Grant & Eisenhofer | Wilmington |
| X. Jay Alvarez | Robbins Geller | San Diego |
| Parvin Aminolroaya | Seeger Weiss | New York |
| Naumon Amjed | Kessler Topaz | Radnor, Pa. |
| Jeffrey Angelovich | Nix Patterson | Austin |
| Michael Angelovich | Nix Patterson | Austin |
| Maribeth Annaguey | Browne George | Los Angeles |
| Seth Ard | Susman Godfrey | New York |
| Gregory Arenson | Kaplan Fox | New York |
| Gregory Asciolla | Labaton Sucharow | New York |
| A. Rick Atwood Jr. | Robbins Geller | San Diego |
| Aelish Marie Baig | Robbins Geller | San Francisco |
| Sean Baldwin | Selendy Gay | New York |
| Lauren Guth Barnes | Hagens Berman | Cambridge, Mass. |
| Alexander Barnett | Cotchett | New York |
| Barry Barnett | Susman Godfrey | Houston |
| Randall Baron | Robbins Geller | San Diego |
| David Barrett | Boies Schiller | New York |
| Michael Barry | Grant & Eisenhofer | Wilmington |
| Fred Bartlit | Bartlit Beck | Denver |
| James Barz | Robbins Geller | Chicago |

| Name | Firm | Location |
|------|------|----------|
| Samuel Baxter | McKool Smith | Marshall, Texas |
| David Beck | Beck Redden | Houston |
| Phil Beck | Bartlit Beck | Chicago |
| Bradley Beckworth | Nix Patterson | Austin |
| Matthew Behncke | Susman Godfrey | Houston |
| Eric Belfi | Labaton Sucharow | New York |
| Katherine Lubin Benson | Lieff Cabraser | San Francisco |
| Daniel Berger | Berger Montague | Philadelphia |
| Daniel Berger | Grant & Eisenhofer | New York |
| Max Berger | Bernstein Litowitz | New York |
| Norman Berman | Berman Tabacco | Boston |
| Steve Berman | Hagens Berman | Seattle |
| Stuart Berman | Kessler Topaz | Radnor, Pa. |
| Alexandra  Bernay | Robbins Geller | San Diego |
| Matthew  Berry | Susman Godfrey | Seattle |
| Julia Beskin | Quinn Emanuel | New York |
| Vineet Bhatia | Susman Godfrey | Houston |
| Michael Blatchley | Bernstein Litowitz | New York |
| Jeffrey Block | Block & Leviton | Boston |
| David Bocian | Kessler Topaz | Radnor, Pa. |
| David Boies | Boies Schiller | Armonk, N.Y. |
| Swathi Bojedla | Hausfeld | Washington, D.C. |
| Craig Boneau | Reid Collins | Austin |
| Amanda Bonn | Susman Godfrey | Los Angeles |
| Rebecca  Boon | Bernstein Litowitz | New York |

| Name | Firm | Location |
|------|------|----------|
| Jeniphr Breckenridge | Hagens Berman | Seattle |
| John Briody | McKool Smith | New York |
| Daniel Brockett | Quinn Emanuel | New York |
| Davida Brook | Susman Godfrey | Los Angeles |
| Luke Brooks | Robbins Geller | San Diego |
| Benjamin Brown | Cohen Milstein | Washington, D.C. |
| Deborah Brown | Quinn Emanuel | New York |
| John Browne | Bernstein Litowitz | New York |
| Devon Bruce | Power Rogers | Chicago |
| Joshua Bruckerhoff | Reid Collins | Austin |
| Gustavo Bruckner | Pomerantz | New York |
| David Buchanan | Seeger Weiss | New York |
| Jacob Buchdahl | Susman Godfrey | New York |
| Michael Buchman | Motley Rice | New York |
| Christopher Burke | Scott + Scott | San Diego |
| Spencer Burkholz | Robbins Geller | San Diego |
| Warren Burns | Burns Charest | Dallas |
| Elaine Byszewski | Hagens Berman | Pasadena, Calif. |
| Elizabeth Cabraser | Lieff Cabraser | San Francisco |
| Diane Cafferata | Quinn Emanuel | Los Angeles |
| Peter Calamari | Quinn Emanuel | New York |
| Regina Calcaterra | Calcaterra Pollack | New York |
| Ophelia Camina | Susman Godfrey | Houston |
| Melinda Campbell | Kaplan Fox | New York |
| Jeffrey Campisi | Kaplan Fox | New York |

