EXHIBIT  11

Case 2:21-cv-00563-JCC Document 40-1 Filed 07/27/21 Page 2 of 65
Civil litigation/class actions: defense in United States | Law firm and leading lawyer rankings.com The Legal 500 United States guide



**THE LEGAL 500 > UNITED STATES > UNITED STATES > CIVIL LITIGATION/CLASS ACTIONS: DEFENSE**

## COVERAGE BY
## PRACTICE AREA

### UNITED STATES

← Back to United States

Privacy & Cookies Policy

Case 1:21-cv-00563-JCC Document 40-1 Filed 07/27/21 Page 3 of 65

## CIVIL LITIGATION/CLASS ACTIONS: DEFENSE

**1**     Cleary Gottlieb Steen & Hamilton

**Cravath, Swaine & Moore LLP**

**Gibson, Dunn & Crutcher LLP**

**Jones Day**

**Kirkland & Ellis LLP**

**Latham & Watkins LLP**

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

**White & Case LLP**

**2**     **Arnold & Porter**

**Baker Botts L.L.P.**

Boies Schiller Flexner LLP

**Mayer Brown**

**Morgan, Lewis & Bockius LLP**

Privacy & Cookies Policy

Quinn Emanuel Urquhart & Sullivan, LLP

**Shearman & Sterling LLP**

WilmerHale

**Winston & Strawn LLP**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**3**    **Allen & Overy LLP**

Axinn Veltrop & Harkrider

**Dechert LLP**

**O'Melveny & Myers LLP**

**Simpson Thacher & Bartlett LLP**

**Weil, Gotshal & Manges LLP**

**Williams & Connolly LLP**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**4**    **Baker & Hostetler LLP**

**Cahill Gordon & Reindel LLP**

Covington & Burling LLP

**Crowell & Moring LLP**

Davis Polk & Wardwell LLP

**DLA Piper LLP (US)**

**Hogan Lovells US LLP**

**King & Spalding LLP**

**McDermott Will & Emery LLP**

**McGuireWoods LLP**

**Morrison & Foerster LLP**

**Norton Rose Fulbright**

**Orrick, Herrington & Sutcliffe LLP**

**Paul Hastings LLP**

**Pillsbury Winthrop Shaw Pittman LLP**

**Proskauer Rose LLP**

Privacy & Cookies Policy

6/30/2021 Best litigation class actions-defense in United States | Law firm and lawyer rankings from The Legal 500 United States guide

Case 1:21-cv-00563-JCC Document 40-1 Filed 07/27/21 Page 5 of 65

Reed Smith LLP

**Sheppard, Mullin, Richter & Hampton LLP**

Skadden, Arps, Slate, Meagher & Flom LLP

**Vinson & Elkins LLP**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**5**    **Akin Gump Strauss Hauer & Feld LLP**

**Ballard Spahr LLP**

**Debevoise & Plimpton LLP**

Eimer Stahl LLP

**Freshfields Bruckhaus Deringer LLP**

Goldman Ismail Tomaselli Brennan & Baum LLP

**Kasowitz Benson Torres LLP**

**Ropes & Gray LLP**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## HALL OF FAME

George Cary - Cleary Gottlieb Steen & Hamilton

Deborah Garza - Covington & Burling LLP

John Majoras - **Jones Day**

**James Mutchnik**      - **Kirkland & Ellis LLP**

Daniel Swanson - **Gibson, Dunn & Crutcher LLP**

**Daniel Wall**        - **Latham & Watkins LLP**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## LEADING LAWYERS

Leah Brannon - Cleary Gottlieb Steen & Hamilton

Jeremy Calsyn - Cleary Gottlieb Steen & Hamilton

**Evan Chesler**      - **Cravath, Swaine & Moore LLP**

Privacy & Cookies Policy

**Christopher Curran** - **White & Case LLP**

**Karen Dunn** - **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

**Mark Gidley** - **White & Case LLP**

**George Gordon** - **Dechert LLP**

James Herbison - **Winston & Strawn LLP**

**Daniel Laytin** - **Kirkland & Ellis LLP**

Stephen Neuwirth - Quinn Emanuel Urquhart & Sullivan, LLP

Jack Pace - **White & Case LLP**

Rich Parker - **Gibson, Dunn & Crutcher LLP**

**Cynthia Richman** - **Gibson, Dunn & Crutcher LLP**

**Rick Rule** - **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

**John Taladay** - **Baker Botts L.L.P.**

**Christopher Yates** - **Latham & Watkins LLP**

## NEXT GENERATION PARTNERS

Rachel Adcox - Axinn Veltrop & Harkrider

**Justin Bernick** - **Hogan Lovells US LLP**

**Abram Ellis** - **Simpson Thacher & Bartlett LLP**

Brendan Fee - **Morgan, Lewis & Bockius LLP**

Mark Ford - WilmerHale

**Jennifer Giordano** - **Latham & Watkins LLP**

**William Lavery** - **Baker Botts L.L.P.**

Kathryn Mims - **White & Case LLP**

Katharine O'Connor - **McDermott Will & Emery LLP**

**Kevin Orsini** - **Cravath, Swaine & Moore LLP**

**Katrina Robson** - **O'Melveny & Myers LLP**

Privacy & Cookies Policy

# COVERAGE BY
## EDITION

---

## CIVIL LITIGATION/CLASS ACTIONS: DEFENSE IN UNITED STATES

**TIER 1 FIRMS** ⌃

# Cleary Gottlieb Steen & Hamilton

Lauded for its '*tremendously confidence-inspiring*' service across '*all areas of antitrust*', Cleary Gottlieb Steen & Hamilton is routinely involved in high-profile follow-on claims and standalone private suits. Its client roster is composed of household name corporates in a huge variety of industry sectors. Offering advice that is '*always clear, practical and very persuasive*', Jeremy Calsyn's strong suit is worldwide price-fixing investigations and related litigation while Leah Brannon specializes in massive multi-district antitrust litigation and class actions, especially merger- and conspiracy-related suits. Another heavyweight in the antitrust litigation sphere, George Cary brings to bear considerable experience in cases at the nexus of IP and antitrust law in big-tech markets. In March 2020, the group was bolstered by the addition of Bruce Hoffman, who previously served as director of the FTC's Bureau of Competition. Elsewhere within the group, Mark Nelson stands out in IP and concomitant antitrust law issues, including patent pools and standards-setting; while Kenneth Reinker makes use of his background in economics in handling major antitrust litigation. All named attorneys are based in Washington DC.

**Other key lawyers:**

George Cary; Jeremy Calsyn; Mark Nelson; Leah Brannon; Dave Gelfand; Brian Byrne; Bruce Hoffman; Kenneth Reinker

---

**Testimonials**

'*Excellent judgment in guidance and determining whether to settle or defend the matter.*'

Privacy & Cookies Policy

*'The Cleary team's deep experience in all areas of antitrust practice, from investigations to trials, is tremendously confidence-inspiring, and their deep bench means you can move seamlessly from a one-on-one discussion to a full-court press without a hitch.'*

*'Jeremy Calsyn is simply outstanding on every metric, available when needed, knows how to cut to the chase, unflappable under pressure, and such a pleasure to deal with.'*

## Key clients

| | |
|---|---|
| Deutsche Telekom / T-Mobile US | Sabre |
| Molson Coors | "K" Line |
| Fox Corp. | Yazaki |
| Keurig | |

## Work highlights

- Defending Keurig against wide-ranging monopolization claims in massive multi-district litigation involving class, competitor, and distributor cases challenging, among other things, predatory product design and exclusive contracts.

- Representing T-Mobile in securing a victory in the unprecedented multi-state lawsuit brought by 17 attorneys general in an attempt to block the merger of T-Mobile and Sprint.

- Represented Yazaki in worldwide cartel investigations and related litigation, recently obtaining a unanimous decision from the Mississippi Supreme Court, in which it affirmed the dismissal of all claims brought by the Mississippi Attorney General.

---

# Cravath, Swaine & Moore LLP

**Cravath, Swaine & Moore LLP** maintains its long and illustrious history in the antitrust space, where it excels in high-stakes and complex litigation. The department, which is led by **Christine Varney**, is active across the gamut of litigation, from single-plaintiff suits to consumer class actions on a domestic and international scale. It also demonstrates expertise in various litigations that intersects with antitrust, including

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC　Document 40-11　Filed 07/27/21　Page 9 of 65

securities and IP disputes. One key practitioner here is chairman **Evan Chesler**, who handles myriad multi-district antitrust class action suits and made his reputation defending large corporations in bet-the-company cases. **Gary Bornstein** garnered praise for his recent defense work for Qualcomm Incorporated in the Ninth Circuit, in litigation brought by the FTC, whereas **Kevin Orsini** has carved out a reputation through his continued representation of American Express in a series of high-profile class actions. Other names to note are **Peter Barbur**, **Katherine Forrest** and **Yonatan Even**. All named attorneys are based in New York.

**Practice head(s):** Christine Varney

**Other key lawyers:**

Evan Chesler; Gary Bornstein; Katherine Forrest; Peter Barbur; Kevin Orsini; Yonatan Even; Damaris Hernández

## Key clients

| | |
|---|---|
| Actelion Pharmaceuticals Ltd. | Morgan Stanley |
| Alcon Laboratories, Inc. | Nomura International plc |
| American Express Company | Novartis |
| Blue Cross Blue Shield Members | Occidental Petroleum |
| Epic Games | Qualcomm Incorporated |

## Work highlights

- Represented Qualcomm Incorporated in the Ninth Circuit, securing a unanimous decision in August 2020 that confirmed the lawfulness of Qualcomm's business model in litigation brought by the FTC.

- Representing Epic Games as plaintiff in two separate antitrust actions against Apple and Google, alleging that the companies are engaged in anticompetitive behavior in the distribution of software applications on mobile devices and in the processing of consumers' payments for digital content used within mobile apps.

- Representing Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Florida, Inc. (Florida Blue), Blue Cross Blue Shield of Massachusetts, Inc. and

Privacy & Cookies Policy

BlueCross BlueShield of Tennessee in consolidated multi-district antitrust class action litigation in the US District Court for the Northern District of Alabama.

---

## Gibson, Dunn & Crutcher LLP

**Gibson, Dunn & Crutcher LLP** enjoys a strong national reputation for its private antitrust litigation and class actions capabilities, evidenced by its consistent engagement by blue-chip companies from a variety of industries. Most notably, the department represents household names in the areas of media, entertainment and hi-tech, advising on actions at the intersection of intellectual property and antitrust law. The group is led by Rachel Brass in San Francisco and Stephen Weissman, who joined the firm in March 2021 from Baker Botts L.L.P.. Also recommended in the team are **Cynthia Richman** and **Scott Hammond** in Washington DC, Veronica Moyé in the Dallas office, and Los Angeles-based Daniel Swanson, who primarily focuses on monopolization and dominance cases concerning tech corporations and digital platforms. Jarrett Arp departed in August 2020 to join the antitrust group at Davis Polk & Wardwell LLP in Washington DC.

**Practice head(s):** Rachel Brass; Stephen Weissman

**Other key lawyers:**

Cynthia Richman; Veronica Moyé; Joshua Lipton; Scott Hammond; Daniel Swanson; Kristen Limarzi

### Key clients

| | |
|---|---|
| Deutsche Telekom | Visa |
| Swisher | Uber |
| Panasonic | Baxter International |
| Uber | Woodbridge |
| Smithfield Foods | Barnes & Noble Education |

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-11 Filed 07/27/21 Page 1 of 65

# Jones Day

'*One of the strongest antitrust groups in the US, especially in healthcare*', **Jones Day** fields a dedicated antitrust group, which represents clients in some of the nation's largest and most complex antitrust cases. Craig Waldman spearheads the group from the Washington DC office, having relocated there from San Francisco. The firm also stands out in this space for its Silicon Valley hub, strengthening its capabilities in the hi-tech space. Waldman works in Washington DC alongside Julie McEvoy and John Majoras, who co-leads the firm's global litigation practice and regularly represents multinationals in antitrust lawsuits. Located in Cleveland, Michelle Fischer shines in price discrimination cases, while Los Angeles-based Jeffrey LeVee stands out in the healthcare sector in particular. Lin Kahn rejoined the firm's San Franciso office as a partner, in June 2020, after spending five years with the Federal Trade Commission.

