EXHIBIT  12



## Steig D. Olson

Partner
New York Office
Direct Tel: -+1 212-849-7152
Direct Fax: +1 212-849-7100
steigolson@quinnemanuel.com

## Biography

Steig, who was ranked in New York Antitrust: Mainly Plaintiff by *Chambers USA* from 2019 to 2021, was quoted as "fantastic, whip-smart and an incredible writer. He was also named a "Rising Star in the field of competition law by legal journal *Law360* and a Next Generation Leading Lawyer by *Legal 500*, has a uniquely versatile practice focusing on antitrust and competition law: he represents both corporate plaintiffs and defendants in high-stakes antitrust and other complex commercial litigation, including class actions.  Steig also represents plaintiffs in "opt out" actions and claimants before regulatory bodies addressing competition-related issues.  The breadth of his practice affords Steig a perspective that benefits his clients no matter what side of the "v." they are on.

Steig served as a law clerk on the Second Circuit, for Judge Barrington D. Parker, Jr., and the Northern District of California, for former Chief Judge Vaughn R. Walker.  Steig's scholarship on complex litigation matters has been cited by the Third and Ninth Circuit Courts of Appeals.

## Notable Representations

- Represents The Home Depot in an antitrust lawsuit against Visa and MasterCard concerning allegedly unlawful practices that caused The Home Depot and other U.S. merchants to pay inflated fees when they accept credit and debit cards.
- Lead counsel for United Parcel Service, Inc. in matters before the Postal Regulatory Commission involving competition in parcel delivery markets.

- Represents IQVIA (formerly IMS Health), a leading provider of information, services, and technology in the health care field, in trade secrets and antitrust litigation against Veeva Systems.

- Represents The City of Philadelphia in multiple antitrust actions, including in a case against the Wall Street Banks that allegedly worked together to suppress the London Interbank Offered Rate which was a pricing term in derivatives contracts between municipal entities and the banks.

- Served as one of the Court-appointed Lead Counsel in *In re Credit Default Swaps Antitrust Litigation*, representing a proposed class of investors in credit default swaps, alleging that the major dealer banks, and standard-setting and data entities they control, conspired to prevent the development of competition from exchanges and clearinghouses in this market. The defendants agreed to pay over $1.86 billion to settle the case, which is one of the largest antitrust class actions in history.

- Served as one of the principal lawyers in the *ISDAfix Antitrust Litigation*, where Quinn Emanuel served as one of the court-appointed Lead Counsel class of investors in interest rate derivatives who were allegedly harmed when the defendant banks conspired to manipulate the "ISDAfix" reference rate, a key interest rate benchmark.  In approving settlements totaling over $500 million, Judge Furman of the S.D.N.Y noted that the ISDAfix proceeding was "the most complicated case" he ever faced, and that he could "not really imagine" how much more complicated "it would have been if I didn't have counsel who had done as admirable a job in briefing it and arguing it." Quinn Emanuel's work on the case resulted in our being awarded the American Antitrust Institute's "Outstanding Antitrust Litigation Achievement in Private Law Practice" award for 2018.

- Represented Gilead Sciences, Inc. in defending antitrust claims alleging that Gilead unlawfully refused to deal with companies seeking to develop generic drugs.  On September 29, 2015, Steig and other members of the team obtained dismissal of all claims against Gilead in an antitrust suit brought by a generic pharmaceutical manufacturer in the District of Minnesota.

## Practice Areas

- Antitrust and Competition
- Lender Liability and Other Banking and Financial Institution Litigation
- Class Action Litigation
- Litigation Representing Plaintiffs
- Securities Litigation
- Structured Finance and Derivatives Litigation

## Education

**Harvard Law School**

(J.D., *magna cum laude*, 2001)

Vassar College

(B.A., Philosophy, 1997)

## Admissions

- The State Bar of New York

## Prior Associations

**Hausfeld LLP:**

Partner, 2008-2011

**Cohen Milstein Hausfeld & Toll, PLLC:**

Associate, 2003-2008

**Law Clerk to the Honorable Barrington D. Parker Jr.:**

United States Court of Appeals for the Second Circuit, 2002-2003

**Law Clerk to the Honorable Vaughn R. Walker:**

United States District Court for the Northern District of California

## Awards

Ranked by *Who's Who Legal:* Competition USA (New York), 2021

Selected to the *Lawdragon 500 Leading Plaintiff Financial Lawyers guide* for Antitrust Litigation, 2020

Ranked in New York in Antitrust: Mainly Plaintiff by *Chambers USA*, 2019-2021 and quoted as "fantastic, whip-smart and an incredible writer."

Named a New York Metro Super Lawyer in Antitrust Litigation, Business Litigation, and Civil Rights by *Super Lawyers*, 2019

Named by *Legal 500* as one of the Next Generation of Leading Lawyers for Civil Litigation and Class Actions, 2017

Named a New York Metro Rising Stars by *Super Lawyers*, 2012, 2013, and 2014

Named a Rising Star in the field of competition law by legal journal *Law360*, 2013