# EXHIBIT 14



## Alicia Cobb

Of Counsel
Seattle Office
Direct Tel: -+1 206-905-7002
aliciacobb@quinnemanuel.com

## Biography

Alicia Cobb is Of Counsel in Quinn Emanuel's Seattle office. She joined the firm in 2009. Her practice focuses on complex commercial litigation, with experience in antitrust, class action, False Claims Act, structured finance, white collar crime, and bankruptcy litigation. Alicia has litigated cases in both federal and state courts in New York, Washington, and Washington, D.C., representing both plaintiffs and defendants in a variety of industries, including retail, pharmaceutical, and monoline insurance. Prior to joining the firm, Alicia was a clerk for the Hon. Edward R. Korman of the U.S. District Court for the Eastern District of New York.

## Education

**Lewis and Clark Law School**

(J.D., *summa cum laude*, 2008)

   *Lewis and Clark Law Review:*

     Articles Editor

**Occidental College**

(B.A., *magna cum laude with Honors and Distinction,* History, May 2004)

   Phi Beta Kappa

## Admissions

- The Washington State Bar

- The State Bar of New York
- United States District Courts:
    - Eastern District of New York
    - Southern District of New York
    - Western District of Washington

## Prior Associations

**Law Clerk to the Hon. Edward R. Korman:**
  United States District Court for the Eastern District of New York, 2008-2009

## Publications and Lectures

"After a Cyber Breach, What Laws Are in Play and Who Is Enforcing Them?," *The Cybersecurity Law Report*, Vol. 1, No. 4 (2015).