# EXHIBIT 15

![quinn emanuel trial lawyers - quinn emanuel urquhart & sullivan, llp]

## David LeRay

Associate
New York Office
Direct Tel: -+1 212-849-7630
davidleray@quinnemanuel.com



## Biography

David LeRay is an associate in Quinn Emanuel's New York office.  He joined the firm in 2013.  His practice focuses on antitrust litigation, class action litigation, and regulatory matters.  He has represented a broad array of clients including buy-side financial institutions, logistics providers, and technology companies.

## Education

**Harvard Law School**

(J.D., *cum laude*, 2013)

**Worcester Polytechnic Institute**

(M.S., Applied Mathematics, 2007)

**Worcester Polytechnic Institute**

(B.S., *high distinction*, Mathematics and Mechanical Engineering, 2005)

## Admissions

The State Bar of New York

## Prior Associations

**BAE Systems:**

Senior Research Engineer, 2007-2009