# EXHIBIT B



# TIMOTHY B. MCGRANOR

Partner Columbus Office

Phone 614.464.8205

Fax 614.719.4954

Email tbmcgranor@vorys.com

**PRACTICE AREAS**

Antitrust and Trade Regulation

Energy and Utilities

Litigation

**INDUSTRIES**

Oil and Gas

**EDUCATION**

The Ohio State University Michael E. Moritz College of Law, J.D., 2000, *summa cum laude*, Order of the Coif, Delta Theta Pi *Ohio State Law Journal*, associate editor, 1998-2000

The Ohio State University, B.A., 1997, *summa cum laude*

**BAR AND COURT ADMISSIONS**

Ohio

U.S. Court of Appeals for the Sixth Circuit

U.S. District Court for the Northern District of Ohio

U.S. District Court for the Southern District of Ohio

*Admitted to practice law only in the states listed above.*

Tim's practice focuses primarily on oil and gas litigation, commercial litigation, and antitrust. His practice takes him throughout the state and federal trial courts in Ohio, the Ohio courts of appeals, and the United States Court of Appeals for the Sixth Circuit.

In his oil and gas work, Tim's experience includes representing both large, horizontal producers and conventional operators. He has represented clients in a wide range of disputes including landowner lease disputes, royalty claims, and business-versus-business disputes, and has been involved in a range of disputes from single-plaintiff actions to multi-defendant class actions. In addition to his trial work in the state and federal courts, Tim has appeared before the courts of appeals in Ohio and the Sixth Circuit, and regularly participates in actions before the Ohio Supreme Court. Tim also has extensive experience defending oil and gas clients in regulatory proceedings, including before the Ohio Oil and Gas Commission and the Ohio Reclamation Commission.

Tim's commercial-litigation work focuses on contract disputes and business torts. He has litigations actions in a number of industries, including manufacturing and banking, on behalf of both plaintiffs and defendants.

Tim's antitrust experience includes representing 18 major U.S. retailers in a lawsuit filed in the Southern District of New York alleging violations of U.S. antitrust laws by Visa and Mastercard.

Tim is a member of the American, Ohio State, and Columbus Bar associations. He is also a member of the Energy & Mineral Law Foundation (EMLF) and the Ohio Oil & Gas Association (OOGA). He attended the Rocky Mountain Mineral Law Foundation's 2011 Short Course on Oil & Gas Law.

Tim received his J.D. summa cum laude from The Ohio State University Michael E. Moritz College of Law, where he was a member of Delta Theta Pi and the Order of the Coif. In addition, he served as the associate editor of the Ohio State Law Journal. He received his B.A. summa cum laude from The Ohio State University.

Tim is a graduate of the Leadership Columbus Class of 2014. He was also a founding member of Fifty 4 Fifty, a grassroots volunteer group benefiting the United Schools Network.

## Insights

"*Oil and Gas Alert*: Sixth Circuit Affirms Constitutionality of Ohio's Statutory Unitization Procedures," February 6, 2019

"*Oil and Gas Alert*: Supreme Court of Ohio Rejects Implied Covenant to Explore Further in Oil and Gas Leases," January 4, 2018

© 2021 Vorys, Sater, Seymour and Pease LLP vorys.com



# TIMOTHY B. MCGRANOR

## (Continued)

"*Oil and Gas Alert*: Ohio Supreme Court Decides Perpetual Lease Issue," January 25, 2016

"*Oil and Gas Alert*: Supreme Court of Kentucky Adopts 'At The Well' Rule For Post-Production Costs; Producers Solely Responsible for Severance Tax Payments," August 21, 2015

"*Oil and Gas Alert*: Supreme Court Holds That Evidence of Amount in Controversy Not Required to Remove Class Action to Federal Court," January 5, 2015

"*Oil and Gas Alert*: Ohio Appeals Court Addresses Issues Related to the 1989 Version of Ohio DMA," April 11, 2014

"*Oil and Gas Alert*: Oil and Gas Lease Provisions – Arbitration Clause," March 6, 2014

"August Vorys Shale Report," August 2013

"A Primer on Ohio's New Commercial Dockets," *Columbus Bar Lawyers Quarterly*, July 1, 2009

## Honors and Awards

*Columbus CEO*, Top Lawyers in Columbus, 2015-2016

*Ohio Super Lawyers Rising Stars*, Business Litigation, 2007, 2010-2015

## Events

2016 OOGA Winter Meeting
March 17, 2016

67th Annual Oil & Gas Law Conference
February 18, 2016

Shale Drilling Disputes and Litigation Seminar
May 14, 2015

Northern Appalachian Landman's Association Seminar
November 21, 2013

