# EXHIBIT C



**PRACTICE AREAS**

Litigation

**EDUCATION**

University of Wisconsin Law School, J.D., 2002, *cum laude*

University of Wisconsin-Platteville, B.S., 1997, *magna cum laude*

**BAR AND COURT ADMISSIONS**

California

United States District Court for the Northern District of California

United States District Court for the Central District of California

United States District Court for the Eastern District of California

Ohio

United States District Court for the Southern District of Ohio

*Admitted to practice law only in the states listed above.*

**JUDICIAL CLERKSHIPS**

The Honorable James L. Graham, United States District Court for the Southern District of Ohio, 2005-2006



# THOMAS N. MCCORMICK

Partner Orange County Office
Phone 949.526.7903
Fax 949.383.2384
Email tnmccormick@vorys.com

Tom is a partner in the firm's litigation group and the managing partner of the firm's Orange County office. Tom has a broad range of litigation and client counseling experiences with a specific focus on employment litigation, complex commercial disputes, and class action litigation.

Tom spends significant time representing national employers against claims under California state and local ordinances. Tom regularly represents clients in harassment, discrimination, and disability/leave of absence claims, and in wage and hour class/representative actions. In addition, he has significant experience representing national retail stores in private arbitrations across the country addressing employment related claims.

Tom also litigates complex commercial cases involving contract disputes, tort, and consumer sales practices act claims. He has successfully represented public universities in several high-profile disputes, counseled numerous student athletes regarding NCAA compliance, and served as lead counsel in multiple consumer class actions.

**His notable experience includes:**

- Serving as seconded in-house counsel for an international retail company with over 3,000 locations and assisting with litigation management, client counseling, and numerous strategic initiatives.
- Lead counsel in two consumer class actions resulting in settlements valued at more than $14 million.
- Obtaining restraining orders and preliminary injunctions on behalf of a retail company and a national manufacturer pursuant to non-compete agreements and successfully defending an individual employee against similar claims brought by his former employer.
- Obtaining dismissals or negligible settlements in a number of harassment and discrimination cases filed against national retail stores throughout the country.
- Representing a design/manufacture in a multi-million dollar contract dispute before the International Centre for Dispute Resolution.

Tom is a member of the Federal Bar Association, the Orange County Bar Association, and the Columbus Bar Association.

## Insights

"California Supreme Court Rules That Meal and Break Premiums Are Paid At Higher Rates," July 19, 2021

© 2021 Vorys, Sater, Seymour and Pease LLP  vorys.com

## THOMAS N. MCCORMICK
(Continued)

"California Employers Must Implement a Comprehensive COVID-19 Prevention Program," December 2, 2020

"Best Practices for Jewelers to Avoid Legal Liability When Reopening Stores During the COVID-19 Pandemic," May 7, 2020

## Professional and Community Activities

North Market Development Authority, Board of Trustees and President, 2015-present

Federal Bar Association, Board of Directors, 2018-2020

The Athletic Club of Columbus, Board of Directors, 2019-present

Godman Guild Association, Board of Trustees, 2014-2017

Camp Mary Orton, Board of Directors, 2006-2014

## Honors and Awards

*Super Lawyers Rising Stars*, 2007; 2011-2012

*Columbus CEO*, Top Lawyers in Columbus, 2015



© 2021 Vorys, Sater, Seymour and Pease LLP  vorys.com