# SHINDER DECLARATION EXHIBIT 2



## NEW YORK

T: 212.350.2700

F: 212.350.2701

akapoor@constantinecannon.com
Direct Dial: 212.350.2748

**PRACTICE GROUPS**

Antitrust Litigation & Counseling

Commercial Litigation

Government Affairs

**ADMISSIONS**

New York

# Ankur Kapoor

Ankur Kapoor is a partner at Constantine Cannon and has been at the firm since 2004, focusing on antitrust litigation and counseling. Ankur excels at cultivating strong partnerships with clients to achieve their business objectives, and at developing and executing legal strategies for complex litigation. By combining his deep knowledge of competition law and economics with substantial litigation experience, Ankur can ensure that his team's legal strategy is aligned with his client's goals.

Over the years, Ankur has been involved in many areas of antitrust law, including price fixing, tying, exclusive dealing, bundled discounts, monopolization, patent-antitrust, settlements of Hatch-Waxman patent-infringement litigation, merger analysis, and joint ventures. His practice has encompassed antitrust litigation and counseling in private actions and class actions, as well as federal and state antitrust agency proceedings. He has represented clients in various industries, including air transportation, automotive, biotechnology and pharmaceutical, consumer products, e-commerce, electronic payments, fashion, media, technology, and telecommunications.

Most recently, Ankur has been lead counsel for All Nippon Airways Co., Ltd. (ANA) in a class action alleging price fixing of passenger airfares following a resolved Department of Justice investigation. Ankur is also a member of the team representing over 60 major corporations in their credit- and debit-card swipe fee antitrust action against Visa and Mastercard. He was also a member of the team representing Discover Financial Services in its antitrust case against Visa and Mastercard, which settled on the eve of trial with a payment to Discover of $2.75 billion. Ankur successfully represented Nexstar Broadcasting, Inc., an owner and operator of multiple television stations across the U.S., in an antitrust suit against its competitor that resulted in a mutual settlement. He has also been involved in major non-antitrust commercial litigation.

In addition to his litigation work, Ankur is a prolific writer and speaker. He has published over 20 articles on issues of competition law and has given many Continuing Legal Education (CLE) presentations on competition law [view presentation]. He has also been widely quoted in the media on current competition-law issues, including in *The Wall Street Journal*, *The Los Angeles Times*, *Bloomberg News*, *Fox Business News*, *The Washington Post*, *Forbes*, *The Street*, *ComputerWorld*, *The New York Law Journal*, *Law360*, and *Bloomberg BNA*.

A regular contributor to Constantine Cannon's *Antitrust Today* blog, Ankur writes on domestic and international antitrust issues, including the American Airlines-US Airways merger, the EU's possible embrace of umbrella liability for price-fixing cases, and settlements of pharmaceutical patent infringement lawsuits.

Ankur is also an active member of the American Bar Association's Section of Antitrust Law. He was an Editor of *Antitrust Law Developments* (7th ed., 2012) and currently serves as Co-Chair of the Media and Technology Committee.

Ankur is a graduate of the New York University School of Law. He holds a B.A. from Columbia University, where he majored in Economics and minored in Computer Science. He has been named to Global Competition Review's *Who's Who Legal: Competition – Future Leaders* since 2017 and to the *New York Metro Super Lawyers* list since 2014.

Ankur is admitted to practice in New York State, the United States District Courts for the Eastern and Southern Districts of New York, and the United States Courts of Appeals for the Second and Ninth Circuits.