# SHINDER DECLARATION EXHIBIT 4



**NEW YORK**

T: 212.350.2700

F: 212.350.2701

oglist@constantinecannon.com
Direct Dial: 212.350.2776

**PRACTICE GROUPS**

Antitrust Litigation & Counseling

Commercial Litigation

**ADMISSIONS**

New York

Massachusetts

# Owen Glist

Owen Glist is a partner in the New York office of Constantine Cannon. Mr. Glist joined the firm in 2006 and concentrates his practice on complex commercial litigation.

He is an Adjunct Professor at Fordham University School of Law, where he teaches Legal Writing.

Prior to joining Constantine Cannon, Mr. Glist was an associate at Kramer Levin Naftalis & Frankel LLP in New York City, where he worked on complex commercial and securities litigations, both at the trial and appellate level, as well as a number of governmental inquiries and internal investigations.

Mr. Glist graduated, *cum laude,* from the Fordham University School of Law in 2001, where he served as a member and Senior Articles Editor on the *Fordham Law Review*.

In 2002–2003, Mr. Glist clerked for the Honorable Denny Chin, United States District Judge for the Southern District of New York.

Mr. Glist graduated from The Evergreen State College in Olympia, Washington. Prior to law school, he served for four years as an investigative officer for the Washington Commission on Judicial Conduct, conducting confidential investigations of judges accused of violating the Code of Judicial Conduct.

Mr. Glist is admitted to practice law in the states of New York and Massachusetts. He is also admitted to practice before the Court of Appeals for the Second Circuit and the United States District Courts for the Eastern and Southern Districts of New York.