The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, SEAN COLVIN, SUSANN DAVIS, DANIEL ESCOBAR, WILLIAM HERBERT, RYAN LALLY, HOPE MARCHIONDA, EVERETT STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | CASE NO.: 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION TO SET COORDINATED BRIEFING SCHEDULE ON MOTION TO APPOINT COUNSEL AS INTERIM CO-LEAD COUNSEL AND RELATED MOTION**<br><br>NOTE ON MOTION CALENDAR:<br>August 9, 2021 |
| DARK CATT STUDIOS HOLDINGS, INC., and DARK CATT STUDIOS INTERACTIVE LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | CASE NO.: 2:21-cv-00872-JCC |

STIP. MOT. TO SET COORDINATED BRIEFING SCHEDULE
CASE NO. 2:21-cv-00563-JCC
-1-
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC (collectively, "Dark Catt") in the action *Dark Catt Studios Holdings, Inc. v. Valve Corp.*, No. 2:21-cv-00872-JCC ("Dark Catt Action") and Plaintiffs Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, and Everett Stephens (collectively, "Wolfire Plaintiffs") in the related action *Wolfire Games, LLC v. Valve Corp.*, No. 2:21-cv-00563-JCC ("Wolfire Action"), by and through their undersigned counsel of record, hereby stipulate and agree as set forth below. Defendant Valve Corporation does not oppose the relief requested through this Stipulated Motion, takes no position on the statements below or the motions referenced, and reserves all rights to seek other or further relief on any of the issues raised herein.

1. The Wolfire Action and the Dark Catt Action are related cases as defined in Local Civil Rule 3(g). The proposed class definitions in the two Actions have material overlap in membership.

2. Wolfire Plaintiffs filed a Motion to Appoint Counsel as Interim Co-Lead Counsel in the Wolfire Action, ECF No. 38, on July 27, 2021. *See* Wolfire Action ECF No. 34.

3. Dark Catt intends to file an opposition to the Wolfire Plaintiffs' motion, as well as a cross-motion for its counsel to be appointed interim co-lead counsel for the class of only personal computer game developers defined in the Dark Catt Action Complaint, which is a narrower class than alleged in the Wolfire Action. *See* Dark Catt Action ECF No. 1.

4. The Wolfire Plaintiffs and Dark Catt seek to coordinate the briefing of these cross-motions to appoint counsel in order to increase efficiency for the Court.

5. On **August 13, 2021,** Dark Catt will file in both actions its motion for appointment of its counsel as interim co-lead counsel. This will also serve as its partial opposition to the Wolfire Plaintiffs' Motion to Appoint Counsel filed in the Wolfire Action.

6. On **September 3, 2021,** Wolfire Plaintiffs will file in both actions their combined reply in support of the Motion to Appoint Counsel and opposition to Dark Catt's cross-motion for appointment of interim co-lead counsel.

STIP. MOT. TO SET COORDINATED BRIEFING SCHEDULE
CASE NO. 2:21-cv-00563-JCC
-2-
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

7. On **September 17, 2021,** Dark Catt will file in both actions its reply in support of its cross-motion for appointment of interim co-lead counsel.

8. Defendant Valve Corporation does not oppose this schedule.

Dated: August 9, 2021

By: *s/ Stephanie L. Jensen*

Stephanie L. Jensen, WSBA #42042
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:      (206) 883-2500
Facsimile:       (206) 883-2699
Email:             sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone:      (202) 973-8800
Facsimile:       (202) 973-8899
Email:   korourke@wsgr.com
             ssher@wsgr.com
             allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Leona B. Ajavon (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:      (612) 339-6900
Facsimile:       (612) 339-0981
Email:   wjbruckner@locklaw.com
             jcbourne@locklaw.com
             lbajavon@locklaw.com

*Attorneys for Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC, and Putative Class*

By: *s/ Gavin W. Skok*

Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:  206.624.3600
Facsimile:  206.389.1708
Email: gskok@foxrothschild.com
lhansen@foxrothschild.com

MONTGOMERY McCRACKEN
WALKER & RHOADS LLP

By: *s/ Charles B. Casper*
Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone:  215.772.1500
Email: ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIP. MOT. TO SET COORDINATED BRIEFING SCHEDULE
CASE NO. 2:21-cv-00563-JCC

-3-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

| | |
|---|---|
| 1  By: *s/ Alicia Cobb* | |
| 2  Alicia Cobb, WSBA # 48685 | David D. Golden (*pro hac vice*) |
| 3  **QUINN EMANUEL URQUHART &** | **CONSTANTINE CANNON LLP** |
|     **SULLIVAN, LLP** | 1001 Pennsylvania Avenue, NW, Suite 1300N |

By: *s/ Alicia Cobb*

Alicia Cobb, WSBA # 48685
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Fax: (206) 905-7100
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-2100
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: adamwolfson@quinnemanuel.com

Charles B. Stevens (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
Email: charliestevens@quinnemanuel.com

*Attorneys for Daniel Escobar, William Herbert, and the class.*

David D. Golden (*pro hac vice*)
**CONSTANTINE CANNON LLP**
1001 Pennsylvania Avenue, NW, Suite 1300N
Washington, DC 20004
Telephone: (202) 204-3500
Fax: (202) 204-3501
Email: dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
**CONSTANTINE CANNON LLP**
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Fax: (212) 350-2701
Email: akapoor@constantinecannon.com

*Attorneys for Wolfire Games, LLC and the class.*

Thomas N. McCormick (*pro hac vice*)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
4675 MacArthur Court
Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7903
Fax: (949) 526-7901
Email: tnmccormick@vorys.com

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, OH 43216-1008
Telephone: (614) 464-6400
Fax: (614) 719-6350
Email: kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

STIP. MOT. TO SET COORDINATED BRIEFING SCHEDULE
CASE NO. 2:21-cv-00563-JCC

-4-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

*Attorneys for Sean Colvin, Susann Davis, Daniel Ryan Lally, Hope Marchionda, Everett Stephens, and the class.*

STIP. MOT. TO SET COORDINATED BRIEFING SCHEDULE
CASE NO. 2:21-cv-00563-JCC
-5-
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

# [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the following schedule should apply to the briefing on motions for appointment of lead counsel in *Wolfire Games, LLC v. Valve Corp.*, No. 2:21-cv-00563-JCC and *Dark Catt Studios Holdings, Inc. v. Valve Corp.*, 2:21-cv-00872-JCC.

| Filing | Date |
| --- | --- |
| Wolfire Plaintiffs' Motion to Appoint Counsel | July 27, 2021 |
| Dark Catt's Cross-Motion and Opposition to Wolfire Plaintiffs' Motion | August 13, 2021 |
| Wolfire Plaintiffs' Reply in Support of Motion and Opposition to Dark Catt's Cross-Motion | September 3, 2021 |
| Dark Catt's Reply in Support of Cross-Motion | September 17, 2021 |

IT IS SO ORDERED.

DATED this ___ day of August, 2021.

_____
The Honorable John C. Coughenour
United States District Judge

STIP. MOT. TO SET COORDINATED BRIEFING SCHEDULE
CASE NO. 2:21-cv-00563-JCC

-6-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED August 9, 2021.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685