# Exhibit 1

# WILSON SONSINI



# Biographies

Copyright © 2021 Wilson Sonsini Goodrich & Rosati. All Rights Reserved.

# WILSON SONSINI

**Kenneth O'Rourke**
PARTNER

Antitrust and Competition
*Washington, D.C.*
*San Francisco*

korourke@wsgr.com
202-973-8889
415-947-2188



## FOCUS AREAS

Antitrust Civil Enforcement

Antitrust Compliance and Business Strategy

Antitrust Criminal Enforcement

Antitrust Litigation

Antitrust and Competition

Antitrust and Intellectual Property

Government Investigations

Third-Party Merger and Non-Merger Antitrust Representation

## HIGHLIGHTS

**An Experienced Antitrust Litigator**
For more than 30 years, Ken has represented clients in multi-forum litigation, class actions, "bet-the-company" cases, M&A litigation, and high-stakes antitrust and IP disputes, including several international matters.

**A Recognized Practitioner**
Ken has been recognized for his work by leading industry publications, including *Chambers Global*, *Chambers USA*, and *Global Competition Review*. The latter honored Ken as being among the world's "Competition Thought Leaders."

**An Antitrust Leader**
Ken chaired *The Antitrust Litigation Forum* for 10 years, from 2010 to 2019. He chaired the California State Bar Antitrust & Unfair Competition Law Section from 2013 to 2014.

## EXPERIENCE

Kenneth (Ken) O'Rourke is a partner in the antitrust department at Wilson Sonsini Goodrich & Rosati, where his practice focuses on litigating complex cases and high-stakes U.S. and international disputes, as well as defending against government investigations. Ken is based in the firm's Washington, D.C., office with a continuing presence in California.

For more than three decades, Ken has represented established and emerging companies in multi-forum civil litigation, class actions, "bet-the-company" cases, government enforcer investigations, merger litigation, and high-stakes antitrust and intellectual property disputes, including several international matters. His experience includes litigating class actions and other international price-fixing cartel follow-on actions, monopolization and attempted monopolization cases, pending mergers contested by government enforcers and private litigants, IP disputes involving the refusal to license standard essential patents (SEPs) on reasonable and non-discriminatory (RAND) terms, and pharmaceutical antitrust lawsuits alleging delayed market entry of generic drugs due to reverse payment patent settlements.

He is a lawyer admitted to practice in California and the District of Columbia, as well as a solicitor of the Senior Courts of England & Wales (with a current practising certificate) and the Republic of Ireland (non-practicing).

Ken is recognized by leading industry publications. *Chambers USA: California Antitrust 2019* reports that he is "a spectacular lawyer" who "takes on large-scale civil and criminal antitrust litigation." *Global Competition Review's* 2016 edition of *Who's Who Legal - Competition* called Ken "one of California's foremost litigators" and praised him for both his

Copyright © 2021 Wilson Sonsini Goodrich & Rosati. All Rights Reserved.

competition and IP experience. In 2019 and 2020, the publication honored Ken as being among the world's "Competition Thought Leaders," noting that peers extol him as "a really excellent antitrust litigator."

Prior to joining Wilson Sonsini, Ken was a senior antitrust and business litigation partner with another top law firm, where he practiced law for nearly 35 years in California and (more recently) Washington, D.C. He also served for nearly 18 months, from 2015 to 2016, as the interim chief legal officer of Health Care Service Corporation (HCSC), one of the country's largest health insurers and operator of the BlueCross BlueShield health plans in Illinois, Montana, New Mexico, Oklahoma, and Texas.

## CREDENTIALS

### Education
- J.D., Loyola Law School, 1985
  *St. Thomas More Law Honor Society; Editor-in-Chief,* Loyola International and Comparative Law Journal
- B.A., University of California, Los Angeles, 1982

### Associations and Memberships
- Chair or Co-chair, The Antitrust Litigation Forum, 2010-2019
- Chair, California State Bar Antitrust & Unfair Competition Law Section Executive Committee, 2013-14, and Vice Chair, 2012-13
- Vice Chair, ABA Antitrust Section's Global Private Litigation Committee, 2021-2022
- ABA Antitrust Section's International Cartel Task Force, 2013-2018
- Additional ABA Antitrust Section Leadership Positions, 2017-present
- Former Co-chair, Trade Secrets Subcommittee of the ABA Litigation Section's Intellectual Property Committee
- UCLA Department of Neurology Board of Advisors

### Honors
- 2019 and 2020 "Competition Thought Leader," *Global Competition Review's Who's Who Legal – Competition*
- *Chambers USA*: Antitrust - California 2019 (Band 2) and Antitrust - Cartel – Nationwide 2020 (Band 3)
- *Chambers Global*: Antitrust - USA Cartel 2019-2021 (Band 3)
- Frequently recognized in *The Legal 500*, Antitrust; *Southern California Super Lawyers*, Antitrust; *Who's Who Legal - The International Who's Who of Competition Lawyers*, Antitrust; and *Irish Legal 100*

