# Exhibit 2



GCR 100 - 16th Edition
# Wilson Sonsini Goodrich & Rosati

09 December 2015

Wilson Sonsini maintains perhaps the best antitrust and competition practice for high-tech matters in the world. While it has yet to replicate the profile of its high-stakes representation of Google before the Federal Trade Commission, the firm's relationship with the search leader continues – as does its work for a host of other tech companies and startups building their business through mergers. The firm also handles its fair share of behavioural work, with practice co-leader Jonathan Jacobson and Washington, DC partner Mark Rosman guiding clients through contentious matters and investigations. The practice contracted a bit this year – mainly in the associate ranks, although former partner Andrea Murino left the practice for another firm as well.

| Merger ranking | - | Litigation ranking | - | Cartel ranking | - |
|---|---|---|---|---|---|
| Global heads | | | | Jonathan Jacobson, Susan Creighton | |
| Number of jurisdictions with a competition team | | | | 4 | |
| Practice size | | | | 49 | |
| Partners | | | | 13 | |
| Counsel and consultants | | | | 10 | |
| Percentage of partners/counsel in Who's Who Legal | | | | 32 | |
| Senior associates | | | | n/a | |
| Associates | | | | 26 | |
| Lateral partner hires | | | | 0 | |
| Partner departures | | | | 1 | |
| Former enforcers | | | | 12 | |

As we said last year, the Wilson Sonsini practice has moved far beyond its humble Silicon Valley beginnings, and it now boasts robust cross-border abilities, especially in merger control matters. The firm handled 10 second-request or Phase II deals over the past year – a remarkable amount for its size – including its successful representations of Trulia in its merger with head-to-head rival Zillow, and Altera in its blockbuster tie-up with Intel. And while they did not count towards the firm's core merger score, it received extra credit for its representation of third parties in several major mergers. It advised Netflix in the DoJ's investigation of Time Warner Cable and Comcast – a deal the cable giants eventually abandoned. Now, it is acting for Chevron in two major deals – the *Baker Hughes/Halliburton* deal and Shell's takeover of BG.

In cartel matters, the firm is locked into several major investigations for confidential clients, including those in the auto parts, financial services and electronics industries. The firm's talented Brussels office is helping advise Deutsche Bank in the European Commission's forex investigation, and it acts for Hitachi in DG Comp's slice of the global capacitors cartel probe. Austrian railway company ÖBB is also a client. Meanwhile, the firm's dominance and unilateral conduct docket is extensive, as it helps teams of lawyers from other firms advise Google on several DG Comp investigations of the company's businesses; that advice extends into the US, Japan, Canada, Argentina, India and elsewhere. Spotify is a client in several matters in the US and Europe, including the Federal Trade Commission's investigation of Apple's streaming music business. InterDigital and HDMI are also clients in this space. Litigation is also busy across the board. Clients here include Transitions Optical, Netflix, Live Nation, Google, InterDigital and others.

## Professional Notices

- **ALRUD**
- **Affleck Greene McMurtry**
- **Agmon & Co Rosenberg Hacohen & Co**
- **Axinn Veltrop & Harkrider**
- **Blake Cassels & Graydon LLP**
- **Borden Ladner Gervais**
- **CMS**
- **Charles River Associates**
- **Cornerstone Research**
- **Covington & Burling**
- **Crowell & Moring LLP**
- **Davies Ward Phillips & Vineberg LLP**
- **De Pardieu Brocas Maffeï**
- **DeHeng Law Offices**
- **Dechert**
- **ELIG Attorneys at Law**
- **FerradaNehme**
- **Freshfields Bruckhaus Deringer**
- **Gleiss Lutz**
- **Herzog Fox & Neeman**
- **Hogan Lovells LLP**
- **Kim & Chang**
- **Mannheimer Swartling**
- **McGuireWoods LLP**
- **Meitar Liquornik Geva Leshem Tal**
- **Meyerlustenberger Lachenal**
- **Mijares Angoitia Cortés y Fuentes SC**
- **O'Melveny & Myers LLP**
- **Oppenländer Rechtsanwälte**
- **PLMJ**

- **Philippi Prietocarrizosa & Uría**
- **Russell McVeagh**
- **S Horowitz & Co**
- **Shearman & Sterling**
- **Stikeman Elliott LLP**
- **White & Case**
- **Yoon & Yang**
- **bpv Huegel**