# Exhibit 3



11 December 2020

| Merger ranking: | - | Cartel ranking: | 10 | Litigation ranking: | - |

| | |
|---|---|
| Global head | Scott Sher |
| No. of jurisdictions with a GCR-ranked competition team | 3 |
| Practice size | 61 |
| Partners | 16 |
| Counsel | 11 |
| Percentage of partners/counsel in Who's Who Legal | 48% |
| Associates | 34 |
| Lateral partner hires | 1 |
| Partner departures | 0 |
| Former senior enforcers who are partners/counsel | 16 |

Wilson Sonsini Goodrich & Rosati has climbed to 11th in our list of the world's best antitrust practices. The firm is ranked in only three individual GCR jurisdictions – Washington, DC, New York and Brussels – but has a highly regarded global antitrust team, with more than three-quarters of its partners recognised by *Who's Who Legal: Competition*. In addition, nearly 60% of its partners and counsel are former competition enforcers, further adding to the prestige of the group. The team's numbers have remained stable over the past year, with no partner departures and just one lateral partner hire in October 2019, with Kenneth O'Rourke joining from O'Melveny & Myers in Washington, DC.

Perhaps the firm's most high-profile work is done for Google. Wilson Sonsini represents the tech company in several investigations in different jurisdictions, including the US Department of Justice's wide-ranging probe into the search giant's conduct. The enquiry culminated in a lawsuit in October 2020, in which the agency alleges that Google illegally maintained monopolies over online search and search advertising through agreements intended to prevent competition. The filing of the action fell outside our research window, but Wilson Sonsini acted for the company in the run-up to the suit on issues related to online search, the company's mobile operating system Android and web browser Chrome. The firm is also lead outside counsel for the company in the Brazilian antitrust authority's investigation into alleged search bias.

On the deal side, Wilson Sonsini worked on multiple transactions that received in-depth investigations on both sides of the Atlantic. These included Illumina's purchase of Pacific Biosciences, which received a second request from the US Federal Trade Commission and underwent a Phase II review by the UK Competition and Markets Authority. The parties abandoned their transaction in January 2020 after both agencies raised concerns about the tie-up. A deal the firm worked on that had a happy ending was its representation of Middle Eastern ride-hailing app Careem in its sale to Uber. The transaction closed in January 2020 after being subjected to Phase II reviews by competition authorities in Egypt, Morocco and Pakistan, as well by the regional enforcer for the Common Market for Eastern and Southern Africa.

The firm is particularly active in the cartel space, holding on to the 10th place in our rankings of the world's best practices for that work area. Unsurprisingly, the vast majority of that work is confidential, but Wilson Sonsini obtained immunity for a client in one investigation, four non-immunity declinations and attended one dawn raid between May 2019 and May 2020.

Litigation work in the tech space also keeps Wilson Sonsini's competition lawyers occupied. The firm defended Twitter against a lawsuit filed by Freedom Watch against the social media company, Google, Facebook and Apple. The non-profit organisation had alleged that it was

- **20. Ashurst**
- **4. White & Case**
- **ALRUD**
- **ANJIE LAW FIRM**
- **Actecon**
- **Aequo**
- **Allen & Gledhill**
- **Analysis Group**
- **Anderson Mori & Tomotsune**
- **Axinn**
- **Basham, Ringe y Correa**
- **Bates White**
- **Blake, Cassels & Graydon**
- **Brattle Group**
- **CEG**
- **CMS**
- **Carey**
- **De Pardieu Brocas Maffei**
- **E.CA Economics**
- **ELIG Gürkaynak Attorneys-at-Law**
- **Fasken**
- **Gleiss Lutz**
- **Goodmans LLP**
- **Herzog Fox & Neeman**
- **Jipyong**
- **Kirkland & Ellis**
- **LCA Consultores**
- **McGuireWoods**
- **Mijares Angoitia Cortés y Fuentes SC**
- **O'Melveny & Myers LLP**
- **PLMJ**
- **Stikeman Elliott**
- **Sunland Law Firm**

 GCR

The competition team has also defended Qualcomm against the Federal Trade Commission's claims that the chipmaker's licensing practices enabled it to maintain a monopoly over certain chip markets. Although falling outside our research window, the US Court of Appeals for the Ninth Circuit Court ruled in favour of Qualcomm in August 2020, finding that the company's "no licence, no chips" policy did not impose an anticompetitive surcharge on the sales of chips by rivals, which a lower court had found to be the case in May 2019.

- **Wachtell Lipton Rosen & Katz**
- **Țuca Zbârcea & Asociații**