# Exhibit 5



`DEPARTMENT PROFILE`

# Wilson Sonsini Goodrich & Rosati
# Antitrust

5 ranked lawyers • Band 2 • District of Columbia • USA 2021

[View ranking table ↗](#)

| Chambers Review | Department Information | Ranked Lawyers |

# Chambers Review

Chambers Research is conducted by 200 Research Analysts, across 200 jurisdictions and provides nearly 6,000 rankings tables. Annually we collect hundreds of thousands of responses from clients, the majority via in-depth interview. Learn more about our methodology.

### What the team is known for
A dominant firm for matters involving the hi-tech sphere, acting for many of the most prominent technology firms in the USA. Also assists a wide variety of major financial institutions and life sciences companies. Offers strength across civil and criminal conduct investigations, antitrust litigation and transactional work.

### Strengths
A client reports: *"An excellent team, they work together seamlessly, understand the various dynamics at play with the regulators, and come up with creative and strategic ways to get us to the desired outcome."* **Work highlights** Acted for Google as co-lead counsel in a civil antitrust suit filed by 11 state attorneys general and the DOJ alleging unlawful monopoly maintenance in connection with the search and search advertising markets.

### Notable practitioners

[Jamillia Ferris](#) handles business-critical investigations before the DOJ and FTC for household-name clients.
*"She knows all the key players in the DOJ Antitrust Division and is able to quickly and accurately assess a situation and navigate the various personalities involved with ease. She is calm, thoughtful, practical and able to translate complicated issues in an easily understandable way to board members and executives."*

[Joshua Soven](#) represents tech, financial services and healthcare companies in DOJ and FTC investigations. He also handles complex antitrust litigation. He has previously held senior positions within the DOJ.
*"He is extremely knowledgeable, an excellent strategist and a great communicator."*

[Mark Rosman](#) is highly regarded for his work across a variety of antitrust matters notably including cartel investigations and criminal enforcement proceedings. He counsels clients involved in many of the largest cartel actions including auto parts, forex and capacitors.
*"He is a very good and strong lawyer."*

[Scott Sher](#) represents large corporate clients in merger review proceedings. He is a familiar face at the DOJ and FTC and also appears before international regulatory bodies. He is well known for his work on behalf of technology sector clients.
*"He is practical in dealing with complex issues and has deep knowledge." "He is extremely quick on his feet and he knows antitrust inside and out."*

[Susan Creighton](#) is a terrific attorney sought out by technology sector clients for representation in government investigations. She acts for clients facing anticompetitive conduct investigations as well as intervening on behalf of third parties seeking to block mergers.
*"She is a big-picture thinker." "She is smart and knowledgeable."*

# Department Information

ⓘ This Department has not yet supplied any additional information.

## Antitrust Department

Wilson Sonsini Goodrich & Rosati

**Website**
http://www.wsgr.com/

**Email**
washingtondc@wsgr.com

**Phone number**
+1 202 973 8800

**Fax number**
+1 202 973 8899

**Department location**
1700 K Street, NW
Fifth Floor
Washington, DC
District of Columbia
USA
20006-3814

[View Firm Profile]

# Ranked Lawyers

Chambers Research is conducted by 200 Research Analysts, across 200 jurisdictions and provides nearly 6,000 rankings tables. Annually we collect hundreds of thousands of responses from clients, the majority via in-depth interview. Learn more about our methodology.

## District of Columbia

**ANTITRUST**

| Jamillia P Ferris | View › |
| Band 4 | |

| Joshua Soven | View › |
| Band 3 | |

| Mark Rosman | View › |
| Band 3 | |

| Scott Sher | View › |
| Band 1 | |

| Susan A Creighton | View › |
| Band 1 | |

## About our Legal Rankings

Worldwide Law Firms Rankings

Worldwide Lawyers Rankings

## About us

Chambers Careers

Privacy

## Social

Linkedin

Twitter

Facebook

## Contact Details

No.3 Waterhouse Square
138 Holborn
London
United Kingdom

Wilson Sonsini Goodrich & Rosati Antitrust | Chambers USA Profile

Youtube

Instagram

EC1N 2SW

View in maps ↗

Contact Us

© Copyright 2021 Chambers and Partners | Terms and Conditions