# Exhibit 6

# Kenneth R O'Rourke

### Wilson Sonsini Goodrich & Rosati

1 Market Plaza, Spear Tower, 34th Floor

San Francisco

California

USA

94105

 202-973-8889       Contact via email      View in-depth analytics

## Global Leader

## Competition 2021                                    WWL Ranking: **Recommended**

We use cookies so we can provide you with the best online experience. By continuing to browse this site you are agreeing to our use of cookies. Click on the banner to find out more.

**Cookie Settings**          Accept All Cookies

O'Rourke Declaration Exhibit 6                    45