# Exhibit 7

 **GCR**

# Washington, DC's antitrust bar

Ron Knox
07 May 2013

The US capital's antitrust bar is on the verge of a generational shift – yet it remains as deep and talented as ever. Ron Knox and Katy Oglethorpe examine the top teams working in the hub of antitrust law.

Everything changes. Even in an antitrust market as mature as Washington, DC's, where practices and their leaders seem as stable as the city's cherished statuary, time ticks by nonetheless. Over the past few years, some of the city's most esteemed antitrust groups have begun ushering in new leadership or, at the very least, preparing for transitions that appear imminent. New partners arrive, poached from other firms or emerging from government service, while long-time partners appear on fewer and fewer matters. It's the way of the world, and in the US capital, those changes have begun to unfold.

While transitions in the leadership of legal practice groups are nothing new, there's a hitch in the US market that practitioners here have observed for years. Because of a precipitous downturn in enforcement during the late 1970s and 1980s, there has long been something of an age gap in the US antitrust bar. Senior partners and practice leaders in their 60s and 70s are joined by junior partners in their 30s and 40s, often with few partners in between. Those few US antitrust lawyers who remained focused on antitrust law despite the Reagan downturn in the 1980s and carried on in private practice are now sought-after commodities. Some firms have partners in this age group ready to take over practices and client relationships, and some don't.

"One of the things that stands out is that some firms don't have anyone between [the age of] 40 and 60," says Bruce Hoffman, partner at Hunton & Williams. In practices with few 50-something partners, transitions from one generation to the next can be tricky. "There are a number of firms out there looking for prime-of-their career antitrust lawyers with agency experience."

Indeed, this slow transition has created a competitive tension between antitrust practices. At some firms, young partners who are or may soon be practice leaders look at other practices with no clear transition plan and predict doom for the group once the senior partners step away. Meanwhile, senior partners at many firms look at the emerging sea of 40-something antitrust lawyers and brush them aside as inexperienced and unknown.

Many firms have sought top figures from the antitrust enforcement agencies to help bridge the gap between senior practice leaders and up-and-coming partners in their 30s and 40s. Other firms have recruited agency staff to start up antitrust groups in DC, often to complement established practice groups elsewhere in the US or overseas.

That process has, at least so far, raised more questions than answers about which groups will thrive and which may struggle over the next five or 10 years. At most firms, senior practice leaders are still in place and the transition to new groups may yet be some years away. But the process has clearly started, and practitioners here say it will shape the future of this leading antitrust bar.

**Elite**

For years, **Arnold & Porter** has been considered to have one of the best collections of antitrust lawyers in the district. Arguably, though, no group has undergone more top-level changes than the firm's DC team, with the departure of Michael Sohn, whom one rival calls "the best antitrust lawyer I've ever worked with," and Bill Baer, one of the most respected figures in the antitrust bar and former head of the Arnold & Porter practice. Sohn left to continue a full-time practice at Davis Polk & Wardwell and Baer to lead the US Department of Justice's antitrust division.

Deborah Feinstein, a nominee to The International Who's Who of Competition Lawyers, is now head of the practice, and the vast majority of her peers in the bar say she's the right choice to take over from Baer. Plus, observers say, Arnold & Porter still has the two things necessary for continued success: a strong team, including Who's Who Legal-nominated partners Jonathan Gleklen, Robert Pitofsky and Richard L Rosen, and a stellar client roster packed with Fortune 100 companies. Feinstein says because of the months that passed between Baer's nomination to the Justice Department and his eventual confirmation, the firm had time to prepare its antitrust group. "We miss him as a person," Feinstein says. "But we really never missed a beat."

A collection of younger lawyers, who Feinstein says are positioned to increase their profile, both among clients and within the antitrust bar, have replaced Baer. Feinstein points to merger and litigation specialist Michael Bernstein, white-collar and cartel expert James W Cooper and civil antitrust litigator James L Cooper as among those lawyers prepared to move the practice forward. Meanwhile, Feinstein herself has taken over many of Baer's cases and client relationships. And those clients remain, she says. "That hasn't changed. We're still getting calls from Fortune 10 companies." The firm's top-tier clients include General Electric, Visa, Wyeth, Philip Morris, British Petroleum, Cisco and Sony, as well as dozens of other top antitrust clients, including Fujikura in an auto parts investigation and Titan America in a Florida cement antitrust multi-district litigation that ended last year.

With one of the deepest and most skilled teams in the district, **Cleary Gottlieb Steen & Hamilton** remains a go-to firm for merger work. Cleary is very often the first – and sometimes the only – name spoken by the firm's rivals when asked to list the top antitrust practices in DC. "They do a very good job," one rival says of the firm. Who's Who Legal nominee David I Gelfand wins extensive praise. "He is one of the very, very best lawyers in Washington," another DC antitrust partner says. Of all of the firms in this survey, Cleary was also singled out as having perhaps the best generational balance. Gelfand is in the prime of his

career, while young and talented lawyers such as Leah Brannon – who won Lawyer of the Year Under 40 at this year's GCR Awards – continue to impress observers.

The team has led long-standing client Google through a series of acquisitions – including a complex patent portfolio acquisition as part of Motorola Mobility, and previous purchases of smaller search engines Admeld, AdMob and Doubleclick. Gelfand, one of four Who's Who Legal nominees at the firm, advised on Hertz/Dollar Thrifty, the four-to-three car rental merger that gained FTC approval last year after a two-year review. The firm also helped Western Digital gain conditional clearance of its acquisition of Hitachi's hard drive business.

