The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, SEAN COLVIN, SUSANN DAVIS, DANIEL ESCOBAR, WILLIAM HERBERT, RYAN LALLY, HOPE MARCHIONDA, EVERETT STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | CASE NO.: 2:21-cv-00563-JCC |
| DARK CATT STUDIOS HOLDINGS, INC., and DARK CATT STUDIOS INTERACTIVE LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | CASE NO.: 2:21-cv-00872-JCC<br><br>**DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF CO-LEAD INTERIM COUNSEL FOR PROPOSED DEVELOPER CLASS** |

Declaration of W. Joseph Bruckner
2:21-cv-00872

1

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

1. I am an attorney licensed to practice in the State of Minnesota and have been admitted to practice in several courts across the country. For over thirty years I have been a partner with the firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"), attorneys of record for Plaintiffs Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively "Dark Catt"), in the action *Dark Catt Studios Holdings, Inc. v. Valve Corp.*, No. 2:21-cv-00872 (W.D. Wash.).

2. I submit this declaration in support of the accompanying Plaintiffs' Motion for Appointment of Co-Lead Interim Counsel for Proposed Developer Class Pursuant to Federal Rule of Civil Procedure 23(g)(3). I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

3. I am committed to prosecuting this case. If the Court appoints my firm as co-lead counsel in this litigation, I will devote myself personally to its leadership.

4. LGN specializes in antitrust litigation. For over 40 years we have prosecuted antitrust cases on behalf of large and small business injured by price-fixing, bid-rigging and other violations of the antitrust laws. We also practice in securities, environmental, employment, health care, commercial, intellectual property and telecommunications law. We have particular expertise in complex litigation, including federal multidistrict litigation. Our attorneys are skilled in pursuing and managing large complicated cases efficiently and cost-effectively. From this solid foundation, we regularly produce positive results for our clients and class members. In the last ten years alone, antitrust cases in which LGN played a significant role have recovered more than $2 billion. Examples of the complex cases we have led include the following.

5. LGN serves as Plaintiffs' co-lead counsel in *In re Broiler Chicken Antitrust Litig.*, Case No. 1:16-cv-08637 (N.D. Ill.), appointed by the Honorable Thomas Durkin. We have obtained approximately $170 million in settlements with some of the defendants for the benefit of the class members.

Declaration of W. Joseph Bruckner
2:21-cv-00872

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

6. LGN serves as Plaintiffs' co-lead counsel in *In re Pork Antitrust Litig.*, Case No. 18-cv-1776 (D. Minn.), appointed by the Honorable John Tunheim. We have obtained $107.5 million in settlements with two of the defendants for the benefit of the class members.

7. LGN and I also served as Plaintiffs' co-lead-counsel in the *Freight Forwarders Antitrust Litigation (Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd. et al.*, Case No. 08-cv-00042 (E.D.N.Y.), appointed by the Honorable John Gleeson. Our clients in *Freight Forwarders* alleged several global cartels to fix and impose surcharges and fees for freight forwarding services on U.S. shippers. We achieved settlements of over $450 million for the class from nearly thirty defendant groups.

8. LGN and I also served as Midwest Plaintiffs' co-lead counsel in *In re Wholesale Grocery Products Antitrust Litigation*, MDL No. 2090 (D. Minn.), appointed by the Honorable Ann Montgomery. LGN represented five certified classes of Midwest retail grocery stores who brought antitrust claims against the nation's two largest grocery wholesalers. After settling with one defendant, co-counsel and I tried the Midwest Plaintiffs' claims against the remaining defendant to a jury verdict before Judge Montgomery.

9. LGN and I also served in leadership positions in the following cases, among others: *In re Monosodium Glutamate Antitrust Litig.*, MDL No. 1328 (D. Minn.) (Judge Paul Magnuson), co-lead counsel, recovering $123 million for the class; *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.) (Judge John Gleeson), plaintiffs' executive committee; *In re Flat Glass Antitrust Litigation (II)*, MDL No. 1942 (W.D. Pa.) (Judge Donetta Ambrose), co-lead counsel, recovering $22 million for the class; *In re Urethane Antitrust Litigation (Polyester Polyols)*, MDL No. 1616 (D. Kan.) (Judge John Lungstrum), co-lead counsel, recovering $33 million for the class; *In re Pressure Sensitive Labelstock Antitrust Litigation*, MDL No. 1556 (M.D. Pa.) (Judge Thomas Vanaskie), co-lead counsel, recovering $45 million for the class.

Declaration of W. Joseph Bruckner
2:21-cv-00872

3

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

10. LGN's attorneys have prosecuted major cases and class actions involving monopolization, attempted monopolization, exclusionary conduct, anticompetitive MFN agreements, price-fixing, industry cartels, predatory pricing, price discrimination, and other antitrust cases in courts nationwide.

11. In the past decade alone, LGN and its colleagues have recovered billions of dollars for their clients and class members in national and international antitrust cases.

12. If the Court selects us as co-lead counsel for the developer class, we will bring the same resources and commitment to ensure the successful prosecution of this case.

13. LGN is committed to developing and fostering a diverse and an inclusive practice environment to reflect the diversity of the clients we serve and our greater community. The firm works to mentor lawyers and provide meaningful opportunities in their practice, and will furnish the same opportunities to collaborating with attorneys from its co-counsel at Wilson Sonsini in this case. For the past two consecutive years, LGN has been named a Best Law Firm for Women by Working Mother, a recognition given to only sixty firms in the country. LGN is an active member of Twin Cities Diversity in Practice, a local association of more than sixty law firms and corporate legal departments, including those of Fortune 500 companies, committed to creating a vibrant and inclusive legal community. LGN also supports a number of other local affinity bar organizations, including the Diversity Committee of the Minnesota Chapter of the Federal Bar Association, the Minnesota American Indian Bar Association, and the Minnesota Asian Pacific American Bar Association. LGN attorneys also provide pro bono services to a number of different organizations to serve diverse or historically disadvantaged groups and communities, and the firm was awarded the Children's Law Center's Distinguished Service Award in 2011 for its work representing foster care children.

14. A true and correct copy of LGN's firm resume is submitted herewith as **Exhibit A**.

15. As to my personal and professional qualifications, I lead LGN's antitrust law practice and practice extensively in antitrust litigation and federal and state courts nationwide.

Declaration of W. Joseph Bruckner
2:21-cv-00872

4

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

16. For more than 30 years, I have represented plaintiffs in antitrust class actions and other complex litigation nationwide. I have served as lead or co-lead counsel in several nationwide antitrust class actions, including those described above. I chaired the Antitrust Section of the Minnesota State Bar Association, and currently am an emeritus member. I also serve on the Board of Directors of the American Antitrust Institute,[1] and am a past president and current executive committee member of the Committee to Support the Antitrust Laws (COSAL).[2] Both COSAL and the American Antitrust Institute are dedicated to the preservation and enforcement of our nation's antitrust laws and competition regulations. I am regularly named a "Super Lawyer" by the Minnesota Journal of Law and Politics, and I frequently speak and present at programs and seminars nationwide. I am a co-author of PRIVATE ENFORCEMENT OF ANTITRUST LAW IN THE UNITED STATES, Edward Elgar Publishing (2012), and the INTERNATIONAL HANDBOOK ON PRIVATE ENFORCEMENT OF COMPETITION LAW, Edward Elgar Publishing (2010).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August, 2021.

s/ W. Joseph Bruckner
W. Joseph Bruckner

---

[1] www.antitrustinstitute.org
[2] www.supportantitrustlaws.com

Declaration of W. Joseph Bruckner
2:21-cv-00872

5

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500