# Exhibit A





---

**Exhibit A**

---

# LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Founded in 1978, Lockridge Grindal Nauen P.L.L.P. ("LGN") has extensive experience in antitrust, securities, environmental, employment, health care, commercial, intellectual property, and telecommunications law.  Our clients include agri-businesses, business enterprises, banks, local governments, trade and industry associations, real estate developers, telecommunications providers, health care professionals, and insurers.

LGN is one of the preeminent class action law firms in the country, has vast experience representing banks, financial institutions, shareholders, and other institutional investors in complex litigation, and has extensive experience litigating cases in Minnesota and across the country.  LGN attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff.  The firm has offices in Minneapolis, Minnesota, Washington, D.C., and Fargo, North Dakota.

## ANTITRUST EXPERIENCE

LGN practices extensively in antitrust litigation.  The firm has litigated major cases and class actions involving price fixing, industry cartels, predatory pricing, price discrimination, and other antitrust and trade regulation issues in courts nationwide.  LGN attorneys have been recognized by courts, peer review publications, and other professional organizations as leading antitrust lawyers.  Four partners heading LGN's antitrust team were named as Super Lawyers in 2020 and another three attorneys were named Rising Stars by Super Lawyers in 2020.

For 40 years, the firm has prosecuted antitrust cases on behalf of large and small businesses injured by price-fixing and other violations of the antitrust laws.  In the last ten years alone, LGN and its co-counsel have recovered more than billions of dollars for their clients and class members in antitrust cases involving national and global price-fixing schemes.  LGN has served as Lead or Co-Lead Counsel in many antitrust class actions, including, for example:

- *In re Pork Antitrust Litigation,*  No. 18-cv-01776-JRT-HB (D. Minn.);

- *In re Broiler Chicken Antitrust Litigation,*  No. 1:16-cv-08737 (N.D. Ill.);

- *In re Turkey Antitrust Litigation*, No. 1:19-cv-08318 (N.D. Ill.);

- *In re Beef Purchasers Antitrust Litigation* (aka, *Peterson v. JBS USA Food Co. Holdings et al.*), No. 0:19-cv-01129 (D. Minn.);

- *In re Peanut Farmers Antitrust Litigation*, No. 2:19-cv-00463 (E.D. Va.);

- *In re Surescripts Antitrust Litigation*, No. 1:19-cv-06627 (N.D. Ill.);

- *Olean Wholesale Grocery Cooperative, et al. v. Agri Stats, Inc., et al.*, No. 1:19-cv-08318 (N.D. Ill.);

- *In re Freight Forwarders Antitrust Litigation (Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd., et al.)*,  No. 1:08-cv-42-JG-VVP (E.D.N.Y.);

- *In re Wholesale Grocery Products Antitrust Litigation*, No. 0:09-md-2090 (D. Minn.);

- *In re Air Cargo Shipping Services Antitrust Litigation*, No. 1:06-md-1775-JG-VVP (E.D.N.Y.);

- *In re Potash Antitrust Litigation (II)*, No. 1:08-cv-06910 (N.D. Ill.);

- *In re Flat Glass Antitrust Litigation (II)*, No. 2:08-mc-180-DWA (W.D. Pa.);

- *In re Urethane Antitrust Litigation*, No. 2:04-md-01616-JWL-DJW (D. Kan.);

- *In re Pressure Sensitive Labelstock Antitrust Litigation*, No. 3:03-md-01556-TIV (M.D. Pa.); and

- *In re MSG Antitrust Litigation*, No. 00-md-01328-PAM (D. Minn.).

The firm has also played key roles in dozens of other antitrust class actions across the nation for more than 40 years.

LGN attorneys Joseph Bruckner, Joseph Bourne, and Leona Ajavon will be the principal attorneys at LGN responsible for this case.  A brief summary of their credentials and experience are as follows.  More information on LGN, its representative cases, and its team can be found at www.locklaw.com.

## W. JOSEPH BRUCKNER

Joseph Bruckner is a senior partner in LGN, and has specialized in nationwide antitrust litigation for over thirty years.  After graduating from the Creighton University School of Law, he served as a law clerk to the Hon. Donald P. Lay, then chief judge of the U.S. Court of Appeals for the Eighth Circuit.  He has served as lead or co-lead counsel in many federal antitrust and competition cases, and has been part of leadership teams in many others.  His practice includes trials, all aspects of trial, pretrial, and appellate proceedings, mediation, settlement, and distribution of proceeds to class members.  He has served as Chair of the Minnesota State Bar Association Antitrust Law Section, and as President of COSAL, an antitrust advocacy organization.  He also serves on the Board of Directors of the American Antitrust Institute, an independent, nonprofit organization devoted to promoting competition, and has served on ABA antitrust committees and programs.

One case Mr. Bruckner led is *Precision Assocs., Inc. v. Panalpina World Transp. (Holdings) Ltd.*, No. 08-CV-0042 (E.D.N.Y.), an antitrust class action in which the firm recovered $450 million from thirty-one defendants.  In another example, *In re Potash Antitrust Litig. (II)*, No. 1:08-cv-06910 (N.D. Ill.), another antitrust class action, the firm recovered $90 million for the direct plaintiff purchaser class, and developed the law of the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. § 6a, in a precedent-setting *en banc* decision.  *Minn-Chem, Inc. v. Agrium Inc.*, 683 F.3d 845 (7th Cir. 2012) (en banc).

## JOSEPH C. BOURNE

Joseph C. Bourne is senior counsel at LGN and is admitted to the state bars of California and Minnesota. Mr. Bourne practices in the firm's antitrust department with a focus on class action and complex litigation involving the technology, logistics, food product and healthcare industries.

Mr. Bourne currently is, or has recently been actively involved in, the following major antitrust cases: *In re Pork Antitrust Litig.*, Case No. 18-cv-1776 (D. Minn.) (firm appointed co-lead counsel for direct purchaser plaintiffs in case alleging supply-reduction and price-fixing conspiracy of pork sold in United States; discovery is ongoing; partial settlements with two defendants totaling $107.5 million); *Wood Mountain Fish, LLC v. Mowi ASA*, No. 1:19-cv-22128 (S.D. Fla.) (firm appointed co-lead counsel for indirect purchaser plaintiffs in case alleging price-fixing conspiracy of farmed salmon sold into and in the United States); *In re Packaged Seafood*

3

*Prods. Antitrust Litig.*, No. 15-md-2670 (S.D. Cal.) (counsel for end payer plaintiffs in case alleging price-fixing conspiracy relating to packaged tuna sold in the United States; one defendant has settled for $20 million; court's order granting class certification is currently on appeal); *In re Freight Forwarders Antitrust Litig.*, No. 08-cv-00042 (E.D.N.Y.) (firm appointed co-lead counsel for direct purchaser plaintiffs in case alleging conspiracy to fix price of certain surcharges in freight forwarding industry; recovered over $400 million for the class).

## <u>LEONA B. AJAVON</u>

Leona B. Ajavon is an associate at LGN and is admitted to the state bar of Minnesota. Ms. Ajavon practices in the firm's antitrust department in complex litigation.

During law school, Ms. Ajavon was a judicial extern to the Honorable Chief Judge Toddrick Barnette of the 4th Judicial District as well as the Honorable Magistrate Judge Becky Thorson of the United States District Court for the District of Minnesota. She also worked as a Certified Student Attorney for the Hennepin County Attorney's Office in the Juvenile Prosecution division as well as the Adult Prosecution Division. After graduating law school and before joining LGN, Ms. Ajavon clerked for the Honorable Michelle A. Hatcher (Criminal Rotation) of the 4th Judicial District in Minnesota.