Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

Valve Corporation,

    Defendant.

Case No. 2:21-cv-00563-JCC

**DECLARATION OF HOPE MARCHIONDA**

I, Hope Marchionda, hereby state under penalty of perjury as follows:

1. I make this declaration based upon my own personal knowledge and the information available to me and, if called as a witness, could and would competently testify to the following matters.

2. I do not have a Steam account and have not agreed to the Steam Subscriber Agreement or any provisions contained therein.

3. I have never sat down at the computer and clicked any box on the Steam Store.

4. I have never agreed to the terms of any arbitration agreement with Valve Corporation.

5. I have purchased games for my child by providing my credit card information to my child and allowing my child to enter that information into the Steam Platform for the purpose of purchasing PC Desktop Games.

6. After my child independently enters my payment information and completes the purchase of the desired PC Desktop Game, he returns my card to me.

7. I receive billing statements from my credit card company that reflect purchases made on the Steam store.

8. I pay the monies owed to my credit card company with my own funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of August 2021, in Bowling Green, Kentucky.

*[signature]*

Hope Marchionda