HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Valve Corporation,

Defendant.

Case No. 2:21-cv-00563-JCC

**DECLARATION OF SUSANN DAVIS**

I, Susann Davis, hereby state under penalty of perjury as follows:

1. I make this declaration based upon my own personal knowledge and the information available to me and, if called as a witness, could and would competently testify to the following matters.

2. I do not have a Steam account and have not agreed to the Steam Subscriber Agreement or any provisions contained therein.

3. I have reviewed Defendant's allegations about how games are purchased, and I do not recall clicking on any box following the entry of my credit card payment information for the



VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY STREET, COLUMBUS, OHIO 43215
(614) 464-6400

purchase of a PC desktop Game from the Steam Store or ever agreeing to the terms of any requirement that I arbitrate my claims against Valve Corporation.

4. When purchasing a PC Desktop Game from the Steam Store, my child logs in to his Steam account.

5. After my child logs in to his Steam account and selects the desired PC Desktop Game, I purchase the game by either entering the credit card information into the payment screen or by providing my credit card information to my child and allowing my child to enter that information into the Steam Platform for the purchase of the PC Desktop Game.

6. After entering my credit card payment information, my child completes the purchase process, and the product becomes available to him.

7. I receive billing statements from my credit card company that reflect purchases made on the Steam store.

8. I pay the monies owed to my credit card company with my own funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of August 2021, in Bowling Green, Kentucky.

Susann Davis



VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY STREET, COLUMBUS, OHIO 43215
(614) 464-6400