Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, SEAN COLVIN, SUSANN DAVIS, DANIEL ESCOBAR, WILLIAM HERBERT, RYAN LALLY, HOPE MARCHIONDA, EVERETT STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**PLAINTIFFS' LOCAL CIVIL RULE 7(g)(1) NOTICE OF INTENT TO FILE SURREPLY**<br><br>**NOTED ON MOTION CALENDAR:**<br>September 17, 2021 |

Pursuant to Local Civil Rule 7(g)(1), Plaintiffs Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, and Everett Stephens ("Plaintiffs") submit this notice that they intend to file a surreply asking the Court to strike certain arguments that Defendant Valve Corporation made in its reply brief in support of its motion to compel arbitration (Dkt. 56).

NOTICE OF INTENT TO FILE SURREPLY
CASE NO. CASE NO. 2:21-CV-563

1

Quinn Emanuel Urquhart & Sullivan
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

DATED: September 21, 2021

By <u>/s/ Alicia Cobb</u>
Alicia Cobb, WSBA # 48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Fax: (206) 905-7100
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-2100
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: adamwolfson@quinnemanuel.com

Charles B. Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
Email: charliestevens@quinnemanuel.com

*Attorneys for Daniel Escobar, William Herbert, and the class.*

NOTICE OF INTENT TO FILE SURREPLY
CASE NO. CASE NO. 2:21-CV-563

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | | |
|---|---|---|
| 1 | David D. Golden (*pro hac vice*) | Thomas N. McCormick (*pro hac vice*) |
| | CONSTANTINE CANNON LLP | VORYS, SATER, SEYMOUR AND PEASE LLP |
| 2 | 1001 Pennsylvania Avenue, NW, Suite 1300N | 4675 MacArthur Court |
| | Washington, DC 20004 | Suite 700 |
| 3 | Telephone: (202) 204-3500 | Newport Beach, CA 92660 |
| | Fax: (202) 204-3501 | Telephone: (949) 526-7903 |
| 4 | Email: dgolden@constantinecannon.com | Fax: (949) 526-7901 |
| | | Email: tnmccormick@vorys.com |
| 5 | A. Owen Glist (*pro hac vice*) | |
| | Ankur Kapoor (*pro hac vice*) | |
| 6 | Jeffrey I. Shinder (*pro hac vice*) | Kenneth J. Rubin (*pro hac vice*) |
| | CONSTANTINE CANNON LLP | Timothy B. McGranor (*pro hac vice*) |
| 7 | 335 Madison Avenue, 9th Floor | Kara M. Mundy (*pro hac vice*) |
| | New York, NY 10017 | VORYS, SATER, SEYMOUR AND PEASE LLP |
| 8 | Telephone: (212) 350-2700 | 52 East Gay Street |
| | Fax: (212) 350-2701 | Columbus, OH 43216-1008 |
| 9 | Email: akapoor@constantinecannon.com | Telephone: (614) 464-6350 |
| 10 | | Fax: (614) 719-6350 |
| 11 | | Email: kjrubin@vorys.com |
| | | tbmcgranor@vorys.com |
| 12 | | kmmundy@vorys.com |
| 13 | *Attorneys for Wolfire Games, LLC and the* | *Attorneys for Sean Colvin, Susann Davis, Daniel* |
| 14 | *class.* | *Ryan Lally, Hope Marchionda, Everett Stephens,* |
| | | *and the class.* |

NOTICE OF INTENT TO FILE SURREPLY
CASE NO. CASE NO. 2:21-CV-563

3

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED September 21, 2021

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

NOTICE OF INTENT TO FILE SURREPLY
CASE NO. CASE NO. 2:21-CV-563

4

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000