THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, *et al.*, | CASE NO. C21-0563-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| VALVE CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' surreply / motion to strike (Dkt. No. 60). Plaintiffs ask the Court to strike Defendant's argument, contained in its reply brief (Dkt. No. 56) that the validity of Defendant's Steam Subscriber Agreement must be delegated to the arbitrator. (Dkt. No. 60 at 2; *see* Dkt. No. 56 at 3–5 (Defendant's argument on the issue).) Alternatively, Plaintiffs ask the Court for leave to file a short submission. (*Id.* at 3.) While Defendant's reference to the issue in its motion to compel was brief, it was there. (*See* Dkt. No. 35 at 12.) Nevertheless, the Court appreciates that, whether this vague reference was sufficient to establish an argument meriting Plaintiffs' response was far from clear.

For this reason, Plaintiffs' motion to strike is DENIED and Plaintiffs request for leave to file a short submission is GRANTED. Plaintiffs' submission should not exceed one and one-half

MINUTE ORDER
C21-0563-JCC
PAGE - 1

1   pages, inclusive of captions and exclusive of a signature block and certifications of service. It
2   must address solely this issue. Plaintiffs' submission is due no later than October 8, 2021.
3         The Clerk is DIRECTED to renote Defendant's motion to compel arbitration (Dkt. No.
4   35) and its motion to dismiss the complaint (Dkt. No. 37) to October 8, 2021.
5         DATED this 5th day of October 2021.

              Ravi Subramanian
              Clerk of Court

              s/Sandra Rawski
              Deputy Clerk