Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**PLAINTIFFS' SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>**NOTED ON MOTION CALENDAR:**<br>**October 8, 2021** |

In response to Plaintiffs' challenges to the validity of the arbitration provision in the SSA, Valve argues that the SSA delegates such questions to an arbitrator. But controlling law requires "clear and unmistakable" delegation; otherwise, the issue is for the Court. *First Options of Chicago, Inc. v. Kaplan*, 514 U.S. 938, 944 (1995). The SSA contains no such delegation. Valve argues that incorporating the AAA rules implicitly delegates all unconscionability challenges to an arbitrator. Dkt. 56, Reply 2-4. But, unlike Valve's cases (*id.*), the SSA has no explicit delegation clause, and incorporates the AAA rules only "***as modified by this Agreement***." Dkt. 36-5, SSA § 11.C (emphasis added). The SSA's modifications to the AAA rules render delegation of validity challenges to the representative arbitration waiver far from "clear and unmistakable."

Plaintiffs explained that the SSA's attempt to prohibit representative claims like Plaintiffs' antitrust and Washington CPA claims by requiring "Individual Binding Arbitration Only" renders the arbitration provision unconscionable and thus unenforceable. Dkt. 51, Opp. 15-16. The SSA unequivocally states that "***[a] court has exclusive authority to rule***" on that very issue. SSA § 11.D

Surreply in Opp to Mot. to Compel Arb.
Case No. Case No. 2:21-cv-563

1

Quinn Emanuel Urquhart & Sullivan
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

(emphasis added). Thus, rather than clearly and unmistakably delegating Plaintiffs' specific validity challenges to the arbitrator, this provision instead reserves them for this Court. *See Blair v. Rent-A-Ctr., Inc.*, 2017 WL 4805577, at *1 (N.D. Cal. Oct. 25, 2017).

Likewise, Section 12 of the SSA contemplates that *courts* may find the SSA "illegal or unenforceable." *See* SSA § 12 ("in the event that any provision of this Agreement shall be held by [a] … court … to be illegal or unenforceable …"). Moreover, Section 12 specifically invokes Section 11.E if a "court" (among other tribunals) finds any portion of Section 11 "illegal or unenforceable." This poison pill applies if "a finding of partial illegality or unenforceability would allow … representative arbitration." Opp. 15-16. These provisions independently confirm that the SSA does not clearly and unmistakably delegate validity challenges. *See Cobarruviaz v. Maplebear, Inc.*, 143 F. Supp. 3d 930, 940 (N.D. Cal. 2015) (no delegation where agreement said "'any arbitrator or court'" could declare agreement invalid); *Money Mailer, LLC v. Brewer*, 2016 WL 11479219, at *3 (W.D. Wash. Nov. 15, 2016) (similar); *Vargas v. Delivery Outsourcing, LLC*, 2016 WL 946112, at *6-*8 (N.D. Cal. Mar. 14, 2016) (similar).

Finally, Valve is wrong that the Ninth Circuit held in *G.G. v. Valve* that the SSA delegates *validity* challenges. Reply 1-4. Rather, *this Court* resolved such challenges. 2017 WL 1210220, *2-3 (W.D. Wash. April 3, 2017); *see also* 799 F. App'x 557, 558 (9th Cir. 2020). What the Ninth Circuit instead noted had been delegated were "questions of *arbitrability*"; that is, whether a dispute fell within the scope of the arbitration agreement. 799 Fed. App'x. at 558. But Plaintiffs do not raise such arbitrability issues here.

SURREPLY IN OPP TO MOT. TO COMPEL ARB.
CASE NO. CASE NO. 2:21-CV-563

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1 | DATED: October 8, 2021

3 | By   /s/ Alicia Cobb
Alicia Cobb, WSBA # 48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Fax: (206) 905-7100
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-2100
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: adamwolfson@quinnemanuel.com

Charles B. Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
Email: charliestevens@quinnemanuel.com

*Attorneys for Daniel Escobar, William Herbert, and the class.*

SURREPLY IN OPP TO MOT. TO COMPEL ARB.
CASE NO. CASE NO. 2:21-CV-563

3

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | | |
|---|---|---|
| 1 | David D. Golden (*pro hac vice*)<br>CONSTANTINE CANNON LLP | Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND PEASE LLP |
| 2 | 1001 Pennsylvania Avenue, NW, Suite 1300N<br>Washington, DC 20004 | 4675 MacArthur Court<br>Suite 700 |
| 3 | Telephone: (202) 204-3500<br>Fax: (202) 204-3501 | Newport Beach, CA 92660<br>Telephone: (949) 526-7903 |
| 4 | Email: dgolden@constantinecannon.com | Fax: (949) 526-7901<br>Email: tnmccormick@vorys.com |
| 5 | A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*) | |
| 6 | Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP | Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*) |
| 7 | 335 Madison Avenue, 9th Floor<br>New York, NY 10017 | Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND PEASE LLP |
| 8 | Telephone: (212) 350-2700<br>Fax: (212) 350-2701 | 52 East Gay Street<br>Columbus, OH 43216-1008 |
| 9 | Email: akapoor@constantinecannon.com | Telephone: (614) 464-6350<br>Fax: (614) 719-6350 |
| 10 | | Email: kjrubin@vorys.com |
| 11 | | tbmcgranor@vorys.com<br>kmmundy@vorys.com |
| 12 | | |
| 13 | *Attorneys for Wolfire Games, LLC and the class.* | *Attorneys for Sean Colvin, Susann Davis, Daniel Ryan Lally, Hope Marchionda, Everett Stephens, and the class.* |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

SURREPLY IN OPP TO MOT. TO COMPEL ARB.
CASE NO. CASE NO. 2:21-CV-563

4

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED October 8, 2021

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

Surreply in Opp to Mot. to Compel Arb.
Case No. Case No. 2:21-CV-563

5

Quinn Emanuel Urquhart & Sullivan
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000