Case 2:21-cv-00563-JCC   Document 70   Filed 12/28/21   Page 1 of 5

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 28, 2021** |

Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiffs' Second Amended Consolidated Class Action Complaint is currently January 3, 2022.

2. In light of the intervening holidays and the issues raised by Plaintiffs' Second Amended Consolidated Class Action Complaint, the parties agree that the time for Defendant to

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 1

129131734

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

answer or otherwise respond to the Second Amended Consolidated Class Action Complaint should be extended by twenty-five days up to and through January 28, 2022.

3. Once Defendant answers or otherwise responds to Plaintiffs' Second Amended Consolidated Class Action Complaint, the Parties will meet and confer to discuss a further briefing schedule, and make a joint recommendation to the Court.

4. The parties respectfully request that the Court enter the below Order extending the deadline as stipulated.

IT IS SO STIPULATED.

DATED this 28th day of December, 2021.

s/ Alicia Cobb
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

s/ Gavin W. Skok
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com
lhansen@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone (215) 772-7223
Facsimile (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*
STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 2

129131734

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Phone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR ANwD
PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 3

129131734

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Phone (949) 526-7903
Fax (949) 383-2384
tnmccormick@vorys.com

*Attorneys for Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 4

129131734

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

## ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiffs' Second Amended Consolidated Class Action Complaint is extended up to and through January 28, 2022.

Once Defendant answers or otherwise responds to Plaintiffs' Second Amended Consolidated Class Action Complaint, the Parties will meet and confer to discuss a further briefing schedule, and make a joint recommendation to the Court.

DATED this ___ day of _____, 20__.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

s/ Gavin W. Skok
_____
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com
lhansen@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA  19103
Phone (215) 772-7223
Facsimile (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 5

129131734

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600