1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Wolfire Games, LLC, Sean Colvin, Susann
Davis, Daniel Escobar, William Herbert, Ryan
Lally, Hope Marchionda, Everett Stephens,
individually and on behalf of all others
similarly situated,

                        Plaintiffs,

        v.

Valve Corporation,

                        Defendant.

Case No. 2:21-cv-00563-JCC

**STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND
AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT**

**NOTE ON MOTION CALENDAR:
DECEMBER 28, 2021**

        Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett

Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and

Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record,

hereby stipulate and agree as follows:

        1.      The deadline for Defendant to answer or otherwise respond to Plaintiffs' Second

Amended Consolidated Class Action Complaint is currently January 3, 2022.

        2.      In light of the intervening holidays and the issues raised by Plaintiffs' Second

Amended Consolidated Class Action Complaint, the parties agree that the time for Defendant to

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 1

129131734

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

1  answer or otherwise respond to the Second Amended Consolidated Class Action Complaint should

2  be extended by twenty-five days up to and through January 28, 2022.

3        3.      Once Defendant answers or otherwise responds to Plaintiffs' Second Amended

4  Consolidated Class Action Complaint, the Parties will meet and confer to discuss a further briefing

5  schedule, and make a joint recommendation to the Court.

6        4.      The parties respectfully request that the Court enter the below Order extending the

7  deadline as stipulated.

8        IT IS SO STIPULATED.

9        DATED this 28th day of December, 2021.

10

11  *s/  Alicia Cobb*
    _____

12  Alicia Cobb, WSBA #48685
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

13  1109 First Avenue, Suite 210
    Seattle, Washington 98101

14  Phone (206) 905-7000
    Fax (206) 905-7100

15  aliciacobb@quinnemanuel.com

16  Steig D. Olson (*pro hac vice*)
    David LeRay (*pro hac vice*)

17  Shane Seppinni (*pro hac vice*)
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

18  51 Madison Avenue
    New York, New York 10010

19  Phone (212) 849-7231
    Fax (212) 849-7100

20  steigolson@quinnemanuel.com

21  Adam Wolfson (*pro hac vice*)
    QUINN EMANUEL URQUHART &

22  SULLIVAN, LLP
    865 S. Figueroa St., 10th Floor

23  Los Angeles, California 90017
    Phone (213) 443-3285

24  Fax (213) 443-3100
    adamwolfson@quinnemanuel.com

25

26

*s/  Gavin W. Skok*
_____

Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com
lhansen@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA  19103
Phone (215) 772-7223
Facsimile (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 2

129131734

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Phone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR ANwD
PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 3

129131734

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
PEASE LLP
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Phone (949) 526-7903
Fax (949) 383-2384
tnmccormick@vorys.com

*Attorneys for Sean Colvin, Everett*
*Stephens, Ryan Lally, Susann Davis, and*
*Hope Marchionda*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 4

129131734

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

1

## ORDER

2          Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time

3    for Defendant to answer or otherwise respond to Plaintiffs' Second Amended Consolidated Class

4    Action Complaint is extended up to and through January 28, 2022.

5          Once Defendant answers or otherwise responds to Plaintiffs' Second Amended

6    Consolidated Class Action Complaint, the Parties will meet and confer to discuss a further briefing

7    schedule, and make a joint recommendation to the Court.

8          DATED this 30th day of December 2021.

9

10

11

12          John C. Coughenour
            UNITED STATES DISTRICT JUDGE

13   Presented by:

14   *s/ Gavin W. Skok*

15   Gavin W. Skok, WSBA #29766
     Laura P. Hansen, WSBA #48669
16   FOX ROTHSCHILD LLP
17   1001 Fourth Avenue, Suite 4500
     Seattle, Washington 98154
18   Phone (206) 624-3600
     Fax (206) 389-1708
19   gskok@foxrothschild.com
20   lhansen@foxrothschild.com

21   Charles B. Casper (*pro hac vice*)
     1735 Market Street, 21st Floor
22   Philadelphia, PA  19103
     Phone (215) 772-7223
23   Facsimile (215) 731-3750
24   ccasper@mmwr.com

25   *Attorneys for Defendant Valve*
     *Corporation*
26

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND          **FOX ROTHSCHILD LLP**
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 5     **1001 FOURTH AVENUE, SUITE 4500**
                                                                    **SEATTLE, WA 98154**
                                                                    **206.624.3600**
129131734