The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 18, 2022** |

Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation ("Valve"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Court's December 30, 2021 Order (Dkt. #70), the deadline for Valve to respond to Plaintiffs' Second Amended Consolidated Class Action Complaint is January 28, 2022. Valve intends to respond via a Motion to Dismiss, to be filed on January 28, 2022.

2. The parties have conferred and jointly propose the following briefing schedule for Valve's forthcoming Motion to Dismiss:

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 1

129631899

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

- Plaintiffs shall have until March 11, 2022 to file any response in opposition to Valve's Motion to Dismiss.
- Valve shall have until April 8, 2022 to file any reply in support of Valve's Motion to Dismiss.

3. The parties believe that good cause exists for these modifications, including that this matter is a complex antitrust class action that requires additional time to adequately prepare these submissions, as well as to avoid scheduling conflicts. This proposed briefing schedule is identical to that set on Valve's forthcoming Motion to Dismiss in *Dark Catt Studios Holdings, Inc., et al. v. Valve Corporation*, Case No. 2:21-cv-00872-JCC (Dkt. #63).

4. The parties respectfully request that the Court enter the below Order setting these briefing deadlines as stipulated.

IT IS SO STIPULATED.

DATED this 14th day of January, 2022.

s/ Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

s/ Gavin W. Skok

Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com
lhansen@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone (215) 772-7223
Facsimile (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 2

129631899

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| 1 | Adam Wolfson (*pro hac vice*) |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 4 | Phone (213) 443-3285<br>Fax (213) 443-3100 |
| 5 | adamwolfson@quinnemanuel.com |
| 6 | Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | 50 California St., 22nd Floor<br>San Francisco, CA 94111 |
| 8 | Phone (415) 875-6600<br>Fax (415) 875-6700 |
| 9 | charliestevens@quinnemanuel.com |
| 10 | David Golden (*pro hac vice*) |
| 11 | CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor |
| 12 | Washington, D.C. 20004<br>Phone (202) 204-4527 |
| 13 | Fax (202) 204-3501<br>dgolden@constantinecannon.com |
| 14 | A. Owen Glist (*pro hac vice*) |
| 15 | Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*) |
| 16 | CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor |
| 17 | New York, NY 10017<br>Phone (212) 350-2700 |
| 18 | Fax (212) 350-2701<br>oglist@constantinecannon.com |
| 19 | *Attorneys for Wolfire Games, LLC, William* |
| 20 | *Herbert, and Daniel Escobar* |
| 21 | Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*) |
| 22 | Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR ANwD |
| 23 | PEASE LLP<br>52 East Gay Street |
| 24 | Columbus, Ohio 43215<br>Phone (614) 464-6400 |
| 25 | Fax (614) 719-4796<br>kjrubin@vorys.com |
| 26 | tbmcgranor@vorys.com<br>kmmundy@vorys.com |

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 3

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

129631899

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Phone (949) 526-7903
Fax (949) 383-2384
tnmccormick@vorys.com

*Attorneys for Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda*

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 4

129631899

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

**[PROPOSED] ORDER**

IT IS SO ORDERED this ___ day of January, 2022.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

*s/ Gavin W. Skok*
_____
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com
lhansen@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA  19103
Phone (215) 772-1500
Fax (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 5

129631899

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600