The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 18, 2022** |

Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation ("Valve"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Court's December 30, 2021 Order (Dkt. #70), the deadline for Valve to respond to Plaintiffs' Second Amended Consolidated Class Action Complaint is January 28, 2022. Valve intends to respond via a Motion to Dismiss, to be filed on January 28, 2022.

2. The parties have conferred and jointly propose the following briefing schedule for Valve's forthcoming Motion to Dismiss:

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 1

129631899

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

1     •   Plaintiffs shall have until March 11, 2022 to file any response in opposition to Valve's Motion to Dismiss.

    •   Valve shall have until April 8, 2022 to file any reply in support of Valve's Motion to Dismiss.

3.     The parties believe that good cause exists for these modifications, including that this matter is a complex antitrust class action that requires additional time to adequately prepare these submissions, as well as to avoid scheduling conflicts. This proposed briefing schedule is identical to that set on Valve's forthcoming Motion to Dismiss in *Dark Catt Studios Holdings, Inc., et al. v. Valve Corporation*, Case No. 2:21-cv-00872-JCC (Dkt. #63).

4.     The parties respectfully request that the Court enter the below Order setting these briefing deadlines as stipulated.

IT IS SO STIPULATED.

DATED this 14th day of January, 2022.

| s/ Alicia Cobb | s/ Gavin W. Skok |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Shane Seppinni (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Gavin W. Skok, WSBA #29766<br>Laura P. Hansen, WSBA #48669<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, Washington 98154<br>Phone (206) 624-3600<br>Fax (206) 389-1708<br>gskok@foxrothschild.com<br>lhansen@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Phone (215) 772-7223<br>Facsimile (215) 731-3750<br>ccasper@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 2

129631899

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Phone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR ANwD
PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 3

129631899

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

1  Thomas N. McCormick (*pro hac vice*)
   VORYS, SATER, SEYMOUR AND
2  PEASE LLP
   4675 MacArthur Court
3  Suite 700
   Newport Beach, California 92660
4  Phone (949) 526-7903
   Fax (949) 383-2384
5  tnmccormick@vorys.com

6  *Attorneys for Sean Colvin, Everett
   Stephens, Ryan Lally, Susann Davis, and
7  Hope Marchionda*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 4

129631899

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**[~~PROPOSED~~] ORDER**

DATED this 19th day of January 2022.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Gavin W. Skok_

Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com
lhansen@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA  19103
Phone (215) 772-1500
Fax (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - (2:21-CV-00563-JCC) - 5

129631899

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600