The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**(PROPOSED)**<br><br>**ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

This matter came before the Court on Defendant Valve Corporation's Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Motion to Dismiss") as to Plaintiff Wolfire Games, LLC.  The Court, having reviewed the Motion to Dismiss, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, HEREBY ORDERS that:

1. Valve's Motion to Dismiss is GRANTED.

2. All claims asserted against Valve by Plaintiff Wolfire Games, LLC, are DISMISSED with prejudice.

ORDER GRANTING DEFENDANT VALVE CORPORATION'S
MOTION TO DISMISS - (2:21-CV-00563-JCC)

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

1  IT IS SO ORDERED.

2  DATED this _____ day of _____, 2022.

3

4  _____
   The Honorable John C. Coughenour
5  United States District Judge

6  Presented by:

7  FOX ROTHSCHILD LLP

8

9  *s/ Gavin W. Skok*
   Gavin W. Skok, WSBA #29766
10 Laura P. Hansen, WSBA #48669
   1001 Fourth Avenue, Suite 4500
11 Seattle, WA 98154
   Telephone:   206.624.3600
12 Facsimile:   206.389.1708
   Email: gskok@foxrothschild.com
13 lhansen@foxrothschild.com

14

15 MONTGOMERY McCRACKEN WALKER &
   RHOADS LLP
16

17
   *s/ Charles B. Casper*
18 Charles B. Casper, *admitted pro hac vice*
   1735 Market Street, 21st Floor
19 Philadelphia, PA  19103
   Telephone:   215.772.1500
20 Facsimile:   215.772.7620
   Email: ccasper@mmwr.com
21

22 *Attorneys for Defendant*

23

24

25

26

ORDER GRANTING DEFENDANT VALVE CORPORATION'S
MOTION TO DISMISS - (2:21-CV-00563-JCC) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600