The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

Please take notice that Laura P. Hansen withdraws as counsel of record for the above-named Defendant effective March 1, 2022. Gavin W. Skok of Fox Rothschild LLP and Charles B. Casper of Montgomery McCracken Walker & Rhoads LLP will continue to be counsel of record for the above-named Defendant.

///

///

///

NOTICE OF WITHDRAWAL OF COUNSEL
(2:21-CV-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

131336750.1

1  DATED this 1st day of March, 2022.

2                                                FOX ROTHSCHILD LLP

4  *s/ Laura P. Hansen*
   Gavin W. Skok, WSBA #29766
5  Laura P. Hansen, WSBA #48669
   1001 Fourth Avenue, Suite 4500
6  Seattle, WA 98154
   Telephone:   206.624.3600
7  Facsimile:   206.389.1708
   E-mail:      gskok@foxrothschild.com
                lhansen@foxrothschild.com

10 MONTGOMERY McCRACKEN WALKER &
   RHOADS LLP

12 Charles B. Casper, *admitted pro hac vice*
   1735 Market Street, 21st Floor
13 Philadelphia, PA  19103
   Telephone:   215.772.7223
14 Facsimile:   215.772.7620
   Email:       ccasper@mmwr.com

16 *Attorneys for Defendant Valve Corporation*

NOTICE OF WITHDRAWAL OF COUNSEL
(2:21-CV-00563-JCC) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

131336750.1

# **CERTIFICATE OF SERVICE**

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Alicia Cobb<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1109 First Avenue, Suite 210<br>Seattle, WA  98101<br>Ph. 206-905-7000<br>Fax 206-905-7100<br>Email: aliciacobb@quinnemanuel.com<br><br>A. Owen Glist<br>Ankur Kapoor<br>Jeffrey I. Shinder<br>CONSTANTINE CANNON LLP<br>335 Madison Ave., 9th Floor<br>New York, NY  10017<br>Ph. 212-350-2776<br>Fax 212-350-2701<br>Email: oglist@constantinecannon.com<br>akapoor@constantinecannon.com<br>jshinder@constantinecannon.com<br><br>Adam Wolfson<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA  90017<br>Ph. 213-443-3000<br>Email: adamwolfson@quinnemanuel.com<br><br>Charles Stevens<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California St., 22nd Floor<br>San Francisco, CA  94111<br>Ph. 415-875-6600<br>Email: charliestevens@quinnemanuel.com | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

NOTICE OF WITHDRAWAL OF COUNSEL
(2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

131336750.1

David Golden
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, DC  20004
Ph. 202-204-4527
Email: dgolden@constantinecannon.com

David Du LeRay
Steig David Olson
Shane Seppinni
QUINN EMANUEL URQYHART & SULLIVAN
51 Madison Ave., 22nd Floor
New York, NY  10010
Ph. 212-849-7630
Email: davidleray@quinnemanuel.com
steigolson@quinnemanuel.com
shaneseppinni@quinnemanuel.com

Kenneth J. Rubin
Timothy B. McGranor
Kara M. Mundy
VORYS SATER SEYMOUR & PEASE
52 E. Gay St.
PO Box 1008
Columbus, OH  43215
Ph. 614-464-6400
Email: kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 1st day of March, 2022, in Seattle, Washington.

_____
Marina Krylov

NOTICE OF WITHDRAWAL OF COUNSEL
(2:21-CV-00563-JCC) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

131336750.1