**From:** Alicia Cobb <aliciacobb@quinnemanuel.com>
**Sent:** Friday, March 11, 2022 4:34 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** Steig Olson <steigolson@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Kapoor, Ankur <akapoor@constantinecannon.com>; Glist, Owen <OGlist@constantinecannon.com>; Golden, David <dgolden@constantinecannon.com>; Rubin, Kenneth J. <kjrubin@vorys.com>; tbmcgranor_vorys.com <tbmcgranor@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; Skok, Gavin W. <gskok@foxrothschild.com>; Chuck Casper (Montgomery McCracken Walker) <ccasper@mmwr.com>; Broz, Kristen Ward <KBroz@foxrothschild.com>
**Subject:** Wolfire v. Valve Corp., Case No. 2:21-cv-00563-JCC

**CAUTION - EXTERNAL:**

Good evening,

In light of the ECF outage, I am attaching here Plaintiffs' Opposition to Defendant Valve Corporation's Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action, to be filed in *Wolfire et al. v. Valve Corp.*, Case No. 2:21-cv-00563-JCC.

Thank you,
Alicia

**Alicia Cobb**
*Partner*
**quinn emanuel urquhart & sullivan llp**
1109 First Avenue, Suite 210
Seattle, WA 98101
206.905.7002 Direct
206.905.7000 Main Office Number
206.905.7100 FAX
aliciacobb@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.