The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:   Clerk of Court

AND TO:   Plaintiffs and their Counsel of Record

PLEASE TAKE NOTICE that the offices of Defendants counsel, Kristen Broz, has moved.  Effective immediately, please forward all further pleadings, correspondence or other documents relating to this matter to the following address:

Kristen W. Broz
FOX ROTHSCHILD LLP
2020 K Street, N.W., Suite 500
Washington, DC  20006
Telephone:    202.461.3100
Email: kbroz@foxrothschild.com

NOTICE OF CHANGE OF ADDRESS
(2:21-CV-00563-JCC) -

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

131875682

DATED this 15th day of March, 2022.

                FOX ROTHSCHILD LLP

                *s/ Gavin W. Skok*
                Gavin W. Skok, WSBA #29766
                1001 Fourth Avenue, Suite 4500
                Seattle, WA 98154
                Telephone:    206.624.3600
                Facsimile:     206.389.1708
                E-mail:        gskok@foxrothschild.com


                *s/ Kristen W. Broz*
                Kristen W. Broz, *admitted pro hac vice*
                2020 K Street, N.W., Suite 500
                Washington, DC  20006
                Telephone:    202.461.3100
                E-mail:        kbroz@foxrothschild.com

                MONTGOMERY McCRACKEN WALKER & RHOADS LLP
                Charles B. Casper, *admitted pro hac vice*
                1735 Market Street, 21st Floor
                Philadelphia, PA  19103
                Telephone:    215.772.1500
                Email:          ccasper@mmwr.com

                *Attorneys for Defendant*

NOTICE OF CHANGE OF ADDRESS
(2:21-CV-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

131875682

## CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

### Service List

| | |
|---|---|
| Alicia Cobb<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Ph. 206-905-7000<br>Fax 206-905-7100<br>Email: aliciacobb@quinnemanuel.com | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

A. Owen Glist
Ankur Kapoor
Jeffrey I. Shinder
CONSTANTINE CANNON LLP
335 Madison Ave., 9th Floor
New York, NY 10017
Ph. 212-350-2776
Fax 212-350-2701
Email: oglist@constantinecannon.com
akapoor@constantinecannon.com
jshinder@constantinecannon.com

Adam Wolfson
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Ph. 213-443-3000
Email: adamwolfson@quinnemanuel.com

Charles Stevens
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Ph. 415-875-6600
Email: charliestevens@quinnemanuel.com

NOTICE OF CHANGE OF ADDRESS
(2:21-CV-00563-JCC) - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

131875682

David Golden
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, DC  20004
Ph. 202-204-4527
Email: dgolden@constantinecannon.com

David Du LeRay
Steig David Olson
Shane Seppinni
QUINN EMANUEL URQYHART & SULLIVAN
51 Madison Ave., 22nd Floor
New York, NY  10010
Ph. 212-849-7630
Email: davidleray@quinnemanuel.com
steigolson@quinnemanuel.com
shaneseppinni@quinnemanuel.com

Kenneth J. Rubin
Timothy B. McGranor
Kara M. Mundy
VORYS SATER SEYMOUR & PEASE
52 E. Gay St.
PO Box 1008
Columbus, OH  43215
Ph. 614-464-6400
Email: kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 15th day of March, 2021, in Seattle, Washington.

*[signature]*
Courtney R. Brooks

NOTICE OF CHANGE OF ADDRESS
(2:21-CV-00563-JCC) - 3

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

131875682