The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>Valve Corporation,<br><br>            Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**(CLERKS ACTION REQUIRED)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as of May 16, 2022, Gavin W. Skok of Fox Rothschild LLP, attorneys of record for Defendant VALVE CORPORATION, has changed his address and contact information for service of notices and documents or other contact information in the above-captioned action.

The new address and contact information for Gavin W. Skok is as follows:

Fox Rothschild LLP
1001 Fourth Avenue, Ste 4400
Seattle, WA 98154
Telephone:  (206) 624-3600
Facsimile:   (206) 389-1708

All notices and documents regarding the action should be sent to the above address.

NOTICE OF CHANGE OF ADDRESS (2:21-CV-00563-JCC) - 1

134131148

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

DATED this 16th day of May, 2022.

By: *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com

Kristen W. Broz (*pro hac vice*)
2020 K. Street N.W., Suite 500
Washington, DC 20006
Phone (202) 461-3100
Fax (202) 461-3102
kbroz@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone (215) 772-7223
Fax (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

NOTICE OF CHANGE OF ADDRESS (2:21-CV-00563-JCC) - 2

134131148

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

# CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

## Service List

Alicia Cobb
QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
Ph. 206-905-7000
Fax 206-905-7100
Email: aliciacobb@quinnemanuel.com

☐ Via US Mail
☐ Via Messenger
☒ Via CM/ECF / Email
☐ Via over-night delivery

A. Owen Glist
Ankur Kapoor
Jeffrey I. Shinder
CONSTANTINE CANNON LLP
335 Madison Ave., 9th Floor
New York, NY  10017
Ph. 212-350-2776
Fax 212-350-2701
Email: oglist@constantinecannon.com
akapoor@constantinecannon.com
jshinder@constantinecannon.com

Adam Wolfson
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
Ph. 213-443-3000
Email: adamwolfson@quinnemanuel.com

Charles Stevens
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California St., 22nd Floor
San Francisco, CA  94111
Ph. 415-875-6600
Email: charliestevens@quinnemanuel.com

NOTICE OF CHANGE OF ADDRESS (2:21-CV-00563-JCC) - 3

134131148

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1  David Golden
   CONSTANTINE CANNON LLP
2  1001 Pennsylvania Ave., 22nd Floor
   Washington, DC  20004
3  Ph. 202-204-4527
   Email: dgolden@constantinecannon.com
4
   David Du LeRay
5  Steig David Olson
   Shane Seppinni
6  QUINN EMANUEL URQUHART & SULLIVAN
   51 Madison Ave., 22nd Floor
7  New York, NY  10010
   Ph. 212-849-7630
8  Email: davidleray@quinnemanuel.com
   steigolson@quinnemanuel.com
9  shaneseppinni@quinnemanuel.com

10 Kenneth J. Rubin
   Timothy B. McGranor
11 Kara M. Mundy
   VORYS SATER SEYMOUR & PEASE
12 52 E. Gay St.
   PO Box 1008
13 Columbus, OH  43215
   Ph. 614-464-6400
14 Email: kjrubin@vorys.com
   tbmcgranor@vorys.com
15 kmmundy@vorys.com

16 *Attorneys for Plaintiffs*

17
       I declare under penalty of perjury under the laws of the State of Washington that the
18
   foregoing is true and correct.
19
       EXECUTED this 16th day of May, 2022, in Puyallup, Washington.
20

21
                                                  /s/ Courtney Brooks
22                                                Courtney R. Brooks

NOTICE OF CHANGE OF ADDRESS (2:21-CV-00563-JCC) - 4

134131148

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600