The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: MAY 16, 2022** |

Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer Plaintiffs' Second Amended Consolidated Class Action Complaint is currently May 20, 2022.

2. In light of the issues raised by Plaintiffs' Second Amended Consolidated Class Action Complaint, the parties agree that the time for Defendant to answer the Second Amended

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 1

134117672

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

Consolidated Class Action Complaint should be extended by twenty one days up to and through June 10, 2022.

3.     The parties respectfully request that the Court enter the below Order extending the answer deadline as stipulated.

IT IS SO STIPULATED.

DATED this 16th day of May, 2022.

| By: _s/ Alicia Cobb_ | By: _s/ Gavin W. Skok_ |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Gavin W. Skok, WSBA #29766<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, Washington 98154<br>Phone (206) 624-3600<br>Fax (206) 389-1708<br>gskok@foxrothschild.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Shane Seppinni (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kristen W. Broz (*pro hac vice*)<br>2020 K. Street N.W., Suite 500<br>Washington, DC 20006<br>Phone (202) 461-3100<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com |
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | Charles B. Casper (*pro hac vice*)<br>1735 Market Street, 21st Floor<br>Philadelphia, PA  19103<br>Phone (215) 772-7223<br>Fax (215) 731-3750<br>ccasper@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |
| Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Phone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com | |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 2

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

134117672

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Phone (949) 526-7903
Fax (949) 383-2384
tnmccormick@vorys.com

*Attorneys for Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 3

134117672

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

# ORDER

Based on the foregoing stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that the time for Defendant to answer Plaintiffs' Second Amended Consolidated Class Action Complaint is extended up to and through June 10, 2022.

DATED this ___ day of _____, 2022.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

*s/ Gavin W. Skok*

Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com

Kristen W. Broz (*pro hac vice*)
2020 K. Street N.W., Suite 500
Washington, DC 20006
Phone (202) 461-3100
Fax (202) 461-3102
kbroz@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone (215) 772-7223
Facsimile (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

134117672