The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Valve Corporation,<br><br>Defendant. | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: MAY 16, 2022** |

Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer Plaintiffs' Second Amended Consolidated Class Action Complaint is currently May 20, 2022.

2. In light of the issues raised by Plaintiffs' Second Amended Consolidated Class Action Complaint, the parties agree that the time for Defendant to answer the Second Amended

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 1

134117672

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

Consolidated Class Action Complaint should be extended by twenty one days up to and through June 10, 2022.

3. The parties respectfully request that the Court enter the below Order extending the answer deadline as stipulated.

IT IS SO STIPULATED.

DATED this 16th day of May, 2022.

| | |
|---|---|
| By: *s/ Alicia Cobb*<br>Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Shane Seppinni (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Phone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com | By: *s/ Gavin W. Skok*<br>Gavin W. Skok, WSBA #29766<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, Washington 98154<br>Phone (206) 624-3600<br>Fax (206) 389-1708<br>gskok@foxrothschild.com<br><br>Kristen W. Broz (*pro hac vice*)<br>2020 K. Street N.W., Suite 500<br>Washington, DC 20006<br>Phone (202) 461-3100<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Phone (215) 772-7223<br>Fax (215) 731-3750<br>ccasper@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

134117672

|   |   |
|---|---|
| 1 |   |
| 2 | David Golden (*pro hac vice*)<br>CONSTANTINE CANNON LLP |
| 3 | 1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004 |
| 4 | Phone (202) 204-4527<br>Fax (202) 204-3501 |
| 5 | dgolden@constantinecannon.com |
| 6 | A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*) |
| 7 | Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP |
| 8 | 335 Madison Avenue, 9th Floor<br>New York, NY 10017 |
| 9 | Phone (212) 350-2700<br>Fax (212) 350-2701 |
| 10 | oglist@constantinecannon.com |
| 11 | *Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar* |
| 12 |   |
| 13 | Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*) |
| 14 | Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>PEASE LLP |
| 15 | 52 East Gay Street<br>Columbus, Ohio 43215 |
| 16 | Phone (614) 464-6400<br>Fax (614) 719-4796 |
| 17 | kjrubin@vorys.com<br>tbmcgranor@vorys.com |
| 18 | kmmundy@vorys.com |
| 19 | Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND |
| 20 | PEASE LLP<br>4675 MacArthur Court |
| 21 | Suite 700<br>Newport Beach, California 92660 |
| 22 | Phone (949) 526-7903<br>Fax (949) 383-2384 |
| 23 | tnmccormick@vorys.com |
| 24 | *Attorneys for Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and* |
| 25 | *Hope Marchionda* |
| 26 |   |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 3

134117672

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

# ORDER

Based on the foregoing stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that the time for Defendant to answer Plaintiffs' Second Amended Consolidated Class Action Complaint is extended up to and through June 10, 2022.

DATED this 17th day of May 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Gavin W. Skok*

Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com

Kristen W. Broz (*pro hac vice*)
2020 K. Street N.W., Suite 500
Washington, DC 20006
Phone (202) 461-3100
Fax (202) 461-3102
kbroz@foxrothschild.com

Charles B. Casper (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone (215) 772-7223
Facsimile (215) 731-3750
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT (2:21-CV-00563-JCC) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

134117672