HON. JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 2:21-cv-00563-JCC |
| vs. | |
| Valve Corporation, | |
| Defendant. | |
| DARK CATT STUDIOS HOLDINGS, INC., a Delaware corporation, and DARK CATT STUDIOS INTERACTIVE LLC, an Illinois limited liability company, on behalf of themselves and all others similarly situated, | Civil Action No. 2:21-cv-00872-JCC **STIPULATED MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL CIVIL RULE 42** |
| Plaintiffs, | |
| vs. | NOTE ON MOTION CALENDAR: July 21, 2022 |
| Valve Corporation, | |
| Defendant. | |

Pursuant to Local Civil Rule ("LCR") 42(a), Plaintiffs Wolfire Games, LLC, Dark Catt

Studios Holdings, Inc., Dark Catt Studios Interactive LLC, William Herbert, Daniel Escobar, Sean

Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively

"Plaintiffs") and Defendant Valve Corporation (collectively with Plaintiffs, the "Parties")

STIP. MOT. TO CONSOLIDATE
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1  respectfully submit this Stipulated Motion to Consolidate Related Actions and for Leave to File a

2  Consolidated Amended Complaint.

3      This Stipulated Motion seeks to consolidate two related actions currently pending in this

4  Court:  *Wolfire Games et al. v. Valve Corporation*, Case No. 2:21-cv-00563-JCC (W.D. Wash.)

5  ("*Wolfire*"), and *Dark Catt Studios et al. v. Valve Corporation*, Case No. 2:21-cv-00872-JCC

6  (W.D. Wash.) ("*Dark Catt*").

7      The *Wolfire* and *Dark Catt* actions involve claims asserted on behalf of overlapping

8  putative classes regarding allegedly anticompetitive conduct against the same Defendant.

9  Consolidating the cases under LCR 42 will promote efficiency and conserve judicial resources, as

10  well as the Parties' resources.

11      IT IS THEREFORE STIPULATED AND AGREED, THROUGH COUNSEL OF

12  RECORD, THAT:

13      The Court should consolidate the *Dark Catt* action into the lower-numbered *Wolfire* action,

14  under the master caption *In re Valve Antitrust Litigation*; and

15      If the Court consolidates the *Wolfire* and *Dark Catt* cases, Plaintiffs will file a single

16  consolidated complaint in the consolidated action on behalf of game publishers by August 26,

17  2022.

18      Plaintiffs having further stated an intention not to add to any consolidated complaint any

19  substantively new allegations that were not previously included in either the *Wolfire* or *Dark Catt*

20  complaints, and recognizing that certain of the claims in the *Wolfire* complaint were dismissed

21  with prejudice, but seeking to preserve the appeal rights as to those allegations, IT IS

22  THEREFORE FURTHER STIPULATED AND AGREED THAT:

23      Pursuant to established law in this Circuit, Plaintiffs do not intend to include in any

24  consolidated complaint those claims dismissed with prejudice in the *Wolfire* action (*Wolfire* Dkt.

25  No. 80), but expressly state their intent to preserve their right to appeal the dismissal of those

26  claims.[1]

27

---

[1] *See, e.g., Lacey v. Maricopa Cnty.,* 693 F.3d 896, 928 (9th Cir. 2012) ("For claims dismissed

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1    DATED July 21, 2022.

2    /s/ Alicia Cobb                                    /s/ Stephanie L. Jensen

3    Alicia Cobb, WSBA #48685                           Stephanie L. Jensen, WSBA #42042
     QUINN EMANUEL URQUHART &                           WILSON SONSINI GOODRICH &
4    SULLIVAN, LLP                                      ROSATI P.C.
     1109 First Avenue, Suite 210                       701 Fifth Avenue, Suite 5100
5    Seattle, Washington 98101                          Seattle, WA 98104-7036
     Phone (206) 905-7000                               Phone (206) 883-2500
6    Fax (206) 905-7100                                 Fax (206) 883-2699
     aliciacobb@quinnemanuel.com                        sjensen@wsgr.com

