Hon. John C. Coughenour

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Valve Corporation,<br><br>    Defendant. | Civil Action No. 2:21-cv-00563-JCC |
| DARK CATT STUDIOS HOLDINGS, INC., a Delaware corporation, and DARK CATT STUDIOS INTERACTIVE LLC, an Illinois limited liability company, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Valve Corporation,<br><br>    Defendant. | Civil Action No. 2:21-cv-00872-JCC<br><br>**STIPULATED MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL CIVIL RULE 42**<br><br>NOTE ON MOTION CALENDAR:  July 22, 2022 |

Pursuant to Local Civil Rule ("LCR") 42(a), Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., Dark Catt Studios Interactive LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation (collectively with Plaintiffs, the "Parties")

Stip. Mot. to Consolidate
(2:21-cv-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

respectfully submit this Stipulated Motion to Consolidate Related Actions and for Leave to File a Consolidated Amended Complaint.

This Stipulated Motion seeks to consolidate two related actions currently pending in this Court: *Wolfire Games et al. v. Valve Corporation*, Case No. 2:21-cv-00563-JCC (W.D. Wash.) ("*Wolfire*"), and *Dark Catt Studios et al. v. Valve Corporation*, Case No. 2:21-cv-00872-JCC (W.D. Wash.) ("*Dark Catt*").

The *Wolfire* and *Dark Catt* actions involve claims asserted on behalf of overlapping putative classes regarding allegedly anticompetitive conduct against the same Defendant. Consolidating the cases under LCR 42 will promote efficiency and conserve judicial resources, as well as the Parties' resources.

IT IS THEREFORE STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD, THAT:

The Court should consolidate the *Dark Catt* action into the lower-numbered *Wolfire* action, under the master caption *In re Valve Antitrust Litigation*; and

If the Court consolidates the *Wolfire* and *Dark Catt* cases, Plaintiffs will file a single consolidated complaint in the consolidated action on behalf of game publishers by August 26, 2022.

Plaintiffs having further stated an intention not to add to any consolidated complaint any substantively new allegations that were not previously included in either the *Wolfire* or *Dark Catt* complaints, and recognizing that certain of the claims in the *Wolfire* complaint were dismissed with prejudice, but seeking to preserve the appeal rights as to those allegations, IT IS THEREFORE FURTHER STIPULATED AND AGREED THAT:

Pursuant to established law in this Circuit, Plaintiffs do not intend to include in any consolidated complaint those claims dismissed with prejudice in the *Wolfire* action (*Wolfire* Dkt. No. 80), but expressly state their intent to preserve their right to appeal the dismissal of those claims.[1]

---

[1] *See, e.g., Lacey v. Maricopa Cnty.,* 693 F.3d 896, 928 (9th Cir. 2012) ("For claims dismissed

STIP. MOT. TO CONSOLIDATE
(2:21-CV-00563-JCC)- 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

DATED July 22, 2022.

| | |
|---|---|
| */s/ Alicia Cobb* | */s/ Stephanie L. Jensen* |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com |
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone (612) 339-6900<br>Fax (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com |
| Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Phone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com | |
| David Golden (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Phone (202) 204-4527<br>Fax (202) 204-3501<br>dgolden@constantinecannon.com | */s/ Gavin W. Skok*<br>Gavin W. Skok, WSBA #29766<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>Telephone: (206) 624-3600<br>Fax: (206) 389-1708<br>gskok@foxrothschild.com |
| | Charles B. Casper (*pro hac vice*) |

---

with prejudice and without leave to amend, we will not require that they be repled in a subsequent amended complaint to preserve them for appeal."); *see also Vien-Phuong Thi Ho v. Reconstruct Co., NA*, 858 F.3d 568, 577 (9th Cir. 2017).

STIP. MOT. TO CONSOLIDATE
(2:21-CV-00563-JCC)- 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

| | | |
|---|---|---|
| 1 | A. Owen Glist (*pro hac vice*) | MONTGOMERY McCRACKEN WALKER |
| 2 | Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*) | & RHOADS LLP<br>1735 Market Street, 21st Floor |
| 3 | CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor | Philadelphia, PA 19103<br>Phone (215) 772-1500 |
| 4 | New York, NY 10017<br>Phone (212) 350-2700 | ccasper@mmwr.com |
| 5 | Fax (212) 350-2701<br>oglist@constantinecannon.com | *Attorneys for Defendant Valve Corporation* |

*Proposed Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Proposed Interim Executive Committee Member*

STIP. MOT. TO CONSOLIDATE
(2:21-CV-00563-JCC)- 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1  It is so ORDERED this 22nd day of July 2022.

    _____
    John C. Coughenour
    UNITED STATES DISTRICT JUDGE

Stip. Mot. to Consolidate
(2:21-cv-00563-JCC)- 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2022, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED July 22, 2022.

                                        */s/ Alicia Cobb*
                                        Alicia Cobb, WSBA #48685

STIP. MOT. TO CONSOLIDATE
(2:21-CV-00563-JCC)- 6

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000