HON. JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In re VALVE ANTITRUST LITIGATION | Lead Case No. 2:21-cv-00563-JCC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>NOTE ON MOTION CALENDAR: August 12, 2022 |

THIS MATTER came before the Court on Plaintiffs Wolfire Games, LLC ("Wolfire"), Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC's (collectively with Dark Catt Studios Holdings, Inc., "Dark Catt," and collectively with Wolfire, "Plaintiffs"), Motion For Appointment of Interim Co-Lead Class Counsel (the "Motion"). The Court has duly considered the Motion submitted by Plaintiffs.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

The leadership structure for this class action (Lead Case No. 2:21-cv-00563-JCC) as well as for any other subsequently-filed class actions that are consolidated into these actions, shall consist of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), Constantine Cannon LLP ("Constantine Cannon"), Lockridge Grindal Nauen P.L.L.P. ("Lockridge"), and Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") (collectively, "Proposed Co-Lead Class Counsel") as Interim Co-Lead Class Counsel, with Vorys, Sater, Seymour and Pease LLP ("Vorys") serving as an Executive Committee.

DATED this _____ day of _____, 2022.

_____
The Honorable John C. Coughenour
U.S. District Court Judge

Presented by:

| | |
|---|---|
| */s/ Alicia Cobb* | */s/ Stephanie L. Jensen* |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com |
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com |
| Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Phone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com | *Proposed Interim Co-Lead Counsel* |
| David Golden (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Phone (202) 204-4527<br>Fax (202) 204-3501<br>dgolden@constantinecannon.com | |
| A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017 | |

1  Phone (212) 350-2700
   Fax (212) 350-2701
2  oglist@constantinecannon.com

3  *Proposed Interim Co-Lead Counsel*

4
   Kenneth J. Rubin (*pro hac vice*)
5  Timothy B. McGranor (*pro hac vice*)
   Kara M. Mundy (*pro hac vice*)
6  VORYS, SATER, SEYMOUR AND
      PEASE LLP
7  52 East Gay Street
   Columbus, Ohio 43215
8  Phone (614) 464-6400
   Fax (614) 719-4796
9  kjrubin@vorys.com
   tbmcgranor@vorys.com
10 kmmundy@vorys.com

11 Thomas N. McCormick (*pro hac vice*)
   VORYS, SATER, SEYMOUR AND
12    PEASE LLP
   4675 MacArthur Court, Suite 700
13 Newport Beach, California 92660
   Phone (949) 526-7903 | Fax (949) 383-2384
14 tnmccormick@vorys.com

15 *Proposed Interim Executive Committee Member*

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER ON MOT. TO APPOINT LEADERSHIP
Case No. 2:21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2022, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record.

EXECUTED on this 22nd day of July, 2022.

/s/ *Alicia Cobb*
Alicia Cobb