Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In re VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

**[PROPOSED] ORDER REGARDING LCR 37 SUBMISSION RE CASE SCHEDULE AND VALVE'S RESPONSE TO CONSOLIDATED CLASS ACTION COMPLAINT**

Now before the Court is the Local Civil Rule 37 submission regarding case schedule and Valve's response to the consolidated class action complaint ("CAC"). Having carefully considered the issues, the Court concludes that Plaintiffs' proposals will advance the efficient resolution of the case and adopts the following order:

1. The parties are limited to filing one motion for summary judgment per side without seeking leave of the Court. Subsequent motions for summary judgment may be brought only with leave from the Court for good cause shown.

2. Defendant shall not file a motion to dismiss without seeking leave of the Court for good cause shown.

[PROPOSED] ORDER RE LCR 37 SUBMISSION
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

3. The Court adopts the following case schedule:

| Case | Deadline |
|---|---|
| Rolling Document Production Begins | September 30, 2022 |
| Substantial Completion of Transactional Data Production | March 1, 2023 |
| Substantial Completion of Parties' Document Productions | May 1, 2023 |
| Final Deadline for Service of Third-Party Document Subpoenas | July 1, 2023 |
| Deadline to Amend Complaint(s) | March 1, 2023 |
| Close of Fact Discovery | October 31, 2023 |
| Motion for Class Certification Together With Plaintiffs' Class Certification Expert Report(s) | January 15, 2024 |
| Opposition to Class Certification Together With Defendant's Class Certification Expert Report(s) and *Daubert* | March 18, 2024 |
| *Daubert* Motions on Plaintiffs' Class Certification Expert | March 18, 2024 |
| Class Certification Reply Together With Plaintiffs' Rebuttal Class Certification Expert Report(s) | May 13, 2024 |
| *Daubert* Motions on Defendant's Class Certification Expert | May 13, 2024 |
| Deadline to Complete Class Certification Expert Discovery | May 27, 2024 |
| Valve's *Daubert* Reply / Valve's Opposition to *Daubert* Motions | June 10, 2024 |
| Plaintiffs' *Daubert* Replies | June 24, 2024 |

[PROPOSED] ORDER RE LCR 37 SUBMISSION
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

| | |
|---|---|
| Opening Merits Expert Report(s) (on any issue for which the party bears the burden) | 60 days after any grant of class certification |
| Response Merits Expert Report(s) | 120 days after any grant of class certification |
| Rebuttal Merits Expert Report(s) | 150 days after any grant of class certification |
| Close of Merits Expert Discovery | 165 days after any grant of class certification |
| Last Day to File Motions for Summary Judgment and *Daubert* Motions on Merits Experts | 180 days after any grant of class certification |
| Opposition to Motions for Summary Judgment and *Daubert* Motions on Merits Experts | 240 days after any grant of class certification |
| Replies to Motions for Summary Judgment and *Daubert* Motions | 270 days after any grant of class certification |

IT IS SO ORDERED.

Dated:

HON. JOHN C. COUGHENOUR

[PROPOSED] ORDER RE LCR 37 SUBMISSION
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
Phone (206) 905-7000

Presented by:

/s/ Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Phone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)

/s/ Stephanie L. Jensen

Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH &
ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
ssher@wsgr.com
allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Proposed Interim Co-Lead Counsel*

[PROPOSED] ORDER RE LCR 37 SUBMISSION
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000

1  CONSTANTINE CANNON LLP
   335 Madison Avenue, 9th Floor
2  New York, NY 10017
   Phone (212) 350-2700
3  Fax (212) 350-2701
   oglist@constantinecannon.com
4
   *Proposed Interim Co-Lead Counsel*
5

6  Kenneth J. Rubin (*pro hac vice*)
   Timothy B. McGranor (*pro hac vice*)
7  Kara M. Mundy (*pro hac vice*)
   VORYS, SATER, SEYMOUR AND
8     PEASE LLP
   52 East Gay Street
9  Columbus, Ohio 43215
   Phone (614) 464-6400
10 Fax (614) 719-4796
   kjrubin@vorys.com
11 tbmcgranor@vorys.com
   kmmundy@vorys.com
12
   Thomas N. McCormick (*pro hac vice*)
13 VORYS, SATER, SEYMOUR AND
      PEASE LLP
14 4675 MacArthur Court, Suite 700
   Newport Beach, California 92660
15 Phone (949) 526-7903 | Fax (949) 383-2384
   tnmccormick@vorys.com
16
   *Proposed Interim Executive Committee*
17 *Member*

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE LCR 37 SUBMISSION
21-cv-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA  98101
Phone (206) 905-7000