THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

| In re VALVE ANTITRUST LITIGATION | LEAD CASE NO. C21-0563-JCC

ORDER |

15      This matter comes before the Court on the parties' LCR 37(a)(2)(I) submission (Dkt. No.

16  94). The parties seek expedited rulings on the anticipated case schedule and what, if any,

17  limitations should apply to the submission of dispositive motions.

18      The parties first debate whether class certification expert reports are best exchanged

19  concurrent or prior to class certification briefing, and whether Plaintiffs may submit a

20  certification expert rebuttal report supporting their reply brief. (*Id.* at 7–17.) The Court concludes

21  that it would be most efficient, and consistent with comparable actions, for the parties to submit

22  expert certification reports *concurrent* to their briefing. Moreover, given Plaintiffs' burden on

23  certification, they should be permitted to submit an expert certification rebuttal along with their

24  reply brief.[1]

25

26      [1] That report, of course, must be limited to evidence or argument raised by Defendant in its opposition brief.

ORDER
C21-0563-JCC
PAGE - 1

The parties next debate whether Defendant should be prohibited from (a) again moving to dismiss Plaintiffs' anticipated consolidated class action complaint, so long as it contains no new substantive allegations, and (b) filing successive summary judgment motions. (*Id.* at 17–20.) Plaintiffs contend these limitations are necessary and in the interest of efficiency. The Court disagrees. Neither would be consistent with the Local Rules nor necessary to fairly and expeditiously move this matter forward.

With this guidance in mind, the parties are ORDERED to meet and confer and provide the Court with a joint proposed scheduling order for this matter through summary judgment briefing within ten (10) days of this Order. If the parties are unable to do so, they may submit a renewed LCR 37(a)(2)(I) filing regarding the remaining disputed issues associated with a case management schedule.

DATED this 16th day of August 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-0563-JCC
PAGE - 2