The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 22, 2022** |

The Court's August 16, 2022 Order (Dkt. # 96) instructed the parties to confer and to provide the Court with a proposed case schedule through summary judgment briefing. The parties conferred and jointly propose that the Court enter the following case schedule.

| EVENT | DATE |
|---|---|
| Rolling Document Productions Begin | September 30, 2022 |
| Substantial Completion of Transactional Data Production | March 1, 2023 |
| Substantial Completion of Parties' Document Productions | May 1, 2023 |
| Final Deadline for Service of Third-Party Document Subpoenas | June 30, 2023 |
| Deadline to Amend Complaint | March 1, 2023 |
| Close of Fact Discovery | October 31, 2023 |

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE
(2:21-CV-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| EVENT | DATE |
|---|---|
| Deadline to (i) file Plaintiffs' Motion for Class Certification accompanied by the evidence and declarations on which Plaintiffs rely, and (ii) disclose Plaintiffs' Class Certification Expert Report(s) | December 21, 2023 |
| Deadline to (i) file Valve's Opposition to Class Certification accompanied by the evidence and declarations on which Plaintiffs rely, (ii) disclose Valve's Class Certification Expert Report(s), and (iii) file Valve's *Daubert* Motions on Plaintiffs' Class Certification Expert(s) | April 5, 2024 |
| Deadline to (i) file Plaintiffs' Class Certification Reply, (ii) disclose Plaintiffs' Rebuttal Class Certification Expert Report(s), (iii) file Plaintiffs' *Daubert* Oppositions, and (iv) file Plaintiffs' *Daubert* Motions on Valve's Class Certification Expert(s) | June 6, 2024 |
| Deadline to Complete Class Certification Expert Discovery | June 24, 2024 |
| Deadline to file Valve's *Daubert* Replies and Valve's Opposition to Plaintiffs' *Daubert* Motions | July 9, 2024 |
| Deadline to file Plaintiffs' *Daubert* Replies | July 22, 2024 |
| Disclose Opening Merits Expert Report(s) (on issues for which the party bears the burden of proof) | 60 days after any grant of class certification |
| Disclose Response Merits Expert Report(s) | 120 days after any grant of class certification |
| Disclose Rebuttal Merits Expert Report(s) | 150 days after any grant of class certification |
| Close of Merits Expert Discovery | 165 days after any grant of class certification |
| Last day to file Motions for Summary Judgment and *Daubert* Motions on Merits Experts | 180 days after any grant of class certification |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions | 240 days after any grant of class certification[1] |
| Replies to Motions for Summary Judgment and *Daubert* Motions | 270 days after any grant of class certification |

---

[1] Agreed opposition and reply dates listed here apply to summary judgment motions filed 180 days after any grant of class certification. The parties agree to meet and confer regarding opposition and reply dates for any earlier filed summary judgment motion if either party believes the default opposition and/or reply dates under the Local Rules are inadequate.

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE
(2:21-CV-00563-JCC) - 2

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED this 22nd day of August, 2022.

| s/ Alicia Cobb | s/ Stephanie L. Jensen |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Telephone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com |
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com |
| Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com | *Interim Co-Lead Counsel* |
| *Interim Co-Lead Counsel* | |

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE
(2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| | | |
|---|---|---|
| 1 | David Golden (*pro hac vice*) | s/ Gavin W. Skok |
| 2 | CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor | Gavin W. Skok, WSBA #29766<br>FOX ROTHSCHILD LLP |

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
    PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
    PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Interim Executive Committee Member*

s/ Gavin W. Skok
Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
gskok@foxrothschild.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC  20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Charles B. Casper (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE
(2:21-CV-00563-JCC) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

IT IS SO ORDERED.

DATED:_____

_____
Honorable John C. Coughenour
United States District Court Judge

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE
(2:21-CV-00563-JCC) - 5

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600