The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**NOTE ON MOTION CALENDAR: SEPTEMBER 8, 2022**

Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.     The deadline for Defendant to answer or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint is currently September 9, 2022.

2.     Based on Defendant's representation that it will be answering the Consolidated Amended Class Action Complaint and needs additional time to draft its Answer, the parties agree that the time for Defendant to answer the Consolidated Amended Class Action Complaint should be extended by fourteen days to September 23, 2022.

3.     The parties respectfully request that the Court enter the below Order extending the deadline as stipulated.

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO CONSOLIDATED AMENDED COMPLAINT - (2:21-CV-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    IT IS SO STIPULATED.

2    DATED this 8th day of September, 2022.

3    *s/ Alicia Cobb*                                    *s/ Stephanie L. Jensen*

4    Alicia Cobb, WSBA #48685                 Stephanie L. Jensen, WSBA #42042
     QUINN EMANUEL URQUHART &          WILSON SONSINI GOODRICH &
5    SULLIVAN, LLP                                  ROSATI P.C.
     1109 First Avenue, Suite 210              701 Fifth Avenue, Suite 5100
6    Seattle, Washington 98101                 Seattle, WA 98104-7036
     Telephone (206) 905-7000                  Telephone (206) 883-2500
7    Fax (206) 905-7100                           Fax (206) 883-2699
     aliciacobb@quinnemanuel.com         sjensen@wsgr.com
8
     Steig D. Olson (*pro hac vice*)            Kenneth R. O'Rourke (*pro hac vice*)
9    David LeRay (*pro hac vice*)              Scott A. Sher (*pro hac vice*)
     QUINN EMANUEL URQUHART &          Allison B. Smith (*pro hac vice*)
10   SULLIVAN, LLP                                  WILSON SONSINI GOODRICH &
     51 Madison Avenue                          ROSATI, P.C.
11   New York, New York 10010                1700 K Street, NW, Suite 500
     Telephone (212) 849-7231                  Washington, DC 20006
12   Fax (212) 849-7100                           Telephone (202) 973-8800
     steigolson@quinnemanuel.com         Fax (202) 973-8899
13                                                       korourke@wsgr.com
     Adam Wolfson (*pro hac vice*)           ssher@wsgr.com
14   QUINN EMANUEL URQUHART &          allison.smith@wsgr.com
     SULLIVAN, LLP
15   865 S. Figueroa St., 10th Floor            W. Joseph Bruckner (*pro hac vice*)
     Los Angeles, California 90017             Joseph C. Bourne (*pro hac vice*)
16   Telephone (213) 443-3285                  LOCKRIDGE GRINDAL NAUEN P.L.L.P.
     Fax (213) 443-3100                           100 Washington Avenue S, Suite 2200
17   adamwolfson@quinnemanuel.com     Minneapolis, MN 55401
                                                         Telephone: (612) 339-6900
18   Charles Stevens (*pro hac vice*)          Fax: (612) 339-0981
     QUINN EMANUEL URQUHART &          wjbruckner@locklaw.com
19   SULLIVAN, LLP                                  jcbourne@locklaw.com
     50 California St., 22nd Floor
20   San Francisco, CA 94111                    *Interim Co-Lead Counsel*
     Telephone (415) 875-6600
21   Fax (415) 875-6700
     charliestevens@quinnemanuel.com
22
     *Interim Co-Lead Counsel*
23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO CONSOLIDATED AMENDED COMPLAINT - (2:21-CV-00563-JCC) - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
    PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
    PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Executive Committee*

*s/ Gavin W. Skok*

Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
gskok@foxrothschild.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC  20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Charles B. Casper (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO CONSOLIDATED AMENDED COMPLAINT - (2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1

**ORDER**

2          Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time

3   for Defendant to answer Plaintiffs' Consolidated Amended Class Action Complaint is extended to

4   September 23, 2022.

5

6          DATED this 12th day of September 2022.

7

8

9   _____

10  John C. Coughenour
    UNITED STATES DISTRICT JUDGE

11  Presented by:

12

13  *s/ Gavin W. Skok*
    _____

14   Gavin W. Skok, WSBA #29766
     FOX ROTHSCHILD LLP

15   1001 Fourth Avenue, Suite 4400
     Seattle, WA 98154

16   Telephone: (206) 624-3600
     Fax: (206) 389-1708

17   gskok@foxrothschild.com

18   Kristen Ward Broz
     FOX ROTHSCHILD LLP

19   2020 K. St. NW, Ste. 500
     Washington, DC  20006

20   Telephone (202) 794-1220
     Fax (202) 461-3102

21   kbroz@foxrothschild.com

22   Charles B. Casper (*pro hac vice*)
     MONTGOMERY McCRACKEN

23   WALKER & RHOADS LLP
     1735 Market Street, 21st Floor

24   Philadelphia, PA 19103
     Telephone (215) 772-1500

25   ccasper@mmwr.com

    *Attorneys for Defendant Valve*
26   *Corporation*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO CONSOLIDATED AMENDED COMPLAINT - (2:21-CV-00563-JCC) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO CONSOLIDATED AMENDED COMPLAINT - (2:21-CV-00563-JCC) - 5