THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**NOTICE OF LIMITED APPEARANCE**<br><br>*Clerk's Action Required* |

TO:    Clerk of the Court;

AND TO:    All Counsel and Parties of Record

PLEASE TAKE NOTICE that the undersigned herewith appear as attorneys for VALVE CORPORATION ("Valve") for the limited scope and purpose of representing Valve to pursue and obtain certain third-party discovery. Except for the limited scope and purpose set forth above, the undersigned counsel does not represent Valve in any other capacity or for any other purpose relative to the above-referenced action.

NOTICE OF LIMITED APPEARANCE – 1

C**ORR** C**RONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 27th day of January, 2023.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

CORR CRONIN LLP

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
elindberg@corrcronin.com

*Attorneys for Valve Corporation*

NOTICE OF LIMITED APPEARANCE – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2023 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          *s/ Christy A. Nelson*
                                          Christy A. Nelson

NOTICE OF LIMITED APPEARANCE – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900