The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

**STIPULATED MOTION FOR EXTENSION OF DEADLINE FOR SUBSTANTIAL COMPLETION OF TRANSACTIONAL DATA PRODUCTION**

**NOTE ON MOTION CALENDAR: FEBRUARY 17, 2023**

Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The Court entered a case schedule on August 23, 2022 (Dkt. # 98), which set a deadline of March 1, 2023 for substantial completion of transactional data production.

2. The parties have been working on transactional data issues but believe that additional time is necessary beyond the current March 1, 2023 deadline for substantial completion of transactional data production.

3. The parties request that the Court extend the deadline for substantial completion of transactional data production to April 3, 2023.

4. The parties do not request any other changes to the case schedule.

5.      The parties respectfully request that the Court enter the below Order extending the deadline as stipulated.

IT IS SO STIPULATED.

DATED this 17th day of February, 2023.

<table>
<tr><td>

*s/ Alicia Cobb*

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Telephone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

*Interim Co-Lead Counsel*

</td><td>

*s/ Stephanie L. Jensen*

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH &
ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com
ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
ssher@wsgr.com
allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Leona Bridget Ajavon (*pro hac vice*)
Kyle J. Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Interim Co-Lead Counsel*

</td></tr>
</table>

STIPULATED MOTION FOR EXTENSION OF DEADLINE RE
TRANSACTIONAL DATA PRODUCTION - (2:21-CV-00563-JCC) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| David Golden (*pro hac vice*)<br>Justin Fore (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Telephone (202) 204-4527<br>Fax (202) 204-3501<br>dgolden@constantinecannon.com<br><br>A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone (212) 350-2700<br>Fax (212) 350-2701<br>oglist@constantinecannon.com<br><br>*Interim Co-Lead Counsel*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>Douglas R. Matthews, (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>  PEASE LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Telephone (614) 464-6400<br>Fax (614) 719-4796<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>kmmundy@vorys.com<br><br>Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>  PEASE LLP<br>4675 MacArthur Court, Suite 700<br>Newport Beach, California 92660<br>Phone (949) 526-7903 ǀ Fax (949) 383-2384<br>tnmccormick@vorys.com<br><br>*Executive Committee* | <u>s/ Gavin W. Skok</u><br>Gavin W. Skok, WSBA #29766<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Telephone: (206) 624-3600<br>Fax: (206) 389-1708<br>gskok@foxrothschild.com<br><br>Kristen Ward Broz<br>FOX ROTHSCHILD LLP<br>2020 K. St. NW, Ste. 500<br>Washington, DC  20006<br>Telephone (202) 794-1220<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com<br><br>Nathan M. Buchter<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA  19103<br>Telephone (215) 299-3010<br>nbuchter@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>Peter Breslauer (*pro hac vice*)<br>Robert E. Day (*pro hac vice*)<br>Jessica Rizzo (*pro hac vice*)<br>MONTGOMERY McCRACKEN WALKER<br>& RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>ccasper@mmwr.com<br>pbreslauer@mmwr.com<br>rday@mmwr.com<br>jrizzo@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATED MOTION FOR EXTENSION OF DEADLINE RE
TRANSACTIONAL DATA PRODUCTION - (2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the deadline for substantial completion of transactional data production is extended to April 3, 2023.

DATED this ___ day of February, 2023.

_____
The Honorable John C. Coughenour
United States District Judge