The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF DEADLINE FOR SUBSTANTIAL COMPLETION OF TRANSACTIONAL DATA PRODUCTION**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 17, 2023** |

Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.      The Court entered a case schedule on August 23, 2022 (Dkt. # 98), which set a deadline of March 1, 2023 for substantial completion of transactional data production.

2.      The parties have been working on transactional data issues but believe that additional time is necessary beyond the current March 1, 2023 deadline for substantial completion of transactional data production.

3.      The parties request that the Court extend the deadline for substantial completion of transactional data production to April 3, 2023.

4.      The parties do not request any other changes to the case schedule.

STIPULATED MOTION FOR EXTENSION OF DEADLINE RE
TRANSACTIONAL DATA PRODUCTION - (2:21-CV-00563-JCC) - 1

1       5.      The parties respectfully request that the Court enter the below Order extending the

2   deadline as stipulated.

3       IT IS SO STIPULATED.

4       DATED this 17th day of February, 2023.

5

   _s/ Alicia Cobb_                           _s/ Stephanie L. Jensen_

6   Alicia Cobb, WSBA #48685               Stephanie L. Jensen, WSBA #42042
   QUINN EMANUEL URQUHART &           Tyre L. Tindall, WSBA #56357

7   SULLIVAN, LLP                      WILSON SONSINI GOODRICH &
   1109 First Avenue, Suite 210            ROSATI P.C.

8   Seattle, Washington 98101             701 Fifth Avenue, Suite 5100
   Telephone (206) 905-7000             Seattle, WA 98104-7036

9   Fax (206) 905-7100                    Telephone (206) 883-2500
   aliciacobb@quinnemanuel.com         Fax (206) 883-2699

10                                       sjensen@wsgr.com
   Steig D. Olson (_pro hac vice_)         ttindall@wsgr.com

11   David LeRay (_pro hac vice_)
   Nic V. Siebert (_pro hac vice_)        Kenneth R. O'Rourke (_pro hac vice_)

12   QUINN EMANUEL URQUHART &          Scott A. Sher (_pro hac vice_)
   SULLIVAN, LLP                      Allison B. Smith (_pro hac vice_)

13   51 Madison Avenue                  WILSON SONSINI GOODRICH &
   New York, New York 10010           ROSATI, P.C.

14   Telephone (212) 849-7231             1700 K Street, NW, Suite 500
   Fax (212) 849-7100                   Washington, DC 20006

15   steigolson@quinnemanuel.com       Telephone (202) 973-8800
                                    Fax (202) 973-8899

16   Adam Wolfson (_pro hac vice_)       korourke@wsgr.com
   QUINN EMANUEL URQUHART &          ssher@wsgr.com

17   SULLIVAN, LLP                      allison.smith@wsgr.com
   865 S. Figueroa St., 10th Floor

18   Los Angeles, California 90017        W. Joseph Bruckner (_pro hac vice_)
   Telephone (213) 443-3285            Joseph C. Bourne (_pro hac vice_)

19   Fax (213) 443-3100                    Leona Bridget Ajavon (_pro hac vice_)
   adamwolfson@quinnemanuel.com     Kyle J. Pozan (_pro hac vice_)

20                                       LOCKRIDGE GRINDAL NAUEN P.L.L.P.
   Charles Stevens (_pro hac vice_)      100 Washington Avenue S, Suite 2200

21   QUINN EMANUEL URQUHART &          Minneapolis, MN 55401
   SULLIVAN, LLP                      Telephone: (612) 339-6900

22   50 California St., 22nd Floor         Fax: (612) 339-0981
   San Francisco, CA 94111            wjbruckner@locklaw.com

23   Telephone (415) 875-6600            jcbourne@locklaw.com
   Fax (415) 875-6700

24   charliestevens@quinnemanuel.com    _Interim Co-Lead Counsel_

25   _Interim Co-Lead Counsel_

26

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

David Golden (*pro hac vice*)
Justin Fore (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
Douglas R. Matthews, (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Executive Committee*

s/ Gavin W. Skok
Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
gskok@foxrothschild.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC  20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper (*pro hac vice*)
Peter Breslauer (*pro hac vice*)
Robert E. Day (*pro hac vice*)
Jessica Rizzo (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com
jrizzo@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION FOR EXTENSION OF DEADLINE RE
TRANSACTIONAL DATA PRODUCTION - (2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the

deadline for substantial completion of transactional data production is extended to April 3, 2023.

DATED this 21st day of February 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600