The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**VALVE CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT** |

Valve Corporation has reviewed Plaintiffs' proposed Consolidated Second Amended Class Action Complaint (Dkt. #123-1) and Plaintiffs' Motion for Leave to File Consolidated Second Amended Class Action Complaint (Dkt. #123).  Valve reserves all rights to challenge Plaintiffs' new allegations in class certification proceedings and on the merits but does not oppose Plaintiffs' request pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file Plaintiffs' proposed Consolidated Second Amended Class Action Complaint (Dkt. #123-1).

///

///

///

///

///

VALVE'S RESPONSE TO PLAINTIFFS' MOTION FOR
LEAVE TO AMEND - (CASE NO. 2:21-CV-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1     DATED this 13th day of March, 2023.

2

3                             FOX ROTHSCHILD LLP

4                             *s/ Gavin W. Skok*
                            Gavin W. Skok, WSBA #29766

5                             1001 Fourth Avenue, Suite 4400
                            Seattle, WA 98154

6                             Telephone: (206) 624-3600
                            Fax: (206) 389-1708

7                             Email: gskok@foxrothschild.com

8                             Kristen Ward Broz

9                             FOX ROTHSCHILD LLP
                            2020 K. St. NW, Ste. 500

10                            Washington, DC 20006
                           Telephone: (202) 794-1220

11                            Fax: (202) 461-3102
                           Email: kbroz@foxrothschild.com

12

13                            Nathan M. Buchter
                           FOX ROTHSCHILD LLP

14                            2000 Market Street, 20th Floor
                           Philadelphia, PA 19103

15                            Telephone: (215) 299-3010
                           nbuchter@foxrothschild.com

16                            Charles B. Casper *(admitted pro hac vice)*
                           Peter Breslauer *(admitted pro hac vice)*

17                            Robert E. Day *(admitted pro hac vice)*

18                            Jessica Rizzo *(admitted pro hac vice)*
                           MONTGOMERY McCRACKEN WALKER &

19                            RHOADS LLP
                           1735 Market Street, 21st Floor

20                            Philadelphia, PA 19103
                           Telephone: (215) 772-1500

21                            Fax: (215) 772-7620

22                            Email: ccasper@mmwr.com
                           jrizzo@mmwr.com

23                            pbreslauer@mmwr.com
                           rday@mmwr.com

24

25                            *Attorneys for Defendant*

26

**CERTIFICATE OF SERVICE**

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Telephone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Nicolas Siebert (*pro hac vice*)<br>Shane Seppinni (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br>nicolassiebert@quinnemanuel.com<br>shaneseppinni@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com<br><br>*Interim Co-Lead Counsel* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

David Golden (*pro hac vice*)
Justin Fore (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com
wfore@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com
akapoor@constantinecannon.com
jshinder@constantinecannon.com

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com
ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
ssher@wsgr.com
allison.smith@wsgr.com

| | |
|---|---|
| W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Kyle J. Pozan (*pro hac vice*)<br>Leona Bridget Ajavon (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>kjpozan@locklaw.com<br>lbajavon@locklaw.com<br><br>*Interim Co-Lead Counsel*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>Douglas R. Matthew (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>  PEASE LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Telephone (614) 464-6400<br>Fax (614) 719-4796<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>kmmundy@vorys.com<br>drmatthews@vorys.com<br><br>Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>  PEASE LLP<br>4675 MacArthur Court, Suite 700<br>Newport Beach, California 92660<br>Phone (949) 526-7903 | Fax (949) 383-2384<br>tnmccormick@vorys.com<br><br>*Executive Committee* | |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 13th day of March, 2023, in Seattle, Washington.

*Courtney R. Brooks*
Courtney R. Brooks