The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: VALVE ANTITRUST LITIGATION

No. 2:21-cv-00563-JCC

**DEFENDANT VALVE CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

Defendant, Valve Corporation ("Valve") hereby answers Plaintiffs' Consolidated Second Amended Class Action Complaint (the "Complaint") as follows. Each allegation not specifically admitted herein is denied. All headings included herein are taken from the Complaint and are included only for convenience. To the extent any headings, tables, figures, or any unnumbered paragraphs in the Complaint contain any allegations, Valve denies those allegations. Valve reserves the right to amend this answer and affirmative defenses as this case proceeds.

## OVERVIEW OF THE ACTION

1.      Valve admits that millions of Americans play video games. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

in paragraph 1, and therefore denies them. Valve specifically denies that 75% of $30 billion in annual revenue flows through Valve.

2.      Paragraph 2 contains legal conclusions to which no response is required. To the extent a response is required, Valve admits that Steam enables gamers to obtain access to games and other gamers and services. Valve denies the remaining allegations in paragraph 2.

3.      Valve denies the allegations in paragraph 3 and footnote 1.

4.      Paragraph 4 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 4.

5.      Paragraph 5 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 5.

6.      Valve admits that it began operating Steam at a time when most game sellers were brick-and-mortar distributors. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6, and therefore denies them.

7.      Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and therefore denies them.

8.      Valve denies all allegations in paragraph 8.

9.      Valve admits that the quoted words appear in the cited website post, and respectfully refers the Court to the website post for a complete statement of its contents. The remainder of paragraph 9 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the remaining allegations in paragraph 9.

10.     Valve denies all allegations in paragraph 10.

11.     Valve denies all allegations in paragraph 11.

12.     Valve denies all allegations in paragraph 12.

13.     Paragraph 13 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 13.

14.     Valve denies all allegations in paragraph 14 and footnote 3.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

15.     Valve admits that Steam Keys are alphanumeric codes that provide access to games. Valve further admits that Steam Keys are in some instances sold in other stores, distributed to beta testers of games before launch, or provided to media interested in reviewing a game. Valve denies the remaining allegations in paragraph 15.

16.     Valve admits that Steam Keys are sometimes sold through retail venues other than Steam, and admits the other allegations in paragraph 16.

17.     Valve admits that it may restrict or cut off access to Steam Keys for violation of Steam's rules. Valve denies all remaining allegations in paragraph 17.

18.     Valve denies all allegations in paragraph 18.

19.     Valve denies all allegations in paragraph 19.

20.     Valve denies that "publishers" are "unjustifiably being banned from Steam." Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 20, and therefore denies them.

21.     Paragraph 21 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 21. Valve specifically denies the existence of an "anticompetitive scheme" and the consequences of it that Plaintiffs allege.

22.     Valve denies all allegations in paragraph 22.

23.     Valve denies all allegations in paragraph 23.

24.     Valve denies all allegations in paragraph 24.

25.     Valve denies all allegations in paragraph 25.

26.     Paragraph 26 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 26.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 3

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1

**PARTIES**

2      27.     Valve lacks knowledge or information sufficient to form a belief as to the location

3   of Wolfire's headquarters. Valve admits that Wolfire has entered into certain agreements with

4   Valve. Valve denies the remaining allegations in paragraph 27.

5      28.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

6   the allegations in paragraph 28, and therefore denies them.

7      29.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

8   the allegations in paragraph 29, and therefore denies them.

9      30.     Valve admits that it entered into an agreement with "Dark Catt Studios Holding,

10  Inc." The allegation that "DCS Interactive [was] bound by the terms of its parent DCS Holdings'

11  contracts with Valve" constitutes a legal conclusion to which no response is required. To the

12  extent a response is required, Valve lacks knowledge or information sufficient to form a belief as

13  to the truth of this assertion, and therefore denies it. Valve also lacks knowledge or information

14  sufficient to form a belief as to the truth of the remaining allegations in paragraph 30 and

15  footnote 4.

16     31.     Paragraph 31 contains legal conclusions to which no response is required. To the

17  extent a response is required, Valve admits that it is a corporation organized and existing under

18  the laws of the State of Washington with its principal place of business in Bellevue, Washington,

19  that it develops games, operates Steam, designs and arranges for the manufacture of hardware,

20  enters into a Steam Distribution Agreement ("SDA") with some game publishers, and makes

21  Steamworks Documentation available to them. Valve lacks knowledge or information sufficient

22  to form a belief as to the truth of allegation that it is "the world's largest PC game distributor."

23  Valve denies the remaining allegations in paragraph 31.

24

25

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1

## JURISDICTION AND VENUE

2    32.    Valve admits that Plaintiffs bring this action under Sections 4 and 16 of the

3 Clayton Act, Section 2 of the Sherman Act, and Washington's Consumer Protection Act. Valve

4 denies the remaining allegations in paragraph 32.

5    33.    Paragraph 33 contains legal conclusions to which no response is required. To the

6 extent a response is required, Valve denies the allegations in paragraph 33.

7    34.    Paragraph 34 contains legal conclusions to which no response is required. To the

8 extent a response is required, Valve admits that its headquarters are located in Bellevue,

9 Washington, that it transacts business in the Western District of Washington, that it has

10 contracted with publishers in the Western District of Washington, and that it has contacts with

11 the Western District of Washington. Valve denies the remaining allegations in paragraph 34.

12    35.    Paragraph 35 contains legal conclusions to which no response is required. To the

13 extent a response is required, Valve admits that it transacts business in the Western District of

14 Washington., and denies the remaining allegations in paragraph 35.

15    36.    Paragraph 36 contains legal conclusions to which no response is required. To the

16 extent a response is required, Valve denies the allegations in paragraph 36.

17    37.    Paragraph 37 contains legal conclusions to which no response is required. To the

18 extent a response is required, Valve admits that it transacts business in the Western District of

19 Washington, admits that in certain of its agreements with developers the parties agreed to resolve

20 certain disputes in courts located in King County, Washington, and denies the remaining

21 allegations in Paragraph 37.

22

## FACTUAL ALLEGATIONS

23 **I.    BACKGROUND**

24    38.    Valve admits that a video game is an electronic game that can be played on a

25 computing device such as a PC, gaming console, smartphone, or tablet. Valve lacks knowledge

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 5

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1   or information sufficient to form a belief as to the truth of the remaining allegations in paragraph

2   38, and therefore denies them.

3          39.     Valve admits only that video games can be played on different types of devices.

4   Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining

5   allegations in paragraph 39, and therefore denies them.

6          40.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

7   the allegations in paragraph 40, and therefore denies them.

8          41.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

9   the allegations in paragraph 41, and therefore denies them.

10         42.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

11  the allegations in paragraph 42, and therefore denies them.

12         43.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

13  the allegations in paragraph 43 and footnote 5, and therefore denies them.

14         44.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

15  the allegations in paragraph 44, and therefore denies them.

16         45.     Valve lacks knowledge or information sufficient to form a belief as to the truth of

17  the allegations in paragraph 45, and therefore denies them.

18  **A.     Valve Builds its Dominant Position in PC Game Distribution**

19         46.     Valve admits the allegations in paragraph 46.

20         47.     Valve admits that Sierra originally published Half-Life and other PC games.

21  Valve denies the remaining allegations in paragraph 47.

22         48.     Valve admits that its business changed after Steam's creation in 2003. Valve

23  admits that the quoted words in footnote 6 appear on the Valve website Plaintiffs cite and

24  respectfully refers the Court to the document for a complete statement of its contents. Valve

25  admits the facts asserted in the quotation. Valve denies the remaining allegations in

26  paragraph 48.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 6

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

49.     Valve admits that it released Half-Life 2 in November 2004 and required the Steam client to be installed on the user's PC to play that game. Valve further admits that upon release consumers could purchase Half-Life 2 on Steam and from resellers, and could play it on Steam. Valve denies the remaining allegations in paragraph 49.

50.     Valve admits that the quoted words appear in the cited article and respectfully refers the Court to the article for a complete statement of its contents. Valve denies the facts asserted in the quotation. Valve denies the remaining allegations in paragraph 50 and footnote 7.

51.     Valve denies all allegations in paragraph 51.

52.     Valve admits that it has entered into agreements with third parties to distribute their games on Steam and sometimes receives a percentage of revenues as compensation. Valve admits that there are over 50,000 games currently available on Steam, and that the majority of them are third-party games. Valve denies the remaining allegations in paragraph 52 and footnote 8.

