The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION TO MODIFY CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: MAY 1, 2023** |

Wolfire Games LLC, Dark Catt Studios Holdings Inc., and Dark Catt Studios Interactive LLC (collectively "Plaintiffs") and Defendant Valve Corporation ("Valve"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The Court entered a Case Schedule on August 23, 2022 (Dkt. #98), which set certain case deadlines through summary judgment briefing.

2. The parties have concluded that additional time is needed to fully complete certain tasks beyond the time set forth in the current Case Schedule.

3. The parties request that the Court extend certain deadlines as set forth in the chart below:

STIPULATED MOTION TO MODIFY CASE SCHEDULE
(2:21-CV-00563-JCC) - 1

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Substantial Completion of Parties' Document Productions | May 1, 2023 | August 1, 2023 |
| Final Deadline for Service of Third-Party Document Subpoenas | June 30, 2023 | August 31, 2023 |
| Close of Fact Discovery | October 31, 2023 | November 30, 2023 |
| Deadline to (i) file Plaintiffs' Motion for Class Certification accompanied by the evidence and declarations on which Plaintiffs rely, and (ii) disclose Plaintiffs' Class Certification Expert Report(s) | December 21, 2023 | January 26, 2024 |
| Deadline to (i) file Valve's Opposition to Class Certification accompanied by the evidence and declarations on which Valve relies, (ii) disclose Valve's Class Certification Expert Report(s), and (iii) file Valve's *Daubert* Motions on Plaintiffs' Class Certification Expert(s) | April 5, 2024 | May 10, 2024 |
| Deadline to (i) file Plaintiffs' Class Certification Reply, (ii) disclose Plaintiffs' Rebuttal Class Certification Expert Report(s), (iii) file Plaintiffs' *Daubert* Oppositions, and (iv) file Plaintiffs' *Daubert* Motions on Valve's Class Certification Expert(s) | June 6, 2024 | July 12, 2024 |
| Deadline to Complete Class Certification Expert Discovery | June 24, 2024 | July 26, 2024 |
| Deadline to file Valve's *Daubert* Replies and Valve's Opposition to Plaintiffs' *Daubert* Motions | July 9, 2024 | August 12, 2024 |
| Deadline to file Plaintiffs' *Daubert* Replies | July 22, 2024 | August 26, 2024 |

4. The parties do not request any other changes to the case schedule.

5. The parties respectfully request that the Court enter the below Order extending the deadlines as stipulated.

//

//

STIPULATED MOTION TO MODIFY CASE SCHEDULE
(2:21-CV-00563-JCC) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 1st day of May, 2023.

| | |
|---|---|
| *s/ Alicia Cobb* | *s/ Stephanie L. Jensen* |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Telephone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com |
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com |
| Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com | *Interim Co-Lead Counsel* |
| *Interim Co-Lead Counsel* | |

STIPULATED MOTION TO MODIFY CASE SCHEDULE
(2:21-CV-00563-JCC) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| David Golden (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Telephone (202) 204-4527<br>Fax (202) 204-3501<br>dgolden@constantinecannon.com<br><br>A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone (212) 350-2700<br>Fax (212) 350-2701<br>oglist@constantinecannon.com<br><br>*Interim Co-Lead Counsel*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Telephone (614) 464-6400<br>Fax (614) 719-4796<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>kmmundy@vorys.com<br><br>Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>4675 MacArthur Court, Suite 700<br>Newport Beach, California 92660<br>Phone (949) 526-7903 ǀ Fax (949) 383-2384<br>tnmccormick@vorys.com<br><br>*Interim Executive Committee Member* | s/ *Gavin W. Skok*<br>Gavin W. Skok, WSBA #29766<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Telephone: (206) 624-3600<br>gskok@foxrothschild.com<br><br>Kristen Ward Broz<br>FOX ROTHSCHILD LLP<br>2020 K. St. NW, Ste. 500<br>Washington, DC 20006<br>Telephone (202) 794-1220<br>kbroz@foxrothschild.com<br><br>Nathan M. Buchter<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>Telephone (215) 299-3010<br>nbuchter@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>Peter Breslauer (*pro hac vice*)<br>Robert E. Day (*pro hac vice*)<br>Jessica Rizzo (*pro hac vice*)<br>MONTGOMERY McCRACKEN WALKER<br>& RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>ccasper@mmwr.com<br>pbreslauer@mmwr.com<br>rday@mmwr.com<br>jrizzo@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATED MOTION TO MODIFY CASE SCHEDULE
(2:21-CV-00563-JCC) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1     IT IS SO ORDERED.

3     DATED this 2nd day of May 2023.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO MODIFY CASE SCHEDULE
(2:21-CV-00563-JCC) - 5

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600