THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | CASE NO.: 2:21-cv-00563-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:  CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Scott A. Sher, admitted *pro hac vice* in this action, ECF No. 17, is no longer affiliated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C. and as such, the firm hereby withdraws his appearance in the above-captioned matter. Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC's ("Dark Catt's") remaining counsel, Stephanie L. Jensen, Tyre L. Tindall, Kenneth R. O'Rourke, and Allison B. Smith of Wilson Sonsini Goodrich & Rosati, P.C., and W. Joseph Bruckner and Joseph C. Bourne, of Lockridge Grindal Nauen P.L.L.P., continue to represent Dark Catt.

Dated: August 11, 2023

*/s/ Stephanie L. Jensen*
Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Email:  sjensen@wsgr.com
Email:  ttindall@wsgr.com

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO.: 2:21-CV-00563-JCC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Kenneth R. O'Rourke (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Email:  korourke@wsgr.com
Email:  allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Email:  wjbruckner@locklaw.com
Email:  jcbourne@locklaw.com

*Interim Co-Lead Counsel and*
*Counsel for Dark Catt Plaintiffs*

**NOTICE OF WITHDRAWAL**
CASE NO.: 2:21-CV-00563-JCC

-2-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (866) 974-7329