|   |   |
|---|---|
| 1 | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC<br><br>**NOTICE OF APPEARANCE** |

**TO:**   All Parties and Their Counsel of Record

NOTICE IS HEREBY GIVEN that the undersigned appear as counsel for Non-Party Electronic Arts Inc. in the above-captioned cause of action, and request notice of all further proceedings.

All notices, papers and pleadings (except for original process) shall be served on the undersigned counsel.

NOTICE OF APPEARANCE (Case No.2:21-cv-00563 JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Dated: September 27, 2023

/s/ Grant Kinsel
Grant Kinsel, WSBA No. 49576
GKinsel@perkinscoie.com

/s/ Tiffany Lee
Tiffany Lee, WSBA 51979
TiffanyLee@perkinscoie.com

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000

*Attorneys for Non-Party Electronic Arts Inc.*

NOTICE OF APPEARANCE (Case No.2:21-cv-00563 JCC) - 2 -

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000