THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC |
| | **NOTICE OF APPEARANCE** |

**TO:**     All Parties and Their Counsel of Record

NOTICE IS HEREBY GIVEN that the undersigned appear as counsel for Non-Party Nintendo of America Inc. in the above-captioned cause of action, and request notice of all further proceedings.

All notices, papers and pleadings (except for original process) shall be served on the undersigned counsel.

NOTICE OF APPEARANCE (Case No.2:21-cv-00563 JCC)

1

Dated:  September 27, 2023

/s/ Tiffany L. Lee

2

Tiffany L. Lee, WSBA 51979
Perkins Coie LLP

3

1201 Third Avenue, Suite 4900
Seattle, WA 98101

4

Telephone: (206) 359-8000

5

TiffanyLee@perkinscoie.com

6

*Attorney for Non-Party Nintendo of America Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE (Case No.2:21-cv-00563 JCC) - 2 -