The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO SEAL** |

    This matter came before the Court on Defendant Valve Corporation's Unopposed Motion to Seal in connection with the parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel Request for Production No. 79: Valve Corp's 2012–22 Tax Returns.  The Court, having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, **HEREBY ORDERS** that:

    1.    Defendant Valve Corporation's Motion to Seal is **GRANTED**.

    2.    All unredacted versions of the following documents shall **REMAIN UNDER SEAL**:

        a.    Exhibits 4-10, 12-14, and 16 to the Declaration of Stephanie L. Jensen in Support of Dark Catt Plaintiffs' LCR 37 Submission Regarding Request for Production No. 79;

1      b.  Exhibits A and B to the Declaration of Gavin W. Skok in Support of Valve's Opposition to the LCR Submission Regarding Plaintiffs' Motion to Compel Request for Production 79;

    c.  The unredacted version of the Declaration of Gavin W. Skok in Support of Valve's Opposition to the LCR Submission Regarding Plaintiffs' Motion to Compel Request for Production 79;

    d.  Declaration of Scott Lynch in Support of Valve's Opposition to the LCR Submission Regarding Plaintiffs' Motion to Compel Request for Production No. 79; and

    e.  The unredacted version of the parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel Request for Production No. 79: Valve Corp's 2012–22 Tax Returns.

**IT IS SO ORDERED**.

DATED this ____ day of _____, 2023.

                                                      _____
                                                      The Honorable John C. Coughenour
                                                      UNITED STATES DISTRICT JUDGE

1 | Presented by:

3 | By  *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
gskok@foxrothschild.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
kbroz@foxrothschild.com

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

*s/ Charles B. Casper*
Charles B. Casper (*pro hac vice*)
Peter Breslauer (*pro hac vice*)
Robert E. Day (*pro hac vice*)
Jessica Rizzo (*pro hac vice*)
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com
jrizzo@mmwr.com

*Attorneys for Defendant Valve Corporation*