The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

**DECLARATION OF GAVIN W. SKOK IN SUPPORT OF VALVE'S MOTION TO SEAL**

I, Gavin W. Skok, declare and state as follows in support of Defendant Valve Corporation's ("Valve") Motion to Seal:

1.      I am an attorney representing Valve Corporation in the above-captioned matter.  I am over the age of 18, competent to testify, and have personal knowledge of the facts stated below.

2.      Valve seeks to seal the following documents and information, which are collectively referred to in this Declaration and in Valve's Motion to Seal as the "Sealed Materials":

- Exhibits 4-10, 12-14, and 16 to the Declaration of Stephanie L. Jensen in Support of Dark Catt Plaintiffs' LCR 37 Submission Regarding Request for Production No. 79 ("Jensen Decl.") in their entirety;

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

- Exhibits A and B to the Declaration of Gavin W. Skok in Support of Valve's Opposition to the LCR Submission Regarding Plaintiffs' Motion to Compel Request for Production 79 ("Skok Decl.") in their entirety;
- The unredacted version of the Skok Decl.;
- Declaration of Scott Lynch in Support of Valve's Opposition to the LCR Submission Regarding Plaintiffs' Motion to Compel Request for Production No. 79 ("Lynch Decl.") in its entirety; and
- The unredacted version of the parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel Request for Production No. 79: Valve Corp's 2012–22 Tax Returns.

3.      The Sealed Materials were either previously designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" MATERIAL or contain information designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Stipulated Protective Order (Dkt. #95).  Also, as described in the accompanying Declaration of Chris Schenck, these documents contain Valve's highly confidential, trade secret, and proprietary information.

4.      Pursuant to Local Rule 5(g)(3)(A), I met and conferred by telephone with Plaintiffs' counsel, Stephanie Jensen, on October 27, 2023, in a good faith attempt to reach agreement on the need to file the Sealed Materials under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal.

5.      Plaintiffs told Valve they do not oppose Valve's motion to seal.

6.      The confidentiality of, and basis for sealing of, the Sealed Materials are further established in the accompanying Declaration of Chris Schenck in Support of Valve Corporation's Motion to Seal.

7.      The parties cooperated in preparation of a redacted version of the LCR 37 Submission Regarding Plaintiffs' Motion to Compel Request for Production No. 79: Valve

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

Corp's 2012–22 Tax Returns ("Plaintiffs' Motion to Compel").  In the redacted version, Valve carefully redacted only the portions of the brief related to Plaintiffs' Motion to Compel that disclosed Valve's confidential financial, accounting, and business strategy information. Valve also prepared a redacted version of the Skok Declaration that redacts only the portions disclosing confidential financial and accounting information.

8.      The remainder of the Sealed Materials were filed under seal in their entirety because they contain an overwhelming amount of highly confidential financial, accounting, and business strategy information, which made redacting impractical or impossible.

9.      Less restrictive alternatives would not sufficiently protect Valve's confidential information.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 30th day of October, 2023 at Seattle, Washington.

_s/ Gavin W. Skok_____
Gavin W. Skok

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

## CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle,

Washington.  I am a U.S. citizen over the age of eighteen years and not a party to the within

cause.  On the date shown below, I caused to be served a true and correct copy of the foregoing

on counsel of record for all other parties to this action as indicated below:

| Service List | |
| --- | --- |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Telephone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com<br><br>*Interim Co-Lead Counsel* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
Matthew Koenig
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com

Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH 7 ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
ssher@wsgr.com
allison.smith@wsgr.com

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 5

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Executive Committee*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 30th day of October, 2023, in Seattle, Washington.

Courtney R. Brooks