THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**PROPOSED ORDER ON PARTIES' JOINT LCR 37 SUBMISSION** |

PROPOSED ORDER ON PARTIES' JOINT LCR 37 SUBMISSION
CASE NO. 2:21-cv-00563-JCC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

THIS MATTER came before the Court on the parties' Joint LCR 37 Submission. The Court has duly considered the pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

**PLAINTIFFS' REQUEST FOR PRODUCTION NO. 79:**

Your federal income tax returns from 2012 to the present including all forms, schedules, exhibits, and statements.

**COURT'S DECISION RE PLAINTIFFS' REQUEST FOR PRODUCTION NO. 79:**

DATED this _____ day of _____, 2023.

_____

The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

JOINT LCR 37 SUBMISSION
CASE NO. 2:21-CV-00563-JCC

-2-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500