# EXHIBIT 16

EXHIBIT 16 FILED UNDER SEAL

Decl. ISO LCR 37 Submission re RFP No. 79 - 96