THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

**DECLARATION OF GAVIN W. SKOK IN SUPPORT OF VALVE'S OPPOSITION TO LCR 37 SUBMISSION REGARDING PLAINTIFFS' MOTION TO COMPEL REQUEST FOR PRODUCTION 79**

**REDACTED VERSION**

I, Gavin W. Skok, declare as follows:

1.      I am an attorney representing Valve Corporation ("Valve") in this action.  I am over the age of eighteen, competent to testify and I make this declaration of my own personal knowledge.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript of the Rule 30(b)(6) deposition of Scott Lynch taken on October 13, 2023, with relevant portions highlighted.

3.      In response to Plaintiffs' discovery requests for Steam financial information, Valve compiled financial data from its accounting system that had been collected in the ordinary course of business and worked with a consulting expert in accounting to put that information into Profit and Loss Statements (P&Ls) generated for purposes of this litigation.

SKOK DECLARATION IN SUPPORT OF VALVE'S
OPPOSITION TO LCR 37 SUBMISSION REGARDING
PLAINTIFFS' MOTION TO COMPEL REQUEST FOR
PRODUCTION 79 - CASE NO. 2:21-CV-00563-JCC

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

4.      Attached as **Exhibit B** is a sample showing the form of Valve's P&Ls production in this case.  This document shows the categories of information that were provided in the P&Ls; specific financial detail is not included on this sample in order to preserve confidentiality.  The P&Ls Valve actually produced show for each year 2003–2021:

        a.  ██████████████████████████;

        b.  ████████████████████████████;

        c.  ████████████████████████████;

        d.  ██████████████████████;

        e.  ██████████;

        f.  ████████████████████████████;

        g.  ██████████;

        h.  ████████████;

        i.  ██████.

5.      In addition, even though Steam is the only one of Valve's lines of business at issue, at Plaintiffs' request, Valve also included on its P&Ls all of the detail above for (1) Valve's own video games and Valve hardware (lines of business not at issue), and (2) administrative costs.  Valve also produced additional supporting data for certain cost and expense items listed on these P&Ls (████████████████████████).

6.      In addition to the above, Valve provided detailed information about Steam's revenues through a voluminous production of daily transactional data (hundreds of gigabytes) over a nearly 20-year period.  Those records show sales of every game and downloadable content package sold on Steam, as well as all in-game transactions, in every market and available currency around the world.  Valve also produced detailed information about large components of Steam's costs by producing data showing all revenue share payments to Partners for all sales on Steam for the same period, and its bandwidth usage costs to make Steam accessible all over the world.

SKOK DECLARATION IN SUPPORT OF VALVE'S
OPPOSITION TO LCR 37 SUBMISSION REGARDING
PLAINTIFFS' MOTION TO COMPEL REQUEST FOR
PRODUCTION 79 - CASE NO. 2:21-CV-00563-JCC

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

7.      Attached as **Exhibit D** is a true and correct copy of Plaintiffs' August 23, 2023 Notice of Fed. R. Civ. P. 30(b)(6) Deposition to Defendant Valve Corporation.  [No Exhibit C is attached to this Declaration].

8.      In discovery, Plaintiffs served 97 document requests on Valve, demanded searches from 23 document custodians using hundreds of search terms, took or set individual depositions of 20 current and former Valve employees, and sought Valve's 30(b)(6) deposition testimony on 18 topics.  Plaintiffs have also requested the individual deposition of another Valve employee who deals with Valve's finances, Jane Lo.

9.      Valve has, among other things, reviewed millions of documents that hit on Plaintiffs' overly broad search terms, produced more than 5 million pages of documents in the short span of nine months, produced hundreds of gigabytes of transactional and financial data covering a roughly 20-year period, and sat for numerous depositions (with more to come).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 24th day of October, 2023 at Seattle, Washington.

_s/ Gavin W. Skok_____
Gavin W. Skok

SKOK DECLARATION IN SUPPORT OF VALVE'S
OPPOSITION TO LCR 37 SUBMISSION REGARDING
PLAINTIFFS' MOTION TO COMPEL REQUEST FOR
PRODUCTION 79 - CASE NO. 2:21-CV-00563-JCC

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600