THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:         CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Leona B. Ajavon, admitted *pro hac vice* in this action, ECF No. 13, is no longer affiliated with the law firm of Lockridge Grindal Nauen, PLLP and as such, the firm hereby withdraws her appearance in the above-captioned matter. Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC's ("Dark Catt") remaining counsel continue to represent Dark Catt.

Dated: November 2, 2023

/s/ *W. Joseph Bruckner*
W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Kyle J. Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
kjpozan@locklaw.com

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:21-CV-00563-JCC

**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave S. Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (866) 974-7329
sjensen@wsgr.com
ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7329
korourke@wsgr.com
allison.smith@wsgr.com

*Interim Co-Lead Counsel and Counsel for Dark Catt Plaintiffs*

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:21-CV-00563-JCC

2

**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave S. Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900