THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC <br><br> **STIPULATION AND (PROPOSED) ORDER ADDING COVERED ENTITY TO STIPULATED SUPPLEMENTAL PROTECTIVE ORDER (DKT. 135)** <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 8, 2023 |

WHEREAS, the protections set forth in the Stipulated Protective Order ("Protective Order") in the above-captioned case ("Litigation), *see* Dkt. No. 95, apply and are available to non-parties as well as parties;

WHEREAS, Plaintiffs and Defendants (together, the "Parties") have served subpoenas on non-party Walmart, Inc. ("Walmart") that seek certain documents and information relating to Plaintiffs' claims and Defendant's defenses;

STIPULATED ORDER ADDING COVERED ENTITY TO STIPULATED SUPPLEMENTAL PROTECTIVE ORDER – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

WHEREAS, on September 25, 2023, the Parties entered a Stipulated Supplemental Protective Order that granted additional protections to non-parties Electronic Arts, Inc., Nintendo of America Inc., and Ubisoft, Inc. (collectively, the "Requesting Companies"), prior to the Requesting Companies disclosing their confidential information in this matter, *see* Dkt. No. 134 ("Supplemental Protective Order");

WHEREAS, the Court entered the Supplemental Protective Order on September 26, 2023, *see* Dkt. No. 135; and

WHEREAS, prior to the disclosure of its confidential information in this matter, Walmart has requested the protections set forth in the Supplemental Protective Order.

WHEREFORE, IT IS HEREBY ORDERED that the provisions in the Supplemental Protective Order apply in full and with equal force to Walmart.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 7th day of November, 2023.

*s/ Kara M. Mundy*
Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.

STIPULATED ORDER ADDING COVERED ENTITY TO
STIPULATED SUPPLEMENTAL PROTECTIVE ORDER – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Executive Committee Members*

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Telephone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone (415) 875-6600

1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Interim Co-Lead Counsel*

STIPULATED ORDER ADDING COVERED ENTITY TO
STIPULATED SUPPLEMENTAL PROTECTIVE ORDER – 3

Fax (415) 875-6700
charliestevens@quinnemanuel.com

*Interim Co-Lead Counsel*

| | |
|---|---|
| David Golden (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Telephone (202) 204-4527<br>Fax (202) 204-3501<br>dgolden@constantinecannon.com<br><br>A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone (212) 350-2700<br>Fax (212) 350-2701<br>oglist@constantinecannon.com<br><br>*Interim Co-Lead Counsel*<br><br>*s/ Clarence Belnavis*<br>Ryan R. Jones, WSBA No. 52566<br>Clarence Belnavis, WSBA No. 36681<br>FISHER PHILLIPS LLP<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>Telephone (206) 682-2308<br>rrjones@fisherphillips.com<br>cbelnavis@fisherphillips.com<br><br>*Attorneys for Walmart Inc.* | *s/ Eric. A. Lindberg*<br>Gavin W. Skok, WSBA #29766<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Telephone: (206) 624-3600<br>Fax: (206) 389-1708<br>gskok@foxrothschild.com<br><br>Kristen Ward Broz<br>FOX ROTHSCHILD LLP<br>2020 K. St. NW, Ste. 500<br>Washington, DC 20006<br>Telephone (202) 794-1220<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>MONTGOMERY McCRACKEN WALKER<br>& RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>ccasper@mmwr.com<br><br>Blake Marks-Dias, WSBA No. 28169<br>Eric A. Lindberg, WSBA No. 43593<br>CORR CRONIN LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATED ORDER ADDING COVERED ENTITY TO
STIPULATED SUPPLEMENTAL PROTECTIVE ORDER – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

PURSUANT TO STIPULATION, IT IS SO ORDERED

IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party or non-party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

DATED this _____ day of October 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER ADDING COVERED ENTITY TO
STIPULATED SUPPLEMENTAL PROTECTIVE ORDER – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900