The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO SEAL** |

This matter came before the Court on Defendant Valve Corporation's Unopposed Motion to Seal in connection with the parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corporation's Chief Executive Officer Gabe Newell.  The Court, having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, **HEREBY ORDERS** that:

1. Defendant Valve Corporation's Motion to Seal is **GRANTED**.

2. The following documents shall **REMAIN UNDER SEAL**:

    a. The parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corporation's Chief Executive Officer Gabe Newell ("Plaintiffs' Motion to Compel");

1      b.      Declaration of Gabe Newell (filed in connection with Plaintiffs' Motion to Compel);

     c.      Declaration of Charles B. Casper (filed in connection with Plaintiffs' Motion to Compel);

     d.      The unredacted version of the Declaration of Kenneth R. O'Rourke in Support of Plaintiffs' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corp.'s Chief Executive Officer Gabe Newell ("O'Rourke Declaration");

     e.      Exhibits 3-7, 9, 10, 12, and 13 to the O'Rourke Declaration;

     f.      The unredacted versions of Exhibits 1, 2, and 11 to the O'Rourke Declaration; and

     g.      The unredacted version of Valve Corporation's Unopposed Motion to Seal (filed in connection with Plaintiffs' Motion to Compel).

**IT IS SO ORDERED**.

DATED this _____ day of _____, 2023.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

By  *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
gskok@foxrothschild.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
kbroz@foxrothschild.com

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

*s/ Charles B. Casper*
Charles B. Casper (*pro hac vice*)
Peter Breslauer (*pro hac vice*)
Robert E. Day (*pro hac vice*)
Jessica Rizzo (*pro hac vice*)
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com
jrizzo@mmwr.com

*Attorneys for Defendant Valve Corporation*

[PROPOSED] ORDER GRANTING DEFENDANT VALVE
CORPORATION'S MOTION TO SEAL (2:21-CV-00563-JCC) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600