The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**DECLARATION OF GAVIN W. SKOK IN SUPPORT OF VALVE CORPORATION'S MOTION TO SEAL** |

I, Gavin W. Skok, declare and state as follows in support of Defendant Valve Corporation's ("Valve") Motion to Seal:

1. I am an attorney representing Valve Corporation in the above-captioned matter. I am over the age of 18, competent to testify, and have personal knowledge of the facts stated below.

2. Valve seeks to seal the following documents and information, which are collectively referred to in this Declaration and in Valve's Motion to Seal as the "**Sealed Materials**":

- The parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corporation's Chief Executive Officer Gabe Newell ("Plaintiffs' Motion to Compel");

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  • Declaration of Gabe Newell ("Newell Decl.") (filed in connection with Plaintiffs' Motion to Compel);

• Declaration of Charles B. Casper ("Casper Decl.") (filed in connection with Plaintiffs' Motion to Compel);

• The unredacted version of the Declaration of Kenneth R. O'Rourke in Support of Plaintiffs' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corp.'s Chief Executive Officer Gabe Newell ("O'Rourke Decl.");

• Exhibits 3-7, 9, 10, 12, and 13 to the O'Rourke Decl.;

• The unredacted versions of Exhibits 1, 2, and 11 to the O'Rourke Decl.; and

• The unredacted version of Valve Corporation's Unopposed Motion to Seal (filed in connection with Plaintiffs' Motion to Compel).

3. Pursuant to Local Rule 5(g)(3)(A), I met and conferred by videoconference with Plaintiffs' counsel, Stephanie Jensen, on November 14, 2023, in a good faith attempt to reach agreement on the need to file the Sealed Materials under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal.

4. Plaintiffs told Valve they do not oppose Valve's Motion to Seal.

5. The parties cooperated in preparation of redacted versions of the O'Rourke Declaration, Exhibits 1-2 and 11 thereto, and the Motion to Seal.  In the redacted versions, Valve carefully redacted only the portions that disclosed Mr. Newell's personal, private and confidential information or Valve's confidential and proprietary information.

6. The remainder of the Sealed Materials were filed under seal in their entirety because they contain an overwhelming amount of Mr. Newell's personal, private and confidential information, personal and private information of third parties, or Valve's

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 2

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

confidential and proprietary information, and argument that in effect would reveal such information, as to make redacting impractical or impossible,

7. Less restrictive alternatives would not sufficiently protect Mr. Newell's, other third parties, or Valve's confidential information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 15th day of November, 2023 at Seattle, Washington.

*s/ Gavin W. Skok*
Gavin W. Skok

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 3

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

# CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Telephone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Andrew Faisman (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br>afaisman@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com<br><br>*Interim Co-Lead Counsel* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
Matthew Koenig
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com

Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH 7 ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
ssher@wsgr.com
allison.smith@wsgr.com

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 5

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

|   |   |
|---|---|
| W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br><br>*Interim Co-Lead Counsel*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Telephone (614) 464-6400<br>Fax (614) 719-4796<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>kmmundy@vorys.com<br><br>Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>4675 MacArthur Court, Suite 700<br>Newport Beach, California 92660<br>Phone (949) 526-7903 ǀ Fax (949) 383-2384<br>tnmccormick@vorys.com<br><br>*Executive Committee* |   |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 15th day of November, 2023, in Seattle, Washington.

*[signature]*
Courtney R. Brooks

SKOK DECLARATION ISO MOTION TO SEAL
(CASE NO. 2:21-CV-00563-JCC) - 6

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600