# EXHIBIT 2

[REDACTED VERSION]

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>PLAINTIFFS' NOTICE OF FED. R. CIV. P. 30(b)(1) DEPOSITION OF GABE NEWELL |

PLAINTIFFS' NOTICE OF DEPOSITION OF
GABE NEWELL
CASE NO. 2:21-CV-00563-JCC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and applicable Local Civil Rules for the United States District Court for the Western District of Washington, Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively, Plaintiffs), on behalf of themselves and the putative class, by and through their co-lead counsel, will take the deposition of Gabe Newell at the offices of Wilson Sonsini Goodrich & Rosati, P.C., 701 Fifth Avenue Suite 5100, Seattle, Washington 98104, on November 21, 2023, commencing at 9:00 a.m. Pacific Time. Plaintiffs understand that the witness is employed by, and under the control of, Defendant Valve Corporation.

The deposition will continue from day to day until completed as provided in the Federal Rules of Civil Procedure and the deposition protocol in this case, and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Fed. R. Civ. P. 30(b)(3), the testimony will be recorded by stenographic, audio, video, and/or real-time stenographic means. Plaintiffs reserve all available rights to use the witness' testimony in any such means as may be permitted including in connection with motions, hearings, trial, and/or other proceedings in this litigation.

Counsel for Valve has stated [REDACTED]

[Lines 18-27 redacted]

PLAINTIFFS' NOTICE OF DEPOSITION OF GABE NEWELL
CASE NO. 2:21-CV-00563-JCC

-1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

1 ███████████████████████████
2 ███████████████████████████
3 ███████████████████████████
4 ███

Dated: November 1, 2023

| | /s/ Stephanie L. Jensen |
|---|---|
| Alicia Cobb, WSBA #48685 | Stephanie L. Jensen, WSBA #42042 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILSON SONSINI GOODRICH & ROSATI P.C. |
| 1109 First Avenue, Suite 210 | 701 Fifth Avenue, Suite 5100 |
| Seattle, Washington 98101 | Seattle, WA 98104-7036 |
| Telephone (206) 905-7000 | Telephone (206) 883-2500 |
| Fax (206) 905-7100 | Fax (206) 883-2699 |
| aliciacobb@quinnemanuel.com | sjensen@wsgr.com |
| | |
| Steig D. Olson (*pro hac vice*) | Kenneth R. O'Rourke (*pro hac vice*) |
| David LeRay (*pro hac vice*) | Allison B. Smith (*pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 51 Madison Avenue | 1700 K Street, NW, Suite 500 |
| New York, New York 10010 | Washington, DC 20006 |
| Telephone (212) 849-7231 | Telephone (202) 973-8800 |
| Fax (212) 849-7100 | Fax (202) 973-8899 |
| steigolson@quinnemanuel.com | korourke@wsgr.com |
| | allison.smith@wsgr.com |
| | |
| Adam Wolfson (*pro hac vice*) | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | W. Joseph Bruckner (*pro hac vice*) |
| | Joseph C. Bourne (*pro hac vice*) |
| 865 S. Figueroa St., 10th Floor | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Los Angeles, California 90017 | 100 Washington Avenue S, Suite 2200 |
| Telephone (213) 443-3285 | Minneapolis, MN 55401 |
| Fax (213) 443-3100 | Telephone: (612) 339-6900 |
| adamwolfson@quinnemanuel.com | Fax: (612) 339-0981 |
| | wjbruckner@locklaw.com |
| Charles Stevens (*pro hac vice*) | jcbourne@locklaw.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | *Interim Co-Lead Counsel* |
| 50 California St., 22nd Floor | |
| San Francisco, CA 94111 | |
| Telephone (415) 875-6600 | |
| Fax (415) 875-6700 | |

1  charliestevens@quinnemanuel.com
   *Interim Co-Lead Counsel*
2

3  David Golden (*pro hac vice*)
   CONSTANTINE CANNON LLP
4  1001 Pennsylvania Ave., 22nd Floor
   Washington, D.C. 20004
5  Telephone (202) 204-4527
   Fax (202) 204-3501
6  dgolden@constantinecannon.com

7
   A. Owen Glist (*pro hac vice*)
8  Ankur Kapoor (*pro hac vice*)
   Jeffrey I. Shinder (*pro hac vice*)
9  CONSTANTINE CANNON LLP
   335 Madison Avenue, 9th Floor
10 New York, NY 10017
   Telephone (212) 350-2700
11 Fax (212) 350-2701
   oglist@constantinecannon.com
12

13 *Interim Co-Lead Counsel*

14
   Kenneth J. Rubin (*pro hac vice*)
15 Timothy B. McGranor (*pro hac vice*)
   Kara M. Mundy (*pro hac vice*)
16 VORYS, SATER, SEYMOUR AND PEASE LLP
17 52 East Gay Street
   Columbus, Ohio 43215
18 Telephone (614) 464-6400
   Fax (614) 719-4796
19 kjrubin@vorys.com
   tbmcgranor@vorys.com
20 kmmundy@vorys.com

21
   Thomas N. McCormick (*pro hac vice*)
22 VORYS, SATER, SEYMOUR AND PEASE LLP
23 4675 MacArthur Court, Suite 700
24 Newport Beach, California 92660
   Phone (949) 526-7903 | Fax (949) 383-2384
25 tnmccormick@vorys.com

26
   *Executive Committee Members*
27

PLAINTIFFS' NOTICE OF DEPOSITION OF GABE NEWELL
CASE NO. 2:21-cv-00563-JCC
-3-
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PLAINTIFFS' NOTICE OF DEPOSITION OF
GABE NEWELL
CASE NO. 2:21-CV-00563-JCC

-4-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500