# EXHIBIT 8





VALVE_ANT_0007620





# HOW AND WHY VALVE USES DATA TO DRIVE THE CHOICES WE MAKE

VALVE_ANT_0007621



# Data to Drive Decision-Making

- Decision-Making at Valve

- Introduction to experimental design

- Data collection/analysis infrastructure

- Examples

  —Playtesting (L4D)

  —DOTA 2

  —CS:GO

VALVE_ANT_0007622



VALVE_ANT_0007623




DECISION-MAKING AT VALVE

http://www.thumotic.com/seven-ways-this-skill-will-improve-your-life/

VALVE_ANT_0007624

# Decision-Making at Valve



- No formal management structure

- Decision-making is a meritocracy

- All data is available to every employee

- We just want to make the best decisions possible.

- We don't want to rely on 'instinct'→ it is fallible

VALVE_ANT_0007625



VALVE_ANT_0007626



# Decision-Making



- Explicit

- Data-driven

- Theory-driven

- Measurable Outcomes

- Iterative

sarahmjamieson.wordpress.com/2012/06/20/the-ssss...-quantum-meditation-5/

VALVE_ANT_0007627



# Contact Info

Mike Ambinder

mikea@valvesoftware.com

VALVE_ANT_0007671