# EXHIBIT 11

[REDACTED VERSION]

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**VALVE CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES** |
|---|---|

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendant Valve Corporation ("Valve"), by and through its undersigned counsel, responds and objects to Plaintiffs' Second Set of Interrogatories (individually an "Interrogatory" and collectively the "Second Interrogatories") as follows:

**GENERAL OBJECTIONS**

Valve makes the following General Objections to the Second Interrogatories. These General Objections apply and are incorporated into each of Valve's responses below, whether or not also expressly restated in a particular response (for emphasis or otherwise) or incorporated into a particular response. Valve's responses and objections as set forth herein are made without prejudice to Valve's right to assert further responses or objections should Valve discover additional grounds for such responses or objections. The assertion of the same, similar, or additional

**CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER**
VALVE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (2:21-CV-00563-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

**RESPONSE TO INTERROGATORY NO. 5:**

In addition to its General Objections, Valve objects to this Interrogatory's use of the phrase "governing body responsible for the ultimate and/or executive decisions of the company" insofar as it assumes facts, suggests a role performed by Valve's board that is different than what it performs in the ordinary course of business or is based on factual assumptions regarding an organizational hierarchy at Valve, and insofar as it contains legal conclusions regarding "responsib[ility] for the ultimate and/or executive decision of the company."

Subject to and without waiving its objections, Valve responds as follows:

**INTERROGATORY NO. 6:**

Identify with specificity each instance in the previous ten (10) years where Valve notified a PC game publisher or developer, in sum and substance, that:

(a) the price of a game sold outside of Steam should not be lower than the price on Steam;

**CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER**
VALVE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (2:21-CV-00563-JCC) - 11

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

**INTERROGATORY NO. 14:**

Your Tenth Affirmative Defense in Your Answer and Affirmative Defenses to Consolidated Amended Class Action Complaint states: "As long as Valve has a valid business reason for the terms it attaches to its Steam Keys, which it does, those terms are not unlawful." (Dkt. # 104.) Identify each and every "valid business reason for the terms [Valve] attaches to its Steam Keys" and all material documents reflecting, memorializing, or evidencing the same.

**RESPONSE TO INTERROGATORY NO. 14:**

In addition to its General Objections, Valve objects to this Interrogatory because it impermissibly seeks a legal conclusion concerning the validity of Valve's business reasons for the terms it attaches to its Steam Keys. Valve also objects to this Interrogatory insofar as it prematurely seeks expert opinion or testimony, which Valve shall provide at the time and in the manner set forth in the case schedule, the Federal Rules of Civil Procedure, and the Western District of Washington Local Rules. Valve further objects to this Interrogatory because it purports to seek information, documents or communications protected from discovery or disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege, immunity or grounds for withholding information, or purport to require Valve to provide information from its attorneys. Valve objects to this Interrogatory's use of the phrase "material documents" as vague to the extent it leaves Valve guessing as to what should be considered "material."

Based on its objections, Valve is not presently responding to this Interrogatory, but invites Plaintiffs to meet and confer.

**CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER**
VALVE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (2:21-CV-00563-JCC) - 31

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

DATED this 13th day of March, 2023.

    *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC  20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper (*pro hac vice*)
Peter Breslauer (*pro hac vice*)
Robert E. Day (*pro hac vice*)
Jessica Rizzo (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com
jrizzo@mmwr.com

*Attorneys for Defendant Valve Corporation*

**CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER**
VALVE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (2:21-CV-00563-JCC) - 32

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

# CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| Service List | |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Telephone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Nicolas Siebert (*pro hac vice*)<br>Shane Seppinni (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br>nicolassiebert@quinnemanuel.com<br>shaneseppinni@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com<br><br>*Interim Co-Lead Counsel* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

**CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER**
VALVE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (2:21-CV-00563-JCC) - 33

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | David Golden (*pro hac vice*)<br>Justin Fore (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Telephone (202) 204-4527<br>Fax (202) 204-3501<br>dgolden@constantinecannon.com<br>wfore@constantinecannon.com |
| 6<br>7<br>8<br>9<br>10<br>11 | A. Owen Glist (*pro hac vice*)<br>Ankur Kapoor (*pro hac vice*)<br>Jeffrey I. Shinder (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone (212) 350-2700<br>Fax (212) 350-2701<br>oglist@constantinecannon.com<br>akapoor@constantinecannon.com<br>jshinder@constantinecannon.com |
| 12<br>13<br>14<br>15<br>16 | Stephanie L. Jensen, WSBA #42042<br>Tyre L. Tindall, WSBA #56357<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com<br>ttindall@wsgr.com |
| 17<br>18<br>19<br>20<br>21<br>22 | Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com |

**CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER**
VALVE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (2:21-CV-00563-JCC) - 34

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Kyle J. Pozan (*pro hac vice*)<br>Leona Bridget Ajavon (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>kjpozan@locklaw.com<br>lbajavon@locklaw.com<br><br>*Interim Co-Lead Counsel*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>Douglas R. Matthew (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Telephone (614) 464-6400<br>Fax (614) 719-4796<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>kmmundy@vorys.com<br>drmatthews@vorys.com<br><br>Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>4675 MacArthur Court, Suite 700<br>Newport Beach, California 92660<br>Phone (949) 526-7903 | Fax (949) 383-2384<br>tnmccormick@vorys.com<br><br>*Executive Committee* | |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 13th day of March, 2023, in Seattle, Washington.

*/s/ Courtney R. Brooks*
Courtney R. Brooks

**CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER**
VALVE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (2:21-CV-00563-JCC) - 35

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600