The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO SEAL** |

This matter came before the Court on Defendant Valve Corporation's Unopposed Motion to Seal in connection with the parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corporation's Chief Executive Officer Gabe Newell. The Court, having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, **HEREBY ORDERS** that:

1. Defendant Valve Corporation's Motion to Seal is **GRANTED**.

2. The following documents shall **REMAIN UNDER SEAL**:

    a. The parties' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corporation's Chief Executive Officer Gabe Newell ("Plaintiffs' Motion to Compel");

      b.      Declaration of Gabe Newell (filed in connection with Plaintiffs' Motion to Compel);

      c.      Declaration of Charles B. Casper (filed in connection with Plaintiffs' Motion to Compel);

      d.      The unredacted version of the Declaration of Kenneth R. O'Rourke in Support of Plaintiffs' LCR 37 Submission Regarding Plaintiffs' Motion to Compel the In-Person Deposition of Defendant Valve Corp.'s Chief Executive Officer Gabe Newell ("O'Rourke Declaration");

      e.      Exhibits 3-7, 9, 10, 12, and 13 to the O'Rourke Declaration;

      f.      The unredacted versions of Exhibits 1, 2, and 11 to the O'Rourke Declaration; and

      g.      The unredacted version of Valve Corporation's Unopposed Motion to Seal (filed in connection with Plaintiffs' Motion to Compel).

**IT IS SO ORDERED**.

DATED this 15th day of November 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

1  Presented by:

3  By  *s/ Gavin W. Skok*                         *s/ Charles B. Casper*
   Gavin W. Skok, WSBA #29766                Charles B. Casper (*pro hac vice*)
4  FOX ROTHSCHILD LLP                        Peter Breslauer (*pro hac vice*)
   1001 Fourth Avenue, Suite 4400            Robert E. Day (*pro hac vice*)
5  Seattle, WA 98154                         Jessica Rizzo (*pro hac vice*)
   Telephone: (206) 624-3600                 MONTGOMERY McCRACKEN
6  gskok@foxrothschild.com                   WALKER & RHOADS LLP
                                             1735 Market Street, 21st Floor
7  Kristen Ward Broz                         Philadelphia, PA 19103
   FOX ROTHSCHILD LLP                        Telephone (215) 772-1500
8  2020 K. St. NW, Ste. 500                  ccasper@mmwr.com
   Washington, DC 20006                      pbreslauer@mmwr.com
9  Telephone (202) 794-1220                  rday@mmwr.com
   kbroz@foxrothschild.com                   jrizzo@mmwr.com

10
   Nathan M. Buchter                         *Attorneys for Defendant Valve Corporation*
11 FOX ROTHSCHILD LLP
   2000 Market Street, 20th Floor
12 Philadelphia, PA 19103
   Telephone (215) 299-3010
13 nbuchter@foxrothschild.com

[PROPOSED] ORDER GRANTING DEFENDANT VALVE
CORPORATION'S MOTION TO SEAL (2:21-CV-00563-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600