THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF DEADLINE TO TAKE CERTAIN DEPOSITIONS**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 30, 2023** |

    Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

    1.    The Court entered a Case Schedule on August 23, 2022 (Dkt. #98), which set certain case deadlines through summary judgment briefing.

    2.    On May 2, 2023, the Court granted the parties' Stipulated Motion to Modify Case Schedule (Dkt. #130), which, *inter alia*, extended the close of fact discovery from October 31, 2023 to November 30, 2023.

    3.    The parties have been working to complete fact discovery, including written discovery and depositions of Plaintiffs, Defendant, and nonparties. The Parties commenced depositions in September 2023 and have made substantial progress to complete them by

November 30, 2023. The parties anticipate that at least twenty-five depositions of Plaintiffs, Defendant, and nonparties will have been taken by November 30, 2023.

    4.    However, due to a small number of scheduling conflicts and limited availability of some witnesses (both party and nonparty), Plaintiffs and Defendants need to take certain depositions following the November 30, 2023 discovery deadline. As such, Plaintiffs and Defendants jointly request that the Court extend until December 15, 2023 the deadline within which to conduct the following, specified depositions:

    a.    Deposition of David Rosen to be conducted on December 1, 2023;

    b.    Deposition of Jason Owens, to be conducted on December 5, 2023;

    c.    Deposition of Plaintiff Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC, to be conducted on December 6, 2023;

    d.    Deposition of Chris Schenck, to be conducted on December 8, 2023;

    e.    Deposition of Valve Corporation to be conducted on December 12, 2023, as to 30(b)(6) Topic 4 (2012-2022 U.S. federal tax returns);

    f.    Deposition of Sean Murray on or before December 15, 2023, or, if necessary, on a date mutually agreeable to the deponent and the parties;

    g.    Deposition of Microsoft Corporation, pursuant to subpoena, on or before December 15, 2023, or, if necessary, on a date mutually agreeable to the deponent and the parties;

    h.    Deposition of Nathaniel Muller, pursuant to subpoena, on or before December 15, 2023, or, if necessary, on a date mutually agreeable to the deponent and the parties.[1]

---

[1] Defendant has objected to Mr. Muller's deposition on grounds that it exceeds the number of permitted party depositions, which Plaintiffs deny.

    5.    The parties agree that nonparties upon whom Plaintiffs or Defendant, prior to November 1, 2023, served subpoenas requesting production of documents or data may, if necessary, make their productions after November 30, 2023.

    6.    The parties request the brief, 15-day extension of time to take the above-specified depositions in order to accommodate the scheduling conflicts and availability of witnesses, and not for purposes of delay or any improper purposes.

    7.    The parties respectfully request that the Court enter the below Order extending the deadline to complete depositions of fact witnesses as stipulated.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 30th day of November, 2023.

| | |
|---|---|
| /s/Kara M. Mundy | /s/ Gavin W. Skok |
| Kenneth J. Rubin (*pro hac vice*) | Gavin W. Skok, WSBA #29766 |
| Timothy B. McGranor (*pro hac vice*) | FOX ROTHSCHILD LLP |
| Kara M. Mundy (*pro hac vice*) | 1001 Fourth Avenue, Suite 4400 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | Seattle, WA 98154 |
| 52 East Gay Street | Telephone: (206) 624-3600 |
| Columbus, Ohio 43215 | Fax: (206) 389-1708 |
| Telephone (614) 464-6400 | gskok@foxrothschild.com |
| Fax (614) 719-4796 | |
| kjrubin@vorys.com | Kristen Ward Broz |
| tbmcgranor@vorys.com | FOX ROTHSCHILD LLP |
| kmmundy@vorys.com | 2020 K. St. NW, Ste. 500 |
| | Washington, DC 20006 |
| Thomas N. McCormick (*pro hac vice*) | Telephone (202) 794-1220 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | Fax (202) 461-3102 |
| 4675 MacArthur Court, Suite 700 | kbroz@foxrothschild.com |
| Newport Beach, California 92660 | |
| Phone (949) 526-7903 | Fax (949) 383-2384 | Charles B. Casper (*pro hac vice*) |
| tnmccormick@vorys.com | MONTGOMERY MCCRACKEN WALKER |
| | & RHOADS LLP |
| *Executive Committee Members for Plaintiffs* | 1735 Market Street, 21st Floor |
| | Philadelphia, PA 19103 |
| | Telephone (215) 772-1500 |
| | ccasper@mmwr.com |
| | |
| | *Attorneys for Defendant Valve Corporation* |

STIPULATED MOTION FOR EXTENSION OF DEPOSITION DEADLINE – 3
(NO. 2:21-CV-00563-JCC)

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Telephone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

*Interim Co-Lead Counsel*

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Telephone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

STIPULATED MOTION FOR EXTENSION OF DEPOSITION
DEADLINE – 4
(NO. 2:21-CV-00563-JCC)

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Interim Co-Lead Counsel*

Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Interim Co-Lead Counsel*

STIPULATED MOTION FOR EXTENSION OF DEPOSITION
DEADLINE – 5
(NO. 2:21-CV-00563-JCC)

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED this 1st day of December 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE