THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**NOTICE OF SUBSTITUTION OF LOCAL COUNSEL AND PRAECIPE TO ATTACH TO PRO HAC VICE APPLICATIONS** |

TO: Clerk of Court and all parties and their counsel of record

PLEASE TAKE NOTICE that BLAKE MARKS-DIAS hereby substitutes as local counsel for the following attorneys admitted pro hac vice for Defendant Valve Corporation. Attached hereto as Exhibits A-F are updated Statements of Local Counsel to attach to the applications for leave to appear pro hac vice as follows:

A. Charles D. Casper – May 25, 2021 (Dkt. # 32)
B. Kristen W. Broz – May 25, 2021 (Dkt. # 33)
C. Nathan M. Buchter – September 26, 2022 (Dkt. # 105)
D. Peter Breslauer – November 3, 2022 (Dkt. # 112)
E. Robert E. Day – November 3, 2022 (Dkt. # 113)
F. Jessica Rizzo – November 3, 2022 (Dkt. # 114)

NOTICE OF SUBSTITUTION OF LOCAL COUNSEL AND
PRAECIPE TO ATTACH – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 22nd day of December, 2023.

          FOX ROTHSCHILD LLP

          *s/ Gavin W. Skok*
          Gavin W. Skok, WSBA #29766
          1001 Fourth Avenue, Suite 4400
          Seattle, WA  98154
          Ph. (206) 624-3600
          Fax (206) 389-1708
          Email: gskok@foxrothschild.com

          *Substituting local counsel:*

          CORR CRONIN LLP

          *s/ Blake Marks-Dias*
          Blake Marks-Dias, WSBA No. 28169
          Eric A. Lindberg, WSBA No. 43596
          1015 Second Avenue, Floor 10
          Seattle, WA  98104
          (206) 625-8600 Phone
          (206) 625-0900 Fax
          bmarksdias@corrcronin.com
          elindberg@corrcronin.com

          *Attorneys for Valve Corporation*

NOTICE OF SUBSTITUTION OF LOCAL COUNSEL AND PRAECIPE TO ATTACH – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 20223, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Courtney R. Brooks*
Courtney R. Brooks

NOTICE OF SUBSTITUTION OF LOCAL COUNSEL AND PRAECIPE TO ATTACH – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900