The Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re VALVE ANTITRUST LITIGATION | Lead Case No. 2:21-cv-00563-JCC<br><br>STIPULATED MOTION TO MODIFY CASE SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br>January 12th, 2024 |

Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The Court entered a Case Schedule on August 23, 2022 (Dkt. #98), which set certain case deadlines through summary judgment briefing.

2. On May 2, 2023, the Court granted the parties' Stipulated Motion to Modify Case Schedule (Dkt. #130) extending that Case Schedule as follows:

| EVENT | DEADLINE |
|---|---|
| Substantial Completion of Parties' Document Productions | August 1, 2023 |
| Final Deadline for Service of Third-Party Document Subpoenas | August 31, 2023 |
| Close of Fact Discovery | November 30, 2023 |

Stip. Mot. to Modify Case Schedule
Case No. 2:21-cv-00563-JCC

Quinn Emanuel Urquhart & Sullivan LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101

| | |
|---|---|
| Deadline to (i) file Plaintiffs' Motion for Class Certification accompanied by the evidence and declarations on which Plaintiffs rely, and (ii) disclose Plaintiffs' Class Certification Expert Report(s) | January 26, 2024 |
| Deadline to (i) file Valve's Opposition to Class Certification accompanied by the evidence and declarations on which Valve relies, (ii) disclose Valve's Class Certification Expert Report(s), and (iii) file Valve's Daubert Motions on Plaintiffs' Class Certification Expert(s) | May 10, 2024 |
| Deadline to (i) file Plaintiffs' Class Certification Reply, (ii) disclose Plaintiffs' Rebuttal Class Certification Expert Report(s), (iii) file Plaintiffs' Daubert Oppositions, and (iv) file Plaintiffs' Daubert Motions on Valve's Class Certification Expert(s) | July 12, 2024 |
| Deadline to Complete Class Certification Expert Discovery | July 26, 2024 |
| Deadline to file Valve's Daubert Replies and Valve's Opposition to Plaintiffs' Daubert Motions | August 12, 2024 |
| Deadline to file Plaintiffs' Daubert Replies | August 26, 2024 |

3. On December 1, 2023, the Court then granted the parties' Stipulated Motion for Extension of Deposition Deadline (Dkt. # 172), extending the deadline to take certain depositions. The parties have since completed most of the depositions identified in that Stipulated Motion.

4. The parties have been working to complete fact discovery, but have concluded that additional time is needed to complete certain tasks. Specifically, the parties continue to meet and confer regarding (a) certain discovery requests Plaintiffs served on Valve prior to the fact discovery cut-off, and (b) matters concerning the preservation of data by Plaintiff Dark Catt. In addition, two third-party depositions identified in the Stipulated Motion granted December 1 remain to be taken (Microsoft Corporation and Nate Muller) which, at the witness' request, need

to be scheduled for the end of January 2024.[1] At least one if not both of those depositions are expected to be scheduled after the Plaintiffs' current January 26, 2024 deadline to file their Motion for Class Certification.

5. Accordingly, the parties request that the Court extend certain deadlines as set forth in the chart below, while maintaining the remainder of the current case schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline to complete the depositions of Nate Muller and Microsoft Corporation | December 15, 2023 | January 31, 2024 |
| Deadline to (i) file Plaintiffs' Motion for Class Certification accompanied by the evidence and declarations on which Plaintiffs rely, and (ii) disclose Plaintiffs' Class Certification Expert Report(s) | January 26, 2024 | February 8, 2024 |
| Deadline to (i) file Valve's Opposition to Class Certification accompanied by the evidence and declarations on which Valve relies, (ii) disclose Valve's Class Certification Expert Report(s), and (iii) file Valve's Daubert Motions on Plaintiffs' Class Certification Expert(s) | May 10, 2024 | May 17, 2024 |
| Deadline to (i) file Plaintiffs' Class Certification Reply, (ii) disclose Plaintiffs' Rebuttal Class Certification Expert Report(s), (iii) file Plaintiffs' *Daubert* Oppositions, and (iv) file Plaintiffs' *Daubert* Motions on Valve's Class Certification Expert(s) | July 12, 2024 | July 12, 2024 |

---

[1] Valve has objected to Mr. Muller's deposition on grounds that it exceeds the number of permitted party depositions, which Plaintiffs deny.

| | | |
|---|---|---|
| Deadline to Complete Class Certification Expert Discovery | July 26, 2024 | July 26, 2024 |
| Deadline to file Valve's *Daubert* Replies and Valve's Opposition to Plaintiffs' *Daubert* Motions | August 12, 2024 | August 12, 2024 |
| Deadline to file Plaintiffs' *Daubert* Replies | August 26, 2024 | August 26, 2024 |

6. The parties respectfully request that the Court enter the below Order extending the deadlines as stipulated.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 12th day January, 2024.

*/s/ Alicia Cobb*

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
ssher@wsgr.com
allison.smith@wsgr.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Phone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Proposed Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Proposed Interim Executive Committee Member*

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Proposed Interim Co-Lead Counsel*

/s/ *Kristen Ward Broz*

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
kbroz@foxrothschild.com

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper (*pro hac vice*)
Peter Breslauer (*pro hac vice*)
Robert E. Day (*pro hac vice*)
Jessica Rizzo (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com
jrizzo@mmwr.com

Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

*Attorneys for Defendant Valve Corporation*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED this 16th day of January 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: January 16, 2024

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685