THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**STIPULATION AND (PROPOSED) ORDER RE: CLASS CERTIFICATION BRIEFING**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 1, 2024** |

The Parties have met and conferred with respect to the upcoming briefing on class certification, and to discuss filing and sealing confidential material in connection with the class certification briefing. The Parties have agreed to the following procedure, and respectfully request the Court enter an order reflecting the Parties' stipulation.

1.  In light of the number of issues likely to be raised in the class certification briefing, the parties agree there is good cause to increase the word count limit beyond that in the Local Rules and propose that the class certification opening and opposition briefs shall be limited to 11,000 words.  Plaintiffs' reply shall be limited to 5,500 words.

STIPULATION AND ORDER RE: CLASS CERTIFICATION BRIEFING – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2.      As a result of the meet and confer, the Parties expect that their briefs, expert reports, and declarations will quote from, and substantially paraphrase, confidential and highly confidential – attorney's eyes only material.

3      As a practical matter, in order to permit the upcoming briefing on class certification to proceed in a manner that protects the Parties' confidential and highly confidential – attorney's eyes only material and complies with LCR 5(g) and the Stipulated Protective Order, Dkt. No. 95, the Parties propose the following.

  A. Pursuant to LCR 5(g)(2), the Court orders that each Party may initially file under seal class certification briefs (including opening briefs, opposition briefs, and reply briefs), expert declarations or reports, exhibits, and all other evidence and declarations on which the Party relies.

  B. Within ten (10) days of each class certification filing, pursuant to LCR 5(g)(5), the Parties will meet and confer and, as appropriate, file replacement briefs, expert declarations or reports, exhibits, evidence, and declarations with necessary redactions, and a corresponding motion to seal pursuant to LCR 5(g)(3).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 1st day of February, 2024.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101

*/s/ Stephanie L. Jensen*
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH &
ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036

STIPULATION AND ORDER RE: CLASS CERTIFICATION BRIEFING – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Phone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com |
| 2 | | |
| 3 | Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | |
| 9 | | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com |
| 10 | | |
| 11 | | |
| 12 | Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Phone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com | |
| 13 | | |
| 14 | | *Proposed Interim Co-Lead Counsel* |
| 15 | | |
| 16 | | /s/ Blake Marks-Dias<br>Blake Marks-Dias, WSBA No. 28169<br>Eric A. Lindberg, WSBA No. 43593<br>CORR CRONIN LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com |
| 17 | Ankur Kapoor (*pro hac vice*)<br>Noah Brecker-Redd (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Phone (212) 350-2700<br>Fax (212) 350-2701<br>akapoor@constantinecannon.com | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Wyatt Fore (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Phone (202) 204-3500<br>Fax (202) 204-3501<br>wfore@constantinecannon.com | Kristen Ward Broz<br>FOX ROTHSCHILD LLP<br>2020 K. St. NW, Ste. 500<br>Washington, DC 20006<br>Telephone (202) 794-1220<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com |
| 23 | | |
| 24 | | |
| 25 | | |

STIPULATION AND ORDER RE: CLASS CERTIFICATION
BRIEFING – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

*Proposed Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
 PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
 PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Proposed Interim Executive Committee Member*

Charles B. Casper (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATION AND ORDER RE: CLASS CERTIFICATION BRIEFING – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The class certification opening and opposition briefs shall be limited to 11,000 words. Plaintiff's reply shall be limited to 5,500 words.

2. The Parties are permitted to initially file class certification briefs (including opening briefs, opposition briefs, and reply briefs), expert declarations or reports, exhibits, and all other evidence and declarations on which the Party relies, under seal.

3. The Parties shall meet and confer. Within ten (10) days of such filings, the Parties will, as appropriate, file replacement briefs, expert reports, exhibits, evidence, and declarations with necessary redactions, and a corresponding motion to seal.

DATED this _____ day of February 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: CLASS CERTIFICATION BRIEFING – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900