THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**STIPULATION AND (PROPOSED) ORDER RE: ADDITIONAL TIME TO SUBMIT MOTION TO SEAL**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 16, 2024** |

The Parties have met and conferred to discuss the sealing of confidential material in connection with Plaintiffs' Motion for Class Certification and Appointment of Co-Lead Class Counsel ("Motion for Class Certification"). *See* Dkt. Nos. 181 & 182. Because of the high volume of information contained in these filings that was designated by Valve or third parties as confidential or highly confidential, the parties request that the Court extend the deadline to move to seal the Motion for Class Certification and most of the supporting materials until March 12, 2024. Additionally, the parties propose a more streamlined process to apply specifically to the opening expert report of Dr. Schwartz (Exhibit 1 to the Declaration of Alicia Cobb).

STIPULATION AND ORDER RE: ADDITIONAL TIME TO
SUBMIT MOTION TO SEAL – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1. The high volume of materials to review and meet and confer over establishes good cause for this extension. Plaintiffs submitted 84 exhibits in support of their Motion for Class Certification, almost all of which were designated by one of the parties, or a third party, as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the August 16, 2022 Stipulated Protective Order. Dkt. No. 95.

2. Valve therefore requests additional time to review the Motion for Class Certification and supporting materials and prepare proposed redactions to them, and to allow the parties time to meet and confer regarding these materials, and has asked that the deadline for doing so be extended to March 12, 2024. Plaintiffs do not oppose this request.

3. Additionally, at least one third party has likewise requested additional time to allow them to complete their review of the materials at issue, and to meet and confer with the parties regarding sealing and proposed redactions.

4. Finally, the opening expert report of Dr. Schwartz (Exhibit 1 to the Declaration of Alicia Cobb) in particular cites a large volume of documents and information designated by the parties and third parties as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the August 16, 2022 Stipulated Protective Order. Dkt. No. 95. To streamline the process for the parties and third parties to resolve the treatment of information in this expert report, the parties propose to provisionally to keep that report under seal until two weeks after any motions to seal filed on March 12, 2024 are resolved, such that the parties may apply to the Schwartz Report any rulings on the sealing motions or propose other sealing and/or redactions, as appropriate. This will significantly simplify the conferral process for the parties and third parties, and may ease the burden on the Court.

5. Valve's response to the Motion for Class Certification is not due until May 17, 2024.

STIPULATION AND ORDER RE: ADDITIONAL TIME TO
SUBMIT MOTION TO SEAL – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

6. The parties therefore respectfully request that the Court extend until March 12, 2024 the deadline for the parties and third parties to (1) as appropriate, file redacted versions of Plaintiffs' brief, declaration, and exhibits (apart from the Schwartz Report), and (2) file any corresponding motions to seal pursuant to LCR 5(g)(3).

7. The parties further respectfully request that the Court extend until two weeks after the resolution of any motions to seal filed by March 12, 2024, for the parties and third parties to (1) as appropriate, file a redacted version of the opening expert report of Dr. Schwartz, and (2) file any corresponding motions to seal pursuant to LCR 5(g)(3).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 16th day of February, 2024.

| | |
|---|---|
| */s/ Alicia Cobb* | */s/ Stephanie L. Jensen* |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com |

STIPULATION AND ORDER RE: ADDITIONAL TIME TO
SUBMIT MOTION TO SEAL – 3

| | |
|---|---|
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Phone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com<br><br>Ankur Kapoor (*pro hac vice*)<br>Noah Brecker-Redd (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Phone (212) 350-2700<br>Fax (212) 350-2701<br>akapoor@constantinecannon.com<br><br>Wyatt Fore (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Phone (202) 204-3500<br>Fax (202) 204-3501<br>wfore@constantinecannon.com<br><br>*Proposed Interim Co-Lead Counsel*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>  PEASE LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Phone (614) 464-6400<br>Fax (614) 719-4796<br>kjrubin@vorys.com | ssher@wsgr.com<br>allison.smith@wsgr.com<br><br>W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br><br>*Proposed Interim Co-Lead Counsel*<br><br>*/s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Eric A. Lindberg, WSBA No. 43593<br>CORR CRONIN LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com<br><br>Kristen Ward Broz<br>FOX ROTHSCHILD LLP<br>2020 K. St. NW, Ste. 500<br>Washington, DC 20006<br>Telephone (202) 794-1220<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>MONTGOMERY McCRACKEN WALKER<br>& RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>ccasper@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATION AND ORDER RE: ADDITIONAL TIME TO
SUBMIT MOTION TO SEAL – 4

tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Proposed Interim Executive Committee Member*

STIPULATION AND ORDER RE: ADDITIONAL TIME TO
SUBMIT MOTION TO SEAL – 5

IT IS SO ORDERED:

DATED this 16th day of February 2024.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: ADDITIONAL TIME TO
SUBMIT MOTION TO SEAL – 6

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900