The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION,

No. 2:21-cv-00563-JCC

NOTICE OF APPEARANCE OF CALEAH N. WHITTEN

TO:     All Parties and Their Counsel of Record

NOTICE IS HEREBY GIVEN that the undersigned appears as counsel for non-party Humble Bundle, Inc. in the above-captioned cause of action, and requests further notice of all further proceedings.

All notices, papers and pleadings (except for original process) shall be served on the undersigned counsel.

DATED this 6th day of March, 2024.

Davis Wright Tremaine LLP
Attorneys for Non-Party Humble Bundle, Inc.

By s/Caleah N. Whitten
   Caleah N. Whitten
   WSBA # 60209
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: 206.622.3150
   Fax: 206.757.7700
   E-mail: caleahwhitten@dwt.com

NOTICE OF APPEARANCE OF CALEAH WHITTEN (2:23-mc-00037-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax