# EXHIBIT 17

# REDACTED

Page 1

1            UNITED STATES DISTRICT COURT

2         FOR THE WESTERN DISTRICT OF WASHINGTON

3                      AT SEATTLE

4   _____

5   In Re:                    )

                              )

6                             ) No. 2:21-cv-00563-JCC

    VALVE ANTITRUST LITIGATION    )

7                             )

    _____

8

9    VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

10                   THOMAS GIARDINO

11   _____

12

13    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

14

15                     9:04 A.M.

16           THURSDAY, NOVEMBER 2, 2023

17           701 FIFTH AVENUE, SUITE 5100

18             SEATTLE, WASHINGTON

19

20

21

22

23   Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR

24   WA CCR #2157; OR CSR #20-0477; CA CSR #14435

25   Job Number 6276475



Page 178



24      Q.   All right.  So then Mr. Peterson, who had been

25   cc'd here, he responds just to you and says, "I want to

                                                              Page 179

1    frame this and hang it on our cabal wall."

2              Those are his words; right?

3         A.   Yes.

4         Q.   And a cabal there is a small group -- as used

5    by Mr. Peterson, it's a small group at Valve; is that

6    right?

7         A.   Yeah.  I -- that term predates me at Valve.  I

8    think "cabal" historically at Valve was shorthand for a

9    team or a product group.  And so that's my

10   interpretation of how he uses it here as well.

11        Q.   Okay.  And he basically -- and so you and he

12   were part of the same cabal in this timeframe, 2019?

13        A.   Yes.  Erik and I worked on the same team, and

14   at this time we would have sat near each other in the

15   building as well.

16        Q.   So he's basically saying, I want to frame this

17   and hang it near where we sit?

18        A.   You'd have to ask him exactly what he meant,

19   but I can just read his words from the email.

20        Q.   All right.  Well, you responded and you said,

21   "gonna get it tattooed on my back like it's the

22   Declaration of Independence."

23             Those were your words?

24        A.   Yes.

25        Q.   I assume you never got that tattoo?

Page 180

1       A.    I do not have any tattoos.

2       Q.    All right.  But here, why did you say that?

3       A.    Well, I don't recall this email conversation,

4    and I don't recall my specific state of mind when

5    replying.

Page 181

