# EXHIBIT 19

# REDACTED

Page 1

1   UNITED STATES DISTRICT COURT
2   FOR THE WESTERN DISTRICT OF WASHINGTON
3   AT SEATTLE
4   _____
5   In Re:                          )
                                    )
6                                   ) No. 2:21-cv-00563-JCC
    VALVE ANTITRUST LITIGATION      )
7                                   )
    _____
8
9   VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
10                      KASSIDY GERBER
11  _____
12
13  *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15                      9:05 A.M.
16              THURSDAY, OCTOBER 5, 2023
17            701 FIFTH AVENUE, SUITE 5100
18                 SEATTLE, WASHINGTON
19
20
21
22
23  Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
24  WA CCR #2157; OR CSR #20-0477; CA CSR #14435
25

1  have you had any kind of training on any topic that you
2  understood to relate to antitrust?
3          MR. SKOK:  And, again, Ms. Gerber, to the
4  extent you can answer this without disclosing
5  attorney-client communications, you may.  But to the
6  extent that he's asking you about the content of
7  communications you've had with lawyers, that's
8  attorney-client privilege, so please don't disclose
9  that.
10         THE WITNESS:  Okay.
11     Q.   (BY MR. O'ROURKE)  So it's a yes-or-no
12  question.  Either you've had the training or you have
13  not.
14         MR. SKOK:  Well, to the extent that she's had
15  those communications with lawyers, you're asking about
16  the substance of those attorney-client communications.
17         That's the type of communication that I'm
18  instructing you not to answer.
19         THE WITNESS:  Okay.
20     Q.   (BY MR. O'ROURKE)  Your answer?
21     A.   I'm not going to answer.
22     Q.   You're refusing to answer?
23     A.   Yes.
24         MR. SKOK:  Well, she's been instructed not to
25  answer.  I think she's following counsel's instructions.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 44

1    MR. O'ROURKE:  So just so we're very clear,
2  Mr. Skok --
3    MR. SKOK:  Skok, please.  Skok.
4    MR. O'ROURKE:  Skok.  Thank you.
5    MR. SKOK:  Thank you.
6    MR. O'ROURKE:  You -- the position you're
7  taking now in instructing the witness not to answer is,
8  I am not permitted to ask an employee of Valve whether
9  or not that employee has had compliance training on
10 antitrust?
11   MR. SKOK:  No.  The question is asking for the
12 substance of what kind of training she may have had by
13 counsel.  To the extent there's a training by counsel,
14 that would disclose the substance of attorney-client
15 communications.  The instruction is not to answer in a
16 way that discloses the substance of attorney-client
17 communications.  I did tell the witness if she can
18 answer otherwise, then she's free to.
19   Q.   (BY MR. O'ROURKE)  My question is:  Have
20 you -- during the time you've worked at Valve, about 11
21 and a half years, have you had training on antitrust
22 compliance?
23   MR. SKOK:  And the same instructions,
24 Ms. Gerber.
25   Q.   (BY MR. O'ROURKE)  You need to answer.

Page 45

1    A.  No.  I'm not answering.

2        MR. SCHENCK:  Why don't we take a break, see
3 if we can figure this out.

4        MR. SKOK:  Yeah.  It's probably a good time
5 for a break to consult on some of these issues --

6        MR. O'ROURKE:  Take a break.

7        MR. SKOK:  -- as well as we've been going
8 about an hour.

9        THE VIDEOGRAPHER:  The time is 9:56 a.m.  And
10 we're going off the record.

11        (Brief break taken.)

12        THE VIDEOGRAPHER:  The time is 10:09 a.m.  And
13 we're back on the record.

[lines 14–22 redacted]

23    Q.  (BY MR. O'ROURKE) [redacted]

[line 24–25 redacted]



Page 46

5      A.    Yes.



Page 48



```
23          MR. SKOK:  Object to the form.
24     Q.   (BY MR. O'ROURKE)  What's the difference?
25          MR. SKOK:  Object to the form.
```

1    Q.   So I'm just trying to understand the
2    distinction between the two situations, where in both
3    cases a Steam customer is buying the game and then, in
4    this situation, learning that it's for sale at a lower
5    price, why does it matter if the lower price is on Steam
6    or the lower price is on another online store?
7    A.   Can you repeat the question.
8    Q.   Sure.
9         What's the distinction between a Steam
10   customer who buys on Steam two days before a sale on
11   Steam, versus the Steam customer who buys on Steam and
12   then learns two days later the same game is for sale at
13   a lower price on a different store?
14   A.   I don't -- I don't think there is a
15   distinction.  I think that's -- I don't have an issue
16   with that.

[redacted]



Page 58



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 60



Page 61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 62

