# EXHIBIT 25

# REDACTED

EXHIBIT 120 Butlin 10/11/23

| | |
|---|---|
| Message | |
| From: | Florian Jumah-Eckert |
| Sent: | 7/9/2014 1:26:45 PM |
| To: | Augusta Butlin |
| CC: | Pieter Wycoff |
| Subject: | Re: |

Hi Augusta, hi Pieter,

I have tried calling to get in touch for a possible meeting at Gamescom, but since I do not have any call through number, this is likely to not get any response. Could you provide me with a number I could call to schedule a meeting, preferably at Gamescom, but if you have noone who can talk contract details going there, I'm happy to go anywhere to get this to the next level.

I'd appreciate a quick response.

Kind regards,
Florian Jumah-Eckert

On 26.06.2014 12:19, Florian Jumah-Eckert wrote:

> Hi again,
>
> Just one short question: Now that the contact has started, do you have any usual response times for follow-up mails? I am asking because I expect that we will discuss here through several exchanges and if each exchange takes say a week or more, then we will certainly not get to a conclusion in time for a release this year. Alternatively, is anyone from your side maybe visiting an event, conference, show in the near future, maybe Gamescom or GDC Europe? If so, please consider an appointment, I would just need some lead time for that so that I can book the respective event.
>
> Kind regards,
> Florian Jumah-Eckert



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_0333351



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_0333356



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY






HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
VALVE_ANT_0333359