# EXHIBIT 58

# REDACTED

Message

| | |
|---|---|
| **From:** | Tom Giardino ███████████ |
| **Sent:** | 3/15/2019 5:12:31 PM |
| **To:** | Erik Peterson ███████████ |
| **Subject:** | Re: Steam key request Question |

Gonna get it tattooed on my back like it's the Declaration of Independence

On Mar 15, 2019, at 9:53 AM, Erik Peterson <████████████████> wrote:

> I want to frame this and hang it on our cabal wall.
>
> > **From:** Tom Giardino <████████████████>
> > **Sent:** Thursday, March 14, 2019 9:06 PM
> > **To:** 'Dennis Poolen' <██████████████>
> > **Cc:** Erik Peterson <██████████████>
> > **Subject:** RE: Steam key request Question
> >
> > ████████
> >
> > ████████████████████████████████████
> > ████████████████████████████████
> > ████████████████████████████
> >
> > <image001.png>
> >
> > *I understand that I need to sell my game on other stores in a similar way to how I am selling my game on Steam. I agree that I am not giving Steam customers a worse deal.*
> > *I understand that while it's OK to run a discount on different stores at different times, I agree to give the same offer to Steam customers within a reasonable amount of time.*
> > *I understand that if I request an extreme number of keys and I'm not offering Steam customers a fair deal, or if my sole business is selling Steam keys and not offering value to Steam customers, my request may be denied and I may lose the privilege to request keys.*





EXHIBIT 189
Giardino
11/2/2023
Tami Lynn Vondran

VALVE_ANT_0610426

███████████████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████

**From:** Dennis Poolen < █████████████ >
**Sent:** Thursday, March 14, 2019 12:26 PM
**To:** Tom Giardino ████████████
**Subject:** Steam key request Question

██████

████████████████████████████
█████████████████████████████████

███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████

███████████████████████████████████
██████████████

████████████

██████████████

--
<image002.jpg>

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY