EXHIBIT 61

REDACTED

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 1

1    UNITED STATES DISTRICT COURT
2    FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
3    _____
4                                        ) Case No.
     IN RE VALVE ANTITRUST LITIGATION     ) 2:21-cv-00563-JCC
5                                        )
6    _____
7        VIDEO-RECORDED DEPOSITION UPON ORAL
8                    EXAMINATION OF
9                    CONNOR MALONE
10       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
11   _____
12
13
14                     9:07 A.M.
15                  NOVEMBER 8, 2023
16            701 FIFTH AVENUE, SUITE 5100
17               SEATTLE, WASHINGTON
18
19
20
21
22
23
24   REPORTED BY: CARLA R. WALLAT, CRR, RPR
25            WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 42

1  Nintendo Switch first, right?
2      A.  Yes.
3      Q.  Would you agree that Steam has been successful
4  over the past couple decades?
5      A.  Successful in which way?
6      Q.  In selling and distributing PC games?
7      A.  Yes, I would.
8      Q.  Is Steam profitable?
9          MR. SKOK:  Object to the form.
10     A.  I do not know.
11     Q.  (BY MR. LeRAY)  Do you know what Valve's costs
12  are in providing the Steam service?
13     A.  I do not.
14     Q.  Okay.  Now, you testified that one of your
15  primary partners is Ubisoft, right?
16     A.  I did.
17     Q.  Ubisoft is a prominent game publisher, would
18  you agree?
19     A.  I would.

[lines 20-24 redacted]

25     Q.  Okay.  Do you know a Whitman Shenk of Ubisoft?

Page 43

1    A.   I do.



1  ████████████████████████████████████████████
2    ███ ███████████████████████████████████████
3  ████████
4    ███ ████████████████
5    ███ ███████████████████████████████████████
6  ████████████████████████████
7          █████████ █████████████████████
8    ███ █████████████████████████████████████
9  ████████████████████████████

10       Q.   (BY MR. LeRAY)  Okay.  And at one point
11  Ubisoft removed its new games from -- at one point
12  Ubisoft chose to not publish its new games on Steam,
13  right?
14       A.   Correct.
15       Q.   But Ubisoft has since reversed course and is
16  now publishing its games on Steam again; is that right?
17       A.   Ubisoft has started bringing some of the games
18  that it took off of Steam in late 2018, 2019 and
19  started bringing some of those titles back, yeah.
20       Q.   Okay.  And is Ubisoft releasing its new games
21  on Steam?
22       A.   That is a conversation we are still having
23  with them.
24       Q.   The alternative to releasing games on Steam
25  would be releasing it on Uplay, or is that what they

Page 45

1   call it?
2                MR. SKOK:  Object to the form.
3           Go ahead.
4       A.   It was formerly called Uplay.  I believe it's
5   now called Ubisoft Connect.  Ubisoft has always had --
6   put their games on their own platform, yes.
7       Q.   (BY MR. LeRAY)  Okay.  Is Ubisoft Connect a
8   competitor to Steam?
9       A.   It is -- Ubisoft Connect is another store for
10  selling PC games, so, yes.
11      Q.   Do you know whether Ubisoft Connect allows
12  other publishers to sell their games in that store?
13      A.   I know that there was a period of time in
14  which Uplay had third-party titles.  I do not know if
15  they have any of that currently or if it's only
16  Ubisoft.
17      Q.   And for a period of time, Ubisoft was also
18  releasing at least some new titles on the Epic Games
19  Store; is that right?
20      A.   Yes.
21      Q.   So during that time period, was Ubisoft
22  releasing games on both Ubisoft Connect and Epic Games
23  Store?
24      A.   I believe so, yes.



Page 46

Page 210

```
 1        Q.   Okay.  So for Rainbow Six, for example, would
 2   that mean that there's periodic updates to the game
 3   that people buy and add on to their game?
 4        A.   Yes.  Ubisoft does a variety of updates
 5   throughout the year to provide new content in Rainbow 6
 6   Siege.
 7        Q.   And would another example of that be like
 8   Civilization where you can buy more leaders to add on?
 9        A.   I'm not as familiar with Civilization, but the
10   concept of buying additional content throughout a
11   game's life cycle is very similar, yes.
12        Q.   Got it.
```



HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 211





Page 213



