# EXHIBIT 77

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT

2     FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3   _____

4                              ) Case No.

    IN RE VALVE ANTITRUST LITIGATION   ) 2:21-cv-00563-JCC

5                              )

6   _____

7    VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL

8                    EXAMINATION OF

9                     CHRIS BOYD

10      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

11  _____

12

13

14                    9:02 A.M.

15                NOVEMBER 17, 2023

16      WITNESS LOCATION:  BELLEVUE, WASHINGTON

17

18

19

20

21

22

23

24   REPORTED BY: CARLA R. WALLAT, CRR, RPR

25            WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 65

1          MR. SKOK:  Object to the form.

2      A.  In that hypothetical situation, we would deal

3  with it at that time.  I mean, it's just -- we'd have

4  a -- obviously, have a conversation about it.  I -- it

5  has not come up.

6      Q.  (BY MR. FAISMAN)  ████████████████████████

7  ████████████████████████████

8      A.  Oh, there's -- there's quite a few.

9      Q.  Can you give me some examples?

10     A.  Sure.

11              ████████████████████████████████

12  ████████████████████████████████████

13  ██████████

14      ██ ████████████████████████████

15  ██████████████████████████████████████

16      ██ ██████████████████████████████████████

17      ██ ██████████████████████████████████████

18  ████████████████████████████

19      ██ ██████████████████████████████████

20  ████████████████████████████████████████

21  ██████████████████████████████████████

22  ██████████████████████

23      Q.  How many concurrent users are on Steam during

24  peak times?

25      A.  I don't have the exact number, but we publish

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

1    it online.

2         Q.  Is it in the millions?

3         A.  We publish it online.  If you want, you can go

4    look right now on the store.

5         Q.  Do you have that information in your head or

6    not?

7         A.  I don't know the exact number right now.  As I

8    said, we publish it online so you can -- you can go

9    check it out.

10        Q.  And you don't know whether it's in the

11   millions?

12        A.  I mean --

13                  MR. SKOK:  Object to the form.

14        A.  It -- if -- if -- it is -- it is in the

15   millions, over a million users, yeah, if that's what

16   you're asking.  But for an exact number, there's a --

17   we publish the exact numbers online.

18        Q.  (BY MR. FAISMAN)  So Valve takes the Steam

19   platform down and makes it unavailable for maintenance,

20   correct?

21        A.  Yes.

22        Q.  And those are what you would consider planned

23   downtimes as opposed to unplanned events, correct?

24        A.  Correct.

25        Q.  How often do those planned downtimes happen?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 67

1      A.   The -- the -- if I -- if I understand what

2   you're talking about correctly, there's a planned

3   weekly downtime for the backend servers.

4      Q.   And what time does that normally happen each

5   week?

6      A.   It happens on Tuesday and then it moves based

7   on daylight savings time.

8      Q.   Have there always been those weekly downtimes

9   on Tuesdays throughout the history of Steam?

10      A.   I -- I can only talk about since I joined the

11   company, and I don't remember if it's always been on

12   Tuesday.

13      Q.   Since you joined the company in 2008, have

14   there always been planned downtimes each week?

15      A.   We don't necessarily do it every week.  But

16   there's certainly times that we have -- we haven't, but

17   in general, there's usually a planned weekly downtime

18   maintenance.

19      Q.   So most of the time, there's a planned weekly

20   downtime, right?

21      A.   Correct.

22      Q.   ███████████████████████████████████████████

███   ████████████████████████████████████

███   ██   ██████████████████████████████   ████

███   █████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 69

10        Q.   (BY MR. FAISMAN)   And those are services

11   developed by Valve?

12        A.   Correct.

13        Q.   You're aware, generally, that many technology

14   platforms support no downtime upgrades and updates,

15   correct?

16        A.   I'm not sure what the general practice is

17   there, no.