# EXHIBIT 79

# REDACTED

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

| | |
|---|---|
| | ) Case No. |
| IN RE VALVE ANTITRUST LITIGATION | ) 2:21-cv-00563-JCC |

---

VIDEO-RECORDED 30(B)(6) DEPOSITION UPON ORAL

EXAMINATION OF

VALVE CORPORATION

SCOTT LYNCH

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

---

9:11 A.M.

OCTOBER 13, 2023

701 FIFTH AVENUE, SUITE 5100

SEATTLE, WASHINGTON

REPORTED BY: CARLA R. WALLAT, CRR, RPR

WA CCR 2578, OR CSR 16-0443, CA CSR 14423

Page 98

[Page fully redacted]

[redacted]

MR. SIEBERT: I'm told that lunch is here. Would you like to take it now or keep going?

MR. CASPER: It's your lunch. That's really your call.

THE WITNESS: I'm good. What time is it?

MR. CASPER: It's 12:04.

THE WITNESS: I can keep going.

MR. SIEBERT: I'd like to mark Exhibit 153. It's a Bates-stamped document VALVE_ANT_2787563.

(Deposition Exhibit 153 was marked.)

THE CONCIERGE: What tab is that, please?

MR. SIEBERT: It's Tab 12.

THE CONCIERGE: Thank you.

MR. SIEBERT: And for the record, this is an email from Jason Holtman to a Dan Connors at Telltale Games. The subject line "Telltale Agreement." Dated May 8th, 2007.

A. Oh, I read it.

Q. (BY MR. SIEBERT) Yesterday we spoke about

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 100

Valve's revenue share and how it had changed over time some.

Do you recall that?

A. Yes.

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 101

[redacted]

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 102

[redacted]

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430