# EXHIBIT 1

FILED UNDER SEAL AT ECF 182-1