# EXHIBIT 3

FILED UNDER SEAL AT ECF 182-3