# EXHIBIT 4

PUBLIC REDACTED VERSION

(PREVIOUSLY FILED UNDER SEAL AT ECF 182-4)

Message

**From:** Kristian Miller
**Sent:** 11/7/2018 7:34:54 PM
**To:** Greg Coomer ; Lawrence Yang ; Nat Brown
**CC:** Augusta Butlin ; DJ Powers ; Adam Klaff ; Eric Hope ; Joe Ludwig
**Subject:** RE: revenue / hr / employee

Sure thing, here's that same table but with a column for Net Income/Employee on an annual basis.

| Company | Net Income/Hour/Employee | Net Income/Employee |
|---|---|---|
| Facebook | $89.09 | $780,400.00 |
| Apple | $54.36 | $476,160.00 |
| Netflix | $26.70 | $233,857.41 |
| Alphabet | $25.21 | $220,823.53 |
| Microsoft | $16.35 | $143,259.71 |
| Intel | $16.34 | $143,141.51 |
| Amazon | $1.81 | $15,892.86 |

**From:** Greg Coomer
**Sent:** Wednesday, November 7, 2018 11:19 AM
**To:** Kristian Miller ; Lawrence Yang ; Nat Brown
**Cc:** Augusta Butlin ; DJ Powers >; Adam Klaff ; Eric Hope ; Joe Ludwig
**Subject:** RE: revenue / hr / employee

Thanks. Nice to have the Net Income lens on this.
Hourly focus is a fresh take, but you also send around the annualized numbers for Net Income/employee? Multiplication is hard.

**From:** Kristian Miller
**Sent:** Monday, November 5, 2018 2:11 PM
**To:** Lawrence Yang >; Greg Coomer ; Nat Brown
**Cc:** Augusta Butlin ; DJ Powers ; Adam Klaff ; Eric Hope ; Joe Ludwig
**Subject:** RE: revenue / hr / employee

Since I like to fiddle with numbers, I brought net income into this comparison. Amazon runs on a 4% margin (Net Income divided by Gross Revenue) while Facebook churns along at 38%. I'd go so far as to say that they're materially different beasts.

Breaking these numbers down as Net Income/Hour/Employee shows some interesting comparisons. Amazon is in the troughs due to razor thin margins, but Netflix also falls to mid-pack as they run relatively low margins (~10%)

Since Net Income is the dollars left post-expenses, this can give an idea of the "spread" of earnings. There are two ways a dollar of gross revenue can end up: it's either absorbed through the business process (expenses, wages, etc.) or it

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    VALVE_ANT_0058963

survives to become net income (reflected in stock price). This ratio gives a good idea of how much revenue "survives to the end" for each of these businesses.

Plot twist: Again, we are an outlier.

| Company | Net Income/Hour/Employee |
|---|---|
| Facebook | $ 89.09 |
| Apple | $ 54.36 |
| Netflix | $ 26.70 |
| Alphabet | $ 25.21 |
| Microsoft | $ 16.35 |
| Intel | $ 16.34 |
| Amazon | $ 1.81 |

**From:** Lawrence Yang
**Sent:** Monday, November 5, 2018 1:44 PM
**To:** Greg Coomer ▮; Nat Brown ▮
**Cc:** Kristian Miller ▮; Augusta Butlin ▮; DJ Powers ▮; Adam Klaff ▮; Eric Hope ▮; Joe Ludwig ▮
**Subject:** RE: revenue / hr / employee



**From:** Greg Coomer
**Sent:** Monday, November 5, 2018 12:44 PM
**To:** Nat Brown ▮
**Cc:** Lawrence Yang ▮; Kristian Miller ▮; Augusta Butlin ▮; DJ Powers ▮; Adam Klaff ▮; Eric Hope ▮; Joe Ludwig ▮
**Subject:** RE: revenue / hr / employee

Nice!

