# EXHIBIT 5

PUBLIC REDACTED VERSION

(PREVIOUSLY FILED UNDER SEAL AT ECF 182-5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1      UNITED STATES DISTRICT COURT
2   FOR THE WESTERN DISTRICT OF WASHINGTON
3                 AT SEATTLE
4   _____
5   In Re:                          )
                                    )
6                                   ) No. 2:21-cv-00563-JCC
    VALVE ANTITRUST LITIGATION      )
7                                   )
    _____
8
9   VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
10                 SCOTT LYNCH
11  _____
12
13     *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15
16                   9:11 A.M.
17            THURSDAY, OCTOBER 12, 2023
18         701 FIFTH AVENUE, SUITE 5100
19              SEATTLE, WASHINGTON
20
21
22
23  Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
24  WA CCR #2157; OR CSR #20-0477; CA CSR #14435
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 29

1  software at Valve.
2      Q.  The software that you referred to earlier by a
3  code name of Gazelle.
4      A.  So when did somebody -- at what point was a
5  group -- a team working on a project called Gazelle and
6  writing code?
7      Q.  Sure.  Let's start there.
8      A.  I don't know.
9      Q.  You don't recall?
10     A.  I really don't.  I don't recall.  It would
11 have been a long time ago.
12     Q.  When did Valve decide to distribute games for
13 third parties?
14     A.  When did we decide?  We decided, I think, when
15 we did our first third-party game deal, which I think
16 was in 2005.
17     Q.  Steam had been released prior to that; right?
18     A.  Yes.  Steam had been announced, I think, in
19 2003.
20     Q.  Was that September of 2003?
21     A.  That sounds in the right timeframe.
22     Q.  And at that time, Steam was patching Valve's
23 multiplayer games, for instance?
24     A.  No.  We were patching our games through other
25 means.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30

1  Q.  What was Steam doing when it was released
2  initially in September of 2003?
3  A.  God, you really should talk to somebody that
4  worked on the Steam team.  There may have been -- it may
5  have been a way for people to get updates.  It's
6  possible updates were still being distributed through
7  old methods.  I just really think you'd have to talk to
8  somebody on the Steam team to go back that far and kind
9  of talk in detail about what features under the name
10 Steam were available.
11 Q.  Like who?
12 A.  Well, I would probably talk to -- maybe John
13 Cook was working on Steam back then.  Maybe Erik Johnson
14 might recall going back that far.
15 Q.  Do you have an idea of what Steam was doing --
16 what the software was doing between September of 2003
17 and the first third-party published -- distributed
18 through Steam in 2005?
19         MR. CASPER:  Object to the form of the
20 question.
21 A.  What it was doing?
22 Q.  (BY MR. SIEBERT)  Yeah.  What was its purpose?
23         MR. CASPER:  Object to the form of the
24 question.
25 A.  What was Steam's purpose?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 31

1  I don't know. I'm not even sure I understand
2  the question.
3      Q.  Is Valve in the habit of developing software
4  that nobody will use, that doesn't do anything?
5      A.  That has happened.
6      Q.  Can you give me an instance when?
7      A.  Games that we never shipped.
8      Q.  But the purpose of a game that never was
9  shipped is hopefully to ship it at some point; right?
10     A.  Yeah. Theoretically, yep.
11     Q.  Okay. Steam was released in September of
12 2003; right?
13     A.  Yep.
14     Q.  It was doing something at that time; right?
15     A.  Yep.
16     Q.  You have no idea what it was doing at that
17 time?
18         MR. CASPER: Object to the form of the
19 question.
20     A.  Yep. Like I said, you know, you -- if you
21 want to know -- you want to talk in detail and try to
22 figure out going back 20 years exactly which thing Steam
23 was doing, probably the best person to talk to would be
24 an engineer working on Steam.
25         You've referenced game updating. It probably

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 32

1  was one of the things that Steam was doing.  And I think
2  around that time -- I don't know if it was in 2003, but
3  there was a game Counter-Strike, I think, Condition Zero
4  that we might have shipped on Steam.
5      Q.   (BY MR. SIEBERT)  Counter-Strike is a
6  multiplayer game; right?
7      A.   Yeah.
8      Q.   Were Valve's multiplayer games hosted at that
9  time on something called the World Opponent Network?
10     A.   No.
11     Q.   Where were they hosted?
12     A.   Well, they weren't -- by "hosted" -- what do
13  you mean by "hosted"?
14     Q.   How was Valve patching or updating multiplayer
15  games such as Counter-Strike?
16     A.   Oh, like where were we putting the patches so
17  that users could get them?
18          What timeframe are we talking about?  2003 or
19  before 2003?
20     Q.   2003, 2004.
21     A.   Well, it would be best to talk to somebody
22  that was working on those patches and distributing those
23  patches.  But, generally, you know, in the early days,
24  people would go to FTP download sites.  So patches would
25  be distributed via a number of places.  We would put the

Case 2:21-cv-00563-JCC   Document 204-5   Filed 03/13/24   Page 7 of 15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 33

1   patch out there, people would put it up on their
2   download sites and people would download it.
3            I don't know if -- what things you may have
4   been able to do and update via Steam with -- at that
5   time, because it was a long time ago, but Steam now
6   definitely does updates for games and has done it for a
7   long time.
8            I just can't remember back in 2003, you know,
9   which vehicles we were using to do updates.  Steam may
10  have been one of them.  FTP sites and download sites we
11  might have continued to use.  It's just hard to remember
12  that long time ago.
13       Q.   The International is coming up; right?
14       A.   Yep.
15       Q.   That's a Dota tournament?
16       A.   Yeah.
17       Q.   It's here in Seattle?
18       A.   It is.
19       Q.   Is Mr. Newell attending that?
20       A.   I don't know.  He likes to attend it.
21       Q.   He likes to attend it, you said?
22       A.   Yeah.  He's a big fan.
23       Q.   He likes Dota?
24       A.   He does.
25       Q.   Does he play?

Veritext Legal Solutions
212-279-9424                    www.veritext.com                    212-490-3430

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

1   A.   He does.
2   Q.   You would expect him to attend, given that he
3   likes it?
4   A.   I don't -- I don't know.  I really don't know
5   what his plans are.  I haven't talked to him about it.
6   Q.   Are you going?
7   A.   I am going to go.
8   Q.   Who's your favorite hero?
9   A.   I don't have a favorite hero.
10       Do you want some tickets?
11  Q.   Not particularly.
12  A.   You're dropping hints.
13  Q.   Mr. Lynch, was -- do you know whether or not
14  Valve was making patches available for games such as
15  Counter-Strike through the World Opponent Network?
16  A.   No.
17  Q.   You don't know one way or the other?
18  A.   We were not.
19  Q.   You don't believe you were?
20  A.   No.
21  Q.   At some point in 2005, Valve began
22  distributing third-party games through Steam; is that
23  right?
24  A.   Yeah, that's what I recall.
25  Q.   What was the first game?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 35

1    A.   I believe it was Rag Doll Kung Fu.
2    ███ ███████████████████████████████████████████
     █ ████████████
     █ ██ █████████████████████████████████████████
     █ █████████████ ██████████████████
6    Q.   Why did Valve begin distributing third-party
7    games through Steam?
8    A.   Because the work that we had done with Steam
9    we thought could be valuable to third parties, other
10   than ourself.  And that customers would enjoy it as
11   another alternative to buy games, and that -- we thought
12   there were a bunch of advantages for developers and
13   customers with online distribution versus traditional
14   packaged goods distribution.
15   Q.   You mentioned the difference between online
16   distribution and traditional packaged goods
17   distribution.
18        What are those differences?
19   A.   Well, there's -- there's lots of them.
20   There -- for one, you know, packaged goods distribution
21   is limited in terms of shelf space because, you know,
22   they're physical items that take up space.
23        You have to put the game on a piece of
24   plastic, CD-ROM, DVD, and then you've got to put it in a
25   box and make it in a factory.  And then you have to ship

Page 99

1    Q.    And you reply to this; right?
2    A.    Let me see.
3          Yes.
4    ▉    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
5    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
6    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
7          You see that?
8    A.    Yes.
9    Q.    Were you imagining here direct outreach
10   between Valve employees and specific developers?
11   A.    I think that is going to go to all Steam
12   partners with an existing distribution agreement.
13   Q.    Do you see later in that paragraph where you
14   write, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
15   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
16   ▉▉▉▉▉▉▉▉▉▉
17   A.    Yes.
18   Q.    ▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
19   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
20   ▉    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
21   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
22   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
23   ▉    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
24   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
25   ▉    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Page 100

1  █████████████████████████████████████
2  ████████████████████████████████████████████
3  ████
4  ███  ██████████████████████████████████
5  ██████████████████████████████████████████
6  █████████████████████████████████████
7  ██████████████████████████████████████
8  ███████████████████████████████████████
9  █████████████████████████████████████
10 █████████████████████████████████████████
11 ████████████████████████████████████
12           Do you see that?
13    A.    Yes.
14    Q.    Did that happen?
15    █  ███████████████████████████████████
   ██████████████████████████████████████████
   ██████████████████████████
18    Q.    And this would have been in late November of
19 2018 and early December of 2018?
20    A.    I don't recall who it might have been
21 discussed with earlier.  Possibly earlier, but, yeah,
22 definitely some of those conversations about the change
23 would have happened in November and December of 2018.
24    Q.    There were some developers or publishers who
25 were informed before this?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 101

1   A.   Possibly, yeah.
2   Q.   Who would those people have been?
3        MR. CASPER:  Object to the form of the
4   question.
5   A.   Off the top of my head, I don't know.
6   Q.   (BY MR. SIEBERT)  You go on to write,
7   ████████████████████████████████████████
    ████████████████████████  ██████████████
    ██████████████  █████████████████████
10       Do you see that?
11  A.   Uh-huh.
12       █  ██████████████████████████████████
    ████████████████████████████  ███████████
14  A.   Yeah.
15       █  ████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 102

```
 1   ████████████████████████████████████████
 2   ████████████████████████████████████████████
 3   ████████████████████████████████████████████
 4   ████████████████████████████████████████████
 5   ███████   ██████████████████████████
 6   █████████████████   █████████████████
 7        █   █████████████████████████████
 8   ████████████████████████████████████
 9   █████████████
10        █   █   █
11        █   ██████████████████████████
12   ██████████████████████████████████████████
13        █   ███████████   ████████████
14        Q.   Division 2, for instance, signed an exclusive
15   deal with Epic?
16        A.   I think they did, yeah.
17        Q.   Who publishes that?
18        A.   If I remember, that was Ubisoft.
19        █   █████████████████████████████████
20   ████████████████████
21        █   █████████████████████████████
22   ████████████████████████████████████████
23   ███████   ████████████████████████████████
24   ████████████████████████████████████████
25   ████████████████████████████████████
```

Page 103

```
 1      ████████████████████████████████████████
 2      ████████████████████████████████████████
 3      ██████████████████████████████████
 4      ████████████████████████████████████
 5      ██████████████████████████████
 6         █  ██████████████████████████████
 7      ████████████████████████████████████████
 8      ██
 9         █  ████████████  ████████████████████
10      ██████████████████████████████
11      ██████████████  ████████████████
12      ████████████████████████████████████████
13      █
14         █  ████████████████████████████████
15      ████████████████████
16         █  ████████████████████████████████
17      ████████
18         █  ██████████████████████████████████
19      ████
20         █  ████
21      Q.  You're referring to Tim Sweeney?
22      A.  Yeah.
23      Q.  And that's the CEO of Epic?
24      A.  Yes.
25      Q.  Higher up in response to your email is an
```

Page 104

```
 1   email from Sean Vanaman.
 2       A.   Yes.
 3       ▮   ███████████████████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
     ███████████████
 7            Do you see that?
 8       A.   Let's see.  Sorry.
 9            Doesn't -- where does he say that?  I looked
10   at the right page.
11       Q.   Bates ending in 683, second paragraph.
12       A.   Oh, okay.
13            (Witness reading to himself.)
14            Yes.
15       ▮   ███████████████████████████████
     ████████████
         ▮   █████████████  █████████████
         ▮   ████████████████████████████
     ███████████████████████████████████████
     ████████████
         ▮   ▮   █████████████████████████
         ▮   ███████████████████████████████
     ████████████████████████
24       A.   Yes.
25       Q.   And that's PR relating to the new Valve
```