# EXHIBIT 7

FILED UNDER SEAL AT ECF 182-7