# EXHIBIT 8

FILED UNDER SEAL AT ECF 182-8