# EXHIBIT 9

FILED UNDER SEAL AT ECF 182-9