# EXHIBIT 10

FILED UNDER SEAL AT ECF 182-10