# EXHIBIT 11

FILED UNDER SEAL AT ECF 182-11