# EXHIBIT 12

## PUBLIC VERSION
## (PREVIOUSLY FILED UNDER SEAL AT ECF 182-12)

**From:**    Steven Allison <steven.allison@epicgames.com>
**Sent:**    Thu, 12 Jul 2018 16:11:43 +0000 (UTC)
**To:**      Paul Meegan <paul.meegan@epicgames.com>; Diesel leads <diesel-leads@epicgames.com>;
             Diesel BizDev <diesel-bizdev@epicgames.com>; Lowell Vaughen
             <lowell.vaughen@epicgames.com>
**Subject:** Diesel Update Week of July 9th, 2018

---

Diesel Update Week of 7/9/18
**July-August Goals & Progress**
**Determine Final Platform Splits**
On 7/6 Danny, Sergey and Steve had a long conversation with Tim exploring a range of options (85/15, 88/12, 91/9 + scenarios re: funding the Influencer splits from the Epic share. After looking @ several options on the white board and Sergey/Chris Ds financial model we locked in on the final of 88/12 splits with Epic funding the first 5% of the Influencer UA links attributable sales from the Epic share for the initial 24 months of the platform's life. **Status:** Solved

**Create Partner Agreement:** Joe kicked this off with Canon and the team has worked through a few revisions, including a group review this week. The agreement will take final, final form around the first titles who join the platform but is in a place where it will take Biz Dev can put people under contract and come aboard. **Status:** Solved

**Finish Partner Facing Deck:** For Biz Dev with the right narrative for a broad set of presentations. Good progress this week. In a state where a version of it can be utilized now, final in early August. Current WIP version can be viewed here: https://docs.google.com/presentation/d/1mDNEj14YJ8xQBw54AztLqD2J0saljt8X1dZgAUY40HE/edit?usp=sharing
**Status**: 90% Complete

**Kick Off Business Development in Earnest:** In tandem Joe, Mark and Steve have started opening the throttle here. We have put several potential partners under new MNDA and disclosures are starting to happen next week, with a big chunk of new conversations being scheduled for Gamescom in August. Joe has created a recurring Monday meeting that is  review of Diesel Biz Dev conversations that will get busy in the weeks ahead. Steve created an initial tracking document of known 2018-19 PC releases expected to be Top 100 performers that can be viewed here (note any reference to Android on the disruption slide will be removed for any disclosures prior to 8/9):   https://docs.google.com/spreadsheets/d/195Cy3j2zvdyanU6sBNhnJ-G0KXU3tQQE92J6h3t7RAA/edit?usp=sharing
**Status:** Kicked Off & Moving

**Commit to the  First Title(s) to Drive Diesel's Launch Date & Platform Work:** Steve, Joe, Lowell, Mark, Zak, Sergey & Danny met w/Paul on 7/12 to discuss ████████████████████████████████████ n context to commitments to make one or both of them our first Diesel title. The outcome of the meeting was continued interest in pursuing ███████████ but not likely as a first launch title, more in an M&A context. Those conversations will continue outside of a pure Diesel context. We did come to the decision to make █████ the launch title for the platform, this means a 12/7/2018 launch and a reveal of the game AND the Diesel platform on the Game Awards that night. ██████ launch plan is to reveal the game on the show and to "go get it now on Diesel" (or Steam if they weren't exclusive to us here). Joe will be moving them to agreement quickly. **This means once ██████ is p Diesel's launch date as a marketplace for external partners is no later than 12/7/2018.** **Status:** This Specific Goal is Solved

**Determine Consensus/Approved Final Name for Diesel By End of July (if possible):** We have to working sessions on the calendar for all stakeholders the first on 7/13, and then a larger meeting on 7/17.  Status: In Progress

**Resource Meeting - What Resource Commits Are Required for 12/7/18\* launch of Hades** w/Chris D, Zak, Dan V., Tim, Paul and optionally other Diesel leads.Based on the 7/12 decision to move forward with ██████ this conversation needs to happen in the next couple of weeks. Steve will work with Chris & Zak to get it scheduled. Status: To Be Scheduled

*Note: date could move in if another title like Satisfactory drives an earlier date - there is a follow up meeting on Satisfactory/Coffee Stain on 7/13

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY