# EXHIBIT 13

## PUBLIC VERSION
## (PREVIOUSLY FILED UNDER SEAL AT ECF 182-13)

| Assumptions | | | Calculations | | |
|---|---|---|---|---|---|
| Average SRP | $19.99 | | Gross revenue per 1M MAU | $5,997,000.00 | |
| Conversion rate, from active Diesel MAU | 30% | | Hosting per 1M MAU | $84,000.00 | 1.40% |
| Hosting costs per MAU | $0.08 | | Payment processing | $152,923.50 | |
| Share of influencer-driven sales | 30% | | Influencer payouts | $89,955.00 | |
| Influencer payouts from our share | 5% | | Our share | $719,640.00 | |
| Our share | 12% | | Our share after hosting, payments and influencers | $392,761.50 | 6.55% |
| Payment processing | 2.55% | | Games sold per MAU | 300,000 | |
| Fortnite PC MAU | 18 | | | | |
| Fortnite MAU to Diesel MAU conversion | 30% | | **Per month** | | |
| Average burnrate per person per year | $170,000 | | Diesel MAU | 5.4 | |
| Team size | 50 | | Diesel gross | $32,383,800.00 | $388,605,600.00 |
| Total burnrate, per month | $708,333 | | Hosting total | $453,600.00 | |
| | | | Payment processing | $825,786.90 | |
| | | | Influencer payouts | $485,757.00 | |
| | | | Our share | $3,886,056.00 | |
| | | | Our share after hosting, payments, influencers | $2,120,912.10 | |
| | | | Our share after salaries | $1,412,578.77 | 4.36% |
| | | | **Per year** | $16,950,945.20 | |

Sheet1

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

EPIC_VALVE_0000391