# EXHIBIT 14

## PUBLIC VERSION
## (PREVIOUSLY FILED UNDER SEAL AT ECF 182-14)

## Diesel Q&As for Tim from embargoed media outlets
Embargo lifts on **Tuesday, Dec. 4th at 10am EST** -- media alert

# Variety - SENT

## Brian Crecente

**What made you decide to launch a game store?**

As a developer ourselves, we've always wanted access to a store with fair revenue-sharing that gives us direct access to our customers. Now that we've built such a store, and Fortnite has brought in a huge audience of PC gamers, we're working to open it up to all developers.

**Will the store and its games be tied to the Epic Game launcher and if so, how will that work?**

The store will be accessible both through the Epic Games launcher and on the web. A user will need to install the Epic Games launcher to download and update games bought at the Epic Games store.

**How does your store compare to Steam and Windows? How about to the stores run by publishers like EA and Ubisoft?**

It's a simple storefront right now, and it will expand over time.

**How will DRM work in your store?**

We do not have any store-wide DRM. Developers are free to use their own DRM solutions if they choose.

**Do you have more details about the Support-A-Creator program?**

Epic's Support-A-Creator program was launched as a one-time event, but it's now permanent and is available to all creators and all developers on the Epic Games store.

Creators will earn a share of revenue from each attributable sale, either by link or by manual creator tag entry, like in Fortnite. Developers will set the rate of the revenue share and Epic will pay the first 5% for the first 24 months. Developers will have immediate access to thousands of creators who can promote their titles in fun and entertaining ways, and they can automatically give creators free access to their game if they choose to.

We believe this will make a more direct and sustainable connection between game developers and content creators such as streamers and video makers. There are currently more than

10,000 content creators in the program, with tens of millions of supporters, and that number is growing every day.

**How will you curate the games in your store? What is your end goal: a massive library, indie picks, or something in between?**

We're starting small, with a hand-picked set of games at launch.  We plan to grow throughout early 2019 and open the store up more widely later on. We'll have an approval process for new developers to go through to release a title. It will mostly focus on the technical side of things and general quality. Except for adult-only content, we don't plan to curate based on developers' creative or artistic expression.

Epic will manually curate the Epic Games storefront rather than relying on algorithms or paid ads. We believe the ultimate vector for players to discover new games will not be our storefront but creators. Viewership of creator channels has greatly outgrown any storefront.

**As you turn your focus on creating a store, and continue to run Fortnite, what's going on with older projects like Unreal Tournament?**

Unreal Tournament remains available in the store but isn't actively developed. We've recently worked with GOG on making classic Epic Games titles available and we're planning to bring more of them to the store in their original glory.


# GamesIndustry - SENT

## Brendan Sinclair

**Why is the 30/70 revenue split that seems to have been the industry standard not appropriate here?**

While running Fortnite we learned a lot about the cost of running a digital store on PC. The math is quite simple: we pay around 2.5% for payment processing for major payment methods, less than 1.5% for CDN costs (assuming all games are updated as often as Fortnite), and between 1% and 2% for variable operating and customer support costs. Fixed costs of developing and supporting the platform become negligible at a large scale. In our analysis, stores charging 30% are marking up their costs by 300% to 400%. But with developers receiving 88% of revenue and Epic receiving 12%, this store will be a profitable business for us.

**Aside from the more favorable revenue split, what are you doing in terms of developer support to make the Epic Games store more attractive for developers?**

Epic's Support-A-Creator program is key to helping developers reach gamers. Content creators, such as YouTube video makers, Twitch streamers, cosplayers, community builders, and bloggers have become key influencers in gaming.

Previously, most creators were not compensated by game developers for their work and instead had to rely on donations. By matchmaking creators with developers, the Epic Games store makes it easier for players to discover games, and rewards content creators for their efforts.

We also provide developers with direct access to their customers, through the newsfeed in the launcher and, if users agree, directly by email.  Direct access to customers is critically important for developers, for sharing information about updates and new features, and for reaching those customers with subsequent game releases. One of the critical reasons Epic exited single-player, retail game development in 2013 was that each new release required a very costly new marketing campaign to reach buyers of our previous games.

And then there are little things, like the store pages for games that have no ads for competing games, no mandatory sales, and no restrictions on cross-platform interoperability.

**What are you doing to make the Epic Games store more attractive to consumers?**

Among other things, the store will also feature one free game every two weeks throughout 2019. Epic is funding these free releases so players can experience the wide range of creative works that will be available.

**You plan to open up to more games in 2019. What's the right amount of openness you want for the Epic Games store?**

We'll have an approval process for new developers to go through to release a title. It will mostly focus on the technical side of things and general quality. Except for adult-only content, we don't plan to curate based on developers' creative or artistic expression.

**Are you planning to have forums and other community-led content in the store? If so, how are you planning to mitigate abusive behavior, review bombing, etc?**

We don't plan to have forums. Users have generally migrated to Reddit, Discord, Twitter, Facebook groups, and other social media.  Developers are free to run their own forums and social media and link to them from their Epic Games store pages.

We intend to add tools for players to communicate with developers privately, such as a ticketing system for bug reports and questions, to mitigate toxicity resulting from reviews being the only native communication mechanism.

User reviews are still in development, and will be available as an opt-in for developers. We are experimenting with ideas for ensuring balance.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY                                                          EPIC_VALVE_0000060

**Will you support mods? Free-to-play games? Non-commercial games?**

We do intend to support both mods, free-to-play games, and non-commercial games.

**Do you have a refund policy?**

Yes. We're launching with manual refunds through player support, and automated refunds will follow soon. We expect to provide each user with "no-questions-asked" refund tokens to use in the first 14 days after buying a game.

**What countries will Epic Games store operate in?**

Epic Games store is available to users in most countries in the world except for China and where prohibited by US law, such as North Korea and Iran.

Certain regions, such as South Korea, may have additional legal requirements that developers may need to implement in their game in order to be compliant and to be distributed there.

**Are there any baseline requirements games will need to have to get onto the store? (for example, carry an ESRB rating, support certain languages, subtitles, controller support)**

Right now we're manually selecting games for the store, so there is no formal process. We'll announce further details as we work to open the store up more widely in 2019.

# Game Informer - SENT

## Matt Bertz

**The PC marketplace already offers a lot of choice to gamers with Steam, GOG, the Microsoft store, etc. What market conditions led you to believe there is an opportunity for another storefront?**

The 70% / 30% split was a breakthrough more than a decade ago with the advent of Steam, the Apple App Store, and Google Play. But today, digital software stores have grown into a $25,000,000,000+ business worldwide across all platforms, yet the economies of scale have not benefited developers. In our analysis, stores are marking up their costs 300% to 400%. We simply aim to give developers a better deal.

**What other platforms are you trying to extend the store to? Are you talking about mobile and console?**

The Epic Games store is launching on PC and Mac in 2018, and Android later in 2019. We'd like to launch on iOS in 2019, however that is in apparent conflict with current Apple policy.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

We believe all general purpose computing devices, such as PCs, smartphones, and tablets, should be open to competition between stores.

Consoles are a different market, with dedicated game machines whose hardware costs are often partly subsidized by software revenue. Epic doesn't seek to operate a storefront on console platforms, but as an engine maker we do everything we can to enable cross-platform interoperability.

**Will the Epic Games store be a dedicated website, a part of the Epic Games launcher, or another distinct launcher?**

The store will be accessible both through Epic Games launcher and on the web. A user will need to install Epic Games launcher to download and update games from Epic Games store.

**From the gamer's perspective, why should they shop at the Epic store as opposed to the marketplaces they already buy from?**

It's a lightweight storefront that's convenient to use, and gives developers a better deal.

**How important is curation to this new platform? Does Epic plan to be fastidious to not overwhelm the marketplace with every game under the sun or do you want an ocean deep pool of games where quality isn't necessarily a factor for a game to appear on the platform?**

The Epic Games store is launching with a small selection of handpicked games and will grow over time. As we work towards opening up generally to developers in mid-2019, we plan to set a reasonable quality threshold.

**How did you determine the revenue split percentage, and is this a locked number moving forward?**

While running Fortnite we learned a lot about the cost of running a digital store on PC. The math is quite simple: we pay around 2.5% to 3.5% for payment processing for major payment methods, less than 1.5% for CDN costs (assuming all games are updated as often as Fortnite), and between 1% and 2% for variable operating and customer support costs. Fixed costs of developing and supporting the platform become negligible at a large scale. In our analysis, stores charging 30% are marking up their costs by 300% to 400%. But with developers receiving 88% of revenue and Epic receiving 12%, this store will still be a profitable business for us.

The Epic Games store is a long-term effort that we'll be extending and improving for years. Ultimately, we hope competition between stores means better deals for all developers!

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**How does the economics of the Support-A-Creator program work? Could you provide an example?**

Creators earn a share of revenue from each attributable sale (either by link or by manual creator tag entry, like in Fortnite). Developers set the rate of the revenue share and Epic pays the first 5% for the first 24 months. Developers get immediate access to thousands of creators who can promote their titles with no friction, and they can automatically give creators free access to their games if they choose so.

We believe this will make a more direct and sustainable connection between game developers and content creators, such as streamers and video makers.

**Does the store use any style of digital right management and can players play these games offline or is an internet connection required?**

We do not have any store-wide DRM. Developers are free to use their own DRM solutions if they choose.

**Does the store have any sort of achievement system?**

Not at launch, but we're working on these kinds of features.

**Is there a mechanic in place that allows users to sell or trade used games?**

No.

**What sort of exclusive games are going to come to this platform? Is exclusivity something you are thinking about?**

Epic's own games are exclusive to the Epic Games Store on PC and Mac, and we'll sometimes fund developers to release games exclusively through the store.

**Will the store have a virtual reality component to it as well? If so, which headsets are supported?**

The Epic Games store doesn't have any sort of VR user interface, however games released on the store can support VR if they choose.

# Eurogamer - SENT

## Wesley Yin-Poole

**1. Can you say which publishers are signed up? Or which games it'll launch with?**

EPIC_VALVE_0000063

We aren't announcing the games just yet. Stay tuned.

**2. Why is now the right time to take on Steam?**

We've been operating a storefront for Epic's own games for years. Now that essential features are in place, we're ready to open it open it up to other developers.

**3. What do you think Steam/other platforms are doing wrong that you can do right?**

Generally, we want to enable a more direct relationship between developers and gamers, and more efficient economics and discovery.  Developers will control their product pages, free of advertising for competing games. Developers will be able to reach purchasers of their games through the newsfeed and, if the customer permits, by email. Creators will help developers reach gamers in a more entertaining and fun way, so games are not so limited by storefront screen space or top-charts space.

**4. Will you consider a streaming service as well?**

We're focusing on downloadable games.

**5. What is your content curation policy (vs Steam) for when the store opens up more broadly?**

We'll have an approval process for new developers to go through to release a title. It will mostly focus on the technical side of things and general quality. Except for adult-only content, we don't plan to curate based on developers' creative or artistic expression.

Epic will manually curate the Epic Games storefront rather than relying on algorithms or paid ads. We believe the ultimate vector for players to discover new games will not be our storefront but creators. Viewership of creator channels has greatly outgrown any storefront.

**6. What's the vetting process going to be like? How does a dev get their game on your service?**

We're in the planning stages on the mechanics of opening up more widely and will release those details at a later date.

**7. What's your DRM policy?**

We do not have any store-wide DRM. Developers are free to use their own DRM solutions if they choose.

**8. How will you handle user reviews / vote brigading?**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

EPIC_VALVE_0000064

User reviews are still in development and the store will launch without this feature. When launched, it will be opt-in by developers. We're experimenting with other mechanisms to improve this further.

**9. How exactly will you reward creators for bringing exposure to game developers?**

Creators earn a share of revenue from each attributable sale, either by link or by manual creator tag entry, like in Fortnite. Developers set the rate of the revenue share and Epic pays the first 5% for the first 24 months. Developers get immediate access to thousands of creators who can promote their titles with no friction, and can automatically entitle creators to a copy of their game if they choose so.

We believe this will make a more direct and sustainable connection between game developers and content creators.

**10. And finally... will PUBG be on The Epic Games Store?**

We would be greatly honored to feature PUBG in the Epic Games store in the future, however there isn't any agreement in place yet.

# Seth Barton - SENT

## MCV

**This move looks incredibly developer-centric, do you believe the industry owes more to its creators?**

We believe that creators, both games developers and content creators, are responsible for the game industry's enormous growth and vibrance, and should earn the lion's share of industry revenue. Companies providing supporting services, such as engines, stores, platforms, and payment processors, are just here to help, and should be priced accordingly.

There was a time when the 70% / 30% revenue sharing model of Steam, the Apple App Store, and Google Play, were breakthroughs in efficiency.  Now, 12 years in, stores have achieved vast economies of scale in a $25,000,000,000 annual worldwide business, yet the benefits have accrued purely to the stores. Epic's business model recognizes that it's now possible to run a digital store with an 88% / 12% revenue share, and still have a robust and profitable business.

**Will the new store be integrated with the current Epic Games launcher in order to engage the huge player base of Fortnite?**

Yes, that's correct. We're switching to a new version of Epic Games launcher that includes a new store and a newsfeed.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**What's the thinking behind that massively competitive 12 per cent figure, how did you arrive at that specific figure?**
**(Tim was once quoted as saying 8 per cent could work:**
**https://www.pcgamesn.com/steam-revenue-cut-tim-sweeney, though that's not a criticism at all, after all you're effectively hitting that figure for Unreal-powered games!)**

While running Fortnite we learned a lot about the cost of running a digital store on PC. The math is quite simple: we pay around 2.5% to 3.5% for payment processing for major payment methods, less than 1.5% for CDN costs (assuming all games are updated as often as Fortnite), and between 1% and 2% for variable operating and customer support costs. Fixed costs of developing and supporting the platform that become negligible at a large scale. In our analysis, stores charging 30% are marking up their costs by 300% to 400%. But with developers receiving 88% of revenue and Epic receiving 12%, this store will still be a profitable business for us.

**Why is now the right time for this launch?**

While developing and self-publishing Fortnite we created a number of essential tools we wish we had when we started. Now we want to share them with other developers.

**Why do you think the market has largely stuck at 30 per cent for so long, do you think we'll see greater competition after this?**

Yes.

**What was the thinking behind the choice of the initial titles? What were the guidelines for choosing them?**

The Epic Games store is very much a work in progress, so we chose developers that were ready to deal with that. While we do have most of the systems running because we created them for Fortnite, making them available for external developers takes time. We're grateful to our launch partners for being extremely supportive and flexible while working through the development together.

**How integrated is Support-A-Creator with the YouTube and Twitch platforms? What cut are the creators getting? And is Ninja signed up?**

Support-A-Creator supports YouTube and Twitch among other platforms but is not limited to them. We welcome creators from all platforms.

Creators earn a share of revenue set by developers. For the first 24 months, Epic is paying for the first 5%, so it will be at least that. But developers are always free to change the payout for their games as they see fit.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Ninja is enrolled in Fortnite Support-A-Creator program.

**Can you name any key partners at this stage?**

We aren't announcing the games just yet. Stay tuned.

## The Verge - SENT
*Sean Hollister*

**\*Why? What's the goal here? Why \*now\*? (Imagine this ties into the many things Tim has tweeted about existing marketplaces, but would love to hear from him in light of this decision.)**

Simply because it's ready now! We've been building this for five years, starting with the Epic Games Launcher on PC and Mac featuring Fortnite and Unreal Engine. We built a worldwide digital commerce ecosystem supporting dozens of payment methods, and we gained great economies of scale thanks to Fortnite's growth. And it's finally ready to open up more widely.

**\*Which games will it launch with?**

Stay tuned for game announcements Thursday at The Game Awards.

**\*What is the criteria for the first batch of hand-selected games?**

The initial releases are games we greatly respect creatively, from developers who had the flexibility to work with us on the early launch of the store.  Working with a store before it's released is much like working on a game before it's released: there are lots of bugs and changes being made in realtime, so we're grateful to our early partners for their efforts and patience.

**\*How open will the store be after that initial launch? What will be the process be for accepting new games?**

The store will open up more broadly to other developers throughout 2019, as we build the store services and features to fully support all game requirements.  The opening-up process will be gradual throughout 2019, rather than a big one-time event.

**\*Which publishers/developers on board?**

Stay tuned for game announcements Thursday at The Game Awards.

**\*Will the store offer any non-game software?**

EPIC_VALVE_0000067

This is a possibility later on.

**\*How large do you expect the store to grow to in terms of the available games? Big budget, indie, both?**

The Epic Games store will ultimately be open to quality games of all sizes and genres.

**\*How do you plan to deal with the curation/visibility problem that plagues most digital games store?**

This is a huge problem. On mobile, stores are approaching a point where there are more apps available than there are pixels on the storefront home screen! We see two solutions. First of all, game discovery should be curated and not set by store-profit-optimizing algorithms. Second, developers need access to more channels, without relying on expensive marketing campaigns.

YouTube content creators, Twitch streamers, bloggers, and others are at the leading edge of game discovery. The 10,000-strong Epic Games Support-A-Creator program matchmakes developers with creators, who can help developers reach gamers, help players find great games, and support themselves as a result of those efforts. Creators who refer customers to buy a game on the store will receive a share of the revenue set by the developer. To jump-start the economy, Epic will cover the first 5% of creator revenue-sharing for the first 24 months.

**\*How do you plan to avoid the appearance of favoritism? (i.e. Giving more prominence to games developed by Epic or with Unreal?)**

Hopefully the press will be watching and holding all of the stores to account!

**\*Which other "open platforms" is Epic hoping to include?**

We'd love to see Apple open up iOS to web-installable software including stores, and would eagerly support iOS alongside PC, Mac, and Android.

**\*Will this be solely a game store or also have social components like chat, streaming, etc? If so, which ones are on the shortlist?**

The Epic Games store will launch with just a storefront. We don't plan to compete with existing video, streaming, or forum platforms. We do plan to take more of the online features we built for our own games, and open them up to other developers.

**\*Will this be a separate app from the Epic Games launcher? What's the mechanism for payments, downloads, etc?**

It's the Epic Games launcher, with new "Store" and "Library" tabs.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**\*Will this be a game launcher too, or just a place to purchase standalone games? If the former, will it support mods, microtransactions, DRM, etc?**

**\*Any refunds? If includes DRM, any guarantees that games will remain available to re-download for any particular length of time after purchase?**

Yes. We're launching with manual refunds through player support, and automated refunds will follow soon. We expect to provide each user with "no-questions-asked" refund tokens to use in the first 14 days after buying a game.

We do not have any store-wide DRM. Developers are free to use their own DRM solutions if they choose.

We don't have any plans to time-limit the availability of any game once a customer has purchased it.

**\*Do you have pictures or an early version or mockup we can try?**

The new user interface is available in the launcher right now if you enable the "beta" setting (but without third-party games available).

**\*Which regions of the world are included upon launch? What's the roadmap beyond that?**

Epic Games store is available to users in most countries in the world except for China and where prohibited by US law, such as North Korea and Iran.

Certain regions, such as South Korea, may have additional legal requirements that developers may need to implement in their game in order to be compliant and to be distributed there.

**\*Can you comment on Steam's recent revenue shift?**
**https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition**

Steam's new 25% and 20% tiers represent a great improvement for the top 1% of games, and make Steam a significantly better deal for top games than Google Play and the iOS App Store.


**Kyle Orland** - SENT
*Ars Technica*


**\* what is the motivation for Epic launching this service? Does the company see a specific hole in the market that is is serving?**

EPIC_VALVE_0000069

As a developer ourselves, we've always wanted access to a store with fair revenue-sharing that gives us direct access to our customers. Now that we've built such a store, and Fortnite has brought in a huge audience of PC gamers, we're working to open it up to all developers.

**\* How will game selection be handled? Will developers be able to submit their games for consideration?**

We'll have an approval process for new developers to go through to release a title. It will mostly focus on the technical side of things and general quality. Except for adult-only content, we don't plan to curate based on developers' creative or artistic expression.

Epic will manually curate the Epic Games storefront rather than relying on algorithms or paid ads. We believe the ultimate vector for players to discover new games will not be our storefront but creators. Viewership of creator channels has greatly outgrown any storefront.

**\* How selective will the service be? How many titles do you foresee at launch? Through the first year?**

We're starting small, with a hand-picked set of games at launch.  We plan to grow throughout early 2019 and open the store up more widely later on.

**\* Will games listed on Epic's service have to be exclusive to it for any length of time?**

Epic's own games are exclusive to the Epic Games Store on PC and Mac, and we'll sometimes fund developers to release games exclusively through the store.

**\* Beyond being able to buy games, what sorts of social/other features will be supported?**

The Epic Games store will launch with just a storefront. We do plan to take more of the online features we built for our own games, and open them up to other developers.

**\* How do you plan to lure players away from Steam, which still seems to be the de facto standard for PC game distribution.**

We're not looking to crush Steam anytime soon, we're just building a store with a fair deal for developers that creates new opportunities for content creators! We'll be expanding it and investing in it for years to come.

**Dean Takahashi** - SENT

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Venture Beat*

==**I know you've had a refund-like system for Fortnite, but do you/will you have one for the Games Store? If so, how does it compare to Steam's 2-hours-or-fewer/2-weeks-or-fewer standard?**==

**How widely beyond Epic are you reaching out to other developers for this?**

We're starting small, with a hand-picked set of games at launch.  We plan to grow throughout early 2019 and open the store up more widely later on.

**Is this a competitor for Steam, in either a general or a very specific way?**

We're not looking to crush Steam anytime soon, we're just building a store with a fair deal for developers that creates new opportunities for content creators!

**Is it more for content for games, like game assets, or is it more for full games?**

The Epic Games store built to distribute games and serve game developers.  For years, we've been operating the Unreal Engine Marketplace (https://www.unrealengine.com/marketplace/store) to serve asset developers and that will continue as a separate service.

**How does support-a-creator work?**

Epic's Support-A-Creator program was launched as a one-time event, but it's now permanent and is available to all creators and all developers on the Epic Games store.

Creators will earn a share of revenue from each attributable sale, either by link or by manual creator tag entry, like in Fortnite. Developers will set the rate of the revenue share and Epic will pay the first 5% for the first 24 months. Developers will have immediate access to thousands of creators who can promote their titles in fun and entertaining ways, and they can automatically give creators free access to their game if they choose to.

We believe this will make a more direct and sustainable connection between game developers and content creators such as streamers and video makers. There are currently more than 10,000 content creators in the program, with tens of millions of supporters, and that number is growing every day.

**What are the games that are live now? how many are you expecting with the first month or quarter?**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Stay tuned for game announcements Thursday at The Game Awards. We're starting small, with a hand-picked set of games at launch.  We plan to grow throughout early 2019 and open the store up more widely later on.

**How are you vetting the games, for appropriateness or malware etc.?**

We'll have an approval process for new developers to go through to release a title. It will mostly focus on the technical side of things and general quality. Except for adult-only content, we don't plan to curate based on developers' creative or artistic expression.

**How does this further the cause of indies and the cause of openness in the game industry?**

We're giving game developers the store business model that we've always wanted as developers ourselves.  Hopefully, competition between stores will create new opportunities for all game developers, and elevate the role of YouTube and Twitch content creators in helping developers reach gamers.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY