# EXHIBIT 17

PUBLIC REDACTED VERSION

(PREVIOUSLY FILED UNDER SEAL AT ECF 182-17)

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

In Re:                              )
                                    )
                                    ) No. 2:21-cv-00563-JCC
VALVE ANTITRUST LITIGATION          )
                                    )
_____

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

THOMAS GIARDINO

_____

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

9:04 A.M.

THURSDAY, NOVEMBER 2, 2023

701 FIFTH AVENUE, SUITE 5100

SEATTLE, WASHINGTON

Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR

WA CCR #2157; OR CSR #20-0477; CA CSR #14435

Job Number 6276475



Page 178



24    Q.    All right.  So then Mr. Peterson, who had been
25  cc'd here, he responds just to you and says, "I want to

1   frame this and hang it on our cabal wall."
2           Those are his words; right?
3       A.  Yes.
4       Q.  And a cabal there is a small group -- as used
5   by Mr. Peterson, it's a small group at Valve; is that
6   right?
7       A.  Yeah.  I -- that term predates me at Valve.  I
8   think "cabal" historically at Valve was shorthand for a
9   team or a product group.  And so that's my
10  interpretation of how he uses it here as well.
11      Q.  Okay.  And he basically -- and so you and he
12  were part of the same cabal in this timeframe, 2019?
13      A.  Yes.  Erik and I worked on the same team, and
14  at this time we would have sat near each other in the
15  building as well.
16      Q.  So he's basically saying, I want to frame this
17  and hang it near where we sit?
18      A.  You'd have to ask him exactly what he meant,
19  but I can just read his words from the email.
20      Q.  All right.  Well, you responded and you said,
21  "gonna get it tattooed on my back like it's the
22  Declaration of Independence."
23          Those were your words?
24      A.  Yes.
25      Q.  I assume you never got that tattoo?

```
                                                         Page 180
 1         A.    I do not have any tattoos.
 2         Q.    All right.  But here, why did you say that?
 3         A.    Well, I don't recall this email conversation,
 4   and I don't recall my specific state of mind when
 5   replying.
```

