# EXHIBIT 18

FILED UNDER SEAL AT ECF 182-18