# EXHIBIT 19

PUBLIC REDACTED VERSION

(PREVIOUSLY FILED UNDER SEAL AT ECF 182-19)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

In Re: )
)
) No. 2:21-cv-00563-JCC
VALVE ANTITRUST LITIGATION )
)

---

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

KASSIDY GERBER

---

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

9:05 A.M.

THURSDAY, OCTOBER 5, 2023

701 FIFTH AVENUE, SUITE 5100

SEATTLE, WASHINGTON

Reported by: Tami Lynn Vondran, CRR, RMR, CCR/CSR
WA CCR #2157; OR CSR #20-0477; CA CSR #14435

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

have you had any kind of training on any topic that you understood to relate to antitrust?

MR. SKOK: And, again, Ms. Gerber, to the extent you can answer this without disclosing attorney-client communications, you may. But to the extent that he's asking you about the content of communications you've had with lawyers, that's attorney-client privilege, so please don't disclose that.

THE WITNESS: Okay.

Q. (BY MR. O'ROURKE) So it's a yes-or-no question. Either you've had the training or you have not.

MR. SKOK: Well, to the extent that she's had those communications with lawyers, you're asking about the substance of those attorney-client communications.

That's the type of communication that I'm instructing you not to answer.

THE WITNESS: Okay.

Q. (BY MR. O'ROURKE) Your answer?

A. I'm not going to answer.

Q. You're refusing to answer?

A. Yes.

MR. SKOK: Well, she's been instructed not to answer. I think she's following counsel's instructions.

MR. O'ROURKE: So just so we're very clear, Mr. Skok --

MR. SKOK: Skok, please. Skok.

MR. O'ROURKE: Skok. Thank you.

MR. SKOK: Thank you.

MR. O'ROURKE: You -- the position you're taking now in instructing the witness not to answer is, I am not permitted to ask an employee of Valve whether or not that employee has had compliance training on antitrust?

MR. SKOK: No. The question is asking for the substance of what kind of training she may have had by counsel. To the extent there's a training by counsel, that would disclose the substance of attorney-client communications. The instruction is not to answer in a way that discloses the substance of attorney-client communications. I did tell the witness if she can answer otherwise, then she's free to.

Q. (BY MR. O'ROURKE) My question is: Have you -- during the time you've worked at Valve, about 11 and a half years, have you had training on antitrust compliance?

MR. SKOK: And the same instructions, Ms. Gerber.

Q. (BY MR. O'ROURKE) You need to answer.

A. No. I'm not answering.
MR. SCHENCK: Why don't we take a break, see if we can figure this out.
MR. SKOK: Yeah. It's probably a good time for a break to consult on some of these issues --
MR. O'ROURKE: Take a break.
MR. SKOK: -- as well as we've been going about an hour.
THE VIDEOGRAPHER: The time is 9:56 a.m. And we're going off the record.
(Brief break taken.)
THE VIDEOGRAPHER: The time is 10:09 a.m. And we're back on the record.
[redacted]
Q. (BY MR. O'ROURKE) [redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 46

A. Yes.

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 47

[redacted]

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 48

MR. SKOK: Object to the form.

Q. (BY MR. O'ROURKE) What's the difference?

MR. SKOK: Object to the form.

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

Q. So I'm just trying to understand the distinction between the two situations, where in both cases a Steam customer is buying the game and then, in this situation, learning that it's for sale at a lower price, why does it matter if the lower price is on Steam or the lower price is on another online store?

A. Can you repeat the question.

Q. Sure.

What's the distinction between a Steam customer who buys on Steam two days before a sale on Steam, versus the Steam customer who buys on Steam and then learns two days later the same game is for sale at a lower price on a different store?

A. I don't -- I don't think there is a distinction. I think that's -- I don't have an issue with that.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 59

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 60

[redacted]

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

Page 61

[Page fully redacted]

