# EXHIBIT 21

FILED UNDER SEAL AT ECF 182-21