# EXHIBIT 22

FILED UNDER SEAL AT ECF 182-22