# EXHIBIT 23

PUBLIC REDACTED VERSION

(PREVIOUSLY FILED UNDER SEAL AT ECF 182-23)

Message

**From:** DJ Powers
**Sent:** 9/15/2015 3:24:19 PM
**To:** 'Wilkinson, Marc'
**Subject:** RE: New Currencies Coming To Steam (Action Required)

Hey Marc,

Are you still having this issue?

Thanks,

DJ

**From:** Wilkinson, Marc [mailto:
**Sent:** Friday, September 11, 2015 9:47 AM
**To:** DJ Powers
**Subject:** FW: New Currencies Coming To Steam (Action Required)
**Importance:** High

DJ, Getting this error.... (on multiple items)



Message from webpage

⚠ Failed to submit pricing data for 7350 (error undefined: undefined)

OK

**From:** Steam Team
**Sent:** Wednesday, September 09, 2015 2:51 PM
**To:** Wilkinson, Marc <
**Subject:** New Currencies Coming To Steam (Action Required)
**Importance:** High

EXHIBIT 188
Giardino
11/2/2023
Tami Lynn Vondran
CRR, RMR, CCR# 2157

Trouble viewing this message? Click here

## New Currencies Coming To Steam (Action Required)

Starting later this year, Steam will begin supporting local currencies and payment methods for some additional countries. The rollout will occur over Q4 2015 and Q1 2016 for the following currencies:

South Korean Won (KRW)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    VALVE_ANT_0190239

Swiss Franc (CHF)
Indian Rupee (INR)
Chinese Yuan Renminbi (CNY)
Chilean Peso (CLP)
Peruvian Nuevo Sol (PEN)
Columbian Peso (COP)
South African Rand (ZAR)
Taiwan New Dollar (TWD)
Saudi Riyal (SAR)
Hong Kong Dollar (HKD)
United Arab Emirates Dirham (AED)

You can use the bulk pricing tool here to update prices on all of your store packages: https://partner.steamgames.com/pub/bulkpricing/
We recommend updating the prices for all currencies now, even though they won't all be rolling out right away.

Check out the brief FAQ below for more information, and feel free to leave questions or feedback on the Steamworks Developer Forum announcement.


Q: Steam's suggested prices in other currencies don't seem to match up with currency exchange rates. Why not?
Steam's suggested pricing is based on a variety of factors. The prices are not intended to be direct currency conversions based on exchange rates; instead, they're designed to provide customers with fair prices.

Q: Am I required to use Steam's suggested pricing?
No. Valve prices our own games based on the suggested pricing matrix, and we think those prices are generally ideal, but you control your pricing on Steam. You can change any price in any currency as needed. Just make sure that you're not disadvantaging Steam customers.

Q: What happens if I don't set a price in a particular currency?
Steam will automatically hide any purchase option that is missing a price in a supported currency, assuming that currency is live. For instance, if we haven't shipped Hong Kong Dollar yet, customers in Hong Kong will continue to see USD prices. But once we ship HKD, if you haven't submitted an HKD price, customers in Hong Kong will be unable to buy your game.

Q: Why is Valve even doing this? Why not just let everybody transact in USD?
The short version: to serve customers better.
The long version: there's a bunch of friction associated with making purchases in a non-native currency, and we want to reduce that friction so customers can make good decisions and easily buy games they enjoy. Whether it's pricing in local currency so customers can make good value judgments, or supporting the local payment methods so it's easy to fund the Steam wallet, we want customers to have a good experience on our store, and we think that's also a great way to serve our partners. We have a couple years of good data from our first few currency & payment localizations, which makes us confident about the continued expansion.

Q: What about in-game transactions?
There are two options, and more details can be found here:
https://partner.steamgames.com/documentation/MicroTxn
1. Price your micro-transaction items in the new currencies and add support for

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                           VALVE_ANT_0190240

the currency when it is returned from the GetUserInfo API (best user experience)

2. If a currency is not recognized when it returned from GetUserInfo, default it to a known currency (such as USD or EUR) and present the store in the known currency. Steam will automatically convert all InitTxn API calls from the price and currency you set to the user's wallet currency. (The converted price will be calculated from the day's exchange rate so the user will see prices that change from day to day).

We're really excited about giving customers a better experience on Steam, and we believe partners are able to reach an even bigger audience as a result of the currency and payment method improvements. Thanks!

© Valve Corporation. PO Box 1688 Bellevue, WA 98009.
All rights reserved. All trademarks are property of their respective owners in the US and other countries.

Trouble viewing this message? Click here

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY               VALVE_ANT_0190241