# EXHIBIT 24

## FILED UNDER SEAL AT ECF 182-24