# EXHIBIT 35

FILED UNDER SEAL AT ECF 182-35