THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC <br><br> **VALVE CORPORATION'S RESPONSE TO UNOPPOSED MOTION TO KEEP MICROSOFT CORP.'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL** |

Because of Valve's contractual obligation to keep Microsoft's data confidential, Valve's Motion to Seal requests that Exhibits 27 and 48 to the Declaration of Alicia Cobb be kept under seal in their entirety. *See* Dkt. No. 198 at 2, 13–14; Dkt. No. 199 at 4; Dkt. No. 200 at 4–5, 28, 43. Valve defers to Microsoft and does not oppose Microsoft's more limited Motion to Seal, which requests redactions to those Exhibits. Notwithstanding the foregoing, Valve requests that, in addition to redactions proposed by Microsoft, the Court also redact individual email addresses for the reasons stated in Valve's Motion to Seal. *See* Dkt. No. 198 at 2, 15; Dkt. No. 200 at 5. Valve respectfully requests the opportunity to prepare versions of Exhibits 27 and 48 that redact email addresses in addition to the redactions proposed by Microsoft.

I certify that this memorandum contains 140 words, in compliance with the Local Civil Rules.

VALVE CORPORATION'S RESPONSE TO MICROSOFT'S
MOTION TO SEAL – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   DATED this 25th day of March, 2024.

2          CORR CRONIN LLP

3

4          *s/ Blake Marks-Dias*
        Blake Marks-Dias, WSBA No. 28169
        Eric A. Lindberg, WSBA No. 43596

5          1015 Second Avenue, Floor 10
        Seattle, WA 98104

6          (206) 625-8600 Phone
        (206) 625-0900 Fax

7          bmarksdias@corrcronin.com
        elindberg@corrcronin.com

8

9          Kristen Ward Broz (pro hac vice)
        FOX ROTHSCHILD LLP

10         2020 K. St. NW, Ste. 500
        Washington, DC 20006

11         Telephone (202) 794-1220
        Fax (202) 461-3102

12         kbroz@foxrothschild.com

13         Nathan M Buchter (pro hac vice)
        FOX ROTHSCHILD LLP

14         2000 Market Street STE 20TH FL
        Philadelphia, PA 19103

15         Telephone (215) 299-3010
        nbuchter@foxrothschild.com

16         Charles B. Casper (pro hac vice)
        Jessica Rizzo (pro hac vice)

17         Peter Breslauer (pro hac vice)
        Robert E. Day (pro hac vice)

18         MONTGOMERY McCRACKEN WALKER
        & RHOADS LLP

19         1735 Market Street, 21st Floor
        Philadelphia, PA 19103

20         Telephone (215) 772-1500
        ccasper@mmwr.com

21         jrizzo@mmwr.com
        pbreslauer@mmwr.com

22         rday@mmwr.com

23         *Attorneys for Valve Corporation*

24

25

VALVE CORPORATION'S RESPONSE TO MICROSOFT'S
MOTION TO SEAL – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Melinda R. Sullivan*
Melinda R. Sullivan

VALVE CORPORATION'S RESPONSE TO MICROSOFT'S
MOTION TO SEAL – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2023 00001 oc225s28fr