THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE VALVE ANTITRUST LITIGATION

NO. 2:21-CV-00563-JCC

**NOTICE OF APPEARANCE**

**[CLERK'S ACTION REQUIRED]**

TO:   CLERK OF THE COURT:

PLEASE TAKE NOTICE that Beth E. Terrell of Terrell Marshall Law Group hereby appears for Intervenors Jason Brooks and Robert Austin McCuistion and requests that copies of all papers and pleadings, except process, be served on her at Terrell Marshall Law Group PLLC, 936 North 34th Street, Suite 300, Seattle, Washington 98103.

RESPECTFULLY SUBMITTED AND DATED this 1st day of April, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Beth E. Terrell, WSBA #26759
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Blythe H. Chandler, WSBA #43387
   Email: bchandler@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603

NOTICE OF APPEARANCE - 1
CASE NO. 2:21-CV-00563-JCC

| | |
|---|---|
| 1 | John Roberti, *Pro Hac Vice Forthcoming* |
|  | Email: jroberti@cohengresser.com |
| 2 | Derek Jackson, *Pro Hac Vice Forthcoming* |
|  | Email: djackson@cohengresser.com |
| 3 | COHEN & GRESSER LLP |
| 4 | 2001 Pennsylvania Ave, NW, Suite 300 |
|  | Washington, DC 20006 |
| 5 | Telephone: (202) 851-2070 |

Jeffrey H. Zaiger, *Pro Hac Vice Forthcoming*
Email: jzaiger@zaigerllc.com
Judd Linden, *Pro Hac Vice Forthcoming*
Email: jlinden@zaigerllc.com
ZAIGER LLC
2187 Atlantic Street, 9th Floor
Stamford, Connecticut 06902
Telephone: (203) 347-7180

*Attorneys for Intervenors*
*Jason Brooks and Robert Austin McCuistion*

NOTICE OF APPEARANCE - 2
CASE NO. 2:21-CV-00563-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com