THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE VALVE ANTITRUST LITIGATION

NO. 2:21-CV-00563-JCC

**[PROPOSED] ORDER GRANTING INTERVENORS JASON BROOKS AND ROBERT AUSTIN MCCUISTION'S MOTION TO INTERVENE**

THIS MATTER came before the Court on Intervenors Jason Brooks and Robert Austin McCuistion's Motion to Intervene. Prior to ruling the court considered the following:

1.    Intervenors Jason Brooks and Robert Austin McCuistion's Motion to Intervene;

2.    Valve Corporation's Response;

3.    Intervenors Reply;

4.    _____; and

5.    _____.

Based on the foregoing, it is HEREBY ORDERED that Intervenors Jason Brooks and Robert Austin McCuistion's Motion to Intervene is GRANTED.

IT IS SO ORDERED.

Dated: _____          _____
                                     THE HONORABLE JOHN C. COUGHENOUR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Presented by:

2  TERRELL MARSHALL LAW GROUP PLLC

3
   By: /s/Blythe H. Chandler, WSBA #43387
4  Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
5  Blythe H. Chandler, WSBA #43387
6  Email: bchandler@terrellmarshall.com
   936 North 34th Street, Suite 300
7  Seattle, Washington 98103-8869
8  Telephone: (206) 816-6603

9  John Roberti, *Pro Hac Vice Forthcoming*
   Email: jroberti@cohengresser.com
10 Derek Jackson, *Pro Hac Vice Forthcoming*
11 Email: djackson@cohengresser.com
   COHEN & GRESSER LLP
12 2001 Pennsylvania Ave, NW, Suite 300
   Washington, DC 20006
13 Telephone: (202) 851-2070

14
   Jeffrey H. Zaiger, *Pro Hac Vice Forthcoming*
15 Email: jzaiger@zaigerllc.com
   Judd Linden, *Pro Hac Vice Forthcoming*
16 Email: jlinden@zaigerllc.com
17 ZAIGER LLC
   2187 Atlantic Street, 9th Floor
18 Stamford, Connecticut 06902
   Telephone: (203) 347-7180
19

20 *Attorneys for Intervenors Jason Brooks and*
   *Robert Austin McCuistion*
21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING INTERVENORS JASON
BROOKS AND ROBERT AUSTIN MCCUISTION'S MOTION TO
INTERVENE - 2
CASE NO. 2:21-CV-00563-JCC