THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE VALVE ANTITRUST LITIGATION

NO. 2:21-CV-00563-JCC

**[PROPOSED] ORDER GRANTING NON-PARTY APEIROGON GAMES' MOTION TO INTERVENE**

THIS MATTER came before the Court on Non-Party Apeirogon Games' Motion to Intervene. Prior to ruling the court considered the following:

1. Non-Party Apeirogon Games' Motion to Intervene;
2. Valve Corporation's Response;
3. Non-Party Apeirogon Games Reply;
4. _____; and
5. _____.

Based on the foregoing, it is HEREBY ORDERED that Non-Party Apeirogon Games' Motion to Intervene is GRANTED.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE JOHN C. COUGHENOUR

[PROPOSED] ORDER GRANTING NON-PARTY APEIROGON GAMES' MOTION TO INTERVENE - 1
CASE NO. 2:21-CV-00563-JCC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Blythe H. Chandler, WSBA #43387
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Blythe H. Chandler, WSBA #43387
    Email: bchandler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603

*Attorneys for Intervenor Apeirogon Games*

[PROPOSED] ORDER GRANTING NON-PARTY APEIROGON
GAMES' MOTION TO INTERVENE - 2
CASE NO. 2:21-CV-00563-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com