THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE VALVE ANTITRUST LITIGATION

NO. 2:21-CV-00563-JCC

**DECLARATION OF PETER RYAN IN SUPPORT OF INTERVENOR APEIROGON GAMES' OPPOSITION TO VALVE'S MOTION TO SEAL**

I, Peter Ryan, declare as follows:

1. I am over the age of 18 and am competent to make this declaration. I respectfully submit this declaration in support of Intervenor Apeirogon Games' Opposition to Valve's Motion to Seal.

2. I have been the Creative Director at Apeirogon Games for over 9 years.

3. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. Apeirogon Games is an independent video game publisher based in Vancouver, Canada.

5. Apeirogon Games has published two games on Steam— Silhouette: Chapter One (released in 2016) and Beast Mode: Night of the Werewolf Silver Bullet Edition (released in 2017). Apeirogon Games has an additional forthcoming title, L.A.P.D. 2195, which is also to be released on Steam.

DECLARATION OF PETER RYAN IN SUPPORT OF INTERVENOR
APEIROGON GAMES' OPPOSITION TO VALVE'S MOTION TO SEAL - 1
CASE NO. 2:21-CV-00563-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    6.    Apeirogon Games has sold games on the Steam Store from 2016 to the present. For each of those sales, Apeirogon has been required to pay Valve a 30% commission on the revenue from the sale.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at __Vancouver__, __BC__ and DATED this 3rd day of April, 2024.
           [CITY]       [STATE]

By: _____
    Peter Ryan

---

DECLARATION OF PETER RYAN IN SUPPORT OF INTERVENOR
APEIROGON GAMES' OPPOSITION TO VALVE'S MOTION TO SEAL - 2
CASE NO. 2:21-CV-00563-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com