THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**ORDER GRANTING VALVE CORPORATION'S MOTION TO SEAL**<br><br>**(PROPOSED)** |

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Motion to Seal and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Motion to Seal is GRANTED.

(1) The unredacted version of Plaintiffs' Motion for Class Certification and Appointment of Co-Lead Class Counsel, Dkt. No. 181, shall remain under seal;

(2) The unredacted versions of Declaration of Alicia Cobb, Dkt. No. 182, and Exhibits 2, 4, 5, 15-17, 19-20, 23, 25, 33, 36, 42-43, 45, 50-51, 53-55, 57-59, 61, 69, 75, 77, and 79, shall remain under seal; and

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (PROPOSED) – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(3) Exhibits 3, 7-11, 18, 21-22, 24, 26-32, 34-35, 37-41, 44, 46-49, 52, 56, 60, 62-66, 70, and 76 to the Declaration of Alicia Cobb, Dkt. No. 182, shall remain under seal.

IT IS SO ORDERED.

DATED this ____ day of _____, 2024.

_____
HONORABLE JOHN C. COUGHENOUR
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

Kristen Ward Broz (pro hac vice)
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Nathan M Buchter *(pro hac vice)*
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (PROPOSED) – 2

Telephone (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper *(pro hac vice)*
Jessica Rizzo *(pro hac vice)*
Peter Breslauer *(pro hac vice)*
Robert E. Day *(pro hac vice)*
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
jrizzo@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com

*Attorneys for Valve Corporation*

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (PROPOSED) – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900