THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S REPLY IN SUPPORT OF MOTION TO SEAL** |

Blake Marks-Dias states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am one of the attorneys representing Defendant Valve Corporation ("Valve"), and I make this Declaration in support of Valve Corporation's Motion to Seal.

3. Valve provided notice to third parties whose confidential information may be disclosed as a result of Plaintiffs' class certification filing. Several third parties informed Valve that they support Valve's Motion to Seal. None of the third parties that Valve provided notice to informed Valve that they oppose Valve's Motion to seal.

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S REPLY IN SUPPORT OF MOTION TO SEAL – 1
157122869.1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4.    Third-party game developers Hinterland Studio, Inc. and Konami Digital Entertainment Co., Ltd. requested that Valve file sworn declarations in support of Valve's Motion to Seal, due to concern that public disclosure of their sensitive business information would cause them competitive harm. Valve has therefore filed these declarations concurrently with its reply.

5.    Plaintiffs' Appendix 1 extensively misquotes Valve's positions regarding the Cobb Exhibits and redactions to Class Certification briefing that Valve submitted in Dkt. Nos. 200, 200-2, and 200-5. In Appendix 1, Plaintiffs purport to quote Valve's submissions verbatim but instead repeatedly mischaracterize Valve's detailed and comprehensive positions.

6.    As one particularly troubling example, **none** of the 30 rows of purported "quotations" to Valve's positions regarding the Joost Rietveld Report, Cobb Ex. 2 (pages 40–52 of Appendix 1), accurately quote from Dkt. No. 200-5, which lays out Valve's position for each redaction to that report. For example, on page 41 of Appendix 1, Plaintiffs "quote" that Valve's position with respect to pg. 27, paragraph 65 of the Joost Rietveld report is "Valve proprietary business information." However, Dkt. 200-5, which Plaintiffs cite for the quotation, actually reads: "Valve's business, decision-making, and/or operations: Highly confidential communications between Valve and the European Commission ("EC") regarding the gaming industry subject to EC confidentiality regulations, which Valve designated as "Highly Confidential – Attorney's Eyes Only" under the Protective Order when produced in discovery." (Dkt. No. 200-5 at 2).

7.    Beyond those 30 entries, other errors pervade the remainder of Appendix 1. Notably, in numerous places, Plaintiffs misquote Valve's position regarding the class certification brief, misquote Valve's position regarding the exhibits, and incorrectly state which portions of the exhibits Valve seeks to seal.

8.    In Plaintiffs' Opposition to Valve's Motion to Seal, Plaintiffs informed Valve for the first time that Plaintiffs opposed sealing certain exhibits because portions of those exhibits were

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S REPLY IN SUPPORT OF MOTION TO SEAL – 2
157122869.1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

allegedly publicly available. For most of these exhibits, Plaintiffs did not identify where in the public domain this information purportedly exists. Valve has investigated Plaintiffs' new arguments, and withdraws in part its motion to seal portions of Exhibits 45, 54, and 69. Attached to this declaration is a document labeled "Appendix A," which contains Exhibits 45, 54, and 69 with updated proposed redactions.

9. A revised proposed order consistent with these updated redactions is being filed concurrently with Valve's reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of April, 2024 at Seattle, Washington.

*s/ Blake Marks-Dias*
Blake Marks-Dias

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S REPLY IN SUPPORT OF MOTION TO SEAL – 3
157122869.1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024 I caused the foregoing document to be served via ECF on all counsel of record.

*s/ Monica Dawson*
Monica Dawson

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S REPLY IN SUPPORT OF MOTION TO SEAL – 4
157122869.1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900