# APPENDIX A

# EXHIBIT 45
# (REDACTED)

Message

**From:** Ricky Uy [███████████]
**Sent:** 10/1/2015 1:03:53 AM
**To:** Kassidy Gerber [███████████████████]; DJ Powers [████████████████]; Steam SWAT Release [████████████████████]; Steam SWAT Techs [████████████]
**Subject:** RE: ███████████

████████████████████████████████████████

**From:** Kassidy Gerber
**Sent:** Tuesday, September 22, 2015 8:40 AM
**To:** DJ Powers; Steam SWAT Release; Steam SWAT Techs
**Subject:** RE: ███████████

████████████████████████████████████████

**From:** DJ Powers
**Sent:** Tuesday, September 22, 2015 08:14
**To:** Steam SWAT Release [███████████████]; Steam SWAT Techs [█████████████]
**Subject:** ███████████

████████████████████████████████████████



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    VALVE_ANT_0051718

# XCOM 2 

Jump to...    Games > PC Games > PC Games Coming Soon





**PC DVD**

XCOM 2 is the sequel to the 2012 Game of the Year, award-winning strategy game, XCOM: Enemy Unknown.

Earth has changed. Twenty years have passed since world leaders offered an unconditional surrender to alien forces and XCOM, the planet's last line of defense, was left decimated and scattered. Now the aliens rule Earth, building shining cities that promise a brilliant future for humanity on the surface, while concealing a sinister agenda below and eliminating all who dissent from their new order.



Earn up to 240 Reward Points
Got an account? Sign In or Sign Up

RELEASE DATE - 05/02/2016 - PREORDER NOW
**Preorder £29.99**
Add to Basket with Free Delivery
Sold and Fulfilled by GAME.co.uk

Prices in GAME Stores may differ.

Add to Wishlist

---

Games > Strategy > Sci-Fi






Roll over image to zoom in

### XCOM 2 (PC DVD)
by 2K Games
**Platform** : Windows 7, Windows 98, Windows 2000, Windows Me, Windows XP | Rated: Unknown

Price: **£29.99 & FREE Delivery** in the UK. Details
Pre-order Price Guarantee. Learn more.



This item will be released on February 5, 2016.
Pre-order now.
Dispatched from and sold by Amazon. Gift-wrap available.

This item can be delivered to United States  Details
Platform: PC

| PC | PC/Mac Code - Steam |
|---|---|
| £29.99 | £39.99 |

Edition: **Standard**

* XCOM ON THE RUN: Take command of the Avenger, an alien supply craft converted to XCOM's mobile headquarters. Guide your strike force around the world, build popular support and expose the aliens' sinister plans.
* RECRUIT RESISTANCE FIGHTERS: Five soldier classes, each with its own skill tree including new class abilities like Momentum, let you create specific soldiers for your tactical plan
* TACTICAL GUERRILLA COMBAT: New gameplay systems offer more tactical flexibility in

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
VALVE_ANT_0051719

# EXHIBIT 54
# (REDACTED)

**Message**

| | |
|---|---|
| From: | Jan-Peter Ewert ▮ |
| Sent: | 2/5/2015 9:39:44 PM |
| To: | Tom Giardino ▮ |
| CC: | Steam SWAT Release ▮ team SWAT Techs ▮ |
| Subject: | ▮ |

[redacted]

Am 05 Feb 2015 um 21:58 schrieb Tom Giardino ▮

[redacted]

---

**From:** Tom Giardino
**Sent:** Monday, January 05, 2015 3:09 PM
**To:** Steam SWAT Release; Steam SWAT Techs
**Subject:** ▮

[redacted]

EXHIBIT 194
Giardino
11/2/2023
Tami Lynn Vondran
CRR, RMR, CCR# 2157

| Partner | Product | Yen Retail | Yen Steam | Suggested Yen |
|---|---|---|---|---|
| 2k | Civ 5 | ¥6,420 | ¥2,980 | (based on Steam USD) |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                      VALVE_ANT_2768191

| Publisher | Game | Price 1 | Price 2 | |
|---|---|---|---|---|
| 2k | Bioshock Infinite | ¥5,320 | ¥2,980 | |
| 2k | Duke Nukem Forever | ¥4,458 | ¥980 | |
| Activison | Call of Duty AW | ¥6,648 | ¥8,208 | ■ |
| Activision | Call of Duty AW | ¥6,610 | ¥8,208 | |
| Activison | Call of Duty AW | ¥7,360 | ¥8,208 | |
| Activision | Call of Duty BLOPS1 | ¥2,940 | ¥4,104 | ■ |
| Activision | Call of Duty Ghosts | ¥5,696 | ¥8,208 | ■ |
| Bethesda | Elder Scrolls Online | ¥5,690 | ¥6,080 | |
| Bethesda | Elder Scrolls Online | ¥5,680 | ¥6,080 | |
| Bohemia | Arma3 | ¥8,070 | ¥6,080 | |
| Bohemia | Arma2 | ¥6,648 | ¥1,280 | |
| Capcom | Resident Evil 6 | ¥5,340 | ¥2,990 | |
| Capcom | Resident Evil Revelations | ¥4,700 | ¥4,990 | |
| Capcom | Dead Rising 2 | ¥6,648 | n/a | |
| Capcom | Resident Evil 5 | ¥6,648 | n/a | |
| Capcom | Resident Evil: Racoon City | ¥5,029 | n/a | |
| Codemasters | Dirt3 | ¥3,791 | ¥2,480 | |
| Coffee Stain | Sanctum 2 | ¥5,315 | ¥1,480 | |
| Deep Silver | Saints Row IV | ¥4,990 | ¥1,980 | |
| Deep Silver | Dead Island GOTY | ¥2,660 | ¥1,980 | |
| Deep Silver | Homefront | ¥4,267 | ¥1,980 | |
| EA | Dragon Age 2 | ¥4,553 | n/a | |
| EA | Alice: Madness Returns | ¥6,648 | ¥2,000 | |
| Kalypso | Tropico4 | ¥2,648 | ¥1,980 | |
| Konami | PES '14 | ¥4,934 | n/a | |
| Namco | Dark Souls 2 | ¥5,860 | ¥7,429 | ■ |
| Namco | Dark Souls 2 | ¥7,380 | ¥7,429 | |
| Sega | Total War Shogun 2 | ¥4,743 | n/a | |
| Square | Thief | ¥7,430 | ¥5,400 | |
| Square | Dungeon Siege 3 | ¥934 | ¥1,980 | ■ |
| Square | Just Cause 2 LE | ¥4,743 | ¥4,104 | |
| Square | Hitman Absolution | ¥3,800 | ¥4,104 | ■ |
| Square | Murdered: Soul Suspect | ¥7,380 | ¥7,344 | |
| Square | Tomb Raider GOTY | ¥3,800 | ¥2,160 | |
| Ubisoft | Far Cry 3 | ¥6,870 | ¥2,400 | |
| Ubisoft | Splinter Cell Blacklist | ¥7,480 | ¥2,592 | |
| Ubisoft | Anno 2070 | ¥6,646 | ¥1,980 | |
| Ubisoft | Assassin's Creed Revelations | ¥4,743 | ¥1,980 | |
| WB | LEGO Batman | ¥5,030 | ¥1,980 | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY        VALVE_ANT_2768192

# EXHIBIT 69
# (REDACTED)

Message
───────────────────────────────────────────────────────────────

**From:** Gabe Newell [███████████]
**Sent:** 12/1/2018 6:12:21 AM
**To:** Scott Lynch [███████████]
**CC:** Erik Johnson [███████████]
**Subject:** Re: ███████████

[███████████]

On Nov 30, 2018, at 9:55 PM, Scott Lynch [███████████] wrote:

[███████████].

[███████████]

On Nov 30, 2018, at 6:07 PM, Gabe Newell [███████████] wrote:

[███████████]

**From:** Scott Lynch [███████████]
**Sent:** Thursday, November 29, 2018 5:51 PM
**To:** Gabe Newell <[███████████]
**Cc:** Erik Johnson [███████████]
**Subject:** FW: [███████████]

[███████████]

[███████████]

[███████████]

[███████████]

**From:** Nathaniel Blue
**Sent:** Thursday, November 29, 2018 5:46 PM
**To:** Erik Peterson [███████████]; Scott Lynch [███████████]; DJ Powers [███████████]>; Doug Lombardi [███████████]>; Greg Coomer [███████████]>; Sean Vanaman [███████████]>
**Cc:** Liam Lavery [███████████]>; Augusta Butlin [███████████]>; Molly Carroll [███████████]; Tom Giardino [███████████]; Kristian Miller [███████████]; Tom Bui [███████████]; Chris Boyd

Exhibit 0134

&gt;; Erik Johnson ; Ricky Uy
Kassidy Gerber

**Subject:** RE:

---

**From:** Erik Peterson
**Sent:** Thursday, November 29, 2018 5:42 PM
**To:** Scott Lynch ; Nathaniel Blue ; Powers ; Doug Lombardi ; Greg Coomer ; &gt;; Sean Vanaman
**Cc:** Liam Lavery &gt;; Augusta Butlin ; Molly Carroll ; Tom Giardino ; Kristian Miller ; Tom Bui ; Chris Boyd ; Erik Johnson ; Ricky Uy ; Kassidy Gerber
**Subject:** RE:

---

**From:** Scott Lynch
**Sent:** Thursday, November 29, 2018 5:31 PM
**To:** Erik Peterson ; Nathaniel Blue ; DJ Powers ; Doug Lombardi ; Greg Coomer ; Sean Vanaman
**Cc:** Liam Lavery ; Augusta Butlin ; Molly Carroll ; Tom Giardino ; Kristian Miller ; Tom Bui ; Chris Boyd ; Erik Johnson ; Ricky Uy ; Kassidy Gerber
**Subject:** RE:

**New Revenue Share Tiers and other updates to the Steam Distribution Agreement**

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_0415675

Today, we updated the Steam Distribution Agreement with several important changes. Actual Authority members can review all the terms and details with their next login in to Steamworks but we wanted to highlight a few of the changes\additions in this note.

The value of a large network like Steam has many benefits that are contributed to and shared by all the participants. Finding the right balance to reflect those contributions is a tricky but important factor in a well-functioning network. It's always been apparent that successful games and their large audiences have a material impact on those network effects so making sure Steam recognizes and continues to be an attractive platform for those games is an important goal for all participants in the network.

With that in mind, we've created new revenue share tiers for games that hit certain revenue levels. Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M. Revenue includes game packages, DLC, in-game sales, and Community Marketplace game fees. Our hope is this change will reward the positive network effects, and further align big games interests with the interests of Valve and the entire Steam community.

- <!--[if !supportLists]--><![endif]-->We've also made a change to the understanding regarding confidentiality of your sales data. We frequently get questions from partners who want to talk with other developers/third parties or publicly about the sales of their games on Steam. There are lots of good reasons for doing this so we've updated the confidentiality provisions to make it clear that the partner can share sales data about a particular game as they see fit.
- <!--[if !supportLists]--><![endif]-->
- <!--[if !supportLists]--><![endif]-->Other less exciting changes include:
- <!--[if !supportLists]--><![endif]-->
- <!--[if !supportLists]--><![endif]-->-Language to address how customer data is treated under the 2018 European data rules (GDPR)  This doesn't change the fundamental understanding between Steam and game makers about customer data - Valve still keeps the data it collects from customers, and partners still keep the data customers give them.  But this language helps clarify how that relationship maps to the terms of GDPR.
- <!--[if !supportLists]--><![endif]-->-Safety warranties prompted by VR.  We have added some basic safety warranties about games – that they won't cause physical harm, and they won't override Steam safety features like Chaperone.

We're spending a bunch of time and energy adding some new developer tools and features for self-marketing\promotion, improved navigation data, as well as more insight in to metrics on impressions and activity for your games on Steam. We're also continuing the effort to improve and expand access to markets all over the world with new currencies, server\bandwidth infrastructure and payment methods. More to come on that in the future.

The Steam Team

**From:** Erik Peterson
**Sent:** Tuesday, November 27, 2018 5:27 PM
**To:** Nathaniel Blue ███████████████>; Scott Lynch ███████████; DJ Powers ███████████████>; Doug Lombardi ███████████; Greg Coomer ███████████; Sean Vanaman ███████████>
**Cc:** Liam Lavery ███████████; Augusta Butlin ███████████ Molly

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_0415676

Carroll ███  Tom Giardino ███ ; Kristian Miller ███

**Subject:** RE: ███

███

### Additional Revenue Share Tiers for Steam Games

Today, we updated the Steam Distribution Agreement with an important update to revenue share for Steamworks developers. Going forward, we are adding two new tiers to the revenue share structure. This represents an additional revenue share paid to a developer for their game after it reaches a revenue tier:

Additional revenue share tiers:

- Tier 1 – From Oct. 1st 2018 forward, for games that earn over $10 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 75%/25% on earnings beyond $10M.
- Tier 2 - From Oct. 1st 2018, for games that earn over $50 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 80%/20% on earnings beyond $50M.

We continue to spend a lot of time and energy adding developer tools, improved navigation data, new store features, and expanding access to new markets all over the world with new currencies and payment methods. This new revenue share structure is another step we are taking to make Steam a great place for developers to distribute their PC games.

Actual Authority members will be presented with the new update to the Steam Distribution Agreement (SDA) the next time they log in to Steamworks.

- The Steam Team

---

**From:** Erik Peterson
**Sent:** Tuesday, November 27, 2018 4:28 PM
**To:** Nathaniel Blue ███ Scott Lynch ███ ; DJ Powers ███ >; Doug Lombardi ███ Greg Coomer ███ Sean Vanaman ███
**Cc:** Liam Lavery ███ ; Augusta Butlin ███ Molly Carroll ███ Tom Giardino ███ Kristian Miller ███
**Subject:** RE: ███

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                        VALVE_ANT_0415677



**Additional Revenue Share Tiers for Steam Games**

Today, we have some exciting news to share about changes we're making to the way revenue is shared on Steam. Going forward, we are adding two new tiers to the revenue share structure. This represents an additional revenue share paid to a developer for their game after it reaches a revenue tier:

Additional revenue share tiers:
- <!--[if !supportLists]--><![endif]-->Tier 1 – From Oct. 1st 2018 forward, for games that earn over $10 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 75%/25% on earnings beyond $10M.
- <!--[if !supportLists]--><![endif]-->Tier 2 - From Oct. 1st 2018, for games that earn over $50 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 80%/20% on earnings beyond $50M.

The goal of this new revenue share structure is to recognize the biggest games on Steam and the contribution they make to the entire Steam community. Over time, we've learned that all developers, from the smallest indies to the biggest publishers, get a lot of value from the network effects of the biggest and most-played games on Steam. These big games lift everyone up--large titles bring in a wave of new players and all developers on Steam benefit because those players often go on to discover and play other games.

We continue to spend a lot of time and energy adding developer tools, improved navigation data, new store features, and expanding access to new markets all over the world with new currencies and payment methods. We also have some other new features in the works that we'll be talking about soon. This new revenue share structure is another step we are taking to make Steam a great place for developers to distribute their PC games.

Be on the lookout for more details in an update to the Steam Distribution Agreement (SDA) later this month.

- <!--[if !supportLists]--><![endif]-->The Steam Team

**From:** Nathaniel Blue
**Sent:** Tuesday, November 27, 2018 12:54 PM
**To:** Scott Lynch ███████████; DJ Powers ███████████ Doug Lombardi ███████████; Greg Coomer ███████████ Sean Vanaman ███████████
**Cc:** Liam Lavery ███████████; Augusta Butlin ███████████; Erik Peterson ███████████; Molly Carroll ███████████; Tom Giardino ███████████
**Subject:** RE: ███████████

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_0415678

**From:** Scott Lynch
**Sent:** Tuesday, November 27, 2018 12:52 PM
**To:** Nathaniel Blue ▮▮▮▮▮; DJ Powers ▮▮▮▮▮; Doug Lombardi ▮▮▮▮▮; Greg Coomer ▮▮▮▮▮; Sean Vanaman ▮▮▮▮▮
**Cc:** Liam Lavery ▮▮▮▮▮; Augusta Butlin ▮▮▮▮▮; Erik Peterson ▮▮▮▮▮; Molly Carroll ▮▮▮▮▮; Tom Giardino ▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮

▮▮▮▮▮

---

**From:** Nathaniel Blue
**Sent:** Tuesday, November 27, 2018 12:29 PM
**To:** DJ Powers ▮▮▮▮▮; Doug Lombardi ▮▮▮▮▮ Greg Coomer <▮▮▮▮▮ Sean Vanaman <▮▮▮▮▮
**Cc:** Scott Lynch <▮▮▮▮▮ Liam Lavery <▮▮▮▮▮ Augusta Butlin ▮▮▮▮▮ Erik Peterson ▮▮▮▮▮ Molly Carroll ▮▮▮▮▮ Tom Giardino ▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮

▮▮▮▮▮

---

**From:** DJ Powers
**Sent:** Tuesday, November 27, 2018 11:13 AM
**To:** Doug Lombardi ▮▮▮▮▮; Greg Coomer ▮▮▮▮▮>; Sean Vanaman ▮▮▮▮▮; Nathaniel Blue ▮▮▮▮▮
**Cc:** Scott Lynch ▮▮▮▮▮>; Liam Lavery ▮▮▮▮▮ Augusta Butlin ▮▮▮▮▮; Erik Peterson ▮▮▮▮▮ Molly Carroll ▮▮▮▮▮
**Subject:** ▮▮▮▮▮

▮▮▮▮▮

Hi,

We wanted to let you know that we've recently updated the Steam Distribution Agreement (SDA). In this new version of the SDA, we've updated our revenue share terms along with a few other minor changes. The updated SDA terms are described in more detail below.

We ask that you review the updated SDA terms and please sign the new document in the Steam Partner admin <link>.

New Terms:
- <!--[if !supportLists]--><![endif]-->Revenue Share Update – We've added two new tiers to the revenue share structure.
    - <!--[if !supportLists]--><![endif]-->Tier 1 – For applications that earn over $10 million in net revenue, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M.
    - <!--[if !supportLists]--><![endif]-->Tier 2 - For applications that earn over $50 million in net revenue, the revenue share for that application will adjust to 80%/20% on earnings beyond $50M.
- <!--[if !supportLists]--><![endif]-->Other changes?

Thank you,

Steam



**From:** Doug Lombardi
**Sent:** Monday, November 26, 2018 5:19 PM
**To:** Greg Coomer                    ; Sean Vanaman                            ; Nathaniel Blue
**Cc:** Scott Lynch                    ; Liam Lavery                  ; DJ Powers                    ; Augusta Butlin                    ; Erik Peterson                    ; Molly Carroll
**Subject:** RE:



**From:** Doug Lombardi
**Sent:** Monday, November 26, 2018 5:12 PM
**To:** Greg Coomer ▮▮▮; Sean Vanaman ▮▮▮ Nathaniel Blue ▮▮▮
**Cc:** Scott Lynch ▮▮▮>; Liam Lavery ▮▮▮; DJ Powers ▮▮▮>; Augusta Butlin ▮▮▮ Erik Peterson ▮▮▮ Molly Carroll ▮▮▮
**Subject:** ▮▮▮

**From:** Greg Coomer
**Sent:** Monday, November 26, 2018 4:56 PM
**To:** Sean Vanaman ▮▮▮; Nathaniel Blue ▮▮▮
**Cc:** Scott Lynch ▮▮▮>; Liam Lavery ▮▮▮>; DJ Powers ▮▮▮; Augusta Butlin <▮▮▮>; Doug Lombardi ▮▮▮; Erik Peterson ▮▮▮>; Molly Carroll ▮▮▮
**Subject:** RE: ▮▮▮



**From:** Sean Vanaman
**Sent:** Monday, November 26, 2018 4:46 PM
**To:** Nathaniel Blue
**Cc:** Scott Lynch >; Liam Lavery >; DJ Powers >; Augusta Butlin >; Doug Lombardi >; Greg Coomer ; Erik Peterson ; Molly Carroll
**Subject:** Re:

On Nov 26, 2018, at 7:42 PM, Nathaniel Blue > wrote:

**From:** Sean Vanaman
**Sent:** Monday, November 26, 2018 4:31 PM
**To:** Nathaniel Blue
**Cc:** Scott Lynch ; Liam Lavery ; DJ Powers ; Augusta Butlin ; Doug Lombardi ; Greg

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
VALVE_ANT_0415682

Coomer ███████████████; Erik Peterson ████████████████; Molly Carroll ████████████ >
**Subject:** ██████████████████

██████████████████████████████
████████████████████████████████
███████████████████

██████████████████████████████
███████████████████████████████
██████████████████████████████
██████████
████████████████

██████████████████████████████
████████████████████████████████
████████████████████████████████

████████████████████████████████
████████████
████

**From:** Scott Lynch
**Sent:** Monday, November 26, 2018 4:25 PM
**To:** Nathaniel Blue ██████████████████ Liam Lavery ████████████████ DJ Powers ██████████████████; Augusta Butlin ██████████████; Doug Lombardi ████████████████████
**Cc:** Greg Coomer ██████████████; Sean Vanaman █████████████; Erik Peterson ██████████████; Molly Carroll █████████████
**Subject:** RE: ████████████████████



On Nov 26, 2018, at 7:13 PM, Nathaniel Blue ███████████████> wrote:



CONFIDENTIAL - ATTORNEY'S EYES ONLY            VALVE_ANT_0415684