THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**PRAECIPE REGARDING PLAINTIFFS' RESPONSE TO DEFENDANT VALVE CORPORATION'S MOTION TO SEAL** |

To:     The Clerk of the Court

On April 1, 2024, Plaintiffs filed their Response to Valve's Motion to Seal. Given the large number of requests for sealing or redaction at issue in that Motion, that Response attached certain appendices for the Court's ease of reference, including Appendix 1 which itemized Valve's requests for sealing or redaction, Valve's explanations for those requests, and provided Plaintiffs' positions as to each request. *See* Dkts. 210, 211, and 215.

In Valve's Reply filed April 5, 2024 (Dkt. 216 at 5 n.3), Valve asserts: "Appendix 1 is rife with errors that misquote Valve's position in scores of places. Most egregiously, Plaintiffs misquote <u>all</u> of Valve's positions regarding the 30 proposed redactions to Cobb Exhibit 2," the Expert Report of Joost Rietveld. *See also* Dkt. 217 (Marks-Dias Decl.) ¶¶ 5-7.

PRAECIPE
CASE NO. 2:21-cv-00563-JCC

1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

In fact, during the parties' meet-and-confer process leading up to Valve's Motion to Seal, on March 1, 2024, at 7:54 p.m. EST, Valve's counsel at Fox Rothschild emailed Plaintiffs' counsel stating: "Please see attached Valve's proposed redactions (*and position on each in the margin comments*) to Cobb Ex. 2." Plaintiffs' Appendix 1 quoted Valve's positions with respect to Exhibit 2, as Valve provided them to Plaintiffs in the attachment to that email. The substance of Valve's positions as stated in the Schenck Declaration (Dkt. 200) and the relevant attachments (Dkts. 200-4, and 200-5) do not appear to materially differ from the substance of the positions Valve's counsel provided to Plaintiffs as attached to that March 1 email. But because of Valve's (incorrect) suggestion that Plaintiffs "egregiously" "misquoted" Valve's positions, Plaintiffs respectfully request that the Court replace the version of Appendix 1 previously filed at Dkt. 211 with the version attached hereto (filed under seal as a separate docket entry). In this version of Appendix 1, with respect to Valve's position on Exhibit 2 (Joost Report), Plaintiffs have added Valve's positions as reflected in the relevant attachment to the Schenck Declaration (Dkt. 200-5), in addition to the position that Valve previously communicated to Plaintiffs on March 1. In addition, while Valve's counsel did not identify any other specific errors in Appendix 1, Plaintiffs have taken an additional level review to correct any other remaining inadvertent errors.

PRAECIPE
CASE NO. 2:21-cv-00563-JCC

2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

| | | |
|---|---|---|
| Dated: April 9, 2024 | | Respectfully submitted, |

/s/ Alicia Cobb                                      /s/ Stephanie L. Jensen

| | |
|---|---|
| Alicia Cobb, WSBA #48685 | Stephanie L. Jensen, WSBA #42042 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Tyre L. Tindall, WSBA #56357 |
| 1109 First Avenue, Suite 210 | WILSON SONSINI GOODRICH & ROSATI P.C. |
| Seattle, Washington 98101 | 701 Fifth Avenue, Suite 5100 |
| Phone (206) 905-7000 | Seattle, WA 98104-7036 |
| Fax (206) 905-7100 | Phone (206) 883-2500 |
| aliciacobb@quinnemanuel.com | Fax (866) 974-7329 |
| | sjensen@wsgr.com |
| Steig D. Olson (*pro hac vice*) | ttindall@wsgr.com |
| David LeRay (*pro hac vice*) | |
| Nic V. Siebert (*pro hac vice*) | Kenneth R. O'Rourke (*pro hac vice*) |
| Andrew Faisman (*pro hac vice*) | Allison B. Smith (*pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 51 Madison Avenue | 1700 K Street, NW, Suite 500 |
| New York, New York 10010 | Washington, DC 20006 |
| Phone (212) 849-7231 | Phone (202) 973-8800 |
| Fax (212) 849-7100 | Fax (866) 974-7329 |
| steigolson@quinnemanuel.com | korourke@wsgr.com |
| davidleray@quinnemanuel.com | allison.smith@wsgr.com |
| nicolassiebert@quinnemanuel.com | |
| andrewfaisman@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*) |
| | Joseph C. Bourne (*pro hac vice*) |
| Adam Wolfson (*pro hac vice*) | Laura M. Matson (*pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 865 S. Figueroa St., 10th Floor | 100 Washington Avenue S, Suite 2200 |
| Los Angeles, California 90017 | Minneapolis, MN 55401 |
| Phone (213) 443-3285 | Phone (612) 339-6900 |
| Fax (213) 443-3100 | Fax (612) 339-0981 |
| adamwolfson@quinnemanuel.com | wjbruckner@locklaw.com |
| | jcbourne@locklaw.com |
| Charles Stevens (*pro hac vice*) | lmmatson@locklaw.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 50 California St., 22nd Floor | Kyle Pozan (*pro hac vice*) |
| San Francisco, CA 94111 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Phone (415) 875-6600 | 1165 N. Clark Street, Suite 700 |
| Fax (415) 875-6700 | Chicago, IL 60610 |
| charliestevens@quinnemanuel.com | Phone (612) 339-6900 |
| | Fax (612) 339-0981 |
| | kjpozan@locklaw.com |

PRAECIPE
CASE NO. 2:21-cv-00563-JCC

3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

| | | |
|---|---|---|
| 1 | Ankur Kapoor (*pro hac vice*) | *Interim Co-Lead Counsel* |
| 2 | Noah Brecker-Redd *(pro hac vice)* | |
|   | CONSTANTINE CANNON LLP | |
| 3 | 335 Madison Avenue, 9th Floor | |
|   | New York, NY 10017 | |
| 4 | Phone (212) 350-2700 | |
|   | Fax (212) 350-2701 | |
| 5 | akapoor@constantinecannon.com | |
| 6 | nbrecker-redd@constantinecannon.com | |
| 7 | J. Wyatt Fore (*pro hac vic*e) | |
|   | CONSTANTINE CANNON LLP | |
| 8 | 1001 Pennsylvania Ave., NW, Suite 1300N | |
|   | Washington, D.C. 20004 | |
| 9 | Phone (202) 204-4527 | |
|   | Fax (202) 204-3501 | |
| 10 | wfore@constantinecannon.com | |
| 11 | | |
|   | *Interim Co-Lead Counsel* | |
| 12 | | |
| 13 | Kenneth J. Rubin (*pro hac vice*) | |
|   | Timothy B. McGranor (*pro hac vice*) | |
| 14 | Kara M. Mundy (*pro hac vice*) | |
|   | Douglas R. Matthews (*pro hac vice*) | |
| 15 | VORYS, SATER, SEYMOUR AND PEASE LLP | |
|   | 52 East Gay Street | |
| 16 | Columbus, Ohio 43215 | |
|   | Phone (614) 464-6400 | |
| 17 | Fax (614) 719-4796 | |
|   | kjrubin@vorys.com | |
| 18 | tbmcgranor@vorys.com | |
| 19 | kmmundy@vorys.com | |
|   | drmatthews@vorys.com | |
| 20 | | |
|   | Thomas N. McCormick (*pro hac vice*) | |
| 21 | VORYS, SATER, SEYMOUR AND PEASE LLP | |
| 22 | 4675 MacArthur Court, Suite 700 | |
|   | Newport Beach, California 92660 | |
| 23 | Phone (949) 526-7903 | Fax (949) 383-2384 | |
|   | tnmccormick@vorys.com | |
| 24 | | |
|   | *Executive Committee Member* | |
| 25 | | |
| 26 | | |
| 27 | | |

PRAECIPE
CASE NO. 2:21-cv-00563-JCC

4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: April 9, 2024

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

PRAECIPE
CASE NO. 2:21-CV-00563-JCC

5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100