# EXHIBIT F

# EXHIBIT 27
# FILED UNDER SEAL

Message

| | |
|---|---|
| From: | Bryan Chu [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FB6E223A3CDD4C76B97AE072A854CCB1-BRYAN CHU] |
| Sent: | 10/6/2020 10:35:18 PM |
| To: | Chris Bishop (XBOX) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=microsoft.onmicrosoft.com-55760-Chris Bishop]; Matt Piscitello [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0098e505d771458990104233c3b3a9df-Matt Piscit]; Sean Sheffer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7136286e611944e382404910448bf487-Sean-Michae]; William Chen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=microsoft.onmicrosoft.com-55760-williamc60040b33]; Ryan Hjalseth [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=69e523233cf74af1aa2948734676f772-Ryan Hjalse] |
| CC: | Matt McIntire [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=microsoft.onmicrosoft.com-55760-Matt McIntire]; Elizabeth Bolla [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1be27e7401fa4439adfdb83beb10e8b9-Elizabeth B] |
| Subject: | Re: Steam price parity requirement? |

I thought we asked about most favored nation pricing way back when and the answer was no, it was not required.

Get Outlook for iOS

---

**From:** Chris Bishop (XBOX) <█████████████████>
**Sent:** Tuesday, October 6, 2020 2:12:33 PM
**To:** Matt Piscitello <█████████████>; Sean Sheffer █████████████ William Chen █████████ Ryan Hjalseth █████████████
**Cc:** Bryan Chu █████████████ Matt McIntire █████████████ Elizabeth Bolla █████████████
**Subject:** RE: Steam price parity requirement?

█████████

█████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

██████████████████████████████

████████████████████████████████████████████

Thanks,
Chris

---

**From:** Matt Piscitello █████████████>
**Sent:** Tuesday, October 6, 2020 2:07 PM
**To:** Sean Sheffer █████████████; William Chen █████████████ Ryan Hjalseth █████████████>

**Cc:** Chris Bishop (XBOX) ██████████████ >; Bryan Chu ██████████████ >; Matt McIntire ██████████████ >; Elizabeth Bolla ██████████ >
**Subject:** RE: Steam price parity requirement?

██████████

██████████████████████████

██████████████████████████████████████████████
██████ ████████████████████████████████████
██████████████████████

██████████████████████████████

Thanks,

Matt Piscitello
Franchise Management ████████████████ | GT: Piscy

TURN 10   FORZA MOTORSPORT   XBOX GAME STUDIOS

---

**From:** Sean Sheffer ██████████████ >
**Sent:** Tuesday, October 6, 2020 1:58 PM
**To:** Matt Piscitello ██████████████ >; William Chen ██████████████ >
**Cc:** Chris Bishop (XBOX) ██████████████
**Subject:** RE: Steam price parity requirement?

Hi All,

Yes – they absolutely do. ██████████████████████████████
██████████████████████████████████████████████
██████

██████████████████

Its not formally listed in documentation in Steamworks, but always addressed in-person ██████
██████████

██████████████████████████████

██████████████████████████████████████████████
██████████████
██████████████████████████████████████████

Let me know you if you have questions,

Sean

---

**From:** Matt Piscitello ██████████████ >
**Sent:** Tuesday, October 6, 2020 1:52 PM

**To:** William Chen ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   Sean Sheffer ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Cc:** Chris Bishop (XBOX) ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >
**Subject:** RE: Steam price parity requirement?

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Matt Piscitello**
Franchise Management | Turn 10 Studios | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | GT: Piscy

---

**From:** William Chen ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >
**Sent:** Tuesday, October 6, 2020 11:16 AM
**To:** Sean Sheffer ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >
**Cc:** Matt Piscitello ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ; Chris Bishop (XBOX) ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >
**Subject:** Steam price parity requirement?

Hey Sean,

Quick question for you, does Steam require price parity? I thought I remember reading that they require pricing on their stores to be at parity or lower. But can't seem to find where I saw that.

Thanks!

**William Chen** | Franchise Management
Microsoft Corporation | Turn 10 Studios | ▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉ | One Microsoft Way Redmond, WA 98052