# EXHIBIT G

# EXHIBIT 29

# FILED UNDER SEAL

| | |
|---|---|
| Message | |
| **From:** | Tom Giardino |
| **Sent:** | 1/5/2015 4:43:21 PM |
| **To:** | 'Jimmy Kim' ; Greenlight |
| **Cc:** | 고희찬 실장님 ; 임현택 과장님 |
| **Subject:** | RE: [Softnyx] Inquiries regarding Steamworks |

Hey Jimmy!

1. Yes
   No

1. I'm not sure what "servicing" means in this context. You can sell your product on other storefronts, and we even provide free Steam keys to our partners to sell the Steam version on other stores. We do not take any revenue share from non-Steam sales, whether you're selling a Steam key or not. We do ask that the pricing is fair- in other words, you shouldn't sell your product on Steam for $10 and then sell it on another storefront for $5.

   Regarding game servers, we don't offer hosting of game servers at this time.

2. Valve operates and bears the cost of the CDN.

3. You should consult the documentation here for specific instructions on how to integrate with the Steam wallet for microtransactions. You should not offer any payment options in your Steam build other than the Steam Wallet. It looks like the example you cite below is not doing the right thing, we'll follow up with them separately.

   Regarding DLC and microtransactions, you can use both or neither. DLC on the storefront can only be purchased once per customer, whereas microtransactions can be repeated, so most partners use DLC for F2P games sparingly, if at all.

   Thanks very much. If you have any follow up questions, please consult the documentation and/or the Steamworks dev forums.
   https://partner.steamgames.com/home/steamworks
   http://steamcommunity.com/groups/steamworks

   Tom

---

**From:** Jimmy Kim
**Sent:** Sunday, January 04, 2015 10:55 PM
**To:** Greenlight
**Cc:** 고희찬 실장님; 임현택 과장님
**Subject:** [Softnyx] Inquiries regarding Steamworks

Dear Greenlight team,

This is Jimmy Kim from Softnyx.

I'm writing this to inquire regarding Steamworks.
Please check below and get feedback to us soon.


EXHIBIT 304
Kroll
11/16/2023
Carla Wallat, CRR, RPR
WA CCR #2578 OR CSR #16-0443

■ Contract terms

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                          VALVE_ANT_0116440

1. I saw SDA that we signed on 10 June,2014.
   - <u>Should we follow all the terms on the agreement?</u>
   - <u>Is it possible to modify some part, especially revenue share?</u>

■ Technical part

1. Server
   : It seems that some titles are servicing via Steam only, but others are servicing via both Steam and developer's own platform.
   - <u>Above of them, can we choose what method we will use?</u>
   - <u>Is the share rate of revenue different between them?</u>

2. CDN
   - <u>Which side will operate and cost for CDN? (Steam or Developer)</u>

3. Payment
   : Our title is MMORPG game and we are planning to service it as Free to play.(micro transaction)
   - <u>Should we use steam billing page like below for in-game purchase?</u>



: I saw that some title applied both in-game purchase and DLC(steam).
   - <u>Can we choose one or none of them?</u>

Look forward to hearing from you soon.

Thank you.
Jimmy

**Jimmy Kim / 김진민 / 金鎭珉**
Manager / NTD Dept. / <u>Softnyx Co., Ltd.</u>
9&10th F., GBC Bldg., 165, Gasan digital 1-ro, Geumcheon-gu, Seoul 153-803, Korea
Office : ██████████ / C.P : ██████████ / Skype : ██████████

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                        VALVE_ANT_0116441