# EXHIBIT H

# EXHIBIT 33

# FILED UNDER SEAL

ATTORNEYS' EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF WASHINGTON

3                        AT SEATTLE

4    _____

5

     IN RE:                          )

6                                    ) Case No.

     VALVE ANTITRUST LITIGATION      ) 2:21-cv-00563-JCC

7                                    )

8    _____

9    VIDEOTAPED 30(B)(6) DEPOSITION UPON ORAL EXAMINATION OF

10                    VALVE CORPORATION

11                       DJ POWERS

     _____

12

13                      9:00 A.M.

14                 SEPTEMBER 29, 2023

15                    WILSON SONSINI

16                   701 FIFTH AVENUE

17                     SUITE 5100

18                 SEATTLE, WASHINGTON

19

20    (CONTAINS CONFIDENTIAL TESTIMONY SUBJECT TO PROTECTIVE

21            ORDER FOR ATTORNEYS' EYES ONLY)

22

23

24

25   REPORTED BY: JUDY BONICELLI, RPR, CCR 2322, CA 9091

ATTORNEYS' EYES ONLY

Page 35

1   publishers, does Valve look at where -- at what price
2   the game is being sold in other stores?
3        A.  No.
4        Q.  It does not?
5        A.  No.
6        Q.  Okay.  With respect to the refund policy, is
7   there a time limit on how long someone is allowed to
8   play the game before they're not allowed a refund any
9   more?
10       A.  Yes.
11       Q.  What's that time limit?
12       A.  Two hours.
13       Q.  So if they purchase a game and they don't play
14  the game, is there a time limit before they can get a
15  refund?
16       A.  If they purchase the game and don't play the
17  game?  Yes, there's two weeks.
18       Q.  Two weeks.  Okay.  So it's pretty common for
19  people on Steam to have a library of games that they
20  might have purchased but not necessarily played; is
21  that right?
22       A.  Yeah.
23       Q.  So they either have a limit of playing it for
24  two hours as recorded by Steam itself; is that right?
25       A.  Yes.

1      Q.   Or the alternative is two weeks of time that
2  they have had it in their library?
3      A.   Yes.
4      Q.   And am I correct that Valve's policy is that
5  publishers can offer discounts elsewhere for games but
6  then have to run a similar discount in roughly the same
7  timeframe on Steam?
8      A.   Yeah, our policy is not exactly that.  Our
9  policy -- well, I don't know if you have the -- it's
10  written down in the Steam key documentation.  If you
11  have it, I can read it to you.
12      Q.   But is that generally your understanding, that
13  if someone runs -- if a publisher runs a discount on
14  their game on a different store, that roughly the same
15  discount in roughly the same time period has to be run
16  on Steam itself?
17      A.   I'd like to be as specific as possible since
18  it's important.  So if you have the Steam key
19  documentation, I could read it back to you.
20      Q.   Well, I'm actually trying to understand about
21  Valve's actual practices.
22      A.   Okay.
23      Q.   And my question is, is it Valve's practice of
24  telling publishers or discussing with publishers that
25  if they run a discount on other stores or elsewhere,

ATTORNEYS' EYES ONLY

Page 37

```
 1   that they need to run roughly the same discount in
 2   roughly the same time period on Steam?
 3        A.  Our policy is that we would like publishers to
 4   offer customers a fair deal, a similar deal to other
 5   platforms.  I'd love to have the exact words to read to
 6   you, but.
 7        Q.  We'll go through several documents today.
 8        A.  Great.
 9        Q.  But a "fair deal," let's talk about what you
10   mean by that.
11        A.  Sure.
12        Q.  What is a fair deal when you use that
13   terminology here?
14        A.  It's offering customers the same value.  A
15   product for the same price, same value as other
16   platforms.  Similar price, similar value.
17        Q.  Do you think that Steam offers -- as a
18   platform, offers unique value to users, to gamers?
19        A.  Yeah.
20        Q.  So unique benefits to the Steam platform in
21   your personal view?
22        A.  To the platform, yes.
23        Q.  Are there reasons why Steam users might be
24   willing to pay a higher price on Steam for the same
25   game?
```

1          A.   Not really.

2          Q.   Now, when it comes to pricing of games on

3     Steam, Valve actually insists that publishers price the

4     game roughly the same on Steam and elsewhere,

5     regardless of whether they're selling Steam key

6     versions of the game; is that right?

7          A.   Can you say that again?

8          Q.   Yes.  When it comes to pricing of games on

9     Steam, Valve actually requires publishers to price

10    their game the same across different types of stores or

11    platforms, regardless of whether they're selling Steam

12    keys -- Steam key versions on other stores?

13         A.   No.

14                   (Exhibit 55 marked for identification.)

15    BY MR. WOLFSON:

16         Q.   All right.  Mr. Powers, you've been handed

17    what's been marked as Exhibit 55, and this bears Bates

18    Valve_ANT_0598921 and continues through 8925.  I'm

19    actually going to ask you various things about this

20    email, so feel free to take a read-through.

21         A.   Okay.

22         Q.   So you've read the email chain?

23         A.   Yes.

24         Q.   Okay, was this one of the emails that you

25    reviewed in preparation for your testimony today?

                                                    Page 39

 1        A.   No.

 2        Q.   Now, to level set here, this refers to Humble

 3   Bundle, and I don't know if you testified about this

 4   yesterday, but to your understanding, what is Humble

 5   Bundle when it comes to PC games?

 6        A.   Humble Bundle is a company that offers PC

 7   games bundled up so you can buy ten games at once.

 8        Q.   And often what happens with Humble Bundle is

 9   that they will have different pricing levels.  You pay

10   what you want.  Is that fair?

11        A.   They've had various ways of selling bundles,

12   but yeah, that is one.

13        Q.   Okay.  And when there is a model or an offer

14   for Humble Bundle, you pay a certain amount.  If it's

15   above average for that sale, you can get more games or

16   more benefits from the sale; is that right?

17        A.   That's one of the models they use, yeah.

18        Q.   And in other models that they've used, they'll

19   just sell a bundle of games for a set price; is that

20   right?

21        A.   Yes.

22        Q.   Now, sometimes they'll do it for, say, for

23   example, charity events to raise money for charities;

24   is that right?

25        A.   I don't know.  I think part of their business

```
 1    model is to send money to charities, but I don't know
 2    the details.
 3        Q.   Okay.  Now, here, what's happening is
 4    Mr. Giardino is explaining -- well, is explaining
 5    Valve's policies to a company called ████ that is
 6    trying to sell its game both on Steam and in Humble
 7    Bundle, right?
 8        A.   Yes.
 9        Q.   Okay.  And what happened is they, based on
10    this email chain, is that he was refusing to grant
11    Steam keys to this company because, according to him,
12    the game was being sold for less as part of the Humble
13    Bundle than on Steam.  Is that your understanding?
14        A.   Yes.
15        Q.   Now, I asked you before that if the company
16    was selling a game for less, even if it was not using
17    Steam keys for that, it's Valve's policy to disallow
18    that company from selling on Steam if they sold it for
19    less elsewhere, and your testimony was no, that's not
20    Valve's policy.  Do you recall that?
21        A.   Yes.
22        Q.   Now, if you look at page 923.  It's the, I
23    want to say, third page in the email chain.
24        A.   Yep.
25        Q.   An email from Mr. Giardino, Monday, May 22nd,
```

ATTORNEYS' EYES ONLY

Page 55

1        A.  I would assume.

2        Q.  Okay.  And Uplay was also a platform?

3        A.  Uplay is a platform.

4        Q.  And a platform kind of like Steam where you

5    can keep libraries of games, keep track of

6    achievements, et cetera?

7        A.  Yes.

8        Q.  Okay.  And so here he also mentions Uplay

9    keys, right?

10       A.  Yes.

11       Q.  So your understanding is that's also similar

12    to Steam keys but for the Uplay platform?

13       A.  Yeah, I would assume so.

ATTORNEYS' EYES ONLY

Page 56



ATTORNEYS' EYES ONLY

**Page  57**



ATTORNEYS' EYES ONLY

**Page  58**

ATTORNEYS' EYES ONLY

**Page 59**

                                                    Page 62

1       A.   No.

2       Q.   Great, thank you.

3            Now, are you -- when Valve makes Steam key

4    sales or when a customer purchases a game with Steam

5    key, what sort of information is Valve able to obtain

6    from that purchase or activation?

7                 MR. CASPER:  I object to the question as

8    being beyond the scope of the designation.  We have

9    designated another witness for Steam keys, not

10   Mr. Powers.

11   BY MR. WOLFSON:

12      Q.   Okay, do you know in your personal capacity?

13                MR. CASPER:  His personal deposition was

14   yesterday, not today.  That's over.  So he's here to

15   testify on 30(b)(6) issues today, and that's not one of

16   them.

17                MR. WOLFSON:  Well, I think this is

18   relevant to one of his topics, and I can be even more

19   specific.

20   BY MR. WOLFSON:

21      Q.   Does Valve monitor data collected from the

22   Steam key process to monitor the prices at which

23   publishers are selling games on other stores?

24      A.   I'm not sure I understand the question you're

25   asking.

ATTORNEYS' EYES ONLY

Page 63

1       Q.  When determining whether a publisher is

2   selling a game for less elsewhere than it sells on

3   Steam, does Valve use data that it collects from Steam

4   key activations?

5       A.  No.

6       Q.  Okay.  Does Valve help justify its policies

7   with respect to parity by using data collected from

8   Steam keys?

9               MR. CASPER:  I object to the form of the

10  question.

11              THE WITNESS:  What kind of parity are

12  you talking about?

13  BY MR. WOLFSON:

14      Q.  Content, price.

15      A.  We don't have a price parity policy.

16      Q.  Do you have a content parity policy?

17      A.  In the SDA, yes.

18      Q.  And do you have a policy that if someone sells

19  a product for less elsewhere that Valve will often not

20  promote the game or stop selling them altogether?

21      A.  The policy is that we ask for a fair deal for

22  customers on other platforms.  Or on Steam, relative to

23  games.

24      Q.  What about a practice?  Let's not go with the

25  official term "policy," but is there a practice at

ATTORNEYS' EYES ONLY

Page 64

```
 1   Valve of often opting not to promote games or stop
 2   selling them altogether if they're sold for less
 3   elsewhere?
 4        A.   In the rare occurrences where we're made aware
 5   that the game is being sold on another platform for a
 6   lower price, our practice is to have a conversation
 7   with the publisher.
 8        Q.   And to literally opt not to promote the game
 9   or to stop selling it altogether?
10             MR. CASPER:  Object to the form of the
11   question.
12             THE WITNESS:  Our practice is to have a
13   conversation with the developer.
14   BY MR. WOLFSON:
15        Q.   And use the threat of not promoting them or
16   stop selling it altogether to get them to either raise
17   the price elsewhere or lower the price on Steam, right?
18        A.   Our practice is to have a conversation with
19   the developer to understand why the price is lower
20   elsewhere and see if we can figure out a way to get
21   Steam's price to a similar price that it is on other
22   platforms.
23        Q.   And if they refuse to lower the Steam price?
24        A.   If we get to a situation -- again, this is
25   rare.  If we get to a situation where a partner is
```

ATTORNEYS' EYES ONLY

Page 65

1    telling us that the price needs to be lower on other

2    platforms than it is on Steam, then we will typically

3    choose not to run curated marketing during times where

4    that game is being discounted, if that is where the

5    price is lower, or around a launch if it's a around --

6    if it's a price at launch time.

7        Q.  And you said the "rare instance."  The reason

8    that's rare is because usually what happens is the

9    publisher gets in line, right?

10       A.  No, it's rare because we have tens of

11   thousands of games on Steam.  Publishers set their own

12   prices on Steam.  We just don't run into the issue very

13   often.

14       Q.  But it happens often enough that there are

15   folks within Steam -- including Mr. Peterson,

16   Mr. Giardino, Ms. Carroll -- who do deal with that and

17   have these conversations, as you've termed it, with the

18   publishers.

19       A.  When it comes up we have a conversation with

20   the developer, yeah.

21       Q.  And this is not only for small companies but

22   some of the biggest companies that make video games,

23   right?

24       A.  We treat all partners equally so if we come

25   across this problem where there is a customer

ATTORNEYS' EYES ONLY

Page 66

1    disadvantage on Steam, then we're going to have a

2    conversation with the partner.

3        Q.  Okay.  And just to make sure I'm

4    understanding, Valve often opts not to promote a game

5    or to stop selling it altogether if they're being sold

6    elsewhere for a lower price, right?

7        A.  Again, in the rare instance where we

8    actually -- we have that conversation I'm describing,

9    so the cadence of events is we are made aware of a

10   situation where a price is lower elsewhere.  In a

11   significant way, not real close.  We have a partner

12   conversation, try to understand the issue, try to see

13   if we can figure out a way to get Steam to a price that

14   is similar to those other platforms.

15            If that conversation ends up in a place, which

16   is even rarer still, but where the partner says that

17   the price needs to be lower on these other platforms,

18   for whatever their reasons are, our next step is

19   typically not to run curated marketing because we don't

20   want to lead customers into a bad decision.

21       Q.  But Valve will literally tell developers, "If

22   you don't get in line, we will not promote your game,"

23   or remove you altogether from Steam?

24       A.  That is not our normal practice.

25       Q.  Normal practice?  How did you determine what

ATTORNEYS' EYES ONLY

```
                                      Page 67

 1    is your normal practice?

 2         A.   The way I interact with my partners and the

 3    way most Steam employees interact with their partners

 4    that I've -- any conversation that I've been a part of

 5    or most conversations I've been a part of, that is not

 6    the case.  You've shown me an email where words like

 7    that have been said, so that's why I clarified.

 8         Q.   I've shown you multiple emails where words

 9    like that have been said, right?

10         A.   I have three.

11                   (Reporter clarification.)

12                   MR. CASPER:  I don't believe there is a

13    question pending.

14    BY MR. WOLFSON:

15         Q.   And yesterday you -- in your personal

16    deposition, you were also shown multiple emails where

17    words like that were used, right?

18                   MR. CASPER:  Object to the form of the

19    question.

20                   THE WITNESS:  Yeah, I don't recall how

21    many emails I saw yesterday.

22    BY MR. WOLFSON:

23         Q.   Multiple emails where you, yourself, were one

24    of the authors or recipients of emails telling

25    customers -- I'm sorry, partners about the requirements
```

Page 68

1   of pricing on Steam versus elsewhere, right?

2       A.   Emails having conversations about a price that

3   is lower elsewhere and trying to understand why that's

4   the case.

5       Q.   Okay.  And part of these conversations is

6   saying, hey, we're not going to offer you curated

7   promotions if you keep doing that, right?

8       A.   Part of our approach, if we get to a situation

9   where we can't have pricing that is fair for Steam

10  customers is not to amplify marketing with curated

11  markets.

12      Q.   But these conversations, as you know, also

13  involve the threat not to keep the game on the Steam

14  store at all; is that right?

15      A.   That is not our typical process.

16      Q.   All right.

17               (Exhibit 57 marked for identification.)

18  BY MR. WOLFSON:

19      Q.   Mr. Powers, I've handed you a document

20  bearing Bates -- it's marked Exhibit 57, bearing Bates

21  Valve_ANT_0605087 extending through 5089.  Feel free to

22  take a review if you want.

23      A.   Okay.

24      Q.   Okay.  So top level email on this,

25  Mr. Giardino says to a publisher, ███████████████

ATTORNEYS' EYES ONLY

**Page  69**



ATTORNEYS' EYES ONLY

**Page 70**

