# EXHIBIT I

# EXHIBIT 36

# FILED UNDER SEAL

| | |
|---|---|
| **Message** | |
| From: | Kassidy Gerber |
| Sent: | 10/9/2017 9:44:33 PM |
| To: | Kebodeaux, Kevin |
| CC: | Edwards, Garry; Downing, Katherin; Haddad, David; Adam Klaff; Kristian Miller |
| Subject: | Re: Middle-earth: Shadow of War |

Dialing now.

On Mon, Oct 9, 2017 at 2:39 PM -0700, "Kebodeaux, Kevin" wrote:

> Thanks!
>
> Code

> On Oct 9, 2017, at 2:32 PM, Kassidy Gerber wrote:
>
>> Sounds good – do you have a bridge you'd like us to dial in to?
>>
>> **From:** Kebodeaux, Kevin
>> **Sent:** Monday, October 9, 2017 2:31 PM
>> **To:** Kassidy Gerber
>> **Cc:** Edwards, Garry; Downing, Katherin; Haddad, David; Adam Klaff; Kristian Miller
>> **Subject:** Re: Middle-earth: Shadow of War
>>
>> Thanks - what's the best number to reach you guys at? We will call in 15 minutes if that's ok - I need a few minutes to find David.
>>
>> Kevin
>>
>>> On Oct 9, 2017, at 2:27 PM, Kassidy Gerber wrote:
>>>
>>> Hi Kevin –
>>>
>>> We're available for a call now if that works for you.
>>>
>>> **From:** Kebodeaux, Kevin
>>> **Sent:** Monday, October 9, 2017 2:19 PM
>>> **To:** Edwards, Garry; Kassidy Gerber; Downing, Katherin; Haddad, David
>>> **Cc:** Adam Klaff; Kristian Miller
>>> **Subject:** RE: Middle-earth: Shadow of War

**EXHIBIT 107**
Gerber
10/5/2023

Tami Lynn Vondran
CRR, RMR, CCR# 2157

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          VALVE_ANT_2565882

Hi Kassidy

This is obviously disappointing to hear but we understand the severity of the issue and also the timing. Given the timing is so tight we'd like to initiate a call at your convenience as fast as possible.

David will make himself available for this call as well.

Please let us know what time works.

Thanks,

Kevin

---

**From:** Edwards, Garry
**Sent:** Monday, October 09, 2017 11:38 AM
**To:** Kassidy Gerber ; Downing, Katherin ; Haddad, David ; Kebodeaux, Kevin
**Cc:** Adam Klaff ; Kristian Miller
**Subject:** Re: Middle-earth: Shadow of War

+ Kevin

---

**From:** Kassidy Gerber
**Date:** Monday, October 9, 2017 at 11:30 AM
**To:** Garry Edwards , "Downing, Katherin" , "Haddad, David"
**Cc:** Adam Klaff , Kristian Miller
**Subject:** Middle-earth: Shadow of War



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    VALVE_ANT_2565884