# EXHIBIT J

# EXHIBIT 42

# FILED UNDER SEAL

**Message**

**From:** Tom Giardino
**Sent:** 5/12/2014 8:43:35 PM
**To:** 'justin guest'
**Subject:** RE: Paragon - Steam release

Hey Justin, looks like you guys still haven't released. I wanted to make sure you had a handle on things and you weren't waiting on us to do anything else. Cheers,

Tom

https://partner.steamgames.com/apps/landing/291250

> **From:** justin guest
> **Sent:** Saturday, May 10, 2014 4:07 AM
> **To:** Tom Giardino
> **Subject:** Re: Paragon - Steam release
>
> Hi Tom,
>
> No worries, these things happen. Thanks for all your help,
>
> Best regards,
>
> Justin
>
> On Sat, May 10, 2014 at 1:34 AM, Tom Giardino wrote:
> Justin, very sorry- I went home sick and the guy I cc'd (eric strand) got left off of this email.
>
> I saw your message on my phone and jumped on- your're reviewed and ready!
>
> Tom
>
> https://partner.steamgames.com/apps/landing/291250
>
> > **From:** justin guest
> > **Sent:** Friday, May 09, 2014 4:01 PM
> >
> > **To:** Tom Giardino
> > **Subject:** Re: Paragon - Steam release
> >
> > Hi Tom,
> >
> > Sorry to bother you but I just wanted to double-check if there's something more we need to do on our end, as the status on paragon is still showing as "for review" with no sign of the release button as yet.
> >
> > Best regards,
> >
> > Justin

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                      VALVE_ANT_1207052

On Fri, May 9, 2014 at 9:36 PM, justin guest <span style="background:black">█████████████</span> wrote:

Hi Tom,

That's tremendous, thanks for your help!

Best regards,

Justin

On Fri, May 9, 2014 at 8:10 PM, Tom Giardino <span style="background:black">█████████████</span> wrote:

Great, thanks Justin! I am approving your prices and your rlease request. You'll be able to publish the game at-will whenever you want, just do it before end of business hours (5pm Pacific Time). Learn more about releasing your own game here (note that you'll need to be logged in to see this page from the Steamworks dev forums)

http://steamcommunity.com/groups/steamworks#announcements/detail/1497755421201771523

Tom

**From:** justin guest <span style="background:black">█████████████</span>
**Sent:** Friday, May 09, 2014 12:07 PM
**To:** Tom Giardino
**Subject:** Re: Paragon - Steam release

Hi Tom,

Thanks for the heads up; Paragon's price on other digital retailers has now been updated accordingly so hopefully we're ready to go!

Best regards,

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                                              VALVE_ANT_1207053

Justin Guest

Meteoric Games

On Fri, May 9, 2014 at 7:05 PM, Tom Giardino <span style="background-color:black">                            </span> wrote:

Hey guys! Looks like Paragon is almost ready for release. One quick note- it looks like the game sells online for about 7 bucks already, but the price you requested on Steam is $14. We try to offer our customers the best possible prices, so we avoid selling at a disadvantage like that. Once the price on Steam matches the price elsewhere, we'll be ready to release the game! Cheers and let me know if you have questions,

Tom Giardino ■ Valve Corporation

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                                                                  VALVE_ANT_1207054