# EXHIBIT K

# EXHIBIT 47

# FILED UNDER SEAL

**Message**

**From:** Tom Giardino
**Sent:** 5/1/2020 7:46:34 PM
**To:** Romulo Bittencourt
**Subject:** Re: Doubt

Generally we think about the mobile market as a little bit different from PC, but it aslo depends on what you're offering. You may wish to use a different business model or content strategy between the two places.

---

**From:** Romulo Bittencourt
**Sent:** Friday, May 1, 2020 12:16:55 PM
**To:** Tom Giardino
**Subject:** Re: Doubt

Perfect. We are learning and for us there is no problem to work with steam and follow your orientation.

We have a last doubt. we know cellphones like android people are more casual gamers. For Android we can sell the game for a lower price? Just for Android.
In the other we are configuring with the same price of steam.

we have This doubt because people with cellphones many times are more casual games.
ir is Just a doubt.

thanks in advance


Em sexta-feira, 1 de maio de 2020, Tom Giardino escreveu:

> Hey Romulo,
>
> You're free to price however you want, but we always wish to provide our customers with a fair deal and the best possible price. So, if you wanted to disadvantage Steam customers by charging them a higher price, we would opt to not sell your game on our store. We want to make sure Steam users aren't getting a worse deal.

---

**From:** Romulo Bittencourt
**Sent:** Friday, May 1, 2020 9:55:45 AM
**To:** Tom Giardino
**Subject:** Doubt

We are a tiny company and we are working hard to make our best and we have a doubt:

When we publish a game with steam and we put the game to sell in other stores too the game must have same price or less ? Is possible to put a lower price ?

We are asking this to avoid problems and make every correct with steam.

Thanks in advance.



EXHIBIT 191
Giardino
11/2/2023
Tami Lynn Vondran
CRR, RMR, CCR# 2157