# EXHIBIT L

# EXHIBIT 48

# FILED UNDER SEAL

Message
_____

| | |
|---|---|
| **From:** | Sean Sheffer ███████████████████ |
| **Sent:** | 9/18/2020 6:35:55 PM |
| **To:** | Dan Casey ██ ████ ██████████ kassidy ████████████████ |
| **CC:** | tomg ██ ████████████████ Matt Chang (GAMES) ██████ ██████████ Bill French (Hanson Consulting Group) ████████████ Lori Ada Kilty ████████████ Carlos White ████████████ |
| **Subject:** | Re: Sea of Thieves sale on Steam |

_____

Hi Kassidy,

- ████████████████████████████████████████████████ -

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████

Thank you for bringing this to our attention,

Sean

·····························································································································································

**From:** Dan Casey ████████████████████
**Sent:** Friday, September 18, 2020, 11:09 AM
**To:** kassidy; Sean Sheffer
**Cc:** tomg
**Subject:** RE: Sea of Thieves sale on Steam


Thanks for the heads up here, Kassidy. Yes, I was unaware.

Dan

_____

**From:** Kassidy Gerber ████████████████████
**Sent:** Friday, September 18, 2020 11:01 AM
**To:** Dan Casey ████████████████████ Sean Sheffer < ██████████████████
**Cc:** tomg ████████████
**Subject:** [EXTERNAL] FW: Sea of Thieves sale on Steam

**Exhibit
0060**

Hi Dan & Sean –

Just wanted to bring this to your attention in case it comes up internally.  We were very excited to run the first discount on Sea of Thieves this weekend during the Steam Pirate sale, and were featuring it at the top of the Pirate Sale page. ████████████████████████████████████████████ .- ████████████████████████
██████ .- ████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                        VALVE_ANT_1193127

████████████████████████████████████ ▃▃ ██████████████████████████████████████████

██████████████ I hope the SoT teams understands our position – but happy to chat about it further if you'd like.

**From:** Kassidy Gerber
**Sent:** Friday, September 18, 2020 10:51 AM
**To:** 'Simon Prodger' <██████████████████ Tom Giardino ████████████████████
**Cc:** Adam Park ████████████████
**Subject:** RE: Sea of Thieves sale on Steam

Hi  Simon –

████████████████████████████████████████████████████████████████████████████ ▃▃
████████████████████████████████████████████████████████████████████████
██████████████████████████

████████████████████████████████████ ▃▃ ██████████████████████████████████████████
██████████████████████████

████████████████████████████████████████████████████████████████████████████████

As always, we're happy to jump on a call to discuss.

**From:** Simon Prodger ██████████████████████████ >
**Sent:** Friday, September 18, 2020 8:10 AM
**To:** Kassidy Gerber <██████████████ >; Tom Giardino ████████████████████
**Cc:** Adam Park ████████████████
**Subject:** RE: Sea of Thieves sale on Steam

HI Kassidy,

Thanks for the note.

████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████
████████████████████ ▃▃ ████████████████████ ▃▃ ██████████████████████████████████
██████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

I hope that makes sense. I'm happy to jump on a call to discuss if you want to talk about it or have any questions. Similarly, happy to take you through our sales promotions plans for the rest of the year for full transparency.

Thanks again for the continued support, everyone at Rare appreciates it.

All the best,
Simon

**From:** Kassidy Gerber █████████████████████
**Sent:** 17 September 2020 23:59
**To:** Simon Prodger ◄███████████████████  tomg ◄███████████████
**Cc:** Adam Park █████████████████
**Subject:** [EXTERNAL] RE: Sea of Thieves sale on Steam

Hi Simon –

████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
█████████████████████████████████

**From:** Kassidy Gerber
**Sent:** Thursday, September 17, 2020 12:52 PM
**To:** 'Simon Prodger' ◄████████████████  Tom Giardino ███████████████████████
**Cc:** Adam Park ◄███████████████████
**Subject:** RE: Sea of Thieves sale on Steam

More good news!  We just elevated Sea of Thieves to the daily deal spot:



**From:** Simon Prodger <span style="background:black">████████████████████</span> >
**Sent:** Thursday, September 17, 2020 1:19 AM
**To:** Kassidy Gerber <span style="background:black">███████████████</span> >; Tom Giardino <span style="background:black">████████████████</span>
**Cc:** Adam Park <<span style="background:black">████████████</span>
**Subject:** RE: Sea of Thieves sale on Steam

That's great news, thanks Kassidy!

**From:** Kassidy Gerber <<span style="background:black">███████████████████</span>
**Sent:** 17 September 2020 00:09

VALVE_ANT_1193130

**To:** Simon Prodger < ████████████████ █>; tomg < ████████████████ >
**Cc:** Adam Park < ████████████ >
**Subject:** [EXTERNAL] RE: Sea of Thieves sale on Steam

Thanks Simon!!! We plan to feature you at the top of the sales page!!!

---

**From:** Simon Prodger < ████████████████████ >
**Sent:** Wednesday, September 16, 2020 7:51 AM
**To:** Kassidy Gerber < ████████ ██ >          Tom Giardino < ████████████████ >
**Cc:** Adam Park < ████████████████ >
**Subject:** RE: Sea of Thieves sale on Steam

Hi Kassidy,

Just an FYI, but this should all be set up now. Let me know if there's anything missing from your side or we can help with anything.

Thanks
Simon

---

**From:** Simon Prodger
**Sent:** 14 September 2020 10:21
**To:** 'Kassidy Gerber' < ████████████████ ▸; tomg < ████████████ >
**Cc:** Adam Park < ████████████ >
**Subject:** RE: Sea of Thieves sale on Steam

HI Kassidy

Yes sure, we'll do this! I'll let you know if we have any questions or issues.

Thanks,
Simon

---

**From:** Kassidy Gerber ████████████████ >
**Sent:** 11 September 2020 20:53
**To:** Simon Prodger < ████████████████ ▸; tomg < ████████████ >
**Cc:** Adam Park < ████████ >
**Subject:** [EXTERNAL] RE: Sea of Thieves sale on Steam

Hi Simon –

Great to hear from you – excited to have the first Sea of Thieves sale on Steam.  We are actually running a pirate sale on 'talk like a pirate day' and we'd love for you to participate.

Would you mind entering the discount on the event?  That way the folks running the sale will see that SoT is participating and know to feature it on the event page.

Just delete the custom discount you set up, then go to the sale event and enter the discounts on the Steam Pirate Sale 2020 event.

Let me know if you have any issues.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    VALVE_ANT_1193131

~Kassidy

**From:** Simon Prodger <█████████████████████████>
**Sent:** Friday, September 11, 2020 11:02 AM
**To:** Tom Giardino <████████████ Kassidy Gerber ███████████████████>
**Cc:** Adam Park <████████████████>
**Subject:** Sea of Thieves sale on Steam

Hi Tom, Hi Kassidy

Hope you're both well!

I just wanted to give you a heads up, but we are planning our first ever Steam sale for Sea of Thieves next week. The sale will start at 08:00 BST on Thursday 17th September and run for a week (ending at 12:00 BST on Thursday 24th) so we are on sale for Talk Like A Pirate Day weekend. As its out first sale we wanted to test the waters with a 30% discount.

I know that you were planning to do something around Talk Like A Pirate Day in any case, but it would be great if you could support with additional featuring and exposure!

Thanks,
Simon

**Simon Prodger**
Director of Audience & Brand Strategy

**m:** ███████████ **e:** ██████████████████
**twitter:** ██████████ **w:** rare.co.uk
Rare Limited, Microsoft Studios. Manor Park, Twycross, Warwickshire CV9 3QN



  

VALVE_ANT_1193132