# EXHIBIT M

# EXHIBIT 54

# FILED UNDER SEAL

| | |
|---|---|
| **Message** | |
| **From:** | Jan-Peter Ewert |
| **Sent:** | 2/5/2015 9:39:44 PM |
| **To:** | Tom Giardino |
| **CC:** | Steam SWAT Release    Steam SWAT Techs |
| **Subject:** | Re: Japanese Yen prices |

Can we ask someone with Japanese language skills in the company to browse online stores in JP for the typical local price of this game at retail?

Sent from my mobile device

Am 05 Feb 2015 um 21:58 schrieb Tom Giardino

**From:** Tom Giardino
**Sent:** Monday, January 05, 2015 3:09 PM
**To:** Steam SWAT Release; Steam SWAT Techs
**Subject:** Japanese Yen prices

One of the things I did during the December trip to Japan was record yen prices for games at retail. PC games at retail in Japan are a sad and lonely thing, usually relegated to the far corners of stores. Some of the prices are wildly high because they haven't been updated in months or years, but there's some useful data in the prices of newer releases. It's also good ammunition for partner conversations.

In most cases, Steam pricing is better than the Japanese retail pricing I found, but this was only across 3 or 4 different stores. Games that are listed multiple times were found at different stores with different prices. When the retail price was dramatically better than ours, I highlighted in red. N/A means we don't sell that product on Steam in Japan.



For those large discrepancies, I also provided the Steam-recommended Yen price based on the product's USD price, for reference.

| Partner | Product | Yen Retail | Yen Steam | Suggested Yen |
|---|---|---|---|---|
| 2k | Civ 5 | ¥6,420 | ¥2,980 | (based on Steam USD) |

**EXHIBIT 194**
Giardino
11/2/2023
Tami Lynn Vondran
CRR, RMR, CCR# 2157

| Publisher | Title | Price 1 | Price 2 | Price 3 |
|---|---|---|---|---|
| 2k | Bioshock Infinite | ¥5,320 | ¥2,980 | |
| 2k | Duke Nukem Forever | ¥4,458 | ¥980 | |
| Activison | Call of Duty AW | ¥6,648 | ¥8,208 | ¥6,080 |
| Activision | Call of Duty AW | ¥6,610 | ¥8,208 | |
| Activison | Call of Duty AW | ¥7,360 | ¥8,208 | |
| Activision | Call of Duty BLOPS1 | ¥2,940 | ¥4,104 | ¥3,980 |
| Activision | Call of Duty Ghosts | ¥5,696 | ¥8,208 | ¥6,080 |
| Bethesda | Elder Scrolls Online | ¥5,690 | ¥6,080 | |
| Bethesda | Elder Scrolls Online | ¥5,680 | ¥6,080 | |
| Bohemia | Arma3 | ¥8,070 | ¥6,080 | |
| Bohemia | Arma2 | ¥6,648 | ¥1,280 | |
| Capcom | Resident Evil 6 | ¥5,340 | ¥2,990 | |
| Capcom | Resident Evil Revelations | ¥4,700 | ¥4,990 | |
| Capcom | Dead Rising 2 | ¥6,648 | n/a | |
| Capcom | Resident Evil 5 | ¥6,648 | n/a | |
| Capcom | Resident Evil: Racoon City | ¥5,029 | n/a | |
| Codemasters | Dirt3 | ¥3,791 | ¥2,480 | |
| Coffee Stain | Sanctum 2 | ¥5,315 | ¥1,480 | |
| Deep Silver | Saints Row IV | ¥4,990 | ¥1,980 | |
| Deep Silver | Dead Island GOTY | ¥2,660 | ¥1,980 | |
| Deep Silver | Homefront | ¥4,267 | ¥1,980 | |
| EA | Dragon Age 2 | ¥4,553 | n/a | |
| EA | Alice: Madness Returns | ¥6,648 | ¥2,000 | |
| Kalypso | Tropico4 | ¥2,648 | ¥1,980 | |
| Konami | PES '14 | ¥4,934 | n/a | |
| Namco | Dark Souls 2 | ¥5,860 | ¥7,429 | ¥3,980 |
| Namco | Dark Souls 2 | ¥7,380 | ¥7,429 | |
| Sega | Total War Shogun 2 | ¥4,743 | n/a | |
| Square | Thief | ¥7,430 | ¥5,400 | |
| Square | Dungeon Siege 3 | ¥934 | ¥1,980 | ¥1,480 |
| Square | Just Cause 2 LE | ¥4,743 | ¥4,104 | |
| Square | Hitman Absolution | ¥3,800 | ¥4,104 | ¥1,980 |
| Square | Murdered: Soul Suspect | ¥7,380 | ¥7,344 | |
| Square | Tomb Raider GOTY | ¥3,800 | ¥2,160 | |
| Ubisoft | Far Cry 3 | ¥6,870 | ¥2,400 | |
| Ubisoft | Splinter Cell Blacklist | ¥7,480 | ¥2,592 | |
| Ubisoft | Anno 2070 | ¥6,646 | ¥1,980 | |
| Ubisoft | Assassin's Creed Revelations | ¥4,743 | ¥1,980 | |
| WB | LEGO Batman | ¥5,030 | ¥1,980 | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_2768192