# EXHIBIT N

# EXHIBIT 61

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 1

1        UNITED STATES DISTRICT COURT
2   FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
3   _____
4                                      ) Case No.
    IN RE VALVE ANTITRUST LITIGATION    ) 2:21-cv-00563-JCC
5                                      )
6   _____
7        VIDEO-RECORDED DEPOSITION UPON ORAL
8                  EXAMINATION OF
9                  CONNOR MALONE
10   **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
11  _____
12
13
14                     9:07 A.M.
15                 NOVEMBER 8, 2023
16            701 FIFTH AVENUE, SUITE 5100
17                SEATTLE, WASHINGTON
18
19
20
21
22
23
24   REPORTED BY: CARLA R. WALLAT, CRR, RPR
25         WA CCR 2578, OR CSR 16-0443, CA CSR 14423

Page 42

1   Nintendo Switch first, right?
2        A.   Yes.
3        Q.   Would you agree that Steam has been successful
4   over the past couple decades?
5        A.   Successful in which way?
6        Q.   In selling and distributing PC games?
7        A.   Yes, I would.
8        Q.   Is Steam profitable?
9             MR. SKOK:  Object to the form.
10       A.   I do not know.
11       Q.   (BY MR. LeRAY)  Do you know what Valve's costs
12  are in providing the Steam service?
13       A.   I do not.
14       Q.   Okay.  Now, you testified that one of your
15  primary partners is Ubisoft, right?
16       A.   I did.
17       Q.   Ubisoft is a prominent game publisher, would
18  you agree?
19       A.   I would.
                ███████████████████████████████████████████
        ███████████████████████████████████████
                ██████████████████████████████
23       Q.   Is it a top-five partner today?
24       A.   I do not know.
25       Q.   Okay.  Do you know a Whitman Shenk of Ubisoft?

Page 43

1  A. I do.
2  Q. And who is Whitman Shenk?
3  A. Whitman Shenk was one of the kind of primary
4  contact that we had when I first started working with
5  Ubisoft.
6  Q. Is he still a primary contact at Ubisoft or
7  no?
8  A. He still works at Ubisoft, but he is no longer
9  a primary contact, no.
10 Q. Who are -- who are your primary contacts at
11 Ubisoft today?
12 A. Currently, a man named John Carey, Christopher
13 Boily, Maxime Attard, and there are a few others from
14 the French office that --
15 Q. And are you familiar with a Chris Early?
16 A. Yes.
17 Q. And who is Chris Early?
18 A. Chris Early is an executive at Ubisoft.
19 Q. Was he one of your primary contacts at Ubisoft
20 at any point?
21 A. I would not classify him as a primary contact.
22 Q. Is he a nonprimary contact?
23 A. Chris is somebody that we -- we wouldn't
24 typically have day-to-day business discussions with,
25 but would occasionally have meetings with for

Page 44

```
 1   higher-level topics or more strategic type things.
 2        Q.   Is Steam one of Ubisoft's largest distribution
 3   channels?
 4        A.   I don't know.
```

[redacted lines 5–9]

```
10        Q.   (BY MR. LeRAY)  Okay.  And at one point
11   Ubisoft removed its new games from -- at one point
12   Ubisoft chose to not publish its new games on Steam,
13   right?
14        A.   Correct.
15        Q.   But Ubisoft has since reversed course and is
16   now publishing its games on Steam again; is that right?
17        A.   Ubisoft has started bringing some of the games
18   that it took off of Steam in late 2018, 2019 and
19   started bringing some of those titles back, yeah.
20        Q.   Okay.  And is Ubisoft releasing its new games
21   on Steam?
22        A.   That is a conversation we are still having
23   with them.
24        Q.   The alternative to releasing games on Steam
25   would be releasing it on Uplay, or is that what they
```

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 45

1    call it?
2             MR. SKOK:  Object to the form.
3         Go ahead.
4         A.  It was formerly called Uplay.  I believe it's
5    now called Ubisoft Connect.  Ubisoft has always had --
6    put their games on their own platform, yes.
7         Q.  (BY MR. LeRAY)  Okay.  Is Ubisoft Connect a
8    competitor to Steam?
9         A.  It is -- Ubisoft Connect is another store for
10   selling PC games, so, yes.
11        Q.  Do you know whether Ubisoft Connect allows
12   other publishers to sell their games in that store?
13        A.  I know that there was a period of time in
14   which Uplay had third-party titles.  I do not know if
15   they have any of that currently or if it's only
16   Ubisoft.
17        Q.  And for a period of time, Ubisoft was also
18   releasing at least some new titles on the Epic Games
19   Store; is that right?
20        A.  Yes.
21        Q.  So during that time period, was Ubisoft
22   releasing games on both Ubisoft Connect and Epic Games
23   Store?
24        A.  I believe so, yes.
25        Q.  Was the Steam business team happy or upset

Page 46

1  with that development?
2           MR. SKOK:  Object to the form.
3      A.  We valued our partnership with Ubisoft and it
4  was -- we were upset to not be having their new content
5  come to Steam when it was released.
6      Q.  (BY MR. LeRAY)  Did you conduct any studies on
7  the impact to Steam's business from Ubisoft's exit
8  strategy?
9      A.  I'm not aware of anything of that nature.
10     Q.  So we talked about curated marketing.  Would
11 you agree that whether to -- so is one of the functions
12 of your team to determine which games get curated
13 marketing and which do not?
14     A.  Those are discussions that we have amongst our
15 team, yes.
16     Q.  So the Steam business team has the power to
17 decide which games receive curated marketing, right?
18     A.  I suppose so.
19     Q.  Has Valve ever removed or limited curated
20 marketing to partners for failure to abide by Valve
21 policies?
22          MR. SKOK:  Object to the form.
23     A.  Yes, I believe there have been times in which
24 we decided not to run additional marketing for titles
25 that were engaging in things that we didn't find

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 210

1   Q.  Okay.  So for Rainbow Six, for example, would
2   that mean that there's periodic updates to the game
3   that people buy and add on to their game?
4   A.  Yes.  Ubisoft does a variety of updates
5   throughout the year to provide new content in Rainbow 6
6   Siege.
7   Q.  And would another example of that be like
8   Civilization where you can buy more leaders to add on?
9   A.  I'm not as familiar with Civilization, but the
10  concept of buying additional content throughout a
11  game's life cycle is very similar, yes.
12  Q.  Got it.







[redacted]

Page 212



[redacted]

```
                                                   Page 214
 1   ████████████████████████████████████████████████
 2              ████████   ████████████████
 3       ██  ███████████████████████████████████████
 4   ███████████████████████████████████████████████
 5   ████████  █████████████████████████████████
 6       ██  ██████████  ██████  ██████████████████
 7   ████████████████████████████████████
 8       ██  █████████████████████████████████████
 9   █████████
10       ██  ████████████████████████████████████████
11   █████████████████  ██████████████████████
12             ██████████████
13       ██  ████
14       ██  ████████████████████████████████████
15   ██████████████████████████
16       ██  ████████████████████████████████████████
17   ██████████████████████████████████████████████████
18       ██  █████████████████████████████
19             █████████████  █████████████████
20       ██  ██████████████████████████████████  █████
21   █████████████████████████████████████████████████
22   ████████
23       Q.  (BY MR. LeRAY)  Okay.  So if we skip ahead
24   approximately -- sorry about this, six slides or so.
25   This -- there's the slide that -- the first bullet
```