# EXHIBIT O

# EXHIBIT 79

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

) Case No.

IN RE VALVE ANTITRUST LITIGATION ) 2:21-cv-00563-JCC

---

VIDEO-RECORDED 30(B)(6) DEPOSITION UPON ORAL

EXAMINATION OF

VALVE CORPORATION

SCOTT LYNCH

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

---

9:11 A.M.

OCTOBER 13, 2023

701 FIFTH AVENUE, SUITE 5100

SEATTLE, WASHINGTON

REPORTED BY: CARLA R. WALLAT, CRR, RPR

WA CCR 2578, OR CSR 16-0443, CA CSR 14423

friction around creating fraudulent stuff, there -- you know, you could use -- once you had that game there, you had access to use it for a lot of fraudulent means, so it -- it disincent'd that.

I think there were -- there were users that were upset and felt like because there was no kind of fee at all that people were putting up games that, you know, really they weren't doing anything or they might be ripping off somebody's game and then just posting it on Steam.

And then, it is also -- because you're processing that transaction, it is sort of in some sense a way to, you know, get some verification of, you know, a legitimate person because they have a credit card that works.

Q. You mentioned that it wasn't a profit center, this fee.

A. No. No.

Q. It's negligible relative to, you know, game sales on Steam?

A. Yeah. Yeah, it should be.

[redacted]

MR. SIEBERT: I'm told that lunch is here. Would you like to take it now or keep going?

MR. CASPER: It's your lunch. That's really your call.

THE WITNESS: I'm good. What time is it?

MR. CASPER: It's 12:04.

THE WITNESS: I can keep going.

MR. SIEBERT: I'd like to mark Exhibit 153. It's a Bates-stamped document VALVE_ANT_2787563.

(Deposition Exhibit 153 was marked.)

THE CONCIERGE: What tab is that, please?

MR. SIEBERT: It's Tab 12.

THE CONCIERGE: Thank you.

MR. SIEBERT: And for the record, this is an email from Jason Holtman to a Dan Connors at Telltale Games. The subject line "Telltale Agreement." Dated May 8th, 2007.

A. Oh, I read it.

Q. (BY MR. SIEBERT) Yesterday we spoke about

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 100

1  Valve's revenue share and how it had changed over time
2  some.
3          Do you recall that?
4      A.  Yes.

[remainder of page redacted]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Page 101

[redacted]

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

