# EXHIBIT R

# EXHIBIT 77

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1      UNITED STATES DISTRICT COURT
2   FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

                                    ) Case No.
    IN RE VALVE ANTITRUST LITIGATION ) 2:21-cv-00563-JCC
                                    )

    VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL
                      EXAMINATION OF
                       CHRIS BOYD
       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

                       9:02 A.M.
                   NOVEMBER 17, 2023
         WITNESS LOCATION:  BELLEVUE, WASHINGTON

24   REPORTED BY: CARLA R. WALLAT, CRR, RPR
25            WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 65

1    MR. SKOK:  Object to the form.
2        A.   In that hypothetical situation, we would deal
3    with it at that time.  I mean, it's just -- we'd have
4    a -- obviously, have a conversation about it.  I -- it
5    has not come up.
6        Q.   (BY MR. FAISMAN)  What kinds of issues cause
7    the Steam pager to be alerted?
8        A.   Oh, there's -- there's quite a few.
9        Q.   Can you give me some examples?
10       A.   Sure.
11            One could be that there was a network event,
12   for example, somewhere that caused some traffic to be
13   dropped.
14       Q.   If the Steam platform has a downtime, that
15   would cause the Steam pager to be alerted, correct?
16       A.   Can you define "downtime" more strongly there?
17       Q.   If users are unable to connect to Steam, would
18   that cause the Steam pager to be alerted?
19       A.   It -- it's hard to say for every instance that
20   you're asking, but in general, if there are -- we -- we
21   try to write alerts that will trigger if the users are
22   having connection issues.
23       Q.   How many concurrent users are on Steam during
24   peak times?
25       A.   I don't have the exact number, but we publish

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

1  it online.
2      Q.  Is it in the millions?
3      A.  We publish it online.  If you want, you can go
4  look right now on the store.
5      Q.  Do you have that information in your head or
6  not?
7      A.  I don't know the exact number right now.  As I
8  said, we publish it online so you can -- you can go
9  check it out.
10     Q.  And you don't know whether it's in the
11 millions?
12     A.  I mean --
13             MR. SKOK:  Object to the form.
14     A.  It -- if -- if -- it is -- it is in the
15 millions, over a million users, yeah, if that's what
16 you're asking.  But for an exact number, there's a --
17 we publish the exact numbers online.
18     Q.  (BY MR. FAISMAN)  So Valve takes the Steam
19 platform down and makes it unavailable for maintenance,
20 correct?
21     A.  Yes.
22     Q.  And those are what you would consider planned
23 downtimes as opposed to unplanned events, correct?
24     A.  Correct.
25     Q.  How often do those planned downtimes happen?

Page 67

1  A.  The -- the -- if I -- if I understand what
2  you're talking about correctly, there's a planned
3  weekly downtime for the backend servers.
4  Q.  And what time does that normally happen each
5  week?
6  A.  It happens on Tuesday and then it moves based
7  on daylight savings time.
8  Q.  Have there always been those weekly downtimes
9  on Tuesdays throughout the history of Steam?
10  A.  I -- I can only talk about since I joined the
11  company, and I don't remember if it's always been on
12  Tuesday.
13  Q.  Since you joined the company in 2008, have
14  there always been planned downtimes each week?
15  A.  We don't necessarily do it every week.  But
16  there's certainly times that we have -- we haven't, but
17  in general, there's usually a planned weekly downtime
18  maintenance.
19  Q.  So most of the time, there's a planned weekly
20  downtime, right?
21  A.  Correct.
22  Q.  And what's the maintenance that happens during
23  those planned weekly downtimes?
24  A.  There's multiple things that can happen.  But
25  the most obvious is we update the server code during

Page 68

1  that time period.
2      Q.  Can you explain what you mean by "server
3  code"?
4      A.  Sure.
5          We have the -- earlier we talked about their
6  servers and data centers.  We also have Web servers.
7  And so during that period of time, we create new builds
8  or deployments and we -- we send those out.
9      Q.  Why not do that maintenance without a planned
10 downtime?
11     A.  The -- I think there's a number of reasons.
12 It's not something that I have thought about recently,
13 so I'd have to kind of, you know, think about and
14 generate a list.
15     Q.  Is there a specific component of the
16 technology stack that requires a downtime in order to
17 have new code applied?
18              MR. SKOK:  Object to the form.
19     A.  Let me think about that.  The -- the way that
20 some of the backend servers work, I don't know if it
21 requires it.  Obviously, things can change, but the --
22 certainly, there's a component of it that makes it so
23 it's more efficient to update all the server software
24 at once.
25     Q.  (BY MR. FAISMAN)  So are you able to identify

Page 69

1  a specific technology component that Valve cannot
2  upgrade or cannot apply new code to without a downtime?
3          MR. SKOK:  Object to the form.
4      A.  Yeah, some -- sure, some of our services
5  that -- the way an update usually works is to release a
6  new build, you stop the previous build and then you
7  start a new build.  And so by that, it's -- there's --
8  there's a moment in there where that service is not
9  running.
10     Q.  (BY MR. FAISMAN)  And those are services
11 developed by Valve?
12     A.  Correct.
13     Q.  You're aware, generally, that many technology
14 platforms support no downtime upgrades and updates,
15 correct?
16     A.  I'm not sure what the general practice is
17 there, no.
18     Q.  Has Valve explored what it would take to apply
19 new code without downtimes?
20         MR. SKOK:  Object to the form.
21     A.  That's a broad question, so I -- I don't know
22 of a direct way to answer it.  Can you -- can you make
23 it a little bit more narrow?
24     Q.  (BY MR. FAISMAN)  Well, has Valve scoped out
25 the development work that would be necessary to no