THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION AND (PROPOSED) ORDER RE: MOTIONS TO SEAL**<br><br>NOTE ON MOTION CALENDAR: MAY 16, 2024 |

Pursuant to the Court's April 23, 2024 Minute Order (Dkt. 224), the Parties met and conferred with respect to upcoming motions to seal various motions and supporting papers, including Valve's upcoming Opposition to Plaintiffs' Motion for Class Certification and the evidence and declarations on which Valve relies, Valve's upcoming *Daubert* Motion, and the previously-filed Schwartz Expert Report (Exhibit 1 to Declaration of Alicia Cobb, Dkt. # 182-1).

STIPULATED MOTION AND ORDER RE: MOTIONS TO SEAL – 1

1. The high volume of materials to review and meet and confer over establishes good cause for this extension. Valve estimates that Valve's upcoming Opposition to Plaintiffs' Motion for Class Certification and the evidence and declarations on which Valve relies, Valve's upcoming *Daubert* Motion, and the previously-filed Schwartz Report, collectively include over 1,000 references to documents or information designated by one of the parties, or a third party, as "Confidential" or the "Highly Confidential Attorneys' Eyes Only Materials" under the August 16, 2022 Stipulated Protective Order, Dkt. No. 95. In addition, in preparing sealing and redaction motions as to those papers, the Parties wish to take guidance from the Court's ultimate resolution of Valve's pending Motion to Seal (Dkt. 198).

2. The Parties therefore stipulate and agree as follows:

   a. The parties agree that the deadline for any party or non-party to move to seal the Schwartz Report, Valve's upcoming Opposition to Plaintiffs' Motion for Class Certification and the evidence and declarations on which Valve relies, and Valve's upcoming *Daubert* Motion should be extended to four (4) weeks after the Court enters an order resolving Valve's pending Motion to Seal the Class Certification Brief (Dkt. 198). The parties further agree that this date will serve as the deadline for the parties to file versions redacting all the materials sought to be sealed by any party or nonparty of the Schwartz Report, Valve's upcoming Opposition to Plaintiffs' Motion for Class Certification and the evidence and declarations on which Valve relies, and Valve's upcoming *Daubert* Motion.

STIPULATED MOTION AND ORDER RE: MOTIONS TO
SEAL – 2

      b. The Parties agree that any responses from parties and non-parties must be filed three weeks (3) after any motions to seal are filed pursuant to this Order.

      c. Pursuant to LCR 5(g)(2), Valve may initially file under seal its forthcoming *Daubert* Motion and any supporting papers.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 16th day of May, 2024.

| | |
|---|---|
| *s/ Alicia Cobb* | *s/ Stephanie L. Jensen* |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com |
| Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>allison.smith@wsgr.com |
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com |
| Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP | *Proposed Interim Co-Lead Counsel* |

STIPULATED MOTION AND ORDER RE: MOTIONS TO SEAL – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Phone (415) 875-6600<br>Fax (415) 875-6700<br>charliestevens@quinnemanuel.com<br><br>Ankur Kapoor (*pro hac vice*)<br>Noah Brecker-Redd (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Phone (212) 350-2700<br>Fax (212) 350-2701<br>akapoor@constantinecannon.com<br><br>Wyatt Fore (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>1001 Pennsylvania Ave., 22nd Floor<br>Washington, D.C. 20004<br>Phone (202) 204-3500<br>Fax (202) 204-3501<br>wfore@constantinecannon.com<br><br>*Proposed Interim Co-Lead Counsel*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Phone (614) 464-6400<br>Fax (614) 719-4796<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>kmmundy@vorys.com<br><br>Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND<br>   PEASE LLP<br>4675 MacArthur Court, Suite 700<br>Newport Beach, California 92660<br>Phone (949) 526-7903 ǀ Fax (949) 383-2384<br>tnmccormick@vorys.com | *s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Eric A. Lindberg, WSBA No. 43593<br>CORR CRONIN LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com<br><br>Kristen Ward Broz<br>FOX ROTHSCHILD LLP<br>2020 K. St. NW, Ste. 500<br>Washington, DC 20006<br>Telephone (202) 794-1220<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>MONTGOMERY McCRACKEN WALKER<br>& RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>ccasper@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATED MOTION AND ORDER RE: MOTIONS TO SEAL – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  *Proposed Interim Executive Committee Member*

STIPULATED MOTION AND ORDER RE: MOTIONS TO SEAL – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The deadline for parties and non-parties to file Motions to Seal the Schwartz Report, Valve's Opposition to Plaintiffs' Motion for Class Certification, and Valve's *Daubert* motion will be four (4) weeks after the Court enters an order regarding Valve's initial Motion to Seal the Class Certification Brief.

2. Parties and non-parties will have three (3) weeks to oppose or otherwise respond to the above-referenced motions to seal.

3. Pursuant to LCR 5(g)(2), Valve may initially file its forthcoming *Daubert* Motion under seal.

DATED this 16th day of May 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: MOTIONS TO SEAL – 6

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900