THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**PRAECIPE REGARDING PLAINTIFFS' RESPONSE TO DEFENDANT VALVE CORPORATION'S MOTION TO SEAL** |

To:   The Clerk of the Court

On March 12, 2024, Valve filed its Motion to Seal, and associated documents. Dkt. 198 (Valve's Mot. to Seal), Dkt. 199 (Marks-Dias Declaration), Dkt. 200 (Schenck Declaration). On April 1, 2024, Plaintiffs filed their Response, and associated documents. Dkt. 210 (Plaintiffs' Response to Motion to Seal), Dkt. 211 (Plaintiffs' Appendices 1-4).

Given the large number of requests for sealing or redaction at issue in Valve's Motion, Plaintiffs' Response attached certain appendices for the Court's ease of reference, including Appendix 1 (which itemized Valve's requests for sealing or redaction and Plaintiffs' position as to each), Appendix 2 (a highlighted version of Plaintiffs' Motion for Class Certification), Appendix 3 (a highlighted version of the Cobb Declaration), and Appendix 4 (a highlighted version

PRAECIPE
CASE NO. 2:21-CV-00563-JCC

1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

1  of the Exhibits at issue).  Appendices 1-4 reflected Valve's proposed redactions as follows:  red
2  (Plaintiffs object); green (Plaintiffs agree); and yellow (Plaintiffs take no position).

3  On April 23, 2024, this Court issued an Order  directing that Valve "file a *revised*
4  *supporting declaration* . . . providing the *specific bases* for sealing each entry at issue," and that
5  in response Plaintiffs could file "a revised version of Appendix 1 to its opposition brief."  Order,
6  Dkt.  224, April 23, 2024, at 2 (emphases in original).  On May 10, 2024, Valve therefore filed a
7  Praecipe Regarding Valve Corporation's Motion to Seal, Dkt. 225, and  an additional Declaration
8  of Scott Lynch  in support of Valve's Motion, Dkt. 226.

9  Because Valve's requests for sealing and/or redaction have been revised since Valve's
10 original Motion (as reflected in Valve's Praecipe and the Lynch Declaration), Plaintiffs
11 respectfully request that the Court replace the prior versions of Plaintiffs' Appendices 1-4 with the
12 attached versions (which are being filed under seal under separate docket entry).[1]

---

[1]  Plaintiffs note that they previously filed a praecipe in connection with their Response to Valve's Motion to Seal, relating to the prior version of Appendix 1.  Dkt. 220.  That filing would be superseded by this Praecipe, and the attached Appendices 1-4.

PRAECIPE
CASE NO. 2:21-CV-00563-JCC

2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

| | | |
|---|---|---|
| 1 | Dated: May 24, 2024 | Respectfully submitted, |
| 2 | /s/ Alicia Cobb | /s/ Stephanie L. Jensen |
| 3 | Alicia Cobb, WSBA #48685 | Stephanie L. Jensen, WSBA #42042 |

Dated: May 24, 2024

/s/ Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Andrew Faisman (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com
andrewfaisman@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285| Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
Noah Brecker-Redd *(pro hac vice)*
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
nbrecker-redd@constantinecannon.com

Respectfully submitted,

/s/ Stephanie L. Jensen

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (866) 974-7329
sjensen@wsgr.com
ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7329
korourke@wsgr.com
allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone (612) 339-6900
Fax (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Phone (612) 339-6900
Fax (612) 339-0981
kjpozan@locklaw.com

*Interim Co-Lead Counsel*

PRAECIPE
CASE NO. 2:21-cv-00563-JCC

3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

1
2   J. Wyatt Fore (*pro hac vice*)
    CONSTANTINE CANNON LLP
3   1001 Pennsylvania Ave., NW, Suite 1300N
    Washington, D.C. 20004
4   Phone (202) 204-4527
    Fax (202) 204-3501
5   wfore@constantinecannon.com

6   *Interim Co-Lead Counsel*

7
    Kenneth J. Rubin (*pro hac vice*)
8   Timothy B. McGranor (*pro hac vice*)
    Kara M. Mundy (*pro hac vice*)
9   Douglas R. Matthews (*pro hac vice*)
    VORYS, SATER, SEYMOUR AND PEASE LLP
10  52 East Gay Street
    Columbus, Ohio 43215
11  Phone (614) 464-6400
12  Fax (614) 719-4796
    kjrubin@vorys.com
13  tbmcgranor@vorys.com
    kmmundy@vorys.com
14  drmatthews@vorys.com

15
    Thomas N. McCormick (*pro hac vice*)
16  VORYS, SATER, SEYMOUR AND PEASE LLP
    4675 MacArthur Court, Suite 700
17  Newport Beach, California 92660
    Phone (949) 526-7903 | Fax (949) 383-2384
18  tnmccormick@vorys.com

19
    *Executive Committee Member*
20
21
22
23
24
25
26
27

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED:  May 24, 2024

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

PRAECIPE
CASE NO. 2:21-CV-00563-JCC

5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100