THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

CASE NO. C21-0563-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for partial reconsideration (Dkt. No. 243). Pursuant to LCR 7(h)(3), Plaintiffs may file a response to Defendant's motion no later than June 12, 2024. It should not exceed four (4) pages of argument. No reply from Defendant is authorized.

DATED this 6th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C21-0563-JCC
PAGE - 1