THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | CASE NO. C21-0563-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for partial reconsideration (Dkt. No. 243). The Court provides the following clarification:

- Mtn for Class Certification (Dkt. No. 181)
    - Figure 5, page 26: Defendant may redact the descriptor for each axis, *including* the numerical values, but no more.
    - Page 26, lines 17–21: Defendant may redact the effective commission and quantity sold dollar figures (before and after PMFN removal) but no more.
- Rietveld Report (Dkt. No. 182-2)
    - Paragraph 172, sentences 4 and 5: Defendant may redact the dollar figures included in these sentences, *except* for the $300 million figure, but no more.

No additional redactions are permitted with respect to the class certification motion (Dkt. No. 181) or the Rietveld Report (Dkt. No. 182-2).

The Court EXTENDS the deadline for filing final redactions, as noted in the Court's prior order, (*see* Dkt. Nos. 236, 237, 237-1), to June 24, 2024.

DATED this 12th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
