THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | CIVIL ACTION NO. 2:21-cv-00563-JCC<br><br>**NOTICE OF APPEARANCE** |

TO:   All Parties and Their Counsel of Record

NOTICE IS HEREBY GIVEN that the undersigned appears as counsel for Non-Party Best Buy Co., Inc., in the above-captioned cause of action, and request notice of all further proceedings.

All notices, papers and pleadings (except for original process) shall be served on the undersigned counsel.

DATED this 20th day of June, 2024

DORSEY & WHITNEY LLP

*/s/ Marina Lyons*
Marina Lyons, WSBA #49127
lyons.marina@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Attorneys for Non-Party Best Buy Co., Inc.*

NOTICE OF APPEARANCE - 1
2:21-cv-00563-JCC

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 20, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated this 20th day of June, 2024.

/s/ Hannah Richter
Hannah Richter, Legal Assistant

NOTICE OF APPEARANCE - 2
2:21-cv-00563-JCC

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820