THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | CIVIL ACTION NO. 2:21-cv-00563-JCC<br><br>**DECLARATION OF BENJAMIN GREENBERG IN SUPPORT OF MOTION TO KEEP NON-PARTY BEST BUY'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL** |

I, Benjamin Greenberg, declare the following:

1. I am a Partner at the law firm Dorsey & Whitney LLP and counsel to Best Buy Co., Inc. ("Best Buy"). The facts stated in this declaration are based on my own personal knowledge, and if called as a witness, I could and would testify to those facts.

2. I submit this declaration in support of Best Buy's motion to seal in the above-captioned litigation.

3. I attest that the highlighted portions of the opening expert report of Dr. Steven Schwartz, (Exhibit 1 to the Declaration of Alicia Cobb) (Dkt. # 182-1 – under seal) ("Schwartz Report") in support of Plaintiffs' motion for class certification that is appended to the Declaration of Ashley Pierson in Support of Motion to Keep Non-Party Best Buy's Highly Confidential – Attorney's Eyes-Only Information Under Seal, contains information from documents that Best

DECLARATION OF BENJAMIN GREENBERG - 1
2:21-cv-00563-JCC

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Buy designated and produced as "Highly Confidential – Attorney's Eyes-Only" during discovery.

4. I also attest that I telephonically met and conferred with Plaintiffs' counsel to discuss the sealing of the above-referenced information on March 27, 2024. I also conferred via videoconference with Valve's counsel on the same day.

5. Plaintiffs and Valve do not oppose Best Buy's present motion to Keep Non-Party Best Buy's Highly Confidential – Attorney's Eyes Only Information Under Seal.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of June, 2024, at Seattle, Washington.

/s/ Benjamin Greenberg
Benjamin Greenberg

DECLARATION OF BENJAMIN GREENBERG - 2
2:21-cv-00563-JCC

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 20, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated this 20th day of June, 2024.

> */s/ Hannah Richter*
> Hannah Richter, Legal Assistant

DECLARATION OF BENJAMIN GREENBERG - 3
2:21-cv-00563-JCC

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820