THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., and DARK CATT STUDIOS INTERACTIVE LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | CASE NO.: 2:21-cv-00563-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:21-CV-00563-JCC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

1  TO: CLERK OF THE COURT

2  AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

3  PLEASE TAKE NOTICE THAT, pursuant to LCR 83.2(b)(3), Allison B. Smith, admitted *pro hac vice* in this action, *see* ECF No. 12 in the consolidated action, 21-cv-00872-DWC, hereby withdraws her appearance from the above-captioned action. Allison B. Smith is no longer affiliated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., preventing her signature from this Notice of Withdrawal.

Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC's ("Dark Catt's") remaining counsel, Stephanie L. Jensen, Tyre L. Tindall, Kenneth R. O'Rourke, and Jordanne M. Steiner of Wilson Sonsini Goodrich & Rosati, P.C., and W. Joseph Bruckner, Joseph C. Bourne, Kyle J. Pozan, and Laura M. Matson of Lockridge Grindal Nauen P.L.L.P., continue to represent Dark Catt.

Respectfully submitted,

Dated: June 20, 2024

*s/ Stephanie L. Jensen*
Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (866) 974-7329
Email: sjensen@wsgr.com
Email: ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: korourke@wsgr.com
Email: jordanne.miller@wsgr.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
Email: jcbourne@locklaw.com
Email: lbajavon@locklaw.com
Email: lmmatson@locklaw.com

Kyle J. Pozan (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: kjpozan@locklaw.com

*Attorneys for Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC, and Putative Class*

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:21-CV-00563-JCC

-2-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Dated: June 20, 2024

*s/ Stephanie L. Jensen*
Stephanie L. Jensen

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:21-CV-00563-JCC

-3-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500