The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING INTERESTED PARTY HUMBLE BUNDLE, INC.'S UNOPPOSED MOTION TO SEAL DOCUMENTS |

This matter came before the Court on Interested Party Humble Bundle, Inc.'s Unopposed Motion to Seal Documents (**Dkt. No. 253**).  The Court, having reviewed the Motion, pleadings, files of record, and the applicable law, and being fully advised, **HEREBY ORDERS** that:

1. Interested Party Humble Bundle, Inc.'s Unopposed Motion to Seal Documents is **GRANTED**;

2. The following portions of Attachments E-1, E-3, and X-1 to the Class Certification Expert Report of Steven Schwartz, Ph.D. (Exhibit 1 to Declaration of Alicia Cobb, Dkt. No. 182-1) that disclose or are derived from Humble's Highly Confidential – Attorneys' Eyes Only information shall REMAIN UNDER SEAL:

    a. **Attachment E-1** – Row 2, labeled "Humble Bundle," columns labeled "2017," "2018," "2019," "2020," "2021," and "Total";

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

b. **Attachment E-3** – All rows, columns labeled "2012," "2013," "2014," "2015," "2016," "2017," "2018," "2019," "2020," "2021," "2022," and "2023"; and

c. **Attachment X-1** – All rows (pages 1–4), columns labeled "humble_published," "product_category," "country," "gmv," "processor_fees," "chargeback_fees," "portion_fees," and "sales_revenue."

**IT IS SO ORDERED**.

DATED this 25th day of June 2024.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented By:

By: s/Caleah N. Whitten
Caleah N. Whitten
WSBA #60209
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700
E-mail: caleahwhitten@dwt.com

[PROPOSED] ORDER GRANTING INTERESTED
PARTY HUMBLE BUNDLE'S UNOPPOSED
MOTION TO SEAL (2:21-cv-00563-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax