THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | CIVIL ACTION NO. 2:21-cv-00563-JCC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO KEEP NON-PARTY BEST BUY'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL** |

This matter came before the Court on Non-Party Best Buy's Motion to Keep Non-Party Best Buy's Highly Confidential – Attorney's Eyes-Only Information Under Seal (**Dkt. No. 249**). The Court having reviewed the Motion, the pleading filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, HEREBY ORDERS that:

1. Non-Party Best Buy's Motion to Seal is GRANTED.

2. The highlighted portions of the opening expert report of Dr. Steven Schwartz, Ph.D. (Exhibit 1 to the Declaration of Alicia Cobb) (Dkt. # 182-1 – under seal) ("Schwartz Report"), that are derived from Best Buy's nonpublic Highly Confidential – Attorney's Eyes Only information as reflected in Exhibit A to the Declaration of Ashley Pierson filed in Support of Best Buy's Motion to Seal shall REMAIN UNDER SEAL.

ORDER GRANTING UNOPPOSED MOTION TO KEEP NON-PARTY BEST BUY'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL - 1
2:21-cv-00563-JCC

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED this 25th of June 2024

_____
The Honorable John C. Coughenour
United State District Court Judge

Presented by:

DORSEY & WHITNEY LLP

/s/ Benjamin D. Greenberg
Benjamin D. Greenberg, WSBA #44120
greenberg.ben@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Attorneys for Non-Party Best Buy Co., Inc.*

ORDER GRANTING UNOPPOSED MOTION TO KEEP NON-PARTY BEST BUY'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL - 2
2:21-cv-00563-JCC

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 20, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated this 20th day of June, 2024.

*/s/ Hannah Richter*
Hannah Richter, Legal Assistant

ORDER GRANTING UNOPPOSED MOTION TO KEEP NON-PARTY BEST BUY'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL - 3
2:21-cv-00563-JCC

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820