THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | CASE NO.: 2:21-cv-00563-JCC |
|---|---|
| | **[PROPOSED] ORDER GRANTING PLAINTIFF DARK CATT'S UNOPPOSED MOTION TO SEAL LIMITED INFORMATION CONTAINED IN THE CLASS CERTIFICATION REPORT OF DR. STEVEN SCHWARTZ** |

[PROPOSED] ORDER GRANTING
DARK CATT'S MOTION TO SEAL
NO. 2:21-CV-00563-JCC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

1 | Plaintiffs Dark Catt Studio Holdings, Inc. and Dark Catt Studios Interactive, LLC (collectively, "Dark Catt") filed a Motion to Seal (**Dkt No. 290**) Limited Information Contained in the Class Certification Report of Dr. Steven Schwartz in Support of Plaintiffs' Motion for Class Certification on March 12, 2024, in the above-captioned matter. After full consideration of the papers submitted, as well as all other matters presented to the Court,

IT IS HEREBY ORDERED that Dark Catt's Motion to Seal is GRANTED.

Dated: _____28th_____, 2024.

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting
Dark Catt's Motion to Seal
No. 2:21-cv-00563-JCC

Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

1 | Presented by:

2 | */s/ Tyre L. Tindall*

Stephanie L. Jensen, WSBA #42042
3 | Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH &
4 | ROSATI P.C.
701 Fifth Avenue, Suite 5100
5 | Seattle, WA 98104-7036
Phone (206) 883-2500
6 | Fax (866) 974-7329
sjensen@wsgr.com
7 | ttindall@wsgr.com

8 | Kenneth R. O'Rourke (*pro hac vice*)
Jordanne Steiner (*pro hac vice*)
9 | WILSON SONSINI GOODRICH &
ROSATI, P.C.
10 | 1700 K Street, NW, Suite 500
Washington, DC 20006
11 | Phone (202) 973-8800
Fax (866) 974-7329
12 | korourke@wsgr.com
jordanne.miller@wsgr.com
13 |
W. Joseph Bruckner (*pro hac vice*)
14 | Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
15 | 100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
16 | Phone: (612) 339-6900
Fax: (612) 339-0981
17 | wjbruckner@locklaw.com
jcbourne@locklaw.com
18 |
*Interim Co-Lead Counsel and Counsel for*
19 | *Dark Catt*

[Proposed] Order Granting Dark Catt's Motion to Seal
No. 2:21-cv-00563-JCC

Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500