THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION AND (~~PROPOSED~~) ORDER RE: MOTIONS TO SEAL**<br><br>**NOTE ON MOTION CALENDAR: JUNE 27, 2024** |

The Parties have met and conferred to discuss the party and third-party motions to seal Valve's Opposition to Plaintiffs' Motion for Class Certification and the evidence and declarations on which Valve relies, Valve's *Daubert* Motion, and the Schwartz Expert Report (Exhibit 1 to Declaration of Alicia Cobb, Dkt. # 182-1). Pursuant to the Court's May 16, 2024 Stipulated Order, Dkt. 228, the deadline for the parties to file versions redacting all the materials sought to be sealed by any party or nonparty of the Schwartz Report, Valve's Opposition to Plaintiffs' Motion for Class Certification and the evidence and declarations on which Valve

STIPULATED MOTION AND ORDER RE: MOTIONS TO SEAL – 1

relies, and Valve's Daubert Motion (collectively, "Public Redacted Versions") is June 27, 2024. Because of uncertainty as to third-party motions to seal being filed and the extent to which third parties seek redactions or sealing, the high volume of proposed redactions by the Parties and third-parties, and the importance of avoiding inadvertent disclosure of "Confidential" or "Highly Confidential Attorneys' Eyes Only" materials when preparing Public Redacted Versions, the Parties respectfully request additional time to prepare and file the Public Redacted Versions.

The Parties therefore stipulate and agree as follows:

1. The deadline for the Parties to file Public Redacted Versions is July 11, 2024.

2. By July 8, 2024, Valve will provide to Plaintiffs a proposed version of the Schwartz Expert Report (including all attachments) that redacts all materials sought to be sealed by Valve, Plaintiffs, and any third party. Thereafter, the Parties shall meet and confer prior to filing if Plaintiffs disagree with filing the version provided by Valve.

3. Plaintiffs shall file the redacted public version of the Schwartz Expert Report (including all attachments).

4. Valve shall file the redacted public version of Valve's Opposition to Plaintiffs' Motion for Class Certification and the evidence and declarations on which Valve relies, and Valve's Daubert Motion.

STIPULATED MOTION AND ORDER RE: MOTIONS TO
SEAL – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED this 27th day of June, 2024.

3

4  *s/ Alicia Cobb*                                           *s/ Tyre L. Tindall*

5  Alicia Cobb, WSBA #48685                    Tyre L. Tindall, WSBA No. 56357
   QUINN EMANUEL URQUHART &        Stephanie L. Jensen, WSBA #42042
6  SULLIVAN, LLP                                      WILSON SONSINI GOODRICH &
   1109 First Avenue, Suite 210                  ROSATI P.C.
7  Seattle, Washington 98101                    701 Fifth Avenue, Suite 5100
   Phone (206) 905-7000                           Seattle, WA 98104-7036
8  Fax (206) 905-7100                               Phone (206) 883-2500
   aliciacobb@quinnemanuel.com           Fax (206) 883-2699
9                                                                   ttindall@wsgr.com
   Steig D. Olson (*pro hac vice*)                sjensen@wsgr.com
10 David LeRay (*pro hac vice*)
   QUINN EMANUEL URQUHART &        Kenneth R. O'Rourke (*pro hac vice*)
11 SULLIVAN, LLP                                     Jordanne M. Steiner (*pro hac vice*)
   51 Madison Avenue                              WILSON SONSINI GOODRICH &
12 New York, New York 10010                ROSATI, P.C.
   Phone (212) 849-7231                          1700 K Street, NW, Suite 500
13 Fax (212) 849-7100                              Washington, DC 20006
   steigolson@quinnemanuel.com         Phone (202) 973-8800
14                                                                  Fax (202) 973-8899
   Adam Wolfson (*pro hac vice*)              korourke@wsgr.com
15 QUINN EMANUEL URQUHART &      jordanne.miller@wsgr.com
   SULLIVAN, LLP
16 865 S. Figueroa St., 10th Floor            W. Joseph Bruckner (*pro hac vice*)
   Los Angeles, California 90017             Joseph C. Bourne (*pro hac vice*)
17 Phone (213) 443-3285                         LOCKRIDGE GRINDAL NAUEN P.L.L.P.
   Fax (213) 443-3100                              100 Washington Avenue S, Suite 2200
18 adamwolfson@quinnemanuel.com  Minneapolis, MN 55401
                                                                     Phone: (612) 339-6900
19 Charles Stevens (*pro hac vice*)          Fax: (612) 339-0981
   QUINN EMANUEL URQUHART &     wjbruckner@locklaw.com
20 SULLIVAN, LLP                                    jcbourne@locklaw.com
   50 California St., 22nd Floor
21 San Francisco, CA 94111                     *Proposed Interim Co-Lead Counsel*
   Phone (415) 875-6600
22 Fax (415) 875-6700
   charliestevens@quinnemanuel.com

23

24

25

STIPULATED MOTION AND ORDER RE: MOTIONS TO
SEAL – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Ankur Kapoor (*pro hac vice*) <br> Noah Brecker-Redd (*pro hac vice*) <br> CONSTANTINE CANNON LLP <br> 335 Madison Avenue, 9th Floor <br> New York, NY 10017 <br> Phone (212) 350-2700 <br> Fax (212) 350-2701 <br> akapoor@constantinecannon.com | s/ *Blake Marks-Dias* <br> Blake Marks-Dias, WSBA No. 28169 <br> Eric A. Lindberg, WSBA No. 43593 <br> CORR CRONIN LLP <br> 1015 Second Avenue, Floor 10 <br> Seattle, WA  98104 <br> (206) 625-8600 Phone <br> (206) 625-0900 Fax <br> bmarksdias@corrcronin.com <br> elindberg@corrcronin.com |
| Wyatt Fore (*pro hac vice*) <br> CONSTANTINE CANNON LLP <br> 1001 Pennsylvania Ave., 22nd Floor <br> Washington, D.C. 20004 <br> Phone (202) 204-3500 <br> Fax (202) 204-3501 <br> wfore@constantinecannon.com | Kristen Ward Broz <br> FOX ROTHSCHILD LLP <br> 2020 K. St. NW, Ste. 500 <br> Washington, DC 20006 <br> Telephone (202) 794-1220 <br> Fax (202) 461-3102 <br> kbroz@foxrothschild.com |
| *Proposed Interim Co-Lead Counsel* | |
| Kenneth J. Rubin (*pro hac vice*) <br> Timothy B. McGranor (*pro hac vice*) <br> Kara M. Mundy (*pro hac vice*) <br> VORYS, SATER, SEYMOUR AND <br>   PEASE LLP <br> 52 East Gay Street <br> Columbus, Ohio 43215 <br> Phone (614) 464-6400 <br> Fax (614) 719-4796 <br> kjrubin@vorys.com <br> tbmcgranor@vorys.com <br> kmmundy@vorys.com | Charles B. Casper (*pro hac vice)* <br> MONTGOMERY McCRACKEN WALKER <br> & RHOADS LLP <br> 1735 Market Street, 21st Floor <br> Philadelphia, PA 19103 <br> Telephone (215) 772-1500 <br> ccasper@mmwr.com <br><br> *Attorneys for Defendant Valve Corporation* |
| Thomas N. McCormick (*pro hac vice*) <br> VORYS, SATER, SEYMOUR AND <br>   PEASE LLP <br> 4675 MacArthur Court, Suite 700 <br> Newport Beach, California 92660 <br> Phone (949) 526-7903 ∣ Fax (949) 383-2384 <br> tnmccormick@vorys.com | |
| *Proposed Interim Executive Committee Member* | |

STIPULATED MOTION AND ORDER RE: MOTIONS TO SEAL – 4

1  PURSUANT TO STIPULATION, IT IS SO ORDERED pursuant to the parties'

2  stipulation (**Dkt. No. 293**).

3  DATED this 28th day of June 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: MOTIONS TO
SEAL – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900