The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WOLFIRE GAMES LLC, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>VALVE CORPORATION,<br><br>      Defendant. | NO. 2:21-cv-00563-JCC<br><br>[~~PROPOSED~~] **ORDER RE NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S UNOPPOSED MOTION UNDER LOCAL CIVIL RULE 5(G) TO CONTINUE TO SEAL DOCUMENT** |

[~~PROPOSED~~] ORDER RE NON-PARTY SONY INTERACTIVE
ENTERTAINMENT LLC'S MOTION
UNDER LCR 5(G) TO CONTINUE
TO SEAL DOCUMENT (No. 2:21-CV-00563-JCC)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  Non-party Sony Interactive Entertainment LLC ("SIE") filed an Unopposed Motion Under Local Civil Rule 5(g) to Continue to Seal Document (**Dkt. No. 277**), in the above captioned matter.  After full consideration of the papers submitted, as well as all other matters presented to the Court,

IT IS HEREBY ORDERED that SIE's Unopposed Motion Under Local Civil Rule 5(g) to Continue to Seal Document is GRANTED.

Dated: July 1, 2024

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION UNDER LCR 5(G) TO CONTINUE TO SEAL DOCUMENT (No. 2:21-CV-00563-JCC)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

1  Presented by:

BYRNES KELLER CROMWELL LLP

By */s/ Paul R. Taylor*

Paul R. Taylor, WSBA #14851

1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
ptaylor@byrneskeller.com

John F. Cove, Jr. (*pro hac vice application pending*)
ALLEN OVERY SHEARMAN STERLING US LLP
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105
Telephone:  (415) 616-1100
john.cove@aoshearman.com

**Attorneys for Non-Party Sony Interactive Entertainment LLC**

[PROPOSED] ORDER RE NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION UNDER LCR 5(G) TO CONTINUE TO SEAL DOCUMENT (No. 2:21-CV-00563-JCC)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000