THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC<br><br>ORDER GRANTING UNOPPOSED MOTION TO KEEP NON-PARTY MICROSOFT'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL |

This matter came before the Court on Non-Party Microsoft's Motion (**Dkt. No. 260**) to Keep Highly Confidential – Attorney's Eyes-Only information under seal. The Court having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, **HEREBY ORDERS** that:

1.  Non-Party Microsoft's Motion to Seal is **GRANTED**.

2.  The material in the Schwartz Report that are derived from Microsoft's nonpublic Highly Confidential – Attorney's Eyes-Only information as reflected in Exhibit A and Exhibits E–H to the Declaration of Adam Fossa—and summarized in the below table—shall REMAIN UNDER SEAL.

| Sealed Document | Microsoft Materials to Keep Sealed | Support for Compelling Reasons |
|---|---|---|
| Schwartz Report | Page 92, n. 410, n. 411, which are highlighted portions of Fossa Decl., Ex. A. | Fossa Decl. ¶ 4. |

ORDER GRANTING UNOPPOSED MOTION TO
KEEP MICROSOFT'S INFORMATION UNDER
SEAL – 1
(No. 2:21-cv-00563-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| Schwartz Report | Attachment E-1, which are highlighted portions of Fossa Decl., Ex. E. | Fossa Decl. ¶ 5. |
|---|---|---|
| Schwartz Report | Attachment E-8, which are highlighted portions of Fossa Decl., Ex. F. | Fossa Decl. ¶ 6. |
| Schwartz Report | Attachment X-4, which is reflected in Fossa Decl., Ex. G. | Fossa Decl. ¶ 7. |
| Schwartz Report | Attachment X-5, which is reflected in Fossa Decl., Ex. H. | Fossa Decl. ¶ 8. |

3.  The material in Valve's Opposition Materials that are derived from Microsoft's nonpublic Highly Confidential – Attorney's Eyes-Only information as reflected in Exhibits B–D to the declaration of Adam Fossa and Exhibits A–C to the Declaration of Aaron Greenberg—and summarized in the below table—shall REMAIN UNDER SEAL.

| Sealed Document | Microsoft Materials to Keep Sealed | Support for Compelling Reasons |
|---|---|---|
| Valve Opposition Motion | Page 12, which are highlighted portions of Fossa Decl., Ex. B and highlighted portions of Greenberg Decl., Ex. A. | Fossa Decl. ¶ 4; Greenberg Decl. ¶ 4. |
| Chiou Report | Page 113, which are highlighted portions of Fossa Decl., Ex. C and highlighted portions of Greenberg Decl., Ex. B. | Fossa Decl. ¶ 4; Greenberg Decl. ¶ 4. |
| Ex. 23 to Declaration of Blake Marks-Dias | 25:3–25, which are highlighted portions of Fossa Decl., Ex. D. | Fossa Decl. ¶ 4. |
| Ex. 24 to Declaration of Blake Marks-Dias | 39:8–39:20, which are highlighted portions of Greenberg Decl., Ex. C. | Greenberg Decl. ¶ 4. |

ORDER GRANTING UNOPPOSED MOTION TO
KEEP MICROSOFT'S INFORMATION UNDER
SEAL – 2
(No. 2:21-cv-00563-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  **IT IS SO ORDERED**.

2  DATED this 1st day of _____July_____, 2024.

3

4

5  _____
   The Honorable John C. Coughenour

6  UNITED STATES DISTRICT JUDGE

7

8

9

10  Presented by:

11  By:  /s/ *Cara Wallace*
        Cara Wallace, Bar No. 50111

12      Perkins Coie LLP
        1201 Third Avenue, Suite 4900

13      Seattle, Washington 98101-3099
        Telephone: +1.206.359.8000

14      Facsimile: +1.206.359.9000
        CWallace@perkinscoie.com

15      Attorney for Microsoft Corp.

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION TO
KEEP MICROSOFT'S INFORMATION UNDER
SEAL – 3
(No. 2:21-cv-00563-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000