THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC |
|---|---|
| | ORDER GRANTING UNOPPOSED MOTION TO KEEP NON-PARTY EPIC GAMES, INC.'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL |

This matter came before the Court on Non-Party Epic Games, Inc.'s Motion (**Dkt No 282**) to Keep Highly Confidential – Attorney's Eyes-Only information under seal. The Court having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, **HEREBY ORDERS** that:

1. Non-Party Epic's Motion to Seal is **GRANTED**.
2. The materials in the Schwartz Report, Dkt. 182-1, that are derived from Epic Games, Inc.'s nonpublic Highly Confidential – Attorney's Eyes-Only information as reflected in Exhibit A to the Declaration of Kyle Billings and Exhibits A–B to the Declaration of Ahnaf Khan—and summarized in the below table—shall REMAIN UNDER SEAL.

| Sealed Document | Epic Materials to Keep Sealed | Support for Compelling Reasons |
|---|---|---|
| Schwartz Report | Page 129, which are highlighted portions of Billings Decl., Ex. A. | Billings Decl., ¶ 4. |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO KEEP EPIC'S INFORMATION UNDER SEAL – 1
(No. 2:21-cv-00563-JCC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| Schwartz Report | Attachment E-2, which are reflected in Khan Decl., Ex. A. | Khan Decl. ¶ 4. |
|---|---|---|
| Schwartz Report | Attachment E-1, which are highlighted portions of Khan Decl., Ex. B. | Khan Decl. ¶ 5; *see also* Dkt. 223 (sealing Epic's confidential market share). |

3. The materials in the Chiou Report, Dkt. 233-1, that are derived from Epic Games, Inc.'s nonpublic Highly Confidential – Attorney's Eyes-Only information as reflected in Exhibit B to the Declaration of Kyle Billings—and summarized in the below table—shall REMAIN UNDER SEAL.

| **Sealed Document** | **Epic Materials to Keep Sealed** | **Support for Compelling Reasons** |
|---|---|---|
| Chiou Report | Pages 81, 113–14, and 114 n. 417 which are highlighted portions of Billings Decl., Ex. B. | Billings Decl., ¶ 5. |

**IT IS SO ORDERED**.

DATED this 1st day of July 2024.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ *Cara Wallace*
    Cara Wallace, Bar No. 50111
    Perkins Coie LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    CWallace@perkinscoie.com

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO KEEP EPIC'S INFORMATION UNDER SEAL – 2
(No. 2:21-cv-00563-JCC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000