THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**PRAECIPE REGARDING VALVE CORPORATION'S MOTION TO SEAL OPPOSITION TO CLASS CERTIFICATION, SCHWARTZ REPORT, AND SUPPORTING DOCUMENTS** |

PRAECIPE REGARDING VALVE CORPORATION'S
MOTION TO SEAL
CASE NO. 2:21-cv-00563-JCC – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Pursuant to Local Civil Rule 7(m), Defendant Valve Corporation submits this praecipe to substitute a corrected form of:

(1) Declaration of Scott Lynch with Appendix (Dkt. 295) in support of Valve's Motion to Seal Opposition to Class Certification, Schwartz Report, and Supporting Documents (Dkt. 294);

(2) Valve's Proposed Redactions to the Expert Report of Steven Schwartz (Dkt. 298-2);

(3) Valve's Proposed Redactions to the Expert Report of Lesley Chiou (Dkt. 298-5); and

(4) Valve's Proposed Redactions to the Expert Report of Ashley Langer (Dkt. 298-6).

On June 28, 2024, Valve discovered a small number of inaccuracies in the documents listed above. Certain references were improperly listed for redaction in the Appendix to the Declaration of Scott Lynch and/or improperly highlighted for redaction. Other references were either (i) listed for redaction in the Appendix to the Declaration of Scott Lynch but not correspondingly highlighted for redaction or (ii) highlighted for redaction but not correspondingly listed for redaction in the Appendix to the Declaration of Scott Lynch.

To address those inaccuracies, Valve has made the following changes:

<u>Appendix to the Declaration of Scott Lynch</u> (Dkt. 295) (**Exhibit A**)

- Removed "¶ 410" from list of Schwartz Report redactions in Appendix A1 (Valve does not seek redaction of dollar figures in the last line of ¶ 410)
- Removed "p. 89 n. 399" from list of Schwartz Report redactions in Appendix A2 (Valve does not seek redaction of p. 89 n. 399)
- Added "¶ 226" & "¶ 267" to the list of Chiou Report redactions in Appendix C1
- Added "p. 205 n. 854" to the list of Schwartz Report redactions in Appendix E1
- Corrected "p. 76 312" to "p. 76 n. 312" in the list of Chiou Report redactions in

PRAECIPE REGARDING VALVE CORPORATION'S
MOTION TO SEAL
CASE NO. 2:21-cv-00563-JCC – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

       Appendix F1

- Added "p. A21 n. 21" to the list of Schwartz Report redactions in Appendix F3
- Corrected "p. 28 Exhibit 17" to "p. 128 Exhibit 17" in the list of Chiou Report redactions in Appendix H

<u>Expert Report of Steven Schwartz</u> (Dkt. 298-2) (**Exhibit B**) (**filed under seal**)

- Paragraph 132 (highlighted proposed redactions to market share percentages)
- Paragraph 273 (added highlight to total market revenue figure)
- Paragraph 410 (removed highlighting to reflect that Valve does not seek redaction of dollar figures in the last line of ¶ 410)

<u>Expert Report of Lesley Chiou</u> (Dkt. 298-5) (**Exhibit C**) (**filed under seal**)

- Page 93, Note 348 (highlighted proposed redaction to percentage value)

<u>Expert Report of Ashley Langer</u> (Dkt. 298-6) (**Exhibit D**) (**filed under seal**)

- Page 56, Exhibit 2 (removed redaction)

Valve respectfully requests that a corrected Declaration of Scott Lynch (Dkt. 295) in the form attached hereto as **Exhibit A**, and corrected exhibits to the Declaration of Blake Marks-Dias in Support of Valve's Motion to Seal (Dkt. Nos. 298-2, 298-5, 298-6), in the form attached hereto as **Exhibits B–D** (**filed under seal**), be substituted for the currently filed documents. Lynch Declaration **Exhibit A** and Marks-Dias Declaration **Exhibits B–D** contain no changes other than those described above.

PRAECIPE REGARDING VALVE CORPORATION'S
MOTION TO SEAL
CASE NO. 2:21-cv-00563-JCC – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1     DATED this 2nd day of July, 2024.

2

3                         *s/ Blake Marks-Dias*
                          Blake Marks-Dias, WSBA No. 28169
                          Eric A. Lindberg, WSBA No. 43593

4                         CORR CRONIN LLP
                          1015 Second Avenue, Floor 10

5                         Seattle, WA 98104
                          (206) 625-8600 Phone

6                         (206) 625-0900 Fax
                          bmarksdias@corrcronin.com

7                         elindberg@corrcronin.com

8                         Kristen Ward Broz (*pro hac vice*)
                        FOX ROTHSCHILD LLP

9                         2020 K. St. NW, Ste. 500
                        Washington, DC 20006

10                      Telephone (202) 794-1220
                     Fax (202) 461-3102

11                      kbroz@foxrothschild.com

12                      Nathan M Buchter *(pro hac vice)*
                     FOX ROTHSCHILD LLP

13                      2000 Market Street STE 20TH FL
                     Philadelphia, PA 19103

14                      Telephone (215) 299-3010
                     nbuchter@foxrothschild.com

15

16                      Charles B. Casper (*pro hac vice*)
                     Peter Breslauer *(pro hac vice)*

17                      Robert E. Day *(pro hac vice)*
                     Jessica Rizzo *(pro hac vice)*

18                      MONTGOMERY McCRACKEN WALKER
                     & RHOADS LLP

19                      1735 Market Street, 21st Floor
                     Philadelphia, PA 19103

20                      Telephone (215) 772-1500
                     ccasper@mmwr.com

21                      pbreslauer@mmwr.com
                     rday@mmwr.com

22                      jrizzo@mmwr.com

23                      *Attorneys for Defendant Valve Corporation*

24

25

PRAECIPE REGARDING VALVE CORPORATION'S
MOTION TO SEAL
CASE NO. 2:21-cv-00563-JCC – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900