The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re VALVE ANTITRUST LITIGATION | Lead Case No. 2:21-cv-00563-JCC<br><br>**STIPULATED MOTION REGARDING SEALING OF *DAUBERT* MOTION AND CLASS CERTIFICATION REPLY PAPERS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 9, 2024** |

The Parties have met and conferred with respect to Plaintiffs' upcoming Opposition to Valve's *Daubert* Motion and Valve's Reply in Support of its *Daubert* motion. The Parties expect that these briefs and their supporting exhibits will contain numerous references to materials designated as "Confidential" or "Highly Confidential Attorneys' Eyes Only Materials" under the August 16, 2022 Stipulated Protective Order (Dkt. 95). The Parties have agreed to the following procedure, and respectfully request the Court enter an order reflecting the Parties' stipulation.

1. Consistent with prior stipulated Orders in this case (*see* Dkts. 177, 227), and pursuant to LCR 5(g)(2), Plaintiffs may initially file under seal their Opposition to Valve's *Daubert* Motion, including all exhibits and declarations on which they rely, and Valve may initially file under seal its Reply in Support of its *Daubert* Motion, including all exhibits and declarations on which it relies.

STIP. MOT. REGARDING SEALING
OF DAUBERT AND CLASS CERTIFICATION REPLY PAPERS
CASE NO. 2:21-CV-00563-JCC - 1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

As provided for in Dkt. 178, Plaintiffs may file initially under seal their Reply in Support of Class Certification Motion, including all exhibits and declarations on which they rely.

2. The Parties agree that the deadline for any party or non-party to move to seal materials associated with Plaintiffs' Opposition to Valve's *Daubert* Motion or Plaintiffs' Reply in Support of Class Certification shall be extended to August 7, 2024. The Parties further agree that (1) any responses from parties and non-parties must be filed by August 21, 2024, and (2) any replies must be filed by August 28, 2024.

3. The Parties shall meet and confer and jointly file redacted public versions of Plaintiffs' Opposition to Valve's *Daubert* Motion, Plaintiffs' Reply in Support of Class Certification, and all supporting materials by September 4, 2024, redacting all material that any party or non-party moved to seal.

4. The Parties agree that the deadline for any party or non-party to move to seal materials associated with Valve's Reply in Support of Its *Daubert* Motion shall be September 5, 2024. The Parties further agree that (1) any responses from parties and non-parties must be filed by September 26, 2024, and (2) any replies must be filed by October 3, 2024.

5. The Parties shall meet and confer and jointly file redacted public versions of Valve's Reply in Support of Its *Daubert* Motion and all supporting materials by October 10, 2024, redacting all material that any party or non-party moved to seal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th day of July, 2024.

| | |
|---|---|
| */s/ Alicia Cobb* | */s/ Stephanie L. Jensen* |
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*) | Stephanie L. Jensen, WSBA #42042<br>Tyre L. Tindall, WSBA #56357<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com<br>ttindall@wsgr.com |

STIP. MOT. REGARDING SEALING
OF DAUBERT AND CLASS CERTIFICATION REPLY PAPERS
CASE NO. 2:21-CV-00563-JCC - 2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

David LeRay (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
jordanne.miller@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com

*Interim Co-Lead Counsel*

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
6 E. 43rd St., 26th Fl.
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
Douglas R. Matthews (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com
drmatthews@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
   PEASE LLP
4675 MacArthur Court, Suite 700

STIP. MOT. REGARDING SEALING
OF DAUBERT AND CLASS CERTIFICATION REPLY PAPERS
CASE NO. 2:21-CV-00563-JCC - 3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

| | |
|---|---|
| 1 | Newport Beach, California 92660 |
| 2 | Phone (949) 526-7903 | Fax (949) 383-2384<br>tnmccormick@vorys.com |
| 3 | *Executive Committee Member* |

s/ Blake Marks-Dias
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43593
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Charles B. Casper (*pro hac vice*)
MONTGOMERY McCRACKEN
WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIP. MOT. REGARDING SEALING
OF DAUBERT AND CLASS CERTIFICATION REPLY PAPERS
CASE NO. 2:21-CV-00563-JCC - 4

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 9th day of July 2024.

*[signature: John C. Coughenour]*

John C. Coughenour

UNITED STATES DISTRICT JUDGE

STIP. MOT. REGARDING SEALING
OF DAUBERT AND CLASS CERTIFICATION REPLY PAPERS
CASE NO. 2:21-CV-00563-JCC - 5

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101