THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

9      UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WASHINGTON
10                    AT SEATTLE

11

IN RE VALVE ANTITRUST LITIGATION          No. 2:21-cv-00563-JCC
12

13                                        **DECLARATION OF ERIK JOHNSON IN
                                          SUPPORT OF VALVE
14                                        CORPORATION'S OPPOSITION TO
                                          PLAINTIFFS' MOTION FOR CLASS
15                                        CERTIFICATION**

16

17          Erik Johnson states and declares as follows:

18          1.      I've been employed at Valve Corporation since January 1999.  I am over

19   the age of 18 and competent to testify.  Like most Valve employees, I don't have a job title,

20   but I am involved with many of Valve's products and activities, and I have personal

21   knowledge of the facts stated in this Declaration, except in paragraphs 17 to 20 where I report

22   publicly available information that some developers and publishers of games sold on Steam

23   disclose about themselves.

24

25

DECLARATION OF ERIK JOHNSON IN SUPPORT OF
VALVE CORPORATION'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2.      From 1995 or 1996 until January 1999, I worked for Sierra Online, Inc. ("Sierra").  Sierra published the games Valve developed, beginning in 1998 with Valve's first game, Half-Life, until 2005.

3.      At Sierra, I worked as a quality assurance tester for video games and other software products under development.  I looked for problems and defects in those products and worked with the development teams to help make sure the products Sierra eventually shipped were of high quality.

4.      Sierra assigned me to work at Valve's office in 1998.  In January 1999, Gabe Newell offered me a job at Valve.  I accepted and began working for Valve then.  I've worked for Valve ever since.

5.      Sierra continued to publish Valve's games after I joined Valve, but disagreements led to litigation among Sierra Entertainment, Inc. (as Sierra was then known), Vivendi Universal Games, Inc. (which had become Sierra's parent company), Valve, and four individuals.  In April 2005, to settle that litigation, the parties signed a Confidential Settlement Agreement and Mutual Release.  It includes, as Exhibit C, a Termination Agreement and, as Exhibit F, a draft joint press release.  The Termination Agreement and draft joint press release are attached to this Declaration as Exhibit 1.  The Termination Agreement, between Sierra and Valve, ended Sierra's role as the publisher of Valve's games.

## Valve Never Acquired or Owned WON

6.      During the time I worked for Sierra, Sierra had a service known as World Opponent Network, or WON for short, that allowed players of multiplayer games to authenticate their copies and, if they chose, play together online.  Some of Valve's early games used Sierra's WON cryptographic library to authenticate users' CD-Keys included in their retail packages.  A CD-Key is an alphanumeric code used to authenticate software and deter piracy.  When a user installs a game from a disc in a retail package, the CD-Key is

DECLARATION OF ERIK JOHNSON IN SUPPORT OF
VALVE CORPORATION'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  compared to the codes stored in an authentication server's cryptographic library. If it

2  matches, the user is allowed to play the game. Before Half-Life 2 launched in September

3  2004, Valve had installed its own authentication servers and had stopped using WON's

4  cryptographic library to authenticate users' copies of Valve games. But because some users

5  had old game discs of Valve games that pointed to Sierra's WON.net for authentication,

6  Sierra operated a service that redirected those users from WON.net to Valve's own

7  authentication servers, which then authenticated their copies.

8          7.      The 2005 Termination Agreement contains the following paragraph 15, which



17  Termination Agreement ¶ 15.

18          8.      As paragraph 15 shows, Sierra owned WON ("Sierra's WON.net URL"), and

19  Valve expected that Sierra would continue to own it. That is why paragraph 15 ▉▉▉▉▉

20  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

21  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

22  ▉▉▉▉▉▉▉▉▉▉▉

23          9.      The Termination Agreement became effective in April 2005. I know that

24  because the draft joint press release attached to the Settlement Agreement as Exhibit F is

25

DECLARATION OF ERIK JOHNSON IN SUPPORT OF
VALVE CORPORATION'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    dated "April XX, 2005" and the final press release, attached to this Declaration as Exhibit 2,

2    is dated April 29, 2005.

3        10.    Valve never acquired or owned WON.

4

5                    **Valve's Game Half-Life 2**

6        11.    I worked on the development of Valve's Half-Life 2 game.  It was released in

7    September 2004 and, at that time, mostly sold on a disc that gamers bought in a box at a retail

8    store.

9        12.    Attached to this Declaration as Exhibit 3 are pictures of the outside of a Half-

10   Life 2 game box from 2004 and a picture of a Quick Reference Card from inside the box.  The

11   pictures in Exhibit 3 accurately depict what was on the outside and inside of the Half-Life 2

12   game boxes that gamers bought at retail in stores after the game was launched in September

13   2004.  The Quick Reference Card is the first thing buyers would see when they opened the

14   box and took the product out.

15       13.    The outside of the Half-Life 2 box tells buyers of the game that an Internet

16   connection is required for the game.  Both the "Minimum System Requirements" and

17   "Recommended System Requirements" listed on the side of the game box state, "Internet

18   connection required."  This was important to both authenticate the user's copy of the game

19   and allow creation of the user's Steam account (if the user did not already have one).

20       14.    The Quick Reference Card insert also says that an Internet connection is

21   required and explains, "A **Steam** account is required to play **Half-Life 2** and an internet

22   connection is required to create and use your **Steam** account."  There are significant benefits

23   that Steam account holders can access with their Steam account, and Valve did not (and still

24   does not) charge gamers for creating a Steam account and becoming members of the Steam

25   community.

DECLARATION OF ERIK JOHNSON IN SUPPORT OF
VALVE CORPORATION'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

15.     Though an Internet connection and a Steam account were required to play Half-Life 2, the game did not have to be played online.  Although there were significant benefits available if the user played the game online, the Quick Reference Card insert explained that an "Offline Mode" to play Half-Life 2 was available.

16.     After Sierra's role as the publisher of Valve's games, including Half-Life 2, ended in April 2005, Valve used another publisher, Electronic Arts ("EA"), for a number of years.  Physical copies of the Half-Life 2 game were then sold in different packaging, a DVD case instead of a box.  Attached to this Declaration as Exhibit 4 are pictures of the outside front and back of the Half-Life 2 DVD case.  The pictures in Exhibit 4 accurately depict what was on the outside of the Half-Life 2 DVD case when the game was sold at retail after EA became Valve's publisher.  The back of the DVD case informed potential buyers of the game: "You must activate this product via the Internet by registering for a Steam account …."

### Examples of Publishers and Developers that Distribute Games on Steam

17.     Ubisoft is a publicly traded French company whose 2022-23 Universal Registration Document and Annual Financial Report shows that it has had well over a billion euros in sales in recent years.  *See* https://staticctf.ubisoft.com/8aefmxkxpxwl/3TL97lhdKScWJxj25qA1ks/ef2acae5a3137fc9c1 0fa8d988a4a423/UBISOFT_DEU_UK_BAT_2023_MEL.pdf.  According to its website, https://www.ubisoft.com/en-us/, Ubisoft publishes games for PCs and consoles, including the Xbox, PlayStation, and Nintendo Switch.  Ubisoft's games are available for purchase on that website, and through its subscription service, called Ubisoft+.  Valve's records show that Ubisoft currently distributes well over 100 games in multiple genres on Steam.  *See* https://store.steampowered.com/publisher/ubisoft.  Valve's records show that ▮▮▮▮▮ of the Ubisoft games played on Steam are from redeemed Steam Keys.

DECLARATION OF ERIK JOHNSON IN SUPPORT OF
VALVE CORPORATION'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DocuSign Envelope ID: 60F03C22-C324-4074-9536-59A54124EAC2

18.     Artemis: God–Queen of the Hunt, is a 2D platformer game on Steam, developed and published by an individual named James Leakos. See https://store.steampowered.com/app/1081850/Artemis_GodQueen_of_The_Hunt/. Valve's records show that Mr. Leakos has released just that one game on Steam, and it has sold about ████ on Steam since it debuted in 2019. Valve's records also show that over ████ ████ issued to Mr. Leakos for his game have been redeemed by Steam users.

19.     Facepunch Studios is an independent game studio that develops games for PC and consoles. Its website, https://facepunch.com/, identifies about 75 team members. One of Facepunch Studio's games is Garry's Mod, a multiplayer game that allows users to create their own adventures. Garry's Mod is available on Steam, was built on a modified version of Valve's Source game engine, and leverages Valve characters and other Valve intellectual property. Because of that, Valve retains a higher revenue share for Garry's Mod than most games. Valve's records show that Garry's Mod uses many of Steam's features, including the Steam Workshop, the Steam Cloud, Valve Anti-Cheat, Steam Achievements, and Steam Trading Cards. See https://store.steampowered.com/app/4000/Garrys_Mod/. To my knowledge, Garry's Mod is available only on Steam.

20.     Manor Lords, a medieval strategy game sold on Steam, was developed by a developer called Slavic Magic and published by a publisher called Hooded Horse. See https://store.steampowered.com/app/1363080/Manor_Lords/. According to the Manor Lords website, https://manorlords.com/, Manor Lords is sold on Steam, the Epic Game Store, and GOG.com, and is available through Microsoft's PC Game Pass subscription service.

DECLARATION OF ERIK JOHNSON IN SUPPORT OF
VALVE CORPORATION'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 6

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    I declare under penalty of perjury that the forgoing is true and correct.

2    Executed on _____5/17/2024_____

3    at ___Bellevue, WA_____

4

5

6                                    _____
                                     Erik Johnson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ERIK JOHNSON IN SUPPORT OF
VALVE CORPORATION'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 7