# EXHIBIT 6

# REDACTED

```
 1                  UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3

 4                                        ) Case No.
        IN RE VALVE ANTITRUST LITIGATION  ) 2:21-cv-00563-JCC
 5                                        )

 6

 7           VIDEO-RECORDED DEPOSITION UPON ORAL

 8                     EXAMINATION OF

 9                      GABE NEWELL

10       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

11

12

13

14                       9:09 A.M.

15                   NOVEMBER 21, 2023

16                   ARCTIC CLUB HOTEL

17                   700 THIRD AVENUE

18                  SEATTLE, WASHINGTON

19

20

21

22

23

24   REPORTED BY: CARLA R. WALLAT, CRR, RPR

25           WA CCR 2578, OR CSR 16-0443, CA CSR 14423
```

```
 1                     A P P E A R A N C E S

 2

 3     FOR THE PLAINTIFFS:

 4           KENNETH O'ROURKE
             JORDANNE M. STEINER
 5           BAASIL A. SHARIFF - (Via Zoom)
             Wilson Sonsini Goodrich & Rosati
 6           1700 K Street Northwest, Fifth Floor
             Washington, DC 20006
 7           202.973.8800
             korourke@wsgr.com
 8           jordanne.miller@wsgr.com
             bshariff@wsgr.com
 9
             DILLON OSTLUND - (Via Zoom)
10           Wilson Sonsini Goodrich & Rosati
             One Market Plaza, Spear Tower, Suite 3300
11           San Francisco, California 94105
             415.947.2000
12           dostlund@wsgr.com


13
             ANKUR KAPOOR - (Via Zoom)
14           NOAH BRECKER-REDD - (Via Zoom)
             Constantine Cannon LLP
15           335 Madison Avenue, 9th Floor
             New York, New York 10017
16           212.350.2700
             akapoor@constantinecannon.com
17           nbrecker-redd@constantinecannon.com


18
             SARAH M. LUNDBERG - (Via Zoom)
19           Lockridge Grindal Nauen P.L.L.P.
             100 Washington Avenue South, Suite 2200
20           Minneapolis, Minnesota 55401-2159
             612.339.6900
21           smlundberg@locklaw.com


22
             ANDREW FAISMAN - (Via Zoom)
23           Quinn Emanuel Urquhart & Sullivan, LLP
             51 Madison Avenue, 22nd Floor
24           New York, New York 10010
             212.849.7000
25           andrewfaisman@quinnemanuel.com
```

```
 1              A P P E A R A N C E S (Continued)

 2

 3         TIMOTHY B. McGRANOR - (Via Zoom)
           Vorys, Sater, Seymour and Pease LLP
 4         52 East Gay Street
           Columbus, Ohio 43215
 5         614.464.6400
           tbmcgranor@vorys.com
 6

 7    FOR THE DEFENDANT:

 8         CHARLES CASPER
           Montgomery McCracken
 9         1735 Market Street
           Philadelphia, Pennsylvania 19103
10         215.772.7223
           ccasper@mmwr.com
11
           GAVIN W. SKOK - (Via Zoom)
12         Fox Rothschild LLP
           1001 Fourth Avenue, Suite 4400
13         Seattle, Washington 98154
           206.624.3600
14         gskok@foxrothschild.com

15

16

17

18    ALSO PRESENT:

19    ALAN MORGAN, Videographer

20    ANDY BOS, Concierge Technician - (Via Zoom)

21    CHRIS SCHENCK, Valve in-house counsel

22

23

24

25
```

1   telling third-party software developers how to price
2   their games on other platforms or other distribution
3   mechanisms.
4        Q.   In a situation where a developer does price
5   lower on another store than it's selling the same game
6   on Valve or on Steam, Valve will do something, correct?
7        A.   Valve does not have a policy or practice of
8   dictating prices to third-party software developers on
9   other platforms.
10       Q.   So I'm asking a slightly different question.
11  I understand you've said Valve does not have a policy
12  or practice of telling developers how to price their
13  game.
14            My question is: If the developer prices its
15  game on another site lower than how they have priced
16  the same game on Valve, Valve will take action?
17       A.   We don't have a policy or a practice of
18  dictating prices to third parties. I don't understand
19  why -- you're saying if we don't have that policy, why
20  we wouldn't take action. So I'm confused by your
21  question.
22       Q.   Are you aware of instances where Valve has
23  taken action when a developer has offered its game for
24  sale on another platform compared to the price -- let
25  me reask the question.

1    A.  Valve's policy is not to dictate or -- dictate
2  pricing to third-party software developers.  I think
3  when David was asking about the contracts, I would have
4  referred him specifically to -- to the contracts and
5  the rules and guidelines.  I do not think Tom's
6  interpretation of those is consistent with our business
7  and our practices.
8    Q.  And why not?
9    A.  Our policy and our practice have always been
10 to not dictate pricing to third-party software
11 developers.
12   Q.  Are you surprised to see the paragraph I
13 quoted in Mr. Giardino's response to this developer,
14 David?
15       MR. CASPER:  I object to the form of the
16 question.
17   A.  I -- I would not have sent this paragraph to
18 the third party.
19   Q.  (BY MR. O'ROURKE)  Why not?
20   A.  I would not have said -- I do not think this
21 is consistent with our policies and practices.
22   Q.  And which part is not consistent with your
23 policies and practices?
24   A.  This paragraph is written in a way that is not
25 consistent with our policies and practices.

1    Q.  During that same time period, isn't it the
2    case that a large number of developers and customers
3    were complaining about the quality of Steam's
4    offerings, the shortcomings of the Steam platform?
5    A.  We would say that many of our partners and
6    many of our customers are quite happy with the -- the
7    service that we're providing.  We're always working
8    harder to continue to keep them happy and to provide
9    value to users and to third-party software developers
10   who aren't currently using our system.
11   Q.  Would you be surprised if a number of Valve
12   employees themselves recognized that Valve was
13   essentially living on its laurels and not doing enough
14   to improve the quality and offerings of the Steam
15   platform?
16              MR. CASPER:  I object to the form of the
17   question.
18   A.  Valve's employees should be focused on making
19   our customers happy.  They should focus on ways that we
20   can make our tools better for third-party software
21   developers.  And part of that process is to be critical
22   of what we're doing right now and look for
23   opportunities to improve.
24   ███ ██████████████    ██████████████
25   ████████████████████████████████████████████████

