# EXHIBIT 8

HIGHLY CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT

      FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

2               Case No. 2:21-cv-00563-JCC

3

4  IN RE:  VALVE ANTITRUST LITIGATION

5  _____/

6                          2 South Biscayne Boulevard

                           Miami, Florida

7                          November 27, 2023

                           10:14 a.m. - 6:23 p.m.

8

9          VIDEO DEPOSITION OF JACOB TROYER

10

11      * * * * * HIGHLY CONFIDENTIAL * * * * *

12

13      Taken before SUZANNE VITALE, R.P.R., F.P.R.

14  and Notary Public for the State of Florida at Large,

15  pursuant to Notice of Taking Deposition filed in the

16  above cause.

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 2

```
 1   APPEARANCES:

 2

 3   On behalf of Plaintiffs:

 4   WILSON SONSINI GOODRICH & ROSATI
     1700 K Street Northwest

 5   5th Floor
     Washington, DC 20006

 6   BY:  ALLISON B. SMITH, ESQ.
             allison.smith@wsgr.com

 7   BY:  AUDREY TANENBAUM, ESQ.
             audrey.tanenbaum@wsgr.com

 8

 9   On behalf of Valve:

10   MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
     1735 Market Street

11   21st Floor
     Philadelphia, Pennsylvania 19103

12   BY:  ROBERT DAY, ESQ.
             rday@mmwr.com

13           RACHEL MCCARDELL (Paralegal)

14

15   ALSO PRESENT:

16           Michael Montalvo (Videographer)

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL

Page 3

1                         I N D E X

2

   Examination                                    Page
3  Direct            By Mr. Day:                      6
   Cross             By Ms. Smith:                  279
4  Redirect          By Mr. Day:                    339

5                    DEFENSE EXHIBITS

6  No.                                             Page
7  Exhibit 1         Notice                           8
   Exhibit 2         Subpoena                          9
8  Exhibit 3         Old Djinni & Thaco Steam         44
                     Page
9  Exhibit 4         The Witcher 3:  Wild Hunt        59
   Exhibit 5         VIVEPORT Store Page              60
10 Exhibit 6         Review for Djinni & Thaco        90
   Exhibit 7         Steam Reviews                    94
11 Exhibit 8         August 22, 2020 Dr. Awkward      96
                     Review
12 Exhibit 9         August 22, 2020 Rude            100
                     Squirrel Review
13 Exhibit 10        August 20, 2020 Cake Bandit     103
                     Review
14 Exhibit 11        August 12, 2020 Tim             108
                     Hall-Reppen Review
15 Exhibit 12        Haplo17 Review                  111
   Exhibit 13        Troyer 00002 - 003              123
16 Exhibit 14        Troyer 00004 - 0005             130
   Exhibit 15        Humble Bundle Post              132
17 Exhibit 16        Humble Bundle Reddit Post       140
   Exhibit 17        Troyer 00006 - 012              147
18 Exhibit 18        Troyer 00001                    151
   Exhibit 19        DarkCatt_0019817 - 821          156
19 Exhibit 20        DarkCatt_0022643 - 644          162
   Exhibit 21        September 16, 2021 Dark Catt    169
20                   Review
   Exhibit 22        September 14, 2020 Indeed       190
21                   Reviews
   Exhibit 23        Bokor Review                    218
22 Exhibit 24        Shiver Website                  233
   Exhibit 25        Steam Workshop Page for         263
23                   Half-Life:  Alyx
   Exhibit 26        Mod for Half-Life:  Alyx        267
24                   called Overcharge
   Exhibit 27        Higgue Screenshots              270
25

HIGHLY CONFIDENTIAL

Page 24

1      A.    The games that they make are a constant

2   inspiration for me, primarily because every time

3   they put something out, it exists to push the

4   envelope of a technology that is being made, trying

5   to draw attention to it.

6           Like with the original Half-Life, they

7   kind of proved that you can make a rather compelling

8   story while still having good combat and good

9   physics and good -- good game play.

10          With Half-Life 2, they sort of innovated

11  on advancing the physics engines and showing what

12  modern CPUs are capable of producing and all that

13  sort of stuff.

14          And with Half-Life:  Alyx, they pushed the

15  envelope on what designs people could think were

16  possible for VR.  Every time they put something out,

17  it's innovative.  It's new.  It's fresh.  It shows

18  what you can do with what you have.

19      Q.    Would you say that that work, that

20  innovation that they do inspires you as a game

21  developer?

22      A.    Absolutely.

23      Q.    And what do you think about Steam?  You

24  mentioned Steam?

25      A.    Yeah.  Steam is the digital marketplace

HIGHLY CONFIDENTIAL

Page 29

1          A.    Yes.

2          Q.    How do you find out about games you want

3     to try?

4          A.    Most of the time it's word of mouth.

5     Other times it is through -- I will be watching news

6     cycles and keeping my eye out for any trailers of

7     things that I might want to see or anything that

8     gets brought up through, you know, several

9     announcements during award ceremonies or events.

10          Q.    What sort of award ceremonies or events

11     are you talking about?

12          A.    So things like The Game Awards, the TGAs

13     that are about to come out pretty soon.  Many of

14     Geoff Keighley's shows, such as the summer game show

15     and all those sorts of things.

16          Q.    Do your friends ever recommend games to

17     you?

18          A.    All the time.

19          Q.    And how many friends do you have on Steam?

20          A.    Somewhere in the 30s.

21          Q.    Are these -- go ahead.

22          A.    I have a close-knit group of people that I

23     hang out with on a regular basis that's maybe about

24     ten, but...

25          Q.    Are these people that you met through

HIGHLY CONFIDENTIAL

Page 30

1    Steam, or are they people that you met outside of

2    Steam?

3         A.    Some of them -- the vast number of them I

4    met outside of Steam.

5         Q.    Okay.  And will you socialize through

6    playing games?

7         A.    Yes.

8         Q.    And do you do that on Steam?

9         A.    I do not use Steam's chat services to do

10   this, but the games that we play are -- we have all

11   bought through Steam.

12        Q.    How frequently would you say you do that?

13        A.    At least once a week.

14        Q.    Is that a major way you keep in touch with

15   your friends?

16        A.    Yes.  It's also a major way I keep in

17   touch with some of my family members even.  So --

18        Q.    Do you have a family plan?

19        A.    I do not have a family plan.  But I -- I

20   do play Baldur's Gate with my brothers and my dad

21   every Saturday almost.

22        Q.    That's nice.

23              Do you -- how do you browse for games on

24   Steam?

25        A.    Generally speaking, I'll go to the store

HIGHLY CONFIDENTIAL

Page 31

1    and see if there's any sales going on.  Or, like,

2    I'll check my wish list to see if there's any sales

3    on those or if I have, you know, spare money to buy

4    something.

5           Q.   What's a wish list?

6           A.   A wish list is just a catalog of games

7    that you have marked as being interested in.

8           Q.   And that's a feature of Steam?

9           A.   Yes.

10          Q.   And you mentioned sales.

11               Are you talking about the seasonal sales?

12          A.   I am talking about either the seasonal

13   sales or sometimes a game just goes on sale.

14   Sometime the developer just marks it as, you know,

15   here's a 33 percent discount; go buy it.

16          Q.   And that will incentivize you to purchase

17   the game?

18          A.   Yeah.

19          Q.   Do you have a sense of how frequently

20   you'll purchase a game during a sale?

21          A.   During a sale, it's -- I'll maybe buy one

22   or two.  I don't go nuts like some people I know do,

23   but --

24          Q.   Do you ever use the Discovery Queue?

25          A.   Occasionally.

```
 1          Q.    The top seller's list?

 2          A.    I will use the top seller's list.

 3          Q.    Do you ever browse by genre?

 4          A.    I browse by genre frequently.

 5          Q.    How about by tag?

 6          A.    Not by tag, no.

 7          Q.    Do you ever see a notification on Steam

 8     that a friend is playing a game and then try that

 9     game?

10          A.    I generally talk to them about it first to

11     get a feel for it.

12          Q.    Okay.  But you will receive that

13     notification?

14          A.    But I will receive that notification and

15     then say, "Huh, okay, well" -- I'll ask them how

16     it's going and see how they like it and if it's

17     something I would be interested in.

18          Q.    Do you use Curators at all?

19          A.    No.

20          Q.    When you shop for games, do you look at

21     Steam reviews?

22          A.    Yes.

23          Q.    Why?

24          A.    Well, user reviews are generally a very --

25     in my view, a reliable way to get a gauge on how the
```

HIGHLY CONFIDENTIAL

Page 33

1    community has actually received the game, whether it

2    be positively or negatively.

3              Certainly there can be incidents that a

4    game has a great deal of drama that surrounds it and

5    thus sort of muddies the pool a little bit.  But

6    that's still a very important thing to look at

7    because you want to make sure that the games that

8    you buy come from companies that you can approve of.

9         Q.   Do you think review integrity is

10   important?

11        A.   Absolutely.

12        Q.   Can you elaborate?

13        A.   I think giving players the proper

14   impression of the game that they are going to buy is

15   incredibly important, and it is important that they

16   get as much information as they can and that that

17   information is accurate.

18        Q.   You mentioned the community before.

19             Are you talking about the gaming

20   community?

21        A.   Yes.

22        Q.   When you shop for games, do you look for

23   reviews anywhere other than on Steam?

24        A.   Yeah, I will occasionally take a peek at

25   some of the review sites, Metacritic, IGN

HIGHLY CONFIDENTIAL

```
1    occasionally.  I'm not really -- don't really put

2    much heat behind IGN these days.

3              I'll look at them.  I'll look at PC Gamer.

4    I'll look at Destructoid.

5        Q.   So we mentioned Steam as a place to play

6    games, and we also discussed other distribution

7    platforms.

8              Do you know whether you can also play on

9    itch.io, use it as a launcher?

10       A.   I think it depends on the game on itch.io,

11   whether or not you can play it in the browser or

12   not.  I don't know if -- I don't know they have

13   their own, like, independent launcher outside of

14   that sort of stuff.  But I know if it's like a unity

15   game, you can typically run it in browser.

16       Q.   What about Humble Bundle?

17       A.   Humble Bundle, as I believe I think I

18   stated earlier, a lot of the time you do just get a

19   Steam key through Humble Bundle, if I'm remembering

20   right.

21       Q.   Okay.  So what's a Steam key?

22       A.   A Steam key effectively is the signature

23   key that identifies the game that you are able to

24   play.

25             You basically take that key, you put it in
```

HIGHLY CONFIDENTIAL

Page 35

1    your library, and you -- it identifies that as the

2    game and unlocks the ability for you to be able to

3    play it.

4         Q.   So you purchase it off Steam, the key; is

5    that right?

6         A.   You purchase the key off of Steam, put it

7    into their infrastructure, and then that corresponds

8    to a software that then enables you to access.

9         Q.   Are you aware of any developers that have

10   their own platforms for their games?

11        A.   Yes.

12        Q.   Can you name just a few?

13        A.   Ubisoft.  I know Paradox has their own

14   launcher.  I know EA has Origin, but I think that

15   one is kind of on the way out.

16             Epic Games has the Epic Games Store where

17   they distribute Fortnite and many of their partners'

18   games.  Like, Hades was on there for the longest

19   time exclusively.

20             And I think Activision had Battle.net for

21   the longest time, but that's also on the way out

22   too.

23        Q.   And how many of these platforms will you

24   use to play games?

25        A.   Most -- most of the time I just use Steam.

1    I'll occasionally use Paradox as launcher.

2         Q.    And so Steam is the platform you play

3    games most often on?

4         A.    Steam is my primary platform.

5         Q.    Are you aware that you can -- there are

6    games that you play on some platforms but not

7    others?

8         A.    Yes.

9         Q.    Are there games that you can play on

10   multiple platforms?

11        A.    Yes.

12        Q.    That are compatible with multiple

13   platforms?

14        A.    Yes.

15        Q.    Would you say that popular games can be

16   played on multiple platforms?

17            MS. SMITH:  Object to form.

18            THE WITNESS:  Yeah.

19   BY MR. DAY:

20        Q.    How about -- would you say that most games

21   that you play can be played on multiple platforms?

22        A.    Yeah, absolutely.

23        Q.    What is cross-play?

24        A.    Cross-play is the ability to play games

25   between two platforms in a multiple-player fashion.

                                            Page 37

1   It enables a -- someone who is playing on a console,

2   say, a PS5, to connect with a person playing on a PC

3   and play the game together.

4          Q.   Is it common?

5               MS. SMITH:  Object to form.

6               THE WITNESS:  I don't know I would say

7        it's terribly common.

8   BY MR. DAY:

9          Q.   Do any of the games that you play allow

10  for cross-play?

11         A.   I don't really play terribly many

12  multiplayer games, so I would say no.

13         Q.   Okay.  I want to go into sort of

14  Development 101 briefly.

15              What is video game software in sort of a

16  10,000-foot view?

17         A.   It's software that you can play games

18  with.  It's a game that goes on your computer, and

19  you interact with it and you have fun.

20         Q.   And does the game itself have its own

21  software?

22         A.   Yes.

23         Q.   Okay.  And does the software define its

24  features?

25         A.   Yes.

HIGHLY CONFIDENTIAL

```
 1        Q.   And then I think what you were saying
 2   there, do platforms like Steam, do they have their
 3   own software?
 4        A.   Yeah.
 5        Q.   Okay.  And so do platforms vary widely in
 6   terms of the features they offer?
 7             MS. SMITH:  Objection to form.
 8   BY MR. DAY:
 9        Q.   If you know.
10        A.   To my knowledge, most platforms offer a
11   basic suite of distribution of the game, social
12   interaction elements, and a basic operating system
13   for which it can actually -- in the case of a
14   console, it has an operating system on which it can
15   run.
16             So it's pretty universal what things give
17   you.
18        Q.   In terms of the service?
19        A.   In terms of the service, yes.
20        Q.   Okay.  And you're talking generally about
21   a social function, a --
22        A.   A social function, a distribution
23   function, a method by which you can access your
24   games' settings, panels to make sure that your
25   system is suited for your needs.
```

HIGHLY CONFIDENTIAL

Page 39

1      Q.    Okay.  And when you're designing a game,

2  how do you make sure the game can run on a

3  particular platform?

4      A.    Generally speaking, you check its -- you

5  check the qualifications of the platform.  You make

6  sure that you optimize within those parameters.

7            Generally speaking, what I like to do is I

8  like to shoot for the lowest common denominator and

9  build up from there.  I try to make sure that I can

10  run on the weakest target possible and then enhance

11  my experience from there.

12            It's a lot easier to build up than tear

13  down.

14      Q.    So do you have to tailor your game

15  software at least somewhat to fit each particular

16  platform?

17      A.    Yes.

18      Q.    And what's hardware?

19      A.    Hardware is the electronics that you're

20  playing on.  So it's your computer.  It's your

21  console.  It's your accessories that allow you to

22  interact with that stuff.

23      Q.    And so when you're designing a game, do

24  you make the game software compatible with a

25  particular hardware?

HIGHLY CONFIDENTIAL

1       A.    Yes, you will generally do that.

2       Q.    And when it comes to VR games, what

3    consoles are available?

4       A.    Well, PlayStation has their PS VR.  Beyond

5    that, there are the Meta mobile headsets that are

6    around these days.  I never really developed for

7    them.  I mostly developed for the PC headsets, those

8    being the HTC VIVE, the Oculus Rift, the Rift S, and

9    a couple of the Microsoft mixed-reality headsets.  I

10   think it was mostly just the HP for that.

11            But you would need a PC to make any of

12   those run.

13      Q.    Does Valve have its own --

14      A.    Valve does have a headset, now that you

15   remind me, yeah.  It's the Index.

16      Q.    And so what's the part that goes over your

17   head called?

18      A.    I would call that the headset.

19      Q.    Okay.  And then you have to hold --

20      A.    A pair of controllers, motion controllers.

21      Q.    What are those called?  Controllers?

22      A.    Yeah.  Controllers, motion controllers.

23   Various companies have different names for them.

24      Q.    And for each of the VR consoles you

25   mentioned, do they differ in terms of their headsets

HIGHLY CONFIDENTIAL

Page 41

 1   and controllers?

 2         A.    Yes.   The hardware for the headsets

 3   themselves is very different.

 4         Q.    Okay.   Is it true that there are -- I

 5   think you mentioned this -- there are tethered VR

 6   sets and nontethered VR sets?

 7         A.    Yes.

 8         Q.    And what's the difference?

 9         A.    The difference is whether or not you need

10   to be connected to a PC to make them work.

11         Q.    Is PlayStation's VR set a tethered set?

12         A.    To my knowledge, yes.

13         Q.    Does it hook up to a PC or a console?

14         A.    It hooks up to a PlayStation.   So a

15   tethered thing requires external hardware to

16   actually run.

17         Q.    But that could be a PC or a console?

18         A.    It could be a PC or a console, depending

19   on the headset.

20         Q.    Okay.   But is it fair to say that each VR

21   console has its own combination of hardware?

22         A.    Yes.

23         Q.    And do you have to design a game software

24   to make sure it's compatible with each VR console

25   set?

HIGHLY CONFIDENTIAL

Page 42

1        A.   Generally speaking, the only requirement

2   is to make sure that it works with the controls.

3   Beyond that, it's generally rather compliant.  Like,

4   the only real difference is making sure that the

5   controls all work between all the different

6   platforms.

7        Q.   I'm trying to understand that.

8             So are you saying that the controllers are

9   what you --

10       A.   The controllers are what you are

11   specializing around, yes.

12       Q.   Okay.

13       A.   It's what you need to change.

14       Q.   Okay.  Is designing a VR game for a

15   particular console, let's just say the Index, akin

16   to designing a non-VR game to a console like

17   PlayStation?

18       A.   No.

19       Q.   Okay.

20       A.   There's vast amounts of compliance things

21   that you need to go through to get it onto a

22   console.

23            Making it for a headset, you just need to

24   make sure it works on the headset and then make sure

25   you match whatever compliance things go for that

HIGHLY CONFIDENTIAL

Page 43

1    console.   Like, it's not terribly different between

2    the two.

3         Q.   Okay.  What's Steam VR?

4         A.   Steam VR is the software that the HTC VIVE

5    and the Valve Index run through to make the headset

6    operate and play the games.  It's what allows the

7    headset to communicate properly with your system and

8    then access and connect to your games.

9         Q.   Are there other VR platforms besides the

10   Steam VR?

11        A.   Yes.  There is Oculus.

12        Q.   Based on what you said, do VR games also

13   have to account for software platforms like Steam VR

14   versus Oculus?

15        A.   Kind of, sort of.  Oculus needs to be

16   running whenever you are running an Oculus headset,

17   but you can connect your Oculus through Steam VR as

18   well.  Like, it's a very flexible system that way.

19             You can't go the other way around but...

20        Q.   Okay.  And when you worked there, which VR

21   consoles did Djinni & Thaco work for?

22        A.   When I worked there, we focused primarily

23   on the HTC VIVE and the Oculus Rift.  We wanted to

24   expand into doing more stuff with the Index, but I

25   don't remember ever getting my own personal hands on

HIGHLY CONFIDENTIAL

Page 44

1  one.

2         I know we got our hands on the Index

3  controllers, which we had to sort of adapt with, but

4  we didn't really get a lot of time with them.

5       Q.    Okay.  Why didn't you have -- strike that.

6         What VR platforms did Djinni & Thaco work

7  for?

8       A.    It worked for Oculus Rift and HTC VIVE.

9       Q.    And Steam VR, did it work for Steam VR?

10      A.    Considering HTC VIVE had to run through

11  Steam VR, yes.

12        MR. DAY:  I will introduce Tab 3.  Let me

13      do the right tab this time.

14        (Thereupon, the referred-to document was

15  marked for Identification as Defendant's Exhibit 3.)

16        THE WITNESS:  The old Djinni & Thaco Steam

17      page.

18  BY MR. DAY:

19      Q.    So do you recognize this?

20      A.    Yes.

21      Q.    What is this?

22      A.    This is the Djinni & Thaco Steam page when

23  it was still up.

24      Q.    So do all games get their own Steam page?

25      A.    That is correct.

HIGHLY CONFIDENTIAL

Page 45

1          Q.   I just want to go through some of the

2     features here to get your take on them.

3               First, you see the title Trial by Spire.

4     On the right, there is a button to Community Hub.

5               Do you see that?

6          A.   Yes.

7          Q.   What is Community Hub?

8          A.   That is a place where people will post

9     topics for discussion over the game, talk about

10    screenshots and their experiences with it.

11         Q.   Why did Dark Catt -- did Dark Catt

12    implement a hub?

13         A.   I believe so.  I believe you have to.

14         Q.   And have you used -- have you participated

15    in community hubs?

16         A.   Rarely.

17         Q.   Okay.  Let's move down.

18              Do you remember what, if anything, was in

19    the Djinni & Thaco Community Hub?

20         A.   I believe there was maybe one or two posts

21    that were effectively complaints, but that's about

22    it.

23         Q.   So these community hubs are opportunities

24    for users to interface with developers?

25         A.   Yes.  Developers can also participate in

HIGHLY CONFIDENTIAL

1    the community posts.

2        Q.    Do gamers talk to each other through

3    community posts?

4        A.    Yes.

5             MS. SMITH:  Object to form.

6    BY MR. DAY:

7        Q.    Let's just move down, straight down from

8    Community Hub.  We see popular user-defined tags.

9             Why -- why -- do tags -- why do developers

10   use tags?

11            MS. SMITH:  Object to form.

12   BY MR. DAY:

13       Q.    Sorry.  Scratch that.

14            Why did Dark Catt use tags?

15            MS. SMITH:  Object to form.

16   BY MR. DAY:

17       Q.    If you know.

18       A.    Effectively, it is a way for them to label

19   the game and get it in the mindset of people that

20   would be searching for games that have similar tags

21   associated with, create an association between games

22   that would be similar to ours and keep them in the

23   same sort of pool.

24       Q.    Does it help developers find their market,

25   would you say?

HIGHLY CONFIDENTIAL

1      A.   I would say so.  I believe that is the

2   intention.

3      Q.   And you said you used games before -- or

4   tags before, I should say?

5      A.   I don't use them terribly much because I

6   am more genre specific than I am getting down to

7   this level of specificity.  Granted, there are some

8   genres that are -- can be used as a tag as well,

9   so...

10     Q.   Got it.

11          Now, with this green box here, "Download

12   Djinni & Thaco:  Trial by Spire demo," what's a

13   demo?

14     A.   A demo is a sample of the game.  It's

15   basically a bite-sized section of the game that

16   would allow you to sample it and make sure it's

17   actually what you want to get before you buy it.

18     Q.   Does it cost any money?

19     A.   It shouldn't.

20     Q.   Does this one cost any money?

21     A.   This one does not, no.

22     Q.   Did you work on the demo?

23     A.   I did work on the demo because it's,

24   effectively, just the first two levels of the game.

25     Q.   Okay.  And do you know why Dark Catt

```
 1   promoted a demo?
 2        A.   To my knowledge, it was to partially just
 3   make sure it was what people wanted to buy, like
 4   make sure people actually want to get the game, give
 5   them a chance to try it out.  And if they end up
 6   deciding they want it, then, well, 25 bucks.
 7        Q.   Do you use demos?
 8        A.   Oh, I -- occasionally, yeah.
 9        Q.   Do you think it's helpful for gamers to
10   have a demo --
11             MS. SMITH:  Object to form.
12   BY MR. DAY:
13        Q.   -- in your opinion?
14        A.   Yes.
15        Q.   Then there are a couple of other features
16   of Steam that remind me of demos but aren't.  I just
17   want to run them by you.
18             Early access.
19        A.   Early access, yes.
20        Q.   What is that?
21        A.   It is effectively a -- you buy the game,
22   and you are able to play it to its full-feature
23   level that the developer has offered you.  It might
24   not be the full game.  It could just be a certain
25   section of it.
```

HIGHLY CONFIDENTIAL

Page 49

```
 1            It is, however, to be noted that you are
 2    still playing a game in a development environment
 3    when you buy a game in early access.  So it is very
 4    likely that it will be full of bugs, glitches, and
 5    other problems that you might encounter.
 6         Q.   Have any of the games that you've worked
 7    on used early access?
 8         A.   No.
 9         Q.   Have you ever bought a game early access?
10         A.   Yes.
11         Q.   Do you think it augments your gamer
12    experience, to be part of it?
13         A.   It's neat to get into it early.  I don't
14    know if I'd call it an augmenting experience.
15         Q.   Here is another one that reminds me of
16    demo, play test.
17         A.   Play test.
18         Q.   Do you know about play test?
19         A.   Yes.  So play tests are generally people
20    will get invited through various methods.  Either
21    they provide their e-mail to sign up for a play test
22    or something of that nature to get into the game and
23    provide feedback and -- yeah, provide feedback on
24    the game and get a chance to get their hands on it
25    early.
```

HIGHLY CONFIDENTIAL

Page 50

1          Q.    And then this -- we've mentioned seasonal

2     sales.

3                But Next Fest, have you ever participated

4     in Next Fest?

5          A.    No.

6          Q.    Do you know what Next Fest is?

7          A.    I do know what Next Fest is.

8          Q.    Could you describe that for me?

9          A.    It's an event that Steam holds that

10    highlights up-and-coming indie developers or

11    highlights up-and-coming indie games that basically

12    enables you to get access -- you use it to promote

13    demos for those games and helps stir up the word and

14    get people aware of them.

15         Q.    So it's a sort of demo-based?

16         A.    Yeah, it's a demo-based event.

17         Q.    Okay.  Then next to the green box, it

18    says, "Is this game relevant to you?  Sign in to see

19    reasons why you may or may not like this game based

20    on your games, friends, and curators you follow."

21                So what would -- what does this do?  This

22    box here, what service does this provide?

23                MS. SMITH:  Object to form.

24                THE WITNESS:  That would be -- so this

25          specific screen implies that you are not

HIGHLY CONFIDENTIAL

```
 1        currently signed in to Steam is what I would
 2        say.  And signing in to Steam would thus
 3        unlock -- give you the ability to know certain
 4        things about either your friends list or people
 5        that you follow that might have things to say
 6        about it.
 7    BY MR. DAY:
 8        Q.   And would this -- what would it say if you
 9    signed in here?
10        A.   If you had signed in here, there would
11    probably be a list of friends there that already own
12    the game as well as some basic recommendations from
13    the platform itself to say, "Hey, this game is
14    similar to these other things that you play.
15    This -- are you sure this matches your interest?
16    This doesn't look like anything you've played in the
17    past X amount of hours."
18        Q.   Interesting.  Okay.
19             And turn to the next page.  On the right,
20    it says, "55 Steam achievements"?
21        A.   Uh-huh.
22        Q.   What are achievements?
23        A.   Achievements are -- pardon me.
24             Achievements are the various things that
25    you can do in the game and accomplish to -- they're
```

HIGHLY CONFIDENTIAL

Page 52

1    basically just little accomplishments that you can

2    do in the game, and it will track those.

3         Q.   Where will it track them?

4         A.   On Steam and in the game as well if you

5    would have set things up correctly.

6         Q.   Did you design any achievements?

7         A.   I was not the man behind the achievements,

8    no.  That was not my main -- that was not my main

9    focus there.

10        Q.   Do you know why Dark Catt created

11   55 achievements?

12             MS. SMITH:  Object to form.

13             THE WITNESS:  I believe we created these

14        achievements in order to basically -- partially

15        to give a preview of certain mechanics that

16        happen in the game and to help the player track

17        their progress in the things that they have

18        done.

19   BY MR. DAY:

20        Q.   Do you know who created these

21   achievements?

22        A.   I know the two people that were

23   responsible for -- I know at least two people.

24        Q.   Who are they?

25        A.   I know Alex Felinski was the one who

Page 53

```
 1    actually implemented the systems for it.  And I
 2    believe there were a few people on the production
 3    side that were responsible for writing them up and
 4    making them.  So those would have probably been
 5    Dodds Colley, John Robb, Adam Brown.
 6         Q.   How do you know that those were the
 7    reasons that Dark Catt implemented the achievements?
 8         A.   It's a hunch really.  It's what I would
 9    have done myself.  It's the reason why I would
10    include achievements in a game.
11         Q.   Would you say these are helpful to
12    developers --
13         A.   Yes.
14         Q.   -- to use this tab?
15              Okay.  There's a couple of more links down
16    here.  Discussions.
17              What are discussions, new discussions?
18         A.   Discussions are an aspect of the Community
19    Hub.  They're effectively forum posts.
20         Q.   And community groups, what are those?
21         A.   Community groups are collections of people
22    that have an interest in the game, specific aspects
23    of it.
24         Q.   And what's related news?  That's above
25    that.
```

HIGHLY CONFIDENTIAL

1      A.   Related news would be any news that is

2  associated with the game.

3      Q.   Okay.  So these are -- everything we've

4  been talking about -- and we could go on, as you

5  know -- are features of Steam that help promote the

6  game that's on the platform, would you say?

7      A.   Yes.

8           MS. SMITH:   Object to form.

9  BY MR. DAY:

10     Q.   Are there any other platforms that you're

11 aware of that provide this -- these specific suite

12 of offerings?

13     A.   I believe the Oculus store offers this to

14 a limited degree.  I haven't looked at Epic Games in

15 a very long time.  So I would not be able to tell

16 you if they offer this depth, but I believe that

17 they were working on doing so.  Yeah, that's all I

18 have to say on that subject.

19     Q.   Okay.  We're going to turn to the reviews

20 now if you turn the page.

21     A.   Yes.

22     Q.   And we're going to go to some of them.

23          But for now, I just want to go through

24 some details that are here.

25          You see there's customer reviews, and then

HIGHLY CONFIDENTIAL

Page 61

```
 1            THE WITNESS:  Ah, our VIVEPORT store.
 2    BY MR. DAY:
 3        Q.   What is VIVEPORT?
 4        A.   VIVEPORT is the distribution service for
 5    HTC VIVE.  This is how VIVE tries to sell their
 6    games, tries to sell games for their headset.
 7        Q.   So it's -- it's another distribution
 8    platform?
 9        A.   It's another distribution platform for
10    headsets.
11        Q.   Do you see any community-related features
12    here in this?
13        A.   Looking through it all, no.  There's only
14    reviews.
15        Q.   Any hubs, Community Hub option?
16        A.   It is woefully absent.
17        Q.   Community groups?
18        A.   No.
19        Q.   Discussions?
20        A.   None.
21        Q.   Is a demo available here?
22        A.   Does not look like it.
23        Q.   Let's just take a look at the reviews.  So
24    that's page 4 --
25        A.   Yes.
```