# EXHIBIT 11

## VALVE_ANT_1221790 (FILED UNDER SEAL)