# EXHIBIT 12

# REDACTED

**Message**

**From:** Doug Lombardi ███████████████████
**Sent:** 9/14/2004 8:19:49 PM
**To:** Scott Lynch ███████████████ 'Holtman, Jason (SEA)' ███████████
**Subject:** FW: steam competitor

# Privileged Material Redacted

**From:** ███████████████████████████
**Sent:** Tuesday, September 14, 2004 1:00 PM
**To:** Doug Lombardi
**Subject:** steam competitor

Hey Doug. I've moved up to Game Developer magazine, and one of the first thing's I've been tasked with is writing up a news story about IDG's new Direct2Drive software. As Steam was the original product in this space, I'm wondering if you'd be amenable to answering a few questions for the news story, all of them relating to Steam and the expansion of other companies into this market.

If yes, I'll fire you a few questions via email

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
Alex Handy
Editor
Game Developer Magazine
███████
CMP Media, LLC
600 Harrison St.
San Francisco, CA 94107

Any views or opinions are solely those of the author and do not necessarily represent those of CMP Media.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this message please do not read, copy, use or disclose this communication and notify the sender immediately. It should be noted that any review, retransmission, dissemination or other use of, or taking action or reliance upon, this information by persons or entities other than the intended recipient is prohibited.