# EXHIBIT 13

# REDACTED

Message

**From:** Neil Kaethler
**Sent:** 7/28/2009 3:56:43 PM
**To:** SteamDev
**Subject:** FW: SteamWorks CEG

I discussed this email with Mike Dunkle, and we both agreed that it shows some interesting aspects of how the other digital distributors are competing with Steam.
In particular, he identifies the digital distributors who cover the costs of SecuROM out of their share of revenues.

The fact that SecuROM is not free for retail release is a factor motivating him to go with Steam and CEG in a retail release, which he discusses in another email thread.

Thanks,
Neil Kaethler

---

**From:** Derek Smart
**Sent:** Tuesday, July 28, 2009 4:44 AM
**To:** Neil Kaethler; Chris Douglass; Chris Shambaugh
**Cc:** Mike Dunkle; Martin Otten
**Subject:** RE: SteamWorks CEG

Hi Neil,

Thanks for the info. It is all clear now.





cheers

- DS

---

**From:** Neil Kaethler
**Sent:** Monday, July 27, 2009 10:10 PM
**To:** 'Derek Smart'; Chris Douglass; Chris Shambaugh
**Cc:** Mike Dunkle; Martin Otten
**Subject:** RE: SteamWorks CEG

Derek,

Steamworks CEG is a new technology that has only shipped on a small scale so far.
As far as we know, the games released using CEG haven't been cracked yet.

There are a couple of other mechanisms that we've used and continue to use which are commonly referred to as 'DRM'. We have a 'DRM Wrapper' which will do a basic encryption of .exe files, and which will check for the presence of a steam client with a valid connection to our servers. This wrapper is subject to Day One cracks.

Additionally when games are pre-loaded through steam or released on CD we have encryption mechanisms for preventing pre-release piracy.

I read your article and largely agree, however I want to point out one business model difference that is relevant to what we hope to accomplish with our CEG technology. In providing games as a service, Valve titles are frequently updated and consequently continue to generate very significant revenue over a much longer period of time. The clearest example of this in our products is Team Fortress 2, which receives regular updates.
Consequently, we're building CEG with the intent of continuously releasing new libraries to our partners who adopt it. We hope that partners who take a similar approach to the life cycles of their games will be able to capture a much larger portion of sales by updating their CEG libraries used in each release.

This is particularly strong for games with an online aspect, where other aspects of Steamworks, such as Achievements, Match Making, Community etc... encourage users to move to the latest version of their games, which happens automatically for legitimate steam users.

You will see the evidence of this approach when you start using the CEG SDK, as our GUID identifiers are clearly present in various parts of the directory structures our tools use. Our CEG library versions are identified by GUID's, and our servers use corresponding DLL's to perform the different customizations each CEG release requires.

Our goal for the CEG system is to make it possible for small engineering efforts on our part to cause much larger efforts in the hacking community. By supporting frequent releases and a robust versioning system the hacking community will have a much greater surface to attack, and will not be able to take successful attacks from one product to another, or between releases of a product. Each game that releases regular updates and incorporates our Steamworks features as well as CEG helps to increase the burden on the hacking community, especially multiplayer games where Steam will automatically move the legitimate user base forward. Finally, we believe that such an approach to delivering games to our customers keeps generating user interest and helps Games released on Steam to produce more revenue over time. CEG's approach to versioning helps to ensure that we capture a larger portion of sales over the entire lifespan of the game. We will be continuing to improve our SDK Tools and libraries to further that goal.

Let me know if you'd like some of the more technical details on how we're going to go about this, or how CEG works.

Thanks,
Neil Kaethler

---

**From:** Derek Smart
**Sent:** Monday, July 27, 2009 9:13 AM
**To:** Neil Kaethler; Chris Douglass; Chris Shambaugh
**Cc:** Mike Dunkle; Martin Otten
**Subject:** RE: SteamWorks CEG

Hi Neil,

qq. What have you guys done to CEG to minimize Day One cracks? AFAIK, all Steam CEG games are cracked on Day One.

At the moment, we have a solid implementation of SecuROM with source code injection and I am currently working on CEG.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                                                   VALVE_ANT_0311254

Problem is that some portals (Direct2Drive, Gamers Gate) do not allow any Steam published games under any circumstances. So we have to use SecuROM (api source code injection) for those.

SecuROM costs me (we have our own a/c) money when I use it outside portals (D2D, GG etc) that have their own SecuROM accounts, hence the reason I am looking to use CEG for the games on Steam and on retail disc (if we end up with an opportunity to do that) and SecuROM for sites that have their own Sony a/c. Since using CEG costs me nothing, this works out well because then the portals pay Sony since they have their own accounts.

Since pirates tend to use demos, review builds as well as weaker DRM schemes to crack harder ones (e.g. they can crack a SecuROM api protected game from the demo build if that demo build was not protected), if CEG can be cracked on Day One, it makes it that much easier to crack a SecuROM api (totally different from just a wrapper, since it uses source code injection) game. Hence my inquiry.

cheers

- DS

---

**From:** Neil Kaethler
**Sent:** Thursday, July 23, 2009 3:53 PM
**To:** Chris Douglass; 'Derek Smart'; Chris Shambaugh
**Cc:** Mike Dunkle; Martin Otten
**Subject:** RE: SteamWorks CEG

Yes, May 2009 is the only version we want released right now.

Thanks,
Neil Kaethler

---

**From:** Chris Douglass
**Sent:** Thursday, July 23, 2009 11:13 AM
**To:** 'Derek Smart'; Chris Shambaugh
**Cc:** Mike Dunkle; Neil Kaethler; Martin Otten
**Subject:** RE: SteamWorks CEG

AWESOME...I can answer that one!

I've have setup your applications as CEG enabled.
You should now have a CEG tab in Steamworks.
Here's the documentation.
https://partner.steamgames.com/documentation/ceg

You should grant "Manage game CEG" Rights to whomever on your dev team that will be working on this.

Cheers,
Chris

To run the setup by Martin & Neil:
May 2009 is still the only setting that should be used, correct?

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_0311255

**From:** Derek Smart
**Sent:** Thursday, July 23, 2009 10:35 AM
**To:** Chris Douglass; Chris Shambaugh
**Cc:** Mike Dunkle; Neil Kaethler; Martin Otten
**Subject:** RE: SteamWorks CEG

Hi Chris,

Thanks. My first question would be: uhm, where is it? :)

- DS



**From:** Chris Douglass
**Sent:** Thursday, July 23, 2009 1:21 PM
**To:** 'Derek Smart'; Chris Shambaugh
**Cc:** Mike Dunkle; Neil Kaethler; Martin Otten
**Subject:** RE: SteamWorks CEG

Hi Derek,

I haven't done any work with CEG. I've included Neil & Martin on this email as well, so that they can address any specific questions you have.

Best,
Chris

**From:** Derek Smart
**Sent:** Wednesday, July 22, 2009 3:17 PM
**To:** Chris Shambaugh; Chris Douglass
**Cc:** Mike Dunkle
**Subject:** SteamWorks CEG

Hi Chrisd,

I need more information and access to CEG when you get back please.

cheers

- DS

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY