# EXHIBIT 14

# REDACTED

Page 1

1

2   UNITED STATES DISTRICT COURT

    FOR THE WESTERN DISTRICT OF WASHINGTON

3   AT SEATTLE

    ---------------------------------------------

4

    IN RE VALVE ANTITRUST LITIGATION

5

6   Case No. 2:21-cv-00563-JCC

    ---------------------------------------------

7

8                          April 18, 2024

                           9:08 a.m.

9

10            *** HIGHLY CONFIDENTIAL --

              ATTORNEYS' EYES ONLY ***

11

12

13            DEPOSITION of STEVEN SCHWARTZ,

14   pursuant to Notice, held at the offices of

15   MONTGOMERY, MCCRACKEN, WALKER & RHOADS

16   LLP, 437 Madison Avenue, New York, New

17   York before Wayne Hock, a Notary Public of

18   the State of New York.

19

20

21

22

23

24

25

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
          QUINN EMANUEL URQUHART & SULLIVAN, LLP
 4        Attorneys for Plaintiffs
                   51 Madison Avenue
 5                 New York, New York 10010
 6        BY:      DAVID LERAY, ESQ.
                   davidleray@quinnemanuel.com
 7                 NICOLAS SIEBERT, ESQ.
                   nicolassiebert@quinnemanuel.com
 8                 ANDREW FAISMAN, ESQ.
                   andrewfaisman@quinnemanuel.com
 9                 (via videoconference)
10                 -and-
11        CONSTANTINE CANNON LLP
                   1001 Pennsylvania Avenue
12                 Washington, D.C. 20004
13        BY:      ANKUR KAPOOR, ESQ.
                   akapoor@constantinecannon.com
14
                   -and-
15
          VORYS, SATER, SEYMOUR AND PEASE LLP
16                 52 East Gay Street
                   Columbus, Ohio 43215
17
          BY:      KARA M. MUNDY, ESQ.
18                 kmmundy@vorys.com
                   (via videoconference)
19
                   -and-
20
21
22
23
24
25
```

Page 3

```
 1
 2
    A P P E A R A N C E S: (Continued)
 3
 4       WILSON SONSINI GOODRICH & ROSATI P.C.
                    1700 K Street, NW, Suite 500
 5                  Washington, D.C.  20006
 6       BY:        ALLISON B. SMITH, ESQ.
                    allison.smith@wsgr.com
 7                  (via videoconference)
                    JORDANNE M. STEINER, ESQ.
 8                  jordanne.miller@wsgr.com
                    (via videoconference)
 9                  KENNETH R. O'ROURKE, ESQ.
                    korourke@wsgr.com
10                  (via videoconference)
11                  -and-
12       LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                    100 Washington Avenue South
13                  Minneapolis, Minnesota 55401
14       BY:        W. JOSEPH BRUCKNER, ESQ.
                    wjbruckner@locklaw.com
15                  (via videoconference)
16
17
18
19
20
21
22
23
24
25
```

Page 4

1
2

 A  P  P  E  A  R  A  N  C  E  S:  (Continued)

3
4

     MONTGOMERY, MCCRACKEN, WALKER &
5    RHOADS LLP
     Attorneys for Defendant
6             1735 Market Street
              Philadelphia, Pennsylvania 19103
7
     BY:      CHARLES B. CASPER, ESQ.
8             ccasper@mmwr.com
              JESSICA M. RIZZO, ESQ.
9             jrizzo@mmwr.com
10
11
12   ALSO PRESENT:
13
              MARCELO RIVERA, Videographer
14            ROBERT BENIMOFF, Concierge
              (via videoconference)
15            MATTHEW FARBER
              STEPHANIE KHOURY
16
                   *       *       *
17
18
19
20
21
22
23
24
25

Page 35

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    used together.
 3        Q.     Would a mouse and a computer be
 4    examples of that?
 5        A.     Probably, although the link
 6    between a mouse and a computer is probably
 7    not as strong as they once were.  So
 8    certainly they were surely complements at
 9    one time.  Whether they are now, because
10    of track pads like on that laptop, is not
11    as clear.
12        Q.    If the price of a good goes up,
13    does the demand for the complement good go
14    down?
15        A.    I would expect ordinarily if A
16    and B are complements, if the price of A
17    goes up, the quantity demanded of B goes
18    down.
19        Q.    Do the prices of games on other
20    stores affect the prices on Steam?
21        A.     In some ways, that's why we're
22    all here.
23            Because there are parity
24    requirements, price differences on a given
25    game between stores, as I understand it,
```

```
                                              Page 36
```

 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    do not ordinarily persist.  Yeah, I'll
 3    leave it at that.
 4        Q.    Have you looked into that
 5    question?
 6        A.    To the extent that that issue is
 7    discussed in the documents and in the
 8    other materials in the record of the case,
 9    yes.  I have not done at this point a
10    pricing study or anything of that sort.
11        Q.    By pricing study, you mean you
12    haven't studied the prices on Steam for
13    games as compared to the prices on other
14    platforms?
15        A.    Not in any systematic way, no,
16    not at this point.
17        Q.    Do prices on -- of games on
18    consoles affect prices on Steam?
19        A.    I've not seen any evidence that,
20    when developers set prices for games on
21    consoles, that they are affected in any
22    systematic way by prices of those same
23    games on Steam or vice versa.
24        Q.    Did you look into the question?
25        A.    I have looked at information in

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2   hundred seventy-five and three hundred
 3   seventy-six of your report.
 4        A.    I'm there.  I'm sorry.
 5        Q.    Now, in figure six of three
 6   hundred seventy-five, you have a list of
 7   publishers.  And those publishers -- tell
 8   me, what is that list of publishers, in
 9   your view?
10        A.    So to understand figure six, you
11   need to understand the context.  This is
12   part of an analysis of the but-for market
13   share, section 8.3.4 of my report
14   beginning at paragraph three hundred
15   seventy.  And figure six represents the
16   assessment of what the market shares were
17   for this set of publishers during the
18   period 2008 to 2012 for their games sold
19   on Steam, and that includes Valve.
20        Q.    And does it include -- so in
21   your opinion, these publishers would be
22   selling -- would create platforms and in
23   the but-for world they would be selling
24   games, both first party and third party?
25        A.    So I would -- I would refer you
```

Page 89

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    to the discussion that begins at paragraph

3    three hundred seventy-two.   Three hundred

4    seventy-two points out that multiple

5    publishers -- and makes the point that

6    those are generally those with several

7    popular titles or game franchises -- tried

8    to make the transition from being a

9    developer and publisher to being a

10   distributor, and I identify some of the

11   ones that have tried to do that.

12            Paragraph three hundred

13   seventy-three sets out the premise of the

14   but-for world which is that -- and I'll

15   read it -- "the newly entering or existing

16   fringe platforms would have been able to

17   better attract third party PC content by

18   offering publishers a greater share of

19   transaction value so that publishers could

20   offer their games at lower prices on these

21   platforms.   These lower prices would in

22   turn help to attract gamers to the

23   platform.   But for Valve's alleged

24   anticompetitive conduct, publishers that

25   continued to operate their distribution

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2   platforms would likely have garnered a

3   larger share of the market, and it's

4   likely that at least some of the

5   publishers that stopped operating their

6   distribution platforms would have

7   continued to operate their platforms.

8   Therefore, the but-for world would also

9   include publishers that operate or

10  previously operated PC game distribution

11  platforms as competitors to Steam".

12      Q.    Am I right that you use the

13  market shares that you derive here as an

14  input to your damages model?

15      A.    The Steam market share, yes.

16      Q.    Not an output of the damages

17  model but an input to the damages model?

18      A.    It's an input to the damages

19  model.

20      Q.    So where did you come up with

21  the idea of using publishers' share of

22  their own games sold on Steam between 2008

23  and 2012 as a way of predicting what

24  Steam's market share would be in the

25  but-for world between 2017 and today?

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2       A.      Unfortunately, Valve never gave
 3    us the natural experiment by operating in
 4    a but-for world that was free of the
 5    alleged anticompetitive behavior.  So we
 6    needed to develop a reasonable proxy for
 7    what that might have looked like, and
 8    recognizing that the third-party
 9    publishers were likely to have come as
10    Valve did, as Steam did from somebody who
11    is a game developer and a first-party
12    publisher, the best evidence we had of the
13    relative strength of those various
14    alternative platforms and more importantly
15    where Valve would have resided would be to
16    look at the period when all of these
17    publishers were listed games on Steam and
18    before they decided to go and operate
19    their own distribution platform.  And it
20    was the best and most reasonable proxy
21    that was available to us given that Valve
22    never allowed us to have a clean period
23    absent the behavior that's at issue here
24    that's being challenged where we could
25    observe what -- what those but-for market
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    shares might have looked like.

3        Q.    Are you aware of any support in

4    the peer-reviewed literature for using

5    publishers' shares of their own games on

6    somebody else's platform as a proxy for

7    what their market share would be in the

8    but-for world of selling third-party

9    games?

10       A.    Well, generally speaking, the

11   peer-reviewed literature doesn't focus on

12   issues like this in litigation.  It's

13   generally not a subject that academics are

14   interested in for their academic writing.

15   But it is within the literature that

16   focuses on damages calculations.  The use

17   of benchmarks and proxies is a valid and

18   reliable method, that's what this is, and

19   I believe this is a valid and reliable

20   benchmark and proxy, so I think it's a

21   perfectly appropriate and reasonable way

22   to proceed.

23       Q.    Has the concept of using sales

24   on a video game third-party platform,

25   Steam here, ever been used before as a

Page 93

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    proxy for what a video game company might
3    sell by way of third-party games ten years
4    down the road?
5              MR. LERAY: I object to form.
6              THE WITNESS:  I am not aware of
7         a similar circumstance in a litigation
8         setting where that would have been an
9         option, so I can't say for sure that
10        it hasn't happened.  I'm just not
11        aware of it.  But I think this is a
12        very straightforward use of proxies,
13        benchmarks, whatever you want to call
14        them, and that has been used obviously
15        in many contexts many times before.
16        Q.    So your opinion is that Steam's
17   market share in 2017 would be ▮▮▮▮
18   percent?
19        A.    My opinion is that, in a but-for
20   world that was free of the PMFN in which
21   other platforms were free to compete on
22   the merits both on the basis of price and
23   content where there was no limit to that
24   competition as a result of Valve's
25   policies and competition on the merits was

Page 94

1      S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    allowed to occur, that the but-for market

3    share that Steam would realize is

4    approximately ███████████  percent, █████

5    percent. That is the best estimate of

6    what would be the but-for outcome in a

7    market unencumbered by Valve's behavior

8    that's at issue in this case.

9         Q.    But your basis for that ████

10   percent is figure six; correct?

11        A.    Figure six displays what the

12   market share is based on the analysis that

13   I described in the report.

14        Q.    And you believe that in the

15   but-for world, Steam's market share would

16   have been the same between 2017 and 2024;

17   correct?

18        A.    I think the damages period right

19   now is through 2021, but I believe that

20   that is the best and most reasonable

21   estimate of what Steam's market share

22   would be in the but-for world and is

23   appropriate to use it as I've done for

24   purposes of calculating damages.  It's all

25   common evidence, it's all the same

1   S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2      Q.   Let's go on for another five or

3   ten minutes, if that's okay.

4         Do you have a method to predict

5   which successful game developers will, in

6   your view, create a successful platform in

7   the but-for world and which ones won't?

8      A.   No, and I don't need to.  What I

9   need to know is that there is going to be

10  increased competition, and as a result of

11  that increased competition from these

12  additional third-party distribution

13  platforms, Valve will be compelled by

14  competitive pressure to compete on price

15  with developers and will lower the

16  commission rate, and vault of the lower

17  commission rate, game prices will be

18  reduced and both consumers and developers

19  will benefit and there will be robust

20  competition.

21      Q.   Do you believe that in the

22  but-for world, ▓ will operate a platform

23  with a market share of ▓ percent

24  between 2017 and 2021?

25      A.   I don't know and I don't need to

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    know.  It doesn't -- what I need to know

3    is what the but-for -- approximate but-for

4    market share is for Valve who comprises

5    the remaining roughly ▮▮▮▮▮ percent

6    of the market and how that's distributed

7    across the various platforms is not an

8    essential element of my analysis.  What is

9    important is to get an estimate of the

10   approximate size of Valve within the

11   marketplace and understand that the

12   elimination of the PMFN is going to lead

13   to entry, effective entry, competition,

14   and a greater number of platforms in the

15   marketplace.  But it's not necessary for

16   me to know who those are and what each

17   specific platform's share would be.

18       Q.    So you're saying, for example,

19   that ▮▮▮ share could be higher than ▮▮▮

20   percent and ▮▮▮▮▮ share could be

21   lower than ▮▮▮ percent?

22       A.    What I'm saying is that there

23   will be other platforms that will comprise

24   the ▮▮▮ percent of the rest of the

25   market.  Whether it is comprised of ▮▮,

Page 101

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    ████████    ████████    ████████    ████████

3    ██  ████████  and  ████████  only, whether it

4    will be some subset of this group plus

5    others who may have entered and failed or

6    thought about entering and chose not to is

7    not what is important.  What is important

8    is the estimate of the approximately ████

9    percent market share.  That's what flows

10   through to the damages analysis.

11        Q.    Will  ████████  market share be

12   approximately  ████  percent in the but-for

13   world?

14        A.    I'll give you the same answer

15   that I just gave:  I don't know and it

16   doesn't matter.  What matters is the ████

17   percent for Valve.  How the remaining ████

18   percent is distributed among competing

19   platforms is not something that I need to

20   determine, it's not necessary as a part of

21   my analysis for the damages analysis, so

22   it's not something that I need to analyze

23   or predict.

24        Q.    How are you able to predict

25   Valve's share at  ████  percent when you're

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    not able to predict ████████ share at

3    ███ percent?

4        A.    Because what I'm saying is that,

5    within this more competitive market,

6    Valve's share will be about ████

7    percent, ████████ percent.  How the

8    remaining share is divided up and among

9    whom isn't important.  I don't need to

10   know that for my damages analysis.  What I

11   need to know for my damages analysis is

12   what Valve's but-for share would be.  Who

13   comprises or takes up the remaining ████

14   percent doesn't matter for purposes of the

15   damages calculation.

16       Q.    But the basis for your

17   estimating the market share of every one

18   of these companies on figure six is the

19   Steam revenue that those companies

20   generated that's listed in figure six;

21   correct?

22       A.    Yes.

23       Q.    So your basis for predicting the

24   revenue share in column three of figure

25   six is exactly the same for Valve as it is

```
                                          Page 103
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    for every other company on that list;
 3    correct?
 4         A.    I'm sorry, repeat that for me?
 5    I'm not sure I understood that.
 6         Q.    Yes.
 7              The revenue shares that you
 8    derive in figure six in the right-hand
 9    column, ███  Valve, ███ for ██████████,
10    those are all simply derived by comparing
11    the Steam revenue that's listed in the
12    Steam revenue chart on figure six;
13    correct?
14         A.    It is based on the revenue from
15    the Steam platform on the sale of the
16    games during this period and -- during
17    this five-year period, and that's the best
18    predictor we have for what Valve's market
19    share would be in a but-for world.  That's
20    the only parameter I need for the damages
21    analysis.
22              The specifics about how the
23    remaining share is divided up in the
24    but-for world is not something that I need
25    for my damages analysis or any other part
```

```
                                    Page 104
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    of my analysis.

3        Q.    Your basis for thinking that

4    Steam will have a ███ percent revenue

5    share in the but-for world is because its

6    sales on figure six between January, 2008

7    and December, 2012 was ██████ [sic]

8    ██████; correct?

9        A.    ███  ██████  ████████

10   ██████.

11       Q.    I'm sorry.

12             Let me rephrase that.

13             Your basis for thinking that

14   Steam's revenue share of ███ percent will

15   be because Valve's sales of its own games

16   on Steam between January, 2008 and

17   December, 2012 were █████████; correct?

18             THE WITNESS: Read that one back

19        to me again, please.

20             (Whereupon the requested portion

21        was read back by the reporter)

22             THE WITNESS:  I would agree

23        that's how the calculation is done.

24       Q.    Your basis for thinking that

25   ██████ share of ███ percent is because

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    it sold ███████  ████████  worth of games, its

3    own games, on Steam between January, 2008

4    and December, 2012; correct?

5        A.    That is the revenue share for

6    ███████ during that period.  That

7    parameter does not fit in -- does not

8    implicate my damages analysis.

9        Q.    I realize it does not implicate

10   your damages analysis.

11            But would you agree with me that

12   your basis for determining the revenue

13   shares of each one of the companies on the

14   list of figure six is exactly the same?

15       A.    I'm sorry, I don't understand

16   that question.

17            Can you try it again?

18       Q.    Yes.

19            You used the same method to

20   derive a revenue share for every one of

21   the company that's listed on figure six;

22   correct?

23       A.    I would agree the calculation is

24   the same for each of these.

25       Q.    And the method that produced the

```
                                        Page 106
```

 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

 2   numbers and the calculation is the same

 3   for each of them; correct?

 4        A.   I would agree that the revenue

 5   shares are all calculated by division and

 6   the division formula is the same for each

 7   of the publishers.

 8        Q.   And because you used the same

 9   method and the same calculations for

10   derives each one of the revenue shares

11   that's listed in figure six, would you

12   agree with me that you can't be any more

13   certain of any one than the other in terms

14   of what will prevail in the but-for world?

15        A.   I think I'm understanding your

16   question and the answer is no.  I think

17   had I -- it would have been perfectly

18   adequate for purposes of my analysis if,

19   in figure six, I had two rows, Valve and

20   other, and a footnote that said other is

21   comprised of the sales of these other

22   seven publishers because what I am

23   confident of is that the ███ percent is

24   accurate and that it is a reasonable proxy

25   for what Valve would obtain as its market

```
                                          Page 107
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2   share in a but-for world where it no
 3   longer imposes the PMFN, and that the
 4   remaining share would be taken up by other
 5   third-party distributors.  Whether it is
 6   these entities or others doesn't matter.
 7   I don't need to specify who all the other
 8   competitors are.
 9       Q.    Would you agree with me --
10           MR. LERAY: Charles, hold on, the
11       witness asked for a break like ten
12       minutes ago.
13           MR. CASPER: Could I ask one more
14       question?
15           MR. LERAY: Sure.
16       Q.    Would you agree that the
17   reasonableness of your basis for believing
18   that Steam will have a ███ percent
19   revenue share in the but-for world is
20   exactly the same as your basis for
21   believing that ████████ will have a ███
22   percent revenue share in the but-for
23   world?
24       A.    In the but-for world, these
25   other seven competitors may or may not be
```

Page 108

1   S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2   competing.   What I know is that the

3   remaining competitors, whether it is these

4   seven or these seven joined by others or

5   some number lower than that, will have

6   ███ percent.   How that will be

7   distributed in the end does not matter.

8   What matters substantively is that Valve

9   will have roughly ███ percent of the

10  market, ███ percent of the market.

11      Q.    Could you please answer the same

12  question I asked, which is:   Is your basis

13  for believing that ███ percent will be

14  Steam's revenue share in the but-for world

15  exactly the same as your basis for

16  believing that ███ percent will be

17  ███ revenue share in the but-for

18  world?

19          MR. LERAY: Objection.   You said

20      one more question.   He already

21      answered it.   You just repeated the

22      question again.

23          MR. CASPER: I didn't get an

24      answer, so I'd like the witness to

25      answer this question.

Page 109

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2            THE WITNESS:  I mean, I'm not

3        sure how to answer it in any way than

4        I did.

5            Let me try this and see if this

6        makes my point clearer.

7            I don't know nor do I need to

8        know what ███████ or ███████ or

9        ███████ or ███████ or ██ or ██

10       ███████ or ███████ do in the but-for

11       world.  I don't need to know whether

12       any of them would have had some form

13       of distribution.  All I need to know

14       is that all the remaining competitors

15       would have about ███████ percent of

16       the market, ████.  How that's

17       allocated I don't know.  I do know

18       that Valve exists in the but-for

19       world.  I do know that, without the

20       PMFN, Valve would continue to operate

21       as a platform.  And so knowing that, I

22       have a reasonable basis for all the

23       reasons that I explained in this

24       section of my report to use this as a

25       conservative proxy for what its

Page 110

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        revenue share would be.

3                MR. CASPER: Let's take a break.

4                THE VIDEOGRAPHER: The time is

5        11:56 a.m., and we're going off the

6        record.

7                (Whereupon a break was taken)

8                THE VIDEOGRAPHER: The time is

9        12:19 p.m., and we're back on the

10       record.

11               MR. CASPER: Could we mark tab

12       seventeen as Exhibit 4, please.

13               (Whereupon, a document entitled

14       Top Publishers By Net Sales on Steam

15       was marked Schwartz Exhibit 4

16       for identification.)

17       Q.      Dr. Schwartz, I'm showing you

18   what's been marked as Exhibit 4.  And it's

19   a chart that we prepared using your data

20   of the top publishers by net sales on

21   Steam between January, 2008 and December,

22   2012.  And it's the same data that you use

23   in figure six on page two hundred five of

24   your report that we were just talking

25   about.

Page 179

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    whether it is an exercise of market power
 3    to compel people to play the game on the
 4    Internet as opposed to giving them the
 5    option to make the choice to do so or not.
 6    That's the exercise of market power.
 7              Again, whether that is
 8    anticompetitive is a question that I have
 9    not analyzed, but it is surely an exercise
10    of market power.
11       Q.   So is it your testimony that
12    companies today who sell a product that
13    requires an Internet connection are
14    exhibiting market power?
15       A.   If they sell a product that
16    requires an Internet connection and don't
17    allow people who have purchased an earlier
18    version of that product that does not
19    require an Internet connection to
20    nonetheless use the Internet connection,
21    that would be an exercise of market power.
22       Q.   Okay.
23            What's the World Opponent
24    Network?
25       A.   I'm sorry?
```

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        Q.     What is the World Opponent
 3    Network, if you know?
 4        A.     I don't know.
 5            MR. LERAY: We have been going a
 6        little over an hour.
 7            THE WITNESS:  I mean, if we're
 8        at a good stopping point, we can stop.
 9        If you want to finish the line, we can
10        do that, too.
11            MR. CASPER: If you'd like to
12        take a break now, it would be fine.
13            THE WITNESS:  If we don't take a
14        break now, are you going to be in a
15        better stopping point in ten minutes?
16            MR. CASPER: This is fine.
17            THE WITNESS:  Okay.
18            THE VIDEOGRAPHER: The time is
19        2:44 p.m., and we are going off the
20        record.
21            (Whereupon a break was taken)
22            THE VIDEOGRAPHER: The time is
23        3:04 p.m., and we're back on the
24        record.
25        Q.    Good afternoon again, Dr.
```

Page 187

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    is activated and the user begins to play
 3    the game on Steam.
 4         Q.    So you reported in your report
 5    at a couple of different places that the
 6    effective revenue share of games for
 7    certain periods of time was ██████ percent
 8    and then for another period of time, it
 9    was ██████ percent, taking into account the
10    lower revenue tiers that Valve introduced
11    in 2018.
12              Is that right?
13         A.    If you're thinking of the same
14    thing I'm thinking of, yes, the lower
15    effective rate would reflect the tiering
16    that went into effect in 2018.
17         Q.    When you calculated those
18    effective revenue shares for developers
19    selling a game on Steam, did you take
20    Steam keys into account?
21         A.    No, because that wasn't a
22    transaction that occurred on Steam.
23         Q.    So you ignored the revenue that
24    the developers get when they sell their
25    Steam keys in calculating what percent of
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    their revenue they paid to Valve as

3    revenue share?

4         A.    I didn't ignore it.   It's part

5    of a different question.   The question on

6    the effective rate is what's the effective

7    rate that publishers paid on transactions

8    that occurred on Steam.   The question

9    you're I think getting at is an entirely

10   different, and I'm not sure whether it's a

11   relevant question.

12        Q.    If a publisher sells half of

13   their games on Steam and the other half by

14   using Steam keys, what is that publisher's

15   effective revenue share?

16              MR. LERAY: I object to form.

17              THE WITNESS:   I'm not sure that

18        that's a meaningful metric because the

19        revenue share is -- by the term itself

20        the way the revenue is shared when a

21        transaction takes place on Steam.   So

22        their revenue share is one hundred

23        percent for Steam keys and a 30/70

24        split for transactions that occur on

25        Steam.

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        Q.     And if you were to look at it
 3    from the point of view of the publisher
 4    and how much money they get to keep from
 5    games they sell that are ultimately played
 6    on Steam, the publisher gets more money in
 7    their pocket if they sell more Steam keys
 8    than if they sell fewer Steam keys,
 9    correct, all else being equal?
10        A.     If I'm understanding what you're
11    asking, I think it's a tautology.  If they
12    sell a Steam key, they get to keep all of
13    the revenue.  If they sell on Steam
14    directly, they keep seventy percent of the
15    revenue.  And I would agree with you a
16    hundred percent is more than seventy
17    percent.
18        Q.     And so if you look at effective
19    revenue share from that perspective, that
20    is how much the developer gets to keep of
21    the money that they get for selling the
22    game, Steam keys changes the effective
23    revenue share; doesn't it?
24              MR. LERAY: I object to form.
25              THE WITNESS:  So I think I
```

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        understand what you're asking.
 3              As the mix of sales changes
 4        between sales on Steam and sales
 5        through Steam keys, the revenue to the
 6        publisher changes.  I would certainly
 7        agree with that.
 8        Q.    So when you're doing your
 9   but-for world calculations, what
10   assumptions do you make of the
11   availability and use of Steam keys in the
12   but-for world?
13        A.    I have assumed that Valve will
14   continue to make Steam keys available in
15   the but-for world, but I've not made any
16   assumptions about the extent to which
17   Steam keys will be made available or
18   whether any of the policies around Steam
19   keys will change other than the
20   elimination of the price parity
21   requirement with respect to Steam keys.
22        Q.    So as far as you're concerned,
23   in the but-for world, Valve might change
24   its policies regarding Steam keys?
25        A.    In the but-for world, they would
```

Page 191

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    necessarily have to change their policy
3    with respect to price parity because, in
4    the but-for world, there's no PMFN.
5              Whether they change other
6    policies with respect to Steam keys,
7    including where they can be utilized, with
8    respect to which outlets, how many they
9    issue, they might change their policies.
10   There's no way to know, nor does it matter
11   for purposes of my analysis.
12        Q.    So throughout your report you
13   say that the -- what you call the PMFN
14   caused Steam to be more successful than it
15   otherwise would have been.
16              Is that a fair statement from
17   your report?
18        A.    I -- I would say it a bit
19   differently.  I would say that, because of
20   Steam's monopoly power, it's able to
21   operate under a PMFN that controls -- that
22   applies to both content and price.  As a
23   result of the implementation of that PMFN,
24   Steam creates barriers to competitive
25   entry and effect of competition on the

Page 197

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    its first mover advantage and challenge
 3    whatever network effects it has.  That's
 4    undeniable.  If I can't compete on price
 5    and I can't compete on content
 6    differentiation, I have no means by which,
 7    as a competitor, can effectively compete
 8    with Steam.  My hands are tied behind my
 9    back.  So by taking away from the
10    mechanisms by which effective entry and
11    effective competition from those entrants
12    would occur, I have artificially protected
13    myself from whatever challenges they
14    present.  That's undeniable.
15        Q.    So in order for the so-called
16    PMFN to work, the developers -- the
17    publishers have to know about it; right?
18        A.    In order for the PMFN to work,
19    there have to be enough publishers to know
20    about it that you have substantial
21    compliance with it such that effective
22    entry is precluded on the part of a
23    competing platform.
24        Q.    And what evidence -- I've read
25    your report and I've seen a list of
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    e-mails that were written by Valve

3    employees and by others.  We of course

4    have the Steam key rules and guidelines on

5    the so-called price parity side.

6            What evidence do you have that

7    you considered that those mechanisms made

8    developers and publishers aware of the

9    so-called PMFN?

10           MR. LERAY: I object to form.

11           Is this in addition to what's in

12       his report?

13           THE WITNESS:  I was going to

14       say, since I'm sure you've read my

15       report, you know that there's

16       substantial discussion of that in the

17       report, including the fact that there

18       are some examples, and they are just

19       examples, they by no means exhaust the

20       universe, of large publishers who are

21       called on the carpet for violating

22       price or content parity requirements

23       with and without Steam keys, sometimes

24       resulting in games being delisted.

25       And when there is the show of force,

```
                                    Page 199
1     S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2         to borrow a probably not so great
3         metaphor right now, there is
4         information conveyed to publishers
5         generally that if a really large
6         developer can be subject to a price
7         parity requirement and be punished in
8         a serious way for a price parity
9         requirement violation then, number
10        one, it says that it's something that
11        Steam is serious about.
12             Number two, it says it's
13        something that I need to comply with.
14             And there is ample evidence that
15        -- I didn't need to cite it in the
16        report, I could have, of developers
17        talking to one another about it and
18        communicating that there are these
19        policies.  And since the requirement
20        is that there be substantial
21        compliance and not one hundred percent
22        knowledge across the board, that's
23        really all you need to make the PMFN a
24        binding constraint on the behavior of
25        developers when setting price or
```

```
 1     S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2         putting content into versions of
 3         games.
 4         Q.    Well, in the e-mails that are
 5     cited in your report, how many publishers
 6     did those go to?
 7         A.    I haven't counted.
 8         Q.    Could you count them on two
 9     hands?
10         A.    I don't know.
11         Q.    Would you agree with me that
12     it's a very small number?
13         A.    It wouldn't surprise me if it
14     is.  But the point is those are exemplars
15     of what happens.  Those don't exhaust the
16     universe.  And I think again I could have
17     cited and perhaps will subsequently
18     substantial evidence of general knowledge
19     within the developer/publisher community
20     of the requirement for price parity.
21         Q.    Have you considered the
22     testimony from           witnesses in this
23     case that they don't know about price
24     parity?
25         A.    I am aware of the testimony.  We
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    looked at least one piece of it today.   I

3    don't know what else you have in mind as

4    I'm sitting here.   I'm also aware of

5    documents in which they explicitly

6    acknowledge price parity.   That's a piece

7    of the body of evidence that I considered.

8        Q.    How many publishers, roughly

9    speaking, sell games on Steam?

10       A.    I have the number somewhere in

11   the report.   It's a large number.   I don't

12   recall.

13       Q.    Up in the tens of thousands;

14   correct?

15       A.    It's in the thousands for sure.

16   I don't recall the number.

17       Q.    What evidence do you have that

18   these thousands or tens of thousands of

19   publishers were made aware of Valve's

20   so-called PMFN?

21       A.    Any developer who sold with

22   Steam keys is aware of it.   They're aware

23   explicitly of the content parity

24   requirement, they're aware of the general

25   price parity requirement that's included,

Page 202

```
 1     S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2   and they're aware of the specific price
 3   parity requirement with respect to Steam
 4   keys, so certainly that group would be
 5   included.
 6           There is evidence of large
 7   developers generally being aware of it and
 8   acting on it.
 9       Q.    And what is that evidence?
10       A.    It's -- examples of it are cited
11   throughout the report.  And there is also
12   evidence in other documents beyond what's
13   cited in the report of developers asking
14   about price parity, asking if they can
15   sell with a different feature, examples of
16   enforcement or communication from Steam to
17   developers, pointing out what they
18   perceive to be some violation of either
19   the price or content parity requirements.
20   So I think the record is replete with
21   evidence that developers in the main knew
22   about this, that Steam communicated it
23   both normally through, for example, the
24   Steam key agreement and informally through
25   e-mails and reports of telephone calls.
```

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        Q.     And are you telling me that you
 3    rely on evidence that's not in your report
 4    for these things?
 5        A.     It is evidence that may not be
 6    cited in footnotes, but it would be
 7    included in attachment A2.
 8             MR. CASPER: Can we have tab
 9        twenty-five, please.
10             I'm going to show you another
11        exhibit.
12             This is tab twenty-five and this
13        will be Exhibit --
14             THE CONCIERGE: I think it's
15        seven.
16             MR. CASPER: -- seven.
17             (Whereupon, a document entitled
18        Steamworks Documentation was marked
19        Schwartz Exhibit 7 for identification.)
20        Q.     Please read them.
21        A.     (Reviewing).
22             MR. CASPER: For the record, I've
23        shown the witness what's been marked
24        as Exhibit 7, and it is the Steam keys
25        documentation that appears in the
```

Page 204

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        Steamworks documentation on the
 3        Steamworks website.  And one of the
 4        subsections is Steam key rules and
 5        guidelines.
 6        Q.    And what I'd like you to focus
 7    on, Dr. Schwartz, now is just the Steam
 8    key rules and guidelines which begin on
 9    page three and go slightly into page five
10    of Exhibit 7.
11            MR. LERAY: Counsel, is this the
12        copy of the rules as they exist as of
13        today?
14            MR. CASPER: It is.
15            THE WITNESS:  (Reviewing).
16            All right.
17        Q.    So the Steam key rules and
18    guidelines that begin on page three, could
19    you read the first bullet point?
20        A.    "You should use Steam keys to
21    sell your game on other stores in a
22    similar way to how you sell your game on
23    Steam.  It is important that you don't
24    give Steam customers a worse deal than
25    Steam key purchasers".
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        Q.     That's specifically directed to

3    Steam key purchasers; isn't it?

4        A.     In this document, yes.

5        Q.     So a publisher reading this

6    document wouldn't have any way to think

7    that it was being asked to price a game

8    not using Steam keys in any particular

9    way; would it?

10       A.     It wouldn't until it looked at

11   the agreement that it was asked to sign

12   before it could get the Steam keys.

13       Q.     And you're referring to the user

14   interface that has bullet points that

15   refer to the Steam keys guidelines?

16       A.     I'm referring to a document that

17   has three things that the developer needs

18   to agree that they understand, the first

19   two of which do not mention Steam keys,

20   refer to Steam generally, and the third

21   which does.

22       Q.     And they get those when they're

23   being -- they're shown that user interface

24   and they agree to those three points in

25   order to get Steam keys; right?

```
 1     S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        A.     My understanding is that, in
 3   order to get Steam keys, you have to agree
 4   to those three understandings, two of
 5   which do not apply to Steam keys and one
 6   of which does.
 7        Q.     Well, you said they don't apply
 8   to Steam keys.
 9             Isn't it fair to say that some
10   users who are applying for Steam keys and
11   who are being asked to agree to those
12   three points will understand that those
13   three points pertain to Steam keys?
14             MR. LERAY: I object to form.
15             THE WITNESS:  I think anyone who
16        reads those and reads them carefully
17        would take note of the fact that there
18        are three understandings to which they
19        need to agree.  One of them mentions
20        Steam keys explicitly.  Two of them do
21        not.  And I think it is a fair reading
22        by a careful developer reviewing that
23        document that the expectation is that
24        the policy that's described in those
25        understandings extends beyond Steam
```

```
 1     S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        keys.  If you have a document that's
 3        carefully drafted, one point of which
 4        refers explicitly to Steam keys and
 5        that two do not, I think it's fair to
 6        infer that a careful developer reading
 7        that would read them as written.  And
 8        one provision applies to Steam keys
 9        and two apply beyond Steam keys.
10        Q.   Would you agree with me that
11   some developers who are reading that
12   agreement, which they get in the context
13   of Steam keys, would understand that this
14   only governed Steam keys?
15           MR. LERAY: I object to form.
16        Calls for human psychology testimony.
17           THE WITNESS:  I'll stand by my
18        previous answer.  I think a careful
19        developer reading that would take the
20        language as written and would see that
21        two of the requirements do not mention
22        Steam keys and would read them as such
23        and one requirement does mention Steam
24        keys and would read it as such and
25        would conclude that the policy that's
```

```
 1      S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2          being described in those
 3          understandings that they agreed to
 4          comply with apply to Steam keys and
 5          beyond Steam keys.
 6          Q.      And some of those careful
 7      developers presumably would have also read
 8      the Steam key rules and guidelines;
 9      correct?
10          A.      I would not be surprised if they
11      did.
12          Q.      And the Steam key rules and
13      guidelines explicitly apply only to Steam
14      keys; correct?
15          A.      I would agree that, within this
16      document, based on my reading here, that
17      the bullet points that talk about this
18      talk only about Steam keys which is not
19      inconsistent with what's in the document
20      that you and I were just talking about a
21      minute ago because that document
22      explicitly refers to Steam keys but it
23      also goes beyond it because it's got two
24      understandings that have nothing to do
25      with Steam keys.
```

Page 209

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        Q.      So I drew from your counsel's

3    objection that you might not be an expert

4    in human psychology.

5                Am I right about that?

6        A.      I would never claim that

7    expertise beyond having been a parent or

8    still being a parent.

9        Q.      So if we want to know what

10   someone reading the Steam keys rules and

11   guidelines or someone reading the three

12   bullet points that we're talking about, if

13   we want to know how they understand them,

14   we really need to ask the person that's

15   reading them; don't we?

16       A.      Well, if we could construct a

17   survey instrument that would be effective

18   in going back in time and capturing

19   people's understandings as of that point

20   in time and not by asking questions that

21   either invite recency bias or are

22   suggestive, either way -- and I'm not sure

23   we could write that survey -- I think the

24   best that we can do is draw reasonable

25   inferences about what conclusions would be

Page 210

          1      S. Schwartz - HIGHLY CONFIDENTIAL - AEO
          2      drawn based on the plain language of the
          3      document.
          4          Q.     And that's what you've been
          5      doing here today?
          6          A.     That's -- I read the document on
          7      its face and I think the language is
          8      pretty clear and pretty plain and pretty
          9      understandable.
         10              MR. CASPER: Can we have tab
         11          twenty-three, please.  This will be
         12          eight.
         13              (Whereupon, an e-mail dated
         14          July 12, 2013 was marked Schwartz
         15          Exhibit 8 for identification.)
         16          Q.    I'm going to give you what's
         17      been marked as Exhibit Number 8.  And it's
         18      an e-mail back from 2013 and it bears the
         19      Bates stamp VALVE_ANT 00488944.
         20              I'll give you a minute to read
         21      it, if you would, please.
         22          A.     (Reviewing).
         23              All right.
         24          Q.     So this is an e-mail between
         25      Microsoft -- between Valve and Ubisoft

```
 1   S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2   did you conduct a passthrough study?
 3        A.   I did an analysis of passthrough
 4   on Steam in response to the tiered price
 5   -- introduction of the tiered price
 6   structure.
 7        Q.   In 2018?
 8        A.   The tiered price structure went
 9   into effect in 2018.
10        Q.   And you studied one hundred
11   twenty-four games; correct?
12        A.   I think it reduced down to that.
13   I think it started from a larger number
14   and then, as we made various cuts for
15   various reasons, it came down to that
16   hundred and some-odd.
17        Q.   And the one hundred twenty-four
18   games that you studied, those are all
19   games that sold more than $10 million on
20   Steam; correct?
21        A.   They are all games that crossed
22   over the $10 million threshold, so they
23   received the benefit of the reduction in
24   the rate when they crossed that threshold.
25        Q.   Is that group of one hundred
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    twenty-four games a representative sample

3    of the games that are sold on Steam?

4        A.    I think it is surely not

5    representative of the games that never

6    achieved that level of sales and therefore

7    never benefitted from a price change.  And

8    it may not be representative of the games

9    that achieved the higher threshold and got

10   the further reduction in rate.  I have --

11   I would not -- in fact, it is explicitly

12   not a random sample.  I have, based on the

13   price changes that I observe, have no

14   reason to think that I can't draw

15   inferences from which I can generalize,

16   but I haven't done a detailed study of the

17   universe of games that crossed that

18   threshold to determine whether they all

19   have the same important characteristics.

20       Q.    In paragraph three hundred

21   ninety-five, you report the averages;

22   correct?

23       A.    I report average and median

24   price changes in the narrative and then in

25   figure eight.

Page 249

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        provides.
 3               THE WITNESS:  So I've got to
 4        push back on your use of the term
 5        "services Steam provides".
 6               Steam operates a business.  As
 7        part of the business, they agree to do
 8        certain -- they agree to allow you to
 9        play the game.  What they do over time
10        is continue to provide the services
11        that they agreed to provide at the
12        time of the transaction.
13        Q.    Don't they also enhance the
14    services with new services and better
15    services?
16               MR. LERAY: I object to form.
17               If you understand it, go ahead.
18               THE WITNESS:  I think I do.
19               Steam, as I understand it, has
20        from time to time added features to
21        the platform.  Whether those features
22        are of value to a particular consumer,
23        whether they are of value to a
24        particular developer, whether they
25        enhance the experience of the user in
```

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        connection with their consumption of
 3        the game or improve the experience for
 4        the developer is unclear.  They're
 5        certainly an assertion that they
 6        provide value, but there's no
 7        systematic evidence of the value that
 8        they apply or that they bring.  But
 9        it's all part of the base this is what
10        Steam does.  These are all table
11        stakes for running a platform business
12        on which people are allowed to play
13        games.
14        Q.    Does Amazon or Airbnb or VRBO
15    have any long-term obligation over time
16    like Steam does?
17             MR. LERAY: I object to form.
18             Go ahead.
19             THE WITNESS:  You call it an
20        obligation.  It's just the nature of
21        the business.  The transaction is
22        completed in a shorter period of time.
23        That doesn't make -- that doesn't mean
24        that they don't incur costs in
25        facilitating the transaction and
```