# EXHIBIT 15

# REDACTED

Message

**From:** Scott Lynch
**Sent:** 4/6/2006 2:09:31 AM
**To:** Doug Lombardi                                ; Jason Holtman
**Subject:** FW: Steam
**Attachments:** storefront.jpg; productPage.jpg

fyi

-----Original Message-----
From: Scott Lynch
Sent: Wednesday, April 05, 2006 7:08 PM
To:
Cc: Erik Johnson
Subject: RE: Steam

Hi Todd,

Following up on this thread.

We thought we'd run a test here and see how easily we could get one of your titles running to show you how straight forward the implementation is on Steam. We used Quake 3 Arena as the test case. If you can give me the IP addresses that you would connect from, we can give you remote access that will allow you to download and run Quake 3 Arena via Steam. It took us a few hours to get this up and running so it ended up being pretty straightforward and we're pretty sure we can get you're entire library up and running with minimal effort on your part. The only issues we came up with that would need some involvement on your part is making sure we're in the loop on future updates and working out how we give customers authentication codes for access to your masters servers. Also attached is a few mocked up screenshots of how we might present one of your games on the front page of the store and on it's own product page.

On the biz side, we'd like to offer all of your titles in the Doom, Quake and Wolfenstein franchises. We could propose the various packages and pricing that we'd do and you can let us know if they are ok. ▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ One of the nice things about Steam is real-time access to lots of sales data which we can provide to you. It's a manual process right now but in the near future, we'll be able to give you remote access so you can check in at anytime and see what is happening with the sales data (sales rates, territories, etc.). It's useful for seeing the sales impact of various activities (e.g. price changes, promotions, content updates, etc..).

Right now, we're at 8 million paid accounts on Steam with over 5 million unique active users per month. Our entire library new and old continues to have a good life and we're expecting that you should have the same experience.

Let me know your thoughts and give us your ip's so we can set you up with the Q3A demo.

Best Regards,

Scott




-----Original Message-----
From: Scott Lynch
Sent: Wednesday, November 30, 2005 11:51 AM
To: 'Todd Hollenshead'
Cc: Erik Johnson
Subject: RE: Steam

Great.

Erik Johnson can give them the run through. It's pretty easy to implement.

Pass along contact info and EJ can set up a time to call and walk them through the process.

-----Original Message-----
From: Todd Hollenshead [mailto
Sent: Wednesday, November 30, 2005 11:51 AM
To: Scott Lynch

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          VALVE_ANT_2793689

Subject: RE: Steam

Hi Scott,

Thanks for the email. I have some interest in exploring using Steam to deliver some of our catalog titles, for example Quake 3 or Return to Castle Wolfenstein. This could be an interesting first step toward a broader evaluation. I'm not sure Robert Duffy or our other programmers have all of the technical information we would need to evaluate using Steam for those titles. Is there a web page or information packet we could review?

Regards,

tsh

At 01:07 PM 11/30/2005, you wrote:
>Hi Todd,
>
>One other idea I wanted to toss out related to this. [REDACTED]
>
>Let me know if there is any interest on your side. If so, I can delve
>in to some specifics.
>
>-Scott
>
>-----Original Message-----
>From: Scott Lynch
>Sent: Thursday, October 20, 2005 5:46 PM
>To: [REDACTED]
>Subject: Steam
>
>Hi Todd,
>
>Hope all is well with you.
>
>I wanted to float the idea of distributing the id library on Steam.
>It's a pretty straightforward implementation and we'd take care of all
>the backend operations, payment, bandwidth, support, etc.
>
>On your existing library, I think we can add some real incremental
>sales. Even more impactful would be working with you on a new title
>launch. Happy to talk about any combination of those.
>
>Let me know your thoughts. If you're interested, I can put together
>some more details for you on the deal structure and operations.
>
>Best Regards,
>
>Scott

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_2793690