# EXHIBIT 18

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1  UNITED STATES DISTRICT COURT
2  FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
3  _____
4                                      ) Case No.
   IN RE VALVE ANTITRUST LITIGATION     ) 2:21-cv-00563-JCC
5
6  _____
7     VIDEO-RECORDED 30(B)(6) DEPOSITION UPON ORAL
8                     EXAMINATION OF
9                    VALVE CORPORATION
10                     SCOTT LYNCH
11     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
12 _____
13
14
15                     9:11 A.M.
16                  OCTOBER 13, 2023
17            701 FIFTH AVENUE, SUITE 5100
18                 SEATTLE, WASHINGTON
19
20
21
22
23
24  REPORTED BY: CARLA R. WALLAT, CRR, RPR
25          WA CCR 2578, OR CSR 16-0443, CA CSR 14423

```
 1                  A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4         NICOLAS SIEBERT
           ANDREW FAISMAN - (Via Zoom)
 5         Quinn Emanuel Urquhart & Sullivan, LLP
           51 Madison Avenue, 22nd Floor
 6         New York, New York 10010
           212.849.7000
 7         nicolassiebert@quinnemanuel.com
           andrewfaisman@quinnemanuel.com
 8
           VALENTINA LIU - (Via Zoom)
 9         Quinn Emanuel Urquhart & Sullivan, LLP
           50 California Street, 22nd Floor
10         San Francisco, California 94111
           415.875.6600
11         valentinaliu@quinnemanuel.com
12
           KARA M. MUNDY - (Via Zoom)
13         Vorys, Sater, Seymour and Pease LLP
           52 East Gay Street
14         Columbus, Ohio 43215
           614.464.6400
15         kmmundy@vorys.com
16
           SARAH M. LUNDBERG - (Via Zoom)
17         Lockridge Grindal Nauen P.L.L.P.
           100 Washington Avenue South, Suite 2200
18         Minneapolis, Minnesota 55401-2159
           612.339.6900
19         smlundberg@locklaw.com
20
           AUDREY GREEN TANENBAUM - (Via Zoom)
21         Wilson Sonsini Goodrich & Rosati
           1700 K Street Northwest, Fifth Floor
22         Washington, DC 20006
           202.973.8800
23         agreene@wsgr.com
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

```
 1            A P P E A R A N C E S (Continued)
 2
 3    FOR THE DEFENDANT:
 4         CHARLES CASPER
           Montgomery McCracken
 5         1735 Market Street
           Philadelphia, Pennsylvania 19103
 6         215.772.7223
           ccasper@mmwr.com
 7
 8
 9
10    ALSO PRESENT:
11    ALAN MORGAN, Videographer
12    PEGGY OLDENBURG, Concierge Technician - (Via Zoom)
13    CHRIS SCHENCK, Valve in-house counsel
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    I N D E X
 2   EXAMINATION BY:                                   PAGE(S)
 3   MR. SIEBERT                                          8
 4   MR. CASPER                                         224
 5
 6   EXHIBITS FOR IDENTIFICATION                        PAGE
 7   Exhibit 145    Plaintiff's Notice of Fed. R.        14
 8                  Civ. P. 30(B)(6) Deposition to
 9                  Defendant Valve Corporation
10   Exhibit 146    Valve Corporation's Supplemental     21
11                  Response to Interrogatory No. 1
12   Exhibit 147    Verification of Scott Lynch,         21
13                  dated 10/9/2023
14   Exhibit 148    Valve Corporation's Second           23
15                  Supplemental Responses and
16                  Objections to Plaintiffs' Second
17                  Set of Interrogatories
18   Exhibit 149    Amended and Restated Articles of     39
19                  Incorporation of Valve
20                  Corporation
21                  VALVE_ANT_0000554 - 0000580
22   Exhibit 150    Bylaws of Valve Corporation          45
23                  VALVE_ANT_2908789 - 2908808
24   Exhibit 151    Email exchange, 11/21/2013           66
25                  VALVE_ANT_1064233 - 1064234
```

Page 111

1  Q.  But he would have been consulted about the
2  change, right?
3  A.  Yeah.  We talked about the change.  Yeah,
4  yeah.
5  Q.  Would it have been people generally in the
6  sort of Steam business group that were talking or
7  reviewing this?
8  A.  Lots of people in the Steam business group
9  would have seen this; people on game teams, Steam
10 engineers, yeah.
11 Q.  Several large publishers had stopped
12 publishing new titles on Steam around this same time,
13 right?
14      For instance, Ubisoft with the division?
15         MR. CASPER:  Object to the form of the
16 question.
17 A.  You said "several."  I don't -- I don't
18 recall -- I mean, I don't know, you know -- I never
19 looked at like how many stopped around this time or
20 what around this time means.
21      I think Ubisoft, probably around this time
22 because we looked at an email yesterday.  Division 2
23 maybe went to -- no, I think we were just in
24 discussions with Ubisoft.  I think Division 2 went
25 after this to Epic Games Store exclusively.  Yeah, I

1  don't -- I don't know if several left.
2       Q.  (BY MR. SIEBERT)  Prior to this EA had stopped
3  publishing new titles on Steam, right?
4       A.  Well, long ago prior.
5       Q.  About 2011?
6       A.  Their last release -- new release on Steam may
7  have been in that time frame.
8       Q.  What was the genesis of the change?
9       A.  The genesis of the change?
10          Well, as I recall, I was kind of the
11  instigator on -- on thinking about this, and then
12  developing the idea.
13      Q.  And what was your reasoning?
14      A.  Oh, gosh.  Well, the reasoning was kind of a
15  whole collection of things and, you know,
16  considerations and then how we went about implementing
17  it.  You know, it was -- it was competitive, you know,
18  especially there's individual publishers like we talked
19  about EA, and really wanting them to kind of be on the
20  platform, and finding a way to do that and move the
21  needle.
22          There were negotiations with partners that,
23  you know, were asking for a rev share change.  I think,
24  you know, there's probably conversations that were
25  going on with ▇▇▇▇, maybe around this time, or at

1  least at some point.
2          There were -- you know, there were thoughts
3  around, you know, how -- how does this fit in to -- you
4  know, like what could we do and not, you know, not lose
5  money.  You know, is there some room there that we
6  could do?
7          There's like the competition from, you know,
8  third-party stores and wanting to stay competitive with
9  them and all of our competitors.  So there were, you
10 know, tons of things that, you know, went into that
11 kind of like feeling like, you know, maybe this is a
12 time when we -- you know, it makes sense to, you know,
13 change our -- our rev share.
14      Q.  One of the things was certain individual
15 publishers, you mentioned █, right?
16      A.  Yeah.
17      Q.  And you wanted to bring people like █ back to
18 the platform?
19      A.  Well, we wanted -- it was -- it was not only
20 people like █  It was, you know, there were -- you
21 know, independent developers that, you know, had made
22 hit games and just had never ever come to Steam.
23          So it was like, you know, ████████████
24 ████     It was like ████████ -- God, we wanted
25 ████████     Hell, it was like ████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114

1    It made us insane that we could just never
2    convince ▮▮▮ to come onto the platform.  It was like
3    ▮▮▮▮▮▮▮▮▮▮  It was like -- there -- there's just a
4    long list of companies that it was awesome they were
5    successful, but like we really felt like there was a
6    bunch of incremental value that we could add for all of
7    those folks and magnify what they were doing, and --
8    and we wanted to do that.  And --
9         Q.  You mentioned a couple of companies.  I want
10   to talk about those -- or games and talk about those
11   specifically.
12        You mentioned ▮▮▮▮▮▮▮, right?
13        A.  Yes.
14        Q.  And they make ▮▮▮▮▮▮▮▮▮▮, right?
15        A.  They do.
16        Q.  They do not publish on Steam, right?
17        A.  They do.
18        Q.  What do they publish on Steam?
19        A.  They have a few titles on Steam, but not
20   ▮▮▮▮▮▮▮▮▮▮
21        Q.  ▮▮▮▮▮▮▮▮▮ is distributed through a
22   ▮▮▮ launcher instead; is that right?
23        A.  Yes.  ▮▮▮▮▮ was another one that we always
24   wanted to be on Steam.
25        Q.  You mentioned ▮▮▮▮▮▮, right?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 115

1    A.   Yes.
2    Q.   Who makes ▮▮▮▮▮
3    A.   ▮▮▮▮▮ was made by ▮▮▮, which is a small
4  developer started by this guy -- I'm spacing on his
5  name.  He's not there anymore, but I think ▮▮▮ is
6  still the developer.
7    Q.   Is ▮▮▮▮ distributed through Steam today?
8    A.   No, and it kills us.  We've tried so hard for
9  so long.  Maybe some day.  We will never give up.
10   Q.   Do you know why ▮▮▮▮ is not distributed
11  through Steam today?
12   A.   I -- I don't know.  I don't know.
13   Q.   Do you know if Valve employees have ever
14  discussed why that's the case?
15   A.   Oh, I'm sure we've theorized, you know, like
16  why are they not on Steam and how do we convince them
17  to be on Steam and what they might be thinking and, you
18  know, how -- sort of what can we sort of present or
19  explain to them or, you know, is there a better way to
20  do this?  I'm sure we talked about all kinds of stuff.
21   Q.   Do you know if ▮▮▮ or ▮▮▮▮ developers
22  have ever stated publicly why they don't distribute on
23  Steam?
24   A.   I -- no, I don't know.
25   Q.   Would it surprise you if they did?