# EXHIBIT 21

ATTORNEYS' EYES ONLY

Page 1

1         UNITED STATES DISTRICT COURT
2      FOR THE WESTERN DISTRICT OF WASHINGTON
3                    AT SEATTLE
4  _____
5
   IN RE:                          )
6                                  ) Case No.
   VALVE ANTITRUST LITIGATION      ) 2:21-cv-00563-JCC
7                                  )
8  _____
9    VIDEOTAPED 30(B)(6) DEPOSITION UPON ORAL EXAMINATION OF
10                  VALVE CORPORATION
11                     DJ POWERS
   _____
12
13                    9:00 A.M.
14               SEPTEMBER 29, 2023
15                 WILSON SONSINI
16               701 FIFTH AVENUE
17                  SUITE 5100
18              SEATTLE, WASHINGTON
19
20  (CONTAINS CONFIDENTIAL TESTIMONY SUBJECT TO PROTECTIVE
21         ORDER FOR ATTORNEYS' EYES ONLY)
22
23
24
25  REPORTED BY: JUDY BONICELLI, RPR, CCR 2322, CA 9091

ATTORNEYS' EYES ONLY

Page 2

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
          ADAM B. WOLFSON
 3        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          865 SOUTH FIGUEROA STREET
 4        10TH FLOOR
          LOS ANGELES, CA 90017
 5        (213) 443-3000
          ADAMWOLFSON@QUINNEMANUEL.COM
 6
 7        ANDREW FAISMAN
          (APPEARING VIA VERITEXT VIRTUAL)
 8        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          51 MADISON AVENUE
 9        22ND FLOOR
          NEW YORK, NY 10010
10        (212) 849-7000
          ANDREWFAISMAN@QUINNEMANUEL.COM
11
12    FOR THE VALVE CORPORATION:
          CHARLES CASPER
13        JESSICA RIZOO
          MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
14        1735 MARKET STREET
          21ST FLOOR
15        PHILADELPHIA, PA 19103
          (215) 772-7223
16        CCASPER@MMWR.COM
          JRIZZO@MMWR.COM
17
     ALSO PRESENT:  MELODY SORENSON, VIDEOGRAPHER
18                  CLINT THOMAS, CONCIERGE
                    CHRIS SCHENCK, VALVE IN-HOUSE COUNSEL
19                  (APPEARING VIA VERITEXT VIRTUAL)
20
21
22
23
24
25
```

```
 1                       I N D E X
 2   WITNESS:  DJ POWERS
 3   EXAMINATION BY:                                    PAGE
      MR. WOLFSON                                         4
 4
      EXHIBITS FOR IDENTIFICATION                       PAGE
 5
      Exhibit 53   Plaintiffs' Notice of Federal          7
 6                 Rule Civil Procedure 30(b)(6)
                   Deposition to Defendant Valve
 7                 Corporation
      Exhibit 54   September 2018 Bates                  23
 8                 Valve_ANT_1191414 to 1419 email
                   chain between Tom Giardino, Erik
 9                 Peterson, Active Gaming Media
      Exhibit 55   Bates Valve_ANT_0598921 to 8925       38
10    Exhibit 56   Email chain Valve_ANT_08605887 to     46
                   5889  Peterson and Bandai
11    Exhibit 57   An email chain from 2018, Bates       68
                   Valve_ANT_Valve_ANT_0605087
12                 extending through 5089
      Exhibit 58   Email chain June 2015 Bates           79
13                 Valve_ANT_0051718
      Exhibit 59   Bates Valve_ANT_1170804 through       84
14                 1170811
      Exhibit 60   An email chain between Valve and      94
15                 Microsoft in September 2020,
                   Bates Valve_ANT _1193127
16                 through 3132
      Exhibit 61   An email chain from 2015, SWAT       124
17                 team, Bates Valve_ANT_2768191
                   through 8192
18    Exhibit 62   Xbox Game Pass pricing, Bates        131
                   Valve_ANT_ 0461602 through 1618
19    Exhibit 63   [confluence] Steam > Epic Games      137
                   Store Exclusives and Freebies,
20                 Bates Valve_ANT_ 0461814
                   through 1826
21    Exhibit 64   Value of Main Cap Features, Bates    141
                   Valve_ANT_0900841 through 849
22    Exhibit 65   An email chain Bates                 144
                   Valve_ANT_1444184 through 186
23                 with a presentation
24
25
```

1  telling us that the price needs to be lower on other
2  platforms than it is on Steam, then we will typically
3  choose not to run curated marketing during times where
4  that game is being discounted, if that is where the
5  price is lower, or around a launch if it's a around --
6  if it's a price at launch time.
7      Q.  And you said the "rare instance."  The reason
8  that's rare is because usually what happens is the
9  publisher gets in line, right?
10     A.  No, it's rare because we have tens of
11 thousands of games on Steam.  Publishers set their own
12 prices on Steam.  We just don't run into the issue very
13 often.
14     Q.  But it happens often enough that there are
15 folks within Steam -- including Mr. Peterson,
16 Mr. Giardino, Ms. Carroll -- who do deal with that and
17 have these conversations, as you've termed it, with the
18 publishers.
19     A.  When it comes up we have a conversation with
20 the developer, yeah.
21     Q.  And this is not only for small companies but
22 some of the biggest companies that make video games,
23 right?
24     A.  We treat all partners equally so if we come
25 across this problem where there is a customer

Page 66

1  disadvantage on Steam, then we're going to have a
2  conversation with the partner.
3       Q.   Okay.  And just to make sure I'm
4  understanding, Valve often opts not to promote a game
5  or to stop selling it altogether if they're being sold
6  elsewhere for a lower price, right?
7       A.   Again, in the rare instance where we
8  actually -- we have that conversation I'm describing,
9  so the cadence of events is we are made aware of a
10 situation where a price is lower elsewhere.  In a
11 significant way, not real close.  We have a partner
12 conversation, try to understand the issue, try to see
13 if we can figure out a way to get Steam to a price that
14 is similar to those other platforms.
15           If that conversation ends up in a place, which
16 is even rarer still, but where the partner says that
17 the price needs to be lower on these other platforms,
18 for whatever their reasons are, our next step is
19 typically not to run curated marketing because we don't
20 want to lead customers into a bad decision.
21      Q.   But Valve will literally tell developers, "If
22 you don't get in line, we will not promote your game,"
23 or remove you altogether from Steam?
24      A.   That is not our normal practice.
25      Q.   Normal practice?  How did you determine what

ATTORNEYS' EYES ONLY

Page 82

1     Q.  And what is the difference between -- why do
2  you refer to them as retail sites?
3     A.  Why do I refer to them as retail sites?  They
4  are retailers, and I would have been checking their
5  websites.
6     Q.  Is it that they are -- well, and then we've
7  looked at previous examples where I was referred to
8  like EA, Uplay, GOG, G-O-G, are those considered,
9  quote, retail sites?
10    A.  Yeah.
11    Q.  Now, is the -- strike that.
12        You can set that aside, sir.
13    A.  Okay.
14    Q.  Now, you'd agree with me that when Valve
15  communicated to publishers is that it thinks it's
16  important to have general parity among platforms in
17  terms of content, pricing, and promotions; is that
18  fair?
19    A.  Can you say that again?
20    Q.  Yeah.  You'd agree with me that when Valve
21  communicated to publishers it stated that it thinks
22  it's important to have general parity among platforms
23  in terms of content, pricing, and promotions; is that
24  correct?
25    A.  We have a specific material content parity

Page 83

1   clause in our SDA, as well as an update clause.  And
2   then we have in our Steam key documentation reference
3   to a policy where we think customers should be given a
4   fair deal.
5       Q.  Well, but -- I'm sorry, were you done?
6       A.  On Steam.
7       Q.  On Steam.  But in clarifying what Valve
8   expected, it would communicate to publishers that what
9   this involved was general parity on content, pricing,
10  and promotions, right?
11              MR. CASPER:  Object to the form of the
12  question.
13              THE WITNESS:  What we communicate to
14  publishers or partners is that we think customers in
15  Steam should get a fair price or a fair deal.
16  BY MR. WOLFSON:
17      Q.  But what I am asking is the way you would
18  explain that is general parity on content, pricing, and
19  promotions, right?
20      A.  The way to explain it is we've been made aware
21  that you have your game is priced lower elsewhere that
22  disadvantages customers shopping on Steam, can we work
23  on a solution where Steam customers are not
24  disadvantaged.
25      Q.  Which involves general parity on pricing,

Page 118

1  BY MR. WOLFSON:
2      Q.  I don't know.  Are you worried about Valve's
3  profit margins being eaten up by competition from other
4  platforms?
5      A.  Being eaten up by other platforms?  How would
6  that work?
7      Q.  Reduced such that it makes Valve either barely
8  profitable or unprofitable?
9      A.  How would another platform reduce our profit
10 margins?
11     Q.  I'm asking you if that is a worry for you at
12 all.
13     A.  What we think about is making Steam as good of
14 a platform as possible so that customers have good
15 experiences, want to come back, so that partners are
16 able to reach customers and sell their games.  ==We take==
17 ==the margin that we get and reinvest it into the==
18 ==platform to keep making it better for both of those two==
19 ==parties.==
20     Q.  So the majority of the margins that Valve
21 makes are reinvested into the platform?  Is that your
22 understanding?
23             MR. CASPER:  I object to this as beyond
24 the scope of the 30(b)(6) designation.
25