# EXHIBIT 22

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

IN RE VALVE ANTITRUST LITIGATION ) Case No. ) 2:21-cv-00563-JCC )

---

VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION OF

CHRIS BOYD

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

---

9:02 A.M.

NOVEMBER 17, 2023

WITNESS LOCATION: BELLEVUE, WASHINGTON

REPORTED BY: CARLA R. WALLAT, CRR, RPR

WA CCR 2578, OR CSR 16-0443, CA CSR 14423

A P P E A R A N C E S
(ALL PARTICIPANTS APPEARING REMOTELY)

FOR THE PLAINTIFFS:

ANDREW FAISMAN
NICOLAS SIEBERT
JINGFEI LU
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7000
andrewfaisman@quinnemanuel.com
nicolassiebert@quinnemanuel.com
jingfeilu@quinnemanuel.com

FOR THE DEFENDANT:

GAVIN W. SKOK
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
206.624.3600
gskok@foxrothschild.com

ALSO PRESENT:

MICK IRWIN, Videographer

PEGGY OLDENBURG, Concierge Technician

CHRIS SCHENCK, Valve in-house counsel

I N D E X


| EXAMINATION BY: | PAGE(S) |
|---|---|
| MR. FAISMAN | 6 |

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| Exhibit 309 | gamerevolution.com article "Valve Interview Pt. 4: Devs On Steam Greenlight Replacement, Discovery Updates and Support" | 36 |
| Exhibit 310 | Short Message Report, 3/10/2022 VALVE_ANT_2785869 - 2785871 | 52 |
| Exhibit 311 | Email exchange, top email 8/9/2018 from Ismail to Boyd VALVE_ANT_0406135 - 0406139 | 107 |
| Exhibit 312 | Email exchange, top email 5/25/2017 from Goffin to Miller and Sarder VALVE_ANT_0052713 - 0052715 | 118 |
| Exhibit 313 | Email exchange, top email 5/9/2019 from Powers to Newell and others VALVE_ANT_0094642 - 0094644 | 145 |

it online.

Q. Is it in the millions?

A. We publish it online. If you want, you can go look right now on the store.

Q. Do you have that information in your head or not?

A. I don't know the exact number right now. As I said, we publish it online so you can -- you can go check it out.

Q. And you don't know whether it's in the millions?

A. I mean --

MR. SKOK: Object to the form.

A. It -- if -- if -- it is -- it is in the millions, over a million users, yeah, if that's what you're asking. But for an exact number, there's a -- we publish the exact numbers online.

Q. (BY MR. FAISMAN) So Valve takes the Steam platform down and makes it unavailable for maintenance, correct?

A. Yes.

Q. And those are what you would consider planned downtimes as opposed to unplanned events, correct?

A. Correct.

Q. How often do those planned downtimes happen?

A. The -- the -- if I -- if I understand what you're talking about correctly, there's a planned weekly downtime for the backend servers.

Q. And what time does that normally happen each week?

A. It happens on Tuesday and then it moves based on daylight savings time.

Q. Have there always been those weekly downtimes on Tuesdays throughout the history of Steam?

A. I -- I can only talk about since I joined the company, and I don't remember if it's always been on Tuesday.

Q. Since you joined the company in 2008, have there always been planned downtimes each week?

A. We don't necessarily do it every week. But there's certainly times that we have -- we haven't, but in general, there's usually a planned weekly downtime maintenance.

Q. So most of the time, there's a planned weekly downtime, right?

A. Correct.

Q. And what's the maintenance that happens during those planned weekly downtimes?

A. There's multiple things that can happen. But the most obvious is we update the server code during

that time period.

Q. Can you explain what you mean by "server code"?

A. Sure.

We have the -- earlier we talked about their servers and data centers. We also have Web servers. And so during that period of time, we create new builds or deployments and we -- we send those out.

Q. Why not do that maintenance without a planned downtime?

A. The -- I think there's a number of reasons. It's not something that I have thought about recently, so I'd have to kind of, you know, think about and generate a list.

Q. Is there a specific component of the technology stack that requires a downtime in order to have new code applied?

MR. SKOK: Object to the form.

A. Let me think about that. The -- the way that some of the backend servers work, I don't know if it requires it. Obviously, things can change, but the -- certainly, there's a component of it that makes it so it's more efficient to update all the server software at once.

Q. (BY MR. FAISMAN) So are you able to identify

a specific technology component that Valve cannot upgrade or cannot apply new code to without a downtime?

MR. SKOK: Object to the form.

A. Yeah, some -- sure, some of our services that -- the way an update usually works is to release a new build, you stop the previous build and then you start a new build. And so by that, it's -- there's -- there's a moment in there where that service is not running.

Q. (BY MR. FAISMAN) And those are services developed by Valve?

A. Correct.

Q. You're aware, generally, that many technology platforms support no downtime upgrades and updates, correct?

A. I'm not sure what the general practice is there, no.

Q. Has Valve explored what it would take to apply new code without downtimes?

MR. SKOK: Object to the form.

A. That's a broad question, so I -- I don't know of a direct way to answer it. Can you -- can you make it a little bit more narrow?

Q. (BY MR. FAISMAN) Well, has Valve scoped out the development work that would be necessary to no

longer have planned weekly downtimes?

A. I -- I don't believe that we've formally gone through and determined that for all services, no.

Q. And has Valve determined whether it's possible to do that?

A. I -- I think that to do that you'd kind of need to formally go through and -- and inventory all the pieces, and I don't know of anything off the top of my head of when we -- when we've done that.

Q. Now, when these planned weekly downtimes happen, if somebody is connected to Steam and playing a game, they're going to have their session disrupted, right?

A. Not always.

Q. And in what cases would they have their session disrupted?

A. The -- what happens during that downtime is dependent per a game.

Q. Can you elaborate on which games would be disrupted and which games would not be disrupted?

A. There's -- there's lots of different instances and it depends on the -- the game developer and the context of what the game needs to do. For example, a single-player game does not need to stop -- a session does not need to stop during the downtime window.

Q. If it's a multiplayer game that's actively connecting to Steam online, would that need to stop?

A. What do you mean by "actively connecting"?

Q. If the Steam client on the gamer's PC is actively connecting to the servers that you have referenced as part of the backend of Steam.

A. Would -- it -- you're saying if a game is connecting to our backend servers and we do an update, would that game session need to stop?

Q. Correct.

A. That's what you're saying?

Not necessarily, no.

Q. What are the circumstances in which it needs to stop?

A. The -- it -- the -- it depends on the game, as I said. And it depends on what they're doing. So, for example, if you are in a game session, there's -- it's not necessary for the -- for that session to terminate. You can still continue, depending on the game, depending on the situation and, obviously, I can't answer for all games and how they're all implemented, but there's certainly cases where you could have a multiplayer session that continues and it depends on the other features that the game is using if those will -- if those will be affected or not.

Q. So if I'm a gamer and I have a library of games on my Steam account, how do I know which games might be disrupted during this planned weekly downtime and which games would not be disrupted?

A. That's not something that I know the answer to per game. It's not a -- it's not a thing that, for example, the -- that -- that is exposed in a explicit way through the Steam client that I know of.

Q. Are you familiar with project Greenlight?

A. Yes, I'm familiar with the name.

Q. Now, that was an approach that Valve had to selecting which games would be published on Steam a number of years ago, correct?

A. It was a number of years ago. I don't remember all of the details of that and how that transitioned into other features over time.

Q. Is it fair to say that under the Greenlight system, users were able to vote for games that they would like to see published on Steam and that helped determine which games were published?

MR. SKOK: Object to the form.

A. I don't remember the individual details of that testimony. It's -- it's been a while.

Q. (BY MR. FAISMAN) And what happened after the Greenlight system ended? What came next?