# EXHIBIT 23

# REDACTED

```
 1              UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
 2

 3   IN RE VALVE ANTITRUST          ) Case No.

 4   LITIGATION                     ) 2:21-cv-00563-JCC

 5                                  )

 6

 7          VIDEO-RECORDED 30(B)(6) DEPOSITION

 8               UPON ORAL EXAMINATION OF

 9                 MICROSOFT CORPORATION

10                     ADAM FOSSA

11                      VIA ZOOM

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14                     9:16 A.M.

15                 JANUARY 29, 2024

16      WITNESS LOCATED IN:  SEATTLE, WASHINGTON

17

18

19

20

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25
```

```
 1                    A P P E A R A N C E S
 2
 3
       FOR THE PLAINTIFFS:
 4        ANKUR KAPOOR
          NOAH BRECKER-REDD
 5        Constantine Cannon, LLP
          335 Madison Avenue
 6        9th Floor
          New York, New York 10017
 7        (212) 350-2748
          akapoor@constantinecannon.com
 8        nbrecker-redd@constantinecannon.com
 9
10     FOR THE DEFENDANTS:
          BLAKE MARKS-DIAS
11        Corr Cronin, LLP
          1015 2nd Avenue
12        Floor 10
          Seattle, Washington 98104
13        (206) 625-8600
          bmarksdias@corrcronin.com
14
15     FOR MICROSOFT CORPORATION/WITNESS:
          DAVID P. CHIAPPETTA
16        Perkins Coie
          505 Howard Street
17        Suite 1000
          San Francisco, California 94105
18        (415) 344-7056
          dchiappetta@perkinscoie.com
19
20        ANASTASIA PASTAN
          Wilkinson Stekloff
21        2001 M Street, NW
          10th Floor
22        Washington, DC 20036
          (202) 804-4239
23        apastan@wilkinsonstekloff.com
24
       ALSO PRESENT:    VIKTOR BEZMEN, Videographer
25                      ALISON BOS, CONCIERGE
```

```
 1                        I N D E X

 2

 3     EXAMINATION BY:                        PAGE(S)

 4        MR. KAPOOR                          5, 30
          MR. MARKS-DIAS                      22
 5

 6

 7

 8     EXHIBITS FOR IDENTIFICATION                PAGE

 9

10     Exhibit 435 Subpoena to Testify            8

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | including the Microsoft Store? |
| 2 | MR. CHIAPPETTA: Counsel, just for -- sorry, |
| 3 | for clarification, when you're asking Mr. Fossa about |
| 4 | whether any conversations have been within Microsoft and |
| 5 | similar questions, I assume you're asking based upon his |
| 6 | knowledge and people he spoke with in preparation for |
| 7 | the deposition? |
| 8 | Q.  (BY MR. KAPOOR)  So first, more broadly, just any |
| 9 | understanding as to whether any such policies exist and, |
| 10 | if so, what they are? |
| 11 | A.  Yes, there is an understanding.  I do have an |
| 12 | understanding now, yes. |
| 13 | Q.  What is that understanding? |
| 14 | A.  Well, that one does not exist. |
| 15 | Q.  That Valve has no pricing policies when it comes |
| 16 | to how PC video games should be priced on Steam versus |
| 17 | how they should be priced on other stores? |
| 18 | A.  Correct. |
| 19 | Q.  In the course of your work at -- in the Microsoft |
| 20 | Store over the last I think you said six years -- |
| 21 | A.  Ten -- ten years. |
| 22 | Q.  -- ten years, have you ever interacted with video |
| 23 | game publishers as to what price they would sell their |
| 24 | games on the Microsoft Store? |
| 25 | A.  Yes. |

```
 1    that -- is that a fair characterization?
 2         A.   That's fair.
 3         █    █████  ████████████████████████████████████
 4    ██████████████████████████████████████████████
 5    ██████████████████████████████████████  █████
 6    ████████████████████████
 7         █    █████
 8         █    ██████████████████████████████████
 9    ██████████
10         █    █████
11         █    ████████████████████████████████████
12    ███████████████████████████████████████████████
13         █    ████████████████████████████████████
14         █    ████████████████████████████████████
15    █████████████████████████████████████
16    ███████████████████████
17         █    █████
18         █    ██████████████████████████████
19         █    ████████████████████████████████
20    ██████ ███████████████████████████████████████
21    ████████████████████████████████████  █████
22    █████████████████████████████████████
23    █████████████████████████████████████
24    ██████████████████████████████████████████
25    ██████████████████████  ███████████████████
```