# EXHIBIT 25

# REDACTED

## Best game servise

| ForumName | Off Topic |
|---|---|
| ForumDeleted | No |
| AccountIDLastPoster | 74590012 |
| TimeFirstPost | 09/18/2012 09:39 AM |
| TopicTitle | Best game servise |
| TopicText | Witch one of these do you think is the best one Onlive,Steam,Origin or Windows games live? |
| ForumTopicDeleted | No |

| AuthorAccountID | 108918050 |
|---|---|
| TimeStamp | 09/18/2012 09:40 AM |
| Comment | :oo |
| IsDeleted | No |

| AuthorAccountID | [redacted] |
|---|---|
| TimeStamp | [redacted] |
| Comment | [redacted] |
| IsDeleted | [redacted] |

| AuthorAccountID | 98379023 |
|---|---|
| TimeStamp | 09/18/2012 11:03 AM |
| Comment | Of course I'm going to be the fan boy here and say Steam rules! Not only for variety but for dirt cheap prices as well. |
| IsDeleted | No |

| AuthorAccountID | [redacted] |
|---|---|
| TimeStamp | [redacted] |
| Comment | [redacted] |
| IsDeleted | [redacted] |

| AuthorAccountID | 101936713 |
|---|---|
| TimeStamp | 09/18/2012 02:34 PM |
| Comment | Steam, no contest. |
| IsDeleted | No |

| AuthorAccountID | 35264739 |
|---|---|
| TimeStamp | 09/18/2012 03:30 PM |
| Comment | As if there was any doubt~ |
| IsDeleted | No |

| AuthorAccountID | 66232806 |
|---|---|
| TimeStamp | 09/18/2012 03:37 PM |
| Comment | Steam, but the inherent problem with it is your stuck for life with purchases, what happens in 10 years time when PC's with windows 20 will no longer run todays games? |
| IsDeleted | No |

| AuthorAccountID | 1919936 |
|---|---|
| TimeStamp | 09/18/2012 03:52 PM |
| Comment | originally posted by Tox Laximus<br>Steam, but the inherent problem with it is your stuck for life with purchases, what happens in 10 years time when PC's with windows 20 will no longer run todays games?<br><br>Well, we're in that situation now, sorta. Games that were designed for Windows 3.1 were 16-bit. Windows Vista and 7 are not able to run 16-bit programs, not even in compatibility mode. You need to set up a virtual box or something in order to run those 16-bit programs.<br><br>Take SkiFree, for example. I cannot run the original skifree.exe I used in Windows 3.1. I need an emulator of some sort to run the file. There is a 32-bit version that was made a few years ago to address that problem, but that's entirely the point: the original games won't run on newer OSs without some monkeying around by the user. |
| IsDeleted | No |

| AuthorAccountID | 74590012 |
|---|---|
| TimeStamp | 09/18/2012 06:16 PM |
| Comment | Lets see.<br>Onlive: never used it; feel bad for the debt they have to pay.<br>Steam: Three Cheers for the Best Digital Distribution Service Ever Made! :D<br>Origin: Hold on, let me get my gun.<br>GFWL: I'm gonna need a bigger gun. |
| IsDeleted | No |