# EXHIBIT 28

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

In Re: )
)
) No. 2:21-cv-00563-JCC
VALVE ANTITRUST LITIGATION )
)

---

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

KASSIDY GERBER

---

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

9:05 A.M.

THURSDAY, OCTOBER 5, 2023

701 FIFTH AVENUE, SUITE 5100

SEATTLE, WASHINGTON

Reported by: Tami Lynn Vondran, CRR, RMR, CCR/CSR

WA CCR #2157; OR CSR #20-0477; CA CSR #14435

A P P E A R A N C E S

FOR THE PLAINTIFF:

KENNETH R. O'ROURKE
BAASIL SHARIFF - via Zoom
Wilson Sonsini Goodrich & Rosati
1700 K Street Northwest, Fifth Floor
Washington, DC 20006
202.973.8800
korourke@wsgr.com
bshariff@wsgr.com

MCKINNEY WHEELER
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
206.883.2500
mwheeler@wsgr.com

DILLON OSTLUND - via Zoom
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
415.947.2000
dostlund@wsgr.com

PAUL E. BUCHEL - via Zoom
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
612.339.6900
pebuchel@locklaw.com

FOR THE DEFENDANT:

GAVIN W. SKOK
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
206.624.3600
gskok@foxrothschild.com

ALSO PRESENT:

SHREVE VANZANTEN, Videographer

I N D E X

| EXAMINATION BY: | PAGE:LINE |
| --- | --- |
| Mr. O'Rourke | 8:14 |
| (Afternoon Session) Mr. O'Rourke | 130: 9 |

| EXHIBITS FOR IDENTIFICATION | | MARKED |
| --- | --- | --- |
| Exhibit 97 | Email Exchange from Dan Nord, dated 4/30/18, VALVE_ANT_1548456-461 | 73:16 |
| Exhibit 98 | Valve Corporation Steam Distribution Agreement, VALVE_ANT_2814367-392 | 81:12 |
| Exhibit 99 | Email Exchange from Kassidy Gerber, dated 1/28/19, VALVE_ANT_2567311-316 | 86:17 |
| Exhibit 100 | Email Exchange from Kassidy Gerber, dated 10/27/17, VALVE_ANT_1804905-907 | 87:19 |
| Exhibit 101 | Email Exchange from Whitman Shenk, dated 2/15/17, VALVE_ANT_1221288-291 | 92:15 |
| Exhibit 102 | Email Exchange from Chris Schenck, dated 4/27/20, VALVE_ANT_2814301-311 | 108:13 |

Q. Yes.

MR. SKOK: And, Ms. Gerber, again, don't disclose contents of attorney-client communications. If you can answer it otherwise, please do.

A. Well, I don't know why he's bringing it up here, but NCSoft has another -- has versions of their game that they operate off of Steam. And we just want to make sure that they bring the same version of the game with all of its content to Steam --

Q. (BY MR. O'ROURKE) Yeah. Why?

A. -- and they keep it updated.

Q. Why?

A. So that the version that's offered on NCSoft's platform is the same as what's offered on Steam's.

Q. So there's no competition between NCSoft's platform and Steam's platform on the content of the NC game?

MR. SKOK: Object to the form.

A. So that -- the reason is so that Steam customers, if they invest in the Steam version of the game, don't feel like they're missing out on any content. We don't want our customers to feel like they are at any sort of disadvantage for purchasing on Steam.

Q. (BY MR. O'ROURKE) Can you understand that if NCSoft has to sell the same version of its game on its

own platform as the version that's being sold on the Steam platform, there's no competition then for buyers over the content of the game?

MR. SKOK: Object to the form.

A. You're asking if I understand that there's no competition based on the content.

I guess I don't think of it that way.

Q. (BY MR. O'ROURKE) But can you see it that way?

A. I see it as making sure when customers invest -- this is -- I think NCSoft's games are all free-to-play. So when a customer invests in a free-to-play title on Steam and purchases things in that game and builds their inventory for the Steam version of an NCSoft game, that they have all the same options for investment on the Steam version that they do on the Guild Wars -- or the ArenaNet, NCSoft version.

Q. So if NCSoft is trying to get more customers and buyers to its website, it's not able to differentiate its content for its customers from what they can buy on Steam?

MR. SKOK: Object to the form.

A. They can have different content as long as we have content that is materially the same in the view of the customers. So --