# EXHIBIT 30

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF WASHINGTON
 3   AT SEATTLE
     _____
 4
     IN RE VALVE ANTITRUST LITIGATION
 5
 6   Case No. 2:21-cv-00563-JCC
     _____
 7
 8                         April 17, 2024
                           9:12 a.m.
 9
10
11
12          DEPOSITION of JOOST RIETVELD,
13   pursuant to Notice, held at the offices of
14   MONTGOMERY, MCCRACKEN, WALKER & RHOADS
15   LLP, 437 Madison Avenue, New York, New
16   York before Wayne Hock, a Notary Public of
17   the State of New York.
18
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3       CONSTANTINE CANNON LLP
         Attorneys for Plaintiffs
 4              1001 Pennsylvania Avenue
                Washington, D.C. 20004
 5       BY:    ANKUR KAPOOR, ESQ.
                akapoor@constantinecannon.com
 6              J. WYATT FORE, ESQ.
                wfore@constantinecannon.com
 7              NOAH BRECKER-REDD, ESQ.
                nbrecker-redd
 8              @constantinecannon.com
                -and-
 9
         VORYS, SATER, SEYMOUR AND PEASE LLP
10              52 East Gay Street
                Columbus, Ohio 43215
11
         BY:    KARA M. MUNDY, ESQ.
12              kmmundy@vorys.com
                (via videoconference)
13
                -and-
14
         WILSON SONSINI GOODRICH & ROSATI P.C.
15              1700 K Street, NW, Suite 500
                Washington, D.C.  20006
16
         BY:    ALLISON B. SMITH, ESQ.
17              allison.smith@wsgr.com
                (via videoconference)
18              KENNETH R. O'ROURKE, ESQ.
                korourke@wsgr.com
19              (via videoconference)
20              -and-
21       LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                100 Washington Avenue South
22              Minneapolis, Minnesota 55401
23       BY:    W. JOSEPH BRUCKNER, ESQ.
                wjbruckner@locklaw.com
24              (via videoconference)
25
```

```
                                                         Page 3
 1
 2
     A P P E A R A N C E S: (Continued)
 3
 4
         MONTGOMERY, MCCRACKEN, WALKER &
 5       RHOADS LLP
         Attorneys for Defendant
 6               1735 Market Street
                 Philadelphia, Pennsylvania 19103
 7
         BY:     PETER BRESLAUER, ESQ.
 8               pbreslauer@mmwr.com
                 STEFANIA ROSCA, ESQ.
 9               srosca@mmwr.com
                 (via videoconference)
10
11
12
13
         ALSO PRESENT:
14
15               MARCELO RIVERA, Videographer
                 ROBERT BENIMOFF, Concierge
16               (via videoconference)
                 MCKENZIE BEZIC
17               (via videoconference)
18                     *     *     *
19
20
21
22
23
24
25
```

```
                                              Page 56
 1                    J. Rietveld
 2   maintains, how did you find out about
 3   that?
 4             MR. KAPOOR: I object to form.
 5             THE WITNESS:  How did I find out
 6      that Valve has such a PMFN in place?
 7        Q.    Yes.
 8             How did you learn about what the
 9   plaintiffs allege here?
10        A.    I believe I learned about it
11   through the amended complaint where it was
12   stated.
13        Q.    When I worked at Two Tribes, did
14   you have any awareness of there being a
15   PMFN?
16        A.    No.  I don't have an awareness.
17        Q.    You testified earlier that you
18   have a Nintendo Switch?
19        A.    Correct.
20        Q.    And you play that every two
21   weeks or so; is that --
22        A.    At the moment, yes.
23        Q.    Do you have any particular game
24   that you are involved with?
25        A.    That I'm playing?
```