# EXHIBIT 33

4/17/24, 6:37 AM — Toki Tori | GamesIndustry.biz

Trending  Embracer sells Gearbox  GDC 2024  GI Podcast



Navigation
Features
News
Academy
Events
Newsletters
Video Games Jobs

Games Industry.biz

Support us
Search

If you click on a link and make a purchase we may receive a small commission. Read our editorial policy.

Home / News

# Toki Tori

Now available via three more digital distribution platforms.

News by GamesIndustry International, Contributor
Published on July 1, 2010

Harderwijk, the Netherlands - July 1st, 2010 - After the successful launch of the award winning Toki Tori on Valve's Steam PC and Mac services, Two Tribes have teamed up with three additional digital distribution platforms for Toki to spread its wings. Toki Tori is now available for purchase at Impulse Driven (PC); Gamers Gate (PC/Mac); and, Mac Game Store (Mac).

"Seeing Toki Tori spreading its wings and expanding its reach is a fantastic thing! It was a logical move for us to make and considering the game's initial adoption, the community has been waiting for us to do so. The early bird discount is a gift from us to the fans.", says Joost Rietveld, Strategic Manager at Two Tribes.

For the early birds this weekend only, 50% off! during the upcoming weekend Toki Tori will be available for only €2.24 and $2.45. The sale starts tomorrow, Friday July 1st - but hurry, the sale ends promptly on Sunday July 4th at Midnight. Please refer to the distribution portals for further details.

Toki Tori is now available for purchase at:

**Gamersgate:**

http://www.gamersgate.com/DDB-TT/toki-tori-bundle

**Impulse:**

http://www.impulsedriven.com/tokitori

**Mac Game Store:**

http://www.macgamestore.com/detail.php?ProductID=1520

Exhibit
3
4/17/2024
Rietveld

Valve's Steam:

http://store.steampowered.com/app/38700

**Toki Tori features**

80+ levels spread over 4 large worlds Dozens of hours of gameplay A wide variety of items and weapons Instant rewind function Charming characters Full screen HD graphics Controls designed for mouse and/or keyboard

Reviews (81 metacritic score)

"Toki Tori is an absolutely brilliant puzzler with great graphics and even greater puzzles to solve." - Gamer Limit

"Tough but satisfying, and made all the more enjoyable by the cute presentation." - Total PC Gaming

More information on Toki Tori can be found at: http://www.tokitori.com

About Two Tribes Publishing

Two Tribes Publishing B.V. is a privately owned company focusing on publishing digital videogames for both portable and home videogame consoles. The philosophy held at Two Tribes is one where quality and playability come first. Toki Tori, the award winning puzzle platformer is just one outing of this philosophy. The company was established in 2009 and is located in the center of the Netherlands. Two Tribes, the company's internal development studio has created games for a wide range of game devices. With the advent of downloadable game services, such as WiiWare and the Appstore, Two Tribes has expanded its business activities by becoming a publisher for digital videogames.

More information about Two Tribes

Website: http://www.twotribes.com

Twitter: @TwoTribesGames

YouTube: http://www.youtube.com/user/TwoTribesGames

Media contact

Joost Rietveld

Strategic Manager

Two Tribes Publishing

Office: +31 (0)341 423 305

joost [at] twotribes.com

4/17/24, 6:37 AM  Toki Tori | GamesIndustry.biz



**GamesIndustry International**
Contributor

Author

GamesIndustry International is the world's leading games industry website, incorporating GamesIndustry.biz and IndustryGamers.com.



**NEWSLETTERS**

Subscribe to GamesIndustry.biz newsletters for the latest industry news.

Enter your email address

**GI Daily**
A roundup of the day's most popular articles.

Subscribe

**GI Market Report**
Analysis and data about the g games industry.

Subscribe

More News

   

News — War Robots hits $900m in revenue | News-in-brief

News — Apple shelves GBA emulator from App Store

News — Red Rover secures $15m in funding

News — Kwalee lay number of "reshapes

  



**Games Industry.biz**

The resource for people who make and sell games.

Search

GamesIndustry.biz is owned by Gamer Network Limited, a ReedPop company and subsidiary of Reed Exhibitions Limited.

**Explore**
Features
News
Academy
Events
Newsletters
Video Games Jobs

**Helpful Links**
About Us
Advertise with us
Archive
Authors
Code of Conduct
Contact Us
Corporate Site
Editorial Policy
Pitching Guidelines
RSS Feeds
Send us news
Terms & Conditions

**Gamer Netv**
Dicebreaker
Digital Found
Eurogamer
Jelly Deals
Nintendo Life
Popverse
Pure Xbox
Push Square
Rock Paper Sł
The Haul
Time Extensic
VG247

4/17/24, 6:37 AM                                         Toki Tori | GamesIndustry.biz

© 2024 Gamer Network Limited, Gateway House, 28 The Quadrant, Richmond, Surrey, TW9 1DN, United Kingdom, registered under company number 03882481.

All rights reserved. No part of this website or its content may be reproduced without the copyright owner's permission.

Terms of Service                                                                                         VGC

**Privacy Links**

Cookie Policy

Privacy Policy

Your Privacy Choices

Manage cookie settings