THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | CASE NO. C21-0563-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Presently before the Court is Defendant's motion for class certification (Dkt. No. 181), noted for July 12, 2024. That motion relies heavily on the testimony of Dr. Steven Schwartz, which is the subject of a motion to exclude (Dkt. No. 232) noting August 12, 2024. As the Court must address the exclusion issue before it can resolve the class certification motion, it RENOTES the class certification motion (Dkt. No. 181) to August 12, 2024.

DATED this 15th day of July 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C21-0563-JCC
PAGE - 1