# EXHIBIT 3

HIGHLY CONFIDENTIAL

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
3
4   IN RE VALVE ANTITRUST          Case No.
5   LITIGATION                     2:21-cv-00563-JCC
6   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
7            *** HIGHLY CONFIDENTIAL ***
8
9            VIDEO DEPOSITION OF
10                JASON OWENS
11
12            December 5, 2023
13
14            9:09 a.m. Central
15
16         3003 West Corporate Drive
17              Lisle, Illinois
18
19
20        Stenographically Reported By:
21   Deanna Amore - CRR, RPR, CSR - 084-003999
22
23
24
25

HIGHLY CONFIDENTIAL

Page 2

```
 1              APPEARANCES OF COUNSEL
 2
 3   On Behalf of the Plaintiffs:
          WILSON SONSINI GOODRICH & ROSATI
 4        ALLISON B. SMITH
          KENNETH O'ROURKE
 5        BAASIL SHARIF (via Zoom)
          1700 K Street NW
 6        Washington, DC 20006
          bsharif@wsgr.com
 7        allison.smith@wsgr.com
          korourke@wsgr.com
 8
 9   On Behalf of the Defendant, Valve Corporation:
          MONTGOMERY McCRACKEN WALKER & RHOADS
10        ROBERT DAY
          1735 Market Street
11        Philadelphia, Pennsylvania 19103
          rday@mmwr.com
12
     ALSO PRESENT
13       Ben Dixon, Videographer
         Peggy Oldenburg, Concierge-Technician
14                 *  *  *  *  *
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    I N D E X
 2   WITNESS                                    EXAMINATION
 3   JASON OWENS
 4       EXAMINATION BY MR. DAY                        11
 5       EXAMINATION BY MS. SMITH                     388
 6                       EXHIBITS
 7   Exhibit 1      GameSpot Profile of              161
 8                  Haplo17
 9   Exhibit 2      Haplo17 Review of Just           163
10                  Cause 2
11   Exhibit 3      MMO Champion - Haplo17           172
12   Exhibit 4      MMO Champion Thread              175
13   Exhibit 5      Potential Places to Carry        196
14                  Djinni & Thaco
15                  DarkCatt_0021843-1847
16   Exhibit 6      10.27.2017 Email Re:             198
17                  Distribution - I sort of
18                  feel like we should
19                  leave...;
20                  DarkCatt_0009010
21   Exhibit 7      1.17.2020 Email Re:              201
22                  Consumer Game Djinni and
23                  Thaco demo...;
24                  DarkCatt_0007202
25
```

1    to the retail store, you buy it?
2         A.   Uh-huh.
3         Q.   Are you buying a CD or some other
4    physical --
5         A.   Depending if it's a floppy disk or CD,
6    yes.
7         Q.   But you had to buy a physical item --
8         A.   Yes.
9         Q.   -- and play it on your PC?
10        A.   Yes, I did.
11        Q.   Did you know -- could you play
12   Civilization II anywhere else aside from the PC?
13        MS. SMITH:  Object to form.
14        THE WITNESS:  Not that I'm aware of.
15   BY MR. DAY:
16        Q.   I wanted to return to a couple of other
17   prior ones.
18             Was Doom a console game too?
19        A.   I think it may have become one, but
20   I never played it on a console.
21        Q.   Do you know when it became a console game?
22        A.   I do not.
23        Q.   In the early '90s?
24        A.   Might have been, guessing.
25        Q.   Could you have played Myst on another

Page 57

1   Target back then.  I'm sure there were other
2   stores.
3       Q.    Okay.  So you had the big stores, the big
4   name stores is where you got the most popular games
5   but you still needed your FuncoLand to find other
6   types --
7       A.    Slightly more obscure things, yeah.
8       Q.    The more obscure things.
9             Did you end up -- would you say the games
10  you played tended to come from big name stores or
11  FuncoLands?
12      A.    Because I didn't have a car until, you
13  know -- well, I guess by the mid '90s, I did have a
14  car, but I, you know, still didn't go terribly far
15  away.  So it was either the mall or the Electronics
16  Boutique or the FuncoLand that was about a mile and
17  a half from my house.
18      Q.    So that's where you went to get most of
19  your games?
20      A.    Primarily.
21      Q.    So you'd just walk there?
22      A.    Walk or drive there, ride a bike, you
23  know, depending on the year, I guess.
24      Q.    So your friend gives you Fallout 2.  Is it
25  a CD at that point?

1   Battle.net for a second.
2          So you'd buy World of Warcraft; correct?
3      A.   Yes.
4      Q.   And how would you buy World of Warcraft,
5   by the way?
6      A.   Go to the store and pick it up at that
7   time.
8      Q.   Could you download it as well?
9      A.   It might have been possible, but it was
10  enormous at that time, and trying to download that
11  would have been horrible.
12     Q.   Did you consider downloading it?
13     MS. SMITH:   Object to form.
14     THE WITNESS:   I did not.  Did not have that
15  kind of Internet speed.
16  BY MR. DAY:
17     Q.   Did you purchase World of Warcraft,
18  though?
19     A.   Someone purchased it for me.
20     Q.   Okay.  And they bought it at a retail
21  store?
22     MS. SMITH:   Object to form.
23     THE WITNESS:   I believe so.
24  BY MR. DAY:
25     Q.   Was World of Warcraft a game that you

1   not be surprised if you could.
2       Q.   Could you buy it on Epic Games Store?
3       A.   Yes.
4       Q.   Could you buy it at PlayStation Store?
5       A.   I believe so, yes.
6       Q.   Could you buy it from Nintendo Switch?
7       A.   I honestly don't know.
8       Q.   Okay.  And you bought it where?
9       A.   Through Steam.
10      Q.   Why?
11      A.   At that time it was originally, I think,
12  only available through Steam, and I don't know that
13  it was available through any other option --
14      Q.   Are there any --
15      A.   -- at least early on.
16      Q.   Sorry.  I didn't know you weren't done.
17           Are there any titles that you knew were
18  available on both Steam and Epic Games Store, and
19  you bought it on Epic Games Store?
20      A.   Not that I can think of.
21      Q.   Why not?
22      A.   Steam has options that Epic does not.
23      Q.   Like what?
24      A.   Modding community is -- Steam workshop
25  allows for modding.  Epic does not in the same way.

1    A.    Yes, if it's -- the actual playing
2  experience, not so much, but the updating.
3    Q.    So from the developer's side?
4    A.    Yeah.
5    Q.    Okay.  How would -- how did -- scratch
6  that.
7          How did you update a game before the
8  Internet?
9    A.    Infrequently, at best.  It often wasn't a
10 good option or you could -- in the very early days,
11 you could literally send the companies a request
12 for a disc that would have updates on them.
13   Q.    And did it make it -- did an Internet
14 connection provide a more easy way to get DLC?
15   A.    Oh, absolutely.
16   Q.    Explain that.
17   A.    You didn't have to write somebody or wait
18 for something to show up in the mail.  I mean,
19 Internet made everything easier.
20   Q.    And do -- does Steam specifically offer
21 this service?
22        MS. SMITH:  Object to form.
23 BY MR. DAY:
24   Q.    Patching?  Does it allow developers to
25 patch their games?