# EXHIBIT 7

**Interview Question Outline**

1. What make you to leave Microsoft and found Valve Corporation in the first place?

Gabe Newell: I left MS after 13 years of running project management on Windows, among other ← ┄┄┄ things. During my time at MS, I had the chance to meet Michael Abrash, John Carmack. In those days, they were reaching more people through the online distribution of Doom than Microsoft was with Windows. So, I decided to leave and start Valve.

**Formatted:** No bullets or numbering

1.

2. When you decided to leave Microsoft, did you face any difficulties from your relatives and friends? Could you share some stories with us in that respect?

Gabe Newell: It was 1996. The Playstation and Sony Saturn had just launched. Everyone was ← ┄┄┄ still on dial up in their homes. Despite that, my family and friends have always been very supportive

**Formatted:** No bullets or numbering

2.

3. From an Asian society perspective, video gaming is often viewed negatively 10 - 20 years ago. However, that norm has been changed drastically nowadays to socially acceptable or even cool to be a nerd. Could you share your view of the attitude changes toward gaming from the 70s to current in US?

3. What does video game mean to you and your peers? What is Valve's mission statement and how does that separate you from other video game publishers/developers?

Gabe Newell: I'm not sure that we have a mission statement. For me, Valve has always been a ← ┄┄┄ place where highly creative and driven people are given a chance to really forge new ground and focus on what matters most to customers. The big idea with Half-Life was to build an FPS with a compelling single player story. The big idea with Steam was to create an online backend that would help us better serve those who purchased our multiplayer games. Asking ourselves, 'What problems are we solving' is how we approach every project.

**Formatted:** No bullets or numbering

4.

4. Game development often requires substantial investment on R&D and human resources, what does Valve look for when hiring staffs?

Gabe Newell: We try to hire stand outs in every discipline. The more interesting question is what ← ┄┄┄ makes them stand outs. Over the years, that has run the gamut from mod author to industry veteran and back again. People are the number one force in creating games and software and we are always recruiting.

**Formatted:** No bullets or numbering

5.

VALVE_ANT_0294661

5.  Can you explain Valve's flat organization culture? Why is it the choice of management and how do staffs work with each other exactly?

Gabe Newell: One of the things I am most proud of about Valve is the length of tenure for the average employee. Folks tend to stay at Valve a long time, and that tells us we are doing something right. For us, the idea of a flat structure has always been the case. And when you are hiring and recruiting only the highest-level employees in every department, it is almost a requirement to have a flatter structure -- these folks do not need to be micromanaged or shown the time clock every morning.

6.

6.  How did you find the talents to develop Half-Life back when Valve was a start-up? How did you find Marc Laidlaw to design the story of Half-Life series?

7.  Gabe Newell: On the internet. Marc is a perfect example. John Guthrie and Steve Bond, who were making Quake mods and delivering pizza's in Florida are another. It was a very turbulent take off, but that's what made it interesting.

8.   Why do you think video games are so appealing and why do we play games?

9.   Some people play video games because it can provide exciting simulation where they could not find it in their ordinary lives. Do you think gaming can help people self-realize to their potentials even though it's in a virtual world? such as inspiring future guitarist or military leaders?

10. Many people often consider multiplayer games can develop leadership skills and other positive attributes, do you think it's true based on Valve's hit series like Counter-Strike, Team Fortress, Left4Dead and DOTA2? Do you have any examples?
11. Is that why Valve tends to hire mod developers from the mod community?
12. Do you have any interesting customer stories of how they bond together through one of Valve's game?
13. What do you think are the causes for video game addiction? Has Valve ever faced any criticism like every other game companies?
14. In South Korea, internet and video gaming has been heavily regulated by the government, such as bandwidth/playtime limitation after midnight, cyber cafe curfew and stricter rating scale. What is that like in US and how should we regulate cyber addiction? http://www.gamasutra.com/view/feature/132300/video_game_regulation_w here_we__php?print=1
15. Gamification by definition is the use of game elements and game design techniques in non-game contexts. Jane McGonical, the author of *Reality is Broken*, proposed we can perform our daily activities like a video game setting. What do you think about this approach?
16. Implementations of gaming elements in education has rapidly become common, such as LeapFrog Education Toy and countless other educational game apps. What do you think about this new norm and its impacts on public education?
17. President Obama administration launched "Change the Equation" program aiming to better the US education system in 2010, do you know about this program, what about its details and objective?

VALVE_ANT_0294662

7.  Valve has developed many hit series like Half-Life, Portal, Counter-strike, Team Fortress, Left4Dead, and now DOTA2. But many people including myself think the real turning point for the company is the launch of Steam back in 2002. Can you tell me the history of Steam and how it replaced Gamespy and World Opponent Network? Were developing the first digital distribution platform in the market the key reason behind Steam?

Formatted: No bullets or numbering

Gabe Newell: Steam was originally a set of features that would allow us to better serve the customers of our online games. We want to get away from the old model of "patching" Team Fortress Classic and Counter-Strike. We wanted to help curb cheating. Those were the issues when it started. Then, like everything else at Valve, the team kept iterating to build what it has become today. And we're continuing to build upon it.

18.

8.  What is The Orange Box and what is the story behind it?

Gabe Newell: The Orange Box was a collection of three games, and something of a packaging experiment, perhaps not ironically conducted in the autumn years of packaged digital goods. The packaged contained three new games – Team Fortress 2, Portal, and HL: Episode Two – and two previously released games, Half-Life 2 and HL2: Episode One. It was a tremendous value for customers and, obviously, we are very proud of all three games introduced in the offering.

Formatted: No bullets or numbering

19.

9.  Can you explain the Digipen story behind the creation of Portal?

[Gabe Explains Digipen. How we met the group and then he hired them on the spot.]

Formatted: No bullets or numbering

20.

10. Valve has always been viewed as the industry pioneer among the game communities and the inspiration for many indie developers. Why is the game community so important for Valve?

[Gabe explains how we are formed of mod and indy developers, and that the community is the customer – the VIP.]

Formatted: No bullets or numbering

21.

11. The power of free, TF2 became free2play title on steam in 2011, what was the bold reason behind such a move?

22. [Gabe explains how Valve has always been changing how it delivers its products. Our version of F2P with TF2 has helped us learn what others – like Perfect World – already know about delivering games this way in different parts of the world. To that end, we are happy to be working with Perfect World to bring Dota 2 to China and hope to learn more about the Chinese gaming scene.

Formatted: No bullets or numbering

12. Is that why Valve also decided to let players to mod assets and movies using Valve Source Filmmaker and Source Engine for free? What is the new business model and relationship Valve is trying to establish with its customers?

Formatted: Font: (Default) Times New Roman

[Gabe explains how getting folks to the point of creating cool stuff is the primary goal. We have a great track record for helping folks in the community build things, and we are just as proud of things like Steam Workshop that are allowing these folks to make a living this way.]

Formatted: No bullets or numbering

23.

13. What is Valve Time?

Gabe Newell: Oh those whacky gamers and their Internet memes.

Formatted: No bullets or numbering

24.

14. What is the future of video game in your opinion?

25. Gabe Newell: I wish I could predict the future.

Formatted: No bullets or numbering

15. Any last comment?

26. Gabe Newell: Thanks for having me.

Formatted: No bullets or numbering

VALVE_ANT_0294664