# EXHIBIT 8

HIGHLY CONFIDENTIAL

Page 1

1             UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
2                 Case No. 2:21-cv-00563-JCC

3

4    IN RE:  VALVE ANTITRUST LITIGATION

5    _____/

6                          2 South Biscayne Boulevard
                           Miami, Florida
7                          November 27, 2023
                           10:14 a.m. - 6:23 p.m.

8

9            VIDEO DEPOSITION OF JACOB TROYER

10

11       * * * * * HIGHLY CONFIDENTIAL * * * * *

12

13       Taken before SUZANNE VITALE, R.P.R., F.P.R.
14    and Notary Public for the State of Florida at Large,
15    pursuant to Notice of Taking Deposition filed in the
16    above cause.

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 2

```
 1   APPEARANCES:
 2
 3   On behalf of Plaintiffs:
 4   WILSON SONSINI GOODRICH & ROSATI
     1700 K Street Northwest
 5   5th Floor
     Washington, DC 20006
 6   BY:   ALLISON B. SMITH, ESQ.
           allison.smith@wsgr.com
 7   BY:   AUDREY TANENBAUM, ESQ.
           audrey.tanenbaum@wsgr.com
 8
 9   On behalf of Valve:
10   MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
     1735 Market Street
11   21st Floor
     Philadelphia, Pennsylvania 19103
12   BY:   ROBERT DAY, ESQ.
           rday@mmwr.com
13         RACHEL MCCARDELL (Paralegal)
14
15   ALSO PRESENT:
16         Michael Montalvo (Videographer)
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 3

1          I N D E X
2

Examination                                    Page
3   Direct        By Mr. Day:                      6
    Cross         By Ms. Smith:                  279
4   Redirect      By Mr. Day:                    339
5                 DEFENSE EXHIBITS
6   No.                                          Page
7   Exhibit 1     Notice                           8
    Exhibit 2     Subpoena                         9
8   Exhibit 3     Old Djinni & Thaco Steam        44
                  Page
9   Exhibit 4     The Witcher 3:  Wild Hunt       59
    Exhibit 5     VIVEPORT Store Page             60
10  Exhibit 6     Review for Djinni & Thaco       90
    Exhibit 7     Steam Reviews                   94
11  Exhibit 8     August 22, 2020 Dr. Awkward     96
                  Review
12  Exhibit 9     August 22, 2020 Rude           100
                  Squirrel Review
13  Exhibit 10    August 20, 2020 Cake Bandit    103
                  Review
14  Exhibit 11    August 12, 2020 Tim            108
                  Hall-Reppen Review
15  Exhibit 12    Haplo17 Review                 111
    Exhibit 13    Troyer 00002 - 003             123
16  Exhibit 14    Troyer 00004 - 0005            130
    Exhibit 15    Humble Bundle Post             132
17  Exhibit 16    Humble Bundle Reddit Post      140
    Exhibit 17    Troyer 00006 - 012             147
18  Exhibit 18    Troyer 00001                   151
    Exhibit 19    DarkCatt_0019817 - 821         156
19  Exhibit 20    DarkCatt_0022643 - 644         162
    Exhibit 21    September 16, 2021 Dark Catt   169
20                Review
    Exhibit 22    September 14, 2020 Indeed      190
21                Reviews
    Exhibit 23    Bokor Review                   218
22  Exhibit 24    Shiver Website                 233
    Exhibit 25    Steam Workshop Page for        263
23                Half-Life:  Alyx
    Exhibit 26    Mod for Half-Life:  Alyx       267
24                called Overcharge
    Exhibit 27    Higgue Screenshots             270
25

HIGHLY CONFIDENTIAL

Page 24

1        A.    The games that they make are a constant

2   inspiration for me, primarily because every time

3   they put something out, it exists to push the

4   envelope of a technology that is being made, trying

5   to draw attention to it.

6              Like with the original Half-Life, they

7   kind of proved that you can make a rather compelling

8   story while still having good combat and good

9   physics and good -- good game play.

10             With Half-Life 2, they sort of innovated

11  on advancing the physics engines and showing what

12  modern CPUs are capable of producing and all that

13  sort of stuff.

14             And with Half-Life:  Alyx, they pushed the

15  envelope on what designs people could think were

16  possible for VR.  Every time they put something out,

17  it's innovative.  It's new.  It's fresh.  It shows

18  what you can do with what you have.

19        Q.    Would you say that that work, that

20  innovation that they do inspires you as a game

21  developer?

22        A.    Absolutely.

23        Q.    And what do you think about Steam?  You

24  mentioned Steam?

25        A.    Yeah.  Steam is the digital marketplace

HIGHLY CONFIDENTIAL

Page 29

1      A.    Yes.

2      Q.    How do you find out about games you want

3  to try?

4      A.    Most of the time it's word of mouth.

5  Other times it is through -- I will be watching news

6  cycles and keeping my eye out for any trailers of

7  things that I might want to see or anything that

8  gets brought up through, you know, several

9  announcements during award ceremonies or events.

10     Q.    What sort of award ceremonies or events

11 are you talking about?

12     A.    So things like The Game Awards, the TGAs

13 that are about to come out pretty soon.  Many of

14 Geoff Keighley's shows, such as the summer game show

15 and all those sorts of things.

16     Q.    Do your friends ever recommend games to

17 you?

18     A.    All the time.

19     Q.    And how many friends do you have on Steam?

20     A.    Somewhere in the 30s.

21     Q.    Are these -- go ahead.

22     A.    I have a close-knit group of people that I

23 hang out with on a regular basis that's maybe about

24 ten, but...

25     Q.    Are these people that you met through

HIGHLY CONFIDENTIAL

Page 30

1  Steam, or are they people that you met outside of

2  Steam?

3      A.   Some of them -- the vast number of them I

4  met outside of Steam.

5      Q.   Okay.  And will you socialize through

6  playing games?

7      A.   Yes.

8      Q.   And do you do that on Steam?

9      A.   I do not use Steam's chat services to do

10 this, but the games that we play are -- we have all

11 bought through Steam.

12     Q.   How frequently would you say you do that?

13     A.   At least once a week.

14     Q.   Is that a major way you keep in touch with

15 your friends?

16     A.   Yes.  It's also a major way I keep in

17 touch with some of my family members even.  So --

18     Q.   Do you have a family plan?

19     A.   I do not have a family plan.  But I -- I

20 do play Baldur's Gate with my brothers and my dad

21 every Saturday almost.

22     Q.   That's nice.

23          Do you -- how do you browse for games on

24 Steam?

25     A.   Generally speaking, I'll go to the store

HIGHLY CONFIDENTIAL

Page 31

1   and see if there's any sales going on.  Or, like,

2   I'll check my wish list to see if there's any sales

3   on those or if I have, you know, spare money to buy

4   something.

5        Q.    What's a wish list?

6        A.    A wish list is just a catalog of games

7   that you have marked as being interested in.

8        Q.    And that's a feature of Steam?

9        A.    Yes.

10        Q.    And you mentioned sales.

11              Are you talking about the seasonal sales?

12        A.    I am talking about either the seasonal

13   sales or sometimes a game just goes on sale.

14   Sometime the developer just marks it as, you know,

15   here's a 33 percent discount; go buy it.

16        Q.    And that will incentivize you to purchase

17   the game?

18        A.    Yeah.

19        Q.    Do you have a sense of how frequently

20   you'll purchase a game during a sale?

21        A.    During a sale, it's -- I'll maybe buy one

22   or two.  I don't go nuts like some people I know do,

23   but --

24        Q.    Do you ever use the Discovery Queue?

25        A.    Occasionally.

HIGHLY CONFIDENTIAL

1    Q.    The top seller's list?

2    A.    I will use the top seller's list.

3    Q.    Do you ever browse by genre?

4    A.    I browse by genre frequently.

5    Q.    How about by tag?

6    A.    Not by tag, no.

7    Q.    Do you ever see a notification on Steam

8    that a friend is playing a game and then try that

9    game?

10    A.    I generally talk to them about it first to

11    get a feel for it.

12    Q.    Okay.  But you will receive that

13    notification?

14    A.    But I will receive that notification and

15    then say, "Huh, okay, well" -- I'll ask them how

16    it's going and see how they like it and if it's

17    something I would be interested in.

18    Q.    Do you use Curators at all?

19    A.    No.

20    Q.    When you shop for games, do you look at

21    Steam reviews?

22    A.    Yes.

23    Q.    Why?

24    A.    Well, user reviews are generally a very --

25    in my view, a reliable way to get a gauge on how the

HIGHLY CONFIDENTIAL

Page 33

1    community has actually received the game, whether it

2    be positively or negatively.

3             Certainly there can be incidents that a

4    game has a great deal of drama that surrounds it and

5    thus sort of muddies the pool a little bit.  But

6    that's still a very important thing to look at

7    because you want to make sure that the games that

8    you buy come from companies that you can approve of.

9        Q.   Do you think review integrity is

10   important?

11       A.   Absolutely.

12       Q.   Can you elaborate?

13       A.   I think giving players the proper

14   impression of the game that they are going to buy is

15   incredibly important, and it is important that they

16   get as much information as they can and that that

17   information is accurate.

18       Q.   You mentioned the community before.

19            Are you talking about the gaming

20   community?

21       A.   Yes.

22       Q.   When you shop for games, do you look for

23   reviews anywhere other than on Steam?

24       A.   Yeah, I will occasionally take a peek at

25   some of the review sites, Metacritic, IGN

1    occasionally.  I'm not really -- don't really put
2    much heat behind IGN these days.
3            I'll look at them.  I'll look at PC Gamer.
4    I'll look at Destructoid.
5        Q.   So we mentioned Steam as a place to play
6    games, and we also discussed other distribution
7    platforms.
8            Do you know whether you can also play on
9    itch.io, use it as a launcher?
10       A.   I think it depends on the game on itch.io,
11   whether or not you can play it in the browser or
12   not.  I don't know if -- I don't know they have
13   their own, like, independent launcher outside of
14   that sort of stuff.  But I know if it's like a unity
15   game, you can typically run it in browser.
16       Q.   What about Humble Bundle?
17       A.   Humble Bundle, as I believe I think I
18   stated earlier, a lot of the time you do just get a
19   Steam key through Humble Bundle, if I'm remembering
20   right.
21       Q.   Okay.  So what's a Steam key?
22       A.   A Steam key effectively is the signature
23   key that identifies the game that you are able to
24   play.
25           You basically take that key, you put it in

1   your library, and you -- it identifies that as the

2   game and unlocks the ability for you to be able to

3   play it.

4        Q.   So you purchase it off Steam, the key; is

5   that right?

6        A.   You purchase the key off of Steam, put it

7   into their infrastructure, and then that corresponds

8   to a software that then enables you to access.

9        Q.   Are you aware of any developers that have

10  their own platforms for their games?

11       A.   Yes.

12       Q.   Can you name just a few?

13       A.   Ubisoft.  I know Paradox has their own

14  launcher.  I know EA has Origin, but I think that

15  one is kind of on the way out.

16            Epic Games has the Epic Games Store where

17  they distribute Fortnite and many of their partners'

18  games.  Like, Hades was on there for the longest

19  time exclusively.

20            And I think Activision had Battle.net for

21  the longest time, but that's also on the way out

22  too.

23       Q.   And how many of these platforms will you

24  use to play games?

25       A.   Most -- most of the time I just use Steam.

HIGHLY CONFIDENTIAL

Page 36

1    I'll occasionally use Paradox as launcher.

2         Q.   And so Steam is the platform you play

3    games most often on?

4         A.   Steam is my primary platform.

5         Q.   Are you aware that you can -- there are

6    games that you play on some platforms but not

7    others?

8         A.   Yes.

9         Q.   Are there games that you can play on

10   multiple platforms?

11        A.   Yes.

12        Q.   That are compatible with multiple

13   platforms?

14        A.   Yes.

15        Q.   Would you say that popular games can be

16   played on multiple platforms?

17             MS. SMITH:  Object to form.

18             THE WITNESS:  Yeah.

19   BY MR. DAY:

20        Q.   How about -- would you say that most games

21   that you play can be played on multiple platforms?

22        A.   Yeah, absolutely.

23        Q.   What is cross-play?

24        A.   Cross-play is the ability to play games

25   between two platforms in a multiple-player fashion.

HIGHLY CONFIDENTIAL

Page 37

1    It enables a -- someone who is playing on a console,

2    say, a PS5, to connect with a person playing on a PC

3    and play the game together.

4         Q.   Is it common?

5              MS. SMITH:   Object to form.

6              THE WITNESS:   I don't know I would say

7         it's terribly common.

8    BY MR. DAY:

9         Q.   Do any of the games that you play allow

10   for cross-play?

11        A.   I don't really play terribly many

12   multiplayer games, so I would say no.

13        Q.   Okay.  I want to go into sort of

14   Development 101 briefly.

15             What is video game software in sort of a

16   10,000-foot view?

17        A.   It's software that you can play games

18   with.  It's a game that goes on your computer, and

19   you interact with it and you have fun.

20        Q.   And does the game itself have its own

21   software?

22        A.   Yes.

23        Q.   Okay.  And does the software define its

24   features?

25        A.   Yes.

HIGHLY CONFIDENTIAL

Page 38

1        Q.    And then I think what you were saying

2   there, do platforms like Steam, do they have their

3   own software?

4        A.    Yeah.

5        Q.    Okay.  And so do platforms vary widely in

6   terms of the features they offer?

7              MS. SMITH:  Objection to form.

8   BY MR. DAY:

9        Q.    If you know.

10       A.    To my knowledge, most platforms offer a

11  basic suite of distribution of the game, social

12  interaction elements, and a basic operating system

13  for which it can actually -- in the case of a

14  console, it has an operating system on which it can

15  run.

16             So it's pretty universal what things give

17  you.

18       Q.    In terms of the service?

19       A.    In terms of the service, yes.

20       Q.    Okay.  And you're talking generally about

21  a social function, a --

22       A.    A social function, a distribution

23  function, a method by which you can access your

24  games' settings, panels to make sure that your

25  system is suited for your needs.

HIGHLY CONFIDENTIAL

Page 39

1        Q.    Okay.   And when you're designing a game,

2    how do you make sure the game can run on a

3    particular platform?

4        A.    Generally speaking, you check its -- you

5    check the qualifications of the platform.   You make

6    sure that you optimize within those parameters.

7              Generally speaking, what I like to do is I

8    like to shoot for the lowest common denominator and

9    build up from there.   I try to make sure that I can

10   run on the weakest target possible and then enhance

11   my experience from there.

12             It's a lot easier to build up than tear

13   down.

14       Q.    So do you have to tailor your game

15   software at least somewhat to fit each particular

16   platform?

17       A.    Yes.

18       Q.    And what's hardware?

19       A.    Hardware is the electronics that you're

20   playing on.   So it's your computer.   It's your

21   console.   It's your accessories that allow you to

22   interact with that stuff.

23       Q.    And so when you're designing a game, do

24   you make the game software compatible with a

25   particular hardware?

HIGHLY CONFIDENTIAL

Page 40

1       A.    Yes, you will generally do that.

2       Q.    And when it comes to VR games, what

3   consoles are available?

4       A.    Well, PlayStation has their PS VR.  Beyond

5   that, there are the Meta mobile headsets that are

6   around these days.  I never really developed for

7   them.  I mostly developed for the PC headsets, those

8   being the HTC VIVE, the Oculus Rift, the Rift S, and

9   a couple of the Microsoft mixed-reality headsets.  I

10  think it was mostly just the HP for that.

11            But you would need a PC to make any of

12  those run.

13      Q.    Does Valve have its own --

14      A.    Valve does have a headset, now that you

15  remind me, yeah.  It's the Index.

16      Q.    And so what's the part that goes over your

17  head called?

18      A.    I would call that the headset.

19      Q.    Okay.  And then you have to hold --

20      A.    A pair of controllers, motion controllers.

21      Q.    What are those called?  Controllers?

22      A.    Yeah.  Controllers, motion controllers.

23  Various companies have different names for them.

24      Q.    And for each of the VR consoles you

25  mentioned, do they differ in terms of their headsets

HIGHLY CONFIDENTIAL

Page 41

1    and controllers?

2         A.   Yes.  The hardware for the headsets

3    themselves is very different.

4         Q.   Okay.  Is it true that there are -- I

5    think you mentioned this -- there are tethered VR

6    sets and nontethered VR sets?

7         A.   Yes.

8         Q.   And what's the difference?

9         A.   The difference is whether or not you need

10   to be connected to a PC to make them work.

11        Q.   Is PlayStation's VR set a tethered set?

12        A.   To my knowledge, yes.

13        Q.   Does it hook up to a PC or a console?

14        A.   It hooks up to a PlayStation.  So a

15   tethered thing requires external hardware to

16   actually run.

17        Q.   But that could be a PC or a console?

18        A.   It could be a PC or a console, depending

19   on the headset.

20        Q.   Okay.  But is it fair to say that each VR

21   console has its own combination of hardware?

22        A.   Yes.

23        Q.   And do you have to design a game software

24   to make sure it's compatible with each VR console

25   set?

HIGHLY CONFIDENTIAL

Page 42

```
1        A.    Generally speaking, the only requirement
2   is to make sure that it works with the controls.
3   Beyond that, it's generally rather compliant.  Like,
4   the only real difference is making sure that the
5   controls all work between all the different
6   platforms.
7        Q.    I'm trying to understand that.
8             So are you saying that the controllers are
9   what you --
10       A.    The controllers are what you are
11  specializing around, yes.
12       Q.    Okay.
13       A.    It's what you need to change.
14       Q.    Okay.  Is designing a VR game for a
15  particular console, let's just say the Index, akin
16  to designing a non-VR game to a console like
17  PlayStation?
18       A.    No.
19       Q.    Okay.
20       A.    There's vast amounts of compliance things
21  that you need to go through to get it onto a
22  console.
23            Making it for a headset, you just need to
24  make sure it works on the headset and then make sure
25  you match whatever compliance things go for that
```

HIGHLY CONFIDENTIAL

Page 43

1    console.  Like, it's not terribly different between

2    the two.

3         Q.   Okay.  What's Steam VR?

4         A.   Steam VR is the software that the HTC VIVE

5    and the Valve Index run through to make the headset

6    operate and play the games.  It's what allows the

7    headset to communicate properly with your system and

8    then access and connect to your games.

9         Q.   Are there other VR platforms besides the

10   Steam VR?

11        A.   Yes.  There is Oculus.

12        Q.   Based on what you said, do VR games also

13   have to account for software platforms like Steam VR

14   versus Oculus?

15        A.   Kind of, sort of.  Oculus needs to be

16   running whenever you are running an Oculus headset,

17   but you can connect your Oculus through Steam VR as

18   well.  Like, it's a very flexible system that way.

19             You can't go the other way around but...

20        Q.   Okay.  And when you worked there, which VR

21   consoles did Djinni & Thaco work for?

22        A.   When I worked there, we focused primarily

23   on the HTC VIVE and the Oculus Rift.  We wanted to

24   expand into doing more stuff with the Index, but I

25   don't remember ever getting my own personal hands on

HIGHLY CONFIDENTIAL

Page 44

1    one.

2            I know we got our hands on the Index

3    controllers, which we had to sort of adapt with, but

4    we didn't really get a lot of time with them.

5        Q.    Okay.  Why didn't you have -- strike that.

6            What VR platforms did Djinni & Thaco work

7    for?

8        A.    It worked for Oculus Rift and HTC VIVE.

9        Q.    And Steam VR, did it work for Steam VR?

10       A.    Considering HTC VIVE had to run through

11   Steam VR, yes.

12           MR. DAY:  I will introduce Tab 3.  Let me

13       do the right tab this time.

14           (Thereupon, the referred-to document was

15   marked for Identification as Defendant's Exhibit 3.)

16           THE WITNESS:  The old Djinni & Thaco Steam

17       page.

18   BY MR. DAY:

19       Q.    So do you recognize this?

20       A.    Yes.

21       Q.    What is this?

22       A.    This is the Djinni & Thaco Steam page when

23   it was still up.

24       Q.    So do all games get their own Steam page?

25       A.    That is correct.

HIGHLY CONFIDENTIAL

Page 45

```
 1         Q.    I just want to go through some of the
 2    features here to get your take on them.
 3              First, you see the title Trial by Spire.
 4    On the right, there is a button to Community Hub.
 5              Do you see that?
 6         A.    Yes.
 7         Q.    What is Community Hub?
 8         A.    That is a place where people will post
 9    topics for discussion over the game, talk about
10    screenshots and their experiences with it.
11         Q.    Why did Dark Catt -- did Dark Catt
12    implement a hub?
13         A.    I believe so.  I believe you have to.
14         Q.    And have you used -- have you participated
15    in community hubs?
16         A.    Rarely.
17         Q.    Okay.  Let's move down.
18              Do you remember what, if anything, was in
19    the Djinni & Thaco Community Hub?
20         A.    I believe there was maybe one or two posts
21    that were effectively complaints, but that's about
22    it.
23         Q.    So these community hubs are opportunities
24    for users to interface with developers?
25         A.    Yes.  Developers can also participate in
```

HIGHLY CONFIDENTIAL

Page 46

```
1    the community posts.
2         Q.   Do gamers talk to each other through
3    community posts?
4         A.   Yes.
5              MS. SMITH:  Object to form.
6    BY MR. DAY:
7         Q.   Let's just move down, straight down from
8    Community Hub.  We see popular user-defined tags.
9              Why -- why -- do tags -- why do developers
10   use tags?
11             MS. SMITH:  Object to form.
12   BY MR. DAY:
13        Q.   Sorry.  Scratch that.
14             Why did Dark Catt use tags?
15             MS. SMITH:  Object to form.
16   BY MR. DAY:
17        Q.   If you know.
18        A.   Effectively, it is a way for them to label
19   the game and get it in the mindset of people that
20   would be searching for games that have similar tags
21   associated with, create an association between games
22   that would be similar to ours and keep them in the
23   same sort of pool.
24        Q.   Does it help developers find their market,
25   would you say?
```

HIGHLY CONFIDENTIAL

Page 47

1       A.   I would say so.  I believe that is the
2   intention.
3       Q.   And you said you used games before -- or
4   tags before, I should say?
5       A.   I don't use them terribly much because I
6   am more genre specific than I am getting down to
7   this level of specificity.  Granted, there are some
8   genres that are -- can be used as a tag as well,
9   so...
10      Q.   Got it.
11           Now, with this green box here, "Download
12  Djinni & Thaco:  Trial by Spire demo," what's a
13  demo?
14      A.   A demo is a sample of the game.  It's
15  basically a bite-sized section of the game that
16  would allow you to sample it and make sure it's
17  actually what you want to get before you buy it.
18      Q.   Does it cost any money?
19      A.   It shouldn't.
20      Q.   Does this one cost any money?
21      A.   This one does not, no.
22      Q.   Did you work on the demo?
23      A.   I did work on the demo because it's,
24  effectively, just the first two levels of the game.
25      Q.   Okay.  And do you know why Dark Catt

1   promoted a demo?

2        A.   To my knowledge, it was to partially just

3   make sure it was what people wanted to buy, like

4   make sure people actually want to get the game, give

5   them a chance to try it out.  And if they end up

6   deciding they want it, then, well, 25 bucks.

7        Q.   Do you use demos?

8        A.   Oh, I -- occasionally, yeah.

9        Q.   Do you think it's helpful for gamers to

10  have a demo --

11            MS. SMITH:  Object to form.

12  BY MR. DAY:

13       Q.   -- in your opinion?

14       A.   Yes.

15       Q.   Then there are a couple of other features

16  of Steam that remind me of demos but aren't.  I just

17  want to run them by you.

18            Early access.

19       A.   Early access, yes.

20       Q.   What is that?

21       A.    It is effectively a -- you buy the game,

22  and you are able to play it to its full-feature

23  level that the developer has offered you.  It might

24  not be the full game.  It could just be a certain

25  section of it.

HIGHLY CONFIDENTIAL

Page 49

1           It is, however, to be noted that you are

2    still playing a game in a development environment

3    when you buy a game in early access.  So it is very

4    likely that it will be full of bugs, glitches, and

5    other problems that you might encounter.

6           Q.   Have any of the games that you've worked

7    on used early access?

8           A.   No.

9           Q.   Have you ever bought a game early access?

10          A.   Yes.

11          Q.   Do you think it augments your gamer

12   experience, to be part of it?

13          A.   It's neat to get into it early.  I don't

14   know if I'd call it an augmenting experience.

15          Q.   Here is another one that reminds me of

16   demo, play test.

17          A.   Play test.

18          Q.   Do you know about play test?

19          A.   Yes.  So play tests are generally people

20   will get invited through various methods.  Either

21   they provide their e-mail to sign up for a play test

22   or something of that nature to get into the game and

23   provide feedback and -- yeah, provide feedback on

24   the game and get a chance to get their hands on it

25   early.

HIGHLY CONFIDENTIAL

Page 50

1       Q.    And then this -- we've mentioned seasonal

2    sales.

3             But Next Fest, have you ever participated

4    in Next Fest?

5       A.    No.

6       Q.    Do you know what Next Fest is?

7       A.    I do know what Next Fest is.

8       Q.    Could you describe that for me?

9       A.    It's an event that Steam holds that

10   highlights up-and-coming indie developers or

11   highlights up-and-coming indie games that basically

12   enables you to get access -- you use it to promote

13   demos for those games and helps stir up the word and

14   get people aware of them.

15      Q.    So it's a sort of demo-based?

16      A.    Yeah, it's a demo-based event.

17      Q.    Okay.  Then next to the green box, it

18   says, "Is this game relevant to you?  Sign in to see

19   reasons why you may or may not like this game based

20   on your games, friends, and curators you follow."

21            So what would -- what does this do?  This

22   box here, what service does this provide?

23            MS. SMITH:  Object to form.

24            THE WITNESS:  That would be -- so this

25       specific screen implies that you are not

HIGHLY CONFIDENTIAL

Page 51

1        currently signed in to Steam is what I would

2        say.   And signing in to Steam would thus

3        unlock -- give you the ability to know certain

4        things about either your friends list or people

5        that you follow that might have things to say

6        about it.

7    BY MR. DAY:

8        Q.   And would this -- what would it say if you

9    signed in here?

10       A.   If you had signed in here, there would

11   probably be a list of friends there that already own

12   the game as well as some basic recommendations from

13   the platform itself to say, "Hey, this game is

14   similar to these other things that you play.

15   This -- are you sure this matches your interest?

16   This doesn't look like anything you've played in the

17   past X amount of hours."

18       Q.   Interesting.   Okay.

19            And turn to the next page.   On the right,

20   it says, "55 Steam achievements"?

21       A.   Uh-huh.

22       Q.   What are achievements?

23       A.   Achievements are -- pardon me.

24            Achievements are the various things that

25   you can do in the game and accomplish to -- they're

HIGHLY CONFIDENTIAL

Page 52

1    basically just little accomplishments that you can

2    do in the game, and it will track those.

3        Q.   Where will it track them?

4        A.   On Steam and in the game as well if you

5    would have set things up correctly.

6        Q.   Did you design any achievements?

7        A.   I was not the man behind the achievements,

8    no.  That was not my main -- that was not my main

9    focus there.

10       Q.   Do you know why Dark Catt created

11   55 achievements?

12           MS. SMITH:  Object to form.

13           THE WITNESS:  I believe we created these

14       achievements in order to basically -- partially

15       to give a preview of certain mechanics that

16       happen in the game and to help the player track

17       their progress in the things that they have

18       done.

19   BY MR. DAY:

20       Q.   Do you know who created these

21   achievements?

22       A.   I know the two people that were

23   responsible for -- I know at least two people.

24       Q.   Who are they?

25       A.   I know Alex Felinski was the one who

HIGHLY CONFIDENTIAL

Page 53

1    actually implemented the systems for it.  And I

2    believe there were a few people on the production

3    side that were responsible for writing them up and

4    making them.  So those would have probably been

5    Dodds Colley, John Robb, Adam Brown.

6         Q.   How do you know that those were the

7    reasons that Dark Catt implemented the achievements?

8         A.   It's a hunch really.  It's what I would

9    have done myself.  It's the reason why I would

10   include achievements in a game.

11        Q.   Would you say these are helpful to

12   developers --

13        A.   Yes.

14        Q.   -- to use this tab?

15             Okay.  There's a couple of more links down

16   here.  Discussions.

17             What are discussions, new discussions?

18        A.   Discussions are an aspect of the Community

19   Hub.  They're effectively forum posts.

20        Q.   And community groups, what are those?

21        A.   Community groups are collections of people

22   that have an interest in the game, specific aspects

23   of it.

24        Q.   And what's related news?  That's above

25   that.

Page 54

1      A.    Related news would be any news that is
2   associated with the game.
3      Q.    Okay.  So these are -- everything we've
4   been talking about -- and we could go on, as you
5   know -- are features of Steam that help promote the
6   game that's on the platform, would you say?
7      A.    Yes.
8            MS. SMITH:  Object to form.
9   BY MR. DAY:
10     Q.    Are there any other platforms that you're
11  aware of that provide this -- these specific suite
12  of offerings?
13     A.    I believe the Oculus store offers this to
14  a limited degree.  I haven't looked at Epic Games in
15  a very long time.  So I would not be able to tell
16  you if they offer this depth, but I believe that
17  they were working on doing so.  Yeah, that's all I
18  have to say on that subject.
19     Q.    Okay.  We're going to turn to the reviews
20  now if you turn the page.
21     A.    Yes.
22     Q.    And we're going to go to some of them.
23           But for now, I just want to go through
24  some details that are here.
25           You see there's customer reviews, and then

HIGHLY CONFIDENTIAL

Page 61

```
 1            THE WITNESS:  Ah, our VIVEPORT store.
 2   BY MR. DAY:
 3        Q.   What is VIVEPORT?
 4        A.   VIVEPORT is the distribution service for
 5   HTC VIVE.  This is how VIVE tries to sell their
 6   games, tries to sell games for their headset.
 7        Q.   So it's -- it's another distribution
 8   platform?
 9        A.   It's another distribution platform for
10   headsets.
11        Q.   Do you see any community-related features
12   here in this?
13        A.   Looking through it all, no.  There's only
14   reviews.
15        Q.   Any hubs, Community Hub option?
16        A.   It is woefully absent.
17        Q.   Community groups?
18        A.   No.
19        Q.   Discussions?
20        A.   None.
21        Q.   Is a demo available here?
22        A.   Does not look like it.
23        Q.   Let's just take a look at the reviews.  So
24   that's page 4 --
25        A.   Yes.
```