# EXHIBIT 14

# REDACTED

1
2   UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF WASHINGTON
3   AT SEATTLE

    ————————————————————————————————————————
4
    IN RE VALVE ANTITRUST LITIGATION
5
6   Case No. 2:21-cv-00563-JCC

    ————————————————————————————————————————
7
8                       April 18, 2024
                        9:08 a.m.
9
10          *** HIGHLY CONFIDENTIAL --
            ATTORNEYS' EYES ONLY ***
11
12
13          DEPOSITION of STEVEN SCHWARTZ,
14  pursuant to Notice, held at the offices of
15  MONTGOMERY, MCCRACKEN, WALKER & RHOADS
16  LLP, 437 Madison Avenue, New York, New
17  York before Wayne Hock, a Notary Public of
18  the State of New York.
19
20
21
22
23
24
25

```
                                                         Page 2
 1
 2    A P P E A R A N C E S:
 3
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
 4      Attorneys for Plaintiffs
                51 Madison Avenue
 5              New York, New York 10010
 6      BY:     DAVID LERAY, ESQ.
                davidleray@quinnemanuel.com
 7              NICOLAS SIEBERT, ESQ.
                nicolassiebert@quinnemanuel.com
 8              ANDREW FAISMAN, ESQ.
                andrewfaisman@quinnemanuel.com
 9              (via videoconference)
10              -and-
11    CONSTANTINE CANNON LLP
                1001 Pennsylvania Avenue
12              Washington, D.C. 20004
13      BY:     ANKUR KAPOOR, ESQ.
                akapoor@constantinecannon.com
14
                -and-
15
        VORYS, SATER, SEYMOUR AND PEASE LLP
16              52 East Gay Street
                Columbus, Ohio 43215
17
        BY:     KARA M. MUNDY, ESQ.
18              kmmundy@vorys.com
                (via videoconference)
19
                -and-
20
21
22
23
24
25
```

```
                                                    Page 3
 1
 2
      A P P E A R A N C E S:  (Continued)
 3
 4        WILSON  SONSINI  GOODRICH  &  ROSATI  P.C.
                     1700  K  Street,  NW,  Suite  500
 5                   Washington,  D.C.   20006
 6        BY:        ALLISON  B.  SMITH,  ESQ.
                     allison.smith@wsgr.com
 7                   (via  videoconference)
                     JORDANNE  M.  STEINER,  ESQ.
 8                   jordanne.miller@wsgr.com
                     (via  videoconference)
 9                   KENNETH  R.  O'ROURKE,  ESQ.
                     korourke@wsgr.com
10                   (via  videoconference)
11                   -and-
12        LOCKRIDGE  GRINDAL  NAUEN  P.L.L.P.
                     100  Washington  Avenue  South
13                   Minneapolis,  Minnesota  55401
14        BY:        W.  JOSEPH  BRUCKNER,  ESQ.
                     wjbruckner@locklaw.com
15                   (via  videoconference)
16
17
18        .
19
20
21
22
23
24
25
```

```
                                              Page 4
 1
 2
     A P P E A R A N C E S:  (Continued)
 3
 4

         MONTGOMERY, MCCRACKEN, WALKER &
 5       RHOADS LLP
         Attorneys for Defendant
 6               1735 Market Street
                 Philadelphia, Pennsylvania 19103
 7
         BY:     CHARLES B. CASPER, ESQ.
 8               ccasper@mmwr.com
                 JESSICA M. RIZZO, ESQ.
 9               jrizzo@mmwr.com
10
11
12       ALSO PRESENT:
13
                 MARCELO RIVERA, Videographer
14               ROBERT BENIMOFF, Concierge
                 (via videoconference)
15               MATTHEW FARBER
                 STEPHANIE KHOURY
16                     *        *        *
17
18
19
20
21
22
23
24
25
```

Page 35

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    used together.

3        Q.     Would a mouse and a computer be

4    examples of that?

5        A.     Probably, although the link

6    between a mouse and a computer is probably

7    not as strong as they once were.  So

8    certainly they were surely complements at

9    one time.  Whether they are now, because

10   of track pads like on that laptop, is not

11   as clear.

12       Q.     If the price of a good goes up,

13   does the demand for the complement good go

14   down?

15       A.     I would expect ordinarily if A

16   and B are complements, if the price of A

17   goes up, the quantity demanded of B goes

18   down.

19       Q.     Do the prices of games on other

20   stores affect the prices on Steam?

21       A.     In some ways, that's why we're

22   all here.

23            Because there are parity

24   requirements, price differences on a given

25   game between stores, as I understand it,

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    do not ordinarily persist.  Yeah, I'll

3    leave it at that.

4       Q.    Have you looked into that

5    question?

6       A.    To the extent that that issue is

7    discussed in the documents and in the

8    other materials in the record of the case,

9    yes.  I have not done at this point a

10   pricing study or anything of that sort.

11      Q.    By pricing study, you mean you

12   haven't studied the prices on Steam for

13   games as compared to the prices on other

14   platforms?

15      A.    Not in any systematic way, no,

16   not at this point.

17      Q.    Do prices on -- of games on

18   consoles affect prices on Steam?

19      A.    I've not seen any evidence that,

20   when developers set prices for games on

21   consoles, that they are affected in any

22   systematic way by prices of those same

23   games on Steam or vice versa.

24      Q.    Did you look into the question?

25      A.    I have looked at information in

Page 88

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    hundred seventy-five and three hundred
3    seventy-six of your report.
4        A.    I'm there.  I'm sorry.
5        Q.    Now, in figure six of three
6    hundred seventy-five, you have a list of
7    publishers.  And those publishers -- tell
8    me, what is that list of publishers, in
9    your view?
10       A.    So to understand figure six, you
11   need to understand the context.  This is
12   part of an analysis of the but-for market
13   share, section 8.3.4 of my report
14   beginning at paragraph three hundred
15   seventy.  And figure six represents the
16   assessment of what the market shares were
17   for this set of publishers during the
18   period 2008 to 2012 for their games sold
19   on Steam, and that includes Valve.
20       Q.    And does it include -- so in
21   your opinion, these publishers would be
22   selling -- would create platforms and in
23   the but-for world they would be selling
24   games, both first party and third party?
25       A.    So I would -- I would refer you

Page 89

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    to the discussion that begins at paragraph
3    three hundred seventy-two.  Three hundred
4    seventy-two points out that multiple
5    publishers -- and makes the point that
6    those are generally those with several
7    popular titles or game franchises -- tried
8    to make the transition from being a
9    developer and publisher to being a
10   distributor, and I identify some of the
11   ones that have tried to do that.
12            Paragraph three hundred
13   seventy-three sets out the premise of the
14   but-for world which is that -- and I'll
15   read it -- "the newly entering or existing
16   fringe platforms would have been able to
17   better attract third party PC content by
18   offering publishers a greater share of
19   transaction value so that publishers could
20   offer their games at lower prices on these
21   platforms.  These lower prices would in
22   turn help to attract gamers to the
23   platform.  But for Valve's alleged
24   anticompetitive conduct, publishers that
25   continued to operate their distribution

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2   platforms would likely have garnered a

3   larger share of the market, and it's

4   likely that at least some of the

5   publishers that stopped operating their

6   distribution platforms would have

7   continued to operate their platforms.

8   Therefore, the but-for world would also

9   include publishers that operate or

10  previously operated PC game distribution

11  platforms as competitors to Steam".

12       Q.    Am I right that you use the

13  market shares that you derive here as an

14  input to your damages model?

15       A.    The Steam market share, yes.

16       Q.    Not an output of the damages

17  model but an input to the damages model?

18       A.    It's an input to the damages

19  model.

20       Q.    So where did you come up with

21  the idea of using publishers' share of

22  their own games sold on Steam between 2008

23  and 2012 as a way of predicting what

24  Steam's market share would be in the

25  but-for world between 2017 and today?

Page 91

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        A.    Unfortunately, Valve never gave

3    us the natural experiment by operating in

4    a but-for world that was free of the

5    alleged anticompetitive behavior.  So we

6    needed to develop a reasonable proxy for

7    what that might have looked like, and

8    recognizing that the third-party

9    publishers were likely to have come as

10   Valve did, as Steam did from somebody who

11   is a game developer and a first-party

12   publisher, the best evidence we had of the

13   relative strength of those various

14   alternative platforms and more importantly

15   where Valve would have resided would be to

16   look at the period when all of these

17   publishers were listed games on Steam and

18   before they decided to go and operate

19   their own distribution platform.  And it

20   was the best and most reasonable proxy

21   that was available to us given that Valve

22   never allowed us to have a clean period

23   absent the behavior that's at issue here

24   that's being challenged where we could

25   observe what -- what those but-for market

1  S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2  shares might have looked like.

3      Q.    Are you aware of any support in

4  the peer-reviewed literature for using

5  publishers' shares of their own games on

6  somebody else's platform as a proxy for

7  what their market share would be in the

8  but-for world of selling third-party

9  games?

10     A.    Well, generally speaking, the

11 peer-reviewed literature doesn't focus on

12 issues like this in litigation.  It's

13 generally not a subject that academics are

14 interested in for their academic writing.

15 But it is within the literature that

16 focuses on damages calculations.  The use

17 of benchmarks and proxies is a valid and

18 reliable method, that's what this is, and

19 I believe this is a valid and reliable

20 benchmark and proxy, so I think it's a

21 perfectly appropriate and reasonable way

22 to proceed.

23     Q.    Has the concept of using sales

24 on a video game third-party platform,

25 Steam here, ever been used before as a

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    proxy for what a video game company might

3    sell by way of third-party games ten years

4    down the road?

5              MR. LERAY: I object to form.

6              THE WITNESS:  I am not aware of

7         a similar circumstance in a litigation

8         setting where that would have been an

9         option, so I can't say for sure that

10        it hasn't happened.  I'm just not

11        aware of it.  But I think this is a

12        very straightforward use of proxies,

13        benchmarks, whatever you want to call

14        them, and that has been used obviously

15        in many contexts many times before.

16        Q.    So your opinion is that Steam's

17   market share in 2017 would be ███ percent?

18   percent?

19        A.    My opinion is that, in a but-for

20   world that was free of the PMFN in which

21   other platforms were free to compete on

22   the merits both on the basis of price and

23   content where there was no limit to that

24   competition as a result of Valve's

25   policies and competition on the merits was

Page 94

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    allowed to occur, that the but-for market
3    share that Steam would realize is
4    approximately ███████ percent, ███
5    percent.  That is the best estimate of
6    what would be the but-for outcome in a
7    market unencumbered by Valve's behavior
8    that's at issue in this case.
9        Q.    But your basis for that ███
10   percent is figure six; correct?
11       A.    Figure six displays what the
12   market share is based on the analysis that
13   I described in the report.
14       Q.    And you believe that in the
15   but-for world, Steam's market share would
16   have been the same between 2017 and 2024;
17   correct?
18       A.    I think the damages period right
19   now is through 2021, but I believe that
20   that is the best and most reasonable
21   estimate of what Steam's market share
22   would be in the but-for world and is
23   appropriate to use it as I've done for
24   purposes of calculating damages.  It's all
25   common evidence, it's all the same

Page 99

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        Q.    Let's go on for another five or
 3    ten minutes, if that's okay.
 4            Do you have a method to predict
 5    which successful game developers will, in
 6    your view, create a successful platform in
 7    the but-for world and which ones won't?
 8        A.    No, and I don't need to.  What I
 9    need to know is that there is going to be
10    increased competition, and as a result of
11    that increased competition from these
12    additional third-party distribution
13    platforms, Valve will be compelled by
14    competitive pressure to compete on price
15    with developers and will lower the
16    commission rate, and vault of the lower
17    commission rate, game prices will be
18    reduced and both consumers and developers
19    will benefit and there will be robust
20    competition.
21        Q.    Do you believe that in the
22    but-for world, ███ will operate a platform
23    with a market share of ███ percent
24    between 2017 and 2021?
25        A.    I don't know and I don't need to
```

```
1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2   know.  It doesn't -- what I need to know
3   is what the but-for -- approximate but-for
4   market share is for Valve who comprises
5   the remaining roughly ████████ percent
6   of the market and how that's distributed
7   across the various platforms is not an
8   essential element of my analysis.  What is
9   important is to get an estimate of the
10  approximate size of Valve within the
11  marketplace and understand that the
12  elimination of the PMFN is going to lead
13  to entry, effective entry, competition,
14  and a greater number of platforms in the
15  marketplace.  But it's not necessary for
16  me to know who those are and what each
17  specific platform's share would be.
18       Q.    So you're saying, for example,
19  that ████ share could be higher than ████
20  percent and ████████ share could be
21  lower than ████ percent?
22       A.    What I'm saying is that there
23  will be other platforms that will comprise
24  the ████ percent of the rest of the
25  market.  Whether it is comprised of ██,
```

Page 101

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    ██████████  ██████████  ██████████  ██████████

3    ██  ████████  and  ████████  only, whether it

4    will be some subset of this group plus

5    others who may have entered and failed or

6    thought about entering and chose not to is

7    not what is important.  What is important

8    is the estimate of the approximately ████

9    percent market share.  That's what flows

10   through to the damages analysis.

11       Q.    Will  ████████  market share be

12   approximately  ████  percent in the but-for

13   world?

14       A.    I'll give you the same answer

15   that I just gave:  I don't know and it

16   doesn't matter.  What matters is the ████

17   percent for Valve.  How the remaining ████

18   percent is distributed among competing

19   platforms is not something that I need to

20   determine, it's not necessary as a part of

21   my analysis for the damages analysis, so

22   it's not something that I need to analyze

23   or predict.

24       Q.    How are you able to predict

25   Valve's share at ████ percent when you're

Page 102

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2  not able to predict ███████ share at

3  ███ percent?

4      A.    Because what I'm saying is that,

5  within this more competitive market,

6  Valve's share will be about ██████

7  percent, ████████ percent.  How the

8  remaining share is divided up and among

9  whom isn't important.  I don't need to

10 know that for my damages analysis.  What I

11 need to know for my damages analysis is

12 what Valve's but-for share would be.  Who

13 comprises or takes up the remaining ████

14 percent doesn't matter for purposes of the

15 damages calculation.

16     Q.    But the basis for your

17 estimating the market share of every one

18 of these companies on figure six is the

19 Steam revenue that those companies

20 generated that's listed in figure six;

21 correct?

22     A.    Yes.

23     Q.    So your basis for predicting the

24 revenue share in column three of figure

25 six is exactly the same for Valve as it is

Page 103

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    for every other company on that list;

3    correct?

4         A.    I'm sorry, repeat that for me?

5    I'm not sure I understood that.

6         Q.    Yes.

7              The revenue shares that you

8    derive in figure six in the right-hand

9    column, ████ Valve, ████ for ██████████,

10   those are all simply derived by comparing

11   the Steam revenue that's listed in the

12   Steam revenue chart on figure six;

13   correct?

14        A.    It is based on the revenue from

15   the Steam platform on the sale of the

16   games during this period and -- during

17   this five-year period, and that's the best

18   predictor we have for what Valve's market

19   share would be in a but-for world.  That's

20   the only parameter I need for the damages

21   analysis.

22             The specifics about how the

23   remaining share is divided up in the

24   but-for world is not something that I need

25   for my damages analysis or any other part

Page 104

```
 1      S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2   of my analysis.
 3         Q.      Your basis for thinking that
 4   Steam will have a ████ percent revenue
 5   share in the but-for world is because its
 6   sales on figure six between January, 2008
 7   and December, 2012 was ██████ [sic]
 8   ████████; correct?
 9         A.    ████ ██████  ████████
10   ██████.
11         Q.    I'm sorry.
12               Let me rephrase that.
13               Your basis for thinking that
14   Steam's revenue share of ████ percent will
15   be because Valve's sales of its own games
16   on Steam between January, 2008 and
17   December, 2012 were ████████; correct?
18               THE WITNESS: Read that one back
19         to me again, please.
20               (Whereupon the requested portion
21         was read back by the reporter)
22               THE WITNESS:  I would agree
23         that's how the calculation is done.
24         Q.    Your basis for thinking that
25   ████████  share of ████ percent is because
```

Page 105

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    it sold ██████  ████████  worth of games, its
3    own games, on Steam between January, 2008
4    and December, 2012; correct?
5       A.    That is the revenue share for
6    ███████ during that period.  That
7    parameter does not fit in -- does not
8    implicate my damages analysis.
9       Q.    I realize it does not implicate
10   your damages analysis.
11            But would you agree with me that
12   your basis for determining the revenue
13   shares of each one of the companies on the
14   list of figure six is exactly the same?
15      A.    I'm sorry, I don't understand
16   that question.
17            Can you try it again?
18      Q.    Yes.
19            You used the same method to
20   derive a revenue share for every one of
21   the company that's listed on figure six;
22   correct?
23      A.    I would agree the calculation is
24   the same for each of these.
25      Q.    And the method that produced the

Page 106

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    numbers and the calculation is the same

3    for each of them; correct?

4        A.    I would agree that the revenue

5    shares are all calculated by division and

6    the division formula is the same for each

7    of the publishers.

8        Q.    And because you used the same

9    method and the same calculations for

10   derives each one of the revenue shares

11   that's listed in figure six, would you

12   agree with me that you can't be any more

13   certain of any one than the other in terms

14   of what will prevail in the but-for world?

15       A.    I think I'm understanding your

16   question and the answer is no.  I think

17   had I -- it would have been perfectly

18   adequate for purposes of my analysis if,

19   in figure six, I had two rows, Valve and

20   other, and a footnote that said other is

21   comprised of the sales of these other

22   seven publishers because what I am

23   confident of is that the ███ percent is

24   accurate and that it is a reasonable proxy

25   for what Valve would obtain as its market

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    share in a but-for world where it no
 3    longer imposes the PMFN, and that the
 4    remaining share would be taken up by other
 5    third-party distributors.  Whether it is
 6    these entities or others doesn't matter.
 7    I don't need to specify who all the other
 8    competitors are.
 9         Q.    Would you agree with me --
10              MR. LERAY: Charles, hold on, the
11         witness asked for a break like ten
12         minutes ago.
13              MR. CASPER: Could I ask one more
14         question?
15              MR. LERAY: Sure.
16         Q.    Would you agree that the
17    reasonableness of your basis for believing
18    that Steam will have a ███ percent
19    revenue share in the but-for world is
20    exactly the same as your basis for
21    believing that ████████ will have a ████
22    percent revenue share in the but-for
23    world?
24         A.    In the but-for world, these
25    other seven competitors may or may not be
```

```
1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2   competing.   What I know is that the
3   remaining competitors, whether it is these
4   seven or these seven joined by others or
5   some number lower than that, will have
6   ████   percent.   How that will be
7   distributed in the end does not matter.
8   What matters substantively is that Valve
9   will have roughly ████    percent of the
10  market, ████████    percent of the market.
11      Q.      Could you please answer the same
12  question I asked, which is:   Is your basis
13  for believing that ████ percent will be
14  Steam's revenue share in the but-for world
15  exactly the same as your basis for
16  believing that ████ percent will be
17  ████████    revenue share in the but-for
18  world?
19          MR. LERAY: Objection.   You said
20      one more question.   He already
21      answered it.   You just repeated the
22      question again.
23          MR. CASPER: I didn't get an
24      answer, so I'd like the witness to
25      answer this question.
```

Page 109

```
1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2              THE WITNESS:  I mean, I'm not
3    sure how to answer it in any way than
4    I did.
5              Let me try this and see if this
6    makes my point clearer.
7              I don't know nor do I need to
8    know what ██████████ or ████████ or
9    ██████████ or ████████████ or █ or █
10   ██████████ or ████████████ do in the but-for
11   world.  I don't need to know whether
12   any of them would have had some form
13   of distribution.  All I need to know
14   is that all the remaining competitors
15   would have about ████████ percent of
16   the market, ██████.  How that's
17   allocated I don't know.  I do know
18   that Valve exists in the but-for
19   world.  I do know that, without the
20   PMFN, Valve would continue to operate
21   as a platform.  And so knowing that, I
22   have a reasonable basis for all the
23   reasons that I explained in this
24   section of my report to use this as a
25   conservative proxy for what its
```

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2       revenue share would be.

3            MR. CASPER: Let's take a break.

4            THE VIDEOGRAPHER: The time is

5       11:56 a.m., and we're going off the

6       record.

7            (Whereupon a break was taken)

8            THE VIDEOGRAPHER: The time is

9       12:19 p.m., and we're back on the

10      record.

11           MR. CASPER: Could we mark tab

12      seventeen as Exhibit 4, please.

13           (Whereupon, a document entitled

14      Top Publishers By Net Sales on Steam

15      was marked Schwartz Exhibit 4

16      for identification.)

17      Q.    Dr. Schwartz, I'm showing you

18  what's been marked as Exhibit 4.  And it's

19  a chart that we prepared using your data

20  of the top publishers by net sales on

21  Steam between January, 2008 and December,

22  2012.  And it's the same data that you use

23  in figure six on page two hundred five of

24  your report that we were just talking

25  about.

Page 179

1     S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2     whether it is an exercise of market power

3     to compel people to play the game on the

4     Internet as opposed to giving them the

5     option to make the choice to do so or not.

6     That's the exercise of market power.

7              Again, whether that is

8     anticompetitive is a question that I have

9     not analyzed, but it is surely an exercise

10    of market power.

11       Q.    So is it your testimony that

12    companies today who sell a product that

13    requires an Internet connection are

14    exhibiting market power?

15       A.    If they sell a product that

16    requires an Internet connection and don't

17    allow people who have purchased an earlier

18    version of that product that does not

19    require an Internet connection to

20    nonetheless use the Internet connection,

21    that would be an exercise of market power.

22       Q.    Okay.

23              What's the World Opponent

24    Network?

25       A.    I'm sorry?

```
                                        Page 180
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        Q.     What is the World Opponent
 3   Network, if you know?
 4        A.     I don't know.
 5             MR. LERAY: We have been going a
 6       little over an hour.
 7             THE WITNESS:  I mean, if we're
 8       at a good stopping point, we can stop.
 9       If you want to finish the line, we can
10       do that, too.
11             MR. CASPER: If you'd like to
12       take a break now, it would be fine.
13             THE WITNESS:  If we don't take a
14       break now, are you going to be in a
15       better stopping point in ten minutes?
16             MR. CASPER: This is fine.
17             THE WITNESS:  Okay.
18             THE VIDEOGRAPHER: The time is
19       2:44 p.m., and we are going off the
20       record.
21             (Whereupon a break was taken)
22             THE VIDEOGRAPHER: The time is
23       3:04 p.m., and we're back on the
24       record.
25        Q.    Good afternoon again, Dr.
```

Page 187

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    is activated and the user begins to play

3    the game on Steam.

4        Q.    So you reported in your report

5    at a couple of different places that the

6    effective revenue share of games for

7    certain periods of time was ███ percent

8    and then for another period of time, it

9    was ███ percent, taking into account the

10   lower revenue tiers that Valve introduced

11   in 2018.

12             Is that right?

13       A.    If you're thinking of the same

14   thing I'm thinking of, yes, the lower

15   effective rate would reflect the tiering

16   that went into effect in 2018.

17       Q.    When you calculated those

18   effective revenue shares for developers

19   selling a game on Steam, did you take

20   Steam keys into account?

21       A.    No, because that wasn't a

22   transaction that occurred on Steam.

23       Q.    So you ignored the revenue that

24   the developers get when they sell their

25   Steam keys in calculating what percent of

Page 188

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    their revenue they paid to Valve as

3    revenue share?

4        A.    I didn't ignore it.  It's part

5    of a different question.  The question on

6    the effective rate is what's the effective

7    rate that publishers paid on transactions

8    that occurred on Steam.  The question

9    you're I think getting at is an entirely

10   different, and I'm not sure whether it's a

11   relevant question.

12       Q.    If a publisher sells half of

13   their games on Steam and the other half by

14   using Steam keys, what is that publisher's

15   effective revenue share?

16            MR. LERAY: I object to form.

17            THE WITNESS:  I'm not sure that

18       that's a meaningful metric because the

19       revenue share is -- by the term itself

20       the way the revenue is shared when a

21       transaction takes place on Steam.  So

22       their revenue share is one hundred

23       percent for Steam keys and a 30/70

24       split for transactions that occur on

25       Steam.

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2         Q.    And if you were to look at it

3    from the point of view of the publisher

4    and how much money they get to keep from

5    games they sell that are ultimately played

6    on Steam, the publisher gets more money in

7    their pocket if they sell more Steam keys

8    than if they sell fewer Steam keys,

9    correct, all else being equal?

10        A.    If I'm understanding what you're

11   asking, I think it's a tautology.  If they

12   sell a Steam key, they get to keep all of

13   the revenue.  If they sell on Steam

14   directly, they keep seventy percent of the

15   revenue.  And I would agree with you a

16   hundred percent is more than seventy

17   percent.

18        Q.    And so if you look at effective

19   revenue share from that perspective, that

20   is how much the developer gets to keep of

21   the money that they get for selling the

22   game, Steam keys changes the effective

23   revenue share; doesn't it?

24             MR. LERAY: I object to form.

25             THE WITNESS:  So I think I

Page 190

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2        understand what you're asking.
3            As the mix of sales changes
4        between sales on Steam and sales
5        through Steam keys, the revenue to the
6        publisher changes.  I would certainly
7        agree with that.
8        Q.    So when you're doing your
9    but-for world calculations, what
10   assumptions do you make of the
11   availability and use of Steam keys in the
12   but-for world?
13       A.    I have assumed that Valve will
14   continue to make Steam keys available in
15   the but-for world, but I've not made any
16   assumptions about the extent to which
17   Steam keys will be made available or
18   whether any of the policies around Steam
19   keys will change other than the
20   elimination of the price parity
21   requirement with respect to Steam keys.
22       Q.    So as far as you're concerned,
23   in the but-for world, Valve might change
24   its policies regarding Steam keys?
25       A.    In the but-for world, they would

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    necessarily have to change their policy

3    with respect to price parity because, in

4    the but-for world, there's no PMFN.

5             Whether they change other

6    policies with respect to Steam keys,

7    including where they can be utilized, with

8    respect to which outlets, how many they

9    issue, they might change their policies.

10   There's no way to know, nor does it matter

11   for purposes of my analysis.

12       Q.    So throughout your report you

13   say that the -- what you call the PMFN

14   caused Steam to be more successful than it

15   otherwise would have been.

16             Is that a fair statement from

17   your report?

18       A.    I -- I would say it a bit

19   differently.  I would say that, because of

20   Steam's monopoly power, it's able to

21   operate under a PMFN that controls -- that

22   applies to both content and price.  As a

23   result of the implementation of that PMFN,

24   Steam creates barriers to competitive

25   entry and effect of competition on the

Page 197

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2   its first mover advantage and challenge
 3   whatever network effects it has.  That's
 4   undeniable.  If I can't compete on price
 5   and I can't compete on content
 6   differentiation, I have no means by which,
 7   as a competitor, can effectively compete
 8   with Steam.  My hands are tied behind my
 9   back.  So by taking away from the
10   mechanisms by which effective entry and
11   effective competition from those entrants
12   would occur, I have artificially protected
13   myself from whatever challenges they
14   present.  That's undeniable.
15       Q.    So in order for the so-called
16   PMFN to work, the developers -- the
17   publishers have to know about it; right?
18       A.    In order for the PMFN to work,
19   there have to be enough publishers to know
20   about it that you have substantial
21   compliance with it such that effective
22   entry is precluded on the part of a
23   competing platform.
24       Q.    And what evidence -- I've read
25   your report and I've seen a list of
```

Page 198

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    e-mails that were written by Valve
3    employees and by others.  We of course
4    have the Steam key rules and guidelines on
5    the so-called price parity side.
6              What evidence do you have that
7    you considered that those mechanisms made
8    developers and publishers aware of the
9    so-called PMFN?
10             MR. LERAY: I object to form.
11             Is this in addition to what's in
12        his report?
13             THE WITNESS:  I was going to
14        say, since I'm sure you've read my
15        report, you know that there's
16        substantial discussion of that in the
17        report, including the fact that there
18        are some examples, and they are just
19        examples, they by no means exhaust the
20        universe, of large publishers who are
21        called on the carpet for violating
22        price or content parity requirements
23        with and without Steam keys, sometimes
24        resulting in games being delisted.
25        And when there is the show of force,

Page 199

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2         to borrow a probably not so great
3         metaphor right now, there is
4         information conveyed to publishers
5         generally that if a really large
6         developer can be subject to a price
7         parity requirement and be punished in
8         a serious way for a price parity
9         requirement violation then, number
10        one, it says that it's something that
11        Steam is serious about.
12              Number two, it says it's
13        something that I need to comply with.
14              And there is ample evidence that
15        -- I didn't need to cite it in the
16        report, I could have, of developers
17        talking to one another about it and
18        communicating that there are these
19        policies.  And since the requirement
20        is that there be substantial
21        compliance and not one hundred percent
22        knowledge across the board, that's
23        really all you need to make the PMFN a
24        binding constraint on the behavior of
25        developers when setting price or

Page 200

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        putting content into versions of

3        games.

4        Q.    Well, in the e-mails that are

5    cited in your report, how many publishers

6    did those go to?

7        A.    I haven't counted.

8        Q.    Could you count them on two

9    hands?

10       A.    I don't know.

11       Q.    Would you agree with me that

12   it's a very small number?

13       A.    It wouldn't surprise me if it

14   is.  But the point is those are exemplars

15   of what happens.  Those don't exhaust the

16   universe.  And I think again I could have

17   cited and perhaps will subsequently

18   substantial evidence of general knowledge

19   within the developer/publisher community

20   of the requirement for price parity.

21       Q.    Have you considered the

22   testimony from ████████ witnesses in this

23   case that they don't know about price

24   parity?

25       A.    I am aware of the testimony.  We

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    looked at least one piece of it today.  I
3    don't know what else you have in mind as
4    I'm sitting here.  I'm also aware of
5    documents in which they explicitly
6    acknowledge price parity.  That's a piece
7    of the body of evidence that I considered.
8        Q.    How many publishers, roughly
9    speaking, sell games on Steam?
10       A.    I have the number somewhere in
11   the report.  It's a large number.  I don't
12   recall.
13       Q.    Up in the tens of thousands;
14   correct?
15       A.    It's in the thousands for sure.
16   I don't recall the number.
17       Q.    What evidence do you have that
18   these thousands or tens of thousands of
19   publishers were made aware of Valve's
20   so-called PMFN?
21       A.    Any developer who sold with
22   Steam keys is aware of it.  They're aware
23   explicitly of the content parity
24   requirement, they're aware of the general
25   price parity requirement that's included,

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    and they're aware of the specific price

3    parity requirement with respect to Steam

4    keys, so certainly that group would be

5    included.

6         There is evidence of large

7    developers generally being aware of it and

8    acting on it.

9         Q.    And what is that evidence?

10        A.    It's -- examples of it are cited

11   throughout the report.  And there is also

12   evidence in other documents beyond what's

13   cited in the report of developers asking

14   about price parity, asking if they can

15   sell with a different feature, examples of

16   enforcement or communication from Steam to

17   developers, pointing out what they

18   perceive to be some violation of either

19   the price or content parity requirements.

20   So I think the record is replete with

21   evidence that developers in the main knew

22   about this, that Steam communicated it

23   both normally through, for example, the

24   Steam key agreement and informally through

25   e-mails and reports of telephone calls.

Page 203

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        Q.    And are you telling me that you

3    rely on evidence that's not in your report

4    for these things?

5        A.    It is evidence that may not be

6    cited in footnotes, but it would be

7    included in attachment A2.

8            MR. CASPER: Can we have tab

9        twenty-five, please.

10           I'm going to show you another

11       exhibit.

12           This is tab twenty-five and this

13       will be Exhibit --

14           THE CONCIERGE: I think it's

15       seven.

16           MR. CASPER: -- seven.

17           (Whereupon, a document entitled

18       Steamworks Documentation was marked

19       Schwartz Exhibit 7 for identification.)

20       Q.    Please read them.

21       A.    (Reviewing).

22           MR. CASPER: For the record, I've

23       shown the witness what's been marked

24       as Exhibit 7, and it is the Steam keys

25       documentation that appears in the

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        Steamworks documentation on the

3        Steamworks website.  And one of the

4        subsections is Steam key rules and

5        guidelines.

6        Q.    And what I'd like you to focus

7    on, Dr. Schwartz, now is just the Steam

8    key rules and guidelines which begin on

9    page three and go slightly into page five

10   of Exhibit 7.

11           MR. LERAY: Counsel, is this the

12       copy of the rules as they exist as of

13       today?

14           MR. CASPER: It is.

15           THE WITNESS:  (Reviewing).

16           All right.

17       Q.    So the Steam key rules and

18   guidelines that begin on page three, could

19   you read the first bullet point?

20       A.    "You should use Steam keys to

21   sell your game on other stores in a

22   similar way to how you sell your game on

23   Steam.  It is important that you don't

24   give Steam customers a worse deal than

25   Steam key purchasers".

Page 205

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        Q.    That's specifically directed to

3    Steam key purchasers; isn't it?

4        A.    In this document, yes.

5        Q.    So a publisher reading this

6    document wouldn't have any way to think

7    that it was being asked to price a game

8    not using Steam keys in any particular

9    way; would it?

10       A.    It wouldn't until it looked at

11   the agreement that it was asked to sign

12   before it could get the Steam keys.

13       Q.    And you're referring to the user

14   interface that has bullet points that

15   refer to the Steam keys guidelines?

16       A.    I'm referring to a document that

17   has three things that the developer needs

18   to agree that they understand, the first

19   two of which do not mention Steam keys,

20   refer to Steam generally, and the third

21   which does.

22       Q.    And they get those when they're

23   being -- they're shown that user interface

24   and they agree to those three points in

25   order to get Steam keys; right?

A. My understanding is that, in order to get Steam keys, you have to agree to those three understandings, two of which do not apply to Steam keys and one of which does.

Q. Well, you said they don't apply to Steam keys.

Isn't it fair to say that some users who are applying for Steam keys and who are being asked to agree to those three points will understand that those three points pertain to Steam keys?

MR. LERAY: I object to form.

THE WITNESS: I think anyone who reads those and reads them carefully would take note of the fact that there are three understandings to which they need to agree. One of them mentions Steam keys explicitly. Two of them do not. And I think it is a fair reading by a careful developer reviewing that document that the expectation is that the policy that's described in those understandings extends beyond Steam

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2         keys.  If you have a document that's

3         carefully drafted, one point of which

4         refers explicitly to Steam keys and

5         that two do not, I think it's fair to

6         infer that a careful developer reading

7         that would read them as written.  And

8         one provision applies to Steam keys

9         and two apply beyond Steam keys.

10        Q.     Would you agree with me that

11   some developers who are reading that

12   agreement, which they get in the context

13   of Steam keys, would understand that this

14   only governed Steam keys?

15             MR. LERAY: I object to form.

16        Calls for human psychology testimony.

17             THE WITNESS:  I'll stand by my

18        previous answer.  I think a careful

19        developer reading that would take the

20        language as written and would see that

21        two of the requirements do not mention

22        Steam keys and would read them as such

23        and one requirement does mention Steam

24        keys and would read it as such and

25        would conclude that the policy that's

1   S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2       being described in those

3       understandings that they agreed to

4       comply with apply to Steam keys and

5       beyond Steam keys.

6       Q.    And some of those careful

7   developers presumably would have also read

8   the Steam key rules and guidelines;

9   correct?

10      A.    I would not be surprised if they

11  did.

12      Q.    And the Steam key rules and

13  guidelines explicitly apply only to Steam

14  keys; correct?

15      A.    I would agree that, within this

16  document, based on my reading here, that

17  the bullet points that talk about this

18  talk only about Steam keys which is not

19  inconsistent with what's in the document

20  that you and I were just talking about a

21  minute ago because that document

22  explicitly refers to Steam keys but it

23  also goes beyond it because it's got two

24  understandings that have nothing to do

25  with Steam keys.

Page 209

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2        Q.     So I drew from your counsel's
 3    objection that you might not be an expert
 4    in human psychology.
 5               Am I right about that?
 6        A.     I would never claim that
 7    expertise beyond having been a parent or
 8    still being a parent.
 9        Q.     So if we want to know what
10    someone reading the Steam keys rules and
11    guidelines or someone reading the three
12    bullet points that we're talking about, if
13    we want to know how they understand them,
14    we really need to ask the person that's
15    reading them; don't we?
16        A.     Well, if we could construct a
17    survey instrument that would be effective
18    in going back in time and capturing
19    people's understandings as of that point
20    in time and not by asking questions that
21    either invite recency bias or are
22    suggestive, either way -- and I'm not sure
23    we could write that survey -- I think the
24    best that we can do is draw reasonable
25    inferences about what conclusions would be
```

Page 210

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    drawn based on the plain language of the

3    document.

4        Q.    And that's what you've been

5    doing here today?

6        A.    That's -- I read the document on

7    its face and I think the language is

8    pretty clear and pretty plain and pretty

9    understandable.

10            MR. CASPER: Can we have tab

11        twenty-three, please.  This will be

12        eight.

13            (Whereupon, an e-mail dated

14        July 12, 2013 was marked Schwartz

15        Exhibit 8 for identification.)

16        Q.    I'm going to give you what's

17   been marked as Exhibit Number 8.  And it's

18   an e-mail back from 2013 and it bears the

19   Bates stamp VALVE_ANT 00488944.

20            I'll give you a minute to read

21   it, if you would, please.

22        A.    (Reviewing).

23            All right.

24        Q.    So this is an e-mail between

25   Microsoft -- between Valve and Ubisoft

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2   did you conduct a passthrough study?
 3       A.    I did an analysis of passthrough
 4   on Steam in response to the tiered price
 5   -- introduction of the tiered price
 6   structure.
 7       Q.    In 2018?
 8       A.    The tiered price structure went
 9   into effect in 2018.
10       Q.    And you studied one hundred
11   twenty-four games; correct?
12       A.    I think it reduced down to that.
13   I think it started from a larger number
14   and then, as we made various cuts for
15   various reasons, it came down to that
16   hundred and some-odd.
17       Q.    And the one hundred twenty-four
18   games that you studied, those are all
19   games that sold more than $10 million on
20   Steam; correct?
21       A.    They are all games that crossed
22   over the $10 million threshold, so they
23   received the benefit of the reduction in
24   the rate when they crossed that threshold.
25       Q.    Is that group of one hundred
```

Page 227

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    twenty-four games a representative sample

3    of the games that are sold on Steam?

4        A.    I think it is surely not

5    representative of the games that never

6    achieved that level of sales and therefore

7    never benefitted from a price change.  And

8    it may not be representative of the games

9    that achieved the higher threshold and got

10   the further reduction in rate.  I have --

11   I would not -- in fact, it is explicitly

12   not a random sample.  I have, based on the

13   price changes that I observe, have no

14   reason to think that I can't draw

15   inferences from which I can generalize,

16   but I haven't done a detailed study of the

17   universe of games that crossed that

18   threshold to determine whether they all

19   have the same important characteristics.

20       Q.    In paragraph three hundred

21   ninety-five, you report the averages;

22   correct?

23       A.    I report average and median

24   price changes in the narrative and then in

25   figure eight.

Page 249

1   S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2       provides.

3            THE WITNESS:  So I've got to

4       push back on your use of the term

5       "services Steam provides".

6            Steam operates a business.  As

7       part of the business, they agree to do

8       certain -- they agree to allow you to

9       play the game.  What they do over time

10      is continue to provide the services

11      that they agreed to provide at the

12      time of the transaction.

13      Q.   Don't they also enhance the

14  services with new services and better

15  services?

16           MR. LERAY: I object to form.

17           If you understand it, go ahead.

18           THE WITNESS:  I think I do.

19           Steam, as I understand it, has

20      from time to time added features to

21      the platform.  Whether those features

22      are of value to a particular consumer,

23      whether they are of value to a

24      particular developer, whether they

25      enhance the experience of the user in

Page 250

1    S.  Schwartz - HIGHLY CONFIDENTIAL - AEO
2        connection with their consumption of
3        the game or improve the experience for
4        the developer is unclear.  They're
5        certainly an assertion that they
6        provide value, but there's no
7        systematic evidence of the value that
8        they apply or that they bring.  But
9        it's all part of the base this is what
10       Steam does.  These are all table
11       stakes for running a platform business
12       on which people are allowed to play
13       games.
14       Q.    Does Amazon or Airbnb or VRBO
15   have any long-term obligation over time
16   like Steam does?
17            MR. LERAY: I object to form.
18            Go ahead.
19            THE WITNESS:  You call it an
20       obligation.  It's just the nature of
21       the business.  The transaction is
22       completed in a shorter period of time.
23       That doesn't make -- that doesn't mean
24       that they don't incur costs in
25       facilitating the transaction and