# EXHIBIT 16

# REDACTED

Message

| | |
|---|---|
| **From:** | Darren Tabor |
| **Sent:** | 1/23/2001 11:35:00 PM |
| **To:** | Doug Lombardi |
| **CC:** | Todd Northcutt |
| **Subject:** | RE: Counter-Strike.Net |
| **Attachments:** | cs.xls |

Hi Doug,

I've attached a spreadsheet that shows the information you requested. Of the ad units we have discussed for counter-strike.net, banners have the highest CPM. The larger, 120x90 buttons come in second. Our average CPM for both of these ad units during Q4 2000 was around $10.0 with approximately 25% of the network inventory sold. I am also using 15 million as an monthly average for banner impressions, which may be more than CS is currently serving. I hope this information is helpful. Please let me know if you have any questions or require additional information.

Darren

> -----Original Message-----
> From: Doug Lombardi
> Sent: Monday, January 22, 2001 11:28 AM
> To: 'Darren Tabor'
> Cc: Todd Northcutt
> Subject: RE: Counter-Strike.Net
>
>
> Is there anything you can provide us with that will give us a
> sense of the
> potential with GSI?
>
> For example, can you run a 3-scenario spreadsheet with CS
> inventory sold
> poorly, OK, and max'd out based on your current average CPM?
>
> -----Original Message-----
> From: Darren Tabor
> Sent: Friday, January 19, 2001 4:41 PM
> To: 'Doug Lombardi'
> Cc: Todd Northcutt
> Subject: RE: Counter-Strike.Net
>
>
> Hi Doug -
>
> We are just completing our acquisition of Mplayer - and are
> picking up a 20
> million reach network as part of the deal. This network
> exists without
> guarantees - it's the only way to stay in business at this time.
>
> I'm not entirely comfortable with any guarantees, but I feel
> that working
> with Valve and the counter-strike team is the right thing to do.
>
> $5k is necessarily our highest offer - I'll understand if we
> are outbid by
> someone else.
>
> Darren L. Tabor
> Gaming Network Director
> GameSpy Industries
> Winner of the 2000 Webby Award
>
>
> > -----Original Message-----
> > From: Doug Lombardi
> > Sent: Friday, January 19, 2001 12:45 PM
> > To: 'Darren Tabor'
> > Cc: Todd Northcutt
> > Subject: RE: Counter-Strike.Net

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

```
> >
> >
> > I appreciate the climate, but still feel this is a premium
> > commodity and a
> > huge win for GSI.
> >
> > If you all can move the minimum monthly commit up just a bit,
> > $7k so we're
> > perfectly clear, we can wrap this up today.
> >
> > -----Original Message-----
> > From: Darren Tabor
> > Sent: Friday, January 19, 2001 12:05 PM
> > To: 'Doug Lombardi'
> > Cc: Todd Northcutt
> > Subject: RE: Counter-Strike.Net
> >
> >
> > The current advertising environment is quite challenging.
> > NBCi just laid
> > off 30% of its workforce because of sagging ad sales.  It
> > will difficult for
> > us to break even hosting the site  without running
> additional ad units
> > (skyscrapers, pop-ups, etc.), especially when you add
> > hardware and bandwidth
> > usage.  It is impossible for me to predict whether the
> > current ad sales
> > market will improve in the near future.  We have a team of
> > almost 20 people
> > that will spend all of this year selling ads, so we may be
> > able to pay CS
> > more than the guarantee rather quickly.  I hope so, but I
> > cannot commit to a
> > higher guarantee at this time.
> >
> > > -----Original Message-----
> > > From: Doug Lombardi
> > > Sent: Friday, January 19, 2001 11:47 AM
> > > To: 'Darren Tabor'
> > > Cc: Todd Northcutt
> > > Subject: RE: Counter-Strike.Net
> > >
> > >
> > > Hi Darren,
> > >
> > > Thanks for the quick reply.
> > >
> > > As I mentioned to Todd last week, we are not interested in
> > > mixing product or
> > > merchandising decisions with the site agreement--I would like
> > > to ask now
> > > that we completely remove from this discussion/negoitiation.
> > >
> > > The Linux issue is a huge win--that will help.
> > >
> > > On the montlies, in your deal points/offer letter you set a $5,000
> > > guaranteed against 25% ad share. With a site such as CS' and
> > > your current
> > > gross CPM average, I'm not seeing why moving the min commit
> > > up a bit from
> > > $5,000 is such a risk -- does GSI really feel that the
> > > official CS' will
> > > only produce a total monthly average revenue/worth of $20k
> > > over the course
> > > of 2001?
> > >
> > > -----Original Message-----
> > > From: Darren Tabor
> > > Sent: Friday, January 19, 2001 11:33 AM
> > > To: 'Doug Lombardi'
> > > Cc: Todd Northcutt
> > > Subject: RE: Counter-Strike.Net
> > >
> > >
> > > Hi Doug,
> > >
> > > We would love to work with you and the Counter Strike team.
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
VALVE_ANT_2641343

```
> > > Clearly there
> > > are a lot of synergies.  We are very interested in working
> > > with the team to
> > > generate income from merchandise, co-branded software, and
> > > other methods
> > > beyond advertising.  However, this is as far as we can go
> > > currently for
> > > monthly guarantees from advertising.  I believe this will
> > > actually be much
> > > better for the team in the long run.  Diversification equals
> > > survival.  :-)
> > >
> > > The backend should not be much of an issue.  We can take
> > care of their
> > > needs.  In the past we have run WinNT, Win2k, Linux, Unix,
> > > FreeBSD, Solaris,
> > > and other OSs.  I am sure that we either have a system that
> > > we can provide
> > > to meet their needs or can quickly run the hardware to
> > > operate their current
> > > systems.
> > >
> > > Darren
> > >
> > > > -----Original Message-----
> > > > From: Doug Lombardi
> > > > Sent: Friday, January 19, 2001 11:12 AM
> > > > To: 'Darren Tabor'
> > > > Cc: Todd Northcutt
> > > > Subject: RE: Counter-Strike.Net
> > > >
> > > >
> > > > Hi Darren,
> > > >
> > > > The CS guys are still reviewing this. We're down to you all
> > > > and one other
> > > > group, who is offering a higher min commit on the monthlies
> > > and Linux
> > > > backend.
> > > >
> > > > Anything we can do to sweeten GSI's offer on either of
> > those points?
> > > >
> > > > -----Original Message-----
> > > > From: Darren Tabor
> > > > Sent: Friday, January 19, 2001 11:07 AM
> > > > To: 'Doug Lombardi'
> > > > Cc: Todd Northcutt
> > > > Subject: RE: Counter-Strike.Net
> > > >
> > > >
> > > > Hi Doug,
> > > >
> > > > Do you have any feedback from the CS team about the offer?
> > > >
> > > > Darren
> > > >
> > > > > -----Original Message-----
> > > > > From: Doug Lombardi
> > > > > Sent: Tuesday, January 16, 2001 5:54 PM
> > > > > To: 'Darren Tabor'
> > > > > Cc: Todd Northcutt
> > > > > Subject: RE: Counter-Strike.Net
> > > > >
> > > > >
> > > > > Hi guys,
> > > > >
> > > > > Thanks for this. Please give me a day to route it by everyone.
> > > > >
> > > > > Cheers
> > > > >
> > > > > -----Original Message-----
> > > > > From: Darren Tabor
> > > > > Sent: Tuesday, January 16, 2001 3:22 PM
> > > > > To: Doug Lombardi (E-mail)
> > > > > Cc: Todd Northcutt
> > > > > Subject: Counter-Strike.Net
> > > > >
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
VALVE_ANT_2641344

```
> > > > >
> > > > > Hi Doug,
> > > > >
> > > > > I appreciate the opportunity to host Counter Strike on the
> > > > > GameSpy Network.
> > > > > This is a different type of arrangement than we would
> > > > > typically offer a
> > > > > website, but Counter Strike is definitely an atypical
> > > website.   :-)
> > > > >
> > > > > I believe we are one virtual handshake away from a deal.  The
> > > > > basic terms
> > > > > that you outlined are fair for everyone involved.
> > There are a few
> > > > > additional items I would like to include in the agreement,
> > > > > but none of them
> > > > > materially alter your counter-offer.
> > > > >
> > > > > Here is what I propose:
> > > > >
> > > > > *******************************************
> > > > >
> > > > > We will host the official website for Counter Strike at
> > > > > www.counter-strike.net.  This site will be initially hosted
> > > > > on our main
> > > > > cluster of web servers.  We will host the Counter Strike
> > > forums on a
> > > > > separate webserver, if necessary.  We will offer free hosting
> > > > > to all of the
> > > > > sites hosted by Counter Strike and we will host them under
> > > > > their current
> > > > > sub-domains.
> > > > >
> > > > > The official Counter Strike website will replace the current
> > > > > ads with the
> > > > > standard ad units we run on our planet sites.  These ads
> > > > > include one 468 x
> > > > > 60 banner, one 120 x 90 button, one 88 x 31 micro-button, and
> > > > > one text ad.
> > > > > The site will also run the flash/dhtml GameSpy Network
> > > > > imprint at the top of
> > > > > each page.  We will provide the code for each of these items.
> > > > >  The sites
> > > > > hosted on counter-strike.net will include one 468 x 60
> > > > banner on each
> > > > > webpage.  The hosted sites will be expected to follow network
> > > > > guidelines,
> > > > > including the use of FilePlanet for all downloads.
> > > > >
> > > > > We will provide the Counter Strike team with access to the
> > > > > GameSpy Daily
> > > > > news system.  This will allow them to easily enter news on
> > > > > counter-strike.net and "push" news across the GameSpy
> > > > > Network.  We will
> > > > > provide them with the code to implement the news system.
> > > > >
> > > > > We will pay the Counter Strike team a 25% revenue share from
> > > > > ads shown on
> > > > > counter-strike.net, with a $5,000 per month minimum
> guarantee.
> > > > >
> > > > > The Counter Strike website will list FilePlanet as the
> > > > first download
> > > > > location for each file listed on the website.
> > > > >
> > > > > The contract is for one year, automatically renewable.
> > > > >
> > > > > GSI and CS will work in good faith to pursue other financial
> > > > > opportunities.
> > > > > These opportunites include, but are not limited to, the
> > > > creation of a
> > > > > co-branded version of GameSpy Arcade, the retail sale of
> > > CS-related
> > > > > merchandise in the GameSpy store, and the sale of custom cds.
> > > > >
> > > > > The contract is for one year, automatically renewable.
> > > > >
> > > > > *******************************************
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
VALVE_ANT_2641345

```
> > > > >
> > > > > So, what do you think?  I've done my very best to keep the
> > > > > legalize to an
> > > > > absolute minimum, but GameSpy has not squeezed all of the
> > > > > lawyer out of me
> > > > > yet.   :-)
> > > > >
> > > > > Darren L. Tabor
> > > > > Gaming Network Director
> > > > > GameSpy Industries
> > > > > Winner of the 2000 Webby Award
> > > > >
> > > >
> > >
> >
>
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VALVE_ANT_2641346