# EXHIBIT 18

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3

4                                  ) Case No.

   IN RE VALVE ANTITRUST LITIGATION   ) 2:21-cv-00563-JCC

5

6

7        VIDEO-RECORDED 30(B)(6) DEPOSITION UPON ORAL

8                      EXAMINATION OF

9                    VALVE CORPORATION

10                     SCOTT LYNCH

11      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

12

13

14

15                      9:11 A.M.

16                  OCTOBER 13, 2023

17            701 FIFTH AVENUE, SUITE 5100

18                 SEATTLE, WASHINGTON

19

20

21

22

23

24   REPORTED BY: CARLA R. WALLAT, CRR, RPR

25            WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
 1                    A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4          NICOLAS SIEBERT
            ANDREW FAISMAN - (Via Zoom)
 5          Quinn Emanuel Urquhart & Sullivan, LLP
            51 Madison Avenue, 22nd Floor
 6          New York, New York 10010
            212.849.7000
 7          nicolassiebert@quinnemanuel.com
            andrewfaisman@quinnemanuel.com
 8
            VALENTINA LIU - (Via Zoom)
 9          Quinn Emanuel Urquhart & Sullivan, LLP
            50 California Street, 22nd Floor
10          San Francisco, California 94111
            415.875.6600
11          valentinaliu@quinnemanuel.com
12
            KARA M. MUNDY - (Via Zoom)
13          Vorys, Sater, Seymour and Pease LLP
            52 East Gay Street
14          Columbus, Ohio 43215
            614.464.6400
15          kmmundy@vorys.com
16
            SARAH M. LUNDBERG - (Via Zoom)
17          Lockridge Grindal Nauen P.L.L.P.
            100 Washington Avenue South, Suite 2200
18          Minneapolis, Minnesota 55401-2159
            612.339.6900
19          smlundberg@locklaw.com
20
            AUDREY GREEN TANENBAUM - (Via Zoom)
21          Wilson Sonsini Goodrich & Rosati
            1700 K Street Northwest, Fifth Floor
22          Washington, DC 20006
            202.973.8800
23          agreene@wsgr.com
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

```
 1            A P P E A R A N C E S  (Continued)
 2
 3    FOR THE DEFENDANT:
 4           CHARLES CASPER
             Montgomery McCracken
 5           1735 Market Street
             Philadelphia, Pennsylvania 19103
 6           215.772.7223
             ccasper@mmwr.com
 7
 8
 9
10    ALSO PRESENT:
11    ALAN MORGAN, Videographer
12    PEGGY OLDENBURG, Concierge Technician - (Via Zoom)
13    CHRIS SCHENCK, Valve in-house counsel
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

1                          I N D E X

2    EXAMINATION BY:                                   PAGE(S)

3    MR. SIEBERT                                          8

4    MR. CASPER                                          224

5

6    EXHIBITS FOR IDENTIFICATION                         PAGE

7    Exhibit 145    Plaintiff's Notice of Fed. R.         14

8                   Civ. P. 30(B)(6) Deposition to

9                   Defendant Valve Corporation

10   Exhibit 146    Valve Corporation's Supplemental      21

11                  Response to Interrogatory No. 1

12   Exhibit 147    Verification of Scott Lynch,          21

13                  dated 10/9/2023

14   Exhibit 148    Valve Corporation's Second            23

15                  Supplemental Responses and

16                  Objections to Plaintiffs' Second

17                  Set of Interrogatories

18   Exhibit 149    Amended and Restated Articles of      39

19                  Incorporation of Valve

20                  Corporation

21                  VALVE_ANT_0000554 - 0000580

22   Exhibit 150    Bylaws of Valve Corporation           45

23                  VALVE_ANT_2908789 - 2908808

24   Exhibit 151    Email exchange, 11/21/2013            66

25                  VALVE_ANT_1064233 - 1064234

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 111

1        Q.   But he would have been consulted about the

2    change, right?

3        A.   Yeah.   We talked about the change.   Yeah,

4    yeah.

5        Q.   Would it have been people generally in the

6    sort of Steam business group that were talking or

7    reviewing this?

8        A.   Lots of people in the Steam business group

9    would have seen this; people on game teams, Steam

10   engineers, yeah.

11       Q.   Several large publishers had stopped

12   publishing new titles on Steam around this same time,

13   right?

14            For instance, Ubisoft with the division?

15                MR. CASPER:   Object to the form of the

16   question.

17       A.   You said "several."   I don't -- I don't

18   recall -- I mean, I don't know, you know -- I never

19   looked at like how many stopped around this time or

20   what around this time means.

21            I think Ubisoft, probably around this time

22   because we looked at an email yesterday.   Division 2

23   maybe went to -- no, I think we were just in

24   discussions with Ubisoft.   I think Division 2 went

25   after this to Epic Games Store exclusively.   Yeah, I

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 112

1    don't -- I don't know if several left.

2         Q.  (BY MR. SIEBERT)   Prior to this EA had stopped

3    publishing new titles on Steam, right?

4         A.  Well, long ago prior.

5         Q.  About 2011?

6         A.  Their last release -- new release on Steam may

7    have been in that time frame.

8         Q.  What was the genesis of the change?

9         A.  The genesis of the change?

10            Well, as I recall, I was kind of the

11   instigator on -- on thinking about this, and then

12   developing the idea.

13        Q.  And what was your reasoning?

14        A.  Oh, gosh.  Well, the reasoning was kind of a

15   whole collection of things and, you know,

16   considerations and then how we went about implementing

17   it.  You know, it was -- it was competitive, you know,

18   especially there's individual publishers like we talked

19   about EA, and really wanting them to kind of be on the

20   platform, and finding a way to do that and move the

21   needle.

22            There were negotiations with partners that,

23   you know, were asking for a rev share change.  I think,

24   you know, there's probably conversations that were

25   going on with ███████, maybe around this time, or at

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 113

1    least at some point.

2           There were -- you know, there were thoughts

3    around, you know, how -- how does this fit in to -- you

4    know, like what could we do and not, you know, not lose

5    money.  You know, is there some room there that we

6    could do?

7           There's like the competition from, you know,

8    third-party stores and wanting to stay competitive with

9    them and all of our competitors.  So there were, you

10   know, tons of things that, you know, went into that

11   kind of like feeling like, you know, maybe this is a

12   time when we -- you know, it makes sense to, you know,

13   change our -- our rev share.

14        Q.   One of the things was certain individual

15   publishers, you mentioned ▓, right?

16        A.   Yeah.

17        Q.   And you wanted to bring people like ▓ back to

18   the platform?

19        A.   Well, we wanted -- it was -- it was not only

20   people like ▓   It was, you know, there were -- you

21   know, independent developers that, you know, had made

22   hit games and just had never ever come to Steam.

23           So it was like, you know, ▓▓▓▓▓▓▓▓

24   ▓▓▓▓   It was like ▓▓▓▓▓ -- God, we wanted

25   ▓▓▓▓   Hell, it was like ▓▓▓▓▓

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114

1        It made us insane that we could just never

2   convince ███ to come onto the platform.  It was like

3   ████████████     It was like -- there -- there's just a

4   long list of companies that it was awesome they were

5   successful, but like we really felt like there was a

6   bunch of incremental value that we could add for all of

7   those folks and magnify what they were doing, and --

8   and we wanted to do that.  And --

9        Q.  You mentioned a couple of companies.  I want

10  to talk about those -- or games and talk about those

11  specifically.

12        You mentioned ███████, right?

13        A.  Yes.

14        Q.  And they make ████████████, right?

15        A.  They do.

16        Q.  They do not publish on Steam, right?

17        A.  They do.

18        Q.  What do they publish on Steam?

19        A.  They have a few titles on Steam, but not

20  ████████████

21        Q.  ██████████ is distributed through a

22  ████ launcher instead; is that right?

23        A.  Yes.  ████████ was another one that we always

24  wanted to be on Steam.

25        Q.  You mentioned ███████, right?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 115

1    A.  Yes.

2    Q.  Who makes ███████████

3    A.  ████████  was made by ████████ , which is a small

4    developer started by this guy -- I'm spacing on his

5    name.  He's not there anymore, but I think ██████ is

6    still the developer.

7    Q.  Is ████████ distributed through Steam today?

8    A.  No, and it kills us.  We've tried so hard for

9    so long.  Maybe some day.  We will never give up.

10   Q.  Do you know why ████████ is not distributed

11   through Steam today?

12   A.  I -- I don't know.  I don't know.

13   Q.  Do you know if Valve employees have ever

14   discussed why that's the case?

15   A.  Oh, I'm sure we've theorized, you know, like

16   why are they not on Steam and how do we convince them

17   to be on Steam and what they might be thinking and, you

18   know, how -- sort of what can we sort of present or

19   explain to them or, you know, is there a better way to

20   do this?  I'm sure we talked about all kinds of stuff.

21   Q.  Do you know if ████████ or ████████ developers

22   have ever stated publicly why they don't distribute on

23   Steam?

24   A.  I -- no, I don't know.

25   Q.  Would it surprise you if they did?