# EXHIBIT 22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

IN RE VALVE ANTITRUST LITIGATION   ) Case No.
                                   ) 2:21-cv-00563-JCC
                                   )

---

VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL

EXAMINATION OF

CHRIS BOYD

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

---

9:02 A.M.

NOVEMBER 17, 2023

WITNESS LOCATION:  BELLEVUE, WASHINGTON

REPORTED BY: CARLA R. WALLAT, CRR, RPR
             WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
 1              A P P E A R A N C E S
 2        (ALL PARTICIPANTS APPEARING REMOTELY)
 3
 4   FOR THE PLAINTIFFS:
 5        ANDREW FAISMAN
          NICOLAS SIEBERT
 6        JINGFEI LU
          Quinn Emanuel Urquhart & Sullivan, LLP
 7        51 Madison Avenue, 22nd Floor
          New York, New York 10010
 8        212.849.7000
          andrewfaisman@quinnemanuel.com
 9        nicolassiebert@quinnemanuel.com
          jingfeilu@quinnemanuel.com
10
11   FOR THE DEFENDANT:
12        GAVIN W. SKOK
          Fox Rothschild LLP
13        1001 Fourth Avenue, Suite 4400
          Seattle, Washington 98154
14        206.624.3600
          gskok@foxrothschild.com
15
16
17
18
19
     ALSO PRESENT:
20
     MICK IRWIN, Videographer
21
     PEGGY OLDENBURG, Concierge Technician
22
     CHRIS SCHENCK, Valve in-house counsel
23
24
25
```

Page 3

I N D E X

| | EXAMINATION BY: | PAGE(S) |
|---|---|---|
| | MR. FAISMAN | 6 |

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| Exhibit 309 | gamerevolution.com article "Valve Interview Pt. 4: Devs On Steam Greenlight Replacement, Discovery Updates and Support" | 36 |
| Exhibit 310 | Short Message Report, 3/10/2022 VALVE_ANT_2785869 - 2785871 | 52 |
| Exhibit 311 | Email exchange, top email 8/9/2018 from Ismail to Boyd VALVE_ANT_0406135 - 0406139 | 107 |
| Exhibit 312 | Email exchange, top email 5/25/2017 from Goffin to Miller and Sarder VALVE_ANT_0052713 - 0052715 | 118 |
| Exhibit 313 | Email exchange, top email 5/9/2019 from Powers to Newell and others VALVE_ANT_0094642 - 0094644 | 145 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

1   it online.
2       Q.  Is it in the millions?
3       A.  We publish it online.  If you want, you can go
4   look right now on the store.
5       Q.  Do you have that information in your head or
6   not?
7       A.  I don't know the exact number right now.  As I
8   said, we publish it online so you can -- you can go
9   check it out.
10      Q.  And you don't know whether it's in the
11  millions?
12      A.  I mean --
13              MR. SKOK:  Object to the form.
14      A.  It -- if -- if -- it is -- it is in the
15  millions, over a million users, yeah, if that's what
16  you're asking.  But for an exact number, there's a --
17  we publish the exact numbers online.
18      Q.  (BY MR. FAISMAN)  So Valve takes the Steam
19  platform down and makes it unavailable for maintenance,
20  correct?
21      A.  Yes.
22      Q.  And those are what you would consider planned
23  downtimes as opposed to unplanned events, correct?
24      A.  Correct.
25      Q.  How often do those planned downtimes happen?

```
 1        A.   The -- the -- if I -- if I understand what
 2   you're talking about correctly, there's a planned
 3   weekly downtime for the backend servers.
 4        Q.   And what time does that normally happen each
 5   week?
 6        A.   It happens on Tuesday and then it moves based
 7   on daylight savings time.
 8        Q.   Have there always been those weekly downtimes
 9   on Tuesdays throughout the history of Steam?
10        A.   I -- I can only talk about since I joined the
11   company, and I don't remember if it's always been on
12   Tuesday.
13        Q.   Since you joined the company in 2008, have
14   there always been planned downtimes each week?
15        A.   We don't necessarily do it every week.  But
16   there's certainly times that we have -- we haven't, but
17   in general, there's usually a planned weekly downtime
18   maintenance.
19        Q.   So most of the time, there's a planned weekly
20   downtime, right?
21        A.   Correct.
22        Q.   And what's the maintenance that happens during
23   those planned weekly downtimes?
24        A.   There's multiple things that can happen.  But
25   the most obvious is we update the server code during
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 68

```
1    that time period.
2        Q.   Can you explain what you mean by "server
3    code"?
4        A.   Sure.
5             We have the -- earlier we talked about their
6    servers and data centers.  We also have Web servers.
7    And so during that period of time, we create new builds
8    or deployments and we -- we send those out.
9        Q.   Why not do that maintenance without a planned
10   downtime?
11       A.   The -- I think there's a number of reasons.
12   It's not something that I have thought about recently,
13   so I'd have to kind of, you know, think about and
14   generate a list.
15       Q.   Is there a specific component of the
16   technology stack that requires a downtime in order to
17   have new code applied?
18            MR. SKOK:  Object to the form.
19       A.   Let me think about that.  The -- the way that
20   some of the backend servers work, I don't know if it
21   requires it.  Obviously, things can change, but the --
22   certainly, there's a component of it that makes it so
23   it's more efficient to update all the server software
24   at once.
25       Q.   (BY MR. FAISMAN)  So are you able to identify
```

```
 1   a specific technology component that Valve cannot
 2   upgrade or cannot apply new code to without a downtime?
 3               MR. SKOK:  Object to the form.
 4       A.  Yeah, some -- sure, some of our services
 5   that -- the way an update usually works is to release a
 6   new build, you stop the previous build and then you
 7   start a new build.  And so by that, it's -- there's --
 8   there's a moment in there where that service is not
 9   running.
10       Q.  (BY MR. FAISMAN)  And those are services
11   developed by Valve?
12       A.  Correct.
13       Q.  You're aware, generally, that many technology
14   platforms support no downtime upgrades and updates,
15   correct?
16       A.  I'm not sure what the general practice is
17   there, no.
18       Q.  Has Valve explored what it would take to apply
19   new code without downtimes?
20               MR. SKOK:  Object to the form.
21       A.  That's a broad question, so I -- I don't know
22   of a direct way to answer it.  Can you -- can you make
23   it a little bit more narrow?
24       Q.  (BY MR. FAISMAN)  Well, has Valve scoped out
25   the development work that would be necessary to no
```

1  longer have planned weekly downtimes?
2      A.  I -- I don't believe that we've formally gone
3  through and determined that for all services, no.
4      Q.  And has Valve determined whether it's possible
5  to do that?
6      A.  I -- I think that to do that you'd kind of
7  need to formally go through and -- and inventory all
8  the pieces, and I don't know of anything off the top of
9  my head of when we -- when we've done that.
10     Q.  Now, when these planned weekly downtimes
11 happen, if somebody is connected to Steam and playing a
12 game, they're going to have their session disrupted,
13 right?
14     A.  Not always.
15     Q.  And in what cases would they have their
16 session disrupted?
17     A.  The -- what happens during that downtime is
18 dependent per a game.
19     Q.  Can you elaborate on which games would be
20 disrupted and which games would not be disrupted?
21     A.  There's -- there's lots of different instances
22 and it depends on the -- the game developer and the
23 context of what the game needs to do.  For example, a
24 single-player game does not need to stop -- a session
25 does not need to stop during the downtime window.

```
 1        Q.   If it's a multiplayer game that's actively
 2   connecting to Steam online, would that need to stop?
 3        A.   What do you mean by "actively connecting"?
 4        Q.   If the Steam client on the gamer's PC is
 5   actively connecting to the servers that you have
 6   referenced as part of the backend of Steam.
 7        A.   Would -- it -- you're saying if a game is
 8   connecting to our backend servers and we do an update,
 9   would that game session need to stop?
10        Q.   Correct.
11        A.   That's what you're saying?
12             Not necessarily, no.
13        Q.   What are the circumstances in which it needs
14   to stop?
15        A.   The -- it -- the -- it depends on the game, as
16   I said.  And it depends on what they're doing.  So, for
17   example, if you are in a game session, there's -- it's
18   not necessary for the -- for that session to terminate.
19   You can still continue, depending on the game,
20   depending on the situation and, obviously, I can't
21   answer for all games and how they're all implemented,
22   but there's certainly cases where you could have a
23   multiplayer session that continues and it depends on
24   the other features that the game is using if those
25   will -- if those will be affected or not.
```

```
 1        Q.  So if I'm a gamer and I have a library of
 2   games on my Steam account, how do I know which games
 3   might be disrupted during this planned weekly downtime
 4   and which games would not be disrupted?
 5        A.  That's not something that I know the answer to
 6   per game.  It's not a -- it's not a thing that, for
 7   example, the -- that -- that is exposed in a explicit
 8   way through the Steam client that I know of.
 9        Q.  Are you familiar with project Greenlight?
10        A.  Yes, I'm familiar with the name.
11        Q.  Now, that was an approach that Valve had to
12   selecting which games would be published on Steam a
13   number of years ago, correct?
14        A.  It was a number of years ago.  I don't
15   remember all of the details of that and how that
16   transitioned into other features over time.
17        Q.  Is it fair to say that under the Greenlight
18   system, users were able to vote for games that they
19   would like to see published on Steam and that helped
20   determine which games were published?
21             MR. SKOK:  Object to the form.
22        A.  I don't remember the individual details of
23   that testimony.  It's -- it's been a while.
24        Q.  (BY MR. FAISMAN)  And what happened after the
25   Greenlight system ended?  What came next?
```