# EXHIBIT 23

# REDACTED

1        UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
2

3   IN RE VALVE ANTITRUST          ) Case No.

4   LITIGATION                     ) 2:21-cv-00563-JCC

5                                  )

6

7        VIDEO-RECORDED 30(B)(6) DEPOSITION

8            UPON ORAL EXAMINATION OF

9              MICROSOFT CORPORATION

10                 ADAM FOSSA

11                  VIA ZOOM

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14                 9:16 A.M.

15             JANUARY 29, 2024

16      WITNESS LOCATED IN:  SEATTLE, WASHINGTON

17

18

19

20

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25

```
1                    A P P E A R A N C E S

2


3
     FOR THE PLAINTIFFS:
4        ANKUR KAPOOR
         NOAH BRECKER-REDD
5        Constantine Cannon, LLP
         335 Madison Avenue
6        9th Floor
         New York, New York 10017
7        (212) 350-2748
         akapoor@constantinecannon.com
8        nbrecker-redd@constantinecannon.com

9


10   FOR THE DEFENDANTS:
         BLAKE MARKS-DIAS
11       Corr Cronin, LLP
         1015 2nd Avenue
12       Floor 10
         Seattle, Washington 98104
13       (206) 625-8600
         bmarksdias@corrcronin.com
14


15   FOR MICROSOFT CORPORATION/WITNESS:
         DAVID P. CHIAPPETTA
16       Perkins Coie
         505 Howard Street
17       Suite 1000
         San Francisco, California 94105
18       (415) 344-7056
         dchiappetta@perkinscoie.com
19


20       ANASTASIA PASTAN
         Wilkinson Stekloff
21       2001 M Street, NW
         10th Floor
22       Washington, DC 20036
         (202) 804-4239
23       apastan@wilkinsonstekloff.com

24
     ALSO PRESENT:    VIKTOR BEZMEN, Videographer
25                    ALISON BOS, CONCIERGE
```

Adam Fossa                                                    3

```
 1                        I N D E X

 2

 3    EXAMINATION BY:                     PAGE(S)

 4       MR. KAPOOR                       5, 30
         MR. MARKS-DIAS                   22
 5

 6

 7

 8    EXHIBITS FOR IDENTIFICATION              PAGE

 9

10    Exhibit 435 Subpoena to Testify          8

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    including the Microsoft Store?
 2                 MR. CHIAPPETTA:  Counsel, just for -- sorry,
 3    for clarification, when you're asking Mr. Fossa about
 4    whether any conversations have been within Microsoft and
 5    similar questions, I assume you're asking based upon his
 6    knowledge and people he spoke with in preparation for
 7    the deposition?
 8       Q.  (BY MR. KAPOOR)  So first, more broadly, just any
 9    understanding as to whether any such policies exist and,
10    if so, what they are?
11       A.  Yes, there is an understanding.  I do have an
12    understanding now, yes.
13       Q.  What is that understanding?
14       A.  Well, that one does not exist.
15       Q.  That Valve has no pricing policies when it comes
16    to how PC video games should be priced on Steam versus
17    how they should be priced on other stores?
18       A.  Correct.
19       Q.  In the course of your work at -- in the Microsoft
20    Store over the last I think you said six years --
21       A.  Ten -- ten years.
22       Q.  -- ten years, have you ever interacted with video
23    game publishers as to what price they would sell their
24    games on the Microsoft Store?
25       A.  Yes.
```



1    that -- is that a fair characterization?

2         A.   That's fair.