# EXHIBIT 28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1       UNITED STATES DISTRICT COURT
2   FOR THE WESTERN DISTRICT OF WASHINGTON
3              AT SEATTLE
4   _____
5   In Re:                      )
                                )
                                )
6                               ) No. 2:21-cv-00563-JCC
    VALVE ANTITRUST LITIGATION  )
7                               )
    _____
8
9    VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
10                    KASSIDY GERBER
11   _____
12
13     *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15                     9:05 A.M.
16              THURSDAY, OCTOBER 5, 2023
17            701 FIFTH AVENUE, SUITE 5100
18                 SEATTLE, WASHINGTON
19
20
21
22
23   Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
24   WA CCR #2157; OR CSR #20-0477; CA CSR #14435
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
                    A P P E A R A N C E S


     FOR THE PLAINTIFF:
             KENNETH R. O'ROURKE
             BAASIL SHARIFF - via Zoom
             Wilson Sonsini Goodrich & Rosati
             1700 K Street Northwest, Fifth Floor
             Washington, DC 20006
             202.973.8800
             korourke@wsgr.com
             bshariff@wsgr.com

             MCKINNEY WHEELER
             Wilson Sonsini Goodrich & Rosati
             701 Fifth Avenue, Suite 5100
             Seattle, Washington 98104
             206.883.2500
             mwheeler@wsgr.com

             DILLON OSTLUND - via Zoom
             Wilson Sonsini Goodrich & Rosati
             One Market Plaza, Spear Tower, Suite 3300
             San Francisco, California 94105
             415.947.2000
             dostlund@wsgr.com

             PAUL E. BUCHEL - via Zoom
             Lockridge Grindal Nauen P.L.L.P.
             100 Washington Avenue South, Suite 2200
             Minneapolis, Minnesota 55401
             612.339.6900
             pebuchel@locklaw.com

     FOR THE DEFENDANT:
             GAVIN W. SKOK
             Fox Rothschild LLP
             1001 Fourth Avenue, Suite 4400
             Seattle, Washington 98154
             206.624.3600
             gskok@foxrothschild.com

     ALSO PRESENT:
             SHREVE VANZANTEN, Videographer
```

```
 1                    I N D E X
 2   EXAMINATION BY:                              PAGE:LINE
 3       Mr. O'Rourke .............................8:14
 4       (Afternoon Session) Mr. O'Rourke ..........130: 9
 5
 6
 7   EXHIBITS FOR IDENTIFICATION                    MARKED
 8   Exhibit 97    Email Exchange from Dan Nord, ......73:16
 9                 dated 4/30/18,
10                 VALVE_ANT_1548456-461
11   Exhibit 98    Valve Corporation Steam ............81:12
12                 Distribution Agreement,
13                 VALVE_ANT_2814367-392
14   Exhibit 99    Email Exchange from Kassidy ........86:17
15                 Gerber, dated 1/28/19,
16                 VALVE_ANT_2567311-316
17   Exhibit 100   Email Exchange from Kassidy ........87:19
18                 Gerber, dated 10/27/17,
19                 VALVE_ANT_1804905-907
20   Exhibit 101   Email Exchange from Whitman  .......92:15
21                 Shenk, dated 2/15/17,
22                 VALVE_ANT_1221288-291
23   Exhibit 102   Email Exchange from Chris  ........108:13
24                 Schenck, dated 4/27/20,
25                 VALVE_ANT_2814301-311
```

Page 113

1    Q.    Yes.
2          MR. SKOK:  And, Ms. Gerber, again, don't
3    disclose contents of attorney-client communications.  If
4    you can answer it otherwise, please do.
5    A.    Well, I don't know why he's bringing it up
6    here, but NCSoft has another -- has versions of their
7    game that they operate off of Steam.  And we just want
8    to make sure that they bring the same version of the
9    game with all of its content to Steam --
10   Q.    (BY MR. O'ROURKE)  Yeah.  Why?
11   A.    -- and they keep it updated.
12   Q.    Why?
13   A.    So that the version that's offered on NCSoft's
14   platform is the same as what's offered on Steam's.
15   Q.    So there's no competition between NCSoft's
16   platform and Steam's platform on the content of the NC
17   game?
18         MR. SKOK:  Object to the form.
19   A.    So that -- the reason is so that Steam
20   customers, if they invest in the Steam version of the
21   game, don't feel like they're missing out on any
22   content.  We don't want our customers to feel like they
23   are at any sort of disadvantage for purchasing on Steam.
24   Q.    (BY MR. O'ROURKE)  Can you understand that if
25   NCSoft has to sell the same version of its game on its

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114

1  own platform as the version that's being sold on the
2  Steam platform, there's no competition then for buyers
3  over the content of the game?
4          MR. SKOK:  Object to the form.
5      A.  You're asking if I understand that there's no
6  competition based on the content.
7          I guess I don't think of it that way.
8      Q.  (BY MR. O'ROURKE)  But can you see it that
9  way?
10     A.  I see it as making sure when customers
11 invest -- this is -- I think NCSoft's games are all
12 free-to-play.  So when a customer invests in a
13 free-to-play title on Steam and purchases things in that
14 game and builds their inventory for the Steam version of
15 an NCSoft game, that they have all the same options for
16 investment on the Steam version that they do on the
17 Guild Wars -- or the ArenaNet, NCSoft version.
18     Q.  So if NCSoft is trying to get more customers
19 and buyers to its website, it's not able to
20 differentiate its content for its customers from what
21 they can buy on Steam?
22         MR. SKOK:  Object to the form.
23     A.  They can have different content as long as we
24 have content that is materially the same in the view of
25 the customers.  So --