# EXHIBIT 29

Page 1

1        UNITED STATES DISTRICT COURT
2      FOR THE WESTERN DISTRICT OF WASHINGTON
3                   AT SEATTLE
4   _____
5   In Re:                          )
                                    )
                                    )
6                                   ) No. 2:21-cv-00563-JCC
    VALVE ANTITRUST LITIGATION      )
7                                   )
    _____
8
9   VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
10                 THOMAS GIARDINO
11  _____
12
13    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15                    9:04 A.M.
16            THURSDAY, NOVEMBER 2, 2023
17          701 FIFTH AVENUE, SUITE 5100
18              SEATTLE, WASHINGTON
19
20
21
22
23  Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
24  WA CCR #2157; OR CSR #20-0477; CA CSR #14435
25  Job Number 6276475

```
                                                          Page 2

 1                   A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4           ADAM B. WOLFSON
             Quinn Emanuel Urquhart & Sullivan LLP
 5           865 South Figueroa Street, 10th Floor
             Los Angeles, California 90017
 6           213.443.3000
             adamwolfson@quinnemanuel.com
 7
             ANDREW FAISMAN
 8           Quinn Emanuel Urquhart & Sullivan, LLP
             51 Madison Avenue, 22nd Floor
 9           New York, New York 10010
             212.849.7000
10           andrewfaisman@quinnemanuel.com
11           JORDANNE STEINER   -   Via Zoom
             Wilson Sonsini Goodrich & Rosati
12           1700 K Street Northwest, Fifth Floor
             Washington, DC 20006
13           202.973.8800
             jordanne.miller@wsgr.com
14
             SARAH LUNDBERG   -   Via Zoom
15           Lockridge Grindal Nauen P.L.L.P.
             100 Washington Avenue South, Suite 2200
16           Minneapolis, Minnesota 55401
             612.339.6900
17           smlundberg@locklaw.com
18   FOR THE DEFENDANT:
19           CHARLES CASPER
             Montgomery McCracken
20           1735 Market Street, 21st Floor
             Philadelphia, Pennsylvania 19103
21           215.772.7223
             ccasper@mmwr.com
22
23   ALSO PRESENT:
24           LORI TALBOTT, Videographer
             CHRIS SCHENCK, Valve in-house counsel
25           PEGGY OLDENBURG, Concierge   -   Via Zoom
```

Page 3

# I N D E X

| EXAMINATION BY: | PAGE:LINE |
|---|---|
| Mr. Wolfson | 9:2 |
| (Afternoon Session) Mr. Wolfson | 163:10 |

| EXHIBITS FOR IDENTIFICATION | | MARKED |
|---|---|---|
| Exhibit 178 | Email Exchange from Tom Giardino, dated 3/14/18, VALVE_ANT_0263439 | 30:15 |
| Exhibit 179 | Email Exchange from Tom Giardino, dated 4/19/19, VALVE_ANT_0265435 | 42:7 |
| Exhibit 180 | Email Exchange from Tom Giardino, dated 5/23/17, VALVE_ANT_0598921 | 64:16 |
| Exhibit 181 | Email Exchange from Izumi Chunovic, dated 9/21/18, VALVE_ANT_1191414 | 90:12 |
| Exhibit 182 | Email Exchange from DJ Powers, dated 2/15/18, VALVE_ANT_1186878 | 98:13 |
| Exhibit 183 | Email Exchange from Tom Giardino, dated 12/6/19, VALVE_ANT_1198639 | 103:12 |
| Exhibit 184 | Email Exchange from Jon Pile, dated 7/26/17, VALVE_ANT_2966472 | 128:22 |

Page 157

1  stop selling the game on Steam if we couldn't treat our
2  customers fairly."
3          Your words again?
4      A.  Yes, that's right.
5      Q.  Now, was it just poor choices of words to tell
6  this publisher that you would just stop selling the game
7  on Steam if they sold it for lower elsewhere?
8      A.  I think I expressed to Markus that we'd ask to
9  get that same lower price, and that -- that's the
10 outcome we're hoping for.  We would like that lower
11 price on our store as well.
12     Q.  And if they didn't, you would say "or just
13 stop selling the game on Steam."
14         That was the consequence; right?
15     A.  That's not a consequence or outcome that I
16 recall actually happening.
17     Q.  But it's one you threatened here, isn't it?
18     A.  No.  I disagree.
19     Q.  Okay.  So when you were -- when your words to
20 this publisher are that if they sold it for lower, Steam
21 would just -- Valve would just stop selling the game on
22 Steam, your testimony to this jury is that that's not
23 some kind of implicit threat?
24     A.  No.  I don't believe that's a threat.
25     Q.  All right.  And then Mr. Heinsohn says, "We

Page 159

```
 1            But in reality, no, I don't -- I'm not aware
 2   of times that we've stopped selling games altogether.
 3       Q.   Okay.  What you're telling Mr. Heinsohn, when
 4   he's asking specifically about the Steam key guidelines
 5   that they have to commit to, those various
 6   understandings, is that -- what you've said is, "We've
 7   often opted not to promote games or stop selling them
 8   altogether if we aren't able to get fair treatment for
 9   our users"; right?
10       A.   I can read back the email again if that's
11   helpful.  I'm not sure what you're asking.
12       Q.   Well, I'm saying that, once again -- or I'm
13   asking, once again, you have indicated to a publisher
14   that Valve's practice -- often practice is, among other
15   things, to not -- to stop selling a game if they're sold
16   for less elsewhere; right?
17       A.   Yeah.  As I've said before, it's a poor choice
18   of words and doesn't accurately reflect, as far as I
19   know, something we actually do on the store.
20       Q.   Okay.
21       A.   It is important to us to offer -- try to give
22   our customers a good price.  But it's poorly phrased by
23   me.
24       Q.   It's poorly phrased because it's -- well,
25   never mind.
```