# EXHIBIT 30

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF WASHINGTON
 3   AT SEATTLE
     ------------------------------------------
 4
     IN RE VALVE ANTITRUST LITIGATION
 5
 6   Case No. 2:21-cv-00563-JCC
     ------------------------------------------
 7
 8                            April 17, 2024
                              9:12 a.m.
 9
10
11
12          DEPOSITION of JOOST RIETVELD,
13   pursuant to Notice, held at the offices of
14   MONTGOMERY, MCCRACKEN, WALKER & RHOADS
15   LLP, 437 Madison Avenue, New York, New
16   York before Wayne Hock, a Notary Public of
17   the State of New York.
18
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3        CONSTANTINE CANNON LLP
          Attorneys for Plaintiffs
 4                1001 Pennsylvania Avenue
                  Washington, D.C. 20004
 5        BY:     ANKUR KAPOOR, ESQ.
                  akapoor@constantinecannon.com
 6                J. WYATT FORE, ESQ.
                  wfore@constantinecannon.com
 7                NOAH BRECKER-REDD, ESQ.
                  nbrecker-redd
 8                @constantinecannon.com
                  -and-
 9
          VORYS, SATER, SEYMOUR AND PEASE LLP
10                52 East Gay Street
                  Columbus, Ohio 43215
11
          BY:     KARA M. MUNDY, ESQ.
12                kmmundy@vorys.com
                  (via videoconference)
13
                  -and-
14
          WILSON SONSINI GOODRICH & ROSATI P.C.
15                1700 K Street, NW, Suite 500
                  Washington, D.C.  20006
16
          BY:     ALLISON B. SMITH, ESQ.
17                allison.smith@wsgr.com
                  (via videoconference)
18                KENNETH R. O'ROURKE, ESQ.
                  korourke@wsgr.com
19                (via videoconference)
20                -and-
21        LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                  100 Washington Avenue South
22                Minneapolis, Minnesota 55401
23        BY:     W. JOSEPH BRUCKNER, ESQ.
                  wjbruckner@locklaw.com
24                (via videoconference)
25
```

Page 3

A P P E A R A N C E S: (Continued)

    MONTGOMERY, MCCRACKEN, WALKER &
    RHOADS LLP
    Attorneys for Defendant
        1735 Market Street
        Philadelphia, Pennsylvania 19103

    BY:    PETER BRESLAUER, ESQ.
           pbreslauer@mmwr.com
           STEFANIA ROSCA, ESQ.
           srosca@mmwr.com
           (via videoconference)

    ALSO PRESENT:

        MARCELO RIVERA, Videographer
        ROBERT BENIMOFF, Concierge
        (via videoconference)
        MCKENZIE BEZIC
        (via videoconference)
          *    *    *

Page 56

```
 1                    J. Rietveld
 2   maintains, how did you find out about
 3   that?
 4            MR. KAPOOR: I object to form.
 5            THE WITNESS: How did I find out
 6      that Valve has such a PMFN in place?
 7      Q.   Yes.
 8            How did you learn about what the
 9   plaintiffs allege here?
10      A.   I believe I learned about it
11   through the amended complaint where it was
12   stated.
13      Q.   When I worked at Two Tribes, did
14   you have any awareness of there being a
15   PMFN?
16      A.   No. I don't have an awareness.
17      Q.   You testified earlier that you
18   have a Nintendo Switch?
19      A.   Correct.
20      Q.   And you play that every two
21   weeks or so; is that --
22      A.   At the moment, yes.
23      Q.   Do you have any particular game
24   that you are involved with?
25      A.   That I'm playing?
```