# EXHIBIT 31

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT
2        FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
3  ─────────────────────────────────────────────────────────
4                                          ) Case No.
    IN RE VALVE ANTITRUST LITIGATION       ) 2:21-cv-00563-JCC
5                                          )
6  ─────────────────────────────────────────────────────────
7      VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
8                          RICKY UY
9        **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
10 ─────────────────────────────────────────────────────────
11
12
13                        9:04 A.M.
14                    OCTOBER 24, 2023
15              701 FIFTH AVENUE, SUITE 5100
16                   SEATTLE, WASHINGTON
17
18
19
20
21
22
23
24   REPORTED BY: CARLA R. WALLAT, CRR, RPR
25           WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 2

```
 1                A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4        KENNETH J. RUBIN
          TIMOTHY B. McGRANOR
 5        KARA M. MUNDY - (Via Zoom)
          DOUGLAS R. MATTHEWS - (Via Zoom)
 6        MUNA ABDALLAH - (Via Zoom)
          Vorys, Sater, Seymour and Pease LLP
 7        52 East Gay Street
          Columbus, Ohio 43215
 8        614.464.6400
          kjrubin@vorys.com
 9        tbmcgranor@vorys.com
          kmmundy@vorys.com
10        drmatthews@vorys.com
          mabdallah@vorys.com
11
          JORDANNE M. STEINER
12        Wilson Sonsini Goodrich & Rosati
          1700 K Street NW, Fifth Floor
13        Washington, DC 20006
          202.973.8800
14        jordanne.miller@wsgr.com
15
16   FOR THE DEFENDANT:
17        KRISTEN WARD BROZ
          Fox Rothschild LLP
18        2020 K Street NW, Suite 500
          Washington, DC 20006
19        202.461.3100
          kbroz@foxrothschild.com
20
21
22   ALSO PRESENT:
23   LORI TALBOTT, Videographer
24   PEGGY OLDENBURG, Concierge Technician - (Via Zoom)
25   CHRIS SCHENCK, Valve in-house counsel
```

Page 3

I N D E X

| EXAMINATION BY: | PAGE(S) |
|---|---|
| MR. RUBIN | 7 |
| MS. BROZ | 221 |
| MR. RUBIN | 223 |

EXHIBITS FOR IDENTIFICATION                                               PAGE

| Exhibit 161 | Ricky Yu LinkedIn profile | 16 |
| Exhibit 162 | Valve Handbook for New Employees | 60 |
| Exhibit 163 | Email exchange, top email 11/5/2015 from Uy to Butlin and Nickerson VALVE_ANT_1491886 - 1491888 | 78 |
| Exhibit 164 | KOMODO's website | 92 |
| Exhibit 165 | Valve Corporation E-Voucher Distribution Services Master Agreement VALV_ANT_0798340 - 0798353 | 101 |
| Exhibit 166 | Email exchange, top email 11/7/2017 from Uy to Malone and Ruymen VALVE_ANT_0845129 | 106 |

Page 188

1  where you would rather have -- as a game developer,
2  where you would rather have 200,000 people where you
3  made -- 200,000 people playing your game where you had
4  $6.3 million worth of revenue versus 1.6 million people
5  playing your game at significantly more revenue?
6       A.   Well, I don't want to hypothesize and come up
7  with a fabricated example, but I can say that it's very
8  complicated how the different business models are.  And
9  building a community that's happy and satisfied with
10 the products and feels that they've received a lot of
11 value is important for the long-term health of the
12 company.
13      Q.   Okay.  I apologize, we're going to go off the
14 record for a couple minutes.  I need to -- just a
15 second.
16           MS. BROZ:  Okay.
17           THE VIDEOGRAPHER:  We are going off the
18 recovered at 4:03.
19           (Break from 4:03 p.m. to 4:10 p.m.)
20           THE VIDEOGRAPHER:  We are back on the
21 record much the time is 4:10.  Please proceed.
22      Q.   (BY MR. RUBIN)  Mr. Uy, as a game developer,
23 what considerations do you take into pricing a game?
24      A.   The profitability, there's a certain cost of
25 investment to develop the game, and, generally, want to

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 189

1  make more than that cost in the long run.  The value to
2  customers that they're receiving should feel like
3  they're getting the right value.
4         And it's -- it's truly case-by-case specific.
5  Like over the life span of a game, how we might price
6  something might, for example, be dependent on if
7  there's a sequel in that series, could be advantageous
8  to drop the price a lot before there's a sequel so that
9  more people are attracted and the game is fresh in mind
10 to play the second one, for example.
11     Q.  You said one of the things you take into
12 consideration is the cost of developing the game and
13 recouping that cost; is that fair?
14     A.  Yes.
15     Q.  After a game is developed, what's the variable
16 cost of shipping a copy of the game?
17             MS. BROZ:  Objection to the form.
18     A.  There's -- it depends on how you're
19 distributing the game.
20     Q.  (BY MR. RUBIN)  That's fair.
21         What's the variable cost of distributing a
22 game on Valve?
23             MS. BROZ:  Objection to the form.
24     A.  On Steam.
25     Q.  (BY MR. RUBIN)  On Steam.