THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC |
| | DECLARATION OF CARA WALLACE IN SUPPORT OF UNOPPOSED MOTION TO KEEP MICROSOFT'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL |

I, Cara Wallace, declare the following:

1.      I am an attorney at the law firm Perkins Coie LLP and counsel to Microsoft Corporation ("Microsoft"). I am a member in good standing of the State Bar of Washington. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2.      I submit this declaration in support of Microsoft's motion to keep its information sealed in the above-captioned litigation.

3.      The highlighted portions of the Schwartz Reply, Dkt. 316-85, identified in the First Declaration of Aaron Greenberg, Dkt. 195, Ex. A, and Plaintiffs' *Daubert* Opposition, Dkt. 317, that is appended to the Third Declaration of Aaron Greenberg in Support of Unopposed Motion to

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  Keep Microsoft's Highly Confidential Attorney's Eyes-Only Information Under Seal contain

2  information that Microsoft designated as "Highly Confidential – Attorney's Eyes Only" during

3  discovery.

4          4.       I telephonically met and conferred with Plaintiffs' and Valve's counsel to discuss

5  the information referenced in Paragraphs 3 above on July 30, 2024.

6          5.       Plaintiffs and Valve told me that they do not oppose Microsoft's Unopposed

7  Motion to Keep Microsoft's Highly Confidential – Attorney's Eyes-Only Information Under Seal.

8          I declare under the penalty of perjury of the laws of the United States of America that the

9  foregoing is true and correct.

10         Executed this 5th day of August, 2024 in Seattle, Washington.

11

12

13         _/s/ Cara Wallace_____
           Cara Wallace

14

15

16

17

18

19

20

21

22

23

24

25

26

---

DECLARATION OF CARA WALLACE
(Case No.2:21-cv-00563 JCC) - 2 -

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000