THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC<br><br>ORDER GRANTING UNOPPOSED MOTION TO KEEP NON-PARTY MICROSOFT'S HIGHLY CONFIDENTIAL – ATTORNEY'S EYES-ONLY INFORMATION UNDER SEAL |

This matter came before the Court on Non-Party Microsoft's Motion to Keep Highly Confidential – Attorney's Eyes-Only information Under Seal. The Court having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, **HEREBY ORDERS** that:

1. Non-Party Microsoft's Motion is **GRANTED**.
2. The material in the Plaintiffs' *Daubert* Opposition and the Schwartz Reply that are derived from Microsoft's nonpublic Highly Confidential – Attorney's Eyes-Only information as summarized in the below table shall REMAIN UNDER SEAL.

| Sealed Document | Microsoft Materials to Keep Sealed | Support for Compelling Reasons |
|---|---|---|
| *Daubert* Opposition | Page 6, lines 1–8 that overlap with highlighted portions of First Greenberg Decl. (Dkt. 195), Ex. A. | First Greenberg Decl. ¶ 5; Dkt. 223 (order sealing this exact information). |
| Schwartz Reply | Page 10, n. 22, which are highlighted portions of Third Greenberg Decl., Ex. A. | Third Greenberg Decl. ¶ 4. |

ORDER GRANTING UNOPPOSED MOTION TO KEEP MICROSOFT'S INFORMATION UNDER SEAL – 1
(No. 2:21-cv-00563-JCC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| Schwartz Reply | Attachment B-1, which are highlighted portions of Third Greenberg Decl., Ex. A. | Third Greenberg Decl. ¶ 4. |

**IT IS SO ORDERED**.

DATED this 6th day of August 2024.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ *Cara Wallace*
    Cara Wallace, Bar No. 50111
    Perkins Coie LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    CWallace@perkinscoie.com

ORDER GRANTING UNOPPOSED MOTION TO KEEP MICROSOFT'S INFORMATION UNDER SEAL – 2
(No. 2:21-cv-00563-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000