# Valve's Proposed Redactions to:

# Plaintiffs' Reply in Support of Motion for Class Certification

# (Dkt. No. 315)

# FILED UNDER SEAL