# Valve's Proposed Redactions to:

# Declaration of Alicia Cobb in Support of Plaintiffs' Motion for Class Certification and in Support of Plaintiffs' Opposition to Valve Corporation's Motion to Exclude the Testimony of Steven Schwartz

# (Dkt. No. 316)

# FILED UNDER SEAL