# Valve's Proposed Redactions to:

# Exhibit 85 to Cobb Declaration

# (Dkt. No. 316-1)

# FILED UNDER SEAL