# Valve's Proposed Redactions to:

# Exhibit 86 to Cobb Declaration

# (Dkt. No. 316-2)

# FILED UNDER SEAL