# Valve's Proposed Redactions to:

# Exhibit 87 to Cobb Declaration

# (Dkt. No. 316-3)

# FILED UNDER SEAL