# Valve's Proposed Redactions to:

# Exhibit 88 to Cobb Declaration

# (Dkt. No. 316-4)

# FILED UNDER SEAL