# Valve's Proposed Redactions to:

# Exhibit 89 to Cobb Declaration

# (Dkt. No. 316-5)

# FILED UNDER SEAL