# Valve's Proposed Redactions to:

# Exhibit 90 to Cobb Declaration

# (Dkt. No. 316-6)

# FILED UNDER SEAL