# Valve's Proposed Redactions to:

# Exhibit 91 to Cobb Declaration

# (Dkt. No. 316-7)

# FILED UNDER SEAL