# Valve's Proposed Redactions to:

# Exhibit 92 to Cobb Declaration

# (Dkt. No. 316-8)

# FILED UNDER SEAL