# Valve's Proposed Redactions to:

# Plaintiffs' Opposition to Defendant Valve Corporation's Motion to Exclude the Testimony of Steven Schwartz, PhD

# (Dkt. No. 317)

# FILED UNDER SEAL