THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JCC<br><br>**ORDER GRANTING VALVE CORPORATION'S MOTION TO SEAL**<br><br>(**PROPOSED**) |

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Motion to Seal (**Dkt. No. 333**) and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Motion to Seal is GRANTED.

(1) The unredacted version of Plaintiffs' Reply in Support of Motion for Class Certification ("Class Certification Reply") (Dkt. 315) shall remain under seal;

(2) The unredacted version of the Declaration of Alicia Cobb in Further Support of Plaintiffs' Motion for Class Certification and Appointment of Co-Lead Counsel and in Support of Plaintiffs' Opposition to Valve Corporation's Motion to Exclude Testimony of Steven Schwartz ("Cobb Reply Declaration") (Dkt. 316) shall remain under seal;

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (**PROPOSED**) – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(3) The unredacted versions of these Exhibits to the Cobb Reply Declaration shall remain under seal:

- Exhibit 85, Reply Class Certification Expert Report of Dr. Steven Schwartz ("Schwartz Reply Report") (Dkt. 316-1);
- Exhibit 86, Expert Reply Report of Professor Joost Rietveld ("Rietveld Reply Report") (Dkt. 316-2);
- Exhibit 87 (Dkt. 316-3);
- Exhibit 88 (Dkt. 316-4);
- Exhibit 89 (Dkt. 316-5);
- Exhibit 91, Corrected Class Certification Expert Report of Dr. Steven Schwartz ("Corrected Schwartz Report") (Dkt. 316-7);
- Exhibit 92 (Dkt. 316-8);

(4) The unredacted version of Plaintiffs' Opposition to Defendant Valve Corporation's Motion to Exclude Testimony of Steven Schwartz ("*Daubert* Opposition") (Dkt. 317) shall remain under seal.

(5) Within 14 days of this Order, the parties shall meet and confer and Valve shall file public redacted versions of the documents listed in Paragraph 1–4 that make all redactions proposed in Valve's Motion to Seal and supporting materials, to the extent not already filed.

ORDER GRANTING VALVE CORPORATION'S MOTION TO SEAL (PROPOSED) – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

DATED this 9th day of August 2024.

_____
HONORABLE JOHN C. COUGHENOUR
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

Kristen Ward Broz (pro hac vice)
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Nathan M Buchter *(pro hac vice)*
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper *(pro hac vice)*
Jessica Rizzo *(pro hac vice)*

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (~~PROPOSED~~) – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Peter Breslauer *(pro hac vice)*
   Robert E. Day *(pro hac vice)*
2  MONTGOMERY McCRACKEN WALKER
   & RHOADS LLP
3  1735 Market Street, 21st Floor
   Philadelphia, PA 19103
4  Telephone (215) 772-1500
   ccasper@mmwr.com
5  jrizzo@mmwr.com
   pbreslauer@mmwr.com
6  rday@mmwr.com

7  *Attorneys for Valve Corporation*

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (~~PROPOSED~~) – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900