THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC <br><br> **PLAINTIFFS' LOCAL CIVIL RULE 7(g)(2) SURREPLY MOTION TO STRIKE** <br><br> **NOTE ON MOTION CALENDAR:** <br> August 12, 2024 |

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

Plaintiffs respectfully move to strike limited aspects of Valve's Reply Brief in Support of Its Motion to Exclude Testimony of Steven Schwartz, Ph.D. ("*Daubert* Reply") (Dkt. 337) and the entirety of the supporting Reply Expert Report of Ashley Langer, Ph.D. ("Langer Reply") (Dkt. 338-1).[1]

## I. BACKGROUND

On January 16, 2024, the Court ordered the parties' Stipulated Motion to Modify Case Schedule, which provides the following deadlines: (1) February 8, 2024 for Plaintiffs to file their opening class certification motion and serve opening expert reports in support of class certification, (2) May 17, 2024 for Valve to oppose class certification, file *Daubert* motions, and serve their rebuttal expert reports, (3) July 12, 2024, for Plaintiffs to file their reply class certification brief, file *Daubert* motions and oppositions, and serve reply expert reports in further support of class certification, and (4) August 12, 2024 for Valve to file their *Daubert* Reply brief. Dkt. 176.  Notably, the schedule does *not* allow Valve to serve expert reply or surreply reports. The schedule instead closed expert discovery on July 26, 2024, roughly three weeks before Valve's *Daubert* Reply was due.  *Id*.

Nevertheless, on August 12, 2024, Valve served the "reply report" of Dr. Langer, as an exhibit to its *Daubert* Reply brief.  *See* Dkts. 337, 338-1.

## II. THE COURT SHOULD STRIKE VALVE'S NEW REPLY ARGUMENTS WHICH ARE PREMISED ON AN UNTIMELY EXPERT REPORT

A moving party cannot "introduce new facts or different legal arguments in the reply brief than those presented in moving papers." *Cmty. Ass'n for Restoration of Env't Inc. v. Wash. Dairy Holdings LLC*, 2019 WL 13117758, at *8 (E.D. Wash. Oct. 24, 2019); *Wild Fish Conservancy v. U.S. Envt'l Prot. Agency*, 331 F. Supp. 3d 1210, 1219 n.3 (W.D. Wash. 2018). Because such arguments deprive the opposing party of the ability to respond, courts routinely strike them. *See, e.g.*, *Bach v. Forever Living Prods. U.S., Inc.*, 473 F. Supp. 2d 1110, 1122 n.6 (W.D. Wash. 2007)

---

[1] Though styled as a "reply" report, in fact, Langer's "Reply" is a surreply expert report, responding to the reply expert report of Plaintiffs' economist Dr. Schwartz.

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

1

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

(striking new arguments raised for the first time on reply); *Alaska Local 375 Plumbers & Pipefitters Trust Funds v. Wolf Creek Fed. Servs., Inc.*, 2023 WL 2138302, at *3 (W.D. Wash. Feb. 21, 2023) (striking new argument raised in reply brief); *see also Bridgham-Morrison v. Nat'l Gen. Assembly Co.*, 2015 WL 12712762, at *2 (W.D. Wash. Nov. 16, 2015) ("new arguments and evidence presented for the first time on Reply...are generally waived or ignored.").

Further, Federal Rule of Civil Procedure 26(a)(2)(D) "requires a party to disclose the identity of a witness it intends to call as an expert and, in the case of a witness who is retained or specifically employed to provide expert testimony in the case, 'at the time and in the sequence that the court orders.'" *Rekor Sys., Inc. v. Loughlin*, 2022 WL 2063857, at *5 (S.D.N.Y. June 8, 2022) (quoting Fed. R. Civ. P. 26(a)(2)(D)). "Rule 37(c)(1) gives teeth to these requirements by forbidding the use at trial of any information required to be disclosed by Rule 26(a) that is not properly disclosed." *Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106 (9th Cir. 2001). Courts will exclude expert opinions that are not timely disclosed under the case schedule set by the court. *See, e.g., Miller v. United States*, 2019 WL 4511807 (W.D. Wash. Sept. 19, 2019) (excluding opinions not disclosed until after the expert discover cutoff), *order clarified*, 2019 WL 6683519 (W.D. Wash. Dec. 6, 2019); *Bell v. Boeing Co.*, 2022 WL 1206728, at *6 (W.D. Wash. Apr. 22, 2022) ("Bell's failure to meet the expert report deadline in this case is simply unacceptable.").

Here, Valve violates both of these basic notions of fairness. The first section of Valve's reply brief—relating to Steam Keys—offers new arguments concerning Plaintiff Wolfire's use of Steam keys. Dkt. 337 at 3:1-4:2. Valve similarly offers new arguments concerning Steam Community Market transactions, *id*. at 5:13-6:3, suggesting these transactions are relevant to a two-sided platform analysis, despite not being included in Plaintiffs' damages model at all.

Further, Valve relies upon new expert testimony which was not timely disclosed within the case schedule, including new data analyses regarding Wolfire's use of Steam Keys, Langer Reply ¶¶ 3-4, and new economic opinion concerning Valve's Steam Community Market and the

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

appropriateness of considering such Market transactions in analyzing Valve's platform, *id*. ¶¶ 7, 17.

By raising these arguments and proffering untimely expert testimony for the first time on reply, Valve has improperly deprived Plaintiffs of the ability to respond. Accordingly, Plaintiffs respectfully request that the new argument contained in Valve's Reply at 3:1-4:2 and 5:13-6:3 be stricken, and that the untimely Langer Reply Report be stricken in full. Valve's new arguments could and should have been made in its opposition brief and rebuttal expert reports. *See Wash. Cities Ins. Auth. v. Ironshore Indemn., Inc.*, 443 F. Supp. 3d 1218, 1220 n.1 (W.D. Wash. 2020) (granting a motion to strike exhibits attached to a reply brief where the evidence was available, but not filed, earlier); *see also Kimsey v. City of Sammamish*, 574 F. Supp. 3d 911, 922 (W.D. Wash. 2021) (granting a motion to strike declarations filed with a reply where the declarations attested to alleged facts that could have been identified with the initial motion).

In the event the Court is inclined to consider any of Valve's untimely submissions, Plaintiffs request that they be given four pages to respond in a brief, and that Plaintiffs be granted permission to file a short surreply expert report. *Fleming v. Parnell*, 2013 WL 4511494, at *2 (W.D. Wash. Aug. 23, 2013) (granting motion for leave to file substantive surreply to address new reply arguments); Minute Order, *In re Valve Antitrust Litig.*, No. 2:21-cv-00563-JCC (W.D. Wash.), Oct. 5, 2021, Dkt. 64 (same).

### **CONCLUSION**

Plaintiffs respectfully request that the new arguments contained in Valve's *Daubert* Reply brief, and the entirety of the untimely Langer Reply report, be stricken. To the extent the Court is inclined to consider the new material, Plaintiffs request the opportunity to briefly respond, as set out above.

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

3

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | | |
|---|---|---|
| 1 | DATED:      August 19, 2024 | Respectfully submitted, |

/s/ Alicia Cobb                               /s/ Stephanie L. Jensen

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Andrew Faisman (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com
andrewfaisman@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285| Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
Noah Brecker-Redd *(pro hac vice)*
CONSTANTINE CANNON LLP
6 East 43rd St., 26th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
nbrecker-redd@constantinecannon.com

J. Wyatt Fore (*pro hac vic*e)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW, Suite 1300N
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
wfore@constantinecannon.com

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (866) 974-7329
sjensen@wsgr.com
ttindall@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7329
korourke@wsgr.com
jordanne.miller@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone (612) 339-6900
Fax (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Phone (612) 339-6900
Fax (612) 339-0981
kjpozan@locklaw.com

*Interim Co-Lead Counsel*

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

4

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
Douglas R. Matthews (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com
drmatthews@vorys.com

Thomas N. McCormick (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903 | Fax (949) 383-2384
tnmccormick@vorys.com

*Executive Committee Member*

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

5

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**LCR 7 CERTIFICATION**

I certify that this memorandum contains 1,028 words, in compliance with the 1,050 word limit set forth in Local Civil Rule 7(e)(2).

DATED: August 19, 2024

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

6

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED: August 19, 2024

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

PLFS' MOTION TO STRIKE
CASE NO. 2:21-CV-00563-JCC

7

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000