THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

CASE NO. C21-0563-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' surreply (Dkt. No. 341), asking to strike portions of Defendant's reply brief on its motion to exclude certain expert testimony (Dkt. No. 337). In accordance with LCR 7(g)(4), Defendant may file a response to Plaintiffs' surreply not to exceed 1,050 words. That response is due no later than August 26, 2024. The Clerk is DIRECTED to renote Defendant's motion to exclude (Dkt. No. 232) and Plaintiffs' related motion for class certification (Dkt. No. 181) to August 26, 2024.

//
//
//

DATED this 20th day of August 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk