# Declaration of Alicia Cobb in Support of Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Steven Schwartz

# (Dkt. No. 316)

# REDACTED

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

**DECLARATION OF ALICIA COBB IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CO-LEAD COUNSEL AND IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VALVE CORPORATION'S MOTION TO EXCLUDE TESTIMONY OF STEVEN SCHWARTZ, PH.D.**

**FILED UNDER SEAL**

I, Alicia Cobb, submit this declaration on behalf of Quinn Emanuel Urquhart & Sullivan, LLP and hereby state under penalty of perjury as follows:

1.      I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs in the above-captioned action.

2.      I respectfully submit this declaration in further support of Plaintiffs' Motion for Class Certification and Appointment of Co-Lead Class Counsel, and also in support of Plaintiffs' Opposition to Valve Corporation's Motion to Exclude Testimony of Steven Schwartz, Ph.D.

COBB DECL. ISO CLASS CERT.
REPLY & DAUBERT OPP.
CASE NO. 21-CV-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1    3.    A true and correct copy of the Expert Reply Report of Dr. Steven Schwartz, Ph.D.,

2 dated July 12, 2024, is attached hereto as Exhibit 85.

3    4.    A true and correct copy of the Expert Reply Report of Prof. Joost Rietveld, Ph.D.,

4 dated July 12, 2024, is attached hereto as Exhibit 86.

5    5.    A true and correct copy of excerpts of the Deposition Transcript of Dr. Steven

6 Schwartz, Ph.D., taken on April 18, 2024, is attached hereto as Exhibit 87.

7    6.    A true and correct copy of excerpts of the Deposition Transcript of Dr. Ashley

8 Langer, Ph.D., taken on June 21, 2024, is attached hereto as Exhibit 88.

9    7.    A true and correct copy of excerpts of the Deposition Transcript of Dr. Lesley

10 Chiou, Ph.D., taken on June 18, 2024, is attached hereto as Exhibit 89.

11    8.    A true and correct copy of excerpts of the Deposition Transcript of ███

12 ███████████ 30(b)(6) designee, taken on ███████████, is attached hereto as

13 Exhibit 90.

14    9.    A true and correct copy of the Corrected Class Certification Expert Report of

15 Dr. Steven Schwartz, Ph.D, dated March 21, 2024, is attached hereto as Exhibit 91, along with an

16 errata reflecting the changes between the original February 8, 2024 version of that report (Cobb

17 Decl. Ex. 1, Dkt. 182-1), and the corrected version.

18    10.    A true and correct copy of additional excerpts of the Deposition Transcript of Scott

19 Lynch, taken on October 12, 2023, is attached hereto as Exhibit 92.

20    11.    A true and correct copy of excerpts of the Deposition Transcript of Prof. Joost

21 Rietveld, Ph.D., taken on April 17, 2024, is attached hereto as Exhibit 93.

22    12.    A true and correct copy of additional excerpts of the Deposition Transcript of

23 Kassidy Gerber, taken on October 5, 2023, is attached hereto as Exhibit 94.

COBB DECL. ISO CLASS CERT.
REPLY & DAUBERT OPP.                              - 2 -
CASE NO. 21-CV-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this July 12, 2024 in Seattle, Washington.

3

4

5                                        /s/ Alicia Cobb
                                         Alicia Cobb

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COBB DECL. ISO CLASS CERT.
REPLY & DAUBERT OPP.                    - 3 -
CASE NO. 21-CV-00563-JCC

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON  98101
TEL: (206) 905-7000

1

## <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on July 12, 2024, I caused a true and correct copy of the foregoing to

3    be served on counsel for Valve via email and preliminarily filed under seal in this Court's CM/ECF

4    system.

5          DATED: July 12, 2024.

6

7

8                                              */s/ Alicia Cobb*
                                               Alicia Cobb, WSBA # 48685

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000