# Exhibit 87 to the Cobb Declaration

# (Dkt. No. 316-3)

# REDACTED

Page 1

1

2    UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF WASHINGTON
3    AT SEATTLE

     ————————————————————————————————————————
4
     IN RE VALVE ANTITRUST LITIGATION
5
6    Case No. 2:21-cv-00563-JCC

     ————————————————————————————————————————
7
8                        April 18, 2024
                         9:08 a.m.
9
10          *** HIGHLY CONFIDENTIAL --
            ATTORNEYS' EYES ONLY ***
11
12
13          DEPOSITION of STEVEN SCHWARTZ,
14   pursuant to Notice, held at the offices of
15   MONTGOMERY, MCCRACKEN, WALKER & RHOADS
16   LLP, 437 Madison Avenue, New York, New
17   York before Wayne Hock, a Notary Public of
18   the State of New York.
19
20
21
22
23
24
25

Page 97

S. Schwartz - HIGHLY CONFIDENTIAL - AEO

1  paragraphs three hundred seventy to three

2  hundred seventy-six of your report;

3  correct?

4     A.    Yes.

5     Q.    Do you believe that every game

6  developer with a successful game is likely

7  to develop a successful platform?

8     A.    I think in a market unencumbered

9  by the PMFN that Valve imposes would view

10 self-distribution or third-party

11 distribution as a viable option and, as a

12 result, there would be more competing

13 platforms in the marketplace and that the

14 impact of that both on consumers and on

15 developers would be lower commissions and

16 lower game prices.  The but-for world

17 presumes that there would be more

18 competition.  It is likely that some of

19 the competitors who went off and tried to

20 build their own successful first-party

21 distribution outlet would have done so in

22 the but-for world and would have had

23 greater success.  And as I say in the

24 report, it's likely that some of the

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2   publishers or distributors who tried to

3   set up a third-party distribution platform

4   and failed would have had greater success

5   had they not faced the restraints imposed

6   by the PMFN.

7       Q.    Would you agree with me that

8   some game developers with successful games

9   never attempt to develop a platform of

10  their own?

11          THE WITNESS: Repeat that for me,

12      please?

13          (Whereupon the requested portion

14      was read back by the reporter)

15          THE WITNESS:  I would agree that

16      not all of them develop a platform.  I

17      don't know what they do by way of

18      consideration or attempt or

19      development of business plans or any

20      of those things.  But I would agree

21      with you that not all of them do

22      develop.

23          And again, when we get to the

24      end of the line, a good stopping

25      point, if we could take a break.

Page 99

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2       Q.    Let's go on for another five or

3    ten minutes, if that's okay.

4             Do you have a method to predict

5    which successful game developers will, in

6    your view, create a successful platform in

7    the but-for world and which ones won't?

8       A.    No, and I don't need to.  What I

9    need to know is that there is going to be

10   increased competition, and as a result of

11   that increased competition from these

12   additional third-party distribution

13   platforms, Valve will be compelled by

14   competitive pressure to compete on price

15   with developers and will lower the

16   commission rate, and vault of the lower

17   commission rate, game prices will be

18   reduced and both consumers and developers

19   will benefit and there will be robust

20   competition.

21      Q.    Do you believe that in the

22   but-for world, ██ will operate a platform

23   with a market share of ████ percent

24   between 2017 and 2021?

25      A.    I don't know and I don't need to

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    know.   It doesn't -- what I need to know

3    is what the but-for -- approximate but-for

4    market share is for Valve who comprises

5    the remaining roughly ████████ percent

6    of the market and how that's distributed

7    across the various platforms is not an

8    essential element of my analysis.   What is

9    important is to get an estimate of the

10   approximate size of Valve within the

11   marketplace and understand that the

12   elimination of the PMFN is going to lead

13   to entry, effective entry, competition,

14   and a greater number of platforms in the

15   marketplace.   But it's not necessary for

16   me to know who those are and what each

17   specific platform's share would be.

18        Q.    So you're saying, for example,

19   that ████ share could be higher than ████

20   percent and ████████ share could be

21   lower than ████ percent?

22        A.    What I'm saying is that there

23   will be other platforms that will comprise

24   the ████ percent of the rest of the

25   market.   Whether it is comprised of ███

Page 101

```
 1     S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2     ██████████  ██████████  ██████████  ██████████ ,
 3     ██  ██████████ , and  ██████████  only, whether it
 4     will be some subset of this group plus
 5     others who may have entered and failed or
 6     thought about entering and chose not to is
 7     not what is important.  What is important
 8     is the estimate of the approximately ████
 9     percent market share.  That's what flows
10     through to the damages analysis.
11          Q.    Will ██████████  market share be
12     approximately ████ percent in the but-for
13     world?
14          A.    I'll give you the same answer
15     that I just gave:  I don't know and it
16     doesn't matter.  What matters is the ████
17     percent for Valve.  How the remaining ████
18     percent is distributed among competing
19     platforms is not something that I need to
20     determine, it's not necessary as a part of
21     my analysis for the damages analysis, so
22     it's not something that I need to analyze
23     or predict.
24          Q.    How are you able to predict
25     Valve's share at ████ percent when you're
```

Page 102

S. Schwartz - HIGHLY CONFIDENTIAL - AEO

1  not able to predict ████████ share at

3  16.4 percent?

4      A.    Because what I'm saying is that,

5  within this more competitive market,

6  Valve's share will be about ██████

7  percent, ████████ percent.  How the

8  remaining share is divided up and among

9  whom isn't important.  I don't need to

10  know that for my damages analysis.  What I

11  need to know for my damages analysis is

12  what Valve's but-for share would be.  Who

13  comprises or takes up the remaining ████

14  percent doesn't matter for purposes of the

15  damages calculation.

16      Q.    But the basis for your

17  estimating the market share of every one

18  of these companies on figure six is the

19  Steam revenue that those companies

20  generated that's listed in figure six;

21  correct?

22      A.    Yes.

23      Q.    So your basis for predicting the

24  revenue share in column three of figure

25  six is exactly the same for Valve as it is

Page 103

1   S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2   for every other company on that list;
3   correct?
4       A.    I'm sorry, repeat that for me?
5   I'm not sure I understood that.
6       Q.    Yes.
7             The revenue shares that you
8   derive in figure six in the right-hand
9   column, ████ Valve, ████ for ███████
10  those are all simply derived by comparing
11  the Steam revenue that's listed in the
12  Steam revenue chart on figure six;
13  correct?
14      A.    It is based on the revenue from
15  the Steam platform on the sale of the
16  games during this period and -- during
17  this five-year period, and that's the best
18  predictor we have for what Valve's market
19  share would be in a but-for world.  That's
20  the only parameter I need for the damages
21  analysis.
22            The specifics about how the
23  remaining share is divided up in the
24  but-for world is not something that I need
25  for my damages analysis or any other part

Page 104

```
 1      S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2    of my analysis.
 3         Q.      Your basis for thinking that
 4    Steam will have a ████ percent revenue
 5    share in the but-for world is because its
 6    sales on figure six between January, 2008
 7    and December, 2012 was ███████ [sic]
 8    ████████; correct?
 9         A.      ████  ███████  █████████████
10    ████████
11         Q.      I'm sorry.
12                 Let me rephrase that.
13                 Your basis for thinking that
14    Steam's revenue share of ████ percent will
15    be because Valve's sales of its own games
16    on Steam between January, 2008 and
17    December, 2012 were ██████████; correct?
18                 THE WITNESS: Read that one back
19      to me again, please.
20                 (Whereupon the requested portion
21      was read back by the reporter)
22                 THE WITNESS:  I would agree
23      that's how the calculation is done.
24         Q.      Your basis for thinking that
25    ██████████ share of █████ percent is because
```

Page 279

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
2    Valve serves is simply to facilitate that
3    transaction.   That's the economics of the
4    transaction.
5          Q.     As you see it?
6          A.     No, it's not as I see it, that's
7    objectively the economics of the
8    transaction.   You can argue about perhaps
9    other perhaps if you like, but the
10   economics of the transaction, no, that's
11   -- that is objectively what the economics
12   of the transaction are.
13         Q.     And does Valve have
14   responsibility to fulfill that
15   transaction, to supply the game?  It does;
16   doesn't it?
17         A.     They have obligations to both
18   sides.   That's their role as the platform,
19   to facilitate that transaction.
20         Q.     And Valve has responsibility to
21   the user continually, as we discussed
22   before, that can go on for years in
23   connection with that transaction; right?
24               MR. LERAY: I object to form.
25               Go ahead.

Page 280

1      S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2              THE WITNESS:  They have

3          responsibility to continue to provide

4          a platform on which the item that the

5          user has purchased from the developer

6          to allow them to use that game.

7          Q.    And that's more than just being

8      an agent for a publisher; isn't it?

9          A.    I never used the term "agent",

10     you did.  I said their role is to

11     facilitate the transaction and they get

12     paid for the value that they provide.

13     That's their only revenue.  That other

14     revenue belongs -- from the moment of the

15     transaction, that other revenue belongs to

16     the publisher.

17         Q.    This is your accounting opinion?

18         A.    No, that's the economics of it,

19     that's the economics of it.

20             MR. CASPER: Could we have tab

21         thirty, please.  And this will be

22         number ten.

23             (Whereupon, a document entitled

24         Consolidated Financial Statement of

25         the ██ ████████ █████ For 2022

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2        was marked Schwartz Exhibit 10

3        for identification.)

4            MR. LERAY: I think we're at the

5        five-minute warning.

6            MR. CASPER: How much time is

7        left on the record?

8            THE VIDEOGRAPHER: Four minutes.

9        Q.    I'm going to show you what's

10   been marked as Exhibit 10.  And this is

11   the consolidated financial statement for

12   the ███ ████████ ████ for 2022.  And again,

13   I'm going to point you to one page of

14   this, which is page twenty-four.

15       A.    (Reviewing).

16       Q.    And do you see the section that

17   says "revenue and operating expenses" on

18   page twenty-four?

19       A.    I do.

20       Q.    And if you would look at the

21   one, two, three, four, fifth paragraph

22   that begins, "as part of its operations".

23            Do you see that?

24       A.    I do.

25       Q.    Could you read that to yourself,

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2    please.

3         A.      (Reviewing).

4                 Okay.

5         Q.      Would you agree with me that the

6    operator of ████████, which is a gaming

7    platform; correct?

8         A.      Yes.

9         Q.      That ██ ███████, which operates

10   ████████, has concluded, for financial

11   reporting purposes, that ██ ███████ ███████ █

12   ████████████ ███ ██████ ██ █ ██████████████ ████ ██

13   ██ ████████████

14                 Is that true?

15        A.      I would agree that's what it

16   says.

17        Q.      Do you think that that flouts

18   economics?

19                 MR. LERAY: I object to form.

20                 THE WITNESS:   I don't have an

21       opinion whether I agree or disagree

22       with that assessment, and I don't have

23       an opinion as to whether it flouts

24       economics.

25                 I do agree or I would state

Page 283

```
 1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO
 2       without question the way in which
 3       Valve presented the financials in
 4       connection with this case distorts the
 5       underlying economics of the
 6       transaction and suggests that its
 7       ██████ ███ ██████ than they are, which
 8       is belied by all of the information in
 9       the record about just how ████████
10       ████████ the company is.  And the
11       approach that they take distorts the
12       profitability through an accounting
13       when it claims -- what I suspect it
14       will claim is an accounting convention
15       and it distorts the profitability to
16       make it lower than in other places
17       that it freely admits that it is.  And
18       the reason for that is because it
19       doesn't reflect that is actually
20       happening in the transaction as
21       opposed to some set of accounting
22       procedures that it applies for
23       purposes of putting together the P&Ls
24       for purposes of this case.
25              MR. CASPER: Well, I guess we're
```

Page 284

1    S. Schwartz - HIGHLY CONFIDENTIAL - AEO

2         out of time.

3              And I have no further questions.

4              THE WITNESS:  Thank you.

5              THE VIDEOGRAPHER: The time is

6         6:21 p.m., and we're going off the

7         record.

8              (TIME NOTED:  6:21 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 285

```
 1   IN RE VALVE ANTITRUST LITIGATION
 2   4/18/2024 - STEVEN SCHWARTZ
 3          ACKNOWLEDGEMENT OF DEPONENT
 4      I, STEVEN SCHWARTZ, do hereby declare
 5   that I have read the foregoing transcript,
 6   I have made any corrections, additions, or
 7   changes I deemed necessary as noted on the
 8   Errata to be appended hereto, and that the
 9   same is a true, correct and complete
10   transcript of the testimony given by me.
11
12   _____   _____
13   STEVEN SCHWARTZ              Date
14   *If notary is required
15
16          SUBSCRIBED AND SWORN TO BEFORE ME THIS
17          _____ DAY OF _____, 20___.
18
19
20          _____
21          NOTARY PUBLIC
22
23
24
25
```

Page 286

```
1
2                    *       *       *
3
4                    I  N  D  E  X
5    WITNESS           EXAMINED BY           PAGE
6    S. Schwartz     Mr. Casper              6
7
8                    E  X  H  I  B  I  T  S
9    SCHWARTZ        DESCRIPTION              PAGE
10   Exhibit 1       Document entitled
11                   Class Certification Expert
12                   Report of Steven Schwartz,
13                   Ph.D.                     50
14   Exhibit 2       Document entitled
15                   Attachment A-1            50
16   Exhibit 3       Excerpts from a
17                   transcript dated
18                   October 13, 2023          59
19   Exhibit 4       Document entitled
20                   Top Publishers By Net Sales
21                   on Steam                  110
22   Exhibit 5       Document entitled
23                   Consolidated Second
24                   Amended Class Action
25                   Complaint                 118
```