# Exhibit 89 to the Cobb Declaration

# (Dkt. No. 316-5)

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DIVISION OF WASHINGTON

3                        AT SEATTLE

4

5

6   IN RE:  VALVE ANTITRUST        )

    LITIGATION                     )

7                                  )No. 2:21-cv-00563-JCC

    _____ )

8

9

10

11        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

13        VIDEOTAPED DEPOSITION OF LESLEY CHIOU, Ph.D.

14                 Los Angeles, California

15                 Tuesday, June 18, 2024

16

17

18

19

20

21

22   Reported by:

23   RENEE A. PACHECO, RPR, CLR

24   CSR No. 11564

25

Page 38

1    the overlap in titles, that is consistent with

2    evidence of demand substitution.

3         Q    Microsoft has the Xbox; right?

4         A    Yes, it does.

5         Q    And Microsoft has the Xbox for Microsoft

6    Store on the Xbox; right?

7         A    There is a Microsoft Store.  There is also

8    a Microsoft Xbox app for P.C.

9         Q    Okay.  And on the Microsoft Xbox store or

10   the Xbox Microsoft Store, I should say, Microsoft

11   sells Xbox console versions of games; right?

12        A    On the Microsoft Store on Xbox, they sell

13   console games.  But Microsoft, as I discuss in my

14   report, has also begun merging the two stores for

15   P.C. and console.  They now have a Xbox app for P.C.

16   and Play Anywhere titles where once a title is

17   purchased, it can be played either on a P.C. or on a

18   console.

19        Q    Okay.  Well, let's stick with my question,

20   though.

21             Microsoft historically has had the

22   Microsoft Store where it sells P.C. versions of its

23   games; right?

24        A    Would you please clarify that question?

25        Q    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 39

1          On P.C.s, there is a Microsoft Store where
2    you can buy Microsoft games; right?
3          A    Yes, there is a Microsoft Store on P.C.s,
4    and also one on Xbox.
5          Q    To your understanding, does Microsoft pay a
6    commission to itself for sales of the games on the
7    Microsoft Store?
8          MR. CASPER:  I object to the form of the
9    question.
10          THE DEPONENT:  Would you please clarify
11    what you mean by "pay a commission to itself"?
12    BY MR. WOLFSON:
13          Q    Does it charge itself a commission?
14          The answer is no; right?
15          MR. CASPER:  Object to the form of the
16    question.
17          THE DEPONENT:  Would you please restate the
18    question?
19    BY MR. WOLFSON:
20          Q    Does Microsoft charge itself a commission?
21          A    I believe that was the same question
22    earlier, so I'm not clear by what you mean by
23    "Microsoft charging itself."
24          I do talk about the different revenue share
25    rates across the different platforms.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 40

1      Q   Does Microsoft, for its sales of Microsoft
2  games on the Microsoft Store, to the best of your
3  knowledge, deduct any amounts or commissions or any
4  other charges that Microsoft charges on the
5  Microsoft Store?
6      A   For Microsoft's own titles, I'm not aware
7  of Microsoft charging or administering itself a
8  revenue share rate.  Microsoft does, for example,
9  incur costs of distribution.
10     Q   Now, Microsoft sells its games on Steam as
11  well; right?
12     A   There's some overlap, yes --
13     Q   And --
14     A   -- in titles.
15     Q   Sorry.  I didn't mean to cut you off at the
16  end there.
17         But for any sale that Microsoft makes on
18  Valve's Steam store, it owes Valve a revenue share,
19  what we call the 30 percent commission; right?
20     A   In exchange for services from Valve,
21  Microsoft does share revenue.
22     Q   Okay.  So on the Microsoft Store, it does
23  not share revenue, but for sales on the Steam store,
24  it does share revenue.  It sells console games on
25  the Microsoft Store for no revenue share.  It sells

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 41

1    P.C. games on Steam for a revenue share.

2            To you, is that evidence of

3    substitutability or complementary?

4        A    Would you please be more specific in that

5    question?  I'm not following the logic.

6        Q    Yes.

7            The fact that Microsoft is selling console

8    games on a console store for no revenue share but is

9    still selling P.C. versions of those same games on

10   Valve for revenue share, does that indicate to you

11   that that substitute -- or that's evidence of

12   substitutability between consoles and P.C.s, or is

13   it evidence of complementary between consoles and

14   P.C.s?

15       A    This is something that I discuss in my

16   report.  It's evidence that there are a wide array

17   of alternative distribution options for Microsoft

18   and for other publishers.

19           It also shows that there are other features

20   that publishers care about when choosing different

21   platforms.

22           So certainly, these are options, these are

23   alternatives, and that's absolutely consistent with

24   substitution.

25       Q    Professor Chiou, that wasn't my question.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42

1          My question is:  With those facts, is that

2      evidence to you of substitute between gaming

3      consoles or P.C.s, or is it evidence of

4      complementary between gaming consoles and P.C.s?

5          A   My answer is as before.  It's those are

6      options and alternatives.  So it's certainly

7      consistent with substitution in which publishers can

8      choose different alternatives to distribute their

9      games.

10         Q   Microsoft, one of the biggest gaming

11     console manufacturers in the world, is making its

12     games, it's making both console versions and P.C.

13     versions.

14             To you, does that suggest substitutability

15     between gaming consoles and P.C.s?  Am I getting

16     your testimony correct?

17         A   Not quite.

18             What I discuss in my report is that there's

19     substitution on the publisher side where they can

20     choose between different platforms, and also on the

21     consumer side as well too where they have options

22     now of purchasing a title -- I have an exhibit on

23     this popular title -- across these different

24     platforms.  So that is consistent with alternatives

25     in substitution.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 43

1       Q   Well, if you look at Paragraph 44 of your

2    opinion, on the top of Page 26, you say (as read):

3            "Many platforms are available

4            only on specific devices, so the

5            device a consumer selects to play

6            video games on dictates the

7            platforms available to them.  In

8            particular, console devices use

9            proprietary operating systems that

10           integrate the device with the

11           platform, which excludes other

12           platforms from participating."

13           Did I read that correctly?

14       A   Yes, you did.

15           One moment while I finish reading.

16           I'm done reading.

17       Q   Is that still your opinion?

18       A   Yes, this is what I wrote.

19       Q   Can you access Steam on an Xbox?

20       A   So Steam can be accessed through a variety

21    of ways, through the P.C. or the Steam Deck.

22    Through an Xbox machine, it cannot be accessed.

23           However, something that I discuss, and it's

24    also discussed in the plaintiffs' reports, is that

25    consumers multi-own, they own multiple devices, so

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 44

1    they have an option to select titles across the

2    different platforms.

3              They also have an option, even before they

4    select a device, over what type of platform they

5    want to choose through their selection.

6         Q    Okay.  So a consumer might view a gaming

7    console or a -- a P.C. as a substitute, but just

8    because a consumer -- something can be substituted

9    for a consumer, can't it also be a complement for a

10   publisher?

11        A    Well, what I discuss here in my report is

12   that there is direct evidence of substitution for

13   publishers across different platforms.

14             I also point out, in Dr. Schwartz's report,

15   that he does not rule out that multi-homing, having

16   access to different platforms is -- doesn't rule out

17   that as substitutes and, in fact, it can be, and

18   it's consistent with the evidence.

19        Q    Can an Xbox user access Steam or the Epic

20   Games Store for Xbox games?

21        A    If an Xbox user has a P.C. and, for

22   example, has Steam, then yes, an Xbox user can.

23        Q    That was not my question.

24             Can an Xbox user access Steam to get Xbox

25   games, Xbox console versions of games?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 45

1          A    An Xbox -- well, sorry.  Can you please

2     repeat the question?

3          Q    Yeah.

4               Can an Xbox user use Steam or Epic Games

5     Store to get a game for their Xbox?

6          A    They can use those platforms to get a

7     popular title that's also available on Xbox, but not

8     the Xbox version.  However, those are similar -- the

9     same titles are often offered on both.

10         Q    On Steam, can -- well, strike that.

11              Now, what about a -- a Xbox user?  Can they

12    use the Microsoft Store to get a PlayStation game?

13         A    An Xbox user can use the Microsoft Store to

14    get titles that are often also available on

15    PlayStation.  This is one of my exhibits.

16         Q    So you're saying that if a game is made

17    available across different types of stores, and if

18    the consumer has different types of devices, they

19    might have options of getting a game on P.C. versus

20    a gaming console; right?

21         A    I'm saying something a little bit more

22    broad, which is that there are different titles

23    available across different platforms.  If a consumer

24    happens to own multiple devices, they have that

25    choice.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 46

1          Even if a consumer doesn't, they also have

2     a choice over selecting platform, selecting a

3     device, and selecting a title from the beginning.

4          Q    And all of this you're saying indicates

5     only substitutability, or is it your opinion that

6     none of this indicates or could indicate

7     complementary?

8          A    What I'm saying is that this, as well as

9     the other evidence that I look at indicates -- is

10    completely consistent with substitutability.

11         What I say in my report is that

12    Dr. Schwartz claims that there is -- this

13    multi-homing leads to complementary, but he does not

14    rule that out.  And my assignment is focused on

15    looking at Dr. Schwartz's methodologies.

16         Q    Here is my question:  Are you saying that

17    gaming consoles are substitutes for P.C. gaming?

18         A    I'm saying that the evidence is consistent

19    with gaming consoles and P.C.s being substitutes.

20         I go further and talk in the other section

21    about how Dr. Schwartz omits these important

22    substitutes.

23         Q    But my question is a little bit -- it's a

24    finer point.

25         Is it your opinion that gaming consoles are

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 221

1        Q    Yep.  And that would be $30 under this
2    scenario; right?
3        A    Under this scenario, the publisher --
4        Q    Yes.  That's 30 percent of $100; correct?
5        A    So yeah, that would be a cost that a
6    publisher would bear.
7        Q    Okay.  So if I want to look at what they --
8    the total costs in revenue share to distribution
9    platforms for these games, I would have to include
10   the $30 paid to Valve, plus the $30 paid to the
11   competing platform; correct?
12       A    If we're looking at the publisher's --
13   yeah, if you're looking at the publisher's rate --
14   revenue share rate, including what they're paying to
15   the competing platforms, then yes, there is -- there
16   is a cost to that.
17       Q    Okay.  So that would be 30 plus 30 is the
18   numerator, 60; right?
19       A    Yeah, I agree 30 plus 30 is 60, but it's
20   not Valve's portion.
21       Q    I get that.  But then, if we're looking at
22   the revenue generated in Steam sales and Steam keys
23   sales, the dominator would be 100 plus 100; right?
24       A    Yes.
25       Q    Okay.  Which would mean that the actual

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 222

1    revenue share paid by the publisher is 30 percent;

2    correct?

3         A    Yes.   If we're looking at the publisher and

4    how they split their share with the Steam key

5    reseller, yes.

6         Q    Okay.   Great.

7              If I could have that, I'm going to write in

8    30 percent here.

9              Okay.   Did I write 30 in the right spot

10   there?

11        A    But these two formulas here are calculating

12   two different things.

13        Q    Right.   Now, I want you to assume

14   something.   Assume, using all these facts that we

15   just talked about, or hypothetical ones, assume that

16   Valve charged 25 percent instead of 30 percent, and

17   that you are also looking at the revenue share,

18   including that -- that the publisher is paying to

19   the competing platform, you would agree with me that

20   its actual revenue share would drop from 30 percent

21   to 27.5 percent?

22        A    So let's see.   So you said the Valve

23   revenue share rate would drop.   So that percentage

24   drop, assuming that there's the same revenue that

25   would be computed, yeah, in the numerator.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 223

1      Q    Okay.  It would pay less money over all if
2    Valve dropped its commission; right?
3      A    According to this hypothetical, yes.
4      Q    Okay.  Now, let's -- let's look at a
5    different world.  All right?
6           MR. WOLFSON:  Let's mark this as 4, please.
7           (Plaintiffs' Exhibit 4 was marked
8           for identification.)
9    BY MR. WOLFSON:
10     Q    Now, let's assume a world with no Steam
11   keys, but a world with lower commissions.  All
12   right?
13          So here, I have got your formula, but the
14   assumptions are Valve's commission is 20 percent.
15   There's 100 revenues -- $100 in revenue from sales
16   on Steam.  And then there's a competing platform
17   that also charges 20 percent.  And there's $100 in
18   publisher revenue on that competing platform, but
19   there's no Steam keys.  It's just $100 in revenue on
20   that platform.  Okay?  Those are the assumptions I
21   want you to make.
22          Now, am I right that using your formula
23   under these assumptions -- and again, it's publisher
24   revenue, pre-revenue share, et cetera -- that using
25   your formula, the effective revenue share for this

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 224

1        publisher would be 20 percent; right?

2             A    Yes, in this scenario.

3             Q    If you don't mind, can I have Exhibit 4?

4        I'll write that.

5             Now, I know that the -- you do not have a

6        formula for a world with no Steam keys.  But if this

7        publisher is paying a competing platform 20 percent

8        on $100 in revenue for non-Steam key versions of its

9        game, its actual revenue share paid across Steam

10       sales and competing platform sales would also be

11       20 percent; right?  20 plus 20 on the numerator, 100

12       plus 100 on the denominator?

13            A    Across both.

14            Q    Okay.  If you don't mind.

15            Now, looking at the actual revenue share

16       paid by publisher numbers on -- on Exhibits 2 and 4,

17       you would agree with me that a world in which Valve

18       has a lower commission than today benefits the

19       publisher; right?

20            A    So looking at this particular hypothetical

21       here, there is -- the effective revenue share rate

22       changes from 15 percent to 20 percent.

23            Q    I didn't ask about that.  I asked about the

24       actual revenue share rate.  Let's look -- so you

25       agree that in the world -- first of all, in Scenario

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 225

1      1, Exhibit 2, in the scenario where only Valve

2      lowered its commission, its revenue share, and the

3      competing platform did not, that the actual amount

4      of revenue share that the publisher pays is less;

5      right?

6             A    Across the two platforms, yes.

7             Q    And you would agree that in a world where

8      Valve and the competing platform both charge lower

9      commission rates, the actual revenue share number --

10     this is Scenario 2, Exhibit 4 -- is lower for the

11     publisher; right?

12            A    Yeah, in this hypothetical, yes.

13            Q    Okay.  Thank you.

14                 You can set those aside.

15                 You said before that █ percent -- you're

16     aware of █ percent of game publishers utilizing

17     Steam keys?

18            A    I said that that was Dr. Schwartz's

19     estimate of the number of publishers that check the

20     checkboxes on the Steam key request form.

21            Q    Okay.  Did you see anything -- or did you

22     see any data that indicates that that number is

23     wrong?

24            A    The data that I saw indicated that

25     publishers vary widely in their use of keys.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 226

1      Q    Have you any reason to doubt that
2   ███ percent of the publishers have used Steam keys?
3      A    So Steam keys do vary in their usage.  What
4   I talk about in my report is that Dr. Schwartz
5   mishandles the processing of the keys.
6           So what I'm saying in -- in reference to
7   the ███ percent is that he is using that in one way
8   as evidence of this classwide or common knowledge.
9           And what I'm saying is even given that,
10  that is not common knowledge, and also, I do a
11  direct test with actual data.
12     Q    If ███ percent of game publishers were aware
13  that Valve has a checkbox requirement that they
14  cannot price Steam key games lower than on -- on
15  Steam store, it's your opinion that there is not
16  widespread knowledge of this requirement?
17     A    So the evidence is inconsistent with there
18  being any alleged price parity.  As far as the
19  ███ percent, those are the ones that check the
20  checkboxes.
21          According to Dr. Schwartz, what I describe
22  in my report is it varies of the ███ according to
23  Dr. Schwartz, how many read the key request form,
24  how did they interpret it, did it ultimately change
25  their actions.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 227

1          Q    You're -- you're aware that Valve's

2     Software Development Agreement, the SDA, indicates

3     that Steam keys are not subject to Valve's revenue

4     share; right?

5          A    Are you referring to the SDA?

6          Q    Yeah.

7          A    The Standard Distribution Agreement?

8          Q    Standard Distribution Agreement, yes.

9          A    Okay.  Yeah, sorry, would you please repeat

10    the question again?

11         Q    Yeah.  It's -- it says that Steam keys are

12    not subject to Valve's revenue share?

13         A    That Steam keys are not subject to revenue

14    share?  Publishers don't pay a revenue share for

15    that.

16         Q    Okay.  And Valve's aware that the amount of

17    Steam keys issued and redeemed varies by game and --

18    and publisher; right?

19         A    Issuances and redemptions, yes, vary.

20         Q    Okay.  And the -- the pricing rules don't

21    vary depending on the amount of Steam keys issued

22    and redeemed; right?

23         A    Which pricing rules are you referring to?

24    I have no -- there is no evidence of any alleged

25    pricing parity.

Page 228

1    Q    I'm sorry.   The revenue share rules, they

2    don't vary based on how many Steam keys are issued

3    or redeemed by you, right, as a publisher?

4        A    The effective revenue share rate does vary.

5        Q    That's not what I asked.

6            I said the revenue for Steam key --

7    Steam -- sales on Steam, that doesn't raise or lower

8    depending on how many Steam keys sell and redeems or

9    it gets in the first place; right?

10       A    Can you repeat that again, the last part?

11       Q    Yeah.   Valve doesn't say, If you get more

12   Steam keys, you owe us more in terms of revenue

13   share; right?

14       A    The revenue share is 0 percent for Steam

15   keys.

16       Q    That's not what I was asking.

17           For games sold on Steam, on the Steam

18   store, Valve does not say, Well, if you get so many

19   Steam keys and redeem them, then you're going to owe

20   us a higher revenue share, right, for games sold on

21   the Steam store?

22       A    Oh, I see what you're saying.   The nominal

23   rate is independent of the keys.

24       Q    Okay.   Now, if Valve -- well, when Valve

25   changed to its -- its structured tiers, it didn't

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 242

```
1        the -- we talked about the indirect network effects

2        of Valve's two-sided platform and the features it

3        offers publishers.  Some publishers might like some

4        of the features Valve offers.  Some might not care

5        about those features; right?

6            A    So I would say there's a difference, yes,

7        in the features and how they're valued by

8        publishers.

9            Q    Okay.

10           A    And that, in general, Steam is more

11       feature-rich.

12           Q    Okay.  So Steam, by being feature-rich,

13       that's one of the ways it competes; right?

14           A    It competes on quality.

15           Q    Okay.  Now, if Steam were to keep all those

16       same features, its competitors were to keep all the

17       same features, but the only difference is that

18       Steam -- or that Valve dropped its revenue share,

19       wouldn't you agree that publishers selling on Steam

20       are all going to benefit in terms of paying Valve

21       less money?

22           A    So I believe this is a similar question to

23       what was asked before, in which you said to keep the

24       features constant and to drop the rate.  And my

25       response there was that by dropping the rate, may
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 243

 1      not be able to keep the existing features.

 2              But in general, consumers or publishers,

 3      they do care about price, and they also care about

 4      features.

 5          Q   And you haven't done any analysis showing

 6      that had Valve dropped its commission even a decade

 7      ago, that they would have been unable to introduce

 8      or maintain the features it has today; right?

 9          A   Well, my assignment is to assess

10      Dr. Schwartz's methodology and his determination of

11      what would happen with price and features in the

12      but-for world.

13          Q   He -- he concluded, actually, that Valve

14      could have dropped its commission and increased its

15      innovation, didn't he?

16          A   Dr. Schwartz assumed that.  He did not show

17      why that would be the case.  He also did not

18      establish any -- with any common-wide evidence how

19      the value of the quality adjusted rates would affect

20      each publisher.

21          Q   Well, we have already agreed, Professor

22      Chiou, that each publisher inherently has a

23      different value for Valve's services; right?

24          A   Yeah, they vary in their benefits.

25          Q   Okay.  Are you saying that there's no world

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 244

1    in which we could show that -- that publishers would

2    benefit on the whole from a lower -- from paying

3    Valve less, just because they value Valve's services

4    slightly differently?

5            MR. CASPER:  Object to the form of the

6    question.

7            THE DEPONENT:  So what I'm saying is that

8    in this but-for world, there are new entrants.

9    Everyone will -- all the platforms will be choosing

10   prices and features, and that each publisher, then,

11   would have their own preferences and substitute

12   across different platforms.

13           So this would affect the rate that they

14   pay, and also, the sales that they make.

15   BY MR. WOLFSON:

16       Q   So in this but-for world that you're

17   talking about, there would be more competition?

18       A   So what I'm saying is that based upon what

19   Dr. Schwartz is saying about there being more

20   competition in this but-for world, I'm evaluating

21   his rationale and line of reasoning there.

22       Q   In his positive but-for world, he concludes

23   there would be more competition in terms of number

24   of entrants, price competition, and quality

25   competition; right?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 245

1        A    Professor Schwartz claims changes in the

2    but-for world.

3             However, my assignment is about whether or

4    not he can establish classwide impact or damages in

5    that but-for world.  I find that he cannot.

6        Q    If a but-for world includes more entrants

7    competing, lower prices, higher quality than the

8    real world and the real world exists due to

9    anticompetitive conduct, it's your opinion that

10   that's not classwide anticompetitive impact?

11             MR. CASPER:  Object to the form of the

12   question.

13             THE DEPONENT:  Yeah.  Would you please

14   restate the question?

15   BY MR. WOLFSON:

16       Q    If a but-for world includes more entrants

17   competing, lower prices overall, higher quality

18   overall than the real world, and the real world is

19   what it is due to anticompetitive conduct, it's your

20   view that that does not establish classwide impact?

21             MR. CASPER:  Same objection.

22             THE DEPONENT:  The classwide impact is

23   looking at the publisher's decisions and whether or

24   not -- and not assuming that there is, as you say, a

25   common change in price, a common change in quality,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 246

1      a common change in innovation.

2            In this but-for world, platforms would come

3      in and choose different prices -- potentially

4      different prices and different features.

5            And that ultimately is going to lead

6      publishers, based upon their own preferences, to

7      choose different combinations of platforms, for

8      example.  That's going affect their revenue share

9      rate and their sales on a individual basis.

10     BY MR. WOLFSON:

11        Q   Are you saying that their sales would go

12     down or their costs would go up in this world where

13     they have more choices?

14        A   In a world where they have more choices,

15     theoretically, there are different prices and

16     different combinations of prices and features, and

17     it's going to change on a publisher-by-publisher

18     level.  So whether or not it affects sales, that's

19     an individualized question.

20        Q   Have you identified any category of

21     publishers that you believe would have less sales

22     overall in the but-for world from the elimination of

23     what is alleged to be Valve's anticompetitive

24     conduct?

25        A   What I describe in my report is that the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 247

1  sales depend upon the different pricing, the

2  features, and the sensitivity of consumers.

3           So that is a question that Dr. Schwartz

4  needs to be able to address on a classwide basis,

5  and I find that he cannot.  My assignment is to

6  assess his methodology.

7       Q   My question is:  Have you identified any

8  category of publisher that you believe would have

9  less sales in the but-for world?

10      A   So what I'm saying is that publishers'

11 sales in the but-for world are going to -- are going

12 to change.  It's going to depend upon the

13 combination of prices and quality.

14      Q   Well, if their sales change by going up,

15 you agree that's a benefit, wouldn't you?

16      A   As to whether or not that's a benefit, it

17 depends upon the trade-off between the prices that

18 they can sell, the quantities they can sell, the

19 revenue share rates they can pay, and also, any of

20 these individualized, for example, exclusive deals

21 with EGS.  So that's all part of the but-for world.

22      Q   And my question is:  Have you identified

23 any publisher or publishers or category of

24 publishers that you believe would have lower sales

25 in the but-for world?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 248

1      A    So what I'm saying is that as far as

2    identifying the publishers, I'm looking at

3    Dr. Schwartz's methodology in which he assumed that

4    all the publishers would have no change in sales.

5      Q    Okay.

6      A    So that's my assignment and my opinion.

7      Q    All right.  So the answer is no, you have

8    not identified any category of publisher that you

9    think would have lower sales if Valve had to stop

10   pushing its PMFN in the market; right?

11          MR. CASPER:  Object to the form of the

12   question.

13          THE DEPONENT:  Would you please be more

14   specific?

15   BY MR. WOLFSON:

16     Q    You have not identified any category of

17   publisher -- let's just be broader -- that you

18   believe would be harmed in the but-for world?

19     A    In fact, what I say is I give examples of

20   publishers that may actually be worse off in the

21   but-for world.  They would lose, for example, the

22   exclusive deals with EGS.  This is something that

23   Professor Rietvald also discusses in his report.  So

24   that must be taken into account.

25          But it's possible that there are publishers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 249

1      that in losing these deals, would be harmed in the
2      but-for world.
3          Q   Okay.  So -- so publishers that had
4      exclusives on Epic Games Store, you haven't shown,
5      through any sort of mathematical or other type of
6      analysis, that you believe that they would be harmed
7      in the sense of either making less sales or making
8      less money in the but-for world?
9          A   So what I do is I look at examples of this.
10     But, once again, there is not data currently
11     available.  It requires individualized inquiry to
12     look at what were the nature of the deals.
13             As I said before, Professor Rietvald
14     himself also says that in a but-for world, these
15     exclusive deals would also go away.
16         Q   Okay.  Exclusive deals on Epic Games, you
17     hypothesized that there might be some harm to
18     those -- to those who had exclusive deals on Epic
19     Games; right?
20         A   What I --
21             MR. CASPER:  Object to the form of the
22     question.
23             THE DEPONENT:  I'm sorry.  Would you please
24     repeat the question?
25     ///