# Exhibit 92 to the Cobb Declaration

# (Dkt. No. 316-8)

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF WASHINGTON

3                      AT SEATTLE

4    _____

5    In Re:                        )
                                   )
6                                  ) No. 2:21-cv-00563-JCC
     VALVE ANTITRUST LITIGATION    )
7                                  )

8    _____

9      VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

10                     SCOTT LYNCH

11   _____

12

13      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

14

15

16                      9:11 A.M.

17              THURSDAY, OCTOBER 12, 2023

18              701 FIFTH AVENUE, SUITE 5100

19                 SEATTLE, WASHINGTON

20

21

22

23   Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR

24   WA CCR #2157; OR CSR #20-0477; CA CSR #14435

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 223

1    Q.   What sorts of instances are there where you're

2   getting involved with a developer?

3    A.   It could be at every level from the beginning

4   to the end to helping with issues that come up.

5    Q.   If it was a particularly important issue,

6   would you want to be involved?

7    A.   There are other people that can help with

8   important issues.

9    Q.   But in this case, you're the one who got the

10  phone call?

11   A.   [REDACTED] called me.  We had -- we've always had a

12  great relationship going back for years, so, yeah.

13   Q.   [REDACTED] follows up on that the next day

14  and provides an update from [REDACTED] right?

15   A.   Yes.

16   Q.   And they are building a patch that fixes

17  Valve's problem with [REDACTED] right?

18   A.   I'm sorry.  Fixes what?

19   Q.   Fixes Valve's problem with [REDACTED]

20   A.   Let's see.

21        I don't think that's what he says, fixes the

22  problem, but it sounds like it would have solved any

23  issues with the Steam Distribution Agreement.

24   Q.   He's trying to solve the issues with the Steam

25  Distribution Agreement; is that right?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 224

```
 1        A.    Yeah.
 2        Q.    On 960, do you see the third dash, "The
 3   ████████ user flow for Steam consumers within ████
 4   will be."
 5              Do you see that?
 6        A.    Third dash.   Yes.
 7        Q.    And the first subpart is "████████ is not
 8   shown in the client (not accessible in any way within
 9   ████████)."
10              Do you see that?
11        A.    I do.
12        Q.    And that was necessary for compliance --
13        A.    No.
14        Q.    -- with Valve's SDA?
15        A.    No.
16        Q.    That wasn't necessary?
17        A.    No.
18        Q.    Why not?
19        A.    The "not accessible in any way within ████
20   PC" is not -- would not be a requirement of the Steam
21   Distribution Agreement.
22        Q.    Then why was ████████ doing it in order to
23   comply with the SDA?
24        A.    I don't know why they were going that far or
25   if they were.   And it's possible he was just wording
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 225

1    that incorrectly, but that wouldn't be required.

2         Q.   Who's responsible for explaining to developers

3    what their obligations are under the SDA?

4         A.   The SDA.

5         Q.   Nobody at Valve does that?

6         A.   You mean we don't have conversations with

7    people about the SDA?  Is that what you're asking?

8         Q.   My question is:  Does anybody educate

9    developers about what Valve expects under the SDA?

10        A.   When they have questions about terms of the

11   SDA, we'll have conversations with them about that.

12        Q.   So if they raise a question, Valve will answer

13   it?

14        A.   Sure.  Yeah.

15        Q.   And that would include things like whether or

16   not you can link to other stores; right?

17        A.   That would include conversations like that

18   because there's a section in the SDA about that.

19        Q.   Same thing about offering content on both

20   Steam and off of Steam?

21        A.   There's nothing in the SDA about content off

22   of Steam.

23        Q.   Is it your testimony here today that a

24   developer can offer a game on Steam and a game plus

25   additional DLC for that game off of Steam?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 226

1      A.    Yes.

2      Q.    You think that's permissible under the SDA?

3      A.    Oh, I'm sorry, selling.  Are you saying

4  selling?

5      Q.    Yes.

6      A.    There -- there is a section in the SDA about

7  having content that's -- I think it says something like

8  material parity, something like that.

9      Q.    There's a material parity requirement for

10  content in the SDA?

11      A.    Yeah.  There's a section in the SDA that talks

12  about content and that, you know, the game, you know,

13  should be -- can roughly -- the same with the content,

14  between, you know, different places.

15      Q.    Practically, this means that DLC offered on,

16  let's say, ▇▇▇ also needs to be offered on Valve,

17  Steam?

18      A.    DLC would be one of the things that should be,

19  yeah, similar between the game sold in other places.

20      Q.    Material parity; right?

21      A.    I think that's the term used.

22      Q.    The second subpart says, "Free games pages" --

23  sorry, "Free games page shows only 'Free' products

24  available via Steam (when Play is clicked the user is

25  redirected to the Steam application on the product page

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 227

1    for that specific product)"; is that right?

2         A.    Correct.

3         Q.    And this was required by the SDA; right?

4         A.    (Witness reading to himself.)

5              That, I would need to kind of look at the

6    agreement.  I'm not sure I understand what this is

7    referring to.

8         Q.    In any case, ███████ was doing it in order to

9    comply with the SDA?

10        A.    I don't know.  This one, I'm not exactly sure

11   what he's referring to.  It wasn't really mentioned.

12   Was it mentioned someplace else?  I don't even see it

13   mentioned anyplace else.

14        Q.    Valve had told ███████ that it was taking away

15   preorders for three games; right?

16        A.    I think we told them we were going to

17   discontinue preorders because of a violation of the

18   Steam Distribution Agreement.

19        Q.    And this change is ███████ attempting to get

20   in compliance; right?

21        A.    In part.  It looks like there's some extra

22   stuff in here.

23        Q.    You think ███████ is just adding in extra

24   things?

25        A.    Well, or things they didn't have to do.

```
 1   There's the not accessible in any way within ████,

 2   so that's just not a requirement.

 3        Q.   Did ██████ think it was a requirement?

 4        A.   I don't think so.  I don't know why they were

 5   doing that.

 6        Q.   They were just doing it out of the goodness of

 7   their heart?

 8             MR. CASPER:  Object to the form of the

 9   question.

10        A.   Is that actually a question?

11        Q.   (BY MR. SIEBERT)  I'm asking you why they're

12   doing it.

13        A.   I just said, I don't know.

14        Q.   So they're undertaking obligations they don't

15   actually have.

16             Is that your testimony?

17        A.   Yeah.  I would have told them that you don't

18   have to do that.  Maybe he was just wording it

19   incorrectly, but...

20        Q.   You actually spoke with ██████ about this;

21   right?

22        A.   I spoke with ████████  I didn't speak

23   with -- who's this -- ██████ yeah.

24             MR. SIEBERT:  I would like to mark

25   Exhibit 142.  This is Tab 21.  It's a Bates stamped
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 229

1    document, VALVE_ANT_2771548.

2                    (Exhibit Number 142 marked for

3                         identification.)

4         Q.    (BY MR. SIEBERT)   And for the record, this is

5    an email from Scott Lynch to Liam Lavery, subject "Fwd:

6    ███    Updates on Steam," dated November 8, 2014.

7         A.    Okay.

8              MR. CASPER:   You need to read the entire

9    document that has been placed before you.

10             THE WITNESS:   All right.

11        Q.    (BY MR. SIEBERT)   I'll represent to you that

12   many of these emails are the same as those we looked at

13   just now.

14        A.    Okay.   That's what I'm trying to confirm.

15             Some of them are not here.   ███████ is not

16   here.   Okay.

17        Q.    On the first page, there's an email from you

18   beginning with "Hi ███████

19             Do you see that?

20        A.    Yes.

21        Q.    It says, "One more follow-up item"; right?

22        A.    Yes.

23        Q.    "A confirmation from people in ██████

24   responsible that acknowledges the mistake and confirms

25   that they will make a concerted effort in the future to