# Valve's Proposed Redactions to:

# Valve's Reply in Support of its Motion to Exclude Testimony of Steven Schwartz, Ph.D.

# (Dkt. No. 337)

# FILED UNDER SEAL