# Valve's Proposed Redactions to:

# Valve's Reply Expert Report of Ashley Langer, Ph.D.

# (Exhibit 34, Dkt. No. 338-1)

# FILED UNDER SEAL