THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**STIPULATED MOTION REGARDING SEALING OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF STEVEN SCHWARTZ, PH.D.**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 9, 2024** |

The Parties hereby present the following joint stipulation regarding sealing of Plaintiffs' Supplemental Brief in Response to Defendant's Motion to Exclude the Testimony of Steven Schwartz, Ph.D.

The Parties have met and conferred with respect to Plaintiffs' upcoming Supplemental Brief in Response to Defendant's Motion to Exclude the Testimony of Steven Schwartz, Ph.D. The Parties expect that the brief and its supporting Schwartz Sur-Reply Report will contain numerous references to materials designated as "Confidential" or "Highly Confidential Attorneys' Eyes Only Materials" under the August 16, 2022 Stipulated Protective Order (Dkt. 95). The Parties intended the prior

Stip. Mot. Regarding Sealing
of Plaintiffs' Supp. Br.
Case No. 2:21-cv-00563-JNW - 1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

stipulation (Dkt. 308) to apply to all anticipated briefing on Defendant's Motion to Exclude the Testimony of Steven Schwartz, Ph.D. However, out of an abundance of caution, the Parties are submitting this stipulation to specifically address this supplemental brief and its supporting materials.

The Parties have agreed to the following procedure, consistent with prior practice in this matter, and respectfully request the Court enter an order reflecting the Parties' stipulation.

1. Plaintiffs may initially file under seal their Supplemental Brief in Response to Defendant's Motion to Exclude the Testimony of Steven Schwartz, Ph.D., including all exhibits and declarations on which they rely, consistent with prior practice in this matter including stipulated Orders in this case (*see* Dkts. 177, 227, 308), and pursuant to LCR 5(g)(2).

2. The Parties agree that the deadline for any party or non-party to move to seal materials associated with Plaintiffs' Supplemental Brief in Response to Defendant's Motion to Exclude the Testimony of Steven Schwartz, Ph.D. shall be extended to September 30, 2024. The Parties further agree that (1) any responses from parties and non-parties must be filed by October 14, 2024, and (2) any replies must be filed by October 21, 2024.

3. The Parties shall meet and confer and jointly file redacted public versions of Plaintiffs' Supplemental Brief in Response to Defendant's Motion to Exclude the Testimony of Steven Schwartz, Ph.D. by October 28, 2024, redacting all material that any party or non-party moved to seal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th day of September, 2024.

| */s/ Alicia Cobb* | */s/ Stephanie L. Jensen* |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>Tyre L. Tindall, WSBA #56357<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone (206) 883-2500<br>Fax (206) 883-2699<br>sjensen@wsgr.com<br>ttindall@wsgr.com |

Stip. Mot. Regarding Sealing
of Plaintiffs' Supp. Br.
Case No. 2:21-cv-00563-JNW - 2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Andrew Faisman (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com
andrewfaisman@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
Noah Brecher-Redd (*pro hac vice*)
CONSTANTINE CANNON LLP
6 East 43rd St., 26th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
nbrecker-redd@constantinecannon.com

J. Wyatt Fore (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW, Suite 1300N
Washington, D.C. 20004
Phone (202) 204-4527
Fax (202) 204-3501
wfore@constantinecannon.com

*Interim Co-Lead Counsel*

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
Douglas R. Matthews (*pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
jordanne.miller@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Phone (612) 339-6900
Fax (612) 339-0981
kjpozan@locklaw.com

*Interim Co-Lead Counsel*

Stip. Mot. Regarding Sealing
of Plaintiffs' Supp. Br.
Case No. 2:21-cv-00563-JNW - 3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com
drmatthews@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Phone (949) 526-7903
Fax (949) 383-2384
tnmccormick@vorys.com

*Executive Committee Member*

*/s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43593
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Nathan M Buchter (*pro hac vice*)
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper (*pro hac vice*)
Jessica Rizzo (pro hac vice)
Peter Breslauer (pro hac vice)
Robert E. Day (pro hac vice)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP

Stip. Mot. Regarding Sealing
of Plaintiffs' Supp. Br.
Case No. 2:21-cv-00563-JNW - 4

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
jrizzo@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com

*Attorneys for Defendant Valve Corporation*

Stip. Mot. Regarding Sealing
of Plaintiffs' Supp. Br.
Case No. 2:21-cv-00563-JNW - 5

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this ___ day of _____, 2024.

_____

Jamal N. Whitehead

UNITED STATES DISTRICT JUDGE

Stip. Mot. Regarding Sealing
of Plaintiffs' Supp. Br.
Case No. 2:21-cv-00563-JNW - 6

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101