THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563- JNW<br><br>**NOTICE OF APPEARANCE OF MCKINNEY WHEELER** |

NOTICE OF APPEARANCE
CASE NO. 2:21-CV-00563-JNW

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

TO:            THE CLERK OF THE COURT

AND TO:     ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that McKinney Wheeler of Wilson Sonsini Goodrich & Rosati, Professional Corporation hereby appears as attorney of record for plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC, individually and on behalf of all others similarly situated, and requests that all future papers and pleadings herein, except original process, be served upon her at the address set forth below.

Dated:   September 12, 2024

    s/ McKinney Wheeler
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone: (206) 883-2500
Email: mckinney.wheeler@wsgr.com

*Attorney for Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC*

NOTICE OF APPEARANCE
CASE NO. 2:21-CV-00563-JNW

-1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500