THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br><br>**ORDER GRANTING VALVE CORPORATION'S MOTION TO SEAL**<br><br>(~~PROPOSED~~) |

THIS MATTER having come before this Court on Valve Corporation's ("Valve") unopposed Motion to Seal, Dkt. No. 353, and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Motion to Seal, Dkt. No. 353, is GRANTED.

(1) The unredacted version of Valve's Reply in Support of its Motion to Exclude Testimony of Steven Schwartz, Ph.D. (Dkt. 337) shall remain under seal;

(2) The unredacted version of the Reply Expert Report of Ashley Langer, Ph.D. (Exhibit 34, Dkt. 338-1) shall remain under seal.

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (~~PROPOSED~~) – 1
CASE NO. 2:21-cv-00563-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   (3)  Within 14 days of this Order, the parties shall meet and confer, and Valve shall file public redacted versions of the documents listed in Paragraphs 1 & 2 that make all redactions proposed in Valve's Motion to Seal and supporting materials, to the extent not already filed.

IT IS SO ORDERED.

DATED this 17th day of September, 2024.

_____
HONORABLE JAMAL N. WHITEHEAD
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

Kristen Ward Broz (pro hac vice)
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (PROPOSED) – 2
CASE NO. 2:21-cv-00563-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

|   |   |
|---|---|
| 1 | Nathan M Buchter *(pro hac vice)* |
|   | FOX ROTHSCHILD LLP |
| 2 | 2000 Market Street STE 20TH FL |
| 3 | Philadelphia, PA 19103 |
|   | Telephone (215) 299-3010 |
| 4 | nbuchter@foxrothschild.com |
| 5 | Charles B. Casper *(pro hac vice)* |
|   | Jessica Rizzo *(pro hac vice)* |
| 6 | Peter Breslauer *(pro hac vice)* |
|   | Robert E. Day *(pro hac vice)* |
| 7 | MONTGOMERY McCRACKEN WALKER |
|   | & RHOADS LLP |
| 8 | 1735 Market Street, 21st Floor |
| 9 | Philadelphia, PA 19103 |
|   | Telephone (215) 772-1500 |
| 10 | ccasper@mmwr.com |
|   | jrizzo@mmwr.com |
| 11 | pbreslauer@mmwr.com |
|   | rday@mmwr.com |
| 12 |   |
| 13 | *Attorneys for Valve Corporation* |

ORDER GRANTING VALVE CORPORATION'S
MOTION TO SEAL (~~PROPOSED~~) – 3
CASE NO. 2:21-cv-00563-JNW

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900