THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563- JNW<br><br>**VALVE CORPORATION'S STATUS REPORT RE ORDER (DKT. 66)** |

Defendant Valve Corporation ("Valve") respectfully submits this status report regarding developments related to the Court's October 25, 2021 Order, which compelled arbitration under the arbitration agreement in a prior Steam Subscriber Agreement ("SSA") as to individual plaintiffs Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda and Everett Stephens ("Consumer Plaintiffs"). (Dkt. No. 66.) That Order granted Valve's motion to compel arbitration as to the Consumer Plaintiffs but held that "any objections with respect to the existence, scope or validity of the arbitration agreement" were reserved for arbitrators. (Dkt. No. 66 at 3.) The Court stayed the Consumer Plaintiffs' claims pending arbitration. (*Id.* at 5.)

VALVE CORPORATION'S STATUS REPORT RE ORDER (DKT. 66)
CASE NO. 2:21-cv-00563-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

On July 8, 2024, an arbitrator ruled that the arbitration agreement in the prior SSA was unenforceable and dismissed arbitrations brought against Valve by John Elliott and three other individuals represented by Bucher Law PLLC ("Bucher Law").[1] This arbitrator was the first and only arbitrator to squarely address the overall enforceability of the arbitration agreement in that SSA. Valve has not challenged those rulings of unenforceability and does not plan to do so.

On August 9, 2024, Bucher Law and Hagens Berman Sobol Shapiro LLP filed a putative class action in this Court captioned *Elliott v. Valve Corporation*, No. 2:24-cv-01218-JNW, naming John Elliott and the three other individuals as plaintiffs and proposed class representatives.[2] The *Elliott* complaint was marked as related to this action, is pending before this Court, and asserts claims that overlap with the claims the Consumer Plaintiffs asserted in this action in 2021. *Compare* Complaint ¶¶ 184-252, *Elliott v. Valve Corporation*, No. 2:24-cv-01218 (W.D. Wash. filed Aug. 9, 2024), *with* Dkt. No. 34 ¶¶ 317-392. The plaintiffs in *Elliott* allege that they "won binding decisions from arbitrators rendering Valve's arbitration provision unenforceable" and assert claims on behalf of a putative nationwide class of persons who bought games, or made in-game purchases, on Steam. (*Id.* ¶¶ 13, 167.) The *Elliott* putative class overlaps with the class the Consumer Plaintiffs sought in this case. *Compare* Complaint ¶ 167, *Elliott v. Valve Corporation*, No. 2:24-cv-01218 (W.D. Wash. filed Aug. 9, 2024), *with* Dkt. No. 34 ¶ 302.

---

[1] Only one of the Consumer Plaintiffs in this case filed an arbitration demand against Valve, but the American Arbitration Association has not yet assigned that case to an arbitrator.

[2] Valve was served with the *Elliott* complaint on August 23, 2024.

VALVE CORPORATION'S STATUS REPORT RE ORDER (DKT. 66)
CASE NO. 2:21-cv-00563-JNW – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

In light of the arbitrator's rulings that the arbitration agreement in the prior SSA is unenforceable, on September 26, 2024, Valve updated the SSA to remove the arbitration agreement and class action waiver. (*See* Ex. A.) The current SSA now provides:

> All disputes and claims between you and Valve (including any dispute or claim that arose before the existence of this or any prior agreement) shall be commenced and maintained exclusively in any state or federal court located in King County, Washington, having subject matter jurisdiction. You and Valve hereby consent to the exclusive jurisdiction of such courts and waive any objections as to personal jurisdiction or venue in such courts.

DATED this 27th day of September 2024.

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43593
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

Kristen Ward Broz (*pro hac vice*)
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
Telephone (202) 794-1220
Fax (202) 461-3102
kbroz@foxrothschild.com

Nathan M. Buchter (*pro hac vice*)
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

VALVE CORPORATION'S STATUS REPORT RE ORDER (DKT. 66)
CASE NO. 2:21-cv-00563-JNW – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Charles B. Casper (*pro hac vice*)
Peter Breslauer (*pro hac vice*)
Robert E. Day (*pro hac vice*)
Jessica Rizzo (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com
jrizzo@mmwr.com

*Attorneys for Defendant Valve Corporation*

VALVE CORPORATION'S STATUS REPORT RE ORDER (DKT. 66)
CASE NO. 2:21-cv-00563-JNW – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900