HON. JAMAL N. WHITEHEAD

1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

11

12

13

14

15

| | |
|---|---|
| In re VALVE ANTITRUST LITIGATION | Lead Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

16    TO: CLERK OF COURT

17    AND TO:  All partis of record and their counsel

18    PLEASE TAKE NOTICE that Jeffrey I. Shinder and J. Wyatt Fore, previously of

19  Constantine Cannon LLP, hereby withdraw as counsel of record on behalf of Plaintiffs in the

20  above-captioned matter.

21    The remaining counsel listed below shall remain as counsel of record for Plaintiffs.

22

23

24

25

26

27

28

| | |
|---|---|
| **CONSTANTINE CANNON LLP** | Ankur Kapoor<br>Owen Glist |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | W. Joseph Bruckner<br>Joseph C. Bourne<br>Laura M. Matson<br>Kyle Pozan |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Steig D. Olson<br>Alicia Cobb<br>Adam Wolfson<br>David LeRay<br>Nicolas Siebert |

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | Andrew Faisman |
|---|---|
| **WILSON SONSINI GOODRICH & ROSATI P.C.** | Stephanie L. Jensen<br>Kenneth R. O'Rourke<br>Jordanne M. Steiner<br>Tyre Tindall<br>McKinney Wheeler |
| **VORYS, SATER, SEYMOUR AND PEASE LLP** | Kenneth J. Rubin<br>Timothy B. McGranor<br>Kara M. Mundy<br>Thomas N. McCormack<br>Douglas R. Matthews |

DATED this 1st Day of October, 2024.

WITHDRAWING COUNSEL:

    /s/ Jeffrey I. Shinder

    Jeffrey I. Shinder

    /s/ J. Wyatt Fore

    J. Wyatt Fore

REMAINING COUNSEL:

/s/  Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nicolas V. Siebert (*pro hac vice*)
Andrew Faisman (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH &
ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
jordanne.miller@wsgr.com

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1    Adam Wolfson (*pro hac vice*)
2    QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
3    865 S. Figueroa St., 10th Floor
     Los Angeles, California 90017
4    Phone (213) 443-3285
     Fax (213) 443-3100
5    adamwolfson@quinnemanuel.com

6    Ankur Kapoor (*pro hac vice*)
     Owen Glist (*pro hac vice*)
7    CONSTANTINE CANNON LLP
     6 E 43rd St., 26th Floor
8    New York, NY 10017
     Phone (212) 350-2700
9    Fax (212) 350-2701
     akapoor@constantinecannon.com
10   oglist@constantinecannon.com

11   *Interim Co-Lead Counsel*

12

13   Kenneth J. Rubin (*pro hac vice*)
     Timothy B. McGranor (*pro hac vice*)
14   Kara M. Mundy (*pro hac vice*)
     Douglas R. Matthews (*pro hac vice*)
15   VORYS, SATER, SEYMOUR AND
       PEASE LLP
16   52 East Gay Street
     Columbus, Ohio 43215
17   Phone (614) 464-6400
     Fax (614) 719-4796
18   kjrubin@vorys.com
     tbmcgranor@vorys.com
19   kmmundy@vorys.com
     drmatthews@vorys.com
20
     Thomas N. McCormick (*pro hac vice*)
21   VORYS, SATER, SEYMOUR AND
       PEASE LLP
22   4675 MacArthur Court, Suite 700
     Newport Beach, California 92660
23   Phone (949) 526-7903 | Fax (949) 383-2384
     tnmccormick@vorys.com
24
     *Interim Executive Committee Member*
25

26

27

28

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
1165 N. Clark Street, Suite 700
Chicago, IL 6610
Phone (612) 339-6900
Fax (612) 339-0981
kjpozan@locklaw.com

*Interim Co-Lead Counsel*

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that, on October 1, 2024, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED October 1, 2024.

/s/ *Alicia Cobb*
Alicia Cobb

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000