HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR CONSUMER PLAINTIFFS** |

TO:         CLERK OF THE COURT;

AND TO:     ALL PARTIES;

PLEASE TAKE NOTICE of the appearance of H. Troy Romero and Romero Park P.S., as attorneys of record for Consumer Plaintiffs Sean Colvin, Susann Davis, Hope Marchionda, Everett Stephens, and the putative class. All further pleadings and papers herein, except process, should be served upon the undersigned attorney at the address listed below.

DATED: October 4, 2024.

Respectfully submitted,
ROMERO PARK PS

*/s/ H. Troy Romero*
H. Troy Romero, WSBA #19044
1019 W. James St., Ste. 102

ROMERO PARK'S NOTICE OF APPEARANCE
FOR CONSUMER PLAINTIFFS - 1
Case No. 2:21-cv-00563-JNW

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Phone: (425) 450-5000 - Fax: (858) 408-7945

Kent, Washington 98032
Tel: (425) 450-5000
tromero@romeropark.com

*Attorneys for Sean Colvin, Susann Davis, Hope Marchionda, Everett Stephens, and the putative class.*

ROMERO PARK'S NOTICE OF APPEARANCE
FOR CONSUMER PLAINTIFFS - 2
Case No. 2:21-cv-00563-JNW

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Phone: (425) 450-5000 - Fax: (858) 408-7945

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED: October 4, 2024.

*/s/ H. Troy Romero*
H. Troy Romero, WSBA #19044
Romero Park. P.S.
1019 W. James St., Ste. 102
Kent, Washington 98032
Tel: (425) 450-5000
tromero@romeropark.com

CERTIFICATE OF SERVICE - 1
Case No. 2:21-cv-00563-JNW

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Phone: (425) 450-5000 - Fax: (858) 408-7945