HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**CONSUMER PLAINTIFFS' MOTION TO LIFT STAY**<br><br>NOTE ON MOTION CALENDAR:<br>October 25, 2024 |

On October 25, 2021, this Court stayed Consumer Plaintiffs' claims pending arbitration after holding that the Consumer Plaintiffs agreed to a mandatory arbitration clause in Defendant Valve Corporation's ("Valve") Steam Subscriber Agreement ("SSA"). (Dkt. No. 66. at 2, 5.) Consumer Plaintiffs[1] respectfully move to lift that stay for the reasons more fully explained below.

On September 26, 2024, Valve amended the SSA such that it no longer contains a mandatory arbitration clause or class action waiver. On September 27, 2024, Valve filed a Status Report (Dkt. No. 362) informing this Court of that change and attaching the now-current SSA (*see*

---

[1] Consumer Plaintiffs include Sean Colvin, Susann Davis, Hope Marchionda, Everett Stephens, and the putative class.  Mr. Ryan Lally is not included in this definition in this motion, as he commenced and is currently involved in arbitration proceedings against Valve, consistent with this Court's October 2021 Order.

CONSUMER PLAINTIFFS' MOTION TO LIFT
STAY - 1
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400

1  Ex. A. to Dkt. No. 362) (hereinafter "Ex. A."). Specifically, the changes to Section 10 of the SSA now require all disputes and claims of subscribers outside of the European Union and United Kingdom to be "commenced and maintained exclusively in any state or federal court located in King County, Washington, having subject matter jurisdiction." SSA at 15. This includes "any dispute or claim that arose before the existence of this or any prior agreement." *Id.*[2]

In light of these changes, Consumer Plaintiffs respectfully request that this Court lift its October 2021 stay. *See Samson v. United Healthcare Servs. Inc.*, No. 2:19-cv-00175, 2022 U.S. Dist. LEXIS 229000, at *4 (W.D. Wash. Dec. 20, 2022) ("When circumstances have changed such that the court's reasons for imposing the stay no longer exist or are inappropriate, the court may lift the stay.").

---

[2] Whether the changes can apply retroactively to any dispute commenced by an individual consumer under the previous terms of the SSA is an open question; in any event, these movants have not commenced an arbitration proceeding and thus agree that their claims should now proceed in this Court.

CONSUMER PLAINTIFFS' MOTION TO LIFT STAY - 2
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400

DATED: October 4, 2024.

        Respectfully submitted,

        ROMERO PARK PS

        */s/ H. Troy Romero*
        H. Troy Romero, WSBA #19044
        1019 W. James St., Ste. 102
        Kent, Washington 98032
        Tel: (425) 450-5000
        tromero@romeropark.com

        Vorys, Sater, Seymour and Pease LLP

        */s/ Timothy B. McGranor*
        Kenneth J. Rubin *(pro hac vice)*
        Timothy B. McGranor *(pro hac vice)*
        Douglas R. Matthews *(pro hac vice)*
        Kara M. Mundy *(pro hac vice)*
        52 East Gay Street
        Columbus, OH  43215
        Telephone:  (614) 464-6400
        Fax:  (614) 464-6350
        Email:  kjrubin@vorys.com
                tbmcgranor@vorys.com
                drmatthews@vorys.com
                kmmundy@vorys.com

        Thomas N. McCormick *(pro hac vice)*
        4675 MacArthur Court
        Suite 700
        Newport Beach, CA  92660
        Telephone/Fax:  (949) 526-7903
        Email:  tnmccormick@vorys.com

        *Attorneys for Sean Colvin, Susann Davis, Hope Marchionda, Everett Stephens, and the putative class.*

CONSUMER PLAINTIFFS' MOTION TO LIFT STAY - 3
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400

## LCR 7 CERTIFICATION

I certify that this memorandum contains 330 words, in compliance with the Local Civil Rules.

DATED: October 4, 2024.

*/s/ H. Troy Romero*
H. Troy Romero, WSBA #19044
Romero Park P.S.
H. Troy Romero, WSBA #19044
1019 W. James St., Ste. 102
Kent, Washington 98032
Tel: (425) 450-5000
tromero@romeropark.com

| CERTIFICATION AND | VORYS, SATER, SEYMOUR AND PEASE LLP |
| CERTIFICATE OF SERVICE - 1 | 52 East Gay Street |
| Case No. 2:21-cv-00563-JNW | Columbus, OH  43215 |
| | Tel: (614) 464-6400 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED: October 4, 2024.

*/s/ H. Troy Romero*
H. Troy Romero, WSBA #19044
Romero Park. P.S.
1019 W. James St., Ste. 102
Kent, Washington 98032
Tel: (425) 450-5000
tromero@romeropark.com

CERTIFICATION AND
CERTIFICATE OF SERVICE - 2
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400

HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW <br><br> **[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' MOTION TO LIFT STAY** <br><br> NOTE ON MOTION CALENDAR: October 25, 2024 |

Now before this Court is Consumer Plaintiffs' Motion to Lift Stay submitted by counsel for Sean Colvin, Susann Davis, Hope Marchionda, Everett Stephens, individually and on behalf of all others similarly situated.

The Court concludes that the stay shall be lifted because the reason for imposing the stay (the mandatory arbitration clause) no longer exists.

IT IS SO ORDERED.

Dated this _____ day of _____, 2024.

_____
Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION
TO LIFT STAY - 1
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400

Presented by:

ROMERO PARK PS

*/s/ H. Troy Romero*
H. Troy Romero, WSBA #19044
1019 W. James St., Ste. 102
Kent, Washington 98032
Tel: (425) 450-5000
tromero@romeropark.com

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Timothy B. McGranor*
Kenneth J. Rubin *(pro hac vice)*
Timothy B. McGranor *(pro hac vice)*
Douglas R. Matthews *(pro hac vice)*
Kara M. Mundy *(pro hac vice)*
52 East Gay Street
Columbus, OH  43215
Telephone:  (614) 464-6400
Fax:  (614) 464-6350
Email:    kjrubin@vorys.com
          tbmcgranor@vorys.com
          drmatthews@vorys.com
          kmmundy@vorys.com

Thomas N. McCormick *(pro hac vice)*
4675 MacArthur Court
Suite 700
Newport Beach, CA  92660
Telephone/Fax:  (949) 526-7903
Email:  tnmccormick@vorys.com

*Attorneys for Sean Colvin, Susann Davis, Hope Marchionda, Everett Stephens, and the putative class.*

[PROPOSED] ORDER GRANTING MOTION
TO LIFT STAY - 2
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400