The Honorable Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WOLFIRE GAMES LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | NO. 2:21-cv-00563-JCC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER** |

NOTICE OF WITHDRAWAL OF COUNSEL;
[PROPOSED] ORDER
(No. 2:21-CV-00563-JCC)

Byrnes ♦ Keller ♦ Cromwell LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000

To the Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that John F. Cove, Jr., of Allen Overy Shearman Sterling US LLP, 140 New Montgomery Street, 10th Floor, San Francisco, California, is retiring from the firm as of October 1, 2024 and hereby withdraws as counsel for non-party Sony Interactive Entertainment LLC ("SIE") in the above captioned matter. All pleadings, orders, and other papers should continue to be served on Paul R. Taylor of Byrnes Keller Cromwell LLP, who will remain counsel of record for non-party SIE.

Accordingly, it is requested that the Court remove Mr. Cove from the docket of this case and his name and email address from the service list that is on file with the Court in this action.

DATED: October 4, 2024

**ALLEN OVERY SHEARMAN STERLING US LLP**

By:  */s/ John F. Cove, Jr.*
John F. Cove, Jr.

*Attorney for non-party Sony Interactive Entertainment LLC*

GOOD CAUSE APPEARING, it is so ORDERED.

Dated: _____, 2024

_____
HONORABLE JUDGE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

NOTICE OF WITHDRAWAL OF COUNSEL;
[PROPOSED] ORDER
(No. 2:21-CV-00563-JCC)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Presented by:
BYRNES KELLER CROMWELL LLP

By */s/* Paul R. Taylor
    Paul R. Taylor, WSBA #14851
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    ptaylor@byrneskeller.com

    John F. Cove, Jr. (*pro hac vice*)
    ALLEN OVERY SHEARMAN STERLING US LLP
    140 New Montgomery Street, 10th Floor
    San Francisco, CA 94105
    Telephone:  (415) 616-1100
    john.cove@aoshearman.com

    **Attorneys for Non-Party Sony Interactive Entertainment LLC**

NOTICE OF WITHDRAWAL OF COUNSEL;
[PROPOSED] ORDER
(No. 2:21-CV-00563-JCC)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000