# EXHIBIT 2





## Timothy B. McGranor
PARTNER

Tim is a partner in the Vorys Columbus office and a member of the litigation group. Tim's practice focuses primarily on oil and gas litigation, commercial litigation and antitrust. His practice takes him throughout the state and federal trial courts in Ohio, the Ohio courts of appeals, and the United States Court of Appeals for the Sixth Circuit.

In his oil and gas work, Tim's experience includes representing both large, horizontal producers and conventional operators. He has represented clients in a wide range of disputes including landowner lease disputes, royalty claims and business-versus-business disputes, and has been involved in a range of disputes from single-plaintiff actions to multi-defendant class actions. In addition to his trial work in the state and federal courts, Tim has appeared before the courts of appeals in Ohio and the Sixth Circuit, and regularly participates in actions before the Ohio Supreme Court. Tim also has extensive experience defending oil and gas clients in regulatory proceedings, including before the Ohio Oil and Gas Commission and the Ohio Reclamation Commission.

Tim's commercial-litigation work focuses on contract disputes and business torts. He has litigations actions in a number of industries, including manufacturing and banking, on behalf of both plaintiffs and defendants.

Tim's antitrust experience includes representing 18 major U.S. retailers in a lawsuit filed in the Southern District of New York alleging violations of U.S. antitrust laws by Visa and Mastercard.

Tim is a member of the American, Ohio State and Columbus Bar associations. He is also a member of the Energy & Mineral Law Foundation (EMLF), serving on the Board of Trustees, and the Ohio Oil & Gas Association (OOGA).

Tim received his J.D. *summa cum laude* from The Ohio State University Moritz College of Law, where he was a member of Delta Theta Pi and the Order of the Coif. In addition, he served as the associate editor of the *Ohio State Law Journal*. He received his B.A. *summa cum laude* from The Ohio State University.

### Columbus

52 East Gay Street
Columbus, Ohio 43215

t: 614.464.8205
tbmcgranor@vorys.com

### Practice Areas

Antitrust and Trade Regulation

Appellate Practice

Class Actions

Litigation

### Education

The Ohio State University Moritz College of Law, J.D., *summa cum laude*, 2000, Order of the Coif, Delta Theta Pi

*Ohio State Law Journal*, Associate Editor, 1998-2000

The Ohio State University, B.A., *summa cum laude*, 1997

### Bar & Court Admissions

Ohio

U.S. Court of Appeals for the Sixth Circuit

U.S. Court of Appeals for the Ninth Circuit

U.S. District Court for the Northern District of Ohio

## Timothy B. McGranor



U.S. District Court for the
Southern District of Ohio

*Admitted to practice law only in
the states listed above.*

**Industries**

Energy, Utilities, Oil and Gas

Tim is a graduate of the Leadership Columbus Class of 2014. He was
also a founding member of Fifty 4 Fifty, a grassroots volunteer group
benefiting the United Schools Network.

## Honors & Recognitions

*Chambers and Partners*, Leading Lawyer in Energy & Natural
Resources, 2024

*Columbus CEO*, Best Lawyers, Oil and Gas Law, 2023

*Columbus CEO*, Top Lawyers in Columbus, 2015-2016

*Ohio Super Lawyers Rising Stars*, Business Litigation, 2007, 2010-2015

## Professional and Community Activities

Energy & Mineral Law Foundation, Board of Trustees Executive
Committee, Member, 2023-2024

Foundation for Natural Resources and Energy Law, Member

## Events

6.12.2022
43rd Annual Energy Mineral Law Institute

3.17.2016
2016 OOGA Winter Meeting

2.18.2016
67th Annual Oil & Gas Law Conference

5.14.2015
Shale Drilling Disputes and Litigation Seminar

11.21.2013
Northern Appalachian Landman's Association Seminar