# EXHIBIT 3

**VORYS**



# Douglas R. Matthews
PARTNER

Doug is a partner in the Vorys Columbus office and a commercial litigator in the litigation group. His practice focuses on electronic discovery matters, and he is the head of the firm's electronic discovery practice group. Doug has represented numerous businesses with regard to the management and discovery of electronically stored information. He has represented both corporate and public entities in a variety of litigation matters, including multiple putative class actions and complex antirust matters.

**Career highlights include:**

- Formulating strategy for and overseeing document and electronically stored information collection, review and productions by multiple corporate clients in antitrust litigation against Visa and Mastercard, employing a wide variety of advanced analytics including Technology Assisted Review (predictive coding) to assist in identifying responsive documents
- Formulating strategy for and overseeing document and electronically stored information production using Technology Assisted Review in an accelerated time frame for an FTC Second Request
- Regularly working with clients to develop cost-effective and defensible strategies for pre-litigation document management and post-litigation discovery obligations relating to documents and electronically stored information
- Regularly litigating electronic discovery issues in state and federal courts
- Successfully defending a large manufacturer in federal and state courts at the trial and appellate level in a variety of employment-related litigation, including two putative employment discrimination class actions and a sexual harassment jury trial
- Advising a large manufacturer on the development of validated selection systems for hiring and promotion and on the development of affirmative action plans

## Columbus
52 East Gay Street
Columbus, Ohio 43215

t: 614.464.5460
drmatthews@vorys.com

### Practice Areas
Antitrust and Trade Regulation
Appellate Practice
Class Actions
Employment Counseling
Employment Litigation
Litigation

### Education
The Ohio State University Moritz College of Law, J.D., *summa cum laude*, 1987, with Honors, Order of the Coif

*Ohio State Law Journal*, Issue Planning Editor, 1985-1987

University of Virginia, B.A., 1984

### Bar & Court Admissions
Ohio

U.S. Court of Appeals for the Sixth Circuit

U.S. District Court for the Southern District of Ohio

# Douglas R. Matthews 

*Admitted to practice law only in the states listed above.*

### Industries

Colleges and Universities

Health Care

Manufacturing

Retail and Consumer Products

### Clerkships

The Honorable Joseph P. Kinneary, United States District Court for the Southern District of Ohio, 1987-1989

The Honorable Alan Norris, United States Court of Appeals for the Sixth Circuit, 1989-1990

Doug regularly speaks nationally and locally on electronic discovery issues.

Doug received his J.D. s*umma cum laude* from The Ohio State University Moritz College of Law, where he was the issue planning editor of the *Ohio State Law Journal* and a member of the Order of the Coif. He received his B.A. from the University of Virginia.

Doug clerked for The Honorable Joseph P. Kinneary, United States District Court for the Southern District of Ohio and for The Honorable Alan Norris, United States Court of Appeals for the Sixth Circuit.

## Events

12.7.2019
Ethical and Professional Implications of an Ever-Evolving Legal Technology Landscape

5.16.2019
Trust and Ethics in the Age of Technology

4.25.2019
Trust and Ethics in the Age of Technology

8.13.2017
2017 International Legal Technology Association Conference

9.29.2016
Protecting Work Product in the Age of Electronic Discovery

9.1.2015
2015 International Legal Technology Association Conference

5.26.2015
Friends of EDiscovery at the Federal Court

4.29.2015
2015 Labor & Employment Update

9.19.2014
OSHRM/SOHA Fall Conference

9.21.2012
A New Day at the Courthouse

**Douglas R. Matthews** 

---

**6.19.2012**
Corporate e-Discovery: Workflow, Teamwork, Technology

**6.5.2012**
E-Discovery for the Corporate Market Conference

**6.1.2012**
E-Discovery: Reducing Risk & Cost

**4.26.2012**
Privilege. Privacy. Preservation. Managing Risks with Electronic Communications Seminar

**9.15.2011**
The Changing Landscape of Electronic Discovery

**10.27.2010**
2010 E-Discovery CLE

**9.14.2010**
14th Annual Electronic Discovery and Records Retention Conference

**9.14.2009**
ILTA Statewide Meeting for Ohio Litigation Support Professionals