THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br><br>**STIPULATION AND (PROPOSED) ORDER REGARDING DEADLINES TO CONSUMER PLAINTIFFS' MOTION TO CONSOLIDATE (DKT. 373)**<br><br>NOTE ON MOTION CALENDAR:<br>October 18, 2024 |

The Consumer Plaintiffs and Valve Corporation, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows:

Consumer Plaintiffs' Motion to Consolidate and Appoint Vorys, Sater, Seymour and Pease LLP as Interim Class Counsel (Dkt. 373) ("Consumer Plaintiffs' Motion") asks that the Court: (1) consolidate *In re Valve Antitrust Litigation* (Case No. 2:21-cv-00563-JNW) and *Elliott et al. v. Valve Corporation* (Case No. 2:24-cv-01218-JNW) ("Consolidation"), and (2) appoint Vorys, Sater, Seymour and Pease LLP ("Vorys") as interim lead class counsel for the Consumer Class ("Appointment").

STIPULATION AND (PROPOSED) ORDER REGARDING DEADLINES TO CONSUMER PLAINTIFFS' MOTION TO CONSOLIDATE (DKT. 373) – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Counsel for the Consumer Plaintiffs and Valve have met and conferred and agree that the Appointment portion of Consumer Plaintiffs' Motion that seeks to appoint Vorys as Interim Lead Counsel shall be re-noted for November 8, 2024.

Counsel for the Consumer Plaintiffs and Valve further agree that Valve's response to Consumer Plaintiffs' Appointment request, currently due October 21, 2024, shall be filed on November 4, 2024.

The note for hearing and response deadlines with respect to Consumer Plaintiffs' Consolidation request shall remain the same, i.e., remain noted for consideration October 25, 2024, with a response deadline of October 21, 2024.

//

SO STIPULATED this 18th day of October, 2024.

| ROMERO PARK PS | CORR CRONIN LLP |
|---|---|
| *s/ H. Troy Romero (per email authorization)*<br>H. Troy Romeo, WSBA No. 19044<br>1019 W. James St., Ste. 102<br>Kent, WA 98032<br>(425) 450-5000 Phone<br>tromero@romeropark.com<br><br>*s/ Kenneth J. Rubin (per email authorization)*<br>Kenneth J. Rubin, *Admitted Pro Hac Vice*<br>Timothy B. McGranor, *Admitted Pro Hac Vice*<br>Douglas R. Matthews, *Admitted Pro Hac Vice*<br>Kara M. Mundy, *Admitted Pro Hac Vice*<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>(614) 464-6400 Phone<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>drmatthews@vorys.com<br>kmmundy@vorys.com | *s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Eric A. Lindberg, WSBA No. 43596<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com<br><br>*Attorneys for Defendant Valve Corporation*<br><br>Kristen Ward Broz (pro hac vice)<br>FOX ROTHSCHILD LLP<br>2020 K. St. NW, Ste. 500<br>Washington, DC 20006<br>Telephone (202) 794-1220<br>Fax (202) 461-3102<br>kbroz@foxrothschild.com |

STIPULATION AND (PROPOSED) ORDER REGARDING DEADLINES TO CONSUMER PLAINTIFFS' MOTION TO CONSOLIDATE (DKT. 373) – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Thomas N. McCormick, *Admitted Pro Hac Vice*<br>4675 MacArthur Court<br>Suite 700<br>Newport Beach, CA 92660<br>(949) 526-7903 Phone<br>tnmccormick@vorys.com<br><br>*Attorneys for Consumer Plaintiffs* | Nathan M Buchter (pro hac vice)<br>FOX ROTHSCHILD LLP<br>2000 Market Street STE 20TH FL<br>Philadelphia, PA 19103<br>Telephone (215) 299-3010<br>nbuchter@foxrothschild.com<br><br>Charles B. Casper (pro hac vice)<br>Peter Breslauer (pro hac vice)<br>Robert E. Day (pro hac vice)<br>Jessica Rizzo (pro hac vice)<br>MONTGOMERY McCRACKEN WALKER & RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>ccasper@mmwr.com<br>pbreslauer@mmwr.com<br>rday@mmwr.com<br>jrizzo@mmwr.com<br><br>Attorneys for Defendant Valve Corporation |

STIPULATION AND (PROPOSED) ORDER REGARDING DEADLINES TO CONSUMER PLAINTIFFS' MOTION TO CONSOLIDATE (DKT. 373) – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
twilliams@corrcronin.com
elindberg@corrcronin.com

*Attorneys for Defendant Valve Corporation*

STIPULATION AND (PROPOSED) ORDER REGARDING DEADLINES TO CONSUMER PLAINTIFFS' MOTION TO CONSOLIDATE (DKT. 373) – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900