THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**[PROPOSED] ORDER GRANTING *ELLIOTT* PLAINTIFFS' MOTION TO INTERVENE FOR LIMITED PURPOSE OF OPPOSING MOTION TO CONSOLIDATE AND APPOINT INTERIM LEAD CLASS COUNSEL** |

Now before the Court is the *Elliott* Plaintiffs' Motion to Intervene for the Limited Purpose of Opposing Motion to Consolidate and Appoint Interim Lead Class Counsel.

The Court has carefully reviewed the motion and its accompanying submissions, and hereby GRANTS the motion.

IT IS SO ORDERED.

Dated this _____ day of _____, 2024.

_____
Hon. Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE - 1
CASE NO. 2:21-cv-00563-JNW

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

/s/ *Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail:steve@hbsslaw.com
E-mail:   kellyf@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3034
Facsimile: (510) 725-3001 fax
E-mail: benh@hbsslaw.com

William Ward Bucher IV (*pro hac vice* pending)
BUCHER LAW PLLC
350 Northern Blvd, Ste. 324 -1519
Albany, NY 12204-1000
Telephone: (202) 997-3029
Email: will@bucherlawfirm.com

*Attorneys for Plaintiffs in Case No. 2:23-cv-01218-JNW*

