1

2                                                                THE HONORABLE JAMAL N. WHITEHEAD

3

4

5

6

7

8

9                                    UNITED STATES DISTRICT COURT
                                FOR THE WESTERN DISTRICT OF WASHINGTON
10                                              AT SEATTLE

11

IN RE VALVE ANTITRUST LITIGATION      |      Case No. 2:21-cv-00563-JNW
12

13                                                 **DECLARATION OF ALICIA COBB IN
                                                   SUPPORT OF PLAINTIFFS'
14                                                 SUPPLEMENTAL BRIEF IN
                                                   OPPOSITION TO VALVE
15                                                 CORPORATION'S MOTION TO
                                                   EXCLUDE TESTIMONY OF STEVEN
16                                                 SCHWARTZ, PH.D.**

17                                                 **FILED UNDER SEAL**

18

19

20       I, Alicia Cobb, submit this declaration on behalf of Quinn Emanuel Urquhart & Sullivan,

21   LLP and hereby state under penalty of perjury as follows:

22       1.  I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel

23           for Plaintiffs in the above-captioned action.

24       2.  I respectfully submit this declaration in support of Plaintiffs' Supplemental Brief in

25           Response to Defendant's Motion to Exclude Testimony of Steven Schwartz, Ph.D., as

26           authorized by Dkt. 351.

27

28

COBB DECL. ISO SUPP. BR.                                QUINN EMANUEL URQUHART & SULLIVAN
CASE NO. 2:21-CV-00563-JNW                              1109 FIRST AVENUE, SUITE 210
                                                        SEATTLE, WASHINGTON 98101
                                                        TEL: (206) 905-7000

3.  A true and correct copy of the Sur-Reply Report of Dr. Steven Schwartz, Ph.D., dated September 9, 2024, is attached hereto as Exhibit 95.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this September 9, 2024 in Seattle, Washington.

*/s/ Alicia Cobb*
Alicia Cobb

COBB DECL. ISO SUPP. BR.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I caused a true and correct copy of the foregoing to be served on counsel for Valve via email and preliminarily filed under seal in this Court's CM/ECF system.

DATED:  September 9, 2024

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

COBB DECL. ISO SUPP. BR.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000