The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO:   CLERK OF COURT;

AND TO:  All parties of record and their counsel;

PLEASE TAKE NOTICE that effective immediately, **Nathan M. Buchter** of Fox Rothschild LLP, attorneys of record for Defendant VALVE CORPORATION, has changed his address and contact information for service of notices and documents or other contact information in the above-captioned action.

The new address and contact information for **Nathan M. Buchter** is as follows:

Fox Rothschild LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone (215) 299-3010
Fax (215) 299-2150
Email: nbuchter@foxrothschild.com

All notices and documents regarding the action should be sent to the above address.

NOTICE OF CHANGE OF ADDRESS
(CASE NO. 2:21-CV-00563-JNW) - 1

1      DATED this 19th day of November, 2024.

2                                    **FOX ROTHSCHILD LLP**

3

4                                    *s/ Nathan M. Buchter*
                                      Nathan M. Buchter (Admitted *Pro Hac Vice*)
5                                    Two Commerce Square
                                      2001 Market Street, Suite 1700
6                                    Philadelphia, PA 19103
                                      Telephone (215) 299-3010
7                                    Email: nbuchter@foxrothschild.com

8                                    *Attorneys for Valve Corporation*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CHANGE OF ADDRESS
(2:21-CV-00563-JNW) - 2

**FOX ROTHSCHILD LLP**
TWO COMMERCE SQUARE
2001 MARKET STREET, SUITE 1700
PHILADELPHIA, PA 19103
215.299.3010

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

3  Court using the CM/ECF system, which will send notification of such filing to all CM/ECF

4  recipients.

5          DATED this 19th day of November, in Seattle, Washington.

6                                                          s/ Courtney R. Brooks
                                                          Courtney R. Brooks
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CHANGE OF ADDRESS                                    **FOX ROTHSCHILD LLP**
(2:21-CV-00563-JNW) - 3                                        TWO COMMERCE SQUARE
                                                               2001 MARKET STREET, SUITE 1700
                                                               PHILADELPHIA, PA 19103
                                                               215.299.3010