The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
|---|---|

TO:   CLERK OF COURT;

AND TO:   All parties of record and their counsel;

PLEASE TAKE NOTICE that Kristen W. Broz of Fox Rothschild LLP, hereby withdraws as counsel of record on behalf of Defendant Valve Corporation.

Nathan M. Buchter of Fox Rothschild LLP, Charles B. Casper, Peter Breslauer, Robert E. Day and Jessica Rizzo of the firm Montgomery McCracken Walker & Rhoads LLP, Blake Marks-Dias and Erik A. Lindberg of Corr Cronin LLP and Andrew C. Indorf, Priyanka Timblo, Scott M. Danner of Holwell Shuster & Goldberg, LLP shall remain as counsel of record for Defendant Valve Corporation.

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL - (CASE NO. 2:21-CV-00563-JNW) - 1

**FOX ROTHSCHILD LLP**
TWO COMMERCE SQUARE
2001 MARKET STREET
SUITE 1700
PHILADELPHIA, PA 19103
(215) 299-3010

DATED this 25th day of November, 2024.

*WITHDRAWING COUNSEL:*

FOX ROTHSCHILD LLP

*s/ Kristen Ward Broz*
Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC  20006
Telephone (202) 794-1220
Fax (202) 461-3102
Email: kbroz@foxrothschild.com

*REMAINING COUNSEL*

*s/ Nathan M. Buchter*
Nathan M. Buchter
FOX ROTHSCHILD LLP
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
Telephone (215) 299-3010
Email: nbuchter@foxrothschild.com

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

*s/ Charles B. Casper*
Charles B. Casper *(admitted pro hac vice)*

*s/ Peter Breslauer*
Peter Breslauer *(admitted pro hac vice)*

*s/ Robert E. Day*
Robert E. Day *(admitted pro hac vice)*

*s/ Jessica Rizzo*
Jessica Rizzo *(admitted pro hac vice)*
1735 Market Street, 21st Floor
Philadelphia, PA  19103

NOTICE OF WITHDRAWAL OF COUNSEL - (2:21-CV-00563-JNW) - 2

**FOX ROTHSCHILD LLP**
TWO COMMERCE SQUARE
2001 MARKET STREET
SUITE 1700
PHILADELPHIA, PA 19103
(215) 299-3010

Telephone (215) 772-1500
Fax (215) 772-7620
Email:  ccasper@mmwr.com
        jrizzo@mmwr.com
        pbreslauer@mmwr.com
        rday@mmwr.com

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA  98104
Telephone (206) 625-8600
Fax (206) 625-0900
Email: bmarksdias@corrcronin.com
       elindberg@corrcronin.com


HOLWELL SHUSTER & GOLDBERG LLP

*s/ Andrew C. Indorf*
Andrew C. Indorf (*pro hac vice*)

*s/ Priyanka Timblo*
Priyanka Timblo (*pro hac vice*)

*s/ Scott M. Danner*
Scott M. Danner (*pro hac vice*)
425 Lexington Ave.
New York, NY  10017
Telephone: (646) 837-5151
Email: aindorf@hsgllp.com
       ptimblo@hsgllp.com
       sdanner@hsgllp.com

*Attorneys for Valve Corporation*

NOTICE OF WITHDRAWAL OF COUNSEL -
(2:21-CV-00563-JNW) - 3

**Fox Rothschild LLP**
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
(215) 299-3010

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 25th day of November, in Seattle, Washington.

*s/ Courtney R. Brooks*
Courtney R. Brooks

NOTICE OF WITHDRAWAL OF COUNSEL - (2:21-CV-00563-JNW) - 4

**Fox Rothschild LLP**
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
(215) 299-3010