Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re VALVE ANTITRUST LITIGATION | Lead Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: CLERK OF COURT

AND TO:  All parties of record and their counsel

PLEASE TAKE NOTICE that Andrew Faisman, of Quinn Emanuel Urquhart & Sullivan, LLP, hereby withdraws as counsel of record on behalf of Wolfire Games, LLC in the above-captioned matter.

The remaining counsel from the firms listed below have been appointed as Co-Lead Class Counsel, and shall remain as counsel of record for Plaintiffs.

| **CONSTANTINE CANNON LLP** | Ankur Kapoor<br>Owen Glist |
|---|---|
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | W. Joseph Bruckner<br>Joseph C. Bourne<br>Laura M. Matson<br>Kyle Pozan |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Steig D. Olson<br>Alicia Cobb<br>Adam Wolfson |

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-cv-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | David LeRay |
| | Nicolas Siebert |
| **WILSON SONSINI GOODRICH & ROSATI P.C.** | Stephanie L. Jensen |
| | Kenneth R. O'Rourke |
| | Jordanne M. Steiner |
| | Tyre Tindall |
| | McKinney Wheeler |

DATED this 6th Day of December, 2024.

WITHDRAWING COUNSEL:

/s/ Andrew Faisman

Andrew Faisman

REMAINING COUNSEL:

/s/ Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nicolas V. Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Stephanie L. Jensen, WSBA #42042
Tyre L. Tindall, WSBA #56357
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH &
ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (206) 883-2699
sjensen@wsgr.com
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (202) 973-8899
korourke@wsgr.com
jordanne.miller@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-cv-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1

Ankur Kapoor (*pro hac vice*)
Owen Glist (*pro hac vice*)
2  CONSTANTINE CANNON LLP
6 E 43rd St., 26th Floor
3  New York, NY 10017
Phone (212) 350-2700
4  Fax (212) 350-2701
akapoor@constantinecannon.com
5  oglist@constantinecannon.com

Fax: (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
1165 N. Clark Street, Suite 700
Chicago, IL 6610
Phone (612) 339-6900
Fax (612) 339-0981
kjpozan@locklaw.com

6

7

*Co-Lead Counsel*                                *Co-Lead Counsel*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 6, 2024, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED December 6, 2024.

/s/ <u>*Alicia Cobb*</u>
Alicia Cobb

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-cv-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000