THE HONORABLE JAMAL N WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | Case No. 2:21-cv-00563-JNW<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM W. BUCHER IN FURTHER SUPPORT OF MOTION TO APPOINT HAGENS BERMAN SOBOL SHAPIRO LLP AND BUCHER LAW PLLC AS INTERIM CO-LEAD CLASS COUNSEL** |

I, William Ward Bucher IV, declare that the following statements are true and correct, based on personal knowledge:

1. I am the founder and principal of Bucher Law PLLC. I have personal knowledge of the facts in this declaration, to which I would competently testify if called upon to do so.

2. Bucher Law attorneys and staff have spent more than 8,000 hours litigating antitrust cases on behalf of consumers against Valve Corporation in arbitrations since 2023. The work Bucher Law has performed in arbitrations is summarized in my Declaration dated December 20, 2024 (*see* ECF No. 412-2).

3. I have spent more than 4,000 hours litigating these consumer antitrust claims. My understanding, based on the hours reported by competing class counsel and my communications with

SUPP. DECL. OF WILLIAM W. BUCHER IN FURTHER SUPPORT
OF MOTION TO APPOINT HAGENS BERMAN SOBOL SHAPIRO
LLP AND BUCHER LAW PLLC AS INTERIM CO-LEAD CLASS
COUNSEL – 1

1 Valve's own counsel is that this means no attorney in the country has more experience litigating
2 consumer antitrust claims against Valve Corporation.

3     4.    Bucher Law is committed to encouraging diversity in the practice of law. For example,
4 the firm uses a "blind testing" approach to hiring where attorney candidates who meet the minimum
5 qualifications are permitted to demonstrate their abilities by taking a four-hour examination covering
6 skills and knowledge used in the firm's practice. Because candidates are selected by demonstrated
7 ability, rather than the subjective social impressions, implicit bias in the hiring process is reduced.
8 The process further enables non-traditional candidates, such as attorneys who have taken time off to
9 raise children and are looking to return to the work force, to compete on equal footing with more
10 traditional applicants. The results have been remarkable: all hires since the process was implemented
11 contribute to racial or gender diversity at the firm.

12     5.    Bucher Law PLLC is also committed to developing opportunities for new attorneys
13 to have meaningful opportunities in court, with appropriate supervision. The proposed Bucher Law
14 team for this case is comprised of Hispanic, Black, and Asian attorneys of varying experience levels.[1]



*Will Bucher is Bucher Law PLLC's founder and principal. He has spent more than 4,000 hours litigating these consumer antitrust claims. No attorney in the country has more experience litigating consumer antitrust claims against Valve Corporation.*



*Douglas Quzack is a Bucher Law PLLC associate with more than a decade of experience who was recently recruited for his antitrust class action experience, which includes successfully litigating an antitrust class action over Carfax's alleged monopoly in the car reports market.*



*Nived Rajendran is an associate who has devoted more than 900 hours to these claims. Mr. Rajendran availed himself of the opportunities for litigation experience this case provides, conducting eleven direct examinations during the firm's trials against Valve on these claims.*

---

[1] Doug Quzack will begin employment full-time at Bucher Law PLLC on January 27, 2025.

SUPP. DECL. OF WILLIAM W. BUCHER IN FURTHER SUPPORT
OF MOTION TO APPOINT HAGENS BERMAN SOBOL SHAPIRO
LLP AND BUCHER LAW PLLC AS INTERIM CO-LEAD CLASS
COUNSEL – 2

6. A true and correct copy of the Letter from Bucher Law PLLC to Arbitrator John E. Ohashi, *Re: 25 Individual Claimants v. Valve Corporation d/b/a Steam: Claimant's Objection to Valve's Second Motion to Dismiss for Lack of Jurisdiction*, dated October 21, 2024, is attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 10, 2024

BUCHER LAW PLLC

By: /s/Will Bucher

Will Bucher
350 Northern Blvd
STE 324 -1519
Albany, NY 12204-1000
202-997-3029
will@bucherlawfirm.com

SUPP. DECL. OF WILLIAM W. BUCHER IN FURTHER SUPPORT
OF MOTION TO APPOINT HAGENS BERMAN SOBOL SHAPIRO
LLP AND BUCHER LAW PLLC AS INTERIM CO-LEAD CLASS
COUNSEL – 3