HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW |
| This Filing Relates to:<br><br>ALL ACTIONS | **DECLARATION OF KENNETH J. RUBIN IN SUPPORT OF COLVIN PLAINTIFFS' REPLY IN SUPPORT OF AMENDED MOTION TO APPOINT VORYS, SATER, SEYMOUR AND PEASE LLP AS INTERIM LEAD CLASS COUNSEL**<br><br>NOTE ON MOTION CALENDAR:<br>January 17, 2025 |

DECL. OF KENNETH J. RUBIN IN SUPPORT
OF COLVIN PLAINTIFFS' REPLY IN SUPPORT
OF AMENDED LEADERSHIP MOTION
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400

I, Kenneth J. Rubin, declare:

1. I am a partner at Vorys, Sater, Seymour and Pease LLP ("Vorys") and serve as lead counsel for Plaintiffs Sean Colvin, Susann Davis, Hope Marchionda, and Everett Stephens and the putative consumer class plaintiffs ("Colvin Plaintiffs") in the case captioned *In re Valve Antitrust Litigation*, Case No. 2:21-cv-00563-JNW.

2. I respectfully submit this declaration in support of the Colvin Plaintiffs' Reply in Support of Amended Motion to Appoint Vorys, Sater, Seymour and Pease LLP as Interim Lead Class Counsel. I have been actively involved in this action, am familiar with the proceedings, and have personal knowledge of the matters stated herein.

3. Since it began representing the Colvin Plaintiffs more than four years ago, Vorys has zealously advocated for consumer plaintiffs. Vorys initiated this lawsuit on behalf of consumers, defended against Valve's motion to compel arbitration, and when this Court compelled arbitration and stayed the consumers' claims, Vorys continued its work on behalf of consumers via arbitration. Specifically, following the stay, Vorys made over 70,000 settlement demands to Valve on behalf of consumer clients, initiated arbitration cases on behalf of individual consumers, sought a process arbitrator to decide whether the arbitration clause was unconscionable, and sought to allow the discovery record in the developer case to be used in arbitrations.

4. Since consumers and developers need substantially similar discovery from Valve (because they are pursuing the same theory of the case), Vorys requested the discovery produced in the developer litigation as discovery in consumer arbitrations. In a letter to the American Arbitration Association dated April 19, 2024, Vorys and co-counsel wrote:

> 3. <u>Scope of Discovery.</u> Individual Claimants request that a Process Arbitrator be appointed to determine the appropriate scope of discovery in this matter. Individual Claimants will primarily request access to discovery that Valve has already compiled and produced in related antitrust litigation that Valve is currently a party to pending in the Federal District Court for the Western District of Washington, captioned *Wolfire Games LLC et al v. Valve Corporation*, Case No. 2:21-cv-00563-JJC.

DECL. OF KENNETH J. RUBIN IN SUPPORT
OF COLVIN PLAINTIFFS' REPLY IN SUPPORT
OF AMENDED LEADERSHIP MOTION - 1
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400

5.     In 2021, Vorys, along with counsel for developers, brought a consolidated case on behalf of a proposed class of all direct purchasers from Valve (consumers and developers) because Valve's conduct harms all direct purchasers in the same essential way, at the same time, and for the same reasons.

6.     To the extent that Vorys' lodestar is relevant, most of Vorys' work as an executive committee member for the developer class is directly applicable to the putative consumer class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of January, 2025, in Columbus, Ohio.

By: _____

Kenneth J. Rubin

DECL. OF KENNETH J. RUBIN IN SUPPORT
OF COLVIN PLAINTIFFS' REPLY IN SUPPORT
OF AMENDED LEADERSHIP MOTION - 2
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Tel: (614) 464-6400