THE HONORABLE JAMAL N WHITEHEAD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW |
| | **DECLARATION OF WILLIAM W. BUCHER SUPPORTING OMNIBUS REPLY IN SUPPORT OF AMENDED MOTION TO APPOINT HAGENS BERMAN SOBOL SHAPIRO LLP AND BUCHER LAW PLLC AS INTERIM CO-LEAD CLASS COUNSEL** |
| This Filing Relates to: | |
| ALL ACTIONS | |

I, William Ward Bucher IV, declare that the following statements are true and correct, based on personal knowledge:

1.      I am the founder and principal of Bucher Law PLLC.  I have personal knowledge of the facts in this declaration, to which I would competently testify if called upon to do so.

2.      My firm represents a diverse range of clients who have been traditionally underserved by the legal profession. Many plaintiffs' firms, like *Drake* Counsel here, elect not to initiate or pursue arbitrations given the unique challenges arbitrations present, including the general prohibition on classwide recovery. In pursuing arbitrations against Valve, Bucher Law represents many clients who other firms have abandoned or forgotten.

3.      My firm counts among its clients consumers with varying degrees of sophistication. For example, prior to working on the Harris Walz campaign, one of my clients graduated Stanford Law, worked for U.S. Senators Booker and Whitehouse, and served in the White House counsel's office.

4.      But not all Bucher Law clients have a similar education or career. Some clients lack a sophisticated understanding of the legal system. More than a third of my clients are indigent.

5.      In an effort to evade a legal reckoning for its anticompetitive practices, Valve has pursued a troubling tactic—suing my arbitration clients. *See Valve Corporation v. Abbruzzese*, 2:24-cv-1717 (W.D. Wash.). As part of this unadjudicated lawsuit, Valve levels baseless accusations against my firm. This is part of a larger Valve legal strategy attacking arbitration counsel. Notably, Valve has sued other lawyers who have brought arbitrations against the company, *see Valve Corporation v. Zaiger, LLC*, 2:23-cv-1819 (W.D. Wash.), and Valve has lobbed frivolous sanctions motions against my firm in numerous arbitrations, not one of which has been granted, even in part.

6.      In seeking appointment as lead counsel in the Consumer action against Valve, lawyers representing the *Drake* and *Colvin* Plaintiffs have adopted Valve's baseless assertions without any knowledge of the facts.

7.      Valve, and now *Drake* and *Colvin* Counsel, assert that Bucher Law clients are required to pay additional costs to drop their arbitrations against Valve. This is false. Bucher Law is a plaintiff's side firm and has never billed a client who has not settled their case or won an award in their favor.

8.      Valve, and now *Drake* and *Colvin* Counsel, assert that Bucher Law does not respond to client inquiries, including with respect to the lawsuit Valve filed against them. This is false. Bucher Law maintains regular contact with its clients and recognizes the need to keep clients abreast of legal developments. Clients in the Valve antitrust matter are updated on the case on at least a monthly basis. Bucher Law also has practices in place to ensure timely responses to client inquiries. The emails Valve has relied upon show only my clients' understandable confusion at having been abruptly sued

DECL. OF WILLIAM W. BUCHER SUPPORTING OMNIBUS
REPLY IN SUPPORT OF AMENDED MOTION TO APPOINT
HAGENS BERMAN SOBOL SHAPIRO LLP AND BUCHER LAW
PLLC AS INTERIM CO-LEAD CLASS COUNSEL – 2

1  by Valve and served with legal documents they do not understand.  The same emails confirm that

2  Bucher Law is reachable, because I am copied.

3      9.      Valve, and now *Drake* Counsel, assert that Bucher Law's practice is to sign up minors

4  without parental consent.  This is false.  As *Drake* Counsel's own consultant recognizes, "there is no

5  per se bar on representing minor clients without parental consent." ECF No. 416-1 ¶ 63.  Nevertheless,

6  Bucher Law utilizes a separate retainer agreement for minors that is signed by both the minor and

7  their parent or guardian.

8

9      I declare under penalty of perjury under the laws of the United States that the foregoing is

10  true and correct.

11  DATED: January 17, 2024                    BUCHER LAW PLLC

12                                             By: /s/Will Bucher                    

13

14                                             Will Bucher
                                               350 Northern Blvd
15                                             STE 324 -1519
                                               Albany, NY 12204-1000
16                                             202-997-3029
                                               will@bucherlawfirm.com

17

18

19

20

21

22

23

24

25

26

27

28  DECL. OF WILLIAM W. BUCHER SUPPORTING OMNIBUS
    REPLY IN SUPPORT OF AMENDED MOTION TO APPOINT
    HAGENS BERMAN SOBOL SHAPIRO LLP AND BUCHER LAW
    PLLC AS INTERIM CO-LEAD CLASS COUNSEL – 3