|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 23 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: VALVE ANTITRUST LITIGATION
_____

WOLFIRE GAMES, LLC; et al.,

       Plaintiffs - Respondents,

 v.

VALVE CORPORATION,

       Defendant - Petitioner.

No. 24-7498

D.C. No.
2:21-cv-00563
Western District of Washington,
Seattle

ORDER

Before: BYBEE and MILLER, Circuit Judges.

The motion for leave to file a reply in support of the petition (Docket Entry No. 21) is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959–60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).

Petitioner's motion to maintain a portion of the petition under seal (Docket Entry No. 2) is granted. The clerk will file publicly the motion to seal (Docket Entry No. 2.1). The clerk will maintain the petition under seal at Docket Entry No. 1.

Respondents filed a notice of intent to file publicly the answer (Docket Entry No. 19). *See* 9th Cir. R. 27-13(f). Petitioner's motion to maintain under seal portions of the answer (Docket Entry No. 24) is granted. The clerk will unseal the notice (Docket Entry No. 19.1). The clerk will maintain the motion to seal and the answer under seal at Docket Entry Nos. 20 and 24.

Within 14 days of this order, (1) petitioner must submit for public filing a redacted version of the petition that tracks the proposed redactions in Docket Entry No. 2.2, and (2) respondents must submit for public filing a redacted version of the answer that tracks the proposed redactions in the appendix to the motion to seal at Docket Entry No. 24.1. The page numbering and citations in the public versions must remain the same as in the sealed versions.