THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br>**NOTICE OF CHANGE OF ADDRESS**<br>**(CLERK'S ACTION REQUIRED)** |

TO: Clerk of the Court;

AND TO: All Counsel and Parties of Record

PLEASE TAKE NOTICE that effective immediately, Jessica M. Rizzo, formerly of Montgomery McCracken Walker & Rhoads LLP, attorneys of record for VALVE CORPORATION ("Valve"), has changed her address and contact information for service of notices and documents or other contact information in the above-captioned matter.

The new address and contact information for Jessica M. Rizzo is as follows:

Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile (215) 864-8999
Email: rizzoj@ballardspahr.com

All notices and documents regarding the action should be sent to the above address.



**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel (215) 665-8500
Fax (215) 864-8999

DATED this 14th day of February, 2025.

*s/ Jessica M. Rizzo*
Jessica M. Rizzo (pro hac vice)
BALLARD SPAHR LLP
1735 Market Street, 48th Floor
Philadelphia, PA 19103
(215) 665-8500 Phone
rizzoj@ballardspahr.com

Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com

*Attorneys for Defendant Valve Corporation*