UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | CASE NO. 2:21-cv-00563-JNW |
|---|---|
| | ORDER |

In its prior Order, the Court notified the Parties that it would lift the stay as to the named Consumer Plaintiffs, except for Plaintiff Lally, unless it received an objection by December 13, 2024. Dkt. No. 395. The Court has received no objections. Accordingly, the Court ORDERS that the stay of this matter is LIFTED as to the named Consumer Plaintiffs, except for Lally.

Dated this 19th day of February, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 1