THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | Lead Case No.: 2:21-cv-00563-JNW |
|---|---|
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates to:<br>Developer Plaintiffs | |

NOTICE OF WITHDRAWAL OF COUNSEL
No. 2:21-cv-00563-JNW

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Stephanie L. Jensen of Wilson Sonsini Goodrich & Rosati, P.C. hereby withdraws as counsel of record on behalf of Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC (together, "Dark Catt") in the above-captioned matter. Dark Catt's remaining counsel, Tyre L. Tindall, McKinney Wheeler, Kenneth R. O'Rourke, and Jordanne M. Steiner of Wilson Sonsini Goodrich & Rosati, P.C., and W. Joseph Bruckner, Joseph C. Bourne, Laura M. Matson, and Kyle Pozan of Lockridge Grindal Nauen P.L.L.P., continue to represent Dark Catt.

The remaining counsel from the firms listed below have been appointed as Co-Lead Class Counsel, and shall remain as counsel of record for Plaintiffs.

| | |
|---|---|
| **CONSTANTINE CANNON L.L.P.** | Ankur Kapoor<br>Owen Glist |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | W. Joseph Bruckner<br>Joseph C. Bourne<br>Laura M. Matson<br>Kyle Pozan |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Steig D. Olson<br>Alicia Cobb<br>Adam Wolfson<br>David LeRay<br>Nicolas Siebert |
| **WILSON SONSINI GOODRICH & ROSATI, P.C.** | Kenneth R. O'Rourke<br>Jordanne M. Steiner<br>Tyre Tindall<br>McKinney Wheeler |

DATED this 20th Day of February, 2025.

WITHDRAWING COUNSEL:

*s/ Stephanie L. Jensen*
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Phone (206) 883-2500
Fax (866) 974-7329
sjensen@wsgr.com

NOTICE OF WITHDRAWAL OF COUNSEL
No. 2:21-CV-00563-JNW
-1-
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

REMAINING COUNSEL:

s/ Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nicolas V. Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
Owen Glist (*pro hac vice*)
CONSTANTINE CANNON LLP
6 East 43rd Street, 26th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
oglist@constantinecannon.com

*Co-Lead Class Counsel*

s/ Tyre L. Tindall

Tyre L. Tindall, WSBA #56357
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH &
ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Phone (206) 883-2500
Fax (866) 974-7329
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7329
korourke@wsgr.com
jordanne.miller@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone (612) 339-6900
Fax (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Phone (312) 205-8968
Fax (612) 339-0981
kjpozan@locklaw.com

*Co-Lead Class Counsel*