THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Peter Breslauer of Montgomery McCracken Walker & Rhoads LLP hereby withdraws as counsel of record on behalf of Defendant Valve Corporation.

Charles B. Casper and Robert E. Day of Montgomery McCracken Walker & Rhoads LLP; Jessica Rizzo of Ballard Spahr LLP; Nathan M. Buchter of Fox Rothschild LLP; Blake Edward Marks-Dias, Eric A. Lindberg, and Todd T. Williams of Corr Cronin LLP; Andrew C. Indorf, Priyanka Timblo, and Scott M. Danner of Holwell Shuster & Goldberg LLP; Andrew Fuchs, Michael W. McTigue, Jr., and Meredith C. Slawe of Skadden Arps Slate Meagher & Flom; and Rakesh Kilaru, Ralia E. Polechronis, James Miller Rosenthal, Max Warren, and Keri L. Arnold of Wilkinson Stekloff LLP, shall remain as counsel of record for Defendant Valve Corporation.

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:21-cv-00563- JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    DATED this 4th day of March 2025.

2

3                                        WITHDRAWING COUNSEL:

4                                        *s/ Peter Breslauer*
                                         Peter Breslauer
5                                        MONTGOMERY McCRACKEN WALKER
                                         & RHOADS LLP
6                                        1735 Market Street, 21st Floor
                                         Philadelphia, PA 19103
7                                        Tel. (215) 772-1500
                                         pbreslauer@mmwr.com
8

9                                        REMAINING COUNSEL:

10                                       MONTGOMERY McCRACKEN WALKER
                                         & RHOADS LLP
11
                                         *s/ Charles B. Casper*
12                                       Charles B. Casper (*pro hac vice*)

13                                       *s/ Robert E. Day*
                                         Robert E. Day (*pro hac vice*)
14                                       1735 Market Street, 21st Floor
                                         Philadelphia, PA 19103
15                                       Tel. (215) 772-1500
                                         ccasper@mmwr.com
16                                       rday@mmwr.com

17                                       BALLARD SPAHR LLP

18                                       *s/ Jessica Rizzo*
                                         Jessica Rizzo (*pro hac vice*)
19                                       1735 Market Street, 51st Floor
                                         Philadelphia, PA 19103
20                                       Tel. (215) 665-8500
                                         rizzoj@ballardspahr.com
21

22                                       FOX ROTHSCHILD LLP

23                                       *s/ Nathan M. Buchter*
                                         Nathan M. Buchter (*pro hac vice*)
24                                       FOX ROTHSCHILD LLP
                                         2001 Market Street, 17th Floor
25

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:21-cv-00563- JNW – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Philadelphia, PA 19103
Tel. (215) 299-3010
nbuchter@foxrothschild.com

CORR CRONIN LLP

*s/ Blake Edward Marks-Dias*
Blake Edward Marks-Dias, WSBA No. 28169

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43593

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
1015 Second Avenue, Floor 10
Seattle, WA  98104
Tel. (206) 625-8600
bmarksdias@corrcronin.com
elindberg@corrcronin.com
twilliams@corrcronin.com

HOLWELL SHUSTER & GOLDBERG LLP

*s/ Andrew C. Indorf*
Andrew C. Indorf (*pro hac vice*)

*s/ Priyanka Timblo*
Priyanka Timblo (*pro hac vice*)

*s/ Scott M. Danner*
Scott M. Danner (*pro hac vice*)
425 Lexington Ave.
New York, NY 10017
Tel. (646) 837-5151
aindorf@hsgllp.com
ptimblo@hsgllp.com
sdanner@hsgllp.com

SKADDEN ARPS SLATE MEAGHER & FLOM

*s/ Andrew Fuchs*
Andrew Fuchs (*pro hac vice*)
1000 Louisiana St., Suite 6800
Houston, TX 77002
Tel. (312) 407-0971

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:21-cv-00563- JNW – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

afuchs@skadden.com

*s/ Michael W. McTigue, Jr.*
Michael W. McTigue, Jr. (*pro hac vice*)
One Manhattan West
New York, NY 10001
Tel. (212) 735-3529
michael.mctigue@skadden.com

*s/ Meredith C. Slawe*
Meredith C. Slawe (*pro hac vice*)
One Manhattan West
New York, NY 10001
Tel. (212) 735-3534
meredith.slawe@skadden.com


WILKINSON STEKLOFF LLP

*s/ Rakesh Kilaru*
Rakesh Kilaru (*pro hac vice*)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel. (202) 847-4046
rkilaru@wilkinsonstekloff.com

*s/ Ralia E. Polechronis*
Ralia E. Polechronis (*pro hac vice*)
130 W 42nd St., 24th Floor
New York, NY 10036
Tel. (212) 294-8922
rpolechronis@wilkinsonstekloff.com

*s/ James Miller Rosenthal*
James Miller Rosenthal (*pro hac vice*)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel. (202) 847-4011
jrosenthal@wilkinsonstekloff.com

*s/ Max Warren*
Max Warren (*pro hac vice*)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel. (202) 847-4008
mwarren@wilkinsonstekloff.com

*s/ Keri L. Arnold*
Keri L. Arnold (*pro hac vice*)

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:21-cv-00563- JNW – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Ralia E. Polechronis
130 W 42nd St., 24th Floor
New York, NY 10036
Tel. (212) 294-8920
karnold@wilkinsonstekloff.com

*Attorneys for Defendant Valve Corporation*

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:21-cv-00563- JNW – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900