THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC |
| | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

**TO:** CLERK OF COURT

**AND TO:** All parties of record and their counsel

You are hereby notified that Electronic Arts, Inc. and its attorney of record Tiffany L. Lee hereby withdraws as counsel for Electronic Arts, Inc. in this action, and that Grant Kinsel, of the law firm of Perkins Coie, LLP, whose address is 1201 Third Avenue, Suite 4900, Seattle, Washington 98101 is substituted as counsel for Electronic Arts, Inc.

NOTICE OF WITHDRAWAL AND SUBSTITUTION
(Case No.2:21-cv-00563 JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

180566506.1

| | |
|---|---|
| Dated:  April 2, 2025. | /s/ Tiffany L. Lee |
| | Tiffany L. Lee, WSBA 51979 |
| | TiffanyLee@perkinscoie.com |
| | Perkins Coie LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| | Telephone: (206) 359-8000 |
| | |
| | *Withdrawing Attorney for Non-Party Electronic Arts Inc.* |
| | |
| | /s/ Grant Kinsel |
| | Grant Kinsel, WSBA 49576 |
| | GKinsel@perkinscoie.com |
| | Perkins Coie LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| | Telephone: (206) 359-8000 |
| | |
| | *Substituting Attorney for Non-Party Electronic Arts Inc.* |

NOTICE OF WITHDRAWAL AND SUBSTITUTION
(Case No.2:21-cv-00563 JCC) - 2 -

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

180566506.1