WAWD – Praecipe (Revised 6/2021)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

IN RE VALVE ANTITRUST LITIGATION

        Plaintiff(s),

v.

        Defendant(s).

CASE NO. 2:21-cv-00563-JCC

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

Replace the attached Notice of Withdrawal for Tiffany L. Lee. This replaces the incorrectly filed document at Dkt. No. 435.

| | |
|---|---|
| 4/2/2025 | s/ Tiffany L. Lee |
| Dated | Sign or use an "s/" and your name |

Tiffany L. Lee, WSBA 51979
TiffanyLee@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000

Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1