THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC |
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO:**  CLERK OF COURT

**AND TO:**  All parties of record and their counsel

You are hereby notified that Electronic Arts, Inc. and its attorney of record Tiffany L. Lee hereby withdraws as counsel for Electronic Arts, Inc. in this action, and that Grant Kinsel, of the law firm of Perkins Coie, LLP, whose address is 1201 Third Avenue, Suite 4900, Seattle, Washington 98101 remains as counsel for Electronic Arts, Inc.

NOTICE OF WITHDRAWAL OF COUNSEL
(Case No.2:21-cv-00563 JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Dated: April 2, 2025. | /s/ Tiffany L. Lee<br>Tiffany L. Lee, WSBA 51979<br>TiffanyLee@perkinscoie.com<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br><br>*Withdrawing Attorney for Non-Party Electronic Arts Inc.* |

NOTICE OF WITHDRAWAL OF COUNSEL
(Case No.2:21-cv-00563 JCC) - 2 -

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000