THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JCC |
|---|---|
| | **NOTICE OF WITHDRAWAL AS COUNSEL** |

**TO:** CLERK OF COURT

**AND TO:** All parties of record and their counsel

You are hereby notified that Nintendo of America, Inc. and its attorney of record Tiffany L. Lee hereby withdraws as counsel for Nintendo of America, Inc. in this action.

Dated: April 3, 2025.

/s/ Tiffany L. Lee
Tiffany L. Lee, WSBA 51979
TiffanyLee@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000

*Attorney for Non-Party Nintendo of America, Inc.*

NOTICE OF WITHDRAWAL OF COUNSEL
(Case No.2:21-cv-00563 JCC) - 2 -

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000