THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW <br><br> **STIPULATED MOTION FOR EXTENSION OF MERITS EXPERT DISCOVERY DEADLINE TO TAKE CERTAIN DEPOSITIONS** <br><br> **NOTE ON MOTION CALENDAR: April 11, 2025** |

Plaintiffs Wolfire Games, LLC, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC and Defendant Valve Corporation, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The Court entered a Case Schedule on August 23, 2022 (Dkt. #98), which set certain case deadlines through summary judgment briefing.

2. Pursuant to the Case Schedule, Merits Expert Discovery closes 165 days after any grant of class certification (Dkt. #98, at 2).

3. On November 26, 2024, this Court issued its Order Granting Plaintiffs' Motion for Class Certification (Dkt. #391), which set May 12, 2025, as the close of Merits Expert Discovery pursuant to the Case Schedule.

1      4.      The parties have been working to complete merits expert discovery, including disclosing Opening Merits Expert Reports and Response Merits Expert Reports, preparing for disclosure of Rebuttal Merits Expert Reports under the deadline set forth in the Case Schedule, and scheduling merits expert depositions. The parties anticipate taking four merits expert depositions by May 12, 2025.

       5.      Due to scheduling constraints, the parties request a four-day extension of merits expert discovery to conduct expert depositions of the following witnesses:

               a.      Deposition of Dr. Steven Schwartz, to be conducted on May 14, 2025; and

               b.      Deposition of Professor Joost Rietveld, to be conducted on May 16, 2025.

       6.      The parties respectfully request that the Court enter the below Order extending the deadline to complete Merits Expert Discovery as stipulated.

       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

       DATED this 11th day of April, 2025.

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILKINSON STEKLOFF LLP |
|---|---|
| */s/ Alicia Cobb* <br> Alicia Cobb, WSBA #48685 <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 1109 First Avenue, Suite 210 <br> Seattle, Washington 98101 <br> Phone (206) 905 7000 <br> Fax (206) 905 7100 <br> aliciacobb@quinnemanuel.com <br><br> Steig D. Olson (*pro hac vice*) <br> David LeRay (*pro hac vice*) <br> Nicolas Siebert (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 295 5th Avenue, 9th Floor <br> New York, New York 10016 <br> Phone (212) 849-7000 <br> Fax (212) 849-7100 <br> steigolson@quinnemanuel.com | */s/ Rakesh Kilaru* <br> Rakesh Kilaru, *Admitted Pro Hac Vice* <br> James Rosenthal, *Admitted Pro Hac Vice* <br> Max Warren, *Admitted Pro Hac Vice* <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Tel: (202) 847-4000 <br> Fax: (202) 847-4005 <br> rkilaru@wilkinsonstekloff.com <br> jrosenthal@wilkinsonstekloff.com <br> mwarren@wilkinsonstekloff.com <br><br> Keri Arnold, *Admitted Pro Hac Vice* <br> Ralia Polechronis, *Admitted Pro Hac Vice* <br> 130 West 42nd Street, 24th Floor <br> New York, New York 10036 <br> Tel: (212) 294-8910 <br> Fax: (202) 847-4005 <br> karnold@wilkinsonstekloff.com <br> rpolechronis@wilkinsonstekloff.com |

STIPULATED MOTION FOR EXTENSION OF MERITS
EXPERT DISCOVERY DEADLINE TO TAKE CERTAIN
DEPOSITIONS - 2

| | | |
|---|---|---|
| 1 | davidleray@quinnemanuel.com | |
| 2 | nicolassiebert@quinnemanuel.com | Jessica Rizzo, *Admitted Pro Hac Vice*<br>BALLARD SPAHR |
| 3 | Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & | 1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 |
| 4 | SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor | Tel: (215) 665-8500<br>Fax (215) 864-8999 |
| 5 | Los Angeles, California 90017<br>Phone (213) 443-3285 | rizzoj@ballardspahr.com |
| 6 | Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | Nathan M Buchter, *Admitted Pro Hac Vice*<br>FOX ROTHSCHILD LLP |
| 7 | Ankur Kapoor (*pro hac vice*) | 2000 Market Street STE 20TH FL<br>Philadelphia, PA 19103 |
| 8 | CONSTANTINE CANNON LLP<br>6 East 43rd Street, Floor 26 | Tel: (215) 299-3010<br>nbuchter@foxrothschild.com |
| 9 | New York, NY 10017<br>Phone (212) 350-2748 | Blake Marks-Dias, WSBA No. 28169 |
| 10 | akapoor@constantinecannon.com | Eric A. Lindberg, WSBA No. 43596<br>1015 Second Avenue, Floor 10 |
| 11 | Tyre L. Tindall, WSBA #56357<br>McKinney Wheeler, WSBA #60635 | Seattle, WA 98104<br>Tel: (206) 625-8600 |
| 12 | WILSON SONSINI GOODRICH &<br>ROSATI P.C. | Fax: (206) 625-0900<br>bmarksdias@corrcronin.com |
| 13 | 701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104 | elindberg@corrcronin.com |
| 14 | Phone (206) 883-2500<br>Fax (866) 974-7329 | *Attorneys for Defendant Valve Corporation* |
| 15 | ttindall@wsgr.com<br>mckinney.wheeler@wsgr.com | |
| 16 | Kenneth R. O'Rourke (*pro hac vice*) | |
| 17 | Jordanne M. Steiner (*pro hac vice*)<br>WILSON SONSINI GOODRICH & | |
| 18 | ROSATI, P.C.<br>1700 K Street, NW, Suite 500 | |
| 19 | Washington, DC 20006<br>Phone (202) 973-8800 | |
| 20 | Fax (866) 974-7329<br>korourke@wsgr.com | |
| 21 | jsteiner@wsgr.com | |

STIPULATED MOTION FOR EXTENSION OF MERITS
EXPERT DISCOVERY DEADLINE TO TAKE CERTAIN
DEPOSITIONS - 3

| | |
|---|---|
| 1 | W. Joseph Bruckner (*pro hac vice*) |
| | Joseph C. Bourne (*pro hac vice*) |
| 2 | Laura M. Matson (*pro hac vice*) |
| | LOCKRIDGE GRINDAL NAUEN PLLP |
| 3 | 100 Washington Avenue S, Suite 2200 |
| | Minneapolis, MN 55401 |
| 4 | Phone (612) 339-6900 |
| | Fax (612) 339-0981 |
| 5 | wjbruckner@locklaw.com |
| | jcbourne@locklaw.com |
| 6 | lmmatson@locklaw.com |
| 7 | Kyle Pozan (*pro hac vice*) |
| | LOCKRIDGE GRINDAL NAUEN PLLP |
| 8 | 1165 N. Clark Street, Suite 700 |
| | Chicago, IL 60610 |
| 9 | Phone (312) 205-8968 |
| | Fax (612) 339-0981 |
| 10 | kjpozan@locklaw.com |
| 11 | Kristie A. LaSalle (*pro hac vice*) |
| | LOCKRIDGE GRINDAL NAUEN PLLP |
| 12 | 265 Franklin Street, Suite 1702 |
| | Boston, MA 02110 |
| 13 | Phone: (617) 535-3763 |
| | kalasalle@locklaw.com |
| 14 | |
| | *Publisher Plaintiff Class Counsel* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATED MOTION FOR EXTENSION OF MERITS
EXPERT DISCOVERY DEADLINE TO TAKE CERTAIN
DEPOSITIONS - 4

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2     DATED this 14th day of April, 2025.

                                        Honorable Jamal N. Whitehead
                                        UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF MERITS
EXPERT DISCOVERY DEADLINE TO TAKE CERTAIN
DEPOSITIONS - 5