THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**ORDER AMENDING CLASS PERIOD, GRANTING PUBLISHER CLASS PLAINTIFFS' MOTION FOR ORDER APPROVING NOTICE OF CLASS CERTIFICATION, AND ENTRY OF NOTICE SCHEDULE** |
| This Document Relates to:<br><br>Publisher Plaintiffs | |

This Court, having reviewed and considered Publisher Plaintiffs' Motion for Approval of Notice of Class Certification and Entry of Notice Schedule ("Motion"), and finding good cause, hereby grants the Motion and orders as follows:

1. The Court hereby amends the class definition and period:

    All persons or entities who, directly or through an agent, paid a commission to Valve in connection with the sale or use of a game on the Steam platform between January 28, 2017 and November 25, 2024 (the "Class Period"), and where either (1) the person or entity was based in the United States and its territories or (2) the game was purchased or acquired by a United States-based consumer during the Class Period. Excluded from the Class are

ORDER APPROVING CLASS CERT. NOTICE
CASE NO. 21-cv-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

(a) Defendant, its parents, subsidiaries, affiliate entities, and employees, and

(b) the Court and its personnel.

2. The Court having previously granted Publisher Plaintiffs' motion for class certification, ECF No. 392 at 26–27, hereby directs notice to be distributed to the class members pursuant to Federal Rule of Civil Procedure 23(c)(2).

3. The proposed notice plan and schedule set forth in the Motion and the supporting declarations complies with Rule 23(c)(2)(B) and due process as it constitutes the best notice that is practicable under the circumstances. It includes individual notice by email and mail to class members whose email and mailing addresses can be identified through reasonable effort. It also includes a dedicated class website and banner advertisement posted on multiple websites likely frequented by class members, as reasonable attempts to reach class members who may not receive the mail and email notice.

4. The proposed notice documents attached to the motion and their manner of transmission comply with Rule 23(c)(2)(B) and due process because they are reasonably calculated to adequately inform class members of "(i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues, or defenses; (iv) that a class member may enter an appearance through an attorney if the member so desires; (v) that the court will exclude from the class any member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on members under Rule 23(c)(3)." Fed. R. Civ. P. 23(c)(2)(B). Publisher Plaintiffs' Co-Lead Class Counsel may make non-substantive changes to the notice documents, such as typographical errors, without leave of the Court.

5. The Court hereby sets the below schedule for the dissemination of notice to the class and opt-out deadline:

Order Approving Class Cert. Notice
Case No. 21-cv-00563-JNW
- 2 -
Quinn Emanuel Urquhart & Sullivan
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

| Event | Date |
|---|---|
| Valve to Provide Notice Administrator with the Pertinent Contact Information for All Class Members | May 5, 2025, 14 days after issuance of the Order approving the Certification Notice Plan |
| Publisher Plaintiffs to Provide Notice Administrator and Valve with Class Notice List | June 4, 2025, 44 days after issuance of the Order approving the Certification Notice Plan |
| Notice Date (direct notice mailed/emailed; commencement of social media/internet notice; activate case website) | July 3, 2025, 73 days after issuance of the Order approving the Certification Notice Plan |
| Opt-Out Deadline | September 2, 2025, 134 days after issuance of the Order approving the Certification Notice Plan |
| Publisher Plaintiffs to File with the Court a List of All Persons and Entities Who Timely Requested Exclusion from the Class | September 16, 2025, 148 days after issuance of the Order approving the Certification Notice Plan |

6. No ruling on summary judgment shall be issued until after the opt-out period has concluded.

**IT IS SO ORDERED**

Dated this 21st day of April, 2025

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*Alicia Cobb*

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)

*Tyre L. Tindall*

Tyre L. Tindall, WSBA #56357
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (866) 974-7329
sjensen@wsgr.com
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

ORDER APPROVING CLASS CERT. NOTICE
CASE NO. 21-CV-00563-JNW

- 3 -

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | |
|---|---|
| Andrew Faisman (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br>nicolassiebert@quinnemanuel.com<br>andrewfaisman@quinnemanuel.com | Kenneth R. O'Rourke (*pro hac vice*)<br>Jordanne M. Steiner (*pro hac vice*)<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (866) 974-7329<br>korourke@wsgr.com<br>jordanne.miller@wsgr.com |
| Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Laura M. Matson (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone (612) 339-6900<br>Fax (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>lmmatson@locklaw.com |
| Ankur Kapoor (*pro hac vice*)<br>Noah Brecker-Redd (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>6 East 43rd St., 26th Floor<br>New York, NY 10017<br>Phone (212) 350-2700<br>Fax (212) 350-2701<br>akapoor@constantinecannon.com<br>nbrecker-redd@constantinecannon.com | Kyle Pozan (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>1165 N. Clark Street, Suite 700<br>Chicago, IL 60610<br>Phone (312) 205-8968<br>Fax (612) 339-0981<br>kjpozan@locklaw.com |
| | *Publisher Plaintiff Class Counsel* |

[ORDER APPROVING CLASS CERT. NOTICE
CASE NO. 21-CV-00563-JNW

- 4 -

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000