THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br><br>**STIPULATION AND (PROPOSED) ORDER RE: SUMMARY JUDGMENT AND *DAUBERT* BRIEFING**<br><br>NOTE ON MOTION CALENDAR: MAY 20, 2025 |

The Parties have met and conferred with respect to the forthcoming briefing on summary judgment and *Daubert* motion(s), and to discuss filing and sealing confidential material in connection with the briefing. The Parties have agreed to the following procedure, and respectfully request that the Court enter an order reflecting the Parties' stipulation.

1. As a result of the meet and confer, the Parties expect that their briefs, expert reports, and declarations will quote from, and substantially paraphrase, Confidential and Highly Confidential – Attorney's Eyes Only material.

STIPULATION AND (PROPOSED) ORDER RE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2. As a practical matter, in order to permit the upcoming briefing to proceed in a manner that protects the Parties' Confidential and Highly Confidential – Attorney's Eyes Only materials and complies with LCR 5(g) and the Stipulated Protective Order, Dkt. No. 95, the Parties propose the following.

    a. Pursuant to LCR 5(g)(2), the Court orders that each Party may initially file under seal summary judgement and/or *Daubert* briefs (including opening briefs, opposition briefs, and reply briefs), expert declarations or reports, exhibits, and all other evidence and declarations on which the Party relies.

    b. Within six weeks (42 days) of each filing, pursuant to LCR 5(g)(5), the Parties will meet and confer and, as appropriate, file replacement briefs, expert declarations or reports, exhibits, evidence, and declarations with necessary redactions, and a corresponding motion to seal pursuant to LCR 5(g)(3).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 20th day of May, 2025.

<u>s/ Alicia Cobb</u>
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nicolas Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, New York 10016
Phone (212) 849-7231

<u>s/ Blake Marks-Dias</u>
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43593
Todd T. Williams, WSBA No. 45032
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
elindberg@corrcronin.com
twilliams@corrcronin.com

Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000

STIPULATION AND (PROPOSED) ORDER RE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
FOLEY & LARDNER LLP (SFO)
555 California St., Fl 17
San Francisco, California 94104
Phone (415) 434-4484
charles.stevens@foley.com

Ankur Kapoor (*pro hac vice*)
A. Owen Glist (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
oglist@constantinecannon.com

Douglas R Matthews (*pro hac vice*)
VORYS SATER SEYMOUR & PEASE
52 E Gay St, Po Box 1008
Columbus, Ohio 43215
Phone (614) 464-5460
drmatthews@vorys.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500

Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com

Jessica M. Rizzo (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
(215) 665-8500 (Phone)
(215) 864-8999 (Fax)
rizzoj@ballardspahr.com

Nathan M. Buchter *(pro hac vice)*
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Telephone (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper (*pro hac vice*)
Robert E. Day *(pro hac vice)*
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
ccasper@mmwr.com
rday@mmwr.com

Michael W. McTigue, Jr. *(pro hac vice)*
Meredith C. Slawe *(pro hac vice)*
Andrew Fuchs *(pro hac vice)*
SKADDEN ARPS SLATE MEAGHER &
FLOM
1 Manhattan West
New York, NY 10001
(215) 735-3529 (Phone)

STIPULATION AND (PROPOSED) ORDER RE SUMMARY
JUDGMENT AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com | (917) 777-3529 (Fax)<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>afuchs@skadden.com |
| Tyre L. Tindall, WSBA #56357<br>McKinney Wheeler, WSBA #60635<br>WILSON SONSINI GOODRICH &<br>ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104<br>Phone (206) 883-2500<br>Fax (866) 974-7329<br>ttindall@wsgr.com<br>mckinney.wheeler@wsgr.com | Scott M. Danner *(pro hac vice)*<br>Priyanka Timblo *(pro hac vice)*<br>Andrew C. Indorf *(pro hac vice)*<br>HOLWELL SHUSTER & GOLDBERG LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(646) 837-5151 (Phone)<br>sdanner@hsgllp.com<br>ptimblo@hsgllp.com<br>aindorf@hsgllp.com |
| W. Joseph Bruckner *(pro hac vice)*<br>Joseph C. Bourne *(pro hac vice)*<br>Laura M Matson *(pro hac vice)*<br>Kyle J. Pozan *(pro hac vice)*<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>lmmatson@locklaw.com<br>kjpozan@locklaw.com | *Attorneys for Defendant Valve Corporation* |
| Kristie A LaSalle *(pro hac vice)*<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>265 Franklin Street, Ste 1702<br>Boston, Massachussetts 02110<br>Phone (617) 535-3763<br>kalasalle@locklaw.com | |

*Co-Lead Class Counsel*

STIPULATION AND (PROPOSED) ORDER RE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Parties are permitted to initially file summary judgment and *Daubert* briefs (including opening briefs, opposition briefs, and reply briefs), expert declarations or reports, exhibits, and all other evidence and declarations on which the Party relies, under seal.

2. The Parties shall meet and confer. Within forty-two (42) days of such filings, the Parties will, as appropriate, file replacement briefs, expert reports, exhibits, evidence, and declarations with necessary redactions, and a corresponding motion to seal.

DATED this __ day of _____ 2025.

_____
Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATION AND (PROPOSED) ORDER RE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 5

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900