THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>*Brandon Drake, et al. v. Valve Corporation*, Case No. 24-cv-01743-JNW | Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Brandon Drake and Eric Saavedra, by and through counsel, hereby give notice that their individual claims against Valve Corporation, which have been consolidated into the above-captioned action from Case No. 2:24-cv-01743-JNW, are voluntarily dismissed without prejudice. No class has been certified, and defendant Valve Corporation has not filed an answer or a motion for summary judgment.

DATED: May 22, 2025

Respectfully submitted,

By: */s/ David J. Ko*
David Ko, WSBA No. 38299
Derek W. Loeser, WSBA No. 24274
Ryan McDevitt, WSBA No. 43305
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900

1

NOTICE OF VOLUNTARY DISMISSAL

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

COTCHETT, PITRE & MCCARTHY L.L.P.
1809 7th Avenue, Suite 1610
Seattle, WA 98101
TELEPHONE: (206) 802-1272
FACSIMILE: (206) 299-4184

dko@kellerrohrback.com
dloeser@kellerrohrback.com
rmcdevitt@kellerrohrback.com

By: */s/ Karin B. Swope*
Karin B. Swope, WSBA No. 24015
Thomas E. Loeser, WSBA No. 38701
Vara Lyons (admitted in NY, WSBA pending)
Ellen J. Wen, WSBA No. 61324
COTCHETT, PITRE & MCCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Phone: (206) 802-1272
Fax: (650) 697-0577
kswope@cpmlegal.com
tloeser@cpmlegal.com
vlyons@cpmlegal.com
ewen@cpmlegal.com

By: */s/ Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Candice J. Enders (*pro hac vice*)
Zachary Caplan (*pro hac vice*)
Julia McGrath (*pro hac vice*)
Jeremy Gradwohl (*pro hac vice*)
Sarah Zimmerman (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, PA 19103
Phone: (215) 875-3000
mdellangelo@bm.net
cenders@bm.net
zcaplan@bm.net
jmcgrath@bm.net
jgradwohl@bm.net
szimmerman@bm.net

***Attorneys for Plaintiffs Brandon Drake And Eric Saavedra***

2

NOTICE OF VOLUNTARY DISMISSAL

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

COTCHETT, PITRE & MCCARTHY L.L.P.
1809 7th Avenue, Suite 1610
Seattle, WA 98101
TELEPHONE: (206) 802-1272
FACSIMILE: (206) 299-4184

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

／s/ David Ko
David Ko

NOTICE OF VOLUNTARY DISMISSAL

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**COTCHETT, PITRE & MCCARTHY L.L.P.**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
TELEPHONE: (206) 802-1272
FACSIMILE: (206) 299-4184