THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>Consumer Plaintiffs | No. 2:21-cv-00563-JNW<br><br>**STIPULATION AND ORDER REGARDING CONSOLIDATED AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE; PLAINTIFFS' STATEMENT REGARDING INTERIM LEAD COUNSEL OBLIGATIONS**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>June 2, 2025 |

On May 2, 2025, this Court appointed Cohen Milstein Sellers & Toll PLLC, attorneys for the *Hepler* Plaintiffs, as Interim Lead Class Counsel for the putative Consumer Class. *See* Order, ECF No. 441 ("Appointment Order"). In light of the Court's Order, Interim Lead Class Counsel have met and conferred with Counsel for Defendant Valve Corporation ("Valve"), and the Parties hereby stipulate and agree to the following schedule for (a) Interim Lead Class Counsel to file a Consolidated Amended Complaint ("CAC") for the Consumer Class, and (b) Valve to Answer or otherwise respond to the CAC:

| Case Event | Date |
|---|---|
| Plaintiffs' Deadline to File CAC | Friday, June 27, 2025 |
| Valve's Deadline to Answer or Move to Dismiss the CAC | Friday, August 22, 2025 |
| Plaintiffs' Deadline to Respond to Any Motion to Dismiss | Friday, October 3, 2025 |

| Valve's Deadline to Reply in Support of Any Motion to Dismiss | Friday, October 24, 2025 |
|---|---|

**Plaintiffs' Statement Regarding Interim Lead Class Counsel Duties**

In addition to the above stipulation, the Consumer Plaintiffs write to apprise the Court of Interim Lead Class Counsel's progress effectuating the duties set forth in Section 4.4 of the Appointment Order. Neither Valve nor the Publisher Class take any position on this statement.

Interim Lead Class Counsel has discussed with Valve and the Publisher Class potential stipulations or amendments to enable Consumer Plaintiffs' counsel to access sealed filings, documents and data produced in discovery, and other material protected under the Court's Protective Order. Based on those discussions, Interim Lead Class Counsel do not anticipate significant hurdles to reaching agreed solutions, though the Parties are still negotiating the scope and shape of any agreement.

Additionally, mindful of the Court's expectation that Interim Lead Class Counsel will take a "collaborative approach" to its appointment, Appointment Order at 10, and the Court's anticipation that Interim Lead Class Counsel will "delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner to ensure that pretrial preparation for the plaintiffs is conducted efficiently and effectively," *id.* at 11, the Consumer Plaintiffs intend, absent contrary instruction by the Court, to assign a variety of pre-trial work to Hagens Berman Sobol Shapiro LLP to take advantage of that firm's skill and experience, including consultation on strategic issues, research, drafting, and discovery. Consistent with the Appointment Order, Interim Lead Class Counsel will inform the Court prior to delegation of tasks to additional counsel.

Should the Court require any additional information regarding the above, or any of Interim Lead Class Counsel's other obligations set forth in Section 4.4 of the Court's Order, the Consumer Plaintiffs will promptly provide a status report.

Dated: June 2, 2025

/s/ Robert W. Cobbs
Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
rcobbs@cohenmilstein.com
nregenold@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

*Attorneys for the Hepler Plaintiffs and Interim Lead Class Counsel for the Proposed Consumer Class*

Corrie Yackulic (WSBA No. 16063)
CORRIE YACKULIC LAW LLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Tel: (206) 787-1915
corrie@cjylaw.com

*Liaison Counsel for the Hepler Plaintiffs and the Proposed Consumer Class*

Respectfully submitted,

/s/ Ralia Polechronis
Rakesh Kilaru (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Max Warren (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Keri Arnold (*pro hac vice*)
Ralia Polechronis (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com

Jessica Rizzo (*pro hac vice*)
BALLARD SPAHR
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax (215) 864-8999
rizzoj@ballardspahr.com

Nathan M Buchter (*pro hac vice*)
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Tel: (215) 299-3010
nbuchter@foxrothschild.com

| | |
|---|---|
| 1 | Blake Marks-Dias, WSBA No. 28169 |
| 2 | Eric A. Lindberg, WSBA No. 43596 |
|   | CORR CRONIN LLP |
| 3 | 1015 Second Avenue, Floor 10 |
|   | Seattle, WA 98104 |
| 4 | Tel: (206) 625-8600 |
|   | Fax: (206) 625-0900 |
| 5 | bmarksdias@corrcronin.com |
|   | elindberg@corrcronin.com |
| 6 | |
| 7 | *Attorneys for Defendant Valve Corporation* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____