| | |
|---|---|
| | THE HON. JAMAL N. WHITEHEAD |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW |
| | **STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| | **NOTE ON MOTION CALENDAR**: June 4, 2025 |
| | **[CLERK'S ACTION REQUIRED]** |

### I.    RELIEF REQUESTED

Plaintiff Ryan Lally moves this Court pursuant to LCR 83.2(b) for an order permitting Kenneth J. Rubin, Timothy B. McGranor, Douglas R. Mathews, and Kara M. Mundy of Vorys, Sater, Seymour and Pease LLP to withdraw as his counsel of record, along with their local counsel, H. Troy Romero of Romero Park PS, and to be substituted by Gary E. Mason, Theodore B. Bell, Danielle L. Perry, and Jacob D. Eisenberg of Mason LLP, 5335 Wisconsin Avenue N.W., Suite 640, Washington, DC 20015, along with their local counsel, Michael C. Subit of Frank Freed Subit & Thomas LLP, 705 Second Avenue, Suite 1200, Seattle, WA 98104.

Attorney for Defendant, Michael W. McTigue Jr. of Skadden, Arps, Slate, Meagher & Flom LLP has stipulated to this Order as set forth below.

STIP. MOT. TO SUBSTITUTE COUNSEL
CASE NO. 2:21-CV-00563-JNW                1

**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

DATED this 26th day of May, 2025.

Respectfully submitted,

**FRANK FREED SUBIT & THOMAS LLP**

By: /s/ *Michael C. Subit*
Michael C. Subit, WSBA No. 29189
Hoge Building
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Telephone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

*Substituting Local Counsel for Plaintiff*

**MASON LLP**

Gary E. Mason (*pro hac vice* forthcoming)
Theodore B. Bell (*pro hac vice* forthcoming)
Danielle L. Perry (*pro hac vice* forthcoming)
Jacob D. Eisenberg (*pro hac vice* forthcoming)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com
Email: tbell@masonllp.com
Email: dperry@masonllp.com
Email: jeisenberg@masonllp.com
Email: jeisenberg@masonllp.com

*Substituting Attorneys for Plaintiff*

**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**

By: /s/ *Michael W. McTigue, Jr.*
Michael W. McTigue, Jr. (*pro hac vice*)
1 Manhattan West
New York, New York 10001
Telephone: (215) 735-3529
Email: michael.mctigue@skadden.com

*Attorney for Defendant*

**ROMERO PARK PS**

By: /s/ *H. Troy Romero*
H. Troy Romero, WSBA No. 19044
1019 W. James St., Ste. 102
Kent, Washington 98032
Telephone: (425) 450-5000
Email: tromero@romeropark.com

*Withdrawing Local Counsel for Plaintiff*

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Douglas R. Matthews (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Fax: (614) 464-6350

*Withdrawing Attorneys for Plaintiff*

STIP. MOT. TO SUBSTITUTE COUNSEL
CASE NO. 2:21-CV-00563-JNW        2

MASON LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br>June 4, 2025 |

THIS MATTER came before the Court on the parties' Stipulated Motion and Order for Withdrawal and Substitution of Counsel. The Court, having reviewed the records and files herein, and pursuant to LCR 83.2, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED that H. Troy Romero of Romero Park PS and Kenneth J. Rubin, Timothy B. McGranor, Douglas R. Mathews, and Kara M. Mundy of Vorys, Sater, Seymour and Pease LLP are hereby withdrawn as counsel of record for Plaintiff Ryan Lally.

It is further ORDERED that Michael C. Subit of Frank Freed Subit & Thomas LLP and Gary E. Mason, Theodore B. Bell, Danielle L. Perry, and Jacob D. Eisenberg of Mason LLP are

[PROPOSED] ORDER GRANTING STIP. MOT. TO SUBSTITUTE COUNSEL
CASE NO. 2:21-CV-00563-JNW

1

**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

1  substituted as counsel of record for Plaintiff Lally and all further pleadings herein, exclusive of
2  process, shall be served upon said attorneys at the office addresses below stated.
3      **IT IS SO ORDERED.**
4
5      DATED this _____ day of _____, 2025.
6
7                                          _____
8                                          HONORABLE JAMAL N. WHITEHEAD
                                        UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[Proposed] Order Granting Stip. Mot. To Substitute Counsel
Case No. 2:21-cv-00563-JNW          2

**Mason LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

Presented by:

| | |
|---|---|
| **FRANK FREED SUBIT & THOMAS LLP** | **SKADDEN ARPS SLATE MEAGHER & FLOM LLP** |
| By: /s/ Michael C. Subit | By: /s/ Michael W. McTigue, Jr. |
| Michael C. Subit, WSBA No. 29189 | Michael W. McTigue, Jr. (*pro hac vice*) |
| Hoge Building | 1 Manhattan West |
| 705 Second Avenue, Suite 1200 | New York, New York 10001 |
| Seattle, Washington 98104-1729 | Telephone: (215) 735-3529 |
| Telephone: (206) 682-6711 | Email: michael.mctigue@skadden.com |
| Fax: (206) 682-0401 | |
| Email: msubit@frankfreed.com | *Attorney for Defendant* |
| *Substituting Local Counsel for Plaintiff* | |

**MASON LLP**

Gary E. Mason (*pro hac vice* forthcoming)
Theodore B. Bell (*pro hac vice* forthcoming)
Danielle L. Perry (*pro hac vice* forthcoming)
Jacob D. Eisenberg (*pro hac vice* forthcoming)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com
Email: tbell@masonllp.com
Email: dperry@masonllp.com
Email: jeisenberg@masonllp.com
Email: jeisenberg@masonllp.com

*Substituting Attorneys for Plaintiff*

**ROMERO PARK PS**

By: /s/ H. Troy Romero
H. Troy Romero, WSBA No. 19044
1019 W. James St., Ste. 102
Kent, Washington 98032
Telephone: (425) 450-5000
Email: tromero@romeropark.com

*Withdrawing Local Counsel for Plaintiff*

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Douglas R. Matthews (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Fax: (614) 464-6350

*Withdrawing Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING STIP. MOT. TO SUBSTITUTE COUNSEL
CASE NO. 2:21-CV-00563-JNW

3

**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290