THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This filing relates to:<br><br>ALL ACTIONS | No. 2:21-cv-00563-JNW<br><br>**[PROPOSED] ORDER ON PLAINTIFF RYAN LALLY'S MOTION FOR SANCTIONS** |

This matter comes before the Court upon Plaintiff Ryan Lally's ("Lally") Motion for Sanctions against Defendant Valve Corporation ("Valve"). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. Valve shall pay all invoices issued or to be issued by AAA for the arbitration of Lally's claim and the claims of all other claimants who notified Valve of their arbitration claims prior to September 26, 2024;

2. Valve shall certify its compliance to the Court within 30 days of this Order;

[PROPOSED] ORDER
CASE NO. 2:21-CV-00563-JNW                 1

**MASON LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

3. If Valve fails to comply with this Order, default or adverse inference sanctions will be entered as liability in any subsequent proceedings related to Lally's arbitration and the arbitrations of similarly situated Steam Subscribers.

Finally, the Court GRANTS Plaintiff Lally an award of reasonable attorneys' fees and costs incurred by bringing the Motion for Sanctions.

DATED this _____ day of _____, 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. 2:21-CV-00563-JNW                    2

**MASON LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

Presented by:

**FRANK FREED SUBIT &THOMAS LLP**

By: /s/ *Michael C. Subit*

Michael C. Subit, WSBA No. 29189
Hoge Building
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Telephone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

**MASON LLP**

Gary E. Mason (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com
   tbell@masonllp.com
   dperry@masonllp.com
   jeisenberg@masonllp.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER
CASE NO. 2:21-CV-00563-JNW     3

**MASON LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290