# EXHIBIT A2

Invoice from AAA to Valve for Case Management Fees



| | |
|---|---|
| **Invoice Date** |
| 24-Mar-2025 |
| **Invoice Balance** |
| $20,875,400.00 |
| **Case #** |
| 01-23-0005-8758-2-CF |

Case Manager: Cheryl A Florio
CherylFlorio@adr.org
**Pay PIN**: 12064994
Unless instructed otherwise, invoice balance due upon receipt.

# Invoice

Michael W. McTigue Jr., Jr., Esq.
Skadden, Arps, Slate, Meagher & Form, LLP
One Manhattan West
New York, NY 10001

**Representing:** Valve Corporation

Re: Individual Claimants
Vs.
Valve Corporation

| Bill Line Date | Bill Line # | Description | Due Date | Amount |
|---|---|---|---|---|
| 24-Mar-2025 | 14237774 | Case Management Fees | 24-Mar-2025 | $20,875,400.00 |
| | | **Net Due Amount** | | **$20,875,400.00** |

| Invoice Date |
|---|
| 24-Mar-2025 |
| **Invoice Balance** |
| $20,875,400.00 |
| **Case #** |
| 01-23-0005-8758-2-CF |

Case Manager: Cheryl A Florio
CherylFlorio@adr.org
**Pay PIN**: 12064994
Unless instructed otherwise, invoice balance due upon receipt.

# Payment Options

### Paying by Credit Card or eCheck
To pay with a credit card or eCheck online, go to www.adr.org, click on "**File or Access your Case**" and then select "**Quick Pay an Invoice**" and use this **Pay PIN**: **12064994**. Please note that, beginning October 2022, where permitted by law, a 2.6% processing fee will be assessed on payments made by credit card; all such processing fees are non-refundable, regardless of whether AAA fees or compensation or expense deposits are later refunded in full or in part. Please note that we no longer accept the American Express card. There is no processing fee for payments made by echeck or debit cards.

### Wire Transfer
As information transmitted by the bank is often truncated due to limited space, please email your reference information (Case #/Bill Line #/Program #/Party Name) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly (e.g. 011400021841 P1 or #1234567 P2 or EDU1234). Please email as follows:

For active cases: send to your AAA case representative and corpfinance@adr.org
For new filings (where your case number is not known): send to casefiling@adr.org and corpfinance@adr.org

FOR WIRES / ACH / EFT
    **Name of Bank:** Bank of America
    **Address:** One Bryant Park, 115 W 42nd St, New York, NY 10036, USA
    **Account Name:** American Arbitration Association Inc
    **Account Number:** 483094342498
    **ABA/Transit Number:** 021000322
    **Wire Transit Number:** 026009593
    **Reference:** Case # and Bill Line #/Party Name; or Program # (as applicable)
    **Swift Code/BIC:** BOFAUS3N

Note: Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

### Paying by Check
Please return this page with your payment made payable to the **American Arbitration Association**
(Please indicate the Case # on the check) to:

    Bank of America Lockbox Services
    American Arb Assoc 845299
    1950 N. Stemmons Freeway, Suite 5010
    Dallas, TX 75207