THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>Consumer Plaintiffs | No. 2:21-cv-00563-JNW<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>June 25, 2025<br><br>**[CLERK'S ACTION REQUIRED]** |

## I.     RELIEF REQUESTED

Pursuant to LCR 83.2(b), Alicia Cobb, Steig D. Olson, David LeRay, Nicolas Siebert, and Adam Wolfson of Quinn Emanuel Urquhart & Sullivan, LLP hereby stipulate to withdraw as counsel of record for Plaintiff William Herbert (n/k/a William Feinglass) and to be substituted as counsel of record by Brent W. Johnson, Benjamin D. Brown, Robert W. Cobbs, Nathaniel D. Regenold, Christopher J. Bateman, and Daniel Gifford of Cohen Milstein Sellers & Toll PLLC, Interim Lead Class Counsel for the proposed Consumer Class, along with Corrie Yackulic of Corrie Yackulic LLC, Liaison Counsel for the proposed Consumer Class.

Attorneys for Defendant Valve Corporation have stipulated to the above and the Proposed Order as set forth below.

Dated: June 25, 2025

Respectfully submitted,

/s/ Corrie Yackulic
Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
rcobbs@cohenmilstein.com
nregenold@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

*Attorneys for the Hepler Plaintiffs and Interim Lead Class Counsel for the Proposed Consumer Class*
*Substituting Attorneys for Plaintiff*

Corrie Yackulic (WSBA No. 16063)
CORRIE YACKULIC LAW LLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Tel: (206) 787-1915
corrie@cjylaw.com

*Liaison Counsel for the Hepler Plaintiffs and the Proposed Consumer Class*
*Substituting Local Counsel for Plaintiff*

/s/ Ralia Polechronis
Rakesh Kilaru (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Max Warren (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Keri Arnold (*pro hac vice*)
Ralia Polechronis (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com

Jessica Rizzo (*pro hac vice*)
BALLARD SPAHR
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax (215) 864-8999
rizzoj@ballardspahr.com

Nathan M Buchter (*pro hac vice*)
FOX ROTHSCHILD LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel: (215) 299-3010
nbuchter@foxrothschild.com

| | | |
|---|---|---|
| 1 | | Blake Marks-Dias, WSBA No. 28169 |
| 2 | /s/ Alicia Cobb | Eric A. Lindberg, WSBA No. 43596 |
| | Alicia Cobb, WSBA #48685 | CORR CRONIN LLP |
| 3 | QUINN EMANUEL URQUHART & | 1015 Second Avenue, Floor 10 |
| | SULLIVAN, LLP | Seattle, WA 98104 |
| 4 | 1109 First Avenue, Suite 210 | Tel: (206) 625-8600 |
| | Seattle, Washington 98101 | Fax: (206) 625-0900 |
| 5 | Phone (206) 905-7000 | bmarksdias@corrcronin.com |
| | Fax (206) 905-7100 | elindberg@corrcronin.com |
| 6 | aliciacobb@quinnemanuel.com | |
| 7 | | *Attorneys for Defendant Valve Corporation* |
| | Steig D. Olson (*pro hac vice*) | |
| 8 | David LeRay (*pro hac vice*) | |
| | Nic V. Siebert (*pro hac vice*) | |
| 9 | QUINN EMANUEL URQUHART & | |
| | SULLIVAN, LLP | |
| 10 | 295 5th Avenue | |
| | New York, New York 10016 | |
| 11 | Phone (212) 849-7231 | |
| 12 | Fax (212) 849-7100 | |
| | steigolson@quinnemanuel.com | |
| 13 | davidleray@quinnemanuel.com | |
| | nicolassiebert@quinnemanuel.com | |
| 14 | | |
| 15 | Adam Wolfson (*pro hac vice*) | |
| | QUINN EMANUEL URQUHART & | |
| 16 | SULLIVAN, LLP | |
| | 865 S. Figueroa St., 10th Floor | |
| 17 | Los Angeles, California 90017 | |
| | Phone (213) 443-3285 | |
| 18 | Fax (213) 443-3100 | |
| 19 | adamwolfson@quinnemanuel.com | |
| 20 | *Publisher Co-Lead Class Counsel* | |
| | *Withdrawing Attorneys for Plaintiff* | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

| | | |
|---|---|---|
| STIP. MOTION TO SUBSTITUTE COUNSEL | Page 3 | Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave. NW, Suite 800<br>Washington, DC 20005<br>(202) 408-4600 |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>Consumer Plaintiffs | No. 2:21-cv-00563-JNW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>June 25, 2025 |

THIS MATTER came before the Court on the parties' Stipulated Motion and Order for Withdrawal and Substitution of Counsel. The Court, having reviewed the records and files herein, and pursuant to LCR 83.2, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED that Alicia Cobb, Steig D. Olson, David LeRay, Nicolas Siebert, and Adam Wolfson of Quinn Emanuel Urquhart & Sullivan are hereby withdrawn as counsel of record for Plaintiff William Herbert (n/k/a William Feinglass).

It is further ORDERED that Brent W. Johnson, Benjamin D. Brown, Robert W. Cobbs, Nathaniel D. Regenold, Christopher J. Bateman, and Daniel Gifford of Cohen Milstein Sellers & Toll PLLC, Interim Lead Class Counsel for the proposed Consumer Class, along with Corrie Yackulic of

[PROPOSED] ORDER GRANTING STIP. MOT. TO SUBSTITUTE COUNSEL

Page 1

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600

1  Corrie Yackulic LLC, Liaison Counsel for the proposed Consumer Class, are substituted as counsel
2  of record for Plaintiff Herbert and all further pleadings herein, exclusive of process, shall be served
3  upon said attorneys at the office addresses below stated.
4      **IT IS SO ORDERED.**
5
6      DATED this _____ day of _____, 2025.
7
8
9                                                     HONORABLE JAMAL N. WHITEHEAD
                                                    UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| | | |
|---|---|---|
| 1 | Dated: June 25, 2025 | Respectfully submitted, |
| 2 | /s/ Corrie Yackulic | /s/ Ralia Polechronis |
| 3 | Brent W. Johnson (*pro hac vice*) | Rakesh Kilaru (*pro hac vice*) |
| | Benjamin D. Brown (*pro hac vice*) | James Rosenthal (*pro hac vice*) |
| 4 | Robert W. Cobbs (*pro hac vice*) | Max Warren (*pro hac vice*) |
| | Nathaniel D. Regenold (*pro hac vice*) | WILKINSON STEKLOFF LLP |
| 5 | COHEN MILSTEIN SELLERS & TOLL PLLC | 2001 M Street NW, 10th Floor |
| | 1100 New York Ave. NW, Fifth Floor | Washington, DC 20036 |
| 6 | Washington, DC 20005 | Tel: (202) 847-4000 |
| 7 | (202) 408-4600 | Fax: (202) 847-4005 |
| | bjohnson@cohenmilstein.com | rkilaru@wilkinsonstekloff.com |
| 8 | bbrown@cohenmilstein.com | jrosenthal@wilkinsonstekloff.com |
| | rcobbs@cohenmilstein.com | mwarren@wilkinsonstekloff.com |
| 9 | nregenold@cohenmilstein.com | |
| 10 | | Keri Arnold (*pro hac vice*) |
| | Christopher J. Bateman (*pro hac vice*) | Ralia Polechronis (*pro hac vice*) |
| 11 | Daniel Gifford (*pro hac vice*) | WILKINSON STEKLOFF LLP |
| | COHEN MILSTEIN SELLERS & TOLL PLLC | 130 West 42nd Street, 24th Floor |
| 12 | 88 Pine St., 14th Floor | New York, New York 10036 |
| | New York, NY 10005 | Tel: (212) 294-8910 |
| 13 | Tel: (212) 838-7797 | Fax: (202) 847-4005 |
| | Fax: (212) 838-7745 | karnold@wilkinsonstekloff.com |
| 14 | cbateman@cohenmilstein.com | rpolechronis@wilkinsonstekloff.com |
| 15 | dgifford@cohenmilstein.com | |
| | | Jessica Rizzo (*pro hac vice*) |
| 16 | *Attorneys for the Hepler Plaintiffs and* | BALLARD SPAHR |
| | *Interim Lead Class Counsel for the Proposed* | 1735 Market Street, 51st Floor |
| 17 | *Consumer Class* | Philadelphia, PA 19103 |
| 18 | *Substituting Attorneys for Plaintiff* | Tel: (215) 665-8500 |
| | | Fax (215) 864-8999 |
| 19 | Corrie Yackulic (WSBA No. 16063) | rizzoj@ballardspahr.com |
| | CORRIE YACKULIC LAW LLC | |
| 20 | 110 Prefontaine Place S., Suite 304 | Nathan M Buchter (*pro hac vice*) |
| | Seattle, WA 98104 | FOX ROTHSCHILD LLP |
| 21 | Tel: (206) 787-1915 | Two Commerce Square |
| 22 | corrie@cjylaw.com | 2001 Market Street, Suite 1700 |
| | | Philadelphia, PA 19103 |
| 23 | *Liaison Counsel for the Hepler Plaintiffs and the* | Tel: (215) 299-3010 |
| | *Proposed Consumer Class* | nbuchter@foxrothschild.com |
| 24 | *Substituting Local Counsel for Plaintiff* | |
| 25 | /s/ Alicia Cobb | Blake Marks-Dias, WSBA No. 28169 |
| | | Eric A. Lindberg, WSBA No. 43596 |
| 26 | Alicia Cobb, WSBA #48685 | CORR CRONIN LLP |
| | QUINN EMANUEL URQUHART & | 1015 Second Avenue, Floor 10 |

| | | |
|---|---|---|
| [PROPOSED] ORDER GRANTING STIP. MOT. TO SUBSTITUTE COUNSEL | Page 3 | Cohen Milstein Sellers & Toll PLLC 1100 New York Ave. NW, Suite 800 Washington, DC 20005 (202) 408-4600 |

| | |
|---|---|
| SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Nic V. Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>295 5th Avenue<br>New York, New York 10016<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br>nicolassiebert@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>*Publisher Co-Lead Class Counsel*<br>*Withdrawing Attorneys for Plaintiff* | Seattle, WA 98104<br>Tel: (206) 625-8600<br>Fax: (206) 625-0900<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com<br><br>*Attorneys for Defendant Valve Corporation* |