# EXHIBIT 2



13727 Noel Road Suite 1025
Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 2/22/2024 | **$1,866,100.00** |
| 01-23-0005-8758 – 14,911 cases ||
| Individuals v Valve Corporation ||

# Invoice

Valve Corporation
c/o Charles B. Casper, Esq.
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
2400 The Wachovia Building
Philadelphia, PA 19109
Via Email to: ccasper@mmwr.com

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 2/22/2024 | (07) 01-23-0005-8758 | Respondent Filing Fee<br>500 cases x $325.00<br>1000 cases x 250.00<br>1500 case x $175.00<br>11,911 cases x $100.00 | $1,866,100.00 | **Due Upon Receipt** |

## Payment Options

**Wire Transfer / ACH / EFT**

As information transmitted by the bank is often truncated due to limited space, please email your reference information (01-23-0005-8758 Individuals v. Valve Corporation) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly to corpfinance@adr.org and LMEEFinance@adr.org.

**Name of Bank:** Wells Fargo Bank
**Address:** 150 East 42nd Street, 24th FL., New York, NY 10017, USA
**Account Name:** AAA/American Arbitration Association
**Account Number:** 2000017952068
**ABA/Transit Number:** 121000248

**Reference:**
**Swift Code/BIC:** WFBIUS6S

**Note:** Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

**Paying by Check**
Checks should be made payable to the American Arbitration Association and include the reference number noted above. Please return this page with your payment to:

**American Arbitration Association**
**Attn: Finance Director**
**13727 Noel Road**
**Suite 1025**
**Dallas, TX 75240**

**Corporate Address and Tax ID:** American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, **EIN # 13-0429745**