# EXHIBIT 3



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

March 26, 2024

Gary E. Mason, Esq.
Mason, LLP
5335 Wisconsin Avenue NorthWest
Suite 640
Washington, DC 20016
Via Email to: gmason@masonllp.com

Charles B. Casper, Esq.
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
2400 The Wachovia Building
Philadelphia, PA 19109
Via Email to: ccasper@mmwr.com

Case Number: 01-23-0005-8758

Individual Claimants
-vs-
Valve Corporation

Dear Parties:

This acknowledges receipt of 14,911 individual Demands for Arbitration for the matters in the enclosed case list and an arbitration clause providing for administration by the American Arbitration Association (AAA). Parties have met the filing requirement for these cases. Your cases have now assigned to Priscilla Cortez for administration. Please update your file with the contact information below:

Priscilla Cortez
Manager of ADR Services
(559)490-1854
PriscillaCortez@adr.org

The **Mass Arbitration Supplementary Rules** (effective August 1, 2023), in conjunction with the **Consumer Arbitration Rules** will apply to these matters. For more information on Mass Arbitration, please click here.

**Answer**

- The Respondent has until **May 10, 2024** to file an answer to the claim.
- Answers received after the due date will still be provided to the arbitrator.
- Please reference the Rules if filing a counterclaim.

**Initial List of People Form**

- Please complete and return the enclosed Initial List of People Form by **May 10, 2024**. Instructions are provided on the Initial List form and on the enclosed reference sheet.

**Hearing Type and Locale of In-Person Hearing**

- Please refer to the Mass Arbitration Supplementary Rules for information regarding the Fixing of Locale (the city, county, state, territory and/or country where the arbitration will take place).
- If no disclosed claim or counterclaim exceeds $25,000, the matter shall be resolved by the Procedures for the Resolution of Disputes through Document Submission contained in the Consumer Arbitration Rules, unless a party asks for a hearing or the arbitrator decides that a hearing is necessary.

**Amounts Paid or Due**

- Initial Administrative Fees have been paid.

**Cybersecurity and Privacy**

- Please review the enclosed *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy,* and *AAA-ICDR® Cybersecurity Checklist*.

**AAA WebFile®**

- Pursuant to the Supplement, Rule MA-3(b), the service of documents, notices and correspondence will be effected via electronic means, which may involve the AAA's WebFile portal.
- If you have a WebFile account, you should see this case listed when you log in. If you do not see the case number when you login, please contact the undersigned.
- If you do not have a WebFile account, please email PriscillaCortez@adr.org. We will coordinate with the AAA's customer service team to send you a registration email.
- WebFile can be accessed via our mobile app, where you can see your case at a glance.
- Any communications provided to the AAA in a single, combined, electronic format will be available in WebFile under the above case number.

**Small Claims Court Option**

- We draw your attention to R-9 of the Consumer Arbitration Rules. If a party's claim is within the jurisdiction of a small claims court, either party may choose to exercise the small claims option. If either party would like this matter decided by a small claims court, please send your written request to the case administrator and copy all other parties. If the parties disagree over whether the claim is within the jurisdiction of a small claims court, the case will proceed in arbitration and the arbitrator may make a final determination on whether the claim may proceed to small claims court.

**Consumer Arbitration Awards**

- Per Consumer Rule R-43(c), please be advised that the AAA may choose to publish an award rendered under these Rules; however, the names of the parties and witnesses will be removed from awards that are published, unless a party agrees in writing to have its name included in the award.

**Next Administrative Step**

At this time the American Arbitration Association (AAA) requests an administrative conference call with the parties. Please use this link to complete the calendar.

Instructions for utilizing the online calendar:

- Click on the link.
- Type in your full name next to "sign in."
- Type in any password you want (there is no need to set up a profile or account).
- Highlight the times you are available. Your availability will show on the calendar as you enter it and will reveal mutual times to schedule the call.
- When done, simply close the web page (there is no need to save; to confirm your updates registered, simply click back on the original link).

All times displayed on the online calendar reflect your local time zone.

Please provide your availability by **Monday April 1, 2024**. If we do not receive a response, we will presume all options are acceptable and this hearing will be set.

Please review the enclosed Consumer Arbitration Reference Sheet for more information or view our website at www.adr.org/consumer.

The AAA appreciates the opportunity to assist you with your dispute resolution needs.


Sincerely,
/s/
Priscilla Cortez
Manager of ADR Services
Direct Dial: (559)490-1854
Email: PriscillaCortez@adr.org
Fax: (855)433-3046

Supervisor Information: Victoria Chandler | Director of ADR Operations | VictoriaChandler@adr.org

Enclosures

cc:    Gavin W. Skok, Esq.
       Douglas Matthews
       Timothy B. McGranor
       Theodore B. Bell
       Kenneth J. Rubin, Esq.
       John G. Papianou, Esq.
       Kara M. Mundy, Esq.
       Danielle L. Perry, Esq.