# EXHIBIT 4

| | |
|---|---|
| **From:** | Gary Mason <gmason@masonllp.com> |
| **Sent:** | Tuesday, March 26, 2024 9:45 AM |
| **To:** | Mass Arbitration Intake; Rubin, Kenneth J.; AAA Victoria Chandler |
| **Cc:** | Mundy, Kara M.; Papianou, John; Theo Bell; Matthews, Douglas R. (Doug); McGranor, Timothy B. (Tim); Casper, Chuck; Skok, Gavin W.; Danielle Perry |
| **Subject:** | Re: Individual Claimants v. Valve Corporation - Case 01-23-0005-8758 |
| **Attachments:** | 2024-02-22 - AAA - CA Respondent Valve 14911 Confirmation Letter and Filing Fee Mason.pdf; 2024-02-22 - AAA - CA Respondent Valve 14911 Filing Fee Invoice Mason.pdf |

**CAUTION** External Email

I am writing to confirm that Valve paid the initial filing fees which were due yesterday, March 25, 2024.

Gary

**Gary E. Mason**
**Partner**
**Mason LLP**
**d** 202.640.1160 **m** 202.256.8540 | gmason@masonllp.com

 Book time to meet with me

---

**From:** Mass Arbitration Intake <massarbintake@adr.org>
**Sent:** Thursday, February 22, 2024 2:28 PM
**To:** Gary Mason <gmason@masonllp.com>; Theo Bell <tbell@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Matthews, Douglas R. (Doug) <drmatthews@vorys.com>; McGranor, Timothy B. (Tim) <tbmcgranor@vorys.com>; Rubin, Kenneth J. <kjrubin@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; ccasper@mmwr.com <ccasper@mmwr.com>; jpapianou@mmwr.com <jpapianou@mmwr.com>; gskok@foxrothschild.com <gskok@foxrothschild.com>
**Cc:** Mass Arbitration Intake <massarbintake@adr.org>
**Subject:** Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

Dear Counsel,
Please see the attached correspondences.
Sincerely,
Meirav Werbel,
*On behalf of*


**Mass Arbitration Intake**

American Arbitration Association

E: massarbintake@adr.org

adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.