# EXHIBIT 7

| | |
|---|---|
| **From:** | Gary Mason <gmason@masonllp.com> |
| **Sent:** | Tuesday, October 15, 2024 8:47 AM |
| **To:** | McTigue Jr., Michael W (NYC); Slawe, Meredith C (NYC) |
| **Cc:** | Danielle Perry; Theo Bell; Mari Gribble |
| **Subject:** | [Ext] Re: Individual Claimants v. Valve Corp., Case No. 01-23-0005-8758 |

Mike,

We are in receipt of payment from Valve, Inc. in the amount of $1,518,325.00 representing full reimbursement of our clients' AAA filing fees to date. As stated in my letter to you dated October 1, 2024, we consider this payment to be in response to our prior requests for reimbursement pursuant to Section 11(c) of the 2023 Steam Subscriber Agreement ("If you seek $10,000 or less, Valve agrees to promptly reimburse your filing fee and your share if [sic] any of AAA's arbitration costs, including arbitrator compensation, unless the arbitrator determines your claims are frivolous or were filed for harassment.") Thank you for your attention to this matter.

Gary

**Gary E. Mason**
**d** 202.640.1160  **m** 202.256.8540 | gmason@masonllp.com
*pronouns: he/him/his*

**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640, Washington, D.C. 20015-2052



masonllp.com | facebook

This email (including any attachments) is intended only for the use of the recipient to whom it is addressed and may contain information that is privileged, confidential, or protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please delete the email and any attachments and notify us immediately. Thank you.

 Book time to meet with me