# EXHIBIT 9

| | |
|---|---|
| **From:** | Gary Mason <gmason@masonllp.com> |
| **Sent:** | Wednesday, February 5, 2025 9:50 AM |
| **To:** | AAA Victoria Chandler; Mishkin, Jeremy; Casper, Chuck |
| **Cc:** | Papianou, John; Day, Robert; McCardell, Rachel; Insana, Lauren Sheller; Theo Bell; Danielle Perry; Goldman, Benjamin; Mari Gribble; Slawe, Meredith C (NYC); McTigue Jr., Michael W (NYC) |
| **Subject:** | Re: Individual Claimants v. Valve Corporation - Case 01-23-0005-8758 |

**\*\*\* External E-Mail – Use Caution \*\*\***

All:

I neglected to remove the Vorys attorneys from my prior email. I have deleted them here. Please reply to this email to this email, or start a new email chain, going forward.

Gary


**Gary E. Mason**
**Partner**
**Mason LLP**
d 202.640.1160 m 202.256.8540 | gmason@masonllp.com

 Book time to meet with me

---

**From:** Gary Mason
**Sent:** Wednesday, February 5, 2025 8:37 AM
**To:** AAA Victoria Chandler ; Mishkin, Jeremy ; Casper, Chuck
**Cc:** Papianou, John ; Day, Robert ; McCardell, Rachel ; Matthews, Douglas R. (Doug) ; Insana, Lauren Sheller ; McGranor, Timothy B. (Tim) ; Theo Bell ; Danielle Perry ; Mundy, Kara M. ; Goldman, Benjamin ; Rubin, Kenneth J. ; Mari Gribble ; 'Slawe, Meredith C' ; McTigue Jr., Michael W
**Subject:** Re: Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

Victoria,

The mediation yesterday was unsuccessful. Please lift the hold and re-commence the arbitration procedures.

As per my email below, the letters that were due to the AAA on Tuesday, August 20, 2024, are now due to the AAA seven (7) business days from today (February 14, 2025).

Gary

1

**Gary E. Mason**
**Partner**
**Mason LLP**
d 202.640.1160  m 202.256.8540 | gmason@masonllp.com

 Book time to meet with me

---

**From:** AAA Victoria Chandler
**Sent:** Wednesday, August 21, 2024 10:10 AM
**To:** Gary Mason ; Mishkin, Jeremy ; Casper, Chuck
**Cc:** Papianou, John ; Day, Robert ; McCardell, Rachel ; Matthews, Douglas R. (Doug) ; Insana, Lauren Sheller ; McGranor, Timothy B. (Tim) ; Theo Bell ; Danielle Perry ; Mundy, Kara M. ; Goldman, Benjamin ; Rubin, Kenneth J. ; Mari Gribble ; 'Slawe, Meredith C' ; McTigue Jr., Michael W
**Subject:** RE: Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

Counsel –
Thank you for the correspondence below. This email confirms that we will now place the 19,911 individual cases on hold. We wish the parties all the best in their mediation.
Sincerely,
Victoria



**AAA Victoria Chandler**
**Director of ADR Operations**

American Arbitration Association
T: 612 278 5124    F: 612 342 2334    E: VictoriaChandler@adr.org
2355 Highway 36 West, Suite 400, Roseville, MN 55113
adr.org | icdr.org | aaamediation.org




The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl... distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia... reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Gary Mason
**Sent:** Tuesday, August 20, 2024 2:39 PM
**To:** AAA Victoria Chandler ; Mishkin, Jeremy ; Casper, Chuck
**Cc:** Papianou, John ; Day, Robert ; McCardell, Rachel ; Matthews, Douglas R. (Doug) ; Insana, Lauren Sheller ; McGranor, Timothy B. (Tim) ; Theo Bell ; Danielle Perry ; Mundy, Kara M. ; Goldman, Benjamin ; Rubin, Kenneth J. ; Mari Gribble ; 'Slawe, Meredith C' ; McTigue Jr., Michael W
**Subject:** Re: Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

*** External E-Mail – Use Caution ***

Victoria,
The parties have agreed to put the above-captioned matter on administrative hold pending the mediation scheduled for January 14, 2025, before Robert A. Meyer of JAMS.
The parties have further agreed that if arbitrable issues are identified prior to the mediation, either party decides not to proceed with the mediation, or the mediation is otherwise unsuccessful, upon notice of either party, the AAA will immediately lift the hold and AAA will re-commence the arbitration procedures. The parties agree that, if either party provides said notice, that the letters due to the AAA on Tuesday, August 20, 2024, will be due to the AAA seven (7) business days after the provision of notice.
Gary Mason

**Gary E. Mason**
**Partner**

**Mason LLP**
d 202.640.1160 m 202.256.8540 | gmason@masonllp.com

 Book time to meet with me

---

**From:** AAA Victoria Chandler <VictoriaChandler@adr.org>
**Sent:** Tuesday, August 6, 2024 8:51 AM
**To:** Mishkin, Jeremy <jmishkin@mmwr.com>; Casper, Chuck <ccasper@mmwr.com>; Gary Mason <gmason@masonllp.com>
**Cc:** Papianou, John <jpapianou@mmwr.com>; Day, Robert <RDay@mmwr.com>; McCardell, Rachel <RMcCardell@mmwr.com>; Matthews, Douglas R. (Doug) <drmatthews@vorys.com>; Insana, Lauren Sheller <LSheller@mmwr.com>; McGranor, Timothy B. (Tim) <tbmcgranor@vorys.com>; Theo Bell <tbell@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Mundy, Kara M. <kmmundy@vorys.com>; Goldman, Benjamin <BGoldman@mmwr.com>; Rubin, Kenneth J. <kjrubin@vorys.com>; Mari Gribble <mgribble@masonllp.com>; 'Slawe, Meredith C' <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>
**Subject:** RE: Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

Good Morning –

Thank you for the update. I will extend the timeframe two weeks, making the new due date August 20, 2024. Should parties need additional time beyond that, or if I can assist in answering any additional questions, please do not hesitate to reach out.

Take Care,
Victoria



**AAA Victoria Chandler**
**Director of ADR Operations**

American Arbitration Association

T: 612 278 5124    F: 612 342 2334    E: VictoriaChandler@adr.org
2355 Highway 36 West, Suite 400, Roseville, MN 55113

adr.org | icdr.org | aaamediation.org




The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl[osure], distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia[tely by] reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Mishkin, Jeremy <jmishkin@mmwr.com>
**Sent:** Tuesday, August 6, 2024 7:34 AM
**To:** AAA Victoria Chandler <VictoriaChandler@adr.org>; Casper, Chuck <ccasper@mmwr.com>; gmason@masonllp.com
**Cc:** Papianou, John <jpapianou@mmwr.com>; Day, Robert <RDay@mmwr.com>; McCardell, Rachel <RMcCardell@mmwr.com>; drmatthews@vorys.com; Insana, Lauren Sheller <LSheller@mmwr.com>; tbmcgranor@vorys.com; tbell@masonllp.com; dperry@masonllp.com; kmmundy@vorys.com; Goldman, Benjamin <BGoldman@mmwr.com>; kjrubin@vorys.com; mgribble@masonllp.com; 'Slawe, Meredith C' <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>
**Subject:** RE: Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

   *** External E-Mail – Use Caution ***

Dear Ms. Chandler,

I write to request a two-week extension of time in this matter. Counsel for all parties – copied here - have consented to this extension.

Thank you for your courtesy and your attention.

3



**Jeremy D. Mishkin** | Partner
**Montgomery McCracken Walker & Rhoads LLP**
1735 Market Street | Philadelphia, PA 19103-7505
Direct: 215-772-7246 | Cell: 610-952-6841
jmishkin@mmwr.com | Attorney Profile

---

**From:** VictoriaChandler@adr.org <VictoriaChandler@adr.org>
**Sent:** Monday, July 29, 2024 7:01 PM
**To:** Casper, Chuck <ccasper@mmwr.com>; gmason@masonllp.com
**Cc:** Papianou, John <jpapianou@mmwr.com>; Mishkin, Jeremy <jmishkin@mmwr.com>; Day, Robert <RDay@mmwr.com>; McCardell, Rachel <RMcCardell@mmwr.com>; drmatthews@vorys.com; Insana, Lauren Sheller <LSheller@mmwr.com>; tbmcgranor@vorys.com; tbell@masonllp.com; dperry@masonllp.com; kmmundy@vorys.com; Goldman, Benjamin <BGoldman@mmwr.com>; kjrubin@vorys.com; mgribble@masonllp.com
**Subject:** Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

**\*\*CAUTION\*\*** External Email

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Victoria Chandler**
**Director of ADR Operations**

American Arbitration Association

T: 612 278 5124 F: 612 342 2334 E: VictoriaChandler@adr.org
2355 Highway 36 West, Suite 400, Roseville, MN 55113
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

4