EXHIBIT 11

| | |
|---|---|
| **From:** | AAA Cheryl Florio <CherylFlorio@adr.org> |
| **Sent:** | Monday, March 24, 2025 4:17 PM |
| **To:** | 'Gary Mason'; Theo Bell; Danielle Perry; Mari Gribble; McInerney, Colm P (NYC); McTigue Jr., Michael W (NYC); Slawe, Meredith C (NYC); AAAFiling@valvesoftware.com; Jacob Eisenberg |
| **Cc:** | AAA Cheryl Florio |
| **Subject:** | [Ext] Individual Claimants v. Valve Corporation - Case 01-23-0005-8758 |
| **Attachments:** | 2025 03 24   AAA Request for Case Management Fees   Valve 14,911 filed by Mason LLP.xlsx; Invoice - 2025-03-24 - Individual Claimants v Valve Corporation.pdf |

Dear Counsel,

This will confirm an Administrative Conference was held on March 20, 2025. Gary Mason and Theodore Bell were present for the Individual Claimants, Michael McTigue and Colm McInerney were present for Respondent Valve Corporation.

We understand Respondents have requested AAA to close these cases, and that Claimants have opposed that request. Inasmuch as AAA has determined the filing requirements for these cases have been met, any requests to close these matters are properly directed to arbitrators.

Regarding the 14,911 cases listed on the attached spreadsheet, at this time we are requesting Respondent's AAA Case Management Fees totaling **$20,875,400.00** (or $1,400 per case). Respondent's invoice is attached here. Please refer to the attached spreadsheet for the individual cases and corresponding locale states.

- As some of these arbitrations are subject to California Code of Civil Procedure ("CCCP") Section 1281.98, we are providing the attached invoice in accordance with that statute. Payment is due upon receipt and must be paid by 30 days from the Due Date provided on the attached invoice or the AAA will close the parties' case. If the payment deadline falls on a weekend or holiday, payment must be paid by the following business day under CCCP Section 12a. Pursuant to CCCP Section 1281.98, the AAA cannot extend this payment deadline.

As discussed during the call with regards to the remaining 5,000 cases, Claimants will submit a statement of issues to be raised to a Process Arbitrator on or before **March 28, 2025** and Respondent will submit a response on or before **April 4, 2025.**

Sincerely,



**AAA Cheryl Florio**
**Director of ADR Operations**

American Arbitration Association
T: 401 431 4779 F: 866 644 0234 E: CherylFlorio@adr.org
16 Market Square 1400 16th Street, Suite 400, Denver, CO 80202
adr.org | icdr.org | aaaicdrfoundation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only
the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except
or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by rep
email and destroy all copies of the transmittal. Thank you.



| | |
|---|---|
| **Invoice Date** | |
| 24-Mar-2025 | |
| **Invoice Balance** | |
| $20,875,400.00 | |
| **Case #** | |
| 01-23-0005-8758-2-CF | |

Case Manager: Cheryl A Florio
CherylFlorio@adr.org
**Pay PIN**: 12064994
Unless instructed otherwise, invoice balance due upon receipt.

# Invoice

Michael W. McTigue Jr., Jr., Esq.
Skadden, Arps, Slate, Meagher & Form, LLP
One Manhattan West
New York, NY 10001

**Representing:** **Valve Corporation**

Re: Individual Claimants
Vs.
Valve Corporation

| Bill Line Date | Bill Line # | Description | Due Date | Amount |
|---|---|---|---|---|
| 24-Mar-2025 | 14237774 | Case Management Fees | 24-Mar-2025 | $20,875,400.00 |
| | | **Net Due Amount** | | **$20,875,400.00** |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

| | |
|---|---|
| **Invoice Date** | |
| 24-Mar-2025 | |
| **Invoice Balance** | |
| $20,875,400.00 | |
| **Case #** | |
| 01-23-0005-8758-2-CF | |

Case Manager: Cheryl A Florio
CherylFlorio@adr.org
**Pay PIN**: 12064994
Unless instructed otherwise, invoice balance due upon receipt.

# Payment Options

## Paying by Credit Card or eCheck

To pay with a credit card or eCheck online, go to www.adr.org, click on "*File or Access your Case*" and then select "*Quick Pay an Invoice*" and use this **Pay PIN**: **12064994**. Please note that, beginning October 2022, where permitted by law, a 2.6% processing fee will be assessed on payments made by credit card; all such processing fees are non-refundable, regardless of whether AAA fees or compensation or expense deposits are later refunded in full or in part.  Please note that we no longer accept the American Express card.  There is no processing fee for payments made by echeck or debit cards.

## Wire Transfer

As information transmitted by the bank is often truncated due to limited space, please email your reference information (Case #/Bill Line #/Program #/Party Name)  with the date and amount of your wire, to ensure that your payment is credited promptly and correctly (e.g. 011400021841 P1 or #1234567 P2 or EDU1234). Please email as follows:

For active cases: send to your AAA case representative and corpfinance@adr.org
For new filings (where your case number is not known): send to casefiling@adr.org and corpfinance@adr.org

FOR WIRES / ACH / EFT
      **Name of Bank:** Bank of America
      **Address:** One Bryant Park, 115 W 42nd St, New York, NY 10036, USA
      **Account Name:** American Arbitration Association Inc
      **Account Number:** 483094342498
      **ABA/Transit Number:** 021000322
      **Wire Transit Number:** 026009593
      **Reference:** Case # and Bill Line #/Party Name; or Program # (as applicable)
      **Swift Code/BIC:** BOFAUS3N

Note: Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

## Paying by Check

Please return this page with your payment made payable to the **American Arbitration Association** (Please indicate the Case # on the check) to:

      Bank of America Lockbox Services
      American Arb Assoc 845299
      1950 N. Stemmons Freeway, Suite 5010
      Dallas, TX 75207