# EXHIBIT 15

**From:** AAA Cheryl Florio <CherylFlorio@adr.org>
**Sent:** Thursday, May 15, 2025 5:41 PM
**To:** 'Gary Mason' <gmason@masonllp.com>; Jacob Eisenberg <jeisenberg@masonllp.com>; Theo Bell <tbell@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Mari Gribble <mgribble@masonllp.com>; McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>; McInerney, Colm P (NYC) <Colm.McInerney@skadden.com>; Slawe, Meredith C (NYC) <Meredith.Slawe@skadden.com>; AAAFiling@valvesoftware.com
**Cc:** AAA Cheryl Florio <CherylFlorio@adr.org>
**Subject:** [Ext] Individual Claimants v. Valve Corporation - Case 01-23-0005-8758

Dear Counsel,

The AAA is in receipt of Claimants' letter dated April 30, 2025 and Respondent's letter dated May 1, 2025.

Regarding the 14,911 cases for which Respondent did not remit the AAA Case Management fees, the AAA will place these cases in abeyance pending a Court's Ruling in accordance with Claimants' request.

The AAA will proceed with case administration of a subset of cases as referenced in Claimants' letter upon receipt of Claimants' identification of the subset, and Claimants' corresponding advanced payment of Respondent's Case Management Fees for the subset.

Thank you,



**AAA Cheryl Florio**
**Director of ADR Operations**

American Arbitration Association
T: 401 431 4779 F: 866 644 0234 E: CherylFlorio@adr.org
16 Market Square 1400 16th Street, Suite 400, Denver, CO 80202
adr.org | icdr.org | aaaicdrfoundation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.