# EXHIBIT 16

# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001-8602

———

TEL: (212) 735-3000

FAX: (212) 735-2000

WWW.SKADDEN.COM

DIRECT DIAL
212-735-3529
DIRECT FAX
917-777-3529
EMAIL ADDRESS
MICHAEL.MCTIGUE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 18, 2025

**VIA ELECTRONIC MAIL**

Cheryl Florio
Director of ADR Operations
American Arbitration Association
16 Market Square, 1400 16th Street, Suite 400
Denver, Colorado 80202
CherlyFlorio@adr.org

      RE:    *Lally v. Valve Corp.*,
                  Mass Arbitration Case No. 01-23-0005-8758

Dear Ms. Florio:

      We write on behalf of Respondent Valve Corporation ("Valve") with respect to the individual arbitration brought by Mason LLP on behalf of Ryan Lally, which is part of a mass arbitration under case number 01-23-0005-8758. Valve understands that Mr. Lally would now like to proceed with his arbitration before the AAA, which is a reversal of his prior position. Based on Valve's records it appears that Mr. Lally has not accepted the current Steam Subscriber Agreement that requires all claims to proceed in court. Valve hereby requests an invoice for the Case Management Fees for Mr. Lally's individual arbitration only.

      Valve reserves all rights with respect to all other arbitrations, including the other arbitrations that are part of the mass arbitration with case number 01-23-0005-8758, on the grounds that (i) the arbitration agreement in the now-superseded Steam Subscriber Agreement has been held by a AAA arbitrator to be unenforceable and (ii) there is no longer an agreement to arbitrate between Valve and its customers.

                                                                     Sincerely,

                                                                     /s/ Michael W. McTigue Jr.

                                                                     Michael W. McTigue Jr.

cc:      All counsel of record