# EXHIBIT 20

**From:** Barrington, Degan J (NYC) <Degan.Barrington@skadden.com>
**Sent:** Wednesday, June 25, 2025 9:32 AM
**To:** Valve SASMF Team DL <DLVALVEST@skadden.com>
**Cc:** Franco Choi, Sarah (NYC) <Sarah.FrancoChoi@skadden.com>; Koury, Catherine A (NYC) <Catherine.Koury@skadden.com>
**Subject:** FW: [Ext] RE: Individual Claimants v. Valve - Case 01-23-0005-8758

**From:** AAA Cheryl Florio <CherylFlorio@adr.org>
**Sent:** Wednesday, June 25, 2025 11:35 AM
**To:** McInerney, Colm P (NYC) <Colm.McInerney@skadden.com>; 'Theo Bell' <tbell@masonllp.com>; McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>; Slawe, Meredith C (NYC) <Meredith.Slawe@skadden.com>; Fuchs, Andrew J (HOU) <Andrew.Fuchs@skadden.com>; 'AAAFiling@valvesoftware.com' <aaafiling@valvesoftware.com>; Tavakoli, Shaud G (NYC) <Shaud.Tavakoli@skadden.com>; 'Gary Mason' <gmason@masonllp.com>; Jacob Eisenberg <jeisenberg@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Mari Gribble <mgribble@masonllp.com>
**Cc:** AAA Cheryl Florio <CherylFlorio@adr.org>
**Subject:** [Ext] RE: Individual Claimants v. Valve - Case 01-23-0005-8758

Dear Counsel,

The AAA is in receipt of Claimants' letter with attachments dated June 20, 2025 and Respondent's letter dated June 23, 2025.

This will confirm these matters, including the Lally matter, remain stayed in accordance with our correspondence dated May 15, 2025.

Thank you,




**AAA Cheryl Florio**
Director of ADR Operations

American Arbitration Association
16 Market Square 1400 16th Street, Suite 400, Denver, CO 80202
**T:** 401 431 4779 **F:** 866 644 0234 **E:** CherylFlorio@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore the new ADR.org**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** McInerney, Colm P <Colm.McInerney@skadden.com>
**Sent:** Monday, June 23, 2025 12:30 PM
**To:** 'Theo Bell' <tbell@masonllp.com>; AAA Cheryl Florio <CherylFlorio@adr.org>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; Fuchs, Andrew J <Andrew.Fuchs@skadden.com>; 'AAAFiling@valvesoftware.com' <aaafiling@valvesoftware.com>; Tavakoli, Shaud G

<Shaud.Tavakoli@skadden.com>
**Cc:** Gary Mason <gmason@masonllp.com>; Jacob Eisenberg <jeisenberg@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Mari Gribble <mgribble@masonllp.com>
**Subject:** RE: Individual Claimants v. Valve - Case 01-23-0005-8758

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Florio,

Please see the attached letter sent on behalf of Valve regarding the above-referenced matters.

Colm

---

**From:** Theo Bell <tbell@masonllp.com>
**Sent:** Friday, June 20, 2025 9:47 PM
**To:** AAA Cheryl Florio <CherylFlorio@adr.org>; McInerney, Colm P (NYC) <Colm.McInerney@skadden.com>; McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>; Slawe, Meredith C (NYC) <Meredith.Slawe@skadden.com>; Fuchs, Andrew J (HOU) <Andrew.Fuchs@skadden.com>; 'AAAFiling@valvesoftware.com' <aaafiling@valvesoftware.com>; Tavakoli, Shaud G (NYC) <Shaud.Tavakoli@skadden.com>
**Cc:** Gary Mason <gmason@masonllp.com>; Jacob Eisenberg <jeisenberg@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Mari Gribble <mgribble@masonllp.com>; Theo Bell <tbell@masonllp.com>
**Subject:** [Ext] Re: Individual Claimants v. Valve - Case 01-23-0005-8758

Dear Ms. Florio,

Please see attached letter, with attachments, from Gary E. Mason to AAA on behalf of Claimants in the above captioned matter.

Best regards,

Theo Bell

**Theodore B. Bell**
202.640-1169 | tbell@masonllp.com

**MASON LLP**
5335 Wisconsin Avenue, N.W. Suite 640 Washington, D.C. 20015-2052
masonllp.com | facebook



2

This email (including any attachments) is intended only for the use of the recipient to whom it is addressed and may contain information that is privileged, confidential, or protected by law.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient, please delete the email and any attachments and notify us immediately.  Thank you.

**From:** AAA Cheryl Florio <CherylFlorio@adr.org>
**Sent:** Friday, June 20, 2025 2:15 PM
**To:** McInerney, Colm P <Colm.McInerney@skadden.com>; AAA Cheryl Florio <CherylFlorio@adr.org>
**Cc:** Gary Mason <gmason@masonllp.com>; Jacob Eisenberg <jeisenberg@masonllp.com>; Theo Bell <tbell@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Mari Gribble <mgribble@masonllp.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; Tavakoli, Shaud G <Shaud.Tavakoli@skadden.com>; Fuchs, Andrew J <Andrew.Fuchs@skadden.com>; AAAFiling@valvesoftware.com <AAAFiling@valvesoftware.com>
**Subject:** RE: Lally v. Valve Corp. - Case 01-23-0005-8758

Dear Counsel,

This will acknowledge receipt of the attached letter.

We request comments from Claimant on or before June 27, 2025.

Sincerely,

Cheryl




**AAA Cheryl Florio**
Director of ADR Operations

American Arbitration Association
16 Market Square 1400 16th Street, Suite 400, Denver, CO 80202
**T:** 401 431 4779 **F:** 866 644 0234 **E:** CherylFlorio@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore the new ADR.org**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** McInerney, Colm P <Colm.McInerney@skadden.com>
**Sent:** Wednesday, June 18, 2025 12:37 PM
**To:** AAA Cheryl Florio <CherylFlorio@adr.org>
**Cc:** 'Gary Mason' <gmason@masonllp.com>; Jacob Eisenberg <jeisenberg@masonllp.com>; Theo Bell <tbell@masonllp.com>; Danielle Perry <dperry@masonllp.com>; Mari Gribble <mgribble@masonllp.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; Tavakoli, Shaud G <Shaud.Tavakoli@skadden.com>; Fuchs, Andrew J <Andrew.Fuchs@skadden.com>; AAAFiling@valvesoftware.com
**Subject:** Lally v. Valve Corp. - Case 01-23-0005-8758

*** External E-Mail – Use Caution ***

Ms. Florio,

Please see the attached letter sent on behalf of Valve regarding the above-referenced matters.

Colm

**Colm P. McInerney**
Counsel

**Skadden, Arps, Slate, Meagher & Flom LLP**

One Manhattan West | New York | NY | 10001
T: +1.212.735.2498 | F: +1.917.777.2498
colm.mcinerney@skadden.com

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================