HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re VALVE ANTITRUST LITIGATION | Lead Case No. 2:21-cv-00563-JNW |
|---|---|
| This Document Relates to: Publisher Plaintiffs | NOTICE OF WITHDRAWAL OF COUNSEL |

TO: CLERK OF COURT

AND TO: All parties of record and their counsel

PLEASE TAKE NOTICE that Charles Stevens, formerly with Quinn Emanuel Urquhart & Sullivan, LLP, hereby withdraws as counsel of record on behalf of Plaintiffs in the above-captioned matter.

The remaining counsel from the firms listed below have been appointed as Co-Lead Class Counsel, and shall remain as counsel of record for Plaintiffs.

| CONSTANTINE CANNON LLP | Ankur Kapoor<br>Noah Brecker-Redd |
|---|---|
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | W. Joseph Bruckner<br>Joseph C. Bourne<br>Laura M. Matson<br>Kyle Pozan<br>Kristie A. LaSalle |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Steig D. Olson<br>Alicia Cobb |

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

|  | Adam Wolfson |
|  | David LeRay |
|  | Nicolas Siebert |
| **WILSON SONSINI GOODRICH & ROSATI P.C.** | Kenneth R. O'Rourke |
|  | Jordanne M. Steiner |
|  | Tyre L. Tindall |
|  | McKinney Wheeler |

DATED this 1st day of July, 2025.

WITHDRAWING COUNSEL:

    */s/ Charles Stevens*

    Charles Stevens

REMAINING COUNSEL:

| */s/ Alicia Cobb* | */s/ Tyre L. Tindall* |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Nic V. Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 Fifth Ave<br>New York, New York 10016<br>Phone (212) 849-7000<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br>nicolassiebert@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com | Tyre L. Tindall, WSBA #56357<br>McKinney Wheeler, WSBA #60635<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Phone (206) 883-2500<br>Fax (866) 974-7329<br>ttindall@wsgr.com<br>mckinney.wheeler@wsgr.com<br><br>Kenneth R. O'Rourke (*pro hac vice*)<br>Jordanne M. Steiner (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (866) 974-7329<br>korourke@wsgr.com<br>jsteiner@wsgr.com<br><br>W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Laura M. Matson (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone (612) 339-6900<br>Fax (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>lmmatson@locklaw.com |

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | |
|---|---|
| Ankur Kapoor (*pro hac vice*)<br>Noah Brecker-Redd (*pro hac vice*)<br>CONSTANTINE CANNON LLP<br>6 East 43rd St., 26th Floor<br>New York, NY 10017<br>Phone (212) 350-2700<br>Fax (212) 350-2701<br>akapoor@constantinecannon.com<br>nbrecker-redd@constantinecannon.com | Kyle Pozan (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>1165 N. Clark Street, Suite 700<br>Chicago, IL 60610<br>Phone (312) 205-8968<br>kjpozan@locklaw.com<br><br>Kristie A. LaSalle (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>265 Franklin Street, Suite 1702<br>Boston, MA 02110<br>Phone: (617) 535-3763<br>kalasalle@locklaw.com |

*Publisher Plaintiff Co-Counsel*

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 1, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED July 1, 2025.

                                                            */s/ Alicia Cobb*
                                                            Alicia Cobb

NOTICE OF WITHDRAWAL.
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000