UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>Consumer Plaintiffs | No. 2:21-cv-00563-JNW<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>June 25, 2025 |

THIS MATTER came before the Court on the parties' Stipulated Motion and Order for Withdrawal and Substitution of Counsel. The Court, having reviewed the records and files herein, and pursuant to LCR 83.2, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED that Alicia Cobb, Steig D. Olson, David LeRay, Nicolas Siebert, and Adam Wolfson of Quinn Emanuel Urquhart & Sullivan are hereby withdrawn as counsel of record for Plaintiff William Herbert (n/k/a William Feinglass).

It is further ORDERED that Brent W. Johnson, Benjamin D. Brown, Robert W. Cobbs, Nathaniel D. Regenold, Christopher J. Bateman, and Daniel Gifford of Cohen Milstein Sellers & Toll PLLC, Interim Lead Class Counsel for the proposed Consumer Class, along with Corrie Yackulic of

1  Corrie Yackulic LLC, Liaison Counsel for the proposed Consumer Class, are substituted as counsel
2  of record for Plaintiff Herbert and all further pleadings herein, exclusive of process, shall be served
3  upon said attorneys at the office addresses below stated.
4      **IT IS SO ORDERED.**
5
6      DATED this 14th day of July, 2025.
7
8
9      HONORABLE JAMAL N. WHITEHEAD
    UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIP. MOT.    Page 2    Cohen Milstein Sellers & Toll PLLC
TO SUBSTITUTE COUNSEL                                           1100 New York Ave. NW, Suite 800
                                                                                              Washington, DC 20005
                                                                                              (202) 408-4600

| | | |
|---|---|---|
| 1 | Dated: June 25, 2025 | Respectfully submitted, |
| 2 | /s/ Corrie Yackulic | /s/ Ralia Polechronis |
| 3 | Brent W. Johnson (*pro hac vice*) | Rakesh Kilaru (*pro hac vice*) |
| | Benjamin D. Brown (*pro hac vice*) | James Rosenthal (*pro hac vice*) |
| 4 | Robert W. Cobbs (*pro hac vice*) | Max Warren (*pro hac vice*) |
| | Nathaniel D. Regenold (*pro hac vice*) | WILKINSON STEKLOFF LLP |
| 5 | COHEN MILSTEIN SELLERS & TOLL PLLC | 2001 M Street NW, 10th Floor |
| 6 | 1100 New York Ave. NW, Fifth Floor | Washington, DC 20036 |
| | Washington, DC 20005 | Tel: (202) 847-4000 |
| 7 | (202) 408-4600 | Fax: (202) 847-4005 |
| | bjohnson@cohenmilstein.com | rkilaru@wilkinsonstekloff.com |
| 8 | bbrown@cohenmilstein.com | jrosenthal@wilkinsonstekloff.com |
| | rcobbs@cohenmilstein.com | mwarren@wilkinsonstekloff.com |
| 9 | nregenold@cohenmilstein.com | |
| 10 | | Keri Arnold (*pro hac vice*) |
| | Christopher J. Bateman (*pro hac vice*) | Ralia Polechronis (*pro hac vice*) |
| 11 | Daniel Gifford (*pro hac vice*) | WILKINSON STEKLOFF LLP |
| | COHEN MILSTEIN SELLERS & TOLL PLLC | 130 West 42nd Street, 24th Floor |
| 12 | 88 Pine St., 14th Floor | New York, New York 10036 |
| | New York, NY 10005 | Tel: (212) 294-8910 |
| 13 | Tel: (212) 838-7797 | Fax: (202) 847-4005 |
| | Fax: (212) 838-7745 | karnold@wilkinsonstekloff.com |
| 14 | cbateman@cohenmilstein.com | rpolechronis@wilkinsonstekloff.com |
| 15 | dgifford@cohenmilstein.com | |
| | | Jessica Rizzo (*pro hac vice*) |
| 16 | *Attorneys for the Hepler Plaintiffs and* | BALLARD SPAHR |
| | *Interim Lead Class Counsel for the Proposed* | 1735 Market Street, 51st Floor |
| 17 | *Consumer Class* | Philadelphia, PA 19103 |
| 18 | *Substituting Attorneys for Plaintiff* | Tel: (215) 665-8500 |
| | | Fax (215) 864-8999 |
| 19 | Corrie Yackulic (WSBA No. 16063) | rizzoj@ballardspahr.com |
| | CORRIE YACKULIC LAW LLC | |
| 20 | 110 Prefontaine Place S., Suite 304 | Nathan M Buchter (*pro hac vice*) |
| | Seattle, WA 98104 | FOX ROTHSCHILD LLP |
| 21 | Tel: (206) 787-1915 | Two Commerce Square |
| 22 | corrie@cjylaw.com | 2001 Market Street, Suite 1700 |
| | | Philadelphia, PA 19103 |
| 23 | *Liaison Counsel for the Hepler Plaintiffs and the* | Tel: (215) 299-3010 |
| | *Proposed Consumer Class* | nbuchter@foxrothschild.com |
| 24 | *Substituting Local Counsel for Plaintiff* | |
| 25 | | Blake Marks-Dias, WSBA No. 28169 |
| | /s/ Alicia Cobb | Eric A. Lindberg, WSBA No. 43596 |
| 26 | Alicia Cobb, WSBA #48685 | CORR CRONIN LLP |
| | QUINN EMANUEL URQUHART & | 1015 Second Avenue, Floor 10 |

ORDER GRANTING STIP. MOT.            Page 3            Cohen Milstein Sellers & Toll PLLC
TO SUBSTITUTE COUNSEL                                  1100 New York Ave. NW, Suite 800
                                                       Washington, DC 20005
                                                       (202) 408-4600

| | |
|---|---|
| SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Nic V. Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>295 5th Avenue<br>New York, New York 10016<br>Phone (212) 849-7231<br>Fax (212) 849-7100<br>steigolson@quinnemanuel.com<br>davidleray@quinnemanuel.com<br>nicolassiebert@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3285<br>Fax (213) 443-3100<br>adamwolfson@quinnemanuel.com<br><br>*Publisher Co-Lead Class Counsel*<br>*Withdrawing Attorneys for Plaintiff* | Seattle, WA 98104<br>Tel: (206) 625-8600<br>Fax: (206) 625-0900<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com<br><br>*Attorneys for Defendant Valve Corporation* |