# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>Consumer Plaintiffs | No. 2:21-cv-00563-JNW<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>June 27, 2025 |

THIS MATTER came before the Court on the parties' Stipulated Motion and Order for Withdrawal and Substitution of Counsel. The Court, having reviewed the records and files herein, and pursuant to LCR 83.2, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED that Kenneth J. Rubin, Timothy B. McGranor, Douglas R. Matthews, Kara M. Mundy, and Thomas N. McCormick of Vorys, Sater, Seymour and Pease LLP; H. Troy Romero of Romero Park P.S.; and Alicia Cobb and Nicolas Siebert of Quinn Emanuel Urquhart & Sullivan, LLP are hereby withdrawn as counsel of record for Plaintiff Sean Colvin.

It is further ORDERED that Brent W. Johnson, Benjamin D. Brown, Robert W. Cobbs, Nathaniel D. Regenold, Christopher J. Bateman, and Daniel Gifford of Cohen Milstein Sellers & Toll

1  PLLC, Interim Lead Class Counsel for the proposed Consumer Class, along with Corrie Yackulic of
2  Corrie Yackulic LLC, Liaison Counsel for the proposed Consumer Class, are substituted as counsel
3  of record for Plaintiff Colvin and all further pleadings herein, exclusive of process, shall be served
4  upon said attorneys at the office addresses below stated.

5  **IT IS SO ORDERED.**

7  DATED this 14th day of July, 2025.

   _____
   HONORABLE JAMAL N. WHITEHEAD
   UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: June 27, 2025 | Respectfully submitted, |
| 2 | /s/ Corrie Yackulic | /s/ Rakesh Kilaru |
| 3 | Corrie Yackulic (WSBA No. 16063) | Rakesh Kilaru (*pro hac vice*) |
| | CORRIE YACKULIC LAW LLC | James Rosenthal (*pro hac vice*) |
| 4 | 110 Prefontaine Place S., Suite 304 | Max Warren (*pro hac vice*) |
| | Seattle, WA 98104 | WILKINSON STEKLOFF LLP |
| 5 | Tel: (206) 787-1915 | 2001 M Street NW, 10th Floor |
| 6 | corrie@cjylaw.com | Washington, DC 20036 |
| | | Tel: (202) 847-4000 |
| 7 | *Liaison Counsel for the Hepler Plaintiffs and the Proposed Consumer Class* | Fax: (202) 847-4005 |
| 8 | *Substituting Local Counsel for Plaintiff* | rkilaru@wilkinsonstekloff.com |
| | | jrosenthal@wilkinsonstekloff.com |
| 9 | Brent W. Johnson (*pro hac vice*) | mwarren@wilkinsonstekloff.com |
| 10 | Benjamin D. Brown (*pro hac vice*) | Keri Arnold (*pro hac vice*) |
| | Robert W. Cobbs (*pro hac vice*) | Ralia Polechronis (*pro hac vice*) |
| 11 | Nathaniel D. Regenold (*pro hac vice*) | WILKINSON STEKLOFF LLP |
| | COHEN MILSTEIN SELLERS & TOLL PLLC | 130 West 42nd Street, 24th Floor |
| 12 | 1100 New York Ave. NW, Fifth Floor | New York, New York 10036 |
| 13 | Washington, DC 20005 | Tel: (212) 294-8910 |
| | (202) 408-4600 | Fax: (202) 847-4005 |
| 14 | bjohnson@cohenmilstein.com | karnold@wilkinsonstekloff.com |
| | bbrown@cohenmilstein.com | rpolechronis@wilkinsonstekloff.com |
| 15 | rcobbs@cohenmilstein.com | |
| | nregenold@cohenmilstein.com | Jessica Rizzo (*pro hac vice*) |
| 16 | | BALLARD SPAHR |
| 17 | Christopher J. Bateman (*pro hac vice*) | 1735 Market Street, 51st Floor |
| | Daniel Gifford (*pro hac vice*) | Philadelphia, PA 19103 |
| 18 | COHEN MILSTEIN SELLERS & TOLL PLLC | Tel: (215) 665-8500 |
| | 88 Pine St., 14th Floor | Fax (215) 864-8999 |
| 19 | New York, NY 10005 | rizzoj@ballardspahr.com |
| | Tel: (212) 838-7797 | |
| 20 | Fax: (212) 838-7745 | Nathan M Buchter (*pro hac vice*) |
| 21 | cbateman@cohenmilstein.com | FOX ROTHSCHILD LLP |
| | dgifford@cohenmilstein.com | Two Commerce Square |
| 22 | | 2001 Market Street, Suite 1700 |
| | *Attorneys for the Hepler Plaintiffs and* | Philadelphia, PA 19103 |
| 23 | *Interim Lead Class Counsel for the Proposed Consumer Class* | Tel: (215) 299-3010 |
| 24 | *Substituting Attorneys for Plaintiff* | nbuchter@foxrothschild.com |
| 25 | /s/ H. Troy Romero | Blake Marks-Dias, WSBA No. 28169 |
| | H. Troy Romero, WSBA No. 19044 | Eric A. Lindberg, WSBA No. 43596 |
| 26 | ROMERO PARK P.S. | CORR CRONIN LLP |
| | | 1015 Second Avenue, Floor 10 |

| | |
|---|---|
| 1019 W. James St., Ste. 102<br>Kent, Washington 98032<br>Tel: (425) 450-5000<br>tromero@romeropark.com<br><br>*Withdrawing Local Counsel for Plaintiff*<br><br>Kenneth J. Rubin (*pro hac vice*)<br>Timothy B. McGranor (*pro hac vice*)<br>Douglas R. Matthews (*pro hac vice*)<br>Kara M. Mundy (*pro hac vice*)<br>Thomas N. McCormick (*pro hac vice*)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>Tel: (614) 464-6400<br>kjrubin@vorys.com<br>tbmcgranor@vorys.com<br>drmatthews@vorys.com<br>kmmundy@vorys.com<br>tnmccormick@vorys.com<br><br>*/s/ Alicia Cobb*<br>Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Tel: (206) 905-7000<br>aliciacobb@quinnemanuel.com<br><br>Nicolas Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, New York 10016<br>Tel: (212) 849-7231<br>nicolassiebert@quinnemanuel.com<br><br>*Withdrawing Attorneys for Plaintiff* | Seattle, WA 98104<br>Tel: (206) 625-8600<br>Fax: (206) 625-0900<br>bmarksdias@corrcronin.com<br>elindberg@corrcronin.com<br><br>*Attorneys for Defendant Valve Corporation* |