THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>Consumer Plaintiffs | No. 2:21-cv-00563-JNW<br><br>**LIST OF SEALED FILINGS** |

Pursuant to the Parties' Joint Stipulation Regarding Discovery, the Clerk of Court shall grant Interim Lead Class Counsel for the putative Consumer Class access to the sealed filings located at the following docket entries, including all exhibits and attachments to each docket entry:

1. Declaration of Ankur Kapoor, Dkt. # 456;
2. Motion to Exclude Testimony of Dr. Gautam Gowrisankaran, Dkt. # 455;
3. Declaration of Rakesh N. Kilaru, Dkt. # 454;
4. Motion to Summary Judgement, Dkt. # 453;
5. Declaration of Rakesh N. Kilaru, Dkt. # 452;
6. Motion to Exclude Rietveld, Dkt. # 451;
7. Declaration of Rakesh N. Kilaru, Dkt. # 450;
8. Motion to Exclude Schwartz, Dkt. # 459;
9. Order re Plaintiffs' 181 Sealed Motion, Dkt. # 392;
10. Declaration of Alicia Cobb in Support of Plaintiffs' Supplemental Brief, Dkt. # 358;
11. Plaintiffs' Supplemental Brief in Response to Defendant's Motion to Exclude Testimony

of Stephen Schwartz, Ph.D, Dkt. # 357;

12. Declaration of Blake Marks-Dias, Dkt. # 355;

13. Declaration of Blake Marks-Dias ISO Reply, Dkt. # 338;

14. Reply ISO Motion to Exclude, Dkt. # 337;

15. Declaration of Blake Marks-Dias, Dkt. # 335;

16. Exhibit to [330] Order on Motion to Seal, Dkt. # 331;

17. Exhibit A to Declaration of Aaron Greenberg, Dkt. # 329;

18. Reply by Defendant Valve Corp. re [294] Motion to Seal, Dkt. # 325;

19. Plaintiffs' Response to Dkt. No. 294, Dkt. # 324;

20. Plaintiff's Opposition to Defendant Valve Corp.'s Motion to Exclude Testimony of Steven Schwartz, Ph.D, Dkt. # 317;

21. Declaration of Alicia Cobb, Dkt. # 316;

22. Plaintiffs' Reply in Support of Motion for Class Certification, Dkt. # 315;

23. Document by Defendant Valve Corp. Re [294] Motion to Seal, Dkt. # 305;

24. Declaration of Blake Marks-Dias, Dkt. # 298;

25. Ex. A to [290] Motion to Seal, Dkt. # 292;

26. Ex. B to Declaration of Ahnaf Khan, Dkt. # 289;

27. Ex. A to Declaration of Ahnaf Khan, Dkt. # 288;

28. Ex. B. to Declaration of Kyle Billings, Dkt. # 286;

29. Ex. A to Declaration of Kyle Billings, Dkt. # 285;

30. Ex. A to Declaration of John F. Cove, Jr., Dkt. # 280

31. Ex. H to Declaration of Adam Fossa, Dkt. # 274;

32. Ex. G to Declaration of Adam Fossa, Dkt. # 273;

33. Ex. F to Declaration of Adam Fossa, Dkt. # 272;

34. Ex. E to Declaration of Adam Fossa, Dkt. # 271;

35. Ex. D to Declaration of Adam Fossa, Dkt. # 270;

| | |
|---|---|
| 1 | 36. Ex. C to Declaration of Adam Fossa, Dkt. # 269; |
| 2 | 37. Ex. B to Declaration of Adam Fossa, Dkt. # 268; |
| 3 | 38. Ex. A to Declaration of Adam Fossa, Dkt. # 267; |
| 4 | 39. Ex. C to Declaration of Aaron Greenberg, Dkt. # 265; |
| 5 | 40. Ex. B to Declaration of Aaron Greenberg, Dkt. # 264; |
| 6 | 41. Ex. A to Declaration of Aaron Greenberg, Dkt. # 263; |
| 7 | 42. Ex. A to Praecipe, Dkt. # 242; |
| 8 | 43. Ex. A and B to [236] Order on Motion to Seal, Dkt. # 237; |
| 9 | 44. Appendices 1-4 to Plaintiff's Response to Defendant's Motion to Seal, Dkt. # 235; |
| 10 | 45. Declaration of Blake Marks-Dias, Dkt. # 233; |
| 11 | 46. Motion to Exclude Testimony of Stephen Schwartz, Ph.D, Dkt. # 232; |
| 12 | 47. Declaration of Erik Johnson, Dkt. # 231; |
| 13 | 48. Declaration of Erik Peterson, Dkt. # 230; |
| 14 | 49. Opposition to Plaintiff's Motion for Class Certification, Dkt. # 229; |
| 15 | 50. Declaration of Scott Lynch, Dkt. # 226; |
| 16 | 51. Appendix 1 to Plaintiffs' Response to Defendant's Motion to Seal, Dkt. # 221; |
| 17 | 52. Appendices 1-4 to Plaintiffs' Response to Defendant's Motion to Seal, Dkt. # 211; |
| 18 | 53. Ex. B to Declaration of Aaron Greenberg, Dkt. # 197; |
| 19 | 54. Ex. A to Declaration of Aaron Greenberg, Dkt. # 196; |
| 20 | 55. Ex. A to Declaration of Ahnaf Kham, Dkt. # 192; |
| 21 | 56. Declaration of Alicia Cobb, Dkt. # 182; |
| 22 | 57. Motion to Certify Class and Appoint Co-Lead Class Counsel, Dkt. # 181; |
| 23 | 58. Declaration of Gabe Newell, Dkt. # 168; |
| 24 | 59. Declaration of Charles B. Casper, Dkt. # 167; |
| 25 | 60. Declaration of Kenneth R. ORourke and Ex. 1-7, 9-13, Dkt. # 165; |
| 26 | 61. Motion to Expedite Joint Motion for Discovery, Dkt. # 164; |

62. Motion to Seal, Dkt. # 163;

63. Declaration in Support of Valve's Opposition to Pls' Motion to Compel, Dkt. # 149;

64. Declaration of Gavin W. Skok, Ex. A and B, Dkt. # 148;

65. Declaration of Stephanie L. Jensen and Ex. 4-10, 12-14, and 16, Dkt. # 147

66. Expedited Joint Motion for Discovery, Dkt. # 146;

67. Any sealed filings in this litigation filed subsequent to this Order; and

68. Any other sealed filings in this litigation to which Interim Lead Class Counsel for the putative Consumer Class request access.