THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br>Consumer Plaintiffs | No. 2:21-cv-00563-JNW<br><br>**JOINT STIPULATION REGARDING DISCOVERY**<br><br>**NOTE ON MOTION CALENDAR:**<br>July 23, 2025 |

Between July 2022 and March 2025, Defendant Valve Corporation ("Valve") and Counsel for the Publisher Class completed fact discovery in the Publisher case. In total, the parties produced over 2.6 million documents; conducted depositions of 41 fact witnesses, including 23 current or former Valve employees; and issued approximately 94 subpoenas to third parties. On May 2, 2025, this Court appointed Cohen Milstein Sellers & Toll PLLC, attorneys for the *Hepler* Plaintiffs, as Interim Lead Class Counsel for the putative Consumer Class. *See* Dkt. # 441. On June 2, 2025, Interim Lead Class Counsel for the putative Consumer Class and Counsel for Valve filed a joint stipulation and proposed order regarding the scheduling of a Consolidated Amended Complaint for the Consumer Class, and Valve's Answer or response otherwise thereto, *see* Dkt. # 457, which the Court granted, *see* Dkt. # 459. To streamline discovery as to the putative Consumer Class, the parties have met and conferred, and hereby stipulate and agree to the following:

1. **Discovery Completed as to the Publisher Class.** To avoid duplicative or cumulative discovery in this case, Interim Lead Class Counsel for the putative Consumer Class may receive or access discovery completed by the parties as to the Publisher Class by coordinating with Counsel for the Publisher Class and receiving those documents or access thereto directly. Once those documents have been transmitted or access to those documents has been granted, they will be deemed produced to the putative Consumer Class. The discovery that Interim Lead Class Counsel for the putative Consumer Class may receive or access includes: documents and data produced by the parties; documents produced or designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by third parties (including deposition transcripts referencing third-party materials), as agreed by those third parties or as directed by the Court; and party deposition transcripts. To the extent further discovery is warranted, it shall not be duplicative of the discovery already transmitted pursuant to this stipulation.

2. **Discovery as to the Consumer Class.** Certain documents within productions made to the Consumer Class, data produced to the Consumer Class, and depositions taken by Counsel for Valve or for the putative Consumer Class may be responsive to Requests for Production served by the Publisher Class. Consistent with the requirements of Rule 26, Counsel for Valve and Counsel for the Publisher Class will meet and confer regarding a methodology to appropriately identify such materials on a rolling basis as discovery develops in the Consumer Case, and on how such materials shall be produced to the Publisher Class. This stipulation is without prejudice to additional discovery access either Valve or the Publisher Class may seek.

3. **Notice.** Within three (3) business days of receiving documents produced in litigation by any Party or third party from Counsel for the Publisher Class, Interim Lead Class Counsel for the putative Consumer Class shall notify Valve in writing of the Bates ranges of said documents. Within three (3) business days of receiving deposition transcripts from Counsel for the

Publisher Class, Interim Lead Class Counsel for the putative Consumer Class shall identify such deposition transcripts to Valve.

4. **Third-Party Discovery.** Except for the notice provisions above, this Stipulation shall not affect Valve's or the putative Consumer Class's rights with regard to third party discovery, including the putative Consumer Class's right to seek previously produced discovery material from third parties in this litigation. This Stipulation does not affect any third party's rights with respect to this litigation.

5. **Protective Order.** For clarity, the protective orders entered in this case, *see, e.g.*, Dkts. # 95, 135, 139, 154, 155, 159, shall bind all counsel of record, including Interim Lead Class Counsel for the putative Consumer Class and counsel to whom work is assigned by Interim Lead Class Counsel for the putative Consumer Class pursuant to this Court's Order, Dkt. # 441, at 11. To the extent discovery material is disclosed to Interim Lead Class Counsel for the putative Consumer Class pursuant to this Stipulation, the putative Consumer Class shall be deemed a "receiving party" for purposes of those orders. For the avoidance of doubt, exchange of documents, data, or communications containing material designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under those orders shall not be deemed a "disclosure" for purposes of those orders.

6. **Sealed Record Access.** The Parties further stipulate that good cause exists for Interim Lead Class Counsel for the putative Consumer Class to access all unredacted versions of filings maintained under seal on the consolidated docket in *In re Valve Antitrust Litigation*, No. 2:21 cv-00563 (W.D. Wash.). The parties stipulate that Counsel for the Publisher Class and Valve may transmit sealed filings to Interim Lead Class Counsel for the putative Consumer Class, and that, on judicial approval of this stipulation, the Clerk of Court shall grant Interim Lead Class Counsel for the putative Consumer Class access to the docket entries set forth in the attached List

of Sealed Filings and all future sealed filings in the Publisher Class litigation, absent independent grounds for additional protection pursuant to the Court's Protective Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 23rd day of July, 2025.

*/s/ Benjamin D. Brown*
Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
rcobbs@cohenmilstein.com
nregenold@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

*Interim Lead Class Counsel for the Proposed Consumer Class*

*/s/ Corrie Yackulic*
Corrie Yackulic (WSBA No. 16063)
CORRIE YACKULIC LAW LLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Tel: (206) 787-1915
corrie@cjylaw.com

*/s/ Rakesh Kilaru*
Rakesh Kilaru (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Max Warren (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Keri Arnold (*pro hac vice*)
Ralia Polechronis (*pro hac vice*)
Caroline Li (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com
cli@wilkinsonstekloff.com

Jessica Rizzo (*pro hac vice*)
BALLARD SPAHR
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax (215) 864-8999
rizzoj@ballardspahr.com

| | | |
|---|---|---|
| 1 | | |
| 2 | *Liaison Counsel for the Proposed Consumer Class* | Nathan M Buchter (*pro hac vice*)<br>FOX ROTHSCHILD LLP |
| 3 | | Two Commerce Square |
| | /s/ Steve W. Berman | 2001 Market Street, Suite 1700 |
| 4 | Steve W. Berman (WSBA No. 12536) | Philadelphia, PA 19103<br>Tel: (215) 299-3010 |
| 5 | /s/ Xiaoyi Fan | nbuchter@foxrothschild.com |
| 6 | Xiaoyi Fan (WSBA No. 56703)<br>HAGENS BERMAN SOBOL SHAPIRO LLP | Blake Marks-Dias, WSBA No. 28169 |
| 7 | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Eric A. Lindberg, WSBA No. 43596<br>CORR CRONIN LLP |
| 8 | Tel: (206) 623-7292 | 1015 Second Avenue, Floor 10 |
| | steve@hbsslaw.com | Seattle, WA 98104 |
| 9 | kellyf@hbsslaw.com | Tel: (206) 625-8600<br>Fax: (206) 625-0900 |
| 10 | Ben M. Harrington (*pro hac vice*) | bmarksdias@corrcronin.com |
| 11 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300 | elindberg@corrcronin.com |
| 12 | Berkeley, CA 94710 | *Attorneys for Defendant Valve Corporation* |
| | Tel: (510) 725-3034 | |
| 13 | benh@hbsslaw.com | |
| 14 | *Additional Counsel for the Proposed Consumer* | |
| 15 | *Class* | |
| 16 | /s/ Alicia Cobb | |
| 17 | Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, | |
| 18 | LLP<br>1109 First Avenue, Suite 210 | |
| 19 | Seattle, Washington 98101 | |
| | Phone (206) 905-7000 | |
| 20 | Fax (206) 905-7100 | |
| 21 | aliciacobb@quinnemanuel.com | |
| 22 | Steig D. Olson (*pro hac vice*) | |
| | David LeRay (*pro hac vice*) | |
| 23 | Nicolas Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, | |
| 24 | LLP | |
| 25 | 295 5th Avenue | |
| 26 | | |

Joint Stipulation Regarding Discovery      Page 5     Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel: (202) 408-4600

New York, New York 10016
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
A. Owen Glist (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
oglist@constantinecannon.com

Douglas R Matthews (*pro hac vice*)
VORYS SATER SEYMOUR & PEASE
52 E Gay St, Po Box 1008
Columbus, Ohio 43215
Phone (614) 464-5460
drmatthews@vorys.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M Steiner (pro hac vice)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (202) 973-8899

Joint Stipulation Regarding Discovery

Page 6

Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel: (202) 408-4600

| | |
|---|---|
| 1 | |
| 2 | korourke@wsgr.com<br>jsteiner@wsgr.com |
| 3 | |
| 4 | /s/ Tyre L. Tindall<br>Tyre L. Tindall, WSBA #56357 |
| 5 | /s/ McKinney Wheeler |
| 6 | McKinney Wheeler, WSBA #60635<br>WILSON SONSINI GOODRICH & ROSATI P.C. |
| 7 | 701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104 |
| 8 | Phone (206) 883-2500<br>Fax (866) 974-7329 |
| 9 | ttindall@wsgr.com<br>mckinney.wheeler@wsgr.com |
| 10 | |
| 11 | W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*) |
| 12 | Laura M Matson (*pro hac vice*)<br>Kyle J. Pozan (*pro hac vice*) |
| 13 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 14 | 100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401 |
| 15 | Phone: (612) 339-6900<br>Fax: (612) 339-0981 |
| 16 | wjbruckner@locklaw.com<br>jcbourne@locklaw.com |
| 17 | lmmatson@locklaw.com<br>kjpozan@locklaw.com |
| 18 | |
| 19 | Kristie A LaSalle (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP |
| 20 | 265 Franklin Street, Ste 1702<br>Boston, Massachusetts 02110 |
| 21 | Phone (617) 535-3763<br>kalasalle@locklaw.com |
| 22 | |
| 23 | *Co-Lead Class Counsel for the Publisher Class* |
| 24 | |
| 25 | |
| 26 | |

Joint Stipulation Regarding Discovery     Page 7     Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel: (202) 408-4600

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

DATED this 24th day of July, 2025.

3

4

5

6

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26