HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JNW

**NOTICE OF APPEARANCE OF COUNSEL**

TO: CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Matthew S. Hosen from the firm of Quinn Emanuel Urquhart & Sullivan, LLP, who is a member of the bar of this Court, hereby enters an appearance on behalf of Plaintiff Wolfire Games LLC, individually and on behalf of all others similarly situated. All further papers and pleadings, except original process, should be directed to the address set forth below.

NOTICE OF APPEARANCE
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1  DATED: July 29, 2025

2

3              */s/ Matthew S. Hosen*

4              Matthew S. Hosen, WSBA # 54855

              QUINN EMANUEL URQUHART &

5              SULLIVAN, LLP

6              1109 First Avenue, Suite 210

              Seattle, Washington 98101

7              Tel.: (206) 905-7000

              Fax: (206) 905-7100

8              matthosen@quinnemanuel.com

9              *Attorney for Plaintiffs Wolfire Games LLC,*

              *individually and on behalf of all others similarly*

10             *situated*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I, Matthew S. Hosen, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 29th day of July, 2025.

/s/ Matthew S. Hosen
Matthew S. Hosen, WSBA # 54855

NOTICE OF APPEARANCE
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000