THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br><br>**STIPULATION AND ORDER RE: SUMMARY JUDGMENT AND *DAUBERT* BRIEFING**<br><br>NOTE ON MOTION CALENDAR: JULY 29, 2025 |

The Parties respectfully request that the Court enter an order extending the Parties' deadline to file motions to seal related to summary judgment and *Daubert* briefing by one week – seven calendar days.

1. The high volume of materials to review and meet and confer over establishes good cause for this extension. The Parties have met and conferred regarding the first portion of the materials and these discussions have been collaborative and productive. Valve has provided Plaintiffs with its proposed redactions and Plaintiffs

STIPULATION AND ORDER RE SUMMARY JUDGMENT
AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 1

have worked diligently to create tables indicating areas of agreement and disagreement. Nevertheless, there is a significant amount of material and proposed redactions remaining. Altogether, Valve's Motion for Summary Judgment (Dkt. 453), Valve's Motion to Exclude the Opinions of Dr. Steven Schwartz (Dkt. 449), Valve's Motion to Exclude the Opinions of Professor Joost Rietveld (Dkt. 451), Plaintiffs' Motion to Exclude the Opinions of Professor Gautam Gowrisankaran (Dkt. 455), and the evidence and declarations on which the parties rely, collectively include over 3,000 pages of expert declarations and other materials referencing documents or information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by the Parties or third parties under the protective orders in this case. *See* Dkts. 95, 135, 139, 154, 155, 159. The Parties believe that the requested extension will enable them to further meet and confer in a productive manner to minimize issues for the Court to resolve.

2. The Parties therefore stipulate and agree as follows:

    a. The deadline for the Parties to meet and confer and file motions to seal pursuant to LCR 5(g)(3) with respect to opening briefs for Valve's Motion for Summary Judgment and the Parties' *Daubert* Motions shall be extended to August 7, 2025.

    b. The Court's May 22, 2025 Order (Dkt. 448) is hereby revised to permit the Parties to publicly file redacted versions of the sealed materials within 10 days of the Court's order on the motions to seal.

3. Except as stated above, the Parties intend to file motions to seal with respect to their forthcoming oppositions and replies to Valve's Motion for Summary Judgment and

STIPULATION AND ORDER RE SUMMARY JUDGMENT
AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

the Parties' *Daubert* Motions consistent with the protocol and deadlines set forth in the Court's May 22, 2025 Order (Dkt. 448).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 29th day of July, 2025.

| | |
|---|---|
| */s/ Alicia Cobb* | */s/ Blake Marks-Dias* |
| Alicia Cobb, WSBA #48685 | Blake Marks-Dias, WSBA No. 28169 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Eric A. Lindberg, WSBA No. 43593 |
| 1109 First Avenue, Suite 210 | Todd T. Williams, WSBA No. 45032 |
| Seattle, Washington 98101 | CORR CRONIN LLP |
| Phone (206) 905-7000 | 1015 Second Avenue, Floor 10 |
| Fax (206) 905-7100 | Seattle, WA 98104 |
| aliciacobb@quinnemanuel.com | (206) 625-8600 Phone |
| | (206) 625-0900 Fax |
| Steig D. Olson (*pro hac vice*) | bmarksdias@corrcronin.com |
| David LeRay (*pro hac vice*) | elindberg@corrcronin.com |
| Nicolas Siebert (*pro hac vice*) | twilliams@corrcronin.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 295 5th Avenue | Rakesh Kilaru, *Admitted Pro Hac Vice* |
| New York, New York 10016 | James Rosenthal, *Admitted Pro Hac Vice* |
| Phone (212) 849-7231 | Max Warren, *Admitted Pro Hac Vice* |
| Fax (212) 849-7100 | WILKINSON STEKLOFF LLP |
| steigolson@quinnemanuel.com | 2001 M Street NW, 10th Floor |
| davidleray@quinnemanuel.com | Washington, DC 20036 |
| nicolassiebert@quinnemanuel.com | Tel: (202) 847-4000 |
| | Fax: (202) 847-4005 |
| Adam Wolfson (*pro hac vice*) | rkilaru@wilkinsonstekloff.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | jrosenthal@wilkinsonstekloff.com |
| 865 S. Figueroa St., 10th Floor | mwarren@wilkinsonstekloff.com |
| Los Angeles, California 90017 | |
| Phone (213) 443-3285 | Keri L. Arnold, *Admitted Pro Hac Vice* |
| Fax (213) 443-3100 | Ralia E. Polechronis, *Admitted Pro Hac Vice* |
| adamwolfson@quinnemanuel.com | WILKINSON STEKLOFF LLP |
| | 130 West 42nd Street, 24th Floor |
| Ankur Kapoor (*pro hac vice*) | New York, New York 10036 |
| | Tel: (212) 294-8910 |
| | Fax: (202) 847-4005 |
| | karnold@wilkinsonstekloff.com |
| | rpolechronis@wilkinsonstekloff.com |

STIPULATION AND ORDER RE SUMMARY JUDGMENT
AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 3

| | |
|---|---|
| CONSTANTINE CANNON LLP<br>6 East 43rd St., 26th Floor<br>New York, NY 10017<br>Phone (212) 350-2700<br>Fax (212) 350-2701<br>akapoor@constantinecannon.com<br><br>*/s/ Tyre L. Tindall*<br>Tyre L. Tindall, WSBA #56357<br>McKinney Wheeler, WSBA #60635<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104<br>Phone (206) 883-2500<br>Fax (866) 974-7329<br>ttindall@wsgr.com<br>mckinney.wheeler@wsgr.com<br><br>Kenneth R. O'Rourke (*pro hac vice*)<br>Jordanne M Steiner (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone (202) 973-8800<br>Fax (202) 973-8899<br>korourke@wsgr.com<br>jsteiner@wsgr.com<br><br>W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Laura M Matson (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>lmmatson@locklaw.com<br><br>Kyle Pozan (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP | Jessica M. Rizzo (*pro hac vice*)<br>BALLARD SPAHR LLP<br>1735 Market Street, Floor 51<br>Philadelphia, PA 19103<br>(215) 665-8500 (Phone)<br>(215) 864-8999 (Fax)<br>rizzoj@ballardspahr.com<br><br>Nathan M. Buchter (*pro hac vice*)<br>FOX ROTHSCHILD LLP<br>2000 Market Street STE 20TH FL<br>Philadelphia, PA 19103<br>Telephone (215) 299-3010<br>nbuchter@foxrothschild.com<br><br>Charles B. Casper (*pro hac vice*)<br>Robert E. Day (*pro hac vice*)<br>MONTGOMERY McCRACKEN WALKER & RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>ccasper@mmwr.com<br>rday@mmwr.com<br><br>Michael W. McTigue, Jr. (*pro hac vice*)<br>Meredith C. Slawe (*pro hac vice*)<br>Andrew Fuchs (*pro hac vice*)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>1 Manhattan West<br>New York, NY 10001<br>(215) 735-3529 (Phone)<br>(917) 777-3529 (Fax)<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>afuchs@skadden.com<br><br>Scott M. Danner (*pro hac vice*)<br>Priyanka Timblo (*pro hac vice*)<br>Andrew C. Indorf (*pro hac vice*)<br>HOLWELL SCHUSTER & GOLDBERG LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(646) 837-5151 (Phone)<br>sdanner@hsgllp.com<br>ptimblo@hsgllp.com<br>aindorf@hsgllp.com |

STIPULATION AND ORDER RE SUMMARY JUDGMENT AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1165 N. Clark Street, Suite 700<br>Chicago, IL 60610<br>Telephone: (312) 470-4333<br>kjpozan@locklaw.com | *Attorneys for Defendant Valve Corporation* |

Kristie A LaSalle (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
265 Franklin Street, Ste 1702
Boston, Massachusetts 02110
Phone (617) 535-3763
kalasalle@locklaw.com

*Co-Lead Class Counsel*

Thomas N. McCormick (pro hac vice)
VORYS, SATER, SEYMOUR AND PEASE LLP
2211 Michelson Drive
Suite 500
Irvine, California 92612
Telephone: (949) 526-7903
Fax: (949) 526-7901
Email: tnmccormick@vorys.com

Kenneth J. Rubin (pro hac vice)
Timothy B. McGranor (pro hac vice)
Kara M. Mundy (pro hac vice)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43216-1008
Telephone: (614) 464-6350
Fax: (614) 719-6350
Email: kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

*Executive Committee Counsel*

STIPULATION AND ORDER RE SUMMARY JUDGMENT
AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The Parties shall meet and confer in connection with Valve's Motion for Summary Judgment and the Parties' *Daubert* Motions, and file under seal expert reports, exhibits, evidence, and declarations with highlighted, proposed redactions, and a corresponding motion to seal by August 7, 2025.

IT IS FURTHER ORDERED that the Court's May 22, 2025 Order (Dkt. 448) is hereby revised to permit the Parties to publicly file redacted versions of the sealed materials within 10 days of the Court's order on the motions to seal.

DATED this 30th day of July, 2025.

_____
Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE SUMMARY JUDGMENT
AND *DAUBERT* BRIEFING
CASE NO. 2:21-cv-00563-JNW – 6

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900