THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>*Brandon Drake, et al. v. Valve Corporation*, Case No. 24-cv-01743-JNW | Case No. 2:21-cv-00563-JNW<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO: CLERK OF COURT AND ALL PARTIES OF RECORD

 Pursuant to the notice of voluntary dismissal on behalf of Plaintiffs Brandon Drake and Eric Saavedra, filed on May 22, 2025 in the above titled action, attorneys David Ko, Derek W. Loeser, and Ryan McDevitt of the law firm Keller Rohrback L.L.P., hereby respectfully request that the Court remove them from the service list in connection with this matter.

DATED: July 30, 2025

             Respectfully submitted,

             By: */s/ David J. Ko*
             David Ko, WSBA No. 38299
             Derek W. Loeser, WSBA No. 24274
             Ryan McDevitt, WSBA No. 43305
             KELLER ROHRBACK L.L.P.
             1201 Third Avenue, Suite 3400
             Seattle, WA 98101
             Phone: (206) 623-1900

1

REQUEST FOR REMOVAL FROM SERVICE LIST

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

dko@kellerrohrback.com
dloeser@kellerrohrback.com
rmcdevitt@kellerrohrback.com

***Attorneys for Plaintiffs Brandon Drake and Eric Saavedra***

2

REQUEST FOR REMOVAL FROM SERVICE LIST

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

/s/ David Ko
David Ko

3

REQUEST FOR REMOVAL FROM SERVICE LIST

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384