HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW |
| This Filing Relates to: *John Elliott, et al. v. Valve Corporation,* Case No. 2:24-cv-01218-JNW | **REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO:        CLERK OF THE COURT;

AND TO:    ALL PARTIES;

Pursuant to the Order Granting Stipulated Motion for Withdrawal and Substitution of Counsel, filed on June 6, 2025, wherein H. Troy Romero of Romero Park P.S. withdrew as counsel of record in the above titled action, H. Troy Romero of Romero Park P.S. hereby respectfully requests that the Court remove him from the service list in connection with this matter.

//

//

REQUEST - 1
Case No. 2:21-cv-00563-JNW

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Phone: (425) 450-5000 - Fax: (858) 408-7945

1  DATED: July 30, 2025.

2                                          Respectfully submitted,

3                                          ROMERO PARK PS

4                                          */s/H. Troy Romero*
                                           H. Troy Romero, WSBA #19044
5                                          1019 W. James St., Ste. 102
                                           Kent, Washington 98032
6                                          Tel: (425) 450-5000
                                           tromero@romeropark.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REQUEST - 2
Case No. 2:21-cv-00563-JNW

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Phone: (425) 450-5000 - Fax: (858) 408-7945

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED: July 30, 2025.

*/s/ H. Troy Romero*
H. Troy Romero, WSBA #19044
1019 W. James St., Ste. 102
Kent, Washington 98032
Tel: (425) 450-5000
tromero@romeropark.com

CERTIFICATE OF SERVICE - 1
Case No. 2:21-cv-00563-JNW

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Phone: (425) 450-5000 - Fax: (858) 408-7945