THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br><br>*Brandon Drake, et al. v. Valve Corporation*, Case No. 24-cv-01743-JNW | Case No. 2:21-cv-00563-JNW<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO: CLERK OF COURT AND ALL PARTIES OF RECORD

Pursuant to the notice of voluntary dismissal on behalf of Plaintiffs Brandon Drake and Eric Saavedra, filed on May 22, 2025 in the above titled action, attorneys Michael Dell'Angelo, Candice J. Enders, Zachary Caplan, Julia McGrath, Jeremy Gradwohl, and Sarah Zimmerman of the law firm Berger Montague PC, hereby respectfully request that the Court remove them from the service list in connection with this matter.

DATED: August 4, 2025                Respectfully submitted,

   By: /s/ *Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Candice J. Enders (*pro hac vice*)
Zachary Caplan (*pro hac vice*)
Julia McGrath (*pro hac vice*)
Jeremy Gradwohl (*pro hac vice*)
Sarah Zimmerman (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, PA 19103
Phone: (215) 875-3000
mdellangelo@bm.net
cenders@bm.net
zcaplan@bm.net
jmcgrath@bm.net
jgradwohl@bm.net
szimmerman@bm.net
**Attorneys for Plaintiffs Brandon Drake and Eric Saavedra**

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

                            By:    */s/ Michael Dell'Angelo*
                                      Michael Dell'Angelo