The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**DECLARATION OF MIKE HILL IN SUPPORT OF INTERESTED PARTY HUMBLE BUNDLE, INC.'S UNOPPOSED MOTION TO SEAL DOCUMENTS** |

I, Mike Hill, declare as follows:

1. I am General Manager at Humble Bundle, Inc. ("Humble"). I make this declaration based on my personal knowledge of the information contained herein. I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2. Humble is a privately held PC game publisher and platform. Through its platform, the Humble Store, Humble offers various products to PC gamers, including "bundles" of games sold together. Humble negotiates directly with PC game developers and publishers to include their games in Humble products, and each negotiation is individualized and its terms confidential.

3. I have been informed both Defendant Valve Corporation ("Valve") and Plaintiff Wolfire Games, LLC ("Wolfire") served Humble with third-party subpoenas to produce

1. documents and information, and that this information was used to prepare several documents in the parties' summary judgment briefing. I have reviewed the portions of the filings that refer to or include Humble information. Several of the documents, including HB_Valve001262 and HB_Valve005381, are strategic planning documents reflecting Humble's assessment of its market, its competitors, and its strategic plan for success in those markets. Others include Humble's revenue over time. Others include refer to or reflect strategic planning and financial information.

4. Humble carefully protects the secrecy of this information in the regular course of business. Disclosure of this information would inevitably provide Humble's present and future competitors an unfair (and irretrievable) strategic advantage over Humble. Competitors would also glean insights into Humble's financial trends across products, which would inform those competitors' strategic planning. It would also give PC game developers and publishers an unfair strategic advantage over Humble in future negotiations to include their PC games in Humble products.

I declare under penalty of perjury of the laws of the United States and the State of Washington the foregoing to be true and correct.

EXECUTED this  8/5/2025  day of August, 2025.

By _____
Mike Hill

Signed by: Mike Hill

DECLARATION OF MIKE HILL ISO INTERESTED PARTY
HUMBLE BUNDLE'S MOTION TO SEAL (2:21-cv-00563-JCC) - 2