Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE: VALVE ANTITRUST LITIGATION

**Case No. 2:21-cv-00563-JNW**

**NOTICE OF APPEARANCE**

TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that, reserving all rights, claims and defenses and without waiving any of the same, Nicholas C. Larson hereby appears on behalf of Third-Party Ubisoft, Inc. in the above-entitled cause and hereby requests that all further papers and pleadings herein be served upon the undersigned attorney at the address set forth.

MURPHY PEARSON BRADLEY & FEENEY

_____
Nicholas C. Larson, WSBA No. 46034
520 Pike Street, Suite 1205
Seattle, WA 98101
(206)219-2008
Nlarson@mpbf.com
*Attorney for Ubisoft, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/Autumn R. Ross*
Autumn R. Ross, Paralegal