STEPHEN S. SMITH (SBN 166539)
ssmith@stephensmithlaw.com
LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502
Telephone: 310.955.5824
Fax: 310.955.5824

Attorney for Nonparty Ubisoft Inc.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**DECLARATION OF CHARLES-THOMAS PÉLISSIER IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE CORPORATION'S MOTION TO SEAL PORTIONS OF SUMMARY JUDGMENT FILINGS THAT CONTAIN UBISOFT, INC.'S CONFIDENTIAL INFORMATION AND UBISOFT'S MOTION TO MAINTAIN SUCH INFORMATION UNDER SEAL** |

0

DECLARATION OF CHARLES-THOMAS PÉLISSIER IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE'S MOTION TO SEAL AND UBISOFT'S MOTION TO SEAL

# DECLARATION OF CHARLES-THOMAS PÉLISSIER

I, Charles-Thomas Pélissier, declare as follows:

1. I am a Vice President at Ubisoft, Inc. ("Ubisoft"). The facts stated herein are known to me personally and, if called as a witness, I could and would testify competently thereto under oath.

2. Ubisoft is a third party developer and publisher of interactive games. Valve Corporation and Wolfire Games, LLC served Ubisoft with third-party subpoenas to produce documents and information in this action. Both subpoenas sought Ubisoft's highly sensitive and confidential financial and other business information. Ubisoft carefully protects the secrecy of such information. Disclosure of such information would provide Ubisoft's present and future competitors with an unfair and uncorrectable strategic business advantage over Ubisoft. Competitors would also obtain insights into Ubisoft's financial performance across products, which would inform those competitors' strategic planning. For these reasons, Ubisoft designated the documents and data it produced in response to the subpoenas as Highly Confidential – Attorneys' Eyes Only pursuant to the Protective Order prior to producing those materials to Valve and plaintiffs.

I declare under penalty of perjury under the laws of the united States California that the foregoing is true and correct. Executed on August 14, 2025, at San Francisco, California.



Charles-Thomas Pélissier

---

**LAW OFFICES OF STEPHEN S. SMITH, P.C.**
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502

1

DECLARATION OF CHARLES-THOMAS PÉLISSIER IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE'S MOTION TO SEAL AND UBISOFT'S MOTION TO SEAL