STEPHEN S. SMITH (SBN 166539)
ssmith@stephensmithlaw.com
LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502
Telephone: 310.955.5824
Fax: 310.955.5824

Attorney for Nonparty Ubisoft Inc.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>**DECLARATION OF OLIVIER ERNST IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE CORPORATION'S MOTION TO SEAL PORTIONS OF SUMMARY JUDGMENT FILINGS THAT CONTAIN UBISOFT, INC.'S CONFIDENTIAL INFORMATION AND UBISOFT'S MOTION TO MAINTAIN SUCH INFORMATION UNDER SEAL** |

# DECLARATION OF OLIVIER ERNST

I, Olivier Ernst, declare as follows:

1. I am a Senior Vice President, Direct to Player, at Ubisoft Entertainment, Inc., an affiliated company of Ubisoft, Inc. ("Ubisoft") I am in charge of Ubisoft's online store (Ubisoft Store) and subscription products (Ubisoft+). The facts stated herein are known to me personally and, if called as a witness, I could and would testify competently thereto under oath.

2. In the chart below, I identify the specific Ubisoft materials that Valve and Ubisoft seek to maintain under seal, and I explain why (a) it is important that such materials remain confidential and (b) the harm that could result if such materials were publicly disclosed.

| Docket No. | Page | Line | Exhibit | Confidentiality Designation | Why Important It Remain Confidential | Harm if Publicly Disclosed |
|---|---|---|---|---|---|---|
| 454.6 Gowrisankaran Rebuttal Merits Report | 53 | 52 | ¶91(b) | Highly confidential | # Commercial sensitivity: internal performance & exposure of competitive advantage<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations<br><br># Protection of Ubisoft distribution strategy: direct business (B2C) vs business with partners (B2B) | # Competitive disadvantage (a competitor could decide to exploit this data to evolve their offerings to gain market share)<br><br># Potential negative impact on business relationships with other partners<br><br># Misinterpretation of the data could generate false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 6 | 5 | | Highly confidential | # Commercial sensitivity: internal data showing customers' behavior<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations with other partners<br><br># Data Protection on customers' behavior within the PC ecosystem | # Potential negative impact on business relationships with other partners<br><br># Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Misinterpretation of the data could generate false news and potential speculation |

LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502

| Document | Page | Line | Exhibit/¶ | Designation | Commercial Sensitivity | Potential Harm |
|---|---|---|---|---|---|---|
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 6 | 5 | | Highly confidential | # Commercial sensitivity: internal data showing customers' behavior<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations with other partners<br><br># Data Protection on customers' behavior within the PC ecosystem | # Potential negative impact on business relationships with other partners<br><br># Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Misinterpretation of the data could generate false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 82 | 81 | Exhibit 3 | Highly confidential | # Commercial sensitivity: internal data showing customers' behavior<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations with other partners<br><br># Data Protection on customers' behavior within the PC ecosystem | # Potential negative impact on business relationships with other partners<br><br># Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Misinterpretation of the data could generate false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 82 | 81 | Exhibit 3 | Highly confidential | # Commercial sensitivity: internal data showing customers' behavior<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations with other partners<br><br># Data Protection on customers' behavior within the PC ecosystem | # Potential negative impact on business relationships with other partners<br><br># Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Misinterpretation of the data could generate false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 82–83 | 81–82 | ¶135 | Highly confidential | # Commercial sensitivity: internal performance & exposure of competitive advantage | # Competitive disadvantage (a competitor could decide to exploit this data to evolve their offerings to gain market share) |

2

DECLARATION OF OLIVIER ERNST IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE'S MOTION TO SEAL AND UBISOFT'S MOTION TO SEAL

LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502

<pre>                                                                           Docusign Envelope ID: 4C21DC3C-38F8-4E17-9E80-5C155D2FFE3F
Case 2:21-cv-00563-JNW    Document 512    Filed 08/21/25    Page 4 of 6</pre>

| | | | | | # Negotiation leverage: such figures could be used against Ubisoft in future negotiations<br><br># Protection of Ubisoft distribution strategy: direct business (B2C) vs business with partners (B2B) | # Potential negative impact on business relationships with other partners<br><br># Misinterpretation of the data could generate false news and potential speculation |
|---|---|---|---|---|---|---|
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 174 | 173 | ¶301 | Highly confidential | # Commercial sensitivity: internal performance & exposure of competitive advantage<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations<br><br># Protection of Ubisoft distribution strategy: direct business (B2C) vs business with partners (B2B) | # Competitive disadvantage (a competitor could decide to exploit this data to evolve their offerings to gain market share)<br><br># Potential negative impact on business relationships with other partners<br><br># Misinterpretation of the data could generate false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 174 | 173 | n.533 | Highly confidential | # Sensitive strategic communication including Ubisoft plans and proprietary information<br><br># Confidential business information to be protected from the competition<br><br># Potential violation of existing NDAs | # Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Potential in damaging business relationships and Ubisoft reputation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 174 | 173 | ¶302 | Highly confidential | # Commercial sensitivity: internal performance & exposure of competitive advantage including specific margins<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations | # Competitive disadvantage (a competitor could decide to exploit this data to renegotiate a contract)<br><br># Potential negative impact on business relationships with other partners<br><br># Misinterpretation of the data could generate |

<pre>LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502</pre>

3

DECLARATION OF OLIVIER ERNST IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE'S MOTION TO SEAL AND UBISOFT'S MOTION TO SEAL

Docusign Envelope ID: 4C21DC3C-38F8-4F17-9F80-5C155D2FFE3F

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | # Protection of Ubisoft distribution strategy: direct business (B2C) vs business with partners (B2B) | false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 174 | 173 | ¶303 | Highly confidential | # Commercial sensitivity: internal data showing customers' behaviour<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations with other partners<br><br># Data Protection on customers' behavior within the PC ecosystem | # Potential negative impact on business relationships with other partners<br><br># Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Misinterpretation of the data could generate false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 175 | 174 | Exhibit 17 | Highly confidential | # Commercial sensitivity: internal data showing customers' behavior<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations with other partners<br><br># Data Protection on customers' behavior within the PC ecosystem | # Potential negative impact on business relationships with other partners<br><br># Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Misinterpretation of the data could generate false news and potential speculation |
| 450.3 & 454.4 Corrected Chiou Opening Merits Report | 175 | 174 | Exhibit 17 | Highly confidential | # Commercial sensitivity: internal data showing customers' behavior<br><br># Negotiation leverage: such figures could be used against Ubisoft in future negotiations with other partners<br><br># Data Protection on customers' behavior within the PC ecosystem | # Potential negative impact on business relationships with other partners<br><br># Overreaction from Steam users spreading a negative sentiment toward Ubisoft Connect<br><br># Misinterpretation of the data could generate false news and potential speculation |

4

DECLARATION OF OLIVIER ERNST IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE'S MOTION TO SEAL AND UBISOFT'S MOTION TO SEAL

LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502

I declare under penalty of perjury under the laws of the united States California that the foregoing is true and correct. Executed on August 14, 2025, at Montreal, Quebec, Canada.

*Olivier Ernst*

Olivier Ernst

5

DECLARATION OF OLIVIER ERNST IN SUPPORT OF UBISOFT, INC.'S JOINDER IN VALVE'S MOTION TO SEAL AND UBISOFT'S MOTION TO SEAL