THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JNW<br><br>DECLARATION OF CARA WALLACE IN SUPPORT OF EPIC'S RESPONSE TO VALVE CORPORATION'S MOTION TO SEAL |

I, Cara Wallace, declare the following:

1. I am an attorney at the law firm Perkins Coie LLP and counsel to Epic Games, Inc. ("Epic"). I am a member in good standing of the State Bar of Washington. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. I submit this declaration in support of Epic's response to Valve's motion to seal in the above-captioned litigation.

3. The bolded information in Exhibit A to the Second Declaration of Kyle Billings in Support of Epic's Response to Valve Corporation's Motion to Seal contains information that Epic designated as "Highly Confidential – Attorney's Eyes Only" during discovery.

DECLARATION OF CARA WALLACE - 1 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

4. Counsel for Valve reached out to me after Valve filed its Motion to Seal and provided a table of references to confidential Epic information that was used as part of the summary judgment briefing in the above-captioned matter. Epic was not provided copies of the underlying report, so it is unable to determine whether additional confidential Epic information is at issue in those reports. Epic relied on the table provided by Valve to determine what of Epic's information, if any, should be kept under seal.

5. On August 20, 2025, I met and conferred by email with Plaintiffs' and Valve's counsel to discuss this information. Counsel for Plaintiffs and Valve confirmed that the parties do not oppose Epic's request to keep its confidential information, as reflected by the bolded text in Exhibit A to the Second Declaration of Kyle Billings dated August 21, 2025, concurrently filed, sealed.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of August, 2025 in Seattle, Washington.

*/s/ Cara Wallace*
Cara Wallace

DECLARATION OF CARA WALLACE - 2 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000