THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JNW<br><br>SECOND DECLARATION OF KYLE BILLINGS IN SUPPORT OF EPIC GAMES, INC.'S RESPONSE TO VALVE CORPORATION'S MOTION TO SEAL |

I, Kyle Billings, declare the following:

1. I am currently the Director of Strategy and Business Operations, Epic Games Store at Epic Games, Inc. ("Epic"). The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. In my current role at Epic, I am responsible for content strategy and business operations at the Epic Games Store. I have been employed with Epic since 2019. Based on my work experience, I am familiar with the Epic Games Store's business strategies and partner relationships, including the information that must be kept confidential to protect Epic and its partners from potential harm.

DECLARATION OF KYLE BILLINGS - 1 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

183208450

3. I understand that Valve Corporation ("Valve") filed under seal, with proposed redactions, an excerpt of the deposition transcript for the deposition of Dr. Steven Schwartz (previously filed at Dkt. 450.4) ("Schwartz Deposition Excerpt"); an Epic Games Presentation (Dkt. 450.9) ("Board Presentation"); the April 25, 2025 Expert Report of Joost Rietveld (Dkt. 452.5) ("Rietveld Report"); the March 26, 2025 Rebuttal Expert Report of Gautam Gowrisankaran (Dkt. 454.6) ("Gowrisankarana Rebuttal Report"); and the May 5, 2025 Corrected Reply Expert Report of Gautam Gowrisankaran (Dkt. 456.2) ("Gowrisankaran Reply Report"), which all contain Epic confidential information, in support of its Motion for Summary Judgment.

4. I also understand that Epic is filing a Response to Valve's Motion to Seal, and I make this declaration in support of Epic's response. I have reviewed information from portions of the above-listed documents that were provided to Epic by Valve and explain below why those portions of these documents contain sensitive and highly confidential information that would cause serious harm to Epic if publicly released. Attached to this declaration as **Exhibit A** is a table detailing the information from those reports that Epic requests remain under seal. Epic treats this information sensitively even within its own organization, and only discloses it to a select group of individuals on a need-to-know basis.

5. The bolded portions of the Gowrisankaran Rebuttal Report, the Rietveld Report, and the Gowrisankaran Reply Report, reflected in **Rows 2–17 of Exhibit A**, reference survey results from an internal Epic presentation that compares Steam users with Epic Games Store users. These survey results are sensitive and confidential, and Epic shares them on a need-to-know basis only. In addition, the survey reveals Epic's future-looking business strategies. Epic's survey questions are designed to inform Epic's business strategies and product decisions. If this survey became public, Epic's competitors could use it to infer Epic's business strategies and product decisions, undermining Epic's competitive position.

6. The bolded portions of the Gowrisankaran Rebuttal Report, reflected in **Row 18 of Exhibit A**, discuss Epic's sensitive and confidential content-procurement strategy for Epic Games

DECLARATION OF KYLE BILLINGS - 2 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

Store, as well as the deal structure for certain titles on Epic Games Store. Its disclosure would be prejudicial to Epic, as it would give competitors and potential partners exceptional insight into its strategy and deal terms and undermine Epic's competitive position.

7. The Board Presentation, referenced in **Row 19 of Exhibit A**, contains significant sensitive and confidential information, which Epic treats sensitively even within its own organization, and only discloses to a select group of individuals (here, the Board of Directors) on a need-to-know basis. This includes:

   a. Confidential deal terms with titles on the Epic Games Store, including details of the amounts that Epic guaranteed that it would pay to certain developers in connection with arrangements for the exclusive launch of titles on Epic Games Store. The disclosure of these terms would undermine Epic's competitive position.

   b. Confidential third-party information, including revenue earned by titles on the Epic Games Store, that is subject to contractual confidentiality restrictions and the disclosure of which would harm Epic's relationship with the publishers and developers on its store.

   c. Confidential revenue, market share, and active user information derived from the non-public information. This information is based on sensitive and confidential information to Epic and its disclosure would impact Epic's relationship with potential partners interested in distributing content on the Epic Games Store.

   d. Confidential details about Epic's investment strategy for the Epic Games Store, the disclosure of which would undermine Epic's competitive position.

8. The Schwartz Deposition Excerpts, identified in **Row 20 of Exhibit A**, reflect a discussion of the Board Presentation and, in particular, confidential market share information derived from non-public information, the disclosure of which would impact Epic's relationship with potential partners interested in distributing content on the Epic Games Store.

DECLARATION OF KYLE BILLINGS - 3 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

1  I declare under the penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this <u>August 21, 2025</u> in <u>Durham, North Carolina</u>.

DocuSigned by:

*Kyle Billings*
53D2191CC9EC436...

Kyle Billings

DECLARATION OF KYLE BILLINGS - 4 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

EXHIBIT FILED UNDER SEAL