THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JNW<br><br>DECLARATION OF ADAM FOSSA IN SUPPORT OF MICROSOFT CORPORATION'S RESPONSE TO VALVE CORPORATION'S MOTION TO SEAL |

I, Adam Fossa, declare the following:

1. I am currently the General Manager of the Microsoft Store on Xbox and Windows at Microsoft Corporation ("Microsoft"). The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. In my current role at Microsoft, which owns and operates the Microsoft Store, I lead the team responsible for business management of the Microsoft Store digital game category on Xbox and Windows. I have been employed with Microsoft since January 2004. Based on my work experience, I am familiar with Microsoft's business strategies and financial data as it relates to the Microsoft Store. Microsoft keeps such information confidential to protect itself and its partners from potential harm.

DECLARATION OF ADAM FOSSA - 1 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

183101066

3. I understand that Valve Corporation ("Valve") filed under seal, with proposed redactions, the Dkt. 450.2 & Dkt. 454.2, January 27, 2025 Expert Report of Steven Schwartz ("Schwartz January Report"); the Dkt. 450.13 & Dkt. 454.8 March 7, 2025 Expert Report of Steven Schwartz ("Schwartz March Report"); the Dkt. 450.1 & Dkt. 454.11 April 25, 2025 Expert Report of Steven Schwartz ("Schwartz April Report"); the Dkt. 450.11 Expert Report of Ashley Langer ("Langer Report"); the Dkt. 450.3 & Dkt. 454.4 Expert Report of Lesley Chiou ("Chiou Report"); and the Dkt. 456.3 May 5, 2025 Corrected Reply Expert Report of Gautam Gowrisankaran ("Gowrisankaran Reply Report"), which all contain Microsoft confidential information, in support of its Motion for Summary Judgment.

4. I further understand that Microsoft is filing a Response to Valve's Motion to Seal, and I make this declaration in support of Microsoft's response. I have reviewed information from portions of the above-listed reports that were provided to Microsoft by Valve and explain below why those portions of the reports contain sensitive and highly confidential information that would cause serious harm to Microsoft if publicly released. Attached to this declaration as **Exhibit A** is a table detailing the information from those reports that Microsoft requests remain under seal. Microsoft treats this information sensitively even within its own organization, and only discloses it to a select group of individuals on a need-to-know basis.

5. The bolded portions of the Schwartz January Report and the Langer Report, reflected in **Rows 2 and 3 of Exhibit A**, reflect deposition testimony of Adam Fossa on behalf of Microsoft from January 29, 2024. This testimony includes non-public estimates of the Microsoft Store's costs. This testimony would result in harm if publicly disclosed. Knowledge of the Microsoft Store's estimated costs, if made available to Microsoft's competitors, could be used not only to the detriment of Microsoft, but could also cause harm to competition. In the regular course of business, Microsoft does not track its costs according to storefront, thus the elicited testimony is not based on any detailed analysis performed by Microsoft such as would exist in an audited financial statement and may not be accurate. To the extent that the testimony does not reflect an

DECLARATION OF ADAM FOSSA - 2 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

accurate cost estimate, if disclosed, it may cause confusion for financial advisors and Microsoft's investors.

6. The bolded portions of the Gowrisankaran Reply Report, reflected in **Row 4 of Exhibit A**, also reflects deposition testimony of Adam Fossa on behalf of Microsoft from January 29, 2024. This testimony includes information, including pricing information, about Microsoft's token monetization model. This testimony would also result in harm if publicly disclosed. First, the public release of this information could reveal proprietary aspects of Microsoft's pricing and distribution framework, which competitors could exploit to reverse engineer Microsoft's commercial terms or undercut its positioning with key retail partners Second, exposing the specifics of Microsoft's token monetization model could erode publisher trust and compromise Microsoft's ability to negotiate favorable terms in future partnerships.

7. Supplemental Attachment E-8 to the Schwartz March Report, identified in **Row 5 of Exhibit A**, is confidential and would result in harm if publicly disclosed. Microsoft understands that Attachment E-8 reflects information found in Attachments X-4 and X-5, which are also confidential and, to the extent such information is disclosed in the Schwartz March Report, it also would result in harm if publicly disclosed.

    a. Attachment E-8 includes information that reflects non-public financial data regarding Microsoft's U.S. and non-U.S. third-party gaming revenue for a five-year period. Microsoft does not share this information outside the Microsoft Store and does so even within the Microsoft Store on a need-to-know basis only. If the third-party gaming information in this attachment were disclosed, third-party gaming partners could use the information to undercut Microsoft's position in distribution negotiations, particularly with respect to Microsoft's subscription gaming services. Disclosure of this information could also harm Microsoft's third-party gaming partners themselves, as it includes data relating to the sales of their individual

DECLARATION OF ADAM FOSSA - 3 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

products and could be used by their own competitors or other distributors to their detriment.

b. Attachment X-4 includes non-public financial data regarding Microsoft's first and third-party U.S. gaming revenue from FY 2017-FY 2023 down to the product level, which includes title-specific performance information about the Microsoft Store's gaming partners. Microsoft does not share this information outside the Microsoft Store and does so even within the Microsoft Store on a need-to-know basis only. Outside of the Microsoft Store, Microsoft shares only anonymized and aggregate performance information with its gaming partners, which include Microsoft's first- and second- gaming publishers. If the non-anonymized and non-aggregated title-specific performance information were disclosed, gaming partners could use the information to undercut Microsoft's position in distribution negotiations, particularly with respect to Microsoft's subscription gaming services. The gaming revenue information also discloses Microsoft's gaming business strategy, including growth opportunities in certain sectors of the gaming industry and for certain types of gaming products. If the revenue information were disclosed, competitors could use the information to identify new opportunities in which they could undercut Microsoft. Disclosure of this information could also harm Microsoft's third-party gaming partners themselves, as it includes data relating to the sales of their individual products and could be used by their own competitors or other distributors to their detriment.

c. Attachment X-5 to the Schwartz Report includes non-public financial data regarding Microsoft's first and third-party non-U.S. (referred to as rest of world or "ROW") gaming revenue from FY 2017-FY 2023 down to the product level, which includes title-specific performance information about the Microsoft Store's gaming partners. Microsoft does not share this information outside the Microsoft Store and

DECLARATION OF ADAM FOSSA - 4 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

does so even within the Microsoft Store on a need-to-know basis only. Outside of the Microsoft Store, Microsoft shares only anonymized and aggregate performance information with its gaming partners, which include Microsoft's first- and second-party gaming publishers. If the non-anonymized and non-aggregated title-specific performance information at issue were disclosed, gaming partners could use the information to undercut Microsoft's position in distribution negotiations, particularly with respect to Microsoft's subscription gaming services. The gaming revenue information also discloses Microsoft's gaming business strategy, including growth opportunities in certain sectors of the gaming industry and for certain types of gaming products. If the revenue information were disclosed, competitors could use the information to identify new opportunities in which they could undercut Microsoft. Disclosure of this information could also harm Microsoft's third-party gaming partners themselves, as it includes data relating to the sales of their individual products and could be used by their own competitors or other distributors to their detriment.

8. The bolded portions of the Chiou Report and the Schwartz April Report, reflected in **Rows 6, 7, and 8 of Exhibit A**, reflect information from Attachment E-1 to the Schwartz March Report that is confidential and would result in harm if publicly disclosed. The highlighted information reflects non-public financial data regarding Microsoft's third-party transaction values for a five-year period. Microsoft does not share this information outside the Microsoft Store and does so even within the Microsoft Store on a need-to-know basis only. If the third-party gaming information reflected in Attachment E-1 were publicly disclosed, third-party gaming partners could use it to undercut Microsoft's position in distribution negotiations, particularly with respect to Microsoft's subscription gaming services. Disclosure of this information could also harm Microsoft's third-party gaming partners themselves, as it includes data relating to the sales of their

DECLARATION OF ADAM FOSSA - 5 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

individual products and could be used by their own competitors or other distributors to their detriment.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this <u>August 20, 2025</u> in <u>Snoqualmie, WA</u>.

<u>Adam Fossa</u>
DocuSigned By: Adam Fossa
Adam Fossa

DECLARATION OF ADAM FOSSA - 6 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

EXHIBIT FILED UNDER SEAL