THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

No. 2:21-cv-00563-JNW

**ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS CONSUMER COMPLAINT**

**(PROPOSED)**

This matter came before the Court on Defendant Valve Corporation's ("Valve") Motion to Dismiss the Consumer Complaint. The Court, having reviewed the Motion to Dismiss, the filings in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, HEREBY ORDERS that:

1. Defendant Valve's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. # 473) is GRANTED.

2. All claims asserted against Valve by the putative Consumer Class are DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
The Honorable Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING VALVE'S MOTION TO DISMISS CONSUMER COMPLAINT - 1
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005

Presented by:

WILKINSON STEKLOFF LLP

*s/ Rakesh Kilaru*
Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
David Friedman, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com
dfriedman@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
Caroline Li, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com
cli@wilkinsonstekloff.com

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
bmarksdias@corrcronin.com

Jessica M. Rizzo, *Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999
rizzoj@ballardspahr.com

[PROPOSED] ORDER GRANTING VALVE'S MOTION TO
DISMISS CONSUMER COMPLAINT - 2
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005

| | |
|---|---|
| 1 | Nathan M. Buchter, *Admitted Pro Hac Vice*<br>FOX ROTHSCHILD LLP |
| 2 | 2000 Market Street STE 20TH FL<br>Philadelphia, PA 19103 |
| 3 | Tel: (215) 299-3010<br>nbuchter@foxrothschild.com |
| 4 | |
| 5 | Charles B. Casper, *Admitted Pro Hac Vice*<br>Robert E. Day, *Admitted Pro Hac Vice* |
| 6 | MONTGOMERY McCRACKEN WALKER &<br>RHOADS LLP |
| 7 | 1735 Market Street, 20th Floor<br>Philadelphia, PA 19103 |
| 8 | Tel: (215) 772-1500<br>ccasper@mmwr.com |
| | rday@mmwr.com |
| 9 | |
| 10 | Scott M. Danner, *Admitted Pro Hac Vice*<br>Priyanka Timblo, *Admitted Pro Hac Vice* |
| 11 | HOLWELL SHUSTER & GOLDBERG LLP<br>425 Lexington Avenue |
| 12 | New York, NY 10017<br>Tel: (646) 837-5151 |
| 13 | sdanner@hsgllp.com<br>ptimblo@hsgllp.com |
| 14 | *Attorneys for Defendant Valve Corporation* |

[PROPOSED] ORDER GRANTING VALVE'S MOTION TO
DISMISS CONSUMER COMPLAINT - 3
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005