HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW |
| | **ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE** |
| This Filing Relates to:<br><br>CONSUMER PLAINTIFFS | |

Now before this Court is the Unopposed Motion to Voluntarily Dismiss Without Prejudice of Susann Davis, Hope Marchionda, and Everett Stephens in *In re Valve Antitrust Litigation* (Case No. 2:21-cv-00563-JNW). Having carefully reviewed the motion, the Court **GRANTS** the Motion. The claims of Susann Davis, Hope Marchionda, and Everett Stephens against Defendant Valve Corporation are hereby dismissed without prejudice. Susann Davis, Hope Marchionda, and Everett Stephens are no longer class representatives for the putative consumer class and may remain in this action as absent class members.

**IT IS SO ORDERED.**

Dated this 28th day of August 2025.

Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOT. TO DISMISS - 1
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Tel: (614) 464-6400

Presented by:

*/s/ H. Troy Romero*
ROMERO PARK PS
H. Troy Romero, WSBA #19044
1019 W. James St., Ste. 102
Kent, Washington 98032
Tel: (425) 450-5000
tromero@romeropark.com

Kenneth J. Rubin *(pro hac vice)*
Timothy B. McGranor *(pro hac vice)*
Douglas R. Matthews *(pro hac vice)*
Kara M. Mundy *(pro hac vice)*
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Fax: (614) 464-6350
Email:   kjrubin@vorys.com
         tbmcgranor@vorys.com
         drmatthews@vorys.com
         kmmundy@vorys.com

Thomas N. McCormick *(pro hac vice)*
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court
Suite 700
Newport Beach, CA 92660
Telephone/Fax: (949) 526-7903
Email: tnmccormick@vorys.com

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905 7000
Fax (206) 905 7100
aliciacobb@quinnemanuel.com

*Attorneys for Susann Davis, Hope Marchionda, and Everett Stephens*

ORDER GRANTING MOT. TO DISMISS - 2
Case No. 2:21-cv-00563-JNW

VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Tel: (614) 464-6400