THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

No. 2:21-cv-00563-JNW

**ORDER GRANTING VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS**

**(PROPOSED)**

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Unopposed Motion to Seal Summary Judgment Opposition Filings and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Unopposed Motion to Seal is GRANTED.

(1)    The documents listed in Appendix 1 to this Order (the "Sealed Documents") contain information in one or more of the following categories, which compelling reasons justify sealing and for which no less restrictive alternatives exist: (1) confidential Valve financial information; (2) confidential third-party

(PROPOSED) ORDER GRANTING VALVE'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS - CASE NO. 2:21-cv-00563-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   business and financial information; (3) third-party proprietary business

2   information; (4) contracts with third parties and related communications; (5)

3   Steam revenue share information; (6) Valve's confidential internal strategy,

4   analysis, and information; (7) personally identifiable information; (8)

5   information purchased from data vendors solely for litigation use; and (9)

6   market share and size information.

7   (2)    The unredacted versions of the Sealed Documents shall remain under seal; and

8   (3)    Valve shall file redacted versions of the Sealed Documents, consistent with the

9           proposed highlighted versions provided to the Court under seal, for public

10          access within 10 days of this Order, as provided in the Court's July 30, 2025

11          Order. (Dkt. 492).

12  IT IS SO ORDERED.

13

14  DATED this __ day of _____, 2025.

15

16  _____

17  Hon. Jamal N. Whitehead
    UNITED STATES DISTRICT JUDGE

18

19  Presented by:

20  /s/ Blake Marks-Dias
    Blake Marks-Dias, WSBA No. 28169
21  CORR CRONIN LLP
    1015 Second Avenue, Floor 10
22  Seattle, WA  98104
    (206) 625-8600 Phone
23  (206) 625-0900 Fax
    bmarksdias@corrcronin.com
24

25

(PROPOSED) ORDER GRANTING VALVE'S UNOPPOSED
MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION
FILINGS - CASE NO. 2:21-cv-00563-JNW – 2

Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com

Jessica M. Rizzo, *Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
(215) 665-8500 (Phone)
(215) 864-8999 (Fax)
rizzoj@ballardspahr.com

Nathan M. Buchter, *Admitted Pro Hac Vice*
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Tel: (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper, *Admitted Pro Hac Vice*
Robert E. Day, *Admitted Pro Hac Vice*
MONTGOMERY McCRACKEN WALKER & RHOADS LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 772-1500
ccasper@mmwr.com
rday@mmwr.com

Scott M. Danner, *Admitted Pro Hac Vice*
Priyanka Timblo, *Admitted Pro Hac Vice*
HOLWELL SCHUSTER & GOLDBERG LLP

(PROPOSED) ORDER GRANTING VALVE'S UNOPPOSED
MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION
FILINGS - CASE NO. 2:21-cv-00563-JNW – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

425 Lexington Avenue
New York, NY 10017
Tel: (646) 837-5151
sdanner@hsgllp.com
ptimblo@hsgllp.com

*Attorneys for Defendant Valve Corporation*

(PROPOSED) ORDER GRANTING VALVE'S UNOPPOSED
MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION
FILINGS - CASE NO. 2:21-cv-00563-JNW – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**APPENDIX 1**

| Dkt. No. | Description |
|---|---|
| Dkt. 483 | Plaintiffs' Opposition to Valve's Motion for Summary Judgment |
| Dkt. 484 | Plaintiffs' Opposition to Valve's Motion to Exclude Schwartz |
| Dkt. 485 | Plaintiffs' Opposition to Valve's Motion to Exclude Rietveld |
| Dkt. 486 | Declaration of Alicia Cobb |
| Dkt. 486.01 | Schwartz Response Merits Report |
| Dkt. 486.03 | Corrected Rietveld Opening Class Certification Report |
| Dkt. 486.04 | Lynch Deposition Transcript Excerpt |
| Dkt. 486.06 | Schwartz Deposition Transcript Excerpt |
| Dkt. 486.10 | Gerber Deposition Transcript Excerpt |
| Dkt. 486.11 | Butlin Deposition Transcript Excerpt |
| Dkt. 486.12 | Giardino Deposition Transcript Excerpt |
| Dkt. 486.13 | Powers Deposition Transcript Excerpt |
| Dkt. 486.14 | Fossa Deposition Transcript Excerpt |
| Dkt. 486.15 | Powers Deposition Transcript Excerpt |
| Dkt. 486.16 | Rietveld Deposition Transcript Excerpt |
| Dkt. 486.18 | Schenck Deposition Transcript Excerpt |
| Dkt. 486.19 | Email exchange |
| Dkt. 486.20 | Email exchange |
| Dkt. 486.21 | Email exchange |
| Dkt. 486.22 | Email exchange |
| Dkt. 486.23 | Email exchange |
| Dkt. 486.24 | Email exchange |
| Dkt. 486.25 | Email exchange |
| Dkt. 486.26 | Email exchange |
| Dkt. 486.27 | Email exchange |
| Dkt. 486.28 | Email exchange |
| Dkt. 486.29 | Email exchange |
| Dkt. 486.30 | Email exchange |
| Dkt. 486.31 | Email exchange |
| Dkt. 486.32 | Email exchange |
| Dkt. 486.33 | Steam Distribution Agreement |
| Dkt. 486.34 | Email exchange |
| Dkt. 486.35 | Email exchange |
| Dkt. 486.36 | Email exchange |
| Dkt. 486.37 | Email exchange |
| Dkt. 486.38 | Email exchange |
| Dkt. 486.39 | Email exchange |
| Dkt. 486.40 | Email exchange |
| Dkt. 486.41 | Email exchange |

(PROPOSED) ORDER GRANTING VALVE'S UNOPPOSED
MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION
FILINGS - CASE NO. 2:21-cv-00563-JNW – 5

| Dkt. 486.42 | Email exchange |
|---|---|
| Dkt. 486.43 | Email exchange |
| Dkt. 486.45 | Epic Games Store Presentation |
| Dkt. 486.47 | Steam Distribution Agreement |
| Dkt. 486.49 | Email exchange |
| Dkt. 486.50 | Email exchange |
| Dkt. 486.51 | Email exchange |
| Dkt. 486.53 | Email exchange |
| Dkt. 486.54 | Email exchange |
| Dkt. 486.55 | Email exchange |
| Dkt. 486.56 | Email exchange |
| Dkt. 486.57 | Email exchange |
| Dkt. 486.58 | Email exchange |
| Dkt. 486.59 | Email exchange |
| Dkt. 486.60 | Email exchange |
| Dkt. 486.61 | Email exchange |
| Dkt. 486.62 | Valve 2003 Profit and Loss Statement |
| Dkt. 486.63 | Email exchange |
| Dkt. 486.64 | Valve 2004 Profit and Loss Statement |
| Dkt. 486.65 | Gavin Skok letter to Nicholas Siebert |
| Dkt. 487 | Declaration of David LeRay |

(PROPOSED) ORDER GRANTING VALVE'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS - CASE NO. 2:21-cv-00563-JNW – 6

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900