THE HONORABLE JAMAL N. WHITEHEAD

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

IN RE VALVE ANTITRUST LITIGATION

12

No. 2:21-cv-00563- JNW

**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS**

13

14

15

16

17

Blake Marks-Dias states and declares as follows:

18

1.    I am over 18 years of age, I have personal knowledge of the matters stated herein

19

and I am competent to testify to these matters.

20

2.    I am one of the attorneys representing Defendant Valve Corporation ("Valve"), and

21

I make this Declaration in support of Valve Corporation's Unopposed Motion to Seal Summary

22

Judgment Opposition Filings.

23

3.    Valve moves to maintain under seal certain highly confidential, proprietary,

24

commercially sensitive, and personally identifiable information ("PII") in documents about Valve

25

and third parties. Specifically, Valve requests that the Court find compelling reasons for maintaining

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF
VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL
SUMMARY JUDGMENT OPPOSITION FILINGS – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

the following documents (the "Sealed Documents") under seal:

4.      Exhibit 1, Dkt. 483, Plaintiffs' Opposition to Valve's Motion for Summary Judgment

5.      Exhibit 2, Dkt. 484, Plaintiffs' Opposition to Valve's Motion to Exclude Schwartz

6.      Exhibit 3, Dkt. 485, Plaintiffs' Opposition to Valve's Motion to Exclude Rietveld

7.      Exhibit 4, Dkt. 486, Declaration of Alicia Cobb

8.      Exhibit 5, Dkt. 486.01, Schwartz Response Merits Report

9.      Exhibit 6, Dkt. 486.03, Corrected Rietveld Opening Class Certification Report

10.     Exhibit 7, Dkt. 486.04, Lynch Deposition Transcript Excerpt

11.     Exhibit 8, Dkt. 486.06, Schwartz Deposition Transcript Excerpt

12.     Exhibit 9, Dkt. 486.10, Gerber Deposition Transcript Excerpt

13.     Exhibit 10, Dkt. 486.11, Butlin Deposition Transcript Excerpt

14.     Exhibit 11, Dkt. 486.12, Giardino Deposition Transcript Excerpt

15.     Exhibit 12, Dkt. 486.13, Powers Deposition Transcript Excerpt

16.     Exhibit 13, Dkt. 486.14, Fossa Deposition Transcript Excerpt

17.     Exhibit 14, Dkt. 486.15, Powers Deposition Transcript Excerpt

18.     Exhibit 15, Dkt. 486.16, Rietveld Deposition Transcript Excerpt

19.     Exhibit 16, Dkt. 486.18, Schenck Deposition Transcript Excerpt

20.     Exhibit 17, Dkt. 486.19, Email exchange

21.     Exhibit 18, Dkt. 486.20, Email exchange

22.     Exhibit 19, Dkt. 486.21, Email exchange

23.     Exhibit 20, Dkt. 486.22, Email exchange

24.     Exhibit 21, Dkt. 486.23, Email exchange

25.     Exhibit 22, Dkt. 486.24, Email exchange

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF
VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL
SUMMARY JUDGMENT OPPOSITION FILINGS – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    26.    Exhibit 23, Dkt. 486.25, Email exchange

2    27.    Exhibit 24, Dkt. 486.26, Email exchange

3    28.    Exhibit 25, Dkt. 486.27, Email exchange

4    29.    Exhibit 26, Dkt. 486.28, Email exchange

5    30.    Exhibit 27, Dkt. 486.29, Email exchange

6    31.    Exhibit 28, Dkt. 486.30, Email exchange

7    32.    Exhibit 29, Dkt. 486.31, Email exchange

8    33.    Exhibit 30, Dkt. 486.32, Email exchange

9    34.    Exhibit 31, Dkt. 486.33, Steam Distribution Agreement

10    35.    Exhibit 32, Dkt. 486.34, Email exchange

11    36.    Exhibit 33, Dkt. 486.35, Email exchange

12    37.    Exhibit 34 Dkt. 486.36, Email exchange

13    38.    Exhibit 35, Dkt. 486.37, Email exchange

14    39.    Exhibit 36, Dkt. 486.38, Email exchange

15    40.    Exhibit 37, Dkt. 486.39, Email exchange

16    41.    Exhibit 38, Dkt. 486.40, Email exchange

17    42.    Exhibit 39, Dkt. 486.41, Email exchange

18    43.    Exhibit 40, Dkt. 486.42, Email exchange

19    44.    Exhibit 41 Dkt. 486.43, Email exchange

20    45.    Exhibit 42, Dkt. 486.45, Epic Games Store Presentation

21    46.    Exhibit 43, Dkt. 486.47, Steam Distribution Agreement

22    47.    Exhibit 44, Dkt. 486.49, Email Exchange

23    48.    Exhibit 45, Dkt. 486.50, Email exchange

24    49.    Exhibit 46, Dkt. 486.51, Email exchange

25

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF
VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL
SUMMARY JUDGMENT OPPOSITION FILINGS – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    50.    Exhibit 47, Dkt. 486.53, Email exchange

2    51.    Exhibit 48, Dkt. 486.54, Email exchange

3    52.    Exhibit 49, Dkt. 486.55, Email exchange

4    53.    Exhibit 50, Dkt. 486.56, Email exchange

5    54.    Exhibit 51, Dkt. 486.57, Email exchange

6    55.    Exhibit 52, Dkt. 486.58, Email exchange

7    56.    Exhibit 53, Dkt. 486.59, Email exchange

8    57.    Exhibit 54, Dkt. 486.60, Email exchange

9    58.    Exhibit 55, Dkt. 486.61, Email exchange

10    59.    Exhibit 56, Dkt. 486.62, Valve 2003 Profit and Loss Statement

11    60.    Exhibit 57, Dkt. 486.63, Email exchange

12    61.    Exhibit 58, Dkt. 486.64, Valve 2004 Profit and Loss Statement

13    62.    Exhibit 59, Dkt. 486.65, Gavin Skok letter to Nicholas Siebert

14    63.    Exhibit 60, Dkt. 487, Declaration of David LeRay

15    64.    Attached to this declaration are Valve's proposed redactions for these documents

16    **(filed under seal)**. Valve's proposed redactions are highlighted for ease of reference, similar to the

17    Court's highlighting in Dkt. Nos. 237 and 237-1.

18    65.    Some of the Sealed Documents contain an overwhelming amount of highly

19    confidential information that makes redacting impractical. Valve is requesting these documents be

20    sealed in their entirety. There are no less restrictive alternatives possible because disclosure even

21    with near complete redaction would still reveal the substance of the confidential information.

22    Specifically, these documents are:

23    a.    Dkt. 486.21

24    b.    Dkt. 486.22

25

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF
VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL
SUMMARY JUDGMENT OPPOSITION FILINGS – 4

1          c.    Dkt.486.23

2          d.    Dkt. 486.24

3          e.    Dkt. 486.25

4          f.    Dkt. 486.26

5          g.    Dkt. 486.30

6          h.    Dkt. 486.33

7          i.    Dkt. 486.37

8          j.    Dkt. 486.39

9          k.    Dkt. 486.45

10         l.    Dkt. 486.62

11         m.   Dkt. 486.64

12         n.   Dkt. 486.65

66.    Valve's counsel conferred with Plaintiffs' counsel by videoconference on August 29, 2025 regarding the need to maintain the Sealed Documents under seal. As a result of the meet-and-confer and subsequent negotiations, Plaintiffs either agreed with Valve's proposed redactions or agreed to take no position on Valve's proposed redactions to the Sealed Documents.

67.    Pursuant to LCR 5(g)(3), Valve is moving to seal material designated under the Protective Order by third parties and information related to third parties. Valve takes no position on whether this material merits sealing but moves to seal it to provide third parties an opportunity to show any reason for sealing these materials. Valve has redacted this material in the proposed redactions submitted herewith to provide third parties with an opportunity to set forth any reason for keeping materials under seal.

///

//

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF
VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL
SUMMARY JUDGMENT OPPOSITION FILINGS – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    DATED this 4th day of September, 2025 at Seattle, Washington.

4    *s/ Blake Marks-Dias*

      Blake Marks-Dias

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF
VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL
SUMMARY JUDGMENT OPPOSITION FILINGS – 6

EXHIBIT 1

(FILED UNDER SEAL)

EXHIBIT 2


(FILED UNDER SEAL)

EXHIBIT 3

(FILED UNDER SEAL)

EXHIBIT 4


(FILED UNDER SEAL)

EXHIBIT 5

(FILED UNDER SEAL)

EXHIBIT 6


(FILED UNDER SEAL)

EXHIBIT 7

(FILED UNDER SEAL)

EXHIBIT 8


(FILED UNDER SEAL)

EXHIBIT 9


(FILED UNDER SEAL)

EXHIBIT 10

(FILED UNDER SEAL)

EXHIBIT 11

(FILED UNDER SEAL)

EXHIBIT 12


(FILED UNDER SEAL)

EXHIBIT 13

(FILED UNDER SEAL)

EXHIBIT 14


(FILED UNDER SEAL)

EXHIBIT 15

(FILED UNDER SEAL)

EXHIBIT 16


(FILED UNDER SEAL)

EXHIBIT 17


(FILED UNDER SEAL)

EXHIBIT 18


(FILED UNDER SEAL)

EXHIBIT 19

(FILED UNDER SEAL)

EXHIBIT 20

(FILED UNDER SEAL)

EXHIBIT 21


(FILED UNDER SEAL)

EXHIBIT 22


(FILED UNDER SEAL)

EXHIBIT 23


(FILED UNDER SEAL)

EXHIBIT 24


(FILED UNDER SEAL)

EXHIBIT 25


(FILED UNDER SEAL)

EXHIBIT 26


(FILED UNDER SEAL)

EXHIBIT 27


(FILED UNDER SEAL)

EXHIBIT 28


(FILED UNDER SEAL)

EXHIBIT 29


(FILED UNDER SEAL)

EXHIBIT 30


(FILED UNDER SEAL)

EXHIBIT 31


(FILED UNDER SEAL)

EXHIBIT 32


(FILED UNDER SEAL)

EXHIBIT 33


(FILED UNDER SEAL)

EXHIBIT 34

(FILED UNDER SEAL)

EXHIBIT 35


(FILED UNDER SEAL)

EXHIBIT 36


(FILED UNDER SEAL)

EXHIBIT 37


(FILED UNDER SEAL)

EXHIBIT 38


(FILED UNDER SEAL)

EXHIBIT 39


(FILED UNDER SEAL)

EXHIBIT 40


(FILED UNDER SEAL)

EXHIBIT 41


(FILED UNDER SEAL)

EXHIBIT 42


(FILED UNDER SEAL)

EXHIBIT 43


(FILED UNDER SEAL)

EXHIBIT 44


(FILED UNDER SEAL)

EXHIBIT 45


(FILED UNDER SEAL)

EXHIBIT 46


(FILED UNDER SEAL)

EXHIBIT 47


(FILED UNDER SEAL)

EXHIBIT 48


(FILED UNDER SEAL)

EXHIBIT 49


(FILED UNDER SEAL)

EXHIBIT 50


(FILED UNDER SEAL)

EXHIBIT 51


(FILED UNDER SEAL)

EXHIBIT 52


(FILED UNDER SEAL)

EXHIBIT 53


(FILED UNDER SEAL)

EXHIBIT 54


(FILED UNDER SEAL)

EXHIBIT 55


(FILED UNDER SEAL)

EXHIBIT 56


(FILED UNDER SEAL)

EXHIBIT 57


(FILED UNDER SEAL)

EXHIBIT 58


(FILED UNDER SEAL)

EXHIBIT 59


(FILED UNDER SEAL)

EXHIBIT 60


(FILED UNDER SEAL)