THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JNW<br><br>THIRD DECLARATION OF ADAM FOSSA IN SUPPORT OF MICROSOFT CORPORATION'S RESPONSE TO VALVE CORPORATION'S MOTION TO SEAL |

I, Adam Fossa, declare the following:

1. I am currently the General Manager of the Microsoft Store on Xbox and Windows at Microsoft Corporation ("Microsoft"). The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. In my current role at Microsoft, which owns and operates the Microsoft Store, I lead the team responsible for business management of the Microsoft Store digital game category on Xbox and Windows. I have been employed with Microsoft since January 2004. Based on my work experience, I am familiar with Microsoft's business strategies and financial data as it relates to the Microsoft Store. Microsoft keeps such information confidential to protect itself and its partners from potential harm.

DECLARATION OF ADAM FOSSA - 1 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

183524191

1    3.   I understand that Valve Corporation ("Valve") intends to file a motion to seal material that was filed in support of Publisher Plaintiffs' Oppositions to Valve's Motion for Summary Judgment and Motions to Exclude Expert Opinions, Dkt. 486. That material includes Exhibit PX014 to the Declaration of Alicia Cobb, Dkt. 486-14 ("Exhibit PX014"), which reflects deposition testimony of Adam Fossa on behalf of Microsoft dated January 29, 2024. I understand that Valve has agreed to include this declaration in support of keeping Microsoft's information under seal as a means of reducing undue burden on non-party Microsoft. Microsoft takes no position on Valve's other sealing requests.

4.   I have reviewed Exhibit PX014 and lines 12:22–13:23, 14:19–15:17, and 16:20–17:12 contain testimony that discloses confidential Microsoft information and should remain under seal. All of this information is treated as confidential by Microsoft and Microsoft discloses this information internally to a select group of individuals on a need-to-know basis.

5.   My testimony at 12:22–13:23 is confidential and would result in harm if publicly disclosed. This testimony includes non-public estimates of the Microsoft Store's costs, which I understand the Court previously ordered sealed in this case at Dkt. 302 based on the information in my previous declaration at Dkt. 266. Knowledge of the Microsoft Store's estimated costs, if made available to Microsoft's competitors, could be used not only to the detriment of Microsoft, but could also cause harm to competition. In the regular course of business, Microsoft does not track its costs according to storefront, thus the elicited testimony is not based on any detailed analysis performed by Microsoft such as would exist in an audited financial statement and may not be accurate. To the extent that the testimony does not reflect an accurate cost estimate, if disclosed, it may cause confusion for financial advisors and Microsoft's investors.

6.   My testimony at 14:19–15:17 is confidential and would result in harm if publicly disclosed. This testimony includes comparisons between the Microsoft Store and its competitors that would undermine Microsoft's relationships with third-party game publishers. Specifically,

DECLARATION OF ADAM FOSSA - 2 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

1  these third-party game publishers could use this information in negotiations with Microsoft to gain
2  a more favorable bargaining position, harming Microsoft in the competitive marketplace.

3        7.      My testimony at 16:20–17:12 is confidential and would result in harm if publicly
4  disclosed. This testimony reflects non-public information about Microsoft's current pricing
5  strategy for certain games. If this information were disclosed, game publishers, game distributors,
6  and other distribution platforms could use it to undercut Microsoft's pricing strategies, thereby
7  placing Microsoft at a competitive disadvantage.

8        I declare under the penalty of perjury of the laws of the United States of America that the
9  foregoing is true and correct.

10       Executed this _September 3, 2025_ in _Snoqualamie WA_.

12
13                                *Adam Fossa* (DocuSigned)
                                 Adam Fossa

DECLARATION OF ADAM FOSSA - 3 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000