1

2

3

4

5

6

7                                          The Honorable Jamal N. Whitehead

8

9                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE

10  IN RE VALVE ANTITRUST LITIGATION

                                            No. 2:21-CV-00563-JNW
11

12                                          **VALVE CORPORATION'S MOTION TO
                                            FILE SUPPLEMENTAL BRIEF IN
                                            FURTHER OPPOSITION TO MOTION
13                                          FOR SANCTIONS (DKT. 467)**

14                                          NOTE ON MOTION CALENDAR:
                                            SEPTEMBER 30, 2025
15

16

17

18

19

20

21

22

23

24

25

26

---

VALVE CORPORATION'S MOTION TO FILE
SUPPLEMENTAL BRIEF IN FURTHER
OPPOSITION TO MOTION FOR SANCTIONS
(No. 2-21-CV-00563)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## <u>MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF</u>

Defendant Valve Corporation ("Valve") respectfully requests leave to file the Supplemental Brief attached hereto as Exhibit A in further Opposition to Ryan Lally's Motion for Sanctions (Dkt. 467) to address a standing issue that had not yet arisen when Valve filed its opposition. *See Kinoshita v. Canadian Pac. Airlines, Ltd.*, 803 F.2d 471, 474 n.2 (9th Cir. 1986) (granting motions to file supplemental briefs based on later developments).

DATED: September 9, 2025.

I certify that this memorandum contains 75 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Blake Marks-Dias*

Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Defendant Valve Corporation*

MOTION TO FILE SUPPLEMENTAL BRIEF
IN FURTHER OPPOSITION TO MOTION FOR
SANCTIONS
(No. 2-21-CV-00563)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**EXHIBIT A**

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

No. 2:21-CV-00563-JNW

**[PROPOSED] SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR SANCTIONS (DKT. 467)**

NOTE ON MOTION CALENDAR:
JULY 2, 2025

Ryan Lally is not a party to this action anymore. There are two operative complaints in this action: (i) a Consolidated Second Amended Class Action Complaint brought on behalf of a class of video game developers (Dkt. 127) and (ii) a Consolidated Amended Complaint brought on behalf of a putative class of Valve consumers (Dkt. 473). Lally is not named in either complaint.[1] As a non-party, he has no standing to seek relief from this Court via his Motion for Sanctions (Dkt. 467) or otherwise. *See Habelt v. iRhythm Techs., Inc.*, 83 F.4th 1162, 1166 (9th Cir. 2023) (plaintiff who filed initial class action complaint but who was not mentioned in amended class action complaint was no longer a party to the action and therefore had no standing to appeal).

---

[1] The consumer plaintiffs filed their Consolidated Amended Complaint removing Lally as a plaintiff *after* Valve filed its opposition to Lally's Motion for Sanctions. (Dkts. 470, 473.)

[PROPOSED] SUPPLEMENTAL BRIEF IN
FURTHER OPPOSITION TO MOTION FOR
SANCTIONS
(No. 2-21-CV-00563)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    DATED: September ___, 2025.

2
                                        I certify that this memorandum contains __words, in
3                                       compliance with the Local Civil Rules.

4                                       CORR CRONIN LLP

5                                       *s/*_____
                                        Blake Marks-Dias, WSBA No. 28169
6                                       1015 Second Avenue, Floor 10
                                        Seattle, Washington 98104
7                                       (206) 625-8600 Phone
                                        (206) 625-0900 Fax
8                                       bmarksdias@corrcronin.com

9                                       Michael W. McTigue Jr., *Admitted Pro Hac Vice*
                                        Meredith C. Slawe, *Admitted Pro Hac Vice*
10                                      SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
11                                      One Manhattan West
                                        New York, New York 10001
12                                      michael.mctigue@skadden.com
                                        meredith.slawe@skadden.com
13
                                        *Attorneys for Defendant Valve Corporation*
14

15

16

17

18

19

20

21

22

23

24

25

26

---

[PROPOSED] SUPPLEMENTAL BRIEF IN
FURTHER OPPOSITION TO MOTION FOR
SANCTIONS – 2

(No. 2-21-CV-00563)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900