THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW <br><br> **ORDER GRANTING VALVE CORPORATION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR SANCTIONS (DKT. 467)** <br><br> **(PROPOSED)** |

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Motion for Leave to File Supplemental Brief in Further Opposition to Motion for Sanctions (DKT. 467) and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Motion for Leave to File Supplemental Brief is GRANTED.

DATED this ____ day of _____, 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
United States District Judge

ORDER GRANTING VALVE'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION
TO MOTION FOR SANCTIONS (PROPOSED) – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Valve Corporation*

ORDER GRANTING VALVE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR SANCTIONS (PROPOSED) – 2