THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JNW<br><br>THIRD DECLARATION OF KYLE BILLINGS IN SUPPORT OF EPIC GAMES, INC.'S RESPONSE TO VALVE CORPORATION'S MOTION TO SEAL |

I, Kyle Billings, declare the following:

1. I am currently the Director of Strategy and Business Operations, Epic Games Store at Epic Games, Inc. ("Epic"). The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. In my current role at Epic, I am responsible for content strategy and business operations at the Epic Games Store. I have been employed with Epic since 2019. Based on my work experience, I am familiar with the Epic Games Store's business strategies and partner relationships, including the information that must be kept confidential to protect Epic and its partners from potential harm.

DECLARATION OF KYLE BILLINGS - 1 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

183742046

3.      I understand that Plaintiffs filed under seal the Declaration of Alicia Cobb, Dkt. 486, including an exhibit (Exhibit PX045) that contains an internal Epic presentation and that Valve filed a motion to seal, Dkt. 537, certain information in Plaintiffs' opposition papers.

4.      I also understand that Epic is filing a Response to Valve's Motion to Seal, and I make this declaration in support of Epic's response. I have reviewed Exhibit PX045 and explain below why certain pages of this exhibit contain sensitive and highly confidential information that would cause serious harm to Epic if publicly released. Epic treats this information sensitively even within its own organization, and only discloses it to a select group of individuals on a need-to-know basis.

5.      Pages 26 and 28 of PX045 (EPIC_VALVE_0000013 at EPIC_VALVE_0000037, 39) contain contractual terms between Epic and developers on the Epic Games Store and performance information related to certain titles on the Epic Games Store. Although these terms are from 2018 and 2019, they remain an aspect of Epic's current business strategy. If these terms and performance information were publicly disclosed, Epic would be prejudiced in present-day negotiations with game developers and its ability to negotiate would be negatively impacted. For example, game developers could use the information to compare their performance against other titles in negotiations with Epic, which would be to Epic's detriment. Competitors could also use this information to make their licensing terms more attractive to game developers, which would also be to Epic's detriment.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this September 19, 2025 in Kirkwall, Scotland.

*Kyle Billings*
Kyle Billings

DECLARATION OF KYLE BILLINGS - 2 -
(Case No.2:21-cv-00563 JNW)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000