THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Civil Action No. 2:21-cv-00563-JNW<br><br>DECLARATION OF CARA WALLACE IN SUPPORT OF EPIC'S RESPONSE TO VALVE CORPORATION'S MOTION TO SEAL |

I, Cara Wallace, declare the following:

1. I am an attorney at the law firm Perkins Coie LLP and counsel to Epic Games, Inc. ("Epic"). I am a member in good standing of the State Bar of Washington. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. I submit this declaration in support of Epic's response to Valve Corporation's motion to seal in the above-captioned litigation.

3. I have reviewed Exhibit PX045, attached to the Declaration of Alicia Cobb, Dkt. 486, which Plaintiffs filed under seal and Valve Corporation ("Valve") moved to seal, Dkt. 537.

DECLARATION OF CARA WALLACE - 1 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

1. Pages 42–43 of PX045 (EPIC_VALVE_0000013 at EPIC_VALVE_0000053–54) contain personally identifiable information ("PII"), including names, roles, and photos, of Epic employees.

4. Keeping this PII of Epic employees will help preserve their privacy and protect them from other potential harm, such as harassment, phishing, or other attacks. Disclosure of such information is also unnecessary to understand the substance of these filings but would invade personal privacy and potentially subject individual employees unrelated to this case to harassment or unwanted public attention.

5. On September 17, 2025, I met and conferred by email with Plaintiffs' and Valve's counsel to discuss this information. Counsel for Plaintiffs and Valve confirmed that the parties do not oppose Epic's request to keep its confidential information, as detailed in Epic's response brief, sealed.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2025 in Seattle, Washington.

*/s/ Cara Wallace*
Cara Wallace

DECLARATION OF CARA WALLACE - 2 -
(Case No.2:21-cv-00563 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000