THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

No. 2:21-cv-00563-JNW

**VALVE CORPORATION'S REPLY IN SUPPORT OF ITS UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS**

On September 4, 2025, Valve filed its Unopposed Motion to Seal Summary Judgment Opposition Filings ("Motion"). Plaintiffs did not oppose Valve's Motion at the time it was filed, and no one has opposed Valve's motion since. Interested Party Microsoft Corporation responded to Valve's Motion on September 5, 2025, offering support for sealing confidential Microsoft information addressed by Valve's Motion. Interested Party Epic Games Inc. responded to Valve's Motion on September 19, 2025, offering support for sealing confidential Epic Games information addressed by Valve's Motion.

Valve respectfully requests an order from the Court maintaining the documents addressed by Valve's Motion under seal and permitting Valve to file the redacted versions of these documents for public access.

VALVE CORPORATION'S REPLY IN SUPPORT OF ITS UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   I certify that this memorandum contains 115 words, in compliance with the Local
2   Civil Rules.
3   DATED this 25th day of September, 2025.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
bmarksdias@corrcronin.com

Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
David Friedman, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com
dfriedman@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
Caroline Li, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com
cli@wilkinsonstekloff.com

Jessica M. Rizzo, *Admitted Pro Hac Vice*

VALVE CORPORATION'S REPLY IN SUPPORT OF ITS UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

BALLARD SPAHR LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999
rizzoj@ballardspahr.com

Nathan M. Buchter, *Admitted Pro Hac Vice*
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Tel: (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper, *Admitted Pro Hac Vice*
Robert E. Day, *Admitted Pro Hac Vice*
MONTGOMERY McCRACKEN WALKER & RHOADS LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 772-1500
ccasper@mmwr.com
rday@mmwr.com
Scott M. Danner, *Admitted Pro Hac Vice*
Priyanka Timblo, *Admitted Pro Hac Vice*
HOLWELL SCHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
Tel: (646) 837-5151
sdanner@hsgllp.com
ptimblo@hsgllp.com

*Attorneys for Defendant Valve Corporation*

VALVE CORPORATION'S REPLY IN SUPPORT OF ITS UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT OPPOSITION FILINGS

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900