THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563- JNW<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT REPLY FILINGS** |

Blake Marks-Dias states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am one of the attorneys representing Defendant Valve Corporation ("Valve"), and I make this Declaration in support of Valve Corporation's Motion to Seal.

3. Valve moves to maintain under seal certain highly confidential, proprietary, and commercially sensitive information in documents about Valve and third parties. Specifically, Valve requests that the Court find compelling reasons for maintaining the following documents (the "Sealed Documents") under seal:

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF VALVE CORPORATION'S MOTION TO SEAL – 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4.       Exhibit 1, Dkt. 526, Valve's Reply in support of its Motion to Exclude Schwartz

5.       Exhibit 2, Dkt. 527.02, Schwartz Merits Deposition Transcript Excerpt

6.       Exhibit 3, Dkt. 529.02, Rietveld Merits Deposition Transcript Excerpt

7.       Exhibit 4, Dkt. 531.01, Schwartz Merits Deposition Transcript Excerpt

8.       Exhibit 5, Dkt. 531.02, Steam Distribution Agreement

9.       Attached to this declaration are Valve's proposed redactions for these documents **(filed under seal)**. Valve's proposed redactions are highlighted for ease of reference, similar to the Court's highlighting in Dkt. Nos. 237 and 237.1. Per LCR 10(e)(10), salient portions of excerpted deposition transcripts have already been highlighted in yellow for emphasis. Valve has used blue highlights to indicate proposed redactions to deposition transcript excerpts.

10.     Valve's counsel conferred with Plaintiffs' counsel by email between September 19, 2025 and September 24, 2025 regarding the need to maintain the Sealed Documents under seal. As a result of these negotiations, Plaintiffs agreed with Valve's proposed redactions to the Sealed Documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of October, 2025 at Seattle, Washington.

*s/ Blake Marks-Dias*
Blake Marks-Dias

DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF
VALVE CORPORATION'S MOTION TO SEAL – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# EXHIBIT 1

# (FILED UNDER SEAL)

# EXHIBIT 2

# (FILED UNDER SEAL)

# EXHIBIT 3

# (FILED UNDER SEAL)

# EXHIBIT 4

# (FILED UNDER SEAL)

# EXHIBIT 5

# (FILED UNDER SEAL)