HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**PRAECIPE REGARDING PRO HAC VICE APPLICATION OF ASLESHA PARCHURE [554]** |

To:     The Clerk of the Court

On October 17, 2025, Matthew Hosen filed an application of attorney Aslesha Parchure for leave to appear *pro hac vice* on behalf of three plaintiffs: Dark Catt Studios Holdings Inc, Dark Catt Studios Interactive LLC, and Wolfire Games LLC, individually and on behalf of all others similarly situated. (Dkt. 554 at 2) ("PHV Application"). On October 18, 2025, the Court admitted attorney Aslesha Parchure to appear on behalf of these three plaintiffs. (Dkt. 555).

Plaintiff now submits a corrected *pro hac vice* application ("Corrected PHV Application"), attached as Exhibit A to this Praecipe, clarifying that attorney Aslesha Parchure seeks leave to appear *pro hac vice* on behalf of only Plaintiff Wolfire Games LLC, individually and on behalf of all others similarly situated.   Pursuant to the Corrected PHV Application, we request that Ms. Parchure only be admitted to appear on behalf of Plaintiff Wolfire Games LLC, and not Plaintiffs Dark Catt Studios Holdings Inc and Dark Catt Studios Interactive LLC.

PRAECIPE REGARDING PRO HAC VICE APPLICATION
CASE NO. 2:21-CV-563

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1 | DATED: October 21, 2025

3 | /s/ Matthew S. Hosen
Matthew S. Hosen, WSBA # 54855
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel.: (206) 905-7000
Fax: (206) 905-7100
matthosen@quinnemanuel.com

PRAECIPE REGARDING PRO HAC VICE APPLICATION
CASE NO. 2:21-CV-563

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 21st day of October 2025.

/s/ *Matthew Hosen*
Matthew Hosen

PRAECIPE REGARDING PRO HAC VICE APPLICATION
CASE NO. 2:21-CV-563

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000