The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**ORDER GRANTING INTERESTED PARTY HUMBLE BUNDLE, INC.'S UNOPPOSED MOTION TO SEAL DOCUMENTS** |
|---|---|

This matter came before the Court on Interested Party Humble Bundle, Inc.'s Unopposed Motion to Seal Documents. The Court, having reviewed the Motion, pleadings, files of record, and the applicable law, and being fully advised, **HEREBY ORDERS** that:

1. Interested Party Humble Bundle, Inc.'s Unopposed Motion to Seal Documents is **GRANTED**;

2. The following portions of documents reflecting Humble's confidential information, and filed provisionally under seal, and attached to this Order as **Exhibit A**, shall REMAIN UNDER SEAL:

**IT IS SO ORDERED**.

DATED this 29th day of October, 2025.

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

ORDER GRANTING INTERESTED PARTY
HUMBLE BUNDLE'S UNOPPOSED MOTION
TO SEAL (2:21-cv-00563-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented By:

By: *s/ Caleah N. Whitten*
Caleah N. Whitten, WSBA #60209
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700
E-mail: caleahwhitten@dwt.com

ORDER GRANTING INTERESTED PARTY
HUMBLE BUNDLE'S UNOPPOSED MOTION
TO SEAL (2:21-cv-00563-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

| Dkt. No. | Document | Filed PDF Pg. | Doc Pg. | Pin Cite | Proposed Redactions | Source | Source Designation |
|---|---|---|---|---|---|---|---|
| 449 | Valve Motion to Exclude Schwartz | 9–10 | 9 | 5 | Dr. Schwartz further admits to not even considering available documentary evidence contradicting his approach. See, e.g., Ex. 6 (Schwartz Dep. Ex. 30), at 2 (Humble Bundle ordinary-course document describing **[REDACTED]**) | HB_Valve001262 | Highly Confidential |
| 450.2 | Kilaru Declaration ISO Valve Motion to Exclude Schwartz, Ex. 2 (Schwartz Attachment E-1) | [not provided] | | | Row "Humble Bundle," columns "2017," "2018," "2019," "2020," "2021," and "Total" | Humble revenue | Highly Confidential |
| 450.6 | Kilaru Declaration ISO Valve Motion to Exclude Schwartz, Ex. 6 (Exhibit 30 - S. Schwartz Merits Deposition) | n/a | n/a | n/a | ENTIRE DOCUMENT | HB_Valve001262 | Highly Confidential |
| 450.13 | Kilaru Declaration ISO Valve Motion to Exclude Schwartz, Ex. 13 (Schwartz Supplemental Attachment E-1) | [not provided] | | | Row "Humble Bundle," columns "2017," "2018," "2019," "2020," "2021," "2022," "2023," and "Total" | Humble revenue | Highly Confidential |
| 452.2 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 2 (Rietveld Response Merits Report) | 90 | 86 | ¶ 168 | As stated in an internal Humble Bundle "Platform Strategy Primer" presentation from 2020, "**[REDACTED]**." | HB_Valve005381 | Highly Confidential |
| 452.2 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 2 (Rietveld Response Merits Report) | [not provided] | | | HB_Valve005381, **ENTIRE DOCUMENT**, if attached | HB_Valve005381 | Highly Confidential |
| 452.3 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 3 (Rietveld Opening Merits Report) | [not provided] | | ¶¶ 37–48 | As stated in an internal Humble Bundle presentation from March 2020, "**[REDACTED]**." | HB_Valve005381 | Highly Confidential |
| 452.3 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 3 (Rietveld Opening Merits Report) | 26 | 23 | ¶ 39 | Humble Bundle specifically acknowledged **[REDACTED]** in an internal Humble Bundle "Platform Strategy Primer" presentation from March 2020: | HB_Valve005381 | Highly Confidential |
| 452.3 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 3 (Rietveld Opening Merits Report) | 26 | 23 | Fig. 3 | **ENTIRE FIGURE** | HB_Valve005381 | Highly Confidential |
| 452.3 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 3 (Rietveld Opening Merits Report) | 29–30 | 26-27 | ¶ 44 | As stated in the internal Humble Bundle "Platform Strategy Primer" presentation about **[REDACTED]**." | HB_Valve005381 | Highly Confidential |
| 452.5 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 5 (Rietveld Reply Merits Report) | 49 | 46 | ¶ 79 | As stated in an internal Humble Bundle presentation from March 2020, "**[REDACTED]**." | HB_Valve005381 | Highly Confidential |
| 452.5 | Kilaru Declaration ISO Valve Motion to Exclude Rietveld, Ex. 2 (Rietveld Response Merits Report) | [not provided] | | | HB_Valve005381, **ENTIRE DOCUMENT**, if attached | HB_Valve005381 | Highly Confidential |

| | | | | | |
|---|---|---|---|---|---|
| 454.2 | Kilaru Declaration ISO Valve Motion for Summary Judgment, Ex. 2 (Schwartz Attachment E-1) | [not provided] | n/a | n/a | **ENTIRE DOCUMENT** | Humble revenue | Highly Confidential |
| 454.5 | Kilaru Declaration ISO Valve Motion for Summary Judgment, Ex. 5 (Rietveld Response Merits Report) | 90 | 86 | ¶ 168 | As stated in an internal Humble Bundle "Platform Strategy Primer" presentation from 2020, **"[REDACTED]."** | HB_Valve005381 | Highly Confidential |
| 454.5 | Kilaru Declaration ISO Valve Motion for Summary Judgment, Ex. 5 (Rietveld Response Merits Report) | [not provided] | | | HB_Valve005381, **ENTIRE DOCUMENT**, if attached | HB_Valve005381 | Highly Confidential |
| 454.8 | Kilaru Declaration ISO Valve Motion for Summary Judgment, Ex. 8 (Schwartz Supplemental Merits Report) | [not provided] | | | Schwartz Supplemental Attachment E-1, **row "Humble Bundle," columns "2017," "2018," "2019," "2020," "2021," "2022," "2023," and "Total"**, if attached | Humble revenue | Highly Confidential |