THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW <br><br> **ORDER GRANTING VALVE CORPORATION'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT REPLY FILINGS** |

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Unopposed Motion to Seal Summary Judgment Reply Filings and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Unopposed Motion to Seal Summary Judgment Reply Filings is GRANTED.

(1) The documents listed in Appendix 1 to this Order (the "Sealed Documents") contain information in one or more of the following categories, which compelling reasons justify sealing and for which no less restrictive alternatives

ORDER GRANTING VALVE'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT REPLY FILINGS - CASE NO. 2:21-cv-00563-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

exist: (1) confidential Valve financial information; (2) confidential third-party business and financial information; (3) contracts with third parties and related communications; (4) information purchased from data vendors solely for litigation use; and (5) market share and size information.

(2) The unredacted versions of the Sealed Documents shall remain under seal; and

(3) Valve shall file redacted versions of the Sealed Documents, consistent with the proposed highlighted versions provided to the Court under seal, for public access within 10 days of this Order, as provided in the Court's July 30, 2025 Order. (Dkt. 492).

IT IS SO ORDERED.

DATED this 30th day of October, 2025.

_____
Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

ORDER GRANTING VALVE'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT REPLY FILINGS - CASE NO. 2:21-cv-00563-JNW – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com

Jessica M. Rizzo, *Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
(215) 665-8500 (Phone)
(215) 864-8999 (Fax)
rizzoj@ballardspahr.com

Nathan M. Buchter, *Admitted Pro Hac Vice*
FOX ROTHSCHILD LLP
2000 Market Street STE 20TH FL
Philadelphia, PA 19103
Tel: (215) 299-3010
nbuchter@foxrothschild.com

Charles B. Casper, *Admitted Pro Hac Vice*
Robert E. Day, *Admitted Pro Hac Vice*
MONTGOMERY McCRACKEN WALKER & RHOADS LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 772-1500
ccasper@mmwr.com
rday@mmwr.com

Scott M. Danner, *Admitted Pro Hac Vice*
Priyanka Timblo, *Admitted Pro Hac Vice*
HOLWELL SCHUSTER & GOLDBERG LLP

ORDER GRANTING VALVE'S UNOPPOSED MOTION TO
SEAL SUMMARY JUDGMENT REPLY FILINGS - CASE NO.
2:21-cv-00563-JNW – 3

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

425 Lexington Avenue
New York, NY 10017
Tel: (646) 837-5151
sdanner@hsgllp.com
ptimblo@hsgllp.com

*Attorneys for Defendant Valve Corporation*

ORDER GRANTING VALVE'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT REPLY FILINGS - CASE NO. 2:21-cv-00563-JNW – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# APPENDIX 1

| Dkt. No. | Description |
|---|---|
| Dkt. 526 | Valve's Reply in support of its Motion to Exclude Schwartz |
| Dkt. 527.02 | Schwartz Merits Deposition Transcript Excerpt |
| Dkt. 529.02 | Rietveld Merits Deposition Transcript Excerpt |
| Dkt. 531.01 | Schwartz Merits Deposition Transcript Excerpt |
| Dkt. 531.02 | Steam Distribution Agreement |

ORDER GRANTING VALVE'S UNOPPOSED MOTION TO SEAL SUMMARY JUDGMENT REPLY FILINGS - CASE NO. 2:21-cv-00563-JNW – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900