# KILARU DECLARATION EXHIBIT 2
## Dkt No. 529.02

# REDACTED

Page 1

1  UNITED STATES DISTRICT COURT

2  FOR THE WESTERN DISTRICT OF WASHINGTON

3  AT SEATTLE

4  ------------------------------------x

5

6  In Re VALVE ANTITRUST LITIGATION

7

8  Case No. 2:21-cv-00563-JNW

9

10  ------------------------------------x

11

12   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14               Video-Recorded

15         DEPOSITION OF JOOST RIETVELD

16             New York, New York

17            Friday, May 16, 2025

18

19

20

21

22  Reported by:

23  Frank J. Bas, RPR, CRR

24

25

Page 27

```
 1            J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2       any video games?
 3            A.    Yes.
 4            Q.    Which ones?
 5            A.    I don't -- I don't recall.
 6            Q.    Were they -- the types of video
 7       games you just described, were the purposes to
 8       advertise for a product?
 9            A.    I recall that sometime after my
10       work with them they had a fairly successful
11       series of games around movies.  And so these
12       games were intended to promote the movie.  I
13       think live-action movies.  But that's --
14       that's as far as I can recall.
15            Q.    Were those games, to the best of
16       your knowledge, published on PC, console
17       and/or mobile, or do you know?
18            A.    I do not know where they were
19       published.
20            Q.    Did you provide Sticky Studios with
21       any particular advice about the pricing of
22       video games?
23            A.    No.
24            Q.    Did you provide them with any
25       advice about things like how to moderate
```

Page 28

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2      content on their video games?

3          A.   No.

4          Q.   Did you provide them with any

5      advice about how to deal with customer service

6      once they launched their video games?

7          A.   No.

8          Q.   Or advice on which platforms to

9      publish their video games if they eventually

10     chose to do so?

11         A.   No.

12         Q.   Why did you stop -- so you worked

13     as a strategy guide from 2010 to 2013; that

14     was while you were getting your Ph.D.?

15         A.   That's right.

16         Q.   What percentage of your time did

17     you spend consulting video games during this

18     period of time?

19         A.   I don't remember.  And it would

20     be -- the time would be clustered.  If there

21     was a project, I would spend more work on it,

22     and otherwise would devote my time to my

23     research.

24         Q.   Was most of your time from 2010 to

25     2013 focused on getting your Ph.D.?

Page 29

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2              A.    Yes.
3              Q.    And why did you stop consulting
4      with the video game industry at that time?
5              A.    I think I thought it would be
6      good if I would devote myself fully to my
7      Ph.D. research.
8              Q.    And since that time have you done
9      any consulting with companies in the video
10     game industry?
11             A.    In 2023 I've worked with Microsoft.
12             Q.    Okay.  And I'm familiar with that
13     work.  Besides that, is there any other
14     consultations you've done directly with any
15     company in the video game industry since 2011?
16             A.    To my -- as far as I can recall, no
17     paid work since.
18             Q.    Okay.  If you think of anything
19     else today, please let me know.
20             A.    Yeah.
21             Q.    I know that you taught a course at
22     NYU in 2015, is that correct?
23             A.    That's correct.
24             Q.    And was that on the video game
25     industry; that was the topic of the course?

Page 53

```
 1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2      views as to whether Valve has and/or how it
 3      enforces a PMFN?
 4          A.    I don't think so.
 5          Q.    You talk in your report about some
 6      of the features that are -- have been
 7      incorporated into the Steam platform, correct?
 8          A.    Correct.
 9          Q.    Have you reached out to any of the
10      32,000 class members to get their views about
11      the features that have been implemented into
12      Steam -- into the Steam platform?
13          A.    No.  But I will say that I rely on,
14      for example, surveys that have been conducted,
15      for example, by GDC or by Epic, which I'm sure
16      will be where the respondents will make up --
17      are part of the class.  And so I have not
18      reached out directly, but I think there --
19      some of their opinions will be reflected in
20      those -- in those research documents.
21          Q.    Okay.  And we may talk about some
22      of those surveys.
23                But aside from those, have you
24      personally reached out to any of the 32,000
25      class members to see what their view is about
```

Page 54

```
 1            J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2       the features that are offered on Steam?
 3            A.   I have not.
 4            Q.   Likewise, have you reached out to
 5       any of the 32,000 class members to see what
 6       their view is about the quality of Steam as a
 7       gaming platform?
 8                 MR. KAPOOR:  Objection to form.
 9            A.   I don't think so.
10            Q.   Okay.  Or how Steam compares to any
11       other PC gaming platform in the industry?
12                 MR. KAPOOR:  Same objection.
13            A.   Again I will note that I rely on
14       research documents that will include the
15       opinions and the answers of members of the
16       class.  But I have not reached out myself
17       personally to ask about those things.
18            Q.   And have you reached out
19       personally, again, to any of the class members
20       to see what they think about whether Steam's
21       conditions are worsening, as you have
22       described it in your report?
23            A.   For that I rely on public
24       information in which class members express
25       their feelings about Steam.
```

Page 55

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2          Q.    And any of the public information
3     that you are relying on for that purpose is
4     contained or listed in your reports, is that
5     correct?
6          A.    Yes, that is correct.
7          Q.    Aside from that, have you reached
8     out to have any discussion with any of the
9     class members as to whether they agree with
10    you that conditions are worsening on Steam?
11         A.    I don't think so.
12         Q.    In your -- each of your expert
13    reports, as we discussed, you have identified
14    evidence that you are relying on for your
15    opinions, correct?
16         A.    Correct.
17         Q.    You cite some documents produced by
18    Valve in this case, correct?
19         A.    Correct.
20         Q.    You cite some depositions of Valve
21    employees, is that correct?
22         A.    That is correct.
23         Q.    And I think on occasion you'll cite
24    documents that have been produced by third
25    parties in this case, such as Epic or Humble

Page 72

```
 1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2     Dr. Schwartz's analysis for your opinion
 3     that Valve is the dominant platform within the
 4     PC game distribution landscape?
 5               MR. KAPOOR:  Objection to form.
 6          A.   If I recall Dr. Schwartz's opinion
 7     correctly, he opines that Steam has a ██-ish
 8     market share.  That would certainly suggest
 9     that it is a dominant market position.  And so
10     that -- that filters into my opinion that
11     Steam is a dominant platform.
12          Q.   You said that your opinion that
13     Steam is the dominant platform within the
14     PC game distribution landscape is "informed by
15     other qualitative pieces of evidence," is that
16     correct?
17          A.   Correct.
18          Q.   What pieces of evidence are you
19     referring to?
20          A.   This would be, but not limited to,
21     deposition transcripts.  Industry media
22     coverage.  Market analysis.  My own
23     professional understanding of this industry.
24     I'll leave it at that.
25          Q.   Okay.  In stating this opinion you
```

Page 73

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2      used terms like the "business landscape" or

3      the "relevant business segment."  Is that

4      right?

5          A.    Yes.  I started referring to the

6      relevant market as defined by Dr. Schwartz

7      from my merits report on, I believe.

8          Q.    Okay.  Is the "game distribution

9      landscape" or the "business segment," as you

10     use those terms, different than the market, as

11     Dr. Schwartz has defined it?  Is that a

12     different concept?  Or are those just

13     different ways to talk about the relevant

14     market?

15         A.    No, I think it's a different

16     concept.

17         Q.    Okay.  How is it different?

18         A.    Defining a market for the purpose

19     of an antitrust litigation is a technical

20     exercise, and I understand it has a precise

21     definition, that will overlap to some extent

22     with notions of a business segment or an

23     industry or a landscape.  But those are -- I

24     think those are broader terms, more

25     encompassing ones.

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2          Q.    You mean the terms like "business

3     segment" or "business landscape"?

4          A.    Yes.

5          Q.    Okay.  Are there -- you know that

6     there are tools that economists use to

7     quantify or determine the relevant market,

8     correct?

9          A.    Correct.  That's what I was

10    referring to in my answer just now.

11         Q.    Okay.  You've heard of things

12    called, for example, the hypothetical

13    monopolist test?

14         A.    I've heard of it.

15         Q.    Okay.  And there's other

16    quantitative tools like that that economists

17    use, correct?

18         A.    Correct.

19         Q.    Is there any kind of accepted

20    methodology for how to determine the relevant

21    business segment or business landscape in the

22    way that you are using those terms?

23              MR. KAPOOR:  Objection to form.

24         A.    I will note that because of

25    those -- those technical exercises that you're

Page 94

1                    J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2              A.    I would have to check my reports.

3              Q.    Okay.  Is there a place in all of

4       your expert reports where you collect and

5       synthesize this data as it applies to each one

6       of the entities within the business segment?

7                    MR. KAPOOR:  Objection to form.

8              A.    I don't believe there's one single

9       place in the reports where I do this.

10             Q.    Did you provide data with respect

11      to the number of games, the number of users,

12      on Activision Blizzard?

13             A.    To the extent that I have, it is

14      cited in my report.  I would have to check the

15      reports.

16             Q.    Sitting here right now you don't

17      recall that?

18             A.    I don't recall it.

19             Q.    Did you provide quantitative data

20      for the key reseller Humble Bundle, which we

21      mentioned before, with respect to the number

22      of games available on that platform?

23             A.    I don't recall.

24             Q.    Did you provide any of this

25      quantitative data for Roblox, Fortnite or

Page 95

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2       Minecraft?

3              MR. KAPOOR:  Objection to form.

4          A.   I don't recall.

5          Q.   Can you give me a rough estimate as

6       to the number of entities that you would

7       include within the PC business segment, just

8       roughly?

9              MR. KAPOOR:  Objection to form.

10         A.   Entities that are engaged in the

11      distribution of PC video games?

12         Q.   My question is do you have a rough

13      estimate as to how many entities are included

14      in that business segment?

15             MR. KAPOOR:  Same objection.

16         A.   I've analyzed viable alternatives

17      in my reports.  I can -- I can go through the

18      reports and list the names of the companies

19      that I've looked at.

20         Q.   Okay.  We're going to talk -- I

21      want to talk about the viable alternatives and

22      that analysis separately.

23             You have talked about a relevant

24      business segment in the PC distribution area,

25      correct?  That's what we've been talking

Page 96

1       J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2    about?
3             MR. KAPOOR:   Objection to form.
4         Misstates the testimony.
5         A.   I have not been asked to define
6    that segment, and so I don't think there is a
7    section in my report that specifically says --
8         Q.   Okay.
9         A.   -- this is the segment and this is
10   who is in and who is not.
11        Q.   Have you sat down and methodically
12   determined the number of users, the number of
13   games, the number of developers, on each and
14   every entity, including third-party entities,
15   first-party entities, key retailers,
16   self-distributors, that you would include in
17   the business segment?  Have you sat down to
18   conduct that analysis with respect to each of
19   those firms?
20             MR. KAPOOR:  Objection to form.
21        Q.   You can answer.
22        A.   I've done my best to collect
23   information on the number of users and games
24   on some of these platforms that we just
25   discussed.  And where I could find, I've tried

```
                                            Page 97

 1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2         to list that in my reports.
 3              Q.    So if, for example, we look in your
 4         report and we're not able to find any
 5         information for, for example, Electronic Arts,
 6         it's your testimony that you haven't reviewed
 7         that data, or you're not relying upon it for
 8         your opinions?
 9                   MR. KAPOOR:  Objection to form.
10              A.    If it is not stated in the reports,
11         then it is likely that I have not relied on
12         that data to form my opinions.
13              Q.    Okay.  And I'm sorry if I asked
14         this before.  There is not one place in your
15         report where you go through this quantitative
16         analysis for each firm that you would include
17         in the PC business segment, is that correct?
18              A.    That is correct.
19              Q.    All right.  You've said that you
20         relied on deposition testimony, that that was
21         one of the things you relied upon, to help you
22         define the PC business segment, is that
23         correct?
24                   MR. KAPOOR:  Objection to form.
25              Misstates the testimony.
```

Page 101

```
 2             ascribed to it?

 3                     "ANSWER:  Are you asking me if the

 4             term 'complementarity' is used in the

 5             academic studies that I have reviewed in

 6             the process of writing this report?

 7                     "QUESTION:  Either in the process

 8             of writing this report or in your

 9             professional experience.

10                     "ANSWER:  When I teach classes, I

11             talk to students about complements and

12             substitutes, but I would not consider

13             myself an expert on those terms or

14             claiming that I would precisely know the

15             economic interpretation of those terms."

16                     First of all, did I read that

17      correctly?

18             A.   You did.

19             Q.   And do you stand by that testimony

20      sitting here today?

21             A.   Yes.

22             Q.   Okay.  All right.  You have offered

23      opinions about whether certain platforms are,

24      you say, viable alternatives to Steam, is that

25      correct?
```

Page 102

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2               A.   Correct.

3               Q.   When you use the term

4      "alternatives," that is not the same thing as

5      a substitute, as that term is used in

6      economics?

7               A.   That is correct.

8               Q.   Okay.  In other words, a platform

9      could be a substitute but not an alternative,

10     is that true?

11                   MR. KAPOOR:  Objection to form.

12               A.   Since I'm not offering an opinion

13     about economic substitutability or

14     complementarity, I would not be able to make

15     that assessment.

16               Q.   Is there an accepted definition of

17     an alternative in your specialty of

18     management?

19               A.   I don't believe I've relied on a

20     formal definition of the term "viable

21     alternative."

22               Q.   Is there one?

23                   MR. KAPOOR:  Objection to form.

24               A.   It's not something I've -- I've

25     tried to ascertain as part of writing this

```
 1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2     report.
 3          Q.   Okay.  So sitting here today you're
 4     not aware of an accepted definition of the
 5     term "alternative" in your specialty of
 6     management, is that correct?
 7          A.   "Viable alternative."
 8          Q.   "Viable alternative"?
 9          A.   Correct.
10          Q.   Okay.  Is there an accepted
11     methodology within your field of management
12     for defining whether a firm is an alternative
13     or not?
14          A.   Can you repeat the question,
15     please?
16          Q.   Sure.  Is there an accepted
17     methodology within your field of management
18     for defining whether a firm is an alternative
19     or not to another firm?
20          A.   I'm unaware of a technical
21     methodology to ascertain that.
22          Q.   Okay.  Did you conduct any kind of
23     quantitative analysis to determine what firms
24     were viable alternatives or not to Steam?
25          A.   Not beyond stating numbers of users
```

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2      and games.  So no technical -- sorry.  Could

3      you repeat the question?

4          Q.   Sure.  Did you conduct any kind of

5      quantitative analysis to determine what firms

6      were viable alternatives or not to Steam?

7               MR. KAPOOR:  Objection to form.

8          A.   I did not conduct such analysis.

9          Q.   Okay.  When we were talking earlier

10     about the business segment, you said you did

11     consider data like the number of users,

12     number of games, number of developers,

13     correct?

14         A.   Correct.

15         Q.   Did you use that type of data in

16     forming your opinions about whether different

17     platforms were viable alternatives to Steam?

18         A.   Yes.  It's filtered into my

19     opinions.

20         Q.   Okay.  And so if I looked in your

21     report, would I find that type of data, if it

22     is available, for each of the entities that

23     you considered as part of your alternative

24     analysis?

25         A.   I think this analysis that I've

Page 193

1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2         report, is that correct?
3              A.   Yeah.  If we're talking about the
4         chronology, I've reviewed a draft of
5         Dr. Schwartz's report in which some of that
6         evidence had been collected.  I've reviewed
7         that evidence.  It may very well be that in
8         between that draft report and the final
9         version of the class cert report, and later
10        the merits report, that more evidence has been
11        brought to light and I was then made aware of
12        that evidence.
13             Q.   Okay.  Are you aware of any
14        evidence -- well, let me ask it differently.
15                  Are you relying on any evidence
16        about the PMFN that is not contained in
17        Dr. Schwartz's reports?  And now I'm including
18        his merits reports as well.
19                  MR. KAPOOR:  Objection to form.
20             A.   I would not be able to answer that
21        question conclusively.  There may be evidence
22        that is cited in my reports that ultimately
23        didn't end up in Schwartz's report.  That
24        could be the case.  I did not a crosscheck of
25        all the evidence that is cited to in my report

Page 194

```
 1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2         and in his reports.
 3              Q.   Okay.  Well, let me ask you this:
 4                   You know that Dr. Schwartz
 5         conducted a number of what he called I think
 6         price presentations, looking at pricing of
 7         particular games; did you read that evidence
 8         in Dr. Schwartz's reports?
 9                   MR. KAPOOR:  Objection to form.
10              A.   Are you referring to a particular
11         quantitative analysis?
12              Q.   Yes.
13              A.   I've reviewed that section.
14              Q.   Okay.  Where he compares the price
15         of games on Steam versus the price of the same
16         game off Steam over a period of time; do you
17         know what I am talking about?
18              A.   Yes.
19              Q.   And he did that I think for
20         approximately 50 games.  It might have
21         been 49.
22              A.   (Nodding head affirmatively.)
23              Q.   Does that sound about right?
24              A.   I think that sounds about right.
25              Q.   Okay.  Have you yourself conducted
```

Page 195

1           J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2     any additional analysis comparing the price of
3     games on Steam versus the price of games off
4     Steam at the same time?
5           A.    I have not performed any analysis
6     specifically related to game pricing.
7           Q.    If you could look back at page 213
8     of your class cert deposition again, which is
9     Exhibit 5.
10          A.    Yes, I have it.
11          Q.    Do you still have that page in
12    front of you?
13          A.    I do.
14          Q.    I want to look at your testimony
15    starting on line 24 of page 213.
16              "QUESTION:  Are you offering an
17          expert opinion that the alleged parity
18          requirements caused any distribution
19          platforms to exit the market?
20              "ANSWER:  No, I have not done any
21          cause and effect analysis."
22              Did I read that correctly?
23          A.    You did.
24          Q.    And is that still true sitting here
25    today?

```
 1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2              A.    It is true that I did not perform
 3      any cause-and-effect analysis about whether
 4      platforms have exited the market directly as
 5      a -- as a function of Valve's PMFN.  But I've
 6      conducted a lot of qualitative analysis, and
 7      I've formed opinions that those platforms not
 8      being able to differentiate based on price or
 9      content will have very likely contributed to
10      them not having been able to compete, or
11      struggling to compete in the case of the Epic
12      Games Store.
13              Q.   So, for example, you mentioned in
14      your -- in your expert report that Electronic
15      Arts announced that it would no longer sell
16      third-party games on Origin in June of 2022.
17                   Does that sound familiar?
18                   MR. KAPOOR:  Objection to form.
19              Which report?
20                   MS. ARNOLD:  Response report,
21              paragraph 64, page 34.
22                   MR. KAPOOR:  Response, is that 3?
23      BY MS. ARNOLD:
24              Q.   We actually don't need -- I'm happy
25      to go to it if you would like.  My question is
```

Page 197

```
1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2         do you remember referencing that fact in your
3         report.
4              A.   Can you -- can you restate the
5         fact?
6              Q.   Certainly.  Electronic Arts -- or
7         EA -- announced that it would no longer sell
8         third-party games on Origin in June of 2022.
9              A.   That sounds familiar.
10             Q.   Okay.  Am I correct that you have
11        not done any kind of cause-and-effect analysis
12        that would allow you to say that the reason
13        that Electronic Arts made that decision or
14        made that announcement was due to any kind of
15        parity requirements on Steam?
16             A.   You are correct in stating that I
17        have not done any cause-and-effect analysis.
18        I will repeat again that I've done qualitative
19        analysis and have reviewed academic literature
20        that strongly suggests that, in the context of
21        platform markets, being able to differentiate
22        on the basis of price and content are very
23        important factors, especially for new-entrant
24        platforms, in their ability to compete.
25             Q.   So when we're talking about
```

```
 1        J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2              I think on the margin, these
 3     features that we've just discussed can make a
 4     difference.  But it's really conditional to
 5     having a large pool of games and players on
 6     your platform.  There's no -- there's really
 7     no reason for -- there's no value in having
 8     Steam achievements if you don't have games on
 9     their platform.  There's no value in having
10     controller support if you don't have players
11     on your platform.  And so those are much more
12     important conditions than these features.
13     Which also have been added by Valve over time,
14     long after it already had a large base of
15     users and games on its platform.
16          Q.   Would you agree that one reason a
17     user might choose to play on Steam is that
18     they like these features like achievements,
19     like family sharing, like the customer
20     review --
21              MR. KAPOOR:  Objection to form --
22          Q.   -- and others?
23              MR. KAPOOR:  Objection to form
24          and -- you can answer.
25          A.   I will restate that they are
```

Page 208

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2      secondary factors that may be important to
3      consumers on the margin.  But they will first
4      and foremost be attracted to platforms that
5      offer an appealing selection of content and a
6      large pool of players that they can play with
7      and against.
8          Q.  Am I correct you're not offering an
9      expert opinion in this case that any alleged
10     PMFN caused harm to the named plaintiffs in
11     this case, Wolfire and Dark Catt?
12              MR. KAPOOR:  Objection to form.
13          A.  I have offered an opinion that
14     these parity requirements or parity policy is
15     harmful to the class, and it's my
16     understanding that the named plaintiffs are
17     part of the class.
18          Q.  Am I correct in understanding you
19     don't have an opinion as to whether Dark Catt
20     and Wolfire have been injured in this case?
21              MR. KAPOOR:  Objection to form.
22          And depending on how the ambiguity is
23              resolved, asked and answered.
24          A.  It's my understanding, and my
25     opinion, that the alleged conduct is harmful

```
 1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2      to members of the class, and to the PC
 3      distribution segment more broadly, and I
 4      understand that Dark Catt and Wolfire are
 5      members of the class.  So --
 6          Q.   I understand --
 7          A.   -- that would include them.
 8          Q.   But you haven't looked to see
 9      whether and how any individual plaintiff in
10      that class has been harmed?
11              MR. KAPOOR:  Objection to form.
12          Vague and ambiguous and asked and
13          answered.
14          A.   It's my understanding that the
15      alleged conduct is harmful to members of the
16      class because it has an adverse effect on
17      competition at the platform level.  It makes
18      it more difficult for existing and new-entrant
19      platforms to viably against Steam.  And as
20      such, I don't think I need to form an opinion
21      or an assessment about whether any individual
22      class member is harmed by the alleged conduct
23      directly.
24          Q.   And as a result am I correct you
25      have not done that?
```

Page 261

```
 1           J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2              procompetitive or not."
 3                   "QUESTION:  And why is that?
 4                   "ANSWER:  Well, first and foremost
 5              [sic], I think that is an exercise done
 6              mostly by economists.  But second, I
 7              think we would also have to consider
 8              that from whom's perspective.
 9                   "QUESTION:  Would your answer
10              change if I asked you to consider it
11              from the gamers' perspective or if I
12              asked you to consider it from the
13              publisher's side?
14                   "ANSWER:  Not with respect to the
15              first part of my answer."
16                   Did I read that correctly?
17         A.    You did.
18         Q.    Do you agree that determining
19     whether certain features are procompetitive is
20     an exercise that is mostly done by economists?
21                   MR. KAPOOR:  Objection to form.
22         A.    It is my understanding that in
23     antitrust matters it is typically the
24     economist who conducts analysis to ascertain
25     whether something or some policy is
```

Page 262

```
 1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2      anticompetitive or procompetitive.
 3              Q.   Okay.  Have you engaged in that
 4      analysis here?
 5                  MR. KAPOOR:  Objection to form.
 6              Q.   In this case?
 7              A.   Which analysis?
 8              Q.   Have you made any determination
 9      that any features on Steam are procompetitive
10      or have procompetitive benefits?
11                  MR. KAPOOR:  Objection to form.
12              A.   I have not conducted analysis to
13      show that the introduction of Greenlight or
14      Steam Direct are procompetitive in the sense
15      that an economist would use the term.
16              Q.   Okay.  And would you agree that
17      conducting that analysis involves certain
18      tactical -- excuse me, strike that.
19                  Do you agree that conducting such
20      an analysis involves certain technical
21      abilities that you haven't been trained to
22      conduct?
23              A.   I agree that I would not be able to
24      conclusively state based on analysis whether
25      Greenlight or Steam Direct are procompetitive
```

Page 263

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2     in the sense of the term that an economist
3     would use it.
4          Q.   Okay.  Now, Dr. Gowrisankaran, he
5     did offer opinions about whether certain
6     features on Steam may have procompetitive
7     effects.  Do you remember reading his report?
8               MR. KAPOOR:  Objection to form.
9          That's not a correct statement about
10         Dr. Gowrisankaran's report.
11         A.   I remember reading Professor
12    Gowrisankaran's report and in it that he
13    offers various opinions on aspects related to
14    Steam that are procompetitive.
15         Q.   Okay.  And those aspects would
16    include certain features on the Steam
17    platform, correct?
18              MR. KAPOOR:  The same objection.
19         A.   Can you specify what you mean by
20    "certain features"?
21         Q.   Well, let me ask you this:
22              Do you agree that Dr. Gowrisankaran
23    offered opinions about the possible
24    procompetitive effects of parity policies such
25    as preventing free-riding and showrooming?

Page 264

1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO

2               MR. KAPOOR:  Objection to the.

3          That's not a correct statement about

4          Dr. Gowrisankaran's report.

5          A.   I recall reading in his report that

6     he offers the opinion that parity requirements

7     can generally be considered procompetitive in

8     some cases.

9          Q.   Do you agree with that?

10         A.   I've reviewed literature, academic

11    literature, on PMFNs, and that literature

12    would seem to suggest that there are certain

13    conditions and scenarios which tend to be very

14    narrowly defined in which PMFNs can be

15    procompetitive.

16              My review of that literature

17    strongly suggests that in most cases these

18    requirements are actually anticompetitive.

19         Q.   Okay.  In responding to

20    Dr. Gowrisankaran's opinions about

21    procompetitive effects, I saw that you

22    conducted a literature review that I think you

23    just referenced in your answer.  Is that

24    correct?

25         A.   I believe so.  This is specifically

Page 265

```
 1            J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2       in relation to PMFNs.
 3            Q.   In responding to his opinion about
 4       procompetitive effects, did you conduct any
 5       kind of quantitative analysis to determine
 6       whether any alleged PMFN that Valve may have
 7       is procompetitive?
 8            A.   I did not conduct any quantitative
 9       analysis that shows that Valve's PMFN is
10       procompetitive.
11            Q.   Did you conduct any quantitative
12       analysis to determine whether any particular
13       feature or set of features on Steam have a
14       procompetitive effect or not?
15            A.   I've conducted various quantitative
16       analyses, and I'm sure you will want to
17       discuss those.  But not to arrive at the
18       conclusion that a feature or a policy was
19       procompetitive in the context of Steam.
20            Q.   Your literature review that you
21       created in response to Dr. Gowrisankaran's
22       opinions on potential procompetitive effects
23       is Appendix C to your rebuttal report, is that
24       correct?
25            A.   Yes.  The appendix is titled
```

Page 312

```
 1            J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2            Q.    Pardon me?
 3            A.    I have it in front of me.
 4            Q.    Okay.  And this is an article
 5       written by someone named Yousef A. Zain.
 6                  Do you know who that is?
 7            A.    No.
 8            Q.    Okay.  And it is published on
 9       XDA-developers.com.
10                  Do you see that?
11            A.    I do.
12            Q.    Have you reviewed articles from
13       this website in support of your opinions?
14            A.    I do not recall that I have.
15            Q.    Okay.  This article is called "6
16       reasons steam is the best PC gaming platform."
17                  Do you see that?
18            A.    I do.
19            Q.    Okay.  And this article provides
20       six reasons that it believes -- the author
21       believes that Steam is the best PC gaming
22       platform.
23                  Do you see that?
24            A.    Yes.
25            Q.    Okay.  And if you turn over to
```

```
 1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2      page 5 of that document, the number-two reason
 3      that Mr. Zain provides for Steam being the
 4      best PC gaming platform is that it has great
 5      customer support.
 6              Do you see that?
 7          A.   I see that.
 8          Q.   And he says on the next page,
 9      "Customer service in the gaming industry — or,
10      frankly, in any industry — often leaves much
11      to be desired."
12              Do you agree with that statement?
13          A.   Not necessarily, no.  It's a --
14      it's a very general statement.
15          Q.   Okay.  Do you have any
16      experience -- do you have any personal
17      experience working on customer service issues
18      in the gaming industry?  In the video game
19      industry?
20          A.   I do not.
21          Q.   Have you published any -- any
22      papers that relate to or touch on customer
23      service in the video gaming industry?
24          A.   I have not.
25          Q.   Have you done a comparison of
```

Page 314

```
 1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2      Steam's customer service offerings to any
 3      other third-party PC gaming platform?
 4                   For example, have you gone onto the
 5      Epic Games Store to see how their customer
 6      service works and if you think they do a good
 7      job?
 8           A.    I have not done so personally
 9      myself.
10           Q.    Okay.  Mr. Zain goes on to say:
11      "However, Steam's support stands out as one of
12      most reliable in gaming.  Whether you need a
13      refund, encounter a payment issue, or, as was
14      the case for me and many others, have your
15      account compromised, finding help is
16      relatively straightforward."
17                   Did I read that correctly?
18           A.    You did.
19           Q.    Okay.  And this is from I think
20      March 2025.  Is that correct?
21           A.    I see that.
22           Q.    All right.  And did you include any
23      other -- did you include this article in your
24      report, as far as you can remember?
25           A.    As far as I can remember I did not.
```

Page 315

```
 1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2        Q.    Okay.  Or any other comments about
 3    Steam's customer service in 2024 or 2025,
 4    after the change of policy?
 5        A.    Paragraph 105 references an article
 6    from 2019 --
 7        Q.    Okay.
 8        A.    -- where the author, Eric Abent,
 9    stated that "Steam's customer service has been
10    garbage for far too long."  And further goes
11    on to state, "Steam's lack of comprehensive
12    customer support has become a meme at this
13    point, and with Steam being the king of the PC
14    digital distribution hill for so long, it
15    seemed like it was never going to change."
16             There's a March 2024 interview with
17    Chandler Murch, who began working at Valve in
18    2009 as a customer support agent, and he -- he
19    makes some comments that are cited to.  But
20    it's not directly clear to what time period
21    those comments relate directly.
22        Q.    Do you know when he left the
23    company?
24        A.    I do not.
25        Q.    Okay.  I want to turn to your
```

Page 316

```
 1            J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2       opinions about hate and extremism.  Okay?
 3                 MR. KAPOOR:  Objection to form.
 4            Q.    Do you have any experience,
 5       personal experience, in the video game
 6       industry dealing with content moderation on a
 7       platform?
 8            A.    I do not.
 9            Q.    Have you published anything related
10       to that topic?
11            A.    Not specifically, no.
12            Q.    All right.  In your expert report
13       you cited four letters that members of
14       Congress sent to Valve regarding -- regarding
15       content moderation and a concern about hate
16       and extremism on the platform.
17                 Do you recall that?
18            A.    I recall that.
19            Q.    You did not cite in your report the
20       response letters that Valve sent to Congress,
21       is that correct?  Or do you remember citing
22       them?
23            A.    I do not remember citing them.
24            Q.    Okay.
25                 MS. ARNOLD:  Let's take a look at
```

```
 1            J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2              one of them.  I am going to mark this as
 3              exhibit -- I am going to mark this --
 4              what exhibit are we on?  16.  I'll mark
 5              this as exhibit 16.
 6                    THE COURT REPORTER:  Is the next
 7              one 16?
 8                    MR. KAPOOR:  I think it's 15.
 9                    MS. ARNOLD:  Exhibit 15.  Okay, you
10              guys are better than I am.
11                    (Rietveld Exhibit 15, Letter dated
12              January 20, 2023 to Representative Lori
13              Trahan, Bates VALVE_ANT_2820987 was
14              marked for identification, as of this
15              date.)
16        BY MS. ARNOLD:
17              Q.   And this is a letter to
18        Representative Trahan dated January 20, 2023.
19                    Do you see that?
20              A.   I see that.
21              Q.   And it was signed by Christopher
22        Schenck, deputy general counsel of Valve
23        Corporation?
24              A.   I see that.
25              Q.   And does this appear to be directly
```

Page 324

1              J. Rietveld - HIGHLY CONFIDENTIAL - AEO
2         do you know?
3              A.    This is the first time I am seeing
4         this.  I would expect that this would be
5         specific to players.
6              Q.    Okay.  The next part says "TOS
7         Ban."  And it says, "An account is locked for
8         game and community both."
9                   Did I read that correctly?
10             A.    You did.
11             Q.    And would you agree that a TOS ban
12        includes a person who has been banned
13        completely for using games or communities on
14        the platform?  Or do you know?
15             A.    I do not know what the technical
16        interpretation of that is.
17             Q.    Okay.  And if I represented to you
18        that under TOS bans these are the number of
19        users who have been banned from gaming and
20        participating in the Steam community for
21        violation of Steam's content moderation rules,
22        would you have any reason to disagree with me?
23             A.    No.
24             Q.    You offered some opinions about
25        money laundering in your report; do you recall

Page 325

```
 1           J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2       that?
 3               Do you need to look at your report
 4       to remember if you offered an opinion about
 5       that topic?  It's fine if you do.
 6           A.   It's discussed in my report, yes.
 7           Q.   Okay.  And what is your opinion?
 8           A.   I am going to look at my report.
 9           Q.   Can you state it without looking at
10       your report?
11           A.   I would rather look at my report.
12           Q.   Can you state what your opinion is
13       about fraud and money laundering on Steam
14       without looking at your report?
15           A.   I would rather look at my report,
16       if that's okay with you.
17           Q.   Okay.  Go ahead.
18           A.   The relevant section, subsection, I
19       think begins on page 66, and the relevant
20       subsection is titled "Steam May Be Used to
21       Facilitate Money Laundering."
22           Q.   Are you critical of the steps that
23       Steam takes to monitor money laundering on
24       Steam?
25               MR. KAPOOR:  Objection to form.
```

Page 326

J. Rietveld - HIGHLY CONFIDENTIAL - AEO

 1
 2          A.    No.  I'm just documenting what has
 3     been written by others on this topic.
 4          Q.   Do you think there are any steps
 5     that Steam can take to improve the way in
 6     which it deals with money laundering on Steam?
 7          A.   I have not been asked to offer an
 8     opinion on that.
 9          Q.   Sitting here today do you have any
10     idea what Steam does to monitor money
11     laundering or other fraud on Steam?
12          A.   No, I do not.
13          Q.   Have you read the testimony of
14     Christopher Boyd, a Valve employee, regarding
15     the steps that Steam takes to monitor money
16     laundering and fraud on Steam?
17          A.   I do not recall.
18          Q.   Do you agree that fraud and money
19     laundering can be a problem on any platform
20     where exchange of money takes place?
21          A.   It could be.
22               MS. ARNOLD:  All right.  I want to
23          take a quick break, and then we will get
24          back on the record and finish up.
25               MR. KAPOOR:  Okay.

Page 327

```
 1          J. Rietveld - HIGHLY CONFIDENTIAL - AEO
 2                 THE VIDEOGRAPHER:  Off the record
 3             at 17:16.  This is the end of media
 4             unit 5.
 5                    (Recess taken.)
 6                 THE VIDEOGRAPHER:  On the record at
 7             17:31.  This is the start of media unit
 8             six.
 9      BY MS. ARNOLD:
10           Q.    Professor Rietveld, would you agree
11      that a revenue share of 30 percent is the
12      industry norm in the video gaming industry?
13                 MR. KAPOOR:  Objection to form.
14           A.    There are several third-party
15      distribution platforms in the gaming industry
16      that have a revenue share of 30 percent.
17           Q.    Would you agree that 30 percent is
18      the industry norm?
19                 MR. KAPOOR:  Objection to form.
20             Vague and ambiguous.  Asked and
21             answered.
22           A.    There are several third-party
23      distribution platforms in the video gaming
24      industry that have a 30 percent commission
25             rates.
```

Page 350

1                    C E R T I F I C A T E

2    STATE OF NEW YORK        )

3    COUNTY OF NEW YORK       )

4            I, FRANK J. BAS, a Certified Shorthand Reporter

5    and Notary Public within and for the State of New

6    York, do hereby certify:

7            That the witness whose testimony is hereinbefore

8    set forth, was duly sworn by me and that such

9    testimony given by the witness was taken down

10   stenographically by me and then transcribed.

11           I further certify that I am not related by blood

12   or marriage to any of the parties in this matter and

13   that I am in no way interested in the outcome of this

14   matter.

15           That any copy of this transcript obtained from a

16   source other than the court reporting firm, including

17   from co-counsel, is uncertified and may not be used at

18   trial.

19           IN WITNESS WHEREOF, I have hereunto set my hand

20   this 17th day of May, 2025.

21           *Frank J. Bas*

22

                    _____

23                  FRANK J. BAS, RPR, CRR

24

25