# KILARU DECLARATION EXHIBIT 1

**Dkt No. 531.01**

# REDACTED

Page 1

1

2 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

3 AT SEATTLE
-----------------------------------------X

4

5 IN RE VALVE ANTITRUST LITIGATION

6

7 Case No. 2:21-cv-00563-JNW

8 -----------------------------------------X

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10

11                    DATE: May 14, 2025

12                    TIME: 9:01 a.m.

13

14

15          VIDEOTAPED DEPOSITION of STEVEN

16 SCHWARTZ, pursuant to a Notice, held at the

17 offices of Quinn Emanuel Urquhart &

18 Sullivan, LLP, 295 5th Avenue, 9th Floor,

19 New York, New York 10016, before Nicole

20 Veltri, RPR, CRR, a Notary Public of the

21 State of New York.

22

23

24

25

```
                                            Page 27
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2              MR. LeRAY:  Object to form.
 3        A.    That would be correct.
 4        Q.    Okay.  Now, under that,
 5    there's -- under that line, after tax net
 6    profit, there's a separate line titled:
 7    Cumulative after tax net profit.
 8              Do you see that?
 9        A.    Yes, I do.
10        Q.    And that just adds up the lines
11    we were talking about, year over year, the
12    after tax net profit lines, correct?
13        A.    It would appear so, yes.
14        Q.    So, for example, if you look at
15    Steam in total from 2003 to 2007, it ███
16    ████████████, correct?
17        A.    Yes.  In the aggregate.
18              MR. LeRAY:  Object to form.
19         And we're saying "it."  Is "it"
20        Valve?
21              MR. KILARU:  Yes, Valve,
22        correct.
23        Q.    When I've been saying "it" for
24    "it lost," we're talking about Valve.
25        A.    My understanding is "it" refers
```

Page 28

```
 1     S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2    to Valve.
 3          Q.     Okay.  And the first year in
 4    which Valve turned a cumulative profit on
 5    the Steam platform, you would agree is
 6    ████?
 7          A.     I would agree that in ████, the
 8    cumulative net profit turned positive.  I
 9    would agree.
10          Q.     And in every year before that,
11    there's a parenthesis which means the
12    cumulative total profit was negative?
13          A.     Yes.  I would agree with that.
14          Q.     So on net before ████, Valve
15    was operating Steam at a loss?
16               MR. LeRAY:  Object to the form.
17          A.     I wouldn't agree with that
18    characterization.  When we use the term, or
19    at least when I use the term "operating at
20    a loss," it tends to refer to a specific
21    time period, one given year, one given
22    quarter.  I would agree that cumulatively
23    through ████ net profits were negative.
24    But ████ ████ ██████ █████ █████ were years
25    in which Valve was operating the Steam
```

Page 29

1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

2    platform profitably, so it's a slight

3    difference in the characterization.

4         Q.    Okay.  I'll hand you another

5    attachment now, and this is Attachment E1

6    to that same report.

7              MR. KILARU:  And we'll mark

8         this, I believe, as Exhibit 6.

9              (Whereupon, Attachment E1 to

10         Supplemental Opening Merits Report

11         was marked as Schwartz Exhibit 6 for

12         identification as of this date.)

13        Q.    Dr. Schwartz, this is

14   Attachment E1 to your Supplemental Opening

15   Merits Report, correct?

16        A.    It appears to be, yes.

17        Q.    And these are the numbers you

18   used to collect to calculate Steam's market

19   share in the market you've offered in this

20   case from 2017 through 2023, correct?

21        A.    Yes.

22        Q.    And as we discussed a moment

23   ago, for each company or each platform

24   that's listed here, you're only including

25   revenues from third-party sales?

Page 103

1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
2    typically the documents that I recall would
3    most specifically reference, if they're
4    talking about third-party platforms, they
5    would reference EGS and they would
6    represent Ubisoft.
7         Q.    Okay.  So just to be clear, you
8    can't think of a document that would list
9    Steam, EGS, Target, Best Buy, GOG, Galaxy,
10   Ubisoft Connect, The Microsoft Store, the
11   EA app, the Discord store, and itch.io as
12   competitors, correct?
13              MR. LeRAY:  Object to form.
14        Asked and answered.
15        A.    If you're -- if you're asking
16   for a single page of a document, there may
17   be.  I don't know.  If you're asking are
18   there documents that refer to these
19   entities, certainly that is the case for
20   all of the ones that you mentioned.  I
21   don't recall specific mentions of Target or
22   Best Buy, but there may well have been.
23   But whether there's a single page, I don't
24   know.  But there's certainly documents that
25   talk about all of these.

Page 104

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

1

2      Q.    Well, let me ask, I think you

3   answered a slightly different question than

4   the one I asked.

5             Are you aware of a single

6   document that lists all of the firms we

7   just discussed as competitors to each

8   other?

9             MR. LeRAY:  Object to form.

10      A.    I'm certainly aware of

11   documents that talk about EGS and Ubisoft

12   together.  There may be other documents

13   that talk about Origin or Discord or

14   itch.io in the same way, but the documents

15   tend to be focused on the most important

16   competitors and that would certainly be for

17   Steam, EGS and Ubisoft.  And for EGS, it

18   would be the same group.

19      Q.    Okay.  You listed Steam, EGS,

20   Target, Best Buy, GOG, Ubisoft Connect, The

21   Microsoft Store, EA, Discord, and itch.io

22   as in your relevant antitrust market in

23   this case, correct?

24      A.    Correct.

25      Q.    So the question I would like to

```
 1   S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2   get an answer to is, you're not aware of a
 3   document that lists all of the companies I
 4   just named as competitors to each other?
 5             MR. LeRAY:  Objection.  This
 6         question has been asked ten times.
 7             MR. KILARU:  Hasn't been
 8         answered.
 9         Q.    You can go ahead, Dr. Schwartz.
10         A.    Well, I think I have answered
11   it.  I'm not sure how to answer it any
12   better.  I think the last answer I gave
13   answered it.  I'm just -- I'm not sure what
14   else I can tell you that would make the
15   answer more complete.
16         Q.    Okay.  Is there a document that
17   lists all ten of those competitors?
18         A.    You've asked me that -- I've
19   given you the best answer, I can.
20             MR. LeRAY:  Objection.
21         Q.    You're aware that there's a
22   dataset called Nuzu?
23         A.    I'm aware of Nuzu.
24         Q.    And it's -- you're aware that
25   it's used by individuals working in the
```

Page 117

```
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2    with my opinion that I've reached
 3    necessarily.
 4         Q.    Okay.  I would like now to
 5    shift gears a little bit.
 6              MR. LeRAY:  I'll also just note
 7         for the record that this is not trial
 8         testimony.  It was depo designations.
 9              MR. KILARU:  And I'll note for
10         the record that it was played at the
11         trial in the public portion.
12         Q.    All right, Dr. Schwartz.  I
13    would like to turn your attention to your
14    Rebuttal Report, and specifically around
15    Paragraph 97 is what we'll be discussing.
16         A.    So we're looking at Exhibit 4?
17         Q.    That's correct.
18         A.    And I'm sorry, did you say
19    Page 97 or Paragraph 97?
20         Q.    I always get this wrong but I
21    think it's paragraph.  This is the section
22    of your report talking about monopoly
23    power.
24         A.    Okay.  Again, be sure you and I
25    are on the same page literally.
```

Page 118

1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

2        Q.    Page 50?

3        A.    Page 50, Section 4, monopoly

4    power.

5        Q.    We're in the same place.

6        A.    Okay, good.

7        Q.    When did Steam enter the

8    relevant antitrust market that you've

9    defined in this case?

10       A.    So I think we talked earlier.

11   It was 2005 when Steam began talking

12   third-party games.  I think at that point

13   the market for third-party digital

14   distribution began to develop in earnest,

15   precisely when the competitive interaction

16   between, for example, brick and mortar

17   stores and digital had changed to the point

18   where third-party distribution was a

19   separate market.

20             I think it's somewhere in the

21   2005, probably to the 2007 period, so it's

22   somewhere in there, that the market became

23   a distinct and definable relevant market.

24       Q.    Okay.  There are a few things I

25   wanted to follow up on, but thank you.

Page 119

1      S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

2              Is it your belief that at least

3    prior to 2005, there was not a market for

4    digital distribution, third-party digital

5    distribution of PC games that was separate

6    from physical distribution or what we might

7    call retail distribution, correct?

8        A.    I think the evidence would say

9    at that point prior to 2005, there was not

10   a distinct market for digital distribution

11   for third-party games via platform.

12       Q.    And your belief that that

13   separate market, digital distribution, for

14   third-party games via platform, developed

15   sometime between 2005 and 2007?

16       A.    Appears likely.

17       Q.    Okay.  Any more precise date

18   than that?

19       A.    No.

20       Q.    But it's your view, I would

21   take it, that after 2007, there was a

22   separate market which is the one you've

23   defined for third-party digital

24   distribution PC games via platform?

25       A.    Yes.

```
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2         Q.     Okay.  Sorry to take you back
 3    in time or back in documents, but if you
 4    could go back to Schwartz 5, which I
 5    believe is your Supplement B1.  This was
 6    the Steam P&L.
 7         A.     Okay.
 8         Q.     So in 2005, which was the first
 9    year we just discussed, let me get to the
10    same page as you, in 2005, Steam's, as we
11    discussed earlier, sales of third-party
12    digital games was around ███ , just under
13    ██████████ , correct?
14         A.     Oh, you're looking at the
15    figure under 2005 for Service Revenue?
16         Q.     Correct.
17         A.     Yes.  That's what it shows.
18         Q.     And that figure for service
19    revenue is Steam sales of third-party
20    digital games, correct?
21         A.     That is what I understand.
22         Q.     Okay.  And then in 2006, that
23    number, sales number for Steam goes to a
24    little over ███   ████████ ?
25         A.     Yes.  ██████  and some change.
```

```
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2   at some point, but I don't remember it as
 3   I'm sitting here.
 4         Q.    Because you would agree with me
 5   in 2006, there were some developers who
 6   were distributing their own games via
 7   first-party platforms, correct?
 8         A.    That's my understanding.
 9         Q.    So, for example, Blizzard.net
10   had a game called World of Warcraft, which
11   was very popular, and they were selling
12   that through their own distribution
13   platform?
14         A.    I have a general recollection
15   of that.
16         Q.    I'll represent to you that the
17   number for total U.S. digital PC game sales
18   in 2006 was ███ ███████. Any reason to
19   doubt that?
20         A.    I don't have any reason to
21   doubt it.  I don't have any reason to
22   accept it.  I'll take your representation.
23         Q.    Okay.  And if that's all right,
24   you would agree with me that Steam sales of
25   ███ ███████ would represent less than
```

Page 123

```
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2    ███  percent of the total U.S. digital PC
 3    game sales?
 4         A.    I haven't done the math, but it
 5    would be -- it would -- the -- ███ divided
 6    by ████████        ████████  would be a small
 7    percentage.
 8         Q.    Are you aware of the total for
 9    physical PC game sales in 2006?
10         A.    I have seen that number, and I
11    think it might actually be in one of my
12    reports, but I don't recall it as I'm
13    sitting here.
14         Q.    And I'll represent to you it's
15    ███  ████████  in 2006.  You don't have an
16    opinion, one way or another definitively,
17    whether physical retail sales and
18    third-party PC distribution via platforms
19    were in the same market in 2006, correct?
20         A.    I think what I have said, both
21    in the report and what I said earlier in
22    answer to one of your questions, is that
23    the market was evolving and market
24    boundaries were changing and the market was
25    moving away from distribution through brick
```

Page 124

1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
2    and mortar, physical distribution, to
3    digital distribution.
4         Q.    So 2006, to put it differently,
5    is in the -- you might call it a transition
6    period?
7         A.    I think that's fair.
8         Q.    Okay.  And, again,
9    directionally, if Steam's total sales of PC
10   games were ███ ██████ , ██ ██████ in 2006,
11   and physical sales were on the order of ██
12   ████████ , you would agree with me Steam's
13   sales would represent a very small fraction
14   of the total physical sales, correct, in
15   comparison?
16        A.    Again, I haven't done the
17   arithmetic but I would agree it would be a
18   small percentage.
19        Q.    And then in 2007, that's when
20   you believe that this market, I'll be a
21   little more precise.
22             By 2007, we do have, in your
23   view, a separate market for a third-party
24   digital distribution of PC games on
25   platforms, correct?

Page 125

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

2    A.    I think the evidence is by that
3 point, the market had evolved in that way.
4    Q.    Okay.  And turning back to your
5 Attachment D1, Steam had, it looks like
6 ███ , rounding up, ██████  dollars of sales
7 in the relevant market as you've defined
8 it?
9    A.    In 2007?
10    Q.    Yes.
11    A.    Yes.  ██████ -- yes, you said
12 ███ rounded up, that's correct.
13    Q.    And are you aware of the total
14 number for digital -- excuse me, the total
15 number for global PC game sales in 2007?
16    A.    Again, I'm sure I've seen the
17 number, but I'm not recalling it as I sit
18 here.
19    Q.    Okay.  I'll represent to you
20 that that number is ████ ██████ .  Any
21 reason to doubt that or do you have a
22 different number?
23    A.    I don't have any reason to
24 doubt it or agree with it.  But I'll accept
25 your representation.

```
 1     S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2        Q.    Okay.  And 2005, the top game
 3   by physical sales was a game called ████
 4   ██ ████████, correct?
 5        A.    Yes.
 6        Q.    And it had over ████ ███████ in
 7   sales, correct?
 8        A.    Correct.
 9        Q.    And that game was available on
10   a platform called ██████████ ███.  You're
11   aware of that?
12        A.    I do recall that.
13        Q.    And you would agree with me,
14   Dr. Schwartz, that ████ ██ ████████ has
15   never been on Steam?
16        A.    That is my understanding.
17        Q.    Okay.  And in 2005,
18   ████████████ was operational, correct?  Let
19   me ask a better question, which is, you can
20   purchase ████ ██ ████████ on ████████████
21   in 2005, correct?
22        A.    That's my understanding.
23        Q.    Okay.  Any reason you can think
24   of why ████████ could not have sold
25   third-party games on ██████████ in 2005?
```

Page 134

1     S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

2          A.    To be clear, you're not --

3     you're talking about would they be able to

4     as opposed to used to.

5          Q.    Correct.

6          A.    It's not something that I

7     studied but I'm not aware of anything that

8     would have prevented it.  But as I said,

9     it's not something that I've studied.

10         Q.    Okay.  Looking at the top five

11    games in 2005, if our chart is correct, you

12    would agree with me that none of them were

13    on Steam in either 2005, 2006, or 2007,

14    correct?

15         A.    According to what's on the

16    exhibit, yes.

17         Q.    Okay.  And Half-Life 2, that

18    was on Steam, of course, but you would

19    agree that according to this chart, that's

20    the six -- that was the sixth most popular

21    game that year?

22         A.    That's what it shows.

23         Q.    Okay.  And then there's two

24    entries,  ▆▆▆ ▆▆ ▆▆▆ ▆  and ▆▆▆▆▆▆▆▆▆ ▆

25    that are in seventh and eighth place, and

1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

2    it looks like those came on to Steam in

3    late 2006, correct?

4         A.    Yes, October of 2006.

5         Q.    And then the last two games,

6    ██████████ ██████████ ██████████ █ and ██████ ██████, that

7    were ninth and tenth in the rankings, those

8    were not on Steam in 2005, 2006, and 2007,

9    correct?

10        A.    That is apparently the case.

11        Q.    Okay.  Looking at 2006, the top

12   two games were ████████ █ ██████████ and ████

13   ██████ █, same as the previous year?

14        A.    Yes.  Much lower sales numbers,

15   but they remain the top two.

16        Q.    Sure.  And never on Steam,

17   correct?

18        A.    Correct.

19        Q.    Okay.  You then have ██████████

20   ██████████ █ in third place, a ██████ ██████ game

21   in fourth place, ██████ █ ██████████ █ in

22   fifth place, and ██████████ ██████████ █ in

23   sixth place.

24              Do you see that?

25        A.    I do.

```
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2   any form of price parody?
 3            MR. LeRAY:  Object to form.
 4        A.    I go back to my previous answer
 5   on that.
 6        Q.    So on that one, you think your
 7   number might be the same?
 8        A.    I don't see an immediate reason
 9   why the model should change or the
10   conclusion would change, but it's
11   something -- it's a scenario that I would
12   have to think about and consider whether
13   anything would be different.
14        Q.    Okay.  But sitting here today,
15   is it your testimony under oath that you
16   would have -- the numbers that you've
17   offered in your report would be the same
18   number for that scenario or you don't know?
19        A.    I think that's a question I
20   just answered.  I see no immediate reason
21   why the model or the numbers would
22   necessarily change, but you've posited a
23   scenario that I would have to consider and
24   analyze.
25        Q.    Okay.  We'll circle back to
```

```
                                    Page 158
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2   that because I think we have a fair amount
 3   of time left.  Okay.
 4             Your view is that Valve
 5   established a PMFN in 2007, correct?
 6        A.    Correct.
 7        Q.    And when you say a PMFN, what
 8   do you understand that to refer to?
 9        A.    Are we talking generally, or
10   are we talking about with respect to Valve?
11        Q.    With respect to Valve.  Thank
12   you for clarifying.
13        A.    Okay.  Valve's PMFN is a policy
14   that it uses to make sure that whatever
15   content or pricing deals are offered on
16   another platform, are offered on Steam at
17   broadly the same time.  It need not happen
18   at the exact same moment, but it needs to
19   happen close enough in time so that Steam
20   can feel comfortable -- so that Valve can
21   feel comfortable that Steam customers are
22   being presented with the same deal on Steam
23   that customers on both platforms were
24   presented with.
25        Q.    Okay.  So thank you.  I want to
```

```
 1    S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
 2    drill down on a few things.
 3              For content, the content aspect
 4    of that, is it your view that Valve's PMFN
 5    requires the content to be exactly the same
 6    on the other platform as on Steam?
 7         A.    The way they describe and by
 8    "they" I mean, Valve employees, the content
 9    element of the PMFN is in terms of if you
10    offered DLC, downloadable content, on a
11    version of a game that's sold in a
12    different platform, you need to offer that
13    same DLC on the version sold on Steam.  If
14    you have characters or weapons or costumes
15    on different versions of the games sold on
16    other platforms, then you need to make sure
17    that those are available to customers on
18    Steam.
19         Q.    Okay.  And as to the price
20    piece, is it your view that Valve requires
21    the price on the other platform to be the
22    exact same as on Steam?
23         A.    The way Valve describes the
24    PMFN, prices need not be identical day by
25    day.  But that if sales or promotions or
```

Page 374

1
2                    C E R T I F I C A T E
3

     STATE OF NEW YORK        )
4                             :   SS.:
     COUNTY OF SUFFOLK        )
5
6
7           I, NICOLE VELTRI, RPR, CRR, a Notary
8      Public for and within the State of New
9      York, do hereby certify:
10          That the witness whose examination is
11     hereinbefore set forth was duly sworn and
12     that such examination is a true record of
13     the testimony given by that witness.
14          I further certify that I am not
15     related to any of the parties to this
16     action by blood or by marriage and that I
17     am in no way interested in the outcome of
18     this matter.
19          IN WITNESS WHEREOF, I have hereunto
20     set my hand this 14th day of May 2025.
21
22
23
                    _____
24                    NICOLE VELTRI, RPR, CRR
25