THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Publisher Plaintiffs | Case No. 2:21-cv-00563-JNW<br><br>**SUPPLEMENTAL NOTICE OF PERSONS AND ENTITIES WHO REQUESTED EXCLUSION FROM THE PUBLISHER PLAINTIFF CLASS** |

SUPPLEMENTAL NOTICE OF PERSONS AND ENTITIES WHO REQUESTED EXCLUSION FROM THE PUBLISHER PLAINTIFF CLASS
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1 | Pursuant to the Court's Order Amending Class Period, Granting Publisher Class Plaintiffs' Motion for Order Approving Notice of Class Certification, and Entry of Notice Schedule (ECF No. 440), and in accordance with Publisher Plaintiffs' Notice of Persons and Entities Who Requested Exclusion From the Publisher Plaintiff Class (ECF No. 543), the Publisher Plaintiffs submit this supplemental notice, which identifies the persons and entities who submitted effective exclusions from the class that the Court certified on November 25, 2024 (ECF No. 392), and also the persons and entities who submitted ineffective exclusion requests. The Notice Administrator received 1,674 exclusion requests, 1,641 of which were timely and effective, 11 of which were duplicative submissions and excluded from the list, and 22 of which were timely but ineffective. (*See* Declaration of H Jacob Hack Regarding Notice Administration, submitted herewith.)

SUPPLEMENTAL NOTICE OF PERSONS AND ENTITIES WHO REQUESTED EXCLUSION FROM THE PUBLISHER PLAINTIFF CLASS
CASE NO. 2:21-CV-00563-JNW

1

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | |
|---|---|
| DATED: December 4, 2025 | Respectfully submitted, |
| /s/ Matthew Hosen | /s/ Tyre L. Tindall |
| Matthew Hosen, WSBA #54855 | Tyre L. Tindall, WSBA #56357 |
| Alicia Cobb, WSBA #48685 | McKinney Wheeler, WSBA #60635 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILSON SONSINI GOODRICH & ROSATI P.C. |
| 1109 First Avenue, Suite 210 | 701 Fifth Avenue, Suite 5100 |
| Seattle, Washington 98101 | Seattle, WA 98104-7036 |
| Phone (206) 905-7000 | Phone (206) 883-2500 |
| Fax (206) 905-7100 | Fax (866) 974-7329 |
| matthosen@quinnemanuel.com | ttindall@wsgr.com |
| aliciacobb@quinnemanuel.com | mckinney.wheeler@wsgr.com |
| | |
| Steig D. Olson (*pro hac vice*) | Kenneth R. O'Rourke (*pro hac vice*) |
| David LeRay (*pro hac vice*) | Jordanne M. Steiner (*pro hac vice*) |
| Nic V. Siebert (*pro hac vice*) | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 1700 K Street, NW, Suite 500 |
| 295 Fifth Ave | Washington, DC 20006 |
| New York, New York 10016 | Phone (202) 973-8800 |
| Phone (212) 849-7000 | Fax (866) 974-7329 |
| Fax (212) 849-7100 | korourke@wsgr.com |
| steigolson@quinnemanuel.com | jsteiner@wsgr.com |
| davidleray@quinnemanuel.com | |
| nicolassiebert@quinnemanuel.com | W. Joseph Bruckner (*pro hac vice*) |
| | Joseph C. Bourne (*pro hac vice*) |
| Adam Wolfson (*pro hac vice*) | Laura M. Matson (*pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LOCKRIDGE GRINDAL NAUEN PLLP |
| 865 S. Figueroa St., 10th Floor | 100 Washington Avenue S, Suite 2200 |
| Los Angeles, California 90017 | Minneapolis, MN 55401 |
| Phone (213) 443-3285 | Phone (612) 339-6900 |
| Fax (213) 443-3100 | Fax (612) 339-0981 |
| adamwolfson@quinnemanuel.com | wjbruckner@locklaw.com |
| | jcbourne@locklaw.com |
| | lmmatson@locklaw.com |
| Ankur Kapoor (*pro hac vice*) | |
| Noah Brecker-Redd (*pro hac vice*) | Kyle Pozan (*pro hac vice*) |
| CONSTANTINE CANNON LLP | LOCKRIDGE GRINDAL NAUEN PLLP |
| 6 East 43rd St., 26th Floor | 1165 N. Clark Street, Suite 700 |
| New York, NY 10017 | Chicago, IL 60610 |
| Phone (212) 350-2700 | Phone (312) 205-8968 |
| Fax (212) 350-2701 | kjpozan@locklaw.com |
| akapoor@constantinecannon.com | |
| nbrecker-redd@constantinecannon.com | Kristie A. LaSalle (*pro hac vice*) |
| | LOCKRIDGE GRINDAL NAUEN PLLP |

SUPPLEMENTAL NOTICE OF PERSONS AND ENTITIES WHO REQUESTED EXCLUSION FROM THE PUBLISHER PLAINTIFF CLASS
CASE NO. 2:21-CV-00563-JNW

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

265 Franklin Street, Suite 1702
Boston, MA 02110
Phone: (617) 535-3763
kalasalle@locklaw.com

*Publisher Plaintiff Class Counsel*

SUPPLEMENTAL NOTICE OF PERSONS AND ENTITIES
WHO REQUESTED EXCLUSION FROM THE PUBLISHER
PLAINTIFF CLASS
CASE NO. 2:21-CV-00563-JNW

3

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: December 4, 2025

                                          */s/ Matthew Hosen*
                                        Matthew Hosen, WSBA # 54855

SUPPLEMENTAL NOTICE OF PERSONS AND ENTITIES WHO REQUESTED EXCLUSION FROM THE PUBLISHER PLAINTIFF CLASS
CASE NO. 2:21-CV-00563-JNW

4

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000