THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Publisher Plaintiffs | Case No. 2:21-cv-00563-JNW<br><br>**DECLARATION OF H JACOB HACK REGARDING NOTICE ADMINISTRATION** |

I, H Jacob Hack, hereby state under penalty of perjury as follows:

1. I am a Project Manager with Angeion Group International LLC ("Angeion"). Angeion is a legal notice and claims administration services provider with its headquarters in Philadelphia, Pennsylvania. Angeion has extensive experience in all facets of notice and claims administration and has successfully administered class notice in many cases.

2. Angeion is serving as the Notice Administrator in the above-captioned action and is administering notice consistent with the Court's Order Amending Class Period, Granting Publisher Class Plaintiffs' Motion for Order Approving Notice of Class Certification, and Entry of Notice Schedule (ECF No. 440).

3. This declaration is based on my personal knowledge and upon information provided to me by experienced Angeion employees. If called upon to do so, I could and would testify competently thereto.

**REQUESTS FOR EXCLUSION**

4. Angeion successfully delivered direct notice to 46,789 of the 46,905 class members by United States mail, email, or both.

5. The notices informed class members that any class member who wanted to exclude themselves from the class was required to mail their opt-out request to Angeion so that it was postmarked no later than September 2, 2025 or submit a request for exclusion online through the case website at www.ValvePublisherClassAction.com. Due to the suspension of postal service between the United States and Russia, Angeion issued a supplemental email notice to class members located in Russia that informed those class members of the ability to exclude themselves from the class by submitting a request for exclusion via email.

6. Angeion received 1,674 exclusion requests. Of those 1,674 exclusion requests, 1,641 were timely and effective, while 11 were duplicative submissions and excluded from the list. Attached as Exhibit 1 is a list of the exclusion requests that Angeion deemed timely and effective.

7. The remaining 22 exclusion requests were timely, but they were each ineffective. These exclusion requests were ineffective because they lacked the information necessary to permit Angeion to identify those persons and entities in the class list that Valve delivered to Angeion on May 5, 2025, pursuant to ECF No. 440. Attached as Exhibit 2 is a list of the exclusion requests that Angeion deemed ineffective.

8. Following the September 2, 2025 opt-out deadline, Angeion reached out to the persons and entities listed in Exhibit 2 and asked that they provide sufficient information to allow Angeion to identify them in the class list.

9. A representative for one class member, Milky Tea Limited, provided the information necessary to identify them in the class list. Angeion therefore deemed that exclusion

request valid and Exhibit 1 now includes Milky Tea Limited. Other persons and entities on Exhibit 2 provided information that allowed Angeion to conclude they are not contained in the class list and are therefore not class members. The remaining persons and entities on Exhibit 2 did not respond to Angeion's efforts to contact them using the contact information they supplied with their exclusion requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of December, 2025 in Milford, Connecticut.

*H Jacob Hack*
H Jacob Hack

DECLARATION OF H JACOB HACK REGARDING
NOTICE ADMINISTRATION
Case No. 2:21-cv-00563-JNW

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, I caused a true and correct copy of the foregoing to be served on counsel for Valve via email and filed with this Court's CM/ECF system.

DATED: December 4, 2025

*/s/ Matthew Hosen*
Matthew Hosen, WSBA #54855