| Notice ID | Submission Date | First Name | Last Name | Company Name | Comments |
|---|---|---|---|---|---|
| VAV000000003 | 7/17/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000004 | 7/17/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000010 | 7/19/25 | ▮ | ▮ | Island Bender Games | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000016 | 7/27/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000021 | 8/1/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000022 | 8/1/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000024 | 8/4/25 | Paradox | Interactive | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000026 | 8/6/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000031 | 8/12/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000032 | 8/12/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000042 | 8/20/25 | ▮ | ▮ | Megabit Publishing | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000045 | 8/20/25 | ▮ | ▮ | TutoTOONS | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000046 | 8/20/25 | ▮ | ▮ | Red Games Co. | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000047 | 8/20/25 | ▮ | ▮ | Otherside Entertainment | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000051 | 8/22/25 | ▮ | ▮ | Douze Dixiemes | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000056 | 8/25/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000060 | 8/27/25 | ▮ | ▮ | Feral Code Monkey | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000005 | 9/1/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000013 | 9/1/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000067 | 9/1/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000073 | 9/2/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |
| VAV000000074 | 9/2/25 | ▮ | ▮ | | Information provided on opt-out form does not match information on class list that Valve provided to the Notice Administrator on May 5, 2025, pursuant to ECF No. 440. |