THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Publisher Plaintiffs | Case No. 2:21-cv-00563-JNW<br><br>**PUBLISHER PLAINTIFFS'**<br>**UNOPPOSED MOTION TO SEAL** |

PUBLISHER PLAINTIFFS UNOPPOSED
MOTION TO SEAL
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

## I. RELIEF REQUESTED

Pursuant to Local Civil Rule 5(g), Publisher Plaintiffs bring this motion to file under seal the unredacted versions of Exhibits 1 and 2 to the Declaration of H Jacob Hack Regarding Notice Administration (ECF No. 575), which contain the personal identifying information of individuals who submitted exclusion requests. Valve met and conferred with Publisher Plaintiffs to agree on redactions to the public versions of these documents and thus does not oppose Publisher Plaintiffs' motion.

## II. BACKGROUND

On April 21, 2025, the Court entered an Order Amending Class Period, Granting Publisher Class Plaintiffs' Motion for Order Approving Notice of Class Certification, and Entry of Notice Schedule (ECF No. 440). The Order required Publisher Plaintiffs to "file with the Court a list of all persons and entities who timely requested exclusion from the class." (*Id.* at 3.) On September 16, 2025, Publisher Plaintiffs filed their Notice of Persons and Entities Who Requested Exclusion From the Publisher Plaintiff Class (ECF No. 543). In that filing, Publisher Plaintiffs notified the Court that it would provide the Court with an updated exclusion list after attempting to contact potential class members whose initial exclusions requests were identified as insufficient by the Notice Administrator. On December 4, 2025, Publisher Plaintiffs filed their Supplemental Notice of Persons and Entities Who Requested Exclusion From the Publisher Plaintiff Class (ECF No. 574), accompanied by the Declaration of H Jacob Hack Regarding Notice Administration (ECF No. 575). Attached to the Declaration are public redacted versions of Exhibits 1 and 2 (ECF Nos. 575-1, 575-2), which identify the exclusion requests deemed effective and ineffective, respectively, and redact only the names of individuals. So that the Court has access to the unredacted versions of these exhibits, Publisher Plaintiffs bring this motion to file them under seal.

## III. ARGUMENT

Local Civil Rule 5(g) recognizes the "strong presumption of public access to the court's files." L.C.R. 5(g). However, a moving party can overcome this presumption, and a "good cause"

PUBLISHER PLAINTIFFS UNOPPOSED MOTION TO SEAL
CASE NO. 2:21-cv-00563-JNW

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

standard applies to motions to seal documents attached to non-dispositive motions. *Weidenhamer v. Expedia, Inc.*, No. C14-1239RAJ, 2015 WL 7157282, at *2 (W.D. Wash. Nov. 13, 2015) (collecting cases). In *Weidenhamer*, the court granted the defendant's motion to seal customers' personal identifying information attached to class certification briefing, holding that the information was neither relevant at the time nor important to the public. *Id.* The same is true here. The names of individuals who have submitted exclusion requests is not relevant to any pending motions and is not important to the public.

Valve informed Publisher Plaintiffs that the identities of these individuals are protected from public disclosure as highly confidential information under the Protective Order in this matter, and also under the Steam Distribution Agreement that Valve executes with developers and publishers distributing their apps on Steam. Valve further informed Publisher Plaintiffs that many developers and publishers carefully guard their anonymity and that the disclosure of their names may cause harm to Valve's business relationships and to the individuals themselves. Moreover, consistent with these protections, individual developer and publisher names have been sealed throughout this litigation with the Court's approval. Publisher Plaintiffs, through the meet-and-confer process with Valve's counsel, have agreed to the least restrictive alternative and redacted only the first and last names of individuals who submitted requests on behalf of companies or who are publishers themselves, which are otherwise not available to the public (ECF Nos. 575-1, 575-2).

## IV.    CERTIFICATION

In accordance with Local Civil Rule 5(g)(3)(A), Publisher Plaintiffs certify that they met and conferred with counsel for Valve on numerous occasions between September 17, 2025 and November 26, 2025, via email and by videoconference, to agree on redactions to the public versions of Exhibits 1 and 2 to the Declaration of H Jacob Hack Regarding Notice Administration (ECF Nos. 575-1, 575-2).

PUBLISHER PLAINTIFFS UNOPPOSED MOTION TO SEAL
CASE NO. 2:21-cv-00563-JNW

3

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

## V. <u>CONCLUSION</u>

For these reasons, Publisher Plaintiffs respectfully request that the Court grant Publisher Plaintiffs' motion to seal and order that Exhibits 1 and 2 to the Declaration of H Jacob Hack Regarding Notice Administration remain under seal.

PUBLISHER PLAINTIFFS UNOPPOSED
MOTION TO SEAL
CASE NO. 2:21-CV-00563-JNW

4

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

DATED:     December 12, 2025                    Respectfully submitted,

/s/ Matthew Hosen                               /s/ Tyre L. Tindall

Matthew Hosen, WSBA #54855                      Tyre L. Tindall, WSBA #56357
Alicia Cobb, WSBA #48685                        McKinney Wheeler, WSBA #60635
QUINN EMANUEL URQUHART &                        WILSON SONSINI GOODRICH &
SULLIVAN, LLP                                   ROSATI P.C.
1109 First Avenue, Suite 210                    701 Fifth Avenue, Suite 5100
Seattle, Washington 98101                       Seattle, WA 98104-7036
Phone (206) 905-7000                            Phone (206) 883-2500
Fax (206) 905-7100                              Fax (866) 974-7329
matthosen@quinnemanuel.com                      ttindall@wsgr.com
aliciacobb@quinnemanuel.com                     mckinney.wheeler@wsgr.com

Steig D. Olson (*pro hac vice*)                 Kenneth R. O'Rourke (*pro hac vice*)
David LeRay (*pro hac vice*)                    Jordanne M. Steiner (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)                 WILSON SONSINI GOODRICH &
QUINN EMANUEL URQUHART &                        ROSATI, P.C.
SULLIVAN, LLP                                   1700 K Street, NW, Suite 500
295 Fifth Ave                                   Washington, DC 20006
New York, New York 10016                        Phone (202) 973-8800
Phone (212) 849-7000                            Fax (866) 974-7329
Fax (212) 849-7100                              korourke@wsgr.com
steigolson@quinnemanuel.com                     jsteiner@wsgr.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com                 W. Joseph Bruckner (*pro hac vice*)
                                                Joseph C. Bourne (*pro hac vice*)
Adam Wolfson (*pro hac vice*)                   Laura M. Matson (*pro hac vice*)
QUINN EMANUEL URQUHART &                        LOCKRIDGE GRINDAL NAUEN PLLP
SULLIVAN, LLP                                   100 Washington Avenue S, Suite 2200
865 S. Figueroa St., 10th Floor                 Minneapolis, MN 55401
Los Angeles, California 90017                   Phone (612) 339-6900
Phone (213) 443-3285                            Fax (612) 339-0981
Fax (213) 443-3100                              wjbruckner@locklaw.com
adamwolfson@quinnemanuel.com                    jcbourne@locklaw.com
                                                lmmatson@locklaw.com
Ankur Kapoor (*pro hac vice*)
Noah Brecker-Redd (*pro hac vice*)              Kyle Pozan (*pro hac vice*)
CONSTANTINE CANNON LLP                          LOCKRIDGE GRINDAL NAUEN PLLP
6 East 43rd St., 26th Floor                     1165 N. Clark Street, Suite 700
New York, NY 10017                              Chicago, IL 60610
Phone (212) 350-2700                            Phone (312) 205-8968
Fax (212) 350-2701                              kjpozan@locklaw.com
akapoor@constantinecannon.com

| | |
|---|---|
| nbrecker-redd@constantinecannon.com | Kristie A. LaSalle (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>265 Franklin Street, Suite 1702<br>Boston, MA 02110<br>Phone: (617) 535-3763<br>kalasalle@locklaw.com<br><br>*Publisher Plaintiff Class Counsel* |

PUBLISHER PLAINTIFFS UNOPPOSED MOTION TO SEAL
CASE NO. 2:21-CV-00563-JNW

6

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: December 12, 2025

*/s/ Matthew Hosen*
Matthew Hosen, WSBA #54855

PUBLISHER PLAINTIFFS UNOPPOSED MOTION TO SEAL
CASE NO. 2:21-CV-00563-JNW

7

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000