THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW <br><br> **ORDER GRANTING PUBLISHER PLAINTIFFS' UNOPPOSED MOTION TO SEAL** |

UPON CONSIDERATION of Plaintiffs' Unopposed Motion to Seal and the materials on file on this issue, and being fully advised, now, therefore,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Seal is GRANTED.

Dated this 16th day of December, 2025

_____
Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

DATED:   December 12, 2025         Respectfully submitted,

/s/ Matthew Hosen                                   /s/ Tyre L. Tindall

Matthew Hosen, WSBA #54855          Tyre L. Tindall, WSBA #56357
Alicia Cobb, WSBA #48685                 McKinney Wheeler, WSBA #60635
QUINN EMANUEL URQUHART &         WILSON SONSINI GOODRICH &
SULLIVAN, LLP                                      ROSATI P.C.

| | | |
|---|---|---|
| 1 | 1109 First Avenue, Suite 210 | 701 Fifth Avenue, Suite 5100 |
| 2 | Seattle, Washington 98101 | Seattle, WA 98104-7036 |
|  | Phone (206) 905-7000 | Phone (206) 883-2500 |
| 3 | Fax (206) 905-7100 | Fax (866) 974-7329 |
|  | matthosen@quinnemanuel.com | ttindall@wsgr.com |
| 4 | aliciacobb@quinnemanuel.com | mckinney.wheeler@wsgr.com |

1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
matthosen@quinnemanuel.com
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Ave
New York, New York 10016
Phone (212) 849-7000
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
Noah Brecker-Redd *(pro hac vice)*
CONSTANTINE CANNON LLP
6 East 43rd St., 26th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
nbrecker-redd@constantinecannon.com

701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (866) 974-7329
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7329
korourke@wsgr.com
jsteiner@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone (612) 339-6900
Fax (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Phone (312) 205-8968
kjpozan@locklaw.com

Kristie A. LaSalle (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
265 Franklin Street, Suite 1702
Boston, MA 02110
Phone: (617) 535-3763
kalasalle@locklaw.com

*Publisher Plaintiff Class Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: December 12, 2025

*/s/ Matthew Hosen*
Matthew Hosen, WSBA #54855