THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br><br>**RYAN LALLY'S LOCAL RULE 7(N) MOTION TO STRIKE VALVE'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 579) OR, IN THE ALTERNATIVE, TO ALLOW MOVANT LALLY TO FILE A BRIEF RESPONSE TO VALVE'S NOTICE**<br><br>**NOTE DATE: MARCH 3, 2026** |

Movant Ryan Lally respectfully moves this Court to strike Defendant Valve Corporation's ("Valve") Notice of Supplemental Authority (ECF No. 579) ("Notice") for failure to comply with Local Civil Rule 7(n) which requires a notice of supplemental authority to be submitted "without argument." Valve's Notice oversteps this requirement by including a narrative that mischaracterizes the holding in *SCPS LLC v. Kind Law*, 2026 WL 96898 (C.D. Cal. Jan. 8, 2026) ("*SCPS*") and its application to Lally's Motion for Sanctions (ECF No. 467) including, *inter alia,*

LALLY'S LR 7(N) MOT. TO STRIKE VALVE'S NOT. OF SUPP. AUTH. (ECF NO. 579) OR, IN THE ALTERNATIVE, TO ALLOW LALLY TO FILE A BRIEF RESP. TO VALVE'S NOT.
CASE NO. 2:21-CV-00563-JNW

MASON LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

1  by omitting the fact that the revised arbitration agreement in *SCPS* implicated an international
2  treaty which limited the Court's review of the issues raised there.
3      Alternatively, if the Court declines to strike Valve's Notice of Supplemental Authority,
4  Movant Lally respectfully requests the Court to grant Lally three (3) days to file a response to
5  Valve's notice, not to exceed three (3) pages.
6      WHEREFORE, the Movant Lally requests the Court to strike Valve's Notice of
7  Supplemental Authority (ECF No. 579) pursuant to LR 7(n), or in the alternative, to grant Lally
8  three (3) days to file a response to Valve's Notice of Supplemental Authority, not to exceed three
9  (3) pages.

11  DATED this 10th day of February 2026.

I certify that this Motion contains **193** words, in compliance with the Local Rules.

Respectfully submitted,

By: */s/ Gary E. Mason*
**Mason LLP**
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: tbell@masonllp.com
Email: jeisenberg@masonllp.com

*Counsel for Plaintiff Ryan Lally*

LALLY'S LR 7(N) MOT. TO STRIKE VALVE'S NOT. OF SUPP. AUTH. (ECF NO. 579) OR, IN THE ALTERNATIVE, TO ALLOW LALLY TO FILE A BRIEF RESP. TO VALVE'S NOT.
CASE NO. 2:21-CV-00563-JNW

2

MASON LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

*/s/ Michael C. Subit*
**Frank Freed Subit & Thomas LLP**
Michael C. Subit, WSBA No. 29189
Hoge Building
1 Manhattan West
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Tel.: (206) 682-6711
Email: msubit@frankfreed.com

*Local Counsel*

Lally's LR 7(n) Mot. to Strike Valve's Not. of Supp. Auth. (ECF No. 579) or, in the Alternative, to Allow Lally to File a Brief Resp. to Valve's Not.
Case No. 2:21-cv-00563-JNW

3

**Mason LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290