THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW |
| | **[PROPOSED] ORDER** |
| This filing relates to: ALL ACTIONS | |

This matter comes before the Court upon movant Ryan Lally's ("Lally") Local Rule 7(n) Motion to Strike Valve's Notice of Supplemental Authority (ECF No. 579), or in the Alternative, to Allow Movant Lally to File a Brief Response to Valve's Notice. Having thoroughly considered the parties' submissions and the relevant record:

IT IS HEREBY ORDERED:

**[PROPOSED OPTION 1: GRANTING MOTION TO STRIKE:]**

Lally's Motion to Strike (ECF No. 580) is GRANTED. Defendant Valve Corporation's Notice of Supplemental Authority (ECF No. 579) is STRICKEN, and the Court will not consider

[Proposed] Order
Case No. 2:21-cv-00563-JNW

Mason LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

Valve's Supplemental Authority (ECF No. 579) for purposes of resolving Lally's pending Motion for Sanctions (ECF No. 467).

**[PROPOSED OPTION 2: GRANTING MOTION TO STRIKE IN PART AND DENYING IT IN PART]**

  Movant Lally's Motion to Strike Valve's Notice of Supplemental Authority (ECF No. 579) is GRANTED IN PART and DENIED IN PART, as follows:

  THE Court DENIES Lally's Motion to Strike Valve's Notice of Supplemental Authority, and GRANTS Lally's Motion for Leave to File a Response to Valve's Notice of Supplemental Authority. Movant Lally shall have three (3) days to file his Response to Valve's Noice of Supplemental Authority not to exceed three (3) pages.

  DATED this ___ day of _____, 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. 2:21-CV-00563-JNW

2

**MASON LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290