THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE VALVE ANTITRUST LITIGATION

NO. 2:21-cv-00563-JNW

**NOTICE OF ADDRESS CHANGE**

**(CLERK'S ACTION REQUIRED)**

TO:      THE CLERK OF COURT; and

TO:      ALL COUNSEL OF RECORD

PLEASE TAKE NOTE that effective March 18, 2026, Terrell Marshall Law Group PLLC, counsel for intervenors Jason Brooks and Robert Austin McCuistion, will relocate to new offices at the following address:

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109

RESPECTFULLY SUBMITTED AND DATED this 17th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
Beth E. Terrell, WSBA No. 26759
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA No. 43387
Email: bchandler@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Intervenors Jason Brooks and Robert Austin McCuistion*

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

NOTICE OF ADDRESS CHANGE - 1
CASE NO. 2:21-cv-00563-JNW