THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITGATION

No. 2:21-cv-00563-JNW

**NOTICE OF FIRM NAME CHANGE**

**(CLERK'S ACTION REQUIRED)**

TO:   CLERK OF COURT; and

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Gary E. Mason, counsel of record for Plaintiff Ryan Lally in the above-captioned action, has changed his law firm affiliation. The law firm formerly known as Mason LLP is now known as Mason & Perry LLP.

This change is administrative in nature only and does not affect counsel's representation in this matter.

All future service of documents in this matter should be sent to:

Gary E. Mason
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com

NOTICE OF FIRM NAME CHANGE
CASE NO. 2:21-CV-00563-JNW

**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

DATED this 24th day of March 2026.

Respectfully submitted,

By: */s/ Gary E. Mason*

**MASON & PERRY LLP**
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: tbell@masonllp.com
Email: jeisenberg@masonllp.com

*Counsel for Plaintiff Ryan Lally*

*/s/ Michael C. Subit*

**FRANK FREED SUBIT & THOMAS LLP**
Michael C. Subit, WSBA No. 29189
Hoge Building
1 Manhattan West
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Tel.: (206) 682-6711
Email: msubit@frankfreed.com

*Local Counsel*

NOTICE OF FIRM NAME CHANGE
CASE NO. 2:21-CV-00563-JNW

2

**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290