THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITGATION | No. 2:21-cv-00563-JNW |
| | **RYAN LALLY'S MOTION TO STRIKE VALVE'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 581) OR FOR LEAVE TO RESPOND** |
| | **NOTE DATE:** April 14, 2026 |

Movant Ryan Lally respectfully moves this Court to strike Defendant Valve Corporation's ("Valve") Notice of Supplemental Authority (ECF No. 581) for failure to comply with Local Civil Rule 7(n), which requires a notice of supplemental authority to be submitted "without argument." Valve violates that requirement in its Notice by misconstruing issues disputed in this action, characterizing the holdings in the proffered supplemental authorities, and misapplying them to this

RYAN LALLY'S MOT. TO STRIKE
VALVE'S NOTICE OF SUPPL. AUTHORITY
OR FOR LEAVE TO RESPOND
CASE NO. 2:21-CV-00563-JNW

MASON & PERRY LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

case.[1] Everything after the first sentence in Valve's Notice of Supplemental Authority is improper argument that should be stricken.

Alternatively, if the Court declines to strike Valve's Notice of Supplemental Authority, Movant Lally respectfully requests the Court to grant him seven (7) days to file a response to Valve's Notice, not to exceed three (3) pages.

WHEREFORE, the Movant Lally requests that the Court strike Valve's Notice of Supplemental Authority (ECF No. 581) or, in the alternative, grant Lally seven (7) days to file a response to Valve's Notice of Supplemental Authority, not to exceed three (3) pages.

DATED this 24th day of March 2026.

I certify that this Motion contains 238 words, in compliance with the Local Rules.

Respectfully submitted,

By: */s/ Gary E. Mason*
**MASON & PERRY LLP**
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: tbell@masonllp.com
Email: jeisenberg@masonllp.com

*Counsel for Plaintiff Ryan Lally*

---

[1] Valve filed this Notice of Supplemental Authority in violation of the Local Civil Rules even after Movant Lally put it on notice of LCR 7(n)'s proscription against argumentation. Ryan Lally's Local Rule 7(n) Motion to Strike Valve's Notice of Supplemental Authority (ECF No. 579), or in the Alternative, to Allow Movant Lally to File a Brief Response to Valve's Notice, *In re Valve Antitrust Litig.*, No. 2:21-cv-00563-JNW (W.D. Wash.), ECF No. 580.

RYAN LALLY'S MOT. TO STRIKE
VALVE'S NOTICE OF SUPPL. AUTHORITY
OR FOR LEAVE TO RESPOND
CASE NO. 2:21-CV-00563-JNW

2

**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

/s/ Michael C. Subit
**FRANK FREED SUBIT & THOMAS LLP**
Michael C. Subit, WSBA No. 29189
Hoge Building
1 Manhattan West
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Tel.: (206) 682-6711
Email: msubit@frankfreed.com

*Local Counsel*

RYAN LALLY'S MOT. TO STRIKE
VALVE'S NOTICE OF SUPPL. AUTHORITY
OR FOR LEAVE TO RESPOND
CASE NO. 2:21-CV-00563-JNW

3

**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290