THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITGATION

No. 2:21-cv-00563-JNW

**[PROPOSED] ORDER GRANTING RYAN LALLY'S MOTION TO STRIKE VALVE'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 581) OR FOR LEAVE TO RESPOND**

**NOTE DATE**: April 14, 2026

This matter came before the Court on Ryan Lally's Motion to Strike Valve's Notice of Supplemental Authority (ECF No. 581) or For Leave to Respond (the "Motion"). The Court, having reviewed the parties' briefing and the relevant record, hereby ORDERS that:

Ryan Lally's Motion is GRANTED.

____ All argumentation proffered by Defendant Valve Corporation in its Notice of Supplemental Authority (ECF No. 581) is STRUCK; OR

[PROPOSED] ORDER GRANTING RYAN LALLY'S
MOT. TO STRIKE VALVE'S NOTICE OF SUPPL.
AUTHORITY OR FOR LEAVE TO RESPOND
CASE NO. 2:21-CV-00563-JNW

MASON & PERRY LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

_____ Ryan Lally is GRANTED leave to respond to the Notice of Supplemental Authority. Any response shall be no longer than three (3) pages and is due seven (7) days from the date this order is issued.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
United States District Judge

Presented by:

By: _/s/ Gary E. Mason_____
**MASON & PERRY LLP**
Gary E. Mason (_pro hac vice_)
Danielle L. Perry (_pro hac vice_)
Theodore B. Bell (_pro hac vice_)
Jacob D. Eisenberg (_pro hac vice_)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: tbell@masonllp.com
Email: jeisenberg@masonllp.com

_Counsel for Plaintiff Ryan Lally_

_/s/ Michael C. Subit_____
**FRANK FREED SUBIT & THOMAS LLP**
Michael C. Subit, WSBA No. 29189
Hoge Building
1 Manhattan West
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Tel.: (206) 682-6711
Email: msubit@frankfreed.com

_Local Counsel_

[PROPOSED] ORDER GRANTING RYAN LALLY'S
MOT. TO STRIKE VALVE'S NOTICE OF SUPPL.
AUTHORITY OR FOR LEAVE TO RESPOND
CASE NO. 2:21-CV-00563-JNW

2

**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290