The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

_____

This Filing Relates to:

*Brandon Drake, et al. v. Valve Corporation*,

Case No. 24-cv-01743-JNW

Case No. 2:21-cv-00563-JNW

**REQUEST FOR REMOVAL FROM SERVICE LIST**

TO: CLERK OF COURT AND ALL PARTIES OF RECORD

Pursuant to the notice of voluntary dismissal on behalf of Plaintiffs Brandon Drake and Eric Saavedra, filed on May 22, 2025 in the above titled action, attorneys Karin B. Swope, Thomas E. Loeser, and Ellen J. Wen  of the law firm Cotchett, Pitre, & McCarthy, LLP, hereby respectfully request that the Court remove them from the service list in connection with this matter.

DATED: May 22, 2026
        Seattle, Washington

Respectfully submitted:
*/s/ Karin B. Swope*_____

REQUEST FOR REMOVAL FROM
SERVICE LIST - 1

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

Karin B. Swope, WSBA No. 24015

Thomas E. Loeser, WSBA No. 38701
Ellen J. Wen, WSBA No. 61324

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
kswope@cpmlegal.com
tloeser@cpmlegal.com
ewen@cpmlegal.com

*Attorneys for Plaintiffs Brandon Drake And Eric Saavedra*

REQUEST FOR REMOVAL FROM
SERVICE LIST - 2

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 22nd day of May, 2026

/s/ Karin B. Swope
Karin B. Swope

REQUEST FOR REMOVAL FROM
SERVICE LIST - 3

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272