THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW<br><br>**ORDER GRANTING VALVE CORPORATION'S MOTION FOR CLARIFICATION REGARDING PROTECTIVE ORDER**<br><br>**(PROPOSED)** |

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Motion for Clarification Regarding Protective Order and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Motion for Clarification Regarding Protective Order is GRANTED.

(1)     Valve's interpretation of the Stipulated Protective Order (the "Federal Protective Order") (ECF 95) is CONFIRMED in that the procedure set forth in Section 7 for documents designated as 'Confidential' or 'Highly Confidential

(PROPOSED) ORDER GRANTING VALVE'S MOTION FOR
CLARIFICATION REGARDING PROTECTIVE ORDER -
CASE NO. 2:21-cv-00563-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

– Attorney's Eyes Only is limited to subpoenas and court orders issued by federal and state courts in the United States;

(2)    To the extent Arbitrator Richard Mainland's May 3, 2026 Order requires production of documents received in discovery from Plaintiffs and third parties that the producing parties designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Federal Protective Order, compliance with Arbitrator Mainland's May 3 Order would violate the Federal Protective Order; and

(3)    _____

_____

_____

(4)    _____

_____

_____

IT IS SO ORDERED.


DATED this __ day of _____, 2026.


_____

HONORABLE JAMAL N. WHITEHEAD
United States District Judge

(PROPOSED) ORDER GRANTING VALVE'S MOTION FOR
CLARIFICATION REGARDING PROTECTIVE ORDER -
CASE NO. 2:21-cv-00563-JNW – 2

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
David Friedman, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com
dfriedman@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
Caroline Li, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com
cli@wilkinsonstekloff.com

*Attorneys for Defendant Valve Corporation*

(PROPOSED) ORDER GRANTING VALVE'S MOTION FOR
CLARIFICATION REGARDING PROTECTIVE ORDER -
CASE NO. 2:21-cv-00563-JNW – 3