THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

No. 2:21-cv-00563-JNW

**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF DEFENDANT VALVE CORPORATION'S MOTION TO EXCLUDE THE OPINIONS OF STEVEN SCHWARTZ**

**FILED UNDER SEAL**

I, Rakesh N. Kilaru, declare and state as follows:

1.    I am an attorney representing Valve Corporation ("Valve") in the above-captioned matter.  I am over the age of 18, competent to testify, and I make this declaration of my own personal knowledge.

2.    A true and correct copy of the Rebuttal Merits Expert Report of Steven Schwartz, Ph.D., dated April 25, 2025, is attached hereto as **Exhibit 1**.

3.    A true and correct copy of the Opening Merits Expert Report of Steven Schwartz, Ph.D., dated January 27, 2025, is attached hereto as **Exhibit 2**.

4.    A true and correct copy of the Corrected Merits Expert Report of Lesley Chiou, Ph.D., dated April 22, 2025, is attached hereto as **Exhibit 3**.

DECL. OF RAKESH N. KILARU ISO VALVE'S MOTION TO
EXCLUDE THE OPINIONS OF STEVEN SCHWARTZ - 1
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005

5.     A true and correct copy of excerpts of the Merits Expert Deposition Transcript of Steven Schwartz, Ph.D., taken on May 14, 2025, is attached hereto as **Exhibit 4**.

6.     A true and correct copy of excerpts of the Merits Expert Deposition Transcript of Joost Rietveld, Ph.D., taken on May 16, 2025, is attached hereto as **Exhibit 5**.

7.     A true and correct copy of a document produced by Humble Bundle at HB_Valve001262, and introduced as Exhibit 30 to Steven Schwartz's Merits Expert Deposition, is attached hereto as **Exhibit 6.**

*8.*     A true and correct copy of the testimony of Jim Ryan, former President and CEO of Sony Interactive Entertainment, in *FTC v. Microsoft,* 23-cv-02880-JSC (N.D. Cal. 2023), published as "RX5059 (Redacted)," is attached hereto as **Exhibit 7**.

9.     A true and correct copy of a presentation with the American Bar Association (ABA), titled "What Can You Prove with Statistical Evidence, or How Do I know if All Those Numbers Are Good or Bad?" given by Steven Schwart, Ph.D. on March 14, 2022 and introduced as Exhibit 28 to Steven Schwartz's Merits Expert Deposition, is attached hereto as **Exhibit 8.**

10.    A true and correct copy of a document produced by Epic Games at EPIC_VALVE_0000364, and introduced as Exhibit 7 to Steven Schwartz's Merits Expert Deposition, is attached hereto as **Exhibit 9.**

11.    A true and correct copy of excerpts of the Deposition Transcript of Ricky Uy, taken on October 24, 2023, is attached hereto as **Exhibit 10**.

12.    A true and correct copy of the Merits Report of Ashley Langer, Ph.D., dated March 26, 2025, is attached hereto as **Exhibit 11**.

13.    A true and correct copy of excerpts of the Deposition Transcript of Ashley Langer, Ph.D., taken on May 12, 2025, is attached hereto as **Exhibit 12**.

14.    A true and correct copy of the Supplemental Opening Merits Report of Steven Schwartz, Ph.D., dated March 7, 2025, is attached hereto as **Exhibit 13**.

DECL. OF RAKESH N. KILARU ISO VALVE'S MOTION TO
EXCLUDE THE OPINIONS OF STEVEN SCHWARTZ - 2
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005

15. A true and correct copy of the Rebuttal Expert Merits Report of R. Harold Schroeder, CPA., dated March 26, 2025, is ssattached hereto as **Exhibit 14**.

16. A true and correct copy of excerpts of the Class Certification Expert Deposition Transcript of Steven Schwartz, Ph.D., taken on April 18, 2024, is attached hereto as **Exhibit 15**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 27th day of May, 2025 in Washington, D.C.

*s/ Rakesh N. Kilaru*
Rakesh N. Kilaru

DECL. OF RAKESH N. KILARU ISO VALVE'S MOTION TO
EXCLUDE THE OPINIONS OF STEVEN SCHWARTZ - 3
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005