# EXHIBIT 5

# (Dkt No. 450.05)

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

--------------------------------------x

In Re VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JNW

--------------------------------------x

 HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Video-Recorded

DEPOSITION OF JOOST RIETVELD

New York, New York

Friday, May 16, 2025

Reported by:

Frank J. Bas, RPR, CRR

Page 121

J. Rietveld - HIGHLY CONFIDENTIAL - AEO

Q.    And 31 percent were in the digital format?

A.    Correct.

Q.    And if we look at 2011, 65 percent of sales are in the physical format and 35 percent are in the digital format?

MR. KAPOOR:  Objection to form.

A.    In the broad video game industry, as reported in this graph.

Q.    And it isn't until 2013 that digital sales capture more than 50 percent of the market as it's defined in this chart?

A.    That is correct.

MR. KAPOOR:  Objection.

Professor, please give me a second in case I have an objection.

In that case I did have an objection.  And the objection is to the form of the question being vague and ambiguous as to the term "market."

BY MS. ARNOLD:

Q.    And you stated in your report, in paragraph 15, that "The data presented above indicates that the balance shifted from

Page 122

J. Rietveld - HIGHLY CONFIDENTIAL - AEO
physical to digital formats in 2013," correct?

A.    Correct.

Q.    Okay.  And that is eight years
after Steam had started distributing
third-party games on its platform?

MR. KAPOOR:  Objection to form.

A.    Yes.  2013 is eight years after
2005.

Q.    I want to take a quick look at
Figure 2, which you just referenced.

You stated that this is a -- you
called Figure 2 "Trend Towards Predominantly
Digital Distribution For PC Games in the U.S."

Is that correct?

A.    That is correct.

MR. KAPOOR:  I'm sorry.  Which
page?

MS. ARNOLD:  It's just the next
page, 9.

Q.    And what was your source for this
data?

A.    This is the Newzoo data.

Q.    What is Newzoo?

A.    Newzoo is one of the organizations

J. Rietveld - HIGHLY CONFIDENTIAL - AEO

in this industry that collects and aggregates and analyzes data on the size of the industry and particular segments within it.

Q.   Do you believe that Newzoo is a reliable source of data in this industry?

MR. KAPOOR:  Objection to form.

A.   I think Newzoo is a reliable source of data to the extent that we're relying on it here for broad industry trends.

Q.   Okay.  Did you do any work to verify the data presented in the Newzoo reports that you are relying on here?  Did you just accept the data from Newzoo as being accurate?

MR. KAPOOR:  Objection to form. We're talking about this specific figure?

MS. ARNOLD:  I am asking about this specific data and then I'm happy to broaden it.

A.   I have no reason to believe that there is -- that there's anything wrong with this data.  It might be off by percentage points.  But I -- I believe the -- the shifts

Page 124

J. Rietveld - HIGHLY CONFIDENTIAL - AEO reported in this graph to be accurate.

Q.   Okay.  But you haven't done any independent work to go back to see how Newzoo compiled this data or if the underlying data was in fact accurate?

A.   I've looked at their methodology.

Q.   Okay.  For this particular graph?

A.   Broadly, generally.  The Newzoo data has been used by various experts in this matter.  It's come up in different reports and at different stages.

Q.   You have no question about the reliability of the Newzoo data at least that you're relying on, right?

A.   No.

Q.   And are you critical of any of the Newzoo data, the accuracy of the data that other experts have relied upon?  Like, do you question the reliability of that data somehow?

A.   So the data, as I understand it, part of what they are offering as a product is title-level estimates.  And these are estimates.  And so I -- there's been some reporting by other analysts that some of that

Page 350

C E R T I F I C A T E

STATE OF NEW YORK        )

COUNTY OF NEW YORK       )

I, FRANK J. BAS, a Certified Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose testimony is hereinbefore set forth, was duly sworn by me and that such testimony given by the witness was taken down stenographically by me and then transcribed.

I further certify that I am not related by blood or marriage to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

That any copy of this transcript obtained from a source other than the court reporting firm, including from co-counsel, is uncertified and may not be used at trial.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of May, 2025.

_Frank J. Bas_

_____

FRANK J. BAS, RPR, CRR