# EXHIBIT 8

# (Dkt No. 450.08)

# What Can You Prove with Statistical Evidence, or How Do I know if All Those Numbers Are Good or Bad?

Presented by the
American Bar Association
and
ABACLE



AMERICAN**BAR**ASSOCIATION



EXHIBIT
Schwartz 28
5/14/25
NV

**American Bar Association**
**ABACLE**
**321 North Clark Street, Suite 2000**
**Chicago, IL 60654-7598**
**www.americanbar.org**
**800.285.2221**

---

# Submit a Question

Visit
https://americanbar.qualtrics.com/SE/?SID=SV_2uB91twXeymw6FL&pCode=CE2203INT
to submit a question on the content of this course to program faculty. We'll route your
question to a faculty member or qualified commentator in 2 business days.

---

The materials contained herein represent the opinions of the authors and editors and should not be construed to be the action of the American Bar Association or ABACLE unless adopted pursuant to the bylaws of the Association.

Nothing contained in this book is to be considered as the rendering of legal advice for specific cases, and readers are responsible for obtaining such advice from their own legal counsel. This book and any forms and agreements herein are intended for educational and informational purposes only.

© 2022 American Bar Association. All rights reserved.

This publication accompanies the audio program entitled "What Can You Prove with Statistical Evidence, or How Do I know if All Those Numbers Are Good or Bad?" broadcast on March 14, 2022 (event code: CE2203INT).

# INTENSITY

# What Can You Prove with Statistical Evidence, or How Do I Know if All Those Numbers Are Good or Bad?

March 14, 2022

---

**Steven Schwartz, Ph.D.**
Managing Director
Intensity, LLC
Dallas, Texas

**intensity.com**



© 2022 Intensity, LLC

PRIVILEGED AND CONFIDENTIAL / ATTORNEY WORK PRODUCT / PRELIMINARY DRAFT
CONFIDENTIAL AND PROPRIETARY. *Do not cite, quote, or distribute.*



# Data! Statistics! Understanding the Meaning of Life (with Data and Statistics)

- Message of the day! Don't be shy about data! DEFINITELY don't be shy about statistics!

  - Data = Information

    - Data ≠ Numbers

    - Data = Numbers + Context + Source

**LESSON 1:**

Understanding and explaining data require us to understand the number, the context in which that number is observed, and the source.

© 2022 Intensity, LLC    **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*

2



# Number + Context + Source

- Number: pretty obvious what this means

  - Sales volume

  - Price

  - Age

- Context: What does the number depict?

  - Consider a data series showing reported sales

© 2022 Intensity, LLC    **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*    3



# Data Context: Sales Data

| | | |
|---|---|---|
| 14,361,211 | 12,017,002 | - |
| 15,074,191 | 12,316,616 | - |
| 15,166,207 | 13,040,210 | 10,611 |
| 17,891,916 | 13,896,607 | 91,431 |
| 18,310,001 | 14,771,432 | 283,771 |
| 18,016,142 | 15,210,312 | 356,291 |
| 17,432,116 | 16,007,519 | 517,991 |
| 15,817,210 | 16,743,910 | 843,062 |
| 15,612,901 | 17,212,310 | 1,120,312 |
| 15,156,210 | 17,943,519 | 1,753,077 |
| 15,001,710 | 18,337,263 | 2,910,816 |
| 16,607,901 | 18,742,301 | 3,516,491 |

© 2022 Intensity, LLC      **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*

# What is the Context for the Data? Where is it From?



- Sales of what? CONTEXT

- From when? CONTEXT

- From where? CONTEXT

- To whom? CONTEXT

- Unit of measure? CONTEXT

- Final or preliminary? CONTEXT

- Public or non-public? CONTEXT

- Who collected/provided the data? SOURCE

- Basis for reliability? SOURCE

**Before you can decide how to use data in your case analysis and presentation, you need to understand context and source!**

© 2022 Intensity, LLC     CONFIDENTIAL AND PROPRIETARY. *Do not cite, quote, or distribute.*



# Back to Our Story in a Moment

- **Why are we talking about this? Data Presentations can be enormously powerful evidence!**

- 4 questions for you to consider with respect to data

  1. Can I use data to prove something, and if so, what can I prove?

  2. How do I use data properly to prove what I want to establish?

  3. How can I be sure of what the data are telling me?

  4. When are the data enough, and when do I need to go further (into the land of statistics)?

- Data ≠ Statistics

  - Data is information

  - Statistics is a way to analyze/interpret information

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# Some Further Context: Let's Tell a Story

**Imagine a lawsuit**

- Plaintiff: a widget supplier selling product throughout the world, with a single manufacturing facility in the United States

- A sales decline in the United States occurs, and the company blames its key distributor for failing to meet "best efforts" obligations because it fired key salespeople and failed to replace them

- The plaintiff files suit for breach of contract and claims lost profit damages based on the sales decline that occurred starting in 2015

- It asserts in its complaint that evidence of its sales and profits loss is evident from the fact that its U.S. sales fell while sales in the EU and the rest of the world ("ROW") did not

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*

 **Adding Context to the Data: Look to Our Complaint**

- Potential stories from the data become clearer with context. See how much more we know!

Annual Widget Sales, by Region (Units)

| Year | North America | EU | ROW |
|------|--------------|-----|-----|
| 2010 | 14,361,211 | 12,017,002 | - |
| 2011 | 15,074,191 | 12,316,616 | - |
| 2012 | 15,166,207 | 13,040,210 | 10,611 |
| 2013 | 17,891,916 | 13,896,607 | 91,431 |
| 2014 | 18,310,001 | 14,771,432 | 283,771 |
| 2015 | 18,016,142 | 15,210,312 | 356,291 |
| 2016 | 17,432,116 | 16,007,519 | 517,991 |
| 2017 | 15,817,210 | 16,743,910 | 843,062 |
| 2018 | 15,612,901 | 17,212,310 | 1,120,312 |
| 2019 | 15,156,210 | 17,943,519 | 1,753,077 |
| 2020 | 15,001,710 | 18,337,263 | 2,910,816 |
| 2021 | 16,607,901 | 18,742,301 | 3,516,491 |

© 2022 Intensity, LLC      **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# Can You Use These Data—by Themselves—to Prove Your Damages Claim?

- Let's add more context:

| Year | Units | North America Dollars | Avg. Price | Units | European Union Dollars | Avg. Price | Units | Rest of the World Dollars | Avg. Price |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 14,361,211 | $ 6,175,320.73 | $ 0.43 | 12,017,002 | $ 3,725,270.62 | $ 0.31 | - | | |
| 2011 | 15,074,191 | $ 6,546,721.15 | $ 0.4343 | 12,316,616 | $ 3,879,734.04 | $ 0.3150 | - | | |
| 2012 | 15,166,207 | $ 6,652,550.54 | $ 0.4386 | 13,040,210 | $ 4,238,068.25 | $ 0.3250 | 10,611 | $ 3,448.58 | $ 0.3250 |
| 2013 | 17,891,916 | $ 7,926,645.35 | $ 0.4430 | 13,896,607 | $ 4,565,035.40 | $ 0.3285 | 91,431 | $ 30,035.08 | $ 0.3285 |
| 2014 | 18,310,001 | $ 8,192,988.00 | $ 0.4475 | 14,771,432 | $ 4,911,501.14 | $ 0.3325 | 283,771 | $ 94,353.86 | $ 0.3325 |
| 2015 | 18,016,142 | $ 8,521,635.17 | $ 0.4730 | 15,210,312 | $ 5,057,428.74 | $ 0.3325 | 356,291 | $ 118,466.76 | $ 0.3325 |
| 2016 | 17,432,116 | $ 9,069,929.95 | $ 0.5203 | 16,007,519 | $ 5,362,518.87 | $ 0.3350 | 517,991 | $ 173,526.99 | $ 0.3350 |
| 2017 | 15,817,210 | $ 9,052,663.80 | $ 0.5723 | 16,743,910 | $ 5,634,325.72 | $ 0.3365 | 843,062 | $ 283,690.36 | $ 0.3365 |
| 2018 | 15,612,901 | $ 9,829,304.79 | $ 0.6296 | 17,212,310 | $ 5,895,216.18 | $ 0.3425 | 1,120,312 | $ 383,706.86 | $ 0.3425 |
| 2019 | 15,156,210 | $ 10,495,967.94 | $ 0.6925 | 17,943,519 | $ 6,369,949.25 | $ 0.3550 | 1,753,077 | $ 622,342.34 | $ 0.3550 |
| 2020 | 15,001,710 | $ 7,805,389.71 | $ 0.5203 | 18,337,263 | $ 6,509,728.37 | $ 0.3550 | 2,910,816 | $ 1,033,339.68 | $ 0.3550 |
| 2021 | 16,607,901 | $ 8,641,090.89 | $ 0.5203 | 18,742,301 | $ 6,700,372.61 | $ 0.3575 | 3,516,491 | $ 1,257,145.53 | $ 0.3575 |

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# Now the Analysis Part: Here Come the Statistics

- To this point, we have just been looking at data; now we get to the analytical piece

- Statistics is a method of analysis; Data presents information

  - Remember our tables: they show us sales rising in North America until the 2015-2016 period, then a decline before a possible recovery in 2021

  - Sales growth in the EU and ROW

  - Implication: something changed in the U.S. relative to prior years and as compared to the other regions.

  - Question: do we have evidence of economic damages that we can link to the challenged behavior?

- To answer that question, we need some statistics

© 2022 Intensity, LLC        CONFIDENTIAL AND PROPRIETARY. *Do not cite, quote, or distribute.*



# A Primer on Statistics



## Descriptive Statistics



## Analytical Statistics

- Measures of Central Tendency: Mean Median Mode
- Measures of Dispersion: Variance, Standard Deviation, for example

- E.g., Correlation measures; coefficients; metrics for statistical significance; "goodness of fit"
- Hypothesis testing, forecasts, simulations, causation analysis, statistical controls

© 2022 Intensity, LLC    **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*

 **But Wait...Why do I Need statistics?**

- Why, indeed? Isn't the story clear? Sales fell, when the bad acts happened? Why isn't that enough? A jury can see the decline. Why mess up a good and easy story?

- You could go with that story. But, it would be wrong.

- What is it that data, alone, cannot do?

    - Test competing hypotheses? (Sales didn't fall because of the bad acts, they fell because of higher prices)

    - Test the strength of a relationship (What are the most important determinants of sales?)

    - Assess reliability (Are my conclusions meaningful (dare I say....statistically significant!))

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# But How Do I Explain Complicated Statistics to a Jury? It's More Straightforward than You Think!



LESSON 2:

Juries "get" intuition; avoid buzzwords and focus on the question being asked and the answers; don't get bogged down in details

© 2022 Intensity, LLC    CONFIDENTIAL AND PROPRIETARY. *Do not cite, quote, or distribute.*



# Using Statistics to Measure Damages: Why Did Widget Sales Fall?

**Step 1: Framing the question**
- Sales fell in the U.S. (units), but not other regions. Why?
- What are possible explanatory factors?
  - Pricing?
  - Competition?
  - Changes in the U.S. market?
  - The alleged bad acts?

**Step 2: Framing the analysis**
- How do we answer the question?
- What will the answer look like?
  - What metrics will you see?
  - How do you know what they mean?
  - How do you know if they matter?
  - Manage expectations

**Step 3: Can you trust the results?**
- Statistical significance
- Sensitivity

© 2022 Intensity, LLC     CONFIDENTIAL AND PROPRIETARY. *Do not cite, quote, or distribute.*



# Explaining the Model: KISS Principle at Work

**The "thing" we want to explain:**
Widget sales in the U.S.

**Explanatory factors:**
Pricing; competition; the economy; demand factors; the alleged bad acts

 

**THE ANSWERS:**
**COEFFICIENTS (Telling us the relationship) and STATISTICAL SIGNIFICANCE MEASURES (Telling us how certain we can be)**

© 2022 Intensity, LLC     **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# Explaining the Results

- What are coefficients? Numbers that tell us the size and direction of a relationship.

    - Trying to make things more detailed than that to a jury generally adds complication without offering much (or any) corresponding benefit

    - As a general matter, all a jury needs to know: the coefficient tells us the size and direction of a relationship

- What about statistical significance? A different story

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# Statistical Significance: How Do You Know What to Trust?

- A reality about analytical statistics: uncertainty is unavoidable

  - Analytical statistics is necessarily imprecise

  - Question: How precise are the results? Are they precise enough to be trusted

- Brings us to the notion of STATISTICAL SIGNIFICANCE

  - Statistical significance: how certain can I be that the *coefficients* are accurate measures of size and direction

  - Measured in percentage terms, e.g., 90% confidence level; 95% confidence level; 99% confidence level

    - Saying that a coefficient is significant at the 95% level means that you can be 95% certain that the coefficient is an accurate number and not the result of random factors

    - Higher levels of statistical significance = higher degrees of certainty

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# A Helpful (I hope) Metaphor

- Imagine a puzzle with 100 pieces



**Person A** ➡ **50 pieces**

- Person A fits the pieces as best as he can;
  - He may have an idea about what the puzzle is, but you can't be very confident.
  - Repeated games with a new draw: same low confidence



**Person B** ➡ **90 pieces**

- Person B fits the pieces as best as she can;
  - She will have a better idea of what the puzzle is but can't be fully confident.
  - Repeated games with a new draw: doesn't raise the confidence level



**Person C** ➡ **99 pieces**

- Person C will know what the puzzle is with very high confidence.
  - No matter which 99 pieces he gets, his conclusion will be very strong, with a high degree of confidence

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# Statistical Significance: How Much Can We Trust the Results?

- The higher the level of statistical significance—think more puzzle pieces—the more confident we can be that the statistical results we observe are the real relationship and not some random relationship

- Standard measures of statistical significance: 95% or 99%. General rule is that any level below that FAILS the test of statistical significance

**LESSON 3:**
Statistical analysis is meaningful only when we know whether the results are statistically significant. Results that are not statistically significant are, as a general rule, not reliable, not meaningful.

© 2022 Intensity, LLC    **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*

 **Now Back to Our Damages Analysis**

- How can statistical analysis help us analyze damages?
  - Unit sales fell; dollar sales did not
  - Prices rose at the same time as the unit sales decline....and the challenged behavior
  - We need to establish the distinct effect of the behavior at issue—separate from other things going on in the market and the economy—to determine the damages
  - It is nearly impossible to isolate that effect without some form of statistical analysis
    - Statistical analysis is designed to control for other factors
    - Statistical analysis is ideal for isolating the effect of any one factor

© 2022 Intensity, LLC    **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# Such a Powerful Tool, Such a Bad Rap

- **The usual worries...**
  - It's too complicated.
    - The actual "doing" can be complicated, but the explanation does not have to be. Intuition is a great appeal for jurors.
  - A jury will never get it.
    - See above. Juries can and do get it. But, you need to hear your expert explain what he/she is planning on doing. Make sure you can reduce the analysis to something approachable for a jury. That effort will be repaid.
  - It isn't necessary to do statistics to get to the right answer
    - Maybe, maybe not. How will your expert control for extraneous factors without some form of statistics? How will he/she establish the reliability of the results without a standard metric? Not having an established, testable approach sends you to *Daubert*-land.

© 2022 Intensity, LLC          **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*



# The Final Lesson...and Some Conclusions

**LESSON 4:**

Lesson 4: The use of statistical analysis is often not a choice, but a necessity!

## And some conclusions

- Remember: Data = Information; Statistics = Analysis
- Even simple, descriptive statistics can be powerful analytical tools
- Analytical statistics are superior tools for analyzing complicated questions around data
- Statistical analysis may not be a choice
- Regardless, statistical analysis is a tool for your experts to embrace.

© 2022 Intensity, LLC        **CONFIDENTIAL AND PROPRIETARY.** *Do not cite, quote, or distribute.*

**What Can You Prove with Statistical Evidence, or How Do I know if All Those Numbers Are Good or Bad?**

**March 14, 2022**

**Operator:** Welcome to What Can You Prove with Statistical Evidence, or How Do I know if All Those Numbers Are Good or Bad? Sponsored by the American Bar Association. If you are seeking CLE credit, you must attend the entire program, partial credit is not available. Please click on all participation verification alerts during the program to confirm your attendance. Only after the program ends, a link to complete the certification process will appear. Please complete the evaluation and the CLE affidavit providing your bar information as requested.

Once the completed form is submitted, and your attendance verified, your certificate will be emailed to you. Moderating and presenting our program today, we have Aminta Raffalovich, a Vice President at Intensity specializing in economics of technology and innovation. Aminta, you may proceed with the program.

**Aminta Raffalovich:** Thank you. Greetings, everyone. It's my pleasure this morning, my time at least, to introduce you to Intensity and my co-panelist. Intensity is an economic and statistical consulting firm based in San Diego, but we have offices all over the country including Dallas where Dr. Steven Schwartz is located. Dr. Steven Schwartz is one of our leading economists with over 35 years of consulting experience. He's worked across a broad spectrum of practice areas including intellectual property, complex commercial litigation, antitrust, class action, and securities in finance.

Today, Dr. Schwartz will be speaking about the analysis, utilization, and efficacy of statistical evidence. Please join me in welcoming Dr. Schwartz.

**Dr. Steven Schwartz:** Aminta, thanks. Good morning, everyone from Dallas, Texas. It's a pleasure to be here. I'm strangely excited to be talking about statistical evidence and data, because more and more in the work that I do, the need to analyze data and be able to present data in a meaningful and robust way is not just a choice but a necessity. You'll hear that phrase later on, and you'll understand I hope by the end when I say just that.

One of the challenges, of course, whenever you're dealing with data, whenever the issue of how we deal with statistics comes up, is the concern about whether that evidence is going to be understandable to the fact finder. Is it something that a judge or most often a jury will be able to get their arms around and grasp and fully comprehend?

What I would like to do today is talk through some of the issues helping you understand data, statistics, what data can do for you, what it can't, and what some of the challenges are both in presenting that evidence and cross-examining that

File                                    name:                              O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

1

evidence. That's our agenda for today. I'm going to dive in. I look forward to any questions that you have. With that, let me get started.

What can you prove with statistical evidence? A lot. How do you know if all those numbers are good or bad? Well, that's the challenge. I've broken them down into two questions, because I think fundamentally, they are two distinct issues. Understanding what statistical evidence can help you prove is crucial to the decision about whether you need it. Whether it is a choice, or whether it is a necessity. How do I know if all those numbers are good or bad is an essential question for you to be able to answer, and for your expert to be able to answer in order to know what challenges you're going to face when you actually begin and present your evidence.

Let's begin. The message of the day, don't be shy about data, and definitely don't be shy about statistics. I'm going to make a distinction, and I think it's an important distinction between data and statistics. I want to begin by defining a few terms. Data is information. Data is not numbers. It is often numbers, but data can be anything. Information from a document is data. Like you, most often, when I think of data, I am thinking about numbers, but I'm also thinking about more. I would suggest to you that data is numbers plus the context for those numbers, and the source.

Lesson one for the day, understanding and explaining data as a requirement. The requirement is that we understand the number, we understand the context in which that number is observed, and we understand the source of that number. Let me explain. A number it's pretty obvious what this means. It could be sales volume, it could be price, it could be age, it could be income. A number by itself tells you almost nothing. You need the context. What does the number depict?

Let me give you an example. I'm going to show you some numbers. Here's some numbers. Sales data. You cannot tell me what those mean, because I haven't given you any context. I haven't told you whether those numbers represent sales in dollars, yen, euros. I haven't told you whether they represent sales of units. I haven't told you what units they are. I haven't told you the time period. You don't know whether they're annual or quarterly. You don't know whether each of those points represent the sales for different companies. You don't know what those columns represent. Context matters. The context is critical.

What is the context for the data? I've already told you what sales. Sales of what? Context question. From when? What's the time period? Second context question. From where? From where means two things. Is there a geographic element? As we'll see below, from where it could also mean source. We'll get to that in a second. To whom? Who are the customers? Who are the sales going to? Are we talking about retail sales? Are we talking about wholesale sales? What's the unit of measure? Talking about currency? Are we talking about units?

Are the data final, or are they preliminary? Are these data that are going to be revised later, or are these the data that feed into the company's reporting? Are they public or non-public? Are these numbers that have been presented to the investing public, or are these internally held? Those are all important context questions.

File                    name:                    O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

2

Every time you see numbers, that particular form of data, questions like this ought to immediately pop into your mind. When you're doing discovery, and you receive data as part of your discovery requests, you're looking at the sales data, you can't understand what they mean until you understand context.

Now, sources are also critical. Who collected and provided the data? Are these data from the company? Are they from a competitor? Are they public estimates from analysts? Who provided them? How do we know that they're reliable? Are these data that are presented, assembled, amassed, created in the ordinary course of business? Were they created for litigation? Are they back of the envelope numbers put together by a salesperson? The source is critical, because reliability depends on the source. Understanding relies or depends on the context.

Before you can decide how to use data in your case analysis, in your presentation, before you can work with your expert to figure out whether the data can be relied on for his or her analysis, you need to understand context and source. That needs to be a critical element of your question. Now, we're going to go back to our story in a second with those columns of data. We're going to add some context, and we'll talk a little bit about source.

Before we do that, I want to talk a little bit about our why. Why are we talking about this? I'd like to submit for you to ponder the notion that data presentations can be enormously powerful evidence done with the right goal in mind and properly presented. I think there are four questions that need to be considered by lawyers and frankly, by the experts who are using the data.

Question one, can I actually use the data to prove something? Will these data allow me to get an answer to a question? If so, what's the question? It's always helpful to know what the data can tell you and frame the question around that. Now, how do I use the data properly to prove what I want to establish? It really is a question about avoiding overreach, don't read more into the data than is there.

It's also about how you tell your story. This leads very neatly into the second portion of the talk where we talk about statistics and statistical evidence, because sometimes you will need statistical evidence in order to use the data, the information properly to prove what it is that you're trying to establish. Now, how can I be sure of what the data are telling me? How do I know what the data mean? How do I frame the right questions around the data? This is a process that requires a lot of thought, often requires experts to help you understand it. It leads importantly into the fourth question.

When did the data alone give me an answer? When do I need more? When do I need to go beyond the data themselves and into the land of statistics? Hopefully, we will be able to address and answer all of these questions, at least in a very general way as we continue on.

I want to make another important point because oftentimes, folks make a mistake, lawyers make it, sometimes experts make it, judges make it. Data and statistics are not the same thing. Data is information. Statistics is a way to analyze that

File                                                    name:                                                    O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

3

information. Data tells us something, statistics help us understand what that something is and what it means. Now let's tell a story. Let's add some context to our sales data.

Imagine a lawsuit in which the plaintiff sells widgets. They sell their widgets throughout the world, they have one manufacturing facility in the United States. There is a sales decline in the United States, the company filed suit against its key distributor and alleges that the distributor breached this agreement for failing to meet its best efforts obligations. Why? It fired key salespeople and it didn't replace them.

The plaintiff filed suit and claims that lost profit damages occurred based on the sales decline that happened, starting in 2015. In the complaint, it makes an assertion, evidence of its sales and profits loss can be found in the fact that US sales fell, while sales in the European Union and the rest of the world did not. Important context, now let's go back to our data.

The story behind the numbers starts to become a lot clearer now with context. Look at how much more we know. We've identified that what's being measured here are sales of widgets, in units, by region. Three very important points. Their annual, their units, they're broken down by region. Now let's look at the table. We have the year, we know the data cover 2010 to 2021. We know that there are three regions, North America, European Union, rest of the world. It tells us how they divide their market. We look at the sales.

Now, when we look at the sales, we, in fact, see the pattern that the company alleged in its complaint. Sales reached the peak in 2014 in North America and declined thereafter until 2021 when they started to increase again.

Meanwhile, we look at the European Union and throughout that same period from 2014 on, sales rose. Not by the same amount every year, not always by a large amount, but they rose steadily. We look at the rest of the world, we see the same pattern, 2010 to 2011, there were no sales in the rest of the world. 2012, 2013, clearly just beginning, but from 2014, all the way up to 2021, unit sales rose rather robustly.

That seems to fit very nicely into the narrative in the complaint that I described, and it's broadly consistent with the story that the plaintiff is trying to tell. Somewhere in 2015, those key salespeople were fired by the important distributor, they weren't replaced. Lo and behold, sales declined. It looks like we've got a story, but do we? Do we know enough now to be able to say, "Ah, we proved damages?" Let's look a little further. Let's add even more context. Let's add even more data.

Now, I've expanded the table to add dollar sales in addition to unit sales, and I've calculated average price, just dollars divided by units. Now, I noticed something interesting in North America. If you take a second, I'm going to give you a second just to look at the numbers, you'll see something very interesting. From 2014 through 2019, what happened to the price that they were charging? It rose pretty dramatically, almost 50%. It declined in 2020. Unit sales basically flattened out, the

File                    name:                    O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

4

decline stopped, maintained its price in 2021, and unit and dollar sales started to rise.

Now, remember the allegation. Sales declined in North America, they didn't decline in the European Union and the rest of the world. What happened in the European Union? What was happening with its price? From 2014 through 2021, it barely moved. It was essentially flat. The rest of the world, what do we see? We see the exact same story. Prices essentially flat. Why is that important? Maybe we have a confounding factor to the story.

If you're representing the defendant, you want to think about everything else that could be explaining the sales decline, because you want to attack the plaintiffs' theory by saying, "Well, no, it wasn't anything that we did that caused your sales to decline. You did it to yourself because you raised price. You didn't do it in the European Union. You didn't do it in the rest of the world." Boom, I've now proved that it's the price increase that did it. That's the reason why your sales declined.

I haven't proved it, but it's certainly a story that might be resonant with the jury. If you're presenting the story as a plaintiff, you've got a confounding factor you're going to have to explain. You know the defendants going to put these numbers up. Suddenly, your story is not so clear. What do you do? How do you solve this problem?

Now we get to the analytical point. The data by themselves aren't enough, because the data tell a mixed story. The data don't allow you to isolate the effect of the behavior that is being challenged, and the results that we're trying to observe. Now we have to get into an analytical frame of mind. This is where statistics come in.

Now, what I would say to you if you are presented with a story like this or a case like this, statistics or analysis, I won't say statistics yet, but analysis of the data is an absolute necessity. You have to go beyond the data themselves. Over the next few minutes, I'm going to explain to you why that analysis is perfectly suited for a statistical presentation. Statistics is a method of analysis, data presents information. Said that a few times, I'll probably say it a few times more. Remember the tables that show us sales rising in North America until 2015, 2016, then a decline.

We have the sign of a possible recovery in 2021. Through that period, unit sales growth, dollar sales growth in the European Union and the rest of the world. Something changed in the US relative to prior years. Something was different in the US compared to other regions. Do we have evidence of economic damages that we can link to the challenged behavior? No. How do we get that evidence? We need statistics. I'm going to give a very, very, very high-level primer on statistics, at least a way to think about them. I'm going to perhaps unfairly if any of you are closet statisticians you will see that what I am doing is a little bit unfair.

I'm going to bucket statistics into two broad categories. I'm going to do it just for purposes of simplicity. It'll just make things easier to understand. Bucket one is what I'm going to call descriptive statistics. These are things that we are all familiar with. One category of descriptive statistics are what we would call measures of central

File                                                    name:                                            O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

5

tendency, mean, the average, median, what's in the middle, the mode, what do we have the most of.

Fancy name, measures of central tendency, but we are all familiar with these. Then we have measures of dispersion, variance, and standard deviation. What do my data look like? What's the average, how spread out are they? Are they all clustered together close or are they spread far apart? Those are descriptive statistics. They can be very powerful.

The second bucket I'm going to call analytical statistics. These are the ones that sometimes send shivers up and down the spine of people who are using them and presenting them. These are things like correlation measures, regression coefficients, metrics for statistical significance, or "goodness of fit". They involve hypothesis testing, preparing forecasts, running simulation, doing causation analysis, and identifying proper statistical controls. Those are the things that make people's hair stand on end. When they're talking about data being imponderable to an audience of laypeople who aren't statisticians, that's what they're talking about. What I'm here to tell you is you need not have any fear. Let's dive in a little bit deeper.

I urged you earlier on. Then I just repeated that urging to consider whether statistics were a choice or a necessity. I think it's important to ask yourself and ask your expert that key question. Wait a minute, let's talk about this. Why do I need statistics? Let's look at the stylized example that I've created here and see if I can answer the question. Why indeed.

On first flush, as presented in the complaint, the story is pretty clear. The bad acts happened. Sales fell. Why isn't that enough? A jury can easily see the decline. It's simple. It's straightforward. The data are clear. Why do I need to mess it up? Why mess up a good and easy story? Well, you could go with that story, but that story could be wrong. To understand why that story could be wrong, let's ask ourselves what is it that the data alone cannot do? One of the things that data cannot do is test competing hypotheses. We already talked about one competing hypothesis that you know you're going to hear from the other side.

Sales didn't fall because of key salespeople being fired. They fell because of the higher prices, it's an alternative explanation. It's got to be addressed by the proponent of the damages analysis. It is surely going to be addressed by the critic of the damages analysis. Data alone cannot reconcile the two competing stories. It cannot tell us which one is more likely. That's one reason why you would need a statistical approach. What else cannot we do with data? We can't test the strength of a relationship. What are the things that are most important in determining sales levels?

We know a lot of things in the real world actually affect how well the product sells. Some things are going to be more important than others. One of those things will be the quality of the folks selling the product. How important is that? Is it the driver to sales or is it just incidental and small? Data alone cannot answer that question.

File                                  name:                                  O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

6

Third, data cannot assess the reliability of my conclusions. They just can't. Are my conclusions meaningful? Are they significant? Are they statistically significant? There's simply no way to know from data alone. That is why in cases like this, you need statistics.

How do I explain statistics to a jury? That question gets asked of experts all the time. How are you going to explain it? What I would say in the past, what I will say to you, what I will say in the future is that complicated concepts like statistics, first need to be reduced to something intuitive. Once they are turned into something intuitive, then they become something relatable.

That brings me to my lesson two. Juries get intuition. You can explain complicated statistics by avoiding buzzwords. You focus on the question being asked, you focus on the answers being observed, and you don't get bogged down in details. Juries do not need to know the statistical properties of full information, maximum likelihood, regression estimators. They don't, your expert does. You may need to know a few of them in order to be sure that what your expert is doing is sensible. Juries never need to know that. They don't even need to hear the words. They need intuition.

Let's get practical. How can I explain or answer the question, why did widget sales fall? I would suggest to you that there are really three stages of the analysis. Each important. Each of them has to be gotten right, but they require that you look at things sequentially. You can't leap to the last box to step three. You have to do the hard work of step one and step two. Even though you as the lawyer will not be the person actually doing the analysis, you need to be able to understand the answers to step one, step two, and step three, because you've got to present it or you've got to cross-examine it. You can't push that issue off to the side for your expert.

Let's frame the question. Let's talk about our case here. Unit sales fell in the US, but not other regions. Why? What was going on in the US? What was going on in the other regions? What are some possible explanations? Pricing. We've observed the pricing data. Let me just remind you. Let me take you back a couple of slides just so you can see. Go back to this slide. Remember we've got very distinct differences in the pattern of price increases in the European Union and the rest of the world versus North America. How important is price in getting us to our answer?

Other possible explanatory factors, competition. Is competition more or less vigorous in the North America region versus the European Union and the rest of the world? Did something change in the competitive environment? Did somebody in the US enter the market? Did they come out with a new and improved widget? Did they see you raise price and cut theirs, or did they see you raise price, but not raise theirs by as much? Were there other changes in the US market? Did somebody come out with a new and better widget?

Then we've got the alleged bad acts. How important were the salespeople? Who were these salespeople? Where were they selling? What regions did they cover? Did nobody replace them? What was the sales model that was used prior? What's the new sales model? All of those things are part of framing the question for the

File                                    name:                                O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

statistical analysis. It leads us right into step two, which is now we've got to frame the analysis. We've identified the question that we want to answer. Now we have to frame or choose the analytical framework we're going to use to get those answers.

How do we answer the question? What statistical method are we going to use? Can we get the answer just with descriptive statistics or do we need to do something more analytical? If we're doing something more analytical, what's my answer going to look like? What are the metrics that I'm going to see? How will I know what they mean, and how will I know if they matter?

That leads to the last bullet, which is managing expectations. Whose expectations? First, yours. Your expert is going to do this analysis. You need to be realistic about what output you're going to get from it. Not whether the answer's going to be good or bad, but how much information you're going to give and how much it might mean. It's also going to be important to manage the expectations for the jury or the judge who's going to hear the evidence in court. It's probably also a good idea to manage the expectations of the client who may be looking for definitive evidence that their story is correct, and the answers are very rarely that clear.

Having framed the analysis, we can now do the analysis. We get results and that leads us to Step 3. The question, can you trust the results? There are two things that you need to understand, you need to ask your expert about, and you need to explain to a jury. One, statistical significance. Are the results really meaningful? Do I trust them to be telling me what I think they're telling me? Number two, how sensitive are the results if I make one little change in an assumption, if I make one little tweak to what I'm doing do my results change? Those are essential elements of can I trust the results?

Now, how do I explain this? The old bugaboo keeps coming back. I suggest that we all remember the KISS principle, which when I was talking to my kids when they were younger, I would say, "Keep it simple, silly." We all may know that last S to mean something different, but the KISS principle really does apply. What's the thing we want to explain? Widget sales in the US. We have explanatory factors, pricing, competition, the economy, demand factors, the alleged bad acts. They come together and they give us answers.

Coefficients. They tell us the relationship and measures of statistical significance. They tell us how certain we can be. A jury will understand that. Very simple, very straightforward, easy to wrap your arms around. Now, I've got to explain the results. What are coefficients? Now, you may have run into regression analysis in the past. You may have taken a regression or a statistics course and seen regression. You may have a painful recollection of coefficients.

What are they? They're very simply numbers, and they're numbers that tell us the size and the direction of a relationship. A coefficient will have a positive sign or a negative sign that tells us how it relates to the thing we're trying to explain, and as a size, the relationship is big or small. From experience, I can tell you that trying to

File                                              name:                                        O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

8

make things more detailed than that to a jury, generally adds complication and rarely offers much corresponding benefit.

As a general matter, all a jury needs to know is what we just said, a coefficient tells us the size of a relationship and its direction. Go beyond that with a lot of thought and a lot of care as to why you need to explain more. Sometimes you will, but be very thoughtful about giving the jury more information than this.

Now, statistical significance, that's a little bit of a different story. Statistical significance is how we know what to trust. It requires us to embrace a certain reality about statistics. That is that uncertainty is unavoidable. Analytical statistics is necessarily imprecise. The question isn't are the results precise? It's how precise are they, and more importantly, are they precise enough to be trusted?

You can think of statistical significance as asking the following question. How certain or comfortable can I be that the coefficients I've already put in front of you are accurate measures of the size and direction of the relationship I'm trying to capture? Now, statistical significance is typically measured in percentage terms, 90%, 95%, 99%. When we say that a coefficient is statistically significant at the 95% level, what we mean is that we can be 95% certain that the coefficient is an accurate number and not the result of some random factor. Axiomatic. Higher levels of statistical significance, higher levels of certainty.

I'm going to present what is, I hope, a helpful metaphor for which I credit my colleague, Aminta. She was the one who suggested this to me. Imagine there's a puzzle and it has 100 pieces and you give a random person 50 pieces drawn from the box. Now, person A fits those pieces together as best as he can. Some of the pieces will actually knit together and some are just going to be sitting there. Some might be edge pieces so you know where they kind of go, but others aren't going to be, and you may not have any place to put them. You may not know where they should be placed.

You might have a vague idea about what the puzzle is were it all to be put together, but you can't be very confident. If you throw those 50 pieces back and pull out another 50 pieces, you're going to get the same answer. You're just not going to be terribly confident. 50% confidence, not nearly good enough, but what about 90%? I pull 90 pieces out of a puzzle. Going to fit them together as best as I can.

Person B may have a better idea of what the puzzle was, but they can't be fully confident. It may look like a picture of a castle but maybe it's not a castle, maybe it's a French villa. Can't really be sure, and if you repeat the process, with a new draw, dump those pieces in and pull out 90 new ones and just look at what you put together doesn't raise the confidence level. You're more confident but you're still not certain.

Now you got a person C. You get person C 99 pieces. I don't care which 99 pieces you give that person. That person C is going to know with a very high degree of confidence what that picture is. That's the analogy to statistical significance. 99% you are very confident that you can trust the relationship, that you can trust those

File                                          name:                                    O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

9

coefficients to be telling you something that is accurate. 90%, it's 50% no confidence at all.

The higher the level of statistical significance and keep thinking back about those puzzle pieces, the more confident you can be that the statistical analysis you're doing is yielding a real relationship and not something at random and a general rule. Standard measures of statistical significance are 95 and 99%. That any level below that fails the test of statistical significance. If your expert or the opposing expert wants to claim statistical significance for something at a 90% level, they better be prepared to explain why, because that is not the standard approach.

It brings us to our third lesson. Statistical analysis is meaningful only when we can say something about statistical significance. When the results are not statistically significant, as a general rule, they are not reliable and they are not meaningful. They should be ignored, given a little weight.

Now back to our damages analysis. Let's see if we can tie up the loose ends and get everything put together. How can statistical analysis answer our question? Unit sales fell, dollar sales didn't. Prices rose at the same time as the unit sales decline, and at the same time as the challenge behavior. What we're looking to do is establish the distinct effect of the behavior issue. Separate from other things going on in the market, separate from the economy, and that will help us determine the damages.

You cannot do that without statistics. Statistical analysis is perfectly suited in many ways, I would argue it is uniquely well suited to control for other factors. It is ideal for isolating the effect of any one factor. If you base your analysis on the data alone, you won't be able to explain your controls, you won't be able to identify a reason or a basis for ignoring those other things that could be explanatory factors for sales, or explaining how much weight you're going to give them or why you're not going to give them any weight at all.

Again, to go back to one of the themes at the beginning. In this case, statistics and statistical analysis is not a choice. It is a necessity. Statistics is a very powerful tool and it gets such a bad rap. It's too complicated. I want to remind you that doing it is complicated but the explanation doesn't have to be. Jurors love intuition. Especially in an area like this, intuition can be very powerful in persuading jurors, that what you've gotten something they ought to believe. A juror won't ever get it.

Well, remember point one jurors can do get it. If you're going to be presenting statistical analysis, I implore you, have your expert explain what he or she is going to do. Make sure you can reduce it to something approachable, spend time on that, spend time on it at the beginning of the analysis, as the analysis was proceeding, as you're getting ready for deposition, when you're getting ready for trial. A lot of work but the effort will be repaid. The third worry, we don't really have to do statistics, maybe, maybe not.

Ask yourself questions. How is your expert going to control for extraneous factors without doing statistics? How will he or she establish the reliability without having a

File                              name:                          O-11512FS-12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

10

standard metric? If you don't have an established, testable approach sent you to Doubert-land. That's not a place that you want to be.

The final lesson, lesson four, probably could have predicted this one uses statistical analysis is often not a choice, but a necessity. Five points to leave you with.

Remember data is information, statistics, a method of analysis. Even simple descriptive statistics can be very powerful. They can be very powerful, analytical, and explanatory tools. Analytical statistics are very strong tools, superior tools for analyzing complicated questions that arise around the data that we use.

Using statistics, you may not have a choice. Statistics is a tool that your experts should be prepared to embrace and you along with them. That's the story. I'm happy to answer any questions that you might have. I will stop.

**Aminta:** I'm ready to start it off. One question that I think is important is, how do I know what kind of data I should even ask for during discovery? Because obviously, the type of data you have will limit your ability to do certain statistical analysis. Any thoughts on that?

**Dr. Steven:** Yes, I think it's important to think long and hard about what it is you're going to have to prove and what questions you need to answer when you're making your discovery requests. I know it's a broken record with experts who plead, "Please, please, please bring us in early to help you with discovery." One of the important reasons for doing that is to make sure that you get the data that you're going to need to answer the questions to make sure that that you ask questions, not just about the data, but that your interrogatories go in to describe the competitive environment. What other changes were made in the sales process?

That you completely understand what it is that was happening because that adds to the context. Early engagement is critical with your expert. Those requests are not just for the numbers, but it's for the documents and the testimonial discovery that helps explain them. One thing that I will say is if I have a common refrain from lawyers who are saying, "Well, we finished discovery and we've got their tax returns." I would say, "That doesn't really tell me anything."

You're almost always going to have to dig deeper into the data that you need. No one's going to have to get down and dirty with, tell me how you collect sales. Give me your quarterly sales data by region, by product, by SKU. It's always better to ask for more and then fight over how much they actually give you or find out what they don't have. Highly aggregated tax data, highly aggregated data across all product's probably isn't going to help you very much. You need to go deeper than that.

One other point I meant to-- just pop into my head. Another reason for engaging your expert early whichever side of the V, you are on is to help think about what the analysis of the damages question if it's a case like this might look like. It's worth spending some time just stepping back and thinking how am I going to have to solve this problem? How am I actually going to prove up my damages? That will get you to

File                                    name:                                    O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

11

a place where you actually know what data to ask. The other side to produce what data you're going to need your client to produce.

Let's see, we have one more question that popped up. The question is will the expert reduce the analysis to something approachable for a jury or is that exclusively the attorney's job? It is a team effort. Part of the reason that to me it is so important that as the lawyer you be engaged with your expert about the nature of the analysis is that, you need to be thinking about how that analysis is going to be presented.

It's very important that you have an expert who can communicate a complicated analysis in an approachable way and you don't have to finalize it until late in the game but you ought to be thinking about it because that needs to be a joint product. It's got to be something that the expert is comfortable with and it's got to be something that the lawyer feels like a jury will grasp. I also want to differentiate between the level of detail and complexity you go into in the report versus what you go into at trial.

In the report, you want to be as detailed as in the weeds as pointy-headed as necessary. You want to make sure that you meet your discovery obligations that the expert discloses everything necessary in order to survive motions and **[unintelligible 00:53:06]** for failure to disclose or survive for not having a reliable method. What goes in the report and that level of detail is going to be very different from what goes in front of a jury and very different from the way that you would explain it at deposition. I hope that answered your question.

**Aminta:** Steve, what's been your experience with presenting statistical evidence to judges, and how are judges receiving this kind of information?

**Dr. Steven:** The simple and way too glib answer is to say it depends on the judge. Some judges are both receptive to statistical evidence and knowledgeable about it. Some are receptive but they have no experience with it so they really don't know very much. Other judges are just not really interested in entertaining anything that looks that complicated. I think you have to know your judge and you have to know what the judge, especially if it's a bench trial, what level of detail the judge is going to want to hear. What level of detail if it's a jury trial, the judge is going to let you go into.

You've had 10 judges. You're going to have 10 different levels of interest and experience with statistical evidence. There's another question that popped up which I think is a great one. Should law schools be offering a basic statistics course? Yes, absolutely yes. It is amazing to me how much time lawyers spend presenting or talking about statistical evidence without having nearly firm enough grounding.

I think it would be enormously helpful for lawyers if they had a working knowledge of some of the terms of art that get used in statistics, if for no other reason than to know when somebody's trying to pull the wool over their eyes. Having that working knowledge I think would be incredibly helpful and I think law schools should offer it.

**Aminta:** I agree.

File                                name:                                O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

12

**Dr. Steven:** Can I go back to one point I probably should have explained in a bit more detail? I talked about descriptive statistics and I talked about mean, median, mode, and measures of dispersion. I asserted towards the end of my talk that they could be enormously powerful and persuasive. I want to take 30 seconds to explain that.

Sometimes you can tell a really strong story by laying the best foundation. Sometimes the best foundation is just saying this is what the data look like. Let me show you a picture. These are the numbers, I'm going to graph it. This is what it looks like. In our sales example here, it'd be really helpful to have a picture showing sales declining in the US, North America, and going up everywhere else.

If I'm the defendant, I'm coming in and saying look what's happening to dollar sales and look at what's happening to price. It provides just a great way to present in a visual way an important part of your story. I think we sometimes forget that for many jurors, the visual learning aspect is very persuasive and very powerful. In those descriptive statistics lend themselves so well to visual depiction that they become incredibly powerful. That's a great reason for using those descriptive statistics not instead of statistical analysis but in parallel with statistical analysis.

**Aminta:** That's an excellent point. I tend to think that juries are really receptive especially to graphs. If you can tell your story via a graph, if you can show that postpreliminary injunction, their sales fell tremendously. If you can do that with statistics, you can say I've controlled for all these other factors. It is exactly whatever the conduct was that was enjoined that caused this. I think that is a really important point.

**Dr. Steven:** I know we've probably gone on we're either approaching the end. Just final thoughts. Thank you so much to everyone for taking the time to listen in and to watch I hope this was helpful. If any of you have questions about anything that pop up or that you'd like to discuss further, please reach out to me. I'll be happy to discuss it.

I think the unstated and now I'll state it messaging all of this is that you really need to work with your experts in pulling this together. You really need to make sure that you understand what your expert is doing and that your expert be able to explain it to you. If your expert can't, then you need to work on that some more.

This goes to the point about the role of the expert in putting something together that's approachable for a jury versus the role of the attorney. It's part of the creative and professional working relationship that you need to have. When you're expert says I'm going to do something statistical, you shouldn't run and hide, you should say, "Okay, let's embrace it. Let's figure this out because one of the things that I have learned over the years is that the presentations are so much stronger when the jury senses that the lawyer asking the question actually understands the question that they're asking and is fully engaged with it.

It's worth it to make your expert explain what he or she is doing. Your expert will grouse and complain quietly about having to spend the time, but deep down they

File                                          name:                                          O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

13

know it will make for a better piece of testimony at the end. It will make for a much better presentation. I don't know if that's been your experience. It's certainly been mine.

**Aminta:** Absolutely.

**Dr. Steven:** Same thing with discovery. It is an interactive, collaborative approach. Work with your expert on that, get your expert the data he or she needs, and you will end up with a much stronger, much more powerful presentation. Don't hesitate. Your client won't want to necessarily engage the expert too early, but they will actually save money by doing it. You will end up with a much more powerful, much more robust, analysis. If that is the last word of wisdom I give you, I will end on that note.

Again, thank you so much for taking the time, and I think Aminta we can turn it back over to Nicky.

**Aminta:** Nicky, it's all yours.

**Operator:** Thank you. On behalf of the American Bar Association, ABACLE, thank you for participating in this program. To learn more about the sponsors, visit the ABA website at www.americanba.org. Thank you, and please click on the evaluation link as we value your feedback.

**[01:01:42] [END OF AUDIO]**

File                                    name:                                    O-11512FS-
12512Frecordings2FWhat_Can_You_Prove_with_Statistical_Evidence__or_How_Do_I_know_if_All_
Those_Numbers_Are_Good_or_Bad-22-03-14.mp4

14