# EXHIBIT 12

# (Dkt No. 450.12)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

- - - - - - - - - - - - - - -+
                              |
                              |
IN RE:                        |    Case Number:
                              |
                              |    2:21-cv-00563-JNW
VALVE ANTITRUST LITIGATION    |
                              |
                              |
                              |
- - - - - - - - - - - - - - -+


        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                   Video Deposition of

                   ASHLEY LANGER, Ph.D.

                   Monday, May 12, 2025

                        9:06 a.m.

                   in Washington, D.C.


Reported by:  Laurie Donovan, RPR, CRR, CLR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

A    I would have to search for the word "rigor." It's not something I was searching for, so I don't know.

Q    Have you yourself identified any errors in the Boik and Corts modeling laid out in the paper in the appendices?

A    I do not believe that there are any errors. I have not found any errors in the math, in the algebra, or in the proofs.  There are some sections of the paper that I may not have written the words describing that algebra or math in the same way, but I don't think of those as errors.  That's part of the author's prerogative.

Q    Does the Boik and Corts model apply economic reasoning, or is it just math?

MR. KILARU:  Object to the form.

THE WITNESS:  So the Boik and Corts model is a combination of math and economic reasoning, so in economics, we often want to think about how to -- under what assumptions or under what conditions does economic reasoning hold.  We frequently use math to show those connections or how those assumptions may lead to particular conclusions.  So the math is part of the economic reasoning.

Page 67

BY MR. OLSON:

Q     And does -- Dr. Schwartz's platform competition model often -- also is a combination of math and economic reasoning, correct?

A     So Dr. Schwartz's platform competition model is a bit different from this Boik and Corts paper, so I want to explain how it differs, and that helps to answer your question.

So the, this paper, this Boik and Corts paper is a theoretical paper, as I've said, that shows how certain assumptions can lead to certain types of conclusions.  What Dr. Schwartz does is he takes this model or this -- this model in one case and then a version of -- a deviation from this model in another case, and -- sorry.  I should be clear.  In another section of his report, not "case," like Valve versus -- whomever versus Valve.

So explicitly Dr. Schwartz is taking data and trying to attach it to this theoretical model in order to form conclusions about whether there is harm in this particular legal case.  He's trying to extend well beyond what Boik and Corts are doing to understand, in a particular industry, how the numbers might work out.  When we're doing that, it goes beyond the type of algebra that Boik and Corts are doing and

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 68

moves into connection to the data themselves, to this particular industry and this particular setting.

Q    Have you identified any errors in the economic reasoning in the Boik and Corts paper?

A    As I think I said before, I would not have described some of the results they get in the same way they do.  I'm not sure if that extends to economic reasoning or not, but I think that their mathematical conclusions and broad results follow from their assumptions appropriately.

Q    Now, in the field of economics, is there an accepted way to show that the Boik and Corts model is either erroneous or unreliable?

A    Oh, there can be many ways to think about whether a particular paper like this is erroneous or unreliable.

Q    Like what?

A    One obviously wants to go through the math and make sure there are no math errors.  Beyond that, a paper like this is explicitly broad, it's explicitly about a theoretical setting, and so you want to think about whether the assumptions that they make are reasonable in the real world.

And so you may want to know whether these assumptions fit a wide variety of industries or only

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 69

narrow industries.  You may want to think about where, if one assumption is violated, the model will break down or not, and this is why the literature has extended this model, is to better understand those things.

Q    Okay, and I, if I'm following you, I think you've identified two ways that would be accepted within the economic literature to show that the Boik and Corts model was erroneous or unreliable.  One was that the mathematical elements were wrong; two, that the assumptions don't fit.

Are there any others?

A    Sure.  So one could make more fundamental economic reasoning kinds of mistakes that would mean that the assumptions don't lead to the conclusions of the paper.  Those may be mathematical algebraic in nature, but they may go beyond that, that you're missing assumptions in order to get your result, or that you have made an assumption you haven't been explicit about, things like that.

Q    Okay.  Any others come to mind?

A    Oh, I'd have to think about it.  I haven't been asked to explicitly come up with a framework for understanding when a paper like Boik and Corts is going to be reliable.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 70

I, I think there's probably a broader class of mistakes one can make in a paper like this related to how the assumptions translate into the math, and precisely what that means in any given context could vary, and so I'd want to think about what it means in this context.

Q    Okay.  How about if, if someone showed that the types of empirical predictions made by the paper in the real world don't pan out?  Would that be a way of indicating that, that there was something flawed in this paper?

A    So this paper doesn't make any empirical predictions.

Q    Could I just pause so I understand what you're saying?  We saw that -- we just read the summary author's findings with that, that PMFN clauses typically raise platform fees and retail prices and curtail entry or skew positioning decisions.

So what if, what if someone looked at a situation in the real world where there are PMFN clauses used and had the data to test and said, aha, you know, actually, in this case when the PMFN was introduced, you know, platform fees and retail prices went down, and lots of new people entered.  Wouldn't that be sort of a way of empirically testing the

Page 71

predictions of the model?

A    That's not how we think about a paper like this.

Q    Okay.

A    So can I explain why?

Q    Sure.

A    Okay.  So this is a paper, a theoretical paper that demonstrates forces.  It demonstrates, under certain assumptions, what types of conclusions can result.

So I already said that, you know, I might not agree about how they have written everything.  I probably, if I had written this paper, wouldn't have put the word "typically" in that sentence, because that suggests to some people that this is true across industries, when, in fact, what Boik and Corts are talking about here is typically, given the assumptions of their model, they're going to generate these outcomes, but these are -- this paper is explicitly not providing a framework to take the model to data. It's not intended to be used as such, and it's intended to demonstrate forces, as I said.

Q    Okay, and those forces are economic forces?

A    They are.

Q    Okay, and by the way, this is, I kind of

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 72

admit, for my own curiosity, but you keep calling the math here "algebra."

Is it algebra or is there also calculus?

A    Oh, excuse me.  Yes, there is some calculus, too, I suspect.  I might refer to those interchangeably.

Q    Okay.  Fair enough.

Now let's just walk through the paper a little bit, make sure that we understand -- we see we understand it the same way.

So the paper begins.  There's an introduction --

A    Yes.

Q    -- sort of an overview.  We'll skip that, and then if you get to section 1.1 on page 108 --

A    Just one moment.

Q    Boik and Corts first provide sort of an overview of the existing economic literature on traditional most-favored-nation agreements, right?

A    Just one moment.

(Witness peruses document.)

THE WITNESS:  Okay.  So I agree that section 1.1 is a discussion of the existing literature on traditional; and by that I think they mean non-platform most-favored-nation agreements.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 322

CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

I, Laurie Donovan, Registered Professional Reporter, Certified Realtime Reporter, and notary public for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 19th day of May 2025.

My commission expires:  July 14, 2027

_____

LAURIE DONOVAN
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA