# EXHIBIT 15

# (Dkt No. 450.15)

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---------------------------------------------

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

---------------------------------------------

April 18, 2024

9:08 a.m.

\*\*\* HIGHLY CONFIDENTIAL --

ATTORNEYS' EYES ONLY \*\*\*

DEPOSITION of STEVEN SCHWARTZ, pursuant to Notice, held at the offices of MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP, 437 Madison Avenue, New York, New York before Wayne Hock, a Notary Public of the State of New York.

**Page 269**

S. Schwartz - HIGHLY CONFIDENTIAL - AEO

A.    No.

Q.    Have you ever worked in a financial reporting role?

A.    No.

Q.    Have you ever prepared internal financial statements?

A.    No.

Q.    Have you ever prepared external financial statements?

A.    No.

Q.    Have you ever audited a company?

MR. LERAY: I object to form.

THE WITNESS:  No.

And just to go back, while I have not prepared, I have been responsible for signing off on financial statements and attesting to their accuracy.

Q.    Is that financial statements of your own business?

A.    No.

Q.    Financial statements of some other business that you were retained for?

A.    No.

S. Schwartz - HIGHLY CONFIDENTIAL - AEO

Q.    In what context then?

A.    A public entity.  A school district.

Q.    Because you were on the board?

A.    I was president of the board. Silly me.

Q.    So have you ever analyzed generally-accepted accounting principles?

A.    I have analyzed financial statements that were prepared under GAAP.

Q.    That wasn't my question.

Have you ever analyzed the accounting principles themselves?

MR. LERAY: I object to form.

THE WITNESS:  I've certainly read some of the GAAP standards to try to understand them.  Whether that constitutes an analysis, I don't know, but I've certainly read a number of GAAP standards.

Q.    I take it from our discussion earlier you don't hold yourself out to be an accounting expert; correct?

A.    I do not.

S. Schwartz - HIGHLY CONFIDENTIAL - AEO

Q.    Nor do you hold yourself out to be a financial reporting expert; correct?

MR. LERAY: I object to form.

THE WITNESS:  I'm not claiming that expertise.

Q.    Do you know what ASC 606 is?

A.    As I sit here, I do not.

Q.    Do you know what ASC 605 is?

A.    Again, as I sit here, no.

MR. CASPER: Give me tab thirty-two, please.

MR. LERAY: Do you have a copy for Dr. Schwartz?

THE WITNESS:  Thank you.

(Whereupon, a document entitled Form 10-K was marked Schwartz Exhibit 9 for identification.)

Q.    So I've just handed you a document that's been marked as Exhibit 9 to this deposition.  And it is Take-Two Interactive Software's Form 10-K filed with the U.S. SEC for the period ended in 2022, I believe.

And if you wouldn't mind --

CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of April, 2024.

Wayne Hock