THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

No. 2:21-cv-00563-JNW

**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF DEFENDANT VALVE CORPORATION'S MOTION TO EXCLUDE THE OPINIONS OF JOOST RIETVELD**

**FILED UNDER SEAL**

I, Rakesh N. Kilaru, declare and state as follows:

1.      I am an attorney representing Valve Corporation ("Valve") in the above-captioned matter.  I am over the age of 18, competent to testify, and I make this declaration of my own personal knowledge.

2.      A true and correct copy of excerpts from the Merits Expert Deposition Transcript of Joost Rietveld, taken May 16, 2025, is attached hereto as **Exhibit 1**.

3.      A true and correct copy of the Response Merits Expert Report of Joost Rietveld, dated March 26, 2025, is attached hereto as **Exhibit 2**.

4.      A true and correct copy of the Opening Merits Expert Report of Joost Rietveld, dated January 27, 2025, is attached hereto as **Exhibit 3**.

DECL. OF RAKESH N. KILARU ISO VALVE'S MOTION TO
EXCLUDE THE OPINIONS OF JOOST RIETVELD - 1
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005

5. A true and correct copy of excerpts from the Class Certification Expert Deposition Transcript of Joost Rietveld, taken on April 17, 2024, is attached hereto as **Exhibit 4**.

6. A true and correct copy of the Reply Merits Expert Report of Joost Rietveld, dated April 25, 2025, is attached hereto as **Exhibit 5**.

7. A true and correct copy of excerpts from the Deposition Transcript of Al Farnsworth, as a 30(b)(6) representative of Valve Corporation, taken November 7, 2023, is attached hereto as **Exhibit 6**.

8. A true and correct copy of excerpts from the Deposition Transcript of Erik Johnson, taken September 26, 2023, is attached hereto as **Exhibit 7**.

9. A true and correct copy of a letter from Christopher Schenck to Representative Lori Trahan, dated January 20, 2023, produced at VALVE_ANT_2920987, and introduced as Exhibit 15 to Joost Rietveld's Merits Expert Deposition is attached hereto as **Exhibit 8**.

10. A true and correct copy of a letter from Liam Mavery to Senator Mark Warner, dated Declember 13, 2024, produced at VALVE_ANT_2988219, and introduced as Exhibit 16 to Joost Rietveld's Merits Expert Deposition is attached hereto as **Exhibit 9**.

11. A true and correct copy of excerpts from the Deposition Transcript of Chris Boyd, as a 30(b)(6) representative of Valve Corporation, taken November 17, 2023, is attached hereto as **Exhibit 10**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 27th day of May, 2025 in Washington, D.C.

*s/ Rakesh N. Kilaru*
Rakesh N. Kilaru

DECL. OF RAKESH N. KILARU ISO VALVE'S MOTION TO
EXCLUDE THE OPINIONS OF JOOST RIETVELD - 2
No. 2:21-cv-00563-JNW