# EXHIBIT 10

# (Dkt No. 452.10)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

_____

                                    ) Case No.

IN RE VALVE ANTITRUST LITIGATION    ) 2:21-cv-00563-JCC

                                    )

_____

VIDEO-RECORDED VIDEOCONFERENCE 30(B)(6)

DEPOSITION UPON ORAL

EXAMINATION OF

VALVE CORPORATION

CHRIS BOYD

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

_____

2:52 P.M.

NOVEMBER 17, 2023

WITNESS LOCATION:  BELLEVUE, WASHINGTON

REPORTED BY: CARLA R. WALLAT, CRR, RPR

WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

answer the pending question before we go to break.

Does that all still seem okay to you for this session?

A.  That sounds good.

Q.  Let's turn to Tab 24, this document was previously marked as Plaintiffs' Exhibit 53, and this is a document entitled Plaintiffs' Notice of Federal Rule of Civil Procedure, 30(b)(6) Deposition to Defendant Valve Corporation.

MR. SKOK:  I apologize, one more time. Is it 23 you said or 43?

MR. FAISMAN:  It's -- it's 24 actually.

MR. SKOK:  Tab 24, but which exhibit number?

MR. FAISMAN:  Exhibit 53.

MR. SKOK:  53.  Got it.  Thank you.

THE WITNESS:  Do you want me to read through this?

MR. SKOK:  Yes.

THE WITNESS:  Okay.

Q.  (BY MR. FAISMAN)  My first question is going to be do you recognize this document?

A.  Did you want me to read through this first or --

MR. SKOK:  Yeah, take all the time you

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 7

need.

A.   Okay.  Let me read through it real quick.

Q.   (BY MR. FAISMAN)  I'm only going to be referencing Topic 15 which is on the last page.  So I don't really see a reason for you to read through the whole thing, but it's up to you.

A.   Okay.

Q.   Mr. Boyd, could we go ahead and discuss Topic 15?

A.   Yeah, I just got through 15.  Yep.

Q.   So I understand that you've only been designated for a subset of Topic 15, but I'll start by reading out the topic as stated in the notice.  So as stated in the notice, Topic 15 entails your "policies, practices, and/or procedures for curbing gambling, money laundering, data breaches, pornography, hate-speech and other inappropriate content, and consumer and/or publisher fraud on Steam, over time, including the persons or groups involved in determining, monitoring compliance with, and enforcing those policies, practices and/or procedures."

Did I read that correctly?

A.   Yes.

Q.   Now, you've been designated not for all matters contained in Topic 15, but specifically you've

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 8

been designated to testify on Valve's behalf regarding those parts of Topic 15 that pertain to Valve's policies, practices and/or procedures regarding curbing, gambling, money laundering and data breaches on Steam.   Is that your understanding?

A.   That is my understanding.

MR. SKOK:  And Counsel, I would add that pursuant to the October 10, 2023, email exchange between me and Mr. Ankur Kapoor, this topic, Mr. Boyd's designation is limited to January 1, 2017, to the present, and --

(End of transcription from the video-recorded portion of the deposition.)

THE COURT REPORTER:  Excuse me, Counsel. I have been off.  Nobody's noticed that I've been off?

MR. FAISMAN:  No, we hadn't noticed.

THE COURT REPORTER:  Okay, let's go off the record.

THE VIDEOGRAPHER:  Off the record at 3:01.

(Break from 3:01 p.m. to 3:05 p.m.)

THE VIDEOGRAPHER:  We are back on the record at 3:05.

MR. FAISMAN:  We temporarily lost our

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 9

court reporter on the Zoom, but she's going to transcribe the conversation up until this point based on the recording.

So as I had mentioned before we went to break, the scope of Topic 15 that Mr. Boyd has been designated for is those portions of Topic 15 that pertain to Valve's policies, practices, and/or procedures regarding curbing gambling, money laundering and data breaches on Steam.

And, Gavin, you had offered a clarification as to the date range, correct?

MR. SKOK:  All right.  Yes.  Pursuant to my October 10, 2023, email exchange with Mr. Ankur Kapoor on behalf of plaintiffs, Valve is producing Mr. Boyd here to testify regarding these matters from January 1, 2017, to the present, and not regarding specific incidents or issues as stated in that email.

Q.  (BY MR. FAISMAN) And, Mr. Boyd, that's all consistent with your understanding of what you've been designated to testify about on behalf of Valve, correct?

A.  That's how I understand it.

Q.  Are you familiar with loot boxes?

A.  Can you -- can you be more specific about what you -- how you define that?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 51

REPORTER'S CERTIFICATE

I, CARLA R. WALLAT, CCR, CSR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (2578), Oregon (16-0443), and California (14423) do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision.  That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 24th day of November, 2023.

_____

CARLA R. WALLAT, RPR, CRR

Washington CCR #2578, Expires 1/5/2024

Oregon CSR #16-0443, Expires 9/30/2024

California CSR #14423, Expires 1/31/2024