THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

No. 2:21-cv-00563-JNW

**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF DEFENDANT VALVE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

**FILED UNDER SEAL**

I, Rakesh N. Kilaru, declare and state as follows:

1. I am an attorney representing Valve Corporation ("Valve") in the above-captioned matter. I am over the age of 18, competent to testify, and I make this declaration of my own personal knowledge.

2. A true and correct copy of the Opening Merits Expert Report of Gautam Gowrisankaran, Ph.D., dated January 27, 2025, is attached hereto as **Exhibit 1**.

3. A true and correct copy of the Opening Merits Expert Report of Steven Schwartz, Ph.D., dated January 27, 2025, is attached hereto as **Exhibit 2**.

4. A true and correct copy of excerpts from the Deposition Transcript of Scott Lynch, taken on October 12, 2023, is attached hereto as **Exhibit 3**.

DECLARATION OF RAKESH N. KILARU IN SUPPORT OF
VALVE'S MOTION FOR SUMMARY JUDGMENT - 1
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005

5.      A true and correct copy of the Corrected Response Merits Expert Report of Lesley Chiou, Ph.D., dated April 22, 2025, is attached hereto as **Exhibit 4**.

6.      A true and correct copy of the Response Merits Expert Report of Joost Rietveld, dated March 26, 2025, is attached hereto as **Exhibit 5**.

7.      A true and correct copy of the Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D., dated March 26, 2025, is attached hereto as **Exhibit 6**.

8.      A true and correct copy of excerpts from the Merits Expert Deposition Transcript of Steven Schwartz, taken on May 14, 2025, is attached hereto as **Exhibit 7**.

9.      A true and correct copy of the Supplemental Opening Merits Expert Report of Steven Schwartz, Ph.D., dated March 7, 2025, is attached hereto as **Exhibit 8**.

10.     A true and correct copy of excerpts from the Merits Expert Deposition Transcript of Joost Rietveld, taken May 16, 2025, is attached hereto as **Exhibit 9**.

11.     A true and correct copy of excerpts from the Class Certification Expert Deposition Transcript of Steven Schwartz, taken on April 18, 2024, is attached hereto as **Exhibit 10**.

12.     A true and correct copy of the Rebuttal Merits Expert Report of Steven Schwartz, Ph.D., dated April 25, 2025, is attached hereto as **Exhibit 11**.

13.     A true and correct copy of the Steam Distribution Agreement made between Valve and Wolfire Games LLC, dated December 1, 2008, and produced at VALVE_ANT_0000396, is attached hereto as **Exhibit 12**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 27th day of May, 2025 in Washington, D.C.

*s/ Rakesh N. Kilaru*
Rakesh N. Kilaru

DECLARATION OF RAKESH N. KILARU IN SUPPORT OF VALVE'S MOTION FOR SUMMARY JUDGMENT - 2
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005