# EXHIBIT 4

# (Dkt No. 452.04)

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JCC

_____

April 17, 2024

9:12 a.m.

DEPOSITION of JOOST RIETVELD, pursuant to Notice, held at the offices of MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP, 437 Madison Avenue, New York, New York before Wayne Hock, a Notary Public of the State of New York.

J. Rietveld

A.    That's fair to say.

Q.    And I think you testified that Two Tribes distributes Steam keys for reviewer purposes and internal purposes; right?  Is that correct?

A.    Those were two uses of Steam keys that I'm sure of that we used.

Q.    But Two Tribes didn't sell Steam keys to end users; is that correct?

A.    I don't believe I testified to that.  I don't remember whether Two Tribes did or did not.

Q.    Do you remember whether Valve restricted Two Tribes' ability to distribute Toki Tori on Impulse Driven and GamersGate on Mac Game Store?

MR. KAPOOR: I object to form.

THE WITNESS:  No, I don't remember either way.

Q.    Okay.

And then in the third paragraph it says, "for the early birds this weekend only, fifty percent off", exclamation point, "during the upcoming weekend, Toki

Page 55

J. Rietveld

Tori will be available", and it gives some prices there.

Q.   Did Two Tribes offer Toki Tori on Steam at those prices?

A.   I don't recall.

Q.   Are you aware that, in this litigation, there's something at issue referred to as a platform most favored nations policy?

A.   Yes, I'm aware.

Q.   Okay.

And how would you describe that? What's your understanding of that?

A.   This refers back to the parity policies that were mentioned earlier. Specifically with regards to price, it would subject the seller on the platform to agree to sell their products on other platforms at the same price or higher than they do on the platform that they are dealing with that has the platform most favored nations clause in place.

Q.   So with regard to the PMFN as we'll refer to it that is alleged Valve

Page 56

J. Rietveld

maintains, how did you find out about that?

MR. KAPOOR: I object to form.

THE WITNESS:  How did I find out that Valve has such a PMFN in place?

Q.    Yes.

How did you learn about what the plaintiffs allege here?

A.    I believe I learned about it through the amended complaint where it was stated.

Q.    When I worked at Two Tribes, did you have any awareness of there being a PMFN?

A.    No.  I don't have an awareness.

Q.    You testified earlier that you have a Nintendo Switch?

A.    Correct.

Q.    And you play that every two weeks or so; is that --

A.    At the moment, yes.

Q.    Do you have any particular game that you are involved with?

A.    That I'm playing?

J. Rietveld

Q.   Yes.

A.   The Legend of Zelda Tears of the Kingdom.

Q.   Is that a multiplayer game?

A.   No.

Q.   Do you know if that game has what's referred to as crossplay capability?

A.   It does not.

Q.   Would that be because it's a single player game?

Is it a single player game?

A.   It is a single player game.

Q.   Do you play any games that have multiplayer capability?

A.   I occasionally play Mario Kart that has multiplayer functionality.

Q.   And you play that in a multiplayer mode?

A.   Yes.

Q.   And do you know if that game has cross -- do you know what "crossplay" refers to?

A.   I do.

J. Rietveld

foundation.

THE WITNESS:  What would I currently have done to study if these companies are competing against each other?

Q.    Were competing.

A.    Were competing?

MR. KAPOOR: Same objections.

THE WITNESS:  Well, I would first try to understand whether they are operating the same model as Steam is.  For example, Green Man Gaming, at least presently, is a retailer and not a third-party distribution platform, so I would not necessarily view them as competitors.

Q.    So if Green Man Gaming was a retailer, how did it get product to end users?

Let me ask you this: Was Green Man Gaming a digital distribution platform in 2010?

A.    In 2010?

Q.    Yes.

Page 65

J. Rietveld

A.    It's a digital distribution platform, yes.

Q.    Okay.

Would your definition of a competitor to Steam require that the candidate competitor be a digital distribution platform?

MR. KAPOOR: I object to form.

THE WITNESS:  So I -- it is my understanding that we would first need to establish what the relevant market is, which is an exercise that is performed by economists and not by someone such as myself.  In the report, I make certain classifications of different types of digital distribution platforms and conclude that Green Man Gaming is a retailer platform whereas Steam is a third-party digital distribution platform.

Q.    In the second sentence of paragraph eighty-four it reads, "other digital distribution platforms for PC

Page 66

J. Rietveld

games started operations around the same time, including", and then there's the list which ends with "Green Man Gaming".

A.    Correct.

Q.    I guess my question for you now is:  Was Green Man Gaming what you're calling your retailer or was it a digital distribution platform at that time?

MR. KAPOOR: I object to form.

THE WITNESS:  So I've not been -- I've not tried to analyze the exact model Green Man Gaming operated at the time in 2010.  I understand that currently it is a digital platform that sells -- that mostly sells activation keys.

Q.    Would Steam keys be an example of activation keys?

A.    Yes, yes.

Q.    You used the term "retailer" a few times in response.

What did you mean by that term?

A.    In the context of this setting?

Q.    Yes.

Page 85

J. Rietveld

A.    I was not asked to study this, but I would be pretty confident that there is variation in how valuable such features would be perceived.

Q.    And what's your understanding of what the Steamworks development kit was?

A.    It's my understanding that it's software that helps developers and publishers incorporate some of these Steam features into their games and release their games on Steam.

Q.    Do you know if other platforms had similar software to facilitate use of their features?

A.    I did not study this.

Q.    Are you familiar with a feature of Steam called Greenlight?

A.    Yes.

Q.    So what was that?

A.    If I recall correctly, it was introduced in 2012, and it was a shift in how new games proposed to be released on the Steam platform were admitted onto the platform where the shift was from more of

Page 86

J. Rietveld

a curatorial approach by members of Valve to more of a crowdsourced selection process where end users could I think vote on whether a newly proposed game should be admitted onto the Steam platform.

Q.    In the video game industry, is the situation where the platform operator decides which games get on the platform sometimes referred to as a curated model?

A.    Well, I believe I just said that.  I'm unsure whether industry participants would use the same term.

Q.    Would you agree that Greenlight brought more games to Steam than other PC distribution platforms introduced in the years following 2012?

MR. KAPOOR: Objection to form.

THE WITNESS:  Following the introduction of Greenlight, there were more games admitted onto the Steam platform than before.

Q.    Would you regard that as a procompetitive feature of Steam?

MR. KAPOOR: Objection to form

Page 87

J. Rietveld

and foundation.

THE WITNESS:  I have no view on whether that was -- whether I would -- I have no opinion on whether that is regarded procompetitive or not.

Q.    And why is that?

A.    Well, first because I think that is an exercise mostly done by economists. But second, I think we would also have to consider from whom's perspective.

Q.    Would your answer change if I asked you to consider it from the gamers' perspective or if I asked you to consider it from the publisher's side?

A.    Not with respect to the first part of my answer.

Q.    Okay.

Do you know if any other platform introduced a future comparable to Greenlight in the years following 2012?

A.    I'm unaware of any platforms that did.

Q.    What about a feature called Steam Direct?  And I realize you do

Page 88

J. Rietveld

discuss these in places in your report.

A.    Yes.

Q.    So what is Steam Direct?  We can move along here.

A.    So Steam Direct was introduced by Valve on the Steam platform in 2017 and it makes entry to the platform -- it allows publishers to release their games onto the platform without first having to propose to consumers to vote on their games, so it reduced some friction in that sense.

Q.    And that also means it -- they could get onto the platform without the process before Greenlight where Steam decided whether -- Valve decided whether a game got onto the platform?

A.    Correct, that's my understanding in the industry that initially it was quite challenging to get onto the Steam platform whereas especially post Steam Direct it's now easier.

Q.    So would you regard that as lowering the barriers to entry?

Page 125

J. Rietveld

Q.    Okay.

Have you looked at any literature that makes -- comes to conclusions as to why people multihome across gaming hardware devices?

A.    Not that I recall.

Q.    So I'm asking, do you have any empirical data to support the conclusion that there is what you call complementarity between PC, console, and mobile devices, as you've defined that term during the deposition?

MR. KAPOOR: Objection to form.

THE WITNESS:  Again, I have an understanding of this industry and I understand the platforms that are available across those hardware devices and in broad strokes what those platforms offer.  I've looked at the supply of games, numbers across different hardware devices.

There's evidence in the records that suggest that complementarity specifically exists.  I've reviewed

Page 126

J. Rietveld

documents of Valve employees making a presentation I believe through publisher showing that if activity or spending on one of their games on Steam goes up, it also goes up on console, so that would directly point to complementarity.

Q.   Are you using "complementarity" now in the sense that economists use the word "complements"?

A.   I don't know, I'm not an economist.  I have a general sense of what "complementarity" means.

Q.   Would you expect an increase in sales of a game on PCs to be correlated with an increase in sales on console?

MR. KAPOOR: Objection to form and foundation.

THE WITNESS:  It depends.

Q.   In the academic literature relevant to your report, is the word "complementarity" a term that you encounter with the meaning that you've ascribed to it?

Page 127

J. Rietveld

A.    Are you asking me if the term "complementarity" is used in the academic studies that I've reviewed in the process of writing this report?

Q.    Either in the process of writing this report or in your professional experience.

A.    When I teach classes, I talk to students about complements and substitutes, but I would not consider myself an expert on those terms or claiming that I would precisely know the economic interpretation of those terms.

Q.    Is it your expectation that, when sales increase for the PC version of a video game, they would also increase on the -- in a console version, if that was offered?

MR. KAPOOR: Objection to form.

THE WITNESS:  Of the same game?

Q.    Yes.

A.    It would depend on the type of game.

Q.    If eighty-one percent of U.S.

Page 128

J. Rietveld

and worldwide PC game players multihome across devices, would those persons face a choice when purchasing a game that's available on more than one hardware platform regarding which one to buy?

MR. KAPOOR: Objection to form.

THE WITNESS:  If a consumer or user is active on a PC distribution platform and they're also active on console, on video game -- on video game console and the game -- and a specific game in question is available on both platforms, then they would face a choice.

Q.    Would you regard the two versions of the game -- the PC version and the console version -- as competing for the dollars of the players who multihome?

MR. KAPOOR: Objection to form.

THE WITNESS:  I don't think I would view it that way because it's the same -- I would assume it's the same firm commercializing that content.

J. Rietveld

retailers in the same category of vendors, yeah.

Q.    And you consider that a distinct segment in your terminology?

A.    I believe so.

Q.    But just to be clear, are you making -- offering an expert opinion as to whether brick and mortar sellers are in a separate relevant market from PC game distribution platforms?

A.    I do not.

Q.    Okay.

Could you turn to paragraph sixty-five of your report.

The first sentence of paragraph sixty-five reads, "the fact that Valve only sells PC game products and services and not console or mobile game product or services also indicates that PC, console, and mobile gaming are distinct segments".

Do you see that?

A.    I see it, yes.

Q.    So what does the word "segment" mean in your report?

Page 174

J. Rietveld

A.    I'm referring to an industry segment.

I think it would be good to clarify here that it would have been more appropriate to use Steam instead of Valve in the sentence.

Q.    Fair enough.

So what is the -- what would be the defining characteristics of an industry segment, as you use the term?

MR. BRESLAUER: Let me back up and ask you a different question.

Q.    Is segment a term that's used in management science literature?

A.    The field of management is, generally speaking, not tasked with defining relevant markets.  I would say that the topic of what constitutes an industry or who is in industry and who is out is.  But for management, it's a hard thing to define.

Q.    I see.

Can you tell me why Valve's choice to focus on PC games is evidence

Page 175

J. Rietveld

that consoles are not in the same segment?

A.   It suggests to me that operating across those different segments or specializing in another segment would require a different set of capabilities. It would potentially speak to a different set of consumers who look for different types of games or different types of features in the platforms that they use to consume video games.

Q.   Okay.

Are you aware that Green -- well, does Green Man Gaming sell both PC games and console games?

A.   I'm aware that Green Man Gaming offers Xbox games, but I'm not sure whether that relates to those Xbox games that are also released on PC or exclusively to those on console.

Q.   Does the Microsoft Store sell both PC and console games?

A.   I don't recall.

Q.   Are you aware of a store called the Humble Store?

**Page 276**

**CERTIFICATION BY REPORTER**

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of April, 2024.

*Wayne Hock*

Wayne Hock