# EXHIBIT 6

# (Dkt No. 452.06)

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

_____

                                    ) Case No.

IN RE VALVE ANTITRUST LITIGATION    ) 2:21-cv-00563-JCC

                                    )

_____

VIDEO-RECORDED 30(B)(6) DEPOSITION UPON ORAL

EXAMINATION OF

VALVE CORPORATION

AL FARNSWORTH

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

_____




1:34 P.M.

NOVEMBER 7, 2023

10400 NE 4TH STREET, SUITE 1400

BELLEVUE, WASHINGTON








REPORTED BY: CARLA R. WALLAT, CRR, RPR

            WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 6

AL FARNSWORTH,

sworn as a witness by the Certified Court Reporter,

testified as follows:


EXAMINATION

BY MR. BOURNE:

Q.   Welcome back, Mr. Farnsworth.  I'd like to ask you to turn to Tab X in the binder of documents that you've received.  And Tab X was previously marked as Plaintiff's Exhibit 53 in this litigation.  And it is the Rule 30(b)(6) notice to Valve.

You can take as much time as you'd like.  I'm going to ask you in particular about a portion of this document beginning on page 4.

A.   Uh-huh.

Q.   On page 4, there are some numbered paragraphs.  At the bottom is number 8.  And this paragraph says, "Your policies, practices, and/or procedures regarding the marketing and promotion of PC video games on the Steam platform over time, including (a) what types of data are collected, stored and analyzed; (b) methods of discoverability of PC video games on the Steam platform; (c) your criteria, policies, practices and/or procedures for determining whether or not a publisher can participate in a Steam promotion; and (d) the

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 7

persons and/or groups involved in determining, monitoring compliance with, and enforcing those policies, practices and/or procedures."

A.   Uh-huh.

Q.   Mr. Farnsworth, are you -- strike that.

DJ Powers previously testified as to this Topic Number 8 with respect to curety -- curated marketing.

Are you aware of that?

A.   Yes.

Q.   And you are here this afternoon to testify on behalf of Valve Corporation about this topic with respect to algorithmic marketing; is that right?

A.   That is my understanding.

Q.   Are you knowledgeable about Topic Number 8 on the algorithmic side?

A.   Yes, I'm knowledgeable on Topic Number 8 as it pertains to automated algorithms on the platform.

Q.   And you're prepared to testify here this afternoon about this topic as it pertains to algorithmic marketing on the platform?

A.   Yes.

Q.   Did you do anything to become educated about this topic before testifying today?

A.   I -- I did prepare for the deposition.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 8

Q.   You provided testimony earlier today that was based on your personal knowledge; is that right?

A.   That's correct.

Q.   And that testimony in what I'll call your earlier deposition -- or your individual deposition, that testimony was all truthful, accurate and complete to the best of your knowledge; is that right?

A.   Yes.  To the best of my knowledge.

Q.   Do you stand by all of your testimony that you gave earlier today?

A.   Yes.

Q.   Now that you're testifying as the designated witness of Valve regarding algorithmic marketing and visibility, you don't want to change any of your testimony related to algorithmic marketing, do you?

A.   No, I do not.

Q.   I'm going to try to avoid retreading too much ground, but some of it will probably be inevitable.

Could you explain to me what the difference is between algorithmic and curated marketing?

A.   In terms of Steam, we have certain placements on the Steam store which are determined -- which are -- where games are selected to appear in those positions by people here at Steam on the business team.  We refer to those as curated marketing.  Additionally, we have

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 9

several places on the store where we surface games automatically based on a variety of algorithms and criteria.  And we refer to those overall as algorithmic discovery.

Q.  Can you tell me the areas in which Valve has algorithmic discovery on Steam?

A.  Algorithmic discovery is largely on the Steam store.  The store home page is largely algorithmic, and those algorithms vary from personal algorithms like "Recommended for You" to algorithms like the top sellers list or popular new releases list.

We additionally have algorithms we use for servicing most relevant search results when user enters a search term.  Algorithms that fill -- probably that are more like this section on game pages that link to other game pages.

And we additionally have some specific pages on the store which are -- simply provide recommendations to the user such as the "Interactive Recommender" or "Community Recommends" pages.

MR. SCHENCK:  Can you slow down a little bit.

Q.  (BY MR. BOURNE)  The last two items I think I heard you say were the "Interactive Recommender" and the "Community Recommender"; is that right?

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 10

A.   Yes.

Q.   Could you tell me what the Interactive Recommender is?

A.   The Interactive Recommender is a feature that is built on a machine learning algorithm.  When the user visits the Interactive Recommender, they're shown a variety of recommendations based on games they've played.  The page has a number of controls they can use to control the recommendations, such as a slider that let's them adjust for newer or older games and a slider that let's them adjust for more popular or more niche titles.

And that's where it gets the name "Interactive Recommender."

Q.   Could you tell me what the Community Recommender is?

A.   The Community Recommends is a feature that shows -- instead of recommending games, it shows user reviews that have received a large number of helpful upvotes, along with the game that that review was made on.  The Community Recommends is less personalized except in that it will not show games that you already own.

Q.   What are helpful upvotes?

A.   When a user is browsing the Steam store, we

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 11

will show some reviews on the pages for games on the store and users can mark those reviews as helpful.

Q.  I think I heard you say that one -- one place where algorithmic discovery comes into play on Steam is game pages that link to other game pages.

Could you tell me what that refers to?

A.  Yes.  At the bottom of game pages on the Steam store, there's a section with the label "More like this" where we surface a number of other games that we think are similar to the game you're viewing.

Q.  Earlier we discussed a few times where there were significant changes to the way algorithmic discovery works on Steam.  One of those is -- I think it was called the Discovery Update in 2014.  And then another was the Discovery 2.0 update in 2016.  And then another was the October bug in October of 2018; is that right?

MS. BROZ:  Objection to the form.

A.  Those are three examples of when we've updated discovery algorithms; however, we've done many more over the years.

Q.  (BY MR. BOURNE)  How often would you say you've updated discovery algorithms over the years?

A.  It's difficult to give a number because we are constantly working on those algorithms and improving

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 12

them.  So I would say that we're almost constantly making changes to them in small ways and then occasionally doing very large updates such as the Discovery Update, Discovery 2.0 and some of the features we've released like the Interactive Recommender.

Q.  Are there any other large -- large updates like the Discovery Update, the Discovery 2.0 and the Interactive Recommender that you can think of sitting here today?

A.  As some other examples, we -- we updated the store to have a much larger categories menu to give users more ways to browse by genre and theme of games. That was a substantial update.  We also released what we called content hubs internally.  I'm forgetting the external name.  Which was a complete refresh of how most of the pages for browsing the store were laid out.

In this new technology, we surfaced more recommendations on those pages and we also provide a large number of controls for users to drill into -- drill deeper into specific genres and features.

Q.  Valve has annual seasonal sales like a summer sale; is that right?

A.  That is correct.  We have four major seasonal sales a year.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 13

Q.    Does Valve ever adjust algorithmic marketing heading into any of those seasonal sales?

A.    When there's a seasonal sale active, we replace the store home page with a page dedicated to the sale, and that page has a different set of displays that are intended to give users ways specifically for browsing the sale.

Q.    Do all the games on Steam go on sale during seasonal sale or is it like an opt-in process and only some of the games choose to do it?

A.    The sales are an opt-in process where partners can choose to put their game on sale during the sale period.    In practice, the vast majority of games participate in the sale.

Q.    During a seasonal sale, can users or customers buy games that aren't part of the sale?    If they're -- if there are games that have chosen not to participate, are those still discoverable by customers?

MS. BROZ:    Objection to the form.

A.    Yes, it's still possible for customers to find games that are not on sale.

Q.    (BY MR. BOURNE)    So during a seasonal sale, Valve -- Valve makes those adjustments that you described a moment ago.

What about before a seasonal sale?    Like a day

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 14

or two before, does Valve do anything different with its algorithms that display -- that make games discoverable to customers in the -- in the day or two leading up to a sale?

A.  We don't make any changes to the store until the sale begins.

Q.  Heading into a seasonal sale, does Valve know which games are going to be on sale or not?

MS. BROZ:  Objection.  Outside the scope.

A.  When a partner indicates their participation in the sale, they enter a discount into our system, so those discounts are stored in our database with a specific time when they'll go into effect.

Q.  (BY MR. BOURNE)  Valve doesn't make any algorithmic adjustments to prevent customers from discovering games immediately -- like immediately before they go on sale?

MS. BROZ:  Objection.

Q.  (BY MR. BOURNE)  Is that right?

MS. BROZ:  Objection to the form.

A.  The algorithms do not account for future discounts.

Q.  (BY MR. BOURNE)  Does curated marketing help to amplify algorithmic marketing?

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 28

REPORTER'S CERTIFICATE

I, CARLA R. WALLAT, CCR, CSR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (2578), Oregon (16-0443), and California (14423) do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision. That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 12th day of November, 2023.



_____

CARLA R. WALLAT, RPR, CRR

Washington CCR #2578, Expires 1/5/2024

Oregon CSR #16-0443, Expires 9/30/2024

California CSR #14423, Expires 1/31/2024