# EXHIBIT 9

# (Dkt No. 454.09)

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---------------------------------------x

In Re VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JNW

---------------------------------------x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Video-Recorded

DEPOSITION OF JOOST RIETVELD

New York, New York

Friday, May 16, 2025

Reported by:

Frank J. Bas, RPR, CRR

J. Rietveld - HIGHLY CONFIDENTIAL - AEO

A.   No.  I'm just documenting what has been written by others on this topic.

Q.   Do you think there are any steps that Steam can take to improve the way in which it deals with money laundering on Steam?

A.   I have not been asked to offer an opinion on that.

Q.   Sitting here today do you have any idea what Steam does to monitor money laundering or other fraud on Steam?

A.   No, I do not.

Q.   Have you read the testimony of Christopher Boyd, a Valve employee, regarding the steps that Steam takes to monitor money laundering and fraud on Steam?

A.   I do not recall.

Q.   Do you agree that fraud and money laundering can be a problem on any platform where exchange of money takes place?

A.   It could be.

MS. ARNOLD:  All right.  I want to take a quick break, and then we will get back on the record and finish up.

MR. KAPOOR:  Okay.

J. Rietveld - HIGHLY CONFIDENTIAL - AEO

THE VIDEOGRAPHER:  Off the record at 17:16.  This is the end of media unit 5.

(Recess taken.)

THE VIDEOGRAPHER:  On the record at 17:31.  This is the start of media unit six.

BY MS. ARNOLD:

Q.    Professor Rietveld, would you agree that a revenue share of 30 percent is the industry norm in the video gaming industry?

MR. KAPOOR:  Objection to form.

A.    There are several third-party distribution platforms in the gaming industry that have a revenue share of 30 percent.

Q.    Would you agree that 30 percent is the industry norm?

MR. KAPOOR:  Objection to form. Vague and ambiguous.  Asked and answered.

A.    There are several third-party distribution platforms in the video gaming industry that have a 30 percent commission rates.

Page 328

J. Rietveld - HIGHLY CONFIDENTIAL - AEO

Q.   All right.  Steam has a revenue share of 30 percent aside from the tiered revenue shares we talked about earlier, correct?

A.   Correct.

Q.   Microsoft has a 30 percent revenue share --

MR. KAPOOR:  Objection to form.

Q.   -- for its PC store?

MR. KAPOOR:  Objection to form.

A.   I actually believe they have a -- a 12 percent revenue share for their PC store.

Q.   Okay.  What about Google Games?

MR. KAPOOR:  Objection to form.

A.   I do not recall.

Q.   What about for consoles?  What's the revenue share in PlayStation?

A.   If I recall correctly, it's 30 percent.

Q.   What about Xbox?

A.   Again, if I recall correctly, it's 30 percent.

Q.   And does that 30 percent on PlayStation apply to games that are downloaded

Page 350

C E R T I F I C A T E

STATE OF NEW YORK        )

COUNTY OF NEW YORK       )

I, FRANK J. BAS, a Certified Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose testimony is hereinbefore set forth, was duly sworn by me and that such testimony given by the witness was taken down stenographically by me and then transcribed.

I further certify that I am not related by blood or marriage to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

That any copy of this transcript obtained from a source other than the court reporting firm, including from co-counsel, is uncertified and may not be used at trial.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of May, 2025.

_____

FRANK J. BAS, RPR, CRR