# EXHIBIT 1 & 11
## Report Part 4
## (Dkt No. 450.01 & 454.11)

# REDACTED

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Steam, Final Fantasy XIV Online,
https://store.steampowered.com/app/39210/FINAL_FANTASY_XIV_Online/
(accessed 4/20/2025).

Steam, Flintlock: The Siege Of Dawn,
https://store.steampowered.com/app/1832040/Flintlock_The_Siege_of_Dawn/
(accessed 4/24/2025).

Steam, For Honor, https://store.steampowered.com/app/304390/FOR_HONOR/
(accessed 4/24/2025).

Steam, Ghostwire: Tokyo,
https://store.steampowered.com/app/1475810/Ghostwire_Tokyo/ (accessed
4/24/2025).

Steam, Halo Infinite,
https://store.steampowered.com/app/1240440/Halo_Infinite/ (accessed
4/4/2025).

Steam, Let's Build A Zoo,
https://store.steampowered.com/app/1547890/Lets_Build_a_Zoo/ (accessed
4/24/2025).

Steam, Nadir,
https://store.steampowered.com/app/1535100/Nadir_A_Grimdark_Deckbuilde
r/ (accessed 4/24/2025).

Steam, Neon Noodles,
https://store.steampowered.com/app/990900/Neon_Noodles/ (accessed
4/24/2025).

Steam, Populous™ II: Trials Of The Olympian Gods,
https://store.steampowered.com/app/2616450/Populous_II_Trials_of_the_Oly
mpian_Gods/ (accessed 4/24/2025).

Steam, Redout: Enhanced Edition,
https://store.steampowered.com/app/517710/Redout_Enhanced_Edition/?cur
ator_clanid=26270273 (accessed 4/24/2025).

Steam, Roboquest, https://store.steampowered.com/app/692890/Roboquest/
(accessed 4/24/2025).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Steam, Shenmue III, https://store.steampowered.com/app/878670/Shenmue_III/ (accessed 4/24/2025).

Steam, Silent Hunter III, https://store.steampowered.com/app/15210/Silent_Hunter_III/ (accessed 4/24/2025).

Steam, Silent Hunter: Wolves Of The Pacific, https://store.steampowered.com/app/15200/Silent_Hunter_Wolves_of_the_Pacific/ (accessed 4/24/2025).

Steam, Sniper Elite 5, https://store.steampowered.com/app/1029690/Sniper_Elite_5/ (accessed 4/24/2025).

Steam, The Lion's Song, https://store.steampowered.com/app/437160/The_Lions_Song_Episode_1__Silence/ (accessed 4/24/2025).

Steam, The Walking Dead, https://store.steampowered.com/app/207610/The_Walking_Dead/ (accessed 4/24/2025).

Steam, Through The Woods, https://store.steampowered.com/app/368430/Through_the_Woods/ (accessed 4/24/2025).

Steam, Titles on Steam, https://store.steampowered.com/search/?category1=998&os=win%2Cmac%2Clinux&supportedlang=english&ndl=1 (accessed 1/21/2025).

Steam, Titus The Fox, https://store.steampowered.com/app/711230/Titus_the_Fox/ (accessed 4/24/2025).

Steam, Tom Clancy's Ghost Recon® Wildlands, https://store.steampowered.com/app/460930/Tom_Clancys_Ghost_Recon_Wildlands/ (accessed 4/24/2025).

Steam, Trackmania, https://store.steampowered.com/app/2225070/Trackmania/ (accessed 4/24/2025).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Steam, Trash Sailors, https://store.steampowered.com/app/1132030/Trash_Sailors_CoOp_Trash_Raft_Simulator/ (accessed 4/24/2025).

Steam, Valiant Hearts: The Great War™ / Soldats Inconnus : Mémoires De La Grande Guerre™, https://store.steampowered.com/app/260230/Valiant_Hearts_The_Great_War__Soldats_Inconnus__Mmoires_de_la_Grande_Guerre/ (accessed 4/24/2025).

Steam, Worms Rumble, https://store.steampowered.com/app/1186040/Worms_Rumble/ (accessed 4/24/2025).

SteamDB, Home, https://steamdb.info/ (accessed 4/2/2025).

SteamDB, Paradox Launcher, https://steamdb.info/tech/Launcher/Paradox_Launcher/ (accessed 4/20/2025).

Steamworks Documentation, Steam Cloud Play (Beta), https://partner.steamgames.com/doc/features/cloudgaming (accessed 4/11/2025).

Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 10/18/2023).

Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/30/2024).

Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025).

Strictly Limited, Partner Store, https://www.strictlylimitedgames.com/collections/partner-store (accessed 4/20/2025).

Tech Radar, "Doom Eternal and Rage 2 Still Headed to Steam Despite Bethesda.net," 3/26/2019, https://www.techradar.com/news/doom-eternal-and-rage-2-still-headed-to-steam-despite-bethesdanet/.

Tech Target, "Microsoft Store," 2/2022, https://www.techtarget.com/searchmobilecomputing/definition/Windows-Store.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

TechCrunch, "Twitch Will Sell Video Games on its Site Starting This Spring," 2/27/2017, https://techcrunch.com/2017/02/27/twitch-will-sell-video-games-on-its-site-starting-this-spring/.

TechRadar, "Microsoft Unveils All-New Games for Windows Marketplace," 10/22/2010, https://www.techradar.com/news/gaming/microsoft-unveils-all-new-games-for-windows-marketplace-902784.

Techspot, "Sony's Standard PS5 has Become Profitable, but the Digital Edition is Still Being Sold at a Loss," 8/4/2021, https://www.techspot.com/news/90672-sony-standard-ps5-has-become-profitable-but-digital.html.

Techspot, "Ubisoft and EA Pair Up, Offer Each Other's Games Online," 2/22/2013, https://www.techspot.com/news/51731-ubisoft-and-ea-pair-up-offer-each-others-games-online.html.

The Gamer, "Itch.io is Joining the Epic Games Store," 4/22/2021, https://www.thegamer.com/itch-io-epic-games-store/.

The Nobel Prize, Kenneth J. Arrow, https://www.nobelprize.org/prizes/economic-sciences/1972/arrow/facts/ (accessed 4/2/2025).

The Nobel Prize, Amartya Sen, https://www.nobelprize.org/prizes/economic-sciences/1998/sen/facts/ (accessed 4/2/2025).

The Royal Swedish Academy of Sciences, "Answering Causal Questions Using Observational Data," 10/11/2021, available at: https://www.nobelprize.org/uploads/2021/10/advanced-economicsciencesprize2021.pdf.

The Royal Swedish Academy of Sciences, "Natural Experiments Help Answer Important Questions," 2021, available at: https://www.nobelprize.org/uploads/2021/10/popular-economicsciencesprize2021-3.pdf.

The Verge, "EA Games Are Returning to Steam Along with the EA Access Subscription Service," 10/29/2019, https://www.theverge.com/2019/10/29/20937055/ea-games-steam-access-subscription-service-pc-storefront-jedi-fallen-order-sales.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

The Verge, "Epic Games Store Users Claimed 749 Million Free Games Last Year," 1/28/2021, https://www.theverge.com/2021/1/28/22254901/epic-games-store-accounts-daily-monthly-active-concurrent-users-storefront-2020-data.

The Verge, "Epic Games Takes on Steam with its Own Fairer Game Store," 12/4/2018, https://www.theverge.com/2018/12/4/18124203/epic-games-fortnite-valve-steam-game-store-distribution-unreal-engine.

The Verge, "Epic's PC Game Store Is Live Now," 12/6/2018, https://www.theverge.com/2018/12/6/18126139/epic-store-games-pc-ashen-hades-game-awards-2018.

The Verge, "Microsoft Will Distribute More Xbox Titles Through Steam and Finally Support Win32 Games," 5/30/2019, https://www.theverge.com/2019/5/30/18645250/microsoft-xbox-game-studios-publishing-valve-steam-32-bit-windows.

ThoughtCo, "What Are Natural Experiments and How Do Economists Use Them?," 4/10/2019, https://www.thoughtco.com/natural-experiments-in-economics-1146134.

Tirole, Jean (2023), "Competition and the Industrial Challenge for the Digital Age," *Annual Review of Economics* 15: 573–605.

Toledo Blade, "Behind the Pixels: Stardock Portfolio Grows with Winning Games," 4/27/2024, accessed via Internet Archive (as displayed on 12/27/2024), https://web.archive.org/web/20241217201241/https://www.toledoblade.com/a-e/art/2024/04/27/stardock-corporation-ceo-helms-largest-video-game-studio-in-lake-erie-region/stories/20240428034 (accessed 4/21/2025).

Trolley, "Paid-To-Play: Nexus Provides an All-New Source of Income to Gamers," https://trolley.com/success-stories/nexus/ (accessed 4/18/2025).

Turner, Donald F. (1956), "Antitrust Policy and the Cellophane Case," *Harvard Law Review* 70(20): 281–318.

U Screen, "SVOD Explained: Why It's the Best Monetization Model for Creators," 10/18/2024, https://www.uscreen.tv/blog/avod-tvod-svod-monetization-models/.

U.S. Department of Justice and Federal Trade Commission, "Merger Guidelines," 12/18/2023, § 4.3.b available at:

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

https://www.ftc.gov/system/files/ftc_gov/pdf/P234000-NEW-MERGER-GUIDELINES.pdf.

*United States v. E. I. du Pont de Nemours & Co.*, 351 U.S. 377, 379 (1956).

Valve, "Handbook for New Employees," 3/2012, available at https://media.steampowered.com/apps/valve/Valve_NewEmployeeHandbook.pdf.

Van Dijk, Verboven (2008), "Quantification of Damages," *Issues in Competition Law and Policy*: 2331–2348.

VentureBeat, "Video Game Rentals Move Online as GameFly Follows Netflix," 8/9/2011, https://venturebeat.com/business/video-game-rentals-move-online-as-gamefly-follows-netflix/.

VideoGamer, "Microsoft to Retire Games For Windows LIVE Marketplace," 8/15/2013, accessed via Internet Archive (as displayed on 8/26/2013), https://web.archive.org/web/20130826214156/http://www.videogamer.com/news/microsoft_to_retire_games_for_windows_live_marketplace.html (accessed 4/21/2025).

Voidu Website, "How Can I Order on Voidu?," https://voiducom.zendesk.com/hc/en-us/articles/4413406485650-How-can-I-order-on-Voidu (accessed 4/20/2025).

VRBO, About Us Page, https://www.vrbo.com/en-sg/lp/b/about (accessed 4/2/2025).

VRBO, Manage Your Fees, https://help.vrbo.com/articles/How-do-I-manage-my-fees (accessed 4/15/2025).

VRBO, Travel With Confidence, https://www.vrbo.com/l/travel-with-confidence/ (accessed 1/21/2025).

Wang, Chengsi, and Julian Wright (2023), "Platform Investment and Price Parity Clauses," *The Journal of Industrial Economics* 71(2): 538–569.

WCCF Tech, "Epic Games Store Still Isn't Profitable Despite Promises It Would Be By 2023," 11/7/2023, https://wccftech.com/epic-games-store-not-profitable-2023/.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

WeGame, FAQ for Developers, https://developer.wegame.com/developer/static/faq_en.html (accessed 4/21/2025).

Weyl, E. Glen and Michal Fabinger (2013), "Pass-Through as an Economic Tool: Principles of Incidence Under Imperfect Competition," *Journal of Political Economy* 121(3): 528–583.

White, Lawrence J. (2022), "The Dead Hand of Cellophane and the Federal Google and Facebook Antitrust Cases: Market Delineation Will be Crucial," *The Antitrust Bulletin* 67(1): 113–129.

Wikipedia, Desura, https://en.wikipedia.org/wiki/Desura (accessed 4/18/2025).

Wikipedia, G2A, https://en.wikipedia.org/wiki/G2A (accessed 4/21/2025).

Wikipedia, GameTap, https://en.wikipedia.org/wiki/GameTap (accessed 4/20/2025).

Wikipedia, Impulse (software), https://en.wikipedia.org/wiki/Impulse_(software) (accessed 4/20/2025).

Wikipedia, Meta Horizon Store, https://en.wikipedia.org/wiki/Meta_Horizon_Store (accessed 4/20/2025).

Wikipedia, PlayOnline, https://en.wikipedia.org/wiki/PlayOnline (accessed 4/20/2025).

Wikipedia, Stardock Central, https://en.wikipedia.org/wiki/Stardock_Central (accessed 4/21/2025).

Windows Blog, "The Games for Windows Marketplace Has Moved to Xbox.com!," 7/22/2011, https://blogs.windows.com/windowsexperience/2011/07/22/the-games-for-windows-marketplace-has-moved-to-xbox-com/.

Windows Central, "How to Use the Oculus Store," 11/21/2018, https://www.windowscentral.com/how-use-oculus-store.

Wired, "GameFly Goes Digital With PC Game 'Rental' Service," 8/9/2011, https://www.wired.com/2011/08/gamefly-pc-game-rental/.

Wooldridge, Jeffery (2013), *Introductory Econometrics: A Modern Approach*, 5th ed, Canada: South-Western Cengage Learning.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Wooldridge, Jeffery (2012), *Introductory Econometrics: A Modern Approach*, 5th ed., Mason, OH: South-Western.

X, Gameolith Page, https://x.com/Gameolith/ (accessed 4/20/2025).

X, Gamesrocket Page, https://x.com/gamesrocketcom (accessed 4/20/2025).

X, ShinyLoot Dormancy Post, 1/7/2016, https://x.com/ShinyLoot/status/685128615986511872.

XDA Developers, "Valve changed gaming forever with a single app," 4/17/2025, https://www.xda-developers.com/steam-changed-pc-gaming-forever/.

## Bates stamped documents

| | |
|---|---|
| DarkCatt_0000039 | VALVE_ANT_0062248 |
| EPIC_ VALVE_0000004 | VALVE_ANT_0094642 |
| EPIC_VALVE_0000013 | VALVE_ANT_0164882 |
| EPIC_VALVE_0000058 | VALVE_ANT_0203447 |
| EPIC_VALVE_0000364 | VALVE_ANT_0221829 |
| VALVE_ANT_0019719 | VALVE_ANT_0265435 |
| VALVE_ANT_0039631 | VALVE_ANT_0293869 |
| VALVE_ANT_0046752 | VALVE_ANT_0294967 |
| VALVE_ANT_0051956 | VALVE_ANT_0336935 |
| VALVE_ANT_0051958 | VALVE_ANT_0415674 |
| VALVE_ANT_0052615 | VALVE_ANT_0489888 |
| VALVE_ANT_0052792 | VALVE_ANT_0498342 |
| VALVE_ANT_0053218 | VALVE_ANT_0537011 |
| VALVE_ANT_0054486 | VALVE_ANT_0557762 |
| VALVE_ANT_0054520 | VALVE_ANT_0598921 |
| VALVE_ANT_0057771 | VALVE_ANT_0605887 |
| VALVE_ANT_0058279 | VALVE_ANT_0606204 |
| VALVE_ANT_0059430 | VALVE_ANT_1045749 |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

| | |
|---|---|
| VALVE_ANT_1163340 | VALVE_ANT_2527325 |
| VALVE_ANT_1167505 | VALVE_ANT_2533476 |
| VALVE_ANT_1193127 | VALVE_ANT_2565882 |
| VALVE_ANT_1216044 | VALVE_ANT_2572410 |
| VALVE_ANT_1218995 | VALVE_ANT_2576464 |
| VALVE_ANT_1221442 | VALVE_ANT_2714185 |
| VALVE_ANT_1229059 | VALVE_ANT_2815181 |
| VALVE_ANT_1554153 | VALVE_ANT_2925530 |
| VALVE_ANT_1554250 | WOLFIRE_00000168 |
| VALVE_ANT_1813388 | WOLFIRE_00053407 |
| VALVE_ANT_2370744 | WOLFIRE_00053558 |
| VALVE_ANT_2422879 | |

## Data without Bates stamps

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY Valve Subpoena data 29Nov23.

**Rebuttal Attachment B-1**
Video Game Platforms from Gowrisankaran Report

| Distribution Channel | Source | Included in Market Share Calculation | Description |
|---|---|---|---|
| Battle.net | [A] | No | First-party distribution only |
| PlayOnline | [B] | No | First-party distribution only |
| GameFly | [C] | No | Disc rental subscription membership service; operated a digital platform that was the same as Direct2Drive from 2011–2014 |
| Stardock Central | [D] | No | Appeared to have been first-party distribution only; succeeded by another platform which has since become defunct; does not appear to currently be supported |
| Steam | [E] | Yes | Third-party distribution platform |
| Direct2Drive | [F] | No | Non-gameplay digital sales platform |
| Xbox Games Store | [G] | No | Digital platform for console |
| PlayStation Store | [H] | No | Digital platform for console |
| Wii Shop Channel | [I] | No | Digital platform for console; closed on January 30, 2019 |
| Roblox | [J] | No | First-party distribution only |
| Games for Windows | [K] | No | Third-party distribution platform; shut down in 2013 |
| GamersGate | [L] | Yes | Non-gameplay digital sales platform |
| GOG | [M] | Yes | Third-party distribution platform |
| Ubisoft Connect | [N] | Yes | Third-party distribution platform |
| Humble Bundle | [O] | Yes | Non-gameplay digital sales platform |
| Green Man Gaming | [P] | Yes | Non-gameplay digital sales platform |
| Origin | [Q] | Yes | Third-party distribution platform |
| Minecraft | [R] | No | First-party distribution only |
| Microsoft Store | [S] | Yes | Third-party distribution platform |
| Humble Store | [T] | Yes | Non-gameplay digital sales platform |
| itch.io | [U] | Yes | Third-party distribution platform |
| Oculus Store | [V] | No | Third-party distribution platform for VR games |
| Bethesda.net Launcher | [W] | No | First-party distribution only; shut down in 2022 |
| Microsoft Game Pass | [X] | No | Subscription model |
| G2A | [Y] | No | Non-gameplay digital sales platform |
| WeGame | [Z] | No | Third-party distribution platform; global version launched in 2019 but there is little to no information on it |
| Twitch Store | [AA] | No | Third-party distribution platform; launched in April 2017 and closed in November 2018 |
| Epic Games Store | [AB] | Yes | Third-party distribution platform |
| Google Stadia | [AC] | No | Cloud gaming platform |
| Rockstar Launcher | [AD] | No | First-party distribution only |
| Riot Client | [AE] | No | First-party distribution only |
| Discord PC Store | [AF] | Yes | Third-party distribution platform |
| Amazon Luna | [AG] | No | Cloud gaming platform |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Rebuttal Attachment B-1

*Notes and sources:*

The list of distribution channels is from Exhibit 6 of the Gowrisankaran Rebuttal Merits Report, 3/26/2025.

For the Included in Market Share Calculationcolumn, see Opening Merits Attachment E-1.

[A] Schwartz Opening Merits Report, 1/27/2025, ¶¶ 28, 88.

  PC Gamer, "Oof: Years Before Steam, a Blizzard Engineer Wanted to turn Battle.net Into a Third-Party Game Store, but was Reportedly Turned Down, 10/8/2024,

    https://www.pcgamer.com/gaming-industry/oof-years-before-steam-a-blizzard-engineer-wanted-to-turn-battle-net-into-a-third-party-game-store-but-was-reportedly-turned-down/.

  K4G, What Is Battle.net, https://k4g.com/blog/games/what-is-battle-net (accessed 4/20/2025).

[B] Giant Bomb, PlayOnline, https://www.giantbomb.com/playonline/3015-1540/ (accessed 4/20/2025).

  Wikipedia, PlayOnline, https://en.wikipedia.org/wiki/PlayOnline (accessed 4/20/2025).

[C] GameFly Website, Registration Page, https://www.gamefly.com/registration (accessed 4/18/2025).

GameFly acquired Direct2Drive in May 2011 and rebranded it as GameFly Digital. It then got out of digital distribution and sold the digital storefront to AtGames in August 2014.

  IGN, "GameFly, Inc. Acquires Direct2Drive from IGN Entertainment," 5/25/2011, accessed via Internet Archive (as displayed on 6/11/2011),https://web.archive.org/web/20110611174630/http://corp.ign.com/articles/117/1170984p1.html.

  Game Developer, "GameFly is Getting Out of the Digital Distribution Game," 8/24/2014, https://www.gamedeveloper.com/business/gamefly-is-getting-out-of-the-digital-distribution-game.

[D]:

Stardock Central appears to have only distributed Stardock products and services.

  Stardock, Stardock Central: A Closer Look, https://www.stardock.com/products/sdcentral/media/ (accessed 4/21/2025).

  Wikipedia, Stardock Central, https://en.wikipedia.org/wiki/Stardock_Central (accessed 4/21/2025).

Stardock Central was succeeded by the third-party distribution platform Impulse, which was purchased by GameStop in 2011 and shut down in 2014.

  Toledo Blade, "Behind the Pixels: Stardock Portfolio Grows with Winning Games, 4/27/2024, accessed via Internet Archive (as displayed on 12/27/2024),

    https://web.archive.org/web/20241217201241/https://www.toledoblade.com/a-e/art/2024/04/27/stardock-corporation-ceo-helms-largest-video-game-studio-in-lake-erie-region/stories/20240428034 (accessed 4/21/2025).

  Stardock, "Impulse to Deliver Next-Generation PC Platform," 6/14/2008, https://www.stardock.com/blog/314940/impulse-to-deliver-next-generation-pc-platform.

Stardock Central is no longer supported.

  Stardock, Stardock Central, https://www.stardock.com/stardockcentral/ (accessed 4/21/2025).

The current web page for Stardock Games only sells Steam Keys.

  Stardock Games, Storefront, https://www.stardock.com/games/Products/Index (accessed 4/21/2025).

[E] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[F]:

Direct2Drive Website, "Where to Find Your Game Key," 8/30/2019, https://atgameshelp.freshdesk.com/support/solutions/articles/48000839579-where-to-find-your-game-key.

Direct2Drive Website, "D2D Download Guide," 8/31/2019, https://atgameshelp.freshdesk.com/support/solutions/articles/48000852296-d2d-download-guide.

[G] Gowrisankaran Rebuttal Merits Report, 3/26/2025, ¶ 127.

[H] Gowrisankaran Rebuttal Merits Report, 3/26/2025, ¶ 127.

[I] Nintendo, Wii Shop Channel Discontinuation, https://en-americas-support.nintendo.com/app/answers/detail/a_id/27560/~/wii-shop-channel-discontinuation (accessed 4/21/2025).

  Nintendo, "Important Information About the Closure of the Wii Shop Channel, 9/29/2017, https://www.nintendo.com/en-gb/News/2017/September/Important-information-about-the-closure-of-the-Wii-Shop-Channel-1285994.html.

[J] Schwartz Opening Merits Report, 1/27/2025, ¶ 86.

[K]:

Games for Windows did not offer PC game downloads until 2009, when Games for Windows Live added Games on Demand. This was subsequently relaunched as Games for Windows Marketplace in 2010.

  Bit-Tech, "Microsoft Launches Games for Windows LIVE Marketplace," 12/4/2008, accessed via Internet Archive (as displayed on 4/3/2012),

    https://web.archive.org/web/20120403002744/http://www.bit-tech.net/custompc/news/605295/microsoft-launches-games-for-windows-live-marketplace.html (accessed 4/21/2025).

  PCWorld, "Games for Windows Live Adds 'Games on Demand' Downloads," 12/16/2009, accessed via Internet Archive (as displayed on 12/10/2011),

    https://web.archive.org/web/20111210000015/http://www.pcworld.com/article/184777/games_for_windows_live_adds_games_on_demand_downloads.html (accessed 4/21/2025).

  TechRadar, "Microsoft Unveils All-New Games for Windows Marketplace, 10/22/2010, https://www.techradar.com/news/gaming/microsoft-unveils-all-new-games-for-windows-marketplace-902784.

The Games for Windows Marketplace moved to Xbox.com in 2011 and closed down in August 2013.

  Windows Blog, "The Games for Windows Marketplace Has Moved to Xbox.com!," 7/22/2011, https://blogs.windows.com/windowsexperience/2011/07/22/the-games-for-windows-marketplace-has-moved-to-xbox-com/.

  PC Gamer, "Games for Windows Marketplace to Close Next Week," 8/15/2023, https://www.pcgamer.com/gfw-pc-marketplace-to-close-next-week/.

  VideoGamer, "Microsoft to retire Games For Windows LIVE Marketplace," 8/15/2013, accessed via Internet Archive (as displayed on 8/26/2013),

    https://web.archive.org/web/20130826214156/http://www.videogamer.com/news/microsoft_to_retire_games_for_windows_live_marketplace.html (accessed 4/21/2025).

[L] Schwartz Opening Merits Report, 1/27/2025, ¶ 66.

[M] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[N] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[O] Schwartz Opening Merits Report, 1/27/2025, ¶ 66.

[P] Schwartz Opening Merits Report, 1/27/2025, ¶ 66.

[Q] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[R] Schwartz Opening Merits Report, 1/27/2025, ¶ 86.

[S] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[T]:

I understand that the Humble Store is an offering of Humble Bundle and operates in the same way but for individual games instead of bundles.

  Schwartz Opening Merits Report, 1/27/2025, ¶ 66.

  Humble Bundle, What is Humble Bundle, https://www.humblebundle.com/about (accessed 1/21/2025).

[U] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[V] Wikipedia, Meta Horizon Store, https://en.wikipedia.org/wiki/Meta_Horizon_Store (accessed 4/20/2025).

  Windows Central, "How to Use the Oculus Store," 11/21/2018, https://www.windowscentral.com/how-use-oculus-store.

  Meta Website, How to Download and Install Apps and Games, https://www.meta.com/help/quest/202382494824837/ (accessed 4/20/2025).

  Meta Horizon, Frequently Asked Questions - Meta Horizon Store, https://developers.meta.com/horizon/faqs/?locale=en_GB#meta-horizon-store (accessed 4/23/2025).

  Meta, "A New Era for Mixed Reality," 4/22/2024, https://www.meta.com/blog/meta-horizon-os-open-hardware-ecosystem-asus-republic-gamers-lenovo-xbox/.

  Meta Horizon, "Meta Quest Virtual Reality Check (VRC) Guidelines," 12/19/2024, https://developers.meta.com/horizon/resources/publish-quest-req/.

[W] Schwartz Opening Merits Report, 1/27/2025, ¶ 85.

  Softonic, Bethesda Launcher, https://bethesda-launcher.en.softonic.com/ (accessed 4/21/2025).

  Bethesda Support, "How Do I Download and Install the Bethesda Launcher on PC?," https://help.bethesda.net/#en/answer/35008 (accessed 4/21/2025).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Rebuttal Attachment B-1
Page 2 of 3

[X] Schwartz Opening Merits Report, 1/27/2025, ¶¶ 96–98.

[Y] G2A Support, Buying FAQ Page, https://supporthub.g2a.com/marketplace/en/Buying/i-purchased-a-digital-item-how-do-i-claim-it (accessed 4/21/2025).
G2A Support, Selling Guide, https://supporthub.g2a.com/seller/en/selling-digital/a-comprehensive-guide-to-selling-digital-items-on-g2acom-marketplace-tips-for-sellers (accessed 4/21/2025).
Wikipedia, G2A, https://en.wikipedia.org/wiki/G2A (accessed 4/21/2025).

[Z] WeGame, FAQ for Developers, https://developer.wegame.com/developer/static/faq_en.html (accessed 4/21/2025).
The global version, WeGameX, was described upon first launch as "bare bones," as it featured just 30 games.
PC Games Insider, "Tencent's WeGame X is now available internationally," 4/8/2019, https://www.pcgamesinsider.biz/news/68813/tencents-wegame-x-is-now-available-internationally/.
Information about WeGameX is scarce, with the most recent article, from July 2022, only stating that the international version of the store "soft launched in April 2019."
GamesIndustry, "Tencent to Shut Down WeGame App," 7/8/2022, https://www.gamesindustry.biz/tencent-to-shut-down-wegame-app.

[AA] PCGamesN, 'You Can Now Buy Games Via Twitch Streams, With 5% of the Purchase Going to the Streamer,' 4/4/2017, https://www.pcgamesn.com/twitch-commerce-dlc-steam.
TechCrunch, "Twitch will sell video games on its site starting this spring," 2/27/2017, https://techcrunch.com/2017/02/27/twitch-will-sell-video-games-on-its-site-starting-this-spring/.
GameRevolution, "Twitch Game Store Shutting Down After November 27," 11/16/2018, https://www.gamerevolution.com/news/458393-twitch-game-store-shutting-down.

[AB] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[AC] Schwartz Opening Merits Report, 1/27/2025, ¶ 125.

[AD] Rockstar, 'Download The Rockstar Games Launcher,' 9/17/2019, https://www.rockstargames.com/newswire/article/89k8a554534523/Download-The-Rockstar-Games-Launcher.

[AE] Schwartz Opening Merits Report, 1/27/2025, ¶ 90.
League of Legends Support, Riot Client FAQ, 5/13/2024, https://support-leagueoflegends.riotgames.com/hc/en-us/articles/4406274299411-Riot-Client-FAQ.

[AF] Schwartz Opening Merits Report, 1/27/2025, Table 1.

[AG] Amazon, Luna Page, https://www.amazon.com/luna/landing-page (accessed 4/21/2025).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Notes and sources:
Schwartz Supplemental Opening Merits Report, 3/7/2025, at Supplemental Attachment D-5.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Rebuttal Attachment D-1**

Validation of Games Present in Dr. Gowrisankaran's Analysis of Games "Off-Steam"

| EGS Game Title | ITAD Release Date [A] | Base Game Offered On Steam [B] | Comparable Edition on Steam [C] | Steam URL [D] |
|---|---|---|---|---|
| Far Cry 2 Fortune's Edition | 10/21/2008 | TRUE | FALSE | https://store.steampowered.com/app/19900/Far_Cry_2/ |
| Far Cry 6 Game of the Year Edition | 10/5/2022 | TRUE | TRUE | https://store.steampowered.com/app/2369390/Far_Cry_6/ |
| The Walking Dead Season One | 4/24/2012 | TRUE | TRUE | https://store.steampowered.com/app/207610/The_Walking_Dead/ |
| Trash Sailors | 12/16/2021 | TRUE | TRUE | https://store.steampowered.com/app/1132030/Trash_Sailors_CoOp_Trash_Raft_Simulator/ |
| Sniper Elite 5 Deluxe Edition | 5/25/2022 | TRUE | TRUE | https://store.steampowered.com/app/1029690/Sniper_Elite_5/ |
| Redout: Solar Challenge Edition | 9/2/2016 | TRUE | FALSE | https://store.steampowered.com/app/517710/Redout_Enhanced_Edition/?curator_clanid=26270273 |
| Flintlock - Deluxe Edition | 7/18/2024 | TRUE | TRUE | https://store.steampowered.com/app/1832040/Flintlock_The_Siege_of_Dawn/ |
| The Lion's Song | 7/7/2016 | TRUE | TRUE | https://store.steampowered.com/app/437160/The_Lions_Song_Episode_1__Silence/ |
| Through the Woods: Collector's Edition | 10/27/2016 | TRUE | TRUE | https://store.steampowered.com/app/368430/Through_the_Woods/ |
| Dead Space™ Digital Deluxe Edition | 1/27/2023 | TRUE | TRUE | https://store.steampowered.com/app/1693980/Dead_Space/ |
| Valiant Hearts: The Great War™ | 6/25/2014 | TRUE | TRUE | https://store.steampowered.com/app/260230/Valiant_Hearts_The_Great_War__Soldats_Inconnus__Mmoires_de_la_Grande_Guerre/ |
| Duel Princess | 2/4/2022 | FALSE | FALSE | |
| BioShock Infinite Complete Edition | 3/25/2013 | TRUE | TRUE | https://store.steampowered.com/app/8870/BioShock_Infinite/ |
| Let's Build a Zoo Ultimate Bundle | 8/17/2023 | TRUE | TRUE | https://store.steampowered.com/app/1547890/Lets_Build_a_Zoo/ |
| FOR HONOR - Ultimate Edition | 2/14/2017 | TRUE | TRUE | https://store.steampowered.com/app/304390/FOR_HONOR/ |
| Ravenlok | 5/4/2023 | FALSE | FALSE | https://store.steampowered.com/app/1072290/Ravenlok_Legendary_Edition/ |
| Call of the Wild: The Angler™ - Fishing Starter Pack | 10/29/2024 | TRUE | TRUE | https://store.steampowered.com/app/1408610/Call_of_the_Wild_The_Angler/ |
| Anno 1800 Gold Edition | 10/17/2022 | TRUE | TRUE | https://store.steampowered.com/app/916440/Anno_1800/ |
| Silent Hunter 3 | 1/1/2005 | TRUE | TRUE | https://store.steampowered.com/app/15210/Silent_Hunter_III/ |
| Tom Clancy's Ghost Recon Wildlands Ultimate Edition | 9/17/2018 | TRUE | TRUE | https://store.steampowered.com/app/460930/Tom_Clancys_Ghost_Recon_Wildlands/ |
| Back 4 Blood: Deluxe Edition | 10/12/2021 | TRUE | TRUE | https://store.steampowered.com/app/924970/Back_4_Blood/ |
| Back 4 Blood: Ultimate Edition | 10/11/2021 | TRUE | TRUE | https://store.steampowered.com/app/924970/Back_4_Blood/ |
| Filthy Us: Complete Edition | 4/28/2023 | TRUE | FALSE | https://store.steampowered.com/app/1788170/FILTHY_US/ |
| Anno 1800 Definitive Annoversary Edition | 10/17/2022 | TRUE | TRUE | https://store.steampowered.com/app/916440/Anno_1800/ |
| Nadir: A Grimdark Deck Builder | 2/7/2023 | TRUE | TRUE | https://store.steampowered.com/app/1535100/Nadir_A_Grimdark_Deckbuilder/ |
| Discovery Tour: Viking Age | 10/19/2021 | FALSE | FALSE | |
| Roboquest Deluxe Edition | 1/9/2024 | TRUE | TRUE | https://store.steampowered.com/app/692890/Roboquest/ |
| Shenmue III - Deluxe Edition | 11/19/2019 | TRUE | TRUE | https://store.steampowered.com/app/878670/Shenmue_III/ |
| Ghostwire Tokyo Deluxe Edition | 3/23/2022 | TRUE | TRUE | https://store.steampowered.com/app/1475810/Ghostwire_Tokyo/ |
| Cris Tales Original Soundtrack Bundle | 7/19/2021 | TRUE | TRUE | https://store.steampowered.com/app/1079830/Cris_Tales/ |
| Titus The Fox To Marrakech and Back | 1/1/1992 | TRUE | TRUE | https://store.steampowered.com/app/711230/Titus_the_Fox/ |
| Neon Noodles - Cyberpunk Kitchen Automation | 11/29/2019 | TRUE | TRUE | https://store.steampowered.com/app/990900/Neon_Noodles/ |
| Fallen Legion Revenants Digital Deluxe Edition | 8/23/2022 | TRUE | TRUE | https://store.steampowered.com/app/1921340/Fallen_Legion_Revenants/ |
| Populous™ 2: Trials of the Olympian Gods | 9/1/1991 | TRUE | TRUE | https://store.steampowered.com/app/2616450/Populous_II_Trials_of_the_Olympian_Gods/ |
| Worms Rumble Digital Deluxe Edition | 12/1/2020 | TRUE | TRUE | https://store.steampowered.com/app/1186040/Worms_Rumble/ |
| Jill of the Jungle: The Complete Trilogy | 1/1/1992 | FALSE | FALSE | |
| Trackmania Starter Access | 7/1/2020 | TRUE | TRUE | https://store.steampowered.com/app/2225070/Trackmania/ |
| Despot's Game | 9/29/2022 | TRUE | TRUE | https://store.steampowered.com/app/1227280/Despots_Game_Dystopian_Battle_Simulator/ |
| Silent Hunter 4: Wolves of the Pacific - Gold Edition | 3/20/2007 | TRUE | FALSE | https://store.steampowered.com/app/15200/Silent_Hunter_Wolves_of_the_Pacific/ |
| Darkest Dungeon®: The Ancestral Edition | 12/25/2020 | TRUE | TRUE | https://store.steampowered.com/app/262060/Darkest_Dungeon/ |
| **Total:** | n/a | 36 | 32 | n/a |

*Notes and sources:*

Game titles are those associated with slugs present in Dr. Gowrisankaran's sample of games (non-DLC/packages)
  "that never appeared on Steam but were offered on EGS and at least one other platform",
  limited to games on non-reselling platforms that are not associated with a Steam AppID in his ITAD dataset.
  See: Gowrisankaran Rebuttal Merits Report, 3/26/2025, ¶ 236.
Sample exported from 11_Workpaper_12_Validation.R.
[A] 11_Workpaper_12_Validation.R.
[B] If TRUE, a base game for EGS Game Title can be found at Steam URL. Otherwise, FALSE.
[C] If TRUE, a matching edition name and/or content for EGS Game Title can be found at Steam URL. Otherwise, FALSE.
[D] URL associated with EGS Game Title on Steam.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Rebuttal Attachment D-2**
Steam Transaction Date Range vs. EGS Price Date Ranges from Dr. Gowrisankaran's "Off-Steam" Pricing Analysis

| EGS Game Title | Steam App Description | Steam AppID | Analysis Start Date | Analysis End Date | Steam First Transaction Date | Steam Last Transaction Date | First Date Difference (Days) | Last Date Difference (Days) |
|---|---|---|---|---|---|---|---|---|
| Far Cry 2 Fortune's Edition | FAR CRY 2 | 19900 | 8/18/2020 | 2/9/2024 | | | (4,367) | 295 |
| Far Cry 6 Game of the Year Edition | FAR CRY 6 | 2369390 | 10/7/2022 | 12/3/2024 | | | 216 | (3) |
| The Walking Dead Season One | THE WALKING DEAD | 207610 | 4/26/2019 | 11/19/2024 | | | (2,565) | 11 |
| Trash Sailors | TRASH SAILORS | 1132030 | 3/15/2022 | 8/1/2024 | | | (89) | 121 |
| Sniper Elite 5 Deluxe Edition | SNIPER ELITE 5 | 1029690 | 3/7/2023 | 11/9/2024 | | | (356) | 21 |
| Redout: Solar Challenge Edition | REDOUT: ENHANCED EDITION | 517710 | 9/1/2021 | 4/7/2022 | | | (1,825) | 968 |
| Flintlock - Deluxe Edition | FLINTLOCK: THE SIEGE OF DAWN | 1832040 | 7/18/2024 | 12/3/2024 | | | (39) | (3) |
| The Lion's Song | THE LION'S SONG | 437160 | 5/13/2021 | 12/12/2024 | | | (1,771) | (12) |
| Through the Woods: Collector's Edition | THROUGH THE WOODS | 368430 | 5/19/2022 | 12/12/2024 | | | (2,030) | (12) |
| Dead Space™ Digital Deluxe Edition | DEAD SPACE | 1693980 | 1/27/2023 | 12/3/2024 | | | (115) | (3) |
| Valiant Hearts: The Great War™ | VALIANT HEARTS: THE GREAT WAR™ / SOLDATS INCONNUS : MÉMOIRES DE LA GRANDE GUERRE™ | 260230 | 3/15/2022 | 12/12/2024 | | | (2,846) | (12) |
| Duel Princess | | | 8/24/2023 | 12/3/2024 | | | n/a | n/a |
| BioShock Infinite Complete Edition | BIOSHOCK INFINITE | 8870 | 6/3/2022 | 12/18/2024 | | | (3,389) | (18) |
| Let's Build a Zoo Ultimate Bundle | LET'S BUILD A ZOO | 1547890 | 10/25/2023 | 10/5/2024 | | | (719) | 56 |
| FOR HONOR - Ultimate Edition | FOR HONOR | 304390 | 3/14/2024 | 12/22/2024 | | | (2,831) | (22) |
| Ravenlok | | | 5/7/2023 | 8/17/2024 | | | n/a | n/a |
| Call of the Wild: The Angler™ - Fishing Starter Pack | CALL OF THE WILD: THE ANGLER™ | 1408610 | 11/12/2024 | 12/27/2024 | | | (804) | (27) |
| Anno 1800 Gold Edition | ANNO 1800 | 916440 | 9/15/2019 | 12/3/2024 | | | (390) | (3) |
| Silent Hunter 3 | SILENT HUNTER III | 15210 | 10/13/2023 | 12/12/2024 | | | (5,600) | (12) |
| Tom Clancy's Ghost Recon Wildlands Ultimate Edition | TOM CLANCY'S GHOST RECON® WILDLANDS | 460930 | 1/28/2020 | 12/3/2024 | | | (1,324) | (3) |
| Back 4 Blood: Deluxe Edition | BACK 4 BLOOD | 924970 | 9/24/2021 | 12/3/2024 | | | (281) | (3) |
| Back 4 Blood: Ultimate Edition | BACK 4 BLOOD | 924970 | 9/29/2021 | 12/3/2024 | | | (286) | (3) |
| Filthy Us: Complete Edition | Æ®«Ç§½Ç$„Æ˜Á»» | 1788170 | 1/9/2024 | 12/12/2024 | | | (762) | (12) |
| Anno 1800 Definitive Annoversary Edition | ANNO 1800 | 916440 | 10/17/2023 | 12/3/2024 | | | (1,883) | (3) |
| Nadir: A Grimdark Deck Builder | NADIR | 1535100 | 11/8/2022 | 1/16/2024 | | | - | 319 |
| Discovery Tour: Viking Age | | | 10/20/2021 | 12/12/2024 | | | n/a | n/a |
| Roboquest Deluxe Edition | ROBOQUEST | 692890 | 1/9/2024 | 12/12/2024 | | | (1,237) | (12) |
| Shenmue III - Deluxe Edition | SHENMUE III | 878670 | 2/11/2024 | 9/16/2024 | | | (1,179) | 75 |
| Ghostwire Tokyo Deluxe Edition | GHOSTWIRE: TOKYO | 1475810 | 3/25/2022 | 12/12/2024 | | | (50) | (12) |
| Cris Tales Original Soundtrack Bundle | CRIS TALES | 1079830 | 7/20/2021 | 11/19/2024 | | | - | 11 |
| Titus The Fox: To Marrakech and Back | TITUS THE FOX | 711230 | 7/8/2022 | 12/29/2024 | | | (1,743) | (29) |
| Neon Noodles - Cyberpunk Kitchen Automation | NEON NOODLES | 990900 | 8/3/2023 | 2/11/2024 | | | (1,343) | 293 |
| Fallen Legion Revenants Digital Deluxe Edition | FALLEN LEGION REVENANTS | 1921340 | 8/23/2022 | 12/12/2024 | | | - | (12) |
| Populous™ 2: Trials of the Olympian Gods | POPULOUS™ II: TRIALS OF THE OLYMPIAN GODS | 2616450 | 6/27/2024 | 12/12/2024 | | | (112) | (12) |
| Worms Rumble Digital Deluxe Edition | WORMS RUMBLE | 1186040 | 7/16/2021 | 12/3/2024 | | | (281) | (3) |
| Jill of the Jungle: The Complete Trilogy | | | 4/26/2023 | 2/11/2024 | | | n/a | n/a |
| Trackmania Starter Access | TRACKMANIA | 2225070 | 2/11/2024 | 2/11/2024 | | | (374) | 293 |
| Despot's Game | DESPOT'S GAME: DYSTOPIAN BATTLE SIMULATOR | 1227280 | 9/29/2022 | 9/25/2024 | | | (350) | 66 |
| Silent Hunter 4: Wolves of the Pacific - Gold Edition | SILENT HUNTER: WOLVES OF THE PACIFIC | 15200 | 10/18/2023 | 2/11/2024 | | | (5,605) | 293 |
| Darkest Dungeon®: The Ancestral Edition | DARKEST DUNGEON® | 262060 | 2/11/2024 | 10/17/2024 | | | (3,295) | 44 |

*Notes and sources:*
11_Workpaper_12_Validation.R.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Rebuttal Attachment E-1

Airbnb Financials (2018–2023)

| Metric | 2018 [A] | 2019 [B] | 2020 [C] | 2021 [D] | 2022 [E] | 2023 [F] | Total [G] |
|---|---|---|---|---|---|---|---|
| Revenues | $ 3,651,985,000 | $ 4,805,239,000 | $ 3,378,000,000 | $ 5,992,000,000 | $ 8,399,000,000 | $ 9,917,000,000 | $ 36,143,224,000 |
| Cost of revenues | $ 864,032,000 | $ 1,196,313,000 | $ 876,000,000 | $ 1,156,000,000 | $ 1,499,000,000 | $ 1,703,000,000 | $ 7,294,345,000 |
| Gross margin percentage | 76.3% | 75.1% | 74.1% | 80.7% | 82.2% | 82.8% | 79.8% |
| Operating expenses | | | | | | | |
| Operations and support | $ 609,202,000 | $ 815,074,000 | $ 878,000,000 | $ 847,000,000 | $ 1,041,000,000 | $ 1,186,000,000 | $ 5,376,276,000 |
| Product development | $ 579,193,000 | $ 976,695,000 | $ 2,753,000,000 | $ 1,425,000,000 | $ 1,502,000,000 | $ 1,722,000,000 | $ 8,957,888,000 |
| Sales and marketing | $ 1,101,327,000 | $ 1,621,519,000 | $ 1,175,000,000 | $ 1,186,000,000 | $ 1,516,000,000 | $ 1,763,000,000 | $ 8,362,846,000 |
| General and administrative | $ 479,487,000 | $ 697,181,000 | $ 1,135,000,000 | $ 836,000,000 | $ 950,000,000 | $ 2,025,000,000 | $ 6,122,668,000 |
| Restructuring charges | $ - | $ - | $ 151,000,000 | $ 113,000,000 | $ 89,000,000 | $ - | $ 353,000,000 |
| Total costs and operating expenses | $ 3,633,241,000 | $ 5,306,782,000 | $ 6,968,000,000 | $ 5,563,000,000 | $ 6,597,000,000 | $ 8,399,000,000 | $ 36,467,023,000 |
| Income from operations | $ 18,744,000 | $ (501,543,000) | $ (3,590,000,000) | $ 429,000,000 | $ 1,802,000,000 | $ 1,518,000,000 | $ (323,799,000) |
| Operating margin percentage | 0.5% | -10.4% | -106.3% | 7.2% | 21.5% | 15.3% | -0.9% |

*Notes and sources:*
[A]–[B] Airbnb, Form 10-K, 2020, at 83.
[C]–[D] Airbnb, Form 10-K, 2022, at 70.
[E]–[F] Airbnb, Form 10-K, 2023, at 57.
[G] = Sum of [A]–[F].
Gross margin percentage = (Revenues - Cost of revenues) / Revenues.
Total costs and operating expenses = Cost of revenues + sum of all Operating expenses.
Income from operations = Revenues - Total costs and operating expenses.
Operating margin percentage = Income from operations / Revenues.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Rebuttal Attachment E-2
Etsy Financials (2018–2023)

| Metric | 2018 [A] | 2019 [B] | 2020 [C] | 2021 [D] | 2022 [E] | 2023 [F] | Total [G] |
|---|---|---|---|---|---|---|---|
| Revenues | $ 603,693 | $ 818,379 | $ 1,725,625 | $ 2,329,114 | $ 2,566,111 | $ 2,748,377 | $ 10,791,299 |
| Cost of revenues | $ 190,762 | $ 271,036 | $ 464,745 | $ 654,512 | $ 744,592 | $ 828,675 | $ 3,154,322 |
| Gross margin percentage | 68.4% | 66.9% | 73.1% | 71.9% | 71.0% | 69.8% | 70.8% |
| Operating expenses | | | | | | | |
|   Marketing | $ 158,013 | $ 215,570 | $ 500,756 | $ 654,804 | $ 710,399 | $ 759,196 | $ 2,998,738 |
|   Product development | $ 97,249 | $ 121,878 | $ 180,080 | $ 271,535 | $ 412,398 | $ 469,332 | $ 1,552,472 |
|   General and administrative | $ 82,883 | $ 121,134 | $ 156,035 | $ 282,531 | $ 312,260 | $ 343,242 | $ 1,298,085 |
|   Goodwill/asset impairment | $ - | $ - | $ - | $ - | $ 1,045,022 | $ 68,091 | $ 1,113,113 |
| Total costs and operating expenses | $ 528,907 | $ 729,618 | $ 1,301,616 | $ 1,863,382 | $ 3,224,671 | $ 2,468,536 | $ 10,116,730 |
| Income from operations | $ 74,786 | $ 88,761 | $ 424,009 | $ 465,732 | $ (658,560) | $ 279,841 | $ 674,569 |
| Operating margin percentage | 12.4% | 10.8% | 24.6% | 20.0% | -25.7% | 10.2% | 6.3% |

*Notes and sources:*
*In thousands of USD.*
[A]–[B] Etsy, Form 10-K, 2020, at 100.
[C] Etsy, Form 10-K, 2022, at 98.
[D]–[F] Etsy, Form 10-K, 2023, at 97.
[G] = Sum of [A]–[F].
Gross margin percentage = (Revenues - Cost of revenues) / Revenues.
Total costs and operating expenses = Cost of revenues + sum of all Operating expenses.
Income from operations = Revenues - Total costs and operating expenses.
Operating margin percentage = Income from operations / Revenues.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY