# EXHIBIT 6
# Report Part 2

# (Dkt No. 454.06)

# REDACTED

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

multiplayer survival horror game with over 300 million users worldwide, is available for download only through the official website.[177] *Knives Out*, a battle royale game by NetEase, had over 50 million MAU the January after its release in 2017 and was also never released to Steam.[178]

d. Since its beta launch in 2017, *Escape from Tarkov* has been available only through the Battlestate Games launcher.[179] Despite not yet having a full game release, the game is well-known by FPS players and reached 200,000 concurrent players in 2020 and over 475,000 concurrent Twitch viewers in 2021.[180] The session-based multiplayer *Escape from Tarkov: Arena* has also never been on Steam but is available for purchase on EGS.[181]

110. Some successful games that are currently on Steam grew in popularity while exclusive to other platforms and their success cannot be attributed to Steam. For example:

---

[177] Joker Studio and NetEase, Inc., "Identity V," available at https://idv.163.com/, accessed on February 20, 2025 ("PC Version Download"); Games Press, "Identity V Achieves 300 Million Visitors Worldwide, Luxury Rewards incoming!" January 9, 2023, available at https://gamespress.westeu-v2.propressroom.com/Identity-V-Achieves-300-Million-Visitors-Worldwide-Luxury-Rewards-inco, accessed on February 20, 2025 ("NetEase Games' first 4v1 Asymmetric Battle Arena Mobile Game, Identity V, has now reached over 300 million users worldwide!").

[178] Knivesout-en.com, "Homepage," available at https://www.knivesout-en.com/, accessed on February 20, 2025 ("PC Version Download"); Iain Harris, "NetEase's Knives Out pulled in more than 50 million monthly active users in January," *PocketGamer.biz*, March 29, 2018, available at https://www.pocketgamer.biz/neteases-knives-out-pulled-in-more-than-50-maus-january/, accessed on February 20, 2025 ("Chinese publisher NetEase's Playerunknown's Battlegrounds clone Knives Out pulled in more than 50 million monthly actives users in January.").

[179] Battlestate Games, "How to download the game?" June 7, 2022, available at https://www.escapefromtarkov.com/support/knowledge/425, accessed on March 12, 2025 ("To download the game, you need to go to your profile page at escapefromtarkov.com. On the profile page, at the bottom there is an 'Install' button, by clicking on which, you will download the Launcher, which is necessary for downloading, updating and running the game.").

[180] Nick Galov, "11 Thrilling Escape from Tarkov Player Count Stats for 2023," *WebTribunal*, March 6, 2023, available at https://webtribunal.net/blog/escape-from-tarkov-player-count#gref, accessed on March 12, 2025 ("Anybody who's got the dimmest idea of what FPS video games even are has inevitably heard of Escape from Tarkov. ... Escape from Tarkov hit 200,000 concurrent players in 2020. ...and more than 475,000 concurrent Twitch viewers in 2021. ... Over the course of the New Year event, just the official Battlestate Games channel attracted more than 1.6 million unique visitors. Furthermore, 475,546 people tuned in *simultaneously* on the 28th of December.").

[181] Escape from Tarkov: Arena, "Escape from Tarkov: Arena on Epic Games Store!" March 4, 2025, available at https://arena.tarkov.com/news/escape-from-tarkov-arena-on-epic-games-store, accessed on March 12, 2025 ("Escape from Tarkov: Arena is now on the *Epic Games Store* and will be officially available for purchase very soon. ... While players will be able to purchase Escape from Tarkov: Arena through the Epic Games Store, it's important to note that the game will be launched, installed and updated via the Battlestate Games launcher, which requires creating an Escape from Tarkov account.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

a. *Assassin's Creed* is a popular gaming franchise owned by Ubisoft.[182] Although the franchise has generally been available on Steam, Ubisoft temporarily stopped selling new games on Steam in 2019.[183] During this period, Ubisoft launched *Assassin's Creed Valhalla*—the twelfth major installment in the series—on EGS and its own platform, known as Uplay at the time, but not on Steam.[184] Even so, this installment was the top selling Ubisoft PC launch ever,[185] earning more than $1 billion in revenue (a first for the franchise),[186] and was the second largest profit-generating game in Ubisoft's history[187]—all of which occurred prior to the game being added to Steam in late 2022.[188]

---

[182]  Ubisoft, "Assassin's Creed Franchise," available at https://www.ubisoft.com/en-us/game/assassins-creed, accessed on March 6, 2025.

[183]  Kyle Orland, "Ubisoft comes crawling back to Steam after years on Epic Games Store," *Ars Technica*, November 22, 2022, available at https://arstechnica.com/gaming/2022/11/ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/, accessed on March 12, 2025 ("Since early 2019, Ubisoft has made a point of moving its PC releases away from Steam and toward the Epic Games Store and its own Ubisoft connect platform. That years-long experiment now seems to be ending, as Ubisoft has confirmed at least three recent PC releases will be getting Steam versions in the near future.").

[184]  Ubisoft, "Assassin's Creed Valhalla," available at https://www.ubisoft.com/en-us/game/assassins-creed/valhalla, accessed on March 7, 2023; Owen S. Good, "Assassin's Creed Valhalla comes to Steam the same day support ends," *Polygon*, November 21, 2022, available at https://www.polygon.com/23472012/assassins-creed-valhalla-steam-pc-exclusive-epic-games-store, accessed on March 6, 2025 ("The game had been an Epic Games Store exclusive for PC players since its launch on Nov. 10, 2020 – more than two years ago.").

[185]  Global Newswire, "Ubisoft's Assassin's Creed Valhalla is the Biggest Assassin's Creed Game Launch in History," November 17, 2020, available at https://www.globenewswire.com/news-release/2020/11/17/2128637/0/en/UBISOFT-S-ASSASSIN-S-CREED-VALHALLA-IS-THE-BIGGEST-ASSASSIN-S-CREED-GAME-LAUNCH-IN-HISTORY.html, accessed on March 6, 2025 ("Assassin's Creed Valhalla has also become the top-selling Ubisoft PC launch ever, driven by all-time record Ubisoft Store sales performance.").

[186]  Tom Phillips, "Assassin's Creed Valhalla passes $1bn revenue," *Eurogamer*, February 18, 2022, available at https://www.eurogamer.net/assassins-creed-valhalla-passes-usd1bn-revenue, accessed on March 6, 2025 ("Assassin's Creed Valhalla has now earned more than $1bn revenue, making it the first game in Ubisoft's flagship franchise to do so.").

[187]  Eddie Makuch, "Assassin's Creed Valhalla Becomes Ubisoft's Second Biggest Profit-Generating Game of All Time," *GameSpot*, October 28, 2021, available at https://www.gamespot.com/articles/assassins-creed-valhalla-becomes-ubisofts-second-biggest-profit-generating-game-of-all-time/1100-6497497/, accessed on March 18, 2025 ("Ubisoft said Valhalla has already become the company's second-largest profit-generating game in its history. It achieved this in less than 12 months.").

[188]  Wesley Yin-Poole, "Assassin's Creed Valhalla Is Getting Steam Achievements Nearly 2 Years After Launch," *IGN*, October 8, 2024, available at https://www.ign.com/articles/assassins-creed-valhalla-is-getting-steam-achievements-nearly-2-years-after-launch, accessed on March 4, 2025 ("After Assassin's Creed Valhalla launched on Steam in December 2022, some two years after its original Epic Games Store PC exclusive release, players complained about a lack of Steam Achievements.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

b. Another example is *Guild Wars 2*, an MMORPG developed by NCSoft.[189] *Guild Wars 2* sold over 2 million copies just two weeks after its release.[190] *Guild Wars 2* only became available on Steam in August of 2022, 10 years after its launch in August 2012.[191]

c. Several other games follow a similar pattern, including *MapleStory*,[192] *RuneScape*,[193] and *Everquest*.[194] The success of these games predates their

---

[189] ArenaNet, "GuildWars®," available at https://www.guildwars2.com/en/, accessed on March 6, 2025.

[190] Omri Petitte, "Guild Wars 2 sells over 2 million copies in first two weeks," *PC Gamer*, September 13, 2012, available at https://www.pcgamer.com/guild-wars-2-sells-2-million/, accessed on March 23, 2025 ("The swelling Guild Wars 2 community took this to their gold-plated Renown Hearts, as ArenaNet and NCsoft announced today that Guild Wars 2 sold over 2 million copies in just 14 days since releasing.").

[191] Marcus Stewart, "Guild Wars 2 Comes to Steam Next Week," *Game Informer*, August 16, 2022, available at https://www.gameinformer.com/2022/08/16/guild-wars-2-comes-to-steam-next-week, accessed on March 6, 2025 ("Guild Wars 2 celebrates its 10th anniversary this month, and ArenaNet is celebrating by introducing the MMORPG to a new audience on Steam. On Tuesday, August 23, Guild Wars 2 will be available on a third-party platform for the first time ever."); Mike O'Brien, "Announcing the Guild Wars 2 Launch Date," *ArenaNet*, June 28, 2012, available at https://www.guildwars2.com/en/news/announcing-the-guild-wars-2-launch-date/, accessed on March 23, 2025 ("Well, after the results of our latest stress test, I'm happy to announce that we're ready to nail down that date. Guild Wars 2 will officially launch on Tuesday, August 28th [2012]!").

[192] MapleStory is an MMORPG developed by Nexon. Although MapleStory launched in 2003, the game only became available on Steam starting in 2012. By 2009, three years prior to its launch on Steam, MapleStory already had 92 million users worldwide. See James Egan, "MapleStory announces over 92 million users worldwide, 4 year anniversary," *Engadget*, May 9, 2009, available at https://www.engadget.com/2009-05-09-maplestory-announces-over-92-million-users-worldwide-4-year-ann.html, accessed on March 13, 2025 ("But WoW's millions of customers, while impressive, pales in comparison with what Nexon announced this week with MapleStory: 92 million users worldwide, with 6 million users in North America alone."); Steam, "MapleStory," available at https://store.steampowered.com/app/216150/MapleStory/, accessed on March 6, 2025 ("[Steam] RELEASE DATE: August 9, 2012").

[193] RuneScape is an MMORPG developed by Jagex. As of 2020, the RuneScape franchise had over 1.2 million members and lifetime revenues of $1 billion. The game originally released in 2001 and was only added to Steam in 2020. See Jagex, "Jagex Announces Record Revenues of £120Million," January 6, 2022, available at https://www.jagex.com/news/jagex-announces-record-revenues-of-120million, accessed on March 6, 2025 ("Record RuneScape franchise membership of more than 1.2million … and is a $1billion lifetime revenue franchise."); Austin Wood, "20 years later, Runescape and Old School Runescape are Coming to Steam," *GamesRadar+*, September 24, 2020, available at https://www.gamesradar.com/20-years-later-runescape-and-old-school-runescape-are-coming-to-steam/, accessed on March 6, 2025 ("Jagex confirmed the impending Steam release of both games today. Runescape, colloquially known as Runescape 3 because it's the most modernized version of the game, will arrive on October 14[, 2020]").

[194] EverQuest is an MMORPG developed by Daybreak Game Company. During 2020, EverQuest had 66,000 subscribers and 82,000 MAUs, and EverQuest 2 had 21,000 subscribers and 29,000 MAUs. The EverQuest franchise only got added to Steam in 2009. See EverQuest, "EverQuest," available at https://www.everquest.com/home, accessed on March 6, 2025; Enad Global 7, "Investor Presentation," December 2020, available at https://www.enadglobal7.com/wp-content/uploads/2020/12/EG7-Investor-Presentation-Dec-2020-Acquires-Daybreak-Games.pdf, accessed on March 6, 2025, p. 15; EverQuest II,

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

launch on Steam, meaning that Steam cannot have been critical to their success.

111. The fact that numerous games sold only through alternative platforms are just as, or more, successful as those on Steam undermines Plaintiffs' allegation that Steam acts as a gateway to success for developers. Further, even top games that are available on Steam in many cases generate the majority of their revenues on other platforms or became successful before they started being distributed on Steam, again undermining Plaintiffs' allegation that Steam is a critical distribution channel for games to achieve success.

## 5.5. Valve's profitability does not indicate that it has durable monopoly power

112. Dr. Schwartz's analysis of margins as evidence of monopoly power is unreliable. The economics literature recognizes that **high profits may arise in situations where a firm lacks monopoly power.**[195] High profit margins are an unreliable measure of monopoly power, in particular, when there is competition in quality through innovation, which can generate high profit margins for an innovative firm while competitors catch up.[196]

113. This issue with relying on profit margins to assess monopoly power applies in this setting, given the rapid innovation from Valve and its competitors, as set out in Section 4.

114. While Dr. Schwartz argues that Valve's margins are evidence of monopoly power, he does not mention that his calculation of Valve's annual profit was ███████████████ , and ███████████████████████████████████

---

"SOE Games Are Now Available on Steam!" January 23, 2009, available at https://www.everquest2.com/news/imported-eq2-enus-2043, accessed on March 13, 2025 ("EverQuest, EverQuest II, and Vanguard: Saga of Heroes are now available for purchase and download through Steam").

[195] Robert H. Bork and J. Gregory Sidak, "The Misuse of Profit Margins to Infer Market Power," *Journal of Competition Law & Economics*, 9(3), 2013, pp. 511–530 ("Bork and Sidak (2013)") at p. 512 ("Supracompetitive profits may result from a factor other than market power, such as superior management. Furthermore, in industries with high sunk investment, high profit margins are consistent with a dynamically competitive market."); Dennis W. Carlton, "Does Antitrust Need to Be Modernized?" *Journal of Economic Perspectives*, 21(3), 2007, pp. 155–176 at p. 164 ("Maybe the courts should focus on whether profits are excessive? Yet for courts to attempt the difficult calculation of economic rates of return strikes me as not generally helpful. Arguments about the relevant time frame and accounting issues would make such analysis extremely difficult."); Jonathan Baker and Timothy F. Bresnahan, "Empirical Methods of Identifying and Measuring Market Power," *Antitrust Law Journal*, 61(1), 1992, pp. 3–16 ("Baker and Bresnahan (1992)") at p. 5 ("Antitrust law has, at times, also employed accounting profits or mark-ups as an indicator of market power. But this methodology is also far from ideal.").

[196] Bork and Sidak (2013), p. 522 ("Entrepreneurial rents are a product of a firm's 'product and process innovations and/or unique business routines (knowledge assets).' The owner of the unique knowledge assets often enjoys a temporary period of excess returns. ... The firm's superior profits are the return to innovation, necessary to induce investment by the firm and its competitors.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

██████[197] These long-term ████████████ are consistent with the type of competition that happens through innovation; investment risks can eventually yield high returns. In this context, the fact that EGS has been operating at a loss as it has entered and started to compete is unremarkable.

115. Valve has continued to take these kinds of risks to sustain its leading position in the industry. For example, as I explain in my opening report, Valve invested in hardware development to expand the accessibility of PC gaming.[198] This led to some unsuccessful products, like Steam Machines, which were console-like computers running SteamOS, an operating system with Steam's Big Picture mode interface.[199] Steam Machines failed to catch on and were ultimately discontinued.[200] Similarly, the Steam Controller, a controller tailored to PC gaming, did not have commercial success and was discontinued four years after its launch in 2015.[201] Valve also made a strategic bet on virtual reality ("VR"), launching SteamVR and VR hardware. So far, consumer demand for Steam's VR products has not taken off.[202]

---

[197]    Schwartz Opening Merits Report, Attachment D-1.

[198]    Gowrisankaran Opening Merits Report, ¶¶ 93–96.

[199]    Brian Crecente, "The first official Steam Machines hit Oct. 16, on store shelves Nov. 10," *Polygon*, June 4, 2015, available at https://www.polygon.com/2015/6/4/8727269/steam-machine-launch-date, accessed on March 21, 2025 ("The first wave of Steam Machines, console-like computers designed to run Valve's Steam software and its thousands of PC games, will be in some pre-order customers' hands on Oct. 16 and in stores on Nov. 10, Valve announced today. … All Steam Machines will run SteamOS, a Linux variant with Steam's big picture mode of interface.").

[200]    Tyler Wilde, "What happened to Steam Machines," *PC Gamer*, April 2, 2018, available at https://www.pcgamer.com/what-happened-to-steam-machines/, accessed on March 6, 2025 ("just under four years [after being announced], Steam Machines have hardly taken off"); Isaiah Richard, "Will Valve Bring Back the 'Steam Machine'? Here's What the Previous Hardware Brings Compared to The New One," *TechTimes*, December 25, 2024, available at https://www.techtimes.com/articles/308794/20241225/will-valve-bring-back-steam-machine-heres-what-previous-hardware-brings-compared-new-one.htm, accessed on March 6, 2025 ("[Steam Machines] … was discontinued in 2018").

[201]    Andy Kelly, "The Frustrating Failed Experiment That Was The Steam Controller," *TheGamer*, November 7, 2022, available at https://www.thegamer.com/the-frustrating-failed-experiment-that-was-the-steam-controller/, accessed on March 12, 2025 ("Valve's first foray into creating its own bespoke gamepad tailored specifically for PC gaming was, putting it mildly, poorly received. It launched in 2015, but by 2019 the company had quietly discontinued it."); Niels Broekhujisen, "Valve Hits Kill Switch on Steam Controller, Sells Old Inventory for $5 Each," *Tom's Hardware*, November 27, 2019, available at https://www.tomshardware.com/news/steam-controller-discontinued-sale-5-valve, accessed on March 12, 2025 ("The Steam Controller was all the hype early in development, but ultimately it saw few adopters and far less love than the community was expecting. Consequently, it's no surprise that Valve has announced that it won't be making any more.").

[202]    Hamish Hector, "Valve Index 4 years later: the good, the bad, and the future of Steam VR," *TechRadar*, April 30, 2023, available at https://www.techradar.com/features/valve-index-four-years-later, accessed on March 21, 2025 ("The Valve Index was teed up to be a runaway success; not only did the headset arrive boasting a solid set of specs, but Valve was even reviving one of its most beloved franchises to help promote it with the Steam-exclusive game Half-Life: Alyx. Yet, despite the gadget receiving a lot of love from critics and VR fanatics alike,

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

116.    Valve continued to build on its investments in Steam hardware and eventually had success with the Steam Deck.[203] Other industry participants have similarly had success with some of their innovations. For example:

    a. Microsoft launched its subscription service Game Pass. While video game subscription services have existed in the past, with services like PlayCable and GameLine, these early services never took off and were discontinued during the 1983 video game crash.[204] In 2017, Microsoft took inspiration from media streaming services and launched Xbox Game Pass.[205] With over

---

the Index hasn't managed to capture the same wave of hype that has propelled the Meta Quest 2 (formerly Oculus Quest 2) into the mainstream. As such, there's uncertainty over whether we'll ever see a followup to the beloved Valve headset."); Niall Walsh, "VR gaming continues to boom on Steam, but it's bad news for Valve," *PCGamesN*, February 5, 2024, available at https://www.pcgamesn.com/meta/vr-gaming-boom-steam-valve, accessed on March 21, 2025 ("While the Valve Index is among the best VR headsets you can buy right now, there is a concerning trend within the VR share on Steam that shows players are far more interested in both the Meta Quest 3 and its predecessor. ... With no news on a Valve Index successor and nothing seemingly on the horizon, interest could remain low in Valve's VR headset while Meta continues to mop up interest from PCVR and standalone users alike.").

[203]    Isaiah Richard, "Will Valve Bring Back the 'Steam Machine'? Here's What the Previous Hardware Brings Compared to The New One," *TechTimes*, December 25, 2024, available at https://www.techtimes.com/articles/308794/20241225/will-valve-bring-back-steam-machine-heres-what-previous-hardware-brings-compared-new-one.htm, accessed on March 6, 2025 ("it was speculated that Valve will not bring back Steam Machines particularly as it already found success in its first-party development of the Steam Deck handheld ... Valve found success when it released the Steam Deck three years ago, and more particularly, leading the charge for the handheld gaming's return to the market after all these years.").

[204]    Dale Bashir, "A Quick History of On-Demand Video Game Subscription Services," *IGN Southeast Asia*, July 23, 2021, available at https://sea.ign.com/netflix/174598/news/a-quick-history-of-on-demand-video-game-subscription-services, accessed on March 13, 2025 ("Turns out, the earliest console manufacturers, namely Atari and Mattel, were already offering these sorts of subscriptions back in the early days of console gaming. The first attempt was through Mattel's Intellivision console in 1980. Known as the PlayCable, this service allowed subscribers to download new games onto their Intellivision consoles through the use of television cables. With 20 games being made available at a time, this early experiment was discontinued during the video game crash of 1983. GameLine, on the other hand, was a service for the Atari 2600 that let subscribers download games through the use of an external modem."); Shannon Lawlor, "Intellivision PlayCable Was Like an Xbox Game Pass Predecessor," *Game Rant*, November 13, 2021, available at https://gamerant.com/intellivision-playcable-xbox-game-pass-predecessor/, accessed on March 13, 2025 ("While it's clear that the technology wasn't quite developed enough for this type of service, there was another major factor in the downfall of PlayCable, which was discontinued in 1984. As those familiar may have guessed, this is the infamous 1983 video game crash, which caused Mattel to halt production of new hardware.").

[205]    Jordan Sirani, "How Xbox Game Pass Became the Subscription Service to Beat," *IGN*, April 8, 2022, available at https://www.ign.com/articles/xbox-game-pass-history-subscription-service, accessed on March 13, 2025 ("Microsoft, seeing the success of other media streaming services like Netflix and Spotify, pivoted toward a subscription model, and thus Game Pass as we know it was born. ... With publisher support secured, Microsoft officially unveiled Xbox Game Pass in February 2017.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

34 million subscribers as of February 2024, Game Pass is now considered the future of Microsoft's gaming business.[206]

b. Nintendo also had success with the launch of the Nintendo Switch, a console that can be played handheld or connected to a screen, in 2017.[207] This followed its less successful innovation—the Wii U.[208] While the Wii U was seen as a commercial failure with production of the console ending in 2017, less than five years after its release, the Wii U eventually led to the success of the Nintendo Switch.[209] The Nintendo Switch is now one of the best-selling consoles of all time, with over 150 million units sold.[210]

117.    **This is exactly what competition through innovation looks like: competitors take risks, some of which fail and some of which are**

[206]    Jordan Sirani, "How Xbox Game Pass Became the Subscription Service to Beat," *IGN*, April 8, 2022, available at https://www.ign.com/articles/xbox-game-pass-history-subscription-service, accessed on March 13, 2025 ("The future of Game Pass is the future of Xbox. Microsoft, through its messaging and decision-making, has made it clear that its path forward in gaming goes through Game Pass."); Zachary McAuliffe, "Microsoft's Developer Direct Proved Game Pass Is Xbox's New Norm," *CNET*, January 29, 2025, available at https://www.cnet.com/tech/gaming/microsofts-developer-direct-proved-game-pass-is-xboxs-new-norm/, accessed on March 19, 2025 ("Xbox's Developer Direct on Jan. 23 made one thing clear: The company is betting big on Game Pass. ... Sarah Bond, the president of Xbox, said in February 2024 on the Official Xbox podcast that there were 34 million Game Pass subscribers.").

[207]    Smangaliso Simelane, "Why Is the Nintendo Switch So Successful?" *Game Rant*, January 14, 2022, available at https://gamerant.com/nintendo-switch-success-hardware-versatility-game-sales-pandemic/, accessed on March 13, 2025 ("Released in 2017, the Nintendo Switch stands out among its competitors by being a hybrid system capable of both portable gaming and docked gaming on an external screen. The unique design was a risk, but it has proven to be a stellar success for Nintendo. It has sold 84.59 million units after just 49 months on the market, making it one of the fastest-selling consoles of all time.").

[208]    Smangaliso Simelane, "Why Is the Nintendo Switch So Successful?" *Game Rant*, January 14, 2022, available at https://gamerant.com/nintendo-switch-success-hardware-versatility-game-sales-pandemic/, accessed on March 13, 2025 ("This is not the first time Nintendo has experimented with a hybrid device. The Switch borrows many ideas from the Wii U, which was a commercial failure for Nintendo, partly because the company struggled to properly advertise the benefits of the console's functions. However, Nintendo learned from its mistakes with the Wii U, and it took care to lucidly communicate what the Switch is and what its purpose is.").

[209]    Nathan P. Gibson, "Nintendo's Miss: What Wrong for the Wii U (And What Went Right?)," *SlashGear*, December 30, 2023, available at https://www.slashgear.com/1479581/nintendo-miss-what-wrong-wiiu/, accessed on March 13, 2025 ("Nintendo officially announced the end of production for the Wii U in January 2017, less than five years after the console had first released. ... While the Wii had popularized motion controls for games, the Wii U introduced a hybrid screen and controller that opened up new gaming possibilities. Neither Nintendo nor other developers took full advantage of this feature but its importance cannot be overlooked. It essentially paved the way for the Nintendo Switch, putting Nintendo on the course to release the next evolution of the concept after realizing there was a market for a hybrid console.").

[210]    Darryn Bonthuys, "Nintendo Breaks 13-Year Record With New Switch Sales Figures," *GameSpot*, February 4, 2025, available at https://www.gamespot.com/articles/nintendo-switch-breaks-13-year-sales-record/1100-6529214/, accessed on March 13, 2025 ("The Switch has sold over 150 million units since launch, making it the first console to do so in 13 years. ... The Switch is still the third-best-selling video game system of all time, and if it can shift four million more sales, it'll take the second place position held by the Nintendo DS.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**successful**.[211] Consider, for example, non-price competition through research and development in the pharmaceutical industry: failure rates for new drugs are high, and make research and development risky.[212] Meanwhile, competition between firms to be among the first to successfully bring a new drug to market is intense, as those firms often get to serve most of the market.[213]

118.  Beyond the above limitations of Dr. Schwartz's profit margin analysis, I also understand that an accounting expert, Professor Schroeder, has assessed the appropriateness of Dr. Schwartz's adjustments to Valve's Steam financials, which he claims ███████████████████████ and ███████████ ████████████████████████████████ for the Steam segment. Mr. Schroeder finds that Dr. Schwartz's adjustments to Steam's financial statements are inconsistent with the applicable financial reporting guidance cited by Dr. Schwartz. [214]

119.  Professor Rietveld's analysis of Valve's profitability is largely irrelevant for understanding whether Valve has durable monopoly power because the evidence he shows is consistent with procompetitive outcomes. In particular,

---

[211]  For example, consider research and development competition in the pharmaceutical industry, which has long been recognized as being "driven to a great extent by non-price competition in R&D … and [one where] the first and second firms to discover drugs usually capture the lion's share of the market," but is also "subject to enormous uncertainties (only 23% of all compounds entering clinical trials are eventually approved, and of the thousands of candidate compounds identified in the discovery phase, only a very small percentage enter the clinic." See Ian Cockburn and Rebecca Henderson, "Racing to Invest? The Dynamics of Competition in Ethical Drug Discovery," *Journal of Economics and Management Strategy*, 3(3), 1994, pp. 481–519 ("Cockburn and Henderson (1994)") at pp. 485–486.

[212]  JA DiMasi et al., "Trends in Risks Associated with New Drug Development: Success Rates for Investigational Drugs," *Clinical Pharmacology & Therapeutics*, 87(3), 2010, pp. 272–277 at pp. 272 ("By development risk, we mean the likelihood that development of a drug will be terminated owing to efficacy, safety, or commercial concerns. High drug failure rates contribute substantially to R&D costs, whether or not these costs are otherwise increasing."), 275–276 ("The estimated clinical approval success rates for self-originated drugs varied substantially by therapeutic class. The CNS (8%), cardiovascular (9%), gastrointestinal/metabolism (9%), and respiratory (10%) categories had relatively low estimated approval success rates. In contrast, systemic anti-infectives had a relatively high clinical approval success rate (24%).").

[213]  Cockburn and Henderson (1994), p. 486 ("[Pharmaceuticals] is an industry that is driven to a great extent by nonprice competition in R&D, and one of the few in which patents provide a very high degree of appropriability. Regulatory approvals or patent grants for new compounds represent particularly well-defined 'prizes' in the R&D game, and the first and second firms to discover drugs usually capture the lion's share of the market.").

[214]  Expert Rebuttal Report of R. Harold Schroeder, March 26, 2025, ¶¶ 46 ("Simply put, Dr. Schwartz's adjustments that purportedly 'make Valve's Steam financials more in line with ████████████████████████████████████" result in an artificial inflation of Steam's gross- and operating-profit margin percentages that is inconsistent with the financial reporting standards he cites"), 51 ("In particular, Dr. Schwartz asserts that 'Steam merely operates as a distribution agent' and that his resulting adjustments—that ███████████ ████ 'make Valve's Steam financials more in line with ██████████████████ ██████████").

he estimates that total gross and operating profits from third-party sales have increased over time, but does not disentangle to what extent that is driven by growth in revenues (which would be procompetitive).[215] He also claims that Valve "has not scaled the team working on Steam to meet the demands of the platform's massively increased user base," and that Valve operates a "lean" organization that has a much higher revenue/employee ratio than other tech firms and has been declining in recent years.[216] This approach is flawed because he does not account for the different ways companies may classify employees (for example, these counts may exclude independent contractors) in his headcounts, and the methodology that each of the firms uses to estimate its reported gross profits and employee headcount likely varies across firms making it difficult to ensure that this comparison is apples to apples. Further, having a high revenue/employee ratio does not prove market power, it can be entirely consistent with competition.[217] Indeed, a canonical procompetitive outcome is for firms to invest and increase efficiency—thereby lowering costs— and to pass those lower costs on to consumers in the form of higher quality or lower prices. Overall, these flaws render Professor Rietveld's methodology fundamentally unreliable.

---

[215] Rietveld Opening Merits Report, Figure 19. While he claims that revenues outpaced costs, he does no formal analysis of any specific profit margin. See Rietveld Opening Merits Report, ¶ 125 ("large and sustained increases in the profits Valve enjoyed is attributable to both the growth in revenues from sales of third-party games through Steam and Valve's ability to generate those revenues while incurring related operating expenses that increased at a significantly lower rate.").

[216] Rietveld Opening Merits Report, ¶ 106 ("Valve operates a very lean organization compared to other U.S.-based tech firms. Its relatively small workforce of ▮ employees, as of 2021, enables the company to achieve a gross profit of over ▮, which is ▮ larger than giants like Apple, Google, and Microsoft.").

[217] Bork and Sidak (2013), p. 512 ("Supracompetitive profits may result from a factor other than market power, such as superior management."). Note that adding headcount does also not necessarily lead to higher productivity, since information frictions and other organizational frictions can make larger teams less efficient in some circumstances. See Paul Milgrom and John Roberts, *Economics, Organization & Management*, (Upper Saddle River, N.J.: Prentice Hall, Inc., 1992) ("Milgrom and Roberts (1992)"), p. 571 ("PROBLEMS OF INFORMATION AND COORDINATION One important effect is that an organization that gets too large tends to suffer from poorer coordination and decision making. As the size of the firm increases, either each division becomes bigger or the number of divisions is increased. In the latter case, the amount of information coming in from the divisions to the head office increases. Top managers become overladed. ... responses bring costs.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## 6. MARKET OUTCOMES IN THE VIDEO GAME INDUSTRY ARE INCONSISTENT WITH VALVE LIMITING COMPETITION

120. Both Professor Rietveld's and Dr. Schwartz's views that anticompetitive conduct has foreclosed entry and competition are at odds with the economic nature of competition and with the reality of video game distribution.[218] In particular, their views center around the observation that few entrants have achieved the same level of success as Steam.[219] However, competition does not mean that every firm will succeed. It also does not mean that successful firms will achieve equal market shares. These points are especially true in innovative, highly dynamic industries, like video game distribution. In such industries, competition drives firms to try to innovate but only a few may succeed at any point in time. For this reason, a lack of success does not imply foreclosure.

121. Further, Professor Rietveld's and Dr. Schwartz's analyses assume that the only ways for platforms to compete are by offering lower prices or differentiated content for games that are common across platforms. This is an oversimplification. It ignores competition through innovation to improve the platform features for consumers and publishers. Firms may also compete by targeting niches, given differentiated consumer tastes.

122. Professor Rietveld and Dr. Schwartz focus on Steam's success, which is the wrong lens for assessing whether competition for video game distribution has been foreclosed. This lens misses important features of the video game distribution industry that demonstrate that it is a sector where competition has thrived. First, this is a sector where there has been significant entry and where platforms have differentiated themselves to compete, even if, as is consistent with competition, not all entrants have succeeded. Second, this is a sector where innovation has continuously occurred. Finally, it is one where quality-adjusted prices have declined and output has expanded.

123. In this section, I demonstrate each of these points.

---

[218] Schwartz Opening Merits Report, ¶ 13 ("Valve's exercise of its monopoly power—through its alleged enforcement of the PMFN Policy—harms competition in the market, by enabling Valve to deter entry and/or reduce the ability of potential platforms to compete"); Rietveld Opening Merits Report, ¶ 7 ("Valve exploits Steam's dominance through use of parity requirements to preclude effective competition from rival PC game distribution platforms.").

[219] Rietveld Opening Merits Report, ¶ 8 ("Valve's conduct precludes rival platforms from differentiating themselves and amassing user bases that are large enough to compete effectively against Steam."); Schwartz Opening Merits Report, ¶ 247 ("no entrant has been able to achieve meaningful success in the marketplace or gain and maintain a meaningful market share. Despite other third-party digital PC game distribution platforms offering developers benefits like those available on Steam and charging lower commissions than Steam, Steam maintains its dominant position in the relevant market.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 6.1. Competition for video game distribution has not been foreclosed

### 6.1.1. Frequent entry and growth of other distributors, including many digital platforms, is consistent with low entry barriers and no competitive foreclosure

124. Plaintiffs' claim that Steam has foreclosed competition is at odds with the dynamics of the industry. Professor Rietveld concludes that "Sophisticated and well-resourced entities have been unable to develop PC game distribution platforms that compete viably with Steam."[220] His analysis is limited to analyzing the success of EGS, and finding some measures of engagement with and sales of third-party titles that have declined in recent years with the most focus on 2023.[221] In addition to erroneously ignoring the growth in EGS's first-party revenues and overall growth of the platform (which I discuss later in this section), this approach ignores the vast majority of competitors that have entered and competed with Steam over the last two decades, and understates the competitive role that EGS has played.[222]

125. Dr. Schwartz takes a similar approach, although he considers other platforms in addition to EGS.[223] He states that "Entrants into the relevant market have been unable to compete effectively with Steam."[224] Both Professor Rietveld and Dr. Schwartz attribute competitors' inability to take a larger share from Steam to high barriers to entry (including those created by the alleged PMFN) that make it impossible for other platforms to compete viably.

126. As Exhibit 6 shows, there has been significant entry by other platform distributors of video games both before and after Steam entered, but especially so after Steam's entry.

---

[220]    Rietveld Opening Merits Report, Section V.C.

[221]    Rietveld Opening Merits Report, ¶¶ 57–59.

[222]    Professor Rietveld shows that, between 2022 and 2023, total player spending on the Epic Games Store increased from $820 million to $950 million, a 16 percent year-over-year increase. Additionally, he shows that the Epic Games Store saw a 17 percent increase in PC users and an 88 percent increase in titles offered year-over-year during this period. Rietveld Opening Merits Report, ¶ 56 ("In early 2024, Epic Games released the latest performance metrics for its PC game distribution platform in its 2023 Year in Review. According to Epic Games, EGS achieved all-time highs in several categories, including 270 million PC users (a 17% increase YoY), $950 million in total spending (a 16% increase YoY), and over 2,900 titles offered (an 88% increase YoY)."), Figure 5 ("Player spending – total (2022): $820 million; Player spending – total (2023): $950 million").

[223]    Dr. Schwartz additionally considers Itch.io, GOG, Discord, Uplay/Ubisoft Connect, Origin/EA App, and the Microsoft Store. Schwartz Opening Merits Report, ¶¶ 250–261.

[224]    Schwartz Opening Merits Report, ¶ 247.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 6**
*Many video game platforms have launched in the last 30 years*



*Source: Appendix E*
Note: Platform launch dates are compiled from public press research.

127.  The majority of the platforms in Exhibit 6 enable third-party digital PC game transactions and fall within Plaintiffs' proposed relevant market. But the landscape has also featured entry by PC platforms of publishers selling their own games, like Roblox or Ubisoft Connect, as well as digital platforms for consoles like Xbox Games Store (now the Microsoft Store for Xbox) and PlayStation Store that have provided competitive pressure on Steam since its inception. Additionally, entry continues to this day; Google, the operator of the Google Play Store on mobile devices, has announced plans to distribute native PC titles through Google Play Games on PC.[225]

128.  These instances of entry, especially at the high rates observed, are inconsistent with Plaintiffs' theory of foreclosure. If Valve's alleged PMFN policy were

---

[225]  Aurash Mahbod, "Making Google Play the best place to grow PC games," *Android Developers Blog*, March 13, 2025, available at https://android-developers.googleblog.com/2025/03/making-google-play-best-place-to-grow-pc-games.html, accessed on March 26, 2025 ("That's why we're making even bigger investments in our PC gaming platform. Google Play Games on PC was launched to help mobile games reach more players on PC. Today, we're expanding this support to native PC games, enabling more developers to connect with our massive player base on mobile.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

indeed a severe limitation on rivals' ability to compete, then it would not be economically rational for firms to enter into competition with Steam. If there were a PMFN that was well known in the industry and understood to have the effect of meaningfully blocking opportunities to compete, then entry would be successfully deterred.[226] But this is not what we observe; we observe abundant entry by new market participants.

129. **Frequent entry is consistent with low entry barriers.** It is well recognized in the economics literature that, when entry barriers are low, a firm's market power at a point in time will tend to not be durable since new entrants can challenge that firm's position by entering and competing with superior products and services.[227] The PC gaming ecosystem is open (compared to, for example, the one for consoles) such that any developer can easily set up its own online storefront to distribute its games.[228] Further, there are low costs associated with consumers multihoming on several platforms and this results in high rates of multihoming. This is a feature of the industry that Professor Rietveld acknowledges.[229] As a result, players can easily try out alternative platforms even if they have a favorite at one point in time and can observe if a rival platform offers a superior service. These factors are

---

[226] For example, Boik and Corts discuss how a widely known PMFN policy would inhibit entry by low-cost, low-quality platforms. See Andre Boik and Kenneth S. Corts, "The Effects of Platform Most-Favored-Nation Clauses on Competition and Entry," *The Journal of Law and Economics*, 59(1), 2016, pp. 105–134 ("Boik and Corts (2016)"), p. 122 ("For example, one might expect that adoption of a PMFN agreement by a full-service platform would make entry by a platform with a bare-bones, low-cost, and (potentially) low-price business model much more difficult, given the constraint it places on a seller's ability to pass through those lower costs or to offer a discounted price for transactions through the lower-quality platform."). Some platform entrants have entered with such a low-cost, low-quality strategy and have remained in the video game industry for considerable time. For example, the Epic Games Store entered as a lower-cost, lower-quality alternative to Steam in 2018 and still persists. I observe similar patterns for Itch.io, Humble Bundle, and the Humble Store. See Sections 4.2 and 7.2.

[227] Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (Harlow, Essex: Pearson Education Limited, 2015) ("Carlton and Perloff (2015)"), p. 268 ("Theories on competitive and noncompetitive markets hold that the less competition a firm faces, the greater its market power: the ability to set price profitably above marginal cost. Thus, market power (and hence price and profits) should be higher in industries with substantial entry barriers that reduce actual and potential competition."); Varian (2010), p. 422 ("Any amount of money earned in excess of the payments to the factors of production is a pure economic profit. But whenever someone finds a pure economic profit, other people will try to enter the industry and acquire some of that profit for themselves. It is this attempt to capture economic profits that eventually drives them to zero in a competitive industry with free entry.").

[228] Kyle Orland, "Microsoft opens a crack in console gaming's decades-old walled garden," *Ars Technica*, March 27, 2024, available at https://arstechnica.com/gaming/2024/03/microsoft-opens-a-crack-in-console-gamings-decades-old-walled-garden/, accessed on March 24, 2025 ("Since the days of the NES, the one unshakable distinction between the PC and console gaming markets was the latter's 'walled garden' approach to game distribution.").

[229] Rietveld Opening Merits Report, ¶ 13 ("It is not expensive for PC game players or publishers to join multiple competing PC game distribution platforms.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

consistent with low entry barriers and indicate that Steam's position in the industry is continually challenged by competition.

130. Competition and low entry barriers do not mean that every firm will succeed. They also do not mean that competing firms will achieve equal market shares.[230] If a firm has strong performance because it offers attractive products or services and it continues to respond to competitive challenges by innovating and/or improving its quality-adjusted prices, it may be able to preserve its strong position in a competitive market. But the low barriers to entry do mean that its position is not secure, and that it must compete vigorously to maintain its position.[231] In other words, low barriers to entry—as evidenced by frequent entry of other rival platforms—mean that Steam does not have durable monopoly power: it cannot raise prices or lower quality because a new entrant would, in that case, displace it.

131. **These many competitors and the industry dynamics place competitive pressure on Steam.** The entry of rival platforms disciplines competition. This can be true even when those rivals do not capture the same level of scale and success of incumbent platforms. The industrial organization literature finds that entry by new firms with differentiated products or services can increase competitive pressure on incumbent firms in the market and

---

230    Carlton and Perloff (2015), p. 103 ("In many new industries, a massive entry of small firms is followed by a shakeout that eliminates the weakest firms. The surviving firms then grow both in size and in functions until the industry eventually goes into decline. This pattern is explained by the models of entry and exit … in which firms learn whether they are efficient and, if not, exit.").

231    Baker and Bresnahan (1992), p. 4 ("if entry into a market is easy, no firm can exercise market power, no matter how large its market share. Second, a firm could have a large market share and the market could appear concentrated, not because the firm has market power but because it has low costs or sells superior products.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

generate welfare gains.[232] Entry can incentivize incumbent firms to compete more intensely through lower prices or increased innovation and quality.[233]

132.    The competitive pressure from Steam's rivals is evidenced in internal documents where Valve discusses changes to the competitive landscape, increasing competitive pressure from other platforms, and its responses to the more intense competition.

    a. In an email exchange regarding ███████ likely departure from Steam, Kristian Miller of Valve notes that Valve could ██████████████ ████████████████████████████████[234] When asked about this statement in deposition, Miller testified that a number of high-impact features were added to Steam following this conversation, including "improvements to communication and exhibition features as well as discoverability on the storefront."[235]

---

[232]    Michael Spence, "Product Differentiation and Welfare," *The American Economic Review*, 66(2), 1976, pp. 407–414 ("Spence (1976)") at p. 410 ("The entry of an additional product has several effects. It increases the surplus from the new product, but lowers the demand for existing products and causes them to contract output. In terms of the surplus, there are gains and losses. The gains are the profits and the consumer surplus from the new product. The losses are reductions in the profit and surplus from the existing products. When the products are close substitutes and the cross elasticities are high, the extra surplus created by the entering product is lost through contractions of existing firms. The familiar metaphor of expanding and slicing the pie is appropriate. A new product expands the pie and causes it to be sliced into more pieces."); Amil Petrin, "Quantifying the Benefits of New Products: The Case of the Minivan," *Journal of Political Economy*, 110(4), 2002, pp. 705–729 ("Petrin (2002)"), pp. 707 ("the Dodge Caravan (its minivan) was an immediate success ... General Motors (GM) and Ford quickly responded, introducing their own versions of minivans ... However, they were unprepared for the Caravan's success and were forced to build their minivans on truck platforms ... Chrysler continued to dominate this market niche over time ... Fourteen years after the introduction ... Chrysler captured 44 percent of [the minivan] market."), 728 ("Consumer benefits were distributed across households in a nonrandom way, and almost half of these benefits came from increased price competition and accrued to non–minivan purchasers.").

[233]    Thomas M. Jorde and David J. Teece, "Innovation, Dynamic Competition, and Antitrust Policy," *Regulation*, 13(1), 1990, pp. 35–44 at p. 38 ("potential competition from new product and processes is most likely to spur an established firm to action. In most instances, potential competition can be more important than actual competition in industries experiencing or expected to experience rapid technological change."); Austan Goolsbee and Chad Syverson, "How Do Incumbents Respond to the Threat of Entry? Evidence from the Major Airlines," *The Quarterly Journal of Economics*, 123(4), 2008, pp. 1611–1633 at p. 1631 ("The results indicate that incumbents do indeed react preemptively to Southwest's entry threat. Incumbents drop fares significantly before entry occurs. This does not appear to be driven by airport-specific cost shocks; incumbents' fares drop on threatened routes relative to their fares on other routes from the same airports."); Jean Tirole, *The Theory of Industrial Organization*, (Cambridge, MA: MIT Press, 1988) ("Tirole (1988)"), p. 309 ("In the absence of actual competition, potential competition is very effective in disciplining the incumbent firms.").

[234]    Email chain from Kristian Miller to Dario Casali et al., "RE: ████████" August 10, 2018, VALVE_ANT_0818222–223 at 222 ███████████████████████ ██████████████████████████████████████████████

[235]    Deposition of Kristian Miller (Valve Corporation), October 3, 2023 ("Miller Deposition"), p. 91 ██████████████████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

b. Scott Lynch, Valve's Chief Operating Officer, testified about pressure from competition, stating, "There's like the competition from, you know, third-party stores and wanting to stay competitive with them and all of our competitors. So there were, you know, tons of things that, you know, went into that kind of like feeling like, you know, maybe this is a time when we -- you know, it makes sense to, you know, change our -- our rev share."[236] He also testified that Valve wanted games like ███████████████ ███████████ on Steam but had so far been unable to convince their publishers to distribute them through Steam.[237]

c. One internal Valve email gives a Valve employee's view that the introduction of tiered revenue ███████████████ ███████████ while other internal emails discuss ways in which Valve could more effectively compete ███████████████ ███████████████[238] Specifically, these employees mention improving the customer experience through the addition and improvement of Steam features, giving publishers more control over their marketing and communication to consumers, and expanding the platform into new regions, giving publishers a larger consumer base to sell their games.[239]



[236] Deposition of Scott Lynch, 30(b)(6) (Valve Corporation), October 13, 2023 ("Lynch 30(b)(6) Deposition"), p. 8, 113.

[237] Lynch 30(b)(6) Deposition, pp. 112–113

[238] Email chain from Kristian Miller to Tom Giardino, ████████████ October 2, 2018, VALVE_ANT_2392320–323 at 320 ██████████████████████████ Email chain from DJ Powers to Scott Lynch, ████████ February 5, 2019, VALVE_ANT0489888–890 at 890

[239] Email chain from DJ Powers to Scott Lynch, "FW: ████████ – ██ February 5, 2019, VALVE_ANT_0489888–890 at 890

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

133. Console manufacturers and platform owners recognize competition between PC platforms (and Steam) and console platforms. These firms have undertaken significant investments to compete more effectively and place greater pressures on Valve. For example, Andrew House, the head of Sony Interactive Entertainment, said that Sony launched the PlayStation 4 Pro console to attract consumers who preferred the higher-quality game graphics then available to PC consumers.[240] And, similarly to how Valve introduced universal controller support to more effectively compete for customers who prefer to use console-like controllers, console manufacturers and platform operators have also been adding mouse and keyboard control support to consoles in order to attract PC consumers.[241]

134. The competitive pressure that these firms place on Steam is commonly discussed in industry reporting.

    a. "Steam may be PC gaming's 800-pound gorilla, but it's nowhere near a monopoly. These days, your pals are just as likely to be hanging out on Battle.net or Uplay, or in the standalone launchers for *League of Legends* and *Fortnite*. Discord shows you when your friends are online in any game—even Xbox Live games!—and not just Steam titles. You can talk with your buddies even if you're all playing on different platforms."[242]

    b. "Developers on Steam might want to reconsider where they're taking their games, as Epic Games has introduced two groundbreaking initiatives aimed at devs and publishers that could make a difference in their profits. With the launch of Epic First Run and the Now On Epic program, the company is offering exciting incentives to lure developers away from competing

---

240    Keith Stuart, "PlayStation Boss on PS4 Pro: Our Approach Isn't Reactive This Time Around," *The Guardian*, September 8, 2016, available at https://www.theguardian.com/technology/2016/sep/08/playstation-boss-andrew-house-ps4-pro-our-approach-isnt-reactive-this-time-around, accessed on April 18, 2024 ("Regarding the PlayStation 4 Pro, he suggested the Xbox wasn't even being considered its main competition. Rather, it was the PC. 'I saw some data that really influenced me,' he said. 'It suggested that there's a dip mid-console lifecycle where the players who want the very best graphical experience will start to migrate to PC, because that's obviously where it's to be had. We wanted to keep those people within our eco-system by giving them the very best and very highest [performance quality]. So the net result of those thoughts was PlayStation 4 Pro – and, by and large, a graphical approach to game improvement.").

241    Microsoft, "Navigate with a mouse and keyboard," available at https://support.xbox.com/en-US/help/hardware-network/accessories/mouse-keyboard, accessed on March 7, 2025 ("You can use wired USB mice and keyboards for navigation in select games and apps, and—with a keyboard—for getting around on Xbox and Windows devices."); Sony, "How to use a keyboard and mouse on PS5 consoles," available at https://www.playstation.com/en-us/support/hardware/keyboard-mouse-ps5/, accessed on March 7, 2025 ("Select items on your screen with ease by using your USB or Bluetooth mouse with your PS5 console.").

242    Brad Chacos, "Why the new Steam Chat won't woo PC gamers away from Discord," *PCWorld*, July 25, 2018, available at https://www.pcworld.com/article/402323/new-steam-chat-vs-discord.html, accessed on March 7, 2025.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

platforms. If there's a huge uptick in games released exclusively on Epic, this is probably why."[243]

c. "There was a time when Steam's built-in chat platform was one of the easiest ways to talk to your friends about games. It had voice chat and was natively integrated ... But online chat communities evolved, and Steam's default chat client didn't. Soon, Discord ate Valve's lunch. Now the PC gaming platform is striking back. On Tuesday, Valve launched Steam Chat, a major overhaul of the platform's built-in chat client. And -- surprise! -- it's a lot like Discord."[244]

d. "[Valve's new refund] policy brings Steam more in line with some other downloadable game distribution services. EA started offering a seven-day refund window for games it published on its Origin service nearly two years ago. GOG offers a 30-day money back guarantee if a purchased game doesn't work on the user's hardware for some reason[.]"[245]

135. Rival platforms may not all have achieved the scale and strong performance that Steam has achieved (by being an innovator and providing value to publishers and consumers) but there are many examples of competitors that are growing their business year on year, expanding their customers on both sides of the platform, and operating profitably.

a. In its recent 2024 Year in Review report, EGS reported metrics indicating healthy performance. The platform reached 295 million PC users in 2024, representing an increase of 25 million users year over year. Average MAUs was 67.2 million in 2024, up 6 percent from the previous year. They reported that they "continue to see strong momentum in catalog growth" and that total spending achieved $1.09 billion in 2024, a 15 percent increase from 2023. Finally, third-party gametime grew from 2.41 billion hours in 2023, to 2.68 billion in 2024, a 11 percent increase.[246]

---

243    Vibha, "Valve & Steam Could Be in Serious Trouble With Epic Games' Latest Exclusivity Offer to Developers – The Landscape Is Changing," *FandomWire*, March 21, 2024, available at https://fandomwire.com/valve-steam-trouble-epic-games-offer/, accessed on February 27, 2025.

244    Sean Buckley, "Valve just launched Steam Chat, a built-in answer to Discord," *CNET*, July 24, 2018, available at https://www.cnet.com/tech/gaming/valve-just-launched-steam-chat-a-built-in-answer-to-discord/, accessed on January 22, 2025.

245    Kyle Orland, "Valve begins offering refunds for all Steam games," *Ars Technica*, June 2, 2015, available at https://arstechnica.com/gaming/2015/06/valve-begins-offering-refunds-for-all-steam-games/, accessed on April 19, 2024.

246    Epic Games, "Epic Games Store 2024 Year in Review," February 14, 2025, available at https://store.epicgames.com/en-US/news/epic-games-store-2024-year-in-review, accessed on March 11, 2025 ("295M Epic Games Store PC users in 2024, representing an increase of 25M users year over year ... Monthly Active Users at 67.2m, also up 6%. ... We continue to see strong momentum in catalogue growth ... Total spending, including Epic's games, achieved $1.09B in 2024, up 15% from 2023. ... [third-party gametime] grew from 2.41 Billion hours in 2023, to 2.68 Billion in 2024; a 11% increase year over year.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

b. In a news post chronicling platform performance in 2022, GOG highlighted growth in user base, available games, and downloadable content. The platform saw 11 percent year over year growth in the number of active users and 18 percent growth in the size of GOG's overall user base. Similarly, more games were added in 2022 than in any year since at least 2018, with 684 new titles added, demonstrating significant growth for a curated platform.[247]

c. In an interview with GamesIndustry.biz in 2018, key reseller Green Man Gaming' CEO Paul Sulyok "boast[ed] that Green Man Gaming has grown roughly 25 to 30% every year since its inception," and that "The firm expects that 25% growth rate to continue in the coming years, too."[248]

136. As I discuss in Section 4, Steam is a higher quality platform than its competitors. This is relevant context for evaluating Steam's strong position in the market. Dr. Schwartz and Professor Rietveld fail to consider the differing qualities of Steam and its platform rivals when they attribute the more limited success of rival platforms to an alleged foreclosure strategy executed by Valve.

137. For example, with regard to EGS, Plaintiffs' experts claim that "Epic has struggled to ... grow its network and compete with Steam, and still only makes up a small fraction of the market[,]" and that Epic's "new features and improvements have done little to entice players to spend on EGS instead of Steam."[249] Plaintiffs appear to ignore Epic's own self-assessment, which I cite above. But even accepting their views of Epic, as I discuss in Section 4.2, EGS lacked many standard features at the launch of the platform that had been available on Steam for many years, and still lacks many of those features today. Plaintiffs' experts have failed to account for how quality can drive platform popularity and instead attribute the allegedly limited success of the platforms, by assumption, to the alleged conduct.

138. Another explanation for the smaller scale and more limited performance of some rival platforms is the more curated or niche approaches taken by some rivals, which Dr. Schwartz fails to acknowledge. Curation intentionally focuses on an offering that will appeal to a particular segment of publishers and consumers rather than trying to be a generalist platform for broader audiences of users and publishers. For example, Dr. Schwartz claims that GOG "needed to rely on another competitor to help amass a user base," that Itch.io "struggled to build a significant user base," and that EGS "failed to attract

---

[247] GOG, "GOG 2023 Update #2: Facts and Numbers of 2022," May 5, 2023, available at https://www.gog.com/en/news/gog_2023_update_2_facts_and_numbers_of_2022_copy3, accessed on March 7, 2025.

[248] Christopher Dring, "Green Man Gaming's £100m IPO: 'We've grown between 25 to 30% every year,'" *GamesIndustry.biz*, September 4, 2018, available at https://www.gamesindustry.biz/green-man-gamings-100m-ipo-weve-grown-between-25-to-30-percent-every-year, accessed on March 7, 2025.

[249] Schwartz Opening Merits Report, ¶ 253; Rietveld Opening Merits Report, ¶ 58.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

sufficient publishers/games to offer a meaningful competitive threat."[250] However, Dr. Schwartz acknowledges that GOG "differentiates itself by recovering, restoring, and selling classic video games originally developed years ago, while also offering a curated collection of new games."[251] Itch.io's stated focus is to "host weirder, smaller [games]," (as I discuss in Section 6.2.1) and EGS was a curated platform until the introduction of self-publishing in March 2023, limiting their appeal to publishers and consumers.[252]

139. Finally, Dr. Schwartz attributes a motive, without any support for his assumptions, for why large publishers who temporarily chose to forgo distribution on Steam in favor of their own platforms and eventually returned to distributing through Steam. He claims that returning to distributing through Steam is evidence that Valve foreclosed these platforms from competing.[253] But there are many reasons why a publisher may change business strategy for how it distributes its games, and one cannot simply assume the explanation is the alleged foreclosure. In particular, his analysis ignores the broader developments for Steam at the time. Valve faced negotiations with several publishers that threatened to take their games off Steam, which placed important competitive pressure on Steam. Valve

---

[250] Schwartz Opening Merits Report, ¶¶ 250, 252.

[251] Schwartz Opening Merits Report, ¶ 250. Industry reporting also notes GOG's strict curation of titles listed on the platform. Shaun Prescott, "The most popular desktop gaming clients, ranked," *PC Gamer*, July 5, 2019, available at https://www.pcgamer.com/the-most-popular-desktop-gaming-clients-ranked/, accessed on March 4, 2025 ("There are fewer games from blockbuster publishers -- so don't expect anything modern by EA, Ubisoft etc -- but GOG is famously a stickler for curation, as a recent report about a Zachtronics game initially not making the cut demonstrated.").

[252] Kyle Orland, "Get ready for a flood of self-published games on the Epic Games Store," *Ars Technica*, March 9, 2023, available at https://arstechnica.com/gaming/2023/03/epic-opens-up-its-games-store-to-everyone-with-self-publishing-tools/, accessed on March 18, 2025 ("Epic has just made it much easier for small and individual developers to get their titles on the Epic Games Store. The company's self-publishing tools, which came out of closed beta Thursday, allow any developer to submit their game to Epic's platform for a $100-per-game fee. Since its late-2018 launch with a small, curated selection of games, the Epic Games Store has slowly expanded to include nearly 2,000 titles. But those games have been selected by Epic for inclusion based on a 'high quality standard', as Epic's Tim Sweeney put it to Ars in 2019").

[253] Schwartz Opening Merits Report, ¶¶ 256–262 ("In 2019, Ubisoft reversed course and stopped releasing new games on Steam, instead focusing only on EGS and Ubisoft Store. ... However, this strategy was unsuccessful and ultimately short-lived, as several Ubisoft exclusives were later released on Steam. ... Ubisoft's reliance on releasing its games on Steam despite having over 117 million active players across consoles and PC in 2020 demonstrates the lack of meaningful competition to Steam in the market for third-party digital PC game distribution via platform. ... EA, a major game publisher responsible for popular game series such as *The Sims* and *Battlefield,* is another example of a platform that attempted and failed to compete against Steam. ... EA launched Origin, a digital platform, in June 2011. ... Following the launch of Origin, EA began offering exclusive content on Origin and pulled some of its biggest titles from Steam. ... EA ultimately returned to distributing their games on Steam. ... EA's reliance on Steam demonstrates the lack of meaningful competition to Steam and that the PMFN Policy prevented effective competition with Steam. ... in 2019, Microsoft decided to distribute games through Valve's Steam platform. ... Microsoft's reliance on Steam allowed Valve to maintain or grow its monopoly power in the relevant market.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

responded to this competitive pressure, among other things, by introducing the revenue share tiers which would result in some publishers paying a lower nominal revenue share when distributing on Steam. Over the course of the negotiations some publishers decided to bring their games back to Steam. Dr. Schwartz makes no attempt to account for these broader dynamics and, for example, the changes to the revenue share which increased incentives for large publishers to distribute on Steam, absent any foreclosure. Additionally, Dr. Schwartz claims that, once these publishers returned their titles to Steam, they were limited by the alleged PMFN and could not compete on prices on their own platforms. This claim ignores the fact that publishers commonly listed their titles for lower prices on their own platforms after returning to Steam (which I discuss in Section 7.1.1).

### 6.1.2. Professor Rietveld's three-factor analysis fails to establish that competition has been foreclosed

Neither Dr. Schwartz nor Professor Rietveld demonstrates that Valve's actions had the effect of foreclosing competition. In other words, neither expert provides evidence that the alleged PMFN policy has prevented rival distributors from competing effectively and offering a compelling alternative to consumers and publishers.

Professor Rietveld provides an analysis that purports to establish that Valve has engaged in conduct to foreclose competition given its allegedly high market share. He sets out a framework of three conditions under which the market may be expected to arrive at an equilibrium in which one firm has a very large share of the market in the absence of anticompetitive conduct (a "winner takes all" market). These conditions are: [254]

a. "It is expensive for at least one side of the market to join multiple competing platforms (i.e., multi-homing costs are high);"

b. "Direct network effects are positive and strong for at least one side of the market (typically the side that faces high multi-homing costs);"

c. "Users on both sides of the market have relatively low heterogeneity in preferences for special platform features or differentiated offerings by the other side of the platform."

Only if these three conditions hold, he argues, could such a high market share arise under competition.[255] He argues that several conditions fail to hold in the case of third-party PC game distribution platforms, and hence competition

---

[254]   Rietveld Opening Merits Report, ¶ 11.

[255]   Rietveld Opening Merits Report, ¶ 11 ("When all three of these characteristics are present in a multi-sided platform landscape, users—both sellers and buyers—are expected to join one platform only").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

should result in "multiple leading and successful competing platforms."[256] Since, according to him, the conditions for a winner-take all do not hold, then the high market share must be the result of anticompetitive conduct that forecloses competition and monopolizes the market.[257]

143. Professor Rietveld's analysis is misguided. First, Steam does not have the dominant share of the market that Professor Rietveld asserts it does. Professor Rietveld relies on Dr. Schwartz's estimate of Steam's market share, and Dr. Schwartz's high share estimate is the result of excluding relevant substitutes that Steam competes with. This renders the entire exercise by Professor Rietveld based on the three-factor analysis irrelevant: even if it is true that the market in which Steam competes does not meet his three conditions, and even if it is true that only under those conditions is a high market share consistent with competition, he relies on an incorrect estimate of Steam's market share. Steam has a modest market share in an appropriately defined relevant market, fully consistent with competition, whether or not Professor Rietveld's three-factor framework applies.

144. Second, **his three-factor methodology is not complete or well-accepted as a framework for evaluating whether or not competition exists, and he provides no citations to support that his three-part test is appropriate** for this question. Specifically, he interprets the literature on platforms as saying that, only if all three of these conditions hold, could the competitive equilibrium be such that one platform could attain a high market share.[258] But this is incorrect: these three factors are only three *examples* of conditions that increase the likelihood of a market ending up with one very large platform. He has cherry-picked the conditions that confirm his narrative, but his framework is incomplete: there are other reasons, aside from any anticompetitive conduct, why one platform could be relatively large. Neither the literature he cites, nor his analysis, support the view that these three factors are the only factors and are essential for one platform to end up with a large market share. For example:

---

[256] Rietveld Opening Merits Report, ¶ 12. Specifically, he proposes that "it is not expensive for PC game players or publishers to join multiple competing PC game distribution platforms (i.e., multi-home)," "PC game publishers on Steam are mostly suffering from negative direct network effects," and "PC game players are heterogeneous in their preferences for video games and, very likely, platform features." See Rietveld Opening Merits Report, ¶¶ 13, 21, 22.

[257] Rietveld Opening Merits Report, ¶ 28 ("The fact that Valve continues to maintain Steam's position as the single dominant digital PC game distribution platform, despite the expectation that there should be multiple leading distribution platforms in the PC game segment, is further indication that Valve exploits Steam's dominance to entrench its position and preclude viable competition from current and would-be rival platforms.").

[258] Note that examples exist of platforms that have a high share, despite not satisfying all three conditions in his three-factor framework. One example is his own example of VHS video players which had a high share of their market in the 1980s. In this case, there were no strong direct network effects, especially on the side of publishers of video content. See Rietveld Opening Merits Report, ¶ 10 ("For example, VHS was the single dominant video cassette format despite the availability of a technologically superior alternative (Betamax).").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

a. Indirect network externalities between the two sides of the platform (i.e., publishers benefiting from a large consumer base on the platform, and consumers benefiting from a large publisher base on the platform) are also a force that will tend to make demand tip towards one large platform, something Dr. Rietveld himself admits.[259] But he does not include it as one of his three factors that drive the market towards winner-take-all outcomes. This is incorrect; indirect network externalities can drive a market towards an outcome in which one platform becomes large without any anticompetitive conduct.[260]

b. Further, for platforms, just as for any other type of service, a high market share can be the result of one firm being particularly innovative and offering a service that is ahead of its competitors in terms of quality and convenience. Such a firm can achieve a high market share through competition on the merits, and that market share may remain high if the firm continues to innovate and stay ahead of competitors on quality.[261]

145. It is also important to note that, in arguing that the three factors in his analysis are not met in the case of video game distribution, Professor Rietveld is acknowledging that many of the typical barriers to entry in platform competition are not present in the case of video game platforms. This is consistent with the high rate of entry by new platforms that one observes in the industry.

a. He acknowledges that multihoming has low costs for consumers and publishers. [262] If it is not costly for consumers and publishers to use multiple platforms, then this removes the possibility of lock-in as they can try out other platforms, even when they are already users of the larger platform, and once they are multihoming it is easy to switch how much they use different platforms (for example, if the larger platform were to offer less

---

[259] Rietveld Opening Merits Report, ¶ 10 ("Academic research on network effects and platform competition recognizes that a single dominant platform can emerge in some multi-sided landscapes because of strong indirect network effects. When buyers are exclusively attracted to the platform with the largest number of sellers (and vice versa) this can create a self-reinforcing dynamic where the largest platform becomes larger and larger while smaller platforms struggle to attract users.").

[260] Jean-Pierre H. Dubé, Günter J. Hitsch, and Pradeep Chintagunta, "Tipping and Concentration in Markets with Indirect Network Effects," *Marketing Science*, 29(2), 2010, pp. 216–249 ("Dubé, et al. (2010)") at pp. 233 ("That is, indirect network effects strongly increase the concentration of the market.").

[261] Baker and Bresnahan (1992), p. 4 ("a firm could have a large market share and the market could appear concentrated, not because the firm has market power but because it has low costs or sells superior products.").

[262] Rietveld Opening Merits Report, ¶ 13 ("It is not expensive for PC game players or publishers to join multiple competing PC game distribution platforms (i.e., multi-home). Players can join competing platforms such as Steam, EGS, and GOG free of charge. These PC game distribution platforms are hosted online, are not tied to dedicated software, and players can join and switch between as many as they like.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

attractive terms they could use it less). This removes a barrier for entrants to succeed if they have a compelling offering.

b. He also states that direct network effects are likely to be relatively low on the publisher side of the platforms, i.e., publishers do not have direct benefits from distributing on the same platform as other publishers. [263] According to Rietveld, therefore, this makes it less costly for publishers to switch to a different platform unless other publishers switch with them, removing another barrier to competition.

c. Finally, he acknowledges that there is substantial variation across consumers in their preferences, which creates opportunities for platforms to compete by differentiating and offering features that cater particularly well to some set of consumers.[264] This also lowers barriers to entry because entrants can compete by providing a better service on some dimension that some users particularly value, providing a path to successful entry against the incumbent.

146. All of these admissions by Professor Rietveld support the conclusion that competition is unimpeded by barriers to entry and no firm is likely to have durable monopoly power.

147. Plaintiffs claim that Valve's conduct has foreclosed competition, allowing it to entrench its monopoly power. The evidence of abundant and frequent entry by other distributors, including many that are in the Plaintiffs' overly narrow proposed relevant market (i.e., platforms that enable digital third-party PC sales), directly contradicts Plaintiffs' theory of foreclosure. The evidence of foreclosure based on Professor Rietveld's three-factor model is unreliable: it assumes an incorrect estimate of Steam's market share; further, it assumes that high market shares can arise in competitive markets only under three conditions. In reality, a platform can be popular because it innovates and offers higher quality than alternatives. Valve has not foreclosed entry or competition by other distributors: there are many entrants, and all of them are able to compete in different ways.

## 6.2. Innovation is robust, for Steam and for gaming as a whole, fostering more entry and diversity among developers and games

### 6.2.1. Platforms are competing through continual innovation

148. Dr. Schwartz claims that Steam cannot itself provide enough variety in platform design and that, but-for the alleged PMFN, there would be greater

---

263    Rietveld Opening Merits Report, ¶ 16 ("PC game players on Steam experience positive direct network effects, but publishers do not.").

264    Rietveld Opening Merits Report, ¶ 22 ("PC game players are heterogeneous in their preferences for video games and, very likely, platform features.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

platform variety.[265] Additionally, Dr. Schwartz claims that restrictions on platform variety ultimately restrict the variety of available games, and the alleged conduct makes the successful entry by platforms seeking to alleviate these issues impossible.[266] To support his arguments, Dr. Schwartz points to anecdotal emails in which publishers and users complain about the stifling of content due to Steam's platform features.[267] Dr. Schwartz's claims stand in direct contradiction to the actual competitive landscape characterized by innovation and platform differentiation.

149. Plaintiffs' theory involves a narrow view of the ways in which platforms can compete, focused on lower prices or enhanced content on games that are common across platforms. Even though I will show that there is no price PMFN, and that there are procompetitive benefits to preventing publishers from degrading quality on games on Steam—and therefore, even under Plaintiffs' view of available competitive levers, there is healthy competition—competition between platforms has proven to be much more varied than that, with a particular focus on competition through innovation.

150. As I discuss in Section 4 Valve competes through innovation and has continually done so since launching Steam, introducing new features to the platform as well as new products that change how users interact with the platform and games played on it. I demonstrate in Section 4.2 that Valve's innovations have made Steam a higher quality platform than its rivals. However, there has been plenty of innovation from other platforms in the industry, many of which have either led to or been the result of platform differentiation, including:

   a. Offering multi-game and other subscription services that give users the ability to try and play games included in the service. Among these are third-party multi-game subscription services offering access to broad catalogs of games, such as Microsoft Game Pass for Xbox and PC and Sony's PlayStation Plus service for PlayStation consoles, and publisher-specific services, such as EA Play and Ubisoft+, that give users access to large

---

265    Schwartz Opening Merits Report, ¶¶ 271 ("The survey responses reinforce the point that Steam cannot provide enough variety in platform design."), 279 ("In a but-for world with more competitive platform alternatives, consumers would be able to choose from a variety of platforms, helping them to efficiently search for the games they want. Meanwhile, different types of publishers could expand their sales on other platforms that better address their needs and those of their user base.").

266    Schwartz Opening Merits Report, ¶ 275 ("Beyond a general dissatisfaction with Steam's platform features, restricting platform variety ultimately restricts the variety of successful games ... [which] should lead to responsive entry of competing platforms, but Valve's PMFN Policy makes successful entry by platforms seeking to address that dissatisfaction effectively impossible.").

267    Schwartz Opening Merits Report, ¶¶ 275–277, Footnote 722 ("Beyond a general dissatisfaction with Steam's platform features, restricting platform variety ultimately restricts the variety of successful games.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

catalogs of games from these publishers. [268] Additionally, Humble offers Humble Choice, a service that gives subscribers permanent access to a smaller set of new games each month.[269]

b. Offering more curated product selection. Some platforms occupy niches that are particularly appealing to particular sets of users. GOG's focus has been to offer classic video games from the 1990s and early 2000s.[270] Itch.io focuses on smaller, weirder, and less polished games from independent developers, which may appeal more to users who enjoy playing smaller indie titles.[271]

c. Offering discounts on complementary products. For example, Epic Games typically charges a 5 percent royalty on sales of games utilizing their Unreal Engine game development engine after reaching $1 million in gross revenue. However, when a publisher utilizing Unreal Engine earns revenues from selling its game on EGS, this royalty is waived.[272] Further, Epic Games reduces this royalty rate from 5 percent to 3.5 percent on all sales of the game if launched on EGS before or at the same time as the game is launched elsewhere.[273]

---

[268] Microsoft, "Xbox Game Pass," available at https://www.xbox.com/en-US/xbox-game-pass, accessed on March 7, 2025 ("For a low monthly price, you can enjoy access to hundreds of Xbox games."); Sony Interactive Entertainment, "New worlds are waiting with PlayStation Plus," available at https://www.playstation.com/en-us/ps-plus/, accessed on March 7, 2025 ("Enjoy new games every month, dive into a library of hundreds of games in the Game Catalog, and play select titles before you buy with Game Trials."); Electronic Arts Inc., "EA Play," available at https://www.ea.com/ea-play, accessed on February 24, 2025 ("Experience unlimited access to a collection of top EA titles, trials of select new games, and more for just $5.99 a month."); Ubisoft, "Get it ALL with Ubisoft+," available at https://store.ubisoft.com/us/ubisoftplus#discoverLandingOffers, accessed on February 24, 2025 ("Ubisoft+ Premium is a gaming subscription that offers access to Ubisoft's growing catalog of 100+ games on PC, including new releases.").

[269] Humble Bundle, "Get great games every month with Humble Choice!" available at https://www.humblebundle.com/membership, accessed on February 24, 2025 ("Get a curated mix of PC games every month").

[270] Jeffrey L. Wilson and Jordan Minor, "GOG.com Review," *PCMag*, July 19, 2023, available at https://www.pcmag.com/reviews/gogcom-for-pc, accessed on March 20, 2025 ("GOG.com (the company formerly known as Good Old Games) is the store to visit if you have a hankering for Alone in the Dark, Baldur's Gate, Freddy Pharkas: Frontier Pharmacist, and other classic PC games from the 1990s and early 2000s. ... GOG.com specializes in retro titles."). See also Schwartz Opening Merits Report, ¶ 250.

[271] itch.io, "Download the latest indie games," available at https://itch.io/, accessed on March 3, 2025 ("ich.io is a simple way to find and share indie games online for free.").

[272] Epic Games, "Frequently Asked Questions (FAQs)," available at https://www.unrealengine.com/en-US/faq, accessed on March 18, 2025 ("Revenue generated from the Epic Games Store will be excluded from the calculations of the 5% royalty due for Unreal Engine where Epic processes those payments. When you release a product on the Epic Games Store, you pay Epic 12% of the revenue earned and keep 88%. There is no additional royalty due for Unreal Engine usage where Epic processes the payments.").

[273] Epic Games, "Frequently Asked Questions (FAQs)," available at https://www.unrealengine.com/en-US/faq, accessed on March 18, 2025 ("Developers can

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

    d. Allowing users to find or launch games that are not available on the platform, or that make it easier for publishers to publish their games on multiple platforms. For example, in 2024, Epic Games introduced the "Expanded Search" feature on EGS.[274] This feature helps EGS users find games that are not available on the platform, enhancing game discovery, even of games that cannot be purchased on the platform.[275] While not offering off-platform game discovery to users, GOG's library allows users to view and launch games they own on any platform, as well as track other metrics like achievements earned and hours played across platforms.[276] As Professor Rietveld mentioned, GOG also offers a "wrapper" that minimizes the cost and effort required for publishers to release Steam versions of their games on GOG.[277]

---

qualify for a reduced Unreal Engine royalty rate for games that ship on the Epic Games Store before or at the same time as in other stores on corresponding platforms. Qualifying games will benefit from a royalty rate of 3.5% (instead of the 5% standard). The lower royalty will apply to all platforms where the game is offered such as console, mobile, and/or desktop, as long as you are shipping on the corresponding Epic Games Store for that platform (should it be available).").

[274] Epic Games, "Epic Games Store 2024 Year in Review," February 14, 2025, available at https://store.epicgames.com/en-US/news/epic-games-store-2024-year-in-review, accessed on March 11, 2025 ("Expanded Search Beta: We introduced more ways to find games via a new feature called Expanded Search. If a game isn't available on the Epic Games Store, Expanded Search will help you find it via the Internet Games Database. The feature is currently in live Beta.").

[275] Epic Games, "Find more games with Expanded Search," available at https://store.epicgames.com/en-US/features/expanded-search, accessed on February 24, 2025 ("If a game is not available on the Epic Games Store, Expanded Search will help you find it via the Internet Games Database, dramatically expanding the range of games that can be discovered simply by using the store.").

[276] GOG, "GOG GALAXY 2.0," available at https://www.gog.com/galaxy, accessed on February 24, 2025 ("Organize your games across platforms into one functional and beautiful library. ... Keep track of all your achievements, hours played and games owned, combined across platforms."). Steam also allows users to add non-Steam games to their library and launch them from Steam. However, I have seen no evidence that Steam offers the greater cross-store library integrations offered by GOG. See Steam Support, "Add Non-Steam Games to a Library," available at https://help.steampowered.com/en/faqs/view/4B8B-9697-2338-40EC, accessed on March 12, 2025 ("Click the **Games** menu, **choose Add a Non-Steam Game to My Library**. ... Browse for games on your computer or put a check next to the game(s) you wish to add to the **Library**. ... Click on **Add Selected Programs**.").

[277] Rietveld Opening Merits Report, ¶ 14 ("Non-Steam platforms such as GOG go so far as to minimize effort and expense of multi-homing to their platform for publishers by making their wrappers like the wrapper for Steam."); GOG Developer Docs, "Porting Your Games from Steam to GOG," available at https://docs.gog.com/gog-and-steam/, accessed on February 24, 2025 ("Chances are you already have your game prepared for Valve's Steam platform. We want to make this transition as smooth as possible, and although there are differences between the two platforms, you can use our interoperability tool called: SDK Wrapper (Beta) to help you efficiently implement additional features on GOG in a matter of minutes.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

    e. Engaging in a unique pricing or revenue sharing model. Itch.io lets consumers pay more than the listed price to support game's developer.[278] Humble has differentiated itself by allocating a portion of proceeds from game sales on Humble Bundle and through the Humble Store to charity, appealing to more altruistic platform users.[279]

    f. Developing features that complement their platform model. For example, Itch.io operates on a free-access model that focuses on hosting "smaller" and "weirder" titles. As a result, Itch.io has sometimes been used by malicious actors to host malware and other malicious code disguised as games on the platform.[280] Recognizing the potential harms to users from this model, Itch.io provides a "sandbox" that can protect users' computers from potentially malicious games distributed through the platform.[281]

    g. Leveraging their pre-existing strengths into innovations as game distribution platforms. Twitch.tv is the largest video game streaming site in the world with significant potential for influencer marketing on the platform.[282] Twitch sought to leverage this asset by introducing a streamer referral program offering a 5 percent revenue share to Twitch streamers who referred their viewers to purchase games on the platform.[283] Similarly,

---

[278] itch.io, "Pricing," available at https://itch.io/docs/creators/pricing, accessed on March 14, 2025 ("On itch.io, any price you set is the minimum price. Even if you're giving your content away for free, downloaders will still have the opportunity to send you money before they download. … Just by having this feature, itch.io is giving developers a significant boost in profits!").

[279] Humble, "What is Humble Bundle?" available at https://www.humblebundle.com/about, accessed on February 24, 2025 ("Every type of product we sell contributes a portion of proceeds to charity. On many products, you can allocate part (or even all!) of your purchase to a charity of your choice.").

[280] leafo, "PSA: Beware the 'try my game' scam," *itch.io*, September 22, 2021, available at https://itch.io/t/1659440/psa-beware-the-try-my-game-scam, accessed on March 7, 2025 ("Malware is being distributed on Discord and other platforms by hackers who ask you to 'try their game' by downloading an unsafe executable off the internet. This malware steals your Discord account, hacks your browser, steals payment information, and more. These hackers are using any file hosting sites they can, including itch.io, to attempt to distribute their viruses.").

[281] itch.io, "The itch.io sandbox," available at https://itch.io/docs/itch/using/sandbox.html, accessed on February 24, 2025 ("The itch.io sandbox tries to prevent several typical attacks a malicious game could run on a computer. For example, the sandbox will: • Limit what files a process can read • Limit what files a process can write to … • On Windows, run games as a different, less-privileged user.").

[282] Twitch, "About," available at https://www.twitch.tv/p/en/about/, accessed on March 11, 2025 ("Twitch is where millions of people come together live every day to chat, interact, and make their own entertainment together. … Reach our crowd … Ready to build real connections with a huge, engaged audience? We've got a few million friends we'd like you to meet.").

[283] Chaim Gartenberg, "Twitch affiliate streamers get a cut of game purchase referrals now," *The Verge*, June 7, 2017, available at https://www.theverge.com/2017/6/7/15757386/twitch-affiliate-streamers-store-game-purchases-revenue-share, accessed on March 11, 2025 ("Twitch added an affiliate program a few months ago, giving streamers a chance to make money by monetizing their streams. The company is now expanding that by giving affiliate streamers a 5 percent cut of any revenue made from purchases of games or in-game items through Twitch's store.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

> Discord sought to leverage its pre-existing strength in voice and chat services for video game consumers by bundling video game titles into its premium chat services subscriptions.[284]

151. Other platforms have sought to differentiate themselves by offering exclusive games. For example, Sony offers exclusive titles developed by Sony-owned studios on the PlayStation Store.[285] Additionally, Epic Games has offered significant up-front payments to publishers to launch their games exclusively on EGS since its launch.[286] More recently, EGS extended these incentives to offer a 0 percent revenue share for self-published titles released exclusively on the platform.[287]

---

[284] Jordan Minor, "Discord Review," *PCMag*, August 8, 2023, available at https://www.pcmag.com/reviews/discord, accessed on March 24, 2025 ("For countless users, Discord has become a new pillar of online communication, a dominant force in its field. This Editors' Choice winner lets you type, talk, and get face time with old friends—and potential new friends—from your computer, phone, or video game console.); Nathaniel Mott, "Discord Enters the Game-Selling Business," *Tom's Hardware*, August 9, 2018, available at https://www.tomshardware.com/news/discord-starts-selling-pc-games,37578.html, accessed on March 24, 2025 ("Discord said in its announcement that it now has more than 150 million users. That's a lot of people who rely on the service to voice chat with friends playing the same game, socialize with people who have similar interests, and keep up with the gaming industry's latest gossip. It makes sense, then, for the company to sell games that interest those people."); Nelly, "The Discord Store Beta," *Medium*, August 9, 2018, available at https://medium.com/discord-engineering/the-discord-store-beta-9a35596fdd4, accessed on March 24, 2025 ("Today, we're slowly rolling out a beta test to about 50,000 of our Canadian players and will be expanding to more over time. These players will see an upgraded version of Discord Nitro that has access to a curated selection of games along with the current subscription perks. They'll also see a new Discord Store tab in the home screen with individual games for purchase.").

[285] "The Best PlayStation Exclusives of All Time," *IGN*, August 4, 2021, available at https://www.ign.com/articles/best-playstation-exclusives, accessed on March 18, 2025 ("PlayStation's first-party exclusives have inspired joy, sorrow, elation, rage, and more. So we took a look at every first-party game that Sony ever released ... These are all games from Sony's first-party studios, or studios it later acquired after that particular game's release").

[286] Epic Games internal presentation, "Diesel Update," June 5, 2018, EPIC_VALVE_0000338–362 at 361 ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████; Lauren Morton, "Epic spent $444 million to secure exclusive games for their store in 2020," *Rock Paper Shotgun*, April 12, 2021, available at https://www.rockpapershotgun.com/epic-spent-444-million-dollars-on-exclusive-games-in-2020, accessed on March 21, 2025 ("Epic Games have been working to carve out a larger space for themselves in digital distribution of games for multiple years now. They've made exclusivity deals with tons of games, which they plan to do a lot more of, and have been offering free games as an incentive to customers, which they've yet to stop doing either. ... Epic committed $444 million to securing exclusive games in 2020, meaning they'll almost certainly be spending even more on this year's deals.").

[287] Epic Games, "Introducing the Epic First Run program," August 23, 2023, available at https://store.epicgames.com/en-US/news/introducing-the-epic-first-run-program, accessed on March 4, 2025 ("Today, we're introducing the Epic First Run program: an opt-in exclusivity program for third-party developers on the Epic Games Store. The new Epic First Run program

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

152. Relatedly, and as I demonstrate in Section 8.2, platforms can compete for publishers by offering a lower revenue share.

153. The observed innovation and differentiation in the industry again point to a competitive landscape in which all platforms vigorously compete on innovation, creating benefits for publishers and consumers.

### 6.2.2. Game variety and quality has grown substantially since the launch of Steam

154. Innovations by Steam and rival platforms have lowered entry barriers for developers and supported the expansion of game diversity and quality. Among these are innovations in self-publishing that have lowered barriers to entry for video game developers and publishers, and innovations in platform features and hardware that have given users more ways to play games and interact with each other and eased the burden on publishers to create and test new gameplay experiences. The result of these innovations is greater competition among developers, resulting in higher quality games available to end consumers.

155. As I explained in my opening report, an important innovation that lowered barriers to entry for publishers and developers was the introduction of self-publishing on Steam and rival platforms.[288] Self-publishing tools allow independent developers to bypass partnerships with traditional game publishers and lower the costs of publishing.[289] In combination with other innovations, self-publishing tools can also allow independent developer in regions that lack robust game publishing activity to publish their games and

---

gives participants the opportunity to boost their net revenue from user spending on eligible products from 88% to 100% in their first six months on the Epic Games Store.").

[288] Gowrisankaran Opening Merits Report, ¶¶ 83–88 ("One important innovation that pushed the frontier for developers is the introduction of self-publishing on Steam, first through Steam Greenlight in 2012, and then expanded with Steam Direct in 2017.").

[289] Chris Pereira, "Steam Eliminates Greenlight, Will Let Devs Publish Games Directly This Spring," *GameSpot*, February 10, 2017, available at https://www.gamespot.com/articles/steam-eliminates-greenlight-will-let-devs-publish-/1100-6447756/, accessed on January 20, 2025 ("Greenlight was rolled out in 2012 as a replacement for the internal curation system Valve previously used to choose which games to allow on Steam … The next step is replacing Greenlight with what's called Steam Direct."); Steam, "Valve Launches Steam Greenlight," August 30, 2012, available at https://store.steampowered.com/oldnews/8761, accessed on April 30, 2024 ("Announced earlier this summer, Steam Greenlight allows developers and publishers to post information and media about their game in an effort to convince the Community that the game should be released on Steam. Greenlight piggybacks on Steam Workshop's flexible system that organizes content and lets customers rate and leave feedback."); Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024 ("After nearly five years Valve's crowd-voting platform Steam Greenlight is coming to an end, only to be replaced by Steam Direct on 13th June. As previously discussed, Steam Direct will allow any developer to post their game to Valve's marketplace so long as they pay a $100 fee per title. This fee can later be recouped once a game reaches $1k in sales.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

reach audiences across the world.[290] Steam pioneered the development of self-publishing tools, but others have followed.[291]

156.    **The ease of self-publishing on Steam and rival platforms has enabled more developers to release games** into the market, especially smaller "indie" developers. As one article puts it:[292]

> "The gaming landscape has witnessed a remarkable surge in independent game studios in recent years, ushering in a fresh wave of innovation, creativity and a unique gaming perspective."

---

[290]    For example, Valve's 2024 "Year in Review" highlights the success story of Malaysian developer OPNeon, a single individual, who released their first game on Steam in 2024 to more than a million customers from many different countries within the first month. Steamworks Development, "Steam Year In Review 2024," March 13, 2025, available at https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035 272, accessed on March 17, 2025 ("In 2024, one of the most successful launches from a first-time Steam dev was TCG Card Shop Simulator, released by Malaysian studio OPNeon. A solo dev from a territory that makes up only 0.5% of global traffic on Steam, OPNeon launched the game in September of 2024 and found well over a million customers in its first month. Best of all, the audience for the game reflects Steam's worldwide reach. In alphabetical order, the game's 10 biggest regions by units are Australia, Canada, China, France, Germany, Japan, Pakistan, Taiwan, the United Kingdom, and the United States.").

[291]    Valve first introduced self-publishing to Steam through Steam Greenlight, which was launched in 2012. Steam Greenlight allowed creators to submit their work for gamers to vote for their favorite games. The highest rated games would then enter Valve's approval process for Steam. In 2017, Steam Direct replaced Steam Greenlight with Steam Direct and further simplified the process, allowing developers to access Steamworks and submit games with just a recoupable fee of $100. In 2023, Epic Games Store developed self-publishing tools with a system "similar to Steam Direct." See Graham Smith, "Steam Greenlight announced, will let gamers vote indie games on to Steam," *PC Gamer*, July 9, 2012, available at https://www.pcgamer.com/steam-greenlight-announced-lets-gamers-vote-indie-games-on-to-steam/, accessed on January 23, 2025 ("Valve have just announced Steam Greenlight. The new service will work like the Steam Workshop, but for indie games. Creators can submit their work, whether it's an unfinished playable build or screenshots and videos, and gamers can then vote on the games they like. The best rated games will enter Valve's approval process for inclusion in the Steam store."); Alissa McAloon, "Valve's Greenlight replacement, Steam Direct, launches today," *Game Developer*, June 12, 2017, available at https://www.gamedeveloper.com/business/valve-s-greenlight-replacement-steam-direct-launches-today, accessed on March 5, 2025 ("Steam Direct, Valve's new self-publishing option and Greenlight replacement, is officially up and running. Thanks to that, Valve has dropped a new blog post detailing the steps developers will now need to take if they want to release a game through Steam Direct. A full breakdown of the submission process is up on Steamworks now, but Valve says the process can more or less be summarized in three key steps: paperwork, payment, and review."); Tyler Wilde, "Epic launches self-publishing tools, calls out Valve again: 'Steam has created a real problem for the industry,'" *PC Gamer*, March 9, 2023, available at https://www.pcgamer.com/epic-games-store-self-publishing/, accessed on March 5, 2025 ("The Epic Games Store is now open for self-publishing. For $100, the same fee Valve charges for Steam submissions, anyone can submit a game for inclusion in the Epic Games Store library. Epic's system is similar to Steam Direct, which Valve introduced in 2018, and will probably result in Epic's library ballooning over the next year.").

[292]    Jules Herd, "The Global Surge of Independent Games Development Studios," *Forbes*, August 21, 2023, available at https://www.forbes.com/councils/forbesagencycouncil/2023/08/21/the-global-surge-of-independent-games-development-studios/, accessed on January 20, 2025.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

157. Data on developers on Steam reflect vibrant participation in game development, as well as growth: in 2015, games and additional content from ███ publishers were sold on Steam, while by 2024 this number had grown to ████[293] This expansion on the developer side has meant a large expansion in choice of content for consumers. In 2024, 18,996 games were released on Steam, a 32.8 percent increase compared to the 14,306 games released on Steam in 2023. Over the five-year period of 2020 through 2024, a total of 66,667 titles were released on Steam.[294] Today, over 90,000 games have a Steam storefront page.[295] Industry reporting has attributed the expansion of titles on Steam, in part, to Steam Direct (as has Professor Rietveld).[296]

158. As the number of developers and titles grew, **games have become more differentiated, in part supported by platforms' competitive innovations**. New developer entrants have forged new genres of play, evolved the playing experience of existing genres, and sometimes ported innovations from one genre to another. For example, *Stardew Valley* is reported to be more engaging than previous titles in the same genre by offering regular challenges and objectives to players beyond the game's core goals.[297] Other developers have merged old and new gameplay mechanics, developing "rogue-like" spin-offs of existing genres, often focusing on difficulty and open-ended

---

[293] These figures count the number of publishers with positive net revenues on Steam in each year, including from sales of full games and downloadable content, or from sales made through in-game transactions (including in-game transactions for free-to-play titles). The count for 2024 is likely a conservative estimate, as data on Steam transactions are available only until November 30, 2024. Workpaper 7.

[294] SteamDB, "Steam Game Releases by Month," available at https://steamdb.info/stats/releases/, accessed on January 10, 2025.

[295] SteamDB, "Steam," available at https://steamdb.info/instantsearch/, accessed on January 10, 2025. I only considered games with release dates up to and including 2024.

[296] Carlos Hernando, "Steam Features and Game Development: an Inevitable Symbiosis," *Tech Radar*, September 3, 2021, available at https://www.techradar.com/news/steam-features-and-game-development-an-inevitable-symbiosis, accessed on January 16, 2025 ("Steam Direct continued this pattern, increasing the rate at which games were added to the platform by making it easier than ever to access Steam (it reached 50,000 in February of 2021)."); Rietveld Opening Merits Report, ¶ 64 ("Valve later introduced platform changes that led to significant increases in the number of games distributed through Steam, most notably Greenlight in August 2012 and Steam Direct in June 2017. These changes materially lowered entry requirements for PC game publishers, resulting in surges of new games released on Steam.").

[297] Susan Arendt, "Call of Dew-ty: How Stardew Valley converts shooter fans into farmers," *GamesRadar+*, May 4, 2017, available at https://www.gamesradar.com/call-of-dew-ty-how-stardew-valley-converts-shooter-fans-into-farmers/, accessed on March 7, 2025 ("it does get to be a bit boringly rote by your second year on the farm. That's where Harvest Moon typically loses anyone unwilling (or unable) to put in the effort to crack through its charming facade to get at the meaty innards, but Stardew Valley ... feeds you a steady diet of challenges and objectives, both secret and overt, to give you plenty of things to focus on while you're waiting for your strawberries to sprout. Many, many things will have your attention at once in Stardew Valley, but none of them are absolutely necessary to chase down, making the experience immensely customizable.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

game design.[298] As examples, *Slay the Spire* carved out a new genre mix by combining "deckbuilding games, roguelikes, and dungeon crawlers," *Spelunky* gave a similar twist to platform/action games, and *Returnal* did something similar for shooter games.[299]

159. Platform innovations facilitate these types of innovations in gameplay experiences by developers and publishers, making it easier for developers to develop and test games. Valve has introduced a variety of such innovations, which I discussed at length in my opening report. These innovations include, for example, the Steamworks SDK that helps publishers incorporate Steam features into their games and distribute titles on the platform; Steam Workshop, which assisted users in the creation, distribution, and installation of user-generated content; Steam Playtest, which provided tools to publishers to help run large-scale tests of their games; SteamVR, which reduces distribution costs of VR games and content on the platform; and Remote Play Together, which reduces the costs to some publishers for offering online multiplayer for their games with local-only multiplayer.[300]

160. The economics literature recognizes that entry by new firms and products will tend to intensify competition and place increased pressure on incumbents.[301]

---

[298] K. Thor Jensen, "How Rogue Spawned the Notoriously Difficult 'Roguelike' Game Genre," *PCMag*, October 20, 2020, available at https://www.pcmag.com/news/how-rogue-spawned-the-notoriously-difficult-roguelike-game-genre, accessed on January 20, 2025 ("Developers at Chunsoft were inspired to take the basic roguelike mechanics and put a JRPG spin on them with the Mysterious Dungeon series ... In the early 2000s, roguelikes enjoyed a renaissance in popularity along with the rise of the indie game development movement. Action games like Spelunky and The Binding Of Isaac took the key philosophies of the genre.").

[299] Tom Marks, "Slay the Spire Review," *IGN*, July 12, 2024, available at https://www.ign.com/articles/2019/01/25/slay-the-spire-review, accessed on January 20, 2025 ("Slay the Spire takes some of the best parts of deckbuilding games, roguelikes, and dungeon crawlers and mixes them into a wholly new and extremely satisfying package. ... It's an idea so good that it's inspired a dozen games like it before it even left early access."); Graham Smith, "Spelunky Review," *PC Gamer*, September 9, 2013, available at https://www.pcgamer.com/spelunky-review/, accessed on January 25, 2025 ("When the free version of Spelunky was released in 2009, it was one of the first indie games to take the tenets of roguelikes – random level generation, extreme difficulty, permadeath – and dust off the genre to make it accessible. It does that not by being any more forgiving than its inspirations, but by combining those elements with the controls and cuteness of a 2D platformer."); Mitchell Saltzman, "Returnal Review," *IGN*, March 9, 2022, available at https://www.ign.com/articles/returnal-review, accessed on January 20, 2025 ("... a PS5-exclusive third-person shooter with an incredible sense of exploration and discovery, rich atmosphere on par with Dead Space or Metroid Prime, and shootouts that remain fresh and rewarding throughout the multiple playthroughs needed to beat its roguelike campaign.").

[300] Gowrisankaran Opening Merits Report, Section 3.4.

[301] Petrin (2002), pp. 705–706 ("Consumers benefit from a greater breadth of choice in both the kind and quality of products over time. Firms are the driving force behind these improvements ... This source of economic growth can be seen in products ranging from automobiles and consumer electronics to health care."), 728 ("My results suggest that overall gains from the introduction of the minivan were large and that consumer benefits far outweighed the costs of development and the profits obtained by the innovator. Consumer benefits were distributed across households in a nonrandom way, and almost half of these benefits came from increased price competition and accrued to non-minivan purchasers.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

This increased competition for content creation has been recognized in industry reporting. For example, an article by Programming Insider emphasizes that "the level of competition [in the gaming industry] has reached new heights" and goes into detail on the various changes to the industry:[302]

> "Competition among game developers is pushing the boundaries of creativity and technology. Companies constantly strive to create more engaging and immersive experiences to capture players' attention and loyalty. In the field of graphics and visual fidelity, we are witnessing remarkable progress. The pursuit of photorealistic graphics made both hardware manufacturers and software developers achieve new technological milestones. … This quest for visual excellence extends beyond lighting effects; the drive towards 4K and even 8K resolution necessitates the development of more powerful consoles and GPUs, ensuring that each pixel displayed is rendered with exceptional detail and clarity. … Competition isn't just changing how games are made; it's fundamentally altering how they're distributed and monetised."

161. This competition in the gaming industry has led to higher quality games across a number of dimensions, including:

a. Higher resolutions and improved graphics:[303]

> "These graphics were invented to match higher-resolution monitors, consoles, and TVs. The transition from standard definition (SD) to high definition (HD) and 4K and beyond was driven by the desire for sharper and clearer images. Moreover, both console and PC gaming markets have been competitive, with each striving to offer the best gaming experience. This competition has driven the adoption of higher resolutions and improved graphics in gaming hardware and software. These graphics offer a significantly higher level of detail and clarity, creating an immersive and real-life-like gaming experience."

b. More elaborate game mechanics:[304]

> "Over the past decade, game design evolved from simple, repetitive patterns to elaborate systems that keep players engaged for hours on end. … The more technology developed for gaming, the higher the expectations rose amongst gamers. The jump from static, level-based games into dynamic, open-world environments fundamentally shifted

---

[302] Marc Berman, "How Competition is Changing the Gaming Industry," *Programming Insider*, October 15, 2024, available at https://programminginsider.com/how-competition-is-changing-the-gaming-industry/, accessed on February 23, 2025.

[303] Pradeepsingh Rajpurohit, "8-Bit to UHD: Evolution of Video Game Graphics," *300Mind*, January 29, 2024, available at https://300mind.studio/blog/the-evolution-of-video-game-graphics/, accessed on February 23, 2025.

[304] js13kGames, "The Evolution of Game Mechanics: Insights from a Decade in Digital Entertainment," September 10, 2024, available at https://js13kgames.com/p/evolution-game-mechanics.html, accessed on February 23, 2025.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

how mechanics would function. It was no longer just about the rules of the game but rather how players could interact within these increasingly complex systems."

c. The increased presence of narrative in gameplay:[305]

"Players are not able to interact with the story in early games; no matter how they play the game it will always be the same, because they are not given choices to make that will impact the flow of the game, or how the story plays out. Modern games encourage player interaction, by giving them choices that have real consequences, and allowing them to make their own story by the decisions they make. The role of the narrative has also changed. ... Nowadays, developers make games with a story in mind, and the gameplay and the narrative become of equal importance in the game."

d. Cleaner user interfaces:[306]

"Overall, we can see that the UI has become cleaner, customizable, and more laconic. The meaning of the game interface has been reshaped – it should provide gamers with essential information, but it shouldn't distract from playing. The UI has become more simple and more immersive."

e. More advanced tools created in order to assist content creation:[307]

"As the industry evolves, there is an increasing need for advanced tools and services that support and enhance content creation. Moreover, startups in development and experiences play a key role in making gaming even more accessible by enhancing aspects of modern gaming such as livestreaming and sharing content with friends, ultimately facilitating wider gaming consumption and fostering a more inclusive gaming environment."

162. The healthy competition for game development is consistent with an industry in which competition through innovation is robust and drives large procompetitive benefits throughout the supply chain.

---

[305] Chris Stone, "The evolution of video games as a storytelling medium, and the role of narrative in modern games," *Game Developer*, January 7, 2019, available at https://www.gamedeveloper.com/design/the-evolution-of-video-games-as-a-storytelling-medium-and-the-role-of-narrative-in-modern-games, accessed on February 23, 2025.

[306] Martin Eden, "The Evolution of Game UI," *Melior Games*, available at https://meliorgames.com/game-art-design/the-evolution-of-game-ui/, accessed on February 23, 2025.

[307] Leyonna Barba, "Boss level: The gaming ecosystem powers up," *J.P. Morgan*, September 26, 2024, available at https://www.jpmorgan.com/insights/investing/investment-trends/innovation-in-gaming-and-the-role-of-startups, accessed on February 23, 2025.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## 6.3. Output is growing and prices are generally declining

163. As discussed in my opening report, outcomes in the video game industry are consistent with vigorous competition. As I have described above, there are high rates of entry by distributors (including other digital platforms), high rates of entry by developers, and expanded choices for consumers.

164. Importantly, expansion of output is a standard way in economics to investigate whether conduct results in welfare improvements and procompetitive effects.[308] **The video game industry has expanded rapidly since Steam was launched.** According to a report from PwC, gaming is "among the fastest-growing large sectors in the [entertainment and media] universe, with revenue on track to top US $300 billion in 2028—more than double its level in 2019."[309] Data from the report show that global video games revenue grew 45 percent from 2019 to 2023 while the entertainment and media market as a whole grew by only 18 percent.[310] Other data sources also show output expansion: Newzoo data indicate global revenues for the video game industry, including PC and console, ███████████████████████████████ [311] These revenues include ████████████ ████████████████████████████████████████████ ████████████████████████████

165. Meanwhile, the increase in revenues in the video game industry does not show evidence of being driven by higher prices; instead, **growth appears to be attributable to higher levels of engagement with content**. Measures of engagement in the industry, including the number of video game users, the

---

[308] U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, pp. 11–12 ("procompetitive effects [include] increased output or investment, higher wages or improved working conditions, greater innovation, higher quality, and lower prices. ... [Competitive] pressure can prompt current market participants to make investments, expand output, raise wages, increase product quality, lower product prices, or take other procompetitive actions.").

[309] Werner Ballhaus, Emmanuelle Rivet, and Bart Spiegel, "Perspectives from the Global Entertainment & Media Outlook 2024–2028," *PwC*, July 16, 2024, available at https://www.pwc.com/gx/en/issues/business-model-reinvention/outlook/insights-and-perspectives.html, accessed on January 24, 2025.

[310] Between 2019 and 2023, the value of the global entertainment and media market grew by 18 percent from $2.393 trillion to $2.825 trillion (($2.825 trillion − $2.393 trillion) / $2.393 trillion = 18 percent). The value of the global video game industry grew 45 percent from $246.1 billion to $278 billion ((($3.87 billion + $45.66 billion + $68.5 billion + $109.61 billion) − ($2.71 billion + $34.75 billion + $48.08 billion + $71.37 billion)) / ($2.71 billion + $34.75 billion + $48.08 billion + $71.37 billion) = 45 percent). See Werner Ballhaus, Emmanuelle Rivet, and Bart Spiegel, "Perspectives from the Global Entertainment & Media Outlook 2024–2028," *PwC*, July 16, 2024, available at https://www.pwc.com/gx/en/issues/business-model-reinvention/outlook/insights-and-perspectives.html, accessed on January 24, 2025.

[311] ████████████ Consumer spending on Global PC and console comes from Newzoo's Global Games Market Report. See Newzoo, "Global Games Market Report," July 2023, available at https://newzoo.com/resources/trend-reports/newzoo-global-games-market-report-2023-free-version.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

time spent by users playing video games, as well as the share of the population who use video games, suggest increased participation in the industry, both globally and in the U.S. For example:

a. Statista data show that, between 2019 and 2023, the number of video game users worldwide ███████████████ [312]

b. During the same period, the amount of time the average U.S. user spent playing games or using a computer for leisure grew by 30 percent.[313]

c. The trend of higher engagement with video games predates 2019; a Nielsen analysis from 2017 shows that the share of gamers among the U.S. population grew steadily between 2012 and 2016, from 58 percent of the population to 64 percent.[314]

166. Consistent with increased competition across all levels of the supply chain, **video game prices have decreased, on average, since Steam launched**. I analyze average *real* price of games transacted on Steam over time since 2004: I control for inflation, pegging prices to the 2024 level, such that changes in prices reflect only changes specific to these products and not to economy-wide price level since 2004. For example, if inflation from one year to the next was 2 percent and nominal prices for games on Steam also went up by 2 percent that year, then the average real price would be the same in both years. I find that, in terms of the 2024 price level, the average real price fell from ███ in 2004 to ███ by 2007 and to ███ by 2024.[315] My analysis excludes free-to-play and fully free games, which also have the effect of reducing the average upfront price paid for games.

---

[312] The data show ████████ video game users worldwide in 2019 and ████████ users in 2023 ████████████████████ See J. Clement, "Number of video game users worldwide from 2019 to 2029 (in billions)," *Statista*, November 2024, available at https://www.statista.com/statistics/748044/number-video-gamers-world/, accessed on January 16, 2025. The data include "several different markets" including physically sold video games, mobile games, cloud gaming, and others.

[313] The average U.S. civilian over the age of 15 spent 25.8 minutes playing games and using computer for leisure in 2019 and 33.6 minutes in 2023 ((33.6 minutes − 25.8 minutes) / 25.8 minutes) = 30 percent). See Bureau of Labor Statistics, "American Time Use Survey − 2019 Results," June 25, 2020, available at https://www.bls.gov/news.release/archives/atus_06252020.pdf, accessed on January 22, 2025, Table 11A; Bureau of Labor Statistics, "Table 11A. Time spent in leisure and sports activities for the civilian population by selected characteristics, averages per day, 2023 annual averages," June 27, 2024, available at https://www.bls.gov/news.release/atus.t11A.htm, accessed on January 22, 2025. The data are provided in average hours per day and include time spent on the computer both for playing games and for other leisure uses.

[314] Nielsen, "Games 360 U.S. Report: 2017," May 2017, available at https://www.nielsen.com/insights/2017/us-games-360-report-2017/, accessed on January 16, 2025. The Nielsen data provide the share of "gamers" among the U.S. population aged 13 or older in each year.

[315] Workpaper 9. Average transacted prices include transactions for packages on Steam containing at least one game application and exclude packages with a base price of zero. Average transacted prices are adjusted to December 2024 dollars using the CPI-U measure from the U.S. Bureau of Labor Statistics (BLS).

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

167.  This decline in average prices has been driven in part by the entry of games at lower price points, in part due to the opportunities for smaller developers created by self-publishing tools like Steam Direct, bringing benefits to particularly price-conscious consumers.[316] However, the prices of AAA games have also generally declined in real terms: because nominal prices have remained fixed at $59.99 for many years, adjustments for inflation translate to sizeable reductions of *real* prices.[317]

168.  In addition to these reductions in consumer prices for games, distribution costs have also been steadily declining as a result of competition among platforms. A number of other industry developments have resulted in declining revenue shares paid by publishers:

   a. As I discussed in Section 4.1, Valve's average revenue share has been declining over time, most recently with the introduction of tiered revenue share rates in response to competitive threats from large publishers and new platform entrants in November 2018.

---

[316]  The average inflation-adjusted release price of a video game on Steam in the United States in 2006 was ▮▮▮▮ compared with the much lower ▮▮▮▮ in 2024, a remarkable drop of ▮▮▮▮ percent; the average inflation-adjusted release price in 2005, the first year of data, was ▮▮▮▮ but calculated from fewer than 10 release prices in the data that year compared to 46 in 2006, while the measures were ▮▮▮▮▮▮▮▮ in 2007, 2008, and 2009, respectively, all calculated for more than 100 releases in each of these years; see Workpaper 10. To make game purchases as comparable as possible across years, I do not include sales of bundles that include more than one game, and require the transactions analyzed to involve the purchase of a game.

[317]  The $59.99 price point for AAA games was established in 2005, coinciding with the launch of the PlayStation 3 and Xbox 360 consoles, equivalent to approximately $81 in 2020 dollars. See U.S. Bureau of Labor Statistics, "CPI Inflation Calculator," available at https://www.bls.gov/data/inflation_calculator.htm, accessed on January 24, 2025 (I calculate the conversion of $59.99 from January 2005 dollars to January 2020 dollars, which is $81.15). In 2020, nominal prices for some AAA titles increased to $69.99, still below the prices from 2005 in real terms. Dustin Bailey, "Looks like next-gen games are going to cost $70 USD," *PCGamesN*, July 2, 2020, available at https://www.pcgamesn.com/next-gen-game-prices, accessed on January 20, 2025 ("Major triple-A games have been priced around $59.99 USD since 2005, and despite rising development costs and the inexorable march of inflation, it's taken 15 years for even an inkling of a price increase. NBA 2K21 has been confirmed at a $70 price tag on next-gen consoles"); Christopher Dring, "IDG: Other publishers are considering raising game prices for PS5 and Xbox Series X," *GamesIndustry.biz*, July 2, 2020, available at https://www.gamesindustry.biz/idg-other-publishers-are-considering-raising-game-prices-for-ps5-and-xbox-series-x, accessed on January 10, 2025 ("IDG [Consulting] President and CEO Yoshio Osaki says ... 'The last time that next-gen launch software pricing went up was in 2005 and 2006, when it went from $49.99 to $59.99 at the start of the Xbox 360 and PS3 generation,' he says. ... Osaki says that next-gen console game production costs have increased by 200% to 300%, depending on the IP, studio and genre, but the prices have remained at $59.99. ... 'Even with the increase to $69.99 for next-gen, that price increase from 2005 to 2020 next-gen is only up 17%, far lower than the other comparisons. While the cost of development and publishing have gone up, and pricing in other entertainment verticals has also gone up substantially, next-gen software pricing has not reflected these increases. $59.99 to $69.99 does not even cover these other cost increases completely, but does move it more in the proper direction.'").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

    b. EGS launched in December 2018 with a 12 percent revenue share rate.[318] More recently, EGS has offered even lower rates through programs like Epic First Run, introduced in August 2023, which offers a limited-time 0 percent revenue share rate in exchange for releasing a title exclusively on the platform for six months.[319]

    c. In August 2021, Microsoft reduced revenue shares on the Microsoft Store for Windows from 30 percent to 12 percent.[320]

169. Overall, the growth in output combined with reduced prices to both consumers and publishers indicates healthy competition in the industry.

---

[318] Nick Statt and Sean Hollister, "Epic Games takes on Steam with its own fairer game store," *The Verge*, December 4, 2018, available at https://www.theverge.com/2018/12/4/18124203/epic-games-fortnite-valve-steam-game-store-distribution-unreal-engine, accessed on April 26, 2024 ("More promising, however, is that Epic says it will only take 12 percent of all game sale revenues within its store, with the remaining 88 percent going directly to developers and publishers.").

[319] Epic Games, "Introducing the Epic First Run program," August 23, 2023, available at https://store.epicgames.com/en-US/news/introducing-the-epic-first-run-program, accessed on March 4, 2025 ("Today, we're introducing the Epic First Run program: an opt-in exclusivity program for third-party developers on the Epic Games Store. The new Epic First Run program gives participants the opportunity to boost their net revenue from user spending on eligible products from 88% to 100% in their first six months on the Epic Games Store.").

[320] Tom Warren, "Microsoft shakes up PC gaming by reducing Windows store cut to just 12 percent," *The Verge*, April 29, 2021, available at https://www.theverge.com/2021/4/29/22409285/microsoft-store-cut-windows-pc-games-12-percent, accessed on March 12, 2025 ("The software giant is reducing its cut from 30 percent to just 12 percent from August 1st, [2021] in a clear bid to compete with Steam and entice developers and studios to bring more PC games to its Microsoft Store.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## 7. PLAINTIFFS FAIL TO ESTABLISH CAUSATION BETWEEN THE ALLEGED CONDUCT AND THE ALLEGED HARM

170. In this section, I explain how Plaintiffs' arguments fail to link their allegations of Valve's conduct with the alleged harms they claim flowed from that conduct. Plaintiffs argue that the mechanism through which Valve restrained competition was to impose price and content parity through its alleged PMFN that applies to all game sales (not just Steam keys).[321] According to Plaintiffs, the PMFN eliminates rival platforms' ability to compete on price.[322] Plaintiffs also allege that Steam keys are part of the anticompetitive conduct, and are used to reinforce Valve's alleged control over and restraints on publishers to exclude competition.[323] In contrast to Plaintiffs' claims:

   a. I show that publishers' pricing of their games across platforms is not consistent with the existence of a PMFN or general price parity. Under Plaintiffs' theory, we should not observe games being offered on other platforms at lower prices than their price on Steam. By systematically analyzing the data and evidence, I find instead that this is not true—there are many games available at lower prices off Steam than on Steam, including for the specific games that Dr. Schwartz claims were subject to "enforcement events." Further, there are many (procompetitive) business reasons why firms choose to set consistent prices across different sales channels.

   b. I break down the claims about Steam keys' role in the competitive process and demonstrate that, contrary to Plaintiffs' claim, Steam keys create value

---

[321] Complaint, ¶¶ 9 ("Valve forces game publishers to agree to a Platform Most-Favored-Nations Clause (the 'Valve PMFN') as a requirement to access Steam. Valve explicitly requires that publishers agree that games sold elsewhere must be sold 'in a similar way to how you sell your game on Steam' and publishers cannot 'give Steam customers a worse deal' for games sold elsewhere, i.e., Valve prohibits publishers from giving consumers a better deal on other stores that compete with Steam. Valve interprets and enforces this language to encompass price parity, forcing game publishers to charge the inflated Steam Store price across the marketplace, on all game sales, even sales of games that are not enabled for Steam. Valve thus uses its PMFN to control the prices of games sold in the Steam Store and in other stores. Rather than lowering prices to Steam customers, Valve's PMFN has the effect of reducing price competition and raising game prices."), 12 ("critically, Valve's rules do not govern only Steam-enabled versions of games (those purchased through the Steam Store or Steam keys)—those rules also govern versions of games that would never be played on the Steam platform, period"), 175 ("[Due to the DLC clause] publishers cannot offer exclusive DLC or earlier release dates for DLC to attract consumers to a different store"), 179 ("Under the Delivery clause of the SDA, publishers also are unable to offer a new game, update, or add-on through a third-party store before delivering that application to Steam.").

[322] Complaint, ¶ 95 ("the Valve PMFN requires pricing parity across stores and forbids exclusive offerings on other stores. Publishers must use their Steam Store price as the price on other distribution outlets. This ensures other distributors cannot meaningfully compete with Steam on price, protecting Valve's dominance.").

[323] Complaint, ¶¶ 17 ("Valve uses its control over Steam keys to coerce publishers into following its anticompetitive restrictions"), 235 ("Valve's control over and use of Steam keys excludes competition").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

for publishers and consumers. Both Dr. Schwartz and Professor Rietveld ignore that Steam keys are subject to a free-riding problem, which influences Valve's incentives to issue Steam keys.

c. Finally, I highlight that language in the Steam Distribution Agreement ("SDA") related to content parity has a procompetitive rationale, and publishers often have their own business reasons for preferring to maintain content parity for their games, and Plaintiffs have provided no evidence that it harms competition.

## 7.1. Plaintiffs have not shown that Valve's alleged conduct resulted in price parity for games on Steam

171. Plaintiffs' theory is that Valve operates a PMFN that has the effect of forcing publishers on Steam to match the best price that they offer on other distribution channels. A pricing PMFN is a policy that forbids pricing lower on another platform (i.e., it demands price parity), subject to some penalty for violating the parity requirement.[324] The economic literature referenced by Dr. Schwartz that examines the potential anticompetitive effects of PMFNs and explores theoretical models built upon simplified and strict assumptions.[325] The models in those papers assume the existence of PMFNs that are i)

---

[324] Margherita Colangelo, "Competition Law and Most Favoured Nation Clauses in Online Markets," in *New Developments in Competition Law and Economics*, ed. Klaus Mathis and Avishalom Tor (Switzerland AG: Springer International Publishing, 2019), pp. 295—317 at p. 296 ("Through [a platform] MFN clause the supplier guarantees a platform that the price and terms it sets for a particular product on that platform is no higher than the price and terms it sets for the same product on another platform.").

[325] Sellers, for example, are forced in the model by assumption to price in compliance with a PMFN which all sellers know exist. See Boik and Corts (2016), pp. 111—112 ("The seller sets prices $p_i$, abiding by the terms of any PMFN policies. ... When there are two PMFN agreements in effect, the seller is constrained to set a uniform price across platforms."). Further, the Boik and Corts (2016) model assumes a single seller, despite this departing from their motivating examples, since they state that modeling multiproduct-multiplatforms is intractable. See Boik and Corts (2016), p. 117 ("our main model features a single seller doing business through multiple platforms. In our examples, typically many sellers sell through a similar set of multiple platforms. ... of course the modeling of multiproduct, multiplatform demand would make formal modeling of this case much more difficult."). Further, the authors' findings from their model, summarized in Propositions 4 and 5, conclude that under their model's framework there will never be one platform operating a PMFN and the other platforms not, which would be the outcome consistent with Plaintiffs' allegations against Valve. See Boik and Corts (2016), p. 120 ("**Proposition 4.** There is no pure-strategy equilibrium in the fee-setting subgame when exactly one firm has a PMFN agreement ... **Proposition 5.** ... Then there are exactly two pure-strategy equilibria: one in which both firms adopt PMFN agreements ... and one in which both firms do not adopt PMFN agreements."). Another article cited in Dr. Schwartz's Opening Merits Report is also based on a theoretical model and imposes an assumption of price parity adherence. See Schwartz Opening Merits Report, Attachment A-2 ("Wang, Chengsi and Julian Wright (2020), 'Search Platforms: Showrooming and Price Parity Clauses,' RAND Journal of Economics, 51(1), 32—58."); Chengsi Wang and Julian Wright, "Search Platforms: Showrooming and Price Parity Clauses," *The RAND Journal of Economics*, 51(1), 2020, pp. 32—58 at pp. 33 ("In this article, we develop a model of search platforms that is used to explore the implications of showrooming and [price parity clauses]."), 42 ("If a firm joins $M$ and thereby accepts the PPC, its direct price must be at least as high as its price on $M$.").

---

universally known by the platforms' users, and ii) binding and strictly enforced.[326] The findings from the models that PMFNs may cause competitive harm follow only under those conditions. As I show in this section, these conditions do not hold for the games sold on the Steam platform.

172. In this section, I examine whether games sold on Steam are at price parity with the same games sold through other distribution channels.

> a. First, I evaluate whether there is evidence of widespread price parity across all games on Steam and over time. I find that the evidence is inconsistent with Plaintiffs' allegations: a systematic review of game prices offered on and off Steam shows that it is common for prices to be different (in particular, to be lower) on non-Steam platforms than on Steam.

> b. Next, I evaluate Plaintiffs' claims relating to enforcement of the alleged PMFN. Plaintiffs allege Valve communicates its PMFN policy through individual emails to publishers. I investigate empirical evidence to evaluate whether the emails Dr. Schwartz identified (which he claims are examples of communication to enforce the alleged PMFN) actually affected publishers' pricing behavior.[327] According to Dr. Schwartz, the emails he identified enforced the alleged PMFN such that a publisher would price consistently with the alleged PMFN after receiving the email, i.e., it would not set prices off Steam that are lower than prices for the same game on Steam after receiving the email. Logically this may imply that a publisher should need to receive only one such email to understand that it is subject to a PMFN. I find that publishers' pricing after receiving these emails is inconsistent with them following a PMFN: publishers continue to price lower off Steam than on Steam in many cases, and the emails do not cause a systematic shift towards parity.

> c. Finally, I explain different factors that are likely to drive some degree of pricing consistency in the industry. I demonstrate that such forces exist since there is evidence of consistent pricing of games in situations where Plaintiffs' allegations do not apply. For example, games that are on EGS and other platforms (but not on Steam) are often priced the same on average,

---

[326] Boik and Corts (2016), pp. 111–112 ("The seller sets prices $p_i$, abiding by the terms of any PMFN policies. ... When there are two PMFN agreements in effect, the seller is constrained to set a uniform price across platforms."); Schwartz Opening Merits Report, ¶¶ 292, 294 ("I apply the relevant principles from Boik and Corts to construct a platform competition model ('PCM') that more closely considers and incorporates the facts and circumstances of this case ... The PCM considers a PMFN put in place by the platform requiring sellers to price the lowest on that platform (in practice, setting prices equally across platforms).").

[327] See, e.g., Schwartz Opening Merits Report, ¶ 230 ("I chart pricing behavior in the ▮▮▮▮ ▮▮▮▮ as Valve sent ▮▮▮▮ at least three enforcement emails concerning price parity in the ▮▮▮▮ ▮▮▮▮ prior to the latest enforcement event in 2017. Following the enforcement event, ▮▮▮▮ generally offered discounts of the same magnitude on Steam as on ▮▮▮▮ ▮▮▮▮ This is how one would expect a publisher confronted with an effective PMFN Policy to behave.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

even though these games are outside the theoretical reach of Plaintiffs' alleged conduct since the games are not on Steam.

### 7.1.1. There is no evidence of widespread price parity for games that are distributed through Steam

173. Under Plaintiffs' theory, Valve enforces a PMFN policy that ensures that publishers offering games on Steam match their best price offers on other distribution channels.[328] Such conduct would lead to an equilibrium in which, for any game offered on Steam, the price observed off-Steam was no lower than the price for the same game on Steam. In other words, under Plaintiffs' theory, there should be widespread price parity for games available on Steam. In this section, I analyze pricing data of games offered across platforms. **I find robust evidence that price parity does not hold: the price of games—including the average price of a game over time—is frequently lower on other platforms than on Steam, and other platforms frequently offer deeper discounts for a game than are offered on Steam.** These pricing patterns would not be observed if the alleged PMFN were in place that applies to all publishers and games.

174. Video game prices can be set according to a variety of strategies, and involve the use of frequent discounted sales events, of various durations. Sales events serve as a promotional tool that can boost a game's visibility to consumers who choose between many differentiated products, as well as to induce a temporary sense of urgency to make purchases.[329] Further, the long sales life of some games means that publishers might price the same game differently over stages of its lifecycle, which may also involve targeting different consumers at different stages. An analysis of price parity needs to consider prices over time, and account for discounted pricing events. Discounts across competing sales channels sometimes align, and sometimes occur at different times, at different levels of discount, and for different durations. To compare prices for a game on one channel to another, comparisons should account for potentially lower base prices, receiving steeper discounts, or receiving similar discounts but over different or longer periods of time.

175. I use publicly available U.S. pricing data collected from the aggregator website, IsThereAnyDeal.com ("ITAD"), which records game prices by tracking prices listed on store websites and covers 62 different platforms. I use ITAD data

---

328    Complaint, ¶ 169 ("Under the Valve PMFN, publishers cannot offer their games at lower prices elsewhere, even when they are selling non-Steam versions of games.").

329    Kyle Orland, "Steam's 'price parity rule' isn't wreaking havoc on game prices," *Ars Technica*, May 13, 2021, available at https://arstechnica.com/gaming/2021/05/why-lower-platform-fees-dont-lead-to-lower-prices-on-the-epic-games-store/, accessed on December 8, 2023 ("When games go on temporary sale, as they frequently do on pretty much every digital storefront, the resulting boost in sell-through can help increase publisher profits for a time. 'Promoted short-term sales carry a sense of awareness and urgency to purchase, so they combine to boost volume.'").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

over the period of September 4, 2012 to December 31, 2024.[330] Dr. Schwartz relies on ITAD data for analyses in his report, as well.[331] Using these prices, I conduct several analyses to assess whether there is widespread price parity for games offered on Steam.[332] **I find results in every case that are inconsistent with the existence of price PMFN for games on Steam that prevents them from being offered at lower prices on other channels than the price on Steam.**

176.   As an initial point, the very existence of price-comparison websites like ITAD and the fact that they collect prices for games on Steam is a strong signal that prices vary across platforms, including Steam. If prices held at parity for all games on Steam, there would be no use for ITAD or other deal-finding websites like it, such as https://gg.deals, comparing prices for games on Steam. These sites would not invest resources in collecting data for the tens of thousands of games on Steam with the goal of highlighting to consumers where they might find the lowest price, since that answer would always be Steam. Major gaming news outlets also report on better deals available off Steam; for example, a recent article on Polygon about Steam Spring Sales reports: "Just to note: if you're looking for discounts on *Monster Hunter Wilds*, *Civilization 7*, and other new games, you'll find those on Fanatical, not Steam."[333]

177.   I first consider a relatively precise interpretation of the PMFN as requiring publishers to match offers on alternative platforms, by setting as good or better terms on Steam at the same time. Under these conditions, if there were a PMFN, we should not observe instances where, on a given day, one can find a better deal off Steam than on Steam. Given that timely data for prices on other platforms are readily available from websites like ITAD, Valve could monitor and enforce parity to ensure it held at every point in time.

178.   Even though Dr. Schwartz states that a PMFN is compatible with differences in prices at a point in time if the discounts are matched over time, I note that this

---

[330]   U.S. pricing data used in these analyses consist of 38,996 distinct applications. ITAD records a price whenever a new price on a platform occurs. Prices for games on days when no price is recorded are imputed based on the price from the previously observed day in the data. See Appendix A6 for more information regarding the ITAD data.

[331]   Schwartz Opening Merits Report, Appendix A ("ITAD data for each relevant store is gathered from the 'History' page of each game using the 'Log' table, which reports a price change at each date for each store.").

[332]   I investigate different types of game content within the ITAD data, including games, DLCs, and packages. For simplicity, I collectively refer to these as "games." In Appendix A3, I conduct sensitivity analyses that focus exclusively on applications classified as games, demonstrating that my findings are robust and not influenced by the types of applications included.

[333]   See Toussaint Egan and Tyler Colp, "10 Great Steam Spring Sale Games to Grab at a Discount," *Polygon*, March 14, 2025, available at https://www.polygon.com/what-to-play/537879/steam-spring-sale-2025-best-games-death-stranding-directors-cut-neon-white-sifu, accessed on March 14, 2025.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

would be a difficult requirement to enforce.[334] The easiest way for Valve to detect violations from an alleged PMFN would be to learn that two prices did not match at a point in time. This would be easier than if it had to evaluate whether games were offered at comparable terms on average over time. Further, if Valve were indeed trying to prevent customers from finding better prices off Steam, and from substituting to other platforms whenever good deals appeared there, then a policy that allows for better discounts on other platforms at times would defeat that purpose. Under Plaintiffs' theory of how the alleged PMFN limits competition, it therefore would be most natural for Valve to require that developers on Steam consistently offer prices that match the best alternative price. Therefore, the prevalence of such deviations from parity within the same day is a meaningful indicator that a PMFN does not exist. The close monitoring of prices in the market is common by firms in other industries where real-time tracking of prices is feasible.[335]

179.    In Exhibit 7, I turn to the data to test whether prices on Steam are generally as good or better than the best price off Steam on a given day. The analysis covers the period from September 4, 2012, to December 31, 2024. For each game, I calculate the share of days (out of all days when that game was available on Steam and at least one other platform) that the price on Steam was at least 5 percent higher than the best price available on one of the other platforms; that is, the share of the time that Steam was not offering the best deal for the game. I then plot a histogram of these shares across all games.[336] The results show **it is very common for games to be available at lower prices off Steam than on Steam a lot of the time**. For example, for half of games, there are better deals available off Steam than on Steam more than 25 percent of days when Steam competed with other platforms to offer that game. Only for 11.1 percent of games do I find no day when a better deal is available off Steam.

---

334    Schwartz Opening Merits Report, Figure 5, ¶ 230 ("Following the enforcement event, ███ generally offered discounts of the same magnitude on Steam as on the ███ ███ This is how one would expect a publisher confronted with an effective PMFN Policy to behave. ███ behaved consistently with Valve pressuring the publisher to not offer greater discounts off Steam."). See also Schwartz Opening Merits Report, Figure 6, ¶ 235 ("Following enforcement (shown in gray), ███ generally offered discounts of the same magnitude across the two platforms. This is how one would expect a publisher confronted with an effective PMFN Policy to behave. ███ behaved in a way consistent with Valve pressuring the publisher to not offer greater discounts off Steam."), Figure 7.

335    For example, airlines can and do monitor competitor fares closely using the Airline Tariff Publishing Company (ATPCO) system. See Meghan Busse, "Firm Financial Condition and Airline Price Wars," *RAND Journal of Economics*, 33(2), 2002, pp. 298–318, p. 302 ("reporters during this period employed multiple sources of information to monitor price-war activity. ... one of the reporters checked daily for unusual numbers of filings with the Airline Tariff Publishing Company, which does the back-end work of collecting and compiling fare data for airline reservations systems. ... Ultimately, the features of the industry that make secret price cuts infeasible—rapid, reliable, and easily available price information—also make it possible for the reporters to be confident that they have identified all major price wars.").

336    A histogram is a bar chart that shows how often different values occur in a set of data. Each bar represents a range of values, and the height of the bar shows how many data points fall into that range.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 7**
*For many games, prices are often lower off Steam*



Source: *IsThereAnyDeal*

Note: This figure shows the number of games where Steam prices are higher than those on off-Steam platforms on the same date from September 4, 2012 to December 31, 2024. Prices are considered higher on Steam if they exceed off-Steam prices by more than five percent. The analysis includes 36,459 games and excludes those with less than 10 days of price overlap across any platform. The count at the top of each bar indicates the number of games in each bin, with each bin representing the percentage of dates a game's price is higher on Steam. The comparison is based on the minimum daily price on Steam versus the minimum daily price off Steam for the same game. Only U.S. prices are considered in this analysis.

180. Next, I look at several analyses that allow for prices on and off Steam to be different on different days and **I explore if, across time, the other platforms offer similar prices on average to Steam.** For example, if every promotion on another platform was at some point matched on Steam, then the average prices, as well as the lowest prices, for games over the long-term would be the same, even if they differed on specific days. As I noted above, this would be a more complex objective for Valve to monitor and enforce but, in any case, I find that the evidence is inconsistent with such a parity requirement as well.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

181. As an initial example, I evaluate average game prices on Steam and EGS and how often they are inconsistent with Valve achieving price parity for games on Steam. For this analysis, I calculate the average price on Steam and on EGS for each game in the ITAD data that was available on both platforms simultaneously between December 8, 2018, and December 31, 2024.[337] For each game, I then calculate the percentage difference in the average price on Steam and on EGS. Exhibit 8 summarizes how pricing on Steam and EGS compares. The middle bar indicates how many games had very similar average prices (within 1 percent) on the two platforms; these make up 25.2 percent of games that overlapped across Steam and EGS. The other bars show games that had differences in average prices of more than 1 percent, and the bars to the right show all the games that were cheaper on EGS on average than on Steam, inconsistent with a PMFN. If a PMFN were in effect, then no games should be cheaper on EGS and we should not observe the bars on the right.

---

[337] This start date coincides closely with the EGS launch on December 6, 2018. See Epic Games, "The Epic Games store is now live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 14, 2025 ("12.6.2018 ... The Epic Games Store is now open"). I calculate the average price across all days in which the game was on both platforms.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 8**

*Average prices of games sold on Steam and EGS are inconsistent with PMFN pricing*



Price on Steam/price on Epic Games Store

*Source: IsThereAnyDeal*

Note: This figure shows the number of games based on the ratio of their average prices on Steam to their average prices on EGS on days when the games were available on both platforms. This ratio is calculated using ITAD data, focusing exclusively on dates when the games were available on both platforms to avoid pricing biases from date-specific factors, such as release dates. The analysis covers the period from December 8, 2018 to December 31, 2024, as EGS data only became available in ITAD on December 8, 2018, following its release on December 6, 2018. Some games are always free on Steam, EGS, or both. If a game is always free on EGS but not on Steam, the ratio is undefined, and such games are categorized under "More than 10% cheaper on EGS." Conversely, if a game is always free on Steam but not on EGS, it is categorized under "More than 10% cheaper on Steam." Games that are always free on both platforms are placed in the "1% cheaper on Steam to 1% cheaper on EGS" category.

182.    Next, I extend this investigation to the full set of platforms available in the ITAD data with days of overlap for games offered on Steam.

183.    For each of the 61 non-Steam platforms analyzed, **I evaluate the share of games for which the average price on the platform was lower than the average price on Steam,** as a percentage of all games offered both on the platform and on Steam. The results are presented in Exhibit 9. Each horizontal bar in the exhibit represents an individual platform. The x-axis shows the share of games that were at least 5 percent cheaper on average on that platform compared to Steam. This is a conservative assumption, as parity

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

would require at least equal prices on Steam and a 5 percent difference is material.

184. If a PMFN were in effect, then no games should have lower average prices off Steam compared to on Steam. In contrast, I find that **all 61 platforms offered games with average prices that were at least 5 percent lower than on Steam**. At the top is the platform with the largest share of overlapping games having a lower average price compared to Steam. This platform is Chrono.gg, a "Steam key reseller."[338] Chrono.gg had offers for 1,117 games that were concurrently available on Steam over the period of the analysis. I find that for 89.1 percent of those games, the average price on Chrono.gg (averaging over the days when the game was available on both Chrono.gg and Steam) was lower than the average price on Steam. At the bottom of the distribution, the platform Battle.net offered the lower average price relative to Steam on only 1.3 percent of its 76 overlapping games. GOG is the non-Steam key reseller platform with the highest share of games that were cheaper than on Steam, at 35.4 percent.[339]

---

[338] Workpaper 11. A Steam key reseller is a digital store that specializes in selling Steam keys which customers can redeem and play on Steam. Wes Fenlon and Tyler Wilde, "PC game storefronts compared: what you need to know about retailers and resellers," *PC Gamer*, July 12, 2019, available at https://www.pcgamer.com/pc-game-storefronts-compared-what-you-need-to-know-about-retailers-and-resellers/, accessed on March 20, 2025 ("Only a game's publisher or developer can generate Steam keys for their game ... Sometimes this will be a middleman company, and sometimes game developers and publishers work directly with retailers ... Here are a few of the bigger key retailers: ... Chrono.gg").

[339] Workpaper 11.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 9**

*Competing platforms offer lower average prices than Steam for many games*



*Source: IsThereAnyDeal*

Note: This figure shows analysis of 62 platforms (including Steam) captured in the ITAD data. There are 38,996 distinct games included in this analysis. For any particular game, the average prices on Steam and a respective platform are calculated as the average daily prices over the period when the game is available on both Steam and the other platform. An average price is considered lower than the Steam price if it is at least 5 percent lower than the Steam average price. I calculate daily prices on Steam by taking the minimum price on each day, and daily prices on other platforms by taking the maximum price recorded within a day. The data cover the period from September 4, 2012 through December 31, 2024.

185.    Next, I examine a subset of these 61 platforms that Dr. Schwartz and Professor Rietveld mentioned in their reports. Exhibit 10 reflects the same analysis as for Exhibit 9 but focusing on those platforms. The percentages beside each bar are the share of overlapping games that were cheaper on the corresponding platform than on Steam, and the numbers in parentheses beside that are the total numbers of overlapping games. The exhibit shows that earlier results are not driven by the inclusion of platforms that Plaintiffs may argue are marginal or irrelevant. To the contrary, EGS, Microsoft Store, Itch.io and GOG, which are the focus of much of Plaintiffs' experts' analysis, are each represented in the exhibit and each had lower average prices on many of their games that were also sold on Steam.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 10**

**Competing platforms discussed by Dr. Schwartz and Professor Rietveld offer lower average prices than Steam for many games**



Source: *IsThereAnyDeal*

Note: There are 35,432 distinct games included in this analysis. The number of games included in each comparison is in parentheses next to the bar. An average price is considered lower than the Steam price if it is at least 5 percent lower than the Steam average price. The data cover the period from September 4, 2012 through December 31, 2024.

186.    The number of overlapping products—with all but four entries (Battle.net, EA App, Discord Store, and Ubisoft Store) having more than a thousand overlapping products—means that there were a very large number of games for which prices did not match on and off Steam. For example, of the 8,291 games available on both Steam and GOG, 35 percent had a lower average price on GOG than on Steam during the same period. And 25 percent of the 9,468 games available on both Itch.io and Steam were cheaper, based on average price, on Itch.io.[340] Pricing games higher on Steam than other platforms is

---

340    While Itch.io lets consumers pay a higher price than the listed price to support the developer of the game, the alleged price PMFN would require that the game is not made available to consumers at a lower price on Itch.io than on Steam. Therefore, it is appropriate to set aside the possibility of this voluntary additional payment in my analysis. See Section 6.2.1.

therefore not rare, it is extremely common, and there are tens of thousands of games for which average Steam prices were above the average prices on other channels.

187. As a point of comparison, I investigate whether it is more or less common for other platforms to beat Steam on price than it is for other platforms to beat EGS on price. If Steam did have the alleged PMFN, one would expect it to be substantially less common for Steam to be beaten on price. Specifically, I consider how prevalent it is for games to be offered at lower average prices off Steam than on Steam, and then do the same exercise for EGS (excluding any games that overlap with Steam since these could be affected by the alleged PMFN). I find that for 47 percent of games that were sold on Steam and at least one other platform concurrently, the average price on Steam was higher than on other platforms (by more than 5 percent). For EGS, and specifically focusing on games that are not available on Steam (so as to be unaffected by the alleged conduct), the share is similar although slightly lower (43 percent).[341] In other words, Steam appears to be beaten on price more often than EGS, which is inconsistent with it having a PMFN.

188. Next, **I examine the deepest discounts offered for games on other platforms, compared with those offered on Steam.** To the extent that the alleged conduct had the effect of setting a price floor (at the lowest Steam price) such that publishers never priced below that level, the minimum price should be the same on and off Steam.[342] I find, again, robust evidence that **publishers often fail to match their discounts on other platforms with equivalent discounts on Steam.**

189. Exhibit 11 presents, for each platform, the share of games for which the lowest price on the platform was lower than the lowest price on Steam.[343] The exhibit demonstrates that many games were offered with steeper discounts on alternative platforms than were ever offered on Steam. For example, the platforms 2 Game, Gamers Gate, and Green Man Gaming, which are key resellers, had deeper discounts than Steam on a high share of games also offered on Steam, ranging from 30 to 52 percent of games. But this phenomenon is not limited to key resellers. Other platforms also included many games with deeper discounts than Steam. For example, 26 percent of the 9,468 games offered on both Itch.io and Steam exhibited a lower minimum

---

341    Workpaper 12.

342    Plaintiffs have claimed that the conduct sets a de-facto price floor. See Complaint, ¶ 161 ("The PMFN sets a price floor throughout the market."). Dr. Schwartz also claims that the PMFN causes publishers to ensure they offer the same size discounts on Steam as their discounts on other platforms. See Schwartz Opening Merits Report, ¶ 230 ("Following the enforcement event, ███ generally offered discounts of the same magnitude on Steam as on the ███ ███ This is how one would expect a publisher confronted with an effective PMFN Policy to behave. ███ behaved consistently with Valve pressuring the publisher to not offer greater discounts off Steam.").

343    I conservatively require the minimum off Steam price to be at least 5 percent lower than the Steam price to be counted as lower in this analysis.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

price on Itch.io. Of the 6,718 games offered both on EGS and Steam, 17 percent of them had a deeper discount on EGS than on Steam.

**EXHIBIT 11**

*Competing platforms discussed by Dr. Schwartz and Professor Rietveld offer deeper discounts than Steam for many games*



*Source: IsThereAnyDeal*

Note: There are 35,432 distinct games included in this analysis. For any particular game, the minimum price is calculated as the minimum daily price from days when the game is available on both Steam and the other platform. The number of apps included in each comparison is in parentheses next to the bar. A minimum price is considered lower than the Steam minimum price if it is at least 5 percent lower than that Steam price. The data cover the period from September 4, 2012 through December 31, 2024.

190.    **I also find instances of games being sold at a price of zero (free) on other platforms, while never being offered free on Steam.** Such behavior would clearly violate the alleged PMFN, if it existed. Specifically, I examine games offered for free on EGS. During times that EGS made a game available for free, users could claim and download that game for free to keep in

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

their digital library permanently.[344] Between December 2018 and December 2024, the ITAD data show that 329 games in the U.S. were offered for free on EGS for a period but were never free on Steam.[345] Further, 41 of these games appeared for free on EGS in more than one calendar year. The average price on Steam of games offered for free on EGS, during days of overlap, was $19.35. Games made available for free on EGS and not on Steam are not just small games that interest few consumers—many are highly popular. For example, I find that 48 of these games were among the top 100 earners on Steam for at least one year, and 24 games were in the top 100 earners on Steam for multiple years.[346]

191.    Finally, many publishers make their games available in bundles of multiple games which may also result in superior discounts than available on Steam. For example, in February 2024, the title *Life is Strange: True Colors*, was included in a bundle with seven other titles offered at $11.99, collectively, compared to the higher price of $17.99 for the standalone game on Steam at the time, which I detail further below.

192.    To analyze discounts through bundling, I rely on publicly available data from ITAD that contain information on bundle availability, pricing, and contents for bundles offered by PC game distributors (commonly Steam key resellers) including Humble Bundle, Fanatical, and Itch.io.[347] These data contain information on bundles for these and other sites dating back to 2010. Using these data, in combination with ITAD pricing data, I compare the prices of games on Steam to the prices of bundles in which those games are offered for the period from September 18, 2012, to December 31, 2024.[348]

193.    First, I check whether the games in bundles were ever cheaper as standalone products on Steam than the price of the bundle. Specifically, for each game-by-bundle pair, I compare the minimum price of the game on Steam to the price of the overall bundle during the period in which the game was sold both in the

---

344    Epic Games, "Play More Free Games," available at https://store.epicgames.com/en-US/free-games, accessed on March 7, 2025 ("Epic Games Store gives you a free game every week. Come back often for the exclusive offers. Download a free game to play or join a free-to-play game community today.").

345    Workpaper 13. EGS launched in December of 2018. See Nick Statt and Sean Hollister, "Epic Games takes on Steam with its own fairer game store," *The Verge*, December 4, 2018, available at https://www.theverge.com/2018/12/4/18124203/epic-games-fortnite-valve-steam-game-store-distribution-unreal-engine, accessed on April 26, 2024 ("Epic is launching a new online store"). I find in the U.S. 3,972,795 instances of game and date overlaps between Steam and EGS, covering 6,718 unique games, in total. See Workpaper 14.

346    Workpaper 13.

347    IsThereAnyDeal, "Bundles," available at https://isthereanydeal.com/bundles/, accessed on March 7, 2025 ("Build Your Own Platinum Collection Bundle (Mar 2025) Fanatical … Humble Choice (Mar 2025) Humble Store … California Fire Relief Bundle Itch.io"). See also Appendix A6.4 for more information regarding the ITAD bundles data.

348    Workpaper 15.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

bundle and as a standalone game on Steam.[349] I find that **it was cheaper to purchase the entire bundle containing the game than to purchase the standalone game on Steam for 56.5 percent of game-by-bundle comparisons.** On average the bundle provided a discount of 58.3 percent on the price of the standalone game on Steam (without including any other games in the bundle).[350]

194. To illustrate more concretely, I examine Humble Choice (formerly Humble Monthly), a subscription service offered by Humble that provides consumers a fixed set of titles (i.e., a bundle) each month for a monthly fee.[351] It began in October 2015 as Humble Monthly, a "blind" subscription where most games were revealed after payment. In December 2019, it became Humble Choice, allowing base tier subscribers to pick any three games from a selection. In February 2022, it changed again, giving subscribers all games in the bundle.[352] My analysis uses this timeline to compare bundle and game prices on Steam. During the limited-choice period, I consider only the three cheapest games. At other times, I include all games in the comparison.[353]

195. In line with my results for bundles overall, I find that subscribing to the Humble Choice bundle containing a game was cheaper than purchasing that game from Steam for 40.5 percent of game-by-bundle combinations. Further, of the 111 monthly bundles of titles that have been offered through Humble Choice, I find that the monthly subscription cost is lower than the sum of the

---

[349] As an example, if a bundle X contained three games (A, B and C), there are three game-by-bundle pairs (XA, XB and XC) and, in each case, I check whether the price of bundle X was every higher than the Steam price of each of the games.

[350] Workpaper 15.

[351] Humble Bundle, "Humble Choice," available at https://www.humblebundle.com/membership, accessed on February 24, 2025 ("Get a curated mix of PC games every month ... Only $11.99 per month."); Humble Bundle Blog, "Introducing Humble Choice," available at https://blog.humblebundle.com/introducing-humble-choice/, accessed on March 7, 2025 ("Later this year, Humble Monthly is becoming Humble Choice!").

[352] Lauren Hockenson, "Humble Bundle now offers monthly indie game subscription," *The Next Web*, October 1, 2015, available at https://thenextweb.com/news/humble-bundle-now-offers-monthly-indie-game-subscription, accessed on March 21, 2025 ("Today, [Humble Bundle] announced that it is introducing a monthly bundle, a subscription service for just $12 per month ... The contents of the bundles are secret until they are released"); Humble Bundle Blog, "Humble Choice is Here," December 6, 2019, available at https://blog.humblebundle.com/humble-choice-is-here/, accessed on March 21, 2025 ("Basic ... Choose up to 3 games"); Humble Support, "Humble Choice - Feb 2022 Update FAQ," available at https://support.humblebundle.com/hc/en-us/articles/4411127626139-Humble-Choice-Feb-2022-Update-FAQ, accessed on March 21, 2025 ("we [Humble Bundle] are removing the different tiers of Humble Choice (Lite, Basic, Premium, Classic) and replacing them with a single-tier that provides all games and perks.").

[353] To compare bundle prices to individual game prices on Steam, I use ITAD price data to find the minimum price for each game during the bundle's availability. For Humble Choice bundles, during the time period where users could only select three games, I choose the three cheapest options. This conservative approach ensures that I am using the lowest possible prices to represent the bundle's equivalent cost on Steam. If I selected more expensive prices, the bundle's cost and the difference between the bundle and Steam prices would be greater.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

Steam prices of the games included in the bundle (at the time that the bundle was available) for virtually all (96.4 percent) monthly bundles offered through Humble Choice. These bundles were offered for an average discount of 76.0 percent relative to the total prices on Steam for the individual games at the time.[354]

196. Games sold in bundles therefore are often sold at significant discounts relative to their Steam prices. Valve regularly, and knowingly, issues Steam keys for publisher participation in these bundles. Between April 2018 and November 2024, Valve issued more than ███████ Steam keys to publishers for participation in bundles and approved ██████ percent of keys requested for this purpose.[355] For example, on ████████████, Valve issued ██████ keys for *Life is Strange: True Colors* to Eidos Inc., ██████ before the Humble Choice (Feb 2024) bundle was published on Humble Bundle. In addition to Eidos Inc.'s title *Life is Strange: True Colors*, this bundle included seven titles from other publishers. Over the period the bundle was available, the lowest Steam price for *Life is Strange: True Colors* was $17.99, the sum of prices of all eight titles on Steam was $113.94, while the price of the bundle was $11.99.[356]

197. The results I have presented in this section are inconsistent with publishers following a PMFN and ensuring that they match their best offers off-Steam with equivalent offers on Steam. Instead, **the empirical evidence is consistent with there being no PMFN that prevents publishers from pricing lower on other platforms than on Steam.**[357]

198. Dr. Schwartz critiqued evidence similar to that shown above, that demonstrated the many exceptions to price parity across platforms, by claiming the wrong games were being analyzed. Specifically, Dr. Schwartz argued that Valve could be "selective and targeted" in its enforcement, by "focusing on the games and publishers" that could most negatively impact "Steam's dominance."[358] Dr. Schwartz does not name games or publishers that

---

354   Workpaper 15.

355   Workpaper 16.

356   Workpaper 17.

357   Schwartz Opening Merits Report, ¶¶ 161 ("In practice, the parity requirements mean that no publisher can differentiate its offerings via price across competing platforms."), 182 ("Valve's alleged PMFN Policy prevents publishers from engaging in this pricing behavior, hampering rival platforms' ability to compete with Steam. Competition on price is one important avenue for potential platforms to compete on the merits, gain interest from consumers and developers, and grow user base volume on both sides of their platforms.").

358   Reply Class Certification Expert Report of Steven Schwartz, Ph.D., July 12, 2024 ("Schwartz Class Certification Rebuttal Report"), ¶ 23 ("Rather than attempt to achieve 100% compliance at a high cost, Valve can achieve its anticompetitive objectives at a lower cost by selective and targeted enforcement of its price and content parity requirements—focusing on the games and publishers that are most likely to have the largest negative impact on Steam's dominance. This behavior makes the threat of full removal from Steam credible to publishers. Valve's selective enforcement is effective because of Valve's focus on key games and key publishers that would provide potential rival platforms with the ability to compete effectively.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

meet this criterion, but speculates that "Valve may prioritize efforts among its highest drivers of revenue, [that] have the most visibility in the relevant market."[359] As one approach to evaluate his hypothesis, I consider Steam's highest revenue products, since Dr. Schwartz suggests that "high-revenue games ... are the most likely to lead to ... cross-platform competition."[360]

199.   If Dr. Schwartz's hypothesis were correct, then one would expect no deviations from price parity at least for high revenue games. I test this hypothesis empirically by evaluating how common it is for average prices to differ on Steam and other platforms for the 100 highest revenue games on Steam in 2023.[361] I find that it is common for the top revenue games to have lower average prices on other platforms than on Steam. Overall, the results look similar to the findings from the full set of games, which indicates that the publishers of the 100 highest revenue games were also behaving in ways consistent with there being no PMFN that prevents publishers from pricing lower on other platforms than on Steam.

---

359   Schwartz Opening Merits Report, ¶ 212 ("PMFN Policy enforcement against high-revenue publishers limits the ability of rival platforms to compete effectively with Steam. Valve may prioritize efforts among its highest drivers of revenue, which, of course, have the most visibility in the relevant market.").

360   Schwartz Opening Merits Report, ¶ 212 ("Valve can limit effective platform competition at lower costs by selective enforcement against these high-revenue games that are the most likely to lead to the cross-platform competition that Valve is trying to prevent.").

361   I examine the highest selling games from 2023 to ensure all games in the analysis appear for at least one full year in my data, which extend through 2024.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 12**

*Competing platforms discussed by Dr. Schwartz and Professor Rietveld had lower average prices than Steam for top 100 highest earning games in 2023*



Source: *IsThereAnyDeal; Schwartz Opening Merits Report, backup materials*

Note: This analysis includes 113 distinct games from the ITAD data. The data spans from January 16, 2013, to December 31, 2024, and only includes games associated with the top 100 games by revenue on Steam in 2023. To compare ITAD and Steam data, I first selected the top 100 games by revenue on Steam in 2023, identified by their "app_id." I then mapped these games from ITAD to this top 100 list, ensuring that the games had comparable observations between Steam and the competing platform. The 113 unique entries in the ITAD data correspond to 81 of the top 100 games on Steam and have comparable observations across platforms. This is because multiple editions of a game may appear differently in ITAD but correspond to the same "app_id" in Steam data, resulting in multiple ITAD games being mapped to a single Steam "app_id." An average price is considered lower than the Steam price if it is at least 5 percent lower than the Steam average price.

200. Dr. Schwartz criticized the ITAD data used in Professor Chiou's analyses of price parity, despite going on to use them himself. Those critiques would apply to my analyses as well; however, I explain in Appendices A2 and A6.2 why his objections are unfounded.

201. Finally, consistent with there being no PMFN, examples from deposition testimony also show that publishers are not universally aware of any alleged PMFN being in existence:

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.



a. ███████████████████████ testified that:[362]

b. ████████████████████, testified that the following statement is correct:[363]

c. ████████████████ testified that he never felt like ████████ ███████████████████████████ [364]

202.    Testimony from these witnesses that they are unaware of a PMFN is consistent with there being no PMFN policy.

203.    In summary, the empirical evidence is not consistent with widespread price parity for games on Steam: publishers often offer games at lower prices on other platforms, whether on the same day or across time.

### 7.1.2. The broader evidence shows that sporadic emails and language in the Steam keys request form and documentation did not enforce a price PMFN

204.    Plaintiffs allege that Valve imposes a price PMFN policy, through "written and unwritten rules" and makes it clear that this applies to both Steam keys and non-Steam key transactions.[365] Plaintiffs claim specifically that the language

---



[362] Deposition of ████████████████████████████

[363] Deposition of █████████████████████████████████

[364] Deposition of █████████████████████████████████

[365] Complaint, ¶¶ 9 ("Valve interprets and enforces this language to encompass price parity, forcing game publishers to charge the inflated Steam Store price across the marketplace, on all game sales, even sales of games that are not enabled for Steam."), 164 ("The specific form and language of the Valve PMFN has changed over time, and encompasses both written (including the SDA and Steamworks Rules) and unwritten rules enforced by Valve against publishers.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

included in the Steamworks Documentation on Steam keys and in the Steam keys request form reminds publishers of these pricing restrictions, which Valve allegedly enforces for all game sales by publishers, not only Steam key sales.[366] Plaintiffs' theory requires a causal mechanism for enforcing the price PMFN. In this section, I evaluate the analysis presented by Dr. Schwartz to investigate the mechanism for enforcing a pricing PMFN. I find that there is no reliable evidence of a mechanism that causes publishers to price at parity.

205. I evaluated Dr. Schwartz's and Professor Rietveld's evidence on the mechanism Valve allegedly uses to communicate and enforce the price PMFN. Dr. Schwartz restates Plaintiffs' claims that, when publishers request Steam keys, they are required to check boxes for several statements related to how they will price on other channels.[367] Even though the context for these statements is a request for Steam keys, Dr. Schwartz asserts that the language of two of the commitments is "*not* limited to Steam Keys" and also asserts that Valve "has conveyed to publishers that it expects them to abide by the commitments in this form regardless of whether Steam Keys are at issue."[368] Professor Rietveld similarly re-states these claims.[369]

206. However, I have not seen any analysis in Dr. Schwartz's or Professor Rietveld's reports to *demonstrate* that the language in the Steam keys request form or documentation caused publishers to believe that there was a broad price

---

[366] Complaint, ¶¶ 166 ("The Steamworks Documentation on Steam keys requires publishers to offer games on other stores at prices no lower than on Steam"), 196 ("Publishers are reminded of these restrictions whenever they request Steam keys."), 197 ("In order to receive any Steam keys, Valve requires game publishers to affirm their agreement to certain Steam Key Rules. They must agree that 'I understand that I need to sell my game on other stores in a similar way to how I am selling my game on Steam' and that 'I agree that I am not giving Steam customers a worse deal.' The publisher must also agree that 'I understand that while it's OK to run a discount on different stores at different times, I agree to give the same offer to Steam customers within a reasonable amount of time.' Again, as discussed above, Valve enforces these rules against publishers not only for Steam key sales, but for all sales, even if an alternative store does not sell Steam keys.").

[367] Schwartz Opening Merits Report, ¶ 168 ("When a publisher requests Steam keys, it must agree to three commitments. Specifically: a. 'I understand that I need to sell my game on other stores in a similar way to how I am selling my game on Steam. I agree that I am not giving Steam customers a worse deal.' b. 'I understand that while it's OK to run a discount on different stores at different times, I agree to give the same offer to Steam customers within a reasonable amount of time.' c. 'I understand that if I request an extreme number of keys and I'm not offering Steam customers a fair deal, or if my sole business is selling Steam keys and not offering value to Steam customers, my request may be denied and I may lose the privilege to request keys.'").

[368] Schwartz Opening Merits Report, ¶ 169. I note that by Dr. Schwartz's account, ▮ percent of the class did not see those rules. See Schwartz Opening Merits Report, Footnote 455 ("Of the publishers in Valve's transaction data, ▮ are associated with at least one Steam Key activation.").

[369] Rietveld Opening Merits Report, p. 25 ("Steam Keys are a strategic tool Valve uses to draw publishers to Steam and enforce its parity requirements."), ¶ 43 ("when submitting a request for Steam Keys, publishers are reminded of Valve's parity policies and must affirmatively agree to the requirements. The Steam Key request form requires publishers to confirm the following three statements (by ticking checkboxes), two of which explicitly state Valve's parity policy").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY