# EXHIBIT 6
# Report Part 3
# (Dkt No. 454.06)

# REDACTED

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

PMFN that applied to all their game sales or caused them to price in a manner consistent with such a PMFN. Further, my finding that there is no widespread price parity for games on Steam (see Section 7.1.1) is inconsistent with the language in the Steam keys checkbox and documentation enforcing a PMFN.[370]

207. Further, Dr. Schwartz identifies individual email communications that discuss publishers' off-Steam pricing that he claims Valve uses to enforce the PMFN.[371] **These emails do not confirm the impact that Dr. Schwartz claims the communications had.** I show this through systematic empirical analyses of the ITAD pricing data for publishers that received the emails identified in Dr. Schwartz's report.

208. As an initial matter, the emails that form the basis of Schwartz's opinion on the enforcement of an alleged PMFN policy are very limited in number and have not been shown to be representative of standard interactions between Valve and its customers. Some of these emails involve discussions about pricing of games ██████████ [372]

209. Dr. Schwartz claims to have identified 150 communications, including internal emails, involving Valve communicating a price parity requirement.[373] Of these, he examines pricing behavior by the publisher for 24 emails where Valve contacted a publisher allegedly in reference to a game being offered at lower prices on other channels. I will refer to each game-platform combination discussed in one of the emails that Dr. Schwartz analyzes as an alleged "enforcement event." In some cases, he considers an email in which there is a discussion of the pricing of a game on multiple platforms, such that the email would involve several enforcement events. He includes a graphical analysis of these alleged enforcement events which includes a total of 49 games. One of

---

[370] Dr. Schwartz also asserts that awareness of Valve's PMFN is disseminated through media articles and publisher postings, but he provides no concrete evidence to demonstrate that these postings caused widespread understanding of the alleged PMFN or to set prices consistent with an alleged PMFN. See Schwartz Opening Merits Report, ¶ 214 ("Speculation around cross-platform PMFN Policy enforcement occurs in industry news outlets. Beyond publicly available outlets, developers frequently communicate with each other regarding Steam's policies. For example, developers have access to Steamworks Discussions where they can ask questions and communicate about distribution and Steam policies.").

[371] Schwartz Opening Merits Report, ¶ 219 ("For a series of enforcement actions performed by Valve, I have analyzed pricing behavior to determine the going-forward impact on individual publisher pricing. This analysis shows that Valve's enforcement is effective in changing publisher pricing behavior, not only in the short run, but in the long run for certain publishers.").

[372] Schwartz Opening Merits Report, Figure 5, ¶¶ 228–230 ("Between 2009 and 2014, Valve sent at least three enforcement communications to ██████ concerning price parity ██ ██ ██████

[373] See Schwartz Opening Merits Report, Attachment H-1.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

the alleged enforcement events relates to sales of 11 games ██████ and his analysis considers prices ████████████████████[374]

210. Dr. Schwartz's sample of communications cover a minuscule proportion of the games and publishers on Steam. Specifically, the 49 games he analyzed make up just 0.03 percent of all games on Steam, according to Valve data. Regarding publishers, the enforcement events he studied represent only 0.06 percent of publishers on the platform.[375] Therefore, his analysis is quite limited in scope, affecting only a diminutive portion of publishers and an even smaller portion of games on Steam. The lack of representativeness of these events precludes generalizing any conclusion from the analysis to the broader population of publishers and games.[376]

211. For each of the emails, Dr. Schwartz graphs prices for the games on and off Steam.[377] Based on *visual inspection* of these graphs, he states that the emails caused publishers to "match pricing on Steam and the [other] Store" and to "[offer] discounts of the same magnitude on Steam as on the [other] Store."[378] He concludes that the graphs support the view that the communications cause publishers to conform with the PMFN.[379] However, visual inspection reveals no straightforward pattern: the prices sometimes align, and sometimes do not align. For example, there are even inconsistencies with his conclusions based on visual inspection following his approach: for emails to ██████ regarding ████████ in October 2017 and to ██████████ regarding ██████ in

---

[374] Some alleged enforcement events purportedly involved more than one platform in reference to the same game, such that there are 55 game-platform pairs, excluding Steam, in Dr. Schwartz's graphical analysis. See Schwartz Opening Merits Report, Figures 4–8, Appendices A.1.1, A.1.2, A.1.3, A.1.4, and A.2. Further, some of these games are not explicitly mentioned in the 24 emails, but Dr. Schwartz alleges they are indirectly affected by enforcement actions directed at other games from the same publisher. See, e.g., Schwartz Opening Merits Report, Appendix A.1.1. at pp. A-2 ("Valve's enforcement against ██████ did not specifically mention ██████ ███████████████ However, ████████ still priced the game in a way that is consistent with the presence of an effective PMFN Policy."), A-3 ("██████████ had not been released on Steam at the time of Valve's enforcement and was not released on Steam until March 2021. However, ██████ still priced the game in a way that is consistent with the presence of an effective PMFN Policy.").

[375] Workpaper 18.

[376] Alan Bryman, *Social Research Methods*, (Oxford, UK: Oxford University Press, 2016) ("Bryman (2016)"), p. 173 ("In order to be able to generalize your findings from your sample to the population from which it was selected, the sample must be representative.").

[377] Schwartz Opening Merits Report, Sections 5.3.1 and 5.3.2, Appendices A.1 and A.2. I note that my review of the games analyzed by Dr. Schwartz reveals that over half (53.1 percent) of the games were not the immediate subject of the emails in question, were not referred to by name in the emails, and were only indirectly associated with games subject to potential action.

[378] Schwartz Opening Merits Report, ¶¶ 227 ("Following pressure from Steam to match discounts across platforms, ██████ appears to have modified its pricing policy to match pricing on Steam and ████████."), 230 ("Following the enforcement event, ██████ generally offered discounts of the same magnitude on Steam as on ████████.").

[379] Schwartz Opening Merits Report, ¶ 230 ("This is how one would expect a publisher confronted with an effective PMFN Policy to behave.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

May 2015, one observes steeper discounts on the non-Steam platform, following the email, than on Steam.[380]

212. **Dr. Schwartz makes no attempt to quantify the degree to which prices on and off Steam are similar, consistent with price parity, and whether the prices track each other more closely after the date of the email communication.** While visual inspection can be a useful starting point, it is not a reliable methodology by itself and can lead to misinterpretation of the data. Thus, it is important in statistical analysis to perform statistical tests of the data rather than just eye-balling data.[381] I perform basic statistical tests of how alike the prices of games are on Steam and on the alternative platform following 50 alleged enforcement events (i.e., game-platform pairs studied by Dr. Schwartz in his price charts) that I am able to analyze.[382] I find that **price parity fails to hold consistently for the games involved in the alleged enforcement events following the event.**

213. First, for each alleged enforcement event, I calculate the average price for the game on Steam and on the other platform referenced in the email, following the email. I test whether the average prices on and off Steam are statistically

---

[380] The price for ▮▮▮▮▮ decreased to ▮ on the ▮▮▮▮▮ that November after the email and again in December, while on Steam the game's lowest price from November through December 2017 was ▮▮▮ See Schwartz Opening Merits Report, p. A-10. The price for ▮▮▮ dropped to $2.99 on the Humble Store around the email and then to $0.99 on the Humble Store in May after the email, while the game on Steam remained at $9.99. See Schwartz Opening Merits Report, p. A-47; Workpaper 19.

[381] David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence, Third Edition*, ed. Federal Judicial Center et al., (Washington, D.C.: The National Academies Press, 2011), pp. 211–302 ("Kaye and Freedman (2011)") at pp. 230 ("After data have been collected, they should be presented in a way that makes them intelligible. Data can be summarized with a few numbers or with graphical displays. However, the wrong summary can mislead."), 240–241 ("By applying the laws of probability, a statistician can assess the likelihood that random error will create spurious patterns of certain kinds. Such assessments are often viewed as essential when making inferences from data. Thus, statistical inference typically involves tasks such as the following ... Estimation ... Significance testing ... Developing a statistical model ... Computing posterior probabilities.").

[382] Dr. Schwartz's analysis of alleged PMFN events includes 49 games and 55 unique game-non-Steam store combinations. However, due to methodological differences in handling ITAD data, I only include 50 cases. Specifically, for the game ▮▮▮▮▮▮▮▮▮▮, pricing information on ▮▮▮ is unavailable until over 12 months after the alleged enforcement event. I exclude the platform Humble Widgets from my sample, whereas Dr. Schwartz examines three games on this platform. Additionally, for the game ▮▮▮▮▮▮▮▮▮, there is only one pricing observation for this game on Desura in 2014, and Dr. Schwartz extends this price through 2018, despite Desura closing in 2016. See Delisted Games, "Nightmares from the Deep: The Cursed Heart," May 22, 2023, available at https://delistedgames.com/nightmares-from-the-deep-the-cursed-heart/, accessed on March 18, 2025 ("Delisting ... September 2016 – Desura shutdown"). Desura's parent company filed for bankruptcy in 2015. See also Kris Graft, "Desura's parent company has filed for bankruptcy," *Game Developer*, June 4, 2015, available at https://www.gamedeveloper.com/business/desura-s-parent-company-has-filed-for-bankruptcy, accessed on March 18, 2025 ("Bad Juju, the parent company of game bundle seller Indie Royale and digital distribution storefront Desura, has filed for bankruptcy.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

different from one another. If Dr. Schwartz's conclusions were correct, then I would expect the average price on each platform to be no lower than the average price on Steam, something that he could have tested with the same data he uses for his graphs. When I do this, I find many cases where there is no price parity for the game after the publisher received the email.

214. Exhibit 13 presents the results of my statistical test, utilizing the ITAD price data. Each bar represents a game and platform combination mentioned in one of the emails Dr. Schwartz considers. The x-axis indicates the difference in the average price on Steam and on each platform mentioned in Dr. Schwartz's report (in dollars).[383] When a game's average difference appears to the right of the zero-line, this indicates that the game had lower prices on the alternative platform than on Steam on average after the email, in contradiction to what a PMFN would require. When my estimated difference is statistically significant, I color the bar in blue, while light gray indicates the difference in prices is not statistically different from zero.

215. I find that, for almost half of the alleged enforcement events (24 of the 50), the games had lower average prices off Steam than on Steam after receiving the email, and this difference was statistically significant.[384] The results indicate that, in many cases, the publisher priced the game lower on average on the alternative platform than it did on Steam after receiving Valve's email(s).[385]

---

[383] Since many of the events discussed by Dr. Schwartz involve the pricing of games ▮▮▮▮▮ I convert prices from ▮▮▮▮▮ in those instances, using an exchange rate of ▮▮▮▮▮ ▮▮▮

[384] See Exhibit 13.

[385] I note that since my underlying price data have minor differences to those plotted by Dr. Schwartz in his analyses, I performed a sensitivity, running the exact same analysis on his data, and I obtain almost identical results; Appendix A3.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 13**

*Average prices of games subject to the alleged enforcement events were in many cases significantly higher on Steam than on the other platform after the email*



*Source: IsThereAnyDeal; Schwartz Opening Merits Report;* ██████████████████████

Note: This figure summarizes the difference in average daily game prices on and off Steam after alleged PMFN enforcement events, as analyzed by Dr. Schwartz in Section 5.3 and Appendix A of his Opening Merits Report. Prices are evaluated for the games and stores analyzed by Dr. Schwartz during the typical post-enforcement period he used (see Schwartz Opening Merits Report, Footnotes 582, 583). I conduct a two-tailed T-test of daily prices on and off Steam over the post-enforcement period at a 5% confidence level. There are 12 pairings (platform, game) that are statistically significant and negative, 24 that are statistically significant and positive, 6 that are non-statistically significant and negative, and 8 that are non-statistically significant and positive. I convert ████████ ███████████████████████████████ after running my t-tests to display all data on the same scale. I limit my analysis to dates where prices are available both on and off Steam for the game and platform pairing.

216.    Further, since the base price of games can vary substantially between games, I estimate the average *proportional* difference in prices for a game on Steam and the alternative platform (as opposed to the dollar difference in prices which I used in Exhibit 13). I find that 38 percent of the game-platform combinations had proportional differences in average price between Steam

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

and the alternative platform that were both positive (i.e., Steam was more expensive) and greater than 5 percent when averaged across days of overlapping sales on Steam and the alternative platform.[386] I have also conducted a sensitivity to the analysis in Exhibit 24 where I consider proportional price differences and test their statistical significance, and I find similar results (see Appendix A3).

217. The analysis above tests the validity of Dr. Schwartz's conclusion that the pricing behavior in the period after the alleged enforcement event reflects parity, which I have shown it does not. I now test whether the emails at least bring pricing closer to parity than before the email was received: i.e., does the difference between the price on Steam and the price on the alternative platform get smaller?

218. In Exhibit 14, I plot the change in the difference between the average price on Steam and the average price on the other platform in the three months before and after the email. For 24 out of the 50 alleged enforcement events analyzed, I lack price data prior to the event to calculate a pre-enforcement average price difference (e.g., the game was not available on Steam before the email). These cases have been excluded from the analysis.

219. If the email had caused publishers to move towards pricing consistent with a PMFN, then all the changes should be negative. In contrast, I find that for 12 of the 26 events, the game prices were less consistent with Plaintiffs' theory after the email than they were before (i.e., Steam prices became even more expensive, than on the other platform after the email arrived). This suggests that the emails did not have the effect of changing pricing behavior to make it follow a price PMFN. In Appendix A3, I provide an additional test where I compare pricing patterns following the emails to patterns at other times that were not affected by the alleged enforcement events and find the patterns are. This is also consistent with the emails having no systematic impact on pricing behavior.

---

[386]   Workpaper 20.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 14**

*Many games became relatively more expensive on Steam than the other platform after the alleged enforcement event*



Change in (Average Steam Price - Average Platform Price)

Games offered at higher prices on Steam

*Source: IsThereAnyDeal; Schwartz Opening Merits Report;* ▮▮▮▮▮▮▮▮

Note: This figure summarizes changes in the difference between average game prices on Steam and on competing platforms over the specified period before and after alleged PMFN enforcement events. For each event, I analyze the games and platforms examined by Dr. Schwartz, where data are available. I calculate the average price before the event over the specified period leading up to, but not including, the event start date. Similarly, I calculate the average price after the event, beginning the day after the event ends and spanning the specified period. A positive difference indicates that average Steam prices are higher than average prices on the given platform. 24 game-platforms are excluded from this analysis due to unavailable data within their respective analysis periods. Dr. Schwartz's hypothesis is that after enforcement events, the competing platform's game prices would trend toward Steam game prices, meaning the average price difference would decrease. If the price difference between Steam and the competing platform increases or remains the same after the enforcement event, it contradicts Dr. Schwartz's expected movement. I convert ▮▮▮▮▮▮▮▮ ▮▮▮ to display all data on the same scale.

220. I also examine whether, for the events Dr. Schwartz studied, prices off Steam consistently increased following an email from Valve to the publisher. This investigation is relevant to the question of whether the alleged PMFN led to higher prices for consumers. One way in which this alleged harm could

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

materialize is by publishers increasing their prices off Steam to match the higher price on Steam when they are required to follow the alleged PMFN policy.[387] I find that **prices on the non-Steam platform are most likely to have no response after an email is sent, and for those games that do experience a change, just as many experience price decreases as price increases.**

221. Specifically, I compare the off-Steam average price of a game in the three months before receiving a Valve email to the average price in the three months after the email, when sufficient data are available. For cases with insufficient data, I use the maximum available data to calculate these averages. I consider the price unchanged if the average price after the email is within 5 percent of the average price before the email. I find that just over 30 percent of games fall into this category. Among the games that experienced a price change of more than 5 percent, it is almost equally common for publishers to reduce their off-Steam prices as to increase them.[388]

222. As a final illustration of the inconsistency between the conclusions that Dr. Schwartz draws from the alleged enforcement events and the pricing patterns that exist around these events, I consider the case of █████ █████ is the publisher involved in seven of the alleged enforcement events Dr. Schwartz studied, all of which discuss games being sold █████[389] Under his theory, █████ would be a publisher (like all other publishers) for whom it is essential to distribute through Steam, and who would be coerced to follow a PMFN if one existed and █████ understood it to be subject to one. Under his theory, the emails inform █████ about the existence of the PMFN. Therefore, under his theory, █████ should, after receiving the first of these emails, understand that the alleged PMFN is in place and price according to that alleged PMFN to prevent any exclusion from the Steam platform or any Steam benefits.

223. Exhibit 15 shows how █████ actually behaved in setting its prices. In this analysis, I examine █████ pricing in both █████ and █████ Appendix A3 focuses solely on ███ pricing, as the emails to █████ specifically addressed ███ prices. The conclusions remain consistent across both sets of analyses. The drop lines indicate dates associated with seven of the alleged

---

[387] This would be consistent with Plaintiffs claim that when forced to follow the PMFN, there is allegedly a price floor for prices on other platforms at the Steam price, and that the Steam price is higher because the 30 percent revenue share allegedly drives a higher downstream price. See Complaint, ¶ 161 ("The PMFN sets a price floor throughout the market, and sets it at an elevated level because the publisher must account for Valve's 30% commission in choosing its retail price. The publisher must then use this same retail price at other stores regardless of the more favorable revenue sharing terms or other advantageous distribution terms it may receive from those stores.").

[388] Workpaper 21.

[389] See Schwartz Opening Merits Report, Appendix H-1. Dr. Schwartz identifies 11 separate emails from Valve to █████: two of them discuss content for the game not being offered on Steam, and two of them occurred in November 2009 and March to April 2010, prior to the availability of ITAD data, and therefore not analyzed.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

enforcement events. Some alleged enforcement events overlap in time but involve emails about different games. The soft grey line illustrates the average difference in daily prices across all games that were sold on ████████ and on Steam. [390]

224. One observes that, after the initial email in the exhibit, ████ continued to have days on which the average price of games was higher on Steam than on ████████ This happens whenever the light gray line is positive, meaning that on that day, on average across all games sold on both Steam and ████ ████ ████ games were more expensive on Steam than ████████ Over time there is a trend towards the average difference in prices being more often positive; that is, in later years it is increasingly more common for Steam to be more expensive on average that ████████ for the games sold on both.

225. If the emails had the effect of enforcing the PMFN, one would expect to see the line systematically drop to zero or below, and stay there, after an email. But one sees no such pattern in the data. Rather than rely on visual inspection, I confirm this in an analysis of the data underlying Exhibit 15: I compare the average difference in prices across Steam and ████████ in the three months before the event to the three months after. I find that, out of the seven ████████ alleged enforcement events, the Steam prices increase relative to the ████████ prices for four of the events, inconsistent with following a PMFN.[391]

---

[390]  I understand that the parties have proposed November 25, 2024 for the end of the class period. I take the end of the class period as being the present, as in the Complaint, and graph the data through December 31, 2024. See Complaint ¶ 375 ("All persons or entities who, directly or through an agent, paid a commission to Valve in connection with the sale or use of a game on the Steam platform on or after January 28, 2017, and continuing through the present until the effects of its scheme are eliminated (the 'Class Period')").

[391]  See Workpaper 22.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 15**

█████ ████████████████████ *and Steam is not consistent with the emails in the alleged enforcement events enforcing a price PMFN (daily averages)*





*Source: IsThereAnyDeal; Schwartz Opening Merits Report;* ████████████████████████
████████████████████████████████████████████████████████████
████████████████████

Note: This figure shows the average daily price difference between Steam and ████████████. To calculate this, I first determine the daily price for all games available on both platforms. Then, I compute the price difference for each game on each day with overlapping price data. I take the average of these differences across all games each day. The chart displays the daily average price differences, alongside the alleged PMFN enforcement events for ████████ described by Dr. Schwartz in his report. The analysis includes pricing data from both ████████ and ████ and treats titles available in both ████████ and ██ as different games, █████████████████████████████
████████████████████

226. Overall, Dr. Schwartz's analysis does not provide reliable evidence that Valve's emails caused publishers who received the emails to start pricing at parity on Steam relative to off-Steam offers or caused publishers to raise off-Steam prices.

227. Therefore, the evidence is not consistent with individual email communications, or the language in the Steam keys request form and documentation, serving as a mechanism to enforce a pricing PMFN, and thus fails to demonstrate the existence of a pricing PMFN that would have caused widespread price parity and prevented competitor platforms from competing on price.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

### 7.1.3. Plaintiffs ignore economic forces that lead to some price parity even in the absence of the alleged conduct

228. While Plaintiffs' experts have not established that there is evidence of widespread price parity, and certainly not as a result of Valve's actions, (see my review of the evidence on this point in Sections 7.1.1 and 7.1.2), it is also important to consider the broader set of forces that may influence publishers' pricing decisions. As I explain in this section, video game prices are complex, and publishers have many tools to manage them, as well as different strategic considerations that determine their pricing strategies. In some situations, the conditions and strategic considerations may lead to price parity across channels, while in other situations, they lead to differential pricing. There are a variety of reasons why publishers may not price differently across platforms even if they pay different revenue shares to the platform operators. Consistent with this, **I find evidence that setting similar prices on different platforms is also common for games that are sold on different platforms but not sold on Steam and are therefore unaffected by the alleged PMFN**. To the extent some parity exists for games on Steam, which is unsurprising, such parity cannot be causally attributed to a PMFN, in the absence of causal evidence.

229. There are a variety of business reasons why firms may prefer to set the same price across varying conditions (e.g., locations) and channels, and this pricing phenomenon is well documented in the academic literature.[392] Several mechanisms have been proposed in the management and economics literatures. Some firms may view it as valuable for their brand to provide consistency for their customers and avoid situations where some customers feel disappointed if they learn after making their purchase that better offers were available.[393] Offering consistent pricing across outlets may also be easier and cheaper to administer compared to a strategy that seeks to constantly set

---

[392] Stefano DellaVigna and Matthew Gentzkow, "Uniform pricing in US retail chains," *The Quarterly Journal of Economics*, 134(4), 2019, pp. 2011–2084 ("DellaVigna and Gentzkow (2019)") at p. 2011 ("We show that most U.S. food, drugstore, and mass-merchandise chains charge nearly uniform prices across stores, despite wide variation in consumer demographics and competition"); Itai Ater and Oren Rigbi, "Price Transparency, Media, and Informative Advertising," *American Economic Journal: Microeconomics*, 15(1), 2023, pp. 1–29 ("Ater and Rigbi (2023)").

[393] DellaVigna and Gentzkow (2019), p. 2016 ("brand image concerns, encompassing various mechanisms by which varying prices across stores would lead to negative reactions from consumers that could depress demand for a chain in the long run."); Ater and Rigbi (2023), pp. 1 ("we show that price levels and price dispersion declined significantly after [price transparency] regulation."), 26 ("Our findings that chains adopted a uniform pricing strategy shortly after prices became transparent are related to recent papers that document a large degree of similarity in prices among stores in the same retail chain ... we suggest that brand-image or fairness concerns might explain why retailers set identical prices across stores. In particular, after prices became transparent, consumers could more easily find out that the same products were being sold at different prices in different stores of the same chain.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

the optimal price for each channel.[394] There may also be "managerial inertia" that causes firms to miss out on opportunities to re-optimize their pricing on a channel.[395] Prices can also move together for reasons related to business cycles, and sales events regularly align in many industries, for example, Black Friday and Cyber Monday, Presidents' Day weekend sales, Labor Day sales, etc.[396]

230. It is also standard for firms to oscillate between two different price levels over time, a high price and a low price, and for those two prices to be common across channels even if the firm chooses to, at times, set the low price on some channels and not others.[397]

231. Specifically from the video game industry, *Factorio* is an example of a successful game that has offered consistent pricing across platforms since its inception and rarely engaged in discounting.[398] Industry reporting notes that, "Price parity often appears to be a commercial decision for uniformity and ease of explanation," or stated bluntly by an analyst discussing why publishers avoid offering different prices across platforms, "the PR nightmare isn't worth

---

[394]   DellaVigna and Gentzkow (2019), p. 2071 ("[Firms] face a range of organizational barriers—from opposition by teams that would pay costs of introducing flexible pricing but reap few benefits, to constraints imposed by budgeting and reporting structures, to herding incentives—that make a major change in pricing difficult.").

[395]   DellaVigna and Gentzkow (2019), pp. 2015–2016 ("managerial inertia, encompassing both agency frictions and behavioral factors that prevent firms from implementing optimal policies, even though the benefits exceed the economic costs traditionally defined.").

[396]   Avy Punwasee, "Holiday Pricing Strategy Essentials," *Forbes*, November 10, 2022, available at https://www.forbes.com/councils/forbesbusinesscouncil/2022/11/10/holiday-pricing-strategy-essentials/, accessed on March 6, 2025 ("Starting from Black Friday through New Year's, consumers shift their purchase strategies and businesses shift to seasonal selling tactics, resulting in drastic shifts in demand and profitability.").

[397]   For example, Hendel and Nevo examine a model in which consumers can costlessly store goods for consumption at a later time, and find that optimal firm behavior involves regularly oscillating between two prices to capture different consumers with different price sensitivities. They then demonstrate this pricing behavior for Coke and Pepsi across a number of retailers. Igal Hendel and Aviv Nevo, "Intertemporal Price Discrimination in Storable Goods Markets," *American Economic Review*, 103 (7), 2013, pp. 2722–2751 at p. 2722 ("Optimal pricing involves temporary price reductions that enable sellers to discriminate between price sensitive consumers, who stockpile for future consumption, and less price-sensitive consumers, who do not stockpile").

[398]   Dustin Bailey, "Factorio, the base building hit that never goes on sale, is now raising its price 'to account for inflation,'" *GamesRadar+*, January 20, 2023, available at https://www.gamesradar.com/factorio-the-base-building-hit-that-never-goes-on-sale-is-now-raising-its-price-to-account-for-inflation/, accessed on March 3, 2025 ("After 7 years without a discount, the beloved building game Factorio is getting a price increase to help keep up with inflation. ... Factorio is unusual among modern video games in that it has never once gone on sale. It launched into Steam Early Access at $20 in 2016, the devs raised the price to $30 in 2018 in anticipation of the 1.0 launch, and the game has remained $30 ever since. Steam sales come and go, but Factorio's price remains a rock, and the game's store page eternally notes that the devs 'don't have any plans to take part in a sale or to reduce the price for the foreseeable future.'").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

it."[399] A similar sentiment was expressed in deposition testimony taken in this case, in which a publisher noted that inconsistent pricing could produce customer backlash that might play out publicly over social media.[400]

232. Further, Dr. Schwartz assumes a simple relationship between firms' costs and prices, in which lower costs on one platform would be passed through as lower prices almost fully.[401] However, this ignores that price-setting in the presence of differentiated products can be more complicated and be such that a dollar increase in costs results in a less than proportionate increase price. Video games are what economists call differentiated products. Choosing a video game is less like buying cement and more like shopping for a car. That is because different video games have different characteristics that will appeal more to some consumers and less to others. For example, differences in a game's genre and production budget result in games that look and play differently from one another and create unique experiences for the user.[402]

233. Prices are determined by more than just a firms' costs when firms bring products with differing features to the market, and consumers evaluate which product-match for the prices offered makes them the best off. A long academic literature makes it clear that consumer demand, not marginal costs alone, plays a critical role in pricing strategies for differentiated products.[403] Consumer demand for one game will be heavily influenced by the competition it faces from other similar products available to consumers. This product-level competition will tend to reduce the gap between the optimal price on different platforms with different fees. Combined with other forces that disincentivize publishers from offering different prices across channels, this can drive prices toward uniformity.

---

[399] See Kyle Orland, "Steam's 'price parity rule' isn't wreaking havoc on game prices," *Ars Technica*, May 13, 2021, available at https://arstechnica.com/gaming/2021/05/why-lower-platform-fees-dont-lead-to-lower-prices-on-the-epic-games-store/, accessed on December 8, 2023.

[400] ███████████ p. 45 ("████████████████████████████████████████
██████████████████████████████████████████████████████████████
█████████████████████").

[401] Schwartz Opening Merits Report, ¶¶ 249 ("One option for potential entrants or fringe competitors would be to offer lower commission cost options for publishers to incentivize them to charge lower prices on the entering/fringe platform."), 437 ("In the but-for world, the newly entering or existing fringe platforms would have been better able to attract third-party PC content by offering publishers a greater share of transaction value so that such publishers could offer their games at lower prices on these platforms.").

[402] I discuss game genres and production budgets in my Opening Merits Report, ¶¶ 31–33.

[403] Edward Chamberlin, *The Theory of Monopolistic Competition*, (London, UK: Oxford University Press, 1933); Steven T. Berry, "Estimating Discrete-Choice Models of Product Differentiation," *The RAND Journal of Economics*, 25(2), 1994, pp. 242–262; Aviv Nevo, "Mergers with Differentiated Products: The Case of the Ready-to-Eat Cereal Industry," *The RAND Journal of Economics*, 31(3), 2000, pp. 395–421; Petrin (2002); Gowrisankaran and Rysman (2012); Spence (1976).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

234. The same types of advantages that firms obtain from setting the same prices across outlets apply to offering content parity across outlets. The arguments may be even stronger when involving content (or the goods being sold, in general) because while consumers may be accustomed to some price variation for products (due to sales, etc.), it is less common for products to be sold with limited capabilities compared to those available from other channels.[404] As a result, publishers have a strong incentive to provide full access to updates, as well as any material downloadable content (DLC) for a game that would be expected with the given package, to all consumers who purchase their game.[405] *Factorio*, the example I provided above for price parity, also offers consistent content parity to all its customers. Although the game gets updated regularly, everyone who ever purchased *Factorio* receives access to the new content.[406]

235. These forces pushing toward consistent pricing are entirely independent of any PMFN policies by the platforms. To examine whether there may be factors beyond the alleged conduct causing publishers to price similarly across different channels, I examine instances in which Plaintiffs' allegations do not apply. A recent analysis of pricing conducted by Ars Technica does just that, by examining pricing on games that were offered on EGS and console stores, but

---

[404] The unpopularity of attempting to limit product capabilities with consumers, supposedly leading to backlash and bad public press, has been attributed to the auto manufacturer BMW apparently ending its plan to require a subscription to activate heated seats in their cars. See Andrew J. Hawkins, "BMW Drops Plan to Charge a Monthly Fee for Heated Seats," *The Verge*, September 7, 2023, available at https://www.theverge.com/2023/9/7/23863258/bmw-cancel-heated-seat-subscription-microtransaction, accessed on March 14, 2025 ("BMW has dropped its plans for an $18 a month heated seats subscription after customers balked at the idea of paying extra to unlock existing functions in their cars. ... When you start charging to unlock functions that [consumers] have come to expect as standard — or at least pay a one-time fee — you're going to get embarrassing headlines like this one here.").

[405] DLC is additional gaming content associated with a game, such as new levels or missions, items that enhance your gameplay, or cosmetic changes. For example, the "Dracula's Relics Pack" DLC offered for *V Rising* includes purely cosmetic additions of decorations for your castle while "The Old Hunters" DLC offered for *Bloodborne* includes new gear and missions with four new boss battles. See Steam, "V Rising - Dracula's Relics Pack," available at https://store.steampowered.com/app/1983900/V_Rising__Draculas_Relics_Pack/, accessed on March 25, 2025 ("While you have this DLC, all items unlock and become available in-game to be crafted as you become worthy of crafting equivalent equipment."); Erik Kain, "'The Old Hunters' Review: This Is Where The Real 'Bloodborne' Begins," *Forbes*, November 23, 2015, available at https://www.forbes.com/sites/games/2015/11/23/bloodborne-the-old-hunters-review-this-is-where-the-real-nightmare-begins/, accessed on March 25, 2025 ("Nothing else holds a candle to From Software's Gothic adventure, and *The Old Hunters* makes the game even better. The new loot---weapons, magic, armor, even a new shield that's actually useful!---very nearly erases my biggest critique of the base game: That it didn't have enough variety in gear to warrant multiple playthroughs like its big brothers in the Souls series. *The Old Hunters* will take you through several new areas, each more extraordinary and daunting than the last. You will be pitted against four epic bosses, each among the most challenging and unique boss fights in the entire game.").

[406] *Factorio*'s game webpage specifies in "What's included?" that, "Buying the game will give you access to all the Factorio Services" which includes, "Download all past and present versions DRM Free," and "Download access to the Mod portal." See Factorio, "Buy," available at https://www.factorio.com/buy, accessed on April 26, 2024.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

not offered on Steam. Specifically, Ars Technica compared prices of 41 games that were offered on both EGS, which offered a lower revenue share of 12 percent, and the various console stores which each offer revenue shares of 30 percent. The analysis found that 28 of the games were priced the same both on EGS and the console platforms. Of the remaining games, 5 were priced lower on EGS, and 8 were priced lower on the console stores, despite their higher revenue share rate.[407] Ars Technica concludes that "publishers largely aren't lowering their prices even though Epic has lowered its relative platform cut."

236. I conduct a similar analysis using the ITAD data. I find the set of games that never appeared on Steam but were offered on EGS and at least one other platform. These games would be unaffected by the alleged conduct if it exists. I estimate, for all games that were contemporaneously available on EGS and at least one other platform, the average difference between the price on EGS and the best price available on other platforms, across all days in which the games were available both on and off EGS. I then calculate the share of these overlapping games that, on average, had the same price (within 5 percent) on EGS compared to the best price on other platforms. I do the same exercise for Steam. I find that **it is more common for games on EGS to be priced the same on other platforms (46.3 percent of games) than it is for games on Steam to have the same price on other platforms (32.1 percent of games).**[408] In this case, price parity is just as common, or even less so, for games that are allegedly subject to a PMFN than games that are not.

237. I also assess how common pricing the same across channels is in the early months following a game's release. Deposition testimony from third parties suggests that publishers prefer to price their games consistently across channels for a variety of reasons unrelated to any alleged PMFN and tend to offer limited or no discounts on games recently listed on a platform.[409]

---

[407] Kyle Orland, "Steam's 'price parity rule' isn't wreaking havoc on game prices," *Ars Technica*, May 13, 2021, available at https://arstechnica.com/gaming/2021/05/why-lower-platform-fees-dont-lead-to-lower-prices-on-the-epic-games-store/, accessed on December 8, 2023 ("Just look at any of the dozens of games available on both the EGS (where Epic charges publishers a 12 percent fee) and Steam (where Valve charges a 30 percent standard fee). ... Regardless, even if we remove Steam's alleged price-fixing from the equation, publishers still seem reluctant to pass on the savings from the EGS's lower cut. This is apparent when you look at the Epic Games Store PC exclusives that are also sold on consoles, where the platform holders each take their own 30 percent cut. ... An Ars analysis found that out of 41 [Epic Games Store PC exclusives that are also sold on consoles], only five were offered for a lower price on the EGS. The rest of the games were priced identically on PC and console, except for eight that were actually cheaper on console thanks to a temporary sale. Again, publishers largely aren't lowering their prices even though Epic has lowered its relative platform cut.").

[408] Workpaper 12.

[409] ██████ Deposition, pp. 37 (█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Therefore, my hypothesis is that publishers will have stronger incentives to price consistently around the time of release for reasons unrelated to any alleged PMFN. I analyze games sold on EGS and other platforms, but not on Steam, in the first six months after each game's release. I find that 62.1 percent of games in their first 6 months of release had the same price (within 5 percent) on EGS as the lowest price available on any other platform.[410]

238. As I set out in this section, there are many reasons why publishers may choose to set the same price for their game on different channels, and such behavior is consistent with a literature that has identified the prevalence of uniform pricing in settings where conditions vary across outlets or geographic markets. In addition, I have provided empirical support that publishers set the same price for their game on different platforms even when the platforms charge different revenue share rates and when the publishers are entirely insulated from any impact of Valve's alleged anticompetitive conduct because the publishers do not distribute on Steam at all. Therefore, not only have Plaintiffs failed to show that there is widespread parity for games on Steam or demonstrate that the alleged conduct has caused publishers to price at parity, but they have also failed to account for clearly present alternative explanations of any observed instances of price parity.

## 7.2. Plaintiffs' experts' analyses of Valve's strategic use, and of the impact, of Steam keys are incorrect in their conclusions

### 7.2.1. Steam keys are a procompetitive tool Valve uses to support publishers

239. Steam keys are alphanumeric codes that can be redeemed on Steam for games and other content available on the platform.[411] Professor Rietveld claims that



73–74

Deposition, pp. 41

, 45

---

[410] Workpaper 12.

[411] Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 4, 2025 ("Steam Keys are single-use, unique, alphanumeric codes that customers can activate on Steam to add a product license to their account. Steam Keys are a

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

"Steam Keys are ... a strategic tool that [Valve] uses to further entrench Steam's position as the single dominating PC game distribution platform," and that "Valve does so by using Steam keys in conjunction with its parity requirements ... [that] are explicitly communicated to publishers when they request Steam Keys."[412] Professor Rietveld outlines several purported mechanisms by which Steam keys limit competition. In this section, I explain why his analysis of the role of Steam keys in the competitive process is flawed and why Steam keys have procompetitive impact.

240. As an initial matter, Professor Rietveld claims that Steam keys do not have a procompetitive rationale. As I explain in my opening report, **Steam keys have allowed publishers valuable flexibility to offer Steam-enabled games to consumers through a broader set of sales channels, and to gain publicity by giving away Steam keys to influencers and reviewers.**

241. Professor Rietveld's basis for rejecting that Steam keys make good business sense for Valve, and help it to achieve more value for the games on its platform (and therefore for its platform), is (a) that the initial rationale for Steam keys of enabling sales in physical retail stores is no longer applicable, and (b) that one of Valve's fact witnesses did not articulate the procompetitive value of Steam keys well in Professor Rietveld's view.[413]

   a. With respect to the first point, it is correct that physical sales have been overtaken by digital sales. However, Professor Rietveld fails to consider publishers' preferences over time. Steam keys have been available to publishers since Steam first began selling third-party titles in 2005—and continue to be available today—and Valve employees have testified that Valve continues to issue Steam keys to publishers because publishers want

---

free service we provide to developers as a convenient tool to help you sell your game on other stores and at retail.").

412  Rietveld Opening Merits Report, ¶ 32 ("Steam Keys are also a strategic tool that it uses to further entrench Steam's position as the single dominating PC game distribution platform. Valve does so by using Steam Keys in conjunction with its parity requirements, which, as Dr. Schwartz addressed in his expert report, are explicitly communicated to publishers when they request Steam Keys.").

413  Rietveld Opening Merits Report, ¶¶ 34 ("nearly all PC games are currently distributed digitally. Thus, even if Valve initially issued Steam Keys to compete more effectively against physical retailers and keep games sold on physical information carriers (i.e., CD-ROMS) via physical retailers up to date, this does not explain why Valve continues to issue Steam Keys two decades later when nearly all PC games are distributed digitally."), 35–36 ("the cost of digitally distributing a copy of a PC game is vanishingly small and not significantly higher than zero. Valve's 30(b)(6) witness, Mr. Erik Peterson, did not shed any further light on the question when asked in his deposition specifically about Valve's business reasons for continuing to issue Steam Keys. ... Although Mr. Peterson suggests that Valve's motivations are purely altruistic towards publishers and players, this explanation fails to acknowledge the self-interested rationales that are most likely driving Valve's decision to continue issuing Steam Keys.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

them.[414] Continuing to offer Steam keys is consistent with Valve avoiding disappointing publishers by reducing benefits, and instead maintaining a benefit that publishers have come to expect from distributing their titles on Steam.

b. Regarding the second point, this is another example of cherry-picked and misinterpreted evidence. Valve employee Erik Peterson was clear in his testimony that the Steam keys program "enables developers to sell their games on other stores and customers have a choice about where they buy their games" and "customers and developers find it valuable."[415] Professor Rietveld then characterizes his reply as having suggested "that Valve's motivations are purely altruistic towards publishers and players," but this characterization, and conclusion, are incorrect.[416] Again, firms use a variety of tools to boost the value that they provide to their customers, and create brand value. Valve has found that there is demand from customers and publishers for it to continue making Steam keys available, and by doing so, it is making its platform more valuable to consumers and publishers. This is not altruism; it is instead consistent with standard economic and business principles.

242. Valve has worked with publishers to continue providing Steam keys and has rarely denied publishers' requests for them. Valve issues 5,000 Steam keys upon request to every game at launch on Steam.[417] Between January 2013 and November 2024, Valve issued nearly ███████ Steam keys to publishers while approving ███████ of publisher requests for keys. Since April 2018, when publisher request reasons become available in the data, more than ███████ of the keys Valve issued were requested for sale on other storefronts or for

---

[414] Miller Deposition, pp. 59–60 ("Q. Is one of Valve's business objectives in distributing Steam Keys that Valve will reach customers, buyers of games, who are not on Steam? ... A. I can't speak to Valve's goal of – at large, but it's really a publisher ask that the publisher wants to reach customers who aren't necessarily on Steam. Q. In your view, is one business objective of Steam Keys that Valve will reach customers who are not on Steam? A. In my view, the point of Steam Keys is that developers want them to reach customers who may or may not be on Steam already. ... Q. Just so we're clear, your view is that publishers ask for them and that's why Valve distributes them? A. Yes."); Peterson 30(b)(6) Deposition, pp. 62–63 ("Q. ... What are Valve's business reasons for issuing Steam Keys? And focusing on the standard release keys. ... A. Steam Keys are a free service that we provide to developers so that they can sell their game on other stores. Now, Valve does not take any kind of cut or percentage or profit from the sale of Steam Keys. It's – all of that revenue is – goes to the developer or whatever deal they end up doing with other retail stores. And it's just a service we provide to developers. Q. Why does Valve provide that service? A. Because developers find it useful and customers find it useful. Q. Useful in what sense? A. It enables developers to sell their games on other stores and customers have a choice about where they buy their games.").

[415] Erik Peterson is a member of the "Steam business team" which supports the publishers on Steam. See Peterson 30(b)6 Deposition, pp. 15–16, 62–65.

[416] Rietveld Opening Merits Report, ¶ 36.

[417] Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 4, 2025 ("Games and applications launching on Steam may receive up to 5,000 Default Release Steam Keys to support retail activities and distribution on other stores.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

heavy discounting off of Steam, including for sale in bundles, for giveaways, or for crowdfunding campaigns.[418] Valve even approves keys far in excess of sales on Steam for some publishers and games. For example, as calculated by Professor Langer, Plaintiff Wolfire had been issued ███████ Steam keys between January 2013 and December 2018, despite selling only ███████ units of their titles on Steam during that time.[419] These facts are inconsistent with Plaintiffs' claims that Valve cuts off or restricts publishers' access to Steam keys for violations of its alleged PMFN, and that Valve "limits the number of Steam keys it allows publishers to obtain and sell to ensure that Steam always has the highest volume of sales for a given game."[420] The evidence shows that Valve provides a substantial benefit to publishers by issuing large numbers of keys, including at times in excess of a game's sales on Steam, and rarely denying key requests.

243. The economic evidence supports that Valve's motivation for offering Steam keys is procompetitive. For example, as I discuss in my opening report, Steam keys allow publishers to distribute flexibly through offline channels and reach customers who value the services of physical stores, or through other digital channels; they also provide a low-cost and flexible method to promote new games as publishers can give them away to reviewers. These distribution and marketing benefits lower barriers to entry for developers, and can encourage the entry of new games that, absent Steam keys, may not have been developed. Therefore, by lowering the barriers to entry for developers, Valve encourages new publishers to make and sell titles on the platform.

244. Professor Rietveld instead claims that Valve uses Steam keys as a strategic tool "to exert control over PC game retailers" and to "reinforce publisher and player lock-in effects and cement its position as the dominant PC distribution platform."[421] In Appendix A4, I evaluate each step in his analysis and demonstrate that his arguments are, in every case, flawed. Valve does not control retailers through Steam keys. **It has created opportunities for retailers to operate a low-cost distribution model in which they operate only a digital storefront and rely on Steam's high-quality platform infrastructure for their customers to download and play games. This is procompetitive**, enabling more entry for distributors and more choices for consumers. There is no evidence that Steam keys are a way to foreclose competition: they are a benefit that Valve offers that makes Steam

---

[418] Note that request reasons are unavailable for some requests after April 1, 2018. I exclude keys issued for these requests from my calculation. Workpaper 23.

[419] Expert Report of Ashley Langer, Ph.D., March 26, 2025 ("Langer Rebuttal Merits Report"), ¶ 214.

[420] Complaint, ¶ 17 ("Valve uses its control over Steam keys to coerce publishers into following its anticompetitive restrictions; it will restrict or cut off access to Steam keys for violations of its rules. Additionally, Valve limits the number of Steam keys it allows publishers to obtain and sell to ensure that Steam always has the highest volume of sales for a given game.").

[421] Rietveld Opening Merits Report, Section V.B and ¶ 44.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

more attractive and have enabled new competition through low-cost PC retailers.

### 7.2.2. If Valve could not take measures to mitigate free-riding on Steam keys, it would likely issue fewer Steam keys

245. Plaintiffs allege that Valve restricts access to Steam keys as part of an alleged anticompetitive scheme to "[ensure] Steam remains the dominant PC game distributor."[422] Dr. Schwartz states that, "It is also unlikely that Steam Keys would be unavailable in the but-for world," and that Steam keys would instead be "even more important ... to drive business (developers and gamers) to Steam."[423] Plaintiffs and Dr. Schwartz ignore that **Steam keys create an opportunity and incentive for publishers to free-ride on Steam services; if Valve could not adequately protect itself against such free-riding it would have weaker incentives to offer Steam keys** and would likely issue fewer Steam keys.

246. As I set out in my opening report, free-riding poses a challenge to Valve. Steam provides valuable platform services to users—services that enhance the experience of users downloading and playing games through Steam. Steam's platform services are subject to free-riding, as I explained in my previous report to this matter, through the issuance of Steam keys. Steam keys are codes sold on other channels that can be redeemed on Steam, granting identical access to platform services as a game bought directly on the platform.[424] Valve gives Steam keys to publishers without charging them an additional fee, and publishers do not pay Valve a revenue share for sales of Steam keys.[425] However, a game redeemed from a Steam key receives an indistinguishable Steam platform experience to the same game purchased on Steam, yet Steam only receives a share of revenues from the latter case.

---

[422]  Complaint, ¶¶ 17 ("Valve limits the number of Steam keys it allows publishers to obtain and sell to ensure that Steam always has the highest volume of sales for a given game."), 220 ("Valve's sole ability to create Steam allow it to control the quantity of Steam-compatible games sold on third-party stores. Valve imposes an output restraint by granting Steam keys only in quantities less than a publisher's sales on Steam."), 226 ("By limiting the inventory of copies available on third-party stores, Valve ensures Steam remains the dominant PC game distributor and ensures that Valve extracts its supracompetitive revenue share from most sales of PC games.").

[423]  Schwartz Opening Merits Report, ¶ 392 ("A class member that derives value from using Steam, Steam Keys and/or the functionality available on Steam more than from the alternatives in the but-for world *will still be able to use Steam in the but-for world*." [Original emphasis]; and in the footnote to that statement, "It is also unlikely that Steam Keys would be unavailable in the but-for world. In a world without the PMFN Policy, where Valve has to compete, Steam Keys become an even more important competitive tool to drive business (developers and gamers) to Steam.").

[424]  Rietveld Class Certification Report, ¶ 128 ("Steam Keys provided Valve a means of offering Steam-enabled games through other non-Steam channels as well"); Peterson 30(b)(6) Deposition, p. 40 ("Steam Keys can be redeemed on Steam by customers and they receive the same bandwidth and services as customers who purchase a license on Steam.").

[425]  Gowrisankaran Opening Merits Report, ¶ 142 ("While Valve earns a revenue share for sales of a game sold through Steam, it does not earn any revenue share on sales of Steam keys and instead issues them to publishers at no cost.").

Without any restrictions on Steam keys, publishers could have an incentive to set higher prices for games sold on Steam (for which Valve receives a revenue share) than for Steam keys, and this would reduce the value of Valve's investments in platform services. Faced with this risk of publishers free-riding on its platform services, Valve would have weaker incentives to invest in providing high-quality platform services.

247. In a world where Valve would be unable to restrict pricing of Steam keys, Valve have weaker incentives to issue Steam keys, and may issue fewer Steam keys or, potentially, eliminate Steam keys altogether.[426] Given the exacerbated risk of free-riding, Valve would have a much more selective approach to giving out Steam keys. Valve may still issue some Steam keys, under the assumption that those would in many cases be sold at a lower price relative to the price on Steam. For example, it may still find it optimal to issue some Steam keys to publishers in situations where it expected the publisher to mainly give them away to reviewers and influencers in order to provide publicity to the game, or where it thought that a few sales on other channels could help create higher demand for the game more generally.

248. Therefore, Valve would likely give out fewer Steam keys than it has historically in the absence of protections from free-riding. By taking measures to mitigate free-riding, Valve has been able to continue to provide publishers with increased flexibility for reaching consumers through different channels.[427] If the risks of free-riding were large relative to the gains from continuing to provide that flexibility and form of support to Steam publishers, and given there are costs to Valve to operate the program, it is possible Valve would go even further and end the program and find alternative ways to continue supporting publishers to create value and reach a wide customer audience.

## 7.3. Plaintiffs fail to show competitive harm from the alleged content PMFN

249. Dr. Schwartz repeats Plaintiffs' allegations that, "Valve's SDA imposes a contractual content-parity requirement for all games sold on Steam," and argues that "this is not competition-enhancing."[428] He goes on to argue that the alleged content parity requirement on publishers limits rivals' ability to

---

[426] This point is consistent with the academic literature on free-riding that I summarize in Section 4.1 of my Opening Merits Report.

[427] For a full discussion of the free-riding issue for Steam keys, see Section 4.2 of my Opening Merits Report.

[428] Schwartz Opening Merits Report, ¶ 206 ("According to Plaintiffs' allegations, Valve's SDA imposes a contractual content-parity requirement for all games sold on Steam. This prevents developers from adding any features to their games elsewhere that they do not offer on Steam. Valve claims that that the content parity creates cohesion and 'for [Valve's] customers to be contained within the Steam ecosystem.' This is not competition-enhancing.").

differentiate and compete by offering superior content.[429] Professor Rietveld similarly argues that Valve has "implement[ed] and enforce[d] undesirable parity requirements," with the result of hindering innovation and differentiated content from publishers.[430] Neither expert provides any evidence to support their claims, and neither expert addresses the alternative, and procompetitive, explanation for why Valve would want to ensure that publishers do not offer games with degraded quality on Steam.

250. Dr. Schwartz asserts that publishers are prohibited from "adding any features to their games elsewhere that they do not offer on Steam," to differentiate their product, which is not factually correct. Language from the SDA that is associated with the challenged content parity clause discusses timeliness of updates delivery and the comparability of DLC.[431] The language states that "comparable DLC" will be made available to Steam customers for games offered both on Steam and other platform(s). The language clarifies that offering differentiated products is acceptable, stating specifically that the publisher is "free to offer special and unique promotional content through other distribution channels, provided that material parity is maintained."

251. Further, publishers can offer different content on other platforms than on Steam, by offering games on other platforms that they do not distribute through Steam. Valve does not require publishers to distribute their full

---

[429] Schwartz Opening Merits Report, ¶ 207 ("Thus, Valve's content parity policy removes another competitive tool that a competing platform with lower commissions might use to try to make inroads against Valve's dominance. As an economic matter, the competitive impact of this policy is to limit the opportunity for a rival platform to differentiate itself from Steam by containing special or unique versions of games as a means of attracting users and, thus, to eliminate a means by which the rival could compete on the merits with Steam.").

[430] Rietveld Opening Merits Report, ¶ 5.D ("Steam's dominant position has enabled it to implement and enforce undesirable parity requirements, which hamper PC game developer/publishers from innovating and offering differentiated game content, as well as limiting entry and growth of rival third-party PC game distribution platforms. Absent Valve's parity requirements, PC game developers/publishers would increase content differentiation and competition among PC game distribution platforms would be enhanced, benefiting PC game developers/publishers and PC game players.").

[431] Steam Distribution Agreement, "Valve Corporation Steam Distribution Agreement - Online Version," VALVE_ANT_0000008–015 at 009 ("2.1. Delivery. Company shall submit the Applications to Steam for release no later than the first commercial release of each Application or Localized Version, or, if already commercially released as of the Effective Date, within thirty (30) days of the Effective Date. Thereafter, Company shall submit to Steam any Localized Versions and Application Updates (in beta and final form) when available, but in no event later than they are provided to any other third party for commercial release. Company shall provide these copies in object code form, in whatever format Valve reasonably requests. … 2.4. DLC. If Company distributes the Application through any other (non-Steam) distribution channel, and if Company distributes any material DLC for the Application through that other channel, it will deliver the DLC to Valve at the same time such that Steam Account Owners will receive comparable DLC with customers acquiring the Application through other channels. Company is free to offer special and unique promotional content through other distribution channels, provided that material parity is maintained between Steam Account Owners and users of other distribution channels who make a comparable investment in the Application and the associated DLC.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

portfolio of games on Steam and does not prohibit them, for example, from making some games exclusive and offering them strictly on other platforms, such as on EGS. Publishers offering a game exclusively on another platform can and do continue to make other content available on Steam, which supports the fact that Steam allows for differentiation in products across platforms.[432]

252. Dr. Schwartz fails to provide evidence that the supposed content parity clause limited competition between platforms. Instead, he describes seven emails, of which at least one occurred during contract negotiations before an agreement for listing the game in question was met.[433] He also cites select excerpts from depositions.[434] Dr. Schwartz does not put forward any analysis, however, to show to what extent content may have been differentiated across platforms and how this affected platforms' ability to compete.

253. Meanwhile, Professor Rietveld offers no new analysis of content parity in his opening report and, instead, points to his opinions in his Class Certification Report. There, Professor Rietveld cited "the evidence collected in Dr. Schwartz's report," which include email and deposition testimony examples, as purported evidence of parity enforcement by Valve.[435] For analysis, Professor Rietveld offered one example of supposed differentiation that occurred across versions of a game offered on different consoles (such as the Nintendo GameCube, PlayStation 2, and Xbox) more than 20 years ago (Namco's *Soul Calibur II*) and stated that "absent Valve's parity requirements, publishers could employ similar content differentiation strategies across PC game

---

[432] For example, Coffee Stain Studios released *Satisfactory* as an Epic Games Store exclusive, selling over 500,000 copies of the game in just under three months. At the same time, other popular games by the studio like the *Goat Simulator* series were available on Steam. See Steven Messner, "Satisfactory sold over 500,000 copies on the Epic Store, says developer," *PC Gamer*, June 7, 2019, available at https://www.pcgamer.com/satisfactory-sold-over-500000-copies-on-the-epic-store-says-developer/, accessed on February 22, 2025 ("Satisfactory was first announced at the PC Gaming Show last year but stirred controversy, along with a lot of other indie developers, when it signed up to be an Epic Games Store exclusive. ... With 500,000 copies sold in just under three months, Satisfactory is an undeniable hit."); SteamDB, "Goat Simulator," available at https://steamdb.info/app/265930/charts/#max, accessed on February 22, 2025. As another example, Riot Games has released games to Steam through its publishing label Riot Forge, but its most popular games (*League of Legends* and *Valorant*) have never been available on Steam. See ¶ 105; Steam, "Riot Forge," available at https://store.steampowered.com/publisher/riotforge, accessed on March 18, 2025.

[433] Schwartz Opening Merits Report, ¶¶ 206–210, Footnote 540. An example of a contract negotiation cited by Dr. Schwartz is: Email chain from Chris Schenck to Liam Lavery, "█████ █████████████████████████████████ April 27, 2020, VALVE_ANT_2814301–311 at 311 ███████████████████████████████████████████

[434] Schwartz Opening Merits Report, ¶¶ 206–210.

[435] Rietveld Class Certification Report, ¶¶ 197 ("I also understand that Valve actively enforces these policies, regardless of the publisher's size or standing in the industry"), citing to Footnote 282 ("Class Certification Report of Steven Schwartz, Ph.D., §4.2, §6.1."), 201 ("I have reviewed the evidence collected in Dr. Schwartz's report that Steam publishers are aware of Valve's parity requirements, that Valve enforces its content-parity requirements, and that enforcement tactics utilized by Valve include removing or threatening to remove the games or promotions of publishers Valve deems in violation of its policy.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

platforms."[436] However, he offered no evidence that publishers *would* employ similar differentiation.

254.    Dr. Schwartz and Professor Rietveld also fail to recognize that such language is consistent with concerns about free-riding.[437] For example, if a material DLC release, or a bug fix, happens on other channels but the publisher fails to offer a comparable content on Steam, or delays the release of that content, this is equivalent to a quality degradation for the game on Steam. Players that buy the game on Steam and learn that there is bonus content that they are unable to access because they bought their game on Steam will experience regret and be unsatisfied with their customer experience. This would harm the Steam brand if consumers started to feel that Steam offers lower quality.[438] Measures to ensure that sellers do not degrade the quality of games on Steam and free-ride on its marketing services ensure higher quality for consumers and stronger incentives to invest for Valve.

255.    If free-riding were left unchecked, Valve's investments to help developers market games would have a lower return, and Valve would have weaker incentives to continue to invest in them. From an economic perspective, the conduct alleged is procompetitive. This contractual clause requiring "material parity" in DLC for games sold on Steam and other stores curtails free-riding to preserve Valve's incentives to collaborate with developers and publishers and improve customers' information and ability to identify attractive games, all of which lead to procompetitive outcomes such as expanded output and higher consumer benefits.

256.    In his Class Certification Report, Professor Rietveld argued that non-parity of DLCs is a less costly option for platforms to gain exclusive content than by

---

[436]    Rietveld Class Certification Report, ¶ 211 ("*Soul Calibur II* illustrates how content-parity requirements can negatively impact product quality: If Namco had been required to maintain content-parity across console platforms, it is unlikely Nintendo would have permitted Namco to feature Nintendo's Link character in non-Nintendo *Soul Calibur II* game versions, and thus it is unlikely any version of *Soul Calibur II* would have featured Link. Absent Valve's parity requirements, publishers could employ similar content differentiation strategies across PC game platforms, resulting in a better match between games and their respective platforms' user bases and thus benefit both publishers and players.").

[437]    Dr. Rietveld notes and does not dispute that parity requirements can be employed to deter free-riding and showrooming, but instead dismisses them summarily saying, "These purported intentions notwithstanding." See Rietveld Class Certification Report, ¶ 194 ("Platform companies often state that the rationale for implementing a PMFN is to avoid consumer freeriding or showrooming on the platform and to ensure that a platform's end users get a 'good deal.' These purported intentions notwithstanding …").

[438]    Order, *DARK CATT STUDIOS HOLDINGS, INC. and DARK CATT STUDIOS INTERACTIVE LLC, on behalf of themselves and all others similarly situated. Plaintiffs, v. VALVE CORPORATION, Defendant.*, November 19, 2021, p. 6 ("Here, it stands to reason that Steam would expect its customers to receive a comparable product to that offered through other storefronts. This is a basic business principle.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

paying publishers for exclusive deals.[439] He further argued that publishers would be willing and incentivized to customize their games for different platforms at no additional cost to the platforms, so that the publisher could attract marginal sales to its game from the specialized customer base on each platform.[440] His hypothesis rests on strong assumptions, for which he offers no empirical support, and offers inadequate conceptual reasoning for why they might hold. In particular, the argument that publishers would have a strong incentive to tailor content of a game to different platforms requires, at the very least, that this would generate a big boost to demand (relative to offering the same version of the game across platforms) and a small development cost, neither of which he offers empirical support for.

257. In summary, Valve's language in its agreements with publishers requesting that they make all material content related to a game available to Steam consumers has a procompetitive rationale to prevent free-riding by degrading the quality of games on Steam while nonetheless benefiting from Steam's marketing and discovery features. I also showed, in previous sections, that Valve does not enforce a pricing PMFN, that there is no widespread parity, and that Valve's occasional requests to publishers that they provide good value to Steam customers is consistent with Valve protecting itself from free-riding, which strengthens its incentives to innovate and provide flexibility to publishers through Steam keys.

---

439   Rietveld Class Certification Report, ¶ 218 ("From the perspective of a competing platform, acquiring exclusive in-game content or DLC from a publisher would be easier and less expensive than acquiring full game exclusivity, given that the competing platform would not need to compensate the publisher for not distributing its game through Steam.").

440   Rietveld Class Certification Report, ¶ 218 ("Further, given the heterogeneity in user preferences across different platforms, publishers would be incentivized to offer differentiated content across platforms without further incentive from the platform owner.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## 8. THE ECONOMIC EVIDENCE IS CONSISTENT WITH VALVE SETTING A COMPETITIVE REVENUE SHARE AND MAINTAINING HIGH PLATFORM QUALITY

258. Under Plaintiffs' theory of harm, Valve exercises its monopoly power (sustained through the alleged conduct to foreclose competition) to charge supracompetitive revenue shares that publishers have no choice but to accept. Dr. Schwartz also claims that "Valve has set and maintained a supracompetitive commission rate on Steam," and that "Valve's monopoly power allows it to set and sustain a supracompetitive commission rate that publishers must pay to secure distribution of their games on Steam."[441] As I showed in Section 5, Valve lacks this monopoly power. In this section, I provide economic evidence that Valve does not (and has not, at any point since launching Steam) charge supracompetitive revenue shares.

259. First, the way in which Valve has adjusted revenue shares over time is fundamentally inconsistent with Valve using revenue share to exercise market power. Valve set its highest revenue shares when it first launched Steam and had no market power. As it has become more successful, it has only reduced revenue shares. Second, Valve's revenue shares are comparable to others in the industry. Third, Steam's higher platform quality relative to other platforms means that Valve's quality-adjusted revenue shares are even more competitive. Finally, Steam keys represent a meaningful discount on the nominal revenue share: Steam keys allow publishers to earn additional Steam-enabled revenues on which they pay Valve zero revenue share. Once these revenues are accounted for, Valve's *effective* revenue shares are even lower.

260. Further, Plaintiffs claim that Valve has exercised monopoly power by degrading the quality of the Steam platform, asserting that quality would be higher absent the conduct.[442] I show that the claims involving harm to quality are misplaced: the evidence presented by Dr. Schwartz and Professor Rietveld on Steam's alleged quality degradation is anecdotal and their analysis ignores the need for Valve to protect itself against free-riding. In a but-for world in which Valve could not protect its investments, innovation and quality would be lower, not higher.

### 8.1. Valve's revenue shares have declined since Steam's launch, when Steam had no monopoly power to exercise

261. When Steam first entered, it had to compete with physical distribution and with incumbent digital distributors to become an attractive platform to

---

[441]    Schwartz Opening Merits Report, ¶¶ 137, 240.

[442]    Complaint, ¶¶ 319–320 ("Valve's conduct has also decreased quality in the market. ... Because Valve enjoys such strategic advantages in the relevant market, it also does not provide a competitive level of quality to publishers, including Plaintiffs, in terms of the Steam Store because it does not need to do so in order to compete.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

consumers and publishers, including by offering a revenue share that would encourage independent publishers to start distributing their games on Steam. Valve was successful in growing its share of the market and attracted publishers and users to the platform. **As its customer base has grown, Valve's revenue shares have only decreased.** That is, Valve's initial revenue share rates were not supracompetitive and, since they have only decreased over time, Valve cannot be exercising monopoly power today either. Further, under Plaintiffs' theory that consumers and publishers cannot feasibly turn to other platforms, economic theory would typically indicate that prices should rise over time, rather than being stable or declining.[443]

262. Valve first began listing third-party titles for sale in 2005, when *Rag Doll Kung Fu* and *Darwinia* launched on Steam with revenue shares ██████████ [444] Following the introduction of these titles, Valve ██████████████████ a standard revenue share of 30 percent. By 2009, more than ██ percent of revenues for third-party titles on the platform were subject ████████ ███████████████████, and by 2010, close to ██ percent of revenues were subject to ███████████████████ [445]

263. The next major shift in Valve's revenue shares came with the introduction of a tiered revenue share structure in October 2018, when it started offering a lower revenue share to publishers for titles passing certain revenue thresholds.[446] Once a game passes $10 million in sales on Steam, Valve's revenue share adjusts to 25 percent for incremental revenues from that game, and adjusts to 20 percent after the game passes $50 million in sales on the

---

[443]   Paul Klemperer, "Markets with Consumer Switching Costs," *The Quarterly Journal of Economics*, 102(2), 1987, pp. 375–394 at pp. 377 ("switching costs make each individual firm's demand more inelastic and so reduce rivalry."), 386 ("The higher are switching costs, the fewer consumers are attracted by a price cut, hence the smaller the incentive to cut price (or increase output)"); Paul Klemperer, "Competition when Consumers have Switching Costs: An Overview with Applications to Industrial Organization, Macroeconomics, and International Trade," *The Review of Economic Studies*, 62(4), 1995, pp. 515–539 at p. 515 ("Therefore each firm faces a trade-off, in any period, between investing in market share by charging a low price that attracts new customers who will be valuable repeat-purchasers in the future and, on the other hand, harvesting profits by charging high prices that capitalize on but also run down the firm's existing stock of market share.").

[444]   Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("In 2005, Ragdoll Kung Fu and Darwinia become the first non-Valve games to hit Steam."); Workpaper 24.

[445]   Workpaper 25.

[446]   Nick Statt, "Valve's new Steam revenue agreement gives more money to game developers," *The Verge*, November 30, 2018, available at https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition, accessed on January 26, 2025 ("Normally, Valve takes around 30 percent of all game sales on Steam, with some exceptions for games from smaller developers in its Steam Direct program. That will remain the case for the first $10 million in sales a game maker or publisher earns. For all sales between $10 million and $50 million, the split goes to 25 percent. And for every sale after the initial $50 million, Steam will take just a 20 percent cut.").

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

platform.[447] Since the introduction of the tiered revenue structure, more and more publishers have been meeting those thresholds and benefiting from lower revenue shares. In 2018, ▇▇▇▇ publishers reached an average revenue share of ▇▇ percent or lower. By 2024, this figure had increased to ▇▇ publishers.[448]

264.    These shifts in nominal revenue shares are borne out in Valve's average revenue shares over time, as demonstrated by Exhibit 16. Valve's average revenue shares have decreased over time, starting with the ▇ percent shares for early titles such as *Rag Doll Kung Fu* and *Darwinia*, and declining to ▇▇ percent on average in 2024.[449]

---

[447]    Steamworks Development, "New Revenue Share Tiers and other Updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157 838, accessed on February 28, 2025 ("Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M.").

[448]    Workpaper 26.

[449]    Workpaper 27.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 16**
*Valve's average revenue shares on Steam have been decreasing over time*



Source: Schwartz Opening Merits Report, backup materials
Note: This figure shows Valve's average nominal revenue share rate from 2005 through 2024. Valve's average revenue share rate is calculated as the total revenue retained by Valve divided by total net revenue for sales on Steam. I exclude the app ██████████████████████████ which has a take rate calculated by Dr. Schwartz of 100% in all ████ observations, which I interpret to be a data error.

265. Dr. Schwartz claims that Valve's decision to not offer preferential revenue shares in two instances of individual negotiations with large publishers is evidence of Steam's monopoly power.[450] Further, he presents few internal emails in which Valve employees discuss its revenue share rates and claim that these demonstrate Valve's awareness that "even when adjusted to the tiered revenue structure, [revenue share rates] were too high," and that the tiered structure benefited only top earners on Steam.[451] In both cases, the evidence put forward by Dr. Schwartz does not support his conclusions.

---

[450]   Schwartz Opening Merits Report, ¶¶ 242 ("Confronted with the threat of a large publisher with a popular game switching from Steam to another platform, Valve chose to—and was able to— sustain its supracompetitive price. On its face, this is evidence of Valve's monopoly power."), 244 ("Valve understood that publishers felt Steam's fees, even when adjusted to the tiered revenue structure, were too high. … Valve had no compulsion to respond to or alter terms since the evidence indicates it knew Ubisoft had no realistic alternatives that could threaten Steam's dominant position.").

[451]   Schwartz Opening Merits Report, ¶¶ 243–244 ("Valve acknowledged that the new revenue share benefits only top earners, stating that '… Particularly in the wake of the SDA changes that specifically benefit our top revenue earners,' … Steam's fees, even when adjusted to the tiered revenue structure, were too high.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

266. First, Dr. Schwartz's reliance on two specific instances in which Valve chose not to offer preferential revenue shares to large publishers threatening to leave Steam, or who never listed titles on Steam, is misguided. Dr. Schwartz mischaracterizes the negotiation dynamics expected to arise in a healthy, competitive market with many distribution alternatives as evidence of monopoly power. Competition need not drive Valve to grant idiosyncratic requests for discounts from its publishers. Nor would competition necessarily result in publishers ultimately choosing to list their titles on Steam in every case in which they negotiated with Valve. The outcomes of those negotiations—Valve choosing to stick with a pricing policy it had determined was optimal and to not make exceptions, and some publishers choosing to distribute through alternative channels—are entirely consistent with a competitive market.

267. Dr. Schwartz examines an email chain between Valve and ███████ related to the game ███████████ In these communications, ███████ sought preferential revenue share terms to list the title on Steam, including the retroactive application of tiered revenue shares to all revenues earned from the title. Valve declined to offer these terms, and so ████████ did not list the title on Steam.[452] Similarly, Dr. Schwartz examines an internal Valve email where Valve employees discuss communications from ████████████ that the greatest barrier to listing titles on Steam was related to revenue share.[453] In both cases, Valve did not meet the publishers' demands and the publishers declined to list their titles on Steam in favor of distribution on other platforms. For example, ████████ opted to release ███████████ on both ██████████████ and ████ but not on Steam.[454]

---

[452] Schwartz Opening Merits Report, ¶ 242 ("In his testimony, Scott Lynch confirmed that ██████ was referring to retroactive application of lower revenue share in the email, and that Valve did not agree to the retroactive revenue share regarding ████████ Thus, ██████ decided not to launch ████████ game on Steam."); Email chain from Scott Lynch to Ricky Uy, "Fwd: Continuing our conversation," VALVE_ANT_0295988–990 at 89 ("We appreciate your feedback on the rev share program. We understand your ask around moving the upper Qualification Revenue Level & paying out retroactively once a tier is achieved.").

[453] Schwartz Opening Merits Report, ¶ 244 ("An internal email notes that Valve gave ██████████ 'a pitch for the interesting things we could do together if ███████ games came to Steam[,]' and ████████████████████████ have told us the biggest person to convince at ██████████ ████████ And that ███ biggest hang up for the older titles would be getting some form of minimum guarantee up front and/or better rev[enue] share.'"); Email chain from DJ Powers to Scott Lynch and Tom Giardino, "███████████," October 31, 2019, VALVE_ANT_0489566, p.2 ██████████████████ have told us the biggest person to convince ██████████ ████████████████████ And that ███ biggest hang up for the older titles would be getting some form of minimum guarantee up front and/or better rev share.").

[454] ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

268.  Second, Dr. Schwartz claims that "the newly-introduced tiered revenue share structure kept commission rates at supracompetitive ... levels."[455] As evidence, he presents a handful of internal emails that he claims demonstrate that Valve's tiered revenue share structure involved fees that were "too high" and "benefits only top earners [on Steam]."[456] This analysis is flawed. The three emails that mention publishers viewing Steam's revenue shares as "steep" or wanting lower revenue shares are anecdotal.[457] Valve monitoring publishers' perceptions of its value-for-money is consistent with it competing to remain an attractive distribution channel. Given that games, publishers, and distribution channels are all differentiated, Steam competing effectively does not mean that every publisher will uniformly view it as a cost-effective channel. Some publishers may believe that there are superior alternatives for them. In a competitive landscape, it is unremarkable that customers will arrive at different evaluations of a given alternative.

269.  With regard to the benefits to the top revenue earners, offering volume discounts is a standard business practice and is not evidence of Valve setting supracompetitive fees or of Steam exercising market power. Volume discounts can reflect a variety of efficiencies or differences in bargaining power between firms. In the case of Steam, the volume discounts have a procompetitive rationale: popular titles and game franchises create significant value for consumers on the platform and therefore have significant positive network

————————————

██████████████████████████████  Additionally,
continued to distribute their titles exclusively on ███████
███████████████████  in 2023, 4 years after Dr. Schwartz's cited
communications. See ███████

[455]  Schwartz Opening Merits Report, ¶ 384.

[456]  Schwartz Opening Merits Report, ¶¶ 243–244.

[457]  Schwartz Opening Merits Report, ¶ 244 ("Valve understood that publishers felt Steam's fees, even when adjusted to the tiered revenue structure, were too high."). See Email chain from Tom Bui to Michael Coupland et al., "RE: FYI – 'New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 5, 2018, VALVE_ANT_1217134–136 at 135 (" ████████████████████████████████████████████████████ "); Email chain from Jane Lo to Tim Gruner et al., "RE: Rev Share Meeting Notes," October 19, 2018, VALVE_ANT_1747246–247 at 247 ("██ folks were pretty 'stoic' and so not a lot of reaction on the proposed new rev share."); Email chain from DJ Powers to Scott Lynch and Tom Giardino, "RE: ██████ October 31, 2019, VALVE_ANT_0489566, p. 2 ("█████████ have told us the biggest person to convince at ███████ And that ██ biggest hang up for the older titles would be getting some form of minimum guarantee up front and/or better rev share.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

effects on the platform (and on smaller games) by helping to grow the platform's audience.[458] These benefits have been acknowledged by Valve in both internal documents and in their public announcement of the tiered revenue share structure.[459] Additionally, Valve acknowledged these benefits in their 2024 Year in Review, further noting that 1.7 million new customers originating from the purchase of a popular title in 2023 went on to spend more than $93 million on other titles, DLC, and in-game transactions on Steam, and spent 141 million hours playing games other than the popular game they originally purchased.[460]

270.   Moreover, **Valve's tiered revenue shares were introduced in direct response to competitive pressure from other platforms**. In 2018, Valve faced increased competition from new platforms and several other large publishers that began favoring distributing their games through their own platforms. As Dr. Schwartz notes, Ubisoft decided not to list *The Division 2* on Steam in November 2018. As another example, on May 17, 2018, Activision Blizzard announced that it would stop launching its Call of Duty games on Steam and made the Call of Duty franchise exclusive to its own store, Battle.net, in an attempt to attract users.[461] With this move, Activision Blizzard

---

[458]   Bruno Jullien, Alessandro Pavan, and Marc Rysman, "Two-Sided Markets, Pricing, and Network Effects," in *Handbook of Industrial Organization, Volume 4*, ed. Kate Ho, Ali Hortaçsu, and Alessandro Lizzeri (Amsterdam, NL: Elsevier/North Holland, 2021), pp. 485–592 at p. 488 ("A central aspect of platform economics is the role of network effects, which apply when a product is valued based on the extent to which other market participants adopt or use the same product. Of particular interest are indirect network effects, which emerge when the adoption and use of a product leads to increased provision of complementary products and services, with the value of adopting the original product increasing with the provision of such complementary goods.").

[459]   Valve presentation, "Steam Rev Share – Group Update," VALVE_ANT_0046076 ("Network effects from large games on Steam appear strong"); Steamworks Development, "New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157 838, accessed on February 28, 2025 ("The value of a large network like Steam has many benefits that are contributed to and shared by all the participants. Finding the right balance to reflect those contributions is a tricky but important factor in a well-functioning network. It's always been apparent that successful games and their large audiences have a material impact on those network effects so making sure Steam recognizes and continues to be an attractive platform for those games is an important goal for all participants in the network.").

[460]   Steam, "Steam Year In Review 2024," March 13, 2025, available at https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035 272, accessed on March 17, 2025 ("The 1.7 million customers who originated from a top 2023 release went on to enjoy more than 141 million hours of playtime in additional games, on top of any playtime from the game that brought them onboard. And they weren't just playing games— they were buying new ones, too. That cohort of players has gone on to spend $20 million on in-game transactions across hundreds of other games—plus another $73 million on premium games and DLC across thousands more products.").

[461]   Andy Chalk, "Call of Duty: Black Ops 4 will be on Battle.net, not Steam," *PC Gamer*, May 17, 2018, available at https://www.pcgamer.com/call-of-duty-black-ops-4-will-be-on-battlenet-not-steam/, accessed on March 7, 2025 ("But Treyarch did drop one big surprise: The PC

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

joined another large video game publisher, EA, which had kept many releases exclusive to its own platform (Origin) since 2011.[462] Similarly, in 2018, Bethesda, publisher of the popular *Fallout* and *Elder Scrolls* game franchises, opted not to release its title *Fallout 76* on Steam, and instead only release it via self-distribution.[463] At the same time, small developers of indie games also had a growing array of alternative avenues for publishing their games, like the increasingly popular Itch.io, as well as Discord, a chat service popular in the gaming community that launched its own game distribution platform in August 2018.[464]

271.   These dynamics threatened to have a significant impact on Steam's sales and on the quality of the platform, if it were to become less competitive on

---

version of the game will be released exclusively on Battle.net."); Filip Galekovic, "Microsoft Says Activision Shouldn't Have Pulled Call of Duty From Steam," *GameRant*, July 14, 2023, available at https://gamerant.com/microsoft-activision-shouldnt-pulled-call-of-duty-steam/, accessed on March 7, 2025 ("One of the most interesting of these filings concerns Activision's decision to make the Call of Duty franchise a Battle.net exclusive in hopes of helping the platform grow. According to Microsoft, this tactic was a 'resounding failure,' and leaving Steam did not lead to substantial growth in Battle.net's user base.").

[462]   Pulasthi Ariyasinghe, "EA may be looking to put its games back on Steam," *Neowin*, October 22, 2019, available at https://www.neowin.net/news/ea-may-be-looking-to-put-its-games-back-on-steam/, accessed on March 7, 2025 ("Publishing behemoth Electronic Arts famously stopped putting its games on Steam back in 2011 starting with Battlefield 3, opting to use the in-house built Origin launcher as the primary method of first-party game distribution on PC since then.").

[463]   Eddie Makuch, "Fallout 76 Won't Be Available On Steam," *GameSpot*, August 6, 2018, available at https://www.gamespot.com/articles/fallout-76-wont-be-available-on-steam/1100-6460988/, accessed on February 24, 2025 ("One of 2018's biggest games, Fallout 76, will not be available to buy on the world's largest PC game store--at least not at launch. A Bethesda spokesperson told PC Gamer that the upcoming beta and the full game for PC will be exclusively available on Bethesda's own website, not Steam.").

[464]   Jared Newman, "How Itch.io became an indie PC game haven—and Steam's antithesis," *PCWorld*, March 31, 2017, available at https://www.pcworld.com/article/406186/how-itchio-became-an-indie-pc-game-havenand-steams-antithesis.html, accessed on April 19, 2024 ("The result of all these improvements has been a steady upward trajectory for Itch.io ... The number of game pages on the site has more than doubled since this time last year, and game downloads have also spiked, from 1 million in early 2016 to 5 million in February 2017."); Nick Statt, "Discord's game store launches globally today with indie gems like Hollow Knight and Dead Cells," *The Verge*, October 16, 2018, available at https://www.theverge.com/2018/10/16/17980810/discord-digital-game-distribution-store-steam-competitor-nitro-subscription-service, accessed on September 27, 2023 ("Discord's digital game store, which first launched to just 50,000 users in Canada back in August [2018] ... Discord, because it controls so much of the social aspect of gaming, is now using its pervasiveness in the PC ecosystem to start competing with Valve's Steam marketplace"); Nick Statt, "Valve's new Steam revenue agreement gives more money to game developers," *The Verge*, November 30, 2018, available at https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition, accessed on January 26, 2025 ("a number of smaller, more curated game distributors like Itchio have become popular alternatives, especially for big-name indie game makers. Also, game chat platform Discord, perhaps the one company with the social infrastructure to rival Steam, recently launched its own Steam competitor, posing yet another existential threat to the dominance of Valve's marketplace.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

content.[465] In 2017 and 2018, the years prior to withdrawing new releases from Steam, Activision and Ubisoft games had accounted ▇ and ▇ percent of revenues on Steam, respectively.[466] Internal documents support that the revenue tiers were motivated by these growing competitive threats.

a. In an email thread, Tom Giardino of Valve responds to the proposal of "a two tiered system ▇▇▇▇ that unlocks new tiers of revenue rebate (an additional ▇▇ and another additional ▇▇ ▇▇ noting that he "Would love to show up at ▇▇ in November with a ▇▇▇▇▇" and that "[Valve executives] are reading the writing on the wall from ▇▇ ▇"[467]

b. Valve also recognized "Aggressive rev share" as one of the methods employed by Epic to attract developers to EGS.[468] In an email breaking down the entrance of EGS, DJ Powers of Valve states ▇▇



▇▇ Further, he notes that ▇▇



▇▇"[469]

c. In his deposition, Scott Lynch also confirms competition as motivation behind Steam revenue tiers:[470]

> "Q. Also in late 2018, specifically November 26th, Steam is discussing a change to their revenue sharing; right? A. We had been discussing a change for a long time, but we were also discussing it in November. Q. What was the genesis of that change? Why was Steam thinking about it? … A. I was thinking about, you know, a lot of developers and publishers that were not releasing games on Steam, and how do we, you know, move that needle. And there was, you know, other competition. But primarily I was thinking about that. Some that had not distributed on

---

[465] In internal emails, Valve employees were discussing the potential impact of losing some of Steam's biggest titles to other distribution channels as early as 2017. See Email chain from Henry Goffin to Kristian Miller and Adil Sardar, "RE: The long tail," May 25, 2017, VALVE_ANT_0815848–850 at 849–850 ("If ▇▇ and ▇▇ and ▇▇ start sucking up the 4-5 biggest AAA games every year as exclusives, and lock those titles out from steam, how bad is that for us?").

[466] Workpaper 28.

[467] Email chain from Kristian Miller to Tom Giardino, "RE: Rev Share Change on Past Year Titles," October 2, 2018, VALVE_ANT_2392320–323 at 321–322.

[468] Email chain from DJ Powers to Scott Lynch, "FW: ▇▇▇ – Talking points from recent trip," February 5, 2019, VALVE_ANT_0489888–890 at 888.

[469] Email chain from DJ Powers to Scott Lynch, "FW: ▇▇ – Talking points from recent trip," February 5, 2019, VALVE_ANT_0489888–890 at 890.

[470] Deposition of Scott Lynch (Valve Corporation), October 12, 2013, p. 96.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

Steam, still others that had distributed and were no longer distributing on Steam ...."

272.    Dr. Schwartz himself opined that Valve's revenue shares were reduced in response to expected competition from EGS, noting that "Concern over Epic's entry and threat of potential competition ... directly led to Valve's tiered commission rate change."[471]

273.    In Section 8.2, I show that, while there is variation in the fees set by different platforms, Valve's revenue shares are in line with the range of fees set by its competitors.

## 8.2. Valve's revenue shares are competitive based on an analysis of fees in the market

274.    Dr. Schwartz compares Valve's 30 percent standard revenue share to the rates set by EGS and the Microsoft Store, both of which have a rate of 12 percent, and states that this demonstrates that Valve sets supracompetitive rates.[472] Dr. Schwartz's analysis is based on cherry-picked benchmarks, and hence not appropriate to establish the competitive revenue share for Valve; it ignores critical factors of platform quality and differentiation between platforms. Dr. Schwartz also ignores the broad set of alternative benchmarks that demonstrate that Steam's revenue shares are not outliers in the industry.

275.    In contrast to Dr. Schwartz's anecdotal evidence, I examine the revenue share rates of a reasonably comprehensive set of competitor platforms. I find that there is substantial variation across competitors in their rates, and that **Valve's nominal revenue shares are not outliers within the distribution of rates in the industry**. Specifically, Valve's revenue shares are in line with the rates set by a number of platforms that Dr. Schwartz acknowledges to be Steam's competitors, in addition to other competitors in the relevant market discussed by Professor Chiou.[473] Exhibit 17 compares Valve's average revenue share rate following the introduction of tiered revenue shares on October 1, 2018, with the minimum achievable rates that a publisher might pay on competitor platforms.

---

[471]    Schwartz Opening Merits Report, ¶ 384.

[472]    Schwartz Opening Merits Report, ¶¶ 241 ("At least as early as 2018, Valve employees noted that '[p]retty much everyone agreed that Steam wasn't worth 30%' of revenue and that 'Steam hasn't had to compete, and thus has gotten lazy and hasn't had to change revenue share[.]'"), 245 ("Additionally, the commission rates charged by other digital platforms support my conclusion that Steam has monopoly power and that the rates it sets are supracompetitive. ... Following Epic's announcement of EGS and the associated 12% commission rate, Microsoft followed suit in 2021 by cutting the commission it charged on Microsoft Store from 30% to 12%.").

[473]    Chiou Rebuttal Merits Report, Section 4.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## EXHIBIT 17
### Valve's revenue shares are comparable to its competitors'

| | Platform [1] | Device Type | Rate | Additional information |
|---|---|---|---|---|
| 1. | GOG | PC | 30% | Industry-standard 30% is used as guide to negotiate individual agreements; operates at a temporary 40% rate for some publishers to recoup royalty advances. |
| 2. | Green Man Gaming* | PC | 30% | |
| 3. | Microsoft Store | Console | 30% [2] | |
| 4. | Nintendo eShop | Console | 30% [3] | Operated at 35% before switching to 30%. |
| 5. | PlayStation Store | Console | 30% [4] | |
| 6. | Twitch | PC | 30% [5] | Game sales ceased in November 2018. |
| 7. | Steam | PC | ▮▮▮ [6] | 1) 30% for sales under $10 million<br>2) 25% for sales between $10 and $50 million<br>3) 20% for sales above $50 million<br>Operated at 30% for all games before switching to tiered structure in November 2018. |
| 8. | Humble Store* | PC | 25% | 15% to Humble; 10% can be donated to charity or be returned to buyer as store credit. |
| 9. | Humble Bundle* | PC | 15% | Sales of bundles subject to a minimum share to Humble Bundle of "generally 15–30%," according to an official source. |
| 10. | Epic Games Store | PC | 12% | 0% for first six months if launched exclusively on Epic Games Store. |
| 11. | Microsoft Store | PC | 12% | Operated at 30% before switching to 12% in August 2021. |
| 12. | Discord | PC | 10% | Operated at 30% before switching to 10% in 2019. Storefront was discontinued in October 2019. All game sales ceased in March 2022. |
| 13. | Itch.io | PC | 0% | Default rate of 10%, adjustable on a sliding scale (0-100%). |

Source: Appendix F
Note:
[1] Platforms marked with an asterisk ("*") are Steam key resellers.
[2] The Microsoft Store's revenue share for console games is confirmed by Microsoft spokespersons in statements to industry publication *The Verge*.
[3] The Nintendo eShop's current and prior rates are reported by industry publication *IGN* and do not appear to be publicly disclosed by Nintendo.
[4] The revenue share for the PlayStation Store is reported by industry publication *The Verge* and is consistent with the alleged rate claimed in filings against Sony with the U.K Competition Appeal Tribunal. Sony does not appear to publicly disclose this rate.
[5] In instances where users purchase a game by referral from a qualified Twitch streamer, Twitch would receive only 25 percent of sales, with the remaining 5 percent going to the referring streamer.
[6] This is Valve's average revenue share on Steam following the introduction of tiered revenue shares, as calculated by Dr. Schwartz. This comparison is conservative relative to stores that have adjusted their revenue shares since Valve's introduction of tiered revenue shares, such as the Microsoft Store for PC. Valve's average nominal revenue share from January through November 2024 was ▮▮▮ percent.

276.    Valve's average revenue share, under the tiered structure it has applied since 2018, is lower than several other platforms that enable third-party transactions—platforms that Plaintiffs and Dr. Schwartz agree are relevant competitors. GOG and Green Man Gaming both have fee rates of 30 percent,

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

as did Twitch prior to closing down, above the average revenue share of ▮▮▮▮ percent for Steam since November 2018. It is particularly notable that Green Man Gaming primarily sells Steam keys; i.e., it sells the exact same product to consumers as they can find on Steam, and provides only some of the services associated with that product (the marketing and transaction services, while the hosting services are provided by Steam) and yet it charges the same revenue share as Steam.[474]

277. Valve's average revenue share is also lower than the rates of console platforms, including the PlayStation Store, the Microsoft Store on console, and the Nintendo eShop. Importantly, Dr. Schwartz claims that these platforms are outside the relevant market and unaffected by Valve's alleged anticompetitive conduct.[475] Further, console distribution is relatively unconcentrated with all of Sony, Microsoft, and Nintendo being sizeable competitors.[476] Historically, competition between these firms has been so intense that it has commonly been referred to in industry publications as the "console wars."[477] Even in this

---

[474] As of March 24, 2025, there are 8,792 titles currently listed for sale on Green Man Gaming. Of those, 8,466 are sold as Steam keys, with the remainder being distributed through other means. See Green Man Gaming, "Search Results," available at https://www.greenmangaming.com/search, accessed on March 24, 2025 ("GAMES (8792)"); Green Man Gaming, "Search Results," available at https://www.greenmangaming.com/search?drm=Steam, accessed on March 24, 2025 ("GAMES (8466)").

[475] Schwartz Opening Merits Report, ¶ 106 ("I also consider whether distribution services for games to be played on consoles (e.g., PlayStation, Xbox, etc.) are substitutes for PC-gaming distribution services, and conclude that they are not reasonable substitutes."). Further, while Dr. Schwartz argues that the 30 percent rates set by Apple and Google on their app stores may have been based on Valve's revenue shares, these platforms all entered the market by 2006, a time period where revenue shares on Steam were at or near 40 percent. See Exhibit 6; Exhibit 16.

[476] Omar Al Raisi, "Inside The Gaming Wars For Dominance Between Playstation, Xbox, Nintendo And Tencent," *The Sports Journal*, January 4, 2024, available at https://sportsjournal.io/gaming-wars-playstation-xbox-nintendo-tencent/, accessed on March 15, 2025 ("This intense competition unfolds among the industry's key players: Sony Playstation, Microsoft Xbox, Nintendo, and Tencent Games. ... Hardware sales isn't just about numbers; it's about the evolution of gaming consoles as cultural phenomena. Nintendo's dominance isn't just in units sold; it's a testament to the enduring popularity of franchises like Mario and Zelda. Playstation's success represents the marriage of cutting-edge technology and compelling exclusive content, while Xbox has carved its niche with a robust online gaming ecosystem.").

[477] See, e.g., Jordan Minor, "Console Wars: A History of Violence," *PCMag*, November 11, 2013, available at https://www.pcmag.com/news/console-wars-a-history-of-violence, accessed on March 15, 2025 ("With the releases of the PlayStation 4 and Xbox One just days away, the video game console wars are poised to rage anew."); Tessa Kaur, "The Console War Already Has A Winner: The PC," *TheGamer*, June 28, 2024, available at https://www.thegamer.com/the-console-war-already-has-a-winner-the-pc/, accessed on March 15, 2025 ("The console war is mostly predicated on exclusive titles and their respective levels of commercial and critical success."); G2A, "Console Wars Throughout History," May 5, 2023, available at https://www.g2a.com/news/features/comparison-of-console-wars-throughout-history/, accessed on March 4, 2025 ("The console war is a unique term, originating in the rivalry between Nintendo and Sega in the late 80s and early 90s.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

highly competitive context, console platforms choose to set a standard 30 percent revenue share.[478]

278.   The fact that some competitors choose to set lower revenue shares is not inconsistent with Steam facing the discipline of competition; it is consistent with Valve competing and setting a revenue share that makes its platform, given its quality and innovative features, attractive relative to rival platforms. Nevertheless, I address Dr. Schwartz's specific comparisons of Valve's revenue share on Steam to the revenue shares offered on EGS and Microsoft Store.

   a. EGS launched in December 2018 offering a 12 percent revenue share for games sold on the platform.[479] At launch in December 2018, EGS lacked a number of seemingly standard features that were present on Steam at the time, including wishlists, cloud storage for game save files, achievements, mod support, user reviews, or even a store shopping cart.[480] This lack of standard features suggests that EGS offers a low-cost, low-quality alternative to Steam. As I discuss in Section 4, this disparity in platform quality between Steam and EGS has persisted, and a comparison of revenue shares that does not account for these differences is inappropriate and misleading.

   b. Historically, the Microsoft Store charged a 30 percent revenue share for both sales on PC and on their Xbox consoles. In August 2021, almost three years after Valve introduced its revenue share tiers, Microsoft reduced revenue shares on the Microsoft Store for PC to 12 percent while continuing to offer a 30 percent share for sales on Xbox devices.[481] According to

---

[478]   Industry sources recognize 30 percent to be a standard share. For example, one IGN article describes a 30 percent share to be "[not] actually out of the norm. In fact, it's pretty much the industry standard." See Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, October 7, 2019, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on March 24, 2025.

[479]   Epic Games, "The Epic Games store is now live," available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 14, 2025 ("The Epic Games store is now open, featuring awesome high-quality games from other developers. Our goal is to bring you great games, and to give game developers a better deal: they receive 88% of the money you spend, versus only 70% elsewhere.").

[480]   Andy Chalk, "The Epic Store is beginning to support cloud saves," *PC Gamer*, July 25, 2019, available at https://www.pcgamer.com/the-epic-store-is-beginning-to-support-cloud-saves/, accessed on January 14, 2025 ("Cloud saves have been planned for the Epic Store for a while. The functionality was originally scheduled to arrive by mid-June, but was pushed back to July on the EGS development roadmap back in May."); Jordan Minor, "Epic Games Store Review," *PCMag*, July 20, 2023, available at https://www.pcmag.com/reviews/epic-games-store-for-pc, accessed on March 6, 2025 ("Basic features you take for granted don't appear here. There's little sense of community since there are no user reviews to read or curators to follow."). See also Exhibit 1 and Exhibit 2.

[481]   Tom Warren, "Microsoft shakes up PC gaming by reducing Windows store cut to just 12 percent," *The Verge*, April 29, 2021, available at https://www.theverge.com/2021/4/29/22409285/microsoft-store-cut-windows-pc-games-12-percent, accessed on March 12, 2025 ("The software giant is reducing its cut from 30 percent to

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

industry sources, Xbox revenues on the Microsoft Store account for most of the platform's business, and Microsoft is "on a mission to unify its PC and console ecosystems," which may give it the ability and incentive to temporarily cross-subsidize PC distribution to grow its share.[482] In contrast, Valve does not have such an incentive given the maturity of its platform. This is consistent with dynamic competition.[483] Additionally, this comparison suffers from the same quality disparity as with EGS.[484] Therefore, the rates charged by EGS and the Microsoft Store are not reliable benchmarks for competitive revenue shares.

279.   Other platforms with lower fees are also differentiated from Steam.

a. Humble Bundle and the Humble Store offer lower rates than Valve's average revenue share rate on Steam, though only marginally so in the case of the Humble Store.[485] However, these stores operate the majority of their business using Steam keys to distribute titles, they are light on

---

just 12 percent from August 1st, in a clear bid to compete with Steam and entice developers and studios to bring more PC games to its Microsoft Store."); Steamworks Development, "New Revenue Share Tiers and other Updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157 838, accessed on February 28, 2025 ("Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M.").

[482]   Jessica Conditt, "Microsoft follows Epic and cuts Xbox PC revenue share to 12 percent," *Engadget*, April 29, 2021, available at https://www.engadget.com/xbox-pc-rev-share-88-12-epic-apple-130036485.html, accessed on April 20, 2024 ("While Microsoft has historically used a 70/30 split, the company is switching to Epic's new standard of 88/12 for PC releases ... [Microsoft] didn't share any information about changes to revenue sharing on the console side, which accounts for the bulk of Xbox's business ... Broadly speaking, Xbox is on a mission to unify its PC and console ecosystems.").

[483]   Dubé, et al. (2010), p. 217 ("In markets with strong network effects, firms literally price below cost during the initial periods of the diffusion to invest in network growth. ... [However,] the mere presence of indirect network effects does not per se lead to penetration pricing. These findings build on some of the earlier marketing literature that has discussed situations under which firms set a low price at the launch of a new product and then increase prices over time.").

[484]   Gaurav Bidasaria, "Microsoft Store vs Steam: What You Need to Know," *TechWiser*, March 19, 2023, available at https://techwiser.com/microsoft-store-vs-steam-comparison/, accessed on March 5, 2025 ("Overall, Microsoft Store looks more beautiful, but Steam is more functional and has better gaming-centric features").

[485]   Humble retains only 15 percent of Humble Store sales, but buyers can decide whether the remaining 10 percent is donated to charity or is returned back to them as store credit. For Humble Bundle sales, Humble retains the entire 15–30 percent revenue share. See Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, October 7, 2019, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on March 24, 2025 ("Another exception is the Humble Store ... which takes a 25% cut but only keeps 15% of that for itself, letting the buyer choose whether the other 10% goes to charity or back to them as store credit."); Humble Support, "Pay What You Want and Contribution Sliders," available at https://support.humblebundle.com/hc/en-us/articles/204387088-Pay-What-You-Want-and-Contribution-Sliders, accessed on February 10, 2025 ("While splits on each bundle will vary, on average, there will be a minimum amount for Humble Bundle, generally between 15 - 30%.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

infrastructure and offer much more limited services to publishers.[486] That is, Humble relies on Steam and other platforms to distribute game content, provide platform features, and to continue to connect the consumer and publisher, for which these platforms bear the costs. Therefore, Humble Bundle and the Humble Store are a highly differentiated model from that which Steam operates, making them less suitable benchmarks for a platform with Steam's capabilities.

b. When Discord began selling games in October 2018, it initially offered a 30 percent revenue share before lowering its rate to 10 percent in 2019.[487] However, Discord discontinued its unified storefront across all games following this rate reduction, instead allowing publishers to sell games through publisher- and game-specific stores on their own individual Discord servers.[488] This lack of a unified storefront where users can discover and purchase games is in sharp contrast to the marketing features of the Steam Store, which I discuss at length in my opening report. Instead, this form of distribution is more akin to a low-cost form of self-distribution where publishers conduct their own marketing activities to drive users towards their publisher- or game-specific Discord stores. Therefore, Discord's 10 percent rate is also not a reliable benchmark for what Steam's competitive revenue share rate should be, given its marketing and other features.

c. Finally, Itch.io offers a 10 percent revenue share by default, but allows publishers to select their preferred revenue share ranging from as low as 0 percent to as high as 100 percent.[489] However, Itch.io's stated focus is to

---

[486] While sales of Steam keys and other codes appear to be the core of Humble's business, some titles appear to be offered as DRM-free direct downloads. Former Humble Bundle cofounder Jeffrey Rosen testifies in this case ▊▊▊▊▊▊▊▊▊▊▊ See Humble Bundle, "What Is Humble Bundle?" available at https://www.humblebundle.com/about/, accessed on February 24, 2025 ("When you purchase something on Humble Bundle, you'll get a key to redeem on Steam, Ubisoft Connect Desktop App, GOG, or another platform. Many of our books and games are also offered DRM-free."); Deposition of Jeffrey Rosen (Wolfire LLC), November 17, 2023, p. 155 ("▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊").

[487] Andrew Webster, "Discord's game store tries to top Steam and Epic by offering developers more money," *The Verge*, December 14, 2018, available at https://www.theverge.com/2018/12/14/18139843/discord-pc-games-store-revenue-split, accessed on April 20, 2024 ("Today, the company announced that it will offer developers a 90 percent share of revenue when its PC game store opens up to all creators starting next year. ... Currently, it operates under a fairly standard 70/30 revenue split.").

[488] Nelly, "Empowering Developers with Community and Commerce," *Medium*, March 14, 2019, available at https://medium.com/discord-engineering/empowering-developers-with-community-and-commerce-68d9c0712662, accessed on January 14, 2025 ("For a small development fee, devs will have access to store and news channels in their server. When ready, devs can apply for Verification and gain access to vanity features, Server Discovery, and that sweet, sweet Verified check mark.").

[489] leafo, "Introducing open revenue sharing," *itch.io*, March 4, 2015, available at https://itch.io/updates/introducing-open-revenue-sharing, accessed on February 10, 2025

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

"host weirder, smaller [games]," and so offers policies that cater to small, independent developers and where Itch.io's founder has expressed that "creating money … I don't really want to do that. I really enjoy building the site and talking to people."[490] These public statements indicate that Itch.io operates more as a personal project for the site's founder, Leaf Corcoran, than as a for-profit business.[491]

280. Overall, there is meaningful differentiation in platform models and variation in fee rates, but the evidence demonstrates that Valve's revenue shares on Steam are not outliers and are in line with those of some of its competitors.

## 8.3. Any assessment of how competitive Valve's revenue shares for Steam are must account for quality differences and the value of Steam keys to publishers

### 8.3.1. The economic value publishers get from Steam is better reflected by quality-adjusted revenue shares

281. Steam and competing platforms differ in their available features and other aspects of platform quality. Therefore, an appropriate comparison of platform revenue shares should account for these differences in quality. One way that economists account for quality differences when comparing the prices of products is through quality-adjusted prices.[492] Without such adjustments, a

---

("As the seller you decide what percentage itch.io gets from each transaction. From 0 to 100%, set the slider to what you think is fair … itch.io's default rate will be 10%. If you don't make any changes to your account, then it will automatically be set to 10%.").

490 Patricia Hernandez, "Itchio outshines Steam by staying small and weird," *The Verge*, November 29, 2018, available at https://www.theverge.com/2018/11/29/18118217/itchio-steam-leaf-corcoran-pc-games-indie, accessed on March 7, 2025 ("We're always going to host weirder, smaller things that probably will never feel appropriate on Steam.").

491 Patricia Hernandez, "Itchio outshines Steam by staying small and weird," *The Verge*, November 29, 2018, available at https://www.theverge.com/2018/11/29/18118217/itchio-steam-leaf-corcoran-pc-games-indie, accessed on March 7, 2025 ("Corcoran built Itchio haphazardly and by happenstance, starting in 2013.").

492 For example, in constructing the Consumer Price Index, the U.S. Bureau of Labor Statistics adjusts collected prices for certain products by the relative quality of those products. See U.S. Bureau of Labor Statistics, "Quality Adjustment in the CPI," February 25, 2025, available at https://www.bls.gov/cpi/quality-adjustment/, accessed on March 5, 2025 ("The Consumer Price Index (CPI) is calculated using prices for a fixed basket of goods and services through time. While the basket is periodically revised to reflect changing consumer expenditures, some items being priced in the sample come and go from the marketplace … When an item is no longer available in the marketplace, a similar replacement item is selected. Often there are no similar items from which to choose, and as a result, a less comparable item is selected, potentially introducing quality change and an associated price differential into the index. The hedonic quality adjustment method removes any price differential attributed to a change in quality by adding or subtracting the estimated value of that change from the price of the old item."). Adjusting for quality when comparing vertically differentiated goods is common in economic literature. See, e.g., the discussion of quality differentiation in Tirole (1988), pp. 296–298.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

comparison of the relative prices of two differentiated products could be misleading.

282. Therefore, although Valve's revenue share on Steam is in line with the rates of Valve's competitors, a more accurate comparison of revenue shares should account for the differences in the value publishers derive from each platform's features and characteristics. Steam offers a richer set of high-quality features to both publishers and consumers than its competitors. As a result, Valve's **quality-adjusted revenue shares are even more competitive than the nominal shares** I analyzed in previous sections.

### 8.3.2. Valve provides a benefit to publishers by issuing Steam keys, which means effective revenue shares are lower than the nominal shares

283. Valve issues Steam keys to publishers at no cost and collects no share of revenues earned from publishers' sales of Steam keys. Steam keys allow a user to download and play the game on the Steam platform. Therefore, Valve provides meaningful services to publishers and consumers whenever publishers sell (or give away) Steam keys despite receiving no revenue share. Another way of putting it is that **the benefits of Steam keys provide an effective discount on the total revenue share that publishers pay to Valve for Steam-enabled revenues**.

284. Steam keys provide value for publishers. For example, publishers can monetize them by selling them on other retail stores, and whenever they do so, Steam provides valuable platform services to publishers and consumers. Once a user redeems a key, they can download and launch the redeemed game or other content on Steam as though they had purchased it directly on the Steam Store, receiving access to all the same platform features and functionality.[493] Steam keys therefore allow publishers to reach consumers through a more varied set of retail channels, something I addressed in my opening report.[494]

285. Publishers may decide to sell Steam keys in different ways. For example, a publisher may choose to sell its Steam keys through a competitor platform such as the Humble Store or Green Man Gaming, in which case it may incur revenue share costs on those platforms. Instead, a publisher may choose to sell and distribute Steam keys directly through its own online storefront, incurring internal costs to do so. However, this does not change the fact that, for any Steam keys sold by publishers and redeemed by consumers, Valve provides

---

[493] Peterson 30(b)(6) Deposition, p. 40 ("Steam Keys can be redeemed on Steam by customers and they receive the same bandwidth and services as customers who purchase a license on Steam.").

[494] Gowrisankaran Opening Merits Report, ¶¶ 137 ("Steam keys continue to be a helpful tool that allow publishers to reach consumers who want to shop in physical stores, while providing the benefits of playing the games on the platform."), 138 ("Developers can distribute their games to consumers through many different digital channels, reaching wider audiences, while still providing the benefit of the experience of launching and playing the games on Steam."), 140 ("Steam keys allow Steam publishers to distribute flexibly through offline channels and reach customers who value the services of physical stores, or through other digital channels.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

valuable services for which it takes zero revenue share and expands the channels through which publishers can reach consumers. This necessarily provides a net benefit to publishers compared to a situation where Valve did not issue Steam keys to publishers.

286. Publishers may also use Steam keys to promote their games, by giving them away to influencers and reviewers. Again, publishers obtain a benefit (as this increases their visibility and the demand for their game). Since Steam keys provide a net benefit to publishers, because they involve benefits to publishers provided at no cost, accounting for Steam keys will lead to a more favorable assessment of Valve's revenue share.

287. The volume of Steam keys can be substantial for many publishers, providing a large boost to the value the publisher gets from operating on Steam without paying Valve for these benefits. For example, consider ████████ title ████ ████████ a game for which tinyBuild received ████ Steam keys at or around the title's launch.[495] In total this title has been redeemed on Steam via a Steam key ████████ times and has sold ████████ units on the Steam Store.[496]

288. By default, Valve currently offers 5,000 keys for each game launching on Steam, with requests for additional keys evaluated on a case-by-case basis.[497] Steam keys are available to publishers prior to the launch of their titles on Steam, and many publishers receive Steam keys before selling their game on Steam at all.[498] For example, ████████ which launched on ████████████,

---

[495] Workpaper 29. I consider the 8 weeks prior to and including ████████████ release date of ████████████████████████████████

[496] Workpaper 29.

[497] Email chain from Erik Peterson to Tom Giardino et al., "RE: New Key Request Wizard," March 14, 2018, VALVE_ANT_0057685–695 at 685 ("To make the process of requesting Steam keys less confusing, we're redesigning the key request wizard to make it much more clear to developers which type of key they should be requesting ... Once a batch of keys has been requested, they appear in front of a person at Valve for review. The majority of those key requests are just fine, and they get approved. Sometimes, Steam Key requests get denied, and developers have questions about why they aren't getting the keys they requested."), 695 ("You can request as many keys as you need, but your request will be reviewed on a case by case basis by Valve staff to make sure Steam customers are being treated fairly and keys are not being abused."); Email chain from Jason Ruymen to Erik Peterson and Tom Giardino, "RE: Game Keys in Bulk," October 4, 2017, VALVE_ANT_1188589–591 at 590 ("In regards to your previous email about why your latest requests were denied, we reviewed them on a game-by-game basis and approved 4 of your requests."). Current Steam documentation suggests this review on a "case-by-case" basis applies beyond an initial 5,000 keys provided to each game launched on Steam. See Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 4, 2025 ("Games and applications launching on Steam may receive up to 5,000 Default Release Steam Keys to support retail activities and distribution on other stores. After that, all Steam Key requests are reviewed on a case-by-case basis.").

[498] Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 4, 2025 ("Default Release (or standard release) ... Customers can activate this type of Steam Key at any time, but the product will unlock only after it has been released on Steam. ... Release State Override Steam Keys and Alpha/Beta Access for Backers: It's OK to

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

received about ▮▮▮ Steam keys before its release.[499] In some cases, publishers have been issued keys prior to a game's release far in excess of the 5,000 keys available by default. For example, Valve issued ▮▮▮ Steam keys for the indie game ▮▮▮ before it launched on ▮▮▮ ▮▮▮ to support a successful Kickstarter campaign, and nearly ▮▮▮ Steam keys for the indie game ▮▮▮ before it launched on ▮▮▮[500] The publishers of these titles had access to, and in some cases earned revenues from, Steam keys prior to the release of their games on Steam. That is, these publishers received immediate discounts on their revenue shares from sales of these games.

289. I understand that Professor Langer finds in her report that taking into consideration the value of Steam keys can lower Valve's effective revenue share, and that the quantitative impact can be significant.[501]

## 8.4. Plaintiffs' evidence that Valve's alleged conduct caused Valve's revenue share or game prices to be above the competitive level is flawed

290. To try to establish a causal relationship between the alleged conduct and the alleged competitive harms of higher revenue shares and higher consumer prices, Dr. Schwartz, relies on a theoretical model he calls the platform competition model ("PCM"). His model follows a similar model in an academic paper, Boik and Corts (2016). Dr. Schwartz claims that his model serves to "assess the impact and competitive effects of PMFN-type provisions and

---

request a relatively small number of Release State Override keys that allow early, pre-release access to your game on Steam—these keys can be used to fulfill your most passionate crowdfunding supporters so that they can help test your game ahead of launch.").

[499] Fandom Wiki, "Oxenfree," available at https://oxenfree.fandom.com/wiki/Oxenfree, accessed ▮▮▮

[500] Workpaper 30; ▮▮▮

[501] Langer Rebuttal Merits Report, Section 6.5.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

behaviors."[502] More specifically, based on the model, he claims to establish that i) "PMFNs in general increase platform fees," that ii) "Valve's PMFN Policy reduces entry," and iii) that the alleged PMFN conduct causes publishers to earn reduced profits.[503] His analysis is fundamentally flawed because he cherry-picks a stylized theoretical model that predicts the outcome he is looking to establish (competitive harm), and is not a tool to distinguish between the cases where harm arises and cases where there is no harm.

291. **First, Boik and Corts (2016) shows that a PMFN *can* be anticompetitive, but it cannot test whether or not a PMFN actually exists, and if it does, whether its existence leads to anticompetitive effects.**

292. Boik and Corts is a model designed to illustrate a potential mechanism by which a PMFN may result in competitive harm. While some models in economics are built to sort out countervailing mechanisms and determine which force emerges as dominant among competing effects, other models are designed to examine the workings of a single mechanism to show how it might produce a given outcome. The Boik and Corts model is the latter kind: it aims to show a particular outcome and conditions that can generate that outcome. For example, the authors of the Boik and Corts model explain they set out to examine "the conventional wisdom about [PMFN] agreements," that "[PMFN] policies create an incentive for the platform to raise fees" as well as consumer prices and "disadvantage potential platform entrants."[504] Dr. Schwartz claims to feed the "facts and circumstances of this case" into the model as a test for

---

502   Schwartz Opening Merits Report, ¶ 289 ("To assess the impact and competitive effects of PMFN-type provisions and behaviors, I draw on a model developed by Andre Boik and Kenneth Corts to assess the impact of PMFNs (the 'Boik-Corts model'). The Boik-Corts model demonstrates that "PMFN clauses typically raise platform fees and retail prices and curtail entry or skew positioning decisions by potential entrants pursuing low-end business models."); Boik and Corts (2016).

503   Schwartz Opening Merits Report, ¶ 292 ("I apply the relevant principles from Boik and Corts to construct a platform competition model ('PCM') that more closely considers and incorporates the facts and circumstances of this case, and I reach the same conclusion ... [I] show that PMFNs in general increase platform fees by making demand less responsive to fee changes; show that Valve's PMFN Policy reduces entry; and calibrate the model to match the facts of the case and show that eliminating the PMFN Policy now would increase developers' economic profits by approximately ▬▬▬▬▬").

504   Boik and Corts (2016), pp. 106–107 ("The conventional wisdom about these agreements—which appears with varying degrees of clarity or explicitness in Schuh et al. (2012), Salop and Scott Morton (2013), Laboratory of Economics, Antitrust, and Regulation (2012, chap. 6), the expert testimony of economists in select cases, and the investigative documents, complaints, and decisions that have come out of antitrust enforcement activity relating to these policies—is simple. These policies create an incentive for the platform to raise fees because a PMFN clause limits the ability of the seller to pass through higher fees in the form of higher retail prices on that platform alone. Since other platforms face the same incentives, these higher fees ultimately lead to higher retail prices across all platforms and potentially to higher profits for platforms. In addition, such policies disadvantage potential platform entrants—especially those with low-end business models—by eliminating an entrant's ability to win customers away from incumbent platforms through lower prices.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

what impact the alleged conduct has in this matter, and that he "reach[es] the same conclusion" as the model.[505] But this model is designed to show how a PMFN can cause harm, so it can only ever find competitive harm—in other words, the conclusion the model reaches is essentially a foregone conclusion.

293. Further, as I have explained in Section 7.1, there are many ways in which the facts in this case depart from the assumptions on which the model rests. Perhaps most critically, in this case, there is no PMFN: there is no contract that communicates to publishers that they are subject to a PMFN policy; there is no universal understanding among publishers that they are subject to the alleged PMFN or that it even exists; and there are many instances where parity fails to hold. Given how far apart the conditions of the PCM model and the actual conditions for Steam publishers are, it is not appropriate to transfer the conclusions of the model to the situation at hand.

294. **Second, the PCM model captures only one potential economic mechanism that could be at play and, importantly, does not account for potential free-riding by platform users, which can result in pricing measures having procompetitive impact.**

295. As I set out in my opening report, when firms invest in their relationship with a partner firm, that partner may have an incentive to free-ride by failing to take actions that preserve the value of the relationship. If the risk of free-riding cannot be sufficiently mitigated, this can destroy incentives for investment, and result in lower value in the relationship with publishers and for consumers. Valve makes significant investments in platform features and marketing for games that publishers benefit from. But some publishers may have incentives to free-ride on Steam and this can reduce the value that Valve gets from those investments if a publisher uses Steam to showroom its games but tries to systematically make Steam offers less attractive than offers on other channels. By preventing free-riding, Valve can ensure it has strong incentives to invest in creating value for its publishers. This procompetitive mechanism is well-established in the literature.[506]

296. Dr. Schwartz asserts without analysis, and with flawed reasoning, that countervailing forces to his PCM's conclusions, such as the prevention of free-riding, do not apply in the context of this case and so can be excluded. Rather than confront the possible effects of free-riding in his model, Dr. Schwartz

---

[505] Schwartz Opening Merits Report, ¶ 292 ("I apply the relevant principles from Boik and Corts to construct a platform competition model ('PCM') that more closely considers and incorporates the facts and circumstances of this case, and I reach the same conclusion.").

[506] Carlton and Perloff (2015), p. 445 ("Because free riding reduces the incentive of distributors to promote a manufacturer's product, manufacturers use a variety of vertical restrictions to deal with the freeriding problem. ... these restraints are designed so that distributors reap much of the benefits from their sales effort."); Milgrom and Roberts (1992), p. 129 ("there may be inadequate information afterward to tell whether the terms of the agreement have been honored, or acquiring that information may be costly. This opens the possibility of self-interested misbehavior, and the recognition of this **moral hazard** problem limits the contracts that can be written and enforced.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

reasons outside his model that these forces do not require consideration. This argument has three parts. First, he assumes an overly narrow view of the Steam features that matter to publishers and consumers, stating as fact that "Steam's primary service is to provide users with a platform to purchase and play games."[507] Next, given his assumption that the only value-creating investment Valve has made is the investment to set up the platform, Dr. Schwartz then argues that the prevention of free-riding could only provide a procompetitive rationale it if had threatened Valve's ability to recoup its initial investment in the platform.[508] Finally, he claims that, since Valve has already recouped its initial investment to create the platform, there is no longer a procompetitive rationale for parity requirements on Valve's publishers based on free-riding concerns.[509]

297. This entire line of argument is flawed. Valve's investments to improve the value of the platform for its publishers and consumers have continued beyond the initial investments to set up the platform, as I set out in my opening report.[510] Therefore, the potential for free-riding is a continued threat that could reduce Valve's incentive to invest in innovation. By incorrectly dismissing a procompetitive explanation for Valve's actions—the need to mitigate the risk of free-riding—Dr. Schwartz's analysis is necessarily biased towards predicting anticompetitive impact.

298. I understand that Professor Langer has identified additional flaws with Dr. Schwartz's PCM model including its prediction that there would be harm in the but-for world and its inability to fit real-world fact patterns by, among other errors, predicting that publishers' sales on Steam are unprofitable.[511]

## 8.5. Contrary to Plaintiffs' claims, Valve maintains high quality and would have a weaker incentive to invest in high quality features in the but-for world

299. Steam is recognized in the industry as the leading platform in terms of the richness and quality of its features, the quality of its customer experience, and

---

[507] Schwartz Opening Merits Report, ¶ 347 ("Users may not have the same incentive, described above, to only use Steam for its searching functionality. While users can search for games on Steam, Steam provides *other* features and functionalities that at least some users find valuable. Steam's primary service is to provide users with a platform to purchase and play games.").

[508] Schwartz Opening Merits Report, ¶ 344 ("This type of freeriding by the hotel (or 'showrooming' by the platform) would reduce the incentive for the platform to invest in the valuable service of matching travelers to hotels. If, in the presence of such showrooming or freeriding, the absence of a parity clause would preclude a platform from *at least* recouping its original investment, there may be a pro-competitive justification for such a parity clause.").

[509] Schwartz Opening Merits Report, ¶ 345 ("Valve was able to recoup the costs of implementing any valuable fixed investment costs (such as a search mechanism) ▮▮▮▮ For example, while Valve's reported after-tax net profit was negative in each year from ▮▮▮▮, lifetime after-tax net profits turned positive ▮▮▮▮").

[510] Gowrisankaran Opening Merits Report, Sections 2.1, 3.1, and 4.1.

[511] Langer Rebuttal Merits Report, ¶ 18, and Section 5.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

the pace of its innovations. In this section, I explain why Plaintiffs have failed to demonstrate their claims about how the alleged conduct has harmed innovation and quality.

300. Plaintiffs allege Valve would invest more in its platform absent the challenged conduct.[512] Dr. Schwartz asserts that "in the but-for world, … Valve would have a greater incentive to innovate to compete with these alternative platforms."[513] As I already set out in my opening report, Valve would have weaker incentives to invest in innovation in a world where it was not able to protect the value of its innovation and investments from free-riding. This is a fundamental flaw in the analysis of quality conducted by Dr. Schwartz and Professor Rietveld. In the rest of this section, I evaluate their methodologies for evaluating Steam's alleged quality degradation.

### 8.5.1. Purported evidence that Steam has degraded quality based on anecdotal statements by individuals is unreliable

301. Dr. Schwartz claims that players and publishers are dissatisfied with Steam.[514] Professor Rietveld makes similar claims that Valve has "poor customer service" and has failed to police the conduct of users, both of which lead to diminished quality.[515] In both cases, Plaintiffs' experts rely on anecdotal and outdated evidence, based on their subjective interpretation of cherry-picked statements by platform users or Valve employees. Their analysis ignores many other instances where platform users, industry analysts, Valve's competitors and Valve itself recognized the high quality of the Steam platform. Further, their analysis holds Valve to an impossible standard: a high-quality platform would, under their approach, be one for which there were no instances of customer dissatisfaction or quality issues. A better analytical approach would recognize that every firm's performance will engender some complaints and look to conduct a more systematic analysis, rather than rely on anecdotes, to assess overall quality. My assessment, using a broader set of evidence supports the conclusion that Steam provides a high value service to its customers and continually seeks to resolve quality issues to preserve and enhance that value.

302. First, as I have demonstrated in my opening report and in Section 4.1 of this report, Valve competes through innovation and has continually invested to develop new features that help publishers increase their chances of success. I provide evidence of a long list of innovations that have lowered barriers to

---

512   Complaint, ¶ 291 ("Valve has not invested in improving Steam as it would need to do if it had not foreclosed its would-be competitors.").

513   Schwartz Opening Merits Report, ¶ 285 ("in the but-for world, alternative third-party digital PC game platforms would be able to compete on the merits and succeed in the market. Users and developers would have more choices of alternative high-quality/high-feature (or low-quality/low-feature) platforms, and Valve would have a greater incentive to innovate to compete with these alternative platforms.").

514   Schwartz Opening Merits Report, ¶ 266 ("Many users and developers are dissatisfied with the quality of Steam's platform and would prefer more choice in PC desktop game platforms.").

515   Rietveld Opening Merits Report, Section VI.C.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

entry for publishers, increased visibility of new games, and improved matching between consumers and content and have expanded the ways in which games can be designed by developers and enjoyed by players. In Section 4.2 of this report, I have demonstrated that Steam is ahead of rival platforms in terms of its features and quality. I have also provided evidence that Valve has, as a result of its strong track record of innovation, driven rival platforms to innovate in order to compete with Steam. Therefore, Plaintiffs' characterization that Valve has made little effort to innovate and improve Steam is factually incorrect.

303.  Dr. Schwartz attempts to substantiate his claim about players' dissatisfaction with the platform by referencing some examples of Steam Community Forum posts.[516] Professor Rietveld follows a similar approach, citing a small number of public sources, message board postings, and articles referencing negative customer experiences (notably, four of his sources are outside of the class period).[517] However, they both rely on only a handful of examples that may be tainted by a bias effect that is well documented in the marketing literature: customer postings tend to over-represent negative experiences relative to positive ones because consumers are more likely to report a complaint than a positive experience.[518] Yet there are also many counter examples of similar evidence that support the idea that players are satisfied with the quality of the Steam platform:

   a. For example, the following Reddit thread titled "Is Steam really the only place to go?" had the following comments by users that highlighted their satisfaction with Steam:[519]

---

[516]  Schwartz Opening Merits Report ¶ 266, Footnote 701.

[517]  Rietveld Opening Merits Report, ¶¶ 102–105.

[518]  Chezy Ofir and Itamar Simonson, "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," *Journal of Marketing Research*, 38(2), 2001, pp. 170–182 ("Ofir and Simonson (2001)") at p. 171 ("when consumers assess the quality or evaluate their satisfaction with a service or product, they tend to give more weight to outcomes or values that are below rather than above expectations.").

[519]  Reddit, "Is Steam really the only place to go?" available at https://www.reddit.com/r/pcgaming/comments/xe1tt9/is_steam_really_the_only_place_to _go/, accessed on March 14, 2025. Other public sources similarly discuss satisfaction with the Steam platform. See, e.g., Reddit, "Steam's New Updates Show Why It's The Best Gaming Platform," available at https://www.reddit.com/r/pcgaming/comments/1391205/steams_new_updates_show_why_ its_the_best_gaming/, accessed on March 14, 2025 ("No argument here. Been using Steam nearly 20 years and it's constantly improving, while the competition lags behind ... I mean, like, which alternative is there??? Epic's UI is just *awful* and feels like it's designed to push Fortnite more than anything else (no amount of free games can make up for that much clunk) MicroSoft, Bethesda, EA and UbiSoft have pretty much thrown in the towel - to the point that they're now completely redesigning (and, in many cases, replacing) their old platforms to become nothing more than Steam Plugins xD"); LinkedIn, Comments on post from Ethan Evans, February 2024 available at https://www.linkedin.com/posts/ethanevansvp_as-vp-of-prime-gaming-at- amazon-we-failed-activity-7295834479036702720-cDmX/, accessed on March 6, 2025 ("Steam is a MUCH bigger beast than people give it credit for and the level of reinforcement

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

> "You can 'go' whatever you want, it's just don't change the fact that Steam is the best distribution platform by user experience right now. That's why most people choose it." (sic)

> "There are tons of stores to compare prices and buy games. As far as launchers though Steam is generally considerred the best." (sic)

> "If you want people to use your launcher, make it better than Steam or significantly cheaper. You can't make it a worse experience than Steam was a decade ago and charge the exact same price and expect people to happily use it."

304. Other platforms also have negative customer reviews and Dr. Schwartz makes no attempt to weigh the negative reviews for different platforms against each other to reach a conclusion about which ones tend to generate more negative sentiment. For example, the same Reddit thread I identified that had positive reviews for Steam, had plenty of negative comments about other platforms. [520]

> "EGS, Origin, Ubisoft and all the others, none of them offered a decent service. While of course we would have people unhappy about X or Y being exclusive to one store or the other, the main problem is their services are pretty bad."

> "The only stores I actively avoid are Ubisoft and Epic."

---

that that this company has is surreal…it's built on YEARS and YEARS of trust and a loyal fan-base. … Apple sells prestige, not phones. Steam sells protection of gamers' rights, not games. Steam is unbeatable because gamers know that Gaben puts users before profits and it's not about the store, social network, library, and trophies. Public companies won't win unless something bad happens to Steam because they are expected to take care of their shareholders over users.").

[520] Reddit, "Is Steam really the only place to go?" available at https://www.reddit.com/r/pcgaming/comments/xe1tt9/is_steam_really_the_only_place_to_go/, accessed on March 14, 2025. Some users also post to the Epic Games' developer community forum to complain about the platform. See, e.g., Epic Dev Community, "5yrs Later, Still cannot remove games from your library?" August 2023, available at https://forums.unrealengine.com/t/5yrs-later-still-cannot-remove-games-from-your-library/1270660, accessed on March 6, 2025 ("Its been at least 5 years since people started asking, and then demanding the ability to remove titles from their libraries. Even Steam has this feature. You can Hide or even Permanently Remove titles from your account on Steam. But here, we are stuck with seeing garbage that we will NEVER play, or was tied to a promotional beta test, that is now no longer functional, and we are still being forced to see it constantly, but cannot do anything about it."); Epic Dev Community, "EG Launcher - Worst software I've seen in quite a while," July 2024, available at https://forums.unrealengine.com/t/eg-launcher-worst-software-ive-seen-in-quite-a-while/1949826, accessed on March 6, 2025 ("Wow. The Epic Game Launcher really sucks in multiple regards"); Epic Dev Community, "i cannot contact support," February 2024, available at https://forums.unrealengine.com/t/i-cannot-contact-support/1684646, accessed on March 6, 2025 ("i just get that it failed and to try again later ive been trying to contact all day as i have an issue that needs to be solved and the first person i got in contact with just before i couldnt contact anymore known as pinkie pie were extremely unhelpfull reccomending me to do things the store doesnt allow me to do and instantly closing the request without hearing back that the problem is solved i have no idea if this is the right place to go for this but honestly i have nowhere else to turn.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

305.    A survey commissioned by Epic in 2019
[...] [521] [...] [522] [...] [523] As opposed to Dr. Schwartz's analysis of 4 customer complaints, this survey provides a more comprehensive understanding of player sentiment about the quality of the platform.[524]

306.    Dr. Schwartz looks to deposition testimony, emails, and internal documents in an attempt to demonstrate that publishers and game developers are dissatisfied with the platform.[525] One document, in particular, discusses complaints from developers that were discussed during a developer meeting in Boston in 2018. Aside from being anecdotal, this document also highlights that **Valve monitors publishers' concerns and considers actions to address any issues it identifies.**[526] I again provide counter-examples from similar sources in which publishers express positive views about the quality of the platform.

---

[521]    VGM presentation, "Steam User and Epic Games Store User Profile Survey," July 2019, EPIC_VALVE_0000073–308 at 246. ▮

[522]    VGM presentation, "Steam User and Epic Games Store User Profile Survey," July 2019, EPIC_VALVE_0000073–308 at 077 ▮

[523]    VGM presentation, "Steam User and Epic Games Store User Profile Survey," July 2019, EPIC_VALVE_0000073–308 at 234. ▮

[524]    Schwartz Opening Merits Report, Footnote 701. See also "Browsing Steam Store Horrible Experience Report," December 27–28, 2015, VALVE_ANT_1847812–831 at 812–813, 815, 818, 820; Email from ▮ to Tom Giardino, "Re: [Contact Form] Developer that needs to be banned for fake reviews," June 21, 2018, VALVE_ANT_0501377; Email from ▮ to Gabe Newell, "[Contact Form] Concerns about steam store front," July 10, 2018, VALVE_ANT_0418237; "Appendix H: Comments, Operation: Tell Valve All the Things, v 2.0," VALVE_ANT_2371141–173 at 145.

[525]    Schwartz Opening Merits Report, ¶¶ 267–268, Footnote 701.

[526]    There were a variety of potential solutions noted in this document including dynamic tips for developers that are tailored to the specific game, and A/B tests for store page design elements. Schwartz Opening Merits Report, ¶ 267; Deposition of Al Farnsworth (Valve Corporation), November 7, 2023, Exhibit 242, Email from Alden Kroll to SteamBusiness et al., "Trip Notes: Boston developer meet-up," October 5, 2018, VALVE_ANT_0054709–714 at 711 ▮

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

a. In the same document from the 2018 developer meeting that Dr. Schwartz references, developers made positive remarks about Steam including:[527]

"[Publishers] like Steam and would continue releasing games on Steam unless a competitor comes along and offers a better deal with a real platform."

"Acknowledgement that other platforms take 30% and give even less."

"[Reviews work] well for games with hundreds or thousands of reviews"

b. Further, public sources also point to developer satisfaction with the Steam platform.

"For the most part, however, the developers I spoke to believed that Steam reviews can be a useful source of feedback."[528]

"Steam will give you more visibility than anything you can ever generate alone."[529]

"People like to buy games on Steam. It's a very trusted storefront, whereas if you go to SpyParty.com you're clicking a link on a website and entering your credit card number. So I can totally empathize with people holding off until it's on Steam."[530]

"[Due to Steam's refund policy] Early Access developers may see a few more people prepared to risk a purchase, since they can properly access the quality of what is available already. As well as this, games with a more niche appeal, or with retro graphics, may get a few more experimental purchases now that refunds are an option for the consumer."[531]

"[A feature in Upcoming Games] can get you at least 1,000 wishlists a day, every day that you're in it. So obviously if you're there for four days that means you're getting probably at least 4,000 wishlists in the pre-

[527]  Deposition of Al Farnsworth (Valve Corporation), November 7, 2023, Exhibit 242, Email from Alden Kroll to SteamBusiness et al., "Trip Notes: Boston developer meet-up," October 5, 2018, VALVE_ANT_0054709–714 at 712.

[528]  Rick Lane, "What developers think of Steam reviews," *Rock Paper Shotgun*, March 13, 2018, available at https://www.rockpapershotgun.com/what-developers-think-of-steam-reviews, accessed on March 7, 2025.

[529]  Imran Khan, "The secret to using Steam as a developer is to make Valve earn their 30 percent," *Game Developer*, March 20, 2024, available at https://www.gamedeveloper.com/marketing/the-secret-to-using-steam-as-a-developer-is-to-make-valve-earn-their-30-percent, accessed on March 7, 2025.

[530]  Samuel Horti, "Is it worth cutting out Steam to sell indie games direct?" *PC Gamer*, March 7, 2018, available at https://www.pcgamer.com/is-it-worth-cutting-out-steam-to-sell-indie-games-direct/, accessed on March 6, 2025.

[531]  Chris Simpson, "Steam Refunds: The Advantages to Developers," *Game Developer*, June 8, 2015, available at https://www.gamedeveloper.com/business/steam-refunds-the-advantages-to-developers, accessed on March 6, 2025.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

launch week, which can mean 2,000 sales -- to a lot of developers [that] will be a lot of money."[532]

307.  Similar to his analysis of customer reviews, Dr. Schwartz makes no attempt to weigh complaints for different platforms against each other to reach a conclusion about which ones tend to generate more negative sentiment.

  a. For example, Epic's developer forum has a variety of recent posts from developers complaining about EGS.[533]

    "I like Epic Games as a company but when it comes to support they are really slow. I have a product on the Epic store (currently tagged with coming soon) and I sent two private questions a weak (sic) ago and still waiting for response... It's causing me to delay the processing of publishing the game. Would really wish to get some attention."

    "Out of curiosity, I would like to know if I am the only unlucky one who has only made one sale so far since the launch of the new store, while in the old UE Marketplace I had 1 to 3 sales steadily per day."

  b. The 2019 survey commissioned by Epic ███████████████████████████ ████████████████████████████████████████████████████ ████████████████████[534]

308.  Industry reporting is also consistent with the view that Steam provides high quality and that its users prefer it to competitor platforms. I provide evidence based on industry reporting in Section 4.2.

309.  Dr. Schwartz also argues that Steam provides "bad" support to its publishers, referencing a 2017 interview with Chris Boyd.[535] Dr. Schwartz ignores the latter part of the article which details measures that Steam had been taking to

---

[532]  Marie Dealessandri, "A game developer's guide to Steam wishlists," *GamesIndustry.biz*, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on March 6, 2025.

[533]  Epic Dev Community, "Disapointed with epic support...," April 2023, available at https://forums.unrealengine.com/t/disapointed-with-epic-support/926204, accessed on March 7, 2025; Epic Dev Community, "How are sales for you publishers?" November 2024, available at https://forums.unrealengine.com/t/how-are-sales-for-you-publishers/2100512, accessed on March 7, 2025.

[534]  VGM presentation, "Steam User and Epic Games Store User Profile Survey," July 2019, EPIC_VALVE_0000073–308 at 224 ███████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████

[535]  Schwartz Opening Merits Report, ¶ 269 ("Mr. Boyd acknowledged in his deposition and in a 2017 interview that 'Valve has a reputation for 'bad support', sometimes taking more than 30 days for a response'").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

rectify the issue, including increasing the number of customer support representatives and expanding the language support feature.[536]

310.  Dr. Schwartz points to a small survey of publishers conducted by Lars Doucet, who is an indie developer and industry blogger.[537] The survey was published in October 2017 and incorporated responses from 232 developers, which Dr. Schwartz claims is 2.3 percent of all developers on Steam.[538] Dr. Schwartz references at least 12 out of the 71 complaints that were surveyed in this report to support his claim that developers are dissatisfied with "the general quality of Steam and how it functions[,] … the mechanisms Steam uses to guide users towards games[, and] …[the lack of] accessible data from Steam."[539] Dr. Schwartz ignores the fact that Steam has addressed many of these issues *in response* to the survey.[540] Doucet tracked Steam's responses to the top ten issues that developers raised and found that at least four were

---

[536]  Deposition of Chris Boyd (Valve Corporation), November 17, 2023, Exhibit 309, Game Revolution, "Valve Interview Pt 4: Devs On Steam Greenlight Replacement, Discovery Updates and Support," February 10, 2017 ("Chris Boyd shared that recently there has been a lot of attention paid to the support process, starting with 'significantly expanding the size of the support team'. Language support and features have also been given attention with great results."). Erik Johnson's deposition also details these changes. See Deposition of Erik Johnson (Valve Corporation), September 26, 2023 ("Johnson Deposition"), pp. 228–229 ████

████████████████████████████████████████████████████████████

[537]  Schwartz Opening Merits Report, ¶¶ 270–273; Lars Doucet, "The biggest issues with Steam in 2017, according to 230 developers," *PC Gamer*, October 27, 2017, available at https://www.pcgamer.com/the-biggest-issues-with-steam-in-2017-according-to-230-developers/, accessed on March 5, 2025 ("My name's Lars Doucet, I'm one of the developers of the indie game Defender's Quest: Valley of the Forgotten, I blog regularly on my site, Gamasutra, and as of today, PC Gamer.").

[538]  Dr. Schwartz addresses the fact that this survey was not performed on a representative sample. Schwartz Opening Merits Report, ¶ 270 ("According to the survey, the samples consist of roughly 2.3% and 1.4% of all developers on Steam."), Footnote 713 ("The survey is not a representative sample, favoring developers who are English speaking, well-connected, active on social media, know Lars Doucet, and are independent or small rather than AAA publishers, and those developers that are from North America, the UK, or Europe."); Lars Doucet, "The biggest issues with Steam in 2017, according to 230 developers," *PC Gamer*, October 27, 2017, available at https://www.pcgamer.com/the-biggest-issues-with-steam-in-2017-according-to-230-developers/, accessed on March 5, 2025 ("In all, 232 developers participated in the survey … Scraping the Steam API suggests there are roughly 10,000 registered developers on Steam, and Valve representative Alden Kroll told me in a recent email that approximately 8,200 of those have ever earned any money … this gives us a sample size of just over 2 percent.").

[539]  Schwartz Opening Merits Report, ¶¶ 271–273; Lars Doucet, "Operation Tell Valve All the Things, 2.0, Appendix 1: Issue Scores (PUBLIC REPORT)," available at https://docs.google.com/spreadsheets/d/1b2-u9sYxNfwU8WzqGiPw4CEtYGKZrZaTibqZ1R83_Mw, accessed on March 16, 2025.

[540]  Lars Doucet, "Operation Tell Valve All The Things, 3.0," *Fortress of Doors*, December 10, 2018, available at https://www.fortressofdoors.com/operation-tell-valve-all-the-things-3-0/, accessed on March 16, 2025 ("I know for a fact that Valve reads these reports, and even responds to them. Of the 19 issues we raised in the past two surveys, we got a resolution for 55-60% of them, depending on how you figure.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

addressed by December 2018, just over a year after the survey was published.[541] Two of these addressed issues were ones that Schwartz specifically mentions.[542] Another three have been addressed by updates made to the Steam platform since December 2018.[543] In addition, Steam continues to improve upon past solutions. For example, in 2024, Steam added a "new dashboard and calendar to make it easier for studios large or small to keep

---

[541] Doucet reports a resolution rate of 4.5-5.5/10. Doucet applies a decimal points system to account for cases where Steam partially addresses an issue. See Lars Doucet, "Operation Tell Valve All The Things, 3.0," *Fortress of Doors*, December 10, 2018, available at https://www.fortressofdoors.com/operation-tell-valve-all-the-things-3-0/, accessed on March 16, 2025 ("OTVATT 2.0: 4.5-5.5/10").

[542] Schwartz Opening Merits Report, ¶¶ 271 ("Of developers surveyed, 77% agreed that '[d]evs should be able to have one unified landing page for all their games[,]'"), 272 ("81% agreeing that Steam should "[c]larify what is needed for various featuring opportunities[.]'"); Lars Doucet, "Operation Tell Valve All The Things, 3.0," *Fortress of Doors*, December 10, 2018, available at https://www.fortressofdoors.com/operation-tell-valve-all-the-things-3-0/, accessed on March 16, 2025 ("2. Clarify what a developer needs to do in order to qualify for various featuring opportunities. An ambiguous request with an ambiguous resolution. Valve has done a lot of touring and speaking recently and they often talk about featuring. I'm not sure they've ever broken it down into a hard rubric or anything. Let's give them half a point for this one. … 4. Devs should be able to have one unified landing page for all their games. This was a repeat issue from the previous year's survey, and we did eventually get it.").

[543] Schwartz Opening Merits Report, ¶¶ 271 (70% of developers agree that 'bug reporting / technical support should be built into Steam/Steamworks. Filter issues that are Steam issues to Steam support team instead of me'"), 272 ("68% of developers agree[d] that Steam should '[a]llow developers to 'target' the discoverability algorithm for their game[,]'"), Footnote 721 ("For example, see Attachment F-1 at 'Allow easy user rating export / data dump' and 'Provide adoption data on various features / hardware'."). In July 2024, Valve improved the discoverability of demos for games and added features that would allow publishers to differentiate their offering. See Darryn Bonthuys, "Changes To How Steam Demos Work Are On The Way," *GameSpot*, July 26, 2024, available at https://www.gamespot.com/articles/changes-to-how-steam-demos-work-are-on-the-way/1100-6525327/, accessed on March 7, 2025 ("Valve has unveiled changes to how demos work on Steam, as the company is aiming to make them easier to discover. These updates will see demos redesigned to be more like standalone games on the platform, giving them their own store page separate from the main game's hub. The benefit to this is that the demo page can contain separate screenshots, trailers, and details on these slices of the full game to help set them apart and give potential players more accurate information."). In August 2024, Valve announced that it would adjust the display order of reviews to make "informative" ones more prominent. See Justin Carter, "Valve launches 'helpfulness system' for Steam user reviews," *Game Developer*, August 14, 2024, available at https://www.gamedeveloper.com/business/valve-launches-helpfulness-system-for-steam-user-reviews, accessed on March 7, 2025 ("More changes have hit Steam, this time for its user reviews. After being spotted by players last week, Valve has implemented a helpfulness system that prioritizes informative reviews on a game's store page … The system is a work-in-progress, and the studio said it will take 'quite a while' to analyze new and current reviews to determine their helpfulness."). In February 2021, Valve started providing reports to publishers that showed which game controllers players used to play their games. See Steam Community, "NEW: See Which Controllers Players Are Using In Your Game," February 24, 2021, available at https://steamcommunity.com/groups/steamworks/announcements/detail/3061855517864424915, accessed on March 7, 2025 ("We've just added some new reports in the Steamworks Sales & Activations dashboard that show the breakdown of major game controllers players are using (or could use) within your game.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

track of their tasks and opportunities" and a tool for developers to schedule their eligible games for front page promotions.[544]

311.  Consistent with its efforts to innovate and monitor and resolve quality issues, Valve has invested resources to improve its customer service and improve the experience of platform users on both sides of the platform.

   a. In 2015, Valve acknowledged customer dissatisfaction with its customer support and announced its intention to improve it.[545]

   b. Valve's P&L statements demonstrate the large increase in spending on customer support starting in 2016. Prior to 2016, ███████████████ ██████████████████████████████ By 2021, spending on customer support reached over ████████████████ [546]

   c. By 2017, Valve had completed implementation of a wide range of changes including an upgraded support site that displays response times, improved tools, more streamlined process for contacting support, increase in support personnel, bug fixes, and self-service options.[547]

---

[544]  Steam, "Steam Year In Review 2024," March 13, 2025, available at https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035 272, accessed on March 17, 2025 ("Early in 2024 we launched a new tool for Daily Deal self-scheduling. Daily Deals are front page promotions showcase to users in the 'Special Offers' section of the store, and the scheduling process is simple: games earn eligibility based on player numbers and revenue, and developers can schedule an eligible games in an available day on the calendar."). These additions are solutions to the issue "Clarify what a developer needs to do in order to qualify for various featuring opportunities." See Lars Doucet, "The biggest issues with Steam in 2017, according to 230 developers," *PC Gamer*, October 27, 2017, available at https://www.pcgamer.com/the-biggest-issues-with-steam-in-2017-according-to-230-developers/, accessed on March 5, 2025.

[545]  Cassidee Moser, "Valve on Customer Service: 'We Have to Do Better,'" *IGN*, April 9, 2018, available at https://www.ign.com/articles/2015/03/17/valve-on-customer-service-we-have-to-do-better, accessed on March 7, 2025 ("'The more important thing is that we don't feel like our customer service support is where it needs to be right now. We think customers are right,' said Johnson"). Dr. Rietveld points to this and other sources that demonstrate this dissatisfaction with customer service, most from 2015 or earlier. He ignores the evidence showing that Valve subsequently heavily invested in their customer support functions. See, for example, Rietveld Opening Merits Report, ¶¶ 102–106, Footnote 129 ("https://www.ign.com/articles/2015/03/17/valve-on-customer-service-we-have-to-do-better.").

[546]  I understand that Valve did not ████████████████████████████████ ████████████ See Valve P&L Statements, VALVE_ANT_2755012; Johnson Deposition, pp. 227–229 ██████████████████████████████████ and I think our reputation actually is quite good.").

[547]  Steam, "Steam Support Update and Stats Page," May 3, 2017, available at https://steamcommunity.com/discussions/forum/1/1327844097108662862/, accessed on March 7, 2025 ("Improving Steam Support to make that experience as smooth as possible has been a big focus for us over the last couple years. We overhauled our support site, we've built better integrated tools, we no longer require a separate account to contact support, and we've

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

312.    Overall, a broader review of the evidence on Steam's quality makes clear that Valve continues to invest and deliver quality to its users.

### 8.5.2. Professor Rietveld's analysis of quality degradation through platform overcrowding is based on an incorrect interpretation of the empirical facts

313.    One of Steam's innovations that has been transformative for the industry are its self-publishing tools, including Steam Direct and its predecessor Greenlight. Giving publishers an easy and low-cost way to publish games on Steam, without having to engage the services of independent publishers, lowered barriers to entry for developers and allowed developers with more limited marketing and game development resources and less known, or unknown, titles to enter.[548] In other words, **Steam's innovations allowed games to have a shot at success even if their expectation of earnings was lower, because they faced very low fixed costs to releasing the game on Steam**. Note that this is in contrast to the model of some video game platforms, which historically restricted access for developers.[549]

314.    Professor Rietveld acknowledges that Steam Greenlight and Steam Direct lowered barriers to entry for developers. However, he attributes an anticompetitive impact to these innovations and to the increase in the number of developers and titles on Steam. This stands in contrast to **fundamental principles of antitrust economics that generally view lower barriers to entry and an expansion in the set of competitors as procompetitive outcomes.** With lower barriers to entry, small indie developers have the chance to release their games, and some turn into major successes. For example, Zeekerss' *Lethal Company* sold over 10 million copies

---

increased our support staffing. We've also fixed as many bugs as possible and have provided new self-service options where they make sense... The first thing you'll see on our stats page is a graph of the volume of submitted help requests that are waiting for a response alongside a graph of the backlog of waiting requests that our support staff has yet to respond to over time."). Recent public press cites Steam's "great customer support" as one of the reasons why Steam is the best PC gaming platform. See Yousef A. Zain, "6 reasons Steam is the best PC gaming platform," *XDA*, March 20, 2025, available at https://www.xda-developers.com/6-reasons-steam-is-the-best-pc-gaming-platform/, accessed on March 24, 2025 ("Customer service in the gaming industry — or, frankly, in any industry — often leaves much to be desired. However, Steam's support stands out as one of the most reliable in gaming. Whether you need a refund, encounter a payment issue, or, as was the case for me and many others, have your account compromised, finding help is relatively straightforward.").

548    Rietveld Opening Merits Report, ¶ 66 ("the effects of Greenlight and Steam Direct on the number of games released were swift and substantial... by lowering entry requirements for PC games entering Steam, Valve has greatly expanded the platform's boundaries over time.").

549    Schwartz Opening Merits Report, ¶ 111 ("the major console providers—Sony, Microsoft, and Nintendo—serve as gatekeepers to their platforms; their approval is required for a game to be available for play on their consoles. Although console requirements have changed over time, this gatekeeping role can deter or prevent PC game developers from pursuing or accessing console distribution services.").

within a year of its release.[550] As another example, *Phasmophobia*, a survival horror game created by the indie studio Kinetic Games, sold almost 22 million units as of December 2024.[551]

315. Professor Rietveld claims that, by introducing changes to the Steam platform that encouraged more games to be released on Steam, Valve caused the platform to be increasingly crowded with games.[552] Dr. Schwartz also argues that the launch of Steam Direct led to a sharp increase in games entering the platform which decreased discoverability for all games and "harms publishers' ability to reach users and make game sales."[553] Dr. Schwartz provides no concrete evidence that the introduction of Steam Direct led to a decrease in discoverability across all publishers.[554]

---

[550] Ryan K. Rigney, "The 10-Year Journey Behind Lethal Company's Success," *Push to Talk*, January 19, 2024, available at https://www.pushtotalk.gg/p/how-lethal-company-sold-10-million-copies, accessed on March 18, 2025 ("*Lethal Company* and the evolution of its young creator, Zeekerss ... a single 21-year-old developer ... we can estimate with some certainty that *Lethal Company* has likely sold more than 10 million copies ... the game released on schedule [October 23, 2023].").

[551] Sal Romano, "Phasmophobia sales top one million on consoles, total sales approach 22 million," *Gematsu*, December 3, 2024, available at https://www.gematsu.com/2024/12/phasmophobia-sales-top-one-million-on-consoles-total-sales-approach-22-million, accessed on March 25, 2025 ("*Phasmophobia* first launched in Early Access for PC via Steam on September 18, 2020, and has now sold almost 22 million units across all platforms."); Joe Skrebels, "Phasmophobia Dev 'Reconsidering' Early Access Plans After Huge Success," *IGN*, November 4, 2020, available at https://www.ign.com/articles/phasmophobia-dev-reconsidering-early-access-plans-after-huge-success, accessed on March 25, 2025 ("Kinetic Games is made up of a single developer – going by the name Dknighter – who created [*Phasmophobia*] as a debut solo project, with no formal development training.").

[552] Rietveld Opening Merits Report, ¶¶ 64–65 ("Valve later introduced platform changes that led to significant increases in the number of games distributed through Steam, most notably Greenlight in August 2012 and Steam Direct in June 2017. These changes materially lowered entry requirements for PC game publishers, resulting in surges of new games released on Steam ... the number of newly released games has increased in most years and, therefore, so has the total number of games on the platform—resulting in an increasingly congested landscape in which PC game publishers must compete.").

[553] Schwartz Opening Merits Report, ¶ 268.

[554] Aside from a few anecdotal emails and a single industry article, Dr. Schwartz cites an industry source that claims that "indie developers have found themselves in a quagmire as the sales of smaller games have significantly dropped in 2019. This points to the crowded space in which their games are hosted, coupled with the revenue share taken by Steam, and the possible flawed approach to pricing. A brunt of Steam's revenue comes from only a handful of titles." Because this source does not explain the empirical methodology used to come to these conclusions, I am unable to assess the validity of these results. See Schwartz Opening Merits Report, ¶ 268, Footnote 709; Arthur Zuckerman, "75 Steam Statistics: 2020/2021 Facts, Market Share & Data Analysis," *CompareCamp*, May 15, 2020, available at https://comparecamp.com/steam-statistics/, accessed on March 17, 2025 ("However, indie developers have found themselves in a quagmire as the sales of smaller games have significantly dropped in 2019. This points to the crowded space in which their games are hosted, coupled with the revenue share taken by Steam, and the possible flawed approach to pricing. A brunt of Steam's revenue comes from only a handful of titles.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

316. Professor Rietveld argues that overcrowding has caused harm because publishers tend to earn less revenue over their lifetime, as a result of overcrowding.[555] He anchors the mechanism by which Steam could have incentives to overcrowd its own platform by referencing two academic papers, one of them authored by him.[556] Professor Rietveld provides an analysis that shows that average lifetime revenues of games on Steam declined over the period of 2006 to 2022.[557] This analysis and **Professor Rietveld's interpretation of the results is fundamentally flawed because it fails to account for the change in the group of developers and games that were on Steam over time.**

317. The lower entry barriers and entry of small games shifted the distribution of revenues by game towards a lower average revenue. This is not driven by harm to publishers, it is driven by benefits to small developers (and to consumers from the broader selection of games). His exhibit showing game releases on Steam (Figure 7) demonstrates that the accelerated expansion in titles on Steam coincided with the introduction of Steam Greenlight and Steam Direct. However, Professor Rietveld draws the wrong conclusion about the effect this had on publishers overall, arguing that on net publishers are harmed rather than recognizing the expanded distribution of revenues due to the inclusion of smaller games and developers on the platform.

318. Professor Rietveld claims to disentangle the two effects—the claimed reduction of the revenues of publishers that would have been in the distribution without the innovations, and the inclusion of lower revenues of smaller publishers that were able to enter thanks to the innovation—by conducting several different cuts of his analysis, but in every case the statistical approach continues to confound the two effects and draw the wrong conclusion. I provide a detailed review of his analyses of average lifetime revenue for different cuts of publishers in Appendix A5.

319. The correct metric for assessing whether there was a decrease in platform quality over this period is to consider overall Steam sales. Overcrowding is harmful on net if it decreases platform quality to the point that consumers choose to make fewer purchases. As Exhibit 18 demonstrates, **Steam sales (both total and sales from third-party game sales) in fact**

---

[555] Rietveld Opening Merits Report, ¶¶ 69–70 ("For example, research—including in the context of Steam—has documented that while overall consumer spending on a multi-sided platform increases following such changes in platform governance, the average demand for individual complements decreases and becomes progressively concentrated in a relatively small number of successful complements. ... These dynamics are present on Steam as well ... most PC game publishers have increasingly struggled to sell games and generate revenues through Steam.").

[556] Rietveld Opening Merits Report, Footnote 80 ("Johns, J. (2006). Video Games Production Networks: Value Capture, Power Relations and Embeddedness. *Journal of Economic Geography*, 6, Figure 5; and Rietveld, J., et al. (2020). Coevolution of Platform Dominance and Governance Strategies: Effects on Complementor Performance Outcomes. *Academy of Management Discoveries*, Vol. 6, No. 3, pp. 488 – 513.").

[557] Rietveld Opening Merits Report, Figure 8.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**experienced strong growth** over the years in which the decline in average lifetime game revenues occurs (2013-2020). The expansion in Steam sales directly contradicts that overcrowding (or any other quality degradation) harmed publishers, as a group, by making it harder for consumers to find games they liked and wanted to purchase. The pattern indicates that Steam has become an increasingly effective channel for publishers to make sales and earn revenues.



*Source: Schwartz Opening Merits Report, backup materials*
Note: Revenue from third-party sales is calculated as revenue generated from games where Valve is not the publisher.

320. My analysis is consistent with Figure 17 of Professor Rietveld's report, where he plots Valve's revenues from sales of third-party games on Steam and shows that these ███████████████████████████████ Where we disagree is on the interpretation of these empirical patterns: my view, consistent with the economics literature, is that this is evidence of procompetitive market expansion;[558] his view is that this proves Steam

[558] U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, pp. 11–12 ("procompetitive effects [include] increased output"). The Steam Year in Review 2024 also highlights the success of new releases, presenting new release revenue to show how players are discovering and buying new games. See Steam, "Steam Year In Review 2024," March 13, 2025, available at

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

benefits to the detriment of publishers (which does not make sense because increases in Steam revenues go hand in hand with increases in publishers' revenues since Steam's revenue share is a percentage of revenue from selling publishers' games).

321.     Finally, in his analyses, Professor Rietveld is focused on establishing harm to competitors rather than harm to competition. By encouraging entry of additional games and developers, it may be the case that some individual publishers have experienced lower success, because they faced more competition, and consumers found a game that better matched their preferences. However, this is the foundation of the competitive process and does not mean there was harm to competition (or to publishers overall).[559]

---

https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035272, accessed on March 17, 2025 ("On that note, we also wanted to use this Year In Review to talk about the opportunity for new products. 2024 was the Steam platform's best year ever in terms of customers buying newly released games. ... • New Release revenue per year has increased almost exactly 10x since 2014. • In 2024, more than 500 new titles exceeded $250,000 in New Release revenue (up 27% from 2023). • In 2024, more than 200 new titles exceeded $1 million in New Release revenue (up 15% from 2023).").

[559]  Spence (1976), p. 410 ("The entry of an additional product has several effects. It increases the surplus from the new product, but lowers the demand for existing products and causes them to contract output. In terms of the surplus, there are gains and losses. The gains are the profits and the consumer surplus from the new product. The losses are reductions in the profit and surplus from the existing products. When the products are close substitutes and the cross elasticities are high, the extra surplus created by the entering product is lost through contractions of existing firms. The familiar metaphor of expanding and slicing the pie is appropriate. A new product expands the pie and causes it to be sliced into more pieces.").