# EXHIBIT 6
# Report Part 4

# (Dkt No. 454.06)

# REDACTED

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

# 9. CONCLUSION

322. Plaintiffs' theory for how Valve's alleged conduct has caused harmful competitive effects is inconsistent with the reality of video game distribution. Under their theory, Steam acquired monopoly power, enforced a PMFN that prevented publishers from setting lower prices on other platforms, and foreclosed competition for video game distribution, entrenching Steam as a monopolist and allowing it to extract supracompetitive revenue shares from publishers. I find that Dr. Schwartz and Professor Rietveld fail to demonstrate that this theory works in practice. And I find that the evidence refutes it.

    a. Under their theory, Steam has market power, but in reality Steam competes with at least first-party PC game distribution and Steam makes up only around ███████ of sales in that understanding of the market.

    b. Under their theory, publishers have to distribute through Steam but in reality many PC games (including very successful ones) do not rely on Steam, at all or in most part.

    c. Under their theory, there should be widespread price parity for games on Steam, but in reality prices on other channels are often lower.

    d. Under their theory, the emails from the "enforcement events" that Dr. Schwartz considers should cause publishers to price consistent with a price PMFN, but in reality pricing is inconsistent with a PMFN both before and after the emails, with no systematic shift towards parity after the emails.

    e. Under their theory, competition should be foreclosed, but in reality there has been frequent entry and publishers have abundant choices today for how to distribute their games (and consumers for where to acquire and play them).

    f. Under their theory, Valve should have exercised its market power through higher revenue shares, but in reality it has only lowered them (in response to growing competitive pressure).

    g. Under their theory, harm to competition should have materialized through more limited output, increases in retail prices, and more limited innovation, but in reality output has expanded rapidly, prices have generally declined, and there has been rapid innovation.

323. Outcomes are consistent with healthy competition in an industry in which innovation is a key competitive lever. Steam's success, the main fact that Dr. Schwartz and Professor Rietveld rely on to substantiate that competition is foreclosed, is consistent with it competing to preserve that position through innovation and by providing superior platform services to any of its rivals.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

Executed on the 26th day of March, 2025

_____

Gautam Gowrisankaran

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

# A1. METHODOLOGY AND BACKUP MATERIALS FOR THE ANALYSIS OF STEAM AND EGS PLATFORM FEATURES

## A1.1. Comparison methodology

324. The features that I compare in Exhibit 2 were chosen based on a 2019 article by Lars Doucet, who is an indie developer and industry blogger. Doucet compared this set of features across Steam, EGS, and other platforms in his article, titled "So You Want To Compete With Steam: Epic, Discord, Kartridge, and RobotCache 2."[560] I take the features that he uses in his comparison table included in the article and conduct my own research to make updated determinations about whether Steam and EGS have these platform features as of the writing of this report. In his opening merits report, Dr. Schwartz relies on work done by Lars Doucet and Lars has published his work in PC Gamer and Game Developer.[561]

325. I reviewed publicly available information to determine the availability of features on both Steam and EGS. If the available evidence indicated that the feature was *ever* available on Steam or EGS (even if it is no longer available), I treat that feature as available in my comparison.[562] If the available evidence indicated that the feature was never available on Steam or EGS, I treat that feature as unavailable.

326. Based on my review, some features that are available on both platforms appear to be superior on one platform compared to the other. I discuss each such feature that is presented in Exhibit 2:

---

[560] Lars Doucet, "So You Want To Compete With Steam: Epic, Discord, Kartridge, and RobotCache 2," *Game Developer*, January 24, 2019, available at https://www.gamedeveloper.com/business/so-you-want-to-compete-with-steam-epic-discord-kartridge-and-robotcache, accessed on March 5, 2025.

[561] Schwartz Opening Merits Report, ¶¶ 270–273 ("Surveys conducted by game developer, Lars Doucet, provide a more comprehensive view of developer's opinions of Steam."). See e.g., Lars Doucet, "The biggest issues with Steam in 2017, according to 230 developers," *PC Gamer*, October 27, 2017, available at https://www.pcgamer.com/the-biggest-issues-with-steam-in-2017-according-to-230-developers/, accessed on March 5, 2025; Lars Doucet, "So You Want To Compete With Steam: Epic, Discord, Kartridge, and RobotCache 2," *Game Developer*, January 24, 2019, available at https://www.gamedeveloper.com/business/so-you-want-to-compete-with-steam-epic-discord-kartridge-and-robotcache, accessed on March 5, 2025.

[562] A feature is treated as available in this analysis where I was able to determine that it was ever available, even in cases where it may not still be available. For example, in March 2021, EGS removed a text chat feature called "Whispers," in anticipation of a larger update to social features. As of February 27, 2025, I have not found evidence that this feature has been added back to EGS, but I still consider it as available in my analysis. See Epic Games, "Epic Games Store Social Update," March 17, 2021, available at https://store.epicgames.com/en-US/news/epic-games-store-social-update, accessed on March 5, 2025 ("Whispers haven't been wildly used, so this features is going into the vault for now, but we're hopeful to bring it back later with improved functionality for messaging your friends.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

a. **Client Languages**: Steam supports 29 languages on its platform, while EGS only supports 16 languages.[563]

b. **Free game giveaways:** Steam offers publisher-initiated promotions of free games that are then free to keep, and free weekend promotions that make certain games available to play for free for a limited time before requiring users to purchase to continue playing once the promotion expires.[564] EGS has a weekly free game promotion, offering a new free title to customers each week to keep indefinitely.[565]

c. **Library sorting:** On Steam, sorting is highly customizable, with sorting features based on recent games, friends' activity, platform, and ability to sort games into shelves and collections.[566] EGS library allows sorting on just six variables (title, installation status, genre, features, type of content, and platform).[567]

d. **Supported Currencies:** Steam supports 37 currencies, and EGS supports 43 currencies.[568]

---

[563] Epic Games, "Supported Languages," available at https://dev.epicgames.com/docs/epic-games-store/store-presence/localize/supported-languages, accessed on March 6, 2025; Steamworks, "Languages Supported on Steam," available at https://partner.steamgames.com/doc/store/localization/languages, accessed on March 6, 2025.

[564] SteamDB, "Free Promotions on Steam," available at https://steamdb.info/upcoming/free/, accessed on March 7, 2025 ("'Free to Keep' refers to games that Steam occasionally offers at no cost for a limited time. When you claim a Free to Keep game during its promotional period, it becomes a permanent part of your Steam library, exactly like a game you've purchased. You can download and play it whenever you want, even after the promotion ends. These publisher-initiated promotions typically run for less than a week, though the duration varies.").

[565] Epic Games, "Play More Free Games," available at https://store.epicgames.com/en-US/free-games, accessed on March 7, 2025 ("Epic Games Store gives you a free game every week. Come back often for the exclusive offers. Download a free game to play or join a free-to-play game community today.").

[566] Steam, "The All New Steam Library is Here," available at https://store.steampowered.com/libraryupdate, accessed on March 14, 2025 ("The new library home gives you quick access to game updates, recently played games, friends' activity and collections ... When games in your library receive an update or host an event you'll be the first to know ... If you want to pick up where you left off this shelf shows the games you played or purchases most recently ... Looking to socialize? You can see what your friends have been up to and which games they are currently playing ... Customize your Library Home page however you want. Add a custom shelf or ten ... Added a 'filter by platform' button to Linux and MacOS that will filter the current game list to only games that run on the current platform.").

[567] Epic Games, "Managing the Library," available at https://www.epicgames.com/help/da/c-Category_EpicGamesStore/c-EpicGamesStore_Tutorials/managing-the-library-a000086063, accessed on March 13, 2025 ("Your library will contain all the games and software you purchased from the Epic Games Store. Similar to the store, you can organize and filter your collection using the filters on the right side ... Title ... Installed ... Genre ... Features ... Types ... Platform.").

[568] Steamworks, "Supported Currencies," available at https://partner.steamgames.com/doc/store/pricing/currencies, accessed on March 6, 2025; Epic Games, "Which currencies do you accept and in which currencies do you display prices?"

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

  e. **User reviews**: On Steam, players can leave full text reviews of any game. On EGS, players are limited to a rating system and cannot leave full text reviews.[569]

  f. **User/developer forums**: Steam hosts forums for both players and developers.[570] Epic's forums are limited to just developers.[571]

  g. **Windows/Mac/Linux Support**: Steam is compatible with Windows, Mac, and Linux.[572] EGS is compatible with Windows and Mac.[573]

## A1.2. Backup materials

327. Adrian Willings and Jacob Fox, "4 ways to easily stream PC games to a TV, phone, or other device," *Pocket-lint*, January 21, 2024, available at https://www.pocket-lint.com/how-to-stream-pc-games-to-another-device/, accessed on March 7, 2025

328. Carli Velocci, "No More Buyer's Remorse: How to Return a Steam Game and Get a Refund," *PCMag*, January 18, 2024, available at

---

available at https://www.epicgames.com/help/en-US/c-Category_BillingSupport/c-GeneralSupport/which-currencies-do-you-accept-and-in-which-currencies-do-you-display-prices-a000084839, accessed on March 13, 2025.

[569] Kyle Orland, "The best games on the Epic Games Store, as picked by players," *Ars Technica*, June 28, 2022, available at https://arstechnica.com/gaming/2022/06/epic-games-store-userreviews-arrive-3-years-late-still-feel-half-baked/, accessed on January 16, 2025 ("Last week, Epic finally added a user review system to its PC Game Store, nearly 3.5 years after the service's initial launch ... On Steam, users can add text to their thumbs-up/thumbs-down reviews, highlighting which specific elements they did or didn't like ... With EGS, on the other hand, player reviewers answer pre-populated survey questions about specific elements of the game, which are then distilled into descriptors that are listed alongside the user review score. Those descriptors are (so far) limited to extremely generic (and universally positive) sentiments about the game: 'amazing storytelling'; 'diverse characters'; 'obsessive gameplay'; 'great boss battles'; etc.").

[570] Steam Community, "Welcome to the Steam Discussions," available at https://steamcommunity.com/discussions/, accessed on March 7, 2025 ("Welcome to the Steam Discussions[.] Everyone is invited! The Steam discussions are for everyone, new and advanced user alike! Searching is key! Before you post a question, use the forum search feature to determine whether your topic has already been covered."); Steam Community, "Steamworks Development," available at https://steamcommunity.com/groups/steamworks, accessed on March 17, 2025 ("This community of Steamworks developers in intended for sharing information regarding Steam and Steamworks development.").

[571] Epic Games, "Epic Developer Community Forums," available at https://forums.unrealengine.com/about, accessed on March 13, 2025 ("Join our community, grow your knowledge and learn from others!").

[572] Steam, "Steam is the ultimate destination for playing, discussing, and creating games," available at https://store.steampowered.com/about/, accessed on March 6, 2025; Deepesh Sharma, "How to Install the Epic Games Launcher to Play Games on Linux," *Make Use Of*, July 4, 2023, available at https://www.makeuseof.com/install-epic-games-launcher-linux/, accessed on March 6, 2025.

[573] Epic Games, "Download the Epic Games Launcher," available at https://store.epicgames.com/en-US/download, accessed on March 7, 2025.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

https://www.pcmag.com/how-to/return-refund-game-on-steam, accessed on March 6, 2025

329.  Dustin Bailey, "Epic doesn't plan to host game forums, encourages devs to use Reddit instead," *PCGamesN*, April 12, 2019, available at https://www.pcgamesn.com/epic-games-store-forums, accessed on March 7, 2025

330.  Epic Games, "Can I share the games in my Epic Games Library with other Epic Games accounts?" available at https://www.epicgames.com/help/en-US/c-Category_EpicGamesStore/c-EpicGamesStore_LauncherSupport/can-i-share-the-games-in-my-epic-games-library-with-other-epic-games-accounts-a000091673, accessed on March 6, 2025

331.  Epic Games, "Cloud Saves," available at https://dev.epicgames.com/docs/epic-games-store/services/cloud-save, accessed on March 6, 2025

332.  Epic Games, "Connect and Save," available at https://store.epicgames.com/en-US/coupons/connect-and-save, accessed on March 7, 2025

333.  Epic Games, "Download the Epic Games Launcher," available at https://store.epicgames.com/en-US/download, accessed on March 7, 2025

334.  Epic Games, "Epic Developer Community Forums," available at https://forums.unrealengine.com/about, accessed on March 13, 2025

335.  Epic Games, "Epic Games Store 2024 Year in Review," February 14, 2025, available at https://store.epicgames.com/en-US/news/epic-games-store-2024-year-in-review, accessed on March 6, 2025

336.  Epic Games, "Epic Games Store Refund Policy," available at https://www.epicgames.com/site/en-US/store-refund-policy, accessed on March 6, 2025

337.  Epic Games, "Epic Rewards," available at https://store.epicgames.com/en-US/features/epic-rewards, accessed on March 6, 2025

338.  Epic Games, "Fortnite FAQ," available at https://store.epicgames.com/en-US/p/fortnite--faq, accessed on March 13, 2025

339.  Epic Games, "How to Add friends to your Epic Account," available at https://www.epicgames.com/help/en-US/c-Category_EpicGamesStore/c-EpicGamesStore_Tutorials/how-to-add-friends-to-your-epic-account-a000086148, accessed on March 7, 2025

340.  Epic Games, "How to take screenshots or recordings on PC," available at https://www.epicgames.com/help/en-US/c-Category_TechnicalSupport/c-TechnicalSupport_GeneralSupport/how-to-take-screenshots-or-recordings-on-pc-a000088570, accessed on March 7, 2025

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

341. Epic Games, "How to use filters in the Epic Games Store," available at https://www.epicgames.com/help/en-US/c-Category_EpicGamesStore/c-EpicGamesStore_Tutorials/how-to-use-filters-in-the-epic-games-store-a000086143, accessed on March 7, 2025

342. Epic Games, "Managing the Library," available at https://www.epicgames.com/help/da/c-Category_EpicGamesStore/c-EpicGamesStore_Tutorials/managing-the-library-a000086063, accessed on March 13, 2025

343. Epic Games, "Play More Free Games," available at https://store.epicgames.com/en-US/free-games, accessed on March 7, 2025

344. Epic Games, "Support-A-Creator," available at https://sac.epicgames.com/en-US/overview, accessed on March 7, 2025

345. Epic Games, "Supported Languages," available at https://dev.epicgames.com/docs/epic-games-store/store-presence/localize/supported-languages, accessed on March 6, 2025

346. Epic Games, "The Epic Games Store 'My Achievements' Update," available at https://store.epicgames.com/en-US/news/the-epic-games-store-my-achievements-update, accessed on March 7, 2025

347. Epic Games, "The Epic Games Store 'Ratings and Polls' update," June 17, 2022, available at https://store.epicgames.com/en-US/news/the-epic-games-store-ratings-and-polls-update, accessed on March 6, 2025

348. Epic Games, "Which currencies do you accept and in which currencies do you display prices?" available at https://www.epicgames.com/help/en-US/c-Category_BillingSupport/c-GeneralSupport/which-currencies-do-you-accept-and-in-which-currencies-do-you-display-prices-a000084839, accessed on March 13, 2025

349. Epic Games, "Wishlists are here!" March 10, 2020, available at https://store.epicgames.com/en-US/news/wishlists-are-here, accessed on January 14, 2025

350. Epic Online Services Developer, "Access Keys," available at https://dev.epicgames.com/docs/epic-games-store/publishing-tools/publishing-process/access-keys, accessed on March 7, 2025

351. Epic Online Services Developer, "Leaderboards Interface," available at https://dev.epicgames.com/docs/game-services/leaderboards, accessed on March 13, 2025

352. Epic Online Services Developer, "Mods," available at https://dev.epicgames.com/docs/epic-games-store/services/mods, accessed on March 13, 2025

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

353. Joe Keeley, "The 7 Best Game Launchers to Launch and Organize PC Games," *Make Use Of*, May 14, 2023, available at https://www.makeuseof.com/tag/pc-game-launchers/, accessed on March 6, 2025

354. Joel Cornell, "How to Customize Steam Search Settings," *How-to Geek*, available at https://www.howtogeek.com/659678/how-to-customize-steam-search-settings/, accessed on March 7, 2025

355. Jordan Gloor, "How to Use Steam's 'Proton' to Play Windows Games on Linux," *How-To Geek*, July 16, 2021, available at https://www.howtogeek.com/738967/how-to-use-steams-proton-to-play-windows-games-on-linux/, accessed on March 13, 2025

356. Jordan Minor, "Epic Games Store Review," *PCMag*, July 20, 2023, available at https://www.pcmag.com/reviews/epic-games-store-for-pc, accessed on March 6, 2025

357. Mahesh Makvana, "How to Take a Screenshot in Steam," *How-to Geek*, available at https://www.howtogeek.com/843806/how-to-take-a-screenshot-in-steam/#view-steam-s-captured-screenshots, accessed on March 7, 2025

358. Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on March 6, 2025

359. Matthew Wilson, "The best universal game launchers to unify your PC games collection," *Kitguru*, August 26, 2019, available at https://www.kitguru.net/gaming/matthew-wilson/the-best-universal-game-launchers-to-unify-your-pc-games-collection/, accessed on March 6, 2025

360. Michael Reed, "Better Linux Gaming With Steam and Proton," *Tom's Hardware*, October 10, 2021, available at https://www.tomshardware.com/how-to/game-with-steam-on-linux, accessed on March 6, 2025

361. Steam Community, "Steam Guides," available at https://steamcommunity.com/guides, accessed on March 7, 2025

362. Steam Community, "Steamworks Development," available at https://steamcommunity.com/groups/steamworks, accessed on March 17, 2025

363. Steam Community, "The All-New Steam Chat," available at https://steamcommunity.com/updates/chatupdate, accessed on March 13, 2025

364. Steam Community, "Welcome to the Steam Discussions," available at https://steamcommunity.com/discussions/, accessed on March 7, 2025

365. Steam Support, "Add Non-Steam Games to a Library," available at https://help.steampowered.com/en/faqs/view/4B8B-9697-2338-40EC, accessed on March 12, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

366. Steam Support, "Mods on Steam," available at https://store.steampowered.com/about/communitymods/, accessed on March 7, 2025

367. Steam Support, "Steam Cloud," available at https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678, accessed on April 30, 2024

368. Steam Support, "Steam Community Groups," available at https://help.steampowered.com/en/faqs/view/4030-bc19-140f-45da, accessed on March 7, 2025

369. Steam Support, "Steam Coupons," available at https://help.steampowered.com/en/faqs/view/3145-C9BC-3E38-94F0, accessed on March 6, 2025

370. Steam Support, "Steam Friends & Chat," available at https://help.steampowered.com/en/faqs/view/595C-42F4-3B66-E02F, accessed on March 6, 2025

371. Steam Support, "Steam Wishlist," available at https://help.steampowered.com/en/faqs/view/0CAD-3B4D-B874-A065, accessed on March 7, 2025

372. Steam Support, "Steam's Big Picture Mode," available at https://help.steampowered.com/en/faqs/view/3725-76D3-3F31-FB63, accessed on March 6, 2025

373. Steam, "Community Market," available at https://steamcommunity.com/market/, accessed on March 7, 2025

374. Steam, "Remote Play," available at https://store.steampowered.com/streaming/, accessed on March 7, 2025

375. Steam, "Steam Broadcasting," available at https://steamcommunity.com/updates/broadcastingm accessed on March 7, 2025

376. Steam, "Steam Families is here," September 11, 2024, available at https://store.steampowered.com/news/app/593110/view/4605582245626919823, accessed on March 6, 2025

377. Steam, "Steam is the ultimate destination for playing, discussing, and creating games," available at https://store.steampowered.com/about/, accessed on March 6, 2025

378. Steam, "Steam Points," available at https://store.steampowered.com/points/howitworks, accessed on March 14, 2025

379. Steam, "The All New Steam Library Is Here," available at https://store.steampowered.com/libraryupdate, accessed on March 14, 2025

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

380. SteamDB, "Free Promotions on Steam," available at https://steamdb.info/upcoming/free/, accessed on March 7, 2025

381. Steamworks, "Getting Started for Players," available at https://partner.steamgames.com/doc/features/steam_controller/getting_star ted_for_player, accessed on March 7, 2025

382. Steamworks, "Languages Supported on Steam," available at https://partner.steamgames.com/doc/store/localization/languages, accessed on March 6, 2025

383. Steamworks, "Microtransactions (In-Game Purchases)," available at https://partner.steamgames.com/doc/features/microtransactions, accessed on March 13, 2025

384. Steamworks, "Stats and Achievements," available at https://partner.steamgames.com/doc/features/achievements, accessed on March 13, 2025

385. Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 7, 2025

386. Steamworks, "Steam Leaderboards," available at https://partner.steamgames.com/doc/features/leaderboards, accessed on March 13, 2025

387. Steamworks, "Supported Currencies," available at https://partner.steamgames.com/doc/store/pricing/currencies, accessed on March 13, 2025

388. Steamworks, "User Reviews," available at https://partner.steamgames.com/doc/store/reviews, accessed on March 6, 2025

389. Timothy Blake Donohoo, Kieran Loughlin, and Katie Doll, "Why Does Epic Games Store's Controller Support Require Steam?" *CBR*, September 11, 2024, available at https://www.cbr.com/epic-games-store-controller-support/, accessed on March 6, 2025

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## A2. DR. SCHWARTZ'S CRITIQUES OF THE ITAD DATA AND METHODOLOGIES TO EVALUATE PRICE PARITY ARE UNFOUNDED

390.    In previous reports for this matter, Dr. Schwartz critiqued the use of ITAD data as being unreliable due in part to an "inadequate" data validation process.[574] Specifically, he focused on a critique of a validation exercise by Professor Chiou that compared prices between ITAD and Steam for the top 100 revenue games of 2022. He argued that validation results based on a small sample of 100 selected games, analyzing only data from 2022, did not form a "basis for extending [] results to the data set at large."[575]

391.    I note that Dr. Schwartz went on to use ITAD data in his opening merits report. However, to address his concerns about data quality, I compared the pricing data from ITAD with the Steam transaction data provided by Valve, as detailed in Appendix A6.2. I find that the two sources of data for Steam prices match for the vast majority of observations.[576] Specifically, I evaluate approximately 35.8 million Steam prices in the Valve produced data and find that 94.7 percent have a matching price in the ITAD data.[577]

392.    Dr. Schwartz has also critiqued restricting the pricing analyses to games offered on Steam as well as at least one other platform, which he refers to as "multihoming," and to the set of days for which the game is offered on both platforms.[578] He asserts that the "overwhelming proportion of products on Steam that are not multihomed comply with Valve's PMFN Policy by

---

[574]    Schwartz Class Certification Rebuttal Report, ¶ 25 ("However, even for the games that are multihomed, Dr. Chiou's analysis is flawed and unreliable. Her data validation process is inadequate, her reliance on the comparison of available prices obscures important marketplace realities, and her pricing threshold is arbitrary and not justified by the facts of the case or any economic principle.").

[575]    Schwartz Class Certification Rebuttal Report, ¶¶ 31–32 ("In Dr. Chiou's report appendix, she discusses her effort to validate the ITAD dataset by merging on the Valve package revenue data. Dr. Chiou's validation is limited not only to Steam prices, but also to the 'top 100 games by revenue.' … Since her sample of games is not randomly or otherwise statistically generated, there is no basis for extending her results to the data set at large. Moreover, her validation is only among a small sample of games in a specific year. Dr. Chiou did not validate the data from other stores, data for games outside the top 100, or data from years other than 2022. This is a serious methodological flaw that undermines her analysis and renders her results unreliable.").

[576]    Kaye and Freedman (2011), p. 228 ("When there is an established way of measuring a variable, a new measurement process can be validated by comparison with the established one.").

[577]    I do this by comparing U.S. and ███ prices in the Valve-produced data to U.S. and ███ prices in the ITAD data. These figures represent the combined evaluation of both countries. See Appendix A6.2. See also Workpaper 31.

[578]    Schwartz Class Certification Rebuttal Report, ¶ 26 ("As an economic matter, Dr. Chiou's focus on her price comparisons leads her to ignore the critical fact that the success and anticompetitive impact of the PMFN is established before she begins her flawed cross-platform price comparisons. She ignores the fact that, by preventing multihoming, the PMFN Policy precludes the possibility of meaningful and effective competition from rival platforms.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

definition."[579] This argument is flawed on theoretical grounds. Conceptually, a PMFN (assuming one exists) can only have impact if the product is offered on another platform. Therefore, it is appropriate to evaluate price parity focusing on games during the periods in which they overlapped on Steam and competing platforms.

393. Dr. Schwartz also argues that pricing later in a game's lifecycle is largely irrelevant for examining the existence or effectiveness of an alleged PMFN, stating that, "Differences in a game's pricing across platforms when the game generates only a small share of its lifetime revenues are less meaningful than price differences across platforms during a period in which the game generates the bulk of its revenues."[580] He argues that typically only "the first few months following release" is the important period for analysis.[581] However, this is factually incorrect on the whole. Specifically, I find that the share of earnings from all sales (excluding microtransactions) associated with games on Steam, outside the first year following a game's release, and averaged across all games, is ▮▮▮▮▮▮▮[582] Therefore, it is not appropriate to limit the analysis of price parity to a short window, such as the first year following the release of games. For a meaningful economic assessment of price parity, it is important to also consider prices beyond the months after the game's release. However, I also show that my analyses are robust to excluding data past the first two years following the title release, in Appendix A3.1.3.

---

[579] Schwartz Class Certification Rebuttal Report, ¶ 30 ("She fails to consider the possibility that the limited, declining multihoming observed in the real world is the result of Valve's PMFN Policy. Thus, Dr. Chiou's analysis is unreliable and cannot support reliable economic inferences. Further, she overlooks that the overwhelming proportion of products on Steam that are not multihomed comply with Valve's PMFN Policy by definition.").

[580] Schwartz Class Certification Rebuttal Report, ¶ 47 ("she studies a set of games dominated by older games whose ability to drive purchases and users to a site (if it ever existed) is long past. This implies that her data are incapable of answering the question she purports to study. The most relevant period for platform competition is the period during which a game generates the majority of its revenues. Dr. Chiou's analysis does not focus on this period. Instead, her analysis considers price differences in a product's month of release to be equally important to price differences four years after a product's release. Differences in a game's pricing across platforms when the game generates only a small share of its lifetime revenues are less meaningful than price differences across platforms during a period in which the game generates the bulk of its revenues.").

[581] Schwartz Class Certification Rebuttal Report, ¶ 46 ("If games are likely to generate fewer and fewer revenues each month following release, the period during which a game generates the highest monthly revenues—typically in the first few months following release—is the most important period competitively. That is the period of time to consider when evaluating whether price differences are likely to engender an enforcement response from Valve.").

[582] See Workpaper 32.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## A3. ADDITIONAL EVIDENCE SHOWING THAT PLAINTIFFS HAVE NOT PROVEN THE ALLEGED CONDUCT CONSTITUTED A PMFN OR RESULTED IN PRICE PARITY ACROSS PLATFORMS

394. **The evidence presented in Section 7.1 is robust to the specific methodology used for the analysis.** To show this, in this appendix, I provide several sensitivity tests to accompany my main analyses. The consistency of results across sensitivities underscores the reliability of my results. In this section, I present sensitivities that consider:

   a. Price comparisons across platforms to reinforce the main finding that widespread price parity for games on Steam does not exist, as publishers frequently offer games at lower prices on other platforms (Appendix A3.1).

   b. Sensitivity analyses showing no causal relationship between the alleged price PMFN and widespread price parity, reinforcing the finding that sporadic alleged enforcement emails had no pricing impacts consistent with a price PMFN (Appendix A3.2).

   c. A placebo test for alleged PMFN enforcement events, where I develop a methodology to further test and validate the finding that the pricing behavior flagged by Dr. Schwartz through his examples of enforcement emails is largely unassociated with any response to the emails in question (Appendix A3.3).

## A3.1. Sensitivities to the evidence of the lack of widespread price parity for games on Steam

### A3.1.1. Evidence of the lack of widespread parity is not sensitive to the period of analysis

395. First, I show that my initial findings in **Section 7.1.1**—that the best prices off Steam are often better than the price on Steam on a given day, as illustrated in Exhibit 7—do not rely on analyzing prices from the early years available in the ITAD data. Instead, results are similar when I evaluate the more recent period of January 1, 2020 to December 31, 2024.

396. As before, for each game, I calculate the share of days (out of all days when that game was available on Steam and at least one other platform) that the price on Steam was at least 5 percent higher than the best price available on one of the other platforms. This represents the percentage of days when the game was available on Steam and at least one other competing platform, but Steam did not offer the best deal for the game.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

---

**EXHIBIT 19**

*For many games, prices are often lower off Steam between 2020 and 2024*



Source: *IsThereAnyDeal*

Note: This figure shows the number of games where Steam prices are higher than those on off-Steam platforms on the same date from January 1, 2020 to December 31, 2024. Prices are considered higher on Steam if they exceed off-Steam prices by more than five percentage points. The analysis includes 35,007 games and excludes those with less than 10 days of price overlap across any platform. The count at the top of each bar indicates the number of games in each bin, with each bin representing the percentage of dates a game's price is higher on Steam. The comparison is based on the minimum daily price on Steam versus the minimum daily price on an off-Steam platform for the same game. Only U.S. prices are considered in this analysis.

397.    The findings are consistent. For over half of the games, better deals are available off Steam for more than 25 percent of the days when Steam competes with other platforms. For 14.4 percent of games, there are no days when a better deal is found off Steam.

## A3.1.2. Evidence of the lack of widespread parity is not sensitive to the types of applications included in the analysis

398.    Second, the ITAD data encompass various types of applications, including DLCs, packages, and games, rather than exclusively games. My baseline

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

analysis in Exhibit 7 uses the full scope of ITAD data without restricting applications by type. Dr. Schwartz previously criticized including non-game applications in analyses with game apps.[583] I rerun the analysis to focus solely on "game" applications within the ITAD data. I use the "type" field in my data set to filter out non-game applications based on ITAD's internal description.[584] Exhibit 20 below presents these results. Consistent with the baseline analysis, Exhibit 20 shows that for nearly half of the game applications, better deals are available off Steam than on Steam for more than 25 percent of the days when Steam competed with other platforms to offer that game. Additionally, for 12 percent of game applications, there are no days when a better deal is found off Steam.

---

[583]  Schwartz Class Certification Rebuttal Report, ¶ 25 ("[Dr. Chiou's] analysis weights all games (and non-games) equally…").

[584]  I validate this "type" field by comparing it to the app type classifications within the Valve data. I find that 99.9% of applications classified as a "game" in the ITAD data are similarly classified as a "game" in the Valve data. I compare over 92 thousand applications categorized as a "game" in the ITAD data to the Valve data using the "app_id" field. See Workpaper 33. For more information on my ITAD price data validation, see Appendix A6.2.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 20**

*For many game applications, prices are lower off Steam*



*Source: IsThereAnyDeal*

Note: This figure shows the number of games where Steam prices are higher than those on off-Steam platforms on the same date from September 4, 2012 to December 31, 2024. Data are restricted to "games" based on the "type" field in the ITAD data. Prices are considered higher on Steam if they exceed off-Steam prices by more than five percentage points. The analysis includes 25,421 games and excludes those with less than 10 days of price overlap across any platform. The count at the top of each bar indicates the number of games in each bin, with each bin representing the percentage of dates a game's price is higher on Steam. The comparison is based on the minimum daily price on Steam versus the minimum daily price on an off-Steam platform for the same game. Only U.S. prices are considered in this analysis.

399.    I also examine whether my comparisons of average prices on Steam and on competing platforms remain consistent when focusing solely on *game applications*. Following the methodology in Exhibit 9, I analyze 61 alternative platforms to Steam and determine the proportion of game applications for each platform that had an average price on the platform that was lower than the average price on Steam. The findings are detailed in Exhibit 21. The results are qualitatively equivalent to my baseline analysis.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 21**

*Competing platforms offer lower average prices than Steam for many game applications*



Source: *IsThereAnyDeal*

Note: This figure shows analysis of 62 platforms (including Steam) captured in the ITAD data. There are 26,974 distinct games included in this analysis. Only "game" applications as labeled by ITAD data are included. For any particular game, the average prices on Steam and a respective platform are calculated as the average daily prices over the period when the game is available on both Steam and the other platform. An average price is considered lower than the Steam price if it is at least 5 percent lower than the Steam average price. I calculate daily prices on Steam by taking the minimum price on each day, and daily prices on other platforms by taking the maximum price recorded within a day. The data cover the period from September 4, 2012 through December 31, 2024.

400.    While not included in this appendix, I note that I have conducted further sensitivities for Exhibit 10, Exhibit 11, and Exhibit 12 to include only game applications as classified by the ITAD data. These were also consistent with the baseline analysis.

### A3.1.3. Evidence of the lack of widespread parity is not sensitive to the inclusion of games late in their lifecycle

401.    To evaluate whether the findings in Exhibit 9 are driven by games that have been on the market for an extended period and are therefore advanced in their revenue cycles, I adjust this analysis to only consider prices within the first two

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

years after release of a game, as recorded in the ITAD data. The findings are detailed in Exhibit 22. The results are qualitatively equivalent to my baseline analysis.

**EXHIBIT 22**

*Competing platforms offer lower average prices than Steam for many games within two years after release*



*Source: IsThereAnyDeal*

Note: This figure shows analysis of 62 platforms (including Steam) captured in the ITAD data. There are 30,954 distinct games included in this analysis. For any particular game, the average prices on Steam and a respective platform are calculated as the average daily prices over the period when the game is available on both Steam and the other platform, within two years after its release date as recorded in the ITAD data. An average price is considered lower than the Steam price if it is at least 5 percent lower than the Steam average price. I calculate daily prices on Steam by taking the minimum price on each day, and daily prices on other platforms by taking the maximum price recorded within a day. The data cover the period from September 4, 2012 through December 31, 2024.

## A3.1.4. Evidence of the lack of widespread parity is conservative in the methodology for dealing with multiple price changes observed in the ITAD data

402.   The ITAD data include some instances in which a price is changed multiple times in a day. My analyses using ITAD data are based on a panel of game

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

prices that I construct from the ITAD data on price changes in which I take the *minimum* price recorded within a day for Steam and the *maximum* price recorded within a day on other platforms. This is a conservative approach, as it will make it less likely that the daily price on competing platforms is lower than the daily price of the same game on Steam.

403.    I run a sensitivity that involves adjusting this methodology to calculate daily prices using the minimum price recorded within a day on *all* platforms (including Steam), thereby evaluating the deepest daily discount on all platforms. I rerun the analysis in Exhibit 9, using this alternative approach. The results are shown in Exhibit 23 and are consistent with the baseline results.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 23**

*Competing platforms offer lower average prices than Steam for many games – using daily minimum prices on all platforms*



Percent of games that are cheaper on the platform than on Steam

Legend: ■ Non-Steam key reseller   ■ Steam key reseller

Source: IsThereAnyDeal
Note: This figure shows analysis of 62 platforms (including Steam) captured in the ITAD data. There are 38,996 distinct games included in this analysis. For any particular game, the average prices on Steam and a respective platform are calculated as the average daily prices over the period when the game is available on both Steam and the other platform. An average price is considered lower than the Steam price if it is at least 5 percent lower than the Steam average price. I calculate daily prices on all platforms by taking the minimum price on the platform each day. The data cover the period from September 4, 2012 through December 31, 2024.

404. Overall, the sensitivity analyses conducted in this section indicate that there is no widespread price parity for games on Steam, that the evidence is robust across various adjustments to my methodology, and that many of the assumptions used are conservative.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## A3.2. Sensitivities to the evidence that there is no causal relationship between the alleged PMFN enforcement events and pricing behavior

405.    In **Section 7.1.2**, I assessed the impact of email correspondences from Valve to a group of publishers on their off-Steam pricing that Dr. Schwartz claims enforced the PMFN. Here, I discuss various sensitivities performed to test the robustness of my analyses.

### A3.2.1. Evidence that Dr. Schwartz's alleged enforcement events did not result in price parity is robust to using Dr. Schwartz's price data

406.    For my analyses in Section 7.1.2, I used a panel of pricing data based on ITAD that I independently collected and processed. Dr. Schwartz also collected and processed ITAD data for his analysis and included the data in his backup materials.[585] Dr. Schwartz processes ITAD data for analysis differently from how I process ITAD data for analysis, in a few minor aspects. In particular, my price series for a game on any particular store spans the days from the first observed price on that store to the last observed price on that store, and I do not project a price beyond that date. In contrast, Dr. Schwartz, for each game, identifies the first and last dates with any price observation across all stores, and then carries the last observed price of a game-store through to the last observed date on which that game has an observed price on any store.[586] See Appendix A6.3 for how prices are filled in between days with observed prices, for which Dr. Schwartz's approach is consistent with mine. To ensure my results are not driven by differences in our methodologies for processing the ITAD data, I replicated my main analyses using Dr. Schwartz's pricing data.

407.    I begin by replicating the analysis in Exhibit 13, where I examine the impact of an alleged enforcement email from Valve to the publisher of a game on the game's prices. Using Dr. Schwartz's ITAD data, I evaluate whether the average prices on and off Steam were statistically different after receiving the email. The results, presented in Exhibit 24, are consistent with my baseline results. For nearly half of the game-publishers at issue (24 out of 50), the games had lower average prices off Steam than on Steam after receiving the email, and these differences were statistically significant. This is inconsistent with pricing behavior under Dr. Schwartz's theory of a PMFN.

---

[585]    Schwartz Opening Merits Report, Appendix A ("ITAD data for each relevant store is gathered from the "History" page of each game using the "Log" table, which reports a price change at each date for each store.").

[586]    Schwartz Opening Merits Report, backup materials.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 24**

*Average prices of games subject to the "enforcement" emails were in many cases significantly higher on Steam than on the other platform after the email – using Dr. Schwartz's ITAD data*



*Source: Schwartz Opening Merits Report, backup materials;* ████████████████████████████
██████████████████████████████████████████████████████████████████████████████
████████████████████

Note: This figure summarizes the difference in average daily game prices on and off Steam after alleged PMFN enforcement events, as analyzed by Dr. Schwartz in Section 5.3 and Appendix A of his Opening Merits Report. It uses ITAD data produced by Dr. Schwartz for each case analyzed. Prices are evaluated for the games and stores analyzed by Dr. Schwartz during the typical post-enforcement period he used (see Schwartz Opening Merits Report, Footnotes 582, 583). I conduct a two-tailed t-test of daily prices on and off Steam over the post-enforcement period at a 5% confidence level. There are 15 pairings (platform, game) that are statisticaly significant and negative, 24 that are statistically significant and positive, 7 that are non-statistically significant and negative, and 8 that are non-statistically significant and positive. I convert ████████████████████████████████ ████████████████████████████ after running my t-tests to display all data on the same scale. I limit my analysis to dates where prices are available both on and off Steam for the game and platform pairing.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

### A3.2.2. Evidence that Dr. Schwartz's alleged enforcement events did not result in price parity is robust to using proportional rather than level differences in average prices

408.  In my baseline analysis for Exhibit 13, I compared average Steam prices to average off-Steam prices as an absolute dollar difference. In Exhibit 25, I rerun the analysis using proportional price differences. That is, for each game, and each day, I take the difference between the price on Steam and the price on the other platform, and I divide that difference by the average price across the two platforms, which gives me the proportional price difference for that day. I then test if the proportional difference in prices is statistically different from zero after the alleged enforcement event. The results, shown in Exhibit 25, are again consistent with the baseline analysis. For nearly half of the game-publishers at issue (24 out of 50), the games had lower average prices off Steam than on Steam after receiving the email, and this difference was statistically significant.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 25**

*Average prices of games subject to the "enforcement event" emails were in many cases significantly higher on Steam than on the other platform after the email – proportional price difference*



Games offered at significantly higher prices on Steam

(Average Steam Price - Average Platform Price) / Average Price

Not Statistically Different from Zero    Statistically Different from Zero

*Source: IsThereAnyDeal; Schwartz Opening Merits Report*

Note: This figure summarizes the difference in average daily game prices on and off Steam after alleged PMFN enforcement events as analyzed by Dr. Schwartz in Section 5.3 and Appendix A of his Opening Merits Report. Prices are evaluated for the games and stores analyzed by Dr. Schwartz during the typical post-enforcement period he used (see Schwartz Opening Merits Report, Footnotes 582, 583). For a given game and day, I calculate the percentage price difference between Steam and a competing platform, as the ratio of the difference between Steam and off-Steam prices over the average of Steam and off-Steam prices. I then use a t-test to evaluate whether this percentage price difference is statistically different from zero. Daily prices are calculated as the minimum price on any given day. There are 13 pairings (platform, game) that are statisticaly significant and negative, 24 that are statistically significant and positive, 4 that are non-statistically significant and negative, and 9 which are non-statistically significant and positive. I limit my t-test to dates where prices are available both on and off Steam for the game and platform pairing.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

### A3.2.3. Evidence that Dr. Schwartz's alleged enforcement events did not bring pricing closer to price parity is robust to considering a shorter window around the event

409. In Exhibit 14, I investigate whether the difference between the average price on Steam and the average price on the other platform declined in the three months after the email was received, compared to the three months before. Since many factors can affect prices over a three-month period, I adjust the analysis to consider a single month before and after receiving the email. This analysis is shown in Exhibit 26 below. The results are consistent with the baseline analysis. For 12 out of the 26 events, game prices were less consistent with Plaintiffs' theory after the email than before.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 26**
*Many games became relatively more expensive on Steam than the other platform after the "enforcement event" email – one-month window*



*Source: IsThereAnyDeal; Schwartz Opening Merits Report;* ███████████████████████
████████████████████████████████████████████████████████
███████████████████████

Note: This figure summarizes changes in the difference between average game prices on Steam and on competing platforms over 30 days before and after alleged PMFN enforcement events. For each event, I analyze the games and platforms examined by Dr. Schwartz, where data are available. I calculate the average price before the event over one month leading up to, but not including, the event start date. Similarly, I calculate the average price after the event, beginning the day after the event ends and spanning one month. A positive difference indicates that average Steam prices are higher than average prices on the given platform. 24 game-platforms are excluded from this analysis due to unavailable data within their respective analysis periods. Dr. Schwartz's hypothesis is that after enforcement events, the competing platform's game prices would trend toward Steam game prices, meaning the average price difference would decrease. If the price difference between Steam and the competing platform increases or remains the same after the enforcement event, it contradicts Dr. Schwartz's expected movement. I convert ████████████████████████████████████████████ to display all data on the same scale.

### A3.2.4. Evidence that Dr. Schwartz's alleged enforcement actions for ███████ did not lead to parity pricing of ████████ games on Steam is strong, even when considering ████ prices exclusively

410.   Additionally, in Exhibit 15, I examine ████████ behavior after receiving alleged "enforcement event" emails using game prices in both ████████ and ████████ I

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

included both ▇ and ▇ prices because, according to Dr. Schwartz's theory, publishers would be aware of PMFN policies and thus adjust their pricing globally, not just in the ▇.[587] However, I present an alternative analysis focusing specifically on ▇ prices to test the sensitivity to geography and find that Exhibit 27 shows similar results. I find that prices on the non-Steam platform are most likely to have no response after an email is sent, and for those games that do experience a change, just as many experience price decreases as price increases.

**EXHIBIT 27**

▇▇▇▇▇▇▇▇▇▇▇▇ *is not consistent with the emails in the "enforcement events" enforcing a price PMFN – using* ▇▇▇▇



Source: IsThereAnyDeal; Schwartz Opening Merits Report
Note: This figure shows the average daily price difference between Steam and the ▇▇▇. To calculate this, I first determine the daily price for all games available on both platforms. Then, I compute the price difference for each game on each day with overlapping price data. I take the average of these differences across all games each day. The chart displays the daily average price differences alongside the alleged PMFN enforcement events for ▇▇ described by Dr. Schwartz in his report. The analysis includes ▇▇▇▇▇.

---

[587] For example, in the section of his report, "Valve's PMFN Policy," Dr. Schwartz states, "In other words, the publisher must not offer the game at a lower price or provide more/different content on a different platform than on Steam, even across geographies and currencies," and at the section of his report, "Enforcement of the PMFN Policy," he states, "Economic evidence indicates that Valve enforces its PMFN Policy worldwide." See Schwartz Opening Merits Report, ¶¶ 173, 195.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

The sensitivities discussed in this section further illustrate that my analyses in Section 7.1.2 are robust across different market geographies. Empirical evidence does not support the idea that sporadic "enforcement event" emails had a pricing impact consistent with a price PMFN in ██████

## A3.3. Placebo test for Schwartz's alleged enforcement events

In Section 7.1.2 I found that after the alleged "enforcement events" from Dr. Schwartz's analysis, many publishers set higher prices on Steam compared to alternative platforms for the games Dr. Schwartz identified as being affected. I find lots of variation across games: some games are cheaper on Steam, some are similar on both platforms, some are more expensive on Steam. Here, I examine whether the distribution is similar when I look outside of the enforcement events. Similar pricing behavior would indicate that to the extent that some games are cheaper or as cheap on Steam, this is independent of any purported enforcement events. This would then suggest that the alleged enforcement events did not causally affect prices.

To investigate this, I develop a placebo test. Placebo tests compare whether the results for a population that was exposed to a treatment differ meaningfully from the results from the same analysis applied to a population that was not treated.[588] If similar results are found, this suggests that the results for the treated are unlikely to be driven by the treatment itself and are, instead, driven by factors that are not being observed or controlled for.

My placebo test examines the same games as in the set analyzed by Dr. Schwartz, during the 6 months before the email in question. For these games, I conduct the same analyses as above using ITAD data starting from 6 months prior to the email, when available. In other words, I consider whether the difference between on and off Steam prices has a similar distribution when looking months before the publisher actually received the email that was allegedly meant to enforce the PMFN and, according to Dr. Schwartz, had the effect of achieving price parity for that game.

Exhibit 28 shows the results of my placebo analysis. I find that the pricing outcomes following the placebo enforcement event are similar to those for the period following the purported enforcement events: some games are cheaper off Steam, some are cheaper on Steam, and some had the same price on both platforms. The similarity in outcomes between Exhibit 28 and Exhibit 13 suggests that the alleged enforcement event did not actually enforce any significant changes, rendering the claims about the intended regulatory impact unfounded. Moreover, the share of games for which the off-Steam price was

---

[588]    Andrew C. Eggers, Guadalupe Tuñón, and Allan Dafoe, "Placebo Tests for Causal Inference," *American Journal of Political Science*, 68(3), 2024, pp. 1106–1121 at p. 1108 ("A placebo test is a method for probing the assumptions underlying a research design (which we call the *core assumptions*). In a placebo test, a researcher checks for an association that is more likely to be present if those assumptions are violated than if those assumptions hold.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

close to the on-Steam price after the placebo enforcement event is slightly higher, indicating that the placebo events might be more consistent with achieving enforcement than the events Dr. Schwartz claims were enforcement events.

416. These results further weaken any conclusion that the similarity in prices following an enforcement event, to the extent that prices were similar, is caused by the emails Valve sent to publishers. As I explained in Section 7.1.3, there are many reasons why publishers may choose to set the same price on different distribution channels. My results indicate that prices for the games associated with Dr. Schwartz's enforcement events tend to follow similar patterns both during and outside of the alleged enforcement periods. This suggests that the pricing behavior flagged by Dr. Schwartz is likely to be largely unassociated with any response to the emails in question.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 28**
*The distribution of average price differences on Steam vs. other platforms post placebo is similar to that for the "enforcement events"*



Source: *IsThereAnyDeal; Schwartz Opening Merits Report;* ███████████████

Note: This figure summarizes the difference in average daily game prices on and off Steam following placebo enforcement events. I compare prices from six months before an alleged PMFN enforcement event, using alleged events analyzed by Dr. Schwartz in Section 5.3 and Appendix A of his Opening Merits Report, up to the date of the alleged event itself, representing a period without enforcement. Prices are evaluated for the games and stores analyzed by Dr. Schwartz for the typical length of post-enforcement period he analyzed (see Schwartz Opening Merits Report, Footnotes 582, 583). I conduct a two-tailed T-test of the daily prices on and off Steam over the post-enforcement period at 5% confidence level. For constant prices both on and off Steam, I conduct a manual test by subtracting the off-Steam price from the on-Steam price. This applies to the following game-store combinations: █████████████████████

███████████████ The results show 3 pairings (platform, game) that are statistically significant and negative, 11 that are statistically significant and positive, 3 that are non-statistically significant and negative, 3 that are non-statistically significant and positive, and 7 that are zero. I convert ██████████ ████████████ after running my t-tests to display all data on the same scale. I limit my analysis to dates where prices are available both on and off Steam for the game and platform pairing.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## A4. ASSESSMENT OF PROFESSOR RIETVELD'S ANALYSIS OF STEAM KEYS AS A STRATEGIC TOOL FOR VALVE

417.    Professor Rietveld asserts that "Steam Keys are a strategic tool Valve uses to exert influence and control over PC game retailers."[589] Professor Rietveld states that Steam keys are the most prevalent form of activation key offered by retailers and, therefore, he claims that retailers are "highly dependent" on Valve.[590] Professor Rietveld does not offer an explanation for why this is problematic or harms competition.

418.    Steam keys provide retailers and potential retail entrants (including publishers engaged in self-distribution) with a low-cost way to distribute titles sold on their stores. While these retailers ultimately bear the front-end costs of operating a storefront and processing payments, Valve provides content distribution, platform features, and ongoing support for these sales while receiving no revenues from them. That is, rather than being a deterrent that prevents retailers from developing their own platforms, Valve instead bears the costs of distribution and long-term support. This has enabled retailers, who may wish to avoid the upfront costs of developing a whole distribution platform, to compete with Steam. In this way, Steam keys expand options in the market, benefiting consumers and retailers.

419.    Some of these retailers set revenue shares nearly on level with, and sometimes higher than, revenue shares retained by Steam for sales on the Steam Store. As I discuss above, reseller sites like Green Man Gaming and the Humble Store almost exclusively sell games through activation keys.[591] Despite bearing none of the costs of distribution, Green Man Gaming retains a 30 percent revenue share for games sold on their store, and the Humble Store retains a 25 percent revenue share.[592]

420.    Valve introduced Steam keys as a way of providing benefits to publishers. It did not create Steam keys to benefit retail stores which are its competitors.

---

[589]    Rietveld Opening Merits Report, ¶ 37.

[590]    Rietveld Opening Merits Report, ¶ 38–39 ("While other third-party PC game distribution platforms (e.g., EGS and GOG) also provide activation keys, Steam Keys are the most prevalent type of activation keys offered by retailers. ... Given that retailers cannot host or launch PC games themselves, they are highly dependent on digital PC game distribution platforms (particularly Valve) continuing to issue access keys to game publishers.").

[591]    Dr. Rietveld points out that a disproportionate number of games on these platforms are offered through Steam keys compared to other activation keys. See Rietveld Opening Merits Report, ¶ 38 ("Steam Key game versions were available for 13,273 of the 13,972 Windows-compatible PC games (95.0%) sold on the store. In contrast, the Humble Store offered EGS activation keys for 159 of its Windows-compatible games (1.1%) and GOG activation keys for just 44 of its Windows compatible games (0.3%). Similarly, on Green Man Gaming, 8,315 of the 8,568 PC games compatible with Windows or Mac (97.0%) could be purchased as Steam Key versions, whereas just 80 games could be purchased as EGS versions, and no games could be purchased as GOG versions.").

[592]    See Exhibit 17.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

However, Steam keys had the effect of creating opportunities for a new distribution model, that of online retail stores that operate by selling game keys. These stores are "highly dependent" on Valve because Steam keys are popular and Valve issues a lot of them, such that holding Steam keys can be sufficient in some circumstances to attract consumers. That Valve has created these opportunities is a happy accident, but healthy competition does not require Valve to act in a way that further benefits its competitors.

421. Professor Rietveld goes on to assert that, "Valve's practice of issuing Steam Keys to publishers enables it to maintain undue influence and exercise a significant amount of control over retailers who are dependent on Valve's willingness to issue Steam Keys to publishers."[593] He provides no explanation for what Valve has supposedly coerced retailers into doing as a result of this "undue influence."[594] I cannot find any further evidence in his report, or any other evidence provided by Plaintiffs that this is anything more than an unfounded assertion.

422. Professor Rietveld asserts that, as a result of Valve's use of Steam keys, retailers are deterred from either developing their own distribution platform or switching to an alternative activation key.[595] This assertion does not make economic sense.

   a. First, to the extent that some retailers rely primarily on the sale of Steam keys, this just means that Valve has expanded the set of ways in which retailers can operate. The option to invest in additional platform services is still available, and indeed there are many platforms that have entered and chosen to invest in those services.[596] The introduction of a new business model, i.e., key resellers, does not harm competition: lowering the barriers to entry for potential competing platforms expands choice for publishers and consumers. Professor Rietveld has provided no evidence that more retailers launch their own platforms in a world absent of Steam keys.

   b. Second, retailers can (and often do) sell game keys for other platforms. Valve does not restrict what products these retailers can sell; indeed, Valve has no contractual relationship with the retailers selling Steam keys, only with publishers. That the majority of products sold by these retailers are in fact Steam keys is just a function of publishers using Steam keys for their distribution than keys from other platforms. Other platforms could compete by issuing more keys and making them more attractive for publishers to use (both by making their platform more attractive and making their game keys

---

[593]    Rietveld Opening Merits Report, ¶ 40.

[594]    Rietveld Opening Merits Report, ¶ 40.

[595]    Rietveld Opening Merits Report, ¶ 41 ("At the same time, the prevalence of Steam Keys in the retail function deters retailers from either developing their own distribution platform, where games could be hosted and launched, or switching to an alternative type of activation key (e.g., Epic Games Keys) given Steam's dominant position.").

[596]    For example, see Exhibit 2 for the platform features invested in by EGS, which launched in 2018.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

a lower cost distribution channel for publishers). Valve does not prevent them from doing so.

423. Professor Rietveld asserts that Steam keys are a tool to "enforce its parity requirements."[597] As I discuss in Section 7.1.2, I have not seen evidence that supports the conclusion that language regarding pricing practices for Steam keys, including in the Steam keys request form, caused publishers to price in ways consistent with a PMFN policy that applies beyond Steam keys. Professor Rietveld provides no such evidence. As I discuss in Section 7.2.2, Valve is susceptible to free-riding through the Steam keys it issues to publishers, such that if Valve could not adequately protect itself from free-riding, such as by placing some restrictions on Steam keys, it would have weaker incentives to invest in providing high-quality platform services. Professor Rietveld omits any discussion of this competitive rationale for having that language in the Steam keys request form.

424. Finally, Professor Rietveld asserts that Valve distributes Steam keys to "reinforce publisher and player lock-in effects and cement its position as the dominant PC game distribution platform," essentially arguing that Steam keys are given away for free to steer consumers to Steam and make it harder for rival platforms to compete.[598] Professor Rietveld ignores the fact, as discussed in Dr. Schwartz' report, that keys are also offered free of charge by EGS.[599]

425. For his analysis of this mechanism, Professor Rietveld references a model in the economics literature of what the authors call "platform annexation," but this model does not apply to the conduct that he is evaluating.[600] The platform annexation model considers a situation in which a platform owner also owns a service that allows customers to multihome on multiple platforms.[601] It considers the effects of the platform owner introducing frictions to the multihoming process that make it less likely that customers will use alternative platforms.

426. However, this mechanism—which involves creating frictions in consumers' use of rival platforms—is fundamentally different to the use of Steam keys, which

---

[597] Rietveld Opening Merits Report, p. 25.

[598] Rietveld Opening Merits Report, ¶ 44.

[599] Schwartz Opening Merits Report, ¶ 47 ("Epic, for instance also offers 'Epic Keys.' Like Valve, Epic partners with other platforms to facilitate the distribution of those keys. Like Valve, Epic earns no commission on key sales through other platforms.").

[600] Rietveld Opening Merits Report, ¶¶ 45–48 ("Forgoing revenues from the sale of Steam Keys is a relatively small cost to incur for the long-term strategic value Valve realizes from using Steam Keys to keep publishers on Steam and increase players' use of Steam. ... Indeed, as a discussion in an *Antitrust Law Journal* article makes clear, when a dominant platform offers a tool like Steam keys, it ... disrupts multi-homing by steering users to its platform and away from platforms of rivals.").

[601] Susan Athey and Fiona Scott Morton, "Platform Annexation", *Antitrust Law Journal*, 84(3), 2022, pp. 677–703 at p. 681 ("The question we consider in this article is how regulators and enforcers should analyze a scenario where a platform already possesses or acquires a multi-homing tool and uses it to disable or disadvantage multi-homing.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

are a benefit to publishers and consumers. Steering consumers to one's platform by providing benefits is the essence of competition. Professor Rietveld again confuses harm to competition and harm to competitors: Steam keys make it harder for Steam's competitors because they create value for Steam users, making Steam keys a procompetitive tool.

427.    In sum, Professor Rietveld takes a scattershot approach in trying to show that Steam keys have an anticompetitive motive and impact. But this approach is not effective. Steam keys provide benefits to publishers and consumers, and they have expanded the forms of and participants in distribution for video games, including creating opportunities for competitor distributors of video games with a low-cost distribution model. The logic for labeling them as "strategic tools" to limit competition breaks down in every instance: they do not limit retailers' ability or incentive to invest in infrastructure, and they do not create artificial barriers for other platforms to compete.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## A5. ADDITIONAL ANALYSES TO REBUT PROFESSOR RIETVELD'S CLAIMS OF OVERCROWDING ON STEAM

428. Professor Rietveld's analysis attempts to demonstrate harm to publishers on Steam based on the decline of average revenue across publishers after features that enable publisher-entry were launched, specifically Steam Greenlight and Steam Direct. But this analysis is fundamentally flawed because it misses that average revenue can go down both because the same game performs worse after these innovations, or because there are more games on the platform after this innovation and those games are smaller revenue earners. It is important to distinguish between these two explanations. The first explanation (while implausible) may be consistent with competitive harm, but the second explanation would show that Steam's innovations are procompetitive. Further, even if entry did cause revenues for some publishers to be lower than they would be absent entry, this does not necessarily mean harm to competition: the innovation could have the effect of growing the pie and dividing it among more publishers.[602] The revenue per publisher may be lower, but overall publishers are still doing better (as are consumers). This is the reason why economists often focus on output expansion as a helpful indicator for procompetitive impact. I have provided evidence that output did expand as more games were added to the platform, in Section 8.5.2.

429. Professor Rietveld claims to disentangle these effects by showing that average lifetime revenue has similar decreasing patterns across revenue quintiles.[603] But this is not an appropriate fix to this confounding effect; as the distribution shifts to include more small games, this automatically shifts every quintile towards lower average revenues. I illustrate this with a simple hypothetical. Exhibit 29 shows a hypothetical population of games before and after an innovation is introduced that lowers entry barriers. Before the innovation is introduced, there are ten games that earn between $11 and $20 in average lifetime revenues (the distribution is evenly spread so the lowest revenue game earns $11, the next one earns $12, and so on). After the innovation, ten additional games are available and they have lifetime revenues of between $1 and $10, again with an even spread between those values such that the overall population now ranges from $1 to $20. Comparing these two populations, the average revenue drops from $15.5 to $10.5. This is despite none of the games in the pre-innovation group earning any less after the introduction of the innovation.

---

[602] Spence (1976), p. 410 ("The entry of an additional product has several effects. It increases the surplus from the new product, but lowers the demand for existing products and causes them to contract output. In terms of the surplus, there are gains and losses. The gains are the profits and the consumer surplus from the new product. The losses are reductions in the profit and surplus from the existing products. When the products are close substitutes and the cross elasticities are high, the extra surplus created by the entering product is lost through contractions of existing firms. The familiar metaphor of expanding and slicing the pie is appropriate. A new product expands the pie and causes it to be sliced into more pieces.").

[603] Rietveld Opening Merits Report, Figure 12.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 29**

*Hypothetical revenues of games before and after an innovation that lowers entry barrier*



Source: Hypothetical example

430.   I can recreate the same patterns that Professor Rietveld observes when looking at the average revenues of each of the quintiles. In Exhibit 30, I plot the average revenue of each quintile of games in my hypothetical group of games, before and after the change. The average of the top quintile drops from $19.5 to $18.5, and so on for any slice we take for the two distributions. Therefore, the trends shown in Figure 12 of Professor Rietveld's report do not necessarily indicate that any individual publisher, nor the group as a whole, experienced any harm, as the trend could be entirely driven by the entry of smaller games, as in my example.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 30**
*Average revenue of each quintile for the hypothetical example*



Source: Hypothetical example

431. There is also a more mechanistic way in which his analysis builds in a decline in revenues in recent years, i.e., it biases the analysis towards finding the result to support his argument. Specifically, the analysis calculates average lifetime revenue by year of release, but the revenue data are truncated to include only revenues up to December 31, 2022, which means that a greater share of the eventual lifetime revenues of games that were released closer to that end date might be being missed in the analysis.[604] As I show in Appendix A2, games often continue to earn a material share of their lifetime revenues several years after release. Therefore, Professor Rietveld's analysis understates total lifetime revenues for recent releases, since these releases are likely to earn additional revenues over their remaining lifetime, and this bias is larger for cohorts in

---

[604] This error is readily apparent from a simple example. Consider two game titles, A and B, that release at the same price one and two years into the past. Suppose that all demand for these titles is satisfied after two years on the market and that demand evolves identically for these titles over time relative to their release dates. When lifetime revenues for each title are calculated today, one would conclude that lifetime revenues for game B were greater than game A. However, this conclusion is fundamentally incorrect—while demand has been exhausted for game B, game A will still be earning revenues from remaining consumers demanding the game until true lifetime revenues for these games are equal.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

later years, building in a potential artificial decline in average lifetime revenues.

432. Professor Rietveld asserts that he tackles the confounding effect of entry by smaller developers and games on average lifetime game sales, through an alternative analytical approach. Specifically, he studies how Steam's user review scores changed over time. These scores measure the proportion of a game's positive user reviews to all reviews. For example, a score of 0.9 indicates that 90 percent of the user reviews were positive for that game. There are also games that receive no user reviews. Professor Rietveld claims that these review scores capture the "popularity" of games. He then goes on to measure the average lifetime revenues for games that fall into the different score bands (e.g., he adopts Metacritic's categories, such as its "Overwhelming Dislike" group of games that reflects user review scores below 0.20),[605] and he concludes that since the "average lifetime sales of games on Steam across all user review score bands declined for games released between 2013–2022", "the trend of declining average lifetime sales of PC games distributed through Steam are not solely attributable to an influx of less popular games on the platform."[606]

433. This approach misses the mark because he incorrectly interprets the review scores, which are a proxy measure of game *quality,* as a measure of game *popularity* (e.g., new entrants with high quality games can still have lower popularity, in the sense that they do not draw as much attention, because they do not enter with a strong pre-existing brand). If, conditional on game quality, there is more entry by low-resourced games that enter with little marketing and no pre-existing brand reputation, then each quality segment will experience a drop in the average revenue per game. Again, Professor Rietveld applies the wrong fix for the fact that entry barriers are lower, allowing for entry of games with lower expected lifetime revenues, potentially with no impact on the expected revenues of games that would have entered with the higher entry barriers.

434. Professor Rietveld also asserts that Steam's changes may have led to sales becoming "progressively concentrated in a relatively small number of successful complements," which at least references a potential harm to competition.[607] But none of his analyses measure concentration, such that he shows no support for his claim. Instead, Professor Rietveld shows that the top 20 percent of highest grossing games released each year have made up an increasingly large share of lifetime revenues across all games.[608] This, again, follows directly from the entry by low revenue games and the larger number of games competing overall. In the hypothetical example from Exhibit 29, the

[605] Rietveld Opening Merits Report, ¶ 87.
[606] Rietveld Opening Merits Report, ¶ 90.
[607] Rietveld Opening Merits Report, ¶ 69.
[608] Rietveld Opening Merits Report, Figure 11.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

share of revenues of the top 20 percent of games before the innovation is 25.2 percent in the initial scenario with only ten games; when another ten games enter with the lower revenues, the top 20 percent of games instead make up 35.2 percent of revenues.[609]

435. The better measure for analyzing whether concentration has increased is to consider the number of games that make up a particular share of revenues. Exhibit 31 is an analysis of concentration of game revenues on Steam following this approach. The orange line tracks the number of games that make up half the sales on the platform. The larger this number, the less concentrated revenues are in a small number of games. The results show that this number has been generally increasing over time—revenue concentration on Steam has been decreasing, which is the opposite of Professor Rietveld's hypothesis. Further, in its "Year in Review 2024", Steam demonstrates how revenue has become less concentrated, with an increasing number of titles finding success shortly after release. The report shows that the number of new releases that earned over $250,000 and over $1 million in the 30 days following release has increased by 27 percent and 15 percent, respectively, between 2023 and 2024.[610] The report credits this success to its efforts to "create more opportunity" for developers.[611]

---

[609] Before innovation, the share of revenues of the top 20 percent can be calculated as ($19 + $20)/$155 = 25.2 percent. After innovation, the share can be calculated as ($17 + $18 + $19 + $20)/$210 = 35.2 percent.

[610] Steam, "Steam Year In Review 2024," March 13, 2025, available at https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035272, accessed on March 17, 2025 ("For the purposes of this discussion, we're defining New Release revenue as gross revenue from the first 30 days following a product's release, plus pre-purchase revenue (if any). … Some major takeaways: • New Release revenue per year has increased almost exactly 10x since 2014. • In 2024, more than 500 new titles exceeded $250,000 in New Release revenue (up 27% from 2023). • In 2024, more than 200 new titles exceeded $1 million in New Release revenue (up 15% from 2023).").

[611] Steam, "Steam Year In Review 2024," March 13, 2025, available at https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035272, accessed on March 17, 2025 ("2024 was a remarkable year for new releases, but that success is part of a trend stretching back many years, as we continue to create more opportunity for developers launching new titles.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 31**

*The number of games that make up the top 25 and top 50 percent of Steam revenues has been increasing over time*



— Top 25%  — Top 50%

*Source: Schwartz Opening Merits Report, backup materials*

Note:

[1] Observations with app_id = 0 are excluded from this analysis.

[2] Revenue is identified using the Steam revenue data. Microtransactions are not included in total revenue calculations.

[3] In 2005, *Half-Life 2* accounted for ███████ of Steam revenue. I record this as one game making up the top ██ percent.

436. Professor Rietveld points to two factors that contribute to overcrowding.

 a. First, he discusses how Steam's "stock" of games is continually increasing because games do not get removed.[612] Professor Rietveld looks at the share of total sales attributed to new game releases over time and shows that the share has decreased.[613] Allowing games to remain available to consumers for longer is a benefit and not a harm in this case, given the features and tools that Steam has to help with game discoverability. In the days of brick-and-mortar retail sales of games, stock had to be quickly replaced because of shelf space constraints, but that does not mean that it was optimal to remove content at a fast rate. The fact that, overall, we see total sales

---

612    Rietveld Opening Merits Report, ¶ 78 ("The combination of Steam's ever-growing stock of games and the lifecycles of the most successful games on the platform getting longer has meant that each new game released on Steam must compete with an ever-growing stock of (actively supported) games.").

613    Rietveld Opening Merits Report, Figure 10.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

increase is consistent with the changes on Steam providing a better experience for consumers and increasing demand for games on Steam.

b. Second, he discusses how the lifecycles of games have gotten longer, due in part to the shift toward the "live-service" model, where new content is continuously added to games.[614] Although game lifecycles may have become longer, Professor Rietveld does not claim that this is driven by any feature of the Steam platform, and he provides no link to any alleged conduct. Further, Professor Rietveld's half-life analysis, presented in Figure 9 of his report, contradicts his own point because it shows that *older* games have longer lifecycles than *newer* games.[615]

---

[614]   Rietveld Opening Merits Report, ¶ 79 ("Like the analysis presented here, the PCGamer article links these observations to the growing stock of games on Steam and the longevity of popular live-service games.").

[615]   Rietveld Opening Merits Report, Figure 9.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## A6. METHODOLOGY TO COLLECT AND PROCESS ISTHEREANYDEAL DATA

437. My analysis of the alleged Valve PMFN policy and its impact on prices is based on pricing data for Steam and other platforms. While I prioritize using the Valve data on Steam where possible, I do not use it for the analyses of price parity because the data has two key limitations. First, the Valve data do not include daily posted prices for games; prices are only observed when a consumer makes a purchase on Steam. Second, the Valve data do not contain information on prices from platforms other than Steam.

438. When comparing daily prices across platforms, I rely on third-party information from the video game pricing aggregator *IsThereAnyDeal* ("ITAD"). Dr. Schwartz has also used these data in his analyses of the impact of what he asserts are PMFN "enforcement events" on pricing decisions by publishers.[616] Since these data are an important component of my analysis, in this appendix:

   a. I describe the process for collecting pricing data from ITAD.

   b. I outline the process for validating these data against Valve's Steam prices.

   c. I detail the construction of a day-by-store-by-game panel of prices.

   d. I discuss additional data on bundles collected from ITAD.

## A6.1. ITAD price data description

439. ITAD is a price comparison website that helps consumers find the best deals on games, bundles, downloadable content (DLC), and packages (which I jointly refer to as "applications" in this appendix) from online platforms such as Steam, GOG, and Humble Store. ITAD maintains an extensive log table that tracks pricing information for each application it monitors. Whenever it detects a price change for an application on any given store, it updates the log table with a new entry, ensuring that the most current information is accessible, which users find to be accurate and reliable.[617] By aggregating data

---

[616] Schwartz Opening Merits Report, ¶¶ 221–222 ("I begin by identifying examples of Valve's enforcement. In total, I identify unique examples of Valve's PMFN Policy enforcement. ... For those examples I am able to analyze, I gather historical pricing data on ITAD and compare Steam prices to prices available on other platforms.").

[617] Reddit, "Is isthereanydeal reliable?" available at https://www.reddit.com/r/pcgaming/comments/phel2f/is_isthereanydeal_reliable/, accessed on March 25, 2025 ("IsThereAnyDeal only posts from websites that get keys directly from publishers. They are as safe as it comes. ... All the sites they post are good. They never include cdkeys, G2A, or other gray market sellers. ... they are legit and pretty much the best way to find a non-shady discount."); Reddit, "PSA: IsThereAnyDeal.com is amazing," available at https://www.reddit.com/r/patientgamers/comments/3vilu8/psa_isthereanydealcom_is_ama zing/, accessed on March 25, 2025 ("Looking for a game, and want it from the cheapest place possible? Want to look up historical prices for that game before you buy it? https://isthereanydeal.com/ has you covered. ... The best part is, when you fill up your wishlist on steam, you should login in on istheranydeal and import it, and you'll get notify via email

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

across multiple platforms, ITAD provides users with a thorough view of the available prices at any given time. Exhibit 32 below presents examples of these log tables. Panel A displays the log table for the game *Red Dead Redemption 2*, while Panel B features an ITAD log table for the bundle "Humble Choice (Mar 2025)," which is a bundle of multiple applications.

---

when there's a deal. I've filled up my wishlist like 250 games because of this ... I'm surprised that this still needs to be said. isthereanydeal.com is almost a necessity if you want to call yourself a savvy customer.").

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

**EXHIBIT 32**

***ITAD log table for game Red Dead Redemption 2 in panel A and log table for bundle Humble Choice (Mar 2025) in panel B***

*Panel A*



*Panel B*



*Source: IsThereAnyDeal, "Red Dead Redemption 2 – History," available at https://isthereanydeal.com/game/red-dead-redemption-2/history/, accessed on March 13, 2025; IsThereAnyDeal, "Humble Choice (Mar 2025)," available at https://isthereanydeal.com/bundles/14969/, accessed on March 13, 2025*

Note: The games included in the bundle "Humble Choice (Mar 2025)" are not limited to those shown – there are 13 in total.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

440.    To obtain the ITAD pricing data, I used the publicly available API from *IsThereAnyDeal.com*.[618] Since Dr. Schwartz analyzes prices on ITAD for the U.S. and ▮▮▮, I downloaded the universe of data available through ITAD APIs for the U.S. and ▮▮▮

441.    In total, I collected data for 186,508 applications from these log tables for the U.S. and 189,616 for ▮▮▮▮▮, covering the periods from January 30, 2012 to January 7, 2025 for the U.S. and February 18, 2012 to January 31, 2025 for ▮▮▮▮▮ Most of my analyses, however, are limited to data up to December 31, 2024, unless otherwise specified.[619] My baseline analyses in the main report include all types of applications unless otherwise specified. These applications are primarily categorized as "games" but also are other content such as DLCs or packages.[620] In my appendix A3, I include specifications in which these analyses are limited to game applications only.

442.    The data set I compiled includes several key fields for analysis: the date of the price change; the store on which the price change occurred; the title of the application; the regular (or "base") price of the application; the actual (or "sale") price of the application; an identifier indicating whether the application is a game, DLC, or a package; a numeric internal ITAD identifier for each application to ensure consistency in price recording across the website; a numeric ID linking ITAD recorded information with Valve's data; and a field recording the release date for each application in day, month, and year format.

443.    The data are structured at the application-by-store-by-price-change level and includes 19,136,177 observations for the U.S. and 19,654,073 observations for ▮▮▮▮▮▮[621] For my analysis, I convert prices from ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ (the average exchange rate for these two currencies for 2024).[622]

---

618    Specifically, I first used the **/deals/v2** endpoint to obtain the universe of games and applications monitored by ITAD and then the **/games/history/v2** endpoint to extract the price log tables for each of those games. Additionally, I used the **/games/info/v2** endpoint to collect additional information such as "app_id." See generally IsThereAnyDeal, "IsThereAnyDeal API," available at https://docs.isthereanydeal.com/, accessed on March 13, 2025 ("IsThereAnyDeal API provides programmatic access to features found at IsThereAnyDeal.").

619    See Workpaper 34. I collected the U.S. data on January 6, 2025, and ▮▮▮▮ data on January 30, 2025. I collected U.S. and ▮▮▮ data for an additional five games on February 5, 2025 – these were games which Dr. Schwartz analyzed but had not been provided by the **/deals/v2** endpoint in my initial data pulls.

620    The ITAD data includes application type information – 51.1 percent of applications are of type "game," 28.0 percent are "dlc," 11.6 percent are "package," and 9.3 percent have no type. See Workpaper 35.

621    See Workpaper 34.

622    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

444. The downloaded data contain pricing information from 67 platforms in the U.S. and 67 platforms in ██████ For the U.S. data, I exclude observations from ████████████████████████████████████ as these platforms operate exclusively in their respective countries. Additionally, I exclude observations from Humble Widgets, which does not sell games, and the Oculus Store, which only sells games for the Meta Quest. For ███████ I drop the same platforms but keep ██████████████████████ ████████████[623] I limit the U.S. data to observations with currency "USD" and ██████ data to observations with currency ██████ This leaves the data set with 62 PC platforms in the U.S. and 60 in ██████[624]

445. With one exception, this analysis compares prices between different platforms for PC games. The exception is the Humble Store, which also sells games for the Nintendo Switch console. I did not filter out Switch games on Humble because there is no systematic way to identify these titles without extensive manual review.

446. I note that these data have limitations. First, the data do not contain information on prices for every platform across the entire industry. However, the ITAD data include all platforms analyzed in Dr. Schwartz's and Professor Rietveld's reports. Second, the data do not indicate whether the game is being sold as a Steam key, an activation key for another platform, or as a direct download. However, ITAD data are recommended by established industry publications as a tool for consumers to remain informed about the best deals for the content they may want in a timely manner, and I will show in the next section that a comparison against Valve's data on Steam prices confirms that ITAD provides high quality data on prices.[625]

---

[623] Humble Widgets are payment processing tools for self-distribution of games. Humble Widgets, "The best way to sell your game from your website," available at https://www.humblebundle.com/developer/widget, accessed on March 13, 2025 ("The best way to sell your game from your website. … 'I highly recommend the Humble widget for anybody looking to process payments on their own website.'"). All games available for sale on the Oculus Store (now Meta) are for the Meta Quest VR headset, which is a different platform than PC. See Meta, "Home," available at https://www.meta.com/experiences/, accessed on March 13, 2025.

[624] See Workpaper 34.

[625] Jason Cohen, "7 Easy Ways to Save Money on Video Games," *PCMag*, June 21, 2021, available at https://www.pcmag.com/how-to/play-video-games-without-going-broke, accessed on March 13, 2025 ("If you can't be bothered to scour the web, IsThereAnyDeal aggregates sales across the internet and can show you who has the cheapest price at any given moment."); Alfredo Robelo, "The 5 Best Ways to Get Free Games," *TheGamer*, August 1, 2024, available at https://www.thegamer.com/best-ways-get-free-games/, accessed on March 22, 2025 ("Searching The IsThereAnyDeal Website … A Trusted Source Of Retailers … The best website by far to check for free games is isthereanydeal.com, since it bundles the most trusted retailers into a single, easy to browse area … Like with all sources, if you want a specific game right now, you will likely have to pay for it, but at least you can check IsThereAnyDeal to see if you can get it for cheap.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

## A6.2. ITAD price data validation

447. To validate ITAD's pricing data quality, I compare prices reported in the ITAD data, across all available years since 2012, for games offered on Steam to the prices for those games on the same day as recorded in the Steam transactions data produced by Valve in this matter. [626] I find that the two sources of price data for Steam prices match for the vast majority of observations.

448. In particular, the API I use to collect data from ITAD includes an "*app_id*" field, which allows mapping applications from ITAD to Steam.[627] I utilize this to link applications from ITAD to applications in the Valve data, creating a crosswalk between the two data sets.[628] Next, I extend the ITAD data to the daily level for all days between the first observation for each game and the last date for which there is Steam data available (November 30, 2024). Using this crosswalk, I match observations from the ITAD data with the Valve data, retaining all overlapping application-by-date entries between them. I keep all Steam and ITAD prices for each overlapping application-by-date to evaluate the number of matching prices captured in each of the two data sets. This process yields approximately 35.8 million unique comparisons of U.S. and ▮▮▮ Steam prices from the Valve-produced data to ITAD prices across the overlapping application-by-date pairings.[629]

449. I find that 33,928,021 out of the 35,809,615 unique comparisons have matching prices (to the nearest cent) in the Valve and ITAD data, representing 94.7 percent of these comparisons.[630]

---

[626]  Kaye and Freedman (2011), p. 228 ("When there is an established way of measuring a variable, a new measurement process can be validated by comparison with the established one.").

[627]  SteamDB, "Apps," available at https://steamdb.info/apps/, accessed on March 13, 2025 ("An Application (or App) is the main representation of a product on Steam... Each App is represented by a unique ID called an App ID.").

[628]  I establish the ITAD to Valve crosswalk by mapping titles and app IDs from ITAD to package descriptions and app IDs from Valve, employing basic string cleaning techniques to enhance the match rate. I restrict the Valve data to non-bundle purchases, transactions with positive gross units sold, and packages that are not microtransactions. For U.S. Steam price comparisons, I further limit the data to purchases made in the United States and in USD. For ▮▮▮ price comparisons, I restrict the data to purchases made in ▮▮▮ and in ▮▮▮ I note that my comparison is only of the applications which I can match after these steps. See Workpaper 31.

[629]  For each unique price in the Valve data for the overlapping dates, I evaluate whether there is a matching price in the ITAD data. I consider a price in the Valve data to be a match if it corresponds with either an ITAD price on the same day or the latest previously reported ITAD price. To create the daily panel of prices for each application and store from the ITAD data for this, I use the previously recorded prices to fill in days with no price change observations. See Workpaper 31.

[630]  Workpaper 31.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

450. I repeat these exercises separately for the U.S. and ▮▮prices, and find comparable results.[631] Additionally, I verify that the minimum daily prices for each application, which are used in my analyses (described in Appendix A6.3 below), also match at a high rate when comparing between the ITAD and Steam data. I find that these minimum prices match the Valve prices approximately 92.6 percent of the time for over 34 million application-by-day price comparisons analyzed in the U.S. and ▮▮ data together.[632]

## A6.3. Construction of daily application price panel data set

451. To empirically test the effects of the alleged PMFN policy on prices, I construct a data set of daily prices for applications on different platforms. ITAD data are collected at the game-by-store-by-price change level, capturing price observations each time the price changes. Therefore, like Dr. Schwartz, I expand the ITAD data to fill in the gaps between price changes and form a daily panel of prices for each application and store. To construct this data set, I perform the following steps:

   a. I begin by creating a subset of the raw ITAD log data mentioned in Appendix A6.1 above, focusing on the 62 relevant PC platforms for the U.S. and the 60 relevant PC platforms for ▮▮ and consolidating price changes at duplicated timestamps. This process results in samples at the game-by-store-by-price change level of 17,639,216 and 17,994,498 observations for the U.S. and ▮▮ data respectively.[633]

   b. Then, for analyses which evaluate daily prices, I construct a data set that is unique at the game-by-store-by-day level by retaining the lowest reported price among all observations from a given store for each day, for each of the stores, if a given game-store-day contains more than one price. This methodology impacts only 3.4 percent of the observations in my sample and mirrors the approach used by Dr. Schwartz in his report utilizing ITAD data.[634]

   c. Once I have a data set with a single price for each day, I fill in the prices for days without a reported price change from ITAD. I assume that the price on any given day remains the same as the last day with a reported price change

---

631    I find that 10,882,187 out of 11,448,781 ▮▮ Steam prices from the Valve-produced data are also present in ▮▮ ITAD data, resulting in an overall match rate of 95.1 percent. I find that 23,045,834 out of 24,360,834 U.S. Steam prices from the Valve-produced data are also present in the U.S. ITAD data, resulting in an overall match rate of 94.6 percent. See Workpaper 31.

632    See Workpaper 36. Additionally, see Appendix A6.3.

633    See Workpaper 34.

634    Out of the 32.8 million game-by-store-by-day pairings in the U.S. and ▮▮ ITAD data combined, 96.6 percent have only one distinct price. Furthermore, 99.2 percent of these pairings have a minimum price which matches the latest recorded price for that day. See Workpaper 37.

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

from ITAD, and it stays unchanged until the next reported price change. Once again, this methodology mirrors the approach used by Dr. Schwartz.

d. I limit daily prices for each game-by-store from the ITAD data to be between the first and last recorded price change for each game-by-store combination.[635] Unless specified otherwise in particular analyses, when comparing prices between platforms, I focus on the days where both platforms have daily prices for the same game using this approach.

## A6.4. ITAD bundle data description

452. In addition to collecting prices for individual applications, I also gathered data from ITAD on bundle prices using the same API integrations that ITAD employs.[636] For each bundle, ITAD tracks the included games; the bundle's name; the price of the lowest tier; the number of tiers; and the start and end date each bundle is available for purchase. In total, I collected data for 6,978 bundles between May 4, 2010 and February 28, 2025, with each game contained in each bundle represented by a single entry.[637]

453. Out of these bundles, 1,470 have multiple tiers, allowing consumers to purchase a subset of games at one price and add more games for an additional fee.[638] Since ITAD does not always specify which games are included in those tiers, and those tiers are instead discounted add-ons, I focus my analysis on the base tiers of bundles.

454. To compare bundle prices with Steam game prices, I combine the ITAD bundles data with ITAD prices data for each of the individual games in the bundle. I first expand the ITAD prices data to a daily level using the methodology described in Appendix A6.3 above. Then, for each game included in a bundle, I identify the lowest price for which that game was available on

---

[635] My methodology diverges from Dr. Schwartz's approach to constructing a daily game price data set. Dr. Schwartz extends the last reported price in ITAD for a specific game-store combination forward until the day with the last reported price in ITAD for the game across all stores. However, I note that in Appendix A3.2.1, I perform stress tests on my analyses using Dr. Schwartz's daily game price data set and observe similar results. See Appendix A3.2.1 for details.

[636] Specifically, using the same set of games identified using the **/deals/v2** endpoint (see Appendix A6.1 above), I utilized the **/games/bundles/v2** endpoint to obtain the set of bundle prices monitored by ITAD using the log tables shown in Exhibit 32. See IsThereAnyDeal, "IsThereAnyDeal API," available at https://docs.isthereanydeal.com/, accessed on March 13, 2025 ("IsThereAnyDeal API provides programmatic access to features found at IsThereAnyDeal.").

[637] See Workpaper 38. These data were collected from IsThereAnyDeal on February 28, 2025. I remove a single bundle which has a reported currency of ▮▮▮▮ from those that I collect from ITAD. The remaining bundles which contain pricing information have a listed currency of "USD."

[638] See Workpaper 38.

---

Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D.

Steam during the time the bundle was available.[639] I merge this with the bundles data, which results in a data set at the game-by-bundle level, allowing the comparison of bundle prices off Steam to the individual prices of their components on Steam.

---

[639] The time at which a bundle is available can be determined using the "publish" and "expiry" values in the data. For cases in which the expiry date is *before* the publish date, I either (a) drop that bundle from my analysis or (b) manually impose a 30-day window for which I consider that bundle to have been available in the case of Humble Monthly or Humble Choice bundles. This impacts fewer than 1 percent of the bundles I analyze. See Humble, "Get great games every month with Humble Choice!" available at https://www.humblebundle.com/membership, accessed on February 24, 2025 ("Get a curated mix of PC games every month"). See also Workpaper 38.

Expert Report of Gautam Gowrisankaran, Ph.D.

## DOCUMENTS RELIED UPON LIST

### Academic Articles

- Amil Petrin, "Quantifying the Benefits of New Products: The Case of the Minivan," *Journal of Political Economy*, 110(4), 2002, pp. 705–729

- Andre Boik and Kenneth S. Corts, "The Effects of Platform Most-Favored-Nation Clauses on Competition and Entry," *The Journal of Law and Economics*, 59(1), 2016, pp. 105–134

- Andrew Bacher-Hicks et al., "The COVID-19 Pandemic Disrupted Both School Bullying and Cyberbullying," *American Economic Review: Insights,* 4(3), 2022, pp. 353–370

- Andrew C. Eggers, Guadalupe Tuñon, and Allan Dafoe, "Placebo Tests for Causal Inference," *American Journal of Political Science*, 68(3), 2024, pp. 1106–1121

- Austan Goolsbee and Chad Syverson, "How Do Incumbents Respond to the Threat of Entry? Evidence from the Major Airlines," *The Quarterly Journal of Economics*, 123(4), 2008, pp. 1611–1633

- Aviv Nevo, "Mergers with Differentiated Products: The Case of the Ready-to-Eat Cereal Industry," *The RAND Journal of Economics*, 31(3), 2000, pp. 395–421

- Barbara Kobuszewski Volles, Anneleen Van Kerckhove, and Maggie Geuens, "Triggering Brand Switching in Online Stores: The Effectiveness of Recommendations for Private Labels Versus National Brands," *Journal of Business Research*, 164, 2023, 114020

- C. Lanier Benkard, "A Dynamic Analysis of the Market for Wide-Bodied Aircraft," *Review of Economic Studies*, 71(3), 2004, pp. 581–611

- Chengsi Wang and Julian Wright, "Search Platforms: Showrooming and Price Parity Clauses," *The RAND Journal of Economics*, 51(1), 2020, pp. 32–58

- Chezy Ofir and Itamar Simonson, "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," *Journal of Marketing Research*, 38(2), 2001, pp. 170–182

- Dennis W. Carlton, "Does Antitrust Need to Be Modernized?" *Journal of Economic Perspectives*, 21(3), 2007, pp. 155–176

- Francine Lafontaine and Fiona Scott Morton, "State Franchise Laws, Dealer Terminations, and the Auto Crisis," *Journal of Economic Perspectives*, 24(3), 2010, pp. 233–250

- Gautam Gowrisankaran and Marc Rysman, "Dynamics of Consumer Demand for New Durable Goods," *Journal of Political Economy*, 120(6), 2012, pp. 1173–1219

Expert Report of Gautam Gowrisankaran, Ph.D.

- Gautam Gowrisankaran and Robert Town, "Dynamic Equilibrium in the Hospital Industry," *Journal of Economics and Management Strategy*, 6(1), 1997, pp. 45–74

- Ian Cockburn and Rebecca Henderson, "Racing to Invest? The Dynamics of Competition in Ethical Drug Discovery," *Journal of Economics and Management Strategy*, 3(3), 1994, pp. 481–519

- Igal Hendel and Aviv Nevo, "Intertemporal Price Discrimination in Storable Goods Markets," *American Economic Review*, 103 (7), 2013, pp. 2722–2751

- Itai Ater and Oren Rigbi, "Price Transparency, Media, and Informative Advertising," *American Economic Journal: Microeconomics*, 15(1), 2023, pp. 1–29

- JA DiMasi et al., "Trends in Risks Associated with New Drug Development: Success Rates for Investigational Drugs," *Clinical Pharmacology & Therapeutics*, 87(3), 2010, pp. 272–277

- Javier D. Donna, Pedro Pereira, and Yun Pu et al., "Direct Sales and Bargaining," *The Rand Journal of Economics*, 55(4), 2024, pp. 749–787

- Jean-Pierre H. Dubé, Günter J. Hitsch, and Pradeep Chintagunta, "Tipping and Concentration in Markets with Indirect Network Effects," *Marketing Science*, 29(2), 2010, pp. 216–249

- Jennifer K. Ryan, Daewon Sun, and Xuying Zhao, "Competition and Coordination in Online Marketplaces," *Production and Operations Management Society*, 21(6), 2012, pp. 997–1014

- Jonathan Baker and Timothy F. Bresnahan, "Empirical Methods of Identifying and Measuring Market Power," *Antitrust Law Journal*, 61(1), 1992, pp. 3–16

- Lorenz Kueng, "Excess Sensitivity of High-Income Consumers," *The Quarterly Journal of Economics*, 133(4), 2018, pp. 1693–1751

- Meghan Busse, "Firm Financial Condition and Airline Price Wars," *RAND Journal of Economics*, 33(2), 2002, pp. 298–318

- Melissa S. Kearney and Phillip B. Levine, "Media Influences on Social Outcomes: The Impact of MTV's 16 and Pregnant on Teen Childbearing," *American Economic Review,* 105(12), 2015, pp. 3597–3632

- Michael Spence, "Product Differentiation and Welfare," *The American Economic Review*, 66(2), 1976, pp. 407–414

- Paul Klemperer, "Competition when Consumers have Switching Costs: An Overview with Applications to Industrial Organization, Macroeconomics, and International Trade," *The Review of Economic Studies*, 62(4), 1995, pp. 515–539

- Paul Klemperer, "Markets with Consumer Switching Costs," *The Quarterly Journal of Economics*, 102(2), 1987, pp. 375–394

- Robert H. Bork and J. Gregory Sidak, "The Misuse of Profit Margins to Infer Market Power," *Journal of Competition Law & Economics*, 9(3), 2013, pp. 511–530

- Stefano DellaVigna and Matthew Gentzkow, "Uniform pricing in US retail chains," *The Quarterly Journal of Economics*, 134(4), 2019, pp. 2011–2084

- Steven T. Berry, "Estimating Discrete-Choice Models of Product Differentiation," *The RAND Journal of Economics*, 25(2), 1994, pp. 242–262

- Susan Athey and Fiona Scott Morton, "Platform Annexation", *Antitrust Law Journal*, 84(3), 2022, pp. 677–703

- Thomas M. Jorde and David J. Teece, "Innovation, Dynamic Competition, and Antitrust Policy," *Regulation*, 13(1), 1990, pp. 35–44

## Books and Book Chapters

- Alan Bryman, *Social Research Methods*, (Oxford, UK: Oxford University Press, 2016)

- Bruno Jullien, Alessandro Pavan, and Marc Rysman, "Two-Sided Markets, Pricing, and Network Effects," in *Handbook of Industrial Organization, Volume 4*, ed. Kate Ho, Ali Hortaçsu, and Alessandro Lizzeri (Amsterdam, NL: Elsevier/North Holland, 2021), pp. 485–592

- Daniel F. Spulber, *Regulation and Markets*, (Cambridge, MA: MIT Press, 1989)

- David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence, Third Edition*, ed. Federal Judicial Center et al., (Washington, D.C.: The National Academies Press, 2011), pp. 211–302

- David M. Mandy, *Producers, Consumers, and Partial Equilibrium*, (London, United Kingdom: Academic Press, 2017)

- Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (Harlow, Essex: Pearson Education Limited, 2015)

- Edward Chamberlin, *The Theory of Monopolistic Competition*, (London, UK: Oxford University Press, 1933)

- Hal Varian, *Intermediate Microeconomics: A Modern Approach*, Eighth Edition, (New York, NY: W.W. Norton, 2010)

- Jean Tirole, *The Theory of Industrial Organization*, (Cambridge, MA: MIT Press, 1988)

- Jeffrey M. Perloff, *Microeconomics*, Seventh Edition, (Boston: Pearson Education, Inc., 2015)

- Jeffrey R Church and Roger Ware, *Industrial Organization: A Strategic Approach*, (Boston, MA: McGraw-Hill, 2000)

- Margherita Colangelo, "Competition Law and Most Favoured Nation Clauses in Online Markets," in *New Developments in Competition Law and Economics*, ed. Klaus Mathis and Avishalom Tor (Switzerland AG: Springer International Publishing, 2019), pp. 295–317

- Patrick Rey and Jean Tirole, "A Primer on Foreclosure," in *Handbook of Industrial Organization, Volume 3,* ed. Mark Armstrong and Robert H. Porter, (Amsterdam, NL: Elsevier/North Holland, 2007), pp. 2145–2220

- Paul Milgrom and John Roberts, *Economics, Organization & Management,* (Upper Saddle River, NJ: Prentice Hall, Inc., 1992)

- Susan Athey and Fiona Scott Morton, "Platform Annexation", *Antitrust Law Journal,* 84(3), 2022, pp. 677–703

## Data Sources

- *Google Trends*
- *IsThereAnyDeal*
- *Newzoo*

## Depositions and Declarations

- Deposition of Erik Johnson (Valve Corporation), September 26, 2023
- Deposition of Kristian Miller (Valve Corporation), October 3, 2023
- Deposition of Scott Lynch (Valve Corporation), October 12, 2023
- Deposition of Scott Lynch, 30(b)(6) (Valve Corporation), October 13, 2023
- Deposition of Al Farnsworth (Valve Corporation), November 7, 2023
- Deposition of Chris Boyd (Valve Corporation), November 17, 2023, Exhibit 309, Game Revolution, "Valve Interview Pt 4: Devs On Steam Greenlight Replacement, Discovery Updates and Support," February 10, 2017
- Deposition of Erik Peterson, 30(b)(6) (Valve Corporation), November 15, 2023
- Deposition of Jeffrey Rosen (Wolfire LLC), November 17, 2023
- Deposition of ████████████████████████████████████
- Deposition of ████████████████████████████████
- Deposition of ██████████████████████████████████

## Expert Reports

- Class Certification Expert Report of Lesley Chiou, Ph.D., May 17, 2024, with backup materials
- Expert Report of Professor Joost Rietveld, February 8, 2024
- Reply Class Certification Expert Report of Steven Schwartz, Ph.D., July 12, 2024
- Expert Report of Gautam Gowrisankaran, Ph.D., January 27, 2025

- Expert Report of Professor Joost Rietveld, January 27, 2025

- Opening Merits Expert Report of Steven Schwartz, Ph.D., January 27, 2025

- Supplemental Opening Merits Expert Report of Steven Schwartz, Ph.D., March 7, 2025

- Expert Report of Ashley Langer, Ph.D., March 26, 2025, with backup materials

- Merits Expert Report of Lesley Chiou, Ph.D., March 26, 2025, with backup materials

- Expert Rebuttal Report of R. Harold Schroeder, March 26, 2025

## Legal Documents / Pleadings

- Consolidated Second Amended Class Action Complaint, In Re: Valve Antitrust Litigation, March 23, 2023

- Motion for Class Certification and Appointment of Co-Lead Class Counsel, *In re Valve Antitrust Litigation*, February 8, 2024

- Order, *DARK CATT STUDIOS HOLDINGS, INC. and DARK CATT STUDIOS INTERACTIVE LLC, on behalf of themselves and all others similarly situated. Plaintiffs, v. VALVE CORPORATION, Defendant.*, November 19, 2021

## Industry Reports

- Newzoo, "Global Games Market Report," July 2023, available at https://newzoo.com/resources/trend-reports/newzoo-global-games-market-report-2023-free-version

## Produced Documents

- "Appendix H: Comments, Operation: Tell Valve All the Things, v 2.0," VALVE_ANT_2371141–173

- "Browsing Steam Store Horrible Experience Report," December 27–28, 2015, VALVE_ANT_1847812–831

- Deposition of Al Farnsworth (Valve Corporation), November 7, 2023, Exhibit 242, Email from Alden Kroll to SteamBusiness et al., "Trip Notes: Boston developer meet-up," October 5, 2018, VALVE_ANT_0054709–714

- Email chain from Chris Schenck to Liam Lavery, "FW: ███████████ – Valve contract redlines," April 27, 2020, VALVE_ANT_2814301–311

- Email chain from DJ Powers to Nat Brown, et al., "███████ Meeting Notes 6/26/18," August 8, 2018, VALVE_ANT_1444184–186

- Email chain from DJ Powers to Scott Lynch and Tom Giardino, "RE: ██████," October 31, 2019, VALVE_ANT_0489566

- Email chain from DJ Powers to Scott Lynch, "FW: Epic Games Store – Talking points from recent trip," February 5, 2019, VALVE_ANT_0489888–890

- Email chain from Erik Peterson to Tom Giardino et al., "RE: New Key Request Wizard," March 14, 2018, VALVE_ANT_0057685–695

- Email chain from Henry Goffin to Kristian Miller and Adil Sardar, "RE: The long tail," May 25, 2017, VALVE_ANT_0815848–850

- Email chain from Jane Lo to Tim Gruner et al., "RE: Rev Share Meeting Notes," October 19, 2018, VALVE_ANT_1747246–247

- Email chain from Jason Ruymen to Erik Peterson and Tom Giardino, "RE: Game Keys in Bulk," October 4, 2017, VALVE_ANT_1188589–591

- Email chain from Kristian Miller to Dario Casali et al., "███████," August 10, 2018, VALVE_ANT_0818222–223

- Email chain from Kristian Miller to Tom Giardino, "RE: Rev Share Change on Past Year Titles," October 2, 2018, VALVE_ANT_2392320–323

- Email chain from Scott Lynch to Ricky Uy, "Fwd: Continuing our conversation," VALVE_ANT_0295988–990

- Email chain from Tom Bui to Michael Coupland et al., "RE: FYI – 'New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 5, 2018, VALVE_ANT_1217134–136

- Email from ███████ to Tom Giardino, "Re: [Contact Form] Developer that needs to be banned for fake reviews," June 21, 2018, VALVE_ANT_0501377

- Email from ███████ to Gabe Newell, "[Contact Form] Concerns about steam store front," July 10, 2018, VALVE_ANT_0418237

- Epic Games internal presentation, "Diesel Update," June 5, 2018, EPIC_VALVE_0000338–362

- Steam Distribution Agreement, "Valve Corporation Steam Distribution Agreement - Online Version," VALVE_ANT_0000008–015

- Valve P&L Statements, VALVE_ANT_2755012

- Valve presentation, "Steam Rev Share – Group Update," VALVE_ANT_0046076

- VGM presentation, "Steam User and Epic Games Store User Profile Survey," July 2019, EPIC_VALVE_0000073–308


## Cases and Guidelines

- European Commission, "Case M.8788 – Apple / Shazam, Merger Procedure Regulation (EC) 139/2004," June 9, 2018

- U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023

Expert Report of Gautam Gowrisankaran, Ph.D.

## SEC Filings and Annual Reports

- NCSoft, "Sales Breakdown (FY 2022)," 4Q 2022 Earnings Release, February 9, 2023
- Roblox Corporation, "2021 Annual Report for the Fiscal Year Ended December 31, 2021 and 2022 Proxy Statement," May 26, 2022, available at https://s27.q4cdn.com/984876518/files/doc_financials/2021/ar/Roblox_Proxy-and-Annual-Report_Web-Ready_Bookmarked-(1).pdf

## Images/Screenshots

- Chuck Osborn, "Downloading the Future," PC Gamer, Volume 13, Number 12, Issue 155, December 2006, available at https://archive.gamehistory.org/item/ec20ef30-066c-403c-a92d-f3b43b9df8cf
- Chuck Osborn, "Pay to Prey," PC Gamer, Volume 13, Number 13, Issue 156, Holiday 2006, available at https://archive.gamehistory.org/item/9347d1ac-7334-4395-9b0a-414d7602612a
- Cooper Thomas, "Download-wary," PC Gamer, Volume 13, Number 2, Issue 146, February 2006, available at https://archive.gamehistory.org/item/01232a50-71e1-4841-be55-d4bc9c9ab04c

## Websites / Online Content

- Active Player, "Minecraft Live Player Count and Statistics," available at https://activeplayer.io/minecraft/, accessed on February 21, 2025
- Adrian Hon, "How achievements took over the video game industry," Fast Company, September 20, 2022, available at https://www.fastcompany.com/90786023/how-achievements-took-over-the-video-game-industry, accessed on March 3, 2025
- Adrian Willings and Jacob Fox, "4 ways to easily stream PC games to a TV, phone, or other device," Pocket-lint, January 21, 2024, available at https://www.pocket-lint.com/how-to-stream-pc-games-to-another-device/, accessed on March 7, 2025
- Alex Calvin, "Steam Game Festival rebrands as Steam Next Fest, set to take place in June," VG247, March 24, 2021, available at https://www.vg247.com/steam-game-festival-steam-next-fest-june, accessed on April 30, 2024
- Alex Calvin, "Why the developers of Oxenfree want you to outdrink the devil in Afterparty," August 13, 2019, PC Games Insider, available at https://www.pcgamesinsider.biz/indie-interview/69498/why-the-developers-of-oxenfree-want-you-to-outdrink-the-devil-in-afterparty/, accessed on January 24, 2025
- Alfredo Robelo, "The 5 Best Ways to Get Free Games," TheGamer, August 1, 2024, available at https://www.thegamer.com/best-ways-get-free-games/, accessed on March 22, 2025

- Alice O'Connor, "The new EA app replacing Origin is still a launcher you'll only ever use when forced to," *Rock Paper Shotgun*, October 7, 2022, available at https://www.rockpapershotgun.com/the-new-ea-app-replacing-origin-is-still-a-launcher-youll-only-ever-use-when-forced-to, accessed on January 14, 2025

- Alissa McAloon, "Ubisoft Connect announced as a 'refreshed' replacement for Uplay and Ubisoft Club," *Game Developer*, October 20, 2020, available at https://www.gamedeveloper.com/game-platforms/ubisoft-connect-announced-as-a-refreshed-replacement-for-uplay-and-ubisoft-club, accessed on January 10, 2025

- Alissa McAloon, "Valve's Greenlight replacement, Steam Direct, launches today," *Game Developer*, June 12, 2017, available at https://www.gamedeveloper.com/business/valve-s-greenlight-replacement-steam-direct-launches-today, accessed on March 5, 2025

- Andrew J. Hawkins, "BMW Drops Plan to Charge a Monthly Fee for Heated Seats," *The Verge*, September 7, 2023, available at https://www.theverge.com/2023/9/7/23863258/bmw-cancel-heated-seat-subscription-microtransaction, accessed on March 14, 2025

- Andrew Webster, "Discord's game store tries to top Steam and Epic by offering developers more money," *The Verge*, December 14, 2018, available at https://www.theverge.com/2018/12/14/18139843/discord-pc-games-store-revenue-split, accessed on April 20, 2024

- Andy Chalk, "Call of Duty: Black Ops 4 will be on Battle.net, not Steam," *PC Gamer*, May 17, 2018, available at https://www.pcgamer.com/call-of-duty-black-ops-4-will-be-on-battlenet-not-steam/, accessed on March 7, 2025

- Andy Chalk, "Steam launches a permanent Points Shop," *PC Gamer*, June 25, 2020, available at https://www.pcgamer.com/steam-launches-a-permanent-points-shop/, accessed on March 17, 2025

- Andy Chalk, "The Epic Store is beginning to support cloud saves," *PC Gamer*, July 25, 2019, available at https://www.pcgamer.com/the-epic-store-is-beginning-to-support-cloud-saves/, accessed on January 14, 2025

- Andy Kelly, "The Frustrating Failed Experiment That Was The Steam Controller," *TheGamer*, November 7, 2022, available at https://www.thegamer.com/the-frustrating-failed-experiment-that-was-the-steam-controller/, accessed on March 12, 2025

- Andy Robinson, "Valve brings achievements to Steam," *GamesRadar+*, November 26, 2007, available at https://www.gamesradar.com/valve-brings-achievements-to-steam/, accessed on April 30, 2024

- AppleInsider, "Valve announces Steam for Mac, games will allow Mac-PC online play," March 10, 2010, available at https://appleinsider.com/articles/10/03/08/valve_announces_steam_for_mac_will_allow_mac_pc_online_play.html, accessed on April 30, 2024

Expert Report of Gautam Gowrisankaran, Ph.D.

- ArenaNet, "GuildWars®," available at https://www.guildwars2.com/en/, accessed on March 6, 2025

- Ars Staff, "Valve's 'Steam Play' uses Vulkan to bring more Windows games to Linux," *Ars Technica*, August 21, 2018, available at https://arstechnica.com/gaming/2018/08/valves-steam-play-uses-vulkan-to-bring-more-windows-games-to-linux/, accessed on April 30, 2024

- Arthur Zuckerman, "75 Steam Statistics: 2020/2021 Facts, Market Share & Data Analysis," *CompareCamp*, May 15, 2020, available at https://comparecamp.com/steam-statistics/, accessed on March 17, 2025

- Asha Rajput, "Best Gaming Platforms You Should Know in 2025," *300Mind*, September 19, 2024, available at https://300mind.studio/blog/best-gaming-platforms/, accessed on January 14, 2025

- Aurash Mahbod, "Making Google Play the best place to grow PC games," *Android Developers Blog*, March 13, 2025, available at https://android-developers.googleblog.com/2025/03/making-google-play-best-place-to-grow-pc-games.html, accessed on March 26, 2025

- Austen Goslin, "The Game Awards offers an E3-esque buffet of Steam demos for unreleased games," *Polygon*, December 11, 2019, available at https://www.polygon.com/2019/12/11/21011169/the-game-awards-steam-game-festival-demos, accessed on April 30, 2024

- Austin Wood, "20 years later, Runescape and Old School Runescape are Coming to Steam," *GamesRadar+*, September 24, 2020, available at https://www.gamesradar.com/20-years-later-runescape-and-old-school-runescape-are-coming-to-steam/, accessed on March 6, 2025

- Avy Punwasee, "Holiday Pricing Strategy Essentials," *Forbes*, November 10, 2022, available at https://www.forbes.com/councils/forbesbusinesscouncil/2022/11/10/holiday-pricing-strategy-essentials/, accessed on March 6, 2025

- Battlestate Games, "How to download the game?" June 7, 2022, available at https://www.escapefromtarkov.com/support/knowledge/425, accessed on March 12, 2025

- Ben Kuchera, "Rag Doll Kung Fu given a date and price on Steam," *Ars Technica*, September 19, 2005, available at https://arstechnica.com/gaming/2005/09/1292/, accessed on March 24, 2025

- Ben Kuchera, "Valve launches Steam Community, perhaps a bit soon," *Ars Technica*, August 7, 2007, available at https://arstechnica.com/gaming/2007/08/valve-launches-steam-community-perhaps-a-bit-soon/, accessed on April 30, 2024

- Bill Thomas, "Steam vs GOG vs GreenManGaming: which is best for PC gamers?" *TechRadar*, June 12, 2018, available at https://www.techradar.com/news/steam-vs-gog-vs-greenmangaming-which-is-best-for-pc-gamers, accessed on March 5, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Blizzard Entertainment, "Blizzard Entertainment Announces World of Warcraft European Street Date – 11 February, 2005," February 2, 2025, available at https://web.archive.org/web/20050207114532/http://www.blizzard.co.uk/press/050202.shtml, accessed on March 21, 2025

- Blizzard Entertainment, "Diablo IV," available at https://diablo4.blizzard.com/en-us/, accessed on March 4, 2025

- Blizzard Entertainment, "Overwatch 2," available at https://overwatch.blizzard.com/en-us/, accessed on March 4, 2025

- Blizzard, "Blizzard Battle.net Update," August 14, 2017, available at https://news.blizzard.com/en-us/world-of-warcraft/20972461/blizzard-battle-net-update, accessed on January 10, 2025

- Blue's News, "Valve Unveils Steam at 2002 Game Developer's Conference," March 21, 2002, available at https://www.bluesnews.com/a/337/valve-unveils-steam-at-2002-game-developer-sconference, accessed on January 20, 2025

- Brad Chacos, "Why the new Steam Chat won't woo PC gamers away from Discord," *PCWorld*, July 25, 2018, available at https://www.pcworld.com/article/402323/new-steam-chat-vs-discord.html, accessed on March 7, 2025

- Brad Wardell, "Postmortem: Stardock's Galactic Civilizations," *Gamasutra*, May 7, 2003, available at https://web.archive.org/web/20220704210359/http://www.gamasutra.com/view/feature/2862/postmortem_stardocks_galactic_.php, accessed on January 10, 2025

- Brendan Graeber et al., "Nintendo Switch Release Date," *IGN*, March 9, 2017, available at https://www.ign.com/wikis/nintendo-switch/Nintendo_Switch_Release_Date, accessed on January 27, 2025

- Brian Crecente, "Riot Games brings League of Legends, VALORANT, and more to the Epic Games Store," *Epic Games*, November 4, 2021, available at https://store.epicgames.com/en-US/news/riot-games-brings-league-of-legends-valorant-and-more-to-epic-games-store, accessed on March 4, 2025

- Brian Crecente, "The first official Steam Machines hit Oct. 16, on store shelves Nov. 10," *Polygon*, June 4, 2015, available at https://www.polygon.com/2015/6/4/8727269/steam-machine-launch-date, accessed on March 21, 2025

- Brittany Vincent, "A brief history of online gaming on the PC," *PC Gamer*, February 22, 2017, available at https://www.pcgamer.com/a-brief-history-of-online-gaming-on-the-pc/, accessed on January 20, 2025

- Bureau of Labor Statistics, "American Time Use Survey – 2019 Results," June 25, 2020, available at https://www.bls.gov/news.release/archives/atus_06252020.pdf, accessed on January 22, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.                      Documents relied upon list

- Bureau of Labor Statistics, "Table 11A. Time spent in leisure and sports activities for the civilian population by selected characteristics, averages per day, 2023 annual averages," June 27, 2024, available at https://www.bls.gov/news.release/atus.t11A.htm, accessed on January 22, 2025

- Call of Duty, "The Fight is On," available at https://www.callofduty.com/, accessed on March 4, 2025

- Cameron Koch, "We Finally Know WoW Subscription Numbers Thanks To A Blizzard GDC Talk," *GameSpot*, March 25, 2024, available at https://www.gamespot.com/articles/we-finally-know-wow-subscription-numbers-thanks-to-a-blizzard-gdc-talk/1100-6522136/, accessed on February 21, 2025

- Carl Shapiro, "Testing Vertical Mergers for Input Foreclosure," *Organisation for Economic Co-operation and Development*, September 17, 2020, available at https://one.oecd.org/document/DAF/COMP/WD(2019)75/en/pdf

- Carli Velocci, "No More Buyer's Remorse: How to Return a Steam Game and Get a Refund," *PCMag*, January 18, 2024, available at https://www.pcmag.com/how-to/return-refund-game-on-steam, accessed on March 6, 2025

- Carlos Hernando, "Steam Features and Game Development: an Inevitable Symbiosis," *Tech Radar*, September 3, 2021, available at https://www.techradar.com/news/steam-features-and-game-development-an-inevitable-symbiosis, accessed on January 16, 2025

- Cassidee Moser, "Valve on Customer Service: 'We Have to Do Better,'" *IGN*, April 9, 2018, available at https://www.ign.com/articles/2015/03/17/valve-on-customer-service-we-have-to-do-better, accessed on March 7, 2025

- Chaim Gartenberg, "Twitch affiliate streamers get a cut of game purchase referrals now," *The Verge*, June 7, 2017, available at https://www.theverge.com/2017/6/7/15757386/twitch-affiliate-streamers-store-game-purchases-revenue-share, accessed on March 11, 2025

- Charlie Hall, "Steam has a massive new competitor," *Polygon*, April 17, 2017, available at https://www.polygon.com/2017/4/17/15326258/steam-competitor-tencent-games-platform-wegame-download, accessed on January 10, 2025

- Chris Kohler, "Nintendo 3DS eShop Packs Solid Features, Skimpy Lineup," *WIRED*, June 2, 2011, available at https://www.wired.com/2011/06/nintendo-3ds-eshop-launch/, accessed on January 10, 2025

- Chris Pereira, "Steam Eliminates Greenlight, Will Let Devs Publish Games Directly This Spring," *GameSpot*, February 10, 2017, available at https://www.gamespot.com/articles/steam-eliminates-greenlight-will-let-devs-publish-/1100-6447756/, accessed on January 20, 2025

- Chris Remo, "Valve Releases Full Steamworks Development Kit," *Game Developer*, April 30, 2008, available at https://www.gamedeveloper.com/pc/valve-releases-full-steamworks-development-kit, accessed on April 30, 2024

- Chris Simpson, "Steam Refunds: The Advantages to Developers," *Game Developer*, June 8, 2015, available at https://www.gamedeveloper.com/business/steam-refunds-the-advantages-to-developers, accessed on March 6, 2025

- Chris Stone, "The evolution of video games as a storytelling medium, and the role of narrative in modern games," *Game Developer*, January 7, 2019, available at https://www.gamedeveloper.com/design/the-evolution-of-video-games-as-a-storytelling-medium-and-the-role-of-narrative-in-modern-games, accessed on February 23, 2025

- Christopher Dring, "Green Man Gaming's £100m IPO: 'We've grown between 25 to 30% every year,'" *GamesIndustry.biz*, September 4, 2018, available at https://www.gamesindustry.biz/green-man-gamings-100m-ipo-weve-grown-between-25-to-30-percent-every-year, accessed on March 7, 2025

- Christopher Dring, "IDG: Other publishers are considering raising game prices for PS5 and Xbox Series X," *GamesIndustry.biz*, July 2, 2020, available at https://www.gamesindustry.biz/idg-other-publishers-are-considering-raising-game-prices-for-ps5-and-xbox-series-x, accessed on January 10, 2025

- Christopher Livingston, "The Discord Store is a carefully curated shop, but could use a few more features," *PC Gamer*, October 19, 2018, available at https://www.pcgamer.com/the-discord-store-is-a-carefully-curated-shop-but-could-use-a-few-more-features/, accessed on January 14, 2025

- Dale Bashir, "A Quick History of On-Demand Video Game Subscription Services," *IGN Southeast Asia*, July 23, 2021, available at https://sea.ign.com/netflix/174598/news/a-quick-history-of-on-demand-video-game-subscription-services, accessed on March 13, 2025

- Dallas Tester, "Coming Soon: Twitch Games Commerce," *Twitch Blog*, February 27, 2017, available at https://blog.twitch.tv/en/2017/02/27/coming-soon-twitch-games-commerce-6b646d832480/, accessed on February 10, 2025

- Dan Adams, Steve Butts, and Charles Onyet, "PC 2006 Year in Review," *IGN*, December 20, 2006, available at https://www.ign.com/articles/2006/12/20/pc-2006-year-in-review, accessed on March 23, 2025

- Danielle Rose, "Is Minecraft on Steam?" *PCGamesN*, November 15, 2023, available at https://www.pcgamesn.com/minecraft/steam, accessed on March 5, 2025

- Darryn Bonthuys, "Changes To How Steam Demos Work Are On The Way," *GameSpot*, July 26, 2024, available at https://www.gamespot.com/articles/changes-to-how-steam-demos-work-are-on-the-way/1100-6525327/, accessed on March 7, 2025

- Darryn Bonthuys, "Diablo 4 has been wildly successful so far," *GameSpot*, July 19, 2023, available at https://www.gamespot.com/articles/diablo-4-has-been-wildly-successful-so-far/1100-6516085/, accessed on March 5, 2025

- Darryn Bonthuys, "Nintendo Breaks 13-Year Record With New Switch Sales Figures," *GameSpot*, February 4, 2025, available at https://www.gamespot.com/articles/nintendo-switch-breaks-13-year-sales-record/1100-6529214/, accessed on March 13, 2025

- Darryn Bonthuys, "Steam Game Recording Is Now Live For All PC And Steam Deck Users," *GameSpot*, November 6, 2024, available at https://www.gamespot.com/articles/steam-game-recording-is-now-live-for-all-pc-and-steam-deck-users/1100-6527599/, accessed on January 21, 2025

- Dave Ozzy, "Looking Back to 2016 and the underrated joys of Oxenfree," *The Xbox Hub*, January 15, 2021, available at https://www.thexboxhub.com/looking-back-to-2016-and-the-underrated-joys-of-oxenfree/, accessed on January 24, 2025

- David Adams, "Half-Life 2 Steam Pricing Confirmed," *IGN*, October 6, 2004, available at https://www.ign.com/articles/2004/10/06/half-life-2-steam-pricing-confirmed, accessed on January 16, 2025

- Deepesh Sharma, "How to Install the Epic Games Launcher to Play Games on Linux," *Make Use Of*, July 4, 2023, available at https://www.makeuseof.com/install-epic-games-launcher-linux/, accessed on March 6, 2025

- Delisted Games, "Nightmares from the Deep: The Cursed Heart," May 22, 2023, available at https://delistedgames.com/nightmares-from-the-deep-the-cursed-heart/, accessed on March 18, 2025

- Dustin Bailey, "Epic doesn't plan to host game forums, encourages devs to use Reddit instead," *PCGamesN*, April 12, 2019, available at https://www.pcgamesn.com/epic-games-store-forums, accessed on March 7, 2025

- Dustin Bailey, "Factorio, the base building hit that never goes on sale, is now raising its price 'to account for inflation,'" *GamesRadar+*, January 20, 2023, available at https://www.gamesradar.com/factorio-the-base-building-hit-that-never-goes-on-sale-is-now-raising-its-price-to-account-for-inflation/, accessed on March 3, 2025

- Dustin Bailey, "Looks like next-gen games are going to cost $70 USD," *PCGamesN*, July 2, 2020, available at https://www.pcgamesn.com/next-gen-game-prices, accessed on January 20, 2025

- Eddie Makuch, "Assassin's Creed Valhalla Becomes Ubisoft's Second Biggest Profit-Generating Game of All Time," *GameSpot*, October 28, 2021, available at https://www.gamespot.com/articles/assassins-creed-valhalla-becomes-ubisofts-second-biggest-profit-generating-game-of-all-time/1100-6497497/, accessed on March 18, 2025

- Eddie Makuch, "Fallout 76 Won't Be Available On Steam," *GameSpot*, August 6, 2018, available at https://www.gamespot.com/articles/fallout-76-wont-be-available-on-steam/1100-6460988/, accessed on February 24, 2025

- Eddie Makuch, "GOG Celebrates Six Years of Advancing the 'DRM-Free Movement,'" *GameSpot*, September 8, 2014, available at https://www.gamespot.com/articles/gog-celebrates-six-years-of-advancing-the-drm-free/1100-6422150/, accessed on January 10, 2025

- Eddie Makuch, "Ubisoft Explains Why It Doesn't Release Games on Steam," *GameSpot*, August 29, 2019, available at https://www.gamespot.com/articles/ubisoft-explains-why-it-doesnt-release-games-on-st/1100-6469502/, accessed on March 4, 2025

- Eddie Makuch, "Valve launches Steam Market," *GameSpot*, December 12, 2012, available at https://www.gamespot.com/articles/valve-launches-steam-market/1100-6401485/, accessed on April 30, 2024

- Electronic Arts Inc., "EA Play," available at https://www.ea.com/ea-play, accessed on February 24, 2025

- Electronic Arts, "Apex Legends," available at https://www.ea.com/games/apex-legends/apex-legends, accessed on March 4, 2025

- Electronic Arts, "The Sims 4," available at https://www.ea.com/en/games/the-sims/the-sims-4, accessed on March 4, 2025

- Elton Jones, "The History of Roblox and Its Rise to Eminence," *One37PM*, October 12, 2023, available at https://www.one37pm.com/gaming/history-of-roblox, accessed on January 10, 2025

- Enad Global 7, "Investor Presentation," December 2020, available at https://www.enadglobal7.com/wp-content/uploads/2020/12/EG7-Investor-Presentation-Dec-2020-Acquires-Daybreak-Games.pdf, accessed on March 6, 2025

- Entertainment Software Association, "2013 Essential Facts About the Computer and Video Game Industry," June 11, 2013, available at https://www.theesa.com/wp-content/uploads/2024/02/2013-EF-FINAL.pdf, accessed on January 22, 2025

- Entertainment Software Association, "2019 Essential Facts About the Computer and Video Game Industry," May 2019, available at https://www.theesa.com/wpcontent/uploads/2024/02/2019-EF-FINAL.pdf, accessed on January 22, 2025

- Epic Dev Community, "5yrs Later, Still cannot remove games from your library?" August 2023, available at https://forums.unrealengine.com/t/5yrs-later-still-cannot-remove-games-from-your-library/1270660, accessed on March 6, 2025

- Epic Dev Community, "Disapointed with epic support…," April 2023, available at https://forums.unrealengine.com/t/disapointed-with-epic-support/926204, accessed on March 7, 2025

Expert Report of Gautam Gowrisankaran, Ph.D. |

- Epic Dev Community, "EG Launcher - Worst software I've seen in quite a while," July 2024, available at https://forums.unrealengine.com/t/eg-launcher-worst-software-ive-seen-in-quite-a-while/1949826, accessed on March 6, 2025

- Epic Dev Community, "How are sales for you publishers?" November 2024, available at https://forums.unrealengine.com/t/how-are-sales-for-you-publishers/2100512, March 7, 2025

- Epic Dev Community, "How can I have a playtest with my Epic Games Store game before releasing it?" May 15, 2024, available at https://eoshelp.epicgames.com/s/article/How-can-I-have-a-playtest-with-my-Epic-Games-Store-game-before-releasing-it?language=en_US, accessed on March 14, 2025

- Epic Dev Community, "i cannot contact support," February 2024, available at https://forums.unrealengine.com/t/i-cannot-contact-support/1684646, accessed on March 6, 2025

- Epic Games, "Can I share the games in my Epic Games Library with other Epic Games accounts?" available at https://www.epicgames.com/help/en-US/c-Category_EpicGamesStore/c-EpicGamesStore_LauncherSupport/can-i-share-the-games-in-my-epic-games-library-with-other-epic-games-accounts-a000091673, accessed on March 6, 2025

- Epic Games, "Cloud Saves," available at https://dev.epicgames.com/docs/epic-games-store/services/cloud-save, accessed on March 6, 2025

- Epic Games, "Connect and Save," available at https://store.epicgames.com/en-US/coupons/connect-and-save, accessed on March 7, 2025

- Epic Games, "Download the Epic Games Launcher," available at https://store.epicgames.com/en-US/download, accessed on March 7, 2025

- Epic Games, "Epic Rewards," available at https://store.epicgames.com/en-US/features/epic-rewards, accessed on March 6, 2025

- Epic Games, "Epic Developer Community Forums," available at https://forums.unrealengine.com/about, accessed on March 13, 2025

- Epic Games, "Epic Games Store 2024 Year in Review," February 14, 2025, https://store.epicgames.com/en-US/news/epic-games-store-2024-year-in-review, accessed on March 11, 2025

- Epic Games, "Epic Games Store Offers App, Software and Game Distribution," available at https://store.epicgames.com/en-US/distribution, accessed on February 10, 2025

- Epic Games, "Epic Games Store Refund Policy," available at https://www.epicgames.com/site/en-US/store-refund-policy, accessed on March 6, 2025

- Epic Games, "Epic Games Store Social Update," March 17, 2021, available at https://store.epicgames.com/en-US/news/epic-games-store-social-update, accessed on March 5, 2025 Epic Games, "Find more games with Expanded Search," available at https://store.epicgames.com/en-US/features/expanded-search, accessed on February 24, 2025

- Epic Games, "Fortnite FAQ," available at https://store.epicgames.com/en-US/p/fortnite--faq, accessed on March 13, 2025

- Epic Games, "Frequently Asked Questions (FAQs)," available at https://www.unrealengine.com/en-US/faq, accessed on March 18, 2025

- Epic Games, "How do I capture screenshots and video clips for Epic support?" available at https://www.epicgames.com/help/en-US/c-Category_TechnicalSupport/c-TechnicalSupport_GeneralSupport/how-do-i-capture-screenshots-and-video-clips-for-epic-support-a000084256, accessed on March 6, 2025

- Epic Games, "How to Add friends to your Epic Account," available at https://www.epicgames.com/help/en-US/c-Category_EpicGamesStore/c-EpicGamesStore_Tutorials/how-to-add-friends-to-your-epic-account-a000086148, accessed on March 7, 2025

- Epic Games, "How to take screenshots or recordings on PC," available at https://www.epicgames.com/help/en-US/c-Category_TechnicalSupport/c-TechnicalSupport_GeneralSupport/how-to-take-screenshots-or-recordings-on-pc-a000088570, accessed on March 7, 2025

- Epic Games, "How to use filters in the Epic Games Store," available at https://www.epicgames.com/help/en-US/c-Category_EpicGamesStore/c-EpicGamesStore_Tutorials/how-to-use-filters-in-the-epic-games-store-a000086143, accessed on March 7, 2025

- Epic Games, "Introducing the Epic First Run program," August 23, 2023, available at https://store.epicgames.com/en-US/news/introducing-the-epic-first-run-program, accessed on March 4, 2025

- Epic Games, "Managing the Library," available at https://www.epicgames.com/help/da/c-Category_EpicGamesStore/c-EpicGamesStore_Tutorials/managing-the-library-a000086063, accessed on March 13, 2025

- Epic Games, "Play More Free Games," available at https://store.epicgames.com/en-US/free-games, accessed on March 7, 2025

- Epic Games, "Rocket League," available at https://store.epicgames.com/en-US/p/rocket-league, accessed on March 24, 2025

- Epic Games, "Support-A-Creator," available at https://sac.epicgames.com/en-US/overview, accessed on March 7, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.

- Epic Games, "Supported Languages," available at https://dev.epicgames.com/docs/epic-games-store/store-presence/localize/supported-languages, accessed on March 6, 2025

- Epic Games, "The Epic Games Store 'My Achievements' Update," available at https://store.epicgames.com/en-US/news/the-epic-games-store-my-achievements-update, accessed on March 7, 2025

- Epic Games, "The Epic Games Store 'Ratings and Polls' update," June 17, 2022, available at https://store.epicgames.com/en-US/news/the-epic-games-store-ratings-and-polls-update, accessed on March 6, 2025

- Epic Games, "The Epic Games store is now live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 14, 2025

- Epic Games, "Ubisoft to Release Tom Clancy's The Division 2 on Epic Games Store," January 9, 2019, available at https://store.epicgames.com/en-US/news/ubisoft-to-release-tom-clancy-s-the-division-2-on-epic-games-store, accessed on March 7, 2025

- Epic Games, "Which currencies do you accept and in which currencies do you display prices?" available at https://www.epicgames.com/help/en-US/c-Category_BillingSupport/c-GeneralSupport/which-currencies-do-you-accept-and-in-which-currencies-do-you-display-prices-a000084839, accessed on March 13, 2025

- Epic Games, "Wishlists are here!" March 10, 2020, available at https://store.epicgames.com/en-US/news/wishlists-are-here, accessed on January 14, 2025

- Epic Online Services Developer, "Access Keys," available at https://dev.epicgames.com/docs/epic-games-store/publishing-tools/publishing-process/access-keys, accessed on March 7, 2025

- Epic Online Services Developer, "Leaderboards Interface," available at https://dev.epicgames.com/docs/game-services/leaderboards, accessed on March 13, 2025

- Epic Online Services Developer, "Mods," available at https://dev.epicgames.com/docs/epic-games-store/services/mods, accessed on March 13, 2025

- Eric Bangeman, "Valve Steams up Half-Life 2 preorders," *Ars Technica*, October 7, 2004, available at https://arstechnica.com/uncategorized/2004/10/4281-2/, accessed on April 30, 2024

- Erik Kain, "'The Old Hunters' Review: This Is Where The Real 'Bloodborne' Begins," *Forbes*, November 23, 2015, available at https://www.forbes.com/sites/games/2015/11/23/bloodborne-the-old-hunters-review-this-is-where-the-real-nightmare-begins/, accessed on March 25, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Escape from Tarkov: Arena, "Escape from Tarkov: Arena on Epic Games Store!" March 4, 2025, available at https://arena.tarkov.com/news/escape-from-tarkov-arena-on-epic-games-store, accessed on March 12, 2025

- Esports Charts, "All-time popular esports games by viewership," available at https://escharts.com/top-games?order=peak&year=all-time, accessed on February 21, 2025

- Ethan Gach, "Here Are The 2016 Winners Of The First Ever Steam Awards," *Kotaku*, December 31, 2016, available at https://kotaku.com/here-are-the-2016-winners-of-the-first-ever-steam-award-1790658305, accessed on May 13, 2024

- EverQuest II, "SOE Games Are Now Available on Steam!" January 23, 2009, available at https://www.everquest2.com/news/imported-eq2-enus-2043, accessed on March 13, 2025

- EverQuest, "EverQuest," available at https://www.everquest.com/home, accessed on March 6, 2025

- Exchange-Rates.org, "US Dollar (USD) To British Pound (GBP) Exchange Rate History for 2024," available at https://www.exchange-rates.org/exchange-rate-history/usd-gbp-2024, accessed on March 22, 2025.

- Factorio, "Buy," available at https://www.factorio.com/buy, accessed on April 26, 2024

- Factorio, "Download," available at https://www.factorio.com/download, accessed on January 24, 2025

- Fandom Wiki, "Oxenfree," available at https://oxenfree.fandom.com/wiki/Oxenfree, accessed on January 24, 2025

- Federal Trade Commission, "FTC Staff: Missouri and New Jersey Should Repeal Their Prohibitions on Direct-to-Consumer Auto Sales by Manufacturers," May 16, 2024, available at https://www.ftc.gov/news-events/news/press-releases/2014/05/ftc-staff-missouri-new-jersey-should-repeal-their-prohibitions-direct-consumer-auto-sales, accessed on March 10, 2025

- Federal Trade Commission, "Monopolization Defined," available at https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/single-firm-conduct/monopolization-defined, accessed on March 19, 2025

- Filip Galekovic, "Microsoft Says Activision Shouldn't Have Pulled Call of Duty From Steam," *GameRant*, July 14, 2023, available at https://gamerant.com/microsoft-activision-shouldnt-pulled-call-of-duty-steam/, accessed on March 7, 2025

- Fortnite, "Frequently Asked Questions," March 5, 2025, available at https://www.fortnite.com/faq?lang=en-US#fortnite-battle-royale, accessed on March 5, 2025

- G2A, "Console Wars Throughout History," May 5, 2023, available at https://www.g2a.com/news/features/comparison-of-console-wars-throughout-history/, accessed on March 4, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- G2A, "Factsheet," August 2024, available at https://www.g2a.co/fact-sheet/, accessed on January 10, 2025

- GameFly, "About Us," available at https://www.gamefly.com/about-us, accessed on January 10, 2025

- Games Press, "Identity V Achieves 300 Million Visitors Worldwide, Luxury Rewards incoming!" January 9, 2023, available at https://gamespress.westeu-v2.propressroom.com/Identity-V-Achieves-300-Million-Visitors-Worldwide-Luxury-Rewards-inco, accessed on February 20, 2025

- Gaurav Bidasaria, "Microsoft Store vs Steam: What You Need to Know," *TechWiser*, March 19, 2023, available at https://techwiser.com/microsoft-store-vs-steam-comparison/, accessed on March 5, 2025

- GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025

- Genshin Impact, "PC Client Installation Guide," available at https://genshin.hoyoverse.com/en/news/detail/103715, accessed on March 19, 2025

- GG Deals, "GG Deals," available at https://gg.deals/, accessed on March 18, 2025

- Gina Lees, "Is Rocket League on Steam?" *PCGamesN*, November 15, 2023, available at https://www.pcgamesn.com/rocket-league/steam, accessed on February 20, 2025

- Global Newswire, "Ubisoft's Assassin's Creed Valhalla is the Biggest Assassin's Creed Game Launch in History," November 17, 2020, available at https://www.globenewswire.com/news-release/2020/11/17/2128637/0/en/UBISOFT-S-ASSASSIN-S-CREED-VALHALLA-IS-THE-BIGGEST-ASSASSIN-S-CREED-GAME-LAUNCH-IN-HISTORY.html, accessed on March 6, 2025

- Globe Newswire, "Paradox Interactive Launches Large-Scale International Digital Distribution Service," November 20, 2006, available at https://www.globenewswire.com/news-release/2006/11/20/351416/7645/en/Paradox-Interactive-Launches-Large-Scale-International-Digital-Distribution-Service.html, accessed on January 10, 2025

- GOG Developer Docs, "Porting Your Games from Steam to GOG," available at https://docs.gog.com/gog-and-steam/, accessed on February 24, 2025

- GOG, "GOG 2023 Update #2: Facts and Numbers of 2022," May 5, 2023, available at https://www.gog.com/en/news/gog_2023_update_2_facts_and_numbers_of_2022_copy3, accessed on March 7, 2025

- GOG, "GOG GALAXY 2.0," available at https://www.gog.com/galaxy, accessed on February 24, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Google News Initiative, "Google Trends: Understanding the data," available at https://newsinitiative.withgoogle.com/resources/trainings/fundamentals/google-trends-understanding-the-data/, accessed on March 5, 2025

- Graham Smith, "Spelunky Review," *PC Gamer*, September 9, 2013, available at https://www.pcgamer.com/spelunky-review/, accessed on January 25, 2025

- Graham Smith, "Steam Greenlight announced, will let gamers vote indie games on to Steam," *PC Gamer*, July 9, 2012, available at https://www.pcgamer.com/steam-greenlight-announced-lets-gamers-vote-indie-games-on-to-steam/, accessed on January 23, 2025

- Green Man Gaming, "Homepage," available at https://www.greenmangaming.com/, accessed on March 3, 2025

- Green Man Gaming, "Search Results," available at https://www.greenmangaming.com/search, accessed on March 24, 2025

- Green Man Gaming, "Search Results," available at https://www.greenmangaming.com/search?drm=Steam, accessed on March 24, 2025

- Green Man Gaming, "We're Green Man Gaming," available at https://www.greenmangaming.com/who-we-are/, accessed on December 7, 2023

- Greg Kumparak, "Discord is launching a game store," *TechCrunch*, August 9, 2018, available at https://techcrunch.com/2018/08/09/discord-is-launching-a-game-store/, accessed on January 10, 2025

- Hamish Hector, "Valve Index 4 years later: the good, the bad, and the future of Steam VR," *TechRadar*, April 30, 2023, available at https://www.techradar.com/features/valve-index-four-years-later, accessed on March 21, 2025

- Hayden Dingman, "Steam Link review: Valve's $50 box is the game streaming solution you want," *PCWorld*, November 10, 2015, available at https://www.pcworld.com/article/423984/hands-on-valves-50-steam-link-is-the-game-streaming-solution-you-wantmost-of-the-time.html, accessed on January 24, 2025

- Humble Bundle Blog, "10 Years of Humble Bundle," May 19, 2020, available at https://blog.humblebundle.com/10-years-of-humble-bundle/, accessed on March 12, 2025

- Humble Bundle Blog, "Humble Choice is Here," December 6, 2019, available at https://blog.humblebundle.com/humble-choice-is-here/, accessed on March 21, 2025

- Humble Bundle Blog, "Introducing Humble Choice," available at https://blog.humblebundle.com/introducing-humble-choice/, accessed on March 7, 2025

- Humble Bundle, "Get great games every month with Humble Choice!," available at https://www.humblebundle.com/membership, accessed on February 24, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Humble Bundle, "Humble Choice," available at https://www.humblebundle.com/membership, accessed on February 24, 2025

- Humble Support, "Humble Choice - Feb 2022 Update FAQ," available at https://support.humblebundle.com/hc/en-us/articles/4411127626139-Humble-Choice-Feb-2022-Update-FAQ, accessed on March 21, 2025

- Humble Support, "Pay What You Want and Contribution Sliders," available at https://support.humblebundle.com/hc/en-us/articles/204387088-Pay-What-You-Want-and-Contribution-Sliders, accessed on February 10, 2025

- Humble Widgets, "The best way to sell your game from your website," available at https://www.humblebundle.com/developer/widget, accessed on March 13, 2025

- Humble, "What is Humble Bundle?" available at https://www.humblebundle.com/about/, accessed on February 24, 2025

- Iain Harris, "NetEase's Knives Out pulled in more than 50 million monthly active users in January," *PocketGamer.biz*, March 29, 2018, available at https://www.pocketgamer.biz/neteases-knives-out-pulled-in-more-than-50-maus-january/, accessed on February 20, 2025

- IGN Staff, "IGN Entertainment Launches Direct2Drive," *IGN*, September 10, 2004, available at https://www.ign.com/articles/2004/09/10/ign-entertainment-launches-direct2drive, accessed on January 10, 2025

- IGN Staff, "Square Opens PlayOnline.com," *IGN*, June 6, 2000, available at https://www.ign.com/articles/2000/06/07/square-opens-playonlinecom, accessed on January 10, 2025

- IGN Staff, "The Best PlayStation Exclusives of All Time," *IGN*, available at https://www.ign.com/articles/best-playstation-exclusives, accessed on March 18, 2025

- IGN Staff, "Ubisoft Launches First Uplay Services with Assassin's Creed II," *IGN*, November 18, 2009, available at https://www.ign.com/articles/2009/11/18/ubisoft-launches-first-uplay-services-with-assassins-creed-ii, accessed on January 10, 2025

- Imogen Mellor, "The state of Valorant in 2022: An unstoppable machine," *PC Gamer*, May 12, 2022, available at https://www.pcgamer.com/the-state-of-valorant-in-2022/, accessed on March 5, 2025

- Imran Khan, "The secret to using Steam as a developer is to make Valve earn their 30 percent," *Game Developer*, March 20, 2024, available at https://www.gamedeveloper.com/marketing/the-secret-to-using-steam-as-a-developer-is-to-make-valve-earn-their-30-percent, accessed on March 7, 2025

- Inez Kemp, "When did steam implement achievements?" *NCESC*, June 25, 2024, available at https://www.ncesc.com/gaming-faq/when-did-steam-implement-achievements/, accessed on March 3, 2025

- Isaiah Richard, "Will Valve Bring Back the 'Steam Machine'? Here's What the Previous Hardware Brings Compared to The New One," *TechTimes*, December 25, 2024, available at https://www.techtimes.com/articles/308794/20241225/will-valve-bring-back-steam-machine-heres-what-previous-hardware-brings-compared-new-one.htm, accessed on March 6, 2025

- IsThereAnyDeal, "Bundles," available at https://isthereanydeal.com/bundles/, accessed on March 7, 2025

- IsThereAnyDeal, "Humble Choice (Mar 2025)," available at https://isthereanydeal.com/bundles/14969/, accessed on March 13, 2025

- IsThereAnyDeal, "IsThereAnyDeal API," available at https://docs.isthereanydeal.com/, accessed on March 13, 2025

- IsThereAnyDeal, "Red Dead Redemption 2 – History," available at https://isthereanydeal.com/game/red-dead-redemption-2/history/, accessed on March 13, 2025

- itch.io, "Download the latest indie games," available at https://itch.io/, accessed on March 3, 2025

- itch.io, "Pricing," available at https://itch.io/docs/creators/pricing, accessed on March 14, 2025

- itch.io, "The itch.io sandbox," available at https://itch.io/docs/itch/using/sandbox.html, accessed on February 24, 2025

- J. Clement, "Number of video game users worldwide from 2019 to 2029 (in billions)," *Statista*, November 2024, available at https://www.statista.com/statistics/748044/number-video-gamers-world/, accessed on January 16, 2025

- Jagex, "Jagex Announces Record Revenues of £120Million," January 6, 2022, available at https://www.jagex.com/news/jagex-announces-record-revenues-of-120million, accessed on March 6, 2025

- James Egan, "MapleStory announces over 92 million users worldwide, 4 year anniversary," *Engadget*, May 9, 2009, available at https://www.engadget.com/2009-05-09-maplestory-announces-over-92-million-users-worldwide-4-year-ann.html, accessed on March 13, 2025

- Jared Newman, "How Itch.io became an indie PC game haven—and Steam's antithesis," *PCWorld*, March 31, 2017, available at https://www.pcworld.com/article/406186/how-itchio-became-an-indie-pc-game-havenand-steams-antithesis.html, accessed on April 19, 2024

- Jason Cohen, "7 Easy Ways to Save Money on Video Games," *PCMag*, June 21, 2021, available at https://www.pcmag.com/how-to/play-video-games-without-going-broke, accessed on March 13, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Jay Peters, "Riot continues to expand beyond League of Legends with new PC launcher," *The Verge*, September 17, 2021, available at https://www.theverge.com/2021/9/17/22679479/riot-games-new-client-pc-launcher-library, accessed on January 10, 2025

- Jay Peters, "Steam's improved family sharing is out now for everyone," *The Verge*, September 11, 2024, available at https://www.theverge.com/2024/9/11/24242377/valve-steam-improved-family-sharing-out-now, accessed on January 21, 2025

- Jay Peters, "The Epic Games Store finally has a shopping cart," *The Verge*, December 9, 2021, available at https://www.theverge.com/2021/12/9/22826563/epic-games-store-shopping-cart, accessed on March 22, 2025

- Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023

- Jeffrey L. Wilson and Jordan Minor, "GOG.com Review," *PCMag*, July 19, 2023, available at https://www.pcmag.com/reviews/gogcom-for-pc, accessed on March 20, 2025

- Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024

- Jeremy Laukkonen, "Everything You Need to Know About Steam Workshop," *Lifewire*, February 13, 2020, available at https://www.lifewire.com/everything-you-need-to-know-about-steam-workshop-4587072, accessed on May 14, 2024

- Jeremy Peel, "What is SteamPipe," *PCGamesN*, May 3, 2013, available at https://www.pcgamesn.com/tf2/what-steampipe, accessed on May 1, 2024

- Jessica Conditt, "Microsoft follows Epic and cuts Xbox PC revenue share to 12 percent," *Engadget*, April 29, 2021, available at https://www.engadget.com/xbox-pc-rev-share-88-12-epic-apple-130036485.html, accessed on April 20, 2024

- Joe Donnelly, "Enter The Gungeon Sets Sights on April Release," *Rock Paper Shotgun*, March 2, 2016, available at https://www.rockpapershotgun.com/enter-the-gungeon-release-date, accessed on January 24, 2025

- Joe Keeley, "The 7 Best Game Launchers to Launch and Organize PC Games," *Make Use Of*, May 14, 2023, available at https://www.makeuseof.com/tag/pc-game-launchers/, accessed on March 6, 2025

- Joe Skrebels, "Phasmophobia Dev 'Reconsidering' Early Access Plans After Huge Success," *IGN*, November 4, 2020, available at https://www.ign.com/articles/phasmophobia-dev-reconsidering-early-access-plans-after-huge-success, accessed on March 25, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Joel Cornell, "How to Customize Steam Search Settings," *How-to Geek*, available at https://www.howtogeek.com/659678/how-to-customize-steam-search-settings/, accessed on March 7, 2025

- John Reseburg, "EA Launches Origin," *Electronic Arts*, June 3, 2011, available at https://news.ea.com/press-releases/press-releases-details/2011/EA-Launches-Origin/, accessed on January 10, 2025

- Joker Studio and NetEase, Inc., "Identity V," available at https://idv.163.com/, accessed on February 20, 2025

- Jonathon Borck et al., "Apple's App Store and Other Digital Marketplaces," *Analysis Group*, July 22, 2020, available at https://www.analysisgroup.com/globalassets/insights/publishing/apples_app_store_and_other_digital_marketplaces_a_comparison_of_commission_rates.pdf, accessed on February 10, 2025

- Jordan Gloor, "How to Use Steam's 'Proton' to Play Windows Games on Linux," *How-To Geek*, July 16, 2021, available at https://www.howtogeek.com/738967/how-to-use-steams-proton-to-play-windows-games-on-linux/, accessed on March 13, 2025

- Jordan Minor, "Console Wars: A History of Violence," *PCMag*, November 11, 2013, available at https://www.pcmag.com/news/console-wars-a-history-of-violence, accessed on March 15, 2025

- Jordan Minor, "Discord Review," *PCMag*, August 8, 2023, available at https://www.pcmag.com/reviews/discord, accessed on March 24, 2025

- Jordan Minor, "Epic Games Store Review," *PCMag*, July 20, 2023, available at https://www.pcmag.com/reviews/epic-games-store-for-pc, accessed on March 6, 2025

- Jordan Minor, "The Best Places to Buy and Rent PC Games Online in 2025," *PCMag*, January 24, 2025, available at https://www.pcmag.com/picks/the-best-places-to-buy-and-rent-pc-games-online, accessed on March 14, 2025

- Jordan Sirani, "How Xbox Game Pass Became the Subscription Service to Beat," *IGN*, April 8, 2022, available at https://www.ign.com/articles/xbox-game-pass-history-subscription-service, accessed on March 13, 2025

- Jordon Sirani, "The 10 Best-Selling Video Games of All Time," *IGN*, August 11, 2024, available at https://www.ign.com/articles/best-selling-video-games-of-all-time-grand-theft-auto-minecraft-tetris, accessed on March 5, 2025

- Josh Constine, "Oculus App Store Will Require Pre-Approvals, Comfort Ratings, Tax," *TechCrunch*, June 12, 2015, available at https://techcrunch.com/2015/06/12/oculus-app-store/, accessed on January 10, 2025

- js13kGames, "The Evolution of Game Mechanics: Insights from a Decade in Digital Entertainment," September 10, 2024, available at

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

https://js13kgames.com/p/evolution-game-mechanics.html, accessed on February 23, 2025

- Jules Herd, "The Global Surge of Independent Games Development Studios," *Forbes*, August 21, 2023, available at https://www.forbes.com/councils/forbesagencycouncil/2023/08/21/the-global-surge-of-independent-games-development-studios/, accessed on January 20, 2025

- Julian Horsey, "Microsoft Xbox Live Marketplace Rebranded As Xbox Games Store," *Geeky Gadgets*, August 30, 2013, available at https://www.geeky-gadgets.com/microsoft-xbox-live-marketplace-rebranded-as-xbox-games-store-30-08-2013/, accessed on January 26, 2025

- Justin Carter, "Valve launches 'helpfulness system' for Steam user reviews," *Game Developer*, August 14, 2024, available at https://www.gamedeveloper.com/business/valve-launches-helpfulness-system-for-steam-user-reviews, accessed on March 7, 2025

- Justin Pinter, "History of PlayStation: PS1, PS2, PS3, PS4, PS5 – Launch Prices, Specs, Games," *PlayStation Universe*, November 19, 2020, available at https://www.psu.com/news/history-of-playstation-ps1-ps2-ps3-ps4-and-ps5-launch-prices-specs-and-games/, accessed on January 10, 2025

- K. Thor Jensen, "How Rogue Spawned the Notoriously Difficult 'Roguelike' Game Genre," *PCMag*, October 20, 2020, available at https://www.pcmag.com/news/how-rogue-spawned-the-notoriously-difficult-roguelike-game-genre, accessed on January 20, 2025

- Karl, "Want to sell or publish your game with Green Man Gaming?" *Green Man Gaming*, June 2, 2015, available at https://greenmangaming.zendesk.com/hc/enus/articles/215465328-Want-to-sell-or-publish-your-game-with-Green-Man-Gaming, accessed on February 10, 2025

- Katie Williams, "Virtual Reality Mode Formally Added to Steam Beta," *IGN*, March 18, 2014, available at https://www.ign.com/articles/2014/03/18/virtual-reality-mode-formally-added-to-steam-beta, accessed on April 30, 2024

- Keith Stuart, "PlayStation Boss on PS4 Pro: Our Approach Isn't Reactive This Time Around," *The Guardian*, September 8, 2016, available at https://www.theguardian.com/technology/2016/sep/08/playstation-boss-andrew-house-ps4-pro-our-approach-isnt-reactive-this-time-around, accessed on April 18, 2024

- Knivesout-en.com, "Homepage," available at https://www.knivesout-en.com/, accessed on February 20, 2025

- Kris Graft, "Desura's parent company has filed for bankruptcy," *Game Developer*, June 4, 2015, available at https://www.gamedeveloper.com/business/desura-s-parent-company-has-filed-for-bankruptcy, accessed on March 18, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Kris Holt, "'Overwatch 2' Earned Over $100 Million In Its First Three Months," *Forbes*, February 6, 2023, available at https://www.forbes.com/sites/krisholt/2023/02/06/overwatch-2-earned-over-100-million-in-its-first-three-months/?sh=244b72535077, accessed on March 5, 2025

- Kyle Orland, "Get ready for a flood of self-published games on the Epic Games Store," *Ars Technica*, March 9, 2023, available at https://arstechnica.com/gaming/2023/03/epic-opens-up-its-games-store-to-everyone-with-self-publishing-tools/, accessed on March 18, 2025

- Kyle Orland, "Microsoft opens a crack in console gaming's decades-old walled garden," *Ars Technica*, March 27, 2024, available at https://arstechnica.com/gaming/2024/03/microsoft-opens-a-crack-in-console-gamings-decades-old-walled-garden/, accessed on March 24, 2025

- Kyle Orland, "Steam's 'price parity rule' isn't wreaking havoc on game prices," *Ars Technica*, May 13, 2021, available at https://arstechnica.com/gaming/2021/05/why-lower-platform-fees-dont-lead-to-lower-prices-on-the-epic-games-store/, accessed on December 8, 2023

- Kyle Orland, "The best games on the Epic Games Store, as picked by players," *Ars Technica*, June 28, 2022, available at https://arstechnica.com/gaming/2022/06/epic-games-store-user-reviews-arrive-3-years-late-still-feel-half-baked/, accessed on January 16, 2025

- Kyle Orland, "Ubisoft comes crawling back to Steam after years on Epic Games Store," *Ars Technica*, November 22, 2022, available at https://arstechnica.com/gaming/2022/11/ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/, accessed on March 12, 2025

- Kyle Orland, "Valve begins offering refunds for all Steam games," *Ars Technica*, June 2, 2015, available at https://arstechnica.com/gaming/2015/06/valve-begins-offering-refunds-for-all-steam-games/, accessed on April 19, 2024

- Lars Doucet, "Operation Tell Valve All the Things, 2.0, Appendix 1: Issue Scores (PUBLIC REPORT)," available at https://docs.google.com/spreadsheets/d/1b2-u9sYxNfwU8WzqGiPw4CEtYGKZrZaTibqZ1R83_Mw, accessed on March 16, 2025

- Lars Doucet, "Operation Tell Valve All The Things, 3.0," *Fortress of Doors*, December 10, 2018, available at https://www.fortressofdoors.com/operation-tell-valve-all-the-things-3-0/, accessed on March 16, 2025

- Lars Doucet, "So You Want To Compete With Steam: Epic, Discord, Kartridge, and RobotCache 2," *Game Developer*, January 24, 2019, available at https://www.gamedeveloper.com/business/so-you-want-to-compete-with-steam-epic-discord-kartridge-and-robotcache, accessed on March 5, 2025

- Lars Doucet, "The biggest issues with Steam in 2017, according to 230 developers," *PC Gamer*, October 27, 2017, available at https://www.pcgamer.com/the-biggest-issues-with-steam-in-2017-according-to-230-developers/, accessed on March 5, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.

- Lauren Hockenson, "Humble Bundle now offers monthly indie game subscription," *The Next Web*, October 1, 2015, available at https://thenextweb.com/news/humble-bundle-now-offers-monthly-indie-game-subscription, accessed on March 21, 2025

- Lauren Morton, "Epic spent $444 million to secure exclusive games for their store in 2020," *Rock Paper Shotgun*, April 12, 2021, available at https://www.rockpapershotgun.com/epic-spent-444-million-dollars-on-exclusive-games-in-2020, accessed on March 21, 2025

- leafo, "Introducing open revenue sharing," *itch.io*, March 4, 2015, available at https://itch.io/updates/introducing-open-revenue-sharing, accessed on February 10, 2025

- leafo, "PSA: Beware the 'try my game' scam," *itch.io*, September 22, 2021, available at https://itch.io/t/1659440/psa-beware-the-try-my-game-scam, accessed on March 7, 2025

- Leah J. Williams, "Diablo 4 arrives on Steam in October 2023," *Gameshub*, October 5, 2023, available at https://www.gameshub.com/news/news/diablo-4-steam-launch-october-2023-2630331/, accessed on March 5, 2025

- Lester Isaac Simon, "What were the top 10 PC and console games by cumulative revenue in the US and Europe in Q1 2024?" *Newzoo*, April 23, 2024, available at https://newzoo.com/resources/blog/top-games-cumulative-revenue-q1-2024, accessed on March 4, 2025

- Leyonna Barba, "Boss level: The gaming ecosystem powers up," *J.P. Morgan*, September 26, 2024, available at https://www.jpmorgan.com/insights/investing/investment-trends/innovation-in-gaming-and-the-role-of-startups, accessed on February 23, 2025

- LinkedIn, "Comments on post from Ethan Evans," February 2024, available at https://www.linkedin.com/posts/ethanevansvp_as-vp-of-prime-gaming-at-amazon-we-failed-activity-7295834479036702720-cDmX/, accessed on March 6, 2025

- LinkedIn, "IsThereAnyDeal," available at https://www.linkedin.com/company/isthereanydeal/, accessed on March 18, 2025

- Lisa Eadicicco, "Everything to Know About Sony's PlayStation VR Headset," *Time*, March 16, 2016, available at https://time.com/4261056/sony-playstation-vr-release-date-specs-headset-games/, accessed on January 24, 2025

- Lisa Eadicicco, "Review: Oculus Rift Is Expensive, Complicated, and Totally Wonderful," *Time*, March 28, 2016, available at https://time.com/4272506/oculus-rift-review/, accessed on January 24, 2025

- Mahesh Makvana, "How to Take a Screenshot in Steam," *How-to Geek*, available at https://www.howtogeek.com/843806/how-to-take-a-screenshot-in-steam/#view-steam-s-captured-screenshots, accessed on March 7, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY