# EXHIBIT 6
# Report Part 5
# (Dkt No. 454.06)

# REDACTED

Expert Report of Gautam Gowrisankaran, Ph.D.

- Major Nelson, "Xbox Live Marketplace Launch Content," *Microsoft*, November 15, 2005, available at https://news.xbox.com/en-us/2005/11/15/xbox-live-marketplace-launch-content/, accessed on January 26, 2025

- Marc Berman, "How Competition is Changing the Gaming Industry," *Programming Insider*, October 15, 2024, available at https://programminginsider.com/how-competition-is-changing-the-gaming-industry/, accessed on February 23, 2025

- Marcus Stewart, "Guild Wars 2 Comes to Steam Next Week," *Game Informer*, August 16, 2022, available at https://www.gameinformer.com/2022/08/16/guild-wars-2-comes-to-steam-next-week, accessed on March 6, 2025

- Marie Dealessandri, "A game developer's guide to Steam wishlists," *GamesIndustry.biz*, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on March 6, 2025

- Martin Eden, "The Evolution of Game UI," *Melior Games*, available at https://meliorgames.com/game-art-design/the-evolution-of-game-ui/, accessed on February 23, 2025

- Matt Cundy, "Steam knows the score," *GamesRadar+*, March 28, 2006, available at https://www.gamesradar.com/steam-knows-the-score/, accessed on January 23, 2025

- Matt Hanson, "Steam Deck review," *TechRadar*, February 25, 2022, available at https://www.techradar.com/reviews/steam-deck, accessed on March 24, 2025

- Matt Kim, "Steam Deck Gets an Official Release Date, First Units to Ship in February," *IGN*, January 26, 2022, available at https://www.ign.com/articles/steam-deck-release-date-shipping-date, accessed on January 27, 2025

- Matt Purslow, "Fall Guys Has Been Removed From Steam, But Will Still Receive Full Support," *IGN*, June 21, 2022, available at https://www.ign.com/articles/fall-guys-steam-delisted-will-still-recieve-full-support, accessed on February 20, 2025

- Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023

- Matthew Handrahan, "Valve's advice for making your game thrive after launch," *GamesIndustry.biz*, April 23, 2020, available at https://www.gamesindustry.biz/valves-advice-to-keep-your-game-thriving-after-launch, accessed on October 23, 2023

- Matthew Wilson, "The best universal game launchers to unify your PC games collection," *Kitguru*, August 26, 2019, available at https://www.kitguru.net/gaming/matthew-wilson/the-best-universal-game-launchers-to-unify-your-pc-games-collection/, accessed on March 6, 2025

- Megan Ellis, "You Can Now Properly Hide Steam Games by Marking Them as Private," *Make Use Of*, March 8, 2024, available at https://www.makeuseof.com/hide-steam-game-mark-private/, accessed on January 21, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.

- Megan Harwood-Baynes, "Sony PlayStation being sued for £5bn amid claims it 'ripped off' nine million consumers," *Sky News*, August 22, 2022, available at https://news.sky.com/story/sony-playstation-being-sued-for-5-billion-amid-claims-it-ripped-off-nine-million-consumers-12678949, accessed February 10, 2025

- Merriam-Webster, "sandbox," available at https://www.merriam-webster.com/dictionary/sandbox, accessed on March 4, 2025

- Meta, "Home," available at https://www.meta.com/experiences/, accessed on March 13, 2025

- Metacritic, "Hello Neighbor," available at https://www.metacritic.com/game/hello-neighbor/, accessed on March 17, 2025

- Michael McWhertor, "Overwatch has more than 20 million players," *Polygon*, October 11, 2016, available at https://www.polygon.com/2016/10/11/13247156/overwatch-20-million-players-blizzard, accessed on March 5, 2025

- Michael Reed, "Better Linux Gaming With Steam and Proton," *Tom's Hardware*, October 10, 2021, available at https://www.tomshardware.com/how-to/game-with-steam-on-linux, accessed on March 6, 2025

- Microsoft Learn, "Get started: Publish your first app in the Microsoft Store," available at https://learn.microsoft.com/en-us/windows/apps/publish/, accessed on February 10, 2025

- Microsoft, "Microsoft announces global expansion for HoloLens," October 12, 2016, available at https://news.microsoft.com/en-au/2016/10/12/microsoft-announces-global-expansion-for-hololens/, accessed on January 22, 2025

- Microsoft, "Navigate with a mouse and keyboard," available at https://support.xbox.com/en-US/help/hardware-network/accessories/mouse-keyboard, accessed on March 7, 2025

- Microsoft, "Windows 8 Arrives," October 25, 2012, available at https://news.microsoft.com/2012/10/25/windows-8-arrives/, accessed on January 10, 2025

- Microsoft, "Xbox Game Pass," available at https://www.xbox.com/en-US/xbox-game-pass, accessed on March 7, 2025

- Mike O'Brien, "Announcing the Guild Wars 2 Launch Date," *ArenaNet*, June 28, 2012, available at https://www.guildwars2.com/en/news/announcing-the-guild-wars-2-launch-date/, accessed on March 23, 2025

- Minecraft, "Download Minecraft & Server Software," available at https://www.minecraft.net/en-us/download, accessed on January 26, 2025

- Minecraft, "What is Minecraft?" available at https://www.minecraft.net/en-us/about-minecraft, accessed on March 5, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Mitch Reames, "10 years of Twitch: Looking back on the top games," *Nerd Street*, June 7, 2021, available at https://nerdstreet.com/news/2021/6/twitch-10-year-anniversary-top-games-by-year, accessed on March 13, 2025

- Mitchell Clark, "Fortnite made more than $9 billion in revenue in its first two years," *The Verge*, May 3, 2021, available at https://www.theverge.com/2021/5/3/22417447/fortnite-revenue-9-billion-epic-games-apple-antitrust-case, accessed on March 5, 2025

- Mitchell Clark, "Valve will start selling the Steam Deck on February 25th," *The Verge*, January 26, 2022, available at https://www.theverge.com/2022/1/26/22902930/valve-steam-deck-release-date-gaming-handheld-pc, accessed on December 7, 2023

- Mitchell Saltzman, "Returnal Review," *IGN*, March 9, 2022, available at https://www.ign.com/articles/returnal-review, accessed on January 20, 2025

- Nathan P. Gibson, "Nintendo's Miss: What Wrong for the Wii U (And What Went Right?)," *SlashGear*, December 30, 2023, available at https://www.slashgear.com/1479581/nintendo-miss-what-wrong-wiiu/, accessed on March 13, 2025

- Nathaniel Mott, "Discord Enters the Game-Selling Business," *Tom's Hardware*, August 9, 2018, available at https://www.tomshardware.com/news/discord-starts-selling-pc-games,37578.html, accessed on March 24, 2025

- Nelly, "Empowering Developers with Community and Commerce," *Medium*, March 14, 2019, available at https://medium.com/discord-engineering/empowering-developers-with-community-and-commerce-68d9c0712662, accessed on January 14, 2025

- Nelly, "The Discord Store Beta," *Medium*, August 9, 2018, available at https://medium.com/discord-engineering/the-discord-store-beta-9a35596fdd4, accessed on March 24, 2025

- Newzoo, "Genshin Impact Engagement Per Platform," available at https://platform.newzoo.com/explorer/game/genshin-impact/platforms-&-devices/platforms, accessed on March 5, 2025

- Newzoo, "Genshin Impact Revenue," available at https://platform.newzoo.com/explorer/game/genshin-impact/digital-revenue, accessed on March 5, 2025

- Newzoo, "Most popular PC games by monthly active users (MAU) – 37 markets," available at https://newzoo.com/resources/rankings/top-20-pc-games, accessed on March 4, 2025

- Newzoo, "Top public games companies by revenues," available at https://newzoo.com/resources/rankings/top-25-companies-game-revenues, accessed on February 20, 2025

- Niall Walsh, "VR gaming continues to boom on Steam, but it's bad news for Valve," *PCGamesN*, February 5, 2024, available at https://www.pcgamesn.com/meta/vr-gaming-boom-steam-valve, accessed on March 21, 2025

- Nick Galov, "11 Thrilling Escape from Tarkov Player Count Stats for 2023," *WebTribunal*, March 6, 2023, available at https://webtribunal.net/blog/escape-from-tarkov-player-count#gref, accessed on March 12, 2025

- Nick Statt and Sean Hollister, "Epic Games takes on Steam with its own fairer game store," *The Verge*, December 4, 2018, available at https://www.theverge.com/2018/12/4/18124203/epic-games-fortnite-valve-steam-game-store-distribution-unreal-engine, accessed on April 26, 2024

- Nick Statt, "Discord's game store launches globally today with indie gems like Hollow Knight and Dead Cells," *The Verge*, October 16, 2018, available at https://www.theverge.com/2018/10/16/17980810/discord-digital-game-distribution-store-steam-competitor-nitro-subscription-service, accessed on September 27, 2023

- Nick Statt, "Epic buys Rocket League developer Psyonix, strongly hints it will stop selling the game on Steam," *The Verge*, May 1, 2019, available at https://www.theverge.com/2019/5/1/18525842/epic-games-psyonix-acquisition-rocket-league-fortnite-unreal-deal, accessed on March 10, 2025

- Nick Statt, "Steam is rolling out its new Discord-like chat feature to all users," *The Verge*, July 24, 2018, available at https://www.theverge.com/2018/7/24/17609872/steam-chat-new-features-roll-put-discord-like-competition, accessed on April 30, 2024

- Nick Statt, "Valve's new Steam revenue agreement gives more money to game developers," *The Verge*, November 20, 2018, available at https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition, accessed on January 26, 2025

- Nicole Carpenter, "Rockstar has its own game launcher, and GTA: San Andreas is free," *Polygon*, September 17, 2019, available at https://www.polygon.com/2019/9/17/20870668/rockstar-games-launcher-pc-store-gta-san-andreas-free, accessed on January 10, 2025

- Niels Broekhujisen, "Valve Hits Kill Switch on Steam Controller, Sells Old Inventory for $5 Each," *Tom's Hardware*, November 27, 2019, available at https://www.tomshardware.com/news/steam-controller-discontinued-sale-5-valve, accessed on March 12, 2025

- Nielsen, "Games 360 U.S. Report: 2017," May 2017, available at https://www.nielsen.com/insights/2017/us-games-360-report-2017/, accessed on January 16, 2025

- Noah Kupetsky, "Activision-Blizzard Bringing Over Battle.net Games to Steam – Starting with Overwatch 2," *Steam Deck HQ*, July 19, 2023, available at

Expert Report of Gautam Gowrisankaran, Ph.D.

https://steamdeckhq.com/news/blizzard-bringing-over-battle-net-games-to-steam/, accessed on March 5, 2025

- Omar Al Raisi, "Inside The Gaming Wars For Dominance Between Playstation, Xbox, Nintendo And Tencent," *The Sports Journal*, January 4, 2024, available at https://sportsjournal.io/gaming-wars-playstation-xbox-nintendo-tencent/, accessed on March 15, 2025

- Omri Petitte, "Guild Wars 2 sells over 2 million copies in first two weeks," *PC Gamer*, September 13, 2012, available at https://www.pcgamer.com/guild-wars-2-sells-2-million/, accessed on March 23, 2025

- Omri Petitte, "Team Fortress 2, CS: Source migrating to SteamPipe delivery – here's what you need to do," *PC Gamer*, February 20, 2013, available at https://www.pcgamer.com/steampipe-valve/, accessed on April 30, 2024

- Owen S. Good, "Amazon Luna makes full launch to US subscribers," *Polygon*, March 1, 2022, available at https://www.polygon.com/22956365/amazon-luna-release-date-price-games-list, accessed on January 10, 2025

- Owen S. Good, "Assassin's Creed Valhalla comes to Steam the same day support ends," *Polygon*, November 21, 2022, available at https://www.polygon.com/23472012/assassins-creed-valhalla-steam-pc-exclusive-epic-games-store, accessed on March 6, 2023

- Patricia Hernandez, "Itchio outshines Steam by staying small and weird," *The Verge*, November 29, 2018, available at https://www.theverge.com/2018/11/29/18118217/itchio-steam-leaf-corcoran-pc-games-indie, accessed on March 7, 2025

- Paul Hyman, "Video game companies encourage 'modders,'" *Hollywood Reporter*, April 9, 2004, available at https://web.archive.org/web/20080506004712/http://www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000484956, accessed on March 5, 2025

- Pradeepsingh Rajpurohit, "8-Bit to UHD: Evolution of Video Game Graphics," *300Mind*, January 29, 2024, available at https://300mind.studio/blog/the-evolution-of-video-game-graphics/, accessed on February 23, 2025

- Pulasthi Ariyasinghe, "EA may be looking to put its games back on Steam," *Neowin*, October 22, 2019, available at https://www.neowin.net/news/ea-may-be-looking-to-put-its-games-back-on-steam/, accessed on March 7, 2025

- Rebekah Valentine, "Google Stadia's paid subscription service launches in November," *GamesIndustry.biz*, June 6, 2019, available at https://www.gamesindustry.biz/google-stadias-paid-subscription-launches-in-november-free-version-planned-next-year, accessed on January 10, 2025

- Reddit, "Is isthereanydeal reliable?" available at https://www.reddit.com/r/pcgaming/comments/phel2f/is_isthereanydeal_reliable/, accessed on March 25, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Reddit, "Is Steam really the only place to go?" available at https://www.reddit.com/r/pcgaming/comments/xe1tt9/is_steam_really_the_only_place_to_go/, accessed on March 14, 2025

- Reddit, "PSA: IsThereAnyDeal.com is amazing," available at https://www.reddit.com/r/patientgamers/comments/3vilu8/psa_isthereanydealcom_is_amazing/, accessed on March 25, 2025

- Reddit, "Steam's New Updates Show Why It's The Best Gaming Platform," available at https://www.reddit.com/r/pcgaming/comments/1391205/steams_new_updates_show_w_why_its_the_best_gaming/?sort=top, accessed on March 14, 2025

- Rich Stanton, "PC gamers spend 92% of their time on older games, oh and there are apparently 908 million of us now," *PC Gamer*, March 18, 2025, available at https://www.pcgamer.com/gaming-industry/pc-gamers-spend-92-percent-of-their-time-on-older-games-oh-and-there-are-apparently-908-million-of-us-now/, accessed on March 19, 2025

- Rick Lane, "What developers think of Steam reviews," *Rock Paper Shotgun*, March 13, 2018, available at https://www.rockpapershotgun.com/what-developers-think-of-steam-reviews, accessed on March 7, 2025

- Rob Crossley and Matt Espineli, "Steam Machines: First impressions, The Specs, Prices, and Release Dates," *GameSpot*, October 16, 2015, available at https://www.gamespot.com/articles/steam-machines-first-impressions-the-specs-prices-/1100-6425734/, accessed on January 21, 2025

- Rob LeFebvre, "Epic's long-awaited 'Fortnite' hits consoles and PC July 25th," *Endgadget*, June 8, 2017, available at https://www.engadget.com/2017-06-08-epic-fortnite-consoles-steam-july-25th.html, accessed on April 26, 2024

- Robin Fontaine, "Now, buy games to support Affiliates!" *Twitch Blog*, June 7, 2017, available at https://blog.twitch.tv/en/2017/06/07/now-buy-games-to-support-affiliates-ea98c8882fd7/, accessed on February 10, 2025

- Robin Valentine, "PC gaming's many launchers, reviewed for 2024: Steam still puts the rest to shame," *PC Gamer*, January 30, 2024, available at https://www.pcgamer.com/pc-gamings-many-launchers-reviewed-for-2024-steam-still-puts-the-rest-to-shame/, accessed on January 14, 2024

- Roblox, "Home," available at https://corp.roblox.com/, accessed on January 27, 2025

- Roblox, "Reimagining the way people come together," available at https://corp.roblox.com/, accessed on February 27, 2023

- Roger, "League of Legends Player Count and Statistics 2025," *WeCoach*, September 14, 2024, available at https://wecoach.gg/blog/article/league-of-legends-player-count-and-statistics-2025, accessed on March 11, 2025

- Rory Young, "Valve Introduces Steam Playtest Feature for Early Game Testing," *GameRant*, November 7, 2020, available at https://gamerant.com/valve-steam-playtest-feature-november-2020/, accessed on April 30, 2024

- Ryan K. Rigney, "The 10-Year Journey Behind Lethal Company's Success," *Push to Talk*, January 19, 2024, available at https://www.pushtotalk.gg/p/how-lethal-company-sold-10-million-copies, accessed on March 18, 2025

- Sal Romano, "Phasmophobia sales top one million on consoles, total sales approach 22 million," *Gematsu*, December 3, 2024, available at https://www.gematsu.com/2024/12/phasmophobia-sales-top-one-million-on-consoles-total-sales-approach-22-million, accessed on March 25, 2025

- Sam Machkovech, "Epic Games' biggest PC game sale yet is a coupon frenzy, lasts until June 11," *Ars Technica*, May 15, 2020, available at https://arstechnica.com/gaming/2020/05/exploring-epic-games-stores-biggest-sale-yet-coupons-and-steam-comparisons/, accessed on March 17, 2025

- Samit Sarkar, "Diablo 3 lifetime sales top 30 million units," *Polygon*, August 4, 2015, available at https://www.polygon.com/2015/8/4/9097497/diablo-3-sales-30-million-units, accessed on March 5, 2025

- Samsung, "Samsung and Oculus Introduce the First Consumer Version of Gear VR," September 25, 2015, available at https://news.samsung.com/global/samsung-and-oculus-introduce-the-first-consumer-version-of-gear-vr, accessed on January 24, 2025

- Samuel Heaney, "The History and Evolution of Minecraft," *IGN*, April 16, 2023, available at https://www.ign.com/articles/the-history-and-evolution-of-Minecraft, accessed on January 10, 2025

- Samuel Horti, "Is it worth cutting out Steam to sell indie games direct?" *PC Gamer*, March 7, 2018, available at https://www.pcgamer.com/is-it-worth-cutting-out-steam-to-sell-indie-games-direct/, accessed on March 6, 2025

- Sean Buckley, "Valve just launched Steam Chat, a built-in answer to Discord," *CNET*, July 24, 2018, available at https://www.cnet.com/tech/gaming/valve-just-launched-steam-chat-a-built-in-answer-to-discord/, accessed on January 22, 2025

- Sean, "Steam or GOG: Which one is the better Gaming Library?" *Gizmochina*, December 23, 2024, available at https://www.gizmochina.com/2024/12/23/steam-or-gog-which-one-the-better/5/, accessed on March 5, 2025

- Seth Colaner, "Steam Community Game Hub Brings Out User-Created Content and Rating System," *Hot Hardware*, August 13, 2012, available at https://hothardware.com/news/steam-community-gets-new-features-each-day-this-week-starting-with-game-hubs, accessed on January 14, 2025

- Shannon Lawlor, "Intellivision PlayCable Was Like an Xbox Game Pass Predecessor," *Game Rant*, November 13, 2021, available at https://gamerant.com/intellivision-playcable-xbox-game-pass-predecessor/, accessed on March 13, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Shaun Prescott, "The most popular desktop gaming clients, ranked," *PC Gamer*, July 5, 2019, available at https://www.pcgamer.com/the-most-popular-desktop-gaming-clients-ranked/, accessed on March 4, 2025

- Smangaliso Simelane, "Why Is the Nintendo Switch So Successful?" *Game Rant*, January 14, 2022, available at https://gamerant.com/nintendo-switch-success-hardware-versatility-game-sales-pandemic/, accessed on March 13, 2025

- Sony Interactive Entertainment, "New worlds are waiting with PlayStation Plus," available at https://www.playstation.com/en-us/ps-plus/, accessed on March 7, 2025

- Sony, "How to use a keyboard and mouse on PS5 consoles," available at https://www.playstation.com/en-us/support/hardware/keyboard-mouse-ps5/, accessed on March 7, 2025

- Stanek Marek, "Epic Games vs Steam | Which Is the Best Gaming Store?" *GamerSEO*, January 31, 2022, available at https://gamerseo.com/blog/epic-games-vs-steam-which-is-the-best-gaming-store/, accessed on March 5, 2025

- Steam Community, "NEW: See Which Controllers Players Are Using In Your Game," February 24, 2021, available at https://steamcommunity.com/groups/steamworks/announcements/detail/3061855517864424915, accessed on March 7, 2025

- Steam Community, "Steam Guides," available at https://steamcommunity.com/guides, accessed on March 7, 2025

- Steam Community, "Steamworks Development," available at https://steamcommunity.com/groups/steamworks, accessed on March 17, 2025

- Steam Community, "The All-New Steam Chat," available at https://steamcommunity.com/updates/chatupdate, accessed on March 13, 2025

- Steam Community, "Welcome to the Steam Discussions," available at https://steamcommunity.com/discussions/, accessed on March 7, 2025

- Steam Support, "Add Non-Steam Games to a Library," available at https://help.steampowered.com/en/faqs/view/4B8B-9697-2338-40EC, accessed on March 12, 2025

- Steam Support, "Mods on Steam," available at https://store.steampowered.com/about/communitymods/, accessed on March 7, 2025

- Steam Support, "Steam Cloud," available at https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678, accessed on April 30, 2024

- Steam Support, "Steam Community Groups," available at https://help.steampowered.com/en/faqs/view/4030-bc19-140f-45da, accessed on March 7, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.    Documents relied upon list

- Steam Support, "Steam Coupons," available at https://help.steampowered.com/en/faqs/view/3145-C9BC-3E38-94F0, accessed on March 6, 2025

- Steam Support, "Steam Friends & Chat," available at https://help.steampowered.com/en/faqs/view/595C-42F4-3B66-E02F, accessed on March 6, 2025

- Steam Support, "Steam Wishlist," available at https://help.steampowered.com/en/faqs/view/0CAD-3B4D-B874-A065, accessed on March 7, 2025

- Steam Support, "Steam's Big Picture Mode," available at https://help.steampowered.com/en/faqs/view/3725-76D3-3F31-FB63, accessed on March 6, 2025

- Steam, "A Brand New Steam – Available Now!" April 14, 2010, available at https://store.steampowered.com/uiupdate/, accessed on April 30, 2024

- Steam, "Announcing: Developer & Publisher Homepages Beta on Steam," June 19, 2018, available at https://steamcommunity.com/games/593110/announcements/detail/2515705802687784921?snr=2_groupannouncements_detail_, accessed on April 30, 2024

- Steam, "Community Market," available at https://steamcommunity.com/market/, accessed on March 7, 2025

- Steam, "Create Your Own Steam Bundles," June 2, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/932622787937370414, accessed on April 30, 2024

- Steam, "Introducing a new version of Steam Play," available at https://steamcommunity.com/games/221410/announcements/detail/1696055855739350561, accessed on April 30, 2024

- Steam, "Introducing Steam Audio," February 23, 2017, available at https://steamcommunity.com/groups/steamworks/announcements/detail/661305015032637648, accessed on April 30, 2024

- Steam, "Introducing Steam In-Home Streaming," May 21, 2014, available at https://store.steampowered.com/oldnews/13378, accessed on April 30, 2024

- Steam, "Introducing Steam Remote Play Together," October 21, 2019, available at https://steamcommunity.com/games/593110/announcements/detail/3032537193879549687?snr=1_2108_group__2107, accessed on April 30, 2024

- Steam, "MapleStory," available at https://store.steampowered.com/app/216150/MapleStory/, accessed on March 6, 2023

- Steam, "Mass Effect," December 26, 2008, available at https://web.archive.org/web/20081226033057/http://store.steampowered.com/app/17460/, accessed on March 22, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Steam, "More Updates to the Steam Customer Review System," September 13, 2016, available at https://store.steampowered.com/oldnews/24155, accessed on April 30, 2024

- Steam, "NetEase Games," available at https://store.steampowered.com/search/?publisher=NetEase%20Games, accessed on March 18, 2025

- Steam, "New DLC Discovery Hub with Steam Labs Experiment 15," January 27, 2023, available at https://store.steampowered.com/news/app/593110/view/3638379690025890182, accessed on January 24, 2025

- Steam, "New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/16971912 67930157838, accessed on April 18, 2024

- Steam, "New Steam News Hub: More Ways to Communicate With Players," December 14, 2020, available at https://steamcommunity.com/groups/steamworks/announcements/detail/29470073 87776397379, accessed on April 30, 2024

- Steam, "New: Trailer categories and updated display logic," May 2, 2023, available at https://steamcommunity.com/groups/steamworks/announcements/detail/53587625 17221792489, accessed on January 22, 2025

- Steam, "Now You Can Discount Your Own Products In Steam," February 26, 2014, available at https://steamcommunity.com/groups/steamworks/announcements/detail/14977497 12681365701, accessed on April 30, 2024

- Steam, "Personalized Shopping With New Tag, Genre, and Category Pages," September 7, 2022, available at https://store.steampowered.com/news/app/593110/view/3091162528094367313, accessed on April 30, 2024

- Steam, "Remote Play," available at https://store.steampowered.com/streaming/, accessed on March 7, 2025

- Steam, "Riot Forge," available at https://store.steampowered.com/publisher/riotforge, accessed on March 18, 2025

- Steam, "Steam Announces Family Sharing," September 11, 2013, available at https://store.steampowered.com/oldnews/11436, accessed on April 30, 2024

- Steam, "Steam Big Picture Available Now," December 3, 2012, available at https://store.steampowered.com/oldnews/9495, accessed on April 30, 2024

- Steam, "Steam Broadcasting," available at https://steamcommunity.com/updates/broadcastingm accessed on March 7, 2025

- Steam, "Steam Client Update Released," June 13, 2019, available at https://store.steampowered.com/oldnews/51761, accessed on April 30, 2024

- Steam, "Steam Cloud Rolling in this week," November 3, 2008, available at https://store.steampowered.com/oldnews/1968, accessed on April 30, 2024

- Steam, "Steam Cloud," available at https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678, accessed on April 30, 2024

- Steam, "Steam Controller," available at https://store.steampowered.com/app/353370/Steam_Controller, accessed on January 10, 2025

- Steam, "Steam Deck Launching February 25th," January 26, 2022, available at https://store.steampowered.com/news/app/1675180/view/3117055056380003048, accessed on April 30, 2024

- Steam, "Steam Discovery Update 2.0 Available Now," November 7, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/88084573 4465610237, accessed on April 30, 2024

- Steam, "Steam Discovery Update 2.0," available at https://store.steampowered.com/about/newstore2016?snr=2_groupannouncements_ detail, accessed on May 13, 2024

- Steam, "Steam Discovery Update," available at https://store.steampowered.com/about/newstore, accessed on April 30, 2024

- Steam, "Steam Families is here," September 11, 2024, available at https://store.steampowered.com/news/app/593110/view/460558224562691 9823, accessed on March 6, 2025

- Steam, "Steam Guard Now Available to All," March 16, 2011, available at https://store.steampowered.com/oldnews/5123, accessed on April 30, 2024

- Steam, "Steam Introduces Game Subscription Plans," April 25, 2013, available at https://store.steampowered.com/oldnews/10463, accessed on April 30, 2024

- Steam, "Steam is the ultimate destination for playing, discussing, and creating games," available at https://store.steampowered.com/about/, accessed on March 6, 2025

- Steam, "Steam is the ultimate destination for playing, discussing, and creating games," available at https://store.steampowered.com/about/, accessed on March 6, 2025

- Steam, "Steam Labs," available at https://store.steampowered.com/labs, accessed on April 30, 2024

- Steam, "Steam Link," November 10, 2015, available at https://store.steampowered.com/app/353380/Steam_Link/, accessed on January 10, 2025

- Steam, "Steam Opens Early Access," March 20, 2013, available at https://store.steampowered.com/oldnews/10189, accessed on April 30, 2024

- Steam, "Steam Playtest feature now fully released," April 21, 2021 available at https://store.steampowered.com/news/group/4145017/view/3119280855648142183, accessed on April 30, 2024

- Steam, "Steam Points," available at https://store.steampowered.com/points/howitworks, accessed on March 14, 2025

- Steam, "Steam Screenshots Feature Now Available," February 24, 2011, available at https://store.steampowered.com/oldnews/5047, accessed on April 30, 2024

- Steam, "Steam Support Update and Stats Page," May 3, 2017, available at https://steamcommunity.com/discussions/forum/1/1327844097108662862/, accessed on March 7, 2025

- Steam, "Steam Trading Cards Released, Community Profiles Updated," June 26, 2013, available at https://store.steampowered.com/oldnews/10946, accessed on April 30, 2024

- Steam, "Steam Wallet and In-Game Transactions are Here!" September 30, 2010, available at https://store.steampowered.com/oldnews/4406, accessed on May 1, 2024

- Steam, "Steam Workshop Lets Item Creators Compensate Toolmakers, Communities, and Mentors," June 27, 2013, available at https://steamcommunity.com/games/SteamWorkshop/announcements/detail/1819734886367365945, accessed on April 30, 2024

- Steam, "Steam Year In Review 2024," March 13, 2025, available at https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035272, accessed on March 17, 2025

- Steam, "SteamOS expands beyond Steam Deck," January 7, 2025, available at https://steamcommunity.com/games/593110/announcements/detail/529834914570306832, accessed on January 20, 2025

- Steam, "Steamworks Fall Recap: Steam Library Release, Remote Play Together, DAU Reporting, Store Page Tools, And More", December 9, 2019, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1706232080103449103, accessed on April 30, 2024

- Steam, "The All New Steam Library is Here," available at https://store.steampowered.com/libraryupdate, accessed on March 14, 2025

- Steam, "The All-New Steam Chat," available at https://steamcommunity.com/updates/chatupdate, accessed on April 30, 2024

- Steam, "The New Steam Library," available at https://store.steampowered.com/libraryupdate?snr=2_groupannouncements_detail_, accessed on April 30, 2024

- Steam, "The Points Shop," available at https://store.steampowered.com/points/howitworks, accessed on March 17, 2025

- Steam, "The Steam Awards Winners!" December 31, 2016, available at https://store.steampowered.com/oldnews/26623, accessed on April 30, 2024

- Steam, "V Rising - Dracula's Relics Pack," available at https://store.steampowered.com/app/1983900/V_Rising__Draculas_Relics_Pack/, accessed on March 25, 2025

- Steam, "Valve Announces Steam Mobile App," January 27, 2012, available at https://store.steampowered.com/oldnews/7231, accessed on April 30, 2024

- Steam, "Valve Index Headset," June 28, 2019, available at https://store.steampowered.com/app/1059530/Valve_Index_Headset/, accessed on January 21, 2025

- Steam, "Valve Launches Steam Greenlight," August 30, 2012, available at https://store.steampowered.com/oldnews/8761, accessed on April 30, 2024

- Steam, "Valve Launches Steam Greenlight," August 30, 2012, available at https://store.steampowered.com/oldnews/8761, accessed on April 30, 2024

- Steam, "Welcome to Steam," November 27, 2009, available at https://web.archive.org/web/20091127090330/https://store.steampowered.com/, accessed on January 23, 2025

- SteamDB, "Apps," available at https://steamdb.info/apps/, accessed on March 13, 2025

- SteamDB, "Free Promotions on Steam," available at https://steamdb.info/upcoming/free/, accessed on March 7, 2025

- SteamDB, "Goat Simulator," available at https://steamdb.info/app/265930/charts/#max, accessed on February 22, 2025

- SteamDB, "Steam Game Releases by Month," available at https://steamdb.info/stats/releases/, accessed on January 10, 2025

- SteamDB, "Steam," available at https://steamdb.info/instantsearch/, accessed on January 10, 2025

- Steamworks Development, "New Revenue Share Tiers and other Updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/16971912 67930157838, accessed on February 28, 2025

- Steamworks, "Features," available at https://partner.steamgames.com/doc/features, accessed on April 19, 2024

- Steamworks, "Getting Started for Players," available at https://partner.steamgames.com/doc/features/steam_controller/getting_started_for _players, accessed on March 7, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Steamworks, "Languages Supported on Steam," available at https://partner.steamgames.com/doc/store/localization/languages, accessed on March 6, 2025

- Steamworks, "Microtransactions (In-Game Purchases)," available at https://partner.steamgames.com/doc/features/microtransactions, accessed on March 13, 2025

- Steamworks, "Stats and Achievements," available at https://partner.steamgames.com/doc/features/achievements, accessed on March 13, 2025

- Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 4, 2025

- Steamworks, "Steam Leaderboards," available at https://partner.steamgames.com/doc/features/leaderboards, accessed on March 13, 2025

- Steamworks, "Step by Step: Achievements," available at https://partner.steamgames.com/doc/features/achievements/ach_guide, accessed on April 30, 2024

- Steamworks, "Supported Currencies," available at https://partner.steamgames.com/doc/store/pricing/currencies, accessed on March 6, 2025

- Steamworks, "User Reviews," available at https://partner.steamgames.com/doc/store/reviews, accessed on March 6, 2025

- Stephany Nunneley-Jackson, "Free to Play games now available on Steam," *VG247*, June 14, 2011, available at https://www.vg247.com/free-to-play-games-now-available-on-steam, accessed on April 30, 2024

- Steve Butts, "Counter-Strike: Condition Zero Review," *IGN*, March 23, 2004, available at https://www.ign.com/articles/2004/03/24/counter-strike-condition-zero-review, accessed on March 17, 2025

- Steven Messner, "League of Legends draws 8 million concurrent players, making it the most popular game on PC," *PC Gamer*, September 17, 2019, available at https://www.pcgamer.com/8-million-people-play-league-of-legends-every-day-making-it-the-most-popular-game-on-pc/, accessed on February 27, 2023

- Steven Messner, "Satisfactory sold over 500,000 copies on the Epic Store, says developer," *PC Gamer*, June 7, 2019, available at https://www.pcgamer.com/satisfactory-sold-over-500000-copies-on-the-epic-store-says-developer/, accessed on February 22, 2025

- Superhot, "Our Story," available at https://superhotgame.com/our-story, accessed on January 24, 2025

- Susan Arendt, "Call of Dew-ty: How Stardew Valley converts shooter fans into farmers," *GamesRadar+*, May 4, 2017, available at https://www.gamesradar.com/call-of-dew-ty-how-stardew-valley-converts-shooter-fans-into-farmers/, accessed on March 7, 2025

- Terrence O'brien, "Humble Store launches, skips the Bundles and flash sales," *Engadget*, November 11, 2013, available at https://www.engadget.com/2013-11-11-humble-store.html, accessed on March 12, 2025

- Tessa Kaur, "The Console War Already Has A Winner: The PC," *TheGamer*, June 28, 2024, available at https://www.thegamer.com/the-console-war-already-has-a-winner-the-pc/, accessed on March 15, 2025

- Timothy Blake Donohoo, Kieran Loughlin, and Katie Doll, "Why Does Epic Games Store's Controller Support Require Steam?" *CBR*, September 11, 2024, available at https://www.cbr.com/epic-games-store-controller-support/, accessed on March 6, 2025

- Tom Marks, "One year after its launch, Discord is the best VoIP service available," *PC Gamer*, May 13, 2016, available at https://www.pcgamer.com/one-year-after-its-launch-discord-is-the-best-voip-service-available/, accessed on January 24, 2025

- Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, October 7, 2019, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on March 24, 2025

- Tom Marks, "Slay the Spire Review," *IGN*, July 12, 2024, available at https://www.ign.com/articles/2019/01/25/slay-the-spire-review, accessed on January 20, 2025

- Tom Phillips, "Assassin's Creed Valhalla passes $1bn revenue," *Eurogamer*, February 18, 2022, available at https://www.eurogamer.net/assassins-creed-valhalla-passes-usd1bn-revenue, accessed on March 6, 2025

- Tom Warren, "Microsoft shakes up PC gaming by reducing Windows store cut to just 12 percent," *The Verge*, April 29, 2021, available at https://www.theverge.com/2021/4/29/22409285/microsoft-store-cut-windows-pc-games-12-percent, accessed on March 12, 2025

- Tom Warren, "Windows Store rebranded to Microsoft Store in Windows 10," *The Verge*, September 22, 2017, available at https://www.theverge.com/2017/9/22/16348986/microsoft-store-windows-10-app-store, accessed on January 10, 2025

- Toussaint Egan and Tyler Colp, "10 Great Steam Spring Sale Games to Grab at a Discount," *Polygon*, March 14, 2025, available at https://www.polygon.com/what-to-play/537879/steam-spring-sale-2025-best-games-death-stranding-directors-cut-neon-white-sifu, accessed on March 14, 2025

- Travis Northup, "Genshin Impact Review," *IGN*, October 13, 2020, available at https://www.ign.com/articles/genshin-impact-review, accessed on March 5, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Twitch, "About," available at https://www.twitch.tv/p/en/about/, accessed on March 11, 2025

- Tyler Wilde, "Big changes to Steam: 'Discovery Update' adds curators, recommendations, and hides unpopular new releases," *PC Gamer*, September 22, 2014, available at https://www.pcgamer.com/steam-update/, accessed on April 30, 2024

- Tyler Wilde, "Epic launches self-publishing tools, calls out Valve again: 'Steam has created a real problem for the industry,'" *PC Gamer*, March 9, 2023, available at https://www.pcgamer.com/epic-games-store-self-publishing/, accessed on March 5, 2025

- Tyler Wilde, "Steam Broadcasting works great, but Twitch isn't threatened yet," *PC Gamer*, December 2, 2014, available at https://www.pcgamer.com/steam-broadcasting-works-great-but-twitch-isnt-threatened-yet/, accessed on January 22, 2025

- Tyler Wilde, "What happened to Steam Machines," *PC Gamer*, April 2, 2018, available at https://www.pcgamer.com/what-happened-to-steam-machines/, accessed on March 6, 2025

- U.S. Bureau of Labor Statistics, "CPI Inflation Calculator," available at https://www.bls.gov/data/inflation_calculator.htm, accessed on January 24, 2025

- U.S. Bureau of Labor Statistics, "Quality Adjustment in the CPI," February 25, 2025, available at https://www.bls.gov/cpi/quality-adjustment/, accessed on March 5, 2025

- Ubisoft, "Assassin's Creed Franchise," available at https://www.ubisoft.com/en-us/game/assassins-creed, accessed on March 6, 2025

- Ubisoft, "Assassin's Creed Valhalla," available at https://www.ubisoft.com/en-us/game/assassins-creed/valhalla, accessed on March 7, 2023

- Ubisoft, "Get it ALL with Ubisoft+," available at https://store.ubisoft.com/us/ubisoftplus#discoverLandingOffers, accessed on February 24, 2025

- Ubisoft, "Tom Clancy's Rainbow Six Siege – Standard Edition," available at https://store.ubisoft.com/us/tom-clancys-rainbow-six-siege/56c494ad88a7e300458b4d5a.html?lang=en_US, accessed on March 4, 2025

- Unreal Engine, "Epic Developer Community Forums," *Epic Games*, available at https://forums.unrealengine.com/about, accessed on March 13, 2024

- Vibha, "Valve & Steam Could Be in Serious Trouble With Epic Games' Latest Exclusivity Offer to Developers – The Landscape Is Changing," *FandomWire*, March 21, 2024, available at https://fandomwire.com/valve-steam-trouble-epic-games-offer/, accessed on February 27, 2025

- Werner Ballhaus, Emmanuelle Rivet, and Bart Spiegel, "Perspectives from the Global Entertainment & Media Outlook 2024–2028," *PwC*, July 16, 2024, available at

https://www.pwc.com/gx/en/issues/business-model-reinvention/outlook/insights-and-perspectives.html, accessed on January 24, 2025

- Wes Fenlon "Fallout 76 has a lot to prove as it leaves Steam behind," *PC Gamer*, August 16, 2018, available at https://www.pcgamer.com/fallout-76-has-a-lot-to-prove-as-it-leaves-steam-behind/, accessed on March 12, 2025

- Wes Fenlon and Tyler Wilde, "PC game storefronts compared: what you need to know about retailers and resellers," *PC Gamer*, July 12, 2019, available at https://www.pcgamer.com/pc-game-storefronts-compared-what-you-need-to-know-about-retailers-and-resellers/, accessed on March 11, 2025

- Wes Fenlon, "League of Legends, Valorant, and Riot's other games have all come to the Epic Store," *PC Gamer*, November 4, 2021, available at https://www.pcgamer.com/league-of-legends-epic-game-store/, accessed on March 5, 2025

- Wesley LeBlanc, "Epic Games Store Finally Gets Achievements and Mod Support," *IGN*, July 30, 2020, available at https://www.ign.com/articles/epic-games-store-finally-gets-achievements-and-mod-support, accessed on January 14, 2025

- Wesley Yin-Poole, "Assassin's Creed Valhalla Is Getting Steam Achievements Nearly 2 Years After Launch," *IGN*, October 8, 2024, available at https://www.ign.com/articles/assassins-creed-valhalla-is-getting-steam-achievements-nearly-2-years-after-launch, accessed on March 4, 2025

- Wesley Yin-Poole, "Five years later, Call of Duty returns to Steam with Modern Warfare 2," *Eurogamer*, June 8, 2022, available at https://www.eurogamer.net/five-years-later-call-of-duty-returns-to-steam-with-modern-warfare-2, accessed on March 5, 2025

- Whitson Gordon, "Valve's Index VR Headset Revealed," *IGN*, April 30, 2019, available at https://www.ign.com/articles/2019/04/30/valves-index-vr-headset-revealed, accessed on January 24, 2025

- World of Warcraft, "The War Within™ Announced!" available at https://worldofwarcraft.blizzard.com/en-us/, accessed on March 5, 2025

- World of Warcraft, "World of Warcraft: Subscription," available at https://eu.shop.battle.net/en-us/product/world-of-warcraft-subscription, accessed on March 11, 2025

- Yousef A. Zain, "6 reasons Steam is the best PC gaming platform," *XDA*, March 20, 2025, available at https://www.xda-developers.com/6-reasons-steam-is-the-best-pc-gaming-platform/, accessed on March 24, 2025

- Zachary Boddy, "Minecraft crosses 300 million copies sold as it prepares to celebrate its 15th anniversary," *Windows Central*, October 15, 2023, available at https://www.windowscentral.com/gaming/minecraft/minecraft-crosses-300-million-copies-sold-as-it-prepares-to-celebrate-its-15th-anniversary, accessed on March 5, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.

- Zachary McAuliffe, "Microsoft's Developer Direct Proved Game Pass Is Xbox's New Norm," *CNET*, January 29, 2025, available at https://www.cnet.com/tech/gaming/microsofts-developer-direct-proved-game-pass-is-xboxs-new-norm/, accessed on March 19, 2025

**Note: In addition to the documents on this list, I considered all documents cited in my report and my exhibits to form my opinions.**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**APPENDIX C**

Current: March 2025

# Gautam Gowrisankaran

## PERSONAL:

Department of Economics
Columbia University
420 West 118th St.
New York, NY 10027
Rm. 1026 IAB, MC 3308

E-mail: gautamg2@gmail.com
Citizenship: USA and Canada
Languages: English, French, fluent, Spanish, moderate
Date of Birth: March 18, 1971

## RESEARCH INTERESTS:

Industrial Organization, Health Economics, Environmental Economics, Applied Econometrics

## EDUCATION:

Doctorate *Honoris Causa*, University of Oulu, 2017
Ph.D., Economics, Yale University, 1995
    Dissertation advisors: Steven Berry and Ariel Pakes
    Dissertation title: A Dynamic Analysis of Mergers
M.Phil., Economics, Yale University, 1993
M.A., Economics, Yale University, 1992
B.A., Economics, Swarthmore College, 1991

## PROFESSIONAL EXPERIENCE:

### Current position:
Professor of Economics (with tenure), Department of Economics, Columbia University, 2021 –

### Other current affiliations:
Research Fellow, Centre for Economic Policy Research, 2021 – present
Research Associate, National Bureau of Economic Research, 2012 – present
Professor of Marketing (by courtesy), Department of Marketing, Eller College of Management, University of Arizona, 2011 – present
Professeur affilié, Institut d'économie appliquée, HEC Montréal, 2007 – present

### Past positions:
Professor of Economics (with tenure) and Peter and Nancy Salter Chair in Healthcare Management, Department of Economics, Eller College of Management, University of Arizona, 2020 – 21
Arizona Public Service Professor of Economics (with tenure), Department of Economics, Eller College of Management, University of Arizona, 2011 – 20
Visiting Scholar, Becker-Friedman Institute, Department of Economics, University of Chicago, Spring 2016
Visiting Professor, Department of Economics, Northwestern University, Winter, Spring 2014
Visiting Professor, Universidad de los Andes, Santiago, Chile, Fall 2013
Faculty Research Fellow, National Bureau of Economic Research, 2001 – 12

1

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Associate Professor of Economics (with tenure), Department of Economics, Eller College of Management, University of Arizona, 2007 – 11

Visiting Scholar, Center for the Study of Industrial Organization, Department of Economics, Northwestern University, 2009, 2010

Research Associate Professor, Department of Ophthalmology and Vision Sciences, Washington University in St. Louis School of Medicine, 2007 – 09

Visiting Associate Professor, Department of Economics, Eller College of Management, University of Arizona, Spring 2007

Assistant Professor of Economics, John M. Olin School of Business, Washington University in St. Louis, 2003 – 2007

Visiting Scholar, Federal Reserve Bank of San Francisco, 2001 – 02, 2005

Consultant, Federal Reserve Bank of New York, 2002 – 04

Visiting Assistant Professor, Department of Economics, Yale University, Spring 2003

Visiting Assistant Professor, Department of Economics, Harvard University, Fall 2002

Assistant Professor, Department of Economics, University of Minnesota, 1995 – 2002

Visiting Assistant Professor, Department of Economics, University of Michigan, 1997 – 98

## PUBLICATIONS:
### Published and forthcoming:

Fleitas, Sebastian, Gautam Gowrisankaran and Anthony Lo Sasso (2024). "Reclassification Risk in the Small Group Health Insurance Market." Forthcoming, *The Review of Economics and Statistics.* (Also NBER Working Paper 24,663.)

Butters, Andrew, Jackson Dorsey, and Gautam Gowrisankaran (2024). "Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium." Forthcoming, *Econometrica.* (Also NBER Working Paper 29,138.)

Gowrisankaran, Gautam, Ashley Langer, and Wendan Zhang (2024). "Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards." Forthcoming, *Journal of Political Economy.* (Also NBER Working Paper 30,297.)

Gowrisankaran, Gautam, Keith Joiner and Pierre-Thomas Léger (2023). "Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments." *Management Science* 69: 3202-19. (Also NBER Working Paper 21,155.)

Fleitas, Sebastian, Gautam Gowrisankaran, and Anthony Lo Sasso (2022). "Incumbent Regulation and Adverse Selection: You Can Keep Your Health Plan, But at What Cost?" *Journal of Public Economics* 205: 104556.

Barrette, Eric, Gautam Gowrisankaran and Robert Town (2022). "Countervailing Market Power and Hospital Competition." *The Review of Economics and Statistics* 104: 1351-60. (Also NBER Working Paper 27,005.)

Blundell, Wesley, Gautam Gowrisankaran and Ashley Langer (2020). "Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations." *American Economic Review* 110: 2558-85. (Also NBER Working Paper 24,810.)

Dalton, Christina M., Gautam Gowrisankaran and Robert Town (2020). "Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D." *The Review of Economic Studies* 87: 822-869. (Also NBER Working Paper 21,104.)

Easterbrook, Kathleen, Gautam Gowrisankaran, Dina Older Aguilar and Yufei Wu (2019). "Accounting for Complementarities in Hospital Mergers: Is a Substitute

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Needed for Current Approaches?" *Antitrust Law Journal* 82, 497-531.

Collard-Wexler, Allan, Gautam Gowrisankaran and Robin Lee (2019). "'Nash-in-Nash' Bargaining: A Microfoundation for Empirical Work." *Journal of Political Economy* 127: 163-95. (Also NBER Working Paper 20,640.)

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert J. Town (2018). "Can Amputation Save the Hospital? The Impact of the Medicare Rural Flexibility Program on Demand and Welfare." *Journal of Health Economics* 58: 110-122. (Also NBER Working Paper 18,894.)

Griffin, Stephanie, David Bui, Gautam Gowrisankaran, Eric A. Lutz, Charles He, Chengcheng Hu and Jefferey L. Burgess (2018). "Risk Management Interventions to Reduce Injuries and Maximize Economic Benefits in U.S. Mining." *Journal of Occupational and Environmental Medicine* 60(3): 226-233.

Gowrisankaran, Gautam, Stanley Reynolds and Mario Samano (2016). "Intermittency and the Value of Renewable Energy." *Journal of Political Economy* 124(4): 1187-1234. (Also NBER Working Paper 17,086.)

Gautam Gowrisankaran, Aviv Nevo and Robert Town (2015). "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry." *American Economic Review* 175(1): 172-203. (Also NBER Working Paper 18,875.)

Gowrisankaran, Gautam, Karen Norberg, Steven Kymes, Michael Chernew, Dustin Stwalley, Leah Kemper and William Peck (2013). "A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut Hospitalizations But Not Overall Costs." *Health Affairs* 32(3): 477–85.

Gowrisankaran, Gautam and Marc Rysman (2012). "Dynamics of Consumer Demand for New Durable Goods." *Journal of Political Economy* 120(6): 1173-1219. (Also NBER Working Paper 14,737.)

Gowrisankaran, Gautam and John Krainer (2011). "Entry and Pricing in a Differentiated Products Industry: Evidence from the ATM Market." *RAND Journal of Economics* 42: 1- 22.

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert Town (2011). "The Impact of the Medicare Rural Hospital Flexibility Program on Patient Choice." *International Journal of Industrial Economics* 29: 342-344.

Gowrisankaran, Gautam, Robert J. Town and Eric Barrette (2011). "Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly." *The B.E. Journal of Economic Analysis and Policy* 11: Issue 2 *(Advances)* Article 3.

Chernew, Michael, Gautam Gowrisankaran and Dennis Scanlon (2008). "Learning and the Value of Information: Evidence from Health Plan Report Cards." *Journal of Econometrics* 144: 156-74. (Also NBER Working Paper 8589.)

Gowrisankaran, Gautam, Matthew F. Mitchell and Andrea Moro (2008). "Electoral Design and Voter Welfare from the U.S. Senate: Evidence from a Dynamic Selection Model." (Also NBER Working Paper 10748.) *Review of Economic Dynamics* 11: 1–17.

Ackerberg, Daniel A. and Gautam Gowrisankaran (2006). "Quantifying Equilibrium Network Externalities in the ACH Banking Industry." *RAND Journal of Economics* 37: 738-61. (Also NBER Working Paper 12,488.)

Gowrisankaran, Gautam and Thomas J. Holmes (2004). "Mergers and the Evolution of Industry Concentration: Results from the Dominant Firm Model." *RAND Journal of*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Economics* 35: 561–82. (Also NBER Working Paper 9151.)

Gowrisankaran, Gautam and Joanna Stavins (2004). "Network Externalities and Technology Adoption: Lessons from Electronic Payments." *RAND Journal of Economics* 35: 260–276. (Also NBER Working Paper 8943.)

Chernew, Michael, Gautam Gowrisankaran, Catherine McLaughlin and Teresa Gibson (2004). "Quality and Employers' Choice of Health Plan." *Journal of Health Economics* 23: 471–92. (Also NBER Working Paper 9847.)

Gowrisankaran, Gautam and Robert J. Town (2003). "Competition, Payers and Hospital Quality." *Health Services Research* 38: 1403 – 22. (Also NBER Working Paper 9206.)

Geweke, John, Gautam Gowrisankaran and Robert J. Town (2003). "Bayesian Inference For Hospital Quality in a Selection Model." *Econometrica* 71: 1215 – 1238. (Also NBER Working Paper 8497.)

Chernew, Michael, Gautam Gowrisankaran and A. Mark Fendrick (2002). "Payer Type and the Returns to Bypass Surgery: Evidence from Hospital Entry Behavior," *Journal of Health Economics* 21: 451 – 474. (Also NBER Working Paper 8632.)

Gowrisankaran, Gautam (1999). "A Dynamic Model of Endogenous Horizontal Mergers," *RAND Journal of Economics* 30: 56 – 83.

Gowrisankaran, Gautam (1999). "Efficient Representation of State Spaces for Some Dynamic Models." *Journal of Economic Dynamics and Control* 23: 1077 – 98.

Gowrisankaran, Gautam and Robert J. Town (1999). "Estimating the Quality of Care in Hospitals Using Instrumental Variables," *Journal of Health Economics* 18: 747 – 67.

Gowrisankaran, Gautam and Robert J. Town (1997). "Dynamic Equilibrium in the Hospital Industry." *Journal of Economics and Management Strategy* 6: 45 – 74.

## Submitted papers:

Gowrisankaran, Gautam, Ashley Langer, and Mar Reguant (2024). "Energy Transitions in Regulated Markets." (Also NBER Working Paper 32,088.) Revise and resubmit, *American Economic Review*.

Gowrisankaran, Gautam and Philipp Schmidt Dengler (2024). "A Computable Dynamic Oligopoly Model of Capacity Investment." Revise and resubmit, *RAND Journal of Economics*.

Gowrisankaran, Gautam, Keith Joiner and Jianjing Lin (2024). "How Do Hospitals Respond to Payment Incentives?" (Also NBER Working Paper 26,455.)

## Working and resting papers:

Gowrisankaran, Gautam and Marc Rysman (2020). "A Framework for Empirical Models of Dynamic Demand."

Gowrisankaran, Gautam, Charles He, Eric Lutz and Charles Burgess (2020). "Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from Disasters and Fatalities." (Also NBER Working Paper 21,129.)

Gowrisankaran, Gautam, Marc Rysman and Grace Yu (2016). "Computing Price-Cost Margins in a Durable Goods Environment."

Gowrisankaran, Gautam, Marc Rysman and Minsoo Park (2012). "Measuring Network Effects in a Dynamic Environment."

## Other (non-refereed) publications:

Gowrisankaran, Gautam (2019). "Comments on Jones et al. (2019) and Advice to for the Graduate School Application Process." Forthcoming, *Journal of Economic*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Education.*

Gowrisankaran, Gautam (2011). "Evaluating the Impact of a Hospital Merger Using the Difference-in-Difference of Prices." (Comment on article by Steven Tenn.) *International Journal of the Economics of Business* 18: 83 – 89.

Gowrisankaran, Gautam (2008). "Competition Among Hospitals and Hospital Quality" (2008), Ch. 12 of *Incentives and Choice in Health and Health Care*, F. Sloan and H. Kasper, eds. Cambridge: MIT Press.

Gowrisankaran, Gautam and John Krainer (2005). "Bank ATMs and ATM Surcharges," Federal Reserve Bank of San Francisco Economic Letter 2005-36.

Gowrisankaran, Gautam (2002). "Why Do Americans Still Write Checks?" Federal Reserve Bank of San Francisco Economic Letter 2002-27.

Gowrisankaran, Gautam (2002). "Productivity in Heart Attack Treatments," Federal Reserve Bank of San Francisco Economic Letter 2002-20.

Gowrisankaran, Gautam (2002). "Competition and Regulation in the Airline Industry," Federal Reserve Bank of San Francisco Economic Letter 2002-01.

## AWARDS AND HONORS:

Keynote speech, 2022 RIDGE Industrial Organization Conference, Bogotá, Colombia, December 2022

Profiled, Global Competition Review's inaugural edition of Antitrust Academics, 2022

Winner, Lexology Client Choice Awards, 2022

Georgescu-Roegen Lecture, Sewanee College, March, 2022

2021 and 2009 Kalt Prize Recipient, for Best Doctoral Student Mentorship at the Eller College of Management

Winner, Best Paper in Regulatory Economics Prize at 2021 International Industrial Organization Conference, for "Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium," (joint with Andrew Butters and Jackson Dorsey)

Bernie Saffran Lecture, Swarthmore College, March, 2019

Keynote speech, North Carolina Health Economics Colloquium, Wake Forest University, October, 2018

Keynote speech, International Conference on Innovation and Industrial Economics, Nanjing University, Nanjing, China, 2018, 2016

Excellence in refereeing award, American Economic Association, 2007, 2008, 2018

Invited speaker, 2018 Latin American Workshop in Econometrics, August, 2018, Lima, Peru

Doctorate *Honoris Causa*, University of Oulu, May, 2017

Grossman Lecture, Colby College, March, 2017

Winner, Best Paper Award from the 2016 Workshop in Health IT and Economics (WHITE), for "Does Health IT Lead to Better Information or Worse Incentives?" (under former title), joint with Keith Joiner and Jianjing Lin

Invited lecture, Shanghai University of Finance and Economics Industrial Organization Summer School, Shanghai, China, June, 2016

Winner, 2016 Antitrust Writing Award for best academic paper on mergers, for "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry," joint with Aviv Nevo and Robert Town

Invited lecture, Martti Ahtisaari Institute, Oulu, Finland, August, 2015

Invited speaker, Colombian Health Economics Association, Cali, Colombia, 2015

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Invited speaker, Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, 2014

Invited speaker, European Association for Research in Industrial Economics, Evora, Portugal, 2013

Keynote speech, Zhejiang University Conference on Industrial Economics, Hangzhou, China, 2013

Canadian Economic Association State of the Art Lecture, Montreal, Canada, 2013

Keynote speech, Network of Industrial Economists Conference, London, United Kingdom, 2012

Keynote speech, Copenhagen Business School Conference, *Common Ground: Recent Work in Empirical Labour and Industrial Organization*, Copenhagen, Denmark, 2012

Keynote speech, Center for European Economic Research (ZEW) Symposium, *A Framework for Estimating Demand in Consumer Durable Goods Markets*, Mannheim, Germany, 2011

Grande conférence (keynote speech), Les Journées de CIRPÉE 2009 (Annual Meetings), Québec, Canada

Eller College Fellow, University of Arizona, 2007–11

Distinguished Visitor, Boston University Department of Economics, June 2008

## GRANTS:

National Science Foundation Grant SES-2149335, "Collaborative Research: Regulating Electricity Markets: Impacts on Energy Transitions and Environmental Justice," 2022-25, $242,500 (Role: PI).

National Science Foundation Grant SES-1824348, "Collaborative Research: Pollution Mitigation and Productivity in Developing Countries," 2018-21, $202,831 (Role: PI).

Eller College Small Research Grant and Center for Management Innovations in Healthcare Grant, "Preferred Pharmacy Networks," 2017, $12,000 (Role: PI).

Agency for Healthcare Quality and Research 1R01HS024850-01, "Narrow Network Health Plans: Effects on Access, Cost, Quality, and Selection," 2016-19, $383,180 for University of Arizona subcontract only (Role: co-PI; PI of University of Arizona subcontract).

National Science Foundation Grant SES-1425063, "Bargaining in Bilateral Oligopolies with Application to the Health Sector," 2014-17, $256,999 (Role: PI).

Alpha Foundation for the Improvement of Mine Safety and Health Grant, "Implementation of Risk Management Programs: Identification of Best Practices to Reduce Injuries and Maximize Economic Benefits," 2013-15, $668,518 (Role: co-PI).

University of Arizona Renewable Energy Network Policy Research Initiative Grant, "Intermittency and Multiple Sources in Renewable Energy," 2012-13, $11,998 (Role: PI)

University of Arizona, Center for Management Innovations in Health Care Summer Grants, 2011, 2012, 2013, 2015 (Role: PI)

Agency for Healthcare Research and Quality Grant R01-HS018424-01A1, "Hospital Choice, Hospital Quality and Patient Welfare for Rural Residents," 2010–13, $577,514 (Role: PI)

National Science Foundation Grant SES-0922540, "Collaborative Research: Estimation and Computation of Dynamic Oligopoly and Network Effects Model," 2009–13, $207,164 (Role: PI)

NET Institute Fellowship, 2009, 2004, 2003

Missouri Foundation for Health contract. "Healthy Outcomes: The Impact of Employee Cost-

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Sharing on Healthcare Costs and Outcomes," 2007–08, $416,714 (Role: PI)

Commonwealth Foundation Grant 20070068. "Healthy Outcomes: The Impact of Employee Cost-Sharing on Healthcare Costs and Outcomes," 2007, $121,320 (Role: PI)

National Science Foundation Grant SES-0551360, "Collaborative Research: Dynamic Demand for New Durable Goods: An Empirical Model and Applications to Pricing and Welfare," 2006 – 09, $104,897 (Role: PI)

National Science Foundation Grant SES-0318170, "Estimating Models of Firm Entry," 2003– 06, $207,645 (Role: PI)

University of Minnesota, Faculty Summer Research Fellowship, 1999, 1996 University of Minnesota, Single Quarter Leave, Winter 1998

Alfred P. Sloan Foundation Doctoral Dissertation Fellowship, 1994 – 95

Social Sciences and Humanities Research Council of Canada Doctoral Fellowship, 1993 – 95

Master's and Doctoral Fellowship (latter declined) from the Government of Quebec, Fonds pour la formation des chercheurs et l'aide à la recherché (FCAR), 1991 – 95

Yale University Fellowship, 1991 – 95

## EXTERNAL SERVICE:
### Editorial positions:
Associate editor, *RAND Journal of Economics*, 2015–
Associate editor, *International Economic Review*, 2014–
Associate editor, *Journal of Business and Economic Statistics*, 2009–
Member of board of editors, *American Economic Review*, 2011–2016
Associate editor, *Economic Inquiry*, 2008–13

### Ad-hoc referee:
*American Economic Review*
*American Journal of Preventive Medicine*
*B.E. Journals in Economic Analysis & Policy*
*Canadian Journal of Economics*
*Energy Journal*
*Econometrica*
*Economic Journal*
*Economic Inquiry*
*Economica*
*European Economic Review/Journal of the European Economic Association*
*Health Affairs*
*Health Economics*
*Health Economics, Policy and Law*
*Health Services Research*
*International Economic Review*
*International Journal of Disaster Risk Reduction*
*International Journal of Industrial Organization*
*Journal of Applied Econometrics*
*Journal of Banking and Finance*
*Journal of Business and Economics Statistics*
*Journal of Comparative Economics*
*Journal of Econometrics Journal of Economic Theory*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Journal of Economics and Business*
*Journal of Economics and Management Strategy*
*Journal of Health Economics*
*Journal of Human Resources*
*Journal of Industrial Economics*
*Journal of Law and Economics*
*Journal of Law, Economics and Organization*
*Journal of Political Economy*
*Management Science*
*Marketing Science*
*Quarterly Journal of Economics*
*RAND Journal of Economics*
*Review of Economic Dynamics*
*Review of Economic Studies*
*Review of Economics and Statistics*
*Review of Network Economics*
*Southern Economic Journal*

### Ad-hoc reviewer:

Chilean National Science Foundation
Hong Kong Research Grants Council
National Science Foundation
W.W. Norton & Company
Trinity College Dublin, Institute for International Integration Studies
University of Venice Doctoral Committee
John Wiley & Sons
University of Gothenburg, opponent for dissertation exam

### Public and government outreach and service:

Panel presentation, *Pharmacy Benefit Managers: Economics and Enforcement Interest*, 49th Annual Conference on International Antitrust Law and Policy and Antitrust Economics Workshops, Fordham University School of Law, September 2022

Member of U.S. Congressional Budget Office Health Advisory Panel, 2020 – 2023, Health Insurance Simulation Advisory Panel, 2018 – 20

Presentation, *Recent Research on the Economics of Discrimination: What Do We Know and Where to From Here?* Congressional Budget Office, January, 2021

Co-organizer, University of Arizona Department of Economics *Reading Group on the Economics of Discrimination*, Fall 2020

Panel presentation, *Perspectives and Lessons from the Canadian Healthcare System*, UC Berkeley Gilbert Center International Health Systems Conference, October, 2020

Member of National Science Foundation Economics Program Review Panel, 2017 – 19

Panel presentation, *Preparing Undergraduates for Application to Graduate School*, Allied Social Sciences Association Winter Meetings, Atlanta, GA, January, 2019

Panel presentation, *Narrow Networks and State Level Policies*, State Policy Mini-Conference, Berkeley, March, 2018

Panel presentation, *New Models of Healthcare Delivery: How Is Healthcare Changing? How is the Government Responding?* Cornerstone Research and Stanford Institute for Economic and Policy Research, Stanford, January, 2017

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Panel presentation, *The Ghosts of Small Group Health Insurance: Past, Present, and Future*, Caribbean Health Economics Symposium, Tortola, BVI, December, 2016

Panel presentation, *The Economics of Accountable Care Organizations*, Accountable Care Organizations and Antitrust Conference, UC Berkeley, November, 2011

Participant in Federal Reserve Board of Governors Academic Consultant Meeting, 2011

Lecture series, *Estimation of Durable Goods Models for Differentiated Products*, Bureau of Economic Analysis, 2010

Faculty Advisor for Graduate Student Dissertation Workshop, Western Economic Association International, Portland, OR, 2010

**Expert reports, declarations, and testimony from 2020 to present:**

Copperweld Bimetallics, LLC, v. Cerro Wire, LLC; Southwire Company, LLC; Christel Hunter; Dave Watson, Expert Report (February 28, 2025) in support of defendant.

In Re: Valve Antitrust Litigation, Expert Report (January 27, 2025) in support of defendant.

Congregation Yetev Lev D'Satmar, Inc. et al v. Engie Power & Gas, LLC, Expert Report (August 12, 2024) in support of defendant.

In Re: College Athlete NIL Litigation, Expert Report (December 1, 2023), Rebuttal Report (January 26, 2024), Reply Report (February 23, 2024), and Deposition (March, 26, 2024) in support of defendants.

USA et al v. JetBlue Airways Corporation and Spirit Airlines, Inc., Expert Report (July 6, 2023, amended July 7, 2023), Reply Expert Report (August 25, 2023), Deposition (September 1, 2023), Supplemental Reply Report (September 22, 2023), Supplemental Rule 1006 Summaries (November 14, 2023), and Trial Testimony (November 17 and 20, 2023) in support of plaintiffs.

USA and Plaintiff States v. UnitedHealth Group, Inc. and Change Healthcare, Inc, Expert Report (June 10, 2022), Rebuttal Report (July 17, 2022), Deposition (July 25, 2022), and Trial Testimony (August 9 and 16, 2022) in support of plaintiffs.

Djeneba Sidibe v. Sutter Health, United States District Court for the Northern District of California, Declaration (October 5, 2017; updated April 3, 2018) and Deposition (February 6, 2018), Expert Report (June 21, 2019) and Deposition (July 17, 2019), Supplement to Expert Report (March 12, 2021) and Deposition (March, 29, 2021), and Trial Testimony (March 4, 2022) in support of defendants.

In re: Purdue Pharma L.P., et al., Debtors, Expert Report (June 15, 2021) and trial testimony (August 12, 2021) in support of debtors.

FTC v. Hackensack Meridian Health, Inc. and Englewood Healthcare Foundation, Expert Report (April 9, 2021), Deposition (May 5, 2021), and trial testimony (May 17, 2021) in support of defendants.

Sentry Data Systems, Inc. v. CVS Pharmacy, Inc., United State District Court for the Southern District of Florida, Expert Report (September 9, 2019) in support of defendants.

**Conference organization:**

Co-organizer, Annual Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, 2012–21

Co-organizer, Annual HEC Montreal/CIRPÉE Conference on Industrial Organization, 2012–20

Program chair for competition in health care markets area, 2019 American Society of

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Health Economists Conference (ASHEcon)

Co-organizer, Workshop on Healthcare and Industrial Organization. University of Chile, 2017

Co-organizer, 2012 Econometric Society Summer Meetings

Co-organizer, 2005, 2006 and 2007 International Industrial Organization Conference

Co-organizer, 2004 and 2005 Washington University CRES Industrial Organization Conference

## PH.D. STUDENT ADVISING:

Advisor for Kelli Marquardt, Ph.D., University of Arizona, 2021, first position, Research Economist, Federal Reserve Bank of Chicago

Advisor for Arundhati Tillu, Ph.D., University of Arizona, 2019, first position, E2e Energy Policy Fellow, University of Chicago

Advisor for Sebastian Fleitas, Ph.D., University of Arizona, 2017, first position, Assistant Professor of Economics, University of Leuven

Advisor for Anatolii Kokoza, Ph.D., University of Arizona, 2017, first position, Data Scientist, USAA

Co-advisor for Nedko Yordanov, Ph.D., University of Arizona, 2016, first position, Associate, EconOne Consulting

Advisor for Jianjing Lin, Ph.D., University of Arizona, 2015, first position, Postdoctoral Fellow, Tulane University

Advisor for Chuan (Charles) He, Ph.D., University of Arizona, 2015, first position, Senior Economist, Amazon.com

Advisor for Leila Asgari, Ph.D., University of Arizona, 2014, first position, Associate Vice President, J.P. Morgan Chase

Advisor for T.N. (Subra) Subramaniam, Ph.D., University of Arizona, 2014, first position, Senior Associate in Modeling, Discover Card

Advisor for Chrystie Burr, Ph.D., University of Arizona 2013, first position, Assistant Professor, Department of Economics, University of Colorado – Boulder

Advisor for Kathleen Nosal, Ph.D., University of Arizona 2012, first position: Assistant Professor, Department of Economics, University of Mannheim

Advisor for Mario Samano, Ph.D., University of Arizona 2012, first position: Assistant Professor, Institute of Applied Economics, HEC Montreal Business School

Advisor for Joseph Cullen, Ph.D. University of Arizona 2009, first position: Harvard University Center for the Environment Postdoctoral Fellowship, Assistant Professor, Olin Business School, Washington University in St. Louis

Advisor for Ivan Maryanchyk, Ph.D. University of Arizona 2009, first position: Senior Analyst, Bates White Economic Consulting

Advisor for Oleksandr Shcherbakov, Ph.D. University of Arizona 2008, first position: Cowles Postdoctoral Fellowship, Yale University

Co-advisor for Fumiko Hayashi, Ph.D. University of Minnesota 2001, first position: Federal Reserve Bank of Kansas City

## RESEARCH PRESENTATIONS (with most recent title):
### Invited seminar presentations since October, 2001:
*A Computable Dynamic Oligopoly Model of Capacity Investment*

University of Chile, September 2013
Bank of Canada, July 2013

*A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut Hospitalizations But Not Overall Costs*
University of California, Riverside, February 2012
Duke University, October 2010
Northwestern University, May 2009

*Bayesian Inference For Hospital Quality in a Selection Model*
Agency for Healthcare Quality and Research, October 2003
University of Montreal, November 2002
Queen's University, October 2002
UC Davis, May 2002
Duke University, January 2002
Yale University, December 2001
Federal Reserve Bank of Chicago, November 2001

*Causality and the Volume-Outcome Relationship in Surgery*
University of Chicago, Health Economics Seminar, April 2005
Syracuse University, April 2005

*Computing Price-Cost Margins in a Durable Goods Environment*
Cornell University, November 2015

*Discharge Fees, Pollution Mitigation, and Productivity: Evidence from Chinese Power Plants*
University of Delaware, October 2021

*Dynamics of Consumer Demand for New Durable Goods*
École Polytechnique/CREST (Paris), October 2011
INSEAD Business School, April 2011
Katholieke Universiteit Leuven, April 2011
University of Texas, September 2010
U.S. Bureau of Labor Statistics, December 2009
U.S. Bureau of Economic Analysis, September 2009
University of Helsinki, August 2009
Harvard University, December 2008
University of Southern California, October 2008
Bristol University, May 2008
University of Toronto Rotman School, March 2008
Federal Trade Commission, December 2007
University College London, May 2007
London School of Economics, April 2007
University of Minnesota Marketing Department, February 2007
Drexel University, December 2006

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Arizona State University, November 2006
University of California Los Angeles, May 2006
Stanford University, May 2006
Johns Hopkins University, May 2006
Purdue University, March 2006
University of Arizona, February 2006
Duke University, September 2005
Federal Reserve Bank of San Francisco, June 2005
University of Missouri, April 2005
Northwestern University Kellogg School of Management, April 2005

*Energy Transitions in Regulated Markets*
Applied Economics Workshop (Asia, virtual), September 2024
University of Washington, April 2024
Arizona State University, March 2024
University of Iowa, February 2024
Hunter College, February 2024
University at Albany, January 2024
University of Maryland, December 2024
University of Michigan, March 2023

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
Boston University, January 2020
Columbia University, November 2019
Indiana University, September 2019
New York University Stern School of Business (joint with Columbia University), April 2019
University of Technology, Sydney, March 2019
University of Queensland, March 2019
University of California, Los Angeles, February 2019
University of Michigan, November 2018
Universidad Carlos III de Madrid, April 2018
École Polytechnique/CREST (Paris), April 2018
University of Rochester, Simon School of Business, April 2018

*How Do Hospitals Respond to Payment Incentives?*
University of Rochester, Simon School of Business, March 2024
Boston University (joint with Harvard University and MIT), February 2024
UCLA Anderson School, May 2017
University of Chicago, May 2016
Emory University, March 2016

*Information Feedback and Long-Term Electricity Conservation: Evidence from the Tapestry Building*
HEC Montreal, July 2013

12
HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Intermittency and the Value of Renewable Energy:*
    Imperial College, London, June 2015
    Universidad de los Andes, Santiago, Chile, May 2015
    University of Michigan, October 2014
    Texas A&M University, April 2012
    University of Texas at Austin, February 2012
    Carnegie Mellon University, November 2011
    Harvard University, September 2011
    University of Gothenburg, May 2011
    University of Mannheim, April 2011
    New York University, March 2011
    Yale University, March 2011
    University of Arizona, March 2011
    UC Berkeley, November 2010

*Learning and the Value of Information: The Case of Health Plan Report Cards*
    Washington State University, April,2007
    University of Toronto, October 2002
    UC San Diego, April 2002
    UC Berkeley, April 2002
    Brown University, April 2002
    Dartmouth College, April 2002
    Stanford University GSB, March 2002
    Columbia University, December 2001
    UC Davis, Agricultural and Resource Economics, November 2001
    UC Berkeley, Agricultural and Resource Economics, October 2001

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*
    Medical University of South Carolina, March 2007
    University of Pennsylvania Health Care Management, December 2006
    HEC – Montréal (University of Montreal Business School), March 2005
    University of North Carolina, Department of Health Policy and Administration,
        Triangle Health Economics Workshop (long-distance format), September 2004
    Washington University in St. Louis, April 2004
    Yale University, June 2003
    Boston University (joint with Harvard and MIT), April 2003

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*
    University of Alabama – Birmingham, April 2014
    University of Colorado, Boulder, February 2014
    Vanderbilt University, February 2014
    U.S. Department of Justice, November 2013
    Charles River Associates, June 2013
    Stanford University GSB Marketing, May 2013
    University of Tilburg, May 2013

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Toulouse School of Economics, May 2013
Universidad de los Andes, Santiago, Chile, April 2013
University of East Anglia, December 2012
Vanderbilt University, December 2012
Indiana University, September 2012
Clemson University, April 2012
Ohio State University, April 2012
Columbia University, December 2011
Johns Hopkins University, October 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*
Nanjing University, May 2015

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*
Federal Reserve Bank of New York, December 2001
New York University Stern School of Business, October 2001

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*
University of Minnesota, May 2010
University of Wisconsin, March 2010
Bates White Economic Consulting, December 2009
Princeton University, November 2009
Boston College, November 2009
Bank of Canada, June 2009
University of California, Davis, April 2009
University of California, Irvine, April 2009
University of California Los Angeles, October 2008
Federal Reserve Bank of Kansas City, October 2008
Boston University, June 2008
University of Cyprus, May 2008

*Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards*
Brigham Young University, March 2023
University of Houston, March 2023
Aalto University, January 2023
University of North Carolina (joint with Duke University), October 2022
Carnegie Mellon University, October 2022
Stony Brook University, September 2022
Northwestern University, April 2022
Princeton University, March 2022
UC Berkeley, November 2021
Yale University, November 2021

*Productivity, Safety, and Regulation in Coal Mining: Evidence from Disasters and Fatalities*
Hong Kong University, March 2017

14

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
  Yale University, March 2003
  University of Montreal, January 2003
  Washington University in St. Louis, December 2002
  Harvard University, September 2002

*Reclassification Risk in the Small Group Health Insurance Market*
  University of Wisconsin, March 2020
  École Polytechnique/CREST (Paris), May 2019
  University of California, Los Angeles, May 2019
  Board of Governors of the Federal Reserve, May 2019
  University of Nevada, Reno, February 2019
  University of Toronto, Rotman School, January 2019
  University of Kansas, November 2018
  University of North Carolina (joint with Duke University), November 2018
  University of South Florida, November 2018
  University of Illinois Gies School of Business, April 2018
  Toulouse School of Economics, March 2018
  University at Albany, October 2017
  University of British Columbia, Sauder School of Business, October 2016
  Princeton University, September 2016
  Ohio State University, September 2016
  Singapore Management University, August 2016

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*
  Boston University, November 2017
  UC Irvine, May 2017
  Chinese University of Hong Kong, March, 2017
  Universitat Autonoma de Barcelona, November 2016
  National University of Singapore, August 2016
  Peking University, National School of Development, June 2016
  Federal Trade Commission, December 2015
  Miami University of Ohio, September 2015
  University of Helsinki, August 2015
  Shanghai University of Finance and Economics, May 2015
  University of Chile, May 2015
  University of Southern California, May 2015
  University of California, Los Angeles, April 2015
  University of Toronto, December 2014
  University of North Carolina at Chapel Hill, November 2014
  Johns Hopkins University, April 2014
  Northwestern University, April 2014
  University of Iowa, April 2014

*Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium*

15

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Yale University, April 2024
Cornell University, September 2021
Imperial College, June 2021 (virtual)
Harvard University, February 2021 (virtual)
Florida State University, January 2021 (virtual)
Queen's University, December 2020 (virtual)
Georgetown University, November 2020 (virtual)
Ohio State University, October 2020 (virtual)

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*
Federal Reserve Bank of New York, June 2004
University of Minnesota, May 2004
Competition Bureau of Canada, May 2004
University of Pennsylvania, March 2004
University of Chicago Graduate School of Business, Marketing Seminar, April 2004
Trinity College Dublin, Dublin (Ireland) Economics Workshop, March 2004
Board of Governors of the Federal Reserve, November 2003
University of Maryland, October 2003
Pennsylvania State University, September 2003
Columbia University, September 2003
University of Wisconsin, September 2003

*Why Do Incumbent Senators Win? Evidence from a Dynamic Selection Model*

American Enterprise Institute, November 2005
Washington University in St. Louis, Political Economy Seminar, May 2004

## Invited or refereed conference presentations since October, 2001:
*Countervailing Market Power and Hospital Competition*
Allied Social Sciences Association Winter Meetings, Chicago, IL, January 2017

*Bayesian Inference For Hospital Quality in a Selection Model*
Indiana University Conference on Simulation-Based Econometric Methods, February 2003

*Causality and the Volume-Outcome Relationship in Surgery*
Conference on Evaluating Health Policy, Imperial College, UK, May 2008
International Health Economics Association Meetings, Barcelona, Spain, July 2005
Consumers, Information and the Evolving Healthcare Marketplace Conference, Cornell University, April 2005

*Computing Price-Cost Margins in a Durable Goods Environment*
Empirical Models of Differentiated Products Conference, University College London, June, 2015
Ninth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June 2015

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Discharge Fees, Pollution Mitigation, and Productivity: Evidence from Chinese Power Plants*
> Javeriana University Structural I.O. Conference, Bogotá, Colombia, October 2017

*Does Health IT Adoption to Better Information or Worse Incentives?*
> Workshop on Healthcare and Industrial Organization, University of Chile, September 2017

*Dynamics of Consumer Demand for New Durable Goods*
> Allied Social Sciences Association Winter Meetings, San Francisco, CA, January 2009
> Fifth Annual Bates White Antitrust Conference, Washington, DC, June 2008
> Ninth CEPR Conference on Applied Industrial Organization, Paris, France, May 2008
> Federal Reserve Bank of Minneapolis Applied Microeconomics Conference, October 2007
> Economics of ICT Conference, Paris, France, June 2007
> Econometric Society Summer Meetings, Minneapolis, MN, June 2006

*Energy Transitions in Regulated Markets*
> National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July 2024
> Columbia University / Sciences Po Kellen Trans-Atlantic Conference, Paris, France, April 2024
> Dartmouth College Industrial Organization Conference, September 2023
> University of British Columbia Summer Industrial Organization Conference, June 2023

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
> 2018 Econometric Society Latin American Workshop in Econometrics, Lima, Peru, August 2018
> Second International Conference on Innovation and Industrial Economics, Nanjing, China, June 2018

*How Do Hospitals Respond to Payment Incentives?*
> Notre Dame Health Mini-Conference, September, 2019, South Bend, IN

*Intermittency and the Value of Renewable Energy*
> Marti Ahtisaari Institute Lecture, Oulu, Finland, August 2015
> Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, June 2012
> Pressing Issues in World Energy Policy Conference, University of Florida, March 2012
> POWER Conference, UC Berkeley, April, 2012
> Fifth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June 2011

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Eighth Annual Bates White Antitrust Conference, Washington, DC, June 2011

Twelfth CEPR Conference on Applied Industrial Organization, Tel Aviv University, May 2011

*Learning and the Value of Information: The Case of Health Plan Report Cards*

Econometric Society Winter Meetings, Chicago, IL, January 2007

Quantitative Marketing and Economics Conference, Chicago, IL, October 2003

Society for Economic Dynamics Annual Meetings, New York, NY, July 2002

National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July 2002

Allied Social Sciences Association Winter Meetings, Atlanta, GA, January 2002

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*

National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, August 2004

Annual Health Economics Conference, Birmingham, AL, April 2004

*Measuring Network Effects in a Dynamic Environment*

4th Annual Penn State University Conference on Auctions and Procurement, April 2011

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*

First CREST Conference on Advances in the Economics of Antitrust and Consumer Protection, Paris, France, September 2014

Penn State/Cornell Conference on Econometrics and Industrial Organization, State College, PA, September 2014

European Association for Research in Industrial Economics Conference, Evora, Portugal, August 2013

Zhejiang University Conference on Industrial Economics, Hangzhou, China, June 2013

Canadian Economic Association, Montreal, Canada, May 2013

Quantitative Marketing and Economics Conference, Durham, NC, October 2012

National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July 2012

Common Ground Conference, Copenhagen Business School, May 2012

Annual Health Economics Conference, Northwestern University, October 2011

Allied Social Sciences Association Winter Meetings, Denver, CO, January 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*

Institute for Fiscal Studies Vertical Contracting Conference, London, June 2018

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*

Federal Reserve Bank of Philadelphia, Conference on Payment Systems, Philadelphia, PA, May 2002

Center for Economic Policy and Research Conference on Productivity and Technology, Alghero, Italy, March 2002

18

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments*
Society for Institutional & Organizational Economics Conference, Montreal, July 2018

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*
Third Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June 2009
Penn State University Conference on Procurement and Regulated Markets, April 2008
HEC Montréal Conference on the I.O. of Health, November 2007

*Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards*
2022 RIDGE Industrial Organization Conference, Bogotá, Colombia, December 2022
UCLA I.O. mini-conference, May 2022

*Price Setting and Negotiation in the Supermarket Industry*
INRA Trade, Industrial Organization, and the Food Industry Workshop, Paris, France, May 2019

*Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from Disasters and Fatalities*
New Directions in Commodities Research Conference, University of Colorado, Denver, August 2017
Third Annual IZA Conference on Labor Market Effects of Environmental Policies, Berlin, Germany, August 2015

*Quality and Employers' Choice of Health Plan*
Allied Social Sciences Association Winter Meetings, Washington, DC, January 2003

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
NET Institute 2005 Conference, New York, NY, April 2005
Kiel – Munich Workshop on the Economics of Information and Network Industries, Munich, Germany, August 2004
CEPR Conference on Two-Sided Markets, Toulouse, France, January 2004
Society for Economic Dynamics Annual Meetings, Paris, France, June 2003
University of Iowa Clarence Tow Conference on Industrial Organization, May 2003
International Industrial Organization Society Conference, Boston, MA, April 2003
Stanford Institute for Theoretical Economics (SITE), July 2002

*Reclassification Risk in the Small Group Health Insurance Market*
National Bureau of Economic Research (NBER) Winter Health Care Meetings, Cambridge, MA, November 2018
Bates White Life Sciences Symposium, June 2018
Eleventh Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June 2017
*Marketing Science* Conference on Marketing and Health, St. Louis, MO, November

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

2016
    Lancaster University Management School Conference on Auctions, Competition,
        Regulation, and Public Policy, May 2016

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*
    Tel Aviv University / IDC Summer Conference, Herzliya, Israel, July 2017
    Colombian Association of Health Economics, Cali, Colombia, February 2015
    National Bureau of Economic Research (NBER) Winter Industrial Organization
        Meetings, Stanford, CA, February 2015
    Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, November
        2014
    Penn State/Cornell Economics on Economics and Industrial Organization, University
        Park, PA, September 2014
    Eleventh Annual Bates White Antitrust Conference, Washington, DC, June 2014
    Northwestern/Toulouse Industrial Organization Conference, Evanston, IL, May 2014

*Selection, Subsidies, and Welfare in Health Insurance: Employer Sponsored Health
Insurance Versus the ACA Marketplaces*
    Interdisciplinary Choice Workshop, Santiago, Chile, August 2018

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*
    Recent Developments in Consumer Credit and Payments, Federal Reserve Bank of
        Philadelphia, Philadelphia, PA, September 2005
    National Bureau of Economic Research (NBER) Winter Industrial Organization
        Meetings, Menlo Park, CA, February 2005
    Allied Social Sciences Association Winter Meetings, Philadelphia, PA, January 2005
    University of British Columbia Summer Industrial Organization Conference, July
        2003

*You Can Keep Your Health Plan But At What Cost?*
    Caribbean Health Economics Symposium, Tortola, BVI, December 2021

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## BACKUP MATERIALS FOR TIMELINE OF VALVE INNOVATIONS, FEATURES, AND PRODUCTS

1. **September 12, 2003—Steam launches to distribute patches and updates:** Steam launches to distribute patches and updates.[1]

2. **October 7, 2004—Digital game purchases begin with Half-Life 2 pre-orders:** *Half-Life 2* pre-orders become first digital purchases available on Steam.[2]

3. **October 12, 2005—Third-party games offered on Steam:** First third-party games, *Rag Doll Kung Fu* and *Darwinia*, offered for sale on Steam.[3]

4. **March 2006—Average review scores:** Steam adds average review scores, sourced from metacritic.com, to game details.[4]

5. **August 7, 2007—Steam Community introduces social features:** Adds user friends list, text chat, voice chat, game lobby support, and rudimentary user profiles and user groups.[5]

---

[1] Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("2003: The beginning ... On September 12, Steam began life as a way for Valve to control the patching process for games like Counter-Strike, as well as curb cheating and provide easier access to any content the developer produced").

[2] Eric Bangeman, "Valve Steams up Half-Life 2 preorders," *Ars Technica*, October 7, 2004, available at https://arstechnica.com/uncategorized/2004/10/4281-2/, accessed on April 30, 2024 ("As the release of Half-Life 2 (hopefully) draws nearer, Valve began offering preorders via its Steam service today.").

[3] Ben Kuchera, "Rag Doll Kung Fu given a date and price on Steam," *Ars Technica*, September 19, 2005, available at https://arstechnica.com/gaming/2005/09/1292/, accessed on March 24, 2025 ("Well, the game, Rag Doll Kung Fu, has been picked up to be sold over Valve's Steam service. The game is going to be released on October 12th, with a price of US$12.95."); Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on March 6, 2025 ("In 2005, Ragdoll Kung Fu and Darwinia become the first non-Valve games to hit Steam.").

[4] Matt Cundy, "Steam knows the score," *GamesRadar+*, March 28, 2006, available at https://www.gamesradar.com/steam-knows-the-score/, accessed on January 23, 2025 ("Valve has introduced a commendable new feature to its popular content delivery system, Steam. Shoppers browsing the online Steam store will now find a review score (where available) handily placed for quick reference alongside game and price details.").

[5] Ben Kuchera, "Valve launches Steam Community, perhaps a bit soon," *Ars Technica*, August 7, 2007, available at https://arstechnica.com/gaming/2007/08/valve-launches-steam-community-perhaps-a-bit-soon/, accessed on April 30, 2024 ("The Steam Community is an ambitious new set of features added to the Steam client, things like a global friends list, voice chat, chat rooms, game lobbies, and some pseudo-social networking features like rudimentary

Expert Report of Gautam Gowrisankaran, Ph.D.    Backup materials for timeline of Valve innovations, features, and products

6. **November 26, 2007—Steam Achievements:** Introduces Steam Achievements system, allowing developers to set in-game challenges for users to complete. Completed achievements are displayed on user profiles.[6]

7. **April 30, 2008—Steamworks Development Kit tools for Steam integration:** Valve makes the Steamworks SDK available to publishers on Steam. The SDK helps publishers incorporate Steam features into their games, such as Steam Workshop, Steam Achievements, and Steam Leaderboards, among others.[7]

8. **November 3, 2008—Steam Cloud:** Stores users' game data online, making their game save files and other game data available from any PC running Steam.[8]

---

profiles and user groups. As a plus, several of the features like messaging, your friend list, and voice chat are all slated to be available in and out of game.").

[6] Andy Robinson, "Valve brings achievements to Steam," *GamesRadar+*, November 26, 2007, available at https://www.gamesradar.com/valve-brings-achievements-to-steam/, accessed on April 30, 2024 ("Team Fortress 2 will be the first to receive the in-game accolades - which work in pretty much the same ways as Xbox 360 Achievements - and other Valve games such as Day of Defeat: Source and Half-Life 2 will apparently follow."); Steamworks, "Step by Step: Achievements," available at https://partner.steamgames.com/doc/features/achievements/ach_guide, accessed on April 30, 2024 ("Achievements can be used as a way to encourage and reward player interactions and milestones within your game.").

[7] Chris Remo, "Valve Releases Full Steamworks Development Kit," *Game Developer*, April 30, 2008, available at https://www.gamedeveloper.com/pc/valve-releases-full-steamworks-development-kit, accessed on April 30, 2024 ("Valve has released the full version of its free previously-announced Steamworks development and publishing tools, which open up Steam's online multiplayer and game purchase authentication features to the development community ... Steamworks features include product key authentication, copy protection, auto-updating, social networking, matchmaking, and anti-cheat technology."). Steamworks, "Features," available at https://partner.steamgames.com/doc/features, accessed on April 19, 2024 for a comprehensive list of current Steamworks features.

[8] Steam, "Steam Cloud Rolling in this week," November 3, 2008, available at https://store.steampowered.com/oldnews/1968, accessed on April 30, 2024 ("Valve, creators of best-selling entertainment products and advanced technologies, today announced the roll out of Steam Cloud, a set of services for Steam that stores application data online and allows user experiences to be consistent from any PC. Steam Cloud is a free extension to Steam, a leading a platform for PC games with over 15 million accounts worldwide."); Steam, "Steam Cloud," available at https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678, accessed on April 30, 2024 ("The Steam Cloud allows games and the platform to utilize cloud storage hosted by Steam. Games can utilize Steam Cloud for storage of many different types of data, including game settings, save games, profile stats and other user-specific bits. Many Steam client settings are also saved via the cloud, including collections, friend nicknames and anything changed via the Steam client Settings menu. These settings will persist on an account regardless of which machine it is logged into, as the settings are pulled from the cloud upon login.").

9. **November 2009—Categories of "Games Under $5" and "Games Under $10":** Adds "Games Under $5" and "Games Under $10" categories to the Steam store.[9]

10. **April 2010—MacOS support/Steam Play:** Adds support for MacOS games and introduces Steam Play. Steam Play enables users to play the Windows, Mac, and Linux versions of games (when available) they have purchased.[10]

11. **April 14, 2010—Steam Store Wishlists:** Enables wishlists to track what games users want and to see what games their friends want. Additionally, publishers may access data on wishlist additions, conversions, and regional breakdowns for their games.[11]

12. **September 30, 2010—Steam Wallet and in-game transactions:** Introduces the Steam Wallet, allowing users to store funds on their Steam accounts to be used for Steam purchases, including in-game purchases. Additionally, Valve introduces support for in-game transactions on Steam.[12]

---

[9]    Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on March 6, 2025 ("The addition of the Under $5 and Under $10 categories reflect Steam's budding reputation as a place for big discounts, impulse buys, and building a backlog of games you'll never play."). Based on the archive website Wayback Machine, the first time the "Games Under $5" and "Games Under $10" categories show up are on November 27, 2009. See Steam, "Welcome to Steam," November 27, 2009, available at https://web.archive.org/web/20091127090330/https://store.steampowered.com/, accessed on January 23, 2025.

[10]   AppleInsider, "Valve announces Steam for Mac, games will allow Mac-PC online play," March 10, 2010, available at https://appleinsider.com/articles/10/03/08/valve_announces_steam_for_mac_will_allow_mac_pc_online_play.html, accessed on April 30, 2024 ("Valve officially revealed Monday that its Steam online gaming service, along with the Source engine that powers titles such as Half-Life 2 and Left 4 Dead 2, is coming to the Mac in April."); Steam, "Introducing a new version of Steam Play," available at https://steamcommunity.com/games/221410/announcements/detail/1696055855739350561, accessed on April 30, 2024 ("In 2010, we announced Steam Play: a way for Steam users to access Windows, Mac and Linux versions of Steam games with a single purchase.").

[11]   Steam, "A Brand New Steam – Available Now!" April 14, 2010, available at https://store.steampowered.com/uiupdate/, accessed on April 30, 2024 ("Added Wishlists for tracking what games you want, and to see what games your friends want"); Mariea Dealessandri, "A game developer's guide to Steam wishlists," *GamesIndustry.biz*, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on March 6, 2025 ("'Developers can access wishlist data such as additions, conversions, and regional breakdowns for their games,' Valve's Tom Giardino says.").

[12]   Steam, "Steam Wallet and In-Game Transactions are Here!" September 30, 2010, available at https://store.steampowered.com/oldnews/4406, accessed on May 1, 2024 ("With Steam Wallet, you can add value to your Steam account using any of the payment methods supported by Steam. Funds in your Steam Wallet may then be used to buy any item available in the Steam

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

13. **February 24, 2011—Steam Screenshots:** Enables users to take and share screenshots of games they are playing on Steam and offers users the ability to share these screenshots on their user profiles.[13]

14. **March 16, 2011—Steam Guard:** Adds extra account security features for Steam accounts, including single-use login authentication codes when logging in from unrecognized computers or browsers. [14]

15. **June 14, 2011—Free to Play support:** Adds support for free-to-play games on the Steam store, enabling publishers to take advantage of this new monetization strategy on Steam.[15]

16. **October 2011—Steam Workshop:** Adds the ability for users to upload player-created content (i.e., "mods") to Steam and download that content into games.[16]

---

store on an in-game store. You can load up your Steam Wallet ahead of time, or wait until checkout. Also, different payment methods can be combined to make a single purchase.").

[13] Steam, "Steam Screenshots Feature Now Available," February 24, 2011, available at https://store.steampowered.com/oldnews/5047, accessed on April 30, 2024 ("Press your hotkey (F12 by default) while in any game that runs the Steam Overlay to take screenshots. Then publish them to your Steam Community profile as well as Facebook, Twitter, or Reddit to share them with your friends.").

[14] Steam, "Steam Guard Now Available to All," March 16, 2011, available at https://store.steampowered.com/oldnews/5123, accessed on April 30, 2024 ("With Steam Guard enabled, anyone attempting to sign in as you from an unrecognized computer or browser must first provide additional, one-time authorization.").

[15] Stephany Nunneley-Jackson, "Free to Play games now available on Steam," *VG247*, June 14, 2011, available at https://www.vg247.com/free-to-play-games-now-available-on-steam, accessed on April 30, 2024 ("Valve has introduced support for Free to Play games on Steam with the launch of five games on the service.").

[16] Steam, "Steam Workshop Lets Item Creators Compensate Toolmakers, Communities, and Mentors," June 27, 2013, available at https://steamcommunity.com/games/SteamWorkshop/announcements/detail/1819734886367365945, accessed on April 30, 2024 ("Since the Steam Workshop launched in October of 2011, over 1,200 items created by members of the community have been made available for sale in Team Fortress 2 and Dota 2, producing over $10 million in royalties paid to item creators."); Jeremy Laukkonen, "Everything You Need to Know About Steam Workshop," *Lifewire*, February 13, 2020, available at https://www.lifewire.com/everything-you-need-to-know-about-steam-workshop-4587072, accessed on May 14, 2024 ("The Steam Workshop is a mod repository for Steam Games. When a developer releases a game on Steam, and that game has mod support, they have the option to tie it into the Steam Workshop. Linking to the Steam Workshop allows creators to upload their mods for a massive built-in audience to enjoy, and it provides regular players with a straightforward and streamlined process for obtaining mods.").

Expert Report of Gautam Gowrisankaran, Ph.D.            Backup materials for timeline of Valve innovations, features, and products

17. **January 27, 2012—Steam Mobile App:** Allows users to access a subset of Steam features through newly introduced mobile apps for iOS and Android devices.[17]

18. **August 13, 2012—Game Hubs:** Game Hubs provide users with a centralized location to discuss, share, and discover content about their favorite games and provide publishers with a place to distribute news and updates about their games to interested users.[18]

19. **August 30, 2012—Steam Greenlight:** Adds the first format of self-publishing on Steam. Enables publishers wishing to sell a game on Steam the ability to upload information and media about their game for review by Steam users, with games receiving strong user support eventually being sold on Steam.[19]

20. **December 3, 2012—Big Picture Mode:** Expanded consumers ability to play games on Steam from their living rooms by providing a user interface designed for televisions and game controllers.[20]

---

[17]   Steam, "Valve Announces Steam Mobile App," January 27, 2012, available at https://store.steampowered.com/oldnews/7231, accessed on April 30, 2024 ("Valve, creators of best-selling game franchises (such as Counter-Strike, Half-Life, Left 4 Dead, Portal, and Team Fortress) and leading technologies (such as Steam and Source), today announced the beta release of the Steam application for iOS and Android devices.").

[18]   Seth Colaner, "Steam Community Game Hub Brings Out User-Created Content and Rating System," *Hot Hardware*, August 13, 2012, available at https://hothardware.com/news/steam-community-gets-new-features-each-day-this-week-starting-with-game-hubs, accessed on January 14, 2025 ("Each gaming title on Steam will get a Game Hub, which will include 'collections of game-centric discussions, workshop items, user-created screenshots, videos, and news.' The content will be a combination of official Steam items and user-created posts. Users can rate everything, so only the best stuff rises to the top. Further, the Game Hub allows users to chit-chat about a given game right there, instead of having to zip over to the Steam Forums.").

[19]   Steam, "Valve Launches Steam Greenlight," August 30, 2012, available at https://store.steampowered.com/oldnews/8761, accessed on April 30, 2024 ("Announced earlier this summer, Steam Greenlight allows developers and publishers to post information and media about their game in an effort to convince the Community that the game should be released on Steam. Greenlight piggybacks on Steam Workshop's flexible system that organizes content and lets customers rate and leave feedback.").

[20]   Steam, "Steam Big Picture Available Now," December 3, 2012, available at https://store.steampowered.com/oldnews/9495, accessed on April 30, 2024 ("Valve today announced the public release of Big Picture, Steam's new mode that lets gamers access all of their favorite Steam games on a television from the comfort of their sofa. Big Picture has been designed to be used with a traditional gamepad, while also fully supporting keyboard and mouse input.").

Expert Report of Gautam Gowrisankaran, Ph.D.         Backup materials for timeline of Valve innovations, features, and products

21.    **December 12, 2012—Steam Community Market:** Adds virtual marketplace that "enables users to buy and sell in-game items using their Steam Wallet funds."[21]

22.    **February 20, 2013—SteamPipe content delivery system:** Speeds up user downloads of game updates by only downloading data incremental to what is already stored on a user's computer. Further, offered users rate-limiting functionality for downloads.[22]

23.    **March 20, 2013—Early Access:** Gives publishers the ability to release their games on Steam prior to the full completion of development for a game. This allows publishers the ability to receive feedback on their games prior to their full release and allows players to play games they are interested in earlier than they otherwise may have been able to.[23]

24.    **April 25, 2013—Steam Subscription Plans:** Offers support for subscription-based titles on Steam.[24]

25.    **June 26, 2013—Steam Trading Cards:** Adds virtual "cards" earned by users for playing games on Steam. Users who collect cards may use them to acquire additional content that can be used to customize their Steam profiles.[25]

---

[21]    Eddie Makuch, "Valve launches Steam Market," *GameSpot*, December 12, 2012, available at https://www.gamespot.com/articles/valve-launches-steam-market/1100-6401485/, accessed on April 30, 2024 ("The virtual market allows users to buy and sell in-game items using their Steam Wallet funds.").

[22]    Omri Petitte, "Team Fortress 2, CS: Source migrating to SteamPipe delivery – here's what you need to do," *PC Gamer*, February 20, 2013, available at https://www.pcgamer.com/steampipe-valve/, accessed on April 30, 2024 ("Some older Source games creak along on an older format from an earlier age in Steam's saga, but in a new FAQ , Valve says it's converting the guts of these games to use the SteamPipe content delivery system for faster load times and an updated file layout."); Jeremy Peel, "What is SteamPipe," *PCGamesN*, May 3, 2013, available at https://www.pcgamesn.com/tf2/what-steampipe, accessed on May 1, 2024 ("SteamPipe has also allowed for a new feature within Steam: the ability to set download rates.").

[23]    Steam, "Steam Opens Early Access," March 20, 2013, available at https://store.steampowered.com/oldnews/10189, accessed on April 30, 2024 ("Steam Early Access titles allow the community to get involved early and play select titles during their development. The goal of Early Access is to provide gamers with the chance to 'go behind the scenes' and experience the development cycle firsthand and, more importantly, have a chance to interact with the developers by providing them feedback while the title is still being created.").

[24]    Steam, "Steam Introduces Game Subscription Plans," April 25, 2013, available at https://store.steampowered.com/oldnews/10463, accessed on April 30, 2024 ("With Subscription Plans, Steam offers gamers the ability to sign up and manage payments for subscription-based games on Steam. The launch title for the new service is Darkfall Unholy Wars, with additional subscription-based games to follow.").

[25]    Steam, "Steam Trading Cards Released, Community Profiles Updated," June 26, 2013, available at https://store.steampowered.com/oldnews/10946, accessed on April 30, 2024

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Case 2:21-cv-00563-JNW    Document 638    Filed 06/17/26    Page 46 of 60

**APPENDIX D**
Expert Report of Gautam Gowrisankaran, Ph.D.    Backup materials for timeline of Valve innovations, features, and products

26. **September 11, 2013—Family Sharing:** Enables users to share their Steam game libraries with one another (e.g. with close friends or family members), while maintaining individual tracking of achievements and game saves.[26]

27. **November 26, 2013—User review system:** Allows for users to rate and describe games on Steam and enables other users to rate and track the most helpful reviews.[27]

28. **February 26, 2014—Partner discount self-configuration tools:** Allows publishers on Steam to configure their own discounts and enables publishers to opt in to upcoming sales.[28]

29. **March 18, 2014—VR mode:** First introduction of a VR mode on Steam, allowing users to interact with the platform through VR hardware.[29]

30. **May 21, 2014—In-Home Streaming:** Adds the ability for users to play Steam games across different devices connected to the same network through streaming the game from a host computer running Steam connected to the network.[30]

---

("Steam Trading Cards are virtual cards you can earn just by playing some of your favorite games, like Team Fortress 2, FTL, GRID 2, Monaco, Trine 2, Super Meat Boy, Counter-Strike: Global Offensive, and more. In total there are over 30 games with Steam Trading Cards, with more being added every week. Collecting cards lets you craft new badges for your Steam Profile and earn rewards like emoticons, profile backgrounds, and coupons.").

[26] Steam, "Steam Announces Family Sharing," September 11, 2013, available at https://store.steampowered.com/oldnews/11436, accessed on April 30, 2024 ("Steam Family Sharing is designed for close friends and family members to play one another's Steam games while each earning their own Steam achievements and storing their own saves and application data to the Steam cloud. It's all enabled by authorizing a shared computer.").

[27] Steam, "More Updates to the Steam Customer Review System," September 13, 2016, available at https://store.steampowered.com/oldnews/24155, accessed on April 30, 2024 ("When we introduced the Steam Customer Review System in November 26, 2013, our primary goal was, and still is, to help customers make an informed decision when considering the purchase of a new game. To achieve that goal, we've put an emphasis on written reviews that encourage customers to share their experience in a game so that [others] can decide for themselves whether the game sounds like something they would enjoy playing.").

[28] Steam, "Now You Can Discount Your Own Products In Steam," February 26, 2014, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1497749712681365701, accessed on April 30, 2024 ("With new Steamworks tools, you can configure your own discounts for custom sale periods or opt in to take part in upcoming weeklong sales. Once configured, the discounts will automatically start at the time specified.").

[29] Katie Williams, "Virtual Reality Mode Formally Added to Steam Beta," *IGN*, March 18, 2014, available at https://www.ign.com/articles/2014/03/18/virtual-reality-mode-formally-added-to-steam-beta, accessed on April 30, 2024 ("Today's Steam beta client update has officially integrated a Virtual Reality mode.").

[30] Steam, "Introducing Steam In-Home Streaming," May 21, 2014, available at https://store.steampowered.com/oldnews/13378, accessed on April 30, 2024 ("In-Home

31. **September 23, 2014—Discovery Update:** Added the "Discovery Queue," "Steam Curators," and the "Recommendation Feed" to the Steam store, among other marketing innovations.[31]

32. **November 10, 2015—Steam Link:** Valve releases the Steam Link device, dedicated hardware to support in-home streaming.[32] Further, the Steam Link app allows users to stream their games directly to a mobile device, TV, VR headset, or PC.[33]

33. **November 10, 2015—Steam Controller:** Official Valve controller designed to be used for all games, even those developed without controller support.[34]

34. **November 10, 2015—Steam Machines:** Compact living-room PCs enabling users to play Linux-supported games directly on their TV.[35]

---

Streaming, a new feature of Steam, is now released to all users. Players who have multiple computers at home can immediately take advantage of the new feature. When you log into Steam on two computers on the same network, they automatically connect, allowing you to remotely install, launch, and play games as though you were sitting at the remote PC.").

[31] Tyler Wilde, "Big changes to Steam: 'Discovery Update' adds curators, recommendations, and hides unpopular new releases," *PC Gamer*, September 22, 2014, available at https://www.pcgamer.com/steam-update/, accessed on April 30, 2024 ("Further addressing the problem of figuring out which games to buy, the update also lets you follow 'Steam Curators.' Curators can be any individual or organization who has opinions about games and wants to share them, and Steam now offers a nice page where they can organize their recommendations. Following a curator (you can find them here ) will also send their recommendations to your home page."); Steam, "Steam Discovery Update," available at https://store.steampowered.com/about/newstore, accessed on April 30, 2024 ("Your Steam Discovery Queue is a powerful, new way of exploring the most popular new releases that you haven't yet seen ... Steam Curators are individuals, organizations, and groups that publish reviews and recommendations in a public forum on Steam ... The Steam Recommendation Feed is a nearly endless list of recommendations designed to showcase the broad variety of titles available on Steam.").

[32] Hayden Dingman, "Steam Link review: Valve's $50 box is the game streaming solution you want," *PCWorld*, November 10, 2015, available at https://www.pcworld.com/article/423984/hands-on-valves-50-steam-link-is-the-game-streaming-solution-you-wantmost-of-the-time.html, accessed on January 24, 2025.

[33] Steam, "Steam Link," November 10, 2015, available at https://store.steampowered.com/app/353380/Steam_Link/, accessed on January 10, 2025 ("Play your Steam games on your phone, tablet, TV, VR headset or another PC using Steam Link, streaming from your home computer ... you can now access and play games from your PC while on the couch, or on the go...Release Date: Nov 10, 2015").

[34] Steam, "Steam Controller," available at https://store.steampowered.com/app/353370/Steam_Controller, accessed on January 10, 2025 ("The Steam Controller lets you play your entire collection of Steam games on your TV— even the ones designed without controller support in mind...Release Date: Nov 10, 2015").

[35] Rob Crossley and Matt Espineli, "Steam Machines: First impressions, The Specs, Prices, and Release Dates," *GameSpot*, October 16, 2015, available at

35. **June 2, 2016—Steam Bundles:** Enables bundle creation for publishers on Steam. Bundles offer a simplified method for publishers to sell multiple products at once (sometimes at a discount), helping publishers sell "Deluxe Editions" of their games as well as collections including the publishers' earlier titles.[36]

36. **November 7, 2016—Discovery Update 2.0:** Adds features to the Steam store to improve the marketing of titles to users.[37]

37. **December 31, 2016—Steam Awards:** First Steam Awards, a game awards event where winning titles are determined by user nominations and voting.[38]

38. **February 23, 2017—Steam Audio:** Expands the Steamworks SDK to offer developers a free spatial audio solution.[39]

---

https://www.gamespot.com/articles/steam-machines-first-impressions-the-specs-prices-/1100-6425734/, accessed on January 21, 2025 ("This collection of over a dozen small living-room PCs...runs on Steam OS...Linux-supported games will work on the machine...Release date: Due November 10.").

[36] Steam, "Create Your Own Steam Bundles," June 2, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/932622787937370 414, accessed on April 30, 2024 ("Steam Bundles is a feature that allows multiple Steam products to be bundled together at a discount. This can be used for easily creating Deluxe Editions or for putting together collections of a developer's past releases and allow customers to 'complete their set' of that game catalog.").

[37] Steam, "Steam Discovery Update 2.0 Available Now," November 7, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/880845734465610 237, accessed on April 30, 2024 ("Available now, the Steam Discovery Update 2.0 expands the platform with tools and features designed to give gamers more control and choice in their Steam experience. The first Discovery Update was launched two years ago, and dozens of iterative changes have been made since. Today's update introduces a larger collection of new features and functionality based on user feedback such as a powerful new preferences options, expanded support for curators, and easier access to your friends' activity."); Steam, "Steam Discovery Update 2.0," available at https://store.steampowered.com/about/newstore2016?snr=2_groupannouncements_detail, accessed on May 13, 2024 ("Whether it's a hot new release, joining a special event, or getting back into a game that was recently updated, now it's easy to tell what your friends are excited about ... Most lists across the store, including this section, are now personalized to filter out games you own or marked 'ignored'.").

[38] Steam, "The Steam Awards Winners!" December 31, 2016, available at https://store.steampowered.com/oldnews/26623, accessed on April 30, 2024 ("Thanks to all that voted in The Steam Awards!"); Ethan Gach, "Here Are The 2016 Winners Of The First Ever Steam Awards," *Kotaku*, December 31, 2016, available at https://kotaku.com/here-are-the-2016-winners-of-the-first-ever-steam-award-1790658305, accessed on May 13, 2024 ("Users were encouraged to nominate the games they thought most deserved to win each category with Valve giving the people who did so special badges.").

[39] Steam, "Introducing Steam Audio," February 23, 2017, available at https://steamcommunity.com/groups/steamworks/announcements/detail/661305015032637 648, accessed on April 30, 2024 ("Steam Audio is now available, delivering an advanced spatial audio solution for games and VR apps. Steam Audio includes several exciting features that

Expert Report of Gautam Gowrisankaran, Ph.D.      Backup materials for timeline of Valve innovations, features, and products

**June 13, 2017—Steam Direct:** Replaces Steam Greenlight and enables full self-publishing functionality on Steam at the cost of a recoupable $100 fee per title.[40]

**June 19, 2018—Developer & Publisher Homepages:** Adds the ability for developers and publishers to create their own homepages on Steam where users can explore their full game catalogs available on Steam and find additional information related to their titles.[41]

**July 24, 2018—Steam Chat update:** Updated friends list, text chat, and voice chat features, including group chat features, among others.[42]

**August 21, 2018—Proton:** Introduces features to Steam Play allowing Windows-only titles to be played on computers running Linux operating systems.[43]

---

significantly improve immersion and open up new possibilities for spatial audio design. The Steam Audio SDK is available free of charge, for use by teams of any size, without any royalty requirements. Steam Audio currently supports Windows, Linux, macOS, and Android. Just like Steam itself, Steam Audio is available for use with a growing list of VR devices and platforms.").

[40] Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024 ("After nearly five years Valve's crowd-voting platform Steam Greenlight is coming to an end, only to be replaced by Steam Direct on 13th June. As previously discussed, Steam Direct will allow any developer to post their game to Valve's marketplace so long as they pay a $100 fee per title. This fee can later be recouped once a game reaches $1k in sales.").

[41] Steam, "Announcing: Developer & Publisher Homepages Beta on Steam," June 19, 2018, available at https://steamcommunity.com/games/593110/announcements/detail/2515705802687784921?snr=2_groupannouncements_detail_, accessed on April 30, 2024 ("We've just launched an open beta for Creator Homepages, a new part of the Steam store designed to help players discover and connect with the developers and publishers behind their favorite games. With this feature, you can explore the full catalog of games created by the developers and publishers of games you enjoy and you can choose to follow those creators to be automatically notified when they release their next title.").

[42] Nick Statt, "Steam is rolling out its new Discord-like chat feature to all users," *The Verge*, July 24, 2018, available at https://www.theverge.com/2018/7/24/17609872/steam-chat-new-features-roll-put-discord-like-competition, accessed on April 30, 2024 ("The new updates are mainly around design and chat versatility. Now you can share GIFs and rich social and video links with friends in Steam Chat, sort friends by favorites, group your friends by game and by party, and maintain more fully featured group chats that are designed more like Discord servers. Steam Chat also now offers built-in voice chat with many of the same perks, like channels and link inviting, that you get with Discord."); Steam, "The All-New Steam Chat," available at https://steamcommunity.com/updates/chatupdate, accessed on April 30, 2024.

[43] Ars Staff, "Valve's 'Steam Play' uses Vulkan to bring more Windows games to Linux," *Ars Technica*, August 21, 2018, available at https://arstechnica.com/gaming/2018/08/valves-steam-play-uses-vulkan-to-bring-more-windows-games-to-linux/, accessed on April 30, 2024

Expert Report of Gautam Gowrisankaran, Ph.D.    Backup materials for timeline of Valve innovations, features, and products

**October 1, 2018—Additional revenue share tiers:** Introduces new revenue share tiers for games that hit certain revenue levels, adjusting from 30 to 25 percent when a game reaches $10 million in sales, and from 25 to 20 when a game surpasses $50 million in sales.[44]

**June 13, 2019—Remote Play:** Allows users to stream games from a host Steam client anywhere they have a connection to the internet.[45]

**June 28, 2019—Valve Index VR Headset:** Official Valve VR headset enabling users to play virtual reality games with wide support for controllers and base stations.[46]

**July 2019—Steam Labs:** Enables platform participants to test prospective Steam features, including new marketing features.[47]

---

("Valve announced today a beta of Steam Play, a new compatibility layer for Linux, to provide compatibility with a wide range of Windows-only games ... The announcement today spells out in full what the company has developed. At its heart is a customized, modified version of the WINE Windows-on-Linux compatibility layer named Proton ... Once Steam Play is out of beta, developers of Windows games will be able to mark their games as being Steam Play compatible and, hence, will be offered for sale to Linux users.").

[44] Steam, "New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838, accessed on April 18, 2024 ("With that in mind, we've created new revenue share tiers for games that hit certain revenue levels. Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M. Revenue includes game packages, DLC, in-game sales, and Community Marketplace game fees. Our hope is this change will reward the positive network effects generated by developers of big games, further aligning their interests with Steam and the community.").

[45] Steam, "Steam Client Update Released," June 13, 2019, available at https://store.steampowered.com/oldnews/51761, accessed on April 30, 2024 ("Steam In-Home Streaming is experimentally available outside the home, and is now known as Steam Remote Play. Your Steam clients can now stream games from each other wherever they are, as long as there is a good network connection on both sides and they are close to a Steam datacenter").

[46] Steam, "Valve Index Headset," June 28, 2019, available at https://store.steampowered.com/app/1059530/Valve_Index_Headset/, accessed on January 21, 2025 ("Explore environments...in your SteamVR Home space...The Valve Index Headset is compatible with any Controllers featuring support for SteamVR Tracking ... [and] can be used with any Base Stations featuring support for SteamVR Tracking...Release Date: June 28, 2019").

[47] Matthew Handrahan, "Valve's advice for making your game thrive after launch," *GamesIndustry.biz*, April 23, 2020, available at https://www.gamesindustry.biz/valves-advice-to-keep-your-game-thriving-after-launch, accessed on October 23, 2023 ("Steam Labs, which launched in July 2019, is an attempt to let developers see what's coming, and influence the way new features are shaped."); Steam, "Steam Labs," available at https://store.steampowered.com/labs, accessed on April 30, 2024 ("Every year, we create

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

47. **October 21, 2019—Remote Play Together:** Adds support for users to play local-only multiplayer games with friends over the internet without additional development input.[48]

48. **October 30, 2019—Steam Library Update:** Updates Steam Library pages, offering users information about game updates provided by publishers and informing them of their friends' gameplay activity, among other additions.[49]

49. **December 12, 2019—Steam Game Festival/Steam Next Fest:** First multi-day event on Steam showcasing upcoming games, offering free game demos to users on the Steam Store and giving users access to livestreams with developers playing and discussing their games.[50]

---

dozens of experiments around discoverability, video, machine learning, and more. You know who we thought might enjoy seeing them? Everyone. For the first time, you can try, share, and break them, then share your feedback with the developers who create them.").

[48] Steam, "Introducing Steam Remote Play Together," October 21, 2019, available at https://steamcommunity.com/games/593110/announcements/detail/3032537193879549687 ?snr=1_2108_group__2107, accessed on April 30, 2024 ("With Remote Play Together, you can now invite Steam Friends to join your local co-op, local multiplayer, and shared/split screen games online. Up to four players, can instantly join in the fun. Only the host needs to own and install the game, while additional players connect through Steam Remote Play streaming technology.").

[49] Steam, "Steamworks Fall Recap: Steam Library Release, Remote Play Together, DAU Reporting, Store Page Tools, And More", December 9, 2019, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1706232080103449103, accessed on April 30, 2024 ("The biggest announcement of the past couple of months is the Steam Library Update, which rolled out of beta and updated Steam for all players on October 30. This update brings a fresh new look to the Steam library that better highlights the games in a player's library and makes it easy to find something to play. This new update also brings better channels for game developers to communicate about updates, events, and announcements to players and fans."); Steam, "The New Steam Library," available at https://store.steampowered.com/libraryupdate?snr=2_groupannouncements_detail_, accessed on April 30, 2024 ("The new library home gives you quick access to game updates, recently played games, friends' activity and collections.").

[50] Austen Goslin, "The Game Awards offers an E3-esque buffet of Steam demos for unreleased games," *Polygon*, December 11, 2019, available at https://www.polygon.com/2019/12/11/21011169/the-game-awards-steam-game-festival-demos, accessed on April 30, 2024 ("The Festival is designed to work hand-in-hand with the Game Awards to give players the chance to try out some new games being discussed on the show with Steam acting as the digital event space."); Alex Calvin, "Steam Game Festival rebrands as Steam Next Fest, set to take place in June," *VG247*, March 24, 2021, available at https://www.vg247.com/steam-game-festival-steam-next-fest-june, accessed on April 30, 2024 ("'Explore and play hundreds of game demos, watch developer livestreams, and chat with the teams about their games in progress, coming soon to Steam.'").

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for timeline of Valve innovations, features, and products

50. **June 25, 2020—Points Shop:** Adds a shop allowing users to spend reward points earned from game purchases to buy digital items used to customize their Steam profiles.[51]

51. **December 14, 2020—Steam News Hub:** Adds centralized news hub for users to get information on the games they care about.[52]

52. **April 21, 2021—Steam Playtest:** Allows developers to set up and run tests of their games on Steam with users for free, without having to manage Steam keys or external mailing lists.[53]

53. **February 25, 2022—Steam Deck launch/integration:** Release of the Steam Deck, a handheld PC gaming device developed by Valve and associated Steam updates to support the device.[54]

---

[51]  Andy Chalk, "Steam launches a permanent Points Shop," *PC Gamer*, June 25, 2020, available at https://www.pcgamer.com/steam-launches-a-permanent-points-shop/, accessed on March 17, 2025 ("One of the things you can do in this year's Steam Summer Sale is earn points that can be used to acquire digital items like animated stickers, backgrounds, and avatars.").

[52]  Steam, "New Steam News Hub: More Ways to Communicate With Players," December 14, 2020, available at https://steamcommunity.com/groups/steamworks/announcements/detail/2947007387776397379, accessed on April 30, 2024 ("Today we've fully launched the Steam News Hub, a centralized place for players to browse all the news, updates, and events happening in the games they care about.").

[53]  Steam, "Steam Playtest feature now fully released," April 21, 2021 available at https://store.steampowered.com/news/group/4145017/view/3119280855648142183, accessed on April 30, 2024 ("Steam Playtest is a new feature built right into Steam, allowing you to invite players to test your game without having to manage keys or external mailing lists. You control how many players get access, when to add more players, when to open testing, and when to close your playtest."); Rory Young, "Valve Introduces Steam Playtest Feature for Early Game Testing," *GameRant*, November 7, 2020, available at https://gamerant.com/valve-steam-playtest-feature-november-2020/, accessed on April 30, 2024 ("Developers will be able to create their own playtest without requiring Steam keys. When ready, developers can activate playtest signups on their game's profile, and as players sign-up a queue system will be put in place. Developers can add testers from this queue, as well as manually invite testers. The tools will even provide details regarding how many players are already in the test, as well as how many are waiting in queue.").

[54]  Mitchell Clark, "Valve will start selling the Steam Deck on February 25th," *The Verge*, January 26, 2022, available at https://www.theverge.com/2022/1/26/22902930/valve-steam-deck-release-date-gaming-handheld-pc, accessed on December 7, 2023 ("Valve announced that the Steam Deck will go on sale starting February 25th."); Steam, "Steam Deck Launching February 25th," January 26, 2022, available at https://store.steampowered.com/news/app/1675180/view/3117055056380003048, accessed on April 30, 2024 ("On February 25th, we will be sending out the first batch of order emails to reservation holders. Customers will have 3 days (72 hours) from receipt of their order email to make their purchase, before their reservation is released to the next person in the queue. The first units will be on their way to customers starting the 28th, and we plan to release new order email batches on a weekly cadence.").

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for timeline of Valve innovations, features, and products

54. **September 7, 2022—Personalized store hubs:** Introduces Store hubs for each user based on their own gameplay history, friends' gameplay histories, and followed publishers, and wishlist contents.[55]

55. **January 2023—DLC For You:** Lets users browse DLC content for games they already own.[56]

56. **May 2, 2023—Trailer categorization:** Allows developers to indicate categories for video trailers they include on Steam store pages.[57]

57. **March 2024—Private Apps:** Allows a user to prevent their friends from seeing certain games in the user's library, including preventing friends from seeing when the user is playing those games.[58]

58. **September 11, 2024—Steam Families:** Introduces a centralized location for family sharing features, enabling users to share their game libraries, manage who can access certain games, and approve purchase requests.[59]

---

[55] Steam, "Personalized Shopping With New Tag, Genre, and Category Pages," September 7, 2022, available at https://store.steampowered.com/news/app/593110/view/3091162528094367313, accessed on April 30, 2024 ("Today's Steam update brings big updates to the various tag, genre, category, and theme browsing pages across the Steam store. Previously released as a Steam Labs experiment, these new store hubs have been tested and iterated upon with player feedback over the past few months. In fact, you've probably already seen these new hubs in action, as we've made use of them during the Summer Sale or various official themed sales ... The contents of each hub is personalized based on your play history, network of friends, followed developers, and what you have on your wishlist.").

[56] Steam, "New DLC Discovery Hub with Steam Labs Experiment 15," January 27, 2023, available at https://store.steampowered.com/news/app/593110/view/3638379690025890182, accessed on January 24, 2025 ("Today's new Steam Labs experiment is a store hub designed to help you find new content to enjoy in the games you already play. You may have missed or forgotten about exciting add-on content for your favorite games, and this hub is designed to help you explore what is available and find ways of getting more of those great games.").

[57] Steam, "New: Trailer categories and updated display logic," May 2, 2023, available at https://steamcommunity.com/groups/steamworks/announcements/detail/5358762517221792489, accessed on January 22, 2025 ("The display of trailers on Steam store pages have been updated today to address some frustrations we've heard from players when trying to find gameplay videos or navigate to screenshots. These changes include new logic that determines the order of trailers and screenshots, plus the ability to specify a category for each trailer to show to players.").

[58] Megan Ellis, "You Can Now Properly Hide Steam Games by Marking Them as Private," *Make Use Of*, March 8, 2024, available at https://www.makeuseof.com/hide-steam-game-mark-private/, accessed on January 21, 2025 ("[March 8, 2024] Steam's Private Apps feature is officially out of beta, meaning you can hide games in your Steam library that you don't want others to see ... According to Steam, games marked as private will only be visible to you.").

[59] Jay Peters, "Steam's improved family sharing is out now for everyone," *The Verge*, September 11, 2024, available at https://www.theverge.com/2024/9/11/24242377/valve-steam-improved-family-sharing-out-now, accessed on January 21, 2025 ("Valve's new Steam Families

Expert Report of Gautam Gowrisankaran, Ph.D.    Backup materials for timeline of Valve innovations, features, and products

59. **November 6, 2024—Game recording:** Allows users to record game highlights, mark key in-game moments, and easily share them online or with friends.[60]

60. **January 2025—Steam OS launches on non-Valve handheld hardware:** First non-Valve hardware device to use SteamOS.[61]

---

feature is now available for everyone following a beta launch earlier this year. With Steam Families, parents are able to share games with their families, manage parental controls for their kids, and approve requests from their kids to buy Steam games.").

[60]    Darryn Bonthuys, "Steam Game Recording Is Now Live For All PC And Steam Deck Users," *GameSpot*, November 6, 2024, available at https://www.gamespot.com/articles/steam-game-recording-is-now-live-for-all-pc-and-steam-deck-users/1100-6527599/, accessed on January 21, 2025 ("Valve has announced that Steam Game Recording has been released for all PC and Steam Deck users. The new built-in system for game recording offers a variety of tools for users, allowing them to capture highlights of their gameplay, record lengthy play sessions, and share them online through the Steam overlay... you'll be able to drop markers as reference points and Steam has provided tools for developers to create 'timeline-enhanced' games that can proactively notify Steam when relevant events happen.").

[61]    Steam, "SteamOS expands beyond Steam Deck," January 7, 2025, available at https://steamcommunity.com/games/593110/announcements/detail/529834914570306832, accessed on January 20, 2025 ("With Lenovo's announcement at CES 2025 of the Lenovo Legion Go S, we are pleased to share that their 'Powered by SteamOS' model is the first handheld officially licensed to ship with Valve's SteamOS.").

## BACKUP MATERIALS FOR THE ANALYSIS OF VIDEO GAME PLATFORM LAUNCH DATES

1. Alissa McAloon, "Ubisoft Connect announced as a 'refreshed' replacement for Uplay and Ubisoft Club," *Game Developer*, October 20, 2020, available at https://www.gamedeveloper.com/game-platforms/ubisoft-connect-announced-as-a-refreshed-replacement-for-uplay-and-ubisoft-club, accessed on January 10, 2025

2. Blizzard, "Blizzard Battle.net Update," August 14, 2017, available at https://news.blizzard.com/en-us/world-of-warcraft/20972461/blizzard-battle-net-update, accessed on January 10, 2025

3. Brad Wardell, "Postmortem: Stardock's Galactic Civilizations," *Gamasutra*, May 7, 2003, available at https://web.archive.org/web/20220704210359/http://www.gamasutra.com/view/feature/2862/postmortem_stardocks_galactic_.php, accessed on January 10, 2025

4. Brittany Vincent, "A brief history of online gaming on the PC," *PC Gamer*, February 22, 2017, available at https://www.pcgamer.com/a-brief-history-of-online-gaming-on-the-pc/, accessed on January 20, 2025

5. Charlie Hall, "Steam has a massive new competitor," *Polygon*, April 17, 2017, available at https://www.polygon.com/2017/4/17/15326258/steam-competitor-tencent-games-platform-wegame-download, accessed on January 10, 2025

6. Chris Kohler, "Nintendo 3DS eShop Packs Solid Features, Skimpy Lineup," *WIRED*, June 2, 2011, available at https://www.wired.com/2011/06/nintendo-3ds-eshop-launch/, accessed on January 10, 2025

7. Dan Adams, Steve Butts, and Charles Onyet, "PC 2006 Year in Review," *IGN*, December 20, 2006, available at https://www.ign.com/articles/2006/12/20/pc-2006-year-in-review, accessed on March 23, 2025

8. Eddie Makuch, "GOG Celebrates Six Years of Advancing the 'DRM-Free Movement,'" *GameSpot*, September 8, 2014, available at https://www.gamespot.com/articles/gog-celebrates-six-years-of-advancing-the-drm-free/1100-6422150/, accessed on January 10, 2025

9. Elton Jones, "The History of Roblox and Its Rise to Eminence," *One37PM*, October 12, 2023, available at https://www.one37pm.com/gaming/history-of-roblox, accessed on January 10, 2025

10.    Epic Games, "The Epic Games store is now live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 14, 2025

11.    G2A, "Factsheet," August 2024, available at https://www.g2a.co/fact-sheet/, accessed on January 10, 2025

12.    GameFly, "About Us," available at https://www.gamefly.com/about-us, accessed on January 10, 2025

13.    Globe Newswire, "Paradox Interactive Launches Large-Scale International Digital Distribution Service," November 20, 2006, available at https://www.globenewswire.com/news-release/2006/11/20/351416/7645/en/Paradox-Interactive-Launches-Large-Scale-International-Digital-Distribution-Service.html, accessed on January 10, 2025

14.    Green Man Gaming, "We're Green Man Gaming," available at https://www.greenmangaming.com/who-we-are/, accessed on December 7, 2023

15.    Greg Kumparak, "Discord is launching a game store," *TechCrunch*, August 9, 2018, available at https://techcrunch.com/2018/08/09/discord-is-launching-a-game-store/, accessed on January 10, 2025

16.    Humble Bundle Blog, "10 Years of Humble Bundle," May 19, 2020, available at https://blog.humblebundle.com/10-years-of-humble-bundle/, accessed on March 12, 2025

17.    IGN Staff, "IGN Entertainment Launches Direct2Drive," *IGN*, September 10, 2004, available at https://www.ign.com/articles/2004/09/10/ign-entertainment-launches-direct2drive, accessed on January 10, 2025

18.    IGN Staff, "Square Opens PlayOnline.com," *IGN*, June 6, 2000, available at https://www.ign.com/articles/2000/06/07/square-opens-playonlinecom, accessed on January 10, 2025

19.    IGN Staff, "Ubisoft Launches First Uplay Services with Assassin's Creed II," *IGN*, November 18, 2009, available at https://www.ign.com/articles/2009/11/18/ubisoft-launches-first-uplay-services-with-assassins-creed-ii, accessed on January 10, 2025

20.    Jay Peters, "Riot continues to expand beyond League of Legends with new PC launcher," *The Verge*, September 17, 2021, available at https://www.theverge.com/2021/9/17/22679479/riot-games-new-client-pc-launcher-library, accessed on January 10, 2025

21.    John Reseburg, "EA Launches Origin," *Electronic Arts*, June 3, 2011, available at https://news.ea.com/press-releases/press-releases-details/2011/EA-Launches-Origin/, accessed on January 10, 2025

22. Jordan Sirani, "How Xbox Game Pass Became the Subscription Service to Beat," *IGN*, April 8, 2022, available at https://www.ign.com/articles/xbox-game-pass-history-subscription-service, accessed on March 13, 2025

23. Josh Constine, "Oculus App Store Will Require Pre-Approvals, Comfort Ratings, Tax," *TechCrunch*, June 12, 2015, available at https://techcrunch.com/2015/06/12/oculus-app-store/, accessed on January 10, 2025

24. Julian Horsey, "Microsoft Xbox Live Marketplace Rebranded As Xbox Games Store," *Geeky Gadgets*, August 30, 2013, available at https://www.geeky-gadgets.com/microsoft-xbox-live-marketplace-rebranded-as-xbox-games-store-30-08-2013/, accessed on January 26, 2025

25. Justin Pinter, "History of PlayStation: PS1, PS2, PS3, PS4, PS5 – Launch Prices, Specs, Games," *PlayStation Universe*, November 19, 2020, available at https://www.psu.com/news/history-of-playstation-ps1-ps2-ps3-ps4-and-ps5-launch-prices-specs-and-games/, accessed on January 10, 2025

26. leafo, "Introducing open revenue sharing," *itch.io*, March 4, 2015, available at https://itch.io/updates/introducing-open-revenue-sharing, accessed on February 10, 2025

27. Major Nelson, "Xbox Live Marketplace Launch Content," *Microsoft*, November 15, 2005, available at https://news.xbox.com/en-us/2005/11/15/xbox-live-marketplace-launch-content/, accessed on January 26, 2025

28. Microsoft, "Windows 8 Arrives," October 25, 2012, available at https://news.microsoft.com/2012/10/25/windows-8-arrives/, accessed on January 10, 2025

29. Minecraft, "Download Minecraft & Server Software," available at https://www.minecraft.net/en-us/download, accessed on January 26, 2025

30. Nicole Carpenter, "Rockstar has its own game launcher, and GTA: San Andreas is free," *Polygon*, September 17, 2019, available at https://www.polygon.com/2019/9/17/20870668/rockstar-games-launcher-pc-store-gta-san-andreas-free, accessed on January 10, 2025

31. Owen Good, "Amazon Luna makes full launch to US subscribers," *Polygon*, March 1, 2022, available at https://www.polygon.com/22956365/amazon-luna-release-date-price-games-list, accessed on January 10, 2025

32. Rebekah Valentine, "Google Stadia's paid subscription service launches in November," *GamesIndustry.biz*, June 6, 2019, available at https://www.gamesindustry.biz/google-stadias-paid-subscription-launches-in-november-free-version-planned-next-year, accessed on January 10, 2025

33. Roblox, "Home," available at https://corp.roblox.com/, accessed on January 27, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.                    Backup materials for the analysis of video game platform launch dates

34.  Samuel Heaney, "The History and Evolution of Minecraft," *IGN*, April 16, 2023, available at https://www.ign.com/articles/the-history-and-evolution-of-Minecraft, accessed on January 10, 2025

35.  Terrence O'brien, "Humble Store launches, skips the Bundles and flash sales," *Engadget*, November 11, 2013, available at https://www.engadget.com/2013-11-11-humble-store.html, accessed on March 12, 2025

36.  Tom Warren, "Windows Store rebranded to Microsoft Store in Windows 10," *The Verge*, September 22, 2017, available at https://www.theverge.com/2017/9/22/16348986/microsoft-store-windows-10-app-store, accessed on January 10, 2025

37.  Wes Fenlon "Fallout 76 has a lot to prove as it leaves Steam behind," *PC Gamer*, August 16, 2018, available at https://www.pcgamer.com/fallout-76-has-a-lot-to-prove-as-it-leaves-steam-behind/, accessed on March 12, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.                    Backup materials for the analysis of platform revenue sharing

## BACKUP MATERIALS FOR THE ANALYSIS OF PLATFORM REVENUE SHARING

1. Andrew Webster, "Discord's game store tries to top Steam and Epic by offering developers more money," *The Verge*, December 14, 2018, available at https://www.theverge.com/2018/12/14/18139843/discord-pc-games-store-revenuesplit, accessed on April 20, 2024

2. Dallas Tester, "Coming Soon: Twitch Games Commerce," *Twitch Blog*, February 27, 2017, available at https://blog.twitch.tv/en/2017/02/27/coming-soon-twitch-games-commerce-6b646d832480/, accessed on February 10, 2025

3. Epic Games, "Epic Games Store Offers App, Software and Game Distribution," available at https://store.epicgames.com/en-US/distribution, accessed on February 10, 2025

4. Humble Support, "Pay What You Want and Contribution Sliders," available at https://support.humblebundle.com/hc/en-us/articles/204387088-Pay-What-You-Want-and-Contribution-Sliders, accessed on February 10, 2025

5. Jonathon Borck et al., "Apple's App Store and Other Digital Marketplaces," *Analysis Group*, July 22, 2020, available at https://www.analysisgroup.com/globalassets/insights/publishing/apples_app_store_and_other_digital_marketplaces_a_comparison_of_commission_rates.pdf, accessed on February 10, 2025

6. Karl, "Want to sell or publish your game with Green Man Gaming?" *Green Man Gaming*, June 2, 2015, available at https://greenmangaming.zendesk.com/hc/enus/articles/215465328-Want-to-sell-or-publish-your-game-with-Green-Man-Gaming, accessed on February 10, 2025

7. leafo, "Introducing open revenue sharing," *itch.io*, March 4, 2015, available at https://itch.io/updates/introducing-open-revenue-sharing, accessed on February 10, 2025

8. Megan Harwood-Baynes, "Sony PlayStation being sued for £5bn amid claims it 'ripped off' nine million consumers," *Sky News*, August 22, 2022, available at https://news.sky.com/story/sony-playstation-being-sued-for-5-billion-amid-claims-it-ripped-off-nine-million-consumers-12678949, accessed February 10, 2025

9. Microsoft Learn, "Get started: Publish your first app in the Microsoft Store," available at https://learn.microsoft.com/en-us/windows/apps/publish/, accessed on February 10, 2025

**APPENDIX F**

Expert Report of Gautam Gowrisankaran, Ph.D.    Backup materials for the analysis of platform revenue sharing

10.    Robin Fontaine, "Now, buy games to support Affiliates!" *Twitch Blog*, June 7, 2017, available at https://blog.twitch.tv/en/2017/06/07/now-buy-games-to-support-affiliates-ea98c8882fd7/, accessed on February 10, 2025

11.    Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, October 7, 2019, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on March 24, 2025

12.    Tom Warren, "Microsoft shakes up PC gaming by reducing Windows store cut to just 12 percent," *The Verge*, available at https://www.theverge.com/2021/4/29/22409285/microsoft-store-cut-windows-pc-games-12-percent, accessed on March 12, 2025