# EXHIBIT 7

# (Dkt No. 454.07)

# REDACTED

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
------------------------------------------X

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JNW
------------------------------------------X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                    DATE: May 14, 2025
                    TIME: 9:01 a.m.

          VIDEOTAPED DEPOSITION of STEVEN
SCHWARTZ, pursuant to a Notice, held at the
offices of Quinn Emanuel Urquhart &
Sullivan, LLP, 295 5th Avenue, 9th Floor,
New York, New York 10016, before Nicole
Veltri, RPR, CRR, a Notary Public of the
State of New York.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

but I only recall one specifically.

Q.    Okay.  And in preparing your reports in this case, to your knowledge, did you have access to all the documents that were produced by Valve?

A.    I'll put it this way.  I'm not aware of anything I didn't have access to.

Q.    I appreciate that answer, but you're aware that Valve produced a number of documents in this case, correct?

A.    Correct.

Q.    And were you ever told they were documents you couldn't see if you wanted to see them?

A.    No.

Q.    Okay.  And you're aware that what we call third parties also produced documents in this case?

A.    Yes.

Q.    That would be companies like Epic, correct?

A.    Correct.

Q.    Humble Bundle?

A.    Yes.

Page 12

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.   Nintendo?

A.   Yes.

Q.   Microsoft?

A.   I believe so.

Q.   Okay.  And to your knowledge, you had access to all of those documents as well in forming your opinions, correct?

A.   Correct.

Q.   Dr. Schwartz, you've studied the topic of the revenue shares that Valve charges on the Steam platform, right?

A.   Yes.

Q.   Okay.  And it's your understanding that Valve began to allow third-party games on its platform in around 2005, right?

A.   Roughly.

Q.   And the first game on Steam, which is that platform, was a game called Rag Doll Kung Fu, right?

A.   I don't recall that, but I don't dispute it either.

Q.   Okay.  And it's your understanding that at the beginning, so in

Page 13

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
2005, the revenue shares that Valve charged
for access to the platform were around
████████, which meant the developer would keep
██ percent of the revenues on the sale of a
game, and Valve and Steam would take
██ percent.  Is that correct?

A.    I don't remember the precise
timing, but I do remember that was the
original -- excuse me, the original revenue
share.

Q.    And you would agree that around
████████ Valve's revenue shares dropped, or
Valve's portion of the revenue share
dropped, and the revenue share stabilized
around 70/30, and by that I mean, the
developer would keep 70 percent of the
revenues of a game and Valve would take
30 percent, correct?

MR. LeRAY:  Object to form.

A.    I would agree that the revenue
share was 70/30; 70 percent, as you
describe it, was payment to the publisher
and 30 percent was payment by the publisher
to Valve for services rendered.

Page 14

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q. Okay. And around ███████ is your understanding the rates that Valve charged kind of became a standard 70/30?

MR. LeRAY: Object to form.

A. I don't have a specific date in mind, but I would say by that point, it was my understanding it was standard. I don't know if it standardized at exactly that point. I just don't recall.

Q. Around ██████ Is that fair to say?

A. I don't recall specifically.

Q. Okay. And you're aware that in 2018, Valve dropped its revenue share from 70/30 to a lower number, which we'll talk about?

MR. LeRAY: Object to form.

A. I would characterize it a little bit differently. I would say it changed from a standard 70/30 revenue share to a tiered revenue split structure where the tiers depended on the volume of sales.

Q. You're one step ahead of me. So in late 2018, the revenue share changed

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

to a tiered model, correct?

    A.    Correct.

    Q.    And the first tier was from basically zero to $10 million of sales on a game. It would stay at 70/30 as we discussed before, correct?

    A.    The commission stayed at 30 percent.

    Q.    And if the game then achieved between 10 and $50 million of sale, for those dollars between 10 and 50 million, Valve would charge -- would take 25 percent instead of 30 percent?

    A.    The commission was 25 percent.

    Q.    And then above $50 million in sale, the commission would be 20 percent, correct?

    A.    Correct.

    Q.    And you would agree that if a game achieves over $10 million in sales, the overall commission that developer would pay, that publisher would pay, would be less than under the 70/30 model?

                MR. LeRAY:  Object to form.

Page 16

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I would agree -- I would agree that once they crossed the threshold and are paying the 25 percent commission, that the weighted average commission that they would be paying would drop below 30 percent.  How much depends on how far above $10 million they go.

Q.    Sure.  So starting from 2005 to today, you would agree that Steam's revenue share has only ever decreased?

A.    I would agree that it's gone from ▮ percent to 30 percent to the tiered structure.

Q.    And the tiered structure is lower than ▮ percent?

A.    Potentially.  Not for the bulk of the publishers, but, yes, potentially it could go below 30 percent.

Q.    Okay.  Well, you would agree that me that 30 percent is lower than 40 percent, right?

A.    Yeah.

Q.    So even if you assume that today a game is paying 30 percent, that's

Page 17

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
lower than the revenue share Valve was charging at the beginning?

A.    Yes.    And when we started the answer, I agreed with that.

Q.    Okay.    And today, you're aware that there are other gaming platforms that operate at a 30 percent revenue share, correct?

MR. LeRAY:    Object to form.

A.    I'm not thinking of any at 30 percent as I'm sitting here right now, but I'm not -- there may be.    It's just not coming to my mind.

Q.    Okay.    Are you aware of a PC gaming platform called GOG?

A.    Yes.

Q.    And you're aware that they charge a 30 percent revenue share?

A.    I don't recall that, but I don't have any reason to disagree with it.

Q.    Okay.    There's also a gaming distribution platform called Green Man Gaming.

Are you aware of that one?

Page 18

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    Yes.

Q.    And to your knowledge, they charge a 30 percent revenue share?

A.    I would give the same answer. I don't recall that, but I'll accept that from you.

Q.    Okay. Microsoft runs a -- Microsoft operates a console store called the Xbox store, correct?

A.    That's my understanding.

Q.    And do you have an understanding of their revenue share?

A.    I know I've seen it. I don't recall it as I'm sitting here.

Q.    Okay. Any reason to doubt that Microsoft's revenue share on console is 30 percent?

A.    I have no basis to agree or disagree.

Q.    Okay. Are you aware that there are -- we talked earlier, I think, about a company called Humble. This was when we were talking about documents.

You're aware that they

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

distribute PC games?

    A.    Yes.

    Q.    And do you have an understanding of their revenue share rate?

    A.    I do not.

    Q.    Okay.  Sony is a Japanese company.  They run a console called the Sony PlayStation, correct?

    A.    Yes.

    Q.    And they have a store called the PlayStation Store where you can buy digital copies of games to be played on the PlayStation, correct?

    A.    It's my understanding.

    Q.    And they also sell copies of games on PC, correct?

    MR. LeRAY:  Object to form.

    A.    I believe -- I know that was true at one point.  I don't know that it's still true but it may be.

    Q.    Okay.  And do you have an understanding of the revenue share that Sony charges on console games for the PlayStation?

Page 20

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I know I've seen it but I don't recall it as I'm sitting here.

Q.    Any reason to doubt that the sort of headline or base rate is 30 percent?

A.    I have no reason to agree or disagree.

Q.    Okay.  Same question for Sony's PC games.  To the extent Sony distributes PC games, do you have any reason to doubt that the baseline rate that they charge is 30 percent?

A.    I would give the same answer. I don't have any reason to agree or disagree.

Q.    Okay.  I would like to take a look at an appendix to your Supplemental Report.  This is appendix or Attachment D1.

A.    Okay.

MR. KILARU:  I will mark this as Exhibit 5.

(Whereupon, Attachment D1 to Supplemental Opening Merits Expert Report was marked as Schwartz Exhibit

Page 21

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

5 for identification as of this date.)

Q.    So, Dr. Schwartz, what I've just handed you is Attachment D1 to your Supplemental Opening Merits Expert Report. Is that fair?

A.    That's what it's labeled.

Q.    Okay.  And it looks like Attachment D1, correct?  That you prepared?

A.    It does.

Q.    Any reason -- I'll represent to you that we haven't changed it in any way, but any reason to doubt that this is a document that was attached to your report?

A.    No.

Q.    And at the title, it's described as:  Steam P&Ls as produced by Valve, 2003 to 2023.

Do you see that?

A.    I do.

Q.    Okay.  And the first kind of row in this is -- has a headline that's titled Revenue.

Do you see that?

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

MR. LeRAY:  Object to form.

A.    That would be correct.

Q.    Okay.  Now, under that, there's -- under that line, after tax net profit, there's a separate line titled: Cumulative after tax net profit.

Do you see that?

A.    Yes, I do.

Q.    And that just adds up the lines we were talking about, year over year, the after tax net profit lines, correct?

A.    It would appear so, yes.

Q.    So, for example, if you look at Steam in total from 2003 to 2007, it lost ███████████ , correct?

A.    Yes.  In the aggregate.

MR. LeRAY:  Object to form.
And we're saying "it."  Is "it" Valve?

MR. KILARU:  Yes, Valve, correct.

Q.    When I've been saying "it" for "it ████," we're talking about Valve.

A.    My understanding is "it" refers

Page 28

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO to Valve.

Q.    Okay. ███████████████████ ██████████████████████ you would agree is ███████

A.    I would agree that in ████ the cumulative net profit ██████████ I would agree.

Q.    And in every year before that, there's a ██████████ which means the cumulative total profit was ██████████

A.    Yes.  I would agree with that.

Q.    So on net before ████, Valve was ██████████████████

MR. LeRAY:  Object to the form.

A.    I wouldn't agree with that characterization.  When we use the term, or at least when I use the term ██████████ ████████ it tends to refer to a specific time period, one given year, one given quarter.  I would agree that cumulatively through ████ net profits were ██████████ But the two years, ██████████, were years in which Valve was ██████████

Page 29

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
████████████████████████, so it's a slight difference in the characterization.

Q.    Okay.  I'll hand you another attachment now, and this is Attachment E1 to that same report.

MR. KILARU:  And we'll mark this, I believe, as Exhibit 6.

(Whereupon, Attachment E1 to Supplemental Opening Merits Report was marked as Schwartz Exhibit 6 for identification as of this date.)

Q.    Dr. Schwartz, this is Attachment E1 to your Supplemental Opening Merits Report, correct?

A.    It appears to be, yes.

Q.    And these are the numbers you used to collect to calculate Steam's market share in the market you've offered in this case from 2017 through 2023, correct?

A.    Yes.

Q.    And as we discussed a moment ago, for each company or each platform that's listed here, you're only including revenues from third-party sales?

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO to be so small as to not materially change any of the results presented, but you don't have financial data from any of those other key resellers?

MR. LeRAY: Object to form.

A. I don't have the data, but I also don't have any information in any of the trade material that I've seen, any of the internal documentation to suggest that there are other, large enough resellers of keys to have a material impact on my estimate of the total market size or of Steam share.

Q. You don't have any information one way or another on that, correct?

MR. LeRAY: Object to form.

A. I would say the absence of discussion in the documents or trade press is information from which I can draw an inference that these other resellers are not meaningful players in the marketplace, meaning they're not large enough to get the kind of attention that, for example, a Humble Bundle would get.

Page 36

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    But you draw that inference without actual data from those resellers, correct?

MR. LeRAY:  Object to form.

A.    I draw the inference from the information available to me and, yes, I would agree that I didn't have financial information from those resellers.

Q.    Okay.  You include in this chart Target and Best Buy, correct?

A.    Yes.

Q.    And am I right to understand you're including digital sales of PC games on Target and Best Buys websites?

A.    Yes.

Q.    Okay.  You're aware that Wal-Mart also sells digital PC games on its website?

A.    I don't know if I knew that or not, but it would not surprise me.

Q.    Okay.  Amazon sells digital PC games on its website?

A.    Yes.

Q.    And you don't include any data

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

in your market share about sales of digital

PC games on either Wal-Mart or Amazon,

correct?

A.    Correct.

Q.    And as near as you can tell,

the things that Amazon and Wal-Mart sells

-- excuse me, the digital PC games that

Amazon and Wal-Mart sells, no material

difference in the transactions that are on

Target and Best Buy, correct?

A.    I have no way to know one way

or the other.

Q.    Well, any reason to doubt that

if you buy a digital PC game on Target,

that that's any different from buying the

same digital PC game on Amazon?

A.    Oh.  I think I misunderstood

your prior question, so repeat your prior

question.

Q.    Well, let me ask maybe the

better question.

A.    Okay.

Q.    Any reason to doubt that if you

buy a digital PC game on Target's website,

Page 38

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
that's any different from buying the same digital PC game on Amazon?

A.    Assuming you buy to play on the same platform, I would assume that the games are the same.

Q.    Okay.  There's three platforms listed here at the bottom; the EA app, Discord store and itch.io, correct?

A.    Yes.

Q.    And you would agree you had no financial data from any of those platforms on their third-party sales?

A.    So I'm looking at the notes on the second page.  And for Discord, the note says it only operated a third-party store from 2018 to 2019, and third-party sales are de minimis.  Same -- substitutely the same note for itch.io, and then there's a reference to a discussion in my Opening Merits Report.

Q.    Okay.  So let's talk about those two in material.

You would agree with me that you did not have any revenue data from

Page 39

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Discord, correct?

A.     That is my understanding.

Q.     Same for itch.io?

A.     That is, again, my understanding.

Q.     And same for EA, which had a platform that's named Origin at times, correct?

A.     Again, that was my understanding.

Q.     Okay.  And you have listed them as N/A throughout this chart, correct?

A.     Yes.

Q.     But it is your understanding that EA sold third-party digital PC games on a platform during the class period, correct?

A.     A small amount, but my understanding is they remained in operation.

MR. LeRAY:  I'll object to form.

Q.     Same question for Discord. It's your understanding that they sold

Page 78

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
that's missing.

Q.      Thanks.  A few minutes ago
before the break, we talked about Epic
offering free games on its Epic Games Store
in 2020, 2021, and 2022.  Do you remember
that?

A.      I do remember the conversation.

Q.      Okay.  And are you aware of
Valve ever offering any games for free on
its store that are not what are called
free-to-play games?

A.      You would be talking about
games that would be made available for free
on the promotional basis?

Q.      Correct.

A.      I'm not aware of any, but I
can't say with certainty that they didn't
do it at some point with some games.

Q.      Okay.  But you're not aware of
any?

A.      As I sit here today, no, I
don't -- I don't recall any.

Q.      On the topic of market shares,
the attachment we looked at earlier has

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
numbers or market share numbers from 2017
through 2023.  Is that right?

A.    I believe so.  That's right.

Q.    You don't have any market share
calculations for any year prior to 2017,
correct?

A.    We do not.

Q.    Okay.  You're aware of a
platform called WeGame?

A.    I am.

Q.    It's a game distribution, a PC
game distribution platform operated by a
company called Tencent.  Is that correct?

A.    That is my understanding.

Q.    You agree that Tencent is a
very profitable company, correct?

A.    I have never studied it.  I
wouldn't be surprised, but I don't know.
I've never done an analysis of their
financials or their profitability.

Q.    Would it surprise you to learn
that they made $86 billion in the year
2023?

A.    The fact that any company makes

Page 80

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

$86 billion is a startling number, but it wouldn't -- I don't have any reaction to it. I don't know. I'll take your word for it, but I don't know. It's not something that I've looked at.

Q. And you're aware that Tencent has made an investment in the Epic Games Store, correct? Or in Epic, the company?

A. I'm generally aware of a relationship. I don't know the nature, precise nature or magnitude of it.

Q. And it's your view that WeGame is not in the relevant antitrust market in this case, correct?

A. That's correct.

Q. And why is that?

A. It's a regional -- it's a regional site. It's not generally available for global distribution, which I think everyone agrees is the geographic side of the market. It is not a platform to which consumers in the United States would turn as an alternative. At least there's no evidence to that. So there's

Page 118

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.   Page 50?

A.   Page 50, Section 4, monopoly power.

Q.   We're in the same place.

A.   Okay, good.

Q.   When did Steam enter the relevant antitrust market that you've defined in this case?

A.   So I think we talked earlier. It was 2005 when Steam began talking third-party games. I think at that point the market for third-party digital distribution began to develop in earnest, precisely when the competitive interaction between, for example, brick and mortar stores and digital had changed to the point where third-party distribution was a separate market.

I think it's somewhere in the 2005, probably to the 2007 period, so it's somewhere in there, that the market became a distinct and definable relevant market.

Q.   Okay. There are a few things I wanted to follow up on, but thank you.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Is it your belief that at least prior to 2005, there was not a market for digital distribution, third-party digital distribution of PC games that was separate from physical distribution or what we might call retail distribution, correct?

A.   I think the evidence would say at that point prior to 2005, there was not a distinct market for digital distribution for third-party games via platform.

Q.   And your belief that that separate market, digital distribution, for third-party games via platform, developed sometime between 2005 and 2007?

A.   Appears likely.

Q.   Okay.  Any more precise date than that?

A.   No.

Q.   But it's your view, I would take it, that after 2007, there was a separate market which is the one you've defined for third-party digital distribution PC games via platform?

A.   Yes.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    Okay.  Sorry to take you back in time or back in documents, but if you could go back to Schwartz 5, which I believe is your Supplement B1.  This was the Steam P&L.

A.    Okay.

Q.    So in 2005, which was the first year we just discussed, let me get to the same page as you, in 2005, Steam's, as we discussed earlier, sales of third-party digital games was around ▮, just under ▮, correct?

A.    Oh, you're looking at the figure under 2005 for ▮?

Q.    Correct.

A.    Yes.  That's what it shows.

Q.    And that figure for ▮ ▮ correct?

A.    That is what I understand.

Q.    Okay.  And then in 2006, that number, sales number for Steam goes to a little over ▮?

A.    Yes.  ▮ and some change.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    Okay.  Are you aware of what the total global PC revenues were in 2006?

A.    Total global PC revenue?

Q.    Total revenues globally of PC game sales.

A.    I may have seen that number at some point, but I don't recall as I'm sitting here.

Q.    Okay.  I'll represent to you that the number is around ██████████.

Do you have any reason to doubt that?

A.    I don't have any reason to doubt it.  I don't have any reason to agree with it.  I just don't recall the number.

Q.    Okay.  You don't have a different number?

A.    No.  I said I don't -- I don't have a number that I -- a specific number that I recall.

Q.    Are you aware of the total digital PC game sales in that same year, 2006?

A.    I'm sure I've seen that number

Page 122

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

at some point, but I don't remember it as I'm sitting here.

Q.    Because you would agree with me in 2006, there were some developers who were distributing their own games via first-party platforms, correct?

A.    That's my understanding.

Q.    So, for example, Blizzard.net had a game called World of Warcraft, which was very popular, and they were selling that through their own distribution platform?

A.    I have a general recollection of that.

Q.    I'll represent to you that the number for total U.S. digital PC game sales in 2006 was ███████████.    Any reason to doubt that?

A.    I don't have any reason to doubt it.  I don't have any reason to accept it.  I'll take your representation.

Q.    Okay.  And if that's all right, you would agree with me that Steam sales of ███████████ would represent less than

Page 123

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

███ percent of the total U.S. digital PC game sales?

A. I haven't done the math, but it would be -- it would -- the -- ███ divided by ████████████████ would be a small percentage.

Q. Are you aware of the total for physical PC game sales in 2006?

A. I have seen that number, and I think it might actually be in one of my reports, but I don't recall it as I'm sitting here.

Q. And I'll represent to you it's ████████████ in 2006. You don't have an opinion, one way or another definitively, whether physical retail sales and third-party PC distribution via platforms were in the same market in 2006, correct?

A. I think what I have said, both in the report and what I said earlier in answer to one of your questions, is that the market was evolving and market boundaries were changing and the market was moving away from distribution through brick

Page 124

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
and mortar, physical distribution, to digital distribution.

Q.    So 2006, to put it differently, is in the -- you might call it a transition period?

A.    I think that's fair.

Q.    Okay.  And, again, directionally, if Steam's total sales of PC games were ██████████, ██████████ in 2006, and physical sales were on the order of ██ ██████████ you would agree with me Steam's sales would represent a very small fraction of the total physical sales, correct, in comparison?

A.    Again, I haven't done the arithmetic but I would agree it would be a small percentage.

Q.    And then in 2007, that's when you believe that this market, I'll be a little more precise.

By 2007, we do have, in your view, a separate market for a third-party digital distribution of PC games on platforms, correct?

Page 125

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I think the evidence is by that point, the market had evolved in that way.

Q.    Okay.  And turning back to your Attachment D1, Steam had, it looks like ▇, rounding up, ▇ dollars of sales in the relevant market as you've defined it?

A.    In 2007?

Q.    Yes.

A.    Yes.  ▇ -- yes, you said ▇ rounded up, that's correct.

Q.    And are you aware of the total number for digital -- excuse me, the total number for global PC game sales in 2007?

A.    Again, I'm sure I've seen the number, but I'm not recalling it as I sit here.

Q.    Okay.  I'll represent to you that that number is ▇.  Any reason to doubt that or do you have a different number?

A.    I don't have any reason to doubt it or agree with it.  But I'll accept your representation.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    So once again, if those numbers are both right and Steam was selling about █████████████ of games, and the global PC revenues were on the order of over █ ██████████████ you would agree the Steam sales represent a very small fraction of total PC global sales?

A.    I would agree if you did the arithmetic the percentage would be quite small. I don't know that it's a meaningful number, but I would agree if you did the arithmetic you would get the answer that you described.

Q.    And any reason to doubt the total U.S. digital PC game sales were around ██████████████ in 2007?

A.    I don't recall that number. I'll accept your presentation, but I don't have any basis to agree or disagree with you.

Q.    Okay. The first game that Steam put -- Half-Life 2 was the first game for which Valve required users to use the Steam platform, correct?

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I believe that's right.

Q.    And that was in about 2005?

A.    I think that's the ballpark.

Q.    Okay.

A.    It's in my report somewhere, but I think that's the ballpark.

Q.    And have you looked at the data on -- have you looked at any data about the first, say, 25 games, third-party games that were added to Steam?

A.    I don't recall anything specific for those games.

Q.    Okay.

A.    I may have seen something about them, but I don't -- I don't recall that it was something that I focused on specifically.

MR. KILARU:  Okay.  I'm going to hand you Schwartz 19 and I'll explain what it is.  (Handing). We'll give a copy to counsel as well.

(Whereupon, Chart was marked as Schwartz Exhibit 19 for identification as of this date.)

Page 128

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    So what I've just handed you is Schwartz Exhibit 19, and what I'll represent to you, Doctor, is that we took -- let's just focus on the left-hand side of the chart.  You see there's something called an App ID?

A.    Yes.

Q.    Okay.  And App IDs are a way Steam, basically a way you can track games on the Steam platforms, correct?  Every game gets its own App ID?

A.    That is correct.

Q.    Okay.  And what I will represent to you is that we pulled the App IDs for the first 25 games, third-party games that appear on Steam, and that's the list of 25 games you have in front of you here.  Okay?  So are we on the same page on that?

A.    I understand what you're representing this shows.

Q.    And I'll represent to you that this is pulled from the Steam transactional data which you had access to, correct?

Page 129

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    We had access to the data. Obviously, I haven't had a chance to check your work.

Q.    Fair enough.  But you did have access to the data?

A.    Yes.

Q.    Okay.  And there's then a column titled Date of First Transaction on Steam, and I'll represent to you that that's the first date at which there is a sale reported in the transactional data, okay?

A.    Okay.  I'll take your representation.

Q.    And then the next column over is the sales, and I'll represent to you that it's the sales that that game made in its first full year on the Steam platform, okay?

A.    Okay.

Q.    So assuming that's all right and you can check it obviously any time, the first game that Steam got on its platform after Half-Life 2 would have been

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

a game called Rag Doll Kung Fu.

Do you see that?

A.     I do.

Q.     And the total sales for that game would be around ████ -- I'll round up, █████████, correct?

A.     Correct.

Q.     Okay.  And total sales of that game looks like about ██████████ of the total sales of Half-Life in that first year.  Is that fair?

A.     I think that's ballpark.

Q.     Okay.  Looking at these 25 games, the top seller on Steam was a game called ████████████████████████

Do you see that?

A.     I do.  That's number 5 on your list.

Q.     Correct.  And it's total sales in that first year were about ██████████, little over that?

A.     Little over that.  I would agree.

Page 131

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    Okay.  And total sales of that game looks like about ███████████ of the total sales of Half-Life?

A.    Again, I think that's probably the right ballpark.

Q.    Okay.  And I'll just represent to you, Dr. Schwartz, that if you add up all of these games, you get about ███████████ in total sales on Steam in each of these game's first year on the platform.  Does that seem about right to you?

A.    I'm sorry, you said how much?

Q.    About ██████████.

A.    Just doing some very quick arithmetic, that's probably the right ballpark.

Q.    And have you looked at what the top games were in 2005 and 2006 based on physical sales data?

A.    Something that we may have looked at.  I don't recall it as I'm sitting here.

MR. KILARU:  Okay.  Well, we looked at it and I'll hand you that

Page 132

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

as Schwartz 20.

Here you go (handing).

(Whereupon, Top ten games in 2005 was marked as Schwartz Exhibit 20 for identification as of this date.)

Q.    And Doctor, what I've just handed you is a document that summarizes the top ten games in 2005 and then separately in 2006 based on physical sales information.

Do you see that?

A.    I do.

Q.    And you had access to the Circana data, right, which is what we used to make this chart?

A.    I believe we did.

Q.    Okay. Now, the number one game in 2005 in physical sales and -- 2005 in that transitional period we discussed, right?

A.    Yes, two thousand -- it's the beginning of the period that I talked about before of 2005 to 2007.

Page 133

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    Okay.  And 2005, the top game by physical sales was a game called █████ ████████████ correct?

A.    Yes.

Q.    And it had over █████████ in sales, correct?

A.    Correct.

Q.    And that game was available on a platform called ███████████ You're aware of that?

A.    I do recall that.

Q.    And you would agree with me, Dr. Schwartz, that ████████████████ has never been on Steam?

A.    That is my understanding.

Q.    Okay.  And in 2005, ████████ was operational, correct?  Let me ask a better question, which is, you can purchase ████████████ on █████████████ in 2005, correct?

A.    That's my understanding.

Q.    Okay.  Any reason you can think of why ██████████ could not have sold third-party games on ██████████ in 2005?

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.      To be clear, you're not -- you're talking about would they be able to as opposed to used to.

Q.      Correct.

A.      It's not something that I studied but I'm not aware of anything that would have prevented it.  But as I said, it's not something that I've studied.

Q.      Okay.  Looking at the top five games in 2005, if our chart is correct, you would agree with me that none of them were on Steam in either 2005, 2006, or 2007, correct?

A.      According to what's on the exhibit, yes.

Q.      Okay.  And ██████████ that was on Steam, of course, but you would agree that according to this chart, that's the six -- that was the sixth most popular game that year?

A.      That's what it shows.

Q.      Okay.  And then there's two entries, ████████████ and ████████████ that are in seventh and eighth place, and

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

it looks like those came on to Steam in late 2006, correct?

A.    Yes, October of 2006.

Q.    And then the last two games, ███████████████████ and ███████, that were ninth and tenth in the rankings, those were not on Steam in 2005, 2006, and 2007, correct?

A.    That is apparently the case.

Q.    Okay.  Looking at 2006, the top two games were ███████████████ and ████ ███████ same as the previous year?

A.    Yes.  Much lower sales numbers, but they remain the top two.

Q.    Sure.  And never on Steam, correct?

A.    Correct.

Q.    Okay.  You then have ██████ ███████████ in third place, a ██████████ game in fourth place, █████████████████ in fifth place, and █████████████████ in sixth place.

Do you see that?

A.    I do.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.     And none of those on Steam in either 2005, 2006, or 2007, correct?

A.     That is correct.

Q.     You then have ███████████ in seventh place, and you agree its sales have gone down from the previous year, correct?

A.     Slightly, about ██████

Q.     And that game didn't appear on Steam until late in 2006, correct?

A.     Yes.  October.

Q.     Then you have ████████ and ████████████ in eighth and ninth place, not on Steam in 2005, 2006, 2007, correct?

A.     According to your data, that is correct.

Q.     And █████ has never been on Steam, correct?

A.     That is my understanding.

Q.     And then the last game in this chart, the tenth game is ████████████ which has lower sales than it did the previous year, correct?

A.     Yes.

Page 137

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    And that one appears to have gone on Steam late in 2006, correct?

A.    Again, October 2006.

Q.    Okay.  I'm going to turn your attention to -- and I should be clear. ████████ doesn't show up on this list in 2006, correct?

A.    It does not.

Q.    And then turning back to your report, your Rebuttal Report, and this is Paragraph 100, you say about halfway through the paragraph that: Dr. Gowrisankaran discusses quote three other digital PC game distributors who were operating at the time of Valve's entry which include Battle.net, PlayOnline, and GameFly.

Do you see that?

A.    I do.

Q.    And we've talked about Battle.net.

Are you aware that PlayOnline was run by a company called Square Enix?

A.    I may have known that at one

Page 138

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

point but it's not something that I recall today.

Q.    I'll represent to you that PlayOnline was going to buy Square Enix. You agree that they make popular games on PC such as Final Fantasy, correct?

A.    I don't recall that.

Q.    Okay.  If that's correct, though, you can't think of -- similar to the question I asked you earlier about Activision, I want to make sure I get it the same way.

Any reason you can think of why Square Enix could not have sold third-party games on PlayOnline in 2005, 2006, and 2007?

A.    I'm not aware, one way or the other, of its capabilities to sell third-party games, so I don't have an opinion on that.

Q.    Okay.  On the next page of your report in Paragraph 101, you discuss how other -- I'll quote -- I discuss:  In my Opening Merits Report, I discussed how --

Page 139

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I'm sorry, where -- oh, I see it the middle of the paragraph.

Q.    Yes.

A.    I'm sorry.  I couldn't find it quickly.

Q.    I apologize.  In my Opening Merits Report, and I'm quoting here:  I discussed how other digital distribution platforms for PC games entered the marketplace around the same time that Steam did, including Direct2Drive in 2004, GamersGate in 2006, Games For Windows Live in 2007, Good Old Games in 2008, Impulse in 2008, and Green Man Gaming in 2009.

Do you see that?

A.    I see what you've read, yes.

Q.    Okay.  And you don't know, correct, Doctor, the revenues on PC games for Direct2Drive between 2005 and 2007?

A.    I don't know them as I sit here now.  I don't know if I've ever known them.

Q.    Okay.  Are you aware of whether you have any data on that issue?

A.    Not that I recall.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    Okay.

A.    But that doesn't mean that -- there isn't something that references a revenue level, but I don't believe we have any specific data for Direct2Drive.

Q.    Okay.  Similar question for GamersGate, are you aware of whether you have any revenue data for that platform in 2006 and 2007?

A.    I don't recall.

Q.    And same question for Games For Windows Live in 2007, do you know whether you have any revenue data for that platform?

A.    Ask that again.  I'm sorry.  I lost the beginning part of it.

Q.    No problem.  Similar question for Windows Live.

You don't have -- you don't -- do you know whether you have any revenue data for that platform?

A.    Nothing that I recall.

Q.    Okay.  Dr. Schwartz, I'm just trying to find something.  I found it.

S.  SCHWARTZ  -  HIGHLY  CONFIDENTIAL  -  AEO

Could you turn to Pages 93 and 94 of your report?

A.    Are we still on the rebuttal?

Q.    We are on the rebuttal.

A.    All right.  I'm there.

Q.    And you -- in Page 94 -- 93 and 94, you're listing a series of video game platforms that Dr. Gowrisankaran included in his merits report, correct, his Rebuttal Report?

A.    Let me just read the previous paragraph.

Q.    Sure.

A.    And your question again was?

Q.    Sure.  My question was -- well, first of all, this is just a list of video game platforms that Dr. Gowrisankaran included in his rebuttal merits report, correct?

A.    Yes.  From his Exhibit 6.

Q.    And looking at the second page, the platform we discussed in 2004 Direct2Drive, you describe it as a non-game play digital sales platform.

Page 142

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Do you see that?

A.    Yes.

Q.    You describe Games For Windows as a third-party distribution platform?

A.    Yes.

Q.    So that would be in your relevant market?

A.    Yes.

Q.    And then you describe GamersGate as a non-game play digital sales platform, correct?

A.    Yes.

Q.    But in your market share calculations in this case, you did include three non-game play digital sales platforms, correct?

A.    Yes, for the reasons that we discussed earlier.

Q.    Okay.

A.    For purposes of market share calculation but not that they're in the relevant market.

Q.    And is it your view that Steam had monopoly power in the market for

Page 143

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
third-party digital distribution of PC
games or platforms by 2007?

A.    I believe that's what I said in
the report.

MR. KILARU:  Okay.  I'm sort of
at a natural stopping point.  Let's
go off the record.

VIDEOGRAPHER:  Off the record.
11:54, marking the end of media unit
number two.

(Whereupon, a short recess was
taken.)

VIDEOGRAPHER:  On the record at
12:42 beginning media unit number
three.

BY MR. KILARU:

Q.    Welcome back, Dr. Schwartz.

A.    Thank you.

Q.    Just a few follow-up questions
on what we were looking at before, which is
Pages 93 and 94 of your report.

On Page 94 in the top -- the
top row, you list a platform called
Stardock Central.

Page 144

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Do you see that?

A.    Yes.

Q.    And it says that it's a first-party distribution-only platform but there's a footnote.

Do you see that?

A.    I do.  I'm looking at the footnote now.

Q.    Sure, and that's what I was going to talk to you about.

The footnote says:  Stardock Central appeared to have only distributed Stardock products and services.  It was then succeeded by the third-party distribution platform Impulse, which was purchased by GameStop in 2011 and shut down in 2014.

Do you see that?

A.    I do.

Q.    Okay.  So that would suggest that Impulse would be a platform in your relevant market, correct?

A.    If it was actually selling third-party games, yes.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    Okay.  And you describe it as a third-party distribution platform, right?

A.    Correct.

Q.    Okay.  You don't have any revenue or financial data from Impulse, correct?

A.    To the best of my knowledge, we do not.

Q.    And then turning back to Page 94, you have GOG listed as entering the market in 2008 and that is a third-party distribution platform?

A.    Yes.

Q.    And Ubisoft Connect you have entering in 2009 also a third-party distribution platform?

A.    Correct.

Q.    Okay.  So both GOG and Ubisoft would be in your relevant market, correct?

A.    That is correct, as third-party distributors.

Q.    And similar question, you don't have any revenue or financial data from either GOG or Ubisoft Connect, correct?

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.      If --

MR. LeRAY:  Object to form.

Q.      Well, let me ask a better question actually.

You don't have any revenue or financial data from either GOG or Ubisoft, correct, from 2008 through 2012, let's say?

A.      To the best of my knowledge, we do not.

Q.      Okay.  I now want to turn to Paragraph 12 of your Rebuttal Report. Actually, I apologize.  We'll start with Paragraph 2.  And in Paragraph 2, you're describing your Opening Merits Report, correct?

A.      Yes.

Q.      And you say in the second sentence:  Assuming the existence of the PMFN policy as alleged by Plaintiff, I was asked to evaluate, and if called upon to testify, concerning the following issues.

And then you list three things in bullet points, correct?

A.      Yes.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.     And then in Paragraph 12A is where I was earlier, the first sentence reads --

A.     Give me one second to get there.

Q.     Sure.  I was going to wait.

A.     I'm sorry, Paragraph 12 or Page 12?

Q.     Paragraph 12, subpart A.

A.     Okay.  All right.

Q.     You say:  Plaintiffs allege that Valve's pricing and content policies function as a platform most favored nation policy (PMFN policy) and I assume Plaintiffs' allegations of Valve's conduct to be true.

        Do you see that?

A.     Yes.

Q.     For purposes of this case, are you assuming that a PMFN exists or opining the fact that a PMFN exists?

A.     I began with the assumption that the PMFN exists, and as I discussed in the report, identify substantial evidence,

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

any form of price parody?

            MR. LeRAY:  Object to form.

    A.      I go back to my previous answer on that.

    Q.      So on that one, you think your number might be the same?

    A.      I don't see an immediate reason why the model should change or the conclusion would change, but it's something -- it's a scenario that I would have to think about and consider whether anything would be different.

    Q.      Okay.  But sitting here today, is it your testimony under oath that you would have -- the numbers that you've offered in your report would be the same number for that scenario or you don't know?

    A.      I think that's a question I just answered.  I see no immediate reason why the model or the numbers would necessarily change, but you've posited a scenario that I would have to consider and analyze.

    Q.      Okay.  We'll circle back to

Page 158

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

that because I think we have a fair amount of time left.  Okay.

Your view is that Valve established a PMFN in 2007, correct?

A.    Correct.

Q.    And when you say a PMFN, what do you understand that to refer to?

A.    Are we talking generally, or are we talking about with respect to Valve?

Q.    With respect to Valve.  Thank you for clarifying.

A.    Okay.  Valve's PMFN is a policy that it uses to make sure that whatever content or pricing deals are offered on another platform, are offered on Steam at broadly the same time.  It need not happen at the exact same moment, but it needs to happen close enough in time so that Steam can feel comfortable -- so that Valve can feel comfortable that Steam customers are being presented with the same deal on Steam that customers on both platforms were presented with.

Q.    Okay.  So thank you.  I want to

Page 159

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO drill down on a few things.

For content, the content aspect of that, is it your view that Valve's PMFN requires the content to be exactly the same on the other platform as on Steam?

A.    The way they describe and by "they" I mean, Valve employees, the content element of the PMFN is in terms of if you offered DLC, downloadable content, on a version of a game that's sold in a different platform, you need to offer that same DLC on the version sold on Steam.  If you have characters or weapons or costumes on different versions of the games sold on other platforms, then you need to make sure that those are available to customers on Steam.

Q.    Okay.  And as to the price piece, is it your view that Valve requires the price on the other platform to be the exact same as on Steam?

A.    The way Valve describes the PMFN, prices need not be identical day by day.  But that if sales or promotions or

Page 243

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO referenced here, and please remind me of the footnote.

Q.    16.   Oh, Footnote 895.

MR. LeRAY:   Page 219.

A.    The statement that Epic made is that the 12 percent is sufficient to cover its costs of distribution and allow for further innovation and investment, so it is profitable on an operating basis but not -- I'm -- if I'm reading the judge's opinion correctly, not on a fully loaded basis, which I don't think is a point that's in dispute.

Q.    What's the difference between saying it is profitable on an operating basis and the store is expected to operate at a loss for many years?

A.    What I infer is being talked about here is the costs that are basically below the cost of goods sold that are other costs that Epic hasn't incurred.  I don't have their financials in front of me so I don't know what they are.

But when I read a statement

Page 244

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

like -- I keep going away from -- you know, when Epic says that the 12 percent revenue chunk has been, quote, sufficient to cover its costs of distribution and to allow for further innovation, that tells me it's akin to saying that there's a positive operating profit, but a negative net profit.

Q.    Okay.

A.    That's how I interpret this.

Q.    That's how you interpret it, okay.  All right.  You can put that document to the side.

I want to discuss with you briefly some of the features on Steam.  Do you agree that Steam has some features that provide value to developers on a platform?

A.    I think Steam has some features that are valuable to developers.  I don't think it's unique among third-party platforms in that regard, but I would not dispute at all that it has some features that developers would find valuable.

Q.    Okay.  You touched on the thing I wanted to discuss with you.

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

So are you aware that Steam has what are called forums on Steam which are online discussion platforms that allow users to talk about games, provide reviews, and feedback, things like that?

A.    Yes.  I am aware of that.

Q.    And you're aware that Epic does not have that feature?

A.    I thought there was a way that you could provide reviews on Epic, but I may be mistaken.

Q.    Slightly different thing, so let me ask you two different piece.

First, Epic does not have forums, correct?

A.    If by forums you mean basically the messaging groups where users can communicate with one another, to my knowledge, they do not.

Q.    Okay.  Reviews are separate so let's talk about that.

You would agree that Steam allows users to generate text reviews to talk about what they like about a game or

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

don't like about a game, correct?

A.    I understand that there is a way that users can generate reviews where they can do any number of things, including, say, what they like or don't like or review bomb, things of that sort. There's been some evidence of abuse of that process.

Q.    Sure.  But you would agree that one thing users can do with their review feature is provide comments to developers on how their games can be improved?

A.    I don't see any reason why they couldn't.

Q.    Epic does not have a narrative review feature, correct?

A.    Again, I could be mistaken, but I thought that Epic had a review capability.

Q.    I'll represent to you that Epic allows users to click a smiley face as to how much they like the game but not write text.

Does that sound about right to

Page 247

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

you?

A.    I don't recall specifically, but I'm not going to disagree with you.

Q.    Okay.  Did you ever create an account on Steam and on Epic Games Store?

A.    No.

Q.    So you don't know what -- you haven't personally tried to experience the features of either of those platforms?

A.    I have not.

Q.    Same question for Microsoft store, do you have an account on that?

A.    I do.

Q.    Have you ever tried to experience or have someone show you the features of that platform?

A.    No.

Q.    Steam has a chat feature that allows people to talk to each other in kind of a chat function.

Are you aware of that?  It's called Steam Chat.

A.    Generally, I'm aware of that.

Q.    And do you know whether Epic

Page 248

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
has that?

A.    I do not.

Q.    Okay.  We discussed earlier that Epic didn't have a shopping cart for games, I think it was until 2020.

Do you remember that discussion?

A.    I don't remember which one of the documents, which year's document it was, but I do remember they identified it as something that they had added to the platform.

Q.    Certainly not something they had at launch?

A.    It would appear not.

Q.    Steam has a feature that allows up to six family members to access all games that are owned by everyone in the family.

Are you aware of that?  It's called Family Sharing?

A.    I am aware of that.

Q.    Okay.  Epic does not have that feature, correct?

Page 249

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I'm not aware that they do.

Q.    Steam has a feature called Remote Play Together.

Are you aware of that?

A.    That one does not ring a bell.

Q.    Okay.  Well, I'll represent to you that it allows players to essentially play multiplayer games online with their friends, kind of like you're on a couch together playing as friends.  Any reason to doubt that Steam has that feature?

A.    I have no reason to doubt it or accept it.

Q.    Okay.  Epic doesn't have that feature as far as you know?

A.    I don't know, one way or the other.

Q.    Okay.  Are you aware of whether either platform allows you to configure console controllers to work differently for different games?  It's called Controller Configuration.

A.    I have read about Controller Configuration.  As I'm sitting here, I

Page 250

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

don't recall where it is available and where it is not.

Q.    So, for example, I'll represent to you Steam has a feature that allows you to essentially use an Xbox controller to play Steam games but you can set up the buttons to do different things.  That's essentially what it is.  Do you have any awareness of that?

A.    It's consistent with what I've -- what I've heard.

Q.    Okay.

A.    Or what I've read.

Q.    And Epic does not have that to your knowledge?

A.    Don't know one way or the other.

Q.    Steam hosts something called Next Fest.  Do you know what that is?

A.    I'm sorry?

Q.    Steam hosts something called Next Fest, F-E-S-T.  Are you aware of that?

A.    That does not ring a bell.

Q.    Do you know whether Epic has

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

something called Next Fest or any equivalent?

A.    I don't know because I'm not aware of what Next Fest is.  It's just not something I'm familiar with as I'm sitting here right now.

Q.    Do you know how many languages Steam supports?

A.    I do not.

Q.    Do you know how many currencies Steam supports?

A.    I know it is multiple, but I don't know the number.

Q.    And do you know whether Epic supports more or fewer currencies than Steam?

A.    I don't know.

Q.    Do you know whether Epic supports more or fewer languages than Steam?

A.    I don't know.

Q.    Okay.  Is it your view that -- you're aware that Steam has an algorithm to -- that presents each individual user

Page 252

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

with an individual set of games for a potential purchase, right?

A.   Yes.

Q.   Okay.   Is it your view that Valve preferences higher-priced games in that algorithm?

A.   I know that there have been allegations of that from developers.   That is not a subject that I've studied or where I formed an independent view.

Q.   Okay.   I would like to shift gears a little bit and talk about PCM, much more your turf than mine, but the PCM.

Can we turn to Page 10 of your Supplemental Report; are you there?

A.   I am there.

Q.   Okay.   So Page 10 includes a Supplemental Table 4, and this represents the results of the PCM.   Is that -- or one set of results of the PCM.   Is that correct?

A.   Yes.   Just for clarity, this table is part of a section of the Supplemental Report titled Updated PCM

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

orange, depending on your level of color blindness which may be less than mine, is the pass-through estimate that -- the yellow line in the bottom chart is the pass-through, one of the pass-through numbers you use in your damages calculation, correct?

A.      Correct.

Q.      And then all of the other ones, the blue bars, are similar calculations for different random samples of data, correct?

A.      Yes.

Q.      And each of those blue bars represents a set of data for which there was no revenue share decrease?

A.      Yes.

Q.      And this analysis still shows a price decrease across all of those random samples, correct?

A.      It shows prices trending down.

Q.      So it's, the median is ▮▮▮ in the sample you use for damages purposes. It's ▮▮▮ for all the random samples you assembled for purposes of this chart?

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.     Correct.

Q.     Does it make sense, Doctor, that there would be ███ percent median pass through on samples that never experienced a revenue share drop?

A.     Well, you call it pass through. Its not pass through unless there's a cost change.  It's median price decreases.

Q.     Right.  So there are median price decreases across a lot of other games, correct?

A.     Yes.

Q.     And that's without any revenue share drop?

A.     Yes.

Q.     Okay.

A.     Which is not surprising. Happens routinely through the life cycle of a game.

Q.     Just a few final questions I suppose.

You're aware that Epic generates billions of dollars of revenue every year as a company, correct?

Page 365

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I haven't -- I haven't memorized the numbers.  I know it generates substantial revenues.  Wouldn't surprise me if it's that large.

Q.    If I represented to you that it was about 3.5 billion in 2023, does that seem way off to you?

A.    I don't have a precise number in mind, but it wouldn't surprise me.

Q.    Microsoft runs a gaming platform that's in your relevant market, correct?

A.    Yes.

Q.    And you would agree they're one of the richest companies in the world, most profitable companies in the world?

A.    It would not surprise me if they are.

Q.    They generate billions, if not trillions, of dollars of revenues every year, correct?

A.    I think that's right.  I don't know if they're in the trillions but certainly in the billions.

Page 366

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

Q.    And as we discussed earlier and I have the number now, they bought Minecraft, or the studio that makes Minecraft for $2.5 billion in 2014?

A.    Again, I don't know the number. I will -- I can't disagree with you but I don't have any basis to say yes, that's right.

Q.    Are you aware that Microsoft acquired Activision Blizzard King for just under $69 billion in 2023?

A.    That sounds about right, given what I remember from reading about the acquisition in the litigation.

Q.    We talked about Google entering the market, or entering PC distribution of Google Play games, you would agree Google is another company with revenues in the billions, if not trillions?

A.    Again, I think it's billions but, yes, Google is a large company.

Q.    We talked a little bit about Ubisoft today.  Do you have any idea what their revenues are on a yearly basis?

Page 367

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

A.    I've seen it but I don't know the number offhand.  I'm not recalling it.

Q.    Nintendo, any idea what their revenues are on a yearly basis if they're in the billions?

A.    I don't know.  It wouldn't surprise me if they were in the billions but I don't know.

Q.    We talked a little about a studio called Riot Games which makes a variety of games that are not on Steam.

Are you aware that they generate over a billion dollars of revenue over the last few years?

A.    Over -- I'm sorry, over a billion, over the last two years, so not a billion in each year --

Q.    A billion in each year actually.

A.    Okay.

Q.    Are you aware of that?

A.    I am not.

Q.    EA generates multiple billions of dollars of revenue each year.  Are you

Page 368

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO
aware of that?

A.    I'm not aware of the number. That number doesn't -- that fact, if it's true, doesn't surprise me.

Q.    Would it surprise you to learn that Roblox, which we spoke about earlier, recently made over a billion dollars in revenue in a single quarter?

A.    I don't know that it would surprise me or not.

Q.    Did you do any analysis of their revenues generated by other video game companies besides Steam in coming to your opinions in this case?

A.    Just in connection with the third-party platforms that were being operated.

Q.    So outside of your analysis of the relevant market, you didn't do any analysis of revenues generated by video game companies that distribute PC games?

A.    Other than being aware that they were large companies, I did not do anything systematic nor do I think I need

Page 369

S. SCHWARTZ - HIGHLY CONFIDENTIAL - AEO

to.

Q.    Okay.  Have you ever heard of a game called -- well, let's pause there.

MR. KILARU:  I think that's actually all we have for today, Dr. Schwartz.  So thank you very much for your time.

THE WITNESS:  My pleasure.

MR. LeRAY:  Nothing from me.

VIDEOGRAPHER:  This concludes today's testimony given by Steven Schwartz as stipulated by all parties.  The total number of media units used was six and will be retained by Veritext Legal Solutions.  Off the record at 17:59.

MR. LeRAY:  We'll take a rough.

MR. KILARU:  We'll take a rough.  We'll take a three-day expedite.

(Whereupon, at 5:59 p.m. the Examination of this witness was concluded.)

                °          °          °          °

Page 374

C E R T I F I C A T E

STATE OF NEW YORK        )

                        :   SS.:

COUNTY OF SUFFOLK       )


        I, NICOLE VELTRI, RPR, CRR, a Notary
Public for and within the State of New
York, do hereby certify:
        That the witness whose examination is
hereinbefore set forth was duly sworn and
that such examination is a true record of
the testimony given by that witness.
        I further certify that I am not
related to any of the parties to this
action by blood or by marriage and that I
am in no way interested in the outcome of
this matter.
        IN WITNESS WHEREOF, I have hereunto
set my hand this 14th day of May 2025.


_____
        NICOLE VELTRI, RPR, CRR