# EXHIBIT 12

# (Dkt No. 454.12)

# REDACTED

12/01/2008  11:51    510-644-9718    FEDEX KINKO'S  5145    PAGE  01

# VALVE CORPORATION
## STEAM DISTRIBUTION AGREEMENT

This STEAM DISTRIBUTION AGREEMENT ("Agreement") is made and entered into by and between **Valve Corporation**, a Washington corporation, with offices located at 10500 NE 8th Street, Bellevue, WA 98004 ("**Valve**"), and **Wolfire Games LLC**, ("**Company**") located at 1160 Brickyard Cove Road, Suite 201, Pt. Richmond, CA 94801, collectively the "**Parties**" and individually the "**Party**," and is effective as of this 1st day of December, 2008 ("**Effective Date**").

## RECITALS

**A.**    Whereas, Company owns and/or has the rights to distribute certain computer games;

**B.**    Whereas, Company wishes to grant to Valve, and Valve wishes to receive, a license to use and distribute such computer games as set forth herein; and

**C.**    Whereas, Valve wishes to compensate Company for Valve's use and distribution of such computer games as set forth herein.

## AGREEMENT

**1.**    **DEFINITIONS.** The following terms will have the following meanings as used in this Agreement.

**1.1**    "**Adjusted Gross Revenue**" shall mean the gross revenue actually received by Valve from Valve's exploitation of the Games pursuant to Section 3.3, less the Applicable Adjustments.

**1.2**    "**Affiliate**" shall mean a person or entity that directly or indirectly, through one or more intermediaries, controls or is controlled by, or is under common control of a Party.

**1.3**    "**Anti-Cheat**" shall mean functionality designed to identify users who have used software or hardware processes or functionality that may give a player an unfair competitive advantage when playing multiplayer features of the Games and ban such users from any future play on Anti-Cheat designated Games servers.

**1.4**    "**Applicable Adjustments**" shall mean (a) actual costs resulting directly from returns, discounts, refunds, fraud or chargebacks for the Games; (b) Customer Taxes, if and only to the extent that any such Customer Taxes have been included in the calculation of gross revenue earned, however, for absence of doubt the deduction under clause (b) above does not include any taxes other than Customer Taxes, including without limitation taxes on the income or business operations of Valve.

**1.5**    "**Customer Taxes**" shall mean taxes that are imposed on a customer of Valve on the distribution, sale or license of Games (such as sales, use, excise, value-added and other similar taxes) that are received from such customer by Valve for payment to governmental authorities.

**1.6**    "**Demo Version**" shall mean any demonstration versions of the Games.

**1.7**    "**End Users**" shall mean individual users of the Game or Demo.

**1.8**    "**Games**" shall mean the Company computer games specified in Exhibit A.

*Valve-Company: Confidential*

CONFIDENTIAL

VALVE_ANT_0000396

**1.9** "**Gameplay Data**" shall mean non-personally identifiable game play usage data for Steam Account Owners that is retained by Valve and typically analyzed by Valve for its own products, including but not limited to the number of unique users, simultaneous users, minutes played, etc.

**1.10** "**Games Updates**" shall mean updating of the Games for a reasonable number of corrections and enhancements provided by Company for the Games.

**1.11** "**Localized Version**" shall mean any versions of the Games created for other languages or jurisdictions.

**1.12** "**Matchmaking**" shall mean providing End Users with a directory list of the Games' active multiplayer game servers, but shall not include hosting, creating or supporting the Games' multiplayer game servers.

**1.13** "**Non-Valve Versions**" shall mean versions of the Games distributed by or for Company that are not distributed by or for Valve.

**1.14** "**Product Key**" shall mean a valid Steam product authorization code.

**1.15** "**Product Key Authorization**" shall mean validation by Steam of a Product Key.

**1.16** "**Sales Data**" shall mean non-personally identifiable sales and Product Key registration data for Steam Account Owners that is retained by Valve and typically analyzed by Valve for its own products, including but not limited to sales rates and Product Key registration rates by country.

**1.17** "**Steam**" shall mean Valve's online delivery system.

**1.18** "**Steam Account Owner**" shall mean an End User who has obtained a Steam account, agreed to Valve's Steam Subscriber Agreement and purchased a Valve-distributed version of the Games, or a Non-Valve Version and has completed the Product Key Authorization for such Non-Valve Version.

**1.19** "**Steam Backend Services**" shall mean Product Key Authentication, Matchmaking, Anti-Cheat, Tangible Media Decryption, Games Updates and any other services that Valve decides, in its sole discretion, to make available to Steam Account Owners and/or Company.

**1.20** "**Tangible Media Decryption**" shall mean the decryption of encrypted versions of the Games, replicated from a Valve encrypted gold master of the Games, that are distributed on tangible media.

## 2.    DELIVERY.

**2.1**    Company shall deliver to Valve a complete copy of the Games in object code form in accordance with the delivery schedule set forth in Exhibit A. Valve shall cooperate with and provide technical support to Company as reasonably necessary to make the Games compatible with Steam. The Games, including but not limited to the Localized Versions and corrections and enhancements to the Games, as initially delivered by Company, shall be delivered in a reasonable format as requested by Valve so that the games may be made compatible with Steam, for delivery and use by End Users. Additionally, in the event that Company chooses to use Tangible Media Decryption, Company shall deliver the Game in its encrypted form, in accordance with Valve's specifications, together with the decryption key for such encryption.

*Valve-Company: Confidential*

CONFIDENTIAL                                                                 VALVE_ANT_0000397

12/01/2008 11:51 510-644-9718 FEDEX KINKO'S 5145 PAGE 03

Company shall perform quality assurance and other error testing, consistent with industry standards, of the Games, including any Localized Versions, and all corrections and enhancements or other deliverables delivered pursuant to Section 5.2 prior to its delivery of final versions of each to Valve.

Valve shall make the Games compatible with Steam, in order to facilitate delivery and use by End Users.

2.2     Valve shall deliver any of Valve's Tools and Technology, as listed in Exhibit B, within ten (10) business days after receiving a written request therefor from Company.



*Valve-Company: Confidential*

CONFIDENTIAL

VALVE_ANT_0000398

12/01/2008  11:51    510-644-9718         FEDEX KINKO'S   5145              PAGE  04

Valve-Company: Confidential

CONFIDENTIAL

VALVE_ANT_0000399

12/01/2008  11:51     510-644-9718                 FEDEX KINKO'S   5145                    PAGE  05



*Valve-Company: Confidential*

CONFIDENTIAL                                                                         VALVE_ANT_0000400

12/01/2008  11:51    510-644-9718          FEDEX KINKO'S    5145                          PAGE   06



Valve-Company: Confidential

CONFIDENTIAL                                                                    VALVE_ANT_0000401

12/01/2008  11:51    510-644-9718    FEDEX KINKO'S    5145    PAGE    07



*Valve-Company: Confidential*

CONFIDENTIAL

VALVE_ANT_0000402



## 11.   GOVERNING LAW AND VENUE.

**11.1   Governing Law.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington as such laws apply to contracts performed within Washington by its residents.

**11.2   Disputes.** Any dispute arising under, in connection with, or incident to this Agreement or concerning its interpretation will be resolved exclusively in the state or federal courts located in the State of Washington and the Parties irrevocably consent to the exclusive exercise of jurisdiction by said courts. In such a dispute, legal process may be served upon Valve or Company in the same manner as provided in Section 13.1(i), that is by a copy of legal process sent via a nationally recognized delivery service. Service shall be deemed to have been made upon delivery of process. The Parties agree not to contest any such service of legal process made pursuant to this Section 11.2.

## 12.   Confidentiality.

**12.1   "Confidential Information"** shall mean the terms and conditions of this Agreement, the Steam SDK, and all other non-public information that either Party designates in writing as being confidential, or which, under the circumstances of disclosure ought to be treated as confidential, including without limitation all tangible materials (e.g., written or printed documents and computer disks or tapes) containing such information. Confidential Information may include, without limitation, information relating to released or unreleased products, marketing or promotion of any product, business policies or practices, personnel, customers or suppliers, business and financial information, pricing and sales information, technology, computer programs, unpublished works of original authorship, trade secrets, or information received from third parties (including without limitation a Party's clients, suppliers, or principals) that either Party is obligated to treat as confidential. Confidential Information shall not include information that: (i) is or becomes generally known or available by publication, commercial use or otherwise through no fault of receiving Party; (ii) is known by receiving Party at the time of disclosure and is not subject to restriction; (iii) is independently developed or learned by receiving Party without the use of any Confidential Information of the disclosing Party; (iv) is lawfully obtained from a third party that has the right, set forth in writing, to make such disclosure; or (v) is made generally available by disclosing Party without restriction on disclosure.

**12.2**   The Parties understand and agree that any Confidential Information that may from time to time be made available or become known to either Party is to be treated as confidential, is to be used solely in connection with the performance under this Agreement, and is to be disclosed only to employees and contractors who have a need for such access. Both Parties will protect Confidential Information from unauthorized dissemination and use with the same degree of care that the Parties use to protect their own like information and in no event using less than reasonable care. Moreover, and without limiting the generality of the foregoing, both Parties shall enter into and maintain written confidentiality agreements with its employees and independent contractors sufficient to enable it to comply with all provisions of this Agreement. Subject to each Party's rights as set forth herein, either Party shall return any memoranda or

*Valve-Company: Confidential*

12/01/2008  11:51    510-644-9718    FEDEX KINKO'S    5145    PAGE    09

papers containing Confidential Information or other proprietary information belonging to the other Party promptly, upon request.

12.3    Notwithstanding anything herein to the contrary, it shall not be a breach of this provision for either Party to disclose information in accordance with any judicial, administrative, or regulatory order or as necessary to comply with any applicable law or regulation governing regulated businesses or the issuance of securities to the public; provided, however, that prompt notice be given to the non-disclosing Party of the possibility of such disclosure, and that the potentially disclosing Party shall use its best efforts to resist disclosure, including without limitation, and if commercially reasonable to do so, cooperating with the non-disclosing Party in seeking protective orders or other similar relief if available in the applicable forum.



*Valve-Company: Confidential*

CONFIDENTIAL

VALVE_ANT_0000404



*Valve-Company: Confidential*

CONFIDENTIAL

VALVE_ANT_0000405

## EXHIBIT A

### List of Games

**Overgrowth game description**

Overgrowth takes place in the savage world of Lugaru where rabbits, wolves and other animals are forced to use paws, claws and medieval weaponry to engage each other in battle. Combining 3rd person adventure platforming with intricate melee combat, Overgrowth achieves a unique feel. Overgrowth also benefits from Wolfire's brand new Phoenix Engine which has been built from the ground up to allow the use of cutting edge graphics, animation, and physics. Add to these exciting features Overgrowth's realistic artificial intelligence and streamlined control system and the result is an astoundingly immersive experience.



*Valve-Company: Confidential*

CONFIDENTIAL

VALVE_ANT_0000406

12/01/2008  11:51    510-644-9718              FEDEX KINKO'S  5145                    PAGE  12

## EXHIBIT B
## Valve's Tools and Technology

Valve's Tools and Technology shall include:

1.  Steam SDK

Means the tools and software code delivered by Valve for the purpose of integrating Steam and adapting the Games for delivery and use via Steam.

2.  Steam Installer

Means the Steam client installer for Non-Valve Versions.

*Valve-Company: Confidential*

CONFIDENTIAL                                                    VALVE_ANT_0000407