# EXHIBIT 2
# Report Part 3

# (Dkt No. 456.02)

# REDACTED

(b) P. 794 ("This suggests that a case-by-case approach is appropriate, and that any successful finding of an anticompetitive effect arising from a particular MFC clause needs to demonstrate how this effect results from the wording of the clause. Whether the procompetitive or anticompetitive effects will dominate in a given case depends both on the wording of the clause, and on the specifics of the industry.").

### A.3.3. Jonathan B. Baker and Fiona Scott Morton, "Antitrust Enforcement Against Platform MFNs," *The Yale Law Journal*, 127(7), 2018, pp. 2176–2202

(253) This law journal feature discusses papers from the economics literature on PMFNs and includes a discussion of anticompetitive and procompetitive benefits. It also includes a summary of antitrust cases and enforcement against platform MFNs in Europe and the United States. The paper, which is from *The Yale Law Journal*, is used to argue the author's point of view that platform PMFNs "are appropriate targets for enforcement by U.S. antitrust agencies." Even so, they describe the conclusion of their paper as only having "explained why MFNs employed by online platforms can harm competition by keeping prices high and discouraging entry, notwithstanding the possibility that some MFNs may reduce inefficient freeriding."

(a) P. 2186 ("These studies confirm our view that platform MFNs often harm competition and thus are appropriate targets for enforcement by U.S. antitrust agencies.").

(b) P. 2201 ("This Feature has explained why MFNs employed by online platforms can harm competition by keeping prices high and discouraging entry, notwithstanding the possibility that some MFNs may reduce inefficient freeriding.").

(254) Their discussion assumes that PMFNs achieve price parity. This assumption does not hold for Steam.

(a) P. 2178 ("A platform MFN requires that providers refrain from offering their products or services at lower prices on other platforms. The platform is thus guaranteed that no other internet distributor will charge a lower final price, not because the focal platform has worked to ensure that it has the lowest cost, but rather because it has contracted for competitors' prices to be no lower. Platform MFNs are labeled 'wide' if they constrain the price on all other platforms, including the provider's own website (if any). In contrast, platform MFNs are considered 'narrow' if they prevent the provider from setting a lower price on its own website, while leaving prices on other platforms unrestricted.").

(255) Authors acknowledge potential for procompetitive benefits.

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.                                    Appendix A

(a) P. 2183 ("Although the economics literature indicates that platform MFNs often harm competition, platform MFNs can generate efficiencies under the right circumstances. Online platform MFNs in particular have been justified as protecting investment incentives by preventing freeriding (or 'showrooming'). While the balance between harms and efficiencies may vary across markets, we are skeptical that this justification will routinely prevail.").

(b) PP. 2183–2184 ("Absent an MFN, a hotel could have good reasons to set a lower price on other OTAs or on the hotel's site. ... When these different prices exist, some consumers may respond by freeriding: they will search for rooms on an OTA that facilitates searching and comparison among many hotels, but book through the hotel site or a rival OTA that offers a lower price. When the lower price arises because the rival has lower costs (e.g., it charges no commission), the consumer has taken advantage of the costly functionality supplied by one OTA without paying for it.").

(c) P. 2184 ("In theory, an MFN could prevent this outcome. It would allow a full-service OTA to prevent hotel freeriding on the OTA's advertising efforts, thereby allowing the OTA to be compensated for the promotional services it provides. If consumers value full-service OTAs highly, they will be better off as a result.").

(256) The authors call for an empirical analysis to determine the dominating effect.

(a) P. 2185 ("More broadly, when an MFN may create both anticompetitive effects and efficiencies, it is an empirical question whether it would be justified as procompetitive in any particular industry.").

(257) This paper references Johansen and Vergé (2017).

(a) P. 2184 ("Theoretical analyses involving platform MFNs that incorporate consumer freeriding find that wide MFNs are harmful to consumers while narrow MFNs can be beneficial but are not necessarily so. *See* ... Bjørn Olav Johansen & Thibaud Vergé, *Platform Parity Clauses with Direct Sales* (Univ. of Bergen Dep't of Econ., Working Paper No. 1/17, 2017), ... (arguing that platform MFNs may make platforms profitable even absent consumer freeriding if competition between hotels is so fierce as to make it unprofitable for hotels to pay platform commissions).").

## A.3.4. Paolo Buccirossi, "Parity Clauses: Economic Incentives, Theories of Harm and Efficiency Justifications," *Competition Law & Policy Debate*, 1(3), 2015, pp. 53–64

(258) This paper discusses papers from the economics literature on PMFNs, and how PMFNs affect the economic incentives of involved parties according to different theories of harm. The paper focuses on comparing price-matching guarantees to MFN clauses.

(a) P. 44 ("one of the aims of the paper is to clarify that MFNs and APPAs (or retail-MFNs) are very different business practices that alter firms' economic incentives in dissimilar ways. Hence, the theories of harm or the economic justifications that can be applied to the two contractual arrangements are clearly distinct. This has important consequences on their antitrust treatment.").

(259) Their discussion assumes that PMFNs achieve price parity. This assumption does not hold for Steam.

(a) P. 44 ("A second group is formed by 'across-customers' best pricing policies. In this case, the seller undertakes to charge to a certain customer the best price that the same seller charges for the same product to *other customers*. MFN clauses are an example of across-customers policies.").

(260) The paper acknowledges that PMFNs can protect the incentive to invest against free-riding.

(a) P. 51 ("In some markets a different type of freeriding can provide a stronger efficiency rationale for the adoption of an APPA. In some cases, platforms are intermediaries whose primary function is to allow buyers and sellers to find the most appropriate match. ... Once the right match has been found, the two parties do not need the intermediary to conclude their transaction ... If the intermediary charges a transaction-based fee, the two parties are better off if they trade directly and free-ride on the matching service provided by the intermediary. This would jeopardize the business of the intermediary. In this case the free-riding threatens the viability of the primary activity of the platform and not that of ancillary services. If the intermediary performs a socially efficient economic activity, preventing actions that would disrupt this activity is a valid efficiency justification.").

## A.3.5. Margherita Colangelo, "Competition Law and Most Favoured Nation Clauses in Online Markets," in *New Developments in Competition Law and Economics*, ed. Klaus Mathis and Avishalom Tor (Switzerland AG: Springer International Publishing, 2019)

(261) This chapter discusses papers from the economics literature on PMFNs and includes a discussion of anticompetitive and procompetitive benefits. It also includes a summary of antitrust cases.

(a) P. 297 ("This paper explores the peculiar features of traditional and platform MFNs and analyses them in the light of the business models adopted by online platforms, examining the role of such intermediaries, how their activities may affect competition and how the enhanced transparency typical of the Internet impacts on the markets concerned and on consumer trust and behaviour.").

(262)    The author notes the threat that free-riding poses to platforms and that PMFNs may potentially be justified for the protection of an intermediary's investment. They note the threat from free-riding may be more substantial for platforms compared to physical distributors.

   (a)    PP. 298–299 ("With regard to the economic justification of platform MFNs, the main one can be identified in the protection of the investment sustained by the intermediary in order to build a reliable platform and to reduce the risk of 'showrooming', which is a form of free-riding. Based on the assumption that several competitor platforms are available to users and that the seller can be connected to a number of them (so called multi-homing), without protective measures such as MFN clauses, suppliers may use online platforms to attract customers yet subsequently switch demand to their direct or other sales channels by reducing prices. Thus, customers might use the platform in order to get information about the product or services and then subsequently finalize the transaction on the supplier's website or through other channels at a lower price; as a consequence, the platform providing e.g. high-quality services could be in danger of not recouping its investments and is not incentivized to invest in improving the quality of its services (hold-up problem).").

   (b)    P. 308 ("Free riding in digital markets is considered more significant than in brick-and mortar retailing mainly due to the easy availability of information and price transparency typical of the Internet.").

(263)    The chapter emphasizes that generalized approaches are not appropriate to evaluate the potential threats from free-riding. They argue no consensus has been reached in the literature as to the competitive effects of PMFNs. They further argue for a case-by-case assessment and analysis of specific market context.

   (a)    PP. 309–310 ("These cases suggest that a generalized approach is not appropriate when evaluating the free riding defence. Stances supporting a case-by-case approach can be found also in some first papers on the topic.").

   (b)    P. 314 ("Despite the number of cases over recent years, no consensus has been reached, neither by competition agencies nor by scholars on the competitive effects of platform MFNs.").

   (c)    P. 314 ("To date no sufficient and satisfactory empirical evidence, which might support a general framework for the antitrust evaluation of platform MFNs, exists. Thus, a case-by-case assessment is necessarily required and the general assumption about the difference between wide and narrow platform MFNs may vary depending on the analysis of the specific market context.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.                    Appendix A

(d) P. 314 ("Of course, more work needs to be done by academics and competition agencies to better understand the role of different factors (e.g. competition between platforms and/or suppliers, importance of direct sales, etc.) in the antitrust evaluation of such clauses.").

## A.3.6. Ariel Ezrachi, "The Competitive Effects of Parity Clauses on Online Commerce," *European Competition Journal*, 11(2-3), 2015, pp. 488–519

(264) This paper discusses papers from the economics literature on PMFNs and includes a discussion of anticompetitive and procompetitive benefits. It separates discussion between narrow- and wide-PMFNs. It also includes a summary of antitrust cases.

(a) P. 490 ("The discussion begins by considering the economic rationale for price parity clauses and the welfare benefits they may generate. It then contrasts these benefits with the welfare harm that parity clauses may trigger. The analysis distinguishes between the different pro- and anti-competitive effects generated by wide and narrow MFNs. Cases [are] discussed. … The paper concludes with reflections on the legality of MFN clauses and the level of competition intervention to which they ought to be subjected.").

(265) The author acknowledges potential to free-ride and the threat that free-riding poses to investment.

(a) P. 491 ("This protection incentivises the PCW to invest in demand enhancing features, creating an accessible platform through which search costs are minimised and consumers can compare price and other non-price indicators (such as customer ratings, service and quality). Absent adequate safeguards, customers may use the PCWs to learn about the product or its characteristics, yet subsequently complete the transaction directly on the supplier's website or through other channels. Such externality would undermine investment and efficiency downstream – as the PCW will not see a return on its investment.").

(b) P. 500 ("In fact, the parity clause provides them with some protection against free-riding, thus further facilitating innovation and investment in demand-enhancing features – offering information in multiple languages, reviews, call centres, advertising services etc.").

(266) Their discussion assumes that PMFNs achieve price parity. This assumption does not hold for Steam.

(a) P. 489 ("A narrow MFN links the price and terms quoted on an online platform to those available directly on the upstream supplier's website, ensuring that the former will not be less attractive than the latter. A wide MFN provides for similar protection on a wider scale, aiming to ensure that the price and terms quoted through the platform in question will not be higher than the price available directly on the upstream supplier's website or on any other platform.").

(267) The paper explains that the competitive effects of PMFNs depend on context and that evaluating competitive benefits should be a "fact-intensive case-by-case" exercise.

(a) P. 496 ("Evidently, the welfare effects of a parity clause depends upon its scope, application, the level of competition at different levels of the distribution chain, and the market environment. This complexity, by its nature, requires a fact-intensive case-by-case analysis. Accordingly, generalisations regarding theories of harm must be discussed with the clear caveat that different realities may entail different effects.").

### A.3.7. Amelia Fletcher and Morten Hviid, "Broad Retail Price MFN Clauses: Are They RPM "At Its Worst"?" *Antitrust Law Journal*, 81(1), 2016, pp. 65–98

(268) This paper reviews Boik and Corts (2016), and Foros, et al (2013), as well as the earlier literature or resale price maintenance. It also analyzes PMFNs in the context of antitrust law.

(a) PP. 69–70 ("So why do these clauses create such concern and how should they be treated within antitrust law? This article addresses these two important questions through a series of steps. First, we review the existing economic literature relating to these clauses. We find that the literature is new and still developing, but nevertheless useful. We review the key intuitions underlying findings from modeling work by Andre Boik and Kenneth S. Corts, and by Øystein Foros, Hans Jarle Kind, and Greg Shaffer. … Second, we note that there is a close relationship between Broad Retail Price MFN clauses and more standard (fixed and minimum) RPM, on which there is a wider and more established economic literature and body of case law. … Finally, we consider how Broad Retail Price MFNs should be treated within antitrust law.").

(269) The discussion of competitive effects of PMFNs in this paper is based on the findings of two papers discussed elsewhere in Professor Rietveld's analysis of the literature and discussed in this appendix.[336]

---

[336] The Foros, et al (2013) paper is a previous version the author's 2017 publication in this appendix. See, Foros, et al (2017), p. 673 ("A previous version of this article was circulated under the title 'Turning the Page on Business Formats for Digital Platforms: Does Apple's Agency Model Soften Competition?'").

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.                   Appendix A

   (a) P. 73 ("The economic literature of Broad Retail Price MFN clauses is new and still developing. While there have been a number of contributions, two articles (Boik and Corts, and Foros, Kind, and Shaffer) address the key potential anticompetitive effects so far identified.").

   (b) P. 74 ("The findings and observations of Boik and Corts and of Foros, Kind, and Shaffer regarding these effects are discussed in more detail below.").

(270) Their discussion assumes that PMFNs achieve price parity. This assumption does not hold for Steam.

   (a) P. 71 ("Where suppliers set final retail prices, Broad Retail Price MFN clauses can restrict suppliers' pricing freedom. Absent such clauses, suppliers would—in principle at least—be free to set different retail prices across different retailers or retail platforms. Such clauses require suppliers to set prices for the retailer or retail platform that are no less generous to consumers than those the supplier sets—or observes—through any other sales channel.").

(271) The paper acknowledged that PMFNs can protect the incentives to invest against free-riding.

   (a) P. 91 ("We do not endeavor here to provide a comprehensive description of all the potential efficiency benefits of [horizontal] RPM. Instead, we focus on the most well recognized: ... RPM reduces free riding at the retail level on such aspects as service provision.").

### A.3.8. Erik Hovenkamp, "Restraints on Platform Differentiation," *Yale Journal of Law and Technology*, 271, 2023, pp. 272–308

(272) This article discusses MFNs in terms of content parity and exclusive content, focusing on legal characteristics and antitrust implications. It concentrates on e-commerce, streaming and social media platforms like Uber, Airbnb, Expedia, Netflix, Hulu, Facebook, and Spotify, with only brief mentions of the video game industry related to physical game consoles. Unlike traditional MFNs, which restrain pricing, these MFNs prohibit trading partners from offering exclusive content, features, or services to smaller platforms. This is in principle not applicable to Steam, as Steam allows its contributors to offer exclusive content on other platforms. For instance, the same publisher can offer their most recent games exclusively on EGS, and their other games on EGS, Steam, Humble, etc.

(a) P. 273 ("This article addresses a distinct antitrust concern involving dominant platforms, which has not previously been explored in the academic literature despite being the recent subject of litigation and regulatory probes centering on major platforms. It surrounds situations in which a dominant platform forestalls competitive entry by restraining the ability of new platforms to differentiate themselves. The dominant firm accomplishes this by entering into vertical agreements with trading partners that restrict what kinds of business arrangements they can form with rival platforms.").

(b) P. 277 ("But the nonprice MFNs considered in this paper raise distinct antitrust concerns and have received no significant attention in academic work.").

(273) This paper does not dispute that free-riding on search and discovery can reduce a platform's incentive to invest. It mentions free-riding only in the context of content parity, arguing that non-price MFNs may not effectively deter free-riding and could potentially increase its likelihood.

(a) P. 305 ("For example, the argument is sometimes framed in terms of preventing a 'holdup' problem, or in terms of curbing free riding. Consider the latter example. In the platform context, the free-riding argument focuses mainly on situations where a complementor might rely on the platform to get exposure, but then encourage consumers to go to its own website, where it will charge a lower price. … It is not clear that any analogous free riding argument might apply to nonprice MFNs that prevent complementors from entering into exclusive deals with rival platforms. On the contrary, some of the MFNs at issue seem more likely to *create* a free riding problem than to solve one.").

### A.3.9. Amine Mansour, "Identifying the Exclusionary Effect of Across-Platform Parity Agreements: Testing the Tests," *Antitrust Bulletin*, 63(2), 2018, pp. 246–272

(274) This paper examines tests for identifying the potential for anticompetitive effects from foreclosure used by some competition authorities, as well as the method of their application, to evaluate competitive effects of across-platform parity agreements (including PMFNs), and highlights challenges associated with each test's implementation. The authors argue that different conclusions regarding foreclosure can be identified depending on the test selected and the method of its application.

(a) P. 247 ("That is precisely where the interest of this article lies. I assess the potential anticompetitive foreclosure of the APPAs using three different tests, namely, (1) the consumer welfare test, (2) the no economic sense test, and (3) the equally efficient competitor test.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(b) P. 246 ("Whether APPAs lead to the foreclosure of rivals depends ultimately on the applied test and, sometimes, on the way the test is applied. This reflects the paradox of APPAs.").

(275) Their discussion assumes that PMFNs achieve price parity. This assumption does not hold for Steam.

(a) P. 247 ("APPAs, which is an agreement between a producer and a platform whereby the producer 'undertakes to charge on that platform a price that is not higher than the price charged on other platforms, including the new entrants.'").

(276) This paper does not dispute that free-riding on search and discovery can reduce a platform's incentive to invest. The paper acknowledges that platforms are not merely resellers; they frequently invest in and enhance their features. These efforts improve the quality and value of both the platform and its products, driving higher demand. However, sellers may free-ride on investments, which can undermine the platform's investment efforts, particularly without a parity agreement in place.

(a) P. 268 ("As exposed above, an APPA enables the concerned platform to focus on investments and improving the platform's features. This may be seen as a way of enhancing the quality and the value of both the platform and the offered products, which in turn might lead to a shift in the platform's demand curve. The free-rider argument intending to preserve those investments could also be read from the same perspective.").

(b) P. 258 ("This is because platforms are not simply resellers, but often undertake several investments and use various techniques that improve consumers experience in order to generate a higher demand.").

(c) P. 259 ("Most of the cases dealing with APPAs have acknowledged the risk of free-riding. That risk materializes when the benefits of the investments realized by an investor-platform are appropriated by other platforms or producers offering competing products. The fact that platforms are remunerated in terms of commission fees, meaning only when a transaction is concluded, renders that risk credible. ... In the first hypothesis, the supplier itself can free-ride on the efforts made by the platform. Sometimes, a supplier acts both as a manufacturer and a competitor to the platform.").

(d) P. 262 ("In the absence of APPAs, investments in different services including advertisement can be compromised with the consequence that suppliers will have to engage in direct advertising.").

## A.3.10. Daniel Zimmer and Martin Blaschczok, "Most-Favoured-Customer Clauses and Two-Sided Platforms," *Journal of European Competition Law and Practice*, 5(4) 2014, pp. 187–195

(277) This paper discusses PMFNs that the authors describe as being in favor of two-sided platforms. It also discusses antitrust cases involving platforms.

(a) P. 187 ("this contribution will take a closer look at the use of MFC clauses in favour of two-sided platforms. ... After a brief description of the above-mentioned proceedings in section IV, this contribution will in section V pursue the question of how most-favoured-customer clauses that favour two-sided platforms should be assessed under European competition law.").

(278) Their discussion assumes that PMFNs achieve price parity. This assumption does not hold for Steam.

(a) P. 189 ("MFC clauses contain rules to guarantee that the preferred contractual party receives at least as favourable prices or conditions as are granted by the other party to third-party contractors.").

(279) The paper acknowledged that PMFNs can protect the incentives to invest against free-riding.

(a) P. 194 ("an improvement in the distribution of goods might consist in the fact that the agreement of an MFC clause precludes the problem of free riding. Without this clause, sellers who offer their products through a two-sided platform as well as through their own distribution channels could use to their advantage contract-specific investments made by this platform in the presentation of the offer as well as the high profile of the platform, but at the same time avoid paying the platform a commission for a successful contracted agreement. Sellers could achieve this by re-routing customers onto their own online shop or other distribution channel before a contract is concluded, through which they could offer their product for less due to the lack of a commission fee.").

**APPENDIX B**

Current: April 2025

# Gautam Gowrisankaran

## PERSONAL:

Department of Economics
Columbia University
420 West 118th St.
New York, NY 10027
Rm. 1026 IAB, MC 3308

E-mail: gautamg2@gmail.com
Citizenship: USA and Canada
Languages: English, French, fluent, Spanish, moderate
Date of Birth: March 18, 1971

## RESEARCH INTERESTS:

Industrial Organization, Health Economics, Environmental Economics, Applied
Econometrics

## EDUCATION:

Doctorate *Honoris Causa*, University of Oulu, 2017
Ph.D., Economics, Yale University, 1995
  Dissertation advisors: Steven Berry and Ariel Pakes
  Dissertation title: A Dynamic Analysis of Mergers
M.Phil., Economics, Yale University, 1993
M.A., Economics, Yale University, 1992
B.A., Economics, Swarthmore College, 1991

## PROFESSIONAL EXPERIENCE:

### Current position:

Professor of Economics (with tenure), Department of Economics, Columbia University,
  2021 –

### Other current affiliations:

Research Fellow, Centre for Economic Policy Research, 2021 – present
Research Associate, National Bureau of Economic Research, 2012 – present
Professor of Marketing (by courtesy), Department of Marketing, Eller College of
  Management, University of Arizona, 2011 – present
Professeur affilié, Institut d'économie appliquée, HEC Montréal, 2007 – present

### Past positions:

Professor of Economics (with tenure) and Peter and Nancy Salter Chair in Healthcare
  Management, Department of Economics, Eller College of Management, University of
  Arizona, 2020 – 21
Arizona Public Service Professor of Economics (with tenure), Department of Economics,
  Eller College of Management, University of Arizona, 2011 – 20
Visiting Scholar, Becker-Friedman Institute, Department of Economics, University of
  Chicago, Spring 2016
Visiting Professor, Department of Economics, Northwestern University, Winter, Spring
  2014
Visiting Professor, Universidad de los Andes, Santiago, Chile, Fall 2013
Faculty Research Fellow, National Bureau of Economic Research, 2001 – 12

1

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Associate Professor of Economics (with tenure), Department of Economics, Eller College of Management, University of Arizona, 2007 – 11

Visiting Scholar, Center for the Study of Industrial Organization, Department of Economics, Northwestern University, 2009, 2010

Research Associate Professor, Department of Ophthalmology and Vision Sciences, Washington University in St. Louis School of Medicine, 2007 – 09

Visiting Associate Professor, Department of Economics, Eller College of Management, University of Arizona, Spring 2007

Assistant Professor of Economics, John M. Olin School of Business, Washington University in St. Louis, 2003 – 2007

Visiting Scholar, Federal Reserve Bank of San Francisco, 2001 – 02, 2005

Consultant, Federal Reserve Bank of New York, 2002 – 04

Visiting Assistant Professor, Department of Economics, Yale University, Spring 2003

Visiting Assistant Professor, Department of Economics, Harvard University, Fall 2002

Assistant Professor, Department of Economics, University of Minnesota, 1995 – 2002

Visiting Assistant Professor, Department of Economics, University of Michigan, 1997 – 98

## PUBLICATIONS:
### Published and forthcoming:

Butters, Andrew, Jackson Dorsey, and Gautam Gowrisankaran (2025). "Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium." Forthcoming, *Econometrica*. (Also NBER Working Paper 29,138.)

Fleitas, Sebastian, Gautam Gowrisankaran and Anthony Lo Sasso (2025). "Reclassification Risk in the Small Group Health Insurance Market." Forthcoming, *The Review of Economics and Statistics*. (Also NBER Working Paper 24,663.)

Gowrisankaran, Gautam, Ashley Langer, and Wendan Zhang (2025). "Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards." Forthcoming, *Journal of Political Economy*. (Also NBER Working Paper 30,297.)

Gowrisankaran, Gautam, Keith Joiner and Pierre-Thomas Léger (2023). "Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments." *Management Science* 69: 3202-19. (Also NBER Working Paper 21,155.)

Fleitas, Sebastian, Gautam Gowrisankaran, and Anthony Lo Sasso (2022). "Incumbent Regulation and Adverse Selection: You Can Keep Your Health Plan, But at What Cost?" *Journal of Public Economics* 205: 104556.

Barrette, Eric, Gautam Gowrisankaran and Robert Town (2022). "Countervailing Market Power and Hospital Competition." *The Review of Economics and Statistics* 104: 1351-60. (Also NBER Working Paper 27,005.)

Blundell, Wesley, Gautam Gowrisankaran and Ashley Langer (2020). "Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations." *American Economic Review* 110: 2558-85. (Also NBER Working Paper 24,810.)

Dalton, Christina M., Gautam Gowrisankaran and Robert Town (2020). "Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D." *The Review of Economic Studies* 87: 822-869. (Also NBER Working Paper 21,104.)

Easterbrook, Kathleen, Gautam Gowrisankaran, Dina Older Aguilar and Yufei Wu (2019). "Accounting for Complementarities in Hospital Mergers: Is a Substitute

Needed for Current Approaches?" *Antitrust Law Journal* 82, 497-531.

Collard-Wexler, Allan, Gautam Gowrisankaran and Robin Lee (2019). "'Nash-in-Nash' Bargaining: A Microfoundation for Empirical Work." *Journal of Political Economy* 127: 163-95. (Also NBER Working Paper 20,640.)

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert J. Town (2018). "Can Amputation Save the Hospital? The Impact of the Medicare Rural Flexibility Program on Demand and Welfare." *Journal of Health Economics* 58: 110-122. (Also NBER Working Paper 18,894.)

Griffin, Stephanie, David Bui, Gautam Gowrisankaran, Eric A. Lutz, Charles He, Chengcheng Hu and Jefferey L. Burgess (2018). "Risk Management Interventions to Reduce Injuries and Maximize Economic Benefits in U.S. Mining." *Journal of Occupational and Environmental Medicine* 60(3): 226-233.

Gowrisankaran, Gautam, Stanley Reynolds and Mario Samano (2016). "Intermittency and the Value of Renewable Energy." *Journal of Political Economy* 124(4): 1187-1234. (Also NBER Working Paper 17,086.)

Gautam Gowrisankaran, Aviv Nevo and Robert Town (2015). "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry." *American Economic Review* 175(1): 172-203. (Also NBER Working Paper 18,875.)

Gowrisankaran, Gautam, Karen Norberg, Steven Kymes, Michael Chernew, Dustin Stwalley, Leah Kemper and William Peck (2013). "A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut Hospitalizations But Not Overall Costs." *Health Affairs* 32(3): 477–85.

Gowrisankaran, Gautam and Marc Rysman (2012). "Dynamics of Consumer Demand for New Durable Goods." *Journal of Political Economy* 120(6): 1173-1219. (Also NBER Working Paper 14,737.)

Gowrisankaran, Gautam and John Krainer (2011). "Entry and Pricing in a Differentiated Products Industry: Evidence from the ATM Market." *RAND Journal of Economics* 42: 1- 22.

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert Town (2011). "The Impact of the Medicare Rural Hospital Flexibility Program on Patient Choice." *International Journal of Industrial Economics* 29: 342-344.

Gowrisankaran, Gautam, Robert J. Town and Eric Barrette (2011). "Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly." *The B.E. Journal of Economic Analysis and Policy* 11: Issue 2 *(Advances)* Article 3.

Chernew, Michael, Gautam Gowrisankaran and Dennis Scanlon (2008). "Learning and the Value of Information: Evidence from Health Plan Report Cards." *Journal of Econometrics* 144: 156-74. (Also NBER Working Paper 8589.)

Gowrisankaran, Gautam, Matthew F. Mitchell and Andrea Moro (2008). "Electoral Design and Voter Welfare from the U.S. Senate: Evidence from a Dynamic Selection Model." (Also NBER Working Paper 10748.) *Review of Economic Dynamics* 11: 1–17.

Ackerberg, Daniel A. and Gautam Gowrisankaran (2006). "Quantifying Equilibrium Network Externalities in the ACH Banking Industry." *RAND Journal of Economics* 37: 738-61. (Also NBER Working Paper 12,488.)

Gowrisankaran, Gautam and Thomas J. Holmes (2004). "Mergers and the Evolution of Industry Concentration: Results from the Dominant Firm Model." *RAND Journal of*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Economics* 35: 561–82. (Also NBER Working Paper 9151.)

Gowrisankaran, Gautam and Joanna Stavins (2004). "Network Externalities and Technology Adoption: Lessons from Electronic Payments." *RAND Journal of Economics* 35: 260–276. (Also NBER Working Paper 8943.)

Chernew, Michael, Gautam Gowrisankaran, Catherine McLaughlin and Teresa Gibson (2004). "Quality and Employers' Choice of Health Plan." *Journal of Health Economics* 23: 471–92. (Also NBER Working Paper 9847.)

Gowrisankaran, Gautam and Robert J. Town (2003). "Competition, Payers and Hospital Quality." *Health Services Research* 38: 1403 – 22. (Also NBER Working Paper 9206.)

Geweke, John, Gautam Gowrisankaran and Robert J. Town (2003). "Bayesian Inference For Hospital Quality in a Selection Model." *Econometrica* 71: 1215 – 1238. (Also NBER Working Paper 8497.)

Chernew, Michael, Gautam Gowrisankaran and A. Mark Fendrick (2002). "Payer Type and the Returns to Bypass Surgery: Evidence from Hospital Entry Behavior," *Journal of Health Economics* 21: 451 – 474. (Also NBER Working Paper 8632.)

Gowrisankaran, Gautam (1999). "A Dynamic Model of Endogenous Horizontal Mergers," *RAND Journal of Economics* 30: 56 – 83.

Gowrisankaran, Gautam (1999). "Efficient Representation of State Spaces for Some Dynamic Models." *Journal of Economic Dynamics and Control* 23: 1077 – 98.

Gowrisankaran, Gautam and Robert J. Town (1999). "Estimating the Quality of Care in Hospitals Using Instrumental Variables," *Journal of Health Economics* 18: 747 – 67.

Gowrisankaran, Gautam and Robert J. Town (1997). "Dynamic Equilibrium in the Hospital Industry." *Journal of Economics and Management Strategy* 6: 45 – 74.

**Submitted papers:**

Gowrisankaran, Gautam, Ashley Langer, and Mar Reguant (2025). "Energy Transitions in Regulated Markets." (Also NBER Working Paper 32,088.) Revise and resubmit, *American Economic Review*.

Gowrisankaran, Gautam and Philipp Schmidt Dengler (2025). "A Computable Dynamic Oligopoly Model of Capacity Investment." Revise and resubmit, *RAND Journal of Economics*.

Gowrisankaran, Gautam, Keith Joiner and Jianjing Lin (2024). "How Do Hospitals Respond to Payment Incentives?" (Also NBER Working Paper 26,455.)

**Working and resting papers:**

Gowrisankaran, Gautam and Marc Rysman (2020). "A Framework for Empirical Models of Dynamic Demand."

Gowrisankaran, Gautam, Charles He, Eric Lutz and Charles Burgess (2020). "Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from Disasters and Fatalities." (Also NBER Working Paper 21,129.)

Gowrisankaran, Gautam, Marc Rysman and Grace Yu (2016). "Computing Price-Cost Margins in a Durable Goods Environment."

Gowrisankaran, Gautam, Marc Rysman and Minsoo Park (2012). "Measuring Network Effects in a Dynamic Environment."

**Other (non-refereed) publications:**

Gowrisankaran, Gautam (2019). "Comments on Jones et al. (2019) and Advice to for the Graduate School Application Process." Forthcoming, *Journal of Economic*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Education.*

Gowrisankaran, Gautam (2011). "Evaluating the Impact of a Hospital Merger Using the Difference-in-Difference of Prices." (Comment on article by Steven Tenn.) *International Journal of the Economics of Business* 18: 83 – 89.

Gowrisankaran, Gautam (2008). "Competition Among Hospitals and Hospital Quality" (2008), Ch. 12 of *Incentives and Choice in Health and Health Care*, F. Sloan and H. Kasper, eds. Cambridge: MIT Press.

Gowrisankaran, Gautam and John Krainer (2005). "Bank ATMs and ATM Surcharges," Federal Reserve Bank of San Francisco Economic Letter 2005-36.

Gowrisankaran, Gautam (2002). "Why Do Americans Still Write Checks?" Federal Reserve Bank of San Francisco Economic Letter 2002-27.

Gowrisankaran, Gautam (2002). "Productivity in Heart Attack Treatments," Federal Reserve Bank of San Francisco Economic Letter 2002-20.

Gowrisankaran, Gautam (2002). "Competition and Regulation in the Airline Industry," Federal Reserve Bank of San Francisco Economic Letter 2002-01.

## AWARDS AND HONORS:

Nominee, Economist of the Year, Global Competition Review, 2025

Winner, Outstanding Antitrust Litigation Achievement in Economics, American Antitrust Institute 2024 Antitrust Enforcement Awards, 2024

Keynote speech, 2022 RIDGE Industrial Organization Conference, Bogotá, Colombia, December 2022

Profiled, Global Competition Review's inaugural edition of Antitrust Academics, 2022

Winner, Lexology Client Choice Awards, 2022

Georgescu-Roegen Lecture, Sewanee College, March, 2022

2021 and 2009 Kalt Prize Recipient, for Best Doctoral Student Mentorship at the Eller College of Management

Winner, Best Paper in Regulatory Economics Prize at 2021 International Industrial Organization Conference, for "Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium," (joint with Andrew Butters and Jackson Dorsey)

Bernie Saffran Lecture, Swarthmore College, March, 2019

Keynote speech, North Carolina Health Economics Colloquium, Wake Forest University, October, 2018

Keynote speech, International Conference on Innovation and Industrial Economics, Nanjing University, Nanjing, China, 2018, 2016

Excellence in refereeing award, American Economic Association, 2007, 2008, 2018

Invited speaker, 2018 Latin American Workshop in Econometrics, August, 2018, Lima, Peru

Doctorate *Honoris Causa*, University of Oulu, May, 2017

Grossman Lecture, Colby College, March, 2017

Winner, Best Paper Award from the 2016 Workshop in Health IT and Economics (WHITE), for "Does Health IT Lead to Better Information or Worse Incentives?" (under former title), joint with Keith Joiner and Jianjing Lin

Invited lecture, Shanghai University of Finance and Economics Industrial Organization Summer School, Shanghai, China, June, 2016

Winner, 2016 Antitrust Writing Award for best academic paper on mergers, for "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry," joint with Aviv

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Nevo and Robert Town

Invited lecture, Martti Ahtisaari Institute, Oulu, Finland, August, 2015

Invited speaker, Colombian Health Economics Association, Cali, Colombia, 2015

Invited speaker, Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, 2014

Invited speaker, European Association for Research in Industrial Economics, Evora, Portugal, 2013

Keynote speech, Zhejiang University Conference on Industrial Economics, Hangzhou, China, 2013

Canadian Economic Association State of the Art Lecture, Montreal, Canada, 2013

Keynote speech, Network of Industrial Economists Conference, London, United Kingdom, 2012

Keynote speech, Copenhagen Business School Conference, *Common Ground: Recent Work in Empirical Labour and Industrial Organization*, Copenhagen, Denmark, 2012

Keynote speech, Center for European Economic Research (ZEW) Symposium, *A Framework for Estimating Demand in Consumer Durable Goods Markets*, Mannheim, Germany, 2011

Grande conférence (keynote speech), Les Journées de CIRPÉE 2009 (Annual Meetings), Québec, Canada

Eller College Fellow, University of Arizona, 2007–11

Distinguished Visitor, Boston University Department of Economics, June 2008

## GRANTS:

National Science Foundation Grant SES-2149335, "Collaborative Research: Regulating Electricity Markets: Impacts on Energy Transitions and Environmental Justice," 2022-25, $242,500 (Role: PI).

National Science Foundation Grant SES-1824348, "Collaborative Research: Pollution Mitigation and Productivity in Developing Countries," 2018-21, $202,831 (Role: PI).

Eller College Small Research Grant and Center for Management Innovations in Healthcare Grant, "Preferred Pharmacy Networks," 2017, $12,000 (Role: PI).

Agency for Healthcare Quality and Research 1R01HS024850-01, "Narrow Network Health Plans: Effects on Access, Cost, Quality, and Selection," 2016-19, $383,180 for University of Arizona subcontract only (Role: co-PI; PI of University of Arizona subcontract).

National Science Foundation Grant SES-1425063, "Bargaining in Bilateral Oligopolies with Application to the Health Sector," 2014-17, $256,999 (Role: PI).

Alpha Foundation for the Improvement of Mine Safety and Health Grant, "Implementation of Risk Management Programs: Identification of Best Practices to Reduce Injuries and Maximize Economic Benefits," 2013-15, $668,518 (Role: co-PI).

University of Arizona Renewable Energy Network Policy Research Initiative Grant, "Intermittency and Multiple Sources in Renewable Energy," 2012-13, $11,998 (Role: PI)

University of Arizona, Center for Management Innovations in Health Care Summer Grants, 2011, 2012, 2013, 2015 (Role: PI)

Agency for Healthcare Research and Quality Grant R01-HS018424-01A1, "Hospital Choice, Hospital Quality and Patient Welfare for Rural Residents," 2010–13, $577,514 (Role: PI)

National Science Foundation Grant SES-0922540, "Collaborative Research: Estimation and Computation of Dynamic Oligopoly and Network Effects Model," 2009–13, $207,164

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(Role: PI)

NET Institute Fellowship, 2009, 2004, 2003

Missouri Foundation for Health contract. "Healthy Outcomes: The Impact of Employee Cost-Sharing on Healthcare Costs and Outcomes," 2007–08, $416,714 (Role: PI)

Commonwealth Foundation Grant 20070068. "Healthy Outcomes: The Impact of Employee Cost-Sharing on Healthcare Costs and Outcomes," 2007, $121,320 (Role: PI)

National Science Foundation Grant SES-0551360, "Collaborative Research: Dynamic Demand for New Durable Goods: An Empirical Model and Applications to Pricing and Welfare," 2006 – 09, $104,897 (Role: PI)

National Science Foundation Grant SES-0318170, "Estimating Models of Firm Entry," 2003– 06, $207,645 (Role: PI)

University of Minnesota, Faculty Summer Research Fellowship, 1999, 1996 University of Minnesota, Single Quarter Leave, Winter 1998

Alfred P. Sloan Foundation Doctoral Dissertation Fellowship, 1994 – 95

Social Sciences and Humanities Research Council of Canada Doctoral Fellowship, 1993 – 95

Master's and Doctoral Fellowship (latter declined) from the Government of Quebec, Fonds pour la formation des chercheurs et l'aide à la recherché (FCAR), 1991 – 95

Yale University Fellowship, 1991 – 95

## EXTERNAL SERVICE:
### Editorial positions:
Associate editor, *RAND Journal of Economics*, 2015–
Associate editor, *International Economic Review*, 2014–
Associate editor, *Journal of Business and Economic Statistics*, 2009–
Member of board of editors, *American Economic Review*, 2011–2016
Associate editor, *Economic Inquiry*, 2008–13

### Ad-hoc referee:
*American Economic Review*
*American Journal of Preventive Medicine*
*B.E. Journals in Economic Analysis & Policy*
*Canadian Journal of Economics*
*Energy Journal*
*Econometrica*
*Economic Journal*
*Economic Inquiry*
*Economica*
*European Economic Review/Journal of the European Economic Association*
*Health Affairs*
*Health Economics*
*Health Economics, Policy and Law*
*Health Services Research*
*International Economic Review*
*International Journal of Disaster Risk Reduction*
*International Journal of Industrial Organization*
*Journal of Applied Econometrics*
*Journal of Banking and Finance*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Journal of Business and Economics Statistics*
*Journal of Comparative Economics*
*Journal of Econometrics Journal of Economic Theory*
*Journal of Economics and Business*
*Journal of Economics and Management Strategy*
*Journal of Health Economics*

*Journal of Human Resources*

*Journal of Industrial Economics*

*Journal of Law and Economics*
*Journal of Law, Economics and Organization*
*Journal of Political Economy*
*Management Science*
*Marketing Science*
*Quarterly Journal of Economics*
*RAND Journal of Economics*
*Review of Economic Dynamics*
*Review of Economic Studies*
*Review of Economics and Statistics*
*Review of Network Economics*
*Southern Economic Journal*

## Ad-hoc reviewer:

Chilean National Science Foundation
Hong Kong Research Grants Council
National Science Foundation
W.W. Norton & Company
Trinity College Dublin, Institute for International Integration Studies
University of Venice Doctoral Committee
John Wiley & Sons
University of Gothenburg, opponent for dissertation exam

## Public and government outreach and service:

Panel presentation, *Pharmacy Benefit Managers: Economics and Enforcement Interest*, 49th Annual Conference on International Antitrust Law and Policy and Antitrust Economics Workshops, Fordham University School of Law, September 2022
Member of U.S. Congressional Budget Office Health Advisory Panel, 2020 – 2023, Health Insurance Simulation Advisory Panel, 2018 – 20
Presentation, *Recent Research on the Economics of Discrimination: What Do We Know and Where to From Here?* Congressional Budget Office, January, 2021
Co-organizer, University of Arizona Department of Economics *Reading Group on the Economics of Discrimination*, Fall 2020
Panel presentation, *Perspectives and Lessons from the Canadian Healthcare System*, UC Berkeley Gilbert Center International Health Systems Conference, October, 2020
Member of National Science Foundation Economics Program Review Panel, 2017 – 19
Panel presentation, *Preparing Undergraduates for Application to Graduate School*, Allied Social Sciences Association Winter Meetings, Atlanta, GA, January, 2019
Panel presentation, *Narrow Networks and State Level Policies*, State Policy Mini-Conference, Berkeley, March, 2018

8

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Panel presentation, *New Models of Healthcare Delivery: How Is Healthcare Changing? How is the Government Responding?* Cornerstone Research and Stanford Institute for Economic and Policy Research, Stanford, January, 2017

Panel presentation, *The Ghosts of Small Group Health Insurance: Past, Present, and Future,* Caribbean Health Economics Symposium, Tortola, BVI, December, 2016

Panel presentation, *The Economics of Accountable Care Organizations,* Accountable Care Organizations and Antitrust Conference, UC Berkeley, November, 2011

Participant in Federal Reserve Board of Governors Academic Consultant Meeting, 2011

Lecture series, *Estimation of Durable Goods Models for Differentiated Products,* Bureau of Economic Analysis, 2010

Faculty Advisor for Graduate Student Dissertation Workshop, Western Economic Association International, Portland, OR, 2010

**Expert reports, declarations, and testimony from 2020 to present:**

Copperweld Bimetallics, LLC, v. Cerro Wire, LLC; Southwire Company, LLC; Christel Hunter; Dave Watson, Rebuttal Report (February 21, 2025) and Reply Report (March 28, 2025) in support of defendant.

In Re: Valve Antitrust Litigation, Expert Report (January 27, 2025) and Rebuttal Report (March 26, 2025) in support of defendant.

Congregation Yetev Lev D'Satmar, Inc. et al v. Engie Power & Gas, LLC, Expert Report (August 12, 2024) in support of defendant.

In Re: College Athlete NIL Litigation, Expert Report (December 1, 2023), Rebuttal Report (January 26, 2024), Reply Report (February 23, 2024), and Deposition (March, 26, 2024) in support of defendants.

USA et al v. JetBlue Airways Corporation and Spirit Airlines, Inc., Expert Report (July 6, 2023, amended July 7, 2023), Reply Expert Report (August 25, 2023), Deposition (September 1, 2023), Supplemental Reply Report (September 22, 2023), Supplemental Rule 1006 Summaries (November 14, 2023), and Trial Testimony (November 17 and 20, 2023) in support of plaintiffs.

USA and Plaintiff States v. UnitedHealth Group, Inc. and Change Healthcare, Inc, Expert Report (June 10, 2022), Rebuttal Report (July 17, 2022), Deposition (July 25, 2022), and Trial Testimony (August 9 and 16, 2022) in support of plaintiffs.

Djeneba Sidibe v. Sutter Health, United States District Court for the Northern District of California, Declaration (October 5, 2017; updated April 3, 2018) and Deposition (February 6, 2018), Expert Report (June 21, 2019) and Deposition (July 17, 2019), Supplement to Expert Report (March 12, 2021) and Deposition (March, 29, 2021), and Trial Testimony (March 4, 2022) in support of defendants.

In re: Purdue Pharma L.P., et al., Debtors, Expert Report (June 15, 2021) and trial testimony (August 12, 2021) in support of debtors.

FTC v. Hackensack Meridian Health, Inc. and Englewood Healthcare Foundation, Expert Report (April 9, 2021), Deposition (May 5, 2021), and trial testimony (May 17, 2021) in support of defendants.

**Conference organization:**

Co-organizer, Annual Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, 2012–25

Co-organizer, Annual HEC Montreal/CIRPÉE Conference on Industrial Organization, 2012–25

Program chair for competition in health care markets area, 2019 American Society of

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Health Economists Conference (ASHEcon)

Co-organizer, Workshop on Healthcare and Industrial Organization. University of Chile, 2017

Co-organizer, 2012 Econometric Society Summer Meetings

Co-organizer, 2005, 2006 and 2007 International Industrial Organization Conference

Co-organizer, 2004 and 2005 Washington University CRES Industrial Organization Conference

## PH.D. STUDENT ADVISING:

Advisor for René Chalom, Ph.D., Columbia University, 2024, first position, Economist, Wayfair.

Advisor for Kelli Marquardt, Ph.D., University of Arizona, 2021, first position, Research Economist, Federal Reserve Bank of Chicago

Advisor for Arundhati Tillu, Ph.D., University of Arizona, 2019, first position, E2e Energy Policy Fellow, University of Chicago

Advisor for Sebastian Fleitas, Ph.D., University of Arizona, 2017, first position, Assistant Professor of Economics, University of Leuven

Advisor for Anatolii Kokoza, Ph.D., University of Arizona, 2017, first position, Data Scientist, USAA

Co-advisor for Nedko Yordanov, Ph.D., University of Arizona, 2016, first position, Associate, EconOne Consulting

Advisor for Jianjing Lin, Ph.D., University of Arizona, 2015, first position, Postdoctoral Fellow, Tulane University

Advisor for Chuan (Charles) He, Ph.D., University of Arizona, 2015, first position, Senior Economist, Amazon.com

Advisor for Leila Asgari, Ph.D., University of Arizona, 2014, first position, Associate Vice President, J.P. Morgan Chase

Advisor for T.N. (Subra) Subramaniam, Ph.D., University of Arizona, 2014, first position, Senior Associate in Modeling, Discover Card

Advisor for Chrystie Burr, Ph.D., University of Arizona 2013, first position, Assistant Professor, Department of Economics, University of Colorado – Boulder

Advisor for Kathleen Nosal, Ph.D., University of Arizona 2012, first position: Assistant Professor, Department of Economics, University of Mannheim

Advisor for Mario Samano, Ph.D., University of Arizona 2012, first position: Assistant Professor, Institute of Applied Economics, HEC Montreal Business School

Advisor for Joseph Cullen, Ph.D. University of Arizona 2009, first position: Harvard University Center for the Environment Postdoctoral Fellowship, Assistant Professor, Olin Business School, Washington University in St. Louis

Advisor for Ivan Maryanchyk, Ph.D. University of Arizona 2009, first position: Senior Analyst, Bates White Economic Consulting

Advisor for Oleksandr Shcherbakov, Ph.D. University of Arizona 2008, first position: Cowles Postdoctoral Fellowship, Yale University

Co-advisor for Fumiko Hayashi, Ph.D. University of Minnesota 2001, first position: Federal Reserve Bank of Kansas City

## RESEARCH PRESENTATIONS (with most recent title):

10

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**<u>Invited seminar presentations since October, 2001:</u>**

*A Computable Dynamic Oligopoly Model of Capacity Investment*
    University of Chile, September 2013
    Bank of Canada, July 2013

*A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut Hospitalizations But Not Overall Costs*
    University of California, Riverside, February 2012
    Duke University, October 2010
    Northwestern University, May 2009

*Bayesian Inference For Hospital Quality in a Selection Model*
    Agency for Healthcare Quality and Research, October 2003
    University of Montreal, November 2002
    Queen's University, October 2002
    UC Davis, May 2002
    Duke University, January 2002
    Yale University, December 2001
    Federal Reserve Bank of Chicago, November 2001

*Causality and the Volume-Outcome Relationship in Surgery*
    University of Chicago, Health Economics Seminar, April 2005
    Syracuse University, April 2005

*Computing Price-Cost Margins in a Durable Goods Environment*
    Cornell University, November 2015

*Discharge Fees, Pollution Mitigation, and Productivity: Evidence from Chinese Power Plants*
    University of Delaware, October 2021

*Dynamics of Consumer Demand for New Durable Goods*
    École Polytechnique/CREST (Paris), October 2011
    INSEAD Business School, April 2011
    Katholieke Universiteit Leuven, April 2011
    University of Texas, September 2010
    U.S. Bureau of Labor Statistics, December 2009
    U.S. Bureau of Economic Analysis, September 2009
    University of Helsinki, August 2009
    Harvard University, December 2008
    University of Southern California, October 2008
    Bristol University, May 2008
    University of Toronto Rotman School, March 2008
    Federal Trade Commission, December 2007
    University College London, May 2007
    London School of Economics, April 2007

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

University of Minnesota Marketing Department, February 2007
Drexel University, December 2006
Arizona State University, November 2006
University of California Los Angeles, May 2006
Stanford University, May 2006
Johns Hopkins University, May 2006
Purdue University, March 2006
University of Arizona, February 2006
Duke University, September 2005
Federal Reserve Bank of San Francisco, June 2005
University of Missouri, April 2005
Northwestern University Kellogg School of Management, April 2005

*Energy Transitions in Regulated Markets*
Applied Economics Workshop (Asia, virtual), September 2024
University of Washington, April 2024
Arizona State University, March 2024
University of Iowa, February 2024
Hunter College, February 2024
University at Albany, January 2024
University of Maryland, December 2024
University of Michigan, March 2023

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
Boston University, January 2020
Columbia University, November 2019
Indiana University, September 2019
New York University Stern School of Business (joint with Columbia University), April 2019
University of Technology, Sydney, March 2019
University of Queensland, March 2019
University of California, Los Angeles, February 2019
University of Michigan, November 2018
Universidad Carlos III de Madrid, April 2018
École Polytechnique/CREST (Paris), April 2018
University of Rochester, Simon School of Business, April 2018

*How Do Hospitals Respond to Payment Incentives?*
University of Rochester, Simon School of Business, March 2024
Boston University (joint with Harvard University and MIT), February 2024
UCLA Anderson School, May 2017
University of Chicago, May 2016
Emory University, March 2016

*Information Feedback and Long-Term Electricity Conservation: Evidence from the*

12
HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Tapestry Building*
    HEC Montreal, July 2013

*Intermittency and the Value of Renewable Energy:*
    Imperial College, London, June 2015
    Universidad de los Andes, Santiago, Chile, May 2015
    University of Michigan, October 2014
    Texas A&M University, April 2012
    University of Texas at Austin, February 2012
    Carnegie Mellon University, November 2011
    Harvard University, September 2011
    University of Gothenburg, May 2011
    University of Mannheim, April 2011
    New York University, March 2011
    Yale University, March 2011
    University of Arizona, March 2011
    UC Berkeley, November 2010

*Learning and the Value of Information: The Case of Health Plan Report Cards*
    Washington State University, April,2007
    University of Toronto, October 2002
    UC San Diego, April 2002
    UC Berkeley, April 2002
    Brown University, April 2002
    Dartmouth College, April 2002
    Stanford University GSB, March 2002
    Columbia University, December 2001
    UC Davis, Agricultural and Resource Economics, November 2001
    UC Berkeley, Agricultural and Resource Economics, October 2001

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*
    Medical University of South Carolina, March 2007
    University of Pennsylvania Health Care Management, December 2006
    HEC – Montréal (University of Montreal Business School), March 2005
    University of North Carolina, Department of Health Policy and Administration,
        Triangle Health Economics Workshop (long-distance format), September 2004
    Washington University in St. Louis, April 2004
    Yale University, June 2003
    Boston University (joint with Harvard and MIT), April 2003

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*
    University of Alabama – Birmingham, April 2014
    University of Colorado, Boulder, February 2014
    Vanderbilt University, February 2014
    U.S. Department of Justice, November 2013
    Charles River Associates, June 2013

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Stanford University GSB Marketing, May 2013
University of Tilburg, May 2013
Toulouse School of Economics, May 2013
Universidad de los Andes, Santiago, Chile, April 2013
University of East Anglia, December 2012
Vanderbilt University, December 2012
Indiana University, September 2012
Clemson University, April 2012
Ohio State University, April 2012
Columbia University, December 2011
Johns Hopkins University, October 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*
Nanjing University, May 2015

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*
Federal Reserve Bank of New York, December 2001
New York University Stern School of Business, October 2001

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*
University of Minnesota, May 2010
University of Wisconsin, March 2010
Bates White Economic Consulting, December 2009
Princeton University, November 2009
Boston College, November 2009
Bank of Canada, June 2009
University of California, Davis, April 2009
University of California, Irvine, April 2009
University of California Los Angeles, October 2008
Federal Reserve Bank of Kansas City, October 2008
Boston University, June 2008
University of Cyprus, May 2008

*Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards*
Brigham Young University, March 2023
University of Houston, March 2023
Aalto University, January 2023
University of North Carolina (joint with Duke University), October 2022
Carnegie Mellon University, October 2022
Stony Brook University, September 2022
Northwestern University, April 2022
Princeton University, March 2022
UC Berkeley, November 2021
Yale University, November 2021

*Productivity, Safety, and Regulation in Coal Mining: Evidence from Disasters and*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Fatalities*
Hong Kong University, March 2017

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
Yale University, March 2003
University of Montreal, January 2003
Washington University in St. Louis, December 2002
Harvard University, September 2002

*Reclassification Risk in the Small Group Health Insurance Market*
University of Wisconsin, March 2020
École Polytechnique/CREST (Paris), May 2019
University of California, Los Angeles, May 2019
Board of Governors of the Federal Reserve, May 2019
University of Nevada, Reno, February 2019
University of Toronto, Rotman School, January 2019
University of Kansas, November 2018
University of North Carolina (joint with Duke University), November 2018
University of South Florida, November 2018
University of Illinois Gies School of Business, April 2018
Toulouse School of Economics, March 2018
University at Albany, October 2017
University of British Columbia, Sauder School of Business, October 2016
Princeton University, September 2016
Ohio State University, September 2016
Singapore Management University, August 2016

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*
Boston University, November 2017
UC Irvine, May 2017
Chinese University of Hong Kong, March,2017
Universitat Autonoma de Barcelona, November 2016
National University of Singapore, August 2016
Peking University, National School of Development, June 2016
Federal Trade Commission, December 2015
Miami University of Ohio, September 2015
University of Helsinki, August 2015
Shanghai University of Finance and Economics, May 2015
University of Chile, May 2015
University of Southern California, May 2015
University of California, Los Angeles, April 2015
University of Toronto, December 2014
University of North Carolina at Chapel Hill, November 2014
Johns Hopkins University, April 2014
Northwestern University, April 2014
University of Iowa, April 2014

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium*
> Yale University, April 2024
> Cornell University, September 2021
> Imperial College, June 2021 (virtual)
> Harvard University, February 2021 (virtual)
> Florida State University, January 2021 (virtual)
> Queen's University, December 2020 (virtual)
> Georgetown University, November 2020 (virtual)
> Ohio State University, October 2020 (virtual)

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*
> Federal Reserve Bank of New York, June 2004
> University of Minnesota, May 2004
> Competition Bureau of Canada, May 2004
> University of Pennsylvania, March 2004
> University of Chicago Graduate School of Business, Marketing Seminar, April 2004
> Trinity College Dublin, Dublin (Ireland) Economics Workshop, March 2004
> Board of Governors of the Federal Reserve, November 2003
> University of Maryland, October 2003
> Pennsylvania State University, September 2003
> Columbia University, September 2003
> University of Wisconsin, September 2003

*Why Do Incumbent Senators Win? Evidence from a Dynamic Selection Model*
> American Enterprise Institute, November 2005
> Washington University in St. Louis, Political Economy Seminar, May 2004

**Invited or refereed conference presentations since October, 2001:**
> *Countervailing Market Power and Hospital Competition*
> > Allied Social Sciences Association Winter Meetings, Chicago, IL, January 2017

> *Bayesian Inference For Hospital Quality in a Selection Model*
> > Indiana University Conference on Simulation-Based Econometric Methods, February 2003

> *Causality and the Volume-Outcome Relationship in Surgery*
> > Conference on Evaluating Health Policy, Imperial College, UK, May 2008
> > International Health Economics Association Meetings, Barcelona, Spain, July 2005
> > Consumers, Information and the Evolving Healthcare Marketplace Conference, Cornell University, April 2005

> *Computing Price-Cost Margins in a Durable Goods Environment*
> > Empirical Models of Differentiated Products Conference, University College London, June,2015
> > Ninth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

University, June 2015

*Discharge Fees, Pollution Mitigation, and Productivity: Evidence from Chinese Power Plants*
>Javeriana University Structural I.O. Conference, Bogotá, Colombia, October 2017

*Does Health IT Adoption to Better Information or Worse Incentives?*
>Workshop on Healthcare and Industrial Organization, University of Chile, September 2017

*Dynamics of Consumer Demand for New Durable Goods*
>Allied Social Sciences Association Winter Meetings, San Francisco, CA, January 2009
>Fifth Annual Bates White Antitrust Conference, Washington, DC, June 2008
>Ninth CEPR Conference on Applied Industrial Organization, Paris, France, May 2008
>Federal Reserve Bank of Minneapolis Applied Microeconomics Conference, October 2007
>Economics of ICT Conference, Paris, France, June 2007
>Econometric Society Summer Meetings, Minneapolis, MN, June 2006

*Energy Transitions in Regulated Markets*
>National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July 2024
>Columbia University / Sciences Po Kellen Trans-Atlantic Conference, Paris, France, April 2024
>Dartmouth College Industrial Organization Conference, September 2023
>University of British Columbia Summer Industrial Organization Conference, June 2023

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
>2018 Econometric Society Latin American Workshop in Econometrics, Lima, Peru, August 2018
>Second International Conference on Innovation and Industrial Economics, Nanjing, China, June 2018

*How Do Hospitals Respond to Payment Incentives?*
>Notre Dame Health Mini-Conference, September, 2019, South Bend, IN

*Intermittency and the Value of Renewable Energy*
>Marti Ahtisaari Institute Lecture, Oulu, Finland, August 2015
>Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, June 2012
>Pressing Issues in World Energy Policy Conference, University of Florida, March 2012
>POWER Conference, UC Berkeley, April, 2012

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Fifth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale
University, June 2011
Eighth Annual Bates White Antitrust Conference, Washington, DC, June 2011
Twelfth CEPR Conference on Applied Industrial Organization, Tel Aviv University,
May 2011

*Learning and the Value of Information: The Case of Health Plan Report Cards*
Econometric Society Winter Meetings, Chicago, IL, January 2007
Quantitative Marketing and Economics Conference, Chicago, IL, October 2003
Society for Economic Dynamics Annual Meetings, New York, NY, July 2002
National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA,
July 2002
Allied Social Sciences Association Winter Meetings, Atlanta, GA, January 2002

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*
National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA,
August 2004
Annual Health Economics Conference, Birmingham, AL, April 2004

*Measuring Network Effects in a Dynamic Environment*
4th Annual Penn State University Conference on Auctions and Procurement, April
2011

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*
First CREST Conference on Advances in the Economics of Antitrust and Consumer
Protection, Paris, France, September 2014
Penn State/Cornell Conference on Econometrics and Industrial Organization, State
College, PA, September 2014
European Association for Research in Industrial Economics Conference, Evora,
Portugal, August 2013
Zhejiang University Conference on Industrial Economics, Hangzhou, China, June
2013
Canadian Economic Association, Montreal, Canada, May 2013
Quantitative Marketing and Economics Conference, Durham, NC, October 2012
National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA,
July 2012
Common Ground Conference, Copenhagen Business School, May 2012
Annual Health Economics Conference, Northwestern University, October 2011
Allied Social Sciences Association Winter Meetings, Denver, CO, January 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*
Institute for Fiscal Studies Vertical Contracting Conference, London, June 2018

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*
Federal Reserve Bank of Philadelphia, Conference on Payment Systems,
Philadelphia, PA, May 2002

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**APPENDIX B**

Center for Economic Policy and Research Conference on Productivity and
Technology, Alghero, Italy, March 2002

*Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments*
Society for Institutional & Organizational Economics Conference, Montreal, July
2018

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*
Third Annual Cowles Conference on Theory-Based Econometric Modeling, Yale
University, June 2009
Penn State University Conference on Procurement and Regulated Markets, April 2008
HEC Montréal Conference on the I.O. of Health, November 2007

*Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards*
2022 RIDGE Industrial Organization Conference, Bogotá, Colombia, December 2022
UCLA I.O. mini-conference, May 2022

*Price Setting and Negotiation in the Supermarket Industry*
INRA Trade, Industrial Organization, and the Food Industry Workshop, Paris,
France, May 2019

*Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from
Disasters and Fatalities*
New Directions in Commodities Research Conference, University of Colorado,
Denver, August 2017
Third Annual IZA Conference on Labor Market Effects of Environmental Policies,
Berlin, Germany, August 2015

*Quality and Employers' Choice of Health Plan*
Allied Social Sciences Association Winter Meetings, Washington, DC, January 2003

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
NET Institute 2005 Conference, New York, NY, April 2005
Kiel – Munich Workshop on the Economics of Information and Network Industries,
Munich, Germany, August 2004
CEPR Conference on Two-Sided Markets, Toulouse, France, January 2004
Society for Economic Dynamics Annual Meetings, Paris, France, June 2003
University of Iowa Clarence Tow Conference on Industrial Organization, May 2003
International Industrial Organization Society Conference, Boston, MA, April 2003
Stanford Institute for Theoretical Economics (SITE), July 2002

*Reclassification Risk in the Small Group Health Insurance Market*
National Bureau of Economic Research (NBER) Winter Health Care Meetings,
Cambridge, MA, November 2018
Bates White Life Sciences Symposium, June 2018
Eleventh Annual Cowles Conference on Theory-Based Econometric Modeling, Yale

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

University, June 2017

*Marketing Science* Conference on Marketing and Health, St. Louis, MO, November 2016

Lancaster University Management School Conference on Auctions, Competition, Regulation, and Public Policy, May 2016

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*

Tel Aviv University / IDC Summer Conference, Herzliya, Israel, July 2017

Colombian Association of Health Economics, Cali, Colombia, February 2015

National Bureau of Economic Research (NBER) Winter Industrial Organization Meetings, Stanford, CA, February 2015

Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, November 2014

Penn State/Cornell Economics on Economics and Industrial Organization, University Park, PA, September 2014

Eleventh Annual Bates White Antitrust Conference, Washington, DC, June 2014

Northwestern/Toulouse Industrial Organization Conference, Evanston, IL, May 2014

*Selection, Subsidies, and Welfare in Health Insurance: Employer Sponsored Health Insurance Versus the ACA Marketplaces*

Interdisciplinary Choice Workshop, Santiago, Chile, August 2018

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*

Recent Developments in Consumer Credit and Payments, Federal Reserve Bank of Philadelphia, Philadelphia, PA, September 2005

National Bureau of Economic Research (NBER) Winter Industrial Organization Meetings, Menlo Park, CA, February 2005

Allied Social Sciences Association Winter Meetings, Philadelphia, PA, January 2005

University of British Columbia Summer Industrial Organization Conference, July 2003

*You Can Keep Your Health Plan But At What Cost?*

Caribbean Health Economics Symposium, Tortola, BVI, December 2021

20

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

# DOCUMENTS RELIED UPON

## Academic Articles

- Amelia Fletcher and Morten Hviid, "Broad Retail Price MFN Clauses: Are They RPM "At Its Worst"?" *Antitrust Law Journal*, 81(1), 2016, pp. 65–98

- Amine Mansour, "Identifying the Exclusionary Effect of Across-Platform Parity Agreements: Testing the Tests," *Antitrust Bulletin*, 63(2), 2018, pp. 246–272

- Amit Mehra, Subodha Kumar, and Jagmohan S. Raju, "Competitive Strategies for Brick-and-Mortar Stores to Counter 'Showrooming,'" *Management Science*, 64(7), 2018, pp. 3076–3090

- Andre Boik and Kenneth S. Corts, "The Effects of Platform Most-Favored-Nation Clauses on Competition and Entry," *The Journal of Law and Economics*, 59(1), 2016, pp. 105–134

- Andrea Mantovani, Claudio A. Pigba, and Carlo Reggiani, "Online Platform Price Parity Clauses: Evidence from the EU Booking.com Case," *European Economic Review*, 131, 2021, pp. 1–27

- Andrei Hagiu and Julian Wright, "Marketplace Leakage," *Management Science*, 70(3), 2024, pp. 1529–1553

- Ariel Ezrachi, "The Competitive Effects of Parity Clauses on Online Commerce," *European Competition Journal*, 11(2-3), 2015, pp. 488–519

- Bengt Holmstrom and John Roberts, "The Boundaries of the Firm Revisited," *Journal of Economic Perspectives*, 12(4), 1998, pp. 73–94

- Benjamin Edelman and Julian Wright, "Price Coherence and Excessive Intermediation," *The Quarterly Journal of Economics*, 130(3), 2015, pp. 1283–1328

- Bjørn Olav Johansen and Thibaud Vergé, "Platform Price Parity Clauses with Direct Sales," University of Bergen Working Paper, 2017, pp. 1–37

- Bo Shen and Julian Wright, "Why (Don't) Firms Free Ride on an Intermediary's Advice?" *Internal Journal of Industrial Organization*, 64, 2019, pp. 27–54

- Carlotta Mariotto and Marianne Verdier, "Platform-Merchant Competition for Sales Services," *Journal of Economics & Management Strategy*, 29, 2020, pp. 834–853

- Chang Liu, Fengshi Niu, and Alexander White, "Optional Intermediaries and Pricing Restraints," SSRN Working Paper, 2021, pp. 1–38

- Chengsi Wang and Julian Wright, "Search Platforms: Showrooming and Price Parity Clauses," *The RAND Journal of Economics*, 51(1), 2020, pp. 32–58

- Chengsi Wang and Julian Wright, "Platform Investment and Price Parity Clauses," *The Journal of Industrial Economics*, 71(2), 2023, pp. 538–569

- Daniel Zimmer and Martin Blaschczok, "Most-Favoured-Customer Clauses and Two-Sided Platforms," *Journal of European Competition Law and Practice*, 5(4) 2014, pp. 187–195

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

- Douglas Miller, "An Introductory Guide to Event Study Models," *Journal of Economic Perspectives*, 37(3), Spring 2023, pp. 203–230

- Erik Hovenkamp, "Restraints on Platform Differentiation," *Yale Journal of Law and Technology*, 271, 2023, pp. 272–308

- Francisca Wals and Maarten Pieter Schinkel, "Platform Monopolization by Narrow-PPC-BPG Combination: Booking et al.," *Internal Journal of Industrial Organization*, 61, 2018, pp. 572–589

- Frank Schlütter, "Managing Seller Conduct in Online Marketplaces and Platform Most-Favored Nation Clauses," *The Journal of Industrial Economics*, 72(3), 2024, pp. 1139–1194

- Jean Tirole, "Competition and the Industrial Challenge for the Digital Age," *Annual Review of Economics*, 15, 2023, pp. 573–605

- Joan Calzada, Ester Manna, and Andrea Mantovani, "Platform Price Parity Clauses and Market Segmentation," *Journal of Economics & Management Strategy*, 31(3), 2022, pp. 609–637

- Jonathan B. Baker and Fiona Scott Morton, "Antitrust Enforcement Against Platform MFNs," *The Yale Law Journal*, 127(7), 2018, pp. 2176–2202

- José Ignacio Heresi, "Platform Price Parity Clauses and Consumer Obfuscation," *The Journal of Industrial Economics*, 71(1), 2023, pp. 291–322

- Justin P. Johnson, "The Agency Model and MFN Clauses," *The Review of Economic Studies*, 84(3), 2017, pp. 1151–1185

- Marc Bourreau and Germain Gaudin, "Streaming Platform and Strategic Recommendation Bias," *Journal of Economics & Management Strategy*, 31(1), 2022, pp. 25–47

- Masayoshi Maruyama and Yusuke Zennyo, "Platform Most-Favored-Customer Clauses and Investment Incentives," *Internal Journal of Industrial Organization*, 70, 2020

- Matthias Hunold et al., "Evaluation of Best Price Clauses in Online Hotel Bookings," *International Journal of Industrial Organization*, 61, 2018, pp. 542–571

- Matthias Hunold, Reinhold Kesler, and Ulrich Laitenberger, "Rankings of Online Travel Agents, Channel Pricing, and Consumer Protection," *Marketing Science*, 39(1), 2020, pp. 92–116

- Oliver Hart and John Moore, "Property Rights and the Nature of the Firm," *Journal of Political Economy*, 98(6), 1990, pp. 1119–1158

- Oliver Hart and John Moore, "Incomplete Contracts and Ownership: Some New Thoughts," *American Economic Review*, 97(2), 2007, pp. 182–186

- Øystein Foros, Hans Jarle Kind, and Greg Shaffer, "Apple's Agency Model and the Role of Most-Favored-Nation Clauses," *The RAND Journal of Economics*, 48(3), 2017, pp. 673–703

- Paolo Buccirossi, "Parity Clauses: Economic Incentives, Theories of Harm and Efficiency Justifications," *Competition Law & Policy Debate*, 1(3), 2015, pp. 53–64

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

- Pinar Akman, "A Competition Law Assessment of Platform Most-Favored-Customer Clauses," *Journal of Competition Law & Economics*, 12(4), 2016, pp. 781–833

- Pinar Akman & D. Daniel Sokol, "Online RPM and MFN Under Antitrust Law and Economics," *Review of Industrial Organization*, 50, 2017, pp. 133–151

- Renato Gomes and Andrea Mantovani, "Regulating Platform Fees Under Price Parity," *Journal of the European Economic Association*, 23(1), 2025, pp. 190–235

- Sean Ennis, Marc Ivaldi, and Vicente Lagos, "Price-Parity Clauses for Hotel Room Booking: Empirical Evidence from Regulatory Change," *The Journal of Law and Economics*, 66(2), 2023, pp. 309–331

- Susan Athey and Fiona Scott Morton, "Platform Annexation," *Antitrust Law Journal*, 84(3), 2022, pp. 677–703

## Books and Book Chapters

- Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (Harlow, Essex: Pearson Education Limited, 2015)

- Jean Tirole, *The Theory of Industrial Organization*, (Cambridge, M.A.: MIT Press, 1988)

- Jeffrey M. Perloff, *Microeconomics*, Seventh Edition, (Boston, M.A.: Pearson Education, Inc., 2015)

- Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach*, Fourth Edition, (Mason, OH: Southern-Western Cengage Learning, 2009)

- Margherita Colangelo, "Competition Law and Most Favoured Nation Clauses in Online Markets," in *New Developments in Competition Law and Economics*, ed. Klaus Mathis and Avishalom Tor (Switzerland AG: Springer International Publishing, 2019)

- Mark Armstrong and David Sappington, "Recent Developments in the Theory of Regulation," in *Handbook of Industrial Organization*, ed. M. Armstrong and R. Porter (North Holland: Elsevier, 2007)

- Paul Milgrom and John Roberts, *Economics, Organization & Management*, (Upper Saddle River, N.J.: Prentice Hall, Inc., 1992)

- Peter Davis and Eliana Garcés, *Quantitative Techniques for Competition and Antitrust Analysis*, (Princeton, NJ: Princeton University Press, 2010)

## Guidelines and Industry Reports

- Matthew Ball, "The State of Video Gaming in 2025," *Epyllion*, v. 1/20/25, April 3, 2025, available at https://www.matthewball.co/all/stateofvideogaming2025

- Newzoo, "The PC & Console Gaming Report," 2025

- U.S. Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," August 19, 2010, available at https://www.justice.gov/atr/file/810276/dl

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

- U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023

## Data Sources

- Newzoo
- SteamDB

## Depositions

- Deposition of ███████████████████████████████, January 29, 2024
- Deposition of Jeffrey Rosen (Wolfire LLC), November 17, 2023
- Deposition of ████████████████████████ January 29, 2024

## Expert Reports

- Class Certification Expert Report of Lesley Chiou, Ph.D., May 17, 2024
- Expert Report of Ashley Langer, Ph.D., March 26, 2025, with backup materials
- Expert Report of Gautam Gowrisankaran, Ph.D., January 27, 2025
- Expert Rebuttal Report of Professor Joost Rietveld, March 26, 2025
- Expert Report of Professor Joost Rietveld, February 8, 2024
- Expert Report of Professor Joost Rietveld, January 27, 2025
- Merits Expert Report of Lesley Chiou, Ph.D., March 26, 2025
- Opening Merits Expert Report of Steven Schwartz, Ph.D., January 27, 2025, with backup materials
- Rebuttal Merits Expert Report of Gautam Gowrisankaran, Ph.D., March 26, 2025
- Rebuttal Merits Expert Report of Steven Schwartz, Ph.D., March 26, 2025

## Legal Documents

- Consolidated Second Amended Class Action Complaint, *In Re: Valve Antitrust Litigation*, March 23, 2023
- Order, *In Re: Valve Antitrust Litigation*, November 26, 2024

## Produced Documents

- ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

- Email chain from Tom Giardino to ███████████████████
  ████████," October 27, 2021, VALVE_ANT_1200520–522
- Valve Document, "31.49$ for this shit?" July 3, 2018, VALVE_ANT_1998233
- Valve Document, "Refund Help - Steam," August 30, 2017, VALVE_ANT_2587090
- Valve Document, "Steam vs Epic Games launcher?" July 16, 2022, VALVE_ANT_2251640–723
- Valve Internal Document, "Steam Store Updates Helping Customers Find Games," VALVE_ANT_0054520–24
- Valve Internal Document "Valve Corporation Steam Distribution Agreement - Online Version," VALVE_ANT_0000008–15
- ███████████████████████████████████████
  ███████████████████
- ████████████████████████████," June 2012, VALVE_ANT_0892779

## Images / Screenshots

- Chuck Osborn, "Downloading the Future," PC Gamer, Volume 13, Number 12, Issue 155, December 2006, available at https://archive.gamehistory.org/item/ec20ef30-066c-403c-a92d-f3b43b9df8cf
- Cooper Thomas, "Download-wary," PC Gamer, Volume 13, Number 2, Issue 146, February 2006, available at https://archive.gamehistory.org/item/01232a50-71e1-4841-be55-d4bc9c9ab04c
- Humble Bundle , "id & Friends Game Bundle," available at https://www.humblebundle.com/games/id-and-friends, accessed on April 25, 2025

## Websites / Online Content

- Alden Kroll, "Steam Discovery 2.0 analysis: Valve shares latest metrics," *Game Developer*, February 7, 2017, available at https://www.gamedeveloper.com/business/steam-discovery-2-0-analysis-valve-shares-latest-metrics, accessed on April 15, 2025
- Alfredo Robelo, "The 5 Best Ways to Get Free Games," *TheGamer*, August 1, 2024, available at https://www.thegamer.com/best-ways-get-free-games/, accessed on March 22, 2025
- Alice Jovanée, "Get Disco Elysium and five other dice-rolling titles for just $13 at Humble," *Polygon*, March 31, 2025, available at https://www.polygon.com/good-deals/549948/dice-destiny-disco-elysium-citizen-sleeper-humble-bundle-sale, accessed on April 11, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

- Alice Jovanée, "Get dozens of Delta Green's Ennie-award winning stories for just $25," *Polygon*, April 1, 2025, available at https://www.polygon.com/good-deals/550686/delta-green-humble-bundle-sale, accessed on April 11, 2025

- Alice Jovanée, "Support trans rights with this bundle of more than 400 indie TTRPGs for $5," *Polygon*, April 2, 2025, available at https://www.polygon.com/tabletop-games/551768/support-trans-rights-ohio-ttrpg-bundle-sale, accessed on April 11, 2025

- Alice Jovanée, "The Last of Us Part 2 Remastered for PC is already on sale," *Polygon*, April 1, 2025, available at https://www.polygon.com/good-deals/550557/the-last-of-us-part-2-remastered-pc-pre-order-sale, accessed on April 11, 2025

- Alissa McAloon, "Valve's Greenlight replacement, Steam Direct, launches today," *Game Developer*, June 12, 2017, available at https://www.gamedeveloper.com/business/valve-s-greenlight-replacement-steam-direct-launches-today, accessed on March 5, 2025

- Andrew Webster, "Twitch's game store is now open for business," *The Verge*, April 4, 2017, available at https://www.theverge.com/2017/4/4/15086772/twitch-game-store-launch, accessed on April 23, 2025

- Association of Certified Gaming Compliance Specialists, "Social Media Influencers and Responsible Gaming: Navigating a New Frontier," available at https://www.acgcs.org/articles/social-media-influencers-and-responsible-gaming-navigating-a-new-frontier, accessed on April 8, 2025

- Augmented Steam, "Improved browsing and shopping experience for Steam," available at https://augmentedsteam.com, accessed on April 21, 2025

- Austen Goslin, "Early access changed everything about games," *Polygon*, November 13, 2019, available at https://www.polygon.com/2019/11/13/20961896/decade-of-early-access-minecraft-star-citizen-fortnite, accessed on April 15, 2025

- Bill Loguidice, "Overgrowth is now an early unlock for March's Humble Monthly!" *Armchair Arcade*, February 23, 2018, available at https://armchairarcade.com/perspectives/2018/02/23/overgrowth-now-early-unlock-marchs-humble-monthly/, accessed on April 18, 2025

- Christopher Dring, "Steam's Discovery 2.0 has seen 46% more games showcased on the homepage," *GamesIndustry.biz*, February 9, 2017, available at https://www.gamesindustry.biz/steams-discovery-2-0-has-seen-46-percent-more-games-showcased-on-the-homepage, accessed on April 22, 2025

- Christopher Dring, "The number of video game articles dropped by over 100,000 in Q1," *The Game Business*, April 24, 2025, available at https://www.thegamebusiness.com/p/the-number-of-video-game-articles, accessed on April 25, 2025

- Dark Catt Studios, "Djinni and Thaco: Trial by Spire," available at https://djinniandthaco.darkcatt.com/, accessed on April 21, 2025

- Dave Bradley, "New titles are fighting harder for player attention in 2025: Newzoo report," *PC Games Insider*, March 20, 2025, available at

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

https://www.pcgamesinsider.biz/feature/75052/newzoo-reports-on-the-state-of-pc-gaming-at-gdc-2025/, accessed on April 15, 2025

- Dylan Whitehall, "10 Best Open-World Games That Left Steam Early Access, Ranked," *GameRant*, March 14, 2025, available at https://gamerant.com/best-open-world-games-left-steam-early-access/, accessed on April 19, 2025

- Fraser Brown, "Steam sale dates: When is the next Steam sale?" *PC Gamer*, March 20, 2025, available at https://www.pcgamer.com/steam-sale-dates/, accessed on April 10, 2025

- Graham Smith, "Steam Greenlight announced, will let gamers vote indie games on to Steam," *PC Gamer*, July 9, 2012, available at https://www.pcgamer.com/steam-greenlight-announced-lets-gamers-vote-indie-games-on-to-steam/, accessed on January 23, 2025

- Humble Bundle, "This was the March 2018 Humble Monthly Bundle," available at https://www.humblebundle.com/monthly/p/march_2018_monthly, accessed on April 18, 2025

- Indiegala, "Browse games," available at https://www.indiegala.com/games/all, accessed on April 23, 2025

- Indiegala, "Yakuza: Like a Dragon Legendary Hero Edition," available at https://www.indiegala.com/store/game/yakuza-like-a-dragon-legendary-hero-edition/1235140_legendary_m, accessed on April 23, 2025

- IsThereAnyDeal, "Days Gone," available at https://isthereanydeal.com/game/days-gone/history/, accessed on April 25, 2025

- IsThereAnyDeal, "HELLDIVERS™ Digital Deluxe Edition," available at https://isthereanydeal.com/game/helldivers-digital-deluxe-edition/history, accessed on April 25, 2025

- IsThereAnyDeal, "Horizon Zero Dawn™ Complete Edition," available at https://isthereanydeal.com/game/horizon-zero-dawn-complete-edition/history, accessed on April 25, 2025

- IsThereAnyDeal, "Overgrowth – History," available at https://isthereanydeal.com/game/overgrowth/history/, accessed on April 18, 2025

- James Archer, "'The community continues to blow our minds': Valve talk the Steam Deck, one year on," *Rock Paper Shotgun*, March 7, 2023, available at https://www.rockpapershotgun.com/the-community-continues-to-blow-our-minds-valve-talk-the-steam-deck-one-year-on, accessed on April 20, 2025

- Jason Cohen, "7 Easy Ways to Save Money on Video Games," *PCMag*, June 21, 2021, available at https://www.pcmag.com/how-to/play-video-games-without-going-broke, accessed on April 15, 2025

- Jay Peters, "Google is bringing a lot more Android games to PCs," *The Verge*, March 13, 2025, available at https://www.theverge.com/news/628323/google-play-games-android-mobile, accessed on April 23, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

- Jay Peters, "Steam's improved family sharing is out now for everyone," *The Verge*, September 11, 2024, available at: https://www.theverge.com/2024/9/11/24242377/valve-steam-improvedfamily-sharing-out-now, accessed on January 21, 2025

- Jeremy Laukkonen, "Steam Sign-Up: How It Works," *Lifewire*, September 28, 2023, available at https://www.lifewire.com/what-is-steam-4177380, accessed on April 19, 2025

- Joshua Wolens, "Steam now warns you if that early access game you're eyeing up has been abandoned by its devs," *PC Gamer*, February 5, 2025, available at https://www.pcgamer.com/software/platforms/steam-now-warns-you-if-that-early-access-game-youre-eyeing-up-has-been-abandoned-by-its-devs/, accessed on April 22, 2025

- Kyle Orland, "Steam's 'price parity rule' isn't wreaking havoc on game prices," *Ars Technica*, May 13, 2021, available at https://arstechnica.com/gaming/2021/05/why-lower-platform-fees-dont-lead-to-lower-prices-on-the-epic-games-store/, accessed on December 8, 2023

- Rory Young, "Valve Introduces Steam Playtest Feature for Early Game Testing," *Game Rant*, November 7, 2020, available at https://gamerant.com/valve-steam-playtest-feature-november-2020/, accessed on April 22, 2025

- Steam, "Assassin's Creed Shadows," available at https://store.steampowered.com/app/3159330/Assassins_Creed_Shadows/, accessed on April 11, 2025

- Steam, "Data Deep Dive: How are new releases on Steam performing?" April 7, 2020, available at https://steamcommunity.com/groups/steamworks/announcements/detail/2117195691992645419, accessed on April 23, 2025

- Steam, "Introducing Steam Remote Play Together," October 21, 2019, available at https://steamcommunity.com/games/593110/announcements/detail/3032537193879549687?snr=1_2108_group__2107, accessed on January 22, 2025

- Steam, "Steam Opens Early Access," March 20, 2013, available at https://store.steampowered.com/oldnews/10189, accessed on April 30, 2024

- Steam, "Store Discovery Update," September 12, 2019, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1591381408652851752, accessed on April 15, 2025

- Steam, "Steam Year In Review 2024," March 13, 2025, available at https://steamcommunity.com/groups/steamworks/announcements/detail/751641001553035272, accessed on March 17, 2025

- Steam, "The Steam Store: Our Philosophy and Next Steps," May 8, 2017, available at https://steamcommunity.com/games/593110/announcements/detail/130194839925757707760, accessed on April 24, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D.

- Steam "Welcome to Steam," March 12, 2022, available at https://web.archive.org/web/20220312064755/https://store.steampowered.com/, accessed on April 18, 2025

- Steam, "Welcome to Steam," September 18, 2022, available at https://web.archive.org/web/20220918130031/https://store.steampowered.com/, accessed on April 23, 2025

- Steam, "Welcome to Steam Labs," available at https://store.steampowered.com/labs/, accessed on January 24, 2025

- SteamDB, "Steam Store Takeover Banner History," available at https://steamdb.info/sales/takeovers/, accessed on April 30, 2025

- Steamworks, "Steam Playtest," available at https://partner.steamgames.com/doc/features/playtest, accessed on April 22, 2025

- Steamworks, "Visibility on Steam," available at https://partner.steamgames.com/doc/marketing/visibility, accessed on April 8, 2025

- Toussaint Egan and Tyler Colp, "10 Great Steam Spring Sale Games to Grab at a Discount," *Polygon*, March 14, 2025, available at https://www.polygon.com/what-to-play/537879/steam-spring-sale-2025-best-games-death-stranding-directors-cut-neon-white-sifu, accessed on March 14, 2025

- Tyler Wilde, "Epic launches self-publishing tools, calls out Valve again: 'Steam has created a real problem for the industry,'" PC Gamer, March 9, 2023, available at https://www.pcgamer.com/epic-games-store-self-publishing/, accessed on March 5, 2025

- Zukalous, "Steam Next Fest Feb 2025," *How to Market a Game*, March 4, 2025, available at https://howtomarketagame.com/2025/03/04/steam-next-fest-feb-2025/, accessed on April 25, 2025

**Note: In addition to the documents on this list, I considered all documents cited in my report and my exhibits to form my opinions.**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY