# EXHIBIT 2
# Report Part 1
# (Dkt No. 450.02 & 454.02)

# REDACTED



SECRETARIAT ADVISORS, LLC
858.876.9101
secretariat-intl.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **IN RE: VALVE ANTITRUST LITIGATION** | Case No. 2:21-cv-00563-JNW <br><br> **OPENING MERITS EXPERT REPORT OF** <br> Steven Schwartz, Ph.D. |

Steven Schwartz, Ph.D.

January 27, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Summary of Contents

1.    Introduction ........................................................................................................... 1

2.    Summary of Conclusions ................................................................................... 5

3.    Background ............................................................................................................ 6

4.    Relevant Market Definition and Monopoly Power ................................... 31

5.    Valve's Maintenance of Monopoly Power .................................................. 97

6.    Anticompetitive Effects of Valve's Monopoly Power .............................. 145

7.    Economic Assessment of Class-Wide Impact ............................................ 172

8.    Economic Quantification of Class-Wide Damages ................................... 222

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Table of Contents

1.  Introduction ......................................................................................................1
   1.1.  Credentials .................................................................................................1
   1.2.  Nature of engagement and assignment.................................................1
   1.3.  Overview of materials relied upon ..........................................................3
2.  Summary of Conclusions ...............................................................................5
3.  Background ......................................................................................................6
   3.1.  Overview ....................................................................................................6
   3.2.  Video games .............................................................................................6
      3.2.1.  History and overview of video game industry .................................7
      3.2.2.  PC gaming distribution.....................................................................8
      3.2.3.  PC game developers and publishers.............................................12
   3.3.  Valve's Steam platform .........................................................................16
      3.3.1.  Overview.........................................................................................16
      3.3.2.  Steam Wallet..................................................................................22
      3.3.3.  Marketing benefits .........................................................................23
      3.3.4.  Valve's commission system on Steam ..........................................25
      3.3.5.  Steam Keys ....................................................................................27
4.  Relevant Market Definition and Monopoly Power.........................................31
   4.1.  Defining the relevant market.................................................................31
      4.1.1.  Overview.........................................................................................31
      4.1.2.  Reference product and candidate market .....................................36
      4.1.3.  Considerations of potentially substitutable products in the relevant market ......42
      4.1.4.  Relevant geographic market...........................................................79
   4.2.  Economic assessment of monopoly power ..........................................80
      4.2.1.  Measurement of monopoly power in the relevant market.............80
      4.2.2.  Valve's supracompetitive commission rate is direct evidence of monopoly power........................................................................................83
      4.2.3.  Valve's high and sustained market share over time is economic evidence of monopoly power........................................................................84
      4.2.4.  Valve's high and sustained profitability over time is economic evidence of monopoly power........................................................................87
5.  Valve's Maintenance of Monopoly Power .....................................................97
   5.1.  Valve's PMFN Policy..............................................................................97
      5.1.1.  What is a PMFN?............................................................................98
      5.1.2.  Valve's PMFN Policy.....................................................................101
      5.1.3.  Valve's PMFN Policy is a barrier to entry.....................................108

5.2.     Enforcement of the PMFN Policy ................................................................................ 109
    5.2.1.     Valve's early enforcement of the PMFN Policy ................................................ 109
    5.2.2.     Valve's continued enforcement of the PMFN Policy ..................................... 117
    5.2.3.     Selective and targeted enforcement of the PMFN Policy leads to substantial compliance with the PMFN Policy ...................................................................... 126
    5.2.4.     Valve's PMFN Policy does not benefit consumers ......................................... 130
5.3.     Empirical analysis relating to Valve's PMFN enforcement .................................. 132
    5.3.1.     Enforcement involving platform-owning publishers ...................................... 134
    5.3.2.     Enforcement involving small publishers ........................................................... 143
6.     Anticompetitive Effects of Valve's Monopoly Power ..................................................... 145
6.1.     Valve's supracompetitive commission rate to publishers ..................................... 145
6.2.     Harm to ability of entrants to effectively compete ................................................ 149
6.3.     Reduction in variety, quality, and innovation ......................................................... 160
    6.3.1.     Reduction in platform variety and quality ....................................................... 161
    6.3.2.     Reduction in PC desktop game variety ............................................................. 167
    6.3.3.     Lack of innovation on Steam ............................................................................... 169
7.     Economic Assessment of Class-Wide Impact .................................................................. 172
7.1.     Overview ........................................................................................................................ 172
7.2.     Platform Competition Model approach ..................................................................... 173
    7.2.1.     Platform Competition Model .............................................................................. 177
    7.2.2.     PMFNs increase fees by decreasing elasticity of demand .............................. 180
    7.2.3.     Steam's PMFN deters entry ................................................................................ 183
    7.2.4.     Numeric analysis ................................................................................................... 188
    7.2.5.     Model discussion .................................................................................................. 195
7.3.     Yardstick approach ....................................................................................................... 203
    7.3.1.     Identification of benchmarks .............................................................................. 205
    7.3.2.     But-for take rate .................................................................................................... 209
7.4.     Empirical approach ....................................................................................................... 211
7.5.     Assessment of impact .................................................................................................. 220
8.     Economic Quantification of Class-Wide Damages ......................................................... 222
8.1.     Overview ........................................................................................................................ 222
8.2.     The Landes and Posner (1981) model ........................................................................ 226
8.3.     Estimation of the but-for price ................................................................................... 229
    8.3.1.     Steam's real-world Lerner Index ........................................................................ 229
    8.3.2.     Linear demand modeling ..................................................................................... 231
    8.3.3.     Parallel shift in Steam demand ........................................................................... 233
    8.3.4.     But-for market share ............................................................................................ 235
    8.3.5.     But-for commission rate ...................................................................................... 241
8.4.     Pass-through .................................................................................................................. 242

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

8.4.1.   Overview.................................................................................................242

8.4.2.   Empirical estimate ...............................................................................244

8.4.3.   Robustness.............................................................................................250

8.5.   Overcharge and damages ...........................................................................254

8.5.1.   Overcharge and damages are calculated formulaically to estimate individual class member damages..........................................254

8.5.2.   Estimation of overcharge....................................................................256

8.5.3.   Estimation of damages.........................................................................257

8.5.4.   Damages are conservative and robust................................................257

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Table of Appendices

Section A          PMFN Enforcement Appendix

A.1                Platform-Owning Publishers

A.2                Small Publishers


Section B          Data Processing Appendix

B.1                Valve Productions


Section C          Economic Theory Appendix

C.1                Boik and Corts Analysis Details

C.2                Analytic Approach Algebraic Details

C.3                Boik and Corts Modification to Analytic Approach

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Table of Attachments

Section A          Expert Materials

Attachment A-1     Curriculum Vitae of Steven Schwartz, Ph.D.

Attachment A-2     Materials Considered


Section B          Relevant Market Definition

Attachment B-1     Third-Party Digital PC Game Distribution Platforms


Section C          ██████████ SDAs

Attachment C-1     Valve's ███████ Steam Distribution Agreements (SDAs)


Section D          Valve Financials

Attachment D-1     Steam P&Ls as produced by Valve, 2003–2021

Attachment D-2     Adjustments to Steam P&L for Contributors Payments

Attachment D-3     Adjusted Steam P&Ls Based on Commissions, 2003–2021

Attachment D-4     Admin Expense Allocation, 2003–2021

Attachment D-5     Adjusted Steam P&Ls Based on Commissions with Allocated Admin Expenses, 2003–2021

Attachment D-6     Adjusted Valve Profit Margins and Commission by Year, 2009–2021

Attachment D-7     Steam's Costs per Transaction Revenues, 2017–2021

Attachment D-8     Valve Employee Counts (2017–2021)


Section E          Real-World Market Share

Attachment E-1     Steam Market Share – Total Third-Party Transaction Value, 2017–2021

Attachment E-2     Epic P&L, 2017–2022

Attachment E-3     Third-Party Humble GMV Data, 2012–2023

Attachment E-4     Target Digital PC Sales Data, 2017–2023

Attachment E-5     Best Buy Sales Data

Attachment E-6     GOG.com Revenue, 2017–2021

Attachment E-7     Third-Party PC Market Share Data for Select Participants, 2018–2019

Attachment E-8     Microsoft PC Third-Party Revenue, 2017–2021

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

| Section F | Survey Data |
| --- | --- |
| Attachment F-1 | Developer Steam Survey |

| Section G | Transaction Data Output |
| --- | --- |
| Attachment G-1 | Annual Count of Paid and Free Games as Identified in Valve Transaction Data, 2005–2024 |
| Attachment G-2 | Count of Annual Game Releases in Valve Transaction Data, 2004–2024 |
| Attachment G-3 | Publisher Share of Steam Revenues, January 2008–December 2012 |
| Attachment G-4 | Top 10 Transaction Prices on Steam, January 28, 2017–November 30, 2024 |
| Attachment G-5 | Revenue and Overcharges for Global Publishers |
| Attachment G-6 | Estimated Damages for Class |

| Section H | Alleged PMFN Enforcement |
| --- | --- |
| Attachment H-1 | Produced Documents Consistent with Plaintiffs' Allegations of Valve's Alleged PMFN (2007–2022) |

| Section I | Focal Point Pricing |
| --- | --- |
| Attachment I-1 | Top 25 Base Prices by Revenue (2018–2024) |
| Attachment I-2 | U.S. Revenues Associated with Base Prices in Pass-Through Analysis (2018–2024) |
| Attachment I-3 | U.S. Revenues Associated with Sale Prices in Pass-Through Analysis (2018–2024) |
| Attachment I-4 | Summary of Focal Point Pricing for Games in Pass-Through Analysis Sample |

| Section J | PMFN Enforcement – ████████ |
| --- | --- |
| Attachment J-1 | ████████████████████ Pricing Activity |
| Attachment J-2 | ████████████████ Pricing Activity |
| Attachment J-3 | ██████████ Pricing Activity |
| Attachment J-4 | ███████████████ Pricing Activity |
| Attachment J-5 | ███████ Pricing Activity |
| Attachment J-6 | ██████████████████ Pricing Activity |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Attachment J-7 ██████████████ Pricing Activity

Attachment J-8 ████████████████ Pricing Activity

Attachment J-9 ████████ Pricing Activity


Section K          PMFN Enforcement – ██████

Attachment K-1 ████████████████ Pricing Activity

Attachment K-2 ██████████ Pricing Activity

Attachment K-3 ██████████████████████ Pricing Activity

Attachment K-4 ██████████ Pricing Activity

Attachment K-5 ██████████████ Pricing Activity

Attachment K-6 ████████████████ Pricing Activity

Attachment K-7 ████████████████ Pricing Activity

Attachment K-8 ████████████████ Pricing Activity

Attachment K-9 ████████ Pricing Activity

Attachment K-10 ████████ Pricing Activity

Attachment K-11 ████████ Pricing Activity


Section L          PMFN Enforcement – ███.

Attachment L-1 ████████ Pricing Activity

Attachment L-2 ████████████████. Pricing Activity

Attachment L-3 ██████████████████ Pricing Activity

Attachment L-4 ██████████████ Pricing Activity

Attachment L-5 ██████████. Pricing Activity

Attachment L-6 ████████████████████ Pricing Activity

Attachment L-7 ████████████ Pricing Activity

Attachment L-8 ██████████. Pricing Activity

Attachment L-9 ██████████████ Pricing Activity


Section M          PMFN Enforcement – █████

Attachment M-1 ████████████████ Pricing Activity

Attachment M-2 ████████████████████████ Pricing Activity

Attachment M-3 ██████████████████ Pricing Activity

Attachment M-4          ██████████████ Pricing Activity


Section N                PMFN Enforcement – Small Publishers
Attachment N-1           ████████████ Pricing Activity
Attachment N-2           ██████████████ Pricing Activity
Attachment N-3           ████████████████████ Pricing Activity
Attachment N-4           ███████████ Pricing Activity
Attachment N-5           ██████. Pricing Activity
Attachment N-6           █████████. Pricing Activity
Attachment N-7           ██████. Pricing Activity
Attachment N-8           ████████. Pricing Activity
Attachment N-9           █████████████. Pricing Activity
Attachment N-10          █████████. Pricing Activity
Attachment N-11          ██████████████. Pricing Activity
Attachment N-12          ████████ Pricing Activity
Attachment N-13          ██████████████ Pricing Activity
Attachment N-14          ███████████████. Pricing Activity
Attachment N-15          █████████████████ Pricing Activity
Attachment N-16          ███████████ Pricing Activity


Section X                Data
Attachment X-1           Humble Sales Data, 2010–2023
Attachment X-2           Best Buy Summary Sales Data, 2003–2023
Attachment X-3           Target Sales Data, 2017–2021
Attachment X-4           Microsoft Gaming Content Sales–U.S., 2017–2023
Attachment X-5           Microsoft Gaming Content Sales–R.O.W., 2017–2023
Attachment X-6           Employee Headcount and Gross Pay Data, 2003–2021

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# 1. Introduction

## 1.1. Credentials

(1) I am an economist and Managing Director at Secretariat Advisors ("Secretariat"),[1] based in Dallas, TX. Until December 31, 2020, I was an economist and Vice President with Charles River Associates, Inc. ("CRAI"); I joined CRAI in June 2015. Prior to my employment at CRAI, I was a Managing Director and head of the economics practice with Alvarez & Marsal Global Forensics and Disputes ("A&M-GFD"), based in New York, NY. I was employed by A&M-GFD from December 2011 until June 2015. Before joining A&M-GFD, I was an economist and Senior Vice President (final title) with NERA Economic Consulting ("NERA"), based in White Plains, NY. I began working at NERA in July 1984.

(2) I received my Bachelor's Degree from Wesleyan University (Middletown, CT) in 1976. I graduated *cum laude* and with Departmental Honors in Economics. I earned my M.A. and Ph.D. degrees in Economics from the University of Maryland (College Park, MD) in 1978 and 1980, respectively. After I completed my graduate studies, I served as a member of the economics faculty at Miami University (Oxford, OH) from 1980–1984. My complete educational and employment history is set forth in my CV, attached to this report as Attachment A-1. My CV contains a list of all publications I have authored in the past 10 years and a list of all cases in which, during the past 4 years, I have testified as an expert at trial or by deposition.

## 1.2. Nature of engagement and assignment

(3) Secretariat has been retained by Plaintiffs' Counsel on behalf of Wolfire Games, LLC ("Wolfire"), Dark Catt Studios Holdings, Inc. ("DCS Holdings"), Dark Catt Studios Interactive LLC ("DCS Interactive") (together with DCS Holdings, "Dark Catt"), and a class of Plaintiffs (together, "Plaintiffs") in the above-captioned litigation against Valve Corporation ("Valve"). The class is defined as follows:[2]

> All persons or entities who, directly or through an agent, paid a commission to Valve in connection with the sale or use of a game on the Steam platform on or

---

[1] I was previously employed by Intensity, LLC ("Intensity"). On February 1, 2023, Intensity was acquired by Secretariat International and began operating as Intensity, a Secretariat Company. On January 1, 2024, my employment was transferred to Secretariat Advisors.

[2] Order, 11/25/2024, at 26.

---

after January 28, 2017, and continuing through the present until the effects of its scheme are eliminated (the "Class Period"), and where either (1) the person or entity was based in the United States and its territories or (2) the game was purchased or acquired by a United States-based consumer during the Class Period. Excluded from the Class are (a) Defendant, its parents, subsidiaries, affiliate entities, and employees, and (b) the Court and its personnel.

(4)   The class members in this case are those who have directly paid commissions (referred to by Valve as "revenue share"[3]) to Valve between (and inclusive of) January 28, 2017 and November 25, 2024.[4] In many cases, these are game publishers. Game publishers support game developers by providing funding for game developers to bring creative visions to life, distributing developed games on platforms like Steam and Epic Games Store, and assisting in developing strategies for monetization of games through downloadable content and microtransactions.[5] Game developers are persons or organizations that create a game's storyline and look, while "programmers within the organization write the code and create the artwork to implement the developer's vision behind the game."[6] Sometimes, a single entity assumes both the game publisher and developer roles.[7]

(5)   Assuming the existence of the PMFN Policy as alleged by Plaintiffs, I was asked to evaluate and, if called upon, to testify concerning the following issues:

- What is the relevant antitrust market and what is Valve's market power in that relevant market?

- Has there been class-wide impact from Valve's conduct on class members?

---

[3]   See, for example:

NC Interactive, Steam Distribution Agreement with Valve, 5/1/2020 (NCI_Valve_0001245–61, at NCI_Valve_0001251). (See Section 6 of the Agreement.)

Valve, "Valve Corporation Steam Distribution Agreement – Online Version," undated (VALVE_ANT_0000008–15, at VALVE_ANT_0000011), available at Erik Peterson, Dep. Tr., 11/15/2023, Exhibit 295. (See Section 6 of the Agreement.)

[4]   Order, 11/25/2024, at 26.

[5]   Polydin Studio, Unveiling the Roles of Game Developers and Publishers, 10/11/2023, https://polydin.com/game-developers-and-publishers/.

Microtransactions refer to small, one-off in-game purchases of items such as "upgrades, coins, or cosmetic enhancements." See:

Economics Online, "The Economics of Microtransactions," 8/3/2023, https://www.economicsonline.co.uk/definitions/the-rise-of-microtransactions-in-video-games.html/.

[6]   HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[7]   Consolidated Second Amended Class Action Complaint, 3/23/2023, ¶ 3. ("In the PC gaming industry, the 'developer' is typically the entity that creates the game while the entity that markets the game is typically referred to as the game 'publisher.' Sometimes a single company undertakes both of these functions.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- What are class-wide damages?

(6) I prepared and submitted several reports during the class certification phase of this litigation.[8] To the extent any analysis, information, and citations are not reflected in this report, they are incorporated by reference.

(7) On November 25, 2024, the Court granted Plaintiffs' motion for class certification.[9]

(8) Secretariat is currently being compensated at a rate of $1,100 per hour for my work in this matter. Prior to January 2024, Intensity was compensated at an hourly rate of $1,050. Secretariat is being compensated for time spent by others on my team at rates that are lower than my hourly rate. Secretariat's compensation is not dependent on either my conclusions, the substance of my testimony, or the outcome of this matter.

## 1.3.    Overview of materials relied upon

(9) In carrying out my assignment, I relied upon my education, professional background and experience and, as well, the documents and data cited throughout this report and the accompanying exhibits. In forming my opinions, I, and members of my team working under my supervision and direction reviewed documents and data produced by both parties in discovery, deposition testimony, and the expert reports, and written testimony.[10] I previously held discussions with employees at Wolfire and Dark Catt, who I understand are the class representatives. I have also relied upon documents and other materials, which are cited herein and/or listed in Attachment A-2.

(10) My analysis is ongoing, and my conclusions are based on information currently available to me. If any additional information or testimony—including from any of the experts in this matter—becomes available to me, I reserve the right to consider such information or testimony

---

[8]   Class Certification Expert Report of Steven Schwartz, Ph.D. ("Schwartz Opening Class Certification Report"), 2/8/2024.

I note that on March 21, 2024 I submitted a corrected version of my Opening Report along with errata. For purposes of my Reply Report, I incorporate those edits into my originally submitted report and reference my February 8, 2024 submission throughout. See: Corrected Class Certification Expert Report of Steven Schwartz, Ph.D., 3/21/2024.

Reply Class Certification Expert Report of Steven Schwartz, Ph.D. ("Schwartz Reply Class Certification Report"), 7/12/2024.

Surreply Class Certification Expert Report of Steven Schwartz, Ph.D. ("Schwartz Surreply Class Certification Report"), 9/9/2024.

[9]   Order, 11/25/2024, at 26. ("[T]he Court GRANTS Plaintiffs' motion for class certification.")

[10]  In the discussion that follows describing the analytical process or materials reviewed, references to "I" should be interpreted as referring to me and members of my team working under my supervision and direction.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

and to supplement this report and my opinions, as appropriate. I also reserve the right to supplement my report in light of any additional fact discovery, analysis and opinions set forth by other experts, and/or trial testimony, and to respond to other experts and the testimony of any fact witnesses. I note that Valve very recently produced nearly 40 gigabytes of supplemental data containing numerous tables, on January 15, 2025. Although I have incorporated that data throughout the report, my analysis of that data is ongoing and Valve's production—so close to the submission date of this report—has made incorporation more challenging. Finally, I understand that Valve will be producing updated profit and loss data but has not done so by the date of this report.[11] I reserve the right to incorporate that information in subsequent analyses.

(11) In addition, should I be asked to testify to my opinions at the trial of this matter, I reserve the right to prepare exhibits that summarize portions of my analysis and my opinions and to prepare demonstrative exhibits that help to explain elements of my analysis and opinions. I have not yet selected any exhibits I may ultimately use. In addition, I reserve the right to use animations, demonstratives, enlargements of actual attachments, and other information in order to convey my opinions.

(12) The entirety of my report, including attachments and materials relied upon, provides the basis for my analysis and conclusions. The organizational structure of the report is for convenience. To the extent that facts, economic analysis, and other considerations overlap, I generally discuss such issues only once for the sake of brevity. Neither the specific order in which each issue is addressed nor the organization of my report or attachments affects the ultimate outcome of my analysis.

---

[11] I understand that Valve's profit and loss data produced in this matter is not kept in such a form in the ordinary course of business.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 2.    Summary of Conclusions

(13)    In the report below, I present my analysis and conclusions.  A summary of some of my principal conclusions is set forth here.

a.  Plaintiffs allege that Valve's pricing and content policies function as a platform most favored nation policy ("PMFN Policy"), and I assume Plaintiffs' allegations of Valve's conduct to be true.  I have reviewed documents and testimony in the record that are consistent with Plaintiffs' allegations, making this assumption reasonable.  I also conduct an analysis on the effectiveness of the alleged policy, as described by Plaintiffs.  Valve enforces the PMFN Policy on both pricing and content, including by delisting titles from Steam that do not adhere to the PMFN Policy, and my analysis of the documents and testimony shows that the alleged policy is effective.

b.  The relevant antitrust market for purposes of my analysis is a worldwide market for third-party digital personal computer ("PC") game distribution via platforms.  This is a two-sided market.

c.  Valve has monopoly power in the relevant market, evidenced by its high and sustained market share, high and sustained profitability, and Valve-imposed barriers to entry to the market through the PMFN Policy, all of which allow Valve to charge a supracompetitive rate to publishers.

d.  Valve's exercise of its monopoly power—through its alleged enforcement of the PMFN Policy—harms competition in the market, by enabling Valve to deter entry and/or reduce the ability of potential platforms to compete, set and sustain supracompetitive prices, reduce output, and reduce variety, choice, and innovation in the market.  The degree and extent of Valve's PMFN Policy, monitoring, and enforcement efforts ensure that the alleged policy is effective at blunting competition from alternative PC game distribution platforms.

e.  Valve's exercise and maintenance of its monopoly power harms class members, *i.e.*, the publishers listing their games on Steam.

f.  Absent the PMFN Policy, vigorous competition would exist within the market, leading to lower, more competitive commission rates for all or virtually all class members.  This conclusion is supported by analyses based on several different analytical methods, including: (1) my Platform Competition Model; (2) my yardstick analysis; and (3) my empirical analysis.  My Landes and Posner model—used for damages—further confirms my conclusion that all or virtually all class members are harmed.

g.  Absent the PMFN Policy, the lower commission rates would result in publishers passing through some savings to consumers in the form of lower game prices.  Lower fees to publishers and lower prices to users result in a net lower price across the platform.

h.  Absent the PMFN Policy, the but-for commission rate would be 17.5%, resulting in class-wide damages of between $3.1 billion and $3.9 billion.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# 3.    Background

## 3.1.    Overview

(14)    In this section, I introduce several industry and market concepts that are relevant throughout my report.  I start with an overview of video games and then discuss the distribution of PC games—the type of video game most relevant to this case.  I also discuss Valve's Steam platform, which is at issue in this case, Valve's content and price parity policies on Steam as alleged by Plaintiffs (and consistent with record documents and testimony I have reviewed), and the effects of those parity policies on the class.

## 3.2.    Video games

(15)    A video game is an "electronic or computerized game" that displays images on a screen when the game is being played.[12]  Beside the visual display, video games use "other systems to provide interaction and information to the player[,]" including sound through speakers and vibration.[13]  Modern video games have a combination of "3D art, computer-generated effects, architecture, artificial intelligence (AI), sound effects, dramatic performances, music, storytelling, and, most importantly, interactivity."[14]  This interactivity enables video game players to explore a range of different environments such as "simulated reality" and "artistic expressions[.]"[15]  Video games are played on PCs, mobile devices, hand-held devices, such as the Nintendo Switch Lite, Sony's PlayStation Portal, Steam Deck, and consoles, including Sony's PlayStation and Microsoft's Xbox.[16]

---

[12]    Encyclopedia.com, Video Game, https://www.encyclopedia.com/education/culture-magazines/video-game (accessed 1/21/2025).

[13]    New World Encyclopedia, Video Game, https://www.newworldencyclopedia.org/entry/Video_game (accessed 1/21/2025).

[14]    New World Encyclopedia, Video Game, https://www.newworldencyclopedia.org/entry/Video_game (accessed 1/21/2025).

[15]    New World Encyclopedia, Video Game, https://www.newworldencyclopedia.org/entry/Video_game (accessed 1/21/2025).

[16]    Encyclopedia.com, Video Game, https://www.encyclopedia.com/education/culture-magazines/video-game (accessed 1/21/2025).

Games Industry.Biz, "The State of Mobile Game Development," 11/28/2012, https://www.gamesindustry.biz/the-state-of-mobile-game-development.

Nintendo, Nintendo Switch Lite, https://www.nintendo.com/us/store/products/nintendo-switch-lite-turquoise/ (accessed 1/21/2025).

PlayStation, PlayStation Portal, https://www.playstation.com/en-us/accessories/playstation-portal-remote-player/ (accessed 1/21/2025).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(16)    Video games are categorized into genres based on "factors such as method of game play, types of goals, and more."[17]  Valve categorizes games on Steam as: Action, Adventure, Arcade, Card, Casual, Early Access, Free-to-play, Family, First-person shooter, Indie, Massively multiplayer online, Platformer, Puzzle, Role-playing game, Real-time strategy, Simulation, Sports, and Strategy.[18]

### 3.2.1.  History and overview of video game industry

(17)    There are several ways for users to play a video game.  PC gaming includes games that are designed for and played on PCs.[19]  These games typically cannot be played on other devices such as consoles and mobile devices unless the user purchases a second copy/version of the game that is compatible with the non-PC device.[20]  PC games are played on both laptop and desktop computers and on various operating systems (*e.g.*, Windows, MacOS, Linux).[21]

---

NY Times, "The Best Game Consoles," 11/22/2023, https://www.nytimes.com/wirecutter/reviews/best-game-consoles/.

Valve, Square Enix Visits Valve, 12/2022 (VALVE_ANT_1818380, at Slides 7,8).

[17]    New World Encyclopedia, Video Game, https://www.newworldencyclopedia.org/entry/Video_game (accessed 1/21/2025).

[18]    Valve, App Genre Data, c. 2023 (VALVE_ANT_2579263.xlsx).

F2P stands for free-to-play.  See: Techopedia, "What is Free-to-Play (F2P)?," 7/24/2024, https://www.techopedia.com/definition/27039/free-to-play-f2p.  ("Free-to-play (F2P) is a gaming model that allows a user to download and play without needing a subscription or having to buy it upfront.")

FPS stands for first-person shooter.  See: Techopedia, "First Person Shooter," 9/3/2024, https://www.techopedia.com/definition/241/first-person-shooter-fps.  ("First person shooter (FPS) is a type of shooter video game in which the player experiences the game through the eyes of the character they control.")

MMO stands for massively multiplayer online.  See:  Plarium, "What Is an MMO, What Is an MMORPG and the Difference Between Them," 12/22/2024, https://plarium.com/en/blog/difference-between-mmo-and-mmorpgs/.  ("An MMO is a 'Massively Multiplayer Online' game.")

RPG stands for Role-playing game.  See: TechTarget, Role-Playing Game (RPG), https://www.techtarget.com/whatis/definition/role-playing-game-RPG (accessed 1/21/2025).  ("A role-playing game (RPG) is a game in which each participant assumes the role of a character that can interact within the game's imaginary world.")

RTS stands for Real-time strategy.  See: Techopedia, "Real-Time Strategy," 9/9/2024, https://www.techopedia.com/definition/1923/real-time-strategy-rts.  ("A real-time strategy (RTS) game lets multiple players compete simultaneously as you gather resources, construct buildings, and pit armies against each other.")

[19]    CellularNews, "What is Personal Computer Game (PC Game)?," 9/21/2023, https://cellularnews.com/definitions/what-is-personal-computer-game-pc-game/.  ("A Personal Computer Game, commonly known as a PC Game, refers to a video game that is played on a personal computer.")

[20]    Note that certain game distribution methods may allow a game to be played on a console and a PC.  See, for example:

Xbox, Xbox Play Anywhere, https://www.xbox.com/en-US/games/xbox-play-anywhere (accessed 1/21/2025).

[21]    Yahoo Finance, "Global PC Games Market Size Analysis, Share Revenue Estimated to Grow at a CAGR of 1.21%," 6/29/2023, https://finance.yahoo.com/news/global-pc-games-market-size-124000948.html. ("A personal computer game or PC game is a form of video game that is to be played on a personal desktop or a laptop.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

### 3.2.2. PC gaming distribution

(18) Initially, PC games were distributed using physical media, such as floppy disks or CD-ROMs.[22] Physical PC games were especially popular in the mid to late-1990s.[23] Released in 1994, *Myst* was the first CD-ROM game to sell in excess of one million copies and has been credited with driving the adoption of CD-ROMs as a gaming medium.[24] Relative to all physical video game software sales across console and PC, physical PC game sales have declined significantly as a proportion of total physical sales since 1996, falling from 41% to just 6% in 2016.[25]

(19) Today, digital distribution dominates the PC game market.[26] In 2014, DFC Intelligence, a market research company, reported that, globally, approximately 92% of PC games sold were distributed digitally.[27] In 2020, 98% of total sales revenue for the global PC gaming industry came from digital PC game sales.[28] Data from PwC show that in the U.S. PC game market,

---

RoyalCDKeys, "The Best Operating System for Gaming PC," 10/10/2022, https://royalcdkeys.com/en-us/blogs/news/the-best-operating-system-for-gaming-pc. ("Besides all the choices you have to make while choosing a gaming PC, the operating system is surely of great importance." "Of the options, three different Operating Systems are, by far, the most used. They are Microsoft Windows, Linux, and Mac OS.")

[22] WIRED, "Sept. 24, 1993: Beautiful Ushers in Era of CD-ROM Gaming," 9/23/2008, https://www.wired.com/2008/09/sept-24-1993-beautiful-ushers-in-era-of-cd-rom-gaming/.

Wolf, Mark J.P. (2008), *The Video Game Explosion[:] A History From PONG To PlayStation® and Beyond*, Westport, CT: Greenwood Press, at 121. ("While it became a standard relatively recently, disc-based storage goes a long way back in the history of video game distribution. The term encompasses a wide range of technologies, from magnetic floppy discs, analog laserdiscs, and a variety of digital optical media. Of the latter, the CD-ROM enjoyed the strongest following and the longest life span; as of 2006, a significant number of PC games are still burned on CDs.")

[23] Wolf, Mark J.P. (2008), *The Video Game Explosion[:] A History From PONG To PlayStation® and Beyond*, Westport, CT: Greenwood Press, at 121. ("When it became the most common video game distribution format in the mid-1990s, the compact disk was already standard in the music industry.")

[24] Kent, Steven L. (2001), *The Ultimate History of Video Games: from Pong to Pokémon and Beyond*, 1st ed., New York: Three Rivers Press, at 456–457. ("In 1994, Broderbund released a PC version. It became a hit, too. *Myst* went on to become the first CD-ROM game to sell over one million units. It remained on the computer game's bestsellers list for three years. Broderbund eventually sold four million copies of the game.")

[25] Van Dreunen, Joost (2020), *One Up: Creativity, Competition, and the Global Business of Video Games*, 1st ed., New York, NY: Columbia University Press, at 131–132.

[26] GameRant, "91% of 2020's Game Industry Revenue Was Digital," 12/24/2020, https://gamerant.com/2020-game-industry-revenue-digital/. ("The vast majority of PC gaming has been digital for a long time through sites like GOG, Steam, and dev-specific stores like the Epic Games Store. Only about 2% of its revenue came from boxed PC games. Most PC titles don't even have a physical release anymore or have a very limited one.")

[27] IGN, "Analyst: 92 Percent of PC Game Sales Are Digital," 8/19/2014, https://me.ign.com/en/pc/87259/news/analyst-92-percent-of-pc-game-sales-are-digital.

[28] GameRant, "91% of 2020's Game Industry Revenue Was Digital," 12/24/2020, https://gamerant.com/2020-game-industry-revenue-digital/. ("The vast majority of PC gaming has been digital for a long time through sites like GOG, Steam, and dev-specific stores like the Epic Games Store. Only about 2% of its revenue came from boxed PC games. Most PC titles don't even have a physical release anymore or have a very limited one.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

physical PC game sell-through revenue has declined whereas digital PC game sell-through revenue has increased.[29]

(20)    The PC game market was originally dominated by brick-and-mortar retailers such as GameStop and Best Buy.  In the early 2000s, digital PC game distributors entered the marketplace and began to compete with brick-and-mortar retailers.[30]  The emergence of these digital competitors was due, in part, to improvements in high-speed internet.[31]  In 2001, the first such competitor, Stardock, released Stardock Central, the first digital distribution platform.[32]  However, it wasn't until Valve's transition to digital distribution with the launch of Steam in 2003 and its release of *Half-Life 2* the following year that users began to widely utilize digital distribution.[33]  See Section 3.3.1 for further discussion of Steam's launch.  Other digital distribution platforms for PC games entered the marketplace around the same time, including Direct2Drive (2004), GamersGate (2006), Games for Windows – Live (2007), Good Old Games ("GOG") (2008), Impulse (2008), and Green Man Gaming (2009).[34]  These early

---

[29]    Venture Beat, "Traditional Gaming Shrinks to 26.7% of Game and Esports Revenue as Overall U.S. Sales Head to $72B By 2027," 6/18/2023, https://venturebeat.com/games/u-s-game-and-esports-revenue-to-grow-from-54-1b-to-72b-by-2027-pwc/. (Referencing a 2023 PwC report: The sell-through revenue of physical PC games in the US has decreased since 2018, and will continue to decrease until reaching zero in 2025.  Revenue from digital PC games and online/microtransaction has increased since 2018 and will continue to grow.)

[30]    Van Dreunen, Joost (2020), *One Up: Creativity, Competition, and the Global Business of Video Games*, 1st ed., New York City: Columbia University Press, at 135–137.

[31]    CNET, "Game Makers Testing Online Distribution," 4/1/2006, https://www.cnet.com/tech/gaming/game-makers-testing-online-distribution/.

Van Dreunen, Joost (2020), *One Up: Creativity, Competition, and the Global Business of Video Games*, 1st ed., New York City: Columbia University Press, at 4, 137.

Gameopedia, "The Decline of Physical Games and the Rise of Digital Distribution," 9/26/2022, https://www.gameopedia.com/decline-of-physical-games/.

[32]    Gameopedia, "The Decline of Physical Games and the Rise of Digital Distribution," 9/26/2022, https://www.gameopedia.com/decline-of-physical-games/.

[33]    Gameopedia, "The Decline of Physical Games and the Rise of Digital Distribution," 9/26/2022, https://www.gameopedia.com/decline-of-physical-games/.

Teknos Associates, The Battle for Digital Gaming Distribution, https://www.teknosassociates.com/the-battle-for-digital-gaming-distribution/ (accessed 1/21/2025).

LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

[34]    IGN, "IGN Entertainment Launches Direct2Drive Digital Retail Store," 9/7/2004, https://corp.ign.com/press/press/2004/ign-entertainment-launches-direct2drive-digital-retail-store.

See also: Wolfire, Emails Regarding Overgrowth, 7/30/2009–9/11/2009 (WOLFIRE_00053558–72, at WOLFIRE_00053570). ("Launched in October 2004, D2D allows consumers to conveniently purchase and download the latest premium PC games[.]")

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

market participants, along with newer platforms, make up a small share of the overall PC gaming market at issue in this matter and are discussed in Section 4.1.2.

(21)  Physical game distribution requires manufacturing infrastructure and a viable supply chain, as it involves producing, distributing, storing, and selling copies of the game in physical media that the user can purchase though a retail outlet and use directly with a device.[35]  Digital distribution is comparatively simple: the game is downloaded to a device via an online gaming platform and no physical version exists.[36]  This difference has important marketing and financial implications.  For example, when Valve was modeling the distribution of its digital content through Steam, it modelled digital distribution having high margins and "very few fixed costs[.]"[37]  In a 2003 email, Valve's then Chief Financial Officer and Treasurer, Pat Goodwin, remarked that Valve's margin on a physical game is ▮▮▮▮▮▮▮▮▮▮ compared

---

GamersGate, Buy and Play Games, accessed via Internet Archive (as displayed on 6/13/2006), https://web.archive.org/web/20060613001742/https://www.gamersgate.com/ (accessed 12/14/2023). (The earliest date for GamersGate website's copyright is 2006 and the website was copyrighted by Paradox Interactive, as shown by "© 2006 Paradox Interactive AB.")

Forbes, "An Interview With Paradox Interactive CEO Fred Wester On 'Indie' Publishing and the Future of the Video Game Industry," 1/16/2013, https://www.forbes.com/sites/erikkain/2013/01/16/an-interview-with-paradox-interactive-ceo-fred-wester-on-indie-publishing-and-the-future-of-the-gaming-industry/?sh=3803f32265c5.  ("What was the reasoning behind launching GamersGate? Has it been a success?  We wanted to reach gamers directly.  When I launched GamersGate in 2006, people still believed digital download was 10 years into the future.")

Microsoft, "Microsoft Unites Xbox and PC Gamers with Debut of Games for Windows — LIVE," 3/14/2007, https://news.microsoft.com/2007/03/14/microsoft-unites-xbox-and-pc-gamers-with-debut-of-games-for-windows-live/.

CD Projekt, Company History, https://www.cdprojekt.com/en/capital-group/history/ (accessed 1/21/2025).

Stardock, "Impulse to Deliver Next-Generation PC Platform," 6/14/2008, https://www.stardock.com/blog/314940/impulse-to-deliver-next-generation-pc-platform.  ("Impulse is being launched in three phases: Phase 1: The initial launch on June 17th to coincide with the release of The Political Machine 2008 (www.politicalmachine.com) will have the features described in the guided tour.")

See also: Wolfire, "Impulse: the Next Generation Digital Platform," undated (WOLFIRE_00053407–22, at WOLFIRE_00053408).  ("Launched in 2008, Impulse is a digital distribution platform for the Windows PC that has been designed to directly address many of these problems for both developers and consumers.")

Green Man Gaming, About Green Man Gaming, https://corporate.greenmangaming.com/about-us/ (accessed 12/15/2023).  ("The idea for Green Man Gaming sprung up in 2009 when our founder, Paul, was catching up with Lee, one of the founding members of the company, at the 'Green Man' pub in Riding House Street in London."  "An entrepreneur since 2001, Paul founded Green Man Gaming in 2009[.]")

[35]  Gameopedia, "The Decline of Physical Games and the Rise of Digital Distribution," 9/26/2022, https://www.gameopedia.com/decline-of-physical-games/.  ("A physical game copy refers to any game whose data is stored in physical media like cartridges, floppy discs, CDs, DVDs or Blu-ray discs.")

[36]  Gameopedia, "The Decline of Physical Games and the Rise of Digital Distribution," 9/26/2022, https://www.gameopedia.com/decline-of-physical-games/.  ("A digital game refers to any title downloaded from a digital delivery service such as Steam, a console manufacturer's online store, or smartphone app stores.  Digital game data can be installed on devices like internal hard disks, solid-state drives and even removable storage.")

[37]  Valve, Emails Regarding Valve's Financial Model, 12/9/2003–12/10/2003 (VALVE_ANT_0050975–76, at VALVE_ANT_0050975), available at Scott Lynch, Dep. Tr., 10/12/2023, Exhibit 132.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

to a ██████ margin on the Steam version.[38]  He said: "Steam derives profit ██████████

███████████████████████████████████████████████████████████████

████████████████████████████████████"[39]

(22)    According to Mr. Lynch, physical distribution is also more costly and complicated than digital.[40]  For example, physical distributors have to "put the game on a piece of plastic, CD-ROM, DVD, and then [they've] got to put it in a box and make it in a factory.  And then [they] have to ship those boxes to all over the world.  Eventually they have to get onto store shelves.  Then [they] have to kind of make sure those store shelves are kind of organized and they're doing a good job in terms of presentation.  [They] have to worry about the inventory kind of being there in all the different stores when people go there and being out of inventory."[41]  Publishers also perceive the two distribution modes as different, because for digital distribution, they just "put [their] games up online[,]" but they go through a different process for physical distribution.[42]

(23)    While some games are still sold on physical media such as discs, they are limited and their sales are expected to continue declining.[43]  The vast majority of PC games currently sold through (physical) retailers such as GameStop, GAME, and Amazon are actually download codes that users can redeem on their PCs, rather than physical media such as a CD-ROM or DVD-ROM.[44]  These codes allow consumers to download the game directly onto their PCs or

---

[38]    Valve, Emails Regarding Retail and Steam Mark-Ups, 10/24/2003 (VALVE_ANT_0051858).  ("Our margin on a retail box is ████████████████████████████████████  This compares to the Steam version at ██████ Steam derives profit ████████████████████████████████ ████████████████████████

[39]    Valve, Emails Regarding Retail and Steam Mark-Ups, 10/24/2003 (VALVE_ANT_0051858).

LinkedIn, Pat Goodwin, https://www.linkedin.com/in/patrickgoodwincfo (accessed 1/21/2025).

[40]    Scott Lynch, Dep. Tr., 10/12/2023, at 8:9–10, 35:15–37:1, 38:9–18.

[41]    Scott Lynch, Dep. Tr., 10/12/2023, at 8:9–10, 35:15–37:1.

[42]    Scott Lynch, Dep. Tr., 10/12/2023, 37:20–38:3.  ("Q. It's also different -- retail and online distribution are also different from the developer's perspective; right?  A. Yeah.  Yeah.  I mean, it's a different process to, you know, put your game up online versus, you know, going through the process of, you know, retail distribution, yeah.")

[43]    VentureBeat, "Traditional Gaming Shrinks to 26.7% of Game and Esports Revenue as Overall U.S. Sales Head to $72B by 2027 | PwC," 6/18/2023, https://venturebeat.com/games/u-s-game-and-esports-revenue-to-grow-from-54-1b-to-72b-by-2027-pwc/.  (See "Physical PC games sell-through ($ mn)" line item; it is forecasted to reach $0 million in 2025.)

Screen Rant, "You're Not Buying Video Games, You're Buying IOUs," 11/13/2022, https://screenrant.com/video-game-physical-disc-validation-key-digital-download/.  ("For PC gaming fans, the switch to digital purchases is more universal, as storefronts like Steam have almost entirely replaced physical PC disc sales.")

[44]    Scott Lynch, Dep. Tr., 10/12/2023, at 80:8–23.  ("Q. I know Valve doesn't [distribute their games at retail].  My question is about the consumer's perspective.  If they have an option to buy from GameStop versus Steam, my question is you have

---

access the game on a digital platform such as Steam.[45]  Valve's Chief Operating Officer, Scott Lynch, testified that this form of physical distribution is still different from digital distribution, because users buying a PC game at a brick-and-mortar retailer have to "either physically go somewhere to purchase it or it could be shipped to their home[,]" versus digital distribution "where you would [just] download it[.]"[46]

### 3.2.3.  PC game developers and publishers[47]

(24)  PC games that can be downloaded or played online are created by game developers.[48]  Game developers are responsible for "designing, creating, and bringing video games to life."[49]  According to Game Developers Conference's ("GDC's") 2025 survey, 80% of video game developers develop PC games.[50]

(25)  There are three common types of developers: indie, large-scale, and third-party.[51]  Indie developers usually consist of teams of 1–100 individuals that work on smaller games, with a

---

no idea what those differences are today?  A. It just depends on what they're buying.  Q. A game.  A. Like a Nintendo Switch game or a PC game at retail?  Q. Yeah, PC game.  A. I don't know what people do at retail.  I don't think there are many retail packaged goods.  I think that usually buying a game is getting a code now for PC.  So they get a code.")

See also: Expert Report of Joost Rietveld ("Rietveld Report"), 1/27/2025, § III.

45    Game Learning Society, What is a Key Code for a Game? https://www.gameslearningsociety.org/what-is-a-key-code-for-a-game/ (accessed 1/24/2025).

46    Scott Lynch, Dep. Tr., 10/12/2023, at 80:8–81:8.  ("Q. I know Valve doesn't [distribute their games at retail].  My question is about the consumer's perspective.  If they have an option to buy from GameStop versus Steam, my question is you have no idea what those differences are today?  A. It just depends on what they're buying.  Q. A game.  A. Like a Nintendo Switch game or a PC game at retail?  Q. Yeah, PC game.  A. I don't know what people do at retail.  I don't think there are many retail packaged goods.  I think that usually buying a game is getting a code now for PC.  So they get a code.  Q. A consumer who's buying at retail has to either physically go somewhere to purchase it or it could be shipped to their home; right?  A. Yeah.  Q. And that's different from online distribution where you would download it; right?  A. Yeah.  The transaction, you know, payment and getting the thing and what other things you might get with the game at retail, you know, are different, the physical parts of it and where you do the transaction.")

47    As will be discussed in this section, the game "developer" and game "publisher" serve different functions, whether those functions are accomplished by a single entity or multiple ones, that is sometimes a single company undertakes both functions.  In this report, the terms are used interchangeably (unless otherwise noted) to describe the entity that is actually paying the Steam commissions to Valve and are part of the class.

48    Juego Studio, "Difference Between Mobile and PC Game Development," 12/5/2023, https://www.juegostudio.com/blog/difference-between-mobile-and-pc-game-development.

49    Polydin Studio, Unveiling the Roles of Game Developers and Publishers, 10/11/2023, https://polydin.com/game-developers-and-publishers/.

50    GDC, "State of the Game Industry 2025," c. 2025, at 19.

51    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

single or limited portfolio of games.[52]  Large-scale developers, sometimes referred to as AAA or Triple-A,[53] consist of teams of hundreds of individuals that work on different games for multiple platforms; examples of such Triple-A developers include Riot Games ("Riot"), Epic Games ("Epic"), and Activision Blizzard.[54]  Third-party developers are contracted by video game publishers to develop games, as publishers may conceive of games "but have priorities elsewhere."[55]  In such an arrangement, the publisher "determines the game's goals, and creative control is never fully given to the developer."[56]

(26)    Game publishers are the entities that actually bring games to the market for users to play.[57]  Game publishers include Valve, Activision Blizzard, Electronic Arts ("EA"), and Ubisoft, all of which also operate digital platforms and develop games.[58]  Some game developers do not have the resources to also publish games, as that requires the ability "to produce, deliver, and support a game all on their own servers."[59]  Testimony from Dark Catt employee Jason Owens also indicates that financial constraints may prevent small developers from publishing their own games.[60]

(27)    Game publishers support game developers by providing funding that allows game developers to create the games.  Publishers may also generate funding for developers by distributing

---

[52]    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[53]    Valve, Emails Regarding Competitor Analysis, 1/31/2020–2/13/2020 (VALVE_ANT_0167817–20, at VALVE_ANT_0167817).

Valve, Email Regarding Competitor Analysis, 2/19/2021 (VALVE_ANT_0061386–89, at VALVE_ANT_0061388).

[54]    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[55]    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[56]    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[57]    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[58]    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[59]    HP, "Game Developers vs Game Publishers: What's the Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers.

[60]    Jason Owens, Dep. Tr., 12/5/2023, at 95:18–96:2. ("Q. You know, since we're just – did Dark Catt ever consider working with a publisher? A. Yes. Q. Why? A. Well, we're a small company. Publishing is difficult -- Q. Sorry. Go ahead. A. -- expensive." Q. Needed money? A. Yes.)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

developed games on platforms like Steam and Epic Games Store ("EGS").[61]  Publishers also assist in monetization of games through downloadable content and in-game advertising.[62]  The relationship between developer and publisher is symbiotic.  A game developer benefits from a game publisher's "financial support, marketing expertise, and distribution channels[,]" while the publisher relies on the developer's creativity and technical expertise to create "compelling and marketable games."[63]  Sometimes, a single company undertakes both the game publisher and developer roles.[64]  A publisher can create an in-house development team to develop games,[65] as in the case of Annapurna Interactive, a game publisher that created an internal development studio in 2022 to develop games.[66]

(28)    Publishers may also distribute games through their own proprietary website.  One prominent example of a publisher/developer that sells games directly to consumers via its own website is Blizzard, who merged with Activision in 2008 to create Activision Blizzard.[67]  Blizzard developed popular titles such as *World of Warcraft, Overwatch, Diablo,* and *StarCraft.*[68]  The company has historically offered its PC games exclusively through its *Battle.net* platform (although the company announced it was bringing its PC games to Steam for the first time, starting with the release of *Overwatch* 2 on Steam on August 10, 2023).[69]  Some developers

---

[61]    Polydin Studio, Unveiling the Roles of Game Developers and Publishers, 10/11/2023, https://polydin.com/game-developers-and-publishers/.

[62]    Polydin Studio, Unveiling the Roles of Game Developers and Publishers, 10/11/2023, https://polydin.com/game-developers-and-publishers/.

[63]    Polydin Studio, Unveiling the Roles of Game Developers and Publishers, 10/11/2023, https://polydin.com/game-developers-and-publishers/.

[64]    Consolidated Second Amended Class Action Complaint, 3/23/2023, ¶ 3. ("In the PC gaming industry, the 'developer' is typically the entity that creates the game while the entity that markets the game is typically referred to as the game 'publisher.'  Sometimes a single company undertakes both of these functions.")

[65]    HP, "Game Developers vs Game Publishers: What's The Difference?," 7/19/2020, https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers. ("Some of the larger gaming publishers crossover as developers.  These publishers can either field in-house teams or contract out a new game to an independent developer.")

[66]    Game Developer, "Annapurna Interactive Now has an Internal Development Studio," 6/6/2022, https://www.gamedeveloper.com/business/annapurna-interactive-now-has-an-internal-development-studio.

[67]    Blizzard Battle.net, How to Download a Blizzard Game, https://us.battle.net/support/en/article/15893 (accessed 1/21/2025).

Activision Blizzard Press Release, "Vivendi and Activision Complete Transaction to created Activision Blizzard," 7/10/2008, https://investor.activision.com/news-releases/news-release-details/vivendi-and-activision-complete-transaction-create-activision.

[68]    Blizzard, All Games, https://www.blizzard.com/en-us/games (accessed 1/21/2025).

[69]    Keen Gamer, "Blizzard PC Games Coming to Steam, Overwatch 2 Revealed to Release First.," 7/21/2023, https://www.keengamer.com/articles/news/blizzard-pc-games-coming-to-steam-overwatch-2-revealed-to-release-first/.

Steam, Overwatch 2, https://store.steampowered.com/app/2357570/Overwatch_2/ (accessed 1/22/2025).

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

distribute their games both through their own platforms and non-proprietary platforms like Steam. For example, CD Projekt Red, makers of *The Witcher* series and *Cyberpunk 2077*, offer games both through their own GOG platform[70] and through Steam.[71]

(29) GDC conducts an annual survey of developers regarding the type of platforms (*e.g.*, PC, PlayStation, Xbox) for which they make games.[72] The PC platform has been the "focus for over half of dev[eloper]s for years[.]"[73] Since 2017, an increasing majority of developers surveyed reported developing games for PC, rising from 53% in 2017 to 80% in 2025.[74] As GDC noted in its 2025 report, "PC has consistently been the platform of choice, but this year saw its dominance increase even more: 80% of developers said they're currently making games for PC (up from 66%), and three-fourths (74%) said the platform is of interest to them (up from 62%)."[75]

---

[70] The Verge, "GOG is Losing Money and Refocusing on 'Handpicked Selection of Games'," 11/29/2021, https://www.theverge.com/2021/11/29/22808199/cd-projekt-gog-losses-restructuring-earnings-2021.

[71] See, for example:

Steam, The Witcher 3 Wild Hunt, https://store.steampowered.com/app/292030/The_Witcher_3_Wild_Hunt/ (accessed 1/21/2025).

[72] See, for example:

GDC, "State of the Game Industry 2017," 2/27/2017–3/3/2017, at 3–12.

GDC, "State of the Game Industry 2025," c. 2025, at 19–22.

[73] PC Gamer, "PC is the Most 'Dominant' it's Been this Decade as Two-Thirds of Devs Say They're Targeting the Platform," 1/19/2024, https://www.pcgamer.com/pc-is-the-most-dominant-its-been-this-decade-as-two-thirds-of-devs-say-theyre-targeting-the-platform/.

[74] GDC, "State of the Game Industry 2017," 2/27/2017–3/3/2017, at 3.

GDC, "State of the Game Industry 2018," 3/19/2018–3/23/2018, at 3.

GDC, "State of the Game Industry 2019," 3/18/2019–3/22/2019, at 12.

GDC, "State of the Game Industry 2020," 2020, at 3.

GDC, "State of the Game Industry 2021," 7/19/2021–7/23/2021, at 4.

GDC, "State of the Game Industry 2022," 3/21/2022–3/25/2022, at 2.

GDC, "State of the Game Industry 2023," 3/20/2023–3/24/2023, at 5.

GDC, "State of the Game Industry 2024," 2024, at 5–6.

GDC, "State of the Game Industry 2025," c. 2025, at 19.

[75] GDC, "State of the Game Industry 2025," c. 2025, at 19.

See also: GDC, "State of the Game Industry 2024," 2024, at 5–6. ("PC remains the dominant platform as developers eye the Nintendo Switch successor. Every year, we ask developers to share what platforms they've been developing games for, and which ones they intend to support in the future. PC continues to be the main platform of choice for respondents for both current (66%) and upcoming (57%) projects.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 3.3.    Valve's Steam platform

### 3.3.1.    Overview

(30)    Steam is a platform and application developed by Valve for distributing video games online.[76] After creating a Steam account (for free), users can purchase games, add-ons, and expansion packs on the Steam Store that are then stored in their Steam Library.[77]    Steam also offers social features that allow users to interact with other players, view user-created content, and live-stream playing sessions.[78]

(31)    Steam is a platform.    Economists define a platform as an entity that facilitates interaction between one or more groups of users, like consumers and producers.[79]    Here, Steam connects game publishers/developers to game players, facilitating transactions between the two. Digital platforms, like Steam, take the form of "website[s], app[s] or other digital venue[s] that interact commercially with one or more group of users."[80]    While platforms that connect groups of users directly to people like them are called "one-sided" or "single-sided" platforms,

---

[76]    Android Authority, "What is Steam: The Popular Gaming Platform Explained," 10/17/2023, https://www.androidauthority.com/what-is-steam-3254981/.

Steam also offers a mobile app, Steam Mobile, that users can access the social features of Steam and buy games.  Game play is not a feature of Steam Mobile and is described as an app used to "[b]uy games, protect your Steam account, and get the latest news from your games and the community."  See:

Android Authority, "What is Steam: The Popular Gaming Platform Explained," 10/17/2023, https://www.androidauthority.com/what-is-steam-3254981/.

Steam, Steam Mobile, https://store.steampowered.com/mobile (accessed 1/21/2025).

See also: Apple App Store, Steam Mobile, https://apps.apple.com/us/app/steam-mobile/id495369748 (accessed 1/21/2025).

Valve also offers the Steam Link app that is available for major devices including phones (*e.g.*, iPhones, Android), PCs (*e.g.*, Windows, Mac, Linux), and other devices (*e.g.*, smart TVs, tablets, Raspberry Pi).  Users can remote play games by connecting, or linking, these devices through the Steam Link app to a PC that is running Steam.  While this allows mobile (or other device) game play, it must still be linked, and powered through, a user's PC running Steam.  See:

Steam Store, Steam Link, https://store.steampowered.com/app/353380/Steam_Link/ (accessed 1/21/2025).

Steam Store, Remote Play, https://store.steampowered.com/remoteplay#anywhere (accessed 1/21/2025).

[77]    Android Authority, "What is Steam: The Popular Gaming Platform Explained," 4/20/2023, https://www.androidauthority.com/what-is-steam-3254981/.

[78]    Android Authority, "What is Steam: The Popular Gaming Platform Explained," 4/20/2023, https://www.androidauthority.com/what-is-steam-3254981/.

[79]    Parker, Geoffrey G., Marshall W. Van Alstyne, and Sangeet Paul Choudary (2016), Platform Revolution, New York, NY: W. W. Norton & Company, at 5.  ("A platform is a business based on enabling value-creating interactions between external producers and consumers.")

Hovenkamp, Herbert J. (2020), "Antitrust and Platform Monopoly," *Yale Law Journal* 130: 1952–2273, at 1957.

[80]    Hovenkamp, Herbert J. (2020), "Antitrust and Platform Monopoly," *Yale Law Journal* 130: 1952–2273, at 1957.

---

platforms such as Steam, that connect two or more different groups of users in a physical or virtual space are called two-sided or multi-sided platforms.[81] Platforms often exhibit network effects. Economists define network effects as an attribute of a product or platform, in which the product or platform's value changes as the number of users of that product or platform changes.[82] "Direct" or "same-side" network effects exist if, as more users join a platform, the value of that platform increases to all users on that same side of the platform.[83] "Indirect" or "cross-side" network effects exist if, as more users of a *different* group join a platform, the value of the platform increases to the first group of users.[84] Steam experiences both direct and indirect network effects.

(32)    In 2000, Valve was "primarily a video game developer[.]"[85] In 2002, Valve had an average of 3.4 billion player minutes per month and had published two successful computer games: *Half-Life* and *Counter-Strike*.[86] Valve's development of Steam was prompted both by a need to

---

[81]    Platform Chronicles, "What Are Platform Businesses?" 1/26/2021, https://platformchronicles.substack.com/p/what-are-platform-businesses. ("Platforms can be one-sided, i.e. have one type of customer. . .")

Evans, David S. and Richard Schmalensee (2016), Matchmakers: The New Economics of Multisided Platforms, Boston, MA: Harvard Business Review Press, at 210. ("Multisided platform: A business that operates a physical or virtual place (a platform) to help two or more different groups find each other and interact. The different groups are called 'sides' of the platform.")

[82]    Shapiro, Carl and Hal R. Varian (1998), *Information Rules: A Strategic Guide to the Network Economy*, Brighton, MA: Harvard Business Review Press, at 13. ("When the value of a product to one user depends on how many other users there are, economists say that this product exhibits *network externalities*, or *network effects*. . . . Technologies subject to strong network effects tend to exhibit long lead times followed by explosive growth. The pattern results from *positive feedback*: as the installed base of users grows, more and more users find adoption worthwhile.")

[83]    Farrell, Joseph, and Paul Klemperer (2007), "Coordination and Lock-in: Competition with Switching Costs and Network Effects," in M. Armstrong and R. Porter eds., *Handbook of Industrial Organization, Volume* 3, Elsevier B.V, at 1974. ("A good exhibits direct network effects if adoption by different users is complementary, so that each user's adoption payoff, and his incentive to adopt, increases as more others adopt. Thus users of a communications network or speakers of a language gain directly when others adopt it, because they have more opportunities for (beneficial) interactions with peers.")

[84]    Parker, Geoffrey G., Marshall W. Van Alstyne, and Sangeet Paul Choudary (2016), *Platform Revolution*, New York, NY: W. W. Norton & Company, at 29. ("... cross-side effects are network effects created by the impact of users from one side of the market on users from the other side of the market.")

A canonical example is the Yellow Pages directory, which exhibits network effects as its value depends on the number of consumers using it. Consumers value the Yellow Pages more highly when they contain greater amounts of information and advertising, while retailers increase advertising in the Yellow Pages when there are greater numbers of consumers. See:

Rysman, Marc (2002), "Competition Between Networks: A Study of the Market for Yellow Pages," *Boston University Industry Studies Project Working Paper*, 1–43, at 1–2.

[85]    Scott Lynch, Dep. Tr., 10/12/2023, at 17:17–19, 22:25–23:2. ("Q. When you began at Valve, Valve was primarily a video game developer; is that fair? A. Yeah.")

[86]    Valve, "Valve Unveils Steam at 2002 Game Developer's Conference," 3/21/2022 (VALVE_ANT_0046416–18, at VALVE_ANT_0046416–18).

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

streamline its game update system, as well as to provide "anti-cheat protection" in games.[87] Following Valve's release of *Counter-Strike* in 2000, the company struggled to curb rampant cheating and to consistently deliver game updates.[88] To update the game, Valve had to shut down its online services for multiple days at a time, and users were responsible for searching the internet to find the most recent update.[89] According to Scott Lynch, in 2003, Valve would distribute patches and updates for its games through "a number of places" and "people would put it up on their download sites and people would download it."[90] After polling its user base and finding that over 75% of their users had broadband connections, Valve announced the development of Steam to be a new online content delivery system.[91]

(33)   Valve officially launched Steam on September 12, 2003.[92] Based on an internal Valve document from October 2003, after its launch, Valve used Steam to automatically update its games such as *Half-Life*, *Counter-Strike*, and *Day of Defeat*.[93] Scott Lynch testified that Valve started distributing its games through Steam because there were "a bunch of benefits" to Valve and its customers.[94] Internal Valve communications from December 2003 state that

---

[87]   LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

Kotaku, "Steam is 10 Today. Remember When it Sucked?," 9/12/2013, https://kotaku.com/steam-is-10-today-remember-when-it-sucked-1297594444.

[88]   LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

Kotaku, "Steam is 10 Today. Remember When it Sucked?," 9/12/2013, https://kotaku.com/steam-is-10-today-remember-when-it-sucked-1297594444.

[89]   LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

[90]   Scott Lynch, Dep. Tr., 10/12/2023, at 32:14–33:12.

[91]   ExtremeTech, "Valve Changes Online Gaming Rules," 3/22/2002, https://www.extremetech.com/computing/50650-valve-changes-online-gaming-rules.

Gameopedia, "The Decline of Physical Games and the Rise of Digital Distribution," 9/26/2022, https://www.gameopedia.com/decline-of-physical-games/.

LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

[92]   Kotaku, "Steam is 10 Today. Remember When it Sucked?," 9/12/2013, https://kotaku.com/steam-is-10-today-remember-when-it-sucked-1297594444.

See also: Scott Lynch, Dep. Tr., 10/12/2023, at 31:11–13. ("Q. Okay. Steam was released in September of 2003; right? A. Yep.")

[93]   Valve, Emails Regarding Game Licensing, 10/23/2003–10/28/2003 (VALVE_ANT_0046299–301, at VALVE_ANT_0046299).

[94]   Scott Lynch, Dep. Tr., 10/12/2023, at 38:24–39:13. ("Q. But Valve ultimately did start distributing its first-party games online; right? A. Yeah. We did do online distribution and retail. Q. And you started online distribution because you thought it had some benefit to Valve to do so; right? A. We thought -- we thought online distribution would have benefits

---

Steam had "tremendous upside potential" and show that Valve employees recognized "the magnitude of the opportunity if [Valve could] get even modest numbers of players to purchase products via Steam."[95]

(34)    The popularity of Valve's *Half-Life 2* jumpstarted Steam's online digital distribution platform growth. Millions of *Half-Life 2* purchasers were required to become Steam users in order to play the game. When Valve released *Half-Life 2* in 2004, it offered both physical distribution through brick-and-mortar outlets and digital distribution through Steam.[96] However, Valve required all users—even those who purchased physical copies of the game at brick-and-mortar retailers—to create a Steam account to play the game.[97] In a 2003 email correspondence, Valve stated that its plan was "to go into production with Steam on or around Monday[,] August 18th, to our customer base of around 2-3 million people. We'll be forcing all of our existing customers to create accounts on our system (i.e. in Berkeley DB) and forcing them to authenticate via Steam to play our games (which they have already paid for). We have players all around the world, so the system needs to run 24/7 from the start."[98] *Half-Life 2* sold over 4 million copies in its first two years.[99]

(35)    In 2005, Valve expanded its digital distribution platform by reaching agreements with external publishers.[100] Within two years, Valve had secured deals with major publishers to distribute

---

to Valve and to customers. That's why we started -- you know, we started down that path pretty -- pretty early in the internet. So you had to hope a lot of things would get better. But, yeah, that -- you know, the original theory was we thought there was a bunch of benefits to online distribution. That's why we started doing it.")

[95]    Valve, Emails Regarding Valve's Financial Model, 12/9/2003–12/10/2003 (VALVE_ANT_0050975–76, at VALVE_ANT_0050975), available at Scott Lynch, Dep. Tr., 10/12/2023, Exhibit 132.

[96]    LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

Kotaku, "Steam is 10 Today. Remember When it Sucked?," 9/12/2013, https://kotaku.com/steam-is-10-today-remember-when-it-sucked-1297594444.

[97]    LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

Kotaku, "Steam is 10 Today. Remember When it Sucked?," 9/12/2013, https://kotaku.com/steam-is-10-today-remember-when-it-sucked-1297594444.

[98]    Valve, Emails Regarding Product Launch Schedule, 8/5/2003–8/13/2003 (VALVE_ANT_0407102–106, at VALVE_ANT_0407105).

[99]    LinkedIn, "The Rise of Steam: A Case Study on the Most Dominant Force in Gaming," 11/11/2021, https://www.linkedin.com/pulse/rise-steam-case-study-most-dominant-force-gaming-ryan-yuen/.

[100]   Kotaku, "Steam is 10 Today. Remember When it Sucked?," 9/12/2013, https://kotaku.com/steam-is-10-today-remember-when-it-sucked-1297594444.

See also: Scott Lynch, Dep. Tr., 10/12/2023, at 29:12–16. ("Q. When did Valve decide to distribute games for third parties? A. When did we decide? We decided, I think, when we did our first third-party game deal, which I think was in 2005.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

games, including id Software, Activision, Eidos, and Capcom.[101]  A 2008 PC Gaming Alliance report noted that "[d]igital distribution is the replacement of traditional disc-based media," as "publishers look for ways to boost their profit, cutting out expensive box retail SKUs[.]"[102]  In 2008, Steam had 15 million users and supported "over 250 game titles[.]"[103]  In that same year, most major publishers were distributing PC games on Steam, including Epic, Atari, Activision, Eidos, 2K, Ubisoft, Sega, THQ, Bethesda, and EA.[104]  By 2009, 48% of all unit sales of PC games were downloaded online.[105]  Online sales of PC games exceeded physical sales by three million for the first six months of 2010.[106]  By 2013, digital sales "represent[ed] a whopping 92 percent of all PC game sales across the world[.]"[107]  In the years following, sales of physical games continued to decline, largely because of the increasing availability of faster internet connections.[108]

(36)    Steam's catalogue has grown significantly over time.  According to the transaction data Valve provided in this matter, the number of new games released on Steam has grown considerably from 2005 through 2024[109]  As of January 2025, Steam has approximately 115,000 titles on the platform.[110]  The estimated number of new users on Steam has grown from 820,000 in

---

[101]    Kotaku, "Steam is 10 Today. Remember When it Sucked?," 9/12/2013, https://kotaku.com/steam-is-10-today-remember-when-it-sucked-1297594444.

[102]    PC Gaming Alliance, "The PCGA Presents: The PC Gaming Industry in 2008," c. 2009, at 10.

[103]    PC Gaming Alliance, "The PCGA Presents: The PC Gaming Industry in 2008," c. 2009, at 10.

[104]    Valve, Transaction Data ("Valve Transaction Data"), 3/11/2004–11/30/2024 (VALVE_ANT_0753183–3573, VALVE_ANT_1589681–88, VALVE_ANT_2579263–68, VALVE_ANT_2977016–7106).  See "07_Publishers_in_2008.R."

[105]    CNBC, "Digital Downloads Encroach on Brick and Mortar Territory," 7/22/2010, https://www.cnbc.com/2010/07/22/digital-downloads-encroach-on-brick-and-mortar-territory.html.

        Softpedia News, "PC Digital Game Sales on Par with Brick and Mortar Retailers in 2009," 7/21/2010, https://news.softpedia.com/news/PC-Digital-Game-Sales-On-Par-With-Brick-and-Mortar-Retailers-in-2009-148553.shtml.

[106]    Forbes, "Digital vs. Physical: PC Game Downloads Surpass Retail Unit Sales By 3M, Says Survey," 9/20/2010, https://www.forbes.com/sites/oliverchiang/2010/09/20/digital-vs-physical-pc-game-downloads-surpass-retail-unit-sales-by-3m-says-survey/?sh=5d5f606e2b60.

[107]    PC Retail, Digital Downloads Account for 92% of PC Game Sales, accessed via Internet Archive (as displayed on 8/20/2014), https://web.archive.org/web/20140820180620/https://pcr-online.biz/news/read/digital-sales-make-up-92-of-global-game-revenues/034551 (accessed 1/21/2025).

[108]    Gameopedia, "The Decline of Physical Games and the Rise of Digital Distribution," 9/26/2022, https://www.gameopedia.com/decline-of-physical-games/.

[109]    See Attachment G-2.

[110]    Steam, Titles on Steam, https://store.steampowered.com/search/?category1=998&os=win%2Cmac%2Clinux&supportedlang=20nglish&ndl=1 (accessed 1/21/2025).

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

2003 to over 60 million by 2017.[111]  See Figure 1.  A 2020 joint ████████ presentation reports that Steam had an estimated ██████ registered accounts.[112]  Similarly, third-party content sales on Steam grew considerably from ██████████████████ between 2005 and 2021.[113]

**Figure 1: Steam New Users Per Year, 2003-2017[114]**



(37)    Valve is a U.S.-based corporation,[115] but it operates Steam across the world.[116]  As of June 2022, 39% of Steam publishers' lifetime revenues came from the United States, followed by Japan (18%), the United Kingdom (11%), and France (7%).[117]  Only ████ of Steam publishers

---

111    Galyonkin, "Steam in 2017," 4/4/2018, https://galyonk.in/steam-in-2017-129c0e6be260.

112    Valve, "Joint Business Review," 10/2020 (VALVE_ANT_0052792– 829, at VALVE_ANT_0052816).

113    See Attachment D-3.

114    Galyonkin, "Steam in 2017," 4/4/2018, https://galyonk.in/steam-in-2017-129c0e6be260.

115    Valve, Press Inquiries, https://www.valvesoftware.com/en/press/inquiries (accessed 1/5/2024).  ("Valve is an entertainment software and technology company founded in 1996 and based in Bellevue, Washington.")

116    According to Steam's website, "[i]n most cases, there are no region restrictions on products purchased directly from the Steam store."  See:

Steam, Steam Support, https://help.steampowered.com/en/faqs/view/58D3-B80D-2943-3CC6 (accessed 1/21/2025).

117    Video Game Insights, "Steam Publishers Landscape – Concentration and Dominance of the US," 6/13/2022, https://vginsights.com/insights/article/steam-publishers-landscape-concentration-and-dominance-of-the-us.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

were from the United States as of 2024.[118]  Games are written in multiple languages for Steam,[119] and Steam's global traffic map shows purchase and gameplay activity worldwide.[120] As of 2021, Steam had approximately 132 million active players, with approximately 69 million daily active players.[121]

### 3.3.2. Steam Wallet

(38)  Steam Wallet is a digital wallet that Valve released in 2010.[122]  Users can add funds to their wallets (using credit cards) in five different amounts: $5, $10, $25, $50, $100.[123]  Users can also add funds to their wallets through Steam Wallet Codes; according to Steam, users "can purchase a physical Steam Wallet code at a local retailer, printed directly on a receipt or delivered via SMS/text message or email through various kiosks, cyber cafes, and eCommerce websites."[124]  With their Wallet funds, users can buy "games, software and any other item you can purchase on Steam."[125]  However, Steam Wallet funds cannot be "gifted, withdrawn or transferred to another Steam account[.]"[126]  Although users have the option to use funds in their Steam Wallet to purchase full games, they are required to use their Steam Wallet for in-game purchases.[127]

---

[118]  Valve Transaction Data, 1/1/2024–11/30/2024.  See: "15_Pub_country.R."

[119]  Valve, "Steam Platform Update 2023," c. 2023 (VALVE_ANT_2925532.pptx, at slide 11).

   See also: DemandSage, "Steam Statistics For 2024 (Users, Popular Games & Market)," 12/27/2023, https://www.demandsage.com/steam-statistics/.

[120]  Steam Store, Steam Download Stats, https://store.steampowered.com/stats/content/ (accessed 1/21/2025).

   World Population Review, Steam Users by Country 2024, https://worldpopulationreview.com/country-rankings/steam-users-by-country (accessed 1/21/2025).

[121]  Steam, "Steam – 2021 Year in Review," 3/8/2022, https://store.steampowered.com/news/group/4145017/view/3133946090937137590.

[122]  Steam, "Steam Wallet and In-Game Transactions are Here," 9/30/2010, https://store.steampowered.com/oldnews/4406.

[123]  Steam, Add Funds to Your Steam Wallet, https://store.steampowered.com/steamaccount/addfunds# (accessed 1/21/2025).

[124]  Steam, Steam Wallet, https://help.steampowered.com/en/faqs/view/78E3-7431-1E88-AD59 (accessed 1/21/2025).

[125]  Steam, Steam Wallet, https://help.steampowered.com/en/faqs/view/78E3-7431-1E88-AD59 (accessed 1/21/2025).

   Steam, Add Funds to Your Steam Wallet, https://store.steampowered.com/steamaccount/addfunds# (accessed 1/21/2025).

[126]  Steam, Steam Wallet, https://help.steampowered.com/en/faqs/view/78E3-7431-1E88-AD59 (accessed 1/21/2025).

[127]  Steam, Add Funds to Your Steam Wallet, https://store.steampowered.com/steamaccount/addfunds# (accessed 1/21/2025). ("Funds in your Steam Wallet may be used for the purchase of any game on Steam or within a game that supports Steam transactions.")

---

### 3.3.3.  Marketing benefits

(39)  Valve offers publishers curated marketing opportunities on Steam, including takeovers, spotlights, and daily deals.[128]  Takeover marketing has a "very high bar to qualify" and is the "highest level of featuring offered on Steam."[129]  Spotlight marketing, or spotlights, includes midweek and weekend deal promotions [that] "are featured in [Steam's] 'Special Offers' section."[130]  According to Valve, "[t]he bar for these promotions is high."[131]  Daily deals marketing is a "24-hour promotion on the front page [of Steam,]" and it has a lower bar for qualification than spotlights marketing.[132]

---

Steamworks, Microtransactions (In-Game Purchases), https://partner.steamgames.com/doc/features/microtransactions (accessed 1/21/2025). ("For any in-game purchases, you'll need to use the microtransaction API so Steam customers can only make purchases from the Steam Wallet.")

[128]  Valve, Emails Regarding GDC 2023, 4/19/2023 (VALVE_ANT_2925530–32, at PDF 38–39), available at Augusta Butlin, Dep. Tr., 10/11/2023, Exhibit 124. ("Curated promotions (Daily Deals, Midweek Madness, Weekend Deals, front page takeovers) are all driven by customer interest[.]"  "Takeover, Curated [. . .] Spotlights, Curated [. . .] Daily Deals, Curated[.]")

[129]  Valve, Emails Regarding GDC 2023, 4/19/2023 (VALVE_ANT_2925530–32, at PDF 39), available at Augusta Butlin, Dep. Tr., 10/11/2023, Exhibit 124.

Takeover marketing refers to game promotion at the very top of Steam Store's front page.  See, for example:

Valve, Emails Regarding GDC 2023, 4/19/2023 (VALVE_ANT_2925530–32, at PDF 39), available at Augusta Butlin, Dep. Tr., 10/11/2023, Exhibit 124.

Augusta Butlin, Dep. Tr., 10/11/2023, at 152:17–153:16. ("Q. There are four different categories. Takeover, main capsule, spotlights, daily deals. Do you see that? A Yes. Q Describe for us what a takeover is. Takeover is a high level of marketing on Steam. And the picture of the slide, there is an image of Marvel's Spiderman Remastered now available. . . . A takeover is a very prominent marketing spot on the front page. As you can see, it's at the very top of the store. . . .")

[130]  Valve, Emails Regarding GDC 2023, 4/19/2023 (VALVE_ANT_2925530–32, at PDF 39), available at Augusta Butlin, Dep. Tr., 10/11/2023, Exhibit 124.

Augusta Butlin, Dep. Tr., 10/11/2023, at 156:16–21. ("Q. And what is the significance of having a game in the spotlight? A. We use spotlights for midweek deals. In this slide, we had called them Midweek Madnesses, but we have updated our terminology, so midweek deals and weekend deals.")

Spotlight marketing refers to Valve highlighting mid-week and weekend special deals/offers on the Steam Store home page under "Special Offers."  See, for example:

Valve, Emails Regarding GDC 2023, 4/19/2023 (VALVE_ANT_2925530–32, at PDF 39), available at Augusta Butlin, Dep. Tr., 10/11/2023, Exhibit 124.

Augusta Butlin, Dep. Tr., 10/11/2023, at 156:8–21. ("Q What are spotlights? A Spotlights are the first two square images here on the bottom of this slide [under 'Special Offers]. . . . We use spotlights for midweek deals. In this slide, we had called them Midweek Madnesses, but we have updated our terminology, so midweek deals and weekend deals.")

[131]  Valve, Emails Regarding GDC 2023, 4/19/2023 (VALVE_ANT_2925530–32, at PDF 39), available at Augusta Butlin, Dep. Tr., 10/11/2023, Exhibit 124.

Augusta Butlin, Dep. Tr., 10/11/2023, at 156:16–21. ("Q. And what is the significance of having a game in the spotlight? A. We use spotlights for midweek deals. In this slide, we had called them Midweek Madnesses, but we have updated our terminology, so midweek deals and weekend deals.")

[132]  Valve, Emails Regarding GDC 2023, 4/19/2023 (VALVE_ANT_2925530–32, at PDF 39), available at Augusta Butlin, Dep. Tr., 10/11/2023, Exhibit 124.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(40)   Augusta Butlin, who is a member of Valve's business development team, testified that "a takeover is a very prominent marketing spot on the front page. [. . .]   So it's not something that we do for every game or every promotion.   So it's kind of a rare marketing opportunity" that has a "prominent placement" at the top of Steam, and a lot of users see it.[133]   Ms. Butlin further testified that for spotlights marketing, "there are games that we reach out to and say, your game has a lot of customer interest" and ask for their participation; she went on to remark that "a midweek or a weekend deal are more than just being in the spotlight. So it's part of one of the curated marketing things that happens in those two particular promotions."[134]   Additionally, Ms. Butlin testified that the daily deal marketing is "another curated promotional opportunity [for developers] to have their game be featured on Steam."[135]

(41)   Valve's curated marketing opportunities are important to developers as they boost a game's visibility on Steam and drive game revenue.[136]   For example, in an email to a developer, a Valve employee states: "[T]akeovers represent what is by far the biggest marketing exposure available on Steam–each takeover generates between ▮▮▮▮▮▮▮▮▮ impressions."[137]   As another example, an internal Valve presentation demonstrates that ▮▮▮▮ 2018 free weekends resulted in ▮▮▮▮▮ impressions that generated ▮▮▮▮ in revenue.[138]

---

[133]   Augusta Butlin, Dep. Tr., 10/11/2023, at 25:14–16. ("Q. And for how long did you work with the business development team at Valve?  A. I still do.")

Augusta Butlin, Dep. Tr., 10/11/2023, at 153:9–16. ("Q. In your experience at the business development group at Valve, is a takeover important to a developer? A. A takeover is a very prominent marketing spot on the front page. As you can see, it's at the very top of the store.  So it's not something that we do for every game or every promotion.  So it's kind of a rare marketing opportunity.")

Augusta Butlin, Dep. Tr., 10/11/2023, at 154:4–13. ("Q. And what's your understanding as to why developers would like to have their game featured as a takeover? A. Well, I couldn't speculate to all the reasons, but it looks pretty cool, and it's at the -- it's at the top of the store, so it's kind of a nice prominent placement.  Q. A lot of eyes will see it?  A Yeah. I would say so. Being at the top of the store, sure.")

[134]   Augusta Butlin, Dep. Tr., 10/11/2023, at 156:16–157:13. ("Q. And what is the significance of having a game in the spotlight? A. We use spotlights for midweek deals. In this slide, we had called them Midweek Madnesses, but we have updated our terminology, so midweek deals and weekend deals.  Q. Are these opportunities that developers request, and then the business development team either gives it to them or does not? A. There are partners who will reach out and want to coordinate a promotion and see if a midweek or a weekend deal fits their timing. Additionally, there are games that we reach out to and say, your game has a lot of customer interest. Is this something you might be interested in? Q. And do you find that developers treat an opportunity for their game to be in the spotlight as something that's quite positive to their marketing efforts? A. A midweek or a weekend deal are more than just being in the spotlight. So it's part of one of the curated marketing things that happens in those two particular promotions.")

[135]   Augusta Butlin, Dep. Tr., 10/11/2023, at 157:22–25. ("Q. And what is the significance of a daily deal to a developer? A. It's another curated promotional opportunity to have their game be featured on Steam.")

[136]   Interview with David Rosen, 2/1/2024.

[137]   Valve, Emails Regarding▮▮▮ Takeover, 10/24/2016–10/25/2016 (VALVE_ANT_0373867–871, at VALVE_ANT_0373869).

[138]   Valve, "Steam Update," c. 6/2018 (VALVE_ANT_1444189–4220, at VALVE_ANT_1444206).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(42)  Valve also offers algorithmic marketing on Steam.  Algorithmic marketing offers personalized visibility to users.[139]  According to Valve, Steam "automatically customizes elements of the store for every user[,]" so there is "no one algorithm."[140]  Steam's "algorithms" respond to player preferences and interests.[141]  Hence, Steam is personalized for users, letting "player preferences drive the visibility to make recommendations relevant."[142]  For example, Steam Store's New & Trending, Top Sellers, Popular Upcoming, and Specials tabs are all driven by algorithmic visibility.[143]

### 3.3.4. Valve's commission system on Steam

(43)  Game publishers are required to sign Valve's Steam Distribution Agreement ("SDA") and agree to pay a commission to Valve on all sales (both game and in-game) made by publishers through the Steam platform.[144]  Historically, Valve has charged a base commission of 30%.[145]  According

---

[139]  Steamworks, "Steam Visibility: How Games Get Surfaced to Players," 2023, at 12, available at: https://steamcdn-a.akamaihd.net/steamcommunity/public/images/steamworks_docs/english/SteamVisibility102023.pdf.

See also: Valve, "Steam Discovery 2.0 Analysis," c. 2017 (VALVE_ANT_0415783–86, at VALVE_ANT_0415783). ("As Steam became a more diverse worldwide platform, we knew manual curation would not meet the needs of all customers. We needed a solution that could scale with the growth of Steam, reacting to serve new and engaging content to users with unique interests. Over the past two years, Discovery 1.0 and 2.0 have made major updates to the way we highlight games for customers, providing a more personalized experience tailored to individual tastes.")

Interview with David Rosen, 2/1/2024.

[140]  Steamworks, "Steam Visibility: How Games Get Surfaced to Players," 2023, at 31, 33, available at: https://steamcdn-a.akamaihd.net/steamcommunity/public/images/steamworks_docs/english/SteamVisibility102023.pdf.

[141]  Steamworks, "Steam Visibility: How Games Get Surfaced to Players," 2023, at 32–33, available at: https://steamcdn-a.akamaihd.net/steamcommunity/public/images/steamworks_docs/english/SteamVisibility102023.pdf.

[142]  Steamworks, "Steam Visibility: How Games Get Surfaced to Players," 2023, at 33, available at: https://steamcdn-a.akamaihd.net/steamcommunity/public/images/steamworks_docs/english/SteamVisibility102023.pdf.

[143]  Steamworks, "Steam Visibility: How Games Get Surfaced to Players," 2023, at 23–29, available at: https://steamcdn-a.akamaihd.net/steamcommunity/public/images/steamworks_docs/english/SteamVisibility102023.pdf.

[144]  See, for example:

Valve, SDA Between Valve and ███████  ██████, 6/13/2011 (VALVE_ANT_0042484–97, at VALVE_ANT_0042484, VALVE_ANT_0042489). ████████████████████████
████████████████████████████████  and  ████████████████████████████
████████████████████████████████  Section 6.2 of the Agreement:████████████████
████████████████████████████████

See also the preamble and section 6.1 of Valve's agreement with ████████: Valve, SDA Between Valve and ██████ 3/1/2020 (VALVE_ANT_0020235–50, at VALVE_ANT_0020235, VALVE_ANT_0020240–41).

[145]  Scott Lynch, Dep. Tr., 10/12/2023, at 89:15–90:2, 141:15–18. ("Q. Did there come a time that Valve stopped ████████ ████████ deals and instead switched to 70/30s?  A. I don't think there was this stop. I mean, eventually, deals started being 70/30 predominantly.  Q. When did that start to occur? When did they become predominantly 70/30?  A. That's going way back. It could have been 2010 maybe, sometime in that timeframe.  Q. And from that point forward, the deals

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

to Mr. Lynch, Valve's commission charged to the majority of publishers was 30% for sales made through the Steam Store until 2018.[146]

(44)   Valve historically set its commission rate to be consistent with brick-and-mortar retailers.[147] This allowed it to generate high profits on Steam because, as I noted above, costs for digital sales are materially lower than for brick-and-mortar distribution.

(45)   In late 2018, Valve modified its commission system and implemented a tiered structure.[148] For the first $10 million in total revenue for a particular game (starting from October 1, 2018),

---

were predominantly 70/30?  A. I think from that point going forward, a lot of deals were 70/30, yeah."; "Q. And the predominant revenue share for Steam is 30 percent; right?  A. During 2018, yeah, the majority would be 30 percent.")

Valve initially experimented with ███████████ commission rates.  These commission rates were set during a period when Valve exercised market power, and likely reflect Valve's experimentation with finding the optimal monopoly price for its platform. See, for example:

Valve, SDA for ███████, 7/15/2005 (VALVE_ANT_0019722–731, at VALVE_ANT_0019724). ███████████████

Valve, SDA for ████████████ 10/11/2005 (VALVE_ANT_0038381–392, at VALVE_ANT_0038384). ███████

Valve, SDA for ████████████ 10/10/2005 (VALVE_ANT_0042738–749, at VALVE_ANT_0042741). ███████

Valve, SDA for ████████████, 11/14/2005 (VALVE_ANT_0019732–744, at VALVE_ANT_0019735)███████

Valve, SDA for ████████ 12/2/2005 (VALVE_ANT_0040316–329, at VALVE_ANT_0040319). ███████

---

[146]   Scott Lynch, Dep. Tr., 10/12/2023, at 89:15–90:2, 141:15–18. ("Q. Did there come a time that Valve stopped offering 60/40 and 50/50 deals and instead switched to 70/30s?  A. I don't think there was this stop. I mean, eventually, deals started being 70/30 predominantly.  Q. When did that start to occur? When did they become predominantly 70/30?  A. That's going way back. It could have been 2010 maybe, sometime in that timeframe.  Q. And from that point forward, the deals were predominantly 70/30?  A. I think from that point going forward, a lot of deals were 70/30, yeah."; "Q. And the predominant revenue share for Steam is 30 percent; right?  A. During 2018, yeah, the majority would be 30 percent.")

The Verge, "Valve's New Steam Revenue Agreement Gives More Money to Game Developers," 11/30/2018, https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition.

[147]   A chairman of the gaming firm Paradox Interactive argues that the 30% "fee baseline" in the video game industry takes its roots from the "economics of the home video market in the 1970s[.]" See:

Ars Technica, "Paradox Exec: Steam's 30% Fee is 'Outrageous,'" 7/1/2019, https://arstechnica.com/gaming/2019/07/paradox-exec-steams-30-percent-fee-is-outrageous/. (accessed 2/8/2024).

Valve, Emails Regarding ████ ████ Distribution Agreement, 4/13/2007 (VALVE_ANT_2788947–953, at VALVE_ANT_2788948), available at Scott Lynch, Dep. Tr., 10/12/2023, Exhibit 133. ("70% of Steam revenues puts you in a better position unit-for-unit than you would receive selling at retail.")

[148]   Steam, "New Revenue Share Tiers and Other Updates to the Steam Distribution Agreement," 11/30/2018, https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838. ("Today, we updated the Steam Distribution Agreement with several important changes. . . . With that in mind, we've created new revenue share

---

Valve charged a 30% commission.[149]  For all game revenue greater than $10 million and less than $50 million, Valve's commission dropped to 25%.[150]  For all game revenue over $50 million, Valve reduced the commission to 20%.[151]  Game revenue includes "game packages, DLC [(downloadable content)], in-game sales and Community Marketplace game fees."[152]

### 3.3.5.  Steam Keys

(46)  Valve also provides publishers with Steam Keys which are "single-use, unique, alphanumeric codes that customers can activate on Steam to add a product license to their account."[153] Steam Keys differ from games purchased directly on Steam, allowing publishers to sell their games "on other stores and at retail[.]"[154]  Valve does not take a commission on game sales

---

tiers for games that hit certain revenue levels.  Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M.  At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M.  Revenue includes game packages, DLC, in-game sales, and Community Marketplace game fees.")

[149]  Steam, "New Revenue Share Tiers and Other Updates to the Steam Distribution Agreement," 11/30/2018, https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838.

See also: Scott Lynch, Dep. Tr., 10/12/2023, at 97:13–19. ("Q. The new revenue share that Steam introduced is 70/30 unless you sell more than $10 million of games; right?  A. That is correct.  Not -- no, it's not $10 million of games.  It's for games -- for a game that does in excess of 10 million, then the revenue share changes.")

[150]  Steam, "New Revenue Share Tiers and Other Updates to the Steam Distribution Agreement," 11/30/2018, https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838.

Scott Lynch, Dep. Tr., 10/12/2023, at 90:3–18. ("Q. And then in the fall of 2018, Valve introduced a new revenue sharing system?  A. Yes.  I think that was -- I think that was 2018.  Q. And that system was for games that sold more than 10 million, they would receive a 25 percent revenue share --  A. Yes.  Q. – 75/25?  A. Yes.  Q. And for games that sold more than 50 million, there would be a 80/20 revenue share?  A. Yeah. 80 percent to the developer, 20 percent to Valve, yes.  Q. Is that still in place today?  A. Yes.")

[151]  Steam, "New Revenue Share Tiers and Other Updates to the Steam Distribution Agreement," 11/30/2018, https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838.  ("Revenue includes game packages, DLC, in-game sales, and Community Marketplace game fees.")

The Verge, "Valve's New Steam Revenue Agreement Gives More Money to Game Developers," 11/30/2018, https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition.

Scott Lynch, Dep. Tr., 10/12/2023, at 90:3–18. ("Q. And then in the fall of 2018, Valve introduced a new revenue sharing system?  A. Yes.  I think that was -- I think that was 2018.  Q. And that system was for games that sold more than 10 million, they would receive a 25 percent revenue share --  A. Yes.  Q. – 75/25?  A. Yes.  Q. And for games that sold more than 50 million, there would be a 80/20 revenue share?  A. Yeah. 80 percent to the developer, 20 percent to Valve, yes.  Q. Is that still in place today?  A. Yes.")

[152]  Steam, "New Revenue Share Tiers and Other Updates to the Steam Distribution Agreement," 11/30/2018, https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838.

[153]  Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025).

[154]  Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025).

---

made with Steam Keys.[155]  Of course, while Valve may not charge a commission for such sales, the other distribution channel generally does not distribute the game for free, and will instead collect its own commission.[156]  When redeeming a Steam Key, users log in through their Steam account and add the game to their Steam Library, so subsequent in-game purchases are subject to Valve's commission rate.[157]

(47)    Valve is not the only PC game distribution platform that offers "keys."  Epic, for instance, also offers "Epic Keys."[158]  Like Valve, Epic partners with other platforms to facilitate the distribution of those keys.[159]  Like Valve, Epic earns no commission on key sales through other platforms.[160]

---

[155]    Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025). ("Steam Keys are a free service we provide to developers as a convenient tool to help you sell your game on other stores and at retail, or provide for free for beta testers or press/influencers.")

[156]    Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025). ("Steam Keys shouldn't be given away for free if you aren't also offering the same deal (i.e., give the game away for free) to Steam customers.  This includes giveaways for promotional purposes, unless that giveaway is very small (under 100 Steam Keys)."; "It's OK to run a discount for Steam Keys on different stores at different times as long as you plan to give a comparable offer to Steam customers within a reasonable amount of time.")

For example, see:

Humble Bundle, What is Humble Bundle, https://www.humblebundle.com/about (accessed 1/21/2025). ("The core of our bundle 'philosophy' is flexible pricing. When you buy a bundle, you can choose the price you want to pay. You can even choose how your money is divided – between the creators, charity, Humble Partners, and **Humble Bundle**.") (Emphasis added.)

As will be discussed in Section 4.1.2, Humble Bundle sells Steam Keys.

[157]    Rebellion, What is a Steam Key and How Do I Download a Game?, https://support.rebellion.com/hc/en-gb/articles/4403980176913-What-is-a-Steam-key-and-how-do-I-download-a-game (accessed 1/25/2025).

Valve, Emails Regarding ▇▇▇▇ Distribution, 8/10/2022–9/23/2022 (VALVE_ANT_0557762–791, at VALVE_ANT_0557776). ("Valve gets no royalties and charges no fees for Steam keys, full stop--but when a customer activates a Steam key, they own the game on Steam.  Which means that if they go on to make in-game transactions, they're just playing via Steam like any other user[.]")

[158]    Epic, Access Keys, https://dev.epicgames.com/docs/epic-games-store/publishing-tools/publishing-process/access-keys (accessed 1/22/2025).

[159]    Epic, Access Keys, https://dev.epicgames.com/docs/epic-games-store/publishing-tools/publishing-process/access-keys (accessed 1/22/2025). ("The Epic Games Store partners with several storefronts and digital resellers to allow you to sell your games through keyless integration[.]")

[160]    Epic, Epic Games Store Distribution Agreement, https://dev.epicgames.com/portal/en-US/distribution-agreement# (accessed 1/24/2025). ("You can also enable purchases of Digital Rights in your Product by selling or giving away redeemable codes called keys. When a key is entered on the Epic Games Store, it grants Digital Rights to the User who redeemed the key. You can request that Epic issue you keys that you can then give away or sell for whatever price you wish. You don't need to report revenue on the sale of Product keys to Epic and they aren't subject to Epic's 12% Revenue Share.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(48) Valve limits the number of Steam Keys provided to publishers.[161] If a publisher requests a number of Steam Keys that Valve deems excessive, Valve may refuse to provide the Steam Keys to that publisher.[162] Valve's policies state that "[a] request will usually be rejected if there's an imbalance that suggests the developer is not making an offer to Steam customers that is comparable to what Steam Key purchasers are offered."[163]

(49) Providing a limited number of Steam Keys to publishers helps Valve protect its current market position. Since Steam Keys can be sold outside of Steam,[164] they can be received by consumers who do not normally use Steam. Because Steam Keys can only be activated and used to play games on Steam,[165] new customers are brought into Steam. Thus, Steam Keys provide an opportunity for Valve to monetize game sales and in-game purchases even when the original

---

[161] Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025). ("FAQ[:] Q: How many Steam Keys can I get for my game? A: Games and applications launching on Steam may receive up to 5,000 Default Release Steam Keys to support retail activities and distribution on other stores. After that, all Steam Key requests are reviewed on a case-by-case basis. . . . Q: Why was my key request denied? A: When reviewing Steam Key requests, we typically look at the level of customer interest on Steam, the total number of keys that have been issued and activated for the game and the additional number that are being requested. A request will usually get rejected if there's an imbalance that suggests the developer is not making an offer to Steam customers that is comparable to what Steam Key purchasers are offered.")

[162] Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025). ("When reviewing Steam Key requests, some of the things we typically look at include the level of customer interest on Steam, the total number of keys that have been issued and activated for the game and the additional number that are being requested. A request will usually be rejected if there's an imbalance that suggests the developer is not making an offer to Steam customers that is comparable to what Steam Key purchasers are offered. For instance, a game with a few hundred units of lifetime sales requesting tens of thousands of keys, or more.")

[163] Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025). ("When reviewing Steam Key requests, some of the things we typically look at include the level of customer interest on Steam, the total number of keys that have been issued and activated for the game and the additional number that are being requested. A request will usually be rejected if there's an imbalance that suggests the developer is not making an offer to Steam customers that is comparable to what Steam Key purchasers are offered. For instance, a game with a few hundred units of lifetime sales requesting tens of thousands of keys, or more.")

[164] Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025). ("Steam Keys are single-use, unique, alphanumeric codes that customers can activate on Steam to add a product license to their account. Steam Keys are a free service we provide to developers as a convenient tool to help you sell your game on other stores and at retail[.]")

Alden Kroll, Dep. Tr., 11/16/2023, at 151:18–152:1. ("Q. I'm not sure we've talked about this yet, but what are Steam Keys? A. Steam Keys are codes that developers can request that they can distribute outside of Steam, whether they sell them or give them as review copies or give them as test copies, etcetera, to user – players that then activate those codes on Steam to add that game to their Steam library and download that through Steam and play it through Steam.")

Kristian Miller, Dep. Tr., 10/3/2023, at 59:18–25. ("Q. Is one of Valve's business objectives in distributing Steam Keys that Valve will reach customers, buyers of games, who are not on Steam? A. I can't speak to Valve's goal of -- at large, but it's really a publisher ask that the publisher wants to reach customers who aren't necessarily on Steam.")

[165] Steamworks, Steamworks Documentation: Steam Keys, https://partner.steamgames.com/doc/features/keys (accessed 1/21/2025). ("Steam Keys are single-use, unique, alphanumeric codes that customers can activate on Steam to add a product license to their account. Steam Keys are a free service we provide to developers as a convenient tool to help you sell your game on other stores and at retail[.]")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

sale of the Steam Key for the game occurs on other platforms or digital stores, and to attract new publishers/developers and consumers to its platform.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# 4.    Relevant Market Definition and Monopoly Power

(50)    I understand that one of the elements that Plaintiffs need to establish is that Valve has market power in the relevant market.  In this section, I apply economic principles to determine the product and geographic dimensions of the relevant product market.  I conclude that the relevant product market in this matter is the market for third-party digital PC game distribution via platforms and the relevant geographic market is worldwide.  I then demonstrate that Valve has market power in the relevant market.

## 4.1.    Defining the relevant market

### 4.1.1.    Overview

(51)    In economics, a market is an environment in which buyers and sellers interact for the purpose of buying and selling goods and/or services and in which the terms and conditions of trade are established, including the price at which the exchange will take place.[166]  Firms often compete in many markets; however, which of those markets is relevant to the issues being considered and constitutes a relevant antitrust market is a subject for analysis ("relevant market").  A relevant market "is composed of products that have reasonable interchangeability for the purposes for which they are produced—price, use and qualities considered."[167]  Put differently, a relevant market includes the set of products to which consumers can turn as reasonable economic substitutes when the relative prices of goods change.

(52)    Defining a relevant market involves analyzing two components: (a) the product dimension and (b) the geographic dimension.[168]  As noted herein, the product dimension includes products that are reasonable substitutes for one another within the market and are related to the plaintiffs' claims.[169]  Products are economic substitutes if an increase in the price of one

---

[166]    Stigler, George J. and Robert A. Sherwin (1985), "The Extent of the Market," *Journal of Legal Studies* 28(3): 555-585 at 555.

[167]    *United States v. E. I. du Pont de Nemours & Co.*, 351 U.S. 377, 404 (1956).

ABA Section of Antitrust Law (2017), *Antitrust Law Developments*, 8th ed., Chicago, IL: ABA Publishing, at 225.

[168]    U.S. Department of Justice and Federal Trade Commission, "Merger Guidelines," 12/18/2023, § 4.3, available at: https://www.ftc.gov/system/files/ftc_gov/pdf/P234000-NEW-MERGER-GUIDELINES.pdf.

For purposes of this report, I adopt the usual convention of referring to these as the product market and the geographic market.

[169]    *FTC v. Qualcomm Inc.*, No. 5:17-cv-00220-LHK, Proposed Findings of Fact, at ¶¶ 71–72 (N.D. Cal. 2019).  ("The starting place for defining a relevant market is a reference product— a product or a set of products that is offered by the firm that

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

product, Product B, increases quantity demanded for the other product, Product A.[170] The percentage change in quantity demanded of Product A for a given percentage change in the price of Product B is the cross-price elasticity of demand—a metric used to determine the level of substitutability between two products.[171] The relevant geographic market includes all the geographic areas to which consumers can reasonably turn for the product at issue.[172] While a particular good or service might be available in a wide geographic area, the geographic market that is relevant to an antitrust inquiry only encompasses the areas to which customers might reasonably turn to acquire those goods or services if prices change.

(53) The goal of a market definition analysis is to define the set of products and geographies within which competition occurs for the products at issue.[173] One approach to market definition is to analyze the seven "*Brown Shoe* factors," associated with the Supreme Court's 1962 decision in *Brown Shoe Co. v. United States*.[174] There, the court laid out seven "practical indicia" that

---

engaged in the anticompetitive conduct. The selection of the candidate market does not, however, change the test or pre-determine the outcome.")

ABA Section of Antitrust Law (2017), *Antitrust Law Developments*, 8th ed., Chicago, IL: ABA Publishing, at 224–5. ("To determine whether monopoly power exists, it is necessary to define the relevant market in which the power over price or competition is to be appraised. ... The boundaries of a relevant product market are determined principally by the reasonable interchangeability of use of the produces; products that are reasonably interchangeable in use generally compete with each other and are thus part of the same market.")

Carlton, Dennis W. and Jeffrey M. Perloff (2000), *Modern Industrial Organization*, 3rd ed., Reading, MA: Addison-Wesley, at 611–12, 612. ("A proper definition of the product dimension of a market should include all those products that are closed demand or supply substitutes.")

[170] Pindyck, Robert S. and Daniel L. Rubinfeld (2001), *Microeconomics*, 5th ed., Upper Saddle River, NJ: Prentice-Hall, Inc., at 22. ("Changes in the price of related goods also affect demand. Goods are substitutes when an increase in the price of one leads to an increase in the quantity demanded of the other.")

[171] Just because a very large price increase in one product creates a small increase in demand for the other product does not necessarily mean that the two products are in the same market. Products that are not sufficiently comparable are, thus, not included in the relevant market, either due to product attributes, perceptions, or geography.

See:

U.S. Department of Justice and Federal Trade Commission, "Merger Guidelines," 12/18/2023, § 4.4, available at: https://www.ftc.gov/system/files/ftc_gov/pdf/P234000-NEW-MERGER-GUIDELINES.pdf. ("[T]he competitive significance of the parties may be understated by their share when calculated on a market that is broader than needed to satisfy the considerations above, particularly when the market includes products that are more distant substitutes, either in the product or geographic dimension, for those produced by the parties.")

[172] ABA Section of Antitrust Law (2017), *Antitrust Law Developments*, 8th ed., Chicago, IL: ABA Publishing, at 226. ("The relevant geographic market comprises all physical territories in which actual or potential producers are located and to which customers can reasonably turn for sources of supply.")

[173] Carlton, Dennis W. and Jeffrey M. Perloff (2000), *Modern Industrial Organization*, 3rd ed., Reading, MA: Addison-Wesley, at 611–12, 612. ("A market definition specifies the competing products and geographic area in which competition occurs that determines the price for a given product.")

[174] *Brown Shoe Company v. United States*, 370 U.S. 294 (1962), at 325. ("The outer boundaries of a product market are determined by the reasonable interchangeability of use or the cross-elasticity of demand between the product itself and

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

may be instructive, but not necessary, for defining what is referred to as a "submarket," but is understood as and synonymous with a "market"[175]: (i) industry recognition of a submarket; (ii) the product's peculiar characteristics and uses; (iii) unique production facilities; (iv) distinct customers; (v) distinct prices; (vi) sensitivity to price changes; (vii) specialized vendors.[176]  In practice, the *Brown Shoe* indicia are often useful as "evidentiary proxies for direct proof of substitutability."[177]  In that sense, a *Brown Shoe* analysis allows the fact finder to determine the substitutability between products without explicitly calculating a cross-price elasticity.

(54)  One common analytical tool that is used to define relevant markets in merger analysis is the Department of Justice's and Federal Trade Commission's Hypothetical Monopolist Test ("HMT").  The HMT considers a small but significant non-transitory increase in price ("SSNIP") of the product at issue and defines the relevant market as that in which a hypothetical monopolist could profitably impose a SSNIP.[178]  The SSNIP test captures economic

---

substitutes for it.  However, within this broad market, well defined submarkets may exist which, in themselves, constitute product markets for antitrust purposes.  United States v. E.I. du Pont de Nemours & Co., 353 U. S. 586, 353 U. S. 593-595. The boundaries of such a submarket may be determined by examining such practical indicia as industry or public recognition of the submarket as a separate economic entity, the product's peculiar characteristics and uses, unique production facilities, distinct customers, distinct prices, sensitivity to price changes, and specialized vendors.")

[175]  It is generally understood that the use of the term "submarket" in *Brown Shoe* is synonymous with "market." See, for example:

Francis, Daniel and Cristopher Jon Sprigman (2023), *Antitrust: Principles, Cases, and Materials*, American Bar Association, Antitrust Law Section, at 80. ("In the following extract, and in some other cases, the Court uses the term 'submarket.' Do not be led astray by this confusing term, which crops up from time to time but could probably be banned without doing any harm (and, thus, probably should be banned in the interests of clarity). It is best understood to simply mean 'market.'")

[176]  *Brown Shoe Company v. United States*, 370 U.S. 294 (1962), at 325. ("The outer boundaries of a product market are determined by the reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it.  However, within this broad market, well defined submarkets may exist which, in themselves, constitute product markets for antitrust purposes.  United States v. E.I. du Pont de Nemours & Co., 353 U. S. 586, 353 U. S. 593-595. The boundaries of such a submarket may be determined by examining such practical indicia as industry or public recognition of the submarket as a separate economic entity, the product's peculiar characteristics and uses, unique production facilities, distinct customers, distinct prices, sensitivity to price changes, and specialized vendors.")

See, also:

*FTC v. Swedish Match*, 131 F. Supp. 2d 151 (D.D.C. 2000), at 159. ("The Court in *Brown Shoe* provided a series of factors or 'practical indicia' for determining whether a submarket exists including 'industry or public recognition of the submarket as a separate economic entity, the product's peculiar characteristics and uses, unique production facilities, distinct customers, distinct prices, sensitivity to price changes, and specialized vendors.' 370 U.S. at 325, 82 S. Ct. 1502. As 'practical indicia,' these factors are not necessarily criteria to be rigidly applied.")

Francis, Daniel and Cristopher Jon Sprigman (2023), *Antitrust: Principles, Cases, and Materials*, American Bar Association, Antitrust Law Section, at 98. ("Since the Court described these factors as 'practical indicia' rather than requirements, subsequent cases have found that submarkets can exist even if only some of these factors are present[.]")

[177]  *Rothery Storage & Van Co. v. Atlas Van Lines, Inc.*, 792 F.2d 210, at 218 & n.4, 219 (D.C. Cir. 1986)

[178]  U.S. Department of Justice and Federal Trade Commission, "Merger Guidelines," 12/18/2023, § 4.3 available at: https://www.ftc.gov/system/files/ftc_gov/pdf/P234000-NEW-MERGER-GUIDELINES.pdf.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

considerations of substitutability by considering potential substitution among competing products following the small, non-transitory change in price. The Merger Guidelines suggest the consecutive application of the HMT to define the relevant product market and then again to define the relevant geographic market.[179]

(55)   The HMT/SSNIP test is difficult to implement quantitatively, in general. I do not conduct a quantitative SSNIP test in connection with my analysis of the relevant market; instead, I draw upon the concept of reasonably substitutable products underlying the SSNIP test and that is at the heart of the relevant market analysis, as set forth in *Brown Shoe*. In defining the relevant market in this matter, I focus on the fundamental question in market definition analysis: what is the set of products to which customers can and do readily turn as reasonable substitutes for the product at issue? In other words, "[a]lthough courts and antitrust enforcement agencies consider a range of factors, the single most important consideration in antitrust relevant market definition is the consumer's ability and propensity to substitute one product for another."[180]

(56)   In a case where economists can observe changes in relative prices between two (potentially substitutable) products, observing consumer behavior, specifically changes over time in purchasing behavior, can provide insights into the extent to which those two products are substitutable and, sometimes, the strength of that substitution relationship.

(57)   One economically reasonable approach to determining substitutability is to perform an "entry analysis."[181] An entry analysis examines the competitive effect on a candidate market from the entry of a potential competitor firm/product.[182] This entry can function as a "natural experiment" that allows one to study if sales or margins of incumbents are impacted by entry due to consumer substitution to the new competitive entrant.[183] If an incumbent firm is

---

[179]   U.S. Department of Justice and Federal Trade Commission, "Merger Guidelines," 12/18/2023, § 4.3 available at: https://www.ftc.gov/system/files/ftc_gov/pdf/P234000-NEW-MERGER-GUIDELINES.pdf.

[180]   Newberg, Joshua A. (2000), "Antitrust for the Economy of Ideas: The Logic of Technology Markets," *Harvard Journal of Law & Technology* 14(1): 83–137, at 90–91.

[181]   Coate, Malcolm B. (2013), "The Use of Natural Experiments in Merger Analysis," *Journal of Antitrust Enforcement* 1(2): 437–467, at 447-449.

See, also:

*FTC v. Whole Foods Mkt, Inc.*, 548 F.3rd 1028 (D.C. Cir. 2008).

[182]   Coate, Malcolm B. (2013), "The Use of Natural Experiments in Merger Analysis," *Journal of Antitrust Enforcement* 1(2): 437–467, at 447-449.

[183]   Coate, Malcolm B. (2013), "The Use of Natural Experiments in Merger Analysis," *Journal of Antitrust Enforcement* 1(2): 437–467, at 447-449.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

impacted by a new entrant, or reacts to that entity's entrance, this is economic evidence that the two firms may compete in the same market.[184]  This would be a necessary condition for two firms to compete in the same market, but it is not a sufficient condition.[185]

(58)    Theoretical and empirical findings in economics suggest that incumbent firms also respond to even the *belief* that a rival firm or product may enter their market when they perceive that the threat of entry is a credible threat.[186]  For example, economists have shown that when incumbent airline companies believe a lower-cost option may provide future service on a route they travel, these incumbents often, if not routinely, lower their prices for trips on those routes in response.[187]

---

[184]    Coate, Malcolm B. (2013), "The Use of Natural Experiments in Merger Analysis," *Journal of Antitrust Enforcement* 1(2): 437–467, at 447.  ("The core study identified an impact for the entry of another premium, natural, organic, supermarket (PNOS) on the margins of the incumbent PNOS competitor, while showing the entry of normal supermarkets did not affect PNOS margins.  The plaintiff interpreted this data as substantiating both the narrow market definition and the competitive concern stemming from the merger[.]")

[185]    See, for example:

U.S. Department of Justice and Federal Trade Commission, "Merger Guidelines," 12/18/2023, § 4.3, available at: https://www.ftc.gov/system/files/ftc_gov/pdf/P234000-NEW-MERGER-GUIDELINES.pdf.  ("Market participants often encounter a range of possible substitutes for the products of the merging firms. However, a relevant market cannot meaningfully encompass that infinite range of substitutes. There may be effective competition among a narrow group of products, and the loss of that competition may be harmful, making the narrow group a relevant market, even if competitive constraints from significant substitutes are outside the group.")

[186]    See, for example:

Salop, Steven C. (1979), "Strategic Entry Deterrence," *The American Economic Review* 69(2): 335–338, at 335.  ("[A] strategic entry barrier is purposely erected to reduce the possibility of entry.")

Goolsbee, Austan and Chad Syverson (2008), "How Do Incumbents Respond to the Threat of Entry?  Evidence from the Major Airlines," *Quarterly Journal of Economics* 123(4): 1611–1633.

Tenn, Steven and Brett W. Wendling (2014), "Entry Threats and Pricing in the Generic Drug Industry," *The Review of Economics and Statistics* 96(2): 214–228.

[187]    Goolsbee, Austan and Chad Syverson (2008), "How Do Incumbents Respond to the Threat of Entry?  Evidence from the Major Airlines," *Quarterly Journal of Economics* 123(4): 1611–1633, at 1611.  ("We find that incumbents cut fares significantly when threatened by Southwest's entry.  Over half of Southwest's total impact on incumbent fares occurs before Southwest starts flying.  These cuts are only on threatened routes, not those out of non-Southwest competing airports.")

This effect has also been shown in the pharmaceutical industry and, in some instances, in the cable TV industry.  See:

Tenn, Steven and Brett W. Wendling (2014), "Entry Threats and Pricing in the Generic Drug Industry," *The Review of Economics and Statistics* 96(2): 214–228, at 214.  ("In smaller drug markets, we find that price falls in response to an increase in potential competition.")

Seamans, Robert C. (2012), "Threat of Entry, Asymmetric Information, and Pricing," *Strategic Management Journal* 34: 426–444 at 426.  ("I then study pricing in the U.S. cable TV industry to show that pricing patterns of incumbent cable TV systems are consistent with limit pricing when the relationship between the incumbent and potential entrant is characterized by asymmetric information.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(59)    Steam is a two-sided platform, and these market definition tools must be applied to *both* sides of the platform to properly determine the relevant market.[188]  Historically, Valve has charged and collected Steam fees on purchases of games and other game content by taking a commission of sales from the publisher side of the market.  In considering the principles underlying a proper market definition analysis, I assume that Valve's pricing structure in the actual world would not change given a change in the level of Steam's prices.  That is, Steam would not add any new types of fees and would only change the commission fee to publishers if it is imposing a price increase.  It would not charge a fee to game purchaser users.  In the actual world where Steam has monopoly power, its pricing structure clearly shows that it determined it was optimal to price to only one side and to use the "free" access to the user side as a mechanism to build its user base and network effects.  In a world without the PMFN, it is hard to conceive of circumstances in which that decision would change.  With building network effects being so critical to success, in a competitive market, there is no economic basis, nor reason based on the record in this case, to envision a change in the pricing structure.  With intense competition for users, raising consumers' price of access or use when competitors are not doing the same is not going to be optimal under any condition I can conceive of, given the record in this case.[189]

### 4.1.2.  Reference product and candidate market

(60)    Based on my expertise as an economist, my experience, and the facts of the case, my candidate market, that is, the potential market I examine to determine if it meets the criteria for being the relevant *antitrust* market, is the market for third-party digital PC game distribution via platforms.  This is a two-sided platform market, where the two sides of the platform are (a) game publishers, on the one hand, and (b) game players, on the other.  As I will discuss below, evidence indicates that this candidate market includes products that are reasonable

---

[188]    Evans, David S. (2003), "The Antitrust Economics of Two-Sided Markets," *Yale Journal on Regulation* 20(2): 1–89, at 63. ("In the case of mergers, the U.S. Department of Justice and Federal Trade Commission have developed techniques for determining whether a firm is in the market. They start with the firm(s) under consideration and add competitors to the market. The market boundary results (in a geographic or product dimension) when the collection of firms could, acting as a monopolist, raise price by a small but significant non-transitory amount (often taken to be 5-10 percent). If the collection of firms could do so, then presumably the firms 'outside of the market' do not constrain the firms 'inside the market' much. For two-sided markets, this analysis must pay attention to both sides. It should consider firms that currently supply both sets of customers.")

[189]    My assumption is also an economically reasonable one on its face: many two-sided marketplaces adopt a similar structure. Apple's App Store and the Google Play Store do not charge a fee to the user side of the platform; only developers pay. Retail e-commerce platforms (e.g., Amazon, eBay, Walmart) typically charge no user fee for basic access (though Amazon offers a premium service for a fee, a fact that does not undermine my conclusion). Although other monetization models are possible, the fact that so many transaction platforms in the actual world adopt a similar monetization scheme as Valve does with Steam—and at different price points—suggests that the structure will persist regardless of what Valve charges.

---

substitutes for one another within the market and are related to the plaintiffs' claims. From the point of view of publishers, the product at issue is access to the platform. By buying access to the platform through an agreement to pay a commission to Steam for all transactions, developers are able to offer games to the user/gamer side of the platform. From the point of view of users/gamers, the product they seek to acquire is games (and various in-game features).

(61)   Third-party digital PC game distribution platforms host both the publishers and gamers on the platform, connecting these two sides and facilitating not only gameplay but also transactions between the two sides. Where, as similar to here, the product at issue to both sides is a "transaction," I recognize that some courts have described similarly structured platforms as "transaction" platforms or "transaction" markets[190] Regardless of whether the product at issue is framed as a "transaction" or, alternatively, as access to the platform (publishers) and the purchase of a game (game players), the analysis is the same because in those situations, there are always two sides to the market, married by a simultaneous purchase and sale of a good (a game).

(62)   A "third-party digital PC game distribution platform" is a platform that allows PC game publishers—specifically publishers other than the platform operator—to digitally distribute and sell games. A third-party digital PC game distribution platform on which users can also play the game allows for continuous interaction between player and publisher, including during gameplay. Examples of third-party digital PC game distribution platforms include Steam, EGS, and GOG Galaxy. See Table 1.

---

[190]   *Ohio v. Am. Express Co.*, 138 S. Ct. 2274, 2280 (U.S. Supreme Court 2018).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**Table 1: Third-Party Digital PC Game Distribution Platforms[191]**

| Platform | Publishers | Launch Year |
|---|---|---|
| Steam | Valve and other publishers (2005–present) | 2003 |
| EGS | Epic and other publishers | 2018 |
| GOG Galaxy | CD Projekt and other publishers | 2014 |
| EA App (f/k/a Origin) | EA and other publishers (2011–2022) | 2011 |
| Ubisoft Connect (f/k/a Uplay) | Ubisoft and other publishers (2013–c. 2024)[192] | 2009 |
| Microsoft Store (f/k/a Windows Store) | Microsoft and other publishers | 2012 |
| Itch.io | Other publishers | 2013 |
| Discord Store | Discord and other publishers (2018–2019) | 2018 |

(63)    Valve considers these third-party digital PC game distribution platforms to be Steam's competitors.[193] For example, a Valve email discussing the launch of EGS states: "The entrance

---

[191]    See Attachment B-1.

[192]    I understand that as of the date of this report, Ubisoft no longer offers third-party games on Ubisoft Connect. In 2023, the Ubisoft Store only had ▇▇▇ of third-party sales in the U.S. across both PC and console. See:

Ubisoft, Sales Data, c. 2023 (HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY Valve Subpoena data 29Nov23.xlsx,, at tab 'Q1 B'). See also:

Rietveld Report, 1/27/2025, § V.C.

[193]    For additional examples, see:

Valve, Emails Regarding ▇▇▇▇ SDA, 7/23/2019–4/27/2020 (VALVE_ANT_2814301–311, at VALVE_ANT_2814309), available at Kassidy Gerber, Dep. Tr., 10/5/2023, Exhibit 102. (When discussing the "material parity" requirement of Valve's SDA, Valve made it clear that it is only concerned with the PC version of games on Steam relative to those offered on competing PC platforms, stating that "If a game on Steam is going to be materially different from the game on other PC platforms, we'd rather just not have the game on Steam in the first place[.]")

Erik Johnson, Valve employee, testified that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Mr. Johnson further testified that if a game was offered on EGS but not on Steam, some customers would go to EGS to buy the game.  Further, a set of 2019 internal emails also show that Valve ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. See:

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

of a strong competitor to the market absolutely has our attention."[194]  As another example, a Valve statement discussing the PC gaming "landscape" states that the ███████████████[195]

Similarly, in an internal email chain discussing points for the 2020 GDC, Valve considered EGS a competitor.[196]  Deposition testimony by Valve employees also demonstrates that Valve competes with third-party digital PC game distribution platforms.   For example, Valve employees Jason Ruymen, Erik Johnson, and DJ Powers testified that EGS and/or Discord are competitors to Steam.[197]

---

Erik Johnson, Dep. Tr., 9/26/2023, at 203:22–205:16, 214:24–216:10.  ███████████████



██████████████ . . Q. So your understanding of Epic exclusivity was not that the game would be exclusive to the Epic Games Store but that it would not be on the Steam Store; is that correct? A. Functionally, that's what ended up happening . . . ."; "Q. So if a product was available on Epic Games Store but was not available on Steam, would you anticipate that a customer would go get it from the Epic Games Store? A. Some would, some wouldn't. . . .")

Valve, Emails Regarding Upcoming Games, 1/28/2019–2/6/2019 (VALVE_ANT_2712829–31, at VALVE_ANT_2712830), available at Erik Johnson, Dep. Tr., 9/26/2023, Exhibit 23. ███████████

Valve, Emails Regarding Game Giveaway, 11/6/2017–11/29/2017 (VALVE_ANT_0189171–73, at VALVE_ANT_0189171), available at Connor Malone, Dep. Tr., 11/8/2023, Exhibit 265. (". . .███████████████

████████████████████

[194]    Valve, Email Regarding Valve's Statement On Epic's Entry, 1/28/2019 (VALVE_ANT_0405724–26, at VALVE_ANT_0405726).

[195]    Valve, Competitive Landscape Analysis, undated (VALVE_ANT_1221442–44, at VALVE_ANT_1221442).

[196]    Valve, Emails Regarding 2020 Steam Business, 1/31/2020–3/2/2020 (VALVE_ANT_2417069–73, at VALVE_ANT_2417071–72), available at DJ Powers, Dep. Tr., 9/28/2023, Exhibit 49.

[197]    Jason Ruymen, Dep. Tr., 9/19/2023, at 143:2–7. ("Q. Epic also has the Epic Games Store; is that accurate? A. Yes. Q. And does the Epic Games Store compete with Steam store? A. Yes.")

Erik Johnson, Dep. Tr., 9/26/2023, at 248:13–18. ("Q. So it looks like there was a lot of questions about Discord's -- and their announcement of a game store and how that would potentially impact Steam. Is that fair? A. I would just frame this as a conversation about a competitor.")

See also: Erik Johnson, Dep. Tr., 9/26/2023, at 244:11–13, 246:1–24. ("Q. So you met with ████ prior to their announcement of about a launch of its own game store? A. Yes."; "Q. They were meeting with you to talk with you about their future plans to open up a competing game store? A. I think so, yeah. . . .")

See also: Valve, Emails Regarding Discord Store, 8/9/2018 (VALVE_ANT_0060458–62), available at Erik Johnson, Dep. Tr., 9/26/2023, Exhibit 27.

Valve, Email Regarding Epic, 1/25/2019 (VALVE_ANT_2417190–93, at VALVE_ANT_2417190), available at DJ Powers, Dep. Tr., 9/28/2023, Exhibit 47.

DJ Powers, Dep. Tr., 9/28/2023, at 142:19–143:17. ("Q. And this email is notes or thoughts on those meetings, and your thoughts on sort of the issues that you guys discussed; is that fair? A. Yeah. It's a -- partly a recap of conversations we had, and it's partly -- it's partly getting down in one place our thoughts about a new competitor entering the market. Q. Oh, and the new competitor entering the market is Epic? A. Yeah. And Discord. Q. And with Epic we're talking specifically about the Epic Game Store -- A. Yeah. . . .")

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(64)    Consistent with the documents produced by Valve and its witnesses' deposition testimony discussed above, popular publications also acknowledge that third-party digital PC game distribution platforms compete with Steam in this market. For example, a 2011 CNET article claims that EA is "tak[ing] aim at Steam" with the launch of Origin, and that Origin "is EA's answer to Steam[.]"[198] In 2018, a Morgan Stanley analyst report offered an expectation that Epic's launch of EGS would undercut "Steam's headline take rate by more than half (12% vs. 30%). We see these signs of competition as bullish for content owners vs. game distribution platforms[.]"[199] In addition, a 2018 Verge article discussing the launch of the Discord platform states: "Discord. . . is now using its pervasiveness in the PC ecosystem to start competing with Valve's Steam marketplace, which is far and away the largest PC game distribution platform."[200] A 2021 Verge article discusses both Microsoft's and Epic's attempts to compete with Steam using a reduced commission rate to entice developers to the respective platforms.[201]

(65)    In my analysis, I also consider whether the third-party distribution of digital PC games through non-gameplay platforms—*i.e.*, platforms where users can purchase PC games but cannot actually play the PC games on that platform —should also be a part of the relevant market.

(66)    Third-party distribution of digital PC games through non-gameplay platforms typically take place through the e-commerce channels of traditional retail stores (*e.g.*, BestBuy.com, Target.com) and digital sales platforms (*e.g.*, Humble Store). Some examples of non-gameplay digital sales platforms include:

---

[198]    CNET, "EA Launches Origin, Takes Aim at Steam," 6/3/2011, https://www.cnet.com/tech/gaming/ea-launches-origin-takes-aim-at-steam/.

[199]    Morgan Stanley, "Shutoff Valve? What Epic's Game Store Signals," 12/4/2018 (VALVE_ANT_0059565–570, at VALVE_ANT_0059565).

See, also:

Forbes, "'Fortnite' Developer Epic Is Launching a Huge Steam Competitor With A Better Cut for Devs," 12/4/2018, https://www.forbes.com/sites/insertcoin/2018/12/04/fortnite-developer-epic-is-launching-a-huge-steam-competitor-with-a-better-cut-for-devs/. ("Epic has announced the Epic Store, a direct competitor to Steam that undercuts the rate Valve's service gives to developers.")

[200]    The Verge, "Discord's Game Store Launches Globally Today With Indie Gems Like Hollow Knight and Dead Cells," 10/16/2018, https://www.theverge.com/2018/10/16/17980810/discord-digital-game-distribution-store-steam-competitor-nitro-subscription-service.

[201]    The Verge, "Microsoft Shakes Up PC Gaming by Reducing Windows Store Cut to Just 12 Percent," 4/29/2021, https://www.theverge.com/2021/4/29/22409285/Microsoft-store-cut-windows-pc-games-12-percent.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- **Humble Bundle:** Launched in 2010, Humble Bundle is a digital platform that sells PC games and digital content.[202] Humble Bundle is a publisher and sells other publishers' games either individually or through 'Bundles', which often rely on game keys that participating publishers get from such a platform as Steam.[203]

- **Green Man Gaming ("GMG"):** Launched in 2010, GMG is digital platform that sells PC game keys that can be redeemed on platforms like Steam.[204] GMG offers publishing and distribution services.[205]

- **WinGameStore:** Launched in 2014, WinGameStore is a digital platform that distributes "digital download games for Windows and Linux."[206] The platform is an authorized digital retailer of "officially licensed games direct from over 1000+ different publishers" and sells games in over 240 countries.[207]

- **GamersGate:** Launched in 2004, GamersGate is a digital platform that is an "officially licensed store,"[208] selling "official keys."[209] GamersGate claims that it has "teamed up with many publishers from around the world" and has a focus on offering games as cheaply as possible.[210]

(67)  These non-gameplay digital sales platforms, as well as e-commerce channels from traditional retailers, differ from Steam in that they are sales platforms only; users cannot play games on the platform. These non-gameplay platforms rely on game-play platforms, in that they sell game keys (*e.g.*, Steam Keys) to games that consumers then redeem on those other platforms

---

[202]  Humble Bundle, What is Humble Bundle, https://www.humblebundle.com/about (accessed 1/21/2025).

While the platform itself was launched in 2010, Humble Bundle as a company was incorporated in 2011. See:

Jeffrey Rosen, Dep. Tr., 11/17/2023, at 43:12–17. ("Q. Okay. You said that Humble Bundle Incorporated, was organized in 2011; is that correct? A. Correct. Q. Okay. And were you a cofounder of Humble Bundle, Incorporated? A. Correct.")

[203]  Humble Bundle, What is Humble Bundle, https://www.humblebundle.com/about (accessed 1/21/2025).

[204]  Green Man Gaming, We're Green Man Gaming, https://www.greenmangaming.com/who-we-are/ (accessed 1/21/2025).

Games Beat, "Green Man Gaming's New Program Simplifies the Publishing Process," 1/24/2020, https://venturebeat.com/games/green-man-gamings-new-program-simplifies-the-publishing-process/. ("[GMG] works with companies like Steam, Uplay, Origin, and the Epic Games Store to sell game keys that customers then redeem on those respective platforms.")

[205]  Venture Beat, "Steam Competitor Green Man Gaming Launches Its Own Publishing Arm, Green Man Loaded," 9/30/2014, https://venturebeat.com/games/green-man-loaded/.

Green Man Gaming, Fractional Publishing, https://www.greenmangaming.com/company/what-we-do/publishing/ (accessed 1/21/2025).

[206]  WinGameStore, About WinGameStore, https://www.wingamestore.com/information/About/ (accessed 1/21/2025).

[207]  WinGameStore, About WinGameStore, https://www.wingamestore.com/information/About/ (accessed 1/21/2025).

[208]  GamersGate, Help Center, https://www.gamersgate.com/support/general/is-gamersgate-legit/ (accessed 1/21/2025).

[209]  GamersGate, About Us, https://www.gamersgate.com/about-us/ (accessed 1/21/2025).

[210]  GamersGate, About Us, https://www.gamersgate.com/about-us/ (accessed 1/21/2025).

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

featuring the ability to play games (*e.g.*, Steam).[211]   As such, while they facilitate the transaction between a publisher and a consumer, only the purchase is facilitated.  All other interactions and transactions between the two sides of the platform occur on game-play platforms.

(68)   Arguably, because these non-gameplay platforms only facilitate transactions rather than gameplay, they should not be included within the relevant market.   However, to be conservative, I include these platforms in the relevant market—including *additional* entities in the relevant market only serves to understate, rather than overstate, Valve's market share and market power.

### 4.1.3.   Considerations of potentially substitutable products in the relevant market

(69)   As discussed above, the candidate market is the market for third-party digital PC game distribution via two-sided platforms, where the two sides of the transaction are game publishers and game players who transact through the platform.  From the point of view of publishers, the product at issue is access to the platform to publish its games, and therefore, it is relevant to consider if publishers view a particular distribution method as substitutable with third-party digital PC game distribution.  On the other side of the platform, users seek to acquire games (and various in-game features), and as such, it is relevant to consider how users may substitute between the various outlets that distribute games for user consumption and gameplay.  Behavior on both sides of the market is relevant.  Further, behavior on any one side alone cannot determine whether a distribution method should be included in the relevant market.  It follows that any potential substitutable options for publishers and gamers must allow for the facilitation of these transactions between PC game publishers and PC game players.  As such, in this section, I evaluate whether any of the distribution methods at the borders of this candidate market are a feasible and reasonable alternative for developers *and* users.

---

[211]   See, for example:

Humble Bundle, What is Humble Bundle, https://www.humblebundle.com/about (accessed 1/21/2025).  ("When you purchase something on Humble Bundle, you'll get a key to redeem on Steam, Ubisoft Connect Desktop App, GOG, or another platform.")

Green Man Gaming, We're Green Man Gaming, https://www.greenmangaming.com/who-we-are/ (accessed 1/21/2025). ("When purchasing with us you'll instantly get your key for games that have already been released.")

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(70) On the publisher side, I understand that in making distribution choices, they will consider a variety of factors, in addition to the ability of gamers to access and play the game. These include, for example, the size of the user base, the availability of other services from the platform operator, including game development tools, marketing support, and the like. For example, Valve provides a large global user base through the Steam platform, but also provides developer access to Steamworks tools and services. Valve highlights the importance of these characteristics. For example, a 2015 Valve presentation states that Steam is used by "[a]ll major game developers and publishers" and provides developers with "[a] suite of game development tools" and access to a "robust community" where developers can connect with customers.[212] Additionally, emails between Valve employees highlight Steam's user base stating, "Valve operates Steam, which is the dominant PC gaming platform in the industry" with "65 million monthly unique visitors on average" and "14 million peak concurrent users on any given day[.]"[213] The Steamworks webpage currently advertises that developers distributing on Steam can reach Steam's growing global audience, boost their marketing power by "[t]ak[ing] advantage of Steam's 1 trillion impressions a day[,]" manage their game's business, and enhance player experience.[214]

(71) Similarly, other third-party digital PC game distribution platforms advertise and offer such developer benefits. For example, Epic and GOG webpages advertise the tools and services

---

[212]  Valve, Valve Overview, c. 2015 (VALVE_ANT_0711725.pptx, at slides 3–4, 10).

[213]  Valve, Valve Quick Facts, 11/29/2018 (VALVE_ANT_1747293).

Other internal Valve emails and documents discuss the importance of Steam's user base, see, for example:

Valve, "GDC 2020 – Competitor Analysis," 2020, (VALVE_ANT_0019400–02, at VALVE_ANT_0019401), available at Scott Lynch, Dep. Tr., 10/13/2023, Exhibit 156. ("Success can happen for anyone on Steam, from Triple-A to the tiniest Indie[.] The global reach of Steam is huge and still growing, for all tastes[.] Developers from everywhere and anywhere [distribute games on Steam.]")

Valve, Emails Regarding Concepts for Indie Talks, 2/25/2020–3/10/2020 (VALVE_ANT_0813962–65, at VALVE_ANT_0813964). (Listing points worth highlighting to indie developers, which include: "despite all the talk of 'indieapocalypse,' more and more games (and many nobody has ever head of in the press) are finding sustainable success on Steam" and "the ever increasing global reach of Steam means you might find an audience you'd never thought of specifically catering to[.]")

Valve, "███████ and Steam," undated (VALVE_ANT_2971871.pptx, at slides 3–4). ("Size of Channel[:] Steam sales account for ███ of total sales (retail + online). Generally bigger than any individual retailer[.] . . . Steam's install base represents a significant % of game buyers. Steam exposure and marketing drives both online and retail.")

Valve, ███ and Steam," undated (VALVE_ANT_2971872.pptx, at slides 3–4).

Valve, "███████ and Steam," undated (VALVE_ANT_2971873.pptx, at slides 3–4).

[214]  Steamworks, Home Page, https://partner.steamgames.com/ (accessed 1/21/2025).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

that they provide to developers for game development and distribution.[215]  For example, an Epic webpage advertises that EGS allows developers to "[r]each a [g]lobal [a]udience" by providing "[d]irect distribution to over 230 million Epic users across 187 countries with 16 languages supported."[216]  Non-gameplay platform distributors also promote their user base to entice publishers.[217]

(72)    When considering their game distribution options, publishers may consider distributing games through, for example, third-party physical PC game distribution, such as through brick-and-mortar stores; first-party digital PC game distribution, in which the publishers distribute the games themselves; or non-PC game distribution, in which games are written to be played on devices such as consoles or smartphones.  For a game publisher, value is realized when gamers are able to find a game; thus, publishers want to maximize access to their games to PC gamers.

(73)    Publishers do not have to make a distribution choice that is exclusive; publishers will often consider (and may choose) to publish a game through multiple distribution channels.  When a publisher chooses to publish a game across multiple distribution channels (or multiple outlets within one channel), it is a form of publisher-side "multihoming."[218]  That is, publishers "multihome" when they choose to distribute their games through multiple distribution

---

[215]    Epic Games, Epic Games Store Offers App, Software and Game Distribution, https://store.epicgames.com/en-US/distribution (accessed 1/21/2025).  ("'Epic offers an ecosystem of tools, services, and communities to help anyone create, power, and distribute software. With a single Epic Games account, anyone can create with Unreal Engine, enhance with Epic Online Services and Kids Web Services, and distribute PC games on the Epic Games Store.[']")

Epic Games, Online Services, https://dev.epicgames.com/en-US/services (accessed 1/21/2025).  ("Epic Online Services is an open and modular set of online services for game development.  Continuously evolving to serve all games and their players, today it gives creators freedom to distribute their games across all platforms, and their players access to all friends.")

GOG.com, "Benefits of Releasing Your Game on GOG – A Guide for Indie Game Developers," 6/7/2023, https://www.gog.com/blog/benefits-of-releasing-your-game-on-gog-a-guide-for-indie-game-developers/.    ("GOG's commitment to providing efficient, developer-friendly solutions ensures that your experience on our platform is smooth, rewarding, and optimized for success.  Using our intuitive tools allows you to create a dedicated GOG build fast, streamlining the release process.")

[216]    Epic Games, Epic Games Store Offers App, Software and Game Distribution, https://store.epicgames.com/en-US/distribution (accessed 2/7/2024).

[217]    See, for example:

Humble Bundle, What is Humble Bundle, https://www.humblebundle.com/about (accessed 1/21/2025).  ("12,000,000+ customers[:] The Humble community has reached over 12 million customers from around the globe.")

Green Man Gaming, What We Do, https://www.greenmangaming.com/company/what-we-do/ (accessed 1/21/2025).  ("Largest authorised independent retailer worldwide outside of 1st party platforms, reaching millions of customers globally, and selling over 100M games to date.")

[218]    For an explanation of multihoming, see: Rietveld Report, 1/27/2025, § III.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

platforms.[219]   Multihoming across distribution options can be consistent with these options being substitutes; if publishers could (or do) profitably switch to a new distribution method in response to an increase in the cost of selling games on through one channel of distribution, that suggests a *possible* substitutable relationship.   However, multihoming is competitively meaningful only if it results in a publisher (or gamers) reducing their engagement with the first channel of distribution, affecting the profitability of that first channel and engendering a competitive response.   That would imply a substitutable relationship between the options.   However, rather than necessarily implying a substitutable relationship, multihoming can allow publishers to increase reach and capture different, *complementary* groups of gamers. As I discuss below, I conclude that these alternative distribution channels—such as brick-and-mortar PC game distribution, first-party digital PC game distribution, and non-PC game distribution—are overwhelmingly *complementary* to third-party digital PC game distribution via platforms and are not competitively meaningful substitutes.[220]   Moreover, these complementary distribution avenues are not readily available to all developers.

**Other third-party PC game distribution**

(74)   Publishers can choose physical distribution rather than third-party digital PC game distribution via platforms.  I conclude that physical distribution is not in the relevant market, because it is not an adequate substitute for digital third-party PC game distribution services. Because the user experience in a digital shopping environment is so different from a physical environment, users are unlikely to regard digital shopping and brick-and-mortar stores as substitutes for game purchases.  In addition, a publisher distributing games through physical distribution avenues incurs (non-trivial) costs and frictions not found on digital third-party distribution platforms.   Given that, developers would not likely view these options to be reasonable substitute channels of distribution for their games.  This conclusion is consistent with the move away from physical distribution and towards digital distribution.   A small change in price is very unlikely to lead users to switch away from digital distribution and towards physical distribution, much less sufficient enough switching to render a price increase unprofitable.

---

[219]   For an explanation of multihoming, see: Rietveld Report, 1/27/2025, § III.

[220]   *Any* substitution is not the appropriate economic standard for consideration of the bounds of a relevant market.  For example, while in theory someone might substitute milk for beer in some contexts, what matters is the cross-elasticity of demand between the two goods.  If a hypothetical beer monopolist raised prices above competitive levels by a small percentage, it is exceedingly unlikely that party hosts, bars, and restaurants would begin serving milk.  Instead, they would likely absorb the price increase and continue to serve beer.  This example illustrates how there must be meaningful substitution to the alternative product in the presence of a small price increase in order for the alternative product to be potentially included in the relevant market.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(75)   For users, the game shopping experience is much less flexible with physical PC game distributors than on third-party digital PC game distribution.  For example, digital third-party PC game distribution platforms are continuously available to users online, while traditional retail is restricted to certain operating hours.   Unlike physical retail stores, users can instantaneously download and play purchased games on third-party digital PC game distribution platforms.  Users can pause and resume shopping at any time without having to travel to stores, and users can search for and save games to a personal wish list to purchase later.   Indeed, digital third-party distribution platforms advertise wish lists as a way for developers to boost their game's visibility and connect with customers.[221]  This feature is important to users, and thus to publishers looking to distribute their games.[222]

(76)   In addition, user search is different on digital platforms versus physical third-party distributors in ways that are economically meaningful to consumers.  When searching for games on Steam, for example, users can filter games by price, tag,[223] number of players, and supported languages; users can sort those search results based on relevance, release date, price, and user reviews.[224]  Some other third-party digital PC game distribution platforms provide similar filtering tools that allow customers to find games more quickly.[225]  Digital

---

[221]   See, for example:

   Steamworks, Wishlists, https://partner.steamgames.com/doc/marketing/wishlist (accessed 1/21/2025).

   Epic Games, Product Marketing Tips, https://dev.epicgames.com/docs/epic-games-store/publishing-tools/publishing-process/best-practicefor-store-presence/ (accessed 1/21/2025).

   Green Man Gaming, "New Site Feature: Get Equipped with The Want List," 8/2/2016, https://www.greenmangaming.com/blog/the-lowdown-the-wantlist/.

[222]   See, for example:

   DualShockers, "Epic Game Store Finally Adds a Wishlist Feature, 3/10/2020, https://www.dualshockers.com/epic-game-store-adds-wishlists/. ("Wishlists are a much-needed feature for any online store. Having an easy way to save games as a reminder to yourself feels essential with often digital games go on sale. Players are always looking for good deals and a wishlist is the easiest to find out when games you want to buy drop in price.")

   Valve, Emails Regarding Game Promotion, 1/23/2018–4/17/2020 (VALVE_ANT_0951827–46, at VALVE_ANT_0951827).  (A publisher asks Valve: "We did a Daily Deal on March 27th, is there any room to do something else mid-May? Like a Weekend deal, something that will help us increase visibility and wishlist count for ▮▮▮[.]")

[223]   Steam allows developers, players with non-limited accounts, and Steam moderators to "tag" games based on game genre, visual properties, themes, moods, and features that users can then filter by when shopping for games on Steam.  See: Steamworks, Steam Tags, https://partner.steamgames.com/doc/store/tags (accessed 1/21/2025).

[224]   Steam, Store Search, https://store.steampowered.com/search/?term= (accessed 1/21/2025).

[225]   See, for example:

   Epic Games, Store Search, https://store.epicgames.com/en-US/browse?sortBy=releaseDate&sortDir=DESC&category=Game&count=40 (accessed 1/21/2025).

   Green Man Gaming, Store Search, https://www.greenmangaming.com/all-games/ (accessed 1/21/2025).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

distributors may also tailor their platforms to customers with personalized recommendations based on past purchases or data from other customers.[226]   For example, Valve promotes various recommendation features including a customized home page, Discovery Queue, and Recommendation Feed.[227]   Filtering and recommendation features provide a more seamless game search and purchase process compared to the consumer experience at brick-and-mortar stores.    With distribution through brick-and-mortar stores, users typically spend time researching games *prior* to visiting the store and purchasing a physical version of the games. Comparison shopping across games is more difficult in a physical environment, especially along the dimensions available on digital third-party PC game platforms.   Thus, publishers receive a very different bundle of services with digital distribution as compared to physical distribution, including more ways in which users can learn about/find/purchase their games; accordingly, publishers are unlikely to view digital and brick-and-mortar third-party PC game distribution as a reasonable economic substitute.

(77)   Digital third-party PC game distribution platforms also provide users with a depth and breadth of offerings not possible in brick-and-mortar stores due to physical shelf space constraints that exist with physical distribution.   Steam had approximately 18,000 unique products in its "main capsule" in 2018 and that main capsule "generate[d] millions of impressions every day[,]" compared to the "retail days [where g]ame success was gated by shelf space[.]"[228]   Users

---

GOG, Store Search, https://www.gog.com/en/games (accessed 1/21/2025).

[226]    See, for example:

Valve, Steam Presentation, c. 2018 (VALVE_ANT_0000037–071, at VALVE_ANT_0000062).   ("The [Steam] store is personalized for each user.")

GOG, "GOG Galaxy Update: Explore DLCS and Choose What To Play Next With Ease," 6/6/2023, https://www.gog.com/news/gog_galaxy_update_explore_dlcs_and_choose_what_to_play_next_with_ease.  ("We all know this feeling when you've just finished a great title and the big question starts to rise: what should I play next? Well, to help you decide what adventure you should embark on, we've introduced the 'Next to play' widget in your 'Recent' view.   This way you can easily see which gems from your gaming library you haven't yet played and should give them a shot.")

[227]    Steam, The Discovery Update, https://store.steampowered.com/about/newstore (accessed 1/21/2025).  ("Specifically, the new features at your disposal from the Home page include personalized recommendations based on your gameplay, reviews from your favorite community Curators, and powerful new search and discovery tools."; "Your Steam Discovery Queue is a powerful, new way of exploring the most popular new releases that you haven't yet seen.  You can quickly browse through games that are suggested for you, and you can choose to follow the game, add it to your Wishlist, purchase it, or indicate that you are not interested.  Your Discovery Queue is automatically refreshed each day with new, top-selling releases."; "The Steam Recommendation Feed is a nearly endless list of recommendations designed to showcase the broad variety of titles available on Steam.  Like the other recommendations throughout Steam, the feed will recommend to you titles based on the games you've been playing and what your friends are enjoying.  But it also features well-reviewed titles that you may be interested in from categories across Steam.")

[228]    Valve, "What's Going on in the (Game) World According to Steam?," c. 2018 (VALVE_ANT_0058980.pptx, at Slide 13).

---

can easily recognize that with physical distribution, store space constrains their choices. There are no such constraints on Steam.[229]

(78)    Similarly, in addition to users, developers also recognize the constraints of physical distribution. David Rosen, CEO of Wolfire Games,[230] testified that Wolfire did not attempt to sell any of its games through brick-and-mortar retail due to "very limited physical shelf space devoted to PC games even at its heyday in the nineties. By the early 2000s, they would have like one shelf for that and the rest for consoles. And these days I'm not sure they would even have that one shelf. They would just have Steam gift cards or something like that. . . . We weren't worried about commission from brick and mortar. It's more the impossibility of just manufacturing and storing physical copies. Like even if we got a deal with Walmart, that they would sell or stock 10,000 units of Overgrowth, we didn't really have the knowledge of how to do that."[231]

(79)    Digital distribution implies different business considerations compared to physical distributors; those differences are material to publishers when setting pricing and making other business decisions. An internal Valve document discussing distribution with publisher ▆▆▆▆▆▆ states that Steam's business model, margins, and cost structure are "entirely

---

[229]   For example, a Steam user in a Steam Forum thread states that "Gamestop has inventory space to worry about and Gamestop sets their own prices." See:

Valve, Steam Forum Thread, 5/21/2016 (VALVE_ANT_1867767–7831, at VALVE_ANT_1867767).

See also: Valve, Steam Forum Thread, 5/21/2016 (VALVE_ANT_1867767–7831, at VALVE_ANT_1867814). ("To put it bluntly. DIgital [sic] distributors don't have the same pressures that force physical distributors to lower prices. For starters, one thing that drives physical prices down, in fact one of the major things, is the cost of stock. . . . There is also the fact that with games, each month past release sees interest and demand for the game dropping markedly. Each month the stock goes unsold , lessens the chance that it will ever be sold. So what do retailers do in these scenariops [sic], they try to make the product more attractive by lowering the price. An unsold product generates no revenue and no profit. They'd rather a smaller profit margin than no profit margin at all. Now with digital, lo and behold there are no shelves, no warehouses or storage room. You have theoretically limitless display space so those two major pressures are pretty much non-existant [sic] in digital. Those are the two main forces that drive down physical game prices.")

[230]   Wolfire Games, About, https://www.wolfire.com/about (accessed 1/21/2025).

[231]   David Rosen, Dep. Tr., 11/30/2023, at 41:8–13, 125:19–126:18. ("Q. . . now you are the only member of Wolfire Games, LLC; is that correct? A. That's right."; "Q. Did Wolfire ever attempt to have any of its games sold through brick-and-mortar retail? A. No. Q. Why not? A. It seems really unlikely for that to happen. There's very limited physical shelf space devoted to PC games, even at its heyday in the nineties. By the early 2000s, they would have like one shelf for that and the rest for consoles. And these days I'm not sure they would even have that one shelf. They would just have Steam gift cards or something like that. Q. Did Wolfire consider whether the cost of distributing in brick or mortar store- --brick-and-mortar stores was too high in terms of commission or revenue share? THE WITNESS: We weren't worried about commission from brick and mortar. It's more the impossibility of just manufacturing and storing physical copies. Like even if we got a deal with Walmart that they would sell or stock 10,000 units of Overgrowth, we didn't really have the knowledge of how to do that.")

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

different" than retail.[232]  Similarly, as early as 2003, Valve recognized that "[Valve's] margin on a retail box is about ███████████████████████████████████ This compares to the Steam version at ████████.  Steam derives profit ███████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████"[233]  Publishers would need to consider these costs in their pricing, such that the physical distributor could still be profitable.  Such costs do not need to be considered and/or absorbed by publishers in digital distribution.

(80)   In addition, Valve (and others) emphasize the relative convenience of digital distribution as a means of efficiently engaging users through a digital platform.[234]   The trade press also acknowledges the benefit of digital distribution.  For example, a 2020 article states: "For more than a decade, video games have been steadily shifting away from physical sales toward digital distribution, much the same as music and film.  The transition creates opportunities for game publishers and consumers alike: cut down on production and shipping costs while offering the convenience of downloading products from the comfort of home."[235]

(81)   Valve also does not see brick-and-mortar retail distribution as a reasonable economic substitute for developers.  Scott Lynch, Valve's COO, testified that, for publishers, there are

---

[232]   Valve, Emails Regarding Distribution for ████████ 7/17/2015–7/24/2015 (VALVE_ANT_0340706–13, at VALVE_ANT_0340706).

As another example discussing the differences between the physical and digital distribution business model, see:

Dark Catt, The Spokesman-Review Article, 4/30/2020 (DarkCatt_0000167–177, at DarkCatt_0000169).

[233]   Valve, Emails Regarding Retail and Steam Mark-Ups, 10/24/2003 (VALVE_ANT_0051858).

[234]   Valve, Emails Regarding GOD Market, 12/22/2003–1/15/2004 (VALVE_ANT_0813844–46, at VALVE_ANT_0813845).  ("Until now, there has been no viable alternative to retail -- narrowband delivery of a >400MB game was unacceptable for mainstream consumers.  However, with the proliferation of broadband, and platforms such as Steam that enable content providers to deliver their products in a more efficient manor [sic], we are able to get mainstream consumers into the experience in less time that [sic] it takes to drive to the local software store.")

[235]   Dark Catt, The Spokesman-Review Article, 4/30/2020 (DarkCatt_0000167–177, at DarkCatt_0000167–68).

For additional examples, see:

Gameopedia, "Digitisation: How It's Changing the Landscape of Video Games, 10/18/2021, https://www.gameopedia.com/digitisation-of-video-games/.  (The article lists "[c]onvenience and ease of access" as an advantage of digital distribution and states: "If you wanted a game ten to fifteen years ago, you would have to visit a physical store, find a copy of the game, and buy it.  There were several possible problems, ranging from damaged discs to the game simply being out of stock, as well as the time taken to track down and buy the game.  It is also less convenient to store and transport these discs– this is an added cost to the retailer.  In today's digital era, digital games can be bought online by customers with just a few clicks.  These platforms also hold a huge variety of games, far more than most physical stores can stock.")

GameSync, Game Distribution – Physical or Digital?, https://gamesync.consulting/game-distribution-physical-or-digital/ (accessed 1/21/2025).  ("'Digital distribution' is a convenient and increasingly popular method of supplying video games to the public.  Companies like Valve and EA both famously use Steam and Origin, respectively, to provide gamers access to a (ever-expanding) plethora of titles right at their fingertips.")

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

many features and costs that differentiate traditional brick-and-mortar distribution from online distribution:[236]

> Well, there's -- there's lots of [differences]. There -- for one, you know, packaged goods distribution is limited in terms of shelf space because, you know, they're physical items that take up space. You have to put the game on a piece of plastic, CD-ROM, DVD, and then you've got to put it in a box and make it in a factory. And then you have to ship those boxes to all over the world. Eventually they have to get onto store shelves. Then you have to kind of make sure those store shelves are kind of organized and they're doing a good job in terms of presentation. You have to worry about the inventory kind of being there in all the different stores when people go there and being out of inventory.

> Returns are much more costly because packaged goods are costly. You have to go through this complicated sales process with the retailer and, you know, figure out how many you'll sell in, what happens if they don't sell through. You know, then -- you know, typically in the stores you have to do some retail marketing, point of presence kind of stuff.

> You know, when a game ships out at retail in a piece of plastic, if there's, you know, a problem with how the game was duplicated on the CD, that can be super costly trying to solve that problem. Doing updates, it's typically quite a period of time.

> And then in terms of, you know, lining all those things up at retail for the developer, you know, you've really kind of got to hit a ship date. So it's pretty stressful on the teams trying to get to a ship date once you align all those things.

(82)    Thus, digital third-party PC game distribution platforms are differentiated from physical third-party distribution for both publishers and users. PC game sales through brick-and-mortar retail have nearly fully stopped, and this distribution/purchase channel is increasingly insignificant in the marketplace.[237] As such, I conclude that physical third-party distribution is not sufficiently substitutable for publishers to be included in the relevant market.

---

[236]    Scott Lynch, Dep. Tr., 10/12/2023, at 35:19–36:24.

[237]    VentureBeat, "Traditional Gaming Shrinks to 26.7% of Game and Esports Revenue as Overall U.S. Sales Head to $72B by 2027 | PwC," 6/18/2023, https://venturebeat.com/games/u-s-game-and-esports-revenue-to-grow-from-54-1b-to-72b-by-2027-pwc/. (See "Physical PC games sell-through ($ mn)" line item; it is forecasted to reach $0 million in 2025.)

Screen Rant, "You're Not Buying Video Games, You're Buying IOUs," 11/13/2022, https://screenrant.com/video-game-physical-disc-validation-key-digital-download/. ("For PC gaming fans, the switch to digital purchases is more universal, as storefronts like Steam have almost entirely replaced physical PC disc sales.")

For example, when discussing UK physical retail gaming pricing, Valve remarked that "UK retail stores are no longer much of a problem," and Valve employee, DJ Powers, elaborated on this statement in his deposition, stating that "[g]radually

---

**First-party digital PC game distribution**

(83)   Another potential path for publishers is to self-distribute by developing their own first-party distribution platform.

(84)   According to Dr. Rietveld, self-distribution platforms are costly to both develop and maintain.[238]   Unsurprisingly, publishers who have created first-party digital PC game distribution platforms are predominantly large and have the resources and popularity to support their own platforms.

(85)   Even if a publisher can overcome the cost barrier, it is difficult for a *single* publisher to entice gamers to move to a standalone platform; and it is likely impossible, as a practical matter, for multiple game publishers to accomplish that, especially in the presence of Valve's alleged conduct.   This is because users want access to the platforms that have the most games and other users.[239]   In fact, those publishers who have attempted to launch first-party distribution platforms have generally been unsuccessful.   For example, some platforms have struggled due to lack of users or limited content available for users to consume.   For example, Bethesda "[gave] up on the idea of having its own launcher to compete with the likes of Steam and Epic

---

over time retail sales of boxed products for PC became less and less significant." This demonstrates that physical PC game stores are not Steam's competitors.  See:

Valve, Emails Regarding LNY Loyalty Program, 1/17/2019–1/19/2019 (VALVE_ANT_0053488–90, at VALVE_ANT_0053489), available at DJ Powers, Dep. Tr., 9/28/2023, Exhibit 45.

DJ Powers, Dep. Tr., 9/28/2023, at 126:13–21. ("Q. This email says, 'UK retail stores are no longer much of a problem.'  Do you recall when that changed? A. Gradually over time retail sales of boxed products for PC became less and less significant. Q. For example, because people were buying games, they were times when people were buying games on physical media like a CD?  A. Yeah.")

[238]   Rietveld Report, 1/27/2025, § III.

Also: Interview with John Robb, 2/5/2024.

[239]   For example: Interview with John Robb, 2/5/2024.

As will be discussed later, Mr. Lynch testified that the reason Steam is more valuable to both developers and users is because there are a lot of "developers putting games on Steam" and a lot of users who play those games on Steam.  See:

Scott Lynch, Dep. Tr., 10/12/2023, at 245:9–24. ("Q. Steam is more valuable to developers if there are more consumers using it; right? A. I don't -- well, I don't use the word 'consumers.' It's -- Steam is valuable because a bunch of users like Steam and it provides value to them and there are other games. And when somebody releases a game on Steam, they get, you know, all the benefits of Steam and all the platform features we've built and all the users that enjoy it and like it. Q. One of the benefits to developers is that there are lots of users of Steam; right? A. One of the benefits is there are a lot of people that use Steam and like Steam, yes. Q. One of the benefits to users is that there's lots of developers putting games on Steam; right? A. Yes, that's true.")

See also: Parker, Geoffrey G., Marshall W. Van Alstyne, and Sangeet Paul Choudary (2016), *Platform Revolution*, New York, NY: W. W. Norton & Company, at 29. ("… cross-side effects are network effects created by the impact of users from one side of the market on users from the other side of the market.")

See further discussion in Section 3.3.1.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Games.  While those two can offer gamers hundreds if not thousands of titles to choose from, Bethesda's own games cannot compete with such numbers, leading to the publisher announcing that it would shut down its launcher."[240]

(86)    Several publishers operate platforms to distribute single games, such as Roblox (*Roblox*) and Mojang Studios (*Minecraft*).  While these are first-party platforms (or self-publishing), they differ from typical first-party platforms because both *Roblox* and *Minecraft* encourage users to create in-game content to be consumed by other users.  *Roblox* allows users that develop in-game content to offer it for sale to other users via its Marketplace.[241]  *Minecraft* similarly allows users that develop in-game content to offer it for sale to other users via the *Minecraft* DLC Marketplace.[242]  The interaction of users on these platforms thus differs from other first-party digital PC game distribution platforms.  The emphasis that both *Roblox* and *Minecraft* place on user-generated content means the two games effectively operate as platforms, but with a multi-side component in its facilitation of transactions between game players.  As such, it is most closely related to first-party distribution, but is even further removed in its substitutability because of its user experience.

(87)    In practice, first-party distribution platforms, as an alternative to distribution though the Steam platform, have been largely unsuccessful as a strategy.  Valve has "a sticky platform with mature, engaged users."[243]  As such, publishers who started their own first-party

---

[240]    Game Rant, "Bethesda Launcher Gets Official Shut Down Date," 4/25/2022, https://gamerant.com/bethesda-launcher-gets-official-shut-down-date/.

A launcher is downloaded through a platform's website and allows users to download and play games offered by the platform.  See, for example:

Medium, "Let's Talk About Game Launchers and Storefronts," 7/18/2022, https://medium.com/technology-hits/lets-talk-about-game-launchers-and-storefronts-b188dbba0834.  ("A game launcher or storefront is the primary method of downloading and playing games on the PC platform.")

Game Rant, "Bethesda Launcher Gets Official Shut Down Date," 4/25/2022, https://gamerant.com/bethesda-launcher-gets-official-shut-down-date/.  ("Announced back in 2016, Bethesda's game launcher allowed fans to skip the third-party companies like Steam and play Bethesda games straight from Bethesda.net.")

[241]    Roblox, Marketplace, https://www.roblox.com/catalog (accessed 1/21/2025).

VentureBeat, "Roblox Believes User-Generated Content Will Bring Us the Metaverse," 5/2/2020, https://venturebeat.com/business/roblox-believes-user-generated-content-will-bring-us-the-metaverse/.  (Roblox "has unique content in the form of user-created goods that are for sale in a marketplace. Creators can take that and create things that the rest of users can play.")

[242]    Minecraft, Marketplace, https://www.minecraft.net/en-us/catalog (accessed 1/21/2024).

[243]    Valve, Emails Regarding ███████, 9/14/2020–9/15/2020 (VALVE_ANT_0897649–650, at VALVE_ANT_0897649).

For example, Valve told ██████ which sells Steam keys for its games on its own store, that its game was selling much more on Steam compared to on its own store.  See:

---

distribution platform, such as Ubisoft, Activision Blizzard, and EA, have ultimately gone back to distributing their games on Steam *alongside* their own platform because of Steam's market power. Starting in 2019, Ubisoft stopped releasing its PC games on Steam, instead offering its games on its own platform and EGS.[244] In 2019, Ubisoft described Steam's business model and 30% commission as unrealistic and not reflective of "where the world is today in terms of game distribution[.]"[245] However, Ubisoft returned to Steam in 2022, even though it faced the *same* tiered commission rates that were in place when it originally left Steam.[246] Upon its return to Steam, Ubisoft remarked that "we're constantly evaluating how to bring our games to different audiences wherever they are, while providing a consistent player ecosystem through Ubisoft Connect[.]"[247]

(88) In 2018, Activision Blizzard had removed its *Call of Duty* games from Steam and sold them exclusively on its distribution platform Battle.net, but it reversed course in 2022 and released it back on Steam.[248] In a post-trial filing in the matter of *Federal Trade Commission v. Microsoft Corp. and Activision Blizzard, Inc.* related to Microsoft's proposed acquisition of Activision Blizzard, Microsoft said:[249]

> *Activision's attempt to take PC digital sales of Call of Duty exclusive to its Battle.net platform was a resounding failure.* Before 2018, Activision sold digital versions of PC Call of Duty titles on Valve's successful Steam platform. In 2018, Activision decided to take the game off of Steam and make it exclusively available on Battle.net—largely in an *effort to attract users to, and grow, Activision's own platform*. Battle.net's monthly active users ("MAUs") remained relatively flat during the period when it had exclusive access to digital

---

Valve, Emails Regarding Game Discount, 7/12/2012–7/14/2012 (VALVE_ANT_0372900–08, at VALVE_ANT_0372901–02, VALVE_ANT_0372908).

[244] Ars Technica, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," 11/22/2022, https://arstechnica.com/gaming/2022/11/Ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/.

[245] Ars Technica, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," 11/22/2022, https://arstechnica.com/gaming/2022/11/Ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/.

[246] Valve changed its revenue share in late 2018. See Section 3.3.4.

Ars Technica, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," 11/22/2022, https://arstechnica.com/gaming/2022/11/Ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/.

[247] Ars Technica, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," 11/22/2022, https://arstechnica.com/gaming/2022/11/Ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/.

[248] *FTC v. Microsoft Corp. and Activision Blizzard, Inc.*, No. 3:23-cv-02880-JSC, Post-Trial Findings of Fact and Conclusions of Law, at Proposed Findings of Fact ¶ 216 (N.D. Cal. 2023).

Eurogamer, "Five Years Later, Call of Duty Returns to Steam with Modern Warfare 2," 6/8/2022, https://www.eurogamer.net/five-years-later-call-of-duty-returns-to-steam-with-modern-warfare-2.

[249] *FTC v. Microsoft Corp. and Activision Blizzard, Inc.*, No. 3:23-cv-02880-JSC, Post-Trial Findings of Fact and Conclusions of Law, at Proposed Findings of Fact ¶ 216 (N.D. Cal. 2023) (emphasis added).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

sales of Call of Duty on PC, from 2018 through 2022. . . .  Meanwhile, during that same period and without access to Call of Duty, Steam's monthly active users grew by tens of millions of users, nearly doubling from 67 million MAUs in 2017 to 132 million MAUs in 2021.

(89)  Following the launch of its third-party platform Origin, EA began offering exclusive content on Origin and pulled some of its biggest titles from Steam.[250]  However, consumer adoption of Origin was minimal, forcing EA to ultimately return to distributing games on Steam.[251]  EA's Senior Vice President commented on the return, stating that "we are game makers, and our aspiration is to connect as many people as we can to the great games that we built[,]" thus "we want to be [on Steam] where the players are."[252]  This demonstrates that lack of user adoption was a significant driver behind publishers' decisions to return to Steam.  It also illustrates that users do not view first-party platforms (or a publisher exclusively offering its content on its own platform) as a sufficiently viable alternative to a third-party platform.

(90)  Further, Microsoft noted that "Steam, the leading PC game store, has risen in popularity during the period where it was without *Call of Duty*."[253]  Microsoft's recognition of Steam as

---

[250]  CNET, "EA Launches Origin, Takes Aim at Steam," 6/3/2011, https://www.cnet.com/tech/gaming/ea-launches-origin-takes-aim-at-steam/.

Games Industry.Biz, "EA Confirms More Platform Exclusives for Origin," 6/15/2011, https://www.gamesindustry.biz/ea-confirms-more-platform-exclusives-for-origin.

Rock Paper Shotgun, "Content Wars: Origin/Steam Scuffle Unfolds," 7/7/2011, https://www.rockpapershotgun.com/origin-steam.

Techspot, "Ubisoft and EA Pair Up, Offer Each Other's Games Online," 2/22/2013, https://www.techspot.com/news/51731-ubisoft-and-ea-pair-up-offer-each-others-games-online.html.

[251]  CNET, "EA Returns to Steam with Star Wars Jedi: Fallen Order in November," 10/29/2019, https://www.cnet.com/tech/gaming/ea-returns-to-steam-with-star-wars-jedi-fallen-order-in-november/.

Kotaku, "EA Returns to Steam with Star Wars Jedi: Fallen Order, 10/29/2019, https://kotaku.com/ea-returns-to-steam-with-star-wars-jedi-fallen-order-1839440326.

Digital Trends, "EA Origin Has Been Replaced with a New, Faster PC App," 10/7/2022, https://www.digitaltrends.com/gaming/ea-origin-replaced-app/. ("Origin was EA's exclusive PC launcher for its titles first launched in 2011.  It was intended to compete with other digital PC storefronts such as Steam, though it eventually integrated with its competitor to sell their titles on that service.  Origin, however, was still required to run EA titles even if bought on Steam.  Despite accumulating over 50 million registered users, the service was heavily criticized and maligned by the PC community due to security flaws and suspicions of spying on players.")

For comparison, Steam had approximately 1 billion registered Steam accounts by 2020. See:

Valve, "Joint Business Review," 10/2020 (VALVE_ANT_0052792–2829, at VALVE_ANT_0052816).

[252]  The Verge, "EA Games Are Returning to Steam Along with the EA Access Subscription Service," 10/29/2019, https://www.theverge.com/2019/10/29/20937055/ea-games-steam-access-subscription-service-pc-storefront-jedi-fallen-order-sales.

[253]  *FTC v. Microsoft Corp. and Activision Blizzard, Inc.*, No. 3:23-cv-02880-JSC, Post-Trial Findings of Fact and Conclusions of Law, at Proposed Conclusions of Law ¶ 86 (N.D. Cal. 2023).

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

the leading platform for PC games is consistent with its 2019 decision to release many of its PC games on Steam, despite having its own distribution platform, Microsoft Store.[254]  Similarly, Riot sells some of its games on Steam and EGS, while having its own distribution platform.[255]

---

[254]  Microsoft, "Our Approach to PC Gaming," 5/30/2019, https://news.xbox.com/en-us/2019/05/30/microsoft-approach-to-pc-gaming/.

As another example, Bethesda decided in 2018 to launch the game *Fallout 76* exclusively on its own distribution platform Bethesda.net.  See:

IGN, "Bethesda Says Fallout 76 Avoiding Steam Doesn't Mean All Future Games Will Too, Doom Eternal Undecided," 8/11/2018, https://www.ign.com/articles/2018/08/11/bethesda-says-fallout-76-avoiding-steam-doesnt-mean-all-future-games-will-too-doom-eternal-undecided.

In an internal email, Valve noted that Triple-A publishers are going on their own and ███████████████████████ ██████████████████████████████████████████████████████████████████████████████████ ███████████████████████████████See:

Valve, Emails Regarding██████, 8/7/2018–8/9/2018 (VALVE_ANT_0703915–933, at VALVE_ANT_0703917).

However, as discussed above, not only did Bethesda transfer its games to Steam, but it also fully shut down its Bethesda.net distribution platform in 2022.  See:

Bethesda, "Sunsetting the Bethesda.net Launcher & Migrating to Steam," 4/27/2022, https://bethesda.net/en/article/2RXxG1y000NWupPalzLblG/sunsetting-the-bethesda-net-launcher-and-migrating-to-steam.

See also: DJ Powers, Dep. Tr., 9/29/2023, 154:11–20.  ("Q. So back in this time period 2018, Valve was trying to convince ██████ it's better not to go on your own and for its most recent Triple-A title today██████ released on Steam at the same time as its own platform██████?  A. It is true that their most recent title released on Steam day and date.")

[255]  Epic Games Store, "Riot Games Brings League of Legends, VALORANT, and More to the Epic Games Store," 11/4/2021, https://store.epicgames.com/en-US/news/riot-games-brings-league-of-legends-valorant-and-more-to-epic-games-store.  ("Downloading any of the free-to-play games will install the new Riot Client, with direct access to those titles.")

Riot Games, "New Riot Client Coming Soon," 9/16/2021, https://www.riotgames.com/en/news/new-riot-client-coming-soon.  ("All desktop Riot games will be accessible from one client, with each game having its own dedicated product page with game-specific content including the latest news and events.  You'll be able to clean up your desktop and only have one Riot Client launcher where all your favorite Riot games will live!  However, if you prefer, you can maintain your existing game desktop shortcuts for a direct path to your favorite game.")

Riot Games, "Riot Client Game Hubs," 10/9/2023, https://www.riotgames.com/en/news/riot-client-game-hubs.

Editions of Riot's *League of Legends* are sold on Steam, and such editions are developed by other publishers Riot has contracted.  See, for example:

Steam, Riot Forge LOL Games, https://store.steampowered.com/search/?publisher=Riot%20Forge (accessed 1/21/2025).

Steam, Hextech Mayhem: a League of Legends Story, https://store.steampowered.com/app/1651960/Hextech_Mayhem_A_League_of_Legends_Story/ (accessed 1/21/2025).  ("© 2021 Riot Games, Inc. RIOT FORGE, HEXTECH MAYHEM: A LEAGUE OF LEGENDS STORY and any associated logos are trademarks, service marks, and/or registered trademarks of Riot Games, Inc. Developed by Gaijin Games, Inc., d/b/a Choice Provisions.")

Steam, Ruined King: a League of Legends Story, https://store.steampowered.com/app/1276790/Ruined_King_A_League_of_Legends_Story/ (accessed 1/21/2025).

Ruined King is highlighted on Riot Games' website.  See:

Riot Games, Home, https://www.riotgames.com/en (accessed 2/5/2024).

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(91)   A reasonable economic inference from these failed attempts is that first-party distribution is not a feasible standalone substitute for third-party digital PC game platforms.  See Section 6.2 for further discussion of distribution platforms' return to Steam.

(92)   In addition, Valve's internal documents show that publishers that leave Steam have historically done so because of short-term opportunities, such as advance payments through deals with other platforms to exclusively distribute games, and eventually return to Steam. For example, in 2019 *Metro Exodus*' publisher was leaving Steam because of a deal to exclusively sell the game on Epic.[256]  When the publisher notified Valve that it was leaving Steam, it offered to return the game to Steam a year later, and Valve responded that "[w]e want to get Metro Exodus back on Steam, ███████████████████████████████ ████████████████████████████"[257] In its 2019 business recap, Valve noted that "[f]irst EGS exclusives are returning to Steam[.]"[258]  Steam Business Team member Tom Giardino testified that there are many developers that leave Steam to take advantage of Epic exclusives and then return to Steam after their exclusivity deals end.[259]

(93)   I have not seen documents or testimony suggesting that Valve regards these first-party distribution platforms as meaningfully competitive threats.  This tends to suggest that Valve does not see them as substitutes.[260]  In fact, internal Valve documents do not portray these first-party distribution platforms as vigorous competitive threats.  Rather, if anything, they

---

[256]   Valve, Emails Regarding Metro Exodus, 1/24/2019–1/25/2019 (VALVE_ANT_2807660–665, at VALVE_ANT_2807665).

[257]   Valve, Emails Regarding Metro Exodus, 1/24/2019–1/25/2019 (VALVE_ANT_2807660–665, at VALVE_ANT_2807664–665).

[258]   Valve, "Steam: Steam Biz – 2019 Recap," 2/24/2020 (VALVE_ANT_2370759–762, at VALVE_ANT_2370759).

[259]   Tom Giardino, Dep. Tr., 11/2/2023, at 287:9–18.  ("Q. Okay. Now, Mr. Giardino, are you aware of instances where developers decided to go exclusive to Epic Games Store -- Epic Games Store but then eventually came back to Steam? A. Yes. I am. Q. Okay. And in your experience, why was that? A. As far as I can recall, I think there's probably hundreds of games that have done that at this point. And I'm not sure what their different decision-making processes would look like.")

For additional examples, see:

Valve, Competitive Landscape Analysis, undated (VALVE_ANT_1221442–444, at VALVE_ANT_1221443).  ("[W]e're also seeing some of the partners who wanted to run these experiments now coming back [to Steam] enthusiastically (most notably ███████, and a handful of the early Epic Store exclusives).")

Valve, Emails Regarding Publishing on Steam, 2/17/2021–2/18/2021 (VALVE_ANT_0624130–132, at VALVE_ANT_0624130–131).  ("[I]t's fine to release a game on Steam that has already come out somewhere else, and that's actually a pretty big part of our business since some games do exclusive deals, or come back to Steam after launching elsewhere, etc. (So, stuff like all ███████ titles coming back to Steam, or a game that was Epic-exclusive for 6 months, or whatever the case may be).")

[260]   Note that while first-party distribution platforms are not competitive threats to Steam, publishers that own such platforms and publish content on Steam are still subject to Valve's PMFN Policy, as are other Steam publishers that publish their games anywhere else (*e.g.*, retail).  This is because Valve's PMFN Policy is more broadly encompassing than just direct competitors in the relevant market and covers anywhere, wherein Steam publishers sell games.  See Section 5.1 for detailed discussion of Valve's PMFN.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

show non-competitive and collaborative relationships or partnerships with these platforms.[261] For example, after meeting with ███████ Valve noted that "███████ is prepping to ship ████████████████████████ and we were very surprised they took our meeting. . . . ████ mentioned to us that Valve (Steam) is ███████ #1 single partner as of this year."[262] In an email regarding a meeting with Rockstar (and other publishers), Valve refers to ███████ as one of its "partners."[263] A 2021 Valve presentation covering ███████ performance on Steam asks ███████ to "[p]ut your next big release on Steam so that you can capitalize on the massive reach and growth of our platform without giving up your close relationship with your customers."[264]

(94)   Publishers may also consider self-publishing through a website rather than building an entirely new platform or a first-party storefront. Although this option may be more accessible and less costly for publishers, this is still not a reasonable substitute for both publishers and users. Publishers distributing via this method and switching away from third-party distribution lose access to the larger user base offered by a third-party platform.[265] Users lose

---

261   For additional examples, see:

Valve, Steam Presentation, c. 2014 (VALVE_ANT_1221398.pptx, at slides 3, 18). (The Valve presentation regarding "███████ on Steam" presents a graph of "███████ as a percentage of the Steam platform" in terms of revenue and makes the following comment regarding ████████████ game: "Free to Play with micro-transactions would solve user fragmentation and appeal to a wide audience on Steam[.]")

Valve, Emails Regarding Revenue Share, 9/26/2018 (VALVE_ANT_1702737–739, at VALVE_ANT_1702737). (In response to potential changes to revenue share, a Valve employee stated that "[we w]ould love to show up at ███████ in November with a 'bring us ████████████████' pitch.")

Valve, Emails Regarding ███████ Visit, 1/25/2019–1/28/2019 (VALVE_ANT_0467616–617, at VALVE_ANT_0467616). (During a business trip, a Valve team "visited the ███████ office and presented to members of their strategy and business team. Last year they'd visited us to talk about ████████████ [game] as they shopped the title around. While we had a sales pitch prepared, we started out with a ███████ focused Steam update and the new feature slides. Lots of interesting questions and interest in streaming and using the custom emails for ████████████.")

262   Valve, Emails Regarding ███████, 9/12/2013–9/13/2013 (VALVE_ANT_0164882–884, at VALVE_ANT_0164882).

263   Valve, Emails Regarding Publisher Visit, 1/27/2019–2/11/2019 (VALVE_ANT_0471786–789, at VALVE_ANT_0471786).

264   Valve, ███████ Presentation, 4/16/2021 (VALVE_ANT_1817158–190, at VALVE_ANT_1817158–170, VALVE_ANT_1817187).

265   Game Gunk, Do You Need a Website to Host Your Own Game?, https://game-gunk.com/do-you-need-a-website-to-host-your-own-game/ (accessed 1/21/2025). ("If you are hoping to obtain as many sales as possible or create a commercial venture with your indie game, you're better off putting your game on exchanges such as Steam, GOG, or Itch.io in order to get the most amount of players to see and play and your game. . . . [I]t is not mandatory or advisable just to have your game hosted on your own website. Unless you have lofty expectations to create your own platform such as Steam or GOG."; "But for most, do not expect your website to encourage thousands of downloads or sales. Especially if you are an independent creator."; "Leave it solely to your [own] website to market and distribute your game – [you] may end in a low amount of downloads. Especially if you are a start-up with a new game and a small website. People do not like to download games from an unknown source[.]")

PC Gamer, "Is it Worth Cutting Out Steam to Sell Indie Games Direct?," 3/7/2018, https://www.pcgamer.com/is-it-worth-cutting-out-steam-to-sell-indie-games-direct/. ("Selling from a custom website means a developer has to build all the

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

the ability to reach multiple publishers and a wider variety of games, store their games in one library, and interact with their friends, features that users value in a third-party digital PC platform.[266] These fundamentally different characteristics make it unreasonable and unlikely that either a publisher or consumer would switch from third-party digital platforms to this type of self-distribution.

(95)   In sum, the vast majority of publishers choose not to engage in first-party distribution. Few attempts have been made, and very few, if any, of those publisher-launched, first-party distribution platforms are successful, much less a competitive threat to Steam. The economic evidence above supports that publishers do not view first-party distribution as substitutes. For users, first-party platforms are similarly not substitutable. First-party platforms lack the indirect network effects that are inherent in a two-sided platform. The lack of publishers and the resulting lack of games on a first-party platform compared to third-party platforms supports the notion that users would not readily switch to a first-party platform. Instead, at best, and supported by the economic evidence, this distribution is complementary to third-party digital PC game distribution via platforms.[267]

---

infrastructure around the game from the ground up: Rohrer runs multiple servers, sets up automatic game updates and created a user review system himself."; "However, for some developers the extra audience that Steam can offer (18 million concurrent users and counting) has become a necessity in order to survive. Hecker says that he's simply not making enough money selling SpyParty directly. . . 'It's very hard to not go on Steam and make a commercially viable game.'"; "Currently, without much fanfare, the game is selling anywhere between two and 20 copies a day through the website."; "Another developer that, like Hecker, is keen on the direct sales model but isn't ready to rely on it is Adam Saltsman. . . 'we talked to a bunch of studios that did their own direct sales setup, but it was pretty intimidating.'")

Game Developer, "6 Alternatives to Steam for Indie Developers," 4/24/2017, https://www.gamedeveloper.com/business/6-alternatives-to-steam-for-indie-developers. ("[Y]ou could sell your game on your own website, although unless you have a very big and engaged community, we recommend you not to rely solely on this.")

[266]   ██, "Steam User and ██████████ User Profile Survey July 2019," 7/2019 ██████████ ██████████.

[267]   Similarly, a publisher could consider self-publishing via the web rather than building an entirely new platform. This self-publishing is less difficult than building a platform, and thus is more accessible to smaller publishers. However, for both publishers and users, this is not a sufficiently comparable method for distribution. For publishers, access to users is uncertain, at best, when publishing without a platform. See for example:

Game Gunk, Do You Need a Website to Host Your Own Game?, https://game-gunk.com/do-you-need-a-website-to-host-your-own-game/ (accessed 1/21/2025). ("If you are hoping to obtain as many sales as possible or create a commercial venture with your indie game, you're better off putting your game on exchanges such as Steam, GOG, or Itch.io in order to get the most amount of players to see and play and your game. . . . [I]t is not mandatory or advisable just to have your game hosted on your own website. Unless you have lofty expectations to create your own platform such as Steam or GOG." "But for most, do not expect your website to encourage thousands of downloads or sales. Especially if you are an independent creator."; "Leave it solely to your [own] website to market and distribute your game – [you] may end in a low amount of downloads. Especially if you are a start-up with a new game and a small website. People do not like to download games from an unknown source[.]")

PC Gamer, "Is it Worth Cutting Out Steam to Sell Indie Games Direct?," 3/7/2018, https://www.pcgamer.com/is-it-worth-cutting-out-steam-to-sell-indie-games-direct/. ("Selling from a custom website means a developer has to build all the infrastructure around the game from the ground up: Rohrer runs multiple servers, sets up automatic game updates and

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**PC game subscriptions**

(96)   Publishers may also consider distributing their games through a PC game subscription model. A subscription model allows gamers to pay a flat monthly or yearly fee to play any game in a library of games.[268]

(97)   The services provided by PC game subscriptions and third-party distributors are distinct, and these distribution channels are likely not to be interchangeable for users and/or publishers. An internal Valve document emphasizes this point, stating that Game Pass, Microsoft's subscription offering, is "fully differentiated from Steam and EGS, they're doing something no one else is[.]"[269]   As described below, the PC game subscription business model attracts a different user base and offers distribution for a limited set of developers compared to third-party PC game distributors.

---

created a user review system himself."; "However, for some developers the extra audience that Steam can offer (18 million concurrent users and counting) has become a necessity in order to survive. Hecker says that he's simply not making enough money selling SpyParty directly. . . 'it's very hard to not go on Steam and make a commercially viable game.'"; "Currently, without much fanfare, the game is selling anywhere between two and 20 copies a day through the website."; "Another developer that, like Hecker, is keen on the direct sales model but isn't ready to rely on it is Adam Saltsman. . . 'we talked to a bunch of studios that did their own direct sales setup, but it was pretty intimidating.'")

Game Developer, "6 Alternatives to Steam for Indie Developers," 4/24/2017, https://www.gamedeveloper.com/business/6-alternatives-to-steam-for-indie-developers. ("[Y]ou could sell your game on your own website, although unless you have a very big and engaged community, we recommend you not to rely solely on this.")

Interview with David Rosen, 2/1/2024.

Users lose the ability to reach multiple publishers or interact with their friends like they would through a platform. Similarly, users have a hard time discovering these self-published games on publishers' own websites, as demonstrated by such websites' traffic, suggesting that most users keep their search limited to popular platforms they are on. See for example:

Game Gunk, Do You Need a Website to Host Your Own Game?, https://game-gunk.com/do-you-need-a-website-to-host-your-own-game/ (accessed 1/21/2025). ("Most people prefer to download games and executable files from established sources [such as Steam and Itch.io]. Not small independent websites." "Bearing in mind that publishing your game to your own website may not offer the same level of traffic that bigger platforms can.")

PC Gamer, "Is it Worth Cutting Out Steam to Sell Indie Games Direct?," 3/7/2018, https://www.pcgamer.com/is-it-worth-cutting-out-steam-to-sell-indie-games-direct/. ("People like to buy games on Steam. It's a very trusted storefront, whereas if you go to SpyParty.com you're clicking a link on a website and entering your credit card number. So I can totally empathize with people holding off until it's on Steam.")

Interview with John Robb, 2/5/2024.

As such, self-publishing via the web is not an economically feasible substitute to distributing via platforms.

[268]   See, for example:

EA, EA Play, https://www.ea.com/ea-play (accessed 1/21/2025).

Microsoft, PC Game Pass, https://www.xbox.com/en-US/xbox-game-pass/pc-game-pass (accessed 1/21/2025).

[269]   Valve, "GDC 2020 – Competitor Analysis," 2020, (VALVE_ANT_0019400–02, at VALVE_ANT_0019401), available at Scott Lynch, Dep. Tr., 10/13/2023, Exhibit 156.

---