| Name | Firm | Location |
|------|------|----------|
| Michael Canty | Labaton Sucharow | New York |
| Robert Carey | Hagens Berman | Phoenix |
| Michael Carlinsky | Quinn Emanuel | New York |
| Bill Carmody | Susman Godfrey | New York |
| George Carpinello | Boies Schiller | Albany, N.Y. |
| Shanon Carson | Berger Montague | Philadelphia |
| Johnny Carter | Susman Godfrey | Houston |
| Laura Kissel Cassidy | Gibbs & Bruns | Houston |
| Gregory Castaldo | Kessler Topaz | Radnor, Pa. |
| Ryan Caughey | Susman Godfrey | Houston |
| Lin Chan | Lieff Cabraser | San Francisco |
| Daniel Charest | Burns Charest | Dallas |
| Peter Wilson Chatfield | Phillips & Cohen | Washington, D.C. |
| Darren Check | Kessler Topaz | Radnor, Pa. |
| Daniel Chiplock | Lieff Cabraser | New York |
| Michael Ciresi | Ciresi Conlin | Minneapolis |
| Joy Clairmont | Berger Montague | Philadelphia |
| Deborah Clark-Weintraub | Scott + Scott | New York |
| Mary Louise Cohen | Phillips & Cohen | Washington, D.C. |
| David Colapinto | Kohn, Kohn & Colapinto | Washington, D.C. |
| Scott Cole | McKool Smith | Austin |
| P. Jason Collins | Reid Collins | Austin |
| Todd Collins | Berger Montague | Philadelphia |
| Erin Green Comite | Scott + Scott | Colchester, Conn. |
| Jan Conlin | Ciresi Conlin | Minneapolis |

| Name | Firm | Location |
|------|------|----------|
| Nathan Cook | Block & Leviton | Wilmington |
| Melinda Coolidge | Hausfeld | Washington, D.C. |
| Joseph Cotchett | Cotchett | Burlingame, Calif. |
| Patrick Coughlin | Robbins Geller | San Diego |
| Eric Cramer | Berger Montague | Philadelphia |
| Gary Cruciani | McKool Smith | Dallas |
| Sam Cruse III | Gibbs & Bruns | Houston |
| Andrew Curley | Berger Montague | Philadelphia |
| Patrick Dahlstrom | Pomerantz | Chicago |
| Patrick Daniels | Robbins Geller | San Diego |
| Merrill Davidoff | Berger Montague | Philadelphia |
| Stuart Davidson | Robbins Geller | Boca Raton |
| Mark Dearman | Robbins Geller | Boca Raton |
| Timothy DeLange | Wollmuth Maher | Carlsbad, Calif. |
| Michael Dell'Angelo | Berger Montague | Philadelphia |
| Marisa DeMato | Labaton Sucharow | New York |
| Lawrence Deutsch | Berger Montague | Philadelphia |
| Nicholas Diamand | Lieff Cabraser | New York |
| Jeffrey W. Dickstein | Phillips & Cohen | Miami |
| Kirk Dillman | McKool Smith | Los Angeles |
| Kathleen Donovan-Maher | Berman Tabacco | Boston |
| Diane Doolittle | Quinn Emanuel | Redwood Shores, Calif. |
| Mike Dowd | Robbins Geller | San Diego |
| Travis Downs III | Robbins Geller | San Diego |
| Michelle Drake | Berger Montague | Minneapolis |

| Name | Firm | Location |
|------|------|----------|
| Daniel Drosman | Robbins Geller | San Diego |
| Thomas Dubbs | Labaton Sucharow | New York |
| Suzanne Dugan | Cohen Milstein | Washington, D.C. |
| Andrew Dunlap | Selendy Gay | New York |
| Karen Dunn | Paul Weiss | Washington, D.C. |
| Karen  Dyer | Boies Schiller | Orlando |
| Amy Easton | Phillips & Cohen | Washington, D.C. |
| Jay Edelson | Edelson | Chicago |
| Jay Eisenhofer | Grant & Eisenhofer | New York |
| Robert Eisler | Grant & Eisenhofer | Wilmington |
| Dennis Ellis | Browne George | Los Angeles |
| Deborah Elman | Grant & Eisenhofer | New York |
| David Elsberg | Selendy Gay | New York |
| Michael Elsner | Motley Rice | Mt. Pleasant, S.C. |
| Candice Enders | Berger Montague | Philadelphia |
| John Eubanks | Motley Rice | Mt. Pleasant, S.C. |
| Donna Evans | Cohen Milstein | New York |
| Eric Fastiff | Lieff Cabraser | San Francisco |
| Leonid Feller | Quinn Emanuel | Chicago |
| Mark Ferguson | Bartlit Beck | Chicago |
| Kenneth Fetterman | Kellogg Hansen | Washington, D.C. |
| Julie Fieber | Cotchett | Burlingame, Calif. |
| Reid Figel | Kellogg Hansen | Washington, D.C. |
| Edward Filusch | Kasowitz | New York |
| Steven Fineman | Lieff Cabraser | New York |

| Name | Firm | Location |
| --- | --- | --- |
| Rachel Fleishman | Reid Collins | New York |
| Jodi Westbrook Flowers | Motley Rice | Mt. Pleasant, S.C. |
| Parker Folse | Susman Godfrey | Seattle |
| Jason Forge | Robbins Geller | San Diego |
| Christine Fox | Labaton Sucharow | New York |
| Frederic Fox | Kaplan Fox | New York |
| David Frederick | Kellogg Hansen | Washington, D.C. |
| William Fredericks | Scott + Scott | New York |
| Michael Fritz | McKool Smith | Dallas |
| Qianwei Fu | Zelle | San Francisco |
| Benjamin Galdston | Berger Montague | San Diego |
| Reena Gambhir | Hausfeld | Washington, D.C. |
| Jonathan Gardner | Labaton Sucharow | New York |
| Karin Garvey | Labaton Sucharow | New York |
| Faith Gay | Selendy Gay | New York |
| Paul Geller | Robbins Geller | Boca Raton |
| Eric  George | Browne George | Los Angeles |
| Adam Gerchen | Keller Lenkner | Chicago |
| Eric Gibbs | Gibbs Law Group | Oakland, Calif. |
| Robin Gibbs | Gibbs & Bruns | Houston |
| Carol Gilden | Cohen Milstein | Chicago |
| Danielle Gilmore | Quinn Emanuel | Los Angeles |
| Emma Gilmore | Pomerantz | New York |
| Maria Ginzburg | Selendy Gay | New York |
| Karma Giulianelli | Bartlit Beck | Denver |

| Name | Firm | Location |
|------|------|----------|
| Brendan Glackin | Lieff Cabraser | San Francisco |
| Jacob Goldberg | The Rosen Law Firm | Jenkintown, Pa. |
| Jordan Goldstein | Selendy Gay | New York |
| Larry Golston | Beasley Allen | Montgomery, Ala. |
| Benny Goodman III | Robbins Geller | San Diego |
| Melissa Goodman | Ciresi Conlin | Minneapolis |
| Sathya Gosselin | Hausfeld | Washington, D.C. |
| David Grable | Quinn Emanuel | Los Angeles |
| Elise Grace | Robbins Geller | San Diego |
| Nicholas Gravante | Boies Schiller | New York |
| Salvatore Graziano | Bernstein Litowitz | New York |
| Eli Greenstein | Kessler Topaz | San Francisco |
| Justin Griffin | Quinn Emanuel | Los Angeles |
| Joseph Grinstein | Susman Godfrey | Houston |
| Tor Gronborg | Robbins Geller | San Diego |
| Marc Gross | Pomerantz | New York |
| Stanley Grossman | Pomerantz | New York |
| Michael Grunfeld | Pomerantz | New York |
| Joseph Guglielmo | Scott + Scott | New York |
| Aundrea Gulley | Gibbs & Bruns | Houston |
| Michael Guzman | Kellogg Hansen | Washington, D.C. |
| Olav Haazen | Grant & Eisenhofer | New York |
| Jennifer Duncan Hackett | Zelle | Washington, D.C. |
| Serena Hallowell | Labaton Sucharow | New York |
| Sean Handler | Kessler Topaz | Radnor, Pa. |

| Name | Firm | Location |
|------|------|----------|
| Michael Hanin | Kasowitz | New York |
| Drew Hansen | Susman Godfrey | Seattle |
| Mark Hansen | Kellogg Hansen | Washington, D.C. |
| Erica Harris | Susman Godfrey | Houston |
| Geoffrey Harrison | Susman Godfrey | Houston |
| James Harrod | Bernstein Litowitz | New York |
| Anne Hayes Hartman | Constantine Cannon | San Francisco |
| Dean Harvey | Lieff Cabraser | San Francisco |
| Stephen Hasegawa | Phillips & Cohen | San Francisco |
| Michael Hausfeld | Hausfeld | Washington, D.C. |
| Eric Havian | Constantine Cannon | San Francisco |
| Lexi Hazam | Lieff Cabraser | San Francisco |
| Christopher Heffelfinger | Berman Tabacco | San Francisco |
| Richard Heimann | Lieff Cabraser | San Francisco |
| Robert Henssler Jr. | Robbins Geller | San Diego |
| Rick Hess | Susman Godfrey | Houston |
| Jay Himes | Labaton Sucharow | New York |
| Derek Ho | Kellogg Hansen | Washington, D.C. |
| Kathryn Hoek | Susman Godfrey | Los Angeles |
| Lester Hooker | Saxena White | Boca Raton |
| Lisa Houssiere | McKool Smith | Houston |
| Mary Inman | Constantine Cannon | San Francisco |
| Phil Iovieno | Boies Schiller | Albany, N.Y. |
| William Isaacson | Paul Weiss | Washington, D.C. |
| Uri Itkin | Kasowitz | New York |

| Name | Firm | Location |
|------|------|----------|
| Shauna Itri | Seeger Weiss | Philadelphia |
| James Jaconette | Robbins Geller | San Diego |
| Geoffrey Jarvis | Kessler Topaz | Radnor, Pa. |
| Mathew Jasinski | Motley Rice | Hartford, Conn. |
| Rachel Jensen | Robbins Geller | San Diego |
| Brent Johnson | Cohen Milstein | Washington, D.C. |
| Chad Johnson | Robbins Geller | New York |
| Christopher P. Johnson | McKool Smith | New York |
| Geoffrey Johnson | Scott + Scott | Cleveland Heights, Ohio |
| James Johnson | Labaton Sucharow | New York |
| Kristen Johnson | Hagens Berman | Cambridge, Mass. |
| Randy Johnston | Johnston Tobey | Dallas |
| Megan Jones | Hausfeld | San Francisco |
| Jennifer Joost | Kessler Topaz | San Francisco |
| Avi Josefson | Bernstein Litowitz | New York |
| Michael Kane | Berger Montague | Philadelphia |
| David Kaplan | Saxena White | San Diego |
| Robert Kaplan | Kaplan Fox | New York |
| Stacey Kaplan | Kessler Topaz | San Francisco |
| Marc Kasowitz | Kasowitz | New York |
| Beth Kaswan | Scott + Scott | New York |
| Elana Katcher | Kaplan Fox | New York |
| Ashley Keller | Keller Lenkner | Chicago |
| Christopher Keller | Labaton Sucharow | New York |
| Gregory Keller | Shahmoon Keller | Great Neck, N.Y. |

| Name | Firm | Location |
| --- | --- | --- |
| Michael Kellogg | Kellogg Hansen | Washington, D.C. |
| Cindy Caranella Kelly | Kasowitz | New York |
| Erika Kelton | Phillips & Cohen | San Francisco |
| Jeannine Kenney | Hausfeld | Philadelphia |
| David Kessler | Kessler Topaz | Radnor, Pa. |
| Jean Kim | Constantine Cannon | New York |
| Phillip Kim | The Rosen Law Firm | New York |
| Marlon Kimpson | Motley Rice | Mt. Pleasant, S.C. |
| Gayle Klein | McKool Smith | New York |
| Jeffrey Kodroff | Spector Roseman | Philadelphia |
| Richard Koffman | Cohen Milstein | Washington, D.C. |
| Michael Kohn | Kohn, Kohn & Colapinto | Washington, D.C. |
| Stephen Kohn | Kohn, Kohn & Colapinto | Washington, D.C. |
| Lena Konanova | Selendy Gay | New York |
| Sheron  Korpus | Kasowitz | New York |
| Mathew Korte | Ciresi Conlin | Minneapolis |
| Marlene Koury | Constantine Cannon | New York |
| Robert Kry | MoloLamken | Washington, D.C. |
| Nancy Kulesa | Bleichmar Fonti | New York |
| Edward Labaton | Labaton Sucharow | New York |
| Brent  Landau | Hausfeld | Philadelphia |
| Chanler Langham | Susman Godfrey | Houston |
| Laurie Largent | Robbins Geller | San Diego |
| Nicole Lavallee | Berman Tabacco | San Francisco |
| Arthur Leahy | Robbins Geller | San Diego |

| Name | Firm | Location |
|------|------|----------|
| Mark Lebovitch | Bernstein Litowitz | New York |
| Christopher Lebsock | Hausfeld | San Francisco |
| Lewis LeClair | McKool Smith | Dallas |
| Lawrence Lederer | Berger Montague | Philadelphia |
| Sharon Lee | Lieff Cabraser | New York |
| Katie Crosby Lehmann | Ciresi Conlin | Minneapolis |
| Michael Lehmann | Hausfeld | San Francisco |
| Sarah Gibbs Leivick | Kasowitz | New York |
| Travis Lenkner | Keller Lenkner | Chicago |
| Emmy Levens | Cohen Milstein | Washington, D.C. |
| Richard Levine | Labaton Sucharow | Washington, D.C. |
| Jason Leviton | Block & Leviton | Boston |
| Dan Levy | McKool Smith | New York |
| Roberta Liebenberg | Fine Kaplan | Philadelphia |
| Jeremy Lieberman | Pomerantz | New York |
| Michael Lifrak | Quinn Emanuel | Los Angeles |
| Mimi Liu | Motley Rice | Washington, D.C. |
| Thomas Loeser | Hagens Berman | Seattle |
| Kyle Lonergan | McKool Smith | New York |
| Jordan Lurie | Pomerantz | Los Angeles |
| Christine Mackintosh | Grant & Eisenhofer | Wilmington |
| Eric Madden | Reid Collins | Dallas |
| Robert Manley | McKool Smith | Dallas |
| Neal Manne | Susman Godfrey | Houston |
| Jeanne Markey | Cohen Milstein | Philadelphia |

| Name | Firm | Location |
| --- | --- | --- |
| James Robertson Martin | Zelle | Washington, D.C. |
| Scott Martin | Hausfeld | New York |
| Timothy Mathews | Chimicles | Haverford, Pa. |
| Sean Matt | Hagens Berman | Seattle |
| Colette Matzzie | Phillips & Cohen | Washington, D.C. |
| Eric Mayer | Susman Godfrey | Houston |
| Zachary Mazin | McKool Smith | New York |
| Margaret Mazzeo | Kessler Topaz | Radnor, Pa. |
| Sean McCaffity | Sommerman Quesada | Dallas |
| Niall McCarthy | Cotchett | Burlingame, Calif. |
| Daniel McCuaig | Cohen Milstein | Washington, D.C. |
| Christopher McDonald | Labaton Sucharow | New York |
| Heather McElroy | Ciresi Conlin | Minneapolis |
| Kyle McGee | Grant & Eisenhofer | Wilmington |
| Sean X. McKessy | Phillips & Cohen | Washington, D.C. |
| Mike McKool | McKool Smith | Dallas |
| Ashley McMillian | Susman Godfrey | Houston |
| Brian Melton | Susman Godfrey | Houston |
| Joseph Meltzer | Kessler Topaz | Radnor, Pa. |
| Tom Methvin | Beasley Allen | Montgomery, Ala. |
| Michael Miarmi | Lieff Cabraser | New York |
| Christopher Micheletti | Zelle | San Francisco |
| Donald Migliori | Motley Rice | Mt. Pleasant, S.C. |
| Dee Miles | Beasley Allen | Montgomery, Ala. |
| David Mitchell | Robbins Geller | San Diego |

| Name | Firm | Location |
| --- | --- | --- |
| Dan Mogin | MoginRubin | San Diego |
| Steven Molo | MoloLamken | New York |
| Mark Molumphy | Cotchett | Burlingame, Calif. |
| Laddie Montague Jr. | Berger Montague | Philadelphia |
| Kristin Moody | Berman Tabacco | San Francisco |
| Stephen Morrissey | Susman Godfrey | Seattle |
| Anne Marie Murphy | Cotchett | Burlingame, Calif. |
| Matthew Mustokoff | Kessler Topaz | Radnor, Pa. |
| Ayesha Najam | Gibbs & Bruns | Houston |
| Hae Sung Nam | Kaplan Fox | New York |
| William  Narwold | Motley Rice | Hartford, Conn. |
| Robert Nelson | Lieff Cabraser | San Francisco |
| Isaac Nesser | Quinn Emanuel | New York |
| Stephen Neuwirth | Quinn Emanuel | New York |
| Joshua Newcomer | McKool Smith | Houston |
| Steven Nicholas | Cunningham Bounds | Mobile, Ala. |
| Luke Nikas | Quinn Emanuel | New York |
| Sharan Nirmul | Kessler Topaz | Radnor, Pa. |
| Nanci Nishimura | Cotchett | Burlingame, Calif. |
| Crystal Nix-Hines | Quinn Emanuel | Los Angeles |
| Ellen Noteware | Berger Montague | Philadelphia |
| Brian O'Mara | Robbins Geller | San Diego |
| Steve Olen | Cunningham Bounds | Mobile, Ala. |
| Harry Olivar Jr. | Quinn Emanuel | Los Angeles |
| Jennifer Oliver | MoginRubin | San Diego |

| Name | Firm | Location |
|---|---|---|
| Lance Oliver | Motley Rice | Mt. Pleasant, S.C. |
| Meghan S.B.  Oliver | Motley Rice | Mt. Pleasant, S.C. |
| Johanna Ong | Quinn Emanuel | Los Angeles |
| Laureen McMillen Ormsbee | Bernstein Litowitz | New York |
| David Orta | Quinn Emanuel | Washington, D.C. |
| Jennifer Pafiti | Pomerantz | Los Angeles |
| Nathaniel Palmer | Reid Collins | Austin |
| Aaron Panner | Kellogg Hansen | Washington, D.C. |
| Phyllis Maza Parker | Berger Montague | Philadelphia |
| Kathy Patrick | Gibbs & Bruns | Houston |
| C. Cary Patterson | Nix Patterson | Texarkana, Texas |
| Russell Paul | Berger Montague | Philadelphia |
| Trey Peacock | Susman Godfrey | Houston |
| Michael Pendell | Motley Rice | Hartford, Conn. |
| John Phillips | Phillips & Cohen | Washington, D.C. |
| Jonathan Pickhardt | Quinn Emanuel | New York |
| Kit Pierson | Cohen Milstein | Washington, D.C. |
| Frank Pitre | Cotchett | Burlingame, Calif. |
| Barbara Podell | Berger Montague | Philadelphia |
| Janine Pollack | Calcaterra Pollack | New York |
| Christopher Porter | Quinn Emanuel | Houston |
| Laura Posner | Cohen Milstein | New York |
| Warren Postman | Keller Lenkner | Washington, D.C. |
| John Quinn | Quinn Emanuel | Los Angeles |
| Shawn Rabin | Susman Godfrey | New York |

| Name | Firm | Location |
|------|------|----------|
| Willow Radcliffe | Robbins Geller | San Francisco |
| Sascha Rand | Quinn Emanuel | New York |
| Sami Rashid | Quinn Emanuel | New York |
| Brian Ratner | Hausfeld | Washington, D.C. |
| Shawn Raymond | Susman Godfrey | Houston |
| Barrett Reasoner | Gibbs & Bruns | Houston |
| William T. Reid IV | Reid Collins | Austin |
| Julie Goldsmith Reiser | Cohen Milstein | Washington, D.C. |
| Jack Reise | Robbins Geller | Boca Raton |
| Justin Reliford | Kessler Topaz | Radnor, Pa. |
| Joseph Rice | Motley Rice | Mt. Pleasant, S.C. |
| Robert Rivera Jr. | Susman Godfrey | Houston |
| John Rizio-Hamilton | Bernstein Litowitz | New York |
| Darren Robbins | Robbins Geller | San Diego |
| Robert Robbins | Robbins Geller | Boca Raton |
| Sharon Robertson | Cohen Milstein | New York |
| Jeremy Robinson | Bernstein Litowitz | New York |
| Valerie Roddy | Quinn Emanuel | Los Angeles |
| Laurence Rosen | The Rosen Law Firm | New York |
| Hannah Ross | Bernstein Litowitz | New York |
| Peter Ross | Browne George | Los Angeles |
| Jonathan Rubin | MoginRubin | Washington, D.C. |
| Samuel Rudman | Robbins Geller | Melville, N.Y. |
| David Rudolph | Lieff Cabraser | San Francisco |
| Lee Rudy | Kessler Topaz | Radnor, Pa. |

| Name | Firm | Location |
| --- | --- | --- |
| Joseph Russello | Robbins Geller | Melville, N.Y. |
| Taline  Sahakian | Constantine Cannon | New York |
| Scott Saham | Robbins Geller | San Diego |
| Daniel Salinas-Serrano | Quinn Emanuel | Washington, D.C. |
| Hollis Salzman | Robins Kaplan | New York |
| Katie Sammons | Susman Godfrey | Houston |
| Ex Kano Sams II | Glancy Prongay | Los Angeles |
| Joseph Saveri | Saveri Law Firm | San Francisco |
| Sherrie Savett | Berger Montague | Philadelphia |
| Maya Saxena | Saxena White | Boca Raton |
| Shana Scarlett | Hagens Berman | Berkeley, Calif. |
| Robert Scheef | McKool Smith | New York |
| Irving Scher | Hausfeld | New York |
| Hilary Scherrer | Hausfeld | Washington, D.C. |
| Gregory Schwegmann | Reid Collins | Austin |
| Judy Scolnick | Scott + Scott | New York |
| Daryl Scott | Scott + Scott | Colchester, Conn. |
| David Scott | Scott + Scott | Colchester, Conn. |
| Jennifer Scullion | Seeger Weiss | Ridgefield Park, N.J. |
| Todd Seaver | Berman Tabacco | San Francisco |
| Christopher Seeger | Seeger Weiss | New York |
| Jennifer Selendy | Selendy Gay | New York |
| Philippe Selendy | Selendy Gay | New York |
| Daniel Seltz | Lieff Cabraser | New York |
| Marc Seltzer | Susman Godfrey | Los Angeles |

| Name | Firm | Location |
| --- | --- | --- |
| Maaren Shah | Quinn Emanuel | New York |
| Carol Shahmoon | Shahmoon Keller | Great Neck, N.Y. |
| Anthony Shapiro | Hagens Berman | Seattle |
| Allison Sheedy | Constantine Cannon | Washington, D.C. |
| Stephen Sheller | Sheller | Philadelphia |
| Steven Shepard | Susman Godfrey | New York |
| Manisha Sheth | Quinn Emanuel | New York |
| Jessica Shinnefield | Robbins Geller | San Diego |
| Roman Silberfeld | Robins Kaplan | Los Angeles |
| Gerald Silk | Bernstein Litowitz | New York |
| Joshua Silverman | Pomerantz | Chicago |
| Katherine Sinderson | Bernstein Litowitz | New York |
| Linda Singer | Motley Rice | Washington, D.C. |
| Steven Singer | Saxena White | White Plains, N.Y. |
| Steven Sklaver | Susman Godfrey | Los Angeles |
| Daniel Small | Cohen Milstein | Washington, D.C. |
| Elizabeth Smith | Motley Rice | Washington, D.C. |
| Thomas Sobol | Hagens Berman | Cambridge, Mass. |
| Aliki Sofis | Quinn Emanuel | Boston |
| Sylvia Sokol | Scott + Scott | New York |
| Mark Solomon | Robbins Geller | San Diego |
| David Sorensen | Berger Montague | Philadelphia |
| John Sparacino | McKool Smith | Houston |
| Ronnie Seidel Spiegel | Hagens Berman | Seattle |
| Kalpana Srinivasan | Susman Godfrey | Los Angeles |

| Name | Firm | Location |
|------|------|----------|
| Courtney Statfeld | McKool Smith | New York |
| Karl Stern | Quinn Emanuel | Houston |
| Leslie Stern | Berman Tabacco | Boston |
| Murielle Steven Walsh | Pomerantz | New York |
| Michael Stevenson | Labaton Sucharow | Washington, D.C. |
| David Straite | Kaplan Fox | New York |
| Joel Strauss | Kaplan Fox | New York |
| Silvija Strikis | Kellogg Hansen | Washington, D.C. |
| Arun Subramanian | Susman Godfrey | New York |
| Lawrence Sucharow | Labaton Sucharow | New York |
| Jason Sultzer | The Sultzer Law Group | Poughkeepsie, N.Y. |
| Harry Susman | Susman Godfrey | Houston |
| Lynn Swanson | Jones Swanson | New Orleans |
| Stephen Swedlow | Quinn Emanuel | Chicago |
| Bonny Sweeney | Hausfeld | San Francisco |
| Claire Sylvia | Phillips & Cohen | San Francisco |
| Joseph Tabacco Jr. | Berman Tabacco | San Francisco |
| Ariana Tadler | Tadler Law | New York |
| Kevin Teruya | Quinn Emanuel | Los Angeles |
| Jordan Thomas | Labaton Sucharow | New York |
| Ed Timlin | Bernstein Litowitz | New York |
| Robert Tobey | Johnston Tobey | Dallas |
| Marc Topaz | Kessler Topaz | Radnor, Pa. |
| Catherine Torell | Cohen Milstein | New York |
| Hector Torres | Kasowitz | New York |

| Name | Firm | Location |
| --- | --- | --- |
| Joseph Trautwein | Sheller | Philadelphia |
| Max Tribble | Susman Godfrey | Houston |
| Melissa Troutner | Kessler Topaz | Radnor, Pa. |
| Lisa Tsai | Reid Collins | Austin |
| Matthew Tuccillo | Pomerantz | New York |
| Martin Twersky | Berger Montague | Philadelphia |
| Jonathan Uslaner | Bernstein Litowitz | Los Angeles |
| Austin Van | Pomerantz | New York |
| Jeroen van Kwawegen | Bernstein Litowitz | New York |
| Gregory Varallo | Bernstein Litowitz | Wilmington |
| Irina Vasilchenko | Labaton Sucharow | New York |
| Carol Villegas | Labaton Sucharow | New York |
| David Wales | Bernstein Litowitz | New York |
| Genevieve Wallace | Susman Godfrey | Seattle |
| Timothy Warren | Labaton Sucharow | Chicago |
| Mark Wawro | Susman Godfrey | Houston |
| Tamar Weinrib | Pomerantz | New York |
| Stephen Weiss | Seeger Weiss | New York |
| Michael Wernke | Pomerantz | New York |
| Keith Wesley | Browne George | Los Angeles |
| Lexie White | Susman Godfrey | Houston |
| Joseph White III | Saxena White | Boca Raton |
| Conlee Whiteley | Kanner & Whiteley | New Orleans |
| Tyler Whitmer | Quinn Emanuel | Washington, D.C. |
| Adam Wierzbowski | Bernstein Litowitz | New York |

| Name | Firm | Location |
|------|------|----------|
| K. Craig Wildfang | Robins Kaplan | Minneapolis |
| David Williams | Kline & Specter | Philadelphia |
| Shawn Williams | Robbins Geller | San Francisco |
| Steven Williams | Saveri Law Firm | San Francisco |
| Mark Willis | Labaton Sucharow | Washington, D.C. |
| Mary Jane Wilmoth | Kohn, Kohn & Colapinto | Washington, D.C. |
| Randy Wilson | Susman Godfrey | Houston |
| Robert Wilson | Labaton Sucharow | Washington, D.C. |
| Robin Winchester | Kessler Topaz | Radnor, Pa. |
| David Wissbroecker | Robbins Geller | San Diego |
| Terry Wit | Quinn Emanuel | San Francisco |
| Adam Wolfson | Quinn Emanuel | Los Angeles |
| Kara Wolke | Glancy Prongay | Los Angeles |
| Harvey Wolkoff | Quinn Emanuel | Boston |
| William Wood | McKool Smith | Houston |
| Debra Wyman | Robbins Geller | San Diego |
| Michael Yoder | Reid Collins | Dallas |
| Eric Young | McEldrew Young | Philadelphia |
| Steve Zack | Boies Schiller | Miami |
| Judith Zahid | Zelle | San Francisco |
| Adam Zapala | Cotchett | Burlingame, Calif. |
| Jessica Zeldin | Andrews & Springer | Wilmington |