**Practice head(s):** Craig Waldman

**Other key lawyers:**

 John Majoras; Paula Render; Jeffrey LeVee; Julie McEvoy; Michelle Fischer

## Testimonials

'*Jones Day is one of the strongest antitrust groups in the US, especially in healthcare. They are one of maybe 10-15 firms in the US that has the capacity to handle even the biggest antitrust matters.*'

'*The thing that separates Jones Day from other firms in my experience is that the Sr. Partners are heavily involved in the details of the reports and deposition prep. Jones Day is a particularly strong group of writers, which positively impacts reports and briefs.*'

## Key clients

| | |
|---|---|
| Axon Enterprise, Inc. | ICANN (Internet Corporation for Assigned Names and Numbers) |
| Bitmain Technologies Ltd. | |
| Cardinal Health, Inc. | Indivior, Inc. |
| Deutsche Bank | Marathon Petroleum Company LP, Marathon Petroleum Corporation, and |

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC　Document 40-11　Filed 07/27/21　Page 12 of 65

| Speedway LLC | Sutter Health |
|---|---|
| National Beef Packing Company, LLC | Wabtec Corporation |
| Presbyterian Healthcare Services, Inc. | **+ More** |
| RE/MAX, LLC | |

## Work highlights

- Defending Axon Enterprise, Inc.'s completed acquisition of law enforcement-equipment manufacturer, VieVu in FTC challenge.

- Representing Sutter Health in two class-action litigations, one in state court and one in federal court.

- Secured a complete dismissal on behalf of Marathon Petroleum Corporation, Marathon Petroleum Company, LP (MPC LP), and Speedway LLC (collectively, Marathon) in an antitrust suit brought by the Commonwealth of Kentucky seeking $173.6m in damages (before trebling) related to the sale of summertime reformulated gasoline in Louisville and Northern Kentucky.

## Kirkland & Ellis LLP

**Kirkland & Ellis LLP** fields a team of attorneys with deep experience in defending clients against antitrust claims asserted by a wide variety of competitors, direct purchasers and consumer classes. With offices across the country, the group handles the full range of antitrust claims relating to cartels, monopolization, pricing disputes, unfair competition, price discrimination, intellectual property and merger-related litigation. Located in the Chicago office, **James Mutchnik**, **Daniel Laytin** and **Christa Cottrell** are the key names to note; the three are all active in antitrust trials and litigation across a range of sectors. **Richard Cunningham** in Washington DC and **Sean Royall**, who divides time between Dallas and Washington DC, focus on matters at the intersection of consumer protection and antitrust law.



**Learn more about Kirkland & Ellis LLP diversity and inclusion initiatives**

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-1 Filed 07/27/21 Page 13 of 65

**Other key lawyers:**

James Mutchnik; Daniel Laytin; Richard Cunningham; Olivia Adendorff; Sean Royall; Christa Cottrell

## Key clients

| | |
|---|---|
| AbbVie | Blue Cross Blue Shield Association |
| Allergan plc | Citadel LLC |
| Amateur Hockey Association of Illinois, Inc. | The Clemens Food Group |
| AT&T | Essendant, Inc. |
| BASF | EVA Airways Corp |

---

# Latham & Watkins LLP

'*Distinguished in the field of antitrust for some time*', **Latham & Watkins LLP** routinely handles all strands of antitrust and competition law, both in the US and globally, securing early dismissals, negotiating advantageous settlements and prevailing at trial in cases alleging anti-competitive collusion, monopolization, distribution and pricing policies, industry standard-setting and unfair pricing. In Washington DC, the team is notable for its DOJ and FTC expertise; while on the West Coast, the firm's Californian offices focus on antitrust issues affecting big-tech. **Amanda Reeves** chairs the global antitrust and competition group in Washington DC. In San Francisco, **Daniel Wall** has an enviable track record in litigating antitrust appeals and defending high-profile class actions, including in the US Supreme Court, while **Christopher Yates** specializes in assisting hi-tech and sports sector clients. It also has a nascent practice in New York, led locally by **Lawrence Buterman**. Other names to note in San Francisco are **Al Pfeiffer** and **Jennifer Giordano**, and **Belinda Lee**, who serves as global vice chair of the group from the Bay Area office.

**Practice head(s):** Amanda Reeves; Belinda Lee

**Other key lawyers:**

Privacy & Cookies Policy

Daniel Wall; Christopher Yates; Al Pfeiffer; Lawrence Buterman; Jennifer Giordano

## Testimonials

*'Latham has distinguished itself in the field of antitrust for some time. However, in more recent years, the firm has developed a deep team of civil litigation attorneys with music licensing rate-setting experience. The combination of antitrust and music licensing expertise distinguishes Latham from all other competing firms.'*

*'Margaret Zwisler and Jennifer Giordano are excellent antitrust attorneys. They are standouts in terms of courtroom litigation and strategy.'*

## Key clients

| | |
|---|---|
| BMW AG | Dairy Farmers of America |
| United States Soccer Federation, Inc. | Ocean Spray Cranberries, Inc. |
| Genentech, Inc. | General Electric Co., GE Healthcare, Inc. |
| DoorDash | Toshiba Corporation |
| Ferrellgas | Highmark Inc. |
| Live Nation | **+ More** |
| Surescripts, LLC | |

## Work highlights

- Obtained multiple dismissals of all claims against our client BMW AG in the so-called "Circle of Five" emissions and technology-restraint conspiracy litigation filed by two proposed classes of auto dealers and consumer plaintiffs.

- Represented Genentech in defense of federal and state price fixing and monopolization claims brought in the Southern District of New York by a Russian biosimilar manufacturer relating to three of Genentech's cancer drugs.

- Defending the United States Soccer Federation in an action brought by the North American Soccer League in the Eastern District of New York challenging US Soccer's authority to govern professional soccer in the US.

Privacy & Cookies Policy

# Paul, Weiss, Rifkind, Wharton & Garrison LLP

'*One of the US' leading antitrust trial teams*', **Paul, Weiss, Rifkind, Wharton & Garrison LLP**'s deep bench was further strengthened in June 2020 by the arrivals of William Isaacson and **Karen Dunn** from Boies Schiller Flexner LLP. The former recognized for his expertise in actions facing social media and digital platforms, whereas the latter has experience in both defense and plaintiff-side mandates. Jointly leading the group are financial services expert **Aidan Synnott** and hi-tech specialist **Andrew Finch** in New York, alongside Washington DC-based **Rick Rule**, '*one of the most renowned figures in the US antitrust field*'. Also in Washington DC, Kenneth Gallo is rated for his robust IP-related antitrust practice and Joseph Bial impresses with his experience of international cartel and anti-monopoly cases. Key workflows for the team include cases alleging monopolization, price-fixing, predatory pricing, bid-rigging and exclusive dealing. In September 2020, Jonathan Kanter, former co-chair of the group, left the firm to launch his own law practice in Washington DC.

 **Learn more about Paul, Weiss, Rifkind, Wharton & Garrison LLP diversity and inclusion initiatives**

**Practice head(s):** Aidan Synnott; Andrew Finch; Rick Rule

**Other key lawyers:**

Ken Gallo; Bob Atkins; Craig Benson; Karen Dunn; Joseph Bial; William Isaacson

## Testimonials

'*Paul Weiss has brought in one of the US' leading antitrust trial teams, one with unparalleled courtroom experience, but one with deep practical perspectives on how to address the complex issues attendant to any antitrust case.*'

'*Deepest bench of trial counsel in the country, they always have someone available.*'

'*Rick Rule is one of the most renowned figures in the US antitrust/competition field. He understands the dynamics of this practice and always seizes the right moment to bring solutions to complex cases. Joe Bial is a resourceful lawyer with economics PhD*'

Privacy & Cookies Policy

*background and experiences at a plaintiff bar as well. He is tirelessly diligent and always thoughtful about foreign clients that have hard time in dealing with the US system.'*

## White & Case LLP

**White & Case LLP** is active in a range of industries, but is perhaps best known as '*a powerhouse in pharmaceutical antitrust litigation*'. Here, the firm pairs '*premier antitrust attorneys with premier patent attorneys to provide the expertise required to handle*' large cases, many of which concern biosimilars, reverse payment patent settlements and product-hopping monopolization. **Mark Gidley** leads the team in Washington DC, where other names to note are **Christopher Curran** and Peter Carney, a key name in the pharmaceutical industry for representations in complex civil antitrust litigation. Elsewhere, Jack Pace, in New York, '*stands out from his peers for his thoroughness, responsiveness, and willingness to give practical advice that puts business concerns first*'. On the opposite coast, in the Silicon Valley hub, '*very strong leader and advocate*' Heather Burke frequently defends parallel class actions, opt-out and state AG lawsuits. Also of note in Washington DC, Kathryn Mims, was promoted to partner in 2020.

**Practice head(s):** Mark Gidley

**Other key lawyers:**

 Christopher Curran; Peter Carney; Jack Pace; Heather Burke; Kathryn Mims

### Testimonials

'*The White & Case Antitrust team is a powerhouse in pharmaceutical antitrust litigation. They excel in their close understanding of the pharmaceutical industry, countless litigations in this space and actual experiences from which to draw, and mastery of relevant case law and trends.*'

'*Given the international focus of the firm, this team is a go-to for complex cross-border issues that require specific subject matter expertise in multiple jurisdictions — a perfect match for large multinational companies dealing with increasingly complex regulatory and legal regimes around the world.*'

Privacy & Cookies Policy

6/30/2021 Civil Litigation/class actions: defense in United States | Law firm and lawyer rankings from The Legal 500 United States guide

Case 2:21-cv-00563-JCC Document 42-11 Filed 07/27/21 Page 17 of 65

*'Deep understanding of antitrust laws with a practical business-focused approach.'*

**+ More**

## Key clients

| Anthem | Forest Laboratories (now AbbVie) and Merz Pharmaceuticals |

Warner Chilcott and Watson (now owned by Allergan/AbbVie)

Boehringer Ingelheim

Richard Usher, lead Foreign Exchange trader for JPMorgan Chase

Toshiba

Restaurant Brands International and its affiliate company Tim Hortons USA

Pfizer

Nestlé Purina PetCare

VivaAerobús

Gilead Sciences

Nexans

**+ More**

## Work highlights

- Represented Anthem in $2bn break fee litigation, successfully establishing the black letter law for "best efforts" in the antitrust defenses of mergers.

- Defended Allergan in the Asacol® antitrust class action litigation challenging alleged reverse payments, product-hopping monopolization, and patent office fraud for brand drug Loestrin 24 — an oral contraceptive.

- Defended former top J.P. Morgan Chase currency trader Richard Usher against charges that he conspired to fix prices in the $5tn-per-day foreign exchange market.

---

**TIER 2 FIRMS** ⌃

## Arnold & Porter

Fielding a deep bench of attorneys with antitrust litigation capabilities, **Arnold & Porter** is a top performer in individual and class action claims, particularly alleged price-fixing and cartel-related conduct cases. The team is especially p[_____]ces

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-1 Filed 07/27/21 Page 18 of 65

sector, though it also has experience across media and entertainment, sports and financial services. Jointly headed from Washington DC by global antitrust lead **Debbie Feinstein** and US antitrust figurehead **Jonathan Gleklen**, the department also includes experienced names such as **Saul Morgenstern** in New York, an antitrust titan whose practice is underscored by multi-jurisdictional civil litigation and class actions. Operating out of the DC office, **Laura Shores** and **James L. Cooper** are the names to note. In the firm's San Francisco hub, **Daniel Asimow** has a robust antitrust trial practice, acting as lead counsel in several antitrust matters currently pending in the Northern District of California.

**Practice head(s):** Debbie Feinstein; Jonathan Gleklen

**Other key lawyers:** Saul Morgenstern; Laura Shores; James L. Cooper; Daniel Asimow

## Key clients

| | |
|---|---|
| Visa | Shoko Chukin Bank |
| Sandoz Inc. and Fougera Pharmaceuticals Inc. | Koito Manufacturing |
| Bayer | Bausch Health Companies |
| Oakland Raiders | Norfolk Southern Corporation |
| Samsung | Mallinckrodt |
| Yamashita Rubber | Bristol-Myers Squibb |

## Work highlights

- Representing Oakland Raiders in securing dismissal of antitrust claims brought by the City of Oakland challenging the relocation of the Raiders to Las Vegas as the product of an unlawful agreement among the Raiders, the NFL, other NFL teams.

- Represented Bristol Myers Squibb as lead counsel for BMS in defending class action claims alleging monopolization of a therapeutic market (HIV treatment).

- Represented Mallinckrodt Pharmaceuticals in federal and state class action and non-class action litigation alleging antitrust and marketing related claims regarding one of its leading products.

Privacy & Cookies Policy

Civil litigation/class actions: defense in United States – Law firm and lawyer rankings from The Legal 500 United States guide

# Baker Botts L.L.P.

**Baker Botts L.L.P.**'s vastly experienced antitrust group represents clients in the full range of antitrust issues, including both civil and criminal litigation. Widely considered as an antitrust destination practice, its caseload encompasses private actions, class actions, parallel litigation in state and federal courts, multi-district litigation, and other complex proceedings. Maureen Ohlhausen and **John Taladay** jointly lead the group from Washington DC. Other key figures in the DC office include **William Lavery**, an expert in price-fixing, monopolization, Robinson-Patman violations and sham litigation; **Joseph Ostoyich**, who has a long track record of representing household multinationals in high-stakes litigation; and **Erik Koons**, who is noted for his experience in nationwide class action claims. Peter Huston is a contact in the firm's San Francisco office. Former group co-head Stephen Weissman departed in February 2021 to join Gibson, Dunn & Crutcher LLP.

**Practice head(s):** Maureen Ohlhausen; John Taladay

**Other key lawyers:**

 Joseph Ostoyich; Jim Kress; Erik Koons; William Lavery; Peter Huston

## Key clients

| | |
|---|---|
| Conversant Intellectual Property Management Inc | Irico Display Devices Co., Ltd. |
| Sandoz Inc. | Patterson Companies, Inc. |
| Arch Resources, Inc. | Lyft, Inc. |
| Sun Pharmaceutical Industries, Inc. & Taro Pharmaceuticals, Inc. | Waste Management, Inc. |
| Olin Corporation | QVC, Inc. |
| Caterpillar Inc. | Zydus Pharmaceutical, Inc./Cadila Healthcare Ltd. |

**+ More**

## Work highlights

Privacy & Cookies Policy

- Representing Sandoz in a dozen proposed class actions brought by plaintiffs against biosimilar manufacturers alleging AbbVie entered into market division agreements with Defendants to delay biosimilar entry in the US market for Humira.

- Represent Conversant in a lawsuit brought by Continental Automotive Systems, alleging that Coversant, Nokia Corp. and other owners of Standard Essential Patents (SEPs) conspired to inflate licensing rates for cellular connectivity technology, allegedly breaching their FRAND agreements and for engaging in antitrust violations through the Avanci patent licensing platform.

- Representing Sun Pharma and Taro Pharma in litigation involving three purported classes of plaintiffs as well as more than 48 state attorneys general alleging that more than 30 generic pharma manufacturers conspired to inflate the prices of more than 135 generic drugs.

---

## Boies Schiller Flexner LLP

Boies Schiller Flexner LLP regularly serves as lead or co-lead trial counsel in high-profile antitrust actions. Though the group has a long track record representing health insurers, healthcare providers, and pharmaceutical companies, it also has defends corporations and senior corporate officers facing criminal prosecution from an array of sectors. DC-based healthcare expert Richard Feinstein is a key member of the group. In 2020, William Isaacson and Karen Dunn joined Paul, Weiss, Rifkind, Wharton & Garrison LLP, while former department co-lead Leigh Nathanson left for King & Spalding LLP.

---

## Mayer Brown

Well known for its appeals work in this space, **Mayer Brown**'s team is rated for its experience in price-fixing class actions, as well as in other antitrust cases arising from the financial services, tech and healthcare sectors. Mark Ryan in Washington DC heads up the firm's offering in this area, leading a team with enviable trial and appellate capabilities. Stationed in Chicago, Britt Miller focuses on price-fixing, market allocation, monopolization and conspiracy cases, while Andrew Marovitz specializes in antitrust

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 40-1 Filed 07/27/21 Page 21 of 65

litigation in the financial services sector. Other names to note are food and beverage sector expert **Carmine Zarlenga** and litigator **Oral Pottinger**, both of whom are also based in Washington DC.

**Practice head(s):** Mark Ryan

**Other key lawyers:** Andrew Marovitz; Britt Miller; Carmine Zarlenga; Oral Pottinger

## Testimonials

'The financial services group at Mayer Brown is top-notch and provides thorough analysis and great guidance to in-house attorneys and compliance departments so that the legal and compliance departments are able to assess risk with the business departments and make informed business decisions around various rules, laws, and regulations surrounding the financial services industry.'

## Key clients

| CDK Global | Cargill Meat Solutions Corporation |
| Indiana Packers Corporation/Mitsubishi Corporation | Lukoil Pan Americas, LLC |
| Cargill Incorporated | HSBC |
| Delta Dental | The Big Ten Conference |
| Foster Poultry Farms and Foster Farms, LLC | BASF Corporation and BASF SE |

## Work highlights

- Represented Delta Dental Plans Association, DeltaUSA, and the Delta Dental Member Companies in class action complaints filed in jurisdictions across the country, alleging the defendants violated Section 1 of the Sherman Act by allegedly agreeing to allocate the dental insurance market into geographic areas and purportedly imposing below-market reimbursement rates on dental providers.

- Representing Cargill, Incorporated and Cargill Meat Solutions Corporation in connection with a direct purchaser putative class action complaint alleging that

Privacy & Cookies Policy

6/30/2021    Case 2:21-cv-00563-JCC   Document 40-1   Filed 07/27/21   Page 22 of 65

Antitrust: civil litigation/class actions: defense in United States – Law firm and lawyer rankings from The Legal 500 United States guide

Cargill and other turkey producers conspired to fix the price of turkey by restricting their collective turkey production.

- Representing CDK Global in multi-district litigation alleging to have conspired with its primary competitor to exclude third parties from the "data integration" market, monopolize the alleged after-market for applications for automobile dealers who license the CDK DMS and engage in anticompetitive exclusive dealing contracts with its customer dealers and third-party vendors.

---

## Morgan, Lewis & Bockius LLP

Spread across offices in Washington DC, New York, Philadelphia, San Francisco and Boston, **Morgan, Lewis & Bockius LLP** has built a stellar reputation for assembling cross-office teams to handle large, resource-heavy, multi-district cases. Held in high esteem for his expertise in price-fixing in the generic pharmaceutical industry, Philadelphia-based Steven Reed co-leads the '*knowledgeable and efficient*' group, alongside Jon Roellke, who focuses on representing financial services clients in class actions alleging the manipulation of financial benchmarks. Additionally, New York-based **Stacey Anne Mahoney** is active across a range of sectors, including pharmaceuticals, real estate and financial services, whereas Brendan Fee, in Philadelphia, focuses on litigation in the tech and energy industries.



**Learn more about Morgan, Lewis & Bockius LLP diversity and inclusion initiatives**

**Practice head(s):** Steven Reed; Jon Roellke

**Other key lawyers:** Stacey Anne Mahoney; Brendan Fee

### Testimonials

'*The Morgan Lewis team is knowledgeable and efficient. Great partners, very responsive, and a pleasure to deal with.*'

### Key clients

Privacy & Cookies Policy

| | |
|---|---|
| Blue Cross Blue Shield of Louisiana | Google LLC |
| BMW North America LLC | Independence Blue Cross LLC |
| Breckenridge Pharmaceutical, Inc. | Merck & Co. Inc. |
| Cigna Corporation | Morgan Stanley |
| Comcast Cable Communications | Pacific Maritime Association |
| Gentex Corporation | **+ More** |
| Glenmark Pharmaceuticals Inc. | |

## Work highlights

- Secured a victory in the US Court of Appeals for the Ninth Circuit for Qualcomm in the case brought against it by the FTC, in a case involving fundamental issues of antitrust law.

- Defending Vyera Pharmaceuticals and its Swiss parent company, Phoenixus AG, in a lawsuit filed by the FTC and the attorneys general of seven states (including New York and California) in the US District Court for the Southern District of New York.

- Representing Google in connection with three antitrust actions filed in the Northern District of California related to the Android ecosystem, including Epic Games, Inc. v. Google LLC.

---

## Quinn Emanuel Urquhart & Sullivan, LLP

Active on both sides of the fence, **Quinn Emanuel Urquhart & Sullivan, LLP** is a well-respected defense outfit for blue-chip corporates, and is also a key name in plaintiff-side mandates. On the defense side, the group regularly represents clients in multi-district litigations and class actions, with particular expertise in cases at the nexus of antitrust and patent law. Leading the group from New York, **Stephen Neuwirth**, who has a stellar reputation in plaintiff and defense work. Also based in New York are class certification expert **Sami Rashid** and **Daniel Brockett**, who focuses on antitrust litigation related to securities and commodities, as well as structured finance and derivatives. Los Angeles-based **Adam Wolfson** also has a track record in defending follow-on cartel class actions.

Privacy & Cookies Policy

Civil litigation/class actions: defense in United States Law firm and lawyer rankings from The Legal 500 United States guide

**Practice head(s):** Stephen Neuwirth

**Other key lawyers:** Adam Wolfson; Sami Rashid; Daniel Brockett

## Key clients

Daimler AG, Mercedes-Benz USA LLC

Google/Alphabet

Trafigura

Entergy Corporation; Entergy
Mississippi, LLC; Entergy Services, Inc.;
Entergy Power, Inc.

SalMar ASA and Scottish Sea Farms Ltd.

JBS USA Food Company

## Work highlights

- Won complete dismissal for Daimler AG of all claims in the German Auto Parts Antitrust Litigation in the Northern District of California.

- Served as lead counsel for SalMar ASA and Scottish Sea Farms Ltd. in a putative class action lawsuit alleging a conspiracy to fix prices on farm-raised Norwegian salmon.

- Represented JBS in federal class-action litigation filed in the District of Minnesota regarding an alleged antitrust conspiracy by JBS USA and other pork Defendants to limit the supply of pork and thereby raise prices.

## Shearman & Sterling LLP

**Shearman & Sterling LLP** commands attention for its deep expertise in antitrust cases arising from securities and financial trading markets. Though it is particularly active in financial services cases, it also represents clients from a variety of other industries in civil and criminal matters relating to price-fixing, group boycott, market allocation and monopolization claims. In the Washington DC, David Higbee spearheads the global antitrust practice, and Todd Stenerson possesses extensive experience in multi-district antitrust litigation. Best known for his involvement in benchmarking matters emanating from the financial industry, **Adam Hakki** is an antitrust litigation heavyweight in New York, where experienced litigator Richard Schwed is a

Privacy & Cookies Policy

Coast, in San Francisco, John Cove regularly guides clients through direct and indirect purchaser class actions, as well as unfair competition actions.

**Practice head(s):** David Higbee

**Other key lawyers:**

Adam Hakki; Todd Stenerson; Richard Schwed; John Cove; Djordje Petkoski; Rachel Mossman

## Testimonials

'The Shearman team, led by David Higbee, is exceptionally capable, providing creative solutions to achieve great results.'

'David Higbee is exceptionally responsive, creative, and practical. He is able to assemble fit for purpose teams and deliver outstanding results.'

'They are aggressive, smart and take the long view. I like how they tried to stay a step ahead of where large litigation is heading and how to anticipate what's around the corner. Good team cohesiveness too.'

**+ More**

## Key clients

| | |
|---|---|
| 1-800 Contacts | GSMA |
| Bank of America | Intercontinental Exchange |
| Barclays | Morgan Stanley |
| Blue Cross Blue Shield of Michigan | Raytheon |
| BNP Paribas | Rubycon |
| Booz Allen Hamilton | **+ More** |
| Chevron | |

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 40-11 Filed 07/27/21 Page 26 of 65

# WilmerHale

**WilmerHale** runs an antitrust group with offices across the country, acting for companies in both private and government litigation. The team is most visible in class actions and competitor actions covering monopolization, abuse of dominant position, boycotts, coordinated conduct litigation. Based out of the firm's Washington DC office, **Thomas Mueller** leads the group, which is most often seen acting for clients in the technology, financial services, energy and pharmaceutical sectors. Joining Mueller in the DC is **Steven Cherry**, who has deep experience of civil and class action multi-district litigation, specifically those related to auto parts and generic drugs. Other names to note are San Francisco-based **Heather Nyong'o**, an experienced litigator and first-chair trial lawyer, and Boston-based **Mark Ford**, who specializes in defending pharmaceutical clients in antitrust class actions with significant intellectual property law components.

**Practice head(s):** Thomas Mueller

**Other key lawyers:** Mark Ford; Steven Cherry; Heather Nyong'o

## Testimonials

*'Very business-oriented with an exceptional understanding of industry.'*

## Key clients

| | |
|---|---|
| Deutsche Telekom AG | DENSO International America, Inc. |
| Rohan Ramchandani | Compañía SudAmericana de Vapores S.A (CSAV) |
| Yes Energy LLC and Live Power Inc. | Banco Santander, S.A. |
| Lenovo | |
| Reckitt Benckiser Group | |

## Work highlights

- Representing T-Mobile US, Inc. and Deutsche Telekom AG in an action where plaintiffs filed a complaint seeking to enjoin the merger of T-Mobile and Sprint for allegedly violating Section 7 of the Sherman Act.

Privacy & Cookies Policy

- Represents a former FOREX trader in connection with an OCC action seeking to bar him from the industry and impose a $5m fine.

- Brought antitrust counterclaims for Yes Energy LLC and Live Power Inc. against their rival, Genscape, who initiated litigation by filing trade secret misappropriation claims.

---

## Winston & Strawn LLP

**Winston & Strawn LLP** shines in its representation of household name clients in the areas of big-tech, electronics and sports in civil litigation and class actions. '*Adept at performing critical fact-intensive analysis*', the group is jointly led by New York pair Jeffrey Kessler and Eva Cole. Kessler stands out for his involvement in single-firm monopolization cases and cases at the nexus of antitrust and sports law, while Cole represents clients in the consumer electronics, financial services and private equity sectors. Also in New York, Susannah Torpey primarily handles disputes for tech companies, some of which lie at the intersection of antitrust and intellectual property law. Contacts in Chicago include Michael Mayer and James Herbison ('*one of the leading antitrust defense lawyers in the country*' according to one client). Heather Lamberg is recommended in Washington DC.

**Practice head(s):** Jeffrey Kessler; Eva Cole

**Other key lawyers:**

James Herbison; Heather Lamberg; Michael Mayer; Susannah Torpey

### Testimonials

'*The team helmed by Jeff Kessler did a fantastic job litigating our case, both from a strategic perspective and from a day-to-day standpoint. The communication regarding case developments and budgeting was excellent.*'

'*In addition to being knowledgeable and smart–which are prerequisites–this team is incredibly creative appropriately aggressive. In addition, their experience on the plaintiffs-side provides a unique and helpful perspective.*'

Privacy & Cookies Policy

*'The Winston antitrust civil litigation team is led admirably by senior partner Jim Herbison. Jim is one of the leading antitrust defense lawyers in the country; in addition, he has as much or more actual antitrust trial experience as most lawyers his age. Jim is an effective and efficient coordinator and is super responsive to client inquiries.'*

**+ More**

## Key clients

| | |
|---|---|
| Baxter Healthcare | Loro Piana |
| Camber Pharmaceuticals | LVMH |
| Class of NCAA Football and Basketball Players | Metaswitch Networks Ltd |
| Corning Corporation | Motorola Solutions |
| Discover Financial Services | National Football League Players Association (NFLPA) |
| Granite One | **+ More** |
| JTEKT Corporation | |

## Work highlights

- Represented a class of present and former NCAA basketball and football players in grant-in-aid cap antitrust litigation against the NCAA and its most-significant sports conferences.

- Represents, and/or recently concluded the representation of, NTN, Nippon Seiki, Panasonic, Hitachi Metals, Corning, and JTEKT in a massive series of class actions and MDLs involving more than a dozen automotive part products in the Eastern District of Michigan.

- Secured for Baxter International, Inc. dismissal with prejudice of a proposed class action accusing the client of conspiring with rival Hospira, Inc. to limit production of intravenous (IV) saline solution bags to artificially increase prices on these critical medical products.

Privacy & Cookies Policy

## TIER 3 FIRMS ⌃

## Allen & Overy LLP

The antitrust group at **Allen & Overy LLP** stands out in class actions alleging price-fixing in the automotive parts, prepackaged seafood, and cathode-ray tubes industries. Headed from Washington DC by John Roberti, the group emphasizes cross-office collaboration, regularly representing multinational clients in cases in which allegations and complaints span the globe. Todd Fishman, who sits in the firm's New York office, has particular expertise in issues of price-fixing, collusive conduct, and matters involving derivatives and structured products. Working alongside Roberti in Washington DC is Providence Napoleon, a recommended associate in this space. In February 2020, Michael Feldberg left to join Reichman Jorgensen LLP.

**Practice head(s):** John Roberti

**Other key lawyers:** Todd Fishman; Providence Napoleon

### Testimonials

'In-depth knowledge of the field. Vast experience. Practical oriented.'

'John Roberti not only understands the technical complexities of the field, but his experience allows him to apply practical skills in forecasting, at the inception of the case, the probable outcome and developing a game plan to achieve or better it.'

### Key clients

| | |
|---|---|
| Robert Bosch | Tri-Union Seafoods |
| Cargill | United Airlines |
| Mercuria Energy Trading | Love's Travel Stops and Country Stores |
| Samsung SDI | |

Privacy & Cookies Policy

Civil litigation/class actions: defense in United States – Law firm and lawyer rankings from The Legal 500 United States guide

**Work highlights**

- Representing Tri-Union Seafoods in class action litigation involving allegations of price-fixing in the packaged seafood industry.

- Representing Robert Bosch LLC and Robert Bosch GmbH, the world's largest manufacturer of auto parts, in the multidistrict Automotive Parts Antitrust Litigation.

- Represented Samsung Displays with respect to multi-district class action and opt-out litigation alleging price fixing in lithium ion batteries.

---

## Axinn Veltrop & Harkrider

The team at Axinn Veltrop & Harkrider handles increasingly high-stakes and complex private and public antitrust litigation across a broad range of industries, from manufacturing to pharmaceuticals. Big-tech specialist John Harkrider in New York and monopolization and patent expert Michael Keeley in Washington DC jointly lead the group. Also in Washington DC, Rachel Adcox and cartel specialist Tiffany Rider combine regulatory investigation expertise with capabilities in follow-on defense-side actions; and Bradley Justus, who was promoted in January 2020, assists clients with monopolization litigation and cartel-related suits. Lisl Dunlop is a name to note in the New York office.

**Practice head(s):** John Harkrider; Michael Keeley

**Other key lawyers:**

 Rachel Adcox; Leslie Overton; John Briggs; Tiffany Rider; Lisl Dunlop

**Key clients**

| | |
|---|---|
| Google | Alliance for Safe Online Pharmacies |
| Tyson Foods | Thermo Fisher Scientific |
| Stanley, Black & Decker (US) Inc. | Nishikawa Rubber Co., Nishikawa of America, Inc., Nishikawa Cooper, LLC |
| Alvogen | University of Pittsburgh Medical Center |
| Momenta Pharmaceuticals | |
| McKesson Corporation | Shintech In     & Shin-Etsu Chemical |

Privacy & Cookies Policy

| Tufts Health Plan

## Work highlights

- Defending Tyson Foods in multiple major treble-damage class action litigations and regulatory investigations alleging industry-wide conspiracies to raise the prices of broiler chickens, pork, turkey, and beef, as well as a conspiracy to depress broiler grower pay.

- Representing Alvogen in its antitrust counterclaims against Indivior relating to Alvogen's launch of a generic equivalent to Suboxone® sublingual film.

- Defending Alvogen Inc. in the sprawling Generic Drugs MDL, a suit alleging participation in an industry-wide conspiracy to raise prices of generic medications through the allocation of markets.

## Dechert LLP

**Dechert LLP** excels in antitrust class action and Sherman Act cases for large pharmaceutical and healthcare clients. Following the departure of former group co-chair Michael Weiner in September 2020 to Steptoe & Johnson LLP, Washington DC-based Mike Cowie now shares department leadership responsibilities with Philadelphia-based co-chair **Steven Bizar**. Also in Philadelphia, **George Gordon** plays a leading role in the firm's life sciences group and regularly represents clients in litigation involving claims of monopolization, unlawful price discrimination, unlawful group boycotts, and predatory pricing. Another name to note in Washington DC is **Shari Ross Lahlou**, who has experience defending clients in the telecoms, hospitality and healthcare sectors, among others.

D&I    **Learn more about Dechert LLP diversity and inclusion initiatives**

**Practice head(s):** Steven Bizar; Mike Cowie

**Other key lawyers:** George Gordon; Shari Ross Lahlou; John McClam

Privacy & Cookies Policy

6/30/2021 Civil litigation/class actions: defense Directory | Law firm and lawyer rankings from The Legal 500 United States guide

Case 2:21-cv-00563-JCC Document 40-1 Filed 07/27/21 Page 32 of 65

## Key clients

| | |
|---|---|
| PeroxyChem | Fresenius Medical Care |
| Endo Pharmaceuticals | Citron Pharma |
| Lannett Company | DTE Energy |
| Marriott International | Humana, Inc. |
| CVS Health, Inc. | The Chemours Company |
| PDL Biopharma | |

---

# O'Melveny & Myers LLP

Working closely with the firm's white-collar defense and securities litigation teams, **O'Melveny & Myers LLP** fields attorneys with considerable experience in complex antitrust litigation, particularly class actions, monopolization claims, international cartel cases, and unfair competition actions. Jointly headed from Washington DC by **Ben Bradshaw** and **Ian Simmons**, the group has been especially active in cases related to pharmaceuticals, semiconductors and biosimilars. Other practitioners to note are DC-based **Katrina Robson**, whose practice revolves around single-firm conduct and restraint of trade cases, and **Andrew Frackman**, a well-rounded litigator who is skilled at handling antitrust actions relating to the aviation and financial services industries.

**Practice head(s):** Ben Bradshaw; Ian Simmons

**Other key lawyers:** Andrew Frackman; Katrina Robson

## Key clients

| | |
|---|---|
| Asiana Airlines | US Airways |
| Bitcoin | Endo Pharmaceuticals |
| Novartis | Qualcomm |
| Jayson Penn | Global Music Rights |
| Samsung Electronics Co., Ltd. | Honeywell |

Privacy & Cookies Policy

> Wells Fargo

> Rohm, Ltd.

**+ More**

## Work highlights

- Secured a victory for Bitcoin.com and individual developers in an antitrust civil litigation filed in the Southern District of Florida Federal Court.

- Won for Samsung Bioepis a motion to dismiss in the nation's first pay-for-delay case involving a biologics product, Humira™.

- Represented Endo Pharmaceuticals, Inc. in an antitrust monopolization case alleging that Endo subsidiary, Par Pharmaceutical, prevented a competitor, Fresenius, from seeking to enter the market for the drug Vasopressin Injection by purportedly entering into exclusive agreements with suppliers of the active pharmaceutical ingredient needed to develop and manufacture the drug.

---

## Simpson Thacher & Bartlett LLP

**Simpson Thacher & Bartlett LLP** is active across the full life cycle of alleged antitrust violations, from investigation right through to litigation. Jointly led by New York-based Peter Guryan and Washington DC-based co-chairs Sara Razi and John Terzaken, the department emphasizes monopolization, price-fixing and tying claims. Terzaken's strong suit is cartel-related litigation, and Razi is rated by clients as a '*very seasoned and knowledgeable antitrust attorney*'. **Abram Ellis**, in New York, has a burgeoning practice centering on antitrust litigation involving complex financial instruments.

**Practice head(s):** Peter Guryan; Sara Razi; John Terzaken

**Other key lawyers:** Abram Ellis

## Testimonials

'*John Terzaken is professional and strategic.*'

'*Sara Razi is a very seasoned and knowledgeable antitrust attorney. She has worked in government and in private practice, so she has the unique ~~...~~ ical*'

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-1 Filed 07/27/21 Page 34 of 65

*advice about how regulators would react to matters in a way that is actionable by in house counsel.'*

## Key clients

| | |
|---|---|
| 21st Century Oncology | JPMorgan |
| Blackstone | Kenshoo |
| Covestro | McKesson Corporation |
| Deutsche Bank | Tradeweb |
| HCA Inc. | Tyson Foods |

## Work highlights

- Defending Tyson Foods in wage-fixing antitrust class action alleging a decade-long conspiracy to fix worker wages.

- Defending McKesson in dismissal of putative class action concerning alleged price-fixing conspiracy among manufacturers of generic pharmaceuticals.

- Defending Micron in a dismissal of a class-action lawsuit alleging that Samsung, Micron and Hynix conspired to fix prices of DRAM sold in the US.

---

## Weil, Gotshal & Manges LLP

On the defense side of antitrust litigation, **Weil, Gotshal & Manges LLP** specializes in the application of antitrust laws to music licensing, patent and other IP-related disputes. Handling civil and criminal cases in state and federal courts across the US, the '*collaborative and engaged*' practice also frequently defends clients in suits alleging collusion, illegal pricing and restraints of trade, as well as monopolization claims. In Washington DC, group head **Steven Newborn** and Carrie Mahan routinely act as lead counsel in multi-district litigations. Other standout practitioners include **Adam Hemlock** and **Eric Hochstadt**, both of whom are based in New York.

Privacy & Cookies Policy



**Learn more about Weil, Gotshal & Manges LLP diversity and inclusion initiatives**

**Practice head(s):** Steven Newborn

**Other key lawyers:** Carrie Mahan; Adam Hemlock; Eric Hochstadt

## Testimonials

*'I find Weil to be efficient relative to their competitors and they really value client relationships. Repeat work matters to them and building trust and loyalty is something that is intrinsic across the firm.'*

*'The team at Weil is collaborative and engaged across the firm – they do not work in silos and where expertise sits in a group beyond the one the main matter sits in they introduce and utilise appropriately experienced practitioners to drive outcomes.'*

*'There is a disproportionate number of super talented women at Weil across practice areas who make for diverse teams which I appreciate.'*

**+ More**

## Key clients

| | |
|---|---|
| Bridgestone | Panasonic |
| Bio-Rad Laboratories | Pilgrim's Pride Corporation |
| GrubHub | Regeneron Pharmaceuticals, Inc. |
| Hilton | Saks Fifth Avenue |
| H&R Block | Torrent Pharma, Inc. |
| Marelli (f/k/a Calsonic Kansei) | **+ More** |
| Nuance Communications | |

## Work highlights

Privacy & Cookies Policy

Civil litigation/class actions: defense in United States - Law firm and lawyer rankings from The Legal 500 United States guide

- Defending Pilgrim's Pride Corporation, the second-largest poultry producer in the US, in In re Broiler Chicken Antitrust Litigation.

- Representing H&R Block in connection with antitrust lawsuits that allege the company conspired to implement agreements between franchisees not to solicit or recruit other franchisees' personnel.

- Defending Hilton in a nationwide antitrust class action, as well as stand-alone litigation, alleging that Hilton and other hotel chains conspired to eliminate competition for branded keyword search advertising.

---

## Williams & Connolly LLP

**Williams & Connolly LLP** is '*very knowledgeable about antitrust law in general and the pharmaceutical industry in particular*', but has also inroads in the hi-tech industry. It represents Google in the DOJ's landmark enforcement action accusing the company of maintaining an illegal monopoly over internet search and search advertising. Based exclusively out of the firm's Washington DC office, the group—which is jointly headed up by John Schmidtlein and Jonathan Pitt—excels in '*reverse payments and other issues at the intersection of antitrust and patent law*'. '*Particularly knowledgeable about the pharmaceutical industry*', Benjamin Greenblum focuses on matters at the intersection of antitrust and IP law.

**Practice head(s):** John Schmidtlein; Jonathan Pitt

**Other key lawyers:** Benjamin Greenblum

### Testimonials

'*Deep pharmaceutical industry knowledge and experience with reverse payments and other issues at the intersection of antitrust and patent law.*'

'*Williams and Connolly's antitrust practice is at the top of the class. The partners are superb, not only in the courtroom but also create exceptional written work product. They are very knowledgeable about antitrust law in general and the pharmaceutical industry in particular. They are also very accessible to their clients and always provide sound and strategic counseling.*'

Privacy & Cookies Policy

*'John Schmidtlein and Ben Greenblum are excellent trial lawyers and legal writers, and consistently craft persuasive legal briefs. Ben Greenblum in particular is particularly knowledgeable about the pharmaceutical industry. Both are also very accessible to their clients and always provide sound and strategic counseling.'*

## Key clients

| | |
|---|---|
| Google | Celgene Corporation |
| United Therapeutics Corporation | Bank of America |
| Jazz Pharmaceuticals | Eli Lilly & Company |
| CVS Health Corp. and Wellpartner, LLC | Endo Pharmaceuticals |
| Par Pharmaceutical | |

## Work highlights

- Represents Google in the US Department of Justice's landmark enforcement action accusing the company of maintaining an illegal monopoly over internet search and search advertising.

- Represents United Therapeutics Corp. ("UTC") in an antitrust, unfair competition, and tortious interference action involving its largest-selling drug, Remodulin.

- Represent Google in In re Google Digital Advertising Litigation, a nationwide Sherman Act class action alleging monopolization of a market for online display advertising services.

---

**TIER 4 FIRMS** ︿

# Baker & Hostetler LLP

Retained by clients on both sides of the fence, **Baker & Hostetler LLP** has a particular focus on follow-on civil litigation as well as individual and class action cases alleging price-fixing. Splitting his time between Philadelphia and Washington DC, Carl Hittinger heads up the group, which continues to evolve and expand. Most recently, in 2020, the group was bolstered by two arrivals from the DOJ: Ann O'Brien in the firm's DC office,

Privacy & Cookies Policy

and Jeffrey Martino in New York. Also based in the Washington DC are John Fornaciari, who specializes in litigation arising from the transportation and construction industries, and Marc Schildkraut, whose practice balances expertise in antitrust litigation and agency investigations.

**Practice head(s):** Carl Hittinger

**Other key lawyers:** John Fornaciari; Marc Schildkraut; Jeffrey Martino; Michael Holt

### Key clients

- Caterpillar Inc.
- CRH, plc
- Commonwealth Brands
- Dominion Enterprises
- Nippon Yusen Kabushiki Kaisha (NYK) and NYK Line (North America) Inc.

- Alon USA Energy, Inc. (a subsidiary of Delek US Holdings, Inc. and Delek US Energy, Inc.)
- Soshin Electric Co. Ltd.
- Bobrick Washroom Equipment, Inc.
- Data Device Corporation
- Brandywine Village Associates

---

## Cahill Gordon & Reindel LLP

**Cahill Gordon & Reindel LLP** is a go-to firm for major financial institutions and global banks, and is recognized in this space for its expertise in financial market manipulation, benchmark and boycott class actions. Combining '*in-depth knowledge in both antitrust and procedural class action issues*', the group is spearheaded by the '*excellent, to-the-point antitrust specialist*' Elai Katz, who is based in New York. Other key litigators are David Januszewski and Herbert Washer, both of whom are well versed in antitrust issues and frequently defend financial institutions in civil, criminal and regulatory enforcement actions.

**Practice head(s):** Elai Katz

**Other key lawyers:** David Januszewksi; Herbert Washer

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC  Document 42-11  Filed 07/27/21  Page 39 of 65

## Testimonials

*'In Elai Katz, Cahill Gordon has an excellent partner with great experience in antitrust defense litigation. Elai is easy to work with, quick, a sharp and creative legal mind and popular with clients.'*

*'Cahill has a very strong team that combines in-depth knowledge in both antitrust and procedural class action issues.'*

*'Elai Katz is an excellent, to-the-point antitrust specialist with very strong understanding of litigation tactics.'*

## Key clients

- Credit Suisse
- American Express
- 1-800-FLOWERS
- Envigo International Holdings
- Deutsche Bank

- JP Morgan Securities
- S&P Global
- PharmaMar
- Walmart

## Work highlights

- Representing Credit Suisse in multi-district litigation where plaintiffs filed over 70 complaints alleging that banks colluded and manipulated USD LIBOR in violation of antitrust laws, RICO, and state laws resulting in billions of dollars in damages.

- Representing Credit Suisse in several class actions that have been filed in federal court in New York: ISDAfix (fixed interest rates), Swiss Franc (CHF) Libor, SIBOR (Singapore), BBSW (Australian Bank Bill Swap rate), and ICE LIBOR.

- Represents Credit Suisse in a major foreign exchange antitrust case alleging conspiracies to manipulate FX rates.

---

## Covington & Burling LLP

Privacy & Cookies Policy

Covington & Burling LLP's antitrust and competition department has defended cases at trial and appellate levels in both state and federal courts. A contact in the team is **Deborah Garza** in Washington DC.

---

## Crowell & Moring LLP

**Crowell & Moring LLP** is well equipped to handle big-ticket antitrust cases for large corporates, including Fortune 500 companies. Los Angeles-based Practice co-head **Jason Murray** is regularly involved in bet-the-company cases for healthcare, technology, retail and telecoms companies. Working from the Washington DC office are practice co-chair **Shawn Johnson** and **Kent Gardiner**, who focuses on cartel and monopolization cases. Having been promoted to partner in January 2021, **Jordan Ludwig** is one other key practitioner within the group. **Stefan Meisner** joined the team from McDermott Will & Emery LLP in October 2020, and John Gibson left for DLA Piper LLP (US) in July 2020.

**Practice head(s):** Jason Murray; Shawn Johnson

**Other key lawyers:** Kent Gardiner; Jordan Ludwig

### Key clients

| | |
|---|---|
| AT&T Inc. | CSX Corporation |
| KOA Corporation and KOA Speer Electronics | Cardinal Health |
| Marriott International | The Los Angeles Harbor Department |
| United Airlines | Turner Construction |

### Work highlights

- Defending the KOA Corporation and KOA Speer Electronics in several class-action antitrust cases filed on behalf of direct and indirect purchasers of resistors.

- Defending United Airlines in over 104 cases involving allegations of collusion to restrict the capacity of domestic air transportation.

Privacy & Cookies Policy

- Defending NGK Insulators, Ltd in follow-on class action litigation In re Automotive Parts Antitrust Litigation.

---

## Davis Polk & Wardwell LLP

Particularly accomplished in the financial services space, **Davis Polk & Wardwell LLP** routinely represents high-profile financial institutions and corporations in antitrust litigations, making its name in recent years through its involvement in the long-running LIBOR litigation. Splitting his time between Northern California and New York, group head **Arthur Burke** primarily handles civil litigation related to alleged manipulation of benchmark rates and prices of financial products. Also recommended in this area is New York-based **Paul Mishkin**. Another name to note in Northern California is **Neal Potischman**, who specializes in price-fixing and monopolization cases. In August 2020, the group welcomed **Jarrett Arp** from Gibson, Dunn & Crutcher LLP.

**Practice head(s):** Arthur Burke

**Other key lawyers:** Paul Mishkin; Neal Potischman; Jarrett Arp

---

## DLA Piper LLP (US)

Making a concerted effort in recent years to penetrate the antitrust litigation space, **DLA Piper LLP (US)** runs a nationwide practice group that acts for high-profile multinational clients in a variety of antitrust matters, with notable strengths in no-poaching agreements, alleged price-fixing and monopolization conspiracies. Philadelphia-based **Lesli Esposito** and San Francisco-based **Lisa Tenorio-Kutzkey** co-head the group, which is enjoying a trend of rapid expansion. One indication of the group's growth was the hire, in mid-2020, of **John Gibson**, who joined in Los Angeles from Crowell & Moring LLP. Other key contacts include **John Hamill** and **Robby Robertson** in the Chicago office, and **David Bamberger** in Washington DC.

**Practice head(s):** Lesli Esposito; Lisa Tenorio-Kutzkey

**Other key lawyers:** John Hamill, Robby Robertson; David Bamberger; John Gibson

Privacy & Cookies Policy

## Key clients

| | |
|---|---|
| AMN Healthcare | AMN Healthcare |
| Stackla Pty Ltd | Danielson National Insurance Company, a subsidiary of Catalina Holdings (Bermuda) Ltd. |
| Ericsson | |
| McCormick & Company, Inc. | |
| Komatsu America Corp. | |
| Domino's Pizza Franchising LLC, Domino's Pizza Master Issuer LLC, Domino's Pizza LLC, and Domino's Pizza, Inc. | |

## Work highlights

- Acted on behalf of AMN Healthcare in a lawsuit brought by Aya Healthcare under federal and state antitrust laws; Aya alleged a potpourri of claims in an 80-page complaint seeking $50m+ in damages, including claims alleging the use of "no-poaching" restrictions, unreasonable non-compete agreements, exclusivity arrangements, a unilateral refusal to deal, sham litigation, monopolistic acquisitions and cash flow squeezes.

- Represented Ericsson in a precedent-setting summary judgment win on the FRAND antitrust claim in TCL Commc'n Tech. Holdings, Ltd. v. Telefonaktiebolaget LM Ericsson.

- Represents Danielson National Insurance Company in a putative class action where the plaintiffs allege a 15-year conspiracy between over 20 sureties in the bail bond industry, two of the largest bail agents and bail bond trade associations, and two former executives, to fix the premium price of bail bonds and suppress the advertisement of rebates in California.

## Hogan Lovells US LLP

**Hogan Lovells US LLP** has experience in bet-the-company litigation and routine defense of alleged monopolization practices. The group specializes in cases concerning

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-11 Filed 07/27/21 Page 43 of 65

price-fixing, market allocation and vertical and horizontal agreement allegations, as well as class actions, government suits and individual claims. **Edith Ramirez** is the key contact.

---

## King & Spalding LLP

**King & Spalding LLP**'s antitrust group represents a range of household corporate clients in antitrust actions, including cartel, unilateral conduct, indirect purchaser and class action cases. Located in Washington DC, **Norm Armstrong** and **Jeffrey Spigel** jointly lead the department along with Atlanta-based **Jeffrey Cashdan**, who litigates in both criminal and civil matters. **Kenneth Steinthal** in San Francisco stands out for his IP-related antitrust work. The team was further strengthened in 2020 by two major arrivals from Boies Schiller Flexner LLP: **Bob Cooper** in New York and **Damien Marshall** in the firm's Washington DC office.

**Practice head(s):** Norm Armstrong; Jeff Spigel; Jeffrey Cashdan

**Other key lawyers:** Chris Yook; Emily Newton; Kenneth Steinthal; Damian Marshall

### Key clients

| | |
|---|---|
| Google | Kemira Chemicals Inc. |
| Delta Airlines | The Coca-Cola Company |
| BASF Corporation | InterContinental Hotels Group |
| Xerox Corporation | Under Armour, Inc. |
| Porsche Cars North America | ASHRAE |
| The Home Depot | **+ More** |
| Progressive Casualty Insurance Company | |

### Work highlights

- Represent HSBC in two multi-district litigations and one purported consolidated class action in the Southern District of New York alleging mark

Privacy & Cookies Policy

antitrust claims totaling over $10bn in connection with the auction process used to set benchmark prices in the gold, silver, and platinum and palladium markets.

- Defending Deutsche Bank AG in numerous antitrust matters in the US District Court for the Southern District of New York alleging that Deutsche Bank and other large financial institutions colluded to manipulate foreign exchange benchmark prices.

- Defending Tenet Healthcare's $350m sale of its Saint Francis healthcare system, which is the subject of a US District Court for the Western District of Tennessee action by the FTC and the Attorney General for the State of Tennessee seeking a preliminary injunction to restrain the proposed transaction.

---

## McDermott Will & Emery LLP

**McDermott Will & Emery LLP** is recognized in this space for its experience in the defense of antitrust cases in the healthcare and pharmaceutical industries. Raymond Jacobsen, Jr. heads up the '*exceptionally knowledgeable and experienced*' group, which frequently handles follow-on damage claims stemming from global cartel investigations. Stationed in the Chicago office, Stephen Wu focuses on antitrust litigation in the healthcare space, while Katharine O'Connor represents clients in cases involving the manufacturing, food and finance sectors. Elsewhere, Michelle Lowery in Los Angeles excels in class action conspiracy, monopolization and exclusive dealing cases. In 2020, Stefan Meisner moved to Crowell & Moring LLP while former practice co-head David Hanselman took up a role as deputy county attorney in Maricopa County.

**Practice head(s):** Raymond Jacobsen, Jr.

**Other key lawyers:** Stephen Wu; Katharine O'Connor; Michelle Lowery; Nicole Castle

### Testimonials

'*Our organization had the privilege of being represented by McDermott Will & Emery (MWE) in an antitrust case. It was immediately clear that the MWE antitrust team is exceptionally knowledgeable and experienced, but they also provided patient counsel for our management team throughout the entire process.*'

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 40-1 Filed 07/27/21 Page 45 of 65

*'Although every interaction with MWE attorneys and the staff was pleasant and professional, there were two individuals who were exceptional, Stephen Wu and Katharine O'Connor.'*

*'Nicole Castle is quick to respond, succinct and straightforward with her answers, and able to explain complex issues and risks in an easy to understand fashion. Really enjoy working with her.'*

## Key clients

| | |
|---|---|
| Allscripts Healthcare Solutions, Inc. | Treehouse Foods, Inc. |
| Constellation Brands | Ballad Health |
| Amneal / Impax Laboratories | Main Line Health |
| Lockheed Martin | Southern Illinois Healthcare |
| Premier Inc. | Permanente Medical Group |
| Motorola | **+ More** |
| NGK Insulators, Inc. | |

## Work highlights

- Represented Allscripts Healthcare Solutions, Inc. initially in a multi-year investigation brought by the FTC; several current cases pending arising out of that investigation: FTC v. Surescripts in the District of D.C., In re Surescripts Antitrust Litigation, in the Northern District of Illinois, among others.

- Represented Premier, Inc. in a class action filed in the Southern District of Illinois, alleging that Becton, Dickinson – a medical manufacturer of hypodermic syringe products – conspired with distributors and group purchasing organizations (GPOs) to exclude rival syringe suppliers and raise prices.

- Represents Southern Illinois Healthcare in civil antitrust litigation filed in the US District Court for the Southern District of Illinois by Marion HealthCare, a competing ambulatory surgery center.

Privacy & Cookies Policy

Civil litigation/class actions: defense in United States - Law firm and lawyer rankings from The Legal 500 United States guide

# McGuireWoods LLP

The antitrust team at **McGuireWoods LLP** represents a wide variety of corporations,
trade associations and individuals in follow-on civil litigation, as well as other civil
antitrust disputes, including indirect purchaser litigation. The Chicago-based **Amy
Manning** heads up the practice group, which has experience in a full range of disputes
concerning allegations of price-fixing, bid-rigging, market allocation, no-poach
agreements, monopolization, predatory pricing and price discrimination. In Richmond
(Virginia), **Howard Feller** and **Brent Justus** are noted for their track records in complex
antitrust litigation, particularly in the manufacturing space.

**Practice head(s):** Amy Manning

**Other key lawyers:** Howard Feller; Brent Justus; Angelo Russo

## Key clients

| | |
|---|---|
| Argos USA Corp. | Elite Staffing, Inc. |
| Schneider National Inc. | JELD-WEN, Inc. |
| Smart Vent Products Inc. | CSX Transportation Inc. |
| Fresenius Kabi | Dominion Energy, Inc. |
| NIBCO Inc. | |

## Work highlights

- Representing Argos USA Corp. in two civil antitrust lawsuits involving allegations of
  price-fixing in the ready-mix concrete and cement markets in coastal Georgia and
  South Carolina, one of which is a class action.

- Representing transportation company, Schneider National, in an antitrust lawsuit
  pending in the US District Court for the Central District of California, alleging that
  several trucking companies, including a subsidiary of Schneider National, conspired
  to refuse to hire drivers that were supposedly under contract with other trucking
  companies, and therefore restrain competition in an attempt to suppress wages.

- Defending staffing agency Elite in an antitrust lawsuit pending in the Circuit Court of
  Cook County, Illinois, alleging that three temporary staffing agencies, including Elite,

Privacy & Cookies Policy

Case 3:21-cv-00563-JCS Document 42-11 Filed 07/27/21 Page 47 of 65

conspired not to solicit or poach temporary employees from one another at a common client's facilities.

---

## Morrison & Foerster LLP

**Morrison & Foerster LLP** is retained by clients in a broad range of follow-on cartel damages claims, and other class actions and multi-district litigations, spanning the automotive parts, technology, pharmaceuticals, telecoms, financial services and transportation sectors. Jeff Jaeckel co-chairs the global antitrust practice group with Lisa Phelan, who was appointed to the co-chair position in November 2020; both are located in the firm's Washington DC office, alongside David Cross and Megan Gerking, the latter of whom was made partner in early 2020. Stationed in the firm's San Francisco office, Eliot Adelson and Bonnie Lau routinely defend companies in antitrust litigation involving claims of price-fixing, output suppression, monopolization and group boycotts.

 **Learn more about Morrison & Foerster LLP diversity and inclusion initiatives**

**Practice head(s):** Jeff Jaeckel; Lisa Phelan

**Other key lawyers:** Megan Gerking; Bonnie Lau; David Cross; Eliot Adelson

### Key clients

- SoftBank Group Corp.
- Teradata
- Murata Manufacturing Co., Ltd.
- Hitachi Ltd.
- Matsuo Electric Co., Ltd.
- Nexstar Media Group, Inc.

- Nouryon Pulp and Performance Chemicals LLC
- Continental Building Products
- ON Semiconductor
- Target Corporation
- Entrata, Inc.
- Etsy

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC   Document 40-11   Filed 07/27/21   Page 48 of 65

**Work highlights**

- Represent Matsuo Electric Co., Ltd. in its defense of price-fixing conspiracy claims regarding capacitors brought by a direct purchaser class, indirect purchaser class, and opt-out plaintiffs in consolidated multi-district proceedings in the Northern District of California.

- Represent Teradata in a suit against SAP America, Inc. for antitrust violations, trade secret misappropriation, and copyright infringement.

- Represent Murata Manufacturing in follow-on federal class action litigation and a related case brought by a direct purchaser.

---

## Norton Rose Fulbright

The team at **Norton Rose Fulbright** litigates traditional antitrust class actions and RICO-related claims from offices across the country. The group is regularly involved in cases in the healthcare sector, though it has additional expertise in pharmaceuticals and consumer products, areas in which New York-based group head Robin Adelstein in a name to note. Contacts in the firm's Houston office include monopolization and conspiracy expert Darryl Anderson, **Layne Kruse** and **Eliot Turner**.

 **Learn more about Norton Rose Fulbright diversity and inclusion initiatives**

**Practice head(s):** Robin Adelstein

**Other key lawyers:** Layne Kruse; Eliot Turner; Darryl Anderson

### Key clients

| | |
|---|---|
| Cinemark USA, Inc. | Bausch Health Companies Inc. |
| Valeant Pharmaceuticals International (now known as Bausch Health Americas, Inc., a subsidiary of Bausch Health Companies, Inc.) | Valeant Pharmaceuticals North America LLC (now known as Bausch Health US, LLC), Valeant Pharmaceuticals International (now known as Bausch Health Ame... ...ide |

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 40-1 Filed 07/27/21 Page 49 of 65

Pharmaceuticals, Inc. (all subsidiaries of Bausch Health Companies, Inc.)

CHRISTUS Health

Willis-Knighton Health System

Phillips 66

Bank of America, N.A.

Royal Dutch Shell plc, Shell Oil Company, Pennzoil-Quaker State Company, and Jiffy Lube International, Inc.

Takeda Pharmaceutical Company, Ltd. and Eli Lilly and Company

AMC Theatres

Southwest Airlines Co.

**+ More**

## Work highlights

- Represented Cinemark USA, Inc. in a 14-year legal battle against Flagship Theatres of Palm Desert, LLC.

- Represent an international pharmaceutical company in a dispute over an earn-out clause of a purchase agreement in Doctors Allergy Formula, LLC v. Valeant Pharmaceuticals International, pending in the Supreme Court of the State of New York, County of New York, Commercial Division.

- Defending Bausch Health Companies Inc. in In re: Disposable Contact Lens Antitrust Litigation, an antitrust conspiracy case that has been consolidated in multi-district litigation in the US District Court for the Middle District of Florida.

---

## Orrick, Herrington & Sutcliffe LLP

**Orrick, Herrington & Sutcliffe LLP** acts for well-known tech clients in disputes that lie at the intersection of antitrust and technology law. Specifically, the team has an excellent reputation for handling no-poaching disputes, standard-essentials patent and price-fixing cases. A '*brilliant competition law strategist*', Jay Jurata in Washington DC heads up the department. Within the group, San Francisco-based of counsel Howard Ullman is particularly well versed in cases arising from the California insurance sector, where he advises on Sherman Act cases and healthcare antitrust matters. In early 2020, Alex Okuliar left to take up a role at the DOJ.

**Practice head(s):** Jay Jurata

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-11 Filed 07/27/21 Page 50 of 65

**Other key lawyers:** Howard Ullman; James Tierney

## Testimonials

'Orrick has assembled a world-class global antitrust team. They operate seamlessly to provide the go-to firm for international competition law analysis and strategy.'

'Jay Jurata is a brilliant competition law strategist. He is also highly accessible to his clients, and very easy to work with.'

## Key clients

Microsoft Corporation

Delta Dental Plan of California

Apple Inc.

Continental Corporation

Nanya Technology Corporation

Netflix

FUJIFILM Corporation

## Work highlights

- Defending Delta Dental Plan of California and other Delta entities in litigation pending before the Northern District of Illinois, in which plaintiffs are providers who allege that the various Delta Dentals around the country, through the Delta Dental Plans Association, have conspired to divide territories and set prices.

- Representing Netflix in an employee-poaching case brought by Fox for claims arising after Netflix hired two former Fox employees.

- Defending Delta Dental Plan of California in Moneim v. Delta Dental – a pending putative class action on behalf of dentists audited by Delta Dental and from whom Delta Dental requested reimbursement of overpaid fees.

# Paul Hastings LLP

**Paul Hastings LLP** frequently represents financial institutions, funds and other companies in civil litigation, including those involving alleged violations of the federal

Privacy & Cookies Policy

securities, commodities and banking laws. Following the departure of Scott Hataway in July 2020, San Francisco-based **Tom Brown** now heads up the department. Key names to note within the group include Washington DC-based **Michael Spafford** and **Anthony Antonelli** in New York, both of whom are well equipped to handle antitrust claims involving securities, derivative products and other financial instruments. Also based in New York is **Barry Sher**, who is retained by a number of major investment banks for antitrust litigation.

**Practice head(s):** Thomas Brown

**Other key lawyers:** Michael Spafford; Anthony Antonelli; Barry Sher

## Key clients

Barclays

RBC Capital Markets, LLC

Nu Dotco, LLC

Align Technology

## Work highlights

- Defending Barclays Bank PLC and certain of its affiliates against allegations of involvement in a global, decade-long conspiracy to fix prices and restrain competition in the $9tn SSA bond market.

- Representing Barclays Capital Inc. in a putative class action lawsuit alleging the involvement of the client and various other banks in a conspiracy to fix prices and restrain competition on odd-lots of corporate bonds sold in the secondary market.

- Defending RBC against allegations of a multi-year conspiracy to fix prices and restrain competition on sales of bonds issued by government-sponsored entities such as Fannie Mae and Freddie Mac in the secondary market.

## Pillsbury Winthrop Shaw Pittman LLP

**Pillsbury Winthrop Shaw Pittman LLP** combines investigations expertise with deep experience in follow-on class actions and direct action litigation especially in the electronic components sector. Praised by clients for its ability to build and develop

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-11 Filed 07/27/21 Page 52 of 65

collaborative relationships with in-house attorneys and co-counsel, the group is led by **Roxane Polidora**, an '*exceptionally bright, experienced*' attorney who has expertise in cartel cases. Also of note, Jacob Sorensen specializes in price-fixing cases while recently promoted partner Laura Hurtado has provided key support on several of the team's standout cases. All named attorneys are based in San Francisco.

**Practice head(s):** Roxane Polidora

**Other key lawyers:** Jacob Sorensen; Laura Hurtado; Lee Brand

## Testimonials

'*The key to the successful resolution of a class action is the firm's ability to: get to know the company and the industry; recognize the practical realities of the company's internal resources; communication with legal team; and strategic and subject matter excellence. Pillsbury's team does a great job balancing all the above, and especially being collaborative with the internal legal team members.*'

'*Pillsbury has extensive antitrust experience. The uniqueness of Pillsbury's practice is the personal relationship the firm's attorneys build with in-house attorneys.*'

'*Pillsbury attorneys excel at collaboration with in-house attorneys. This is a distinguishing characteristic compared to other Big Law firms.*'

**+ More**

## Key clients

| | |
|---|---|
| KEMET Corporation and KEMET Electronics Corporation | Hotel Tonight, Inc. |
| TOKIN Corporation and TOKIN America, Inc. | Starkist Co. |
| Western States Petroleum Association | CRST International, Inc. and CRST Expedited, Inc. |
| Norwegian Air | Infectious Diseases Society of America |
| 24 Hour Fitness | |

Privacy & Cookies Policy

Civil litigation/class actions: defense – United States | Law firm and lawyer rankings from The Legal 500 United States guide

## Work highlights

- Represents a major American electronics manufacturer of capacitors in antitrust class and direct purchaser actions filed in federal court in San Francisco.

- Represented a Japanese defendant and its US subsidiary, TOKIN Corporation and TOKIN America, Inc. (formerly known as NEC TOKIN Corporation and NEC TOKIN America, Inc., collectively "TOKIN"), in the capacitors multi-district litigation.

- Representing Norwegian Air in two consumer class actions in federal court in the Central District of California and the Eastern District of New York related to refunds for flights canceled due to the novel coronavirus.

---

# Proskauer Rose LLP

The team at **Proskauer Rose LLP** is regularly involved in bet-the-company antitrust litigation. Particularly active in conspiracy and price-fixing cases, the department is most active in the agriculture and food sectors, and, more specifically, in matters involving agricultural co-operatives. Stationed in the firm's Washington DC office, monopolization and competitor foreclosure expert **Colin Kass** and price-gouging specialist **Christopher Ondeck** jointly head the practice group. Financial services, healthcare and sport are additional sector strengths for the team.

**Practice head(s):** Colin Kass; Christopher Ondeck
**Other key lawyers:** Bart Williams; Bradley Ruskin

## Key clients

| | |
|---|---|
| Wayne Farms | Daybreak Foods |
| Major League Soccer | Farmers' Rice Cooperative |
| National Football League | Cross Country Health Care |
| Medley Capital | Land O'Lakes |
| Grifols S.A. | United Egg Producers |
| Butterball, LLC | Power Five athletic conference defendants |

Privacy & Cookies Policy

ACC, and SEC)



**+ More**

---

## Reed Smith LLP

**Reed Smith LLP**'s antitrust practice has '*deep knowledge and experience concerning antitrust issues in both the healthcare payor and provider world*'. Leveraging its legal tech subsidiary Gravity Stack to provide technology support—a service that is praised by clients as '*terrific on all fronts*'—the practice handles an assortment of class actions and other civil litigation, most notably matters involving allegations of price-fixing, monopolization, tying and unfair competition. Located in Pittsburgh, **Michelle Mantine** spearheads the department, '*true star*' **Debra Dermody** focuses on healthcare suits, and **Daniel Booker** has extensive trial experience. **Edward Duffy** is a contact in the Houston office, and Washington DC-based **Edward Schwartz** maintains a strong antitrust litigation, investigations, and merger clearance practice.

**Practice head(s):** Michelle Mantine

**Other key lawyers:**

 Ed Duffy; Daniel Booker; Will Sheridan; Debra Dermody; Edward Schwartz

### Testimonials

'*What makes Reed Smith's antitrust team unique is its deep knowledge and experience concerning antitrust issues in both the healthcare payor and provider world.*'

'*Reed Smith uses its technology subsidiary Gravity Stack to provide technological support for all of our matters and it has been terrific on all fronts. We are working hard in my company and law department to become more technology-focused and it is wonderful to work with a like-minded law firm.*'

'*Debra Dermody is the true star at Reed Smith when it comes to antitrust generally, but her knowledge about managed care and healthcare is extraordinary. She is always accessible as well, which I value tremendously. Her precision at analysis and ability to convey really complicated issues to business people is another aspect that I treasure.*'

Privacy & Cookies Policy

Civil litigation/class actions: defense in United States law firm and lawyer rankings from The Legal 500 United States guide

# Sheppard, Mullin, Richter & Hampton LLP

**Sheppard, Mullin, Richter & Hampton LLP**'s antitrust group defends clients in cases involving alleged monopoly violations, joint collaborations, market foreclosures and other competitor and supplier-side suits. Led from the firm's San Francisco office by Michael Scarborough, the team is plugged into the cartel defense space, where it handles follow-on cartel litigation and related class actions, particularly in the electronics sector. It has particular expertise in issues arising at the intersection of antitrust and IP law. Based in Washington DC, Leo Caseria and Michael Cohen are both well versed in price-fixing, boycott, and monopolization cases.

**Practice head(s):** Mike Scarborough
**Other key lawyers:** Leo Caseria; Michael Cohen

## Testimonials

*'Mike Scarborough has good antitrust litigation skills.'*

## Key clients

| | |
|---|---|
| Samsung Electronics | ACT, Inc. |
| Reynolds & Reynolds Company | Continental Automotive Systems Inc. |
| Mastercard International | Korea Yakult Co., Ltd. and Paldo Co., Ltd. |
| ESET LLC | Reynolds & Reynolds Company |
| Jain Irrigation Inc. | OneBeacon Insurance |
| Fuyao Glass America Inc. | Save-Mart Supermarkets |

## Work highlights

- Representing telematics supplier Continental Automotive Systems Inc., who sued three large holders of patents essential to practicing the 2G, 3G and 4G cellular

Privacy & Cookies Policy

standards, accusing them of colluding via patent pool Avanci LLC to artificially inflate royalties.

- Representing Reynolds and Reynolds Company in US antitrust federal investigations, state attorney general investigations, federal multi-district litigation and federal lawsuits challenges state regulations, all relating to alleged data access disputes in the market for automotive computer system software.

- Representing Samsung Electronics in global, highly publicized patent and standards-related antitrust governmental proceedings and MDL litigation involving Qualcomm.

## Skadden, Arps, Slate, Meagher & Flom LLP

Skadden, Arps, Slate, Meagher & Flom LLP's practice is primarily retained in antitrust litigation involving price-fixing, group boycotts and monopolization. Washington DC-based global antitrust leader Steven Sunshine and New York-based North America head Clifford Aronson are key contacts and are both experienced in trial-level and appellate litigation. Boris Bershteyn in New York represents financial services providers in antitrust actions, while Washington DC-based Tara Reinhart is active in civil litigation and agency investigations.

**Practice head(s):** Steven Sunshine; Clifford Aronson

**Other key lawyers:** Boris Bershteyn; Tara Reinhart; Karen Lent

## Vinson & Elkins LLP

**Vinson & Elkins LLP** has experience handling a wide variety of antitrust civil litigation and class actions in state and federal courts but has particular expertise in monopolization and single-firm conduct cases. Working from the firm's Washington DC office, **Darren Tucker** heads up the overall practice, which is retained by clients from a number of core industry sectors. Also in Washington DC, **Alden Atkins** is a name to note for aviation sector cases, and **Craig Seebald** handles cartel investigations as well as related civil litigation, and has expertise in cases involving patents and IP law. Additionally, energy expert **Jason Powers** in Houston provides key support to the antitrust litigation group.

Privacy & Cookies Policy

**Practice head(s):** Darren Tucker

**Other key lawyers:** Craig Seebald; Alden Atkins; Jason Powers; Stacey Vu

## Key clients

| | |
|---|---|
| HeartBrand Holdings, Inc. | AirTran Airways |
| H-E-B, LP | Aisin AW and subsidiary AW Texas |
| Huntsman International | Altagas |
| Phadia US Inc. | Apollo Global Management |
| Magellan Crude Oil Pipeline Company, L.P. | Basalt Infrastructure Partners |
| AK Steel Corporation, et. al | Blue Racer, LLC |

**+ More**

## Work highlights

- Representing Southwest Airlines in multi-district litigation in the US District Court in Washington DC; plaintiffs assert that the airlines' public comments about whether industry participants would exercise "capacity discipline" in growing capacity signalled an intention to conspire with other airlines to limit growth in supply.

- Represents HeartBrand Holdings in a case after a plaintiff contended that HeartBrand and its subsidiary, the American Akaushi Association, adopted policies and entered into agreements to restrain trade, monopolize, or attempt to monopolize an alleged market for cattle.

- Represented AirTran Airways, Inc. in a multi-district antitrust putative class action.

---

**TIER 5 FIRMS** ⌃

## Akin Gump Strauss Hauer & Feld LLP

The practice at **Akin Gump Strauss Hauer & Feld LLP** is well equipped to handle private antitrust litigation, including class actions and multi-district litigation. The antitrust litigation group is led by **Corey Roush**, who has experience

Privacy & Cookies Policy

matters and represents a variety of individuals and corporate executives. Also active in this space, **Fairley Spillman** frequently represents energy and healthcare clients, particularly in issues at the nexus of antitrust and intellectual property law. All named attorneys are based in Washington DC.

**Practice head(s):** Corey Roush

**Other key lawyers:** Fairley Spillman; Alex Merritt; Haidee Schwartz

## Key clients

| | |
|---|---|
| Mars, Inc./Antech Diagnostics, Inc. | Gucci |
| NTT Global Data Centers Americas, Inc. | |

# Ballard Spahr LLP

Perhaps best known for handling monopolization and conspiracy cases, the team at **Ballard Spahr LLP** is led by **Leslie John**, whose class action experience includes antitrust suits in the pharmaceutical and healthcare industries. Other key figures in the team include **Jason Leckerman**, who focuses on general antitrust claims, and **Stephen Kastenberg**, who focuses on antitrust disputes with IP law components. All named attorneys are based in the Philadelphia office.

**Practice head(s):** Leslie John

**Other key lawyers:** Stephen Kastenberg; Jason Leckerman

## Key clients

| | |
|---|---|
| GlaxoSmithKline LLC | Electric Utility Industry Sustainable Supply Chain Alliance |
| American Board of Internal Medicine | Johnson & Johnson and Janssen Biotech |
| Princeton University | |
| E. I. du Pont de Nemours and Company | Warner Chilcott |
| MarketPlace PHL | CSL Behring, LLC |

Privacy & Cookies Policy

Case 2:21-cv-00563-JCC Document 42-11 Filed 07/27/21 Page 59 of 65

| Lincoln National Life Insurance Company | Wawa, Inc. |
| Partnership for Safe Medicines | **+ More** |

---

## Debevoise & Plimpton LLP

**Debevoise & Plimpton LLP** litigates putative class actions across a broad range of sectors, including financial services, energy, transportation, healthcare and pharmaceuticals. Monopolization and price-fixing expert **Ted Hassi** and antitrust-savvy litigator **Michael Schaper**, based in Washington and New York respectively, jointly lead the group. Counsel **Erica Weisgerber**'s practice encompasses both class and individual actions. In January 2020, former group co-heads **Daniel Abuhoff** and **Gary Kubek** retired from the partnership, but remain with the team in of counsel roles.



**Learn more about Debevoise & Plimpton LLP diversity and inclusion initiatives**

**Practice head(s):** Michael Schaper; Ted Hassi

**Other key lawyers:** Erica Weisgerber; Leah Martin

### Key clients

| Peabody Energy Corporation | Armando Kellum |
| Arcesium LLC | DBS Bank Ltd. |
| Toyota Motor Sales, U.S.A. and Toyota Canada, Inc. | The Bank of Yokohama Ltd |

### Work highlights

- Retained as lead trial counsel to defend Peabody Energy Corporation against the FTC's lawsuit to block Peabody from entering into a coal mining joint venture with its competitor Arch Resources, Inc.

Privacy & Cookies Policy

- Represents Toyota Motor Sales, U.S.A. and Toyota Canada Inc. in In re: Rail Freight Fuel Surcharge Antitrust Litigation No. (II), bringing price-fixing claims against the four major US railroads arising from the railroads' implementation of novel and coordinated rail fuel surcharge programs in the mid-2000s.

- Represents Arcesium in a lawsuit asserting antitrust, breach of contract, and business tort claims against SS&C Technologies Holdings, Inc. and its affiliate Advent Software.

---

## Eimer Stahl LLP

Based in Chicago, boutique litigation outfit Eimer Stahl LLP litigates antitrust matters in state and federal courts across the country. The team is jointly chaired by Nathan Eimer and Vanessa Jacobsen, both of whom '*provide undivided attention to clients' concerns and thoughts at all times*'. Eimer principally focuses on class actions and is often retained by multinational companies as lead trial counsel, whereas Jacobsen is active in DOJ and agency investigations, as well as in related litigation. Michael McCluggage has additional expertise in federal False Claims Act cases and lawsuits brought under the RICO fraud statute. In January 2021, the group welcomed Barack Echols from Kirkland & Ellis LLP.

**Practice head(s):** Nathan Eimer; Vanessa Jacobsen

**Other key lawyers:** Michael McCluggage; Ben Waldin

### Testimonials

'*The team, albeit relatively small in number relative to other major firms, has abundant experience in dealing with complex antitrust issues. They approach and tackle issues strategically and are able to prove very practical legal advice.*'

'*Nate Eimer and Vanessa Jacobsen are both very passionate about their work and provide undivided attention to clients' concerns and thoughts at all times. Both are the strategic brain within the firm orchestrating their members to top-notch levels. Never missed a deadline.*'

Privacy & Cookies Policy

*'Although Eimer Stahl is comparably smaller than some of its major counterparts in the Antitrust Defense field, our experience that their legal advice, strategic guidance and litigation saavy are on par with, if not better than any other firm in the field.'*

## Key clients

LG Electronics Inc.; LG Electronics U.S.A., Inc.; LG Display Co., Ltd.; LG Display America Inc.; LG Electronics Taiwan Taipei Co.; LG Corporation; and LG Chem, Ltd and LG Chem America, Inc.

Masonite Corporation

Land O'Lakes, Inc.

Fox Corporation

Pilgrim's Pride Corporation

The Dow Chemical Company

Gerdau Ameristeel Corporation

CNA Financial Corporation

Schreiber Foods, Inc.

SK hynix, Inc.

## Work highlights

- Representing Apple Inc. against claims of antitrust violations related to performance rights of musical works.

- Represented Land O'Lakes in the Milk Antitrust litigation which had claimed treble damages in excess of over $3.8bn.

- Represented Masonite Corporation in a significant class action matter alleging price-fixing between Masonite and its principal competitor in the interior molded door industry.

---

# Freshfields Bruckhaus Deringer LLP

**Freshfields Bruckhaus Deringer LLP** has a solid track record in follow-on claims and standalone litigation, including cross-border cases. Based in Washington DC, Paul Yde and **Eric Mahr** (the latter of whom jointly heads the firm's global antitrust litigation group) regularly represent clients in complex cases at trial and on appeal in federal district and appellate courts throughout the US.

Privacy & Cookies Policy

# Goldman Ismail Tomaselli Brennan & Baum LLP

'*Very good at developing and expressing legal theories and defenses*', Tarek Ismail and Jennifer Greenblatt jointly lead the antitrust practice at trial and litigation boutique Goldman Ismail Tomaselli Brennan & Baum LLP. Based exclusively out of Chicago, the trial-focused group serves as strategic counsel in defending antitrust class actions as well as opt-out actions. It is recognized in particular for its work in the the areas of pharmaceuticals and building materials.

**Practice head(s):** Tarek Ismail; Jennifer Greenblatt

## Testimonials

'*Tarek Ismail and Jennifer Greenblatt are first-rate. They keep us informed and always provide plenty of notice of upcoming events and filings. They also are very good at developing and expressing legal theories and defenses.*'

'*The Goldman Ismail team distinguishes itself by being responsive and forward-thinking. They take their roles as advocates for their clients seriously and show that they are looking out for them and their interests.*'

'*The Goldman team is very strong, particularly in pharmaceuticals. We greatly respect their experience and litigation savvy.*'

## Key clients

| | |
|---|---|
| Merck & Co., Inc.; Merck Sharp & Dohme Corp.; Schering-Plough Corp.; Schering Corp.; and MSP Singapore Co. LLC | Lafarge North America Inc.; Lafarge Building Materials Inc. |
| | Holcim (US) Inc. |

## Work highlights

- Served as strategic counsel to Merck & Co., Inc. in defending against over a dozen putative antitrust class actions and opt-out actions all cla

Privacy & Cookies Policy

Civil litigation/class actions: defense in United States | Law firm and lawyer rankings from The Legal 500 United States guide

settlement of a Zetia Hatch-Waxman patent case in 2010 violated federal and/or state antitrust laws.

- Represented Lafarge North America Inc. in defending against an opt-out antitrust matter brought by Home Depot alleging that Lafarge violated the Sherman Act by participating in a nationwide conspiracy to fix prices in the drywall industry.

- Defending Holcim (US) Inc. in a Sherman Act price-fixing and Robinson Patman Act price discrimination antitrust lawsuit brought by a large cement customer who produces and supplies concrete in the Midwest.

---

## Kasowitz Benson Torres LLP

Based in New York, **Kasowitz Benson Torres LLP** represents defendants in a full range of cases, including price-fixing, bid-rigging, tying, exclusive dealing and monopolization. **Hector Torres** and vastly experienced regulatory expert Kevin Arquit jointly head the practice alongside trial specialist **Sheron Korpus**, a *'smart, strategic, trustworthy, and easy-going but a fierce and effective advocate'*. A trusted firm for bet-the-company antitrust cases, the group has experience in a huge variety of sectors, as evidenced by its recent work, which has covered shipping, pharmaceuticals, food and beverage, chemicals, manufacturing, agricultural, tech, telecoms and publishing.

**Practice head(s):** Kevin Arquit; Hector Torres; Sheron Korpus

**Other key lawyers:** Cindy Caranella Kelly; Sarah Gibbs Leivick

### Testimonials

*'Sheron Korpus is a terrific lawyer. He is smart, strategic, trustworthy, and easy-going but a fierce and effective advocate.'*

### Key clients

| | |
|---|---|
| Teva Pharmaceuticals | Various insurers of Blue Cross/Blue Shield entities |
| Ford Motor Company | |
| Google | Pilgrim's Pride |

Privacy & Cookies Policy

| CenturyLink | Kevin Mulleady |
| --- | --- |

## Work highlights

- Served as the arbitrator in the US' first-ever arbitration of a merger challenge in an antitrust case.

- Represents Teva Pharmaceuticals, and its US subsidiary Actavis, in defending many antitrust class actions brought by private plaintiffs, as well as an antitrust action brought by 48 States, the District of Columbia, and Puerto Rico, which are consolidated in an MDL in the Eastern District of Pennsylvania that allege price-fixing of over 100 generic drugs.

- Representing Ford Motor Company and its foreign affiliates and joint ventures in the investigation, resolution and prosecution of claims involving global price-fixing, bid-rigging, customer and market allocation against more than 90 different automotive parts suppliers.

---

# Ropes & Gray LLP

**Ropes & Gray LLP** has experience on the defense and plaintiff sides, and litigates matters arising from both private disputes and government investigations, with a notable focus on the life sciences, healthcare, telecoms and technology sectors. Located in Washington DC, Mark Popofsky has a deep understanding of the interaction of IP and antitrust laws. Popofsky heads up the group, which frequently assists clients in cases pertaining to monopolization, exclusive dealing and tying, unfair competition, group boycotts, and price-fixing conspiracies. Another name to note is Chong Park, who divides time between San Francisco and the firm's main antitrust hub in the Washington DC.

**Practice head(s):** Mark Popofsky

**Other key lawyers:** Chong Park; Anne Johnson Palmer

## Key clients

| Google | Eversource |
| --- | --- |

Privacy & Cookies Policy

Case 1:21-cv-00563-JGC Document 42-11 Filed 07/27/21 Page 65 of 65

| Charter Communications

## Work highlights

- Served as counsel in a California Supreme Court decision (Ixchel Pharma, LLC v. Biogen, Inc., 9 Cal 5th 1130 (2020) that interprets California law in a manner that encourages competition and harmonizes California law with federal antitrust standards.

- Represents Google in the monopolization case brought by the Justice Department concerning Google's search promotion practices.

- Represented Becton Dickinson in three separate motions to dismiss Cytek's counterclaims alleging antitrust violations and breach of contract claims, despite Cytek's attempts to amend its complaint and assert new theories of liability with each amendment.

Privacy & Cookies Policy