### Admissions
- Bar of the District of Columbia
- State Bar of California
- Solicitor, Senior Courts of England & Wales
- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the District of Columbia
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Supreme Court

## MATTERS

### Select Representations

- Representing leading companies investigated by government enforcers and sued by class action plaintiffs and civil claimants for allegedly participating in international price-fixing cartels.
- Representing Seagate, a world-leading hard disk drive maker, in federal court litigation seeking to recover overcharges and other relief stemming from an antitrust price-fixing and market allocation conspiracy involving manufacturers of high-tech components used in hard drives.
- Defending NextEra Energy in antitrust conspiracy and monopolization claims in federal court. All federal antitrust claims were dismissed with prejudice via successful motion to

dismiss.
- Defending AT&T and Time Warner through litigation and trial brought by the U.S. Department of Justice seeking to block their merger. The district court approved the merger and the appeals court affirmed.
- Defending US Airways in litigation filed by the U.S. Department of Justice seeking to block its merger with American Airlines. The combined airline is now the world's largest by some measures.
- Representing Alaska Airlines in defending its proposed acquisition of Virgin America over allegations of a substantial lessening of competition in a federal court antitrust action filed by travel agents and air passengers seeking to block the acquisition. The merger was approved.
- Defending SK Hynix Inc., one of the world's leading semiconductor manufacturers, against a decade-long campaign by a Silicon Valley start-up that sought to impose patent royalties worldwide on industry-standard memory chips.
- Serving as a senior leader of a trial team that obtained a complete defense victory from a San Francisco jury against $12 billion antitrust claims.
- Defending pharmaceutical FTC investigations and defending class actions by plaintiffs alleging anti-competitive "reverse payment settlements" that supposedly delayed generic drug competition.

## INSIGHTS

### Select Publications and Speaking Engagements

**International Cartel Litigation**

- Speaker/Commentator, ABA/IBA International Cartel Workshop, San Francisco, February 2020
- Discussion Co-leader, "Beyond Traditional Price Fixing Cartels: Litigating New Age Cartels," *Antitrust Litigation Forum*, Charleston, SC, October 2019
- Speaker, "Can I See That? Discovery Across Borders," American Bar Association Section of Antitrust Law Global Private Litigation Conference, Berlin, Germany, June 2019
- Guest Lecturer, "Extraterritoriality," The Globalization of Cartel Enforcement, George Mason's Antonin Scalia Law School, Arlington, VA, April 2019
- Chair and Moderator, "Antitrust Developments in Asia," Legal Talk Network, an ABA Antitrust Section Podcast, March 2019
- Panel Chair and Moderator, "Global Class Action Developments," ABA Antitrust Section's Spring Meeting, Washington, D.C., March 2019
- Program Chair and Speaker, "Trying Cartel Cases: Effective Strategies for Proving and Defending the Case," ABA Antitrust Section's Global Seminar Series, Hong Kong, October 2018
- Co-Discussion Leader, "Current Administration's Approach to Antitrust Enforcement," The Antitrust Litigation Forum, October 2018
- Speaker, "International Price-Fixing Cartels: Dawn Raids, Criminal Investigations & Civil Litigation," Irish-American Society's 2018 Law Symposium, Cleveland, OH, September 2018
- Speaker, "Cartel Enforcement Update 2018," Legal Talk Network (LTN) ABA Antitrust Podcast, August 2018
- Roundtable Participant, "Cartel Investigations and Litigation," Corporate Disputes, July - September 2018 Issue
- Panelist, "Private Damages Actions - A New Frontier," ABA Antitrust in Asia Conference, Seoul, Korea, May 2018
- Co-Discussion Leader, "Parallels Between EU and US Antitrust Law and Practice," European Forum on Competition Litigation, London, November 2017
- Speaker, "Class Certification in Cartel Cases," IBA/ABA International Cartel Workshop, Tokyo, Japan, February 2016
- Panelist, "Sir, please step out of the line - Criminal Cartel Developments," GCR Antitrust Live – Miami, February 2015
- Co-Discussion Leader, "Convergence of Continuity: Litigating and Settling US Cases with Private Actions Outside the US," Antitrust Litigation Forum, Napa, California, October 2014
- Co-author, "Guilty Pleas in Antitrust Civil Litigation," *Antitrust Report*, September 2014
- Panelist, "Civil Litigation in the Aftermath of Criminal Prosecution: How to Use and Diffuse Guilty Pleas," ABA Antitrust Spring Meeting, Washington, D.C., March 2014
- Speaker, "Opting Out of Class Actions in Cartel Cases," IBA/ABA International Cartel Workshop, Rome, Italy, February 2014

- Panelist, "GCR Live: 2nd Annual Law Leaders Asia-Pacific Conference - Singapore," Global Competition Review, Singapore, March 2013
- Co-author with Ian Simmons, "Reflections on Cartel Enforcement," *ABA Antitrust Magazine* - 25th Anniversary Edition, December 2012
- Discussion Co-Leader, "Antitrust Litigation Trials," 2012 Antitrust Litigation Forum, Napa Valley, California, December 2012
- Moderator, "'Big Stakes' Antitrust Trials," 22nd Annual Golden State Antitrust and Unfair Competition Law Institute, San Francisco, October 2012
- Moderator, "Defense 9, Plaintiff 3: Winning Over the Jurors in the $12 Billion Rambus Antitrust Trial," Association of Business Trial Lawyers (ABTL), Orange County, CA, April 2012
- Panel Leader and Panelist, "Internal Investigations," 2012 ABA International Cartel Workshop, Vancouver, B.C., February 2012
- Moderator and Panelist, "Winning Strategies in U.S. Jury Trials," In-House Counsel Forum, Seoul, Korea, January 2012

**Intellectual Property Rights Intersecting Antitrust Law**

- Panelist, "Antitrust and IP Developments for the High Tech Sector," KNect365 Law's Antitrust USA: West Coast Conference, San Francisco, February 2019
- Co-author with Stephen McIntyre, "Intellectual Property and Antitrust: Getting the Deal Through," *Global Competition Review*, USA Chapter, 2012-2018
- Co-author with Julia Schiller, "Promoting Competition and Standards: The D.C. Divide," ABA Antitrust Section's Fall Forum, October 2010
- "California Intellectual Property Law Developments," *California Litigation Review*, October 2009 and October 2010
- Speaker, "Antitrust Laws & Lessons from Standard Setting Organizations," International Seminar on Anti-Monopoly Issues in the Industry of New and High Technology, China's Ministry of Industry & Information Technology (MIIT), Beijing, PRC, June 2010
- Co-author, "*Ashcroft v. Iqbal*: The Sleeper 2009 Supreme Court Decision For Patent Litigators?" *Intellectual Property & Technology Law Journal*, Vol. 21, No. 12, December 2009

**Complex Civil Litigation**

- Co-author, "'Off-Ramps' in US Private Damages Antitrust Actions," prepared for ABA Antitrust in Asia Conference, April 2018
- Co-author with Michael Tubach, "Corporations and the Privilege Against Self-Incrimination: Current Issues Under US Law," prepared for ABA/IBA International Cartel Workshop, February 2018
- Panelist, "Ethics in Joint Defense and Common Interest Groups," Los Angeles County Bar Association, Los Angeles, California, July 2017
- Panelist, "Joint Defense Group Ethics: A Debate & Discussion," ABA Antitrust Spring Meeting, Washington, D.C., April 2017
- Co-author with Scott Schaeffer, "Three Paths to Class Action: Rule 23(b) and the Nature of Class Claims in America," prepared for ABA/IBA International Cartel Workshop, February 2016
- Co-author with Stephen McIntyre, "The Continuing Violations Doctrine: Limitation in Name Only, or a Resuscitation of the Clayton Act's Statue of Limitations?" *Competition*, Spring 2015
- Panelist, "Resolving Antitrust Disputes: Arbitration, Mediation, and Settlement," CLE International Antitrust Law Conference, San Francisco, February 2013
- Co-author with Stephen McIntyre and Katelyn Denby, "Preserving Legal Privileges in the U.S., California, and the EU," *Antitrust Report*, December 2012

**Pharmaceutical Antitrust Litigation**

- Moderator, "Big Stakes Antitrust Trials - *In re Solodyn Antitrust Litigation*," California Lawyers' Antitrust Section Annual "Golden State Institute," San Francisco, California, November 2018
- Co-Discussion Leader, "Healthcare Industry and Pharmaceuticals," Antitrust Litigation Forum, New Orleans, Louisiana, October 2015
- Co-author with Anna Fabish, *Drafting Pharmaceutical Patent Settlements With Actavis in Mind*, Corporate Disputes Magazine, June 2015
- Panel Chair, "Beyond Reverse Payments: The New Frontiers in Pharmaceutical Antitrust," ABA Antitrust Spring Meeting, Washington, D.C., April 2015

- Co-author with Anna Fabish, "New Frontiers in Pharmaceutical Antitrust," submitted for ABA Antitrust Spring Meeting, March 2015
- Co-author with Stephen McIntyre and Ian Simmons, "Patent Validity and Scope Can Be Litigated in Antitrust Suits," *Law360*, August 1, 2014
- Co-author with Stephen McIntyre and Ian Simmons, "The Continuing Relevance of Patent Validity in Reverse-Payment Litigation," *Concurrences*, May 2014
- Co-author with Ian Simmons and Scott Schaeffer, "Viewing *FTC v. Actavis* Through the Lens of Clayton Act Section 4," *ABA Antitrust Magazine*, Fall 2013
- Co-author with Jon Sallet and Katrina Robson, "*FTC v. Actavis*: Reconciling Conflicts In Rules of Reason," *Law360*, July 2, 2013

**Agricultural Antitrust Litigation**

- Panelist, "The Capper-Volstead Exemptions in an Era of Supply Management and Vertical Integration," American Bar Association Antitrust State Enforcement, Agriculture & Food, Exemptions & Immunities Committees, September 2012
- Discussion Co-Leader, "The Capper-Volstead Act Exemption and Supply Restraints in Agricultural Antitrust Actions," New York State Bar Antitrust Section Executive Committee, New York, New York, February 2011
- Co-author with Andrew Frackman, "The Capper-Volstead Act Exemption and Supply Restraints in Agricultural Antitrust Actions," *Competition: The Journal of the Antitrust and Unfair Competition Law Section of the State Bar of California*, Vol. 19, No. 2, pp. 69 et seq., Fall 2010



# WILSON SONSINI

**Scott A. Sher**
PARTNER

Antitrust and Competition
*Washington, D.C.*

ssher@wsgr.com
202-973-8822

## FOCUS AREAS

Antitrust Civil Enforcement

Antitrust Compliance and Business Strategy

Antitrust Litigation

Antitrust Merger Clearance

Antitrust and Competition

Antitrust and Intellectual Property

Third-Party Merger and Non-Merger Antitrust Representation

## HIGHLIGHTS

**Substantial Merger-Related Antitrust Experience**
Scott has advised hundreds of clients with respect to antitrust issues that arise in the M&A process, and manages transactions through regulatory agencies around the world, including the DOJ, FTC, European Commission, and State Administration for Market Regulation (SAMR), among others.

**Decades of Antitrust Counseling**
Scott counsels clients on how to manage antitrust risk with regard to all aspects of their business, including strategic advice related to licensing and pricing and distribution programs, as well as guidance on how to establish and administer trade associations, patent pools, and joint ventures. He also provides litigation counseling, helping clients decide whether the benefits of litigation outweigh the costs, and how to best manage litigation in a cost-efficient manner.

**High-Profile Antitrust Matters**
Scott's representations include high-profile antitrust work on behalf of Google, Dolby, Trulia, Hebei Welcome Pharmaceutical, Careem, Seagate, and Qualcomm.

**Globally Recognized Antitrust Practitioner**
Scott is consistently recognized as a leading antitrust attorney by *Chambers Global*, *Chambers USA*, and *Global Competition Review*, among others.

## EXPERIENCE

Scott Sher is a partner in Wilson Sonsini Goodrich & Rosati's Washington, D.C., office, where he is a leader of the firm's antitrust practice. He currently serves on the firm's board of directors.

Over the past 20 plus years, Scott has represented companies before the antitrust agencies in transactions totaling more than $1 trillion, including some of the most high-profile consolidation deals in the life sciences, technology and retail markets investigated by the Department of Justice, Federal Trade Commission, and a host of regulatory authorities around the world.  Some of his notable representations include Google, in connection with its acquisitions of ITA, Waze, and DoubleClick; Trulia, in connection with its acquisition by Zillow; Careem, in connection with its acquisition by Uber; Sun Microsystems, in connection with its acquisition by Oracle; HP, in connection with its acquisition of Compaq; Brocade, in connection with its acquisition of McDATA; Vivint Solar, in connection with its acquisition by Sunrun; and Varian, in connection with its acquisition by Agilent.

Having had the unique opportunity in his career to counsel clients in more than 1,000 deals, in a variety of situations, Scott not only has extensive experience in advocating before the antitrust agencies, but also working with clients to assess potential antitrust risk early on in the deal consideration process, putting his clients—both buyers and sellers—in the best position to understand and obtain the deal protection terms they need in order to meet their business objectives.  Whether his client is a small firm with promising technology being acquired by a large private equity firm with a competitor portfolio company, a large multi-national client fending against a hostile tender offer by an aggressive competitor, or a retail grocer selling a portion of its business to a competitor where the FTC may demand multiple divestitures, Scott helps his clients understand the most likely deal outcomes, strategize to maximize deal value and certainty of close, and position the transaction to close in the shortest period of time possible.

Scott also brings substantial expertise in counseling clients on their business strategies. Having worked with companies in countless industries with different go-to-market strategies, Scott has a deep understanding of how the antitrust laws impact his clients' distribution, pricing, and in-bound and out-bound licensing policies.  His breadth of experience enables him to help clients efficiently achieve their objectives while steering them clear of potential liability.  He guides major retail and technology firms to implement pricing and distribution policies and guidelines to deal with complex channel conflict issues, resale price maintenance concerns, exclusivity provisions, and price bundling strategies.  He also works with life science companies who often engage in intricate inbound and outbound licensing programs that include issues ranging from potential Hart-Scott-Rodino reportability to ensuring that firms competing with each other in therapeutic markets can maximize the impact of collaborative arrangements without running afoul of competition laws.

For the past 15 years, Scott has been perennially recognized as one of the leading antitrust practitioners in *Chambers Global* and *Global Competition Review*. *Global Competition Review*, in its review of antitrust lawyers in the United States, called Scott "a true star of the antitrust bar."

Prior to joining Wilson Sonsini, Scott clerked for both the Honorable Joseph T. Sneed III of the U.S. Court of Appeals for the Ninth Circuit in San Francisco and the Honorable Charles A. Legge of the U.S. District Court for the Northern District of California.

## CREDENTIALS

### Education
- J.D., University of California, Hastings College of the Law
- B.S., Economics, Wharton School of the University of Pennsylvania
- B.A., Urban History, University of Pennsylvania

### Associations and Memberships
- Scott has held numerous leadership positions in the American Bar Association's Section of Antitrust Law, including co-chair and vice chair of several committees

### Honors
- Recognized in the Competition/Antitrust category of the 2016-2021 editions of *Chambers Global: The World's Leading Lawyers for Business*, in which peers highlighted his "incredible skill" in technology-related matters and clients noted that he's "pragmatic and very good at navigating clients through complex issues. His understanding of antitrust law is amazing."
- Named a 2021 "Thought Leader" by *Global Competition Review/Who's Who Legal – Competition*
- Named among the nation's top antitrust attorneys in the 2011-2021 editions of *Chambers USA: America's Leading Lawyers for Business,* which noted that "he is extremely quick on his feet and he knows antitrust inside and out"
- Selected for inclusion in the 2015-2018 editions of *Best Lawyers in America*
- Received "Lawyer of the Year - Under 40" GCR Award in 2012 from *Global Competition Review*
- Selected for inclusion in the 2008-2019 editions of *The International Who's Who of Competition Lawyers & Economists*
- Named one of the world's 40 leading competition lawyers under the age of 40 by *Global Competition Review* in both 2008 and 2012
- Selected for inclusion in the 2012-2019 editions of *Washington DC Super Lawyers*

- Honored with the "Best Business Mergers Article - 2012 Antitrust Writing Award" from the Institute of Competition Law for co-authoring "EU and U.S. Antitrust Authorities Update: Best Practices on Cooperation in Merger Investigations"
- Honored by *Law360* in 2011 as one of five "Rising Stars" in competition law
- Recognized by *The Deal* in 2010 as one of eight attorneys who represent the "best up-and-coming talent in transactional lawyering"

**Admissions**
- Bar of the District of Columbia
- State Bar of California

## MATTERS

### Select Representations

Scott has provided antitrust representation to clients with respect to the following matters:

- Qualcomm in connection with its successful $1.4 billion acquisition of NUVIA, a world-class CPU and technology design company
- Price Chopper in regard to its merger with Tops Market, creating a supermarket retailer with approximately 300 stores in six states
- Marvell Technology in regard to its $10 billion acquisition of Inphi, a Santa Clara-based chip company that makes high-speed analog and mix-signal components and optical subsystems
- Vivint Solar in connection with its acquisition by SunRun, a transaction that combined the two leading solar financing companies in the world, in an investigation by the Department of Justice
- South Eastern Grocers in connection with the sale of 62 Bi-Lo stores to Ahold Delhaize, in a second request investigation conducted by the Federal Trade Commission
- Outbrain in connection with its proposed acquisition by Taboola, a transaction that combined the two leading content recommendation firms, following an in-depth second request by the Department of Justice.  The parties received clearance from the DOJ, but abandoned the transaction for unrelated reasons
- Careem in connection with its acquisition by Uber Technologies, a transaction that combined two leading ride-sharing companies, through investigations by the Egyptian Competition Agency (ECA), the Saudi Arabian competition authority (GAC), and other competition authorities in the Middle East
- Twin America in connection with its successful dismissal of a monopolization claim brought by competitor Go New York Tours in the federal district court for the Southern District of New York
- WeddingWire in connection with its acquisition of XO Group, a transaction that combined the two largest online wedding marketplace websites, in an investigation by the Department of Justice
- Cvent in connection with its acquisition by Vista Partners, a transaction that combined the two largest strategic meeting management software vendors, in a review that included an in-depth second request
- Associated Wholesale Grocers in connection with its acquisition of Affiliated Foods of the Midwest, combining the two largest national wholesale food cooperatives, in an investigation by the Federal Trade Commission, and in connection with its acquisition of a group of stores from Albertsons, as a part of the FTC's divestiture order in the Albertsons-Safeway merger
- Pharmacyclics before the Federal Trade Commission in connection with its $21 billion acquisition by AbbVie, involving next-generation chronic lymphocytic leukemia therapies
- Hebei Welcome Pharmaceutical Co., the largest vitamin C manufacturer in China, in connection with its successful Second Circuit appeal of a jury verdict finding the company responsible for price fixing, and the subsequent appeal to the United States Supreme Court. The case raised important and precedential application of the antitrust laws in situations where a foreign sovereign compels the defendant's actions.
- Trulia in connection with its successful acquisition by Zillow, a transaction that combined the two leading national real estate portals, in a review that included an in-depth second request and commission vote to approve the transaction
- Dolby in connection with its acquisition of Doremi Technologies, a transaction that combined leading digital cinema server firms, in investigations before the Department of Justice and European Commission
- CoPart in connection with its acquisition of car salvage competitor QCSA holdings, a transaction that combined two of the leading national car salvage companies, in an

investigation by the Federal Trade Commission
- Google in connection with the Federal Trade Commission's investigation into its acquisition of Waze, one of the leading crowd-sourced map companies
- Google in connection with the Federal Trade Commission's investigation into a number of Google's business practices
- Seagate Technology in its acquisition of the hard-disk-drive business of Samsung Electronics, a transaction that combined two leading HDD manufacturers, which received significant scrutiny from the Federal Trade Commission, as well as the European Commission and MOFCOM in China
- Google in connection with its successful acquisition of ITA Software, which included a significant Department of Justice investigation into the transaction. Google completed the acquisition after agreeing to a consent order to license ITA's software on a non-discriminatory basis.
- McAfee, Inc. in connection with the Federal Trade Commission and European Commission investigations into whether its acquisition by Intel Corporation would lessen competition in the security software or CPU markets
- Sun Microsystems in connection with its acquisition by Oracle Corporation, working with the Department of Justice to dispel any concern that the transaction would cause any lessening of competition in the JAVA or database markets
- Nuance with regard to its acquisitions of VoiceSignal, Philips Speech Recognition Services, and eScription, in connection with Department of Justice investigations into whether the transactions would lessen competition in the speech recognition market
- Google before the Federal Trade Commission and other regulatory and political fora in connection with the company's acquisition of DoubleClick. After the issuance of a second request, the FTC closed its investigation in December 2007, noting that the acquisition of DoubleClick was unlikely to substantially lessen competition.
- Private equity fund Vector Capital after the company was sued along with Francisco Partners by a class of WatchGuard Technologies investors who claimed that the two funds had colluded in their bidding to acquire WatchGuard voting securities. The firm secured the first-ever published opinion from the Western District of Washington concluding that such joint bidding does not implicate the antitrust laws.
- Brocade Communications Systems in connection with the Federal Trade Commission's investigation and second request regarding Brocade's proposed acquisition of McDATA Corporation. The FTC ultimately voted to clear the acquisition in January 2007.

## INSIGHTS

## Select Publications

- Co-author with J. Ferris, M. Hale, and J. Miller, "Distribution Merger Challenges at the FTC," Wilson Sonsini Goodrich & Rosati article, March 2021
- Co-author with B. Coffman and A. Keck, *Risk Allocation in Merger Agreements in an Era of Increased Enforcement*, Wilson Sonsini Goodrich & Rosati report, October 2020
- Co-author with M. Yost and R. Crauthers, "United States: Digital Platforms," *Americas Antitrust Review 2020*, Global Competition Review Insight, 2019
- Co-author with I.K. Gotts, Bloomberg BNA Corporate Practice Portfolio Series No. 56-4th, *Antitrust Aspects of Mergers and Acquisitions*, 2018
- Co-author with B. Labow and B. Tennis, "Antitrust in the Trump Administration," *Concurrences Competition Law Review*, No. 4, 2016
- Co-author with B. Tennis, "Exploiting Others' Investments in Open Standards," *CPI Antitrust Chronicle*, September 2016
- Co-author with B. Tennis and C. Williams, "U.S. Antitrust" chapter, *The Mergers & Acquisitions Review*, Ninth Edition, Law Business Research, 2015
- Co-author with K. Kemp, "A Comparative Analysis of the Use of Merger Remedies in Technology Industries," *CPI Antitrust Chronicle*, December 2014
- Co-author with C. Williams, "Rethinking the Investment-Only Exemption," *The Threshold*, Vol. XV, No. 1, Fall 2014
- Co-author with D. Kane, "Recent Enforcement Decisions Involving Technology Mergers and Acquisitions at MOFCOM," *CPI Antitrust Chronicle*, October 2014
- Co-author with C. Williams and B. Tennis of "US Antitrust" chapter, *The Mergers & Acquisitions Review*, Eighth Edition, Law Business Research, 2014
- Co-author with J. Lutinski and B. Tennis, "The Role of Antitrust in Evaluating the Competitive Impact of Patent Pooling Arrangements," *The Sedona Conference Law Journal*, Vol. 13, Fall 2012
- Co-author with A. Murino, "Unilateral Effects in Technology Markets: *Oracle, H&R Block, and What It All Means*," *Antitrust*, Vol. 26, No. 3, Summer 2012

- Co-author with I. Gotts, "The Particular Antitrust Concerns with Patent Acquisitions," *Competition Law International*, pp. 30-38, August 2012
- Co-author with V. Hogan, "Getting the Deal Done: Antitrust Risk-Shifting Provisions in Merger Agreements," *The Threshold*, Vol. 12, No. 1, Fall 2011
- Co-author with K. Kuritz, "The Innovation Costs of a Flawed Patent System," *MLex Magazine*, October-December 2011
- Co-author with C. Biggio, R. Shehadeh, and J. Lutinski, "The Emerging Role of Open-Source Software in Merger Analysis," Sweet & Maxwell, reprinted from *European Competition Law Review*, Issue 7, 2011
- Co-author with J. Jacobson and E. Holman, "Predatory Innovation: An Analysis of *Allied Orthopedic v. Tyco* in the Context of Section 2 Jurisprudence," 23 *Loyola Consumer Law Review* 1, 2010
- Co-author with S. Creighton, "Resolving Patent Disputes through Merger: A Comparison of Three Potential Approaches," 75(3) *Antitrust Law Journal* 657-690, 2009
- Co-author with I.K. Gotts and M. Lee, "Antitrust Merger Analysis in High-Technology Markets," *European Competition Journal*, Vol. 4, No. 2, December 2008
- Co-author with C. Biggio and F. Rubinstein, "Brocade/McDATA: Structural Presumptions Didn't Tell the Whole Story," *The Threshold*, Vol. 7, No. 2, Spring 2007
- Co-author with J. Jacobson, "'No Economic Sense' Makes No Sense for Exclusive Dealing," 73 *Antitrust Law Journal* 779, 2006
- "Analyzing Medical Device Mergers," *ABA Antitrust Health Care Chronicle,* Vol. 20, No. 2, July 2006

## Select Speaking Engagements

- Forthcoming Speaker, "Merger Remedies," ABA Section of Antitrust Law Spring Meeting, Washington, D.C., April 2020
- "The Capitol Forum Interview Series with Scott Sher, Wilson Sonsini Goodrich & Rosati," The Capitol Forum, May 6, 2019
- Panelist, FTC Hearings on Competition and Consumer Protection Issues in the 21st Century, Acquisitions of potential or nascent competitors by incumbent firms in high-technology markets, October 5, 2018
- Panelist, "Antitrust and Digital Platforms: The Effect of Competition Law and Policy on Market Dynamics," The Capitol Forum, Washington, D.C., June 30, 2016
- "The Capitol Forum Interview Series with Scott Sher, Wilson Sonsini Goodrich & Rosati," The Capitol Forum, May 2016

# WILSON SONSINI



**Stephanie L. Jensen**
OF COUNSEL

Litigation
*Seattle*

sjensen@wsgr.com
206-883-2556

## FOCUS AREAS

Arbitration

Class Action Litigation

Commercial Litigation

Corporate Governance Litigation

Government Investigations

Litigation

Securities Litigation

## EXPERIENCE

Stephanie Jensen is Of Counsel in the Seattle office of Wilson Sonsini Goodrich & Rosati. Her practice focuses on securities and complex commercial litigation, primarily defending companies and their officers and directors in securities class actions, shareholder derivative actions, contested mergers and acquisitions, corporate governance matters, complex commercial disputes, and government and internal investigations. She also has experience representing clients in complex commercial disputes prior to the instigation of litigation and through arbitration.

Stephanie also maintains an active pro bono practice. She serves on the Pro Bono Panel for the U.S. District Court of the Western District of Washington, is a member of the firm's Pro Bono Committee, and serves as the pro bono coordinator for the firm's Seattle office. Stephanie is a two-time recipient of the firm's highest award for pro bono legal service, the John Wilson Award.

Within the firm, Stephanie also co-chairs the firm's Women of Wilson affinity group, co-leads the Seattle and Austin Women Attorneys group, chairs the Culture Subcommittee, is a member of both the Associates Committee and Juneteenth Planning Committee, and is active in the firm's Practice Technology Innovation efforts.

In addition to her legal practice, Stephanie is an adjunct professor at Seattle University School of Law. She co-teaches a "Transitioning to Practice" course with Washington Supreme Court Justice Mary I. Yu, with a goal of providing law students the tools needed to successfully transition from student to practicing attorney.

Prior to joining the firm, Stephanie served as a judicial clerk to the Honorable Mary I. Yu, then of the King County Superior Court, and now of the Washington Supreme Court.

## CREDENTIALS

### Education

- J.D., Seattle University School of Law, 2009
  *Magna Cum Laude*
- B.A., Political Science and International Studies: Comparative Religion, University of Washington, 2006

### Associations and Memberships

- Member, Federal Bar Association of the Western District of Washington
- Member, Pro Bono Panel, U.S. District Court of the Western District of Washington
- Member, Washington State Bar Association
- Member, Securities Law Committee, Business Law Section of the Washington State Bar Association

- Member, King County Bar Association

### Honors

- Recipient, 2019-2020 John Wilson Award for pro bono service, Wilson Sonsini Goodrich & Rosati
- Recipient, 2018-2019 John Wilson Award for pro bono service, Wilson Sonsini Goodrich & Rosati
- Recipient, 2017-2018 Pro Bono Service Award, Wilson Sonsini Goodrich & Rosati
- Recipient, 2012-2013 Pro Bono Service Award, Wilson Sonsini Goodrich & Rosati
- Recipient, 2011-2012 Pro Bono Service Award, Wilson Sonsini Goodrich & Rosati

### Admissions

- State Bar of Washington
- U.S. District Court for the Eastern District of Washington
- U.S. District Court for the Western District of Washington
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Supreme Court

## CLIENTS

### Select Clients

- Ambassadors Group, Inc.
- Atossa Genetics, Inc.
- Blucora, Inc.
- Bungie, Inc.
- Chelsea Therapeutics International Ltd.
- CTI Biopharma Corp., formerly Cell Therapeutics, Inc.
- Domo, Inc.
- Fisher Communications, Inc.
- FLIR Systems, Inc.
- Flow International Corporation
- Google LLC
- Impinj, Inc.
- Intermec, Inc.
- Isilon Systems, Inc.
- IsoRay, Inc.
- Mentor Graphics Corporation
- Novan, Inc.
- Nighthawk Radiology Holdings, Inc.
- Pluralsight, Inc.
- PowerSecure International, Inc.
- Ra Medical Systems, Inc.
- Starbucks Corporation
- Sterling Financial Corporation
- Wheaton Precious Metals, formerly Silver Wheaton Corp.

## INSIGHTS

### Select Speaking Engagements

- Speaker, "Two Years Later: *Cyan's* Impact on Litigating Securities Act Claims, and Why it Matters," 40th Annual Northwest Securities Institute, Seattle, Washington, March 2020
- Panelist, "Developments in Shareholder Litigation," 4th Annual Gonzaga School of Law Corporate Law Symposium, Gonzaga University Law School, Spokane, Washington, November 2014



**Allison B. Smith**
ASSOCIATE

Antitrust and Competition
*Washington, D.C.*

allison.smith@wsgr.com
202-973-8845

## FOCUS AREAS

Antitrust Civil Enforcement

Antitrust Litigation

Antitrust Merger Clearance

Antitrust and Competition

Third-Party Merger and Non-Merger Antitrust Representation

## EXPERIENCE

Allison Smith is an associate in the Washington, D.C., office of Wilson Sonsini Goodrich & Rosati, where she is a member of the firm's antitrust practice. Her practice focuses on antitrust litigation, government conduct investigations, and competition concerns in mergers and acquisitions. She has represented clients in a range of industries including semiconductors, computer hardware, consumer devices, media, and medical devices. Her litigation experience includes high-stakes merger defense and class actions.

Allison's previous experience includes work as an antitrust associate at a leading international law firm in Washington, D.C., and as a law clerk for the Honorable Rebecca Beach Smith of the U.S. District Court of the Eastern District of Virginia. Prior to law school, Allison worked in economic and financial consulting.

## CREDENTIALS

### Education
- J.D., University of Virginia School of Law, 2015
  *Order of the Coif; Executive Editor,* Virginia Law Review
- B.S., Economics, Duke University, 2009
  *Cum Laude, With High Distinction in Economics*

### Admissions
- Bar of the District of Columbia
- State Bar of Virginia
- U.S. District Court for the Northern District of New York
- U.S. Court of Appeals for the District of Columbia

## INSIGHTS

### Select Publications
- Co-author with J. Pearl, "The Difficulties of Showing Pass Through in Indirect Purchaser Component Cases," *Competition*, December 11, 2018

### Select Speaking Engagements
- Speaker, "Covid-19 and Antitrust Risks: How Businesses Should Respond," The Knowledge Group, Webcast, June 16, 2020

Copyright © 2021 Wilson Sonsini Goodrich & Rosati. All Rights Reserved.



www.wsgr.com

Austin   Beijing   Boston   Brussels   Hong Kong   London   Los Angeles   New York   Palo Alto
San Diego   San Francisco   Seattle   Shanghai   SOMA   Washington, D.C.   Wilmington, DE

O'Rourke Declaration Exhibit 1          30          Copyright © 2021 Wilson Sonsini Goodrich & Rosati. All Rights Reserved.