The historically deal-focused practice is now equally at ease in the court-room. George Cary, another Who's Who Legal nominee, is defending travel technology company Sabre in litigation brought by US Airways after securing a settlement in a similar action brought by American Airlines. Mark Nelson acted for waterproof fabric maker WL Gore during a two-year Section 5 investigation by the FTC that the agency closed quietly last year without taking action. Members of the team are working on cases in multiple aspects of the DoJ's auto parts investigation and are counsel to a major bank in Libor-fixing investigations.

By virtue of both the antitrust group's work and its immense talent, **Covington & Burling** has entrenched itself among the top competition practices in the city. Over the past five years or so, the firm has revamped its antitrust group from the ground up, hiring practice co-leaders and Who's Who Legal nominees Thomas O Barnett and Deborah Garza from the highest ranks of the DoJ's antitrust division, then adding a talented group of lawyers from Howrey – including Who's Who-nominated counsel Alan M Wiseman. Another Who's Who nominee, partner Theodore Voorhees, has for the past year acted as chair of the American Bar Association's antitrust section. The team continued to expand its DC partnership last year, electing in-house candidates Michael Fanelli and Jonathan Gimblett.

Barnett says the team's workload has been steadily growing over the past two years. Barnett has been acting for headline client Expedia, which has been leading the way against online search leader Google's alleged anti-competitive conduct, and has been targeted in private litigation for allegedly striking deals with hotel groups to set minimum prices for rooms booked online. The firm is also advising Facebook in a range of matters, including helping the social network clear its buyout of Instagram with no conditions.

Counsels Wiseman and John Nields also remain active and influential in the practice. They both helped advise drug maker Merck in asking the US Supreme Court to decide the legality of pay-for-delay drug settlements. Wiseman is also handling his usual slate of litigation matters, including advising Union Pacific in the freight rail fuel surcharge price-fixing class action, and Citi in the Libor litigation. Wiseman is also assisting Barnett and others in advising Coach USA in follow-on antitrust lawsuits stemming from the OJ bus cartel investigation. Pixar is also a client.

The **Dechert** team that made its mark on Wholefoods/Wild Oats and Express Scripts/Medco continues to develop its reputation as one of the foremost firms in the district for merger work. The antitrust practice is involved in two of the most contentious deals this year – working for US Airways on its tie-up with American Airlines and for OfficeMax in its three-to-two merger with Office Depot. The team also acted for Polypore in its appeal of an Eleventh Circuit decision upholding the FTC's attempt to unwind its deal with Microporous.

Who's Who Legal nominee and deputy chair of the firm's litigation practice Paul T Denis gains particular recognition for his work, while James Fishkin was appointed by the DoJ as divestiture trustee and 'industry expert' in Grupo Bimbo/Sara Lee and the subsequent litigation between Grupo Bimbo and Flowers Foods.

The team successfully defended Dean Foods against a milk price-fixing claim and reached a largely favourable settlement for the company in another similar class action. Elsewhere, the team is defending Travelport in both a DoJ investigation and a private antitrust case against American Airlines that challenges the company's global distribution system travel agent business model.

**Hogan Lovells** has over the past two years continued its run as one of the strongest antitrust groups in the district. Led by Who's Who Legal nominee Janet L McDavid – whom one rival lawyer calls "formidable" when pitching for new work and advising clients – the team of 40 or so specialists includes three other Who's Who Legal nominees and an extensive global network that gives DC lawyers access to resources and clients around the world. The firm draws on a wealth of expertise – in antitrust and other legal issues – to help multinational companies navigate choppy antitrust waters.

The Hogan Lovells team spent the past year operating in industries that have attracted the interest of the antitrust agencies. The team was lead antitrust counsel for Verizon Wireless in its high-profile purchase of spectrum from four of the country's largest cable television providers – a deal that underwent extensive DoJ review before being approved with behavioural conditions. Logan Breed and others advised Research In Motion in the Rockstar Bidco consortium's purchase of a patent portfolio from Nortel, while health care partner Robert Leibenluft has appeared on multiple matters, including acting for Fresenius Medical Care.

While all Hogan Lovells partners deal with the government at one time or another, the team also includes a number of courtroom-tested litigators – including former prosecutor and Who's Who Legal nominee J Robert Robertson – to help hash out lawsuits when needed. Litigation partners Corey Roush and Benjamin Holt spent part of 2012 acting for a group of plaintiffs in a lawsuit against a closed merger between Express Scripts and Medco. On the cartel front, the team is involved in three major, public investigations: it

is acting for one of the banks involved in the ongoing LIBOR investigation, and companies involved in the auto parts and automotive shipping cartel probes.

Earlier this year, former FTC official David Wales took over from partner and Who's Who Legal nominee Phillip A Proger as head of the global antitrust practice at **Jones Day**. Proger spent 20 years at the helm, but now Wales will take his turn leading a group that blends considerable antitrust experience with a young core of lawyers active on a range of matters. Proger, Kathryn M Fenton, J Bruce McDonald and Joe Sims are all Who's Who Legal nominees. For a decade Sims has been one of the top names in antitrust globally. Now, rivals say they see him less and less, except on the largest of deals. Wales says that despite his focus on building the firm's presence in California, he still maintains a robust antitrust practice. But Wales points to young partners such as Michael Knight and others as the future of the group – one that remains on the hunt for opportunities to grow. "We're going to continue to grow, and grow aggressively," Wales says. "We're not going to be the firm that rests on its laurels."

Leadership changes aside, the firm maintains one of the, if not the best antitrust merger practice in the country. Over the past year, Jones Day partners have played a starring role in three of the most contentious mergers in the country: acting for Hertz in its merger with Dollar Thrifty, which was GCR's top merger in the Americas last year; for Goodrich in its unprecedented deal with UTC; and for American Airlines in its pending deal with US Airways. Handling those matters alone would be an outstanding year at any antitrust shop, but the Jones Day team did even more, acting for Aetna in its tie-up with Coventry Healthcare, ABB in a merger matter and more besides.

The firm also maintains a solid docket of behavioural maters. It has acted for auto parts Yazaki in both the government prosecution and the private follow-on class actions surrounding the auto parts cartel cases. The team also helped Sirius XM resolve a private lawsuit challenging the 2008 merger that created the company. Toby Singer and others also advised Lee Memorial Health System in its amicus brief to the US Supreme Court backing the state-action doctrine as a shield against the application of the federal antitrust laws.

Arguably, there's no antitrust litigation shop in the district more respected and capable than the team at **O'Melveny & Myers**. While the firm offers clients a full-service practice if needed, it is a litigation firm through and through. The team includes some of the top stand-up courtroom practitioners in the country, including practice leader and Who's Who Legal nominee Richard G Parker. Indeed, the DC-based antitrust group has found itself involved in an impressive list of litigation matters in courtrooms across the country. Without a corporate practice to lean on for work, Parker says the docket at O'Melveny has been earned every step of the way. "We get business the old-fashioned way," he says. "We compete for it on the open market."

Parker, partner Ian Simmons and others (along with lawyers from Gibson Dunn & Crutcher) are on the other side of government prosecutors in the Do<s>J's single-</s> O'Rourke Declaration Exhibit 7 Apple in the 5 e-books matter. Simmons is also

taking the lead for Marriott in a private class action accusing it of conspiring, along with other hotel chains and online travel agents, to set price floors for hotel rooms – a case that is likely to test whether a resale price maintenance case can survive a rule-of-reason review in court. The team is also acting for Asiana Airlines in the air cargo class action pending in New York. Simmons and others helped Samsung escape the indirect purchaser claims in the LCD litigation and are continuing to advise the company in the direct purchaser and opt-out claims there, and in the optical disk drive and lithium battery litigations.

Other work includes winning a favourable settlement for Agrium in the potash litigation; acting for Honeywell in a monopolisation lawsuit in Arizona, as well as in several other antitrust matters; and advising BGI Shenzhen in its successful bid for Complete Genomics – the first time a Chinese company has purchased a publicly traded company from the US. The firm is also involved in the auto parts cartels in several respects.

The talented antitrust group at **Skadden Arps Slate Meagher & Flom** made a significant addition to its team this year, hiring Sharis Pozen, the former acting assistant attorney general at the DoJ's antitrust division, as a partner in the DC office.

Skadden has worked on some of the largest and most high-profile mergers to come before the antitrust agencies in recent years. Who's Who Legal nominee Steven Sunshine this year acted for AB InBev in its controversial purchase of Grupo Modelo, for Sprint in both its sale of a majority stake to Japan's SoftBank and in its US$2.2 billion purchase of Clearwire. The team also advised on several significant transactions in the energy sector, representing Duke and Progress in the creation of the US's largest utility.

The group represented Watson Pharmaceuticals both in its acquisition of Actavis, which gained conditional FTC approval in October, and in the commission's seminal 'pay-for-delay' lawsuit before the Supreme Court. In other contentious matters, Skadden acted for Entergy in a DoJ monopoly investigation that closed without action and represents natural gas company KeySpan in two follow-on class action litigations. The team is also involved in the air cargo cartel, on behalf of KLM, and railroad fuel surcharge, for Norfolk Southern.

**Wilmer Cutler Pickering Hale and Dorr** counts three Who's Who Legal nominees in its DC partnership – James W Lowe, Thomas Mueller, who co-chairs the firm's antitrust group, and William J Kolasky, who this year received GCR's Lifetime Achievement award.

The team is currently advising Denso, a Japanese auto parts maker, in the DoJ's criminal price-fixing investigation of the industry. Denso reached a US$78 million settlement with the DoJ last year – significantly lower fine than many of its co-conspirators. The team is also advising Schaeffler in a ball-bearings cartel investigation, and it is working for natural gas company Chesapeake Energy in an investigation into a leasehold acquisition.

Apple remains a key client on both sides of the Atlantic. Members of the DC office successfully represented the company in the "trial of the century", when a jury in a federal court in San Jose, California, returned a decisive verdict on 24 August in favour of Apple in the Apple/Samsung case. WilmerHale is acting for JP Morgan in municipal bonds litigation and for the Royal Bank of Scotland in Libor litigation. The firm is also acting for Phoebe Putney in its state-action immunity case before the FTC that reached the Supreme Court this year, and for Cephalon in an action brought by the FTC and in related direct and indirect class suit. On the merger clearance front, the firm has handled a number of significant second requests over the last year. Most noteworthy was its representation of International Paper, the largest pulp and paper manufacturer in the world, in its US$4.3 billion acquisition of corrugated packaging maker, Temple-Inland.

**Highly recommended**

Who's Who nominee John Briggs says the DC office of litigation and antitrust boutique **Axinn Veltrop & Harkrider** had its best year ever in 2012, specialising in a blend of litigation and government cartel defence work. The three-partner, one-counsel group works as a kind of counterbalance to the firm's prominent New York office, where the lawyers more often find themselves handling merger matters. That said, the two offices work in lockstep on a variety of antitrust matters.

Briggs and the DC group at Axinn are advising Independence Blue Cross in an antitrust class action in Alabama challenging the insurers' contracts with health-care providers. Briggs also helped guide Affinia and Wix Filtration to a mild US$2 million settlement to end its exposure in the automotive filters multi-district antitrust case. Last year, Briggs was also involved in multiple other matters, including acting for a client in the auto parts industry. DC partner Michael Keeley acted for Omnicare in its bid for PharMerica, which was dropped after the FTC sued to block the deal. Keeley has also done extensive work for SunGuard Data Systems alongside his partners in New York.

**Baker Botts** inherited the core of the Howrey antitrust group after its collapse, including Who's Who Legal nominees Sean FX Boland, James Rill and John Taladay. Boland says the ex-Howrey cohort were a "neat fit" with Baker Botts, sharing the firm's expertise in energy, life sciences and the high-tech industries. The firm continues to foster strong links to the energy sector, last year advising National Oilwell Varco in its US$2.5 billion acquisition of Robbins & Myers, which the DoJ cleared after a second request.

Taladay was made head of the Washington, DC, office in March. He acts for Philips Electronics in the cathode ray tube cartel case, helping the company escape US prosecution and negotiate a favourable settlement, despite being subject to the highest fine in Europe. The firm is also involved in three auto parts cases and represents South African Airways in the air cargo cartel litigation. The team also has strong international experience; with partner Charles Webb acting for a company implicated in Saudi Arabia's first antitrust

The DC-based antitrust team at global leader **Baker & McKenzie** has grown significantly over the past few years and aims to continue the expansion as business grows. Since adding Who's Who Legal nominee H Stephen Harris Jr and fellow DC partners Katherine Funk and Lee Van Voorhis in mid-2011, business in the DC office has indeed grown considerably, the firm says. DC practice revenues in 2012 were more than 50 per cent higher than in 2011 and the firm projects even more growth in 2013. To help support that growth, the firm hired senior associate Brian Rafkin from the DoJ, and added Jeremy Cline from a rival firm. Funk says there's still a need for further growth. "We're looking to add partner bandwidth in DC," she says, particularly in the white-collar criminal antitrust practice.

The list of matters handled by partners in the DC office is indeed impressive. Van Voorhis is going to bat for Phoebe Putney Health System in its administrative case before the FTC. Funk and partner Brian Burke did what they could to help PLX Technology to close its two-to-one deal with Integrated Device Technology before FTC pressure forced the parties to walk away. But Funk's efforts were successful in helping dialysis company Fresenius Medical Care buy Liberty Dialysis holdings after the companies agreed to sell off 60 clinics in 43 local markets.

The antitrust team at **Cadwalader Wickersham & Taft** has proved time and again it can punch far above its weight in the DC market. With six partners in the District – including Who's Who Legal nominee Charles F "Rick" Rule and rising star Jonathan Kanter – the team has advised major clients in some of the most contentious antitrust matters in the US over the past two years.

The team's headline cases include advising US Airways in its proposed tie-up with American Airlines – one of the most prominent and contentious deals of the past year. Work continued apace for US Airways in other matters as well, including its litigation against Sabre Holdings. The firm also helped guide long-time client Microsoft in a number of matters last year, including several patent purchases, its involvement in standard-essential patent matters – primarily as the target of infringement actions – and in its war of attrition with rival Google. Over the past 18 months or so, the firm also advised myTriggers, a smaller vertical search site, in a lawsuit targeting Google's core search product.

As well as working on some of last year's most high-profile deals, **Crowell & Moring** says it is experiencing an "explosive" growth in litigation work. The team, headed by Randolph Smith and Robert Lipstein, saw its litigators win four Twombly motions to dismiss in a row in summer 2012, and the firm continues to hire a number of litigation specialists to meet the growing demand. The team continue to act for Amazon in antitrust litigation brought by independent booksellers at a court in New York, and are representing companies such as AT&T and Motorola in bringing LCD lawsuits that have so far generated over US$100 million in settlements.

In merger work, the practice led the way for United Technologies in its multi-jurisdictional purchase of Goodrich, the largest aerospace deal in history, assisted Dupont Pioneer in obtaining South African clearance for a contested acquisition of Pannar seed company, and is representing Coventry Health in its US$5.7 billion sale to Aetna.

Who's Who Legal nominee D Bruce Hoffman leads an impressive and growing antitrust group at **Hunton & Williams** in Washington. Hoffman is backed by a lean but impressive group of lawyers, including fellow Who's Who Legal entrant Ray V Hartwell III, litigator Wendell Taylor, and newly promoted partners Ryan Shores and Amanda Wait, who could be the youngest antitrust partner in the district. The team has taken on major work over the past year, including advising Blue Cross Blue Shield Michigan in the DoJ's lawsuit challenging its most-favoured nations contracts with hospitals – a lawsuit that fell by the wayside after Michigan banned such clauses altogether. The team also advised Universal Music Group in its controversial deal with EMI, which was one of the most difficult and notable transactions of the year. With such top-tier work, combined with the firm's considerable cartel portfolio for both companies and executives, the Hunton practice appears poised to leapfrog many of its rivals in the bar.

The antitrust team at **Kirkland & Ellis** grew again last year, bringing its DC antitrust partnership numbers to a staggering 32 and making it the largest antitrust partnership in the district.

Who's Who Legal nominee and partner at the firm Mark L Kovner says the team represented parties in around 10 per cent of all US merger filings last year on behalf of both private equity companies and public companies. Significant matters include acting for Constellation Energy in its merger with Exelon Corporation; 3G Capital in its US$28 billion acquisition with Berkshire Hathaway of Heinz and Bristol-Myers Squibb in its acquisition of Amylin. In the courtroom, the firm is defending the Blue Cross Blue Shield Association in class actions challenging the structure of Blue System. The team successfully defended Facebook against litigation brought by an app maker, and on behalf of Research In Motion helped dismiss claims that the BlackBerry maker monopolised 'reduced qwerty' keyboards for mobile phones. The firm is involved in numerous matters in the pharmaceutical patent litigation settlement area, including representing Upsher-Smith in its petition to the US Supreme Court in connection with patent settlement of the drug K-Dur.

At **Latham & Watkins**, global antitrust head Michael Egge now spends most of his time in Brussels, leaving fellow Who's Who Legal nominees Margaret M Zwisler and senior litigator Abbott "Tad" B Lipsky Jr as prominent figures in DC. The firm last year promoted Amanda Reeves to partnership, while FTC commissioner Thomas Rosch rejoined his old firm in February, splitting his time between DC and San Francisco.

The team is particularly active on the merger side, with nine major deals in the pipeline, including GeoEye/Digital Globe in the geospatial industry. Last year they advised Lucasfilm on its purchase by the Walt Disney Company; Safran in its purchase of Goodrich's aerospace electrical power system as part

of the merger with United Technologies; and Watson in its purchase of fellow pharmaceutical company Actavis. In litigation, Zwisler is acting for Highmark Blue Cross Blue Shield in its long-running court room battle with UPMC, while the firm is also representing Sumitomo in auto parts matters and is leading the class action defence in air cargo litigation on behalf of Singapore Airlines. The team is also working for Actavis on a number of "pay-for-delay" disputes.

The talented team at **Mayer Brown** has been involved in a string of impressive antitrust matters over the past year. The group is led by Robert E Bloch; he and partner Richard J Favretto both feature in Who's Who Legal.

The team is counsel to Nestlé in its purchase of Pfizer's infant nutrition business, helping to coordinate filings in multiple jurisdictions and obtaining clearances in seven at the time of going to press. Nestlé is also a client in multi-district class actions alleging chocolate price-fixing. In other contentious matters, the team this year reached a settlement on behalf of potash maker Mosaic Company, while Favretto is acting for BNSF Railway in a class action alleging a railroad fuel surcharge conspiracy. With an established presence in the health care field, Mayer Brown is also acting for Solvay Pharmaceuticals in a pay-for-delay case against three generic drug makers that is pending before the Supreme Court. The firm is particularly highly regarded for its strength at appeal level, and it has a number of dedicated appellate lawyers who work within the antitrust practice.

The talented antitrust practice at **McDermott Will & Emery**, led by Who's Who Legal nominee Joseph F Winterscheid, has expanded both laterally and internally over recent months. The start of 2013 saw the promotion of three associates to partnership, while last year partner Warren Rosborough rejoined the firm after a stint as a trial attorney at the DoJ's antitrust division.

Acting for brewery Constellation in AB InBev/Grupo Modelo, Who's Who Legal nominee Raymond A Jacobsen Jr helped develop innovative commitments that represent both the largest divestiture in US merger history and the first transaction reliant on hypothetical market share. The firm has a strong reputation for health-care work, helped by the presence of Jeffrey Brennan, former head of the FTC's health-care division. Brennan has advised on numerous health-care matters over the last year including the contested ProMedica/St Luke's, and DaVita's approved purchase of KRU Medical Ventures in the dialysis sector. Elsewhere, the practice is defending long-standing client Mars in price fixing litigation dating back to 2007.

The Washington practice at **Paul Hastings** has had a banner year. Led by the highly regarded Michael Cohen, the firm added partner and Who's Who Legal nominee MJ Moltenbrey from Dewey & LeBoeuf last year, capping off multiple strategic additions to the practice in offices around the country. "The strategy was to build the practice that fit with what we saw happening in the world," Cohen says, which included adding to the bench in DC, stretching into the vibrant San Francisco market and growing organically in Europe. The practice now includes 23 lawyers in the district handling the full range of antitrust deals and litigation matters and before enforcers.

Headline matters have filled the firm's docket over the past 18 months or so. None loom larger that its work for American Airlines – a long-time client of both the firm and Moltenbrey – in its pending tie-up with rival US Airways that is under review at the DoJ. The group is also acting for eBay in the government's anti-competitive hiring practice lawsuit against it, and Twin America in the antitrust division's New York tourist bus case. It advised Dow Chemical in a price-fixing trial in Kansas City; LG in the LCD litigation; Korean Air in the ongoing air cargo class actions, and hosts of other high-profile work.

The DC-based antitrust group at **Weil Gotshal & Manges** remains one of the strongest deal teams in the district. The DC team, led by Who's Who Legal nominated partner Steve Newborn, has been acting in as many as five mergers subject to a second request from the US antitrust agencies over the past year, and Newborn says he's seen no sign of those high-stakes deals slowing. Still, Newborn says the DC team has seen an uptick in litigation matters as of late – enough to equal about 40 per cent of their work over the past year.

Newborn and the DC team advised Johnson & Johnson on its purchase of Synthes, which the FTC cleared with divestments. They saw Kinder Morgan through the FTC's challenge of its purchase of El Paso Corporation, as well as helping Sherman Williams, Staples, Walgreens and numerous other clients close deals worth tens of billions of dollars combined. On the litigation front, the team is assisting its New York partners in advising Simon & Schuster in the e-books matter, and is teaming with Baker & McKenzie in their defence of Phoebe Putney Health Systems in its administrative trial before the FTC – a case that has now been to the Supreme Court and back.

The addition of former DoJ official Joshua Soven to the DC-based antitrust team at **Gibson Dunn & Crutcher** has added even more depth and ability to an already talented group. Who's Who Legal nominees Joseph Kattan PC and Jarrett Arp feature in the DC team, which often works in tandem with the talented teams and practice leaders in New York, Los Angeles, Dallas and San Francisco. Soven brings significant agency expertise to the office, especially in merger work, where he has years of top-level experience. But he says the firm has quickly integrated him into matters on all sides of the antitrust group, including courtroom work.

It's been an active year for the practice. Arp and others have assisted the firm's New York partners in advising UBS in the Libor investigations and class actions. DC lawyers from Gibson Dunn advised Comcast in its monopolisation case that went to the US Supreme Court. The Gibson team has been front and centre for Apple in its ongoing litigation against the DoJ in the e-books investigation. Soven and others are also advising BNSF in the rail surcharge class action.

By both design and personal predilection, the antitrust group at **White & Case** has attracted lawyers who thrive when advocating for clients locked in matters that touch on issues of due process, right to access and a handful of other novel legal questions that blaze a trail between the constitution and the

antitrust laws. "We're actually creating rights that help the average guy," says Mark Gidley, the group's practice leader and a Who's Who Legal nominee. While "average guy" might not precisely capture what White & Case does – their clients include enormous corporations such as Toshiba, Pfizer and so on – the philosophy of challenging the status quo and embracing what Gidley calls "counter-cultural ideas" is something the DC antitrust group prides itself on.

Headline matters abound over the past year. Gidley and partner Christopher Curran advised Toshiba in one of the rare price-fixing class actions to actually go to trial. A jury found the company guilty – a harsh result, given the company went unindicted by government prosecutors. But the firm has hung its hat on the final price tag: US$30 million in damages by way of a settlement – only a fraction of what the plaintiffs had requested. Meanwhile, partner Eric Grannon and others have advised Par, Paddock Laboratories and others in the AndroGel pay-for-delay case that eventually reached the US Supreme Court and which is likely to decide the legality of such patent settlement deals. Novartis is also a client, as is Sherman Williams, Warner Chilcott in a product-hopping pharma case the FTC has taken an interest in, and Depo Auto Parts – a client being advised by cartel specialist Peter Carney.

The DC-based antitrust specialists at **Wilson Sonsini Goodrich & Rosati** continue to be among the go-to advisers for high-tech companies facing major antitrust issues. Practice leader and Who's Who nominee Susan Creighton was GCR's most recent Lawyer of the Year, and fellow Who's Who Legal nominee Scott Sher is a true star of the antitrust bar. But the DC team has considerable depth; partners Seth Silber, Mark Rosman and others round out the practice. The Wilson Sonsini team blends deep agency experience with private sector know-how and a Silicon Valley pedigree tailor-made to understand and advise at the cutting edge of antitrust matters.

Creighton and the Wilson Sonsini team were front and centre last year in advising online search leader Google in the FTC's multi-faceted investigation of company's alleged bias in listing search results – an investigation that ended without any changes to the company's core business and only minor changes elsewhere. The investigation dominated headlines for months and, by all accounts, was a clear victory for the company and its antitrust counsel. But the firm's list of tech clients stretches far beyond Google. Rosman and the team are advising Bazaarvoice in the DoJ's challenge of its merger with PowerReviews – a matter that seems destined for trial. Pandora, Twitter, voice recognition software company Nuance and telecoms company T-Mobile are also on the firm's client roster, along with LiveNation, Caregroup and others.

**Recommended**

After some years on the hunt for top talent, magic circle firm **Allen & Overy** expanded into the DC market last year with the hire of former DoJ criminal enforcement head John Terzaken, who will lead the firm's criminal antitrust practice. Since joining the firm, Terzaken has been working alongside New York-based partner <u>Elaine Johnston</u> and in tandem with the firm's strong London-based practice, offering guidance to clients new and established on the DoJ's

criminal programme. While recused from some DoJ matters – and recused from appearing before the antitrust division for the time being – he says the DC practice has plans to expand considerably over the next few months, in terms of both its size and its level of activity.

The antitrust team at **Baker Hostetler** was another clear winner when the Howrey law firm collapsed two years ago. Baker Hostetler picked up the former co-chair of Howrey's antitrust group, Robert Abrams, along with a team of talented antitrust attorneys and litigators. Now, the firm boasts nine partners and eight other lawyers in its antitrust group in the Washington, DC, office, including talented litigators Lee Simowitz and former Mayer Brown partner Jonathan Lewis. The firm has recently advised the plaintiff class in the Southeastern Milk Antitrust Litigation – which was nominated for GCR's Litigation of the Year in 2013 – along with Nippon Cargo in the ongoing air cargo cartel litigation, headline client Caterpillar in an unfair competition lawsuit and the National Association of Music Merchants in a multi-district class action. Other clients include ThyssenKrupp, TransDigm, Yusen Logistics and others.

The global antitrust group at **Bingham McCutchen** has made major moves over the past year to build its practice in offices around the country and in Europe. Ed Henneberry, formerly of Orrick Herrington & Sutcliffe, now splits time between DC and London, while the team made an impressive splash last month by hiring former government officials Darren Tucker and Michael Whitlock from the FTC and DoJ respectively. The firm says it now has 17 partners in its antitrust group in Washington. While it declined to name its clients, it says it is involved for a company in the auto parts cartel investigation and two financial institutions in DoJ investigations of rate setting.

**Cooley** is "suddenly on the map", says one rival practitioner. Since the firm opened its Washington, DC office in 2005, the antitrust practice has seen the arrival of highly regarded partners Jacqueline Grise and Marc G Schildkraut and of counsel Mark Schechter, who were accompanied by strong reputations and several clients. Who's Who Legal nominee Schildkraut brought with him several large clients from the oil and gas industry, and is working for Tesoro on the acquisition of BP's Southern California refining and marketing business and of Chevron's northwest system. Grise meanwhile led the Cooley team representing Berlesmann in its merger with Pearson; the US was the first jurisdiction to approve the six-to-five publishing deal. The east-coast firm also maintains strong connections with the life sciences, bio technology and social media sectors.

The DC antitrust contingent of **Davis Polk & Wardwell** interact closely with the top-tier New York practice, collaborating on several high-profile matters over the last year. Who's Who Legal nominee Michael N Sohn heads the practice. The firm has an enviable presence in financial services, representing a number of major institutions, including Bank of America in Libor. The antitrust practice is closely integrated with the firm's powerful M&A division, and over the last year Sohn and his team have advised Campbell Soup on its US$1.55 billion acquisition of Bolthouse; have acted for Comcast in connection with the

NBCUniversal joint venture and in the Verizon spectrum buyout, and represented CVS Caremark in its successful US$1.25 billion acquisition of the Medicare prescription drug business. The practice is also active in health-care litigation, and is involved in a number of reverse payment cases.

**Freshfields Bruckhaus Deringer**'s US antitrust boutique boasts an impressive five partners in Who's Who Legal, including practice leader Paul Yde and former FTC head Terry Calvani. While the practice benefits from being part of close-knit global network, Yde says an increasing amount of the team's work is homegrown, and the team have been involved in most non-criminal agency investigations of the last few years. They acted for Hachette in the e-book investigation and related damage claims, for Bank of America in the DoJ's credit-default swaps investigation and negotatied a US$7.8 million settlement on behalf of Emirates in air cargo. On the merger side, Yde led a team advising EMI on the twin sales of its music publishing and recorded music businesses, while the team also acted for Xstrata in the US side of its US$39 billion sale to Glencore.

The antitrust group at **Kilpatrick Townsend & Stockton** appears to be another team on the verge of a significant transition among its leadership. The firm hired Melanie Sabo from the FTC last month, building the DC group to three partners. However, long-time leader Constance Robinson says she's planning to leave full-time practice in the relatively near future and the team is preparing for a leadership change. But work in the DC office continues apace, particularly in the litigation space, where it is representing The Collegiate Licensing Company in the NCAA litigation, which has accelerated in the past two years, as well as AT&T Mobility and Chrysler in two separate antitrust litigations. Equifax is also a client, as is Zodiac Aerospace on the merger front, and the firm is advising a handful of companies in responding to government demands for information otherwise.

The team at **King & Spalding** is talented and poised to grow. With seven partners in DC and others in Atlanta and New York – including former DoJ official Wendy Waszmer, who joined the firm in April – the firm has maintained stride in the absence of former antitrust practice head Kevin Sullivan, who retired in December. Jeffrey Spigel has led the group since 2010, and says that transition period has allowed the practice to keep its clients and cases on track. Energy and health care has been the practices focus of late, although most of the firm's current slate of work remains confidential. Litigation clients include Intercontinental Hotel Group, Bank of America and USPS, and it is also advising Clariant, the divestiture buyer, in the Ecolab/Permian deal reviewed by the DoJ.

**Morrison & Foerster** welcomed noted litigator and Who's Who Legal nominee Roxann Henry to the DC office in May. Headed by Stephen Smith and David Meyer, the DC practice now counts eight partners, and Henry says it is experiencing its busiest time yet.

The firm has close links with Japan – the Tokyo office recently celebrated its 25-year anniversary – and this is reflected in much of the antitrust work

completed recently. DoJ represented Intel in its investment in computer

chip company ASML, Hitachi in the sale of its hard disc business to Western Digital and Japanese telecoms SoftBank in its purchase of Sprint. In litigation, Henry is defending Panasonic in civil litigation involving lithium ion batteries, and Smith led JPMorgan Chase Bank and other defendants in July to a summary judgment in a class action involving ATM interchange fees. Meyer is also acting for Amadeus IT in connection with the DoJ's global distribution systems investigation.

The three-partner team at **Paul Weiss Rifkind Wharton & Garrison** punches above its weight, helped in part by close integration with the firm's powerful New York office. Practice co-chairs Joseph J Simons and Kenneth Gallo, both Who's Who Legal nominees, bring complementary strengths. Simons brings his experience as former head of the FTC's bureau of competition to government and merger work, while seasoned trial lawyer Gallo is highly regarded in the courtroom.

Gallo is counsel to MasterCard in an array of matters, and recently secured the dismissal of litigation brought by ATM operators, as well as a US$7 million settlement with a class action of retailers who claimed damages of US$100 million. The firm also acts for Delphi in auto parts, for Sharp in four LCD civil cases in for Newscorp in a lawsuit brought by Dial and Heinz relating to alleged abuses in the coupon market. In merger matters, the practice represented Ericsson in the Rockstar consortium and Time Warner in the Verizon spectrum buyout. The team were also selected as special counsel to the FTC during the agency's Section 5 Google probe.

After years looking for the right fit to build its DC antitrust group, Chicago mainstay **Sidley Austin** made a major move last month, hiring former FTC officials Kenneth L Glazer, William Blumenthal and Karen Kazmerzak to anchor the firm's DC office. All three come to the firm with extensive private and public sector experience – Blumenthal was head of the Clifford Chance practice after leaving the FTC, while Glazer and Kazmerzak joined Sidley from K&L Gates. While it's early days, observers in the bar say the hires indicate a major shift in Sidley's DC profile and ability, which will complement the firm's capable partners in Chicago, New York, Brussels and elsewhere.

**The best of the rest in Washington, DC:**

Morgan Lewis & Bockius

The firm's Washington antitrust practice, led by Scott Stempel, remains a go-to destination for major litigation and transactional work. The firm handles a considerable amount of private equity work on the transaction side, along with advising core clients Pfizer, HSBC, BHP Billiton, Pearson and others. The team has been involved in a number of top multi-district class actions, including those alleging price-fixing conspiracies in the LCD, CRT, aftermarket auto lights and fasteners.

Ropes & Gray

The Ropes & Gray antitrust team continues to have a significant presence inside the Beltway. Partner Mark Popofsky leads the way for a talented group that features considerable expertise in partners Michael McFalls and several dedicated associates. Popofsky and others are advising Instron in a private class action against plaintiff Advanced Technology Corporation, the antitrust allegations of which were dismissed in February; Pfizer as an intervener in the FTC's Cephalon litigation; and Hitachi-LG Data Storage in the optical disk drive follow-on class action, along with a number of other top cases.

Steptoe & Johnson

Who's Who Legal nominee Kenneth P Ewing leads the DC antitrust practice at Steptoe & Johnson, where he handles cases before both US and European competition authorities. Ewing is flanked by partners Timothy Walsh, Edward Schwartz, Chong Park and others, as well as senior partner David Roll, who was an FTC official before joining the firm in 1975. The team is a long-time antitrust adviser to Stolt-Nielsen, advised Japan Air in the air cargo cartel litigation, represented Maryland & Virginia Milk Producers in the now-settled Southeastern milk antitrust litigation, as well as a number of other prominent matters.

Vinson & Elkins

Vinson & Elkins, one of the top antitrust groups in Texas, features partner and Who's Who Legal nominee Neil W Imus in its Pennsylvania Avenue office. Craig Seebald leads the firm's antitrust practice from DC, where top partner William Vigdor also works. The DC team has had an active year on all fronts, advising Permian Mud Service in a tie-up with Ecolab that the DoJ cleared after the companies agreed to remedies. Seebald and others have been advising Hitachi in the lithium ion battery and optical disk drive and flash memory price fixing class actions, as well as a number of other cases.

Kaye Scholer

The antitrust leadership of Kaye Scholer is shared between New York and Washington, DC, where partner and practice co-head Robert Bell is based. Kaye Scholer's team combines a significant private antitrust and class action practice with the experience needed to handle agency work as well. DC partner Claudia Higgins, a former FTC official, has been active in a number of high-profile matters over the past year or so, including acting for Norfolk Southern in the rail freight surcharge antitrust litigation, Novartis in its purchase of Fougera Pharmaceutical, MacDonald Dettwiler and Associates in a cross-border transaction and other matters. Meanwhile, Bell has been acting for clients involved in government price-fixing investigations.

Baker & Miller

Who's Who Legal nominees Todd Miller and **Donald I Baker** lead the Washington, DC antitrust boutique of Baker & Miller. (Full disclosure here: GCR's Washington, DC, bureau is neighbours with the firm's offices.) The group has an active antitrust docket for significant clients. Miller helped guide Dairy Farmers of America to a settlement agreement with plaintiffs in the southeastern milk antitrust litigation in January. He is also acting for TRAM in the private follow-on case stemming from the DoJ's auto parts investigation, and has previously advised Qantas in litigation related to airline passenger surcharges.

Squire Sanders

The Squire Sanders group in DC grew significantly earlier this year with the arrival of a sizeable part of the antitrust practice at Akin Gump, including practice leader Mark Botti and partners J Brady Dugan and Anthony Swisher. Botti brought with him a significant amount of private and public sector experience, having served at the DoJ for 13 years before moving to private practice and working extensively in the health care sector and on matters with both antitrust and intellectual property issues. Dugan also served at the DoJ – he spent more than 15 years in government – and adds extensive criminal antitrust ability to the Squire Sanders bench.

Related Topics

United States of America

---

Ron Knox

Author | Editor-at-large

ron.knox@lbresearch.com

| View full biography |
| --- |