7    Steig D. Olson (*pro hac vice*)                    Kenneth R. O'Rourke (*pro hac vice*)
8    David LeRay (*pro hac vice*)                       Scott A. Sher (*pro hac vice*)
     QUINN EMANUEL URQUHART &                           Allison B. Smith (*pro hac vice*)
9    SULLIVAN, LLP                                      WILSON SONSINI GOODRICH &
     51 Madison Avenue                                  ROSATI, P.C.
10   New York, New York 10010                           1700 K Street, NW, Suite 500
     Phone (212) 849-7231                               Washington, DC 20006
11   Fax (212) 849-7100                                 Phone (202) 973-8800
     steigolson@quinnemanuel.com                        Fax (202) 973-8899
12                                                      korourke@wsgr.com
     Adam Wolfson (*pro hac vice*)                      ssher@wsgr.com
13   QUINN EMANUEL URQUHART &                           allison.smith@wsgr.com
     SULLIVAN, LLP
14   865 S. Figueroa St., 10th Floor                    W. Joseph Bruckner (*pro hac vice*)
     Los Angeles, California 90017                      Joseph C. Bourne (*pro hac vice*)
15   Phone (213) 443-3285                               LOCKRIDGE GRINDAL NAUEN P.L.L.P.
     Fax (213) 443-3100                                 100 Washington Avenue S, Suite 2200
16   adamwolfson@quinnemanuel.com                       Minneapolis, MN 55401
                                                        Phone (612) 339-6900
17   Charles Stevens (*pro hac vice*)                   Fax (612) 339-0981
     QUINN EMANUEL URQUHART &                           wjbruckner@locklaw.com
18   SULLIVAN, LLP                                      jcbourne@locklaw.com
     50 California St., 22nd Floor
19   San Francisco, CA 94111
     Phone (415) 875-6600
20   Fax (415) 875-6700
     charliestevens@quinnemanuel.com                    /s/ Gavin W. Skok

21
     David Golden (*pro hac vice*)                      Gavin W. Skok, WSBA #29766
22   CONSTANTINE CANNON LLP                             FOX ROTHSCHILD LLP
     1001 Pennsylvania Ave., 22nd Floor                 1001 Fourth Avenue, Suite 4500
23   Washington, D.C. 20004                             Seattle, WA 98154
     Phone (202) 204-4527                               Telephone: (206) 624-3600
24   Fax (202) 204-3501                                 Fax: (206) 389-1708
     dgolden@constantinecannon.com                      gskok@foxrothschild.com

25                                                      Charles B. Casper (*pro hac vice*)

26   ────────────────────
27   with prejudice and without leave to amend, we will not require that they be repled in a
     subsequent amended complaint to preserve them for appeal."); *see also Vien-Phuong Thi Ho v.
     Reconstruct Co., NA,* 858 F.3d 568, 577 (9th Cir. 2017).

1
2
3
4
5

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone (215) 772-1500
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

6

*Proposed Interim Co-Lead Counsel*

7
8
9
10
11
12
13

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

14
15
16
17

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

18

*Proposed Interim Executive Committee
Member*

19
20
21
22
23
24
25
26
27

STIP. MOT. TO CONSOLIDATE
(2:21-CV-00563-JCC)- 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1   IT IS SO ORDERED.

2   DATED this _____ day of _____, 2022.

3

4

              Hon. John C. Coughenour

5                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIP. MOT. TO CONSOLIDATE
(2:21-CV-00563-JCC)- 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1

**<u>CERTIFICATE OF SERVICE</u>**

2

     I hereby certify that on July 21, 2022, I caused a true and correct copy of the foregoing to

3

be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of

4

record.

5

     DATED July 21, 2022.

6

7

                                 /s/ Alicia Cobb

8

                                 Alicia Cobb, WSBA #48685

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000