53.     Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve admits that Valve does not sell on Steam versions of games enabled for other platforms. Valve denies the remaining allegations in paragraph 53 and footnote 9.

54.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegation concerning *Forbes*' 2005 estimate of what Valve "grossed," and therefore denies it. Valve admits that the quoted words appear in the articles cited in footnotes 10-13, and respectfully refers the Court to the articles for complete statements of their contents. Valve denies the fact asserted in the quotation concerning its 2011 market share. Valve admits that Mr. Newell made the statements attributed to him in paragraph 54. Valve denies the remaining allegations in paragraph 54 and footnotes 10-13.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 7

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

55.     Valve admits that Steam is Valve's largest source of revenue. Valve denies the remaining allegations in paragraph 55 and footnotes 14 and 15.

56.     Valve admits that it recorded 120 million active monthly players, 24.8 million peak concurrent users, and 2.6 million new purchasers per month in 2020. Valve admits that the quoted words appear in the article cited in footnote 16, and respectfully refers the Court to the document for a complete statement of its contents. Valve denies the facts asserted in the quotation in footnote 16. Valve denies the remaining allegations in paragraph 56 and footnote 16.

57.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 and footnote 19, and therefore denies them.

58.     Valve denies all allegations in paragraph 58 and footnote 20.

59.     Valve denies all allegations in paragraph 59.

60.     Paragraph 60 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies all allegations in paragraph 60.

**B.     Publishers Must Have Access to Steam and Steam Keys to Meaningfully Participate in the Market**

61.     Valve denies all allegations in paragraph 61.

62.     Valve admits that a Steam Key is an alphanumeric code generated by Valve "that provides access to a game hosted on Steam." Valve denies the remaining allegations in paragraph 62.

63.     Valve admits the allegations in paragraph 63.

64.     Valve denies all allegations in paragraph 64.

65.     Valve denies that publishers must request Steam Keys. Valve further denies that all customers enable their games on Steam after obtaining Steam Keys. Valve admits the remaining allegations in paragraph 65.

66.     Valve admits that other stores sell access to games through Steam Keys. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 66, and therefore denies them.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 8

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1      67.     Valve admits that Valve's competitors include Amazon, GameStop, Walmart, Target, Green Man Gaming, Humble Bundle, and GOG. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 67, and therefore denies them.

68.     Valve denies that the alternative stores identified in paragraph 67 do not provide a PC game distribution channel independent of Steam and outside of Valve's control, and denies that these stores do not provide a significant competitive constraint on Valve. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 68 and footnotes 21 and 22, and therefore denies them.

69.     Valve denies all allegations in paragraph 69.

70.     Valve admits that from time to time, some persons independent of Valve have attempted to engage in fraudulent or otherwise improper conduct using Steam Keys. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 70, and therefore denies them.

71.     Valve admits that a "grey market" for Steam Keys exists. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 71, and therefore denies them.

72.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72, and therefore denies them.

73.     Valve denies all allegations in paragraph 73.

74.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74, and therefore denies them.

75.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75, and therefore denies them.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 9

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

76. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations of the existence of a "problem" and that Humble Bundle "solved" it in paragraph 76, and therefore denies them. Valve admits the remaining allegations in paragraph 76.

77. Valve denies all allegations in the first two sentences of paragraph 77. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the last sentence of paragraph 77, and therefore denies them.

78. Valve admits that it eventually terminated the direct integration with Humble Bundle alleged in paragraph 78. Valve lacks knowledge or information to form a belief as to the truth of the remaining allegations in the last sentence of paragraph 78, and therefore denies them. Valve denies the remaining allegations in paragraph 78.

79. Valve denies all allegations in paragraph 79.

80. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 and footnote 23, and therefore denies them.

81. Valve denies the allegations in the first sentence of paragraph 81. Valve admits that some publishers use Steam Keys to provide review copies and promote their games. Valve lacks knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 81, and therefore denies them.

82. Valve denies all allegations in paragraph 82.

**C.      Valve Propagates Its Anticompetitive Rules and Pricing Through Its Contracts with Publishers**

83. Valve admits that Valve requires publishers wishing to market Steam-enabled games to sign up as a Steamworks Partner with Valve. Valve denies the remaining allegations in paragraph 83.

84. Valve admits that it contracts with some game publishers via an SDA. Valve further admits that the Steamworks Documentation includes certain provisions about how to use its software. Valve denies the remaining allegations in paragraph 84.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 10

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

85.     Valve admits that the quoted words appear on the cited web page, and respectfully refers the Court to the web page for a complete statement of its contents. Valve further admits that publishers seeking to publish their games on Steam must create a Steamworks developer account, agree to an SDA, and pay a Steam Direct fee for each game they seek to distribute on Steam. Valve denies the remaining allegations in paragraph 85.

86.     Valve admits that the quoted words appear on the cited web page and respectfully refers the Court to the web page for a complete statement of its contents. Valve admits that Steamworks SDK helps publishers integrate their games for play on Steam and access certain optional features if they choose to do so, and admits that publishers must make their Steam-enabled games available for sale on Steam if they choose to sell Steam-enabled versions of those games through any means. Valve further admits that SteamPipe is a Steamworks SDK tool that is required to upload content to Steam. Valve further admits that persons or entities distributing games on Steam in accordance with Valve's terms are often referred to as "Steamworks partners" subject to some provisions in the Steamworks Documentation and SDA. Valve denies the remaining allegations in paragraph 86.

87.     Valve admits that the quoted words in footnote 27 appear in the SDA, and respectfully refers the Court to the document for a complete statement of its contents. Valve admits that Steamworks Documentation includes requirements for publishers who release their products on Steam. Valve denies the remaining allegations in paragraph 87.

88.     The term, "Steamworks Rules" in paragraph 88 is vague and ambiguous, and Valve denies the allegations relating to them on this basis. Valve denies the remaining allegations in paragraph 88.

89.     Valve admits that, under the SDA, Valve retains a percentage of some sales on Steam and that publishers set their own pricing for their games on Steam. Valve admits that it made changes to its revenue share agreement as described in the website cited in footnote 29. Valve denies that these changes are largely superficial. Valve lacks knowledge or information

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 11

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1   sufficient to form a belief as to the truth of the allegations concerning pricing decisions of third-

2   party game publishers, and therefore denies them. Valve denies the remaining allegations in

3   paragraph 89 and footnote 29.

4        90.    Valve denies all allegations in paragraph 90.

5   **II.**    **RELEVANT MARKET**

6        91.    Valve admits that Plaintiffs allege that the relevant product market is the PC

7   distribution market and that the relevant geographic market is at least as broad as the United

8   States. Valve denies that these are legally cognizable relevant markets.

9       **A.**    **The Relevant Product Market Is PC Game Distribution**

10       92.    Valve denies all allegations in paragraph 92.

11       93.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations concerning the compatibility of "PC games" with "game consoles" and

13  consumers' alternative uses for "PCs, consoles, and mobile devices," and therefore denies them.

14  Valve denies the remaining allegations in paragraph 93.

15       94.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations concerning "factors driv[ing] consumers' preferences," and therefore denies them.

17  Valve denies the remaining allegations in paragraph 94.

18       95.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

19  the allegations concerning "consumer views" about and "use cases" for PC, console, and mobile

20  gaming, and therefore denies them. Valve denies the remaining allegations in paragraph 95.

21       96.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

22  the allegations in paragraph 96, and therefore denies them.

23       97.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

24  the allegations in paragraph 97, and therefore denies them.

25

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 12

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

98.     Valve admits that over 50,000 games are currently available on Steam. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 98 and footnote 30, and therefore denies them.

99.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99 and footnote 31, and therefore denies them.

100.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100, and therefore denies them.

101.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101, and therefore denies them.

102.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102, and therefore denies them.

103.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103, and therefore denies them.

104.     Valve admits that games that allow online multiplayer gaming do not always allow the players on each platform to game together across different hardware systems. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 104, and therefore denies them.

105.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 and footnote 32, and therefore denies them.

106.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning other digital storefronts, and therefore denies them. Valve denies the remaining allegations in paragraph 106.

107.     Valve admits that the quoted words appear in the cited document, and respectfully refers the Court to the document for a complete statement of its contents. Valve admits the facts asserted in the quotations. Valve denies the remaining allegations in paragraph 107 and footnotes 33-35.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 13

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

108.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning factors that "affect playability" and "user experience" of video games in paragraph 108, and therefore denies them. Valve also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the average size of mobile games and size of "the most basic PC game," and therefore denies them. Valve admits that enhanced graphics and other features may add to a game's data volume. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 108 and footnotes 36 and 37, and therefore denies them.

109.     Valve admits that publishers sometimes incur costs when porting their games from one hardware system to another. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 109, and therefore denies them.

110.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110, and therefore denies them.

111.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111, and therefore denies them.

112.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112, and therefore denies them.

113.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113, and therefore denies them.

114.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114, and therefore denies them.

115.     Valve admits that analysts following the gaming industry use a variety of metrics in their analyses. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 115 and footnote 38, and therefore denies them.

116.     Valve admits that the website Newzoo breaks the "Global Games market" into three categories in the referenced market summary, and respectfully refers the Court to the

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 14

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

website for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the accuracy of Newzoo's analysis, or the basis therefor, and therefore denies these allegations. Valve denies all remaining allegations in paragraph 116 and footnote 39.

117.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117, and therefore denies them.

118.    Valve admits that Plaintiffs use "PC games" in the Complaint in the manner described in paragraph 118. Valve denies the remaining allegations in paragraph 118.

119.    Valve admits that the quoted words appear in the cited document, and respectfully refers the Court to the document for a complete statement of its contents. Valve denies that the quoted words are applicable to the analysis of market definition or other issues in this case. Valve denies any remaining allegations in paragraph 119 and footnote 40.

120.    Valve admits that, in the *Epic* case, it took the position that Valve did not compete in the mobile application market. Valve denies the remaining allegations in paragraph 120.

121.    Paragraph 121 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 121.

**B.    The Relevant Geographic Market Is at Least as Broad as the United States**

122.    Valve admits that it distributes games for sale over the Internet. Valve denies the remaining allegations in paragraph 122, and further denies that an allegation of a geographic market "at least as broad as the United States" is legally cognizable.

123.    Valve is unable to determine the source of the allegations in paragraph 123 and therefore denies them.

124.    Valve admits that the quoted words in paragraph 124 appear on the cited website, except that it currently refers to "132 million monthly active uses," not 120 million. Valve respectfully refers the Court to the website for a complete statement of its contents.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 15

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

125.     Valve admits that the quoted words appear on the cited website, and respectfully refers the Court to the website for a complete statement of its contents.

126.     Valve admits that the quoted words appear on the cited website, and respectfully refers the Court to the website for a complete statement of its contents.

127.     Valve admits that Steam hosts games from developers in many countries throughout the world. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegation of the number of countries in which contributors to Steam Workshop reside, and therefore denies that allegation. Valve denies the remaining allegations in paragraph 127.

128.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128 and footnote 45, and therefore denies them.

**III.     VALVE'S MARKET POWER**

129.     Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve denies the remaining allegations in paragraph 129 and footnote 46.

130.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegation that "most third-party retailers are in fact selling Steam keys," and therefore denies it. Valve denies the remaining allegations in paragraph 130.

131.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131, and therefore denies them.

132.     Valve denies that most publishers cannot avoid using Steam Keys (to make sales outside the Steam Store) by self-publishing their game. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 132, and therefore denies them.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 16

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1      133.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

2  the allegations in paragraph 133.

3      134.    Valve denies all allegations in paragraph 134.

4      135.    Valve denies all allegations in paragraph 135.

5      136.    Valve admits that the quoted words appear in the cited article, and respectfully

6  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

7  information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

8  therefore denies them. Valve denies the remaining allegations in paragraph 136 and footnotes 47

9  and 48.

10     137.    Valve admits that the quoted words are spoken in the cited video, and respectfully

11  refers the Court to the video for a complete statement of its contents. Valve lacks knowledge or

12  information sufficient to form a belief regarding the facts asserted in the quotation, and therefore

13  denies them. Valve denies the remaining allegations in paragraph 137 and footnote 49.

14     138.    Valve admits that the quoted words appear in the cited article, and respectfully

15  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

16  information sufficient to form a belief regarding the facts asserted in the quotation, and therefore

17  denies them. Valve admits that at one time during the COVID-19 pandemic, there were more

18  than 22 million users on Steam in a single day. Valve lacks knowledge or information sufficient

19  to form a belief as to the truth of the remaining allegations in paragraph 138 and footnotes 50 and

20  51, and therefore denies them.

21     139.    Valve admits that the quoted words appear in the cited blog post, and respectfully

22  refers the Court to the blog post for complete statements of its contents. Valve denies the facts

23  asserted in the quotation. Valve denies the remaining allegations in paragraph 139 and footnotes

24  52-56.

25

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 17

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

140.     Valve admits that Steam connects gamers to games, other gamers, and publishers. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 140, and therefore denies them.

141.     Valves admits that Steam includes social networking features, communities of game "modders," and an achievement system. Valve denies the remaining allegations in paragraph 141.

142.     Valve admits that the quoted words appear in the cited report and respectfully refers the Court to the report for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief regarding the facts asserted in the quotation, and therefore denies them. Valve denies the remaining allegations in paragraph 142 and footnote 57.

143.     Valve admits that the quoted words appear in the cited publications, and respectfully refers the Court to the publications for complete statements of their contents. Valve lacks knowledge or information sufficient to form a belief regarding the facts asserted in the quotations, and therefore denies them. Valve admits that it collects certain data., *e.g.*, as described in the Steam Privacy Policy Agreement, https://store.steampowered.com /privacy_agreement/. Valve denies the remaining allegations in paragraph 143 and footnotes 58 and 59.

144.     Valve admits only that it has the ability to refuse to feature games or otherwise reduce a game's visibility on Steam. Valve denies the remaining allegations in paragraph 144.

145.     Valve admits only that it promotes its own games on Steam. Valve denies the remaining allegations in paragraph 145.

146.     Valve admits only that it has the ability to remove games from Steam after they have launched. Valve denies the remaining allegations in paragraph 146.

147.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147 and footnotes 60 and 61, and therefore denies them.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 18

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

148.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148, and therefore denies them.

149.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149, and therefore denies them.

150.     Valve admits that Steam currently has more than 50,000 games available. Valve denies the remaining allegations in paragraph 150.

151.     Paragraph 151 contains legal conclusions to which no response is required. To the extent a response is required, Valve admits that it maintains a "Steam Workshop" and that Steam Workshop users can create digital goods and modifications that can be sold to other gamers. Valve denies the remaining allegations in paragraph 151 and footnote 63.

152.     Valve admits that it made some payments to Steam Workshop participants and discussed them. Valve denies the remaining allegations in paragraph 152 and footnotes 64 and 65.

153.     Valve denies all allegations in paragraph 153.

## IV.    VALVE HAS UNLAWFULLY RESTRAINED TRADE AND MONOPOLIZED THE RELEVANT MARKET

154.     Valve denies all allegations in paragraph 154.

155.     Valve denies all allegations in paragraph 155.

### A.    Value Requires Publishers to Agree to an Anticompetitive MFN

156.     Valve denies all allegations in paragraph 156.

157.     Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve denies the facts asserted in the quotations. Valve denies the remaining allegations in paragraph 157 and footnotes 66 and 67.

158.     Valve denies all allegations in paragraph 158.

159.     Valve denies all allegations in paragraph 159.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 19

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

**1.  The Valve PMFN Creates a Price Floor**

160.   Valve admits that MFNs can be procompetitive when they control costs and keep down prices to end consumers. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 160, and therefore denies them.

161.   The allegation that the most-favored-nation clause "is not helping Valve control costs and receive competitive prices for its inputs vis a vis its competitors" is vague and ambiguous, and Valve denies it on this basis. To the extent a response to this allegation is required, Valve denies it. Valve denies the remaining allegations in paragraph 161.

162.   Valve denies all allegations in paragraph 162.

163.   Valve denies all allegations in paragraph 163.

**2.  Publishers Must Comply with Valve's PMFN**

164.   Valve denies all allegations in paragraph 164.

165.   Valve admits it has taken actions with respect to certain publishers' compliance (or lack thereof) with the Steamworks Documentation. Valve was unable to access the website cited in footnote 68, and therefore cannot admit or deny whether the quoted language accurately reflects its source. Valve is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 165 and footnote 68, and therefore denies them.

166.   Valve admits that the quoted words appear on the website cited in footnote 69, except that the first bulleted sentence is not found in the Steam Keys Rules and Guidelines section, but in the Overview section. Valve respectfully refers the Court to the document for a complete statement of its contents. Valve denies the remaining allegations in paragraph 166.

167.   Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167, and therefore denies them.

168.   Valve admits that the quoted words appear in the cited website post, and respectfully refers the Court to the post for a complete statement of its contents. Valve admits

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 20

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1    that the words were contained in an earlier version of Valve's Steamworks Documentation.

2    Valve denies the remaining allegations in paragraph 168.

3           169.    Valve admits that the quoted words appear in the cited website post, and

4    respectfully refers the Court to the post for a complete statement of its contents. Valve admits

5    that the quoted words are contained in Valve's Steamworks Documentation as of the date of this

6    Answer, although the quoted words are not italicized in the original. Valve denies the remaining

7    allegations in paragraph 169.

8           170.    Valve admits that the quoted words appear in the cited Tweets, and respectfully

9    refers the Court to the Tweets for complete statements of their contents. Valve denies the facts

10   asserted in the quotations. Valve denies the remaining allegations in paragraph 170 and footnotes

11   72 and 73.

12          171.    Valve denies all allegations in paragraph 171.

13          172.    Valve denies all allegations in paragraph 172, which describes DLC in a way that

14   is different from the SDAs and the definition of DLC quoted in paragraph 173.

15          173.    Valve admits that the quoted words appear in the cited document, and respectfully

16   refers the Court to the document for a complete statement of its contents.

17          174.    Valve admits that the quoted words appear in the cited document, and respectfully

18   refers the Court to the document for a complete statement of its contents.

19          175.    Valve denies all allegations in paragraph 175.

20          176.    Valve denies that it imposes "restrictions" on DLC. Valve lacks knowledge or

21   information sufficient to form a belief as to the truth of the remaining allegations in paragraph

22   176, and therefore denies them.

23          177.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

24   the allegations in paragraph 177 and footnote 77, and therefore denies them.

25          178.    Valve denies all allegations in paragraph 178.

26          179.    Valve denies all allegations in paragraph 179.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 21

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

180.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 180, and therefore denies them.

181.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181, and therefore denies them.

182.     Valve denies all allegations in paragraph 182.

183.     Valve denies that the two quoted paragraphs constitute the "Delivery clause" in the SDA. Valve further denies that the first paragraph of the quotation in paragraph 128 appears in the clause of the SDA cited in footnote 78. On the contrary, it is found in section 2.1 of the SDA. Valve admits that the second paragraph of the quotation in paragraph 128 appears in the clause of the SDA cited in footnote 78, but notes that it omits the first sentence of the paragraph. Valve respectfully refers the Court to the document for a complete statement of its contents.

184.     Valve admits that it has some business interest in receiving updates to games hosted on Steam. Valve denies the remaining allegations in paragraph 184.

**B.     The Valve PMFN Suppresses Price Competition**

185.     Valve denies all allegations in paragraph 185.

186.     Valve denies that it maintains or enforces a PMFN. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 186, and therefore denies them.

187.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 187, and therefore denies them.

188.     Valve denies all allegations in paragraph 188.

189.     Valve admits that the quoted words appear in the cited Tweet, and respectfully refers the Court to the Tweet for a complete statement of its contents. Valve denies the facts asserted in the quotation. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 189 and footnote 79, and therefore denies them.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 22

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

190.    Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve denies the remaining allegations in paragraph 190 and footnote 80.

191.    Valve denies all allegations in paragraph 191.

192.    Valve denies all allegations in paragraph 192.

193.    Valve denies that it imposes a PMFN. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 193, and therefore denies them.

194.    Valve denies all allegations in paragraph 194.

**C.    Valve Enforces the PMFN to Suppress Competition from Rival PC Game Distributors**

195.    Valve denies all allegations in paragraph 195.

196.    Valve admits only that the copy of the screen reproduced in paragraph 196 appears to be an accurate reproduction of a screen asking for confirmation of a request for Steam Keys and setting out certain terms. Valve denies the remaining allegations in paragraph 196.

197.    Valve admits that the quoted words appear on the screen reproduced in paragraph 196, and respectfully refers the Court to the image in paragraph 196 for a complete statement of its contents. Valve denies the remaining allegations in paragraph 197.

198.    Valve denies all allegations in paragraph 198.

199.    Valve denies all allegations in paragraph 199.

200.    Valve denies all allegations in paragraph 200.

201.    Valve denies all allegations in paragraph 201.

202.    Valve admits that the quoted words appear in the cited post, and respectfully refers the Court to the post for a complete statement of its contents. Valve denies the remaining allegations in paragraph 202.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 23

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

203.     Valve admits that Steamworks includes discussion forums where game publishers can interact with Valve employees. Valve further admits that the quoted words appeared in forum postings. Valve denies the remaining allegations in paragraph 203.

204.     Valve admits that the quoted words appeared in forum postings. Valve denies the remaining allegations in paragraph 204.

205.     Valve admits a Valve employee made the statement quoted in paragraph 205.

206.     Paragraph 206 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 206.

207.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 207, and therefore denies them.

208.     Valve denies that it maintains or enforces a PMFN. Valve admits that a call between Wolfire's owner and Tom Giardino took place on December 3, 2018, but denies Plaintiffs' allegations regarding the content of the call or what transpired during it. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 208, and therefore denies them.

209.     Valve admits that Dark Catt sold its game on Steam. Valve denies that Dark Catt was "banned" because it "offered its game for a temporary lower price on Humble Bundle." Valve lacks knowledge or information sufficient to form a belief as to whether Dark Catt offered its game for a temporary lower price on Humble Bumble, and therefore denies this allegation. By way of further answer, Valve ended its business relationship with Dark Catt because Dark Catt manipulated reviews of its game in violation of the Steamworks Documentation and Valve terms including without limitation the SDA. Valve also denies that there is any notice requirement for removing games from Steam. Valve specifically denies that it engaged in any anticompetitive conduct. Valve denies the remaining allegations in paragraph 209 and footnote 82 and respectfully refers the Court to the SDA for a complete statement of its contents.

210.     Valve denies all allegations in paragraph 210.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 24

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

211.     Valve denies all allegations in paragraph 211.

**D.     Steam Keys Reinforce Valve's Market Power by Providing Monitoring of Publishers' Sales on Other Stores and Enforcement of the MFN**

212.     Valve admits that Steam Keys provide a mechanism for publishers of Steam-enabled games to market those games on non-Steam storefronts. Valve admits that it has the sole ability to generate Steam keys. Valve denies the remaining allegations in paragraph 212.

213.     Valve admits that it provides Steam Keys at no cost to publishers. Valve denies the remaining allegations in paragraph 213.

214.     Valve admits that publishers are able to opt out of taking Steam Keys. Valve denies the remaining allegations in paragraph 214.

215.     Valve admits that it provides Steam Keys at no cost to publishers. Valve denies the remaining allegations in paragraph 215.

216.     Valve denies all allegations in paragraph 216.

217.     Valve admits that Steam Keys provide a means for consumers to access games on Steam, and Valve has access to some limited data about gameplay. Valve denies the remaining allegations in paragraph 217.

218.     Valve admits that the quoted words appear in the cited SDA provision, and respectfully refers the Court to the document for a complete statement of its contents. Valve further admits that it earns no revenue share when a publisher sells games on a site other than Steam that can be played on Steam using Steam Keys. Valve admits that consumers may use Steam Keys to obtain access to such games on Steam, and Valve admits that it sometimes retains a revenue share on some associated purchases within such games after consumers access them on Steam. Valve denies the remaining allegations in paragraph 218.

219.     Valve admits that the quoted words appear in the cited Steamworks Documentation provisions, and respectfully refers the Court to the document for a complete statement of its contents. Valve admits that it amended the Onboarding section of the

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 25

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1  Steamworks Documentation to reflect the quoted text in October 2021. Valve denies the

2  remaining allegations in paragraph 219.

3       220.    Valve admits that it has the sole ability to create Steam Keys. Valve denies all

4  remaining allegations in paragraph 220.

5       221.    Valve admits that the quoted words appear in the Steamworks Documentation,

6  and respectfully refers the Court to the document for a complete statement of its contents. Valve

7  denies the remaining allegations in paragraph 221 and footnote 86.

8       222.    Valve admits that the words, "normal size batches" and "Steam sales don't reflect

9  a need for as many keys as you're distributing" appear in the message reproduced in paragraph

10  223, and respectfully refers the Court to the message for a complete statement of its contents.

11  Valve denies the facts asserted in the quotations. Valve denies the remaining allegations in

12  paragraph 222 and footnote 87.

13       223.    Valve admits that a screenshot of a message appears in paragraph 223. Valve

14  denies all other allegations in paragraph 223.

15       224.    Valve denies all allegations in paragraph 224 and footnote 88.

16       225.    Valve denies all allegations in paragraph 225.

17       226.    Valve denies all allegations in paragraph 226.

18       227.    Valve denies all allegations in paragraph 227.

19       228.    Valve denies all allegations in paragraph 228.

20       229.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

21  the allegations in paragraph 229, and therefore denies them.

22       230.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

23  the allegation that Dark Catt "has had multiple requests for Steam keys from interested

24  publishers wanting to trial its game," and therefore denies this allegation. Valve denies the

25  remaining allegations in paragraph 230.

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 26

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

231.     Valve admits that it took certain actions with respect to Idalgame based on its use of Steamworks tools. Valve denies the remaining allegations in paragraph 231 and footnote 89.

232.     Valve denies all allegations in paragraph 232.

233.     Valve admits that Studio Wildcard published *Ark: Survival Evolved* on Steam in 2017. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the impact of Valve's action on Studio Wildcard, and therefore denies them. Valve denies the remaining allegations in paragraph 233 and footnote 90.

234.     Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve admits that it took certain actions with respect to certain games in November 2019. Valve further admits it removed the game Electric Highways. The phrase "positive reviews" is vague and ambiguous, and Valve denies the allegations relating to them on this basis. To the extent an answer to this allegation is required, Valve denies it. Valve denies the remaining allegations in paragraph 234 and footnote 91 and 92.

235.     Valve denies all allegations in Paragraph 235.

**E.      Valve Uses Its Review System to Enforce Its Contractual Restrictions and Discipline Publishers**

236.     Valve denies all allegations in paragraph 236.

237.     Valve denies all allegations in paragraph 237.

238.     Valve denies all allegations in paragraph 238.

239.     Valve admits that 4A Games and Deep Silver announced an exclusive with Epic for its new release, Metro Exodus, after having made the game available for pre-sale on Steam. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning exclusivity and pricing of Metro Exodus on non-Steam platforms, and therefore denies them. Valve denies the remaining allegations in paragraph 239.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 27

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

240.    Valve admits that the quoted words appear in the cited articles, and respectfully refers the Court to the articles for complete statements of their contents. Valve denies the remaining allegations in paragraph 240 and footnote 93.

241.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 241 and footnote 95, and therefore denies them.

242.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the gameplay of Metro Exodus and the impact of a user base "being spread out," and therefore denies them. Valve denies the remaining allegations in paragraph 242.

243.    Valve admits that Gearbox announced an exclusive on a competing platform for *Borderlands 3* in April 2019. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the effect of this announcement on Steam user activity, and therefore denies them. Valve denies the remaining allegations in paragraph 243 and footnote 96.

244.    Valve admits that the quoted words appear in the cited website post, and respectfully refers the Court to the website post for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotations, and therefore denies them. Valve admits that it cannot control posts by third parties on Reddit. Valve denies the remaining allegations in paragraph 244 and footnote 97.

245.    Valve admits that Ys Net announced an exclusive on a competing platform for its Shenmue 3 game. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning Ys Net's fundraising campaign to develop the game and the impact its announcement had on Steam user activity, and therefore denies them. Valve denies the remaining allegations in paragraph 245 and footnote 98.

246.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the effect of Metro Exodus's announcement of an exclusive and the

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 28

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1  general impact of negative reviews, and therefore denies them. Valve denies the remaining

2  allegations in paragraph 246 and footnote 99.

3      247.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

4  the allegations in paragraph 247, and therefore denies them.

5      248.    Valve admits that, with respect to games on Steam that are not free of charge,

6  only reviews from users who purchased a game on Steam are used to calculate its Steam score.

7  Valve denies the remaining allegations in paragraph 248.

8      249.    Valve denies all allegations in paragraph 249.

9      250.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

10  the allegations concerning the incentives of publishers and the importance of Steam reviews for

11  game sales and visibility, and therefore denies them. Valve denies the remaining allegations in

12  paragraph 250.

13     251.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

14  the allegations in paragraph 251, and therefore denies them.

15     252.    Valve admits that the quoted words appear on the cited website, and respectfully

16  refers the Court to the website for a complete statement of its contents. Valve admits the facts

17  asserted in the quotations. Valve further admits that it implemented new policies concerning its

18  examination of user reviews and may hide certain reviews that are "off-topic." Valve denies the

19  remaining allegations in paragraph 252.

20     253.    Valve denies all allegations in paragraph 253.

21     254.    Valve denies all allegations in paragraph 254.

22     255.    Valve admits that it does not post game reviews itself. Valve denies the remaining

23  allegations in paragraph 255.

24     256.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

25  the allegations in paragraph 256 and footnote 102, and therefore denies them.

26     257.    Valve denies all allegations in paragraph 257.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 29

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1  **V.     ANTICOMPETITIVE EFFECTS**

2        258.    Valve denies all allegations in paragraph 258.

3        259.    Valve denies all allegations in paragraph 259.

4        260.    Valve denies all allegations in paragraph 260.

5        261.    Valve denies all allegations in paragraph 261.

6        262.    Valve admits that it is subject to substantial competition from companies

7  including EA, Microsoft, and Amazon. Valve denies the remaining allegations in paragraph 262.

8        263.    Valve denies all allegations in paragraph 263.

9        264.    Valve admits that the quoted words appear in the cited article, and respectfully

10  refers the Court to the article for a complete statements of its contents. Valve lacks knowledge or

11  information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

12  therefore denies them. Valve denies the remaining allegations in paragraph 264 and footnotes

13  103 and 104.

14        265.    Valve admits that the quoted words appear in the cited article, and respectfully

15  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

16  information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

17  therefore denies them. Valve denies the remaining allegations in paragraph 265 and footnote

18  105.

19        266.    Valve admits that the quoted words appear in the cited article, and respectfully

20  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

21  information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

22  therefore denies them. Valve denies the remaining allegations in paragraph 266 and footnotes

23  106 and 107.

24        267.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

25  the allegations in paragraph 267 and footnote 108, and therefore denies them.

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 30

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

268.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 268 and footnote 109, and therefore denies them.

269.    Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statements of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve denies the remaining allegations in paragraph 269 and footnote 110.

270.    Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve denies the remaining allegations in paragraph 270 and footnote 113.

271.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 271 and footnote 113, and therefore denies them.

272.    Valve denies all allegations in paragraph 272.

273.    Valve denies all allegations in paragraph 273.

274.    Valve denies all allegations in paragraph 274.

A.    **As a Result of Valve's Conduct, Valve's Commissions Imposed on Publishers Are Inflated and Supracompetitive**

1.    **The Commission Rate is Not Related to Valve's Costs or the Benefit Steam Provides**

275.    Valve admits that it retains a 30% revenue share on some transactions. Valve admits that its cost structure is different from those of "brick-and-mortar retailers." Valve denies the remaining allegations in paragraph 275.

276.    Valve admits that the quoted words appear in the cited publication, and respectfully refers the Court to the publication for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations about

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 31

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    brick-and mortar retailers' costs or commissions, and therefore denies them. Valve denies the

2    remaining allegations in paragraph 276 and footnote 115.

3          277.    Valve denies all allegations in paragraph 277.

4          278.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

5    the allegations in paragraph 278 and footnotes 116 and 117, and therefore denies them.

6          279.    Valve admits that the quoted words appear in the cited publications and

7    respectfully refers the Court to the publications for complete statements of their contents. Valve

8    denies the facts asserted in the quotations. Valve denies the remaining allegations in paragraph

9    279 and footnotes 118-120.

10         280.    Valve denies all allegations in paragraph 280.

11         281.    Valve denies all allegations in paragraph 281.

12         282.    Valve denies all allegations in paragraph 282.

13         283.    Valve admits that the dollar amount publishers pay to Valve may not be constant

14   over time and depends on several factors. Valve denies the remaining allegations in paragraph

15   283.

16         284.    Valve denies all allegations in paragraph 284.

17         285.    Valve admits that the quoted words appear in the cited article and respectfully

18   refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

19   information sufficient to form a belief as to the truth of the facts asserted in the quotations, and

20   therefore denies them. Valve denies the remaining allegations in paragraph 285 and footnote

21   121.

22         286.    Valve denies all allegations in paragraph 286.

23         287.    Valve admits that the quoted words appear in the cited document, and respectfully

24   refers the Court to the document for a complete statement of its contents. Valve lacks knowledge

25   or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 32

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1   therefore denies them. Valve denies the remaining allegations in paragraph 287 and footnotes

2   122 and 123.

3        288.    Valve admits that the quoted words appear in the cited article, and respectfully

4   refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

5   information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

6   therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the

7   truth of the remaining allegations in paragraph 288 and footnote 124, and therefore denies them.

8        289.    Valve admits that the quoted words appear in the cited article, and respectfully

9   refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

10   information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

11   therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the

12   truth of the remaining allegations in paragraph 289 and footnote 125, and therefore denies them.

13        290.    Valve admits that the quoted words appear in the cited article, and respectfully

14   refers the Court to the article for a complete statement of its contents. Valve denies the facts

15   asserted in the quotation. Valve lacks knowledge or information sufficient to form a belief as to

16   the truth of the remaining allegations in paragraph 290 and footnote 126, and therefore denies

17   them.

18        291.    Valve denies all allegations in paragraph 291.

19        292.    Valve denies all allegations in paragraph 292.

20        293.    Valve denies all allegations in paragraph 293.

21
     **2.    Commission in PC Gaming Distribution Would Force Down Valve's
          Commission Rate**
22

23        294.    Valve denies all allegations in paragraph 294.

24        295.    Valve denies all allegations in paragraph 295.

25        296.    Valve denies all allegations in paragraph 296.

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 33

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

297.     Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve denies the facts asserted in the quotation. Valve denies the remaining allegations in paragraph 297 and footnote 127.

298.     Valve lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 298 and footnote 128, and therefore denies them.

299.     Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve admits the facts asserted in the quotation.

300.     Valve denies all allegations in paragraph 300.

301.     Valve denies all allegations in paragraph 301.

302.     Valve denies all allegations in paragraph 302.

303.     Valve denies all allegations in paragraph 303.

304.     Valve denies all allegations in paragraph 304.

305.     Valve denies all allegations in paragraph 305.

306.     Valve denies all allegations in paragraph 306.

307.     Valve denies all allegations in paragraph 307.

**3.      Valve Forecloses Other Stores that Offer More Competitive Commission Rates**

308.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 308, and therefore denies them.

309.     Valve denies all allegations in paragraph 309.

310.     Valve admits that the quoted words appear in the cited articles, and respectfully refers the Court to the articles for complete statements of their contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotations, and therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 34

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

the truth of the remaining allegations in paragraph 310 and footnotes 130-132, and therefore denies them.

311.    Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 311 and footnote 133, and therefore denies them.

312.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 312 and footnote 134, and therefore denies them.

313.    Valve lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 313 and footnote 135, and therefore denies them.

314.    Valve lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 314, and therefore denies them.

315.    Valve admits that the quoted words appear in the cited report, and respectfully refers the Court to the report for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the quoted words, and therefore denies them. Valve denies the remaining allegations in paragraph 315 and footnotes 136 and 137.

316.    Valve denies all allegations in paragraph 316.

317.    Valve denies all allegations in paragraph 317.

318.    Valve denies all allegations in paragraph 318.

319.    Valve denies all allegations in paragraph 319.

320.    Valve denies all allegations in paragraph 320.

321.    Valve denies all allegations in paragraph 321.

322.    Valve admits that the quoted words appear in the cited website posts, and respectfully refers the Court to the posts for complete statements of their contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the quoted words not

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 35

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1   attributed to Valve, and therefore denies them. Valve denies the remaining allegations in

2   paragraph 322 and footnotes 140-142.

3       323.    Valve admits that the quoted words appear in the cited Tweet, and respectfully

4   refers the Court to the Tweet for a complete statement of its contents. Valve lacks knowledge or

5   information sufficient to form a belief as to the truth of the quoted words, and therefore denies

6   them. Valve denies the remaining allegations in paragraph 323 and footnote 143.

7       324.    Valve admits that it made changes to its revenue share terms. Valve denies the

8   remaining allegations in paragraph 324.

9       325.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

10  the allegations in paragraph 325 and footnote 144, and therefore denies them.

11      326.    Valve admits that the quoted words appear in the cited article, and respectfully

12  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

13  information sufficient to form a belief as to the truth of the quoted words, and therefore denies

14  them. Valve denies the remaining allegations in paragraph 326 and footnotes 145-147.

15      327.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations in paragraph 327, and therefore denies them. Valve specifically denies the

17  existence of a PMFN.

18      328.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

19  the allegations in paragraph 328, and therefore denies them. Valve specifically denies the

20  existence of a PMFN.

21      329.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

22  the allegations in paragraph 329, and therefore denies them.

23      330.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

24  the allegations in paragraph 330, and therefore denies them.

25      331.    Valve denies all allegations in paragraph 331.

26      332.    Valve denies all allegations in paragraph 332.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 36

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

**B.      Valve Excludes Potential Competitors from the Market**

333.     Valve denies all allegations in paragraph 333.

334.     Valve denies all allegations in paragraph 334.

335.     Valve denies all allegations in paragraph 335.

336.     Valve denies all allegations in paragraph 336.

337.     Valve denies that it has market power and maintains a PMFN. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 337, and therefore denies them.

338.     Valve admits that the quoted words appear in the cited articles, and respectfully refers the Court to the articles for complete statements of their contents. Valve lacks knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 338 and footnotes 148-153, and therefore denies them.

339.     Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 339 and footnote 154, and therefore denies them.

340.     Valve admits that the quoted words in the unattributed quotation in paragraph 340 appear in the article cited in footnote 156, and respectfully refers the Court to the article for a complete statement of its contents. Valve admits that Epic Games Store offers games and other offerings competitive with those on Steam. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 340, and therefore denies them.

341.     Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 341 and footnote 155, and therefore denies them.

342.     Valve admits that the quoted words appear in the cited website post, and respectfully refers the Court to the post for a complete statement of its contents. Valve lacks

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 37

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  knowledge or information sufficient to form a belief as to the truth of the remaining allegations

2  in paragraph 342 and footnotes 156-158, and therefore denies them.

3       343.    Valve lacks knowledge or information sufficient to form a belief regarding the

4  truth of the allegations in paragraph 343 and footnotes 159-160, and therefore denies them.

5       344.    Valve lacks knowledge or information sufficient to form a belief regarding the

6  truth of the allegations in paragraph 344, and therefore denies them.

7       345.    Valve admits that the quoted words appear in the cited article, and respectfully

8  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

9  information sufficient to form a belief as to the truth of the remaining allegations in paragraph

10  345 and footnote 161, and therefore denies them.

11      346.    Valve denies all allegations in paragraph 346.

12      347.    Valve denies all allegations in paragraph 347.

13      348.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

14  the allegations in paragraph 348, and therefore denies them.

15      349.    Valve denies all allegations in paragraph 349.

16      350.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

17  the allegations in paragraph 350 and footnote 162, and therefore denies them.

18      351.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

19  the allegations in paragraph 351 and footnotes 163 and 164, and therefore denies them.

20      352.    Valve admits that the quoted words appear in the cited article, and respectfully

21  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

22  information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

23  therefore denies them. Valve lacks knowledge or information sufficient to form a belief as the

24  remaining allegations in paragraph 352 and footnotes 165 and 166, and therefore denies them.

25      353.    Valve admits that the quoted words in the unattributed quotation in paragraph 353

26  appear in the article cited in footnote 9, and respectfully refers the Court to the article for a

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 38

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1  complete statement of its contents. Valve lacks knowledge or information sufficient to form a

2  belief as to the facts asserted in the quotation, and therefore denies them. Valve lacks knowledge

3  or information sufficient to form a belief as to the truth of the remaining allegations in paragraph

4  353, and therefore denies them.

5  354.    Valve admits that the quoted words appear in the cited articles, and respectfully

6  refers the Court to the articles for complete statements of their contents. Valve lacks knowledge

7  or information sufficient to form a belief as to the truth of the facts asserted in the quotations,

8  and therefore denies them. Valve admits that EA competes with Steam. Valve denies the

9  remaining allegations in paragraph 354 and footnotes 167 and 168.

10  355.    Valve denies all allegations in paragraph 355.

11  356.    Valve admits that the quoted words appear in the cited article, and respectfully

12  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

13  information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

14  therefore denies them. Valve admits that Microsoft offers games and other offerings competitive

15  with those on Steam. Valve lacks knowledge or information sufficient to form a belief as to the

16  truth of the remaining allegations in paragraph 356 and footnote 169, and therefore denies them.

17  357.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

18  the remaining allegations in paragraph 357, and therefore denies them.

19  358.    Valve admits that the quoted words appear in the cited article, and respectfully

20  refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or

21  information sufficient to form a belief as to the truth of the facts asserted in the quotation, and

22  therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the

23  truth of the remaining allegations in paragraph 358 and footnotes 170 and 171, and therefore

24  denies them.

25  359.    Valve lacks knowledge or information sufficient to form a belief as to the truth of

26  the allegations in paragraph 359, and therefore denies them.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 39

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

360.    Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 360 and footnotes 172 and 173, and therefore denies them.

361.    Valve admits that Google Stadia offers games and other offerings competitive with those on Steam. Valve admits that the quoted words appear in the cited articles, and respectfully refers the Court to the articles for a complete statement of their contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotations, and therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 361 and footnotes 174 and 175, and therefore denies them.

362.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 362 and footnotes 176 and 177, and therefore denies them.

363.    Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the facts asserted in the quotation, and therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 363 and footnote 178, and therefore denies them.

364.    Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 364 and footnote 179, and therefore denies them.

365.    Valve admits that the quoted words appear in the cited blog post, and respectfully refers the Court to the post for a complete statement of its contents. Valve lacks knowledge or information sufficient to form a belief as to the truth of the facts asserted in the quotation, and therefore denies them. Valve lacks knowledge or information sufficient to form a belief as to the

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 40

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

truth of the remaining allegations in paragraph 365 and footnotes 180-183, and therefore denies them.

366.   Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 366 and footnotes 184 and 185, and therefore denies them.

367.   Valve denies all allegations in paragraph 367.

368.   Valve lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 368, and therefore denies them.

369.   Valve admits that the quoted words appear in the cited article, and respectfully refers the Court to the article for a complete statement of its contents. Valve denies the facts asserted in the quotation. Valve denies the remaining allegations in paragraph 369 and footnote 186.

370.   The allegations in paragraph 370 are speculation to which no response is required. To the extent a response is required, Valve denies all allegations in paragraph 370.

371.   The allegations in paragraph 371 are speculation to which no response is required. To the extent a response is required, Valve denies all allegations in paragraph 371.

372.   Valve denies all allegations in paragraph 372.

373.   Valve denies all allegations in paragraph 373.

374.   Valve denies all allegations in paragraph 374.

## CLASS ACTION ALLEGATIONS

375.   Valve admits that Plaintiffs purport to bring this action on behalf of themselves and the proposed class defined in paragraph 375.

376.   Paragraph 376 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 376.

377.   Paragraph 377 contains legal conclusions to which no response is required. To the extent a response is required, Valve denies the allegations in paragraph 377.

378.   Valve denies all allegations in paragraph 378.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 41

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    379.    Valve admits that it can consult its internal business records to identify

2    substantially all persons and entities with which it has entered into contracts. Valve denies the

3    remaining allegations in paragraph 379.

4    380.    Paragraph 380 and subparagraphs (a) through (m) contain legal conclusions to

5    which no response is required. To the extent a response is required, Valve denies the allegations

6    in paragraph 380.

7    381.    Paragraph 381 contains legal conclusions to which no response is required. To the

8    extent a response is required, Valve denies the allegations in paragraph 381.

9    382.    Paragraph 382 contains legal conclusions to which no response is required. To the

10   extent a response is required, Valve denies the allegations in Paragraph 382.

11   383.    Paragraph 383 contains legal conclusions to which no response is required. To the

12   extent a response is required, Valve denies the allegations in paragraph 383.

13   384.    Paragraph 384 contains legal conclusions to which no response is required. To the

14   extent a response is required, Valve denies the allegations in paragraph 384.

15   385.    Paragraph 385 contains legal conclusions to which no response is required. To the

16   extent a response is required, Valve denies the allegations in paragraph 385.

17   386.    Paragraph 386 contains legal conclusions to which no response is required. To the

18   extent a response is required, Valve denies the allegations in paragraph 386.

19   387.    Paragraph 387 contains legal conclusions to which no response is required. To the

20   extent a response is required, Valve denies the allegations in paragraph 387.

21   388.    Paragraph 388 contains legal conclusions to which no response is required. To the

22   extent a response is required, Valve denies the allegations in paragraph 388.

23

24

25

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 42

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1

## CLAIMS FOR RELIEF

2

## COUNT ONE

3

### Illegal Monopoly Maintenance in Violation of 15 U.S.C. § 2

4

389.    Valve incorporates its answers to the preceding paragraphs as if fully set forth in

5

this paragraph.

6

390.    Valve denies all allegations in paragraph 390.

7

391.    Valve denies all allegations in paragraph 391.

8

392.    Valve denies all allegations in paragraph 392.

9

393.    Valve denies all allegations in paragraph 393.

10

394.    Valve denies all allegations in paragraph 394.

11

395.    Valve denies all allegations in paragraph 395.

12

396.    Valve denies all allegations in paragraph 396.

13

397.    Valve denies all allegations in paragraph 397.

14

398.    Valve denies all allegations in paragraph 398.

15

399.    Valve denies all allegations in paragraph 399.

16

400.    Valve denies all allegations in paragraph 400.

17

401.    Valve denies all allegations in paragraph 401.

18

402.    Valve denies all allegations in paragraph 402.

19

403.    Valve denies all allegations in paragraph 403.

20

## COUNT TWO

21

### Illegal Attempted Monopolization in Violation of 15 U.S.C. § 2

22

404.    Valve incorporates its answers to the preceding paragraphs as if fully set forth in

23

this paragraph.

24

405.    Valve denies all allegations in paragraph 405.

25

406.    Valve denies all allegations in paragraph 406.

26

407.    Valve denies all allegations in paragraph 407.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 43

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1   408.   Valve denies all allegations in paragraph 408.

2   409.   Valve denies all allegations in paragraph 409.

3   410.   Valve denies all allegations in paragraph 410.

4   411.   Valve denies all allegations in paragraph 411.

5   412.   Valve denies all allegations in paragraph 412.

6   413.   Valve denies all allegations in paragraph 413.

7   414.   Valve denies all allegations in paragraph 414.

8   415.   Valve denies all allegations in paragraph 415.

9                          **COUNT THREE**

10   **Anticompetitive Course of Conduct in Violation of 15 U.S.C. § 1**

11   416.   Valve incorporates its answers to the preceding paragraphs as if fully set forth in

12   this paragraph.

13   417.   Valve denies all allegations in paragraph 417.

14   418.   Valve denies all allegations in paragraph 418.

15   419.   Valve denies all allegations in paragraph 419.

16   420.   Valve denies all allegations in paragraph 420.

17   421.   Valve denies all allegations in paragraph 421.

18   422.   Valve denies all allegations in paragraph 422.

19   423.   Valve denies all allegations in paragraph 423.

20   424.   Valve denies all allegations in paragraph 424.

21                          **COUNT FOUR**

22   **Violation of Washington Consumer Protection Act (RCW 19.86)**

23   425.   Valve incorporates its answers to the preceding paragraphs as if fully set forth in

24   this paragraph.

25   426.   Valve denies all allegations in paragraph 426.

26   427.   Valve denies all allegations in paragraph 427.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 44

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    428.    Valve denies all allegations in paragraph 428.

2    429.    Valve denies all allegations in paragraph 429.

3    430.    Valve denies all allegations in paragraph 430.

4    431.    Valve denies all allegations in paragraph 431.

5    432.    Valve denies all allegations in paragraph 432.

6    433.    Valve denies all allegations in paragraph 433.

7    434.    Valve denies all allegations in paragraph 434.

8    435.    Valve denies all allegations in paragraph 435.

9    436.    Valve denies all allegations in paragraph 436.

10                           **PRAYER FOR RELIEF**

11    437.    Valve denies that Plaintiffs are entitled to any relief whatsoever from Valve and

12   further denies all allegations contained in the section of Plaintiffs' Consolidated Amended Class

13   Action Complaint titled "Prayer for Relief."

14                           **AFFIRMATIVE DEFENSES**

15   For its affirmative defenses to Plaintiffs' Consolidated Amended Class Action

16   Complaint, Valve alleges as follows:

17                       <u>FIRST AFFIRMATIVE DEFENSE</u>

18   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to take all

19   necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any.

20   Plaintiffs, through the exercise of reasonable diligence, could have mitigated their alleged

21   damages by seeking out other distribution channels for their games or more aggressively

22   marketing their games through self-distribution and on other platforms, including but not limited

23   to the other platforms Plaintiffs identify in the Complaint, and—at least as to Dark Catt—by

24   refraining from the review manipulation as stated in Valve's Second Affirmative Defense.

25   Alternatively, any damages sustained by Plaintiffs, which Valve denies, must be reduced by the

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 45

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    amount that such damages would have been reduced had Plaintiffs exercised reasonable

2    diligence in mitigating their damages.

3                                 SECOND AFFIRMATIVE DEFENSE

4              Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands. While

5    Dark Catt alleges it was banned from Steam after offering a game for sale at a lower price

6    outside of Steam, Steam in fact ended its business relationship with Dark Catt because Dark Catt

7    engaged in review manipulation. Dark Catt's review manipulation, which was a clear violation

8    of Steam's policies, included without limitation at least four glowing reviews of Dark Catt's own

9    game that Dark Catt posted in an attempt to mislead the public and boost sales.

10                                 THIRD AFFIRMATIVE DEFENSE

11             Plaintiffs' claims are barred, in whole or in part, by the applicable four-year statutes of

12   limitations. *See* 15 U.S.C. § 15b and RCW 19.86.120. Plaintiffs' and class members' alleged

13   injuries may, in whole or in part, be attributed to alleged anticompetitive conduct of Valve,

14   which Valve denies, before January 28, 2017. Plaintiffs and class members with such claims may

15   still be within the Complaint's class definition if they made payments to Valve on or after

16   January 28, 2017, Complaint ¶ 375, yet their claims may be barred in whole or in part because

17   they arise from alleged conduct and events that occurred before January 28, 2017 and therefore

18   may fall outside the applicable limitations periods.

19                                 FOURTH AFFIRMATIVE DEFENSE

20             Plaintiffs' claims are barred, in whole or in part, because any alleged injury or damages

21   that Plaintiffs may have suffered, which Valve denies, were not caused by Valve but are losses

22   attributable to the consequences of Dark Catt's misconduct as stated in Valve's Second

23   Affirmative Defense, as well as to changes in competitive conditions and the demand for

24   Plaintiffs' games.

25                                 FIFTH AFFIRMATIVE DEFENSE

26             Plaintiffs are not entitled to injunctive relief as they have an adequate remedy at law.

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 46

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    <u>SIXTH AFFIRMATIVE DEFENSE</u>

2        The claims alleged in the Complaint may not be properly maintained or certified as a

3    class action, because even if Plaintiffs stated claims for violations of sections 1 and 2 of the

4    Sherman Act, 15 U.S.C. §§ 1, 2, and the Washington Consumer Protection Act, RCW 19.86, the

5    proposed class fails to satisfy the requirements of numerosity, commonality, typicality, and

6    adequacy of representation of Fed. R. Civ. P. 23(a), or the requirements of Fed. R. Civ. P. 23(b),

7    and Dark Catt's misconduct described in Valve's Second Affirmative Defense establishes that

8    Plaintiffs are neither fair nor adequate representatives of the proposed class.

9    <u>SEVENTH AFFIRMATIVE DEFENSE</u>

10       Plaintiffs' claims are barred, in whole or in part, insofar as Plaintiffs make claims or seek

11   remedies that conflict with, are barred by, or are waived by the terms of Plaintiff's agreements

12   with Valve, including without limitation by reason of Dark Catt's misconduct described in

13   Valve's Second Affirmative Defense.

14   <u>EIGHTH AFFIRMATIVE DEFENSE</u>

15       Plaintiffs' claims are barred, in whole or in part, insofar as Valve's freedom to contract

16   would be infringed were the Court to enforce a judgment against it.

17   <u>NINTH AFFIRMATIVE DEFENSE</u>

18       Plaintiffs' claims are barred, in whole or in part, because Valve's revenue sharing

19   percentage is commensurate with Steam's value to game publishers.

20   <u>TENTH AFFIRMATIVE DEFENSE</u>

21       Plaintiffs' claims are barred, in whole or in part, because Valve has no duty to deal. As

22   long as Valve has a valid business reason for the terms it attaches to its Steam Keys, which it

23   does, those terms are not unlawful.

24

25

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 47

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1    <u>ELEVENTH AFFIRMATIVE DEFENSE</u>

2    Plaintiffs' claims are barred, in whole or in part, because they involve trade or commerce

3    with foreign nations to which the Sherman Act, 15 U.S.C. §§ 1, 2, and the Washington

4    Consumer Protection Act, RCW 19.86, do not apply.

5    **<u>JURY DEMAND</u>**

6    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Valve demands a trial by

7    jury of all claims and issues so triable.

8    **<u>PRAYER FOR RELIEF</u>**

9    WHEREFORE, having fully answered Plaintiffs' Consolidated Amended Class Action

10   Complaint, Valve prays for the following relief:

11   A.    An order dismissing Plaintiffs' Consolidated Amended Class Action Complaint

12   against Valve with prejudice;

13   B.    An award of all its attorneys' fees and costs to the extent permitted by law; and

14   C.    For such other and further relief as this Court deems just and equitable.

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 48

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1    DATED this 6th day of April, 2023.

2                                 FOX ROTHSCHILD, LLP

3

4                                 By  *s/ Gavin W. Skok*
                                       Gavin W. Skok, WSBA #29766
5                                      1001 Fourth Avenue, Suite 4400
                                       Seattle, WA 98154
6                                      Telephone: (206) 624-3600
                                       Fax: (206) 389-1708
7                                      Email: gskok@foxrothschild.com

8                                      Kristen Ward Broz
                                       FOX ROTHSCHILD LLP
9                                      2020 K. St. NW, Ste. 500
                                       Washington, DC  20006
10                                     Telephone: (202) 794-1220
                                       Fax: (202) 461-3102
11                                     Email: kbroz@foxrothschild.com

12                                     Nathan M. Buchter
                                       FOX ROTHSCHILD LLP
13                                     2000 Market Street, 20th Floor
                                       Philadelphia, PA  19103
14                                     Telephone: (215) 299-3010
                                       Email: nbuchter@foxrothschild.com
15

16                                 And

17

18

19

20

21

22

23

24

25

26

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 49

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

MONTGOMERY MCCRACKEN
WALKER & RHOADS, LLP


By   *s/ Charles B. Casper*

   Charles B. Casper (admitted *pro hac vice*)
   Peter Breslauer *(admitted pro hac vice)*
   Robert E. Day *(admitted pro hac vice)*
   Jessica Rizzo *(admitted pro hac vice)*
   MONTGOMERY McCRACKEN WALKER
   & RHOADS LLP
   1735 Market Street, 21st Floor
   Philadelphia, PA  19103
   Telephone: (215) 772-1500
   Fax: (215) 772-7620
   Email:    ccasper@mmwr.com
   jrizzo@mmwr.com
   pbreslauer@mmwr.com
   rday@mmwr.com

   *Attorneys for Defendant Valve Corporation*

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 50

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

## CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington.  I am a U.S. citizen over the age of eighteen years and not a party to the within cause.  On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| Service List | |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Telephone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN,<br>LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone (415) 875-6600 | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF/ Email<br>☐ Via over-night delivery |

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 51

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

Fax (415) 875-6700
charliestevens@quinnemanuel.com

*Interim Co-Lead Counsel*

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
ssher@wsgr.com
allison.smith@wsgr.com

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 52

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Executive Committee*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 6th day of April, 2023, in Seattle, Washington.

Courtney R. Brooks

VALVE'S ANSWER AND AFFIRMATIVE DEFENSES TO
CONSOLIDATED SECOND AMENDED CLASS ACTION
COMPLAINT (CASE NO. 2:21-cv-00563-JCC) - 53

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600