---

**From:** Nat Brown
**Sent:** Monday, November 5, 2018 12:38 PM
**To:** Greg Coomer
**Cc:** Lawrence Yang            ; Kristian Miller            ; Augusta Butlin            ; DJ Powers            ; Adam Klaff            ; Eric Hope            ; Joe Ludwig
**Subject:** Re: revenue / hr / employee

[redacted]

> On Nov 5, 2018, at 12:27 PM, Greg Coomer <           > wrote:
>
> So what's Valve's rev/hr/person if we're 350?

---

**From:** Nat Brown
**Sent:** Monday, November 5, 2018 12:23 PM
**To:** Lawrence Yang
**Cc:** Greg Coomer            ; Kristian Miller            ; Augusta Butlin            ; DJ Powers            ; Adam Klaff            ; Eric Hope            ; Joe Ludwig
**Subject:** Re: revenue / hr / employee

yes, i tried to use only FTE numbers for all the comparisons, but the one I'm not sure about is Amazon, i don't know how many are part-time etc. still if this number is not quite perfect, the general scale and the ordering between companies don't really change and are clearly in bands.

> On Nov 5, 2018, at 11:35 AM, Lawrence Yang                    wrote:
>
> FTE seems more like apples to apples. Apple has 123k full time employees (many of which are retail employees) – and I'm sure there are a large number of contractors on top of that.
>
> **From:** Greg Coomer
> **Sent:** Monday, November 5, 2018 11:33 AM
> **To:** Kristian Miller            ; Augusta Butlin            ; Lawrence Yang            ; Nat Brown            ; DJ Powers            ; Adam Klaff            ; Eric Hope            ; Joe Ludwig

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**Subject:** RE: revenue / hr / employee

So do we think including contractors would make for an apples-to-apples comparison with the other companies' numbers? Or would using the lower FTE number match better?

---

**From:** Kristian Miller
**Sent:** Monday, November 5, 2018 11:30 AM
**To:** Augusta Butlin ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Lawrence Yang ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Nat Brown ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; DJ Powers ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Adam Klaff ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Eric Hope ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Joe Ludwig ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Greg Coomer ▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: revenue / hr / employee

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

**From:** Augusta Butlin
**Sent:** Monday, November 5, 2018 11:06 AM
**To:** Lawrence Yang ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Nat Brown ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; DJ Powers <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Adam Klaff ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Eric Hope ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Joe Ludwig ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Greg Coomer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Kristian Miller ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: revenue / hr / employee

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

**From:** Lawrence Yang
**Sent:** Monday, November 5, 2018 11:04 AM
**To:** Nat Brown ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; DJ Powers ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Adam Klaff ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Augusta Butlin ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Eric Hope ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Joe Ludwig ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Greg Coomer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Kristian Miller ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: revenue / hr / employee

Not too shabby =D. Also, don't we have more like ~350 employees?

---

**From:** Nat Brown
**Sent:** Monday, November 5, 2018 11:01 AM
**To:** DJ Powers ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Adam Klaff ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Augusta Butlin ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Eric Hope ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Joe Ludwig ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Greg Coomer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Lawrence Yang ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Kristian Miller ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** revenue / hr / employee

over the weekend somebody tweeted (https://twitter.com/profgalloway/status/1058372481432592386) revenue generated per hour by some big companies

> Revenue generated each hour:
> Apple    $29.1 million per hour
> Amazon  $26.2 million per hour
> Google   $15.6 million per hour
> MSFT    $13.5 million per hour
> Intel    $8.9 million per hour
> FB      $6.4 million per hour
> NFLX    $1.9 million per hour

I thought it would be interesting to see that on a per-employee-per-hour basis, so I tweeted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:

> Fascinating perspective. So also is revenue per employee per hour.
>
> Apple    $232.80  (125,000 employees)
> Amazon  $46.79   (560,000)
> Google   $183.53  (85,000)
> MSFT    $102.82  (131,300)
> Intel    $83.96   (106,000)
> FB      $256.00  (25,000)
> NFLX    $351.85  (5,400)

which gives you an interesting insight on employee leverage, at least from a revenue perspective, even if fairly irrelevant from a profit, margin, or cash flow perspective.