# EXHIBIT 3 & 4
# Report Part 1
# (Dkt No. 450.03 & 454.04)

# REDACTED

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE: VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW |
|---|---|
| | HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY |

# CORRECTED MERITS EXPERT REPORT OF LESLEY CHIOU, PH.D.

April 22, 2025

# Table of contents

1.    INTRODUCTION ...................................................................................... 6
1.1.   Qualifications ........................................................................................ 6
1.2.   Litigants and class definition ................................................................ 7
1.3.   Allegations ............................................................................................ 8
1.4.   Assignment ......................................................................................... 11
1.5.   Summary of opinions .......................................................................... 11

2.    BACKGROUND ..................................................................................... 17
2.1.   Types of firms in the video gaming industry ...................................... 17
2.2.   Publishers and users of video games have many options for where to interact ................. 26

3.    MARKET DEFINITION FOR TWO-SIDED PLATFORMS LIKE STEAM
      DEPENDS ON DEMAND SUBSTITUTION BY USERS AND PUBLISHERS .. 43
3.1.   The economics of market definition are driven by substitution ......................... 43
3.2.   The product at issue is the match between users and publishers ..................... 48
3.3.   Substitution between Steam and its competitors depends on both publishers and users ... 51
3.4.   Multihoming facilitates substitution between two-sided platforms ..................... 54

4.    ALL PC DISTRIBUTION IS PART OF THE RELEVANT MARKET ............... 58
4.1.   Dr. Schwartz's alleged market excludes 97 percent of competing sales Plaintiffs describe in
       their own Complaint ........................................................................... 60
4.2.   Dr. Schwartz's exclusion of first-party PC distribution does not make economic sense ...... 65
       4.2.1. Contrary to Dr. Schwartz's analysis, vertical integration is not informative of
              substitution in and of itself                                    66
       4.2.2. Economic evidence demonstrates that when publishers substitute to self-
              distribution, they impose competitive pressure on Valve                70
       4.2.3. Publisher and user multihoming across first- and third-party distribution facilitates
              substitution                                                        82
       4.2.4. Failing to consider how users substitute between first- and third-party games
              produces an inherently inconsistent proposed market                   89
       4.2.5. Dr. Schwartz's assertions in favor of excluding first-party PC distribution from his
              proposed market are not supported by the economics of substitution     94
4.3.   Sales in third-party key resellers are part of the relevant market ..................... 103

5.    VALVE COMPETES WITH CONSOLE PLATFORMS IN THE RELEVANT
      MARKET ............................................................................................ 106
5.1.   Substitution and competition between PC and console video games ..................... 107
       5.1.1. Many publishers and users multihome between PC and console gaming, facilitating
              substitution                                                        108
       5.1.2. Games that multihome on PC and console platforms have the same overall
              functionality, facilitating substitution                            114
       5.1.3. Firms make strategic decisions based on the substitutability of games across PC and
              console platforms                                                   124
5.2.   Substitution and competition between PC and console hardware ..................... 126
       5.2.1. Valve makes strategic decisions based on the substitutability of PC and console
              devices                                                             127
       5.2.2. Console platform operators make strategic decisions based on the substitutability of
              PC and console devices                                              130
       5.2.3. Valve's handheld device, the Steam Deck, competes directly with console devices  133

6.   VALVE COMPETES WITH MULTI-GAME SUBSCRIPTION SERVICES..... 139

7.   VALVE COMPETES WITH CLOUD GAMING PLATFORMS...................... 143

8.   PHYSICAL DISTRIBUTION OF VIDEO GAMES COMPETES WITH DIGITAL DISTRIBUTION ................................................................................ 146

9.   VALVE'S MARKET SHARE IN AN APPROPRIATELY DEFINED MARKET DEMONSTRATES THAT VALVE DOES NOT HAVE MONOPOLY POWER. 152

9.1. Valve's market share throughout the Class Period demonstrates that Valve did not have monopoly power........................................................................................................153
   9.1.1. Valve's market share in the relevant antitrust market in this matter never exceeded ▇ percent and is well below accepted thresholds of monopoly power    154
   9.1.2. Valve's share of the market proposed by Plaintiffs in their Complaint is also inconsistent with monopoly power and well below the share Dr. Schwartz alleges in his proposed market    157
   9.1.3. Dr. Schwartz's alleged market share calculation is flawed and overstates Valve's share    159

9.2. Valve's market share throughout Steam's history, including when Plaintiffs claim Valve engaged in anticompetitive conduct, demonstrates that Valve did not have monopoly power ........................................................................................................................167

10.  APPENDIX: ALTERNATIVE SPECIFICATION FOR ANALYSIS OF SUBSTITUTION BETWEEN STEAM AND UBISOFT CONNECT............... 173

11.  APPENDIX: ADDITIONAL EVIDENCE THAT VALVE'S MARKET SHARE IS INCONSISTENT WITH VALVE HAVING EVER HAD MONOPOLY POWER .................................................................................................................. 175

11.1. Valve's share of the "PC video game digital distribution market" articulated in the Class Certification Order during the Class Period is inconsistent with monopoly power .......... 175

11.2. Valve's share of other, overly narrow markets, throughout Steam's history is also inconsistent with monopoly power .....................................................................................177

12.  APPENDIX: METHODOLOGY FOR COMPUTING VALVE'S SHARE OF TOTAL CONSUMER SPENDING............................................................. 181

12.1. Methodology for computing consumer spending on Steam............................................ 181

12.2. Methodology for computing total consumer spending in the Class Period ...................... 181

12.3. Methodology for computing total consumer spending prior to the Class Period ............. 183

13.  APPENDIX: MARKET SIZE DATA ....................................................... 184

13.1. Newzoo Data................................................................................................................ 184
   13.1.1. Newzoo Market Report and Newzoo Market Data    185
   13.1.2. Newzoo Game-Level Data    186

13.2. IDC data ...................................................................................................................... 188

13.3. Circana data ................................................................................................................ 189

13.4. Comparison of market size data ................................................................................... 190

14.  APPENDIX: BACKUP MATERIALS ...................................................... 194

14.1. Backup materials for Exhibit 2 (timeline of Steam revenue share tiers).......................... 194

14.2. Backup materials for determination of game availability in platforms ........................... 196

14.3. Backup materials for Exhibit 9 (Metacritic scores across PC, PlayStation, and Xbox) ..... 207

14.4. Backup materials for Exhibit 10 (file sizes across PC and consoles) .............................. 211

14.4.1. Backup materials for Xbox game file sizes .................... 211
14.4.2. Backup materials for Steam PC game file sizes ............... 215

# Exhibit list

Exhibit 1    Example PC games and platforms excluded from Dr. Schwartz's gerrymandered proposed market ...................................................................................... 62

Exhibit 2    Valve responded to competitive pressure from self-distribution by lowering price with the introduction of revenue share tiers ........................................ 72

Exhibit 3    Steam users significantly switched to Ubisoft Connect ...................................... 81

Exhibit 4    Publishers of the top 20 PC games in 2024 multihome between first- and third-party distribution .................................................................................. 84

Exhibit 5    Most successful PC games are distributed through first-party PC distribution .... 85

Exhibit 6    Steam users who play Valve games also play popular third-party games on Steam .................................................................................................................. 89

Exhibit 7    Many popular games multihome between PC and console platforms ............... 109

Exhibit 8    Of the top 100 games on Steam in 2024, games that are available on console platforms account for the majority of Steam revenue ...................................... 111

Exhibit 9    Review scores for PC and console versions of the same game are highly correlated ......................................................................................................... 116

Exhibit 10    Game file sizes on Steam and consoles are highly correlated ........................... 118

Exhibit 11    Similarities between the Switch and the Steam Deck ...................................... 134

Exhibit 12    Similarities between the Switch 2 and the Steam Deck .................................... 136

Exhibit 13    Physical and digital consumer spending on PC and console games by year in the North America., 2005–2022 ........................................................................ 149

Exhibit 14    Valve's share of the global PC and console video gaming distribution market during the Class Period was on average ███ percent and never exceeded ██ percent ............................................................................................................. 156

Exhibit 15    Valve's share of Plaintiffs' Complaint's "PC game distribution market" during the Class Period is inconsistent with monopoly power ......................................... 158

Exhibit 16    Valve's historical market share was never high enough to enable anticompetitive conduct ........................................................................................................... 169

Exhibit 17    Steam users significantly switched to Ubisoft Connect ..................................... 174

Exhibit 18    Valve's historical share of the "PC game distribution market" proposed by Plaintiffs in their Complaint was inconsistent with monopoly power ............... 179

Exhibit 19    Estimates of consumer spending on PC and console video games from Newzoo and from IDC and Circana are similar ................................................................. 192

Exhibit 20    Total PC consumer spending estimates from Newzoo and from IDC and Circana are similar ......................................................................................................... 193

# 1.    INTRODUCTION

## 1.1. Qualifications

I received my Ph.D. in Economics from the Massachusetts Institute of Technology in 2005 and my B.A. in Mathematics and Economics from the University of California, Berkeley, in 2000. I am the Laurence de Rycke Professor of Economics at Occidental College. I have taught courses at all levels of the curriculum on Principles of Economics, Applied Econometrics, and Industrial Organization. I have also developed a course on the Economics of the Internet and Technology.

Many of my published research papers focus on the digital economy; pricing in different retail industries, including entertainment; antitrust issues in internet search markets; how consumer behavior responds to the business practices of two-sided platforms such as search engines and social media sites; how consumers search for online information; how consumers respond to pricing changes in retail and online markets; and how consumer demand evolves for online media and information markets. My research has been published in top-tier economics and management journals, including *Review of Industrial Organization, International Journal of Industrial Organization, Journal of Economics and Management Strategy, Management Science, Marketing Science, Journal of Econometrics, and Economics Letters.*

I have received grants from the National Bureau of Economic Research (NBER), the Networks, Electronic Commerce, and Telecommunications (NET) Institute, and Occidental College. My research has received numerous honors including the *International Journal of Industrial Organization*'s Paul Geroski Best Paper Award. I am frequently invited to present my work in professional conferences and at seminars.

I have served as a reviewer for a number of management and economics journals including American Economic Journal: Microeconomics, Journal of Political Economy, Journal of Public Economics, and Management Science.

A copy of my curriculum vitae is attached as Appendix A. A list of my prior testimony is attached as Appendix B.

I am being compensated for my work on this matter at my standard rate of $1,000 per hour. I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction. I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter. Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinions or the outcome of this or any other matter.

## 1.2. Litigants and class definition

The defendant in this matter is Valve Corporation ("Defendant" or "Valve"). Valve is a video game developer and publisher that operates Steam, a personal computer ("PC") video game distribution platform. Valve was founded in 1996; it began as a developer of games such as *Half-Life*, *Team Fortress Classic*, and *Counter-Strike 1.0*, and later launched its digital platform Steam in 2003 to distribute its own games.[1] In 2005, Steam started offering games from other publishers.[2] Later, beginning in 2015, Valve also introduced PC gaming hardware such as the Steam Controller, the Valve Index VR headset, and the Steam Deck, a portable handheld gaming PC.[3]

---

[1]    Jeff Dunn, "Full Steam Ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on March 17, 2025 ("But by the summer 1996, Newell was looking for a change. So by that August, he and his fellow co-worker/millionaire Mike Harrington took their fortunes and used them to start their own gaming company. They called it Valve, LLC, and … they got started on their first game: Half-Life … [In 1999, Valve] released Team Fortress Classic … [In the early 2000's] Valve released Counter-Strike 1.0 in an official capacity … Steam was first unveiled at GDC 2002. When it launched a year later, it was far from the all-encompassing behemoth that we know it as today. In fact, it was first posited as a simple digital distribution surface whose main purpose was to deliver patches and other updates to online games more easily."); Matt Sayer and Tyler Wilde, "The 19-Year Evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on March 17, 2025 ("2003: The beginning … On September 12, Steam began life as a way for Valve to control the patching process for games like Counter-Strike, as well as curb cheating and provide easier access to any content the developer produced"). Note that in 2003, Valve dropped the LLC from its title and became Valve Corporation. See Jeff Dunn, "Full Steam Ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on March 17, 2025 ("In 2003, it dropped the LLC from its title and became Valve Corporation.").

[2]    Jeff Dunn, "Full Steam Ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on March 17, 2025 ("In 2005, Valve made its first set of distribution agreements with third-party publishers, allowing it to diversify Steams game catalogue beyond its own titles.").

[3]    Mike Mahardy, "GDC 2015: Valve Announces Steam Controller Launch Window, Price," *IGN*, July 14, 2016, available at https://www.ign.com/articles/2015/03/04/gdc-2015-valve-announces-steam-controller-release-date-price, accessed on March 17, 2025 ("Valve's Steam controller will be available in the U.S. this November, along with the newly announced Steam Link service."); Stefan Etienne and Sean Hollister, "Valve Just Surprise Revealed Its Own VR Headset Called the Valve Index," *The Verge*, March 29, 2019, available at https://www.theverge.com/2019/3/29/18287734/valve-index-virtual-reality-vr-headset-may-2019-reveal-announcement/, accessed on March 17, 2025 ("Valve has surprise launched a teaser site featuring a brand-new virtual reality headset, called the Valve Index."); Mitchell Clark, "Valve Will Start Selling the Steam Deck on February 25th," *The Verge*, January 26, 2022, available at https://www.theverge.com/2022/1/26/22902930/valve-steam-deck-release-date-gaming-handheld-pc/, accessed on March 17, 2025 ("Valve announced that the Steam Deck will go on sale starting February 25th … It's good to finally have a date for when the handheld console will be coming out … Valve Steam Deck hands-on: $400 Switch-like portable gaming PC.").

---

8.  The class representatives in this matter are Wolfire Games and Dark Catt Studios ("Named Plaintiffs" or "Plaintiffs").[4] Wolfire Games ("Wolfire") is an independent video game development company that was founded in 2003.[5] Dark Catt Studios ("Dark Catt") was founded in 2012 and was initially focused on documentary work and freelance video journalism.[6] In 2016, Dark Catt expanded into development of augmented and virtual reality ("VR") games and applications.[7]

9.  Wolfire and Dark Catt are part of a class, defined as follows:[8]

> "All persons or entities who, directly or through an agent, paid a commission to Valve in connection with the sale or use of a game on the Steam platform on or after January 28, 2017, and continuing through the present until the effects of its scheme are eliminated (the 'Class Period'), and where either (1) the person or entity was based in the United States and its territories or (2) the game was purchased or acquired by a United States-based consumer during the Class Period. Excluded from the Class are (a) Defendant, its parents, subsidiaries, affiliate entities, and employees, and (b) the Court and its personnel."

## 1.3. Allegations

10. Plaintiffs allege in their Complaint that Valve "uses its dominance over PC game distribution" to charge a supracompetitive commission rate on Steam and that it maintains alleged monopoly power through "various anticompetitive acts," including a platform most-favored nation ("PMFN")

---

[4]  "Wolfire Games" refers to Wolfire Games, LLC. "Dark Catt Studios" refers collectively to Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC. See Consolidated Second Amended Class Action Complaint, *In RE: Valve Antitrust Litigation*, March 23, 2023 ("Complaint"), pp. 1 ("Plaintiffs Wolfire Games, LLC ('Wolfire'), Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC (collectively with Dark Catt Studios Holdings, Inc., 'Dark Catt') (collectively with Wolfire, 'Plaintiffs') bring this antitrust action against Defendant Valve Corporation."), 101 ("Plaintiffs bring this action ... as representatives of a Class").

[5]  Itch.io, "Wolfire Games," available at https://wolfiregames.itch.io/, accessed on March 17, 2025 ("Wolfire Games develops innovative, independent games for Windows, Mac OS, and Linux. Our company was started by David Rosen in 2003 to organize his open source video game contest entries. After graduating college in 2008, he was joined by his twin brother Jeff, and three friends, and Wolfire Games officially dove into the independent game industry!").

[6]  Dark Catt Studios, "Home," available at https://darkcatt.com, accessed on March 17, 2025 ("When we began in 2012 we were focused on documentary work and freelance video journalism.").

[7]  Dark Catt Studios, "Home," available at https://darkcatt.com, accessed on March 17, 2025 ("In 2016, the company began developing immersive and interactive content and now has several ventures underway, from full feature films and TV pilots to AR/VR games and applications.").

[8]  Order, *In re Valve Antitrust Litigation*, November 25, 2024. The "Class Period" is defined by the Court as beginning on January 28th, 2017. I understand the parties have agreed that the Class Period should end as of the date of the class certification, November 25th, 2024. For Class Period analyses in this report that rely on yearly data, I study full years 2017 to 2024.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

policy.[9] Plaintiffs claim that, as a result of Valve's alleged conduct, "Competition, output, and innovation are suppressed."[10]

11. Regarding Valve's alleged conduct and its anticompetitive effects, Plaintiffs' allegations include:

   a. That Valve's market share is consistent with monopoly power.[11]

   b. That Valve's alleged monopoly power and anticompetitive conduct harms competition in the proposed relevant market and leads to higher revenue shares, less entry, less variety, and less innovation and quality.[12]

12. Plaintiffs retained two experts that filed reports in this matter ("Plaintiffs' experts"). Plaintiffs' experts filed initial reports on February 8th, 2024. The reports are the Class Certification Expert Report of Steven Schwartz, Ph.D. ("Schwartz Class Certification Report") and the Expert Report of Professor Joost Rietveld ("Rietveld Class Certification Report"). In response, I filed a report on May 17th, 2024 ("Chiou Class Certification Report"). Professor Ashley Langer also filed a report on May 17th, 2024. Plaintiffs' experts then filed reply reports on July 12th, 2024. The reports are the Expert Class Certification Reply Report of Steven Schwartz, Ph.D. ("Schwartz Class Certification Reply Report") and the Expert Reply Report of Professor Joost Rietveld ("Rietveld Class Certification Reply Report"). Prof. Langer subsequently filed a reply report on August 12th, 2024, and Dr. Schwartz filed a surreply report on September 9th, 2024. Dr. Schwartz and Professor Rietveld filed initial merits reports on January 27th, 2025 ("Schwartz Merits Report" and "Rietveld Merits Report"). Professor Gautam Gowrisankaran also filed an initial merits report on January 27th, 2025 ("Gowrisankaran Merits Affirmative Report"). Dr. Schwartz and Professor Rietveld filed supplemental reports on March 7th, 2025.

---

9   Complaint, ¶¶ 4 ("Valve uses its dominance over PC game distribution to impose and anticompetitively maintain a 30% commission on nearly every sale made through its store."), 5 ("Valve has been able to keep its commission fees at supracompetitive levels by actively suppressing competition to protect its market dominance."), 9 ("Valve has for years maintained its dominance and thwarted effective competition by engaging in various anticompetitive acts. For example, Valve forces game publishers to agree to a Platform Most-Favored-Nations Clause (the 'Valve PMFN') as a requirement for access to Steam.").

10  Complaint, ¶ 25.

11  Complaint, ¶¶ 61 ("Due to Steam's market dominance and exclusion of potential rivals, publishers must have their game on Steam to have sufficient access to the market and an opportunity to generate revenue."), 390 ("Valve, through its ownership and control of Steam, has a monopoly in the PC game distribution market.").

12  Complaint, ¶¶ 25 ("To afford Valve's 30% commission, game publishers must charge higher prices to consumers and have fewer resources for innovation and creation. Game quality and choice suffers as a result, and gamers are injured by paying higher retail prices for fewer and lower-quality games. Competition, output, and innovation are suppressed, in ways that can never be fully redressed by damages alone."), 211 ("Valve's PMFN keeps revenue sharing percentages (and potentially game prices) artificially high and discourages new market entry.").

---

13. In his opening report, Dr. Schwartz defines the relevant market as "third-party digital PC game distribution via platforms."[13] The sale of a game will be included in Dr. Schwartz's proposed market if the game is sold digitally on a distribution channel that is available on PC devices, not owned by the game publisher, and considered to be a "platform" by Dr. Schwartz. Dr. Schwartz opines that the relevant market should exclude:

   a. First-party PC distribution (i.e., sales of a PC game through a channel owned by the publisher of a game, such as Epic Games' *Fortnite* on the Epic Games Store).[14]

   b. Distribution in channels that are not "platforms" according to Dr. Schwartz (e.g., third-party key resellers).[15]

   c. Console distribution.[16]

   d. Multi-game subscriptions.[17]

   e. Cloud platforms.[18]

   f. Physical distribution.[19]

   g. Mobile distribution.[20]

14. Dr. Schwartz concludes that, based on his market definition excluding all of these forms of distribution, Valve has average market shares of ▮▮▮ percent over the Class Period and has monopoly power.[21]

---

[13] Schwartz Merits Report, ¶ 50 ("I conclude that the relevant product market in this matter is the market for third-party digital PC game distribution via platforms").

[14] Schwartz Merits Report, ¶ 91 ("first-party distribution is not a feasible standalone substitute for third-party digital PC game platforms.").

[15] Schwartz Merits Report, ¶ 68 ("because these non-gameplay platforms only facilitate transactions rather than gameplay, they should not be included within the relevant market. However, to be conservative, I include these platforms in the relevant market").

[16] Schwartz Merits Report, ¶ 106 ("I also consider whether distribution services for games to be played on consoles (e.g., PlayStation, Xbox, etc.) are substitutes for PC-gaming distribution services, and conclude that they are not reasonable substitutes.").

[17] Schwartz Merits Report, ¶ 97 ("The services provided by PC game subscriptions and third-party distributors are distinct, and these distribution channels are likely not to be interchangeable for users and/or publishers.").

[18] Schwartz Merits Report, ¶ 122 ("I find that game distribution through cloud gaming services is not a viable substitute for PC game distribution platforms.").

[19] Schwartz Merits Report, ¶ 74 ("I conclude that physical distribution is not in the relevant market, because it is not an adequate substitute for digital third-party PC game distribution services.").

[20] Schwartz Merits Report, ¶ 115 ("I conclude that game distribution through mobile app stores is not a substitute for digital PC game distribution platforms.").

[21] Schwartz Supplemental Merits Report, ¶ 15 ("The calculated market shares for 2022 and 2023 are ▮▮▮ and ▮▮▮, respectively, and the updated weighted average is ▮▮▮ from 2017–2023.").

## 1.4. Assignment

I have been asked by counsel for Valve to address the following questions:

a. What are the appropriate methodologies, tools, and evidence needed to define a relevant antitrust market in the video gaming industry? How do these tools apply to a setting where the relevant market includes two-sided platforms, such as Steam?

b. Are Dr. Schwartz's market definition methodology and analyses appropriate? Does Dr. Schwartz include all relevant competition in his proposed market for the analysis of Valve's conduct in this matter?

c. What sources of competition must be included in a properly defined relevant market in this matter?

d. Is Valve's market share in a properly defined relevant market in this matter indicative of Valve's alleged monopoly power, during the Class Period and ever since the launch of Steam?

To answer these questions, I rely on several sources of information, including data produced by Valve in this case. I also rely on deposition testimony, documents produced by Valve and others, relevant public information on the video gaming industry, and academic research. Where relevant, I draw on analysis that I conducted in connection with my Class Certification Report.

Appendix C to this report lists the documents, datasets, and testimony on which I rely in forming my opinions. A copy of my Class Certification Report is included as Appendix D.

## 1.5. Summary of opinions

After careful study, I find that the relevant antitrust market for the analysis of Valve's conduct includes at least global distribution of digital and physical PC and console games, and that Valve's market share (from the launch of Steam through today) demonstrates that Valve does not and did not have monopoly power. I have formed the following, more specific opinions that I discuss further in the body of my report.

**Valve competes with distributors that match game publishers with game users** (Section 3). While Plaintiffs and Dr. Schwartz assert that Steam is a "complement" to other distribution channels, this assertion distorts the economics of video game distribution and the basic economic principles of substitution. Because Valve is a distributor that operates a two-sided platform, it succeeds when it brings together two groups, users and publishers, and connects them on its platform. Valve is incentivized to create and encourage these matches on Steam because this matching is Steam's primary role and source of revenue for Valve. Matches that happen off Steam typically take revenue and engagement away from Valve—the definition of a substitute, not a complement. A proper economic analysis of market definition must consider

substitution of both users and publishers to and from Steam. Both groups may substitute to other distributors that perform a similar service. If a competitor offers a better service, Valve will be motivated, by the basic principles of competition, to make its platform more competitive.

20. **Valve competes with all PC distributors** (Section 4). In their Complaint, Plaintiffs assert that Valve has monopolized the "PC games distribution market," an alleged market where distributors such as Steam and its competitors help publishers and users match with one another, and where users spend $33.9 billion in transactions. Plaintiffs' expert rejects this market in favor of a narrower market that systematically excludes almost all of the sales from Valve's competitors in the "PC game distribution market." Dr. Schwartz excludes from his proposed market ▮▮▮▮▮▮ percent of all sales (by revenue) made by competing distributors in the market described by Plaintiffs in their Complaint.

21. One key exclusion is what Dr. Schwartz calls "first party distribution" wherein a publisher chooses to sell a game through its own distribution channel (self-supply). Plaintiffs' expert's decision to exclude these competitors to Valve lacks a sound economic basis. For example, economic research and antitrust guidance widely recognize that self-supplying a service can be and often is a relevant source of competitive pressure.

22. The "first party distribution" channels Dr. Schwartz excludes are close substitutes with Steam. For example, large publishers such as Electronic Arts, Activision Blizzard, and Ubisoft successfully pressured Valve to lower its revenue shares by shifting their new releases away from Steam and onto their own platforms. Dr. Schwartz dismisses this type of direct competitive response and excludes these competitors from his proposed market. However, the data clearly show the substitution patterns behind these competitive responses: I am able to observe that when Ubisoft stopped releasing its new games on Steam, it successfully drove users from Steam to its own distribution channel.

23. Dr. Schwartz's exclusion of first party distribution creates a proposed market definition so narrow that it is often in natural tension with itself. For example, multiplayer games like *Call of Duty* or *Apex Legends* can involve users playing together in the same multiplayer session—some of whom purchased the game through channels outside of Dr. Schwartz's market, and others through channels included in it. In addition, if a game is acquired by a platform operator, that game might be inside Dr. Schwartz's market one day, and then suddenly be outside his market on the next, like what happened with sales of *Fallout 76* on the Microsoft Store when Microsoft acquired Bethesda (*Fallout 76*'s former publisher). Games that are clearly close substitutes, on the same platform, and within the same genre, might not be in the same relevant market according to Dr. Schwartz. For example, *Counter-Strike* is published by Valve, and therefore excluded from Dr. Schwartz's relevant market when sold on Steam, whereas *Call of Duty*, another "first-person shooter" game that is also sold on Steam, would be in it.

24. Dr. Schwartz fails to properly justify his exclusions. His attempted justifications for his narrow market are based on misunderstandings: misunderstanding the economics of substitution, misunderstanding two-sided platforms, and misunderstanding the alternative options available to users and publishers.

25. Finally, Dr. Schwartz claims that Steam key resellers are not part of the relevant market (although he includes some key resellers in his market share calculations "to be conservative"). He bases this distinction by describing distributors that sell Steam keys as "non-gameplay" platforms. This distinction overlooks, among other things, that Steam keys represent the closest possible substitute to games purchased directly on Steam. A user buying a Steam key gets the same gameplay features that they would receive from buying the game on Steam. This makes it easy for users to choose to buy a Steam key instead of buying a game through the Steam store (that is, it makes it easy for users to substitute, and therefore for the match between users and publishers to occur somewhere other than Steam).

26. **Valve competes with console platform operators** (Section 5). I find that users and publishers can substitute in many ways between PC and console platforms. Publishers can choose to make their games available on console platforms, PC platforms, or both. Users that own both a PC and a console device at a given point in time can choose to purchase a game on one or the other. Users also make longer-term decisions about which video gaming devices to purchase or whether to buy multiple devices.

27. Consider a user who owns both a gaming PC and console. This user can choose where to buy a game available on both platforms, and might chose to buy on PC or console based on a variety of different factors, including features, convenience, available games, cost, and technical details. In much the same way, over time users can also choose between video gaming devices, which will affect their substitution between console and PC platforms. A user who owns neither a PC nor a console would weigh the pros and cons of each before making a decision. A user who owns one but not the other may be induced to make a different choice in the future based on an exclusive title or features they find particularly appealing.

28. The evidence of substitution I find in my analysis leads me to conclude that Steam and console platforms belong in the same relevant market in this case:

   a. "Multihoming" (the use of multiple platforms described above) is common, both for publishers and for users, which means that users can easily match with the same publishers on several PC and console platforms. The games sold on Steam and the games sold on consoles are functionally close substitutes. In their business decisions, publishers recognize that users who buy games on consoles are unlikely to buy that same game on PC platforms, and vice versa. The presence of multihoming imposes competitive constraints on Valve. For example, a user that owns both a PlayStation and

a gaming PC will be able to choose between devices (i.e., substitute) when purchasing a game that is available on both platforms.

b. Evidence of competition between console platforms and Steam is widespread. Statements from console makers, characterizing their internal data and how it informed their business decisions, describe how users of console platforms switched to PC over time. This competitive pressure from PC platforms has forced console makers to innovate in order to remain competitive and to prevent this substitution. For example, Sony developed its PS4 Pro product line specifically to stop PlayStation users from moving to PC. Valve has also invested in a wide array of products and features, over decades, to make Steam more appealing to console users, and to entice console users to substitute towards Steam. This, in turn, makes Steam more appealing to publishers that have traditionally released their games on console platforms.

c. Valve's Steam Deck is a notable example of how closely Valve competes with console distributors. The Steam Deck uses a handheld design that is dockable and is thus similar to the Nintendo Switch console. Industry observers have recognized that the Steam Deck has been part of a long (and ultimately successful) campaign from Valve to make PC gaming more appealing to console users. Similar to how Sony innovated to limit substitution from PlayStation to PC platforms, Nintendo is now preparing to launch a new version of the Switch that will in many ways be a closer substitute to the Steam Deck. This dynamic is precisely how firms behave when they recognize each other as competitors.

29. **I also find that Valve competes with multi-game subscription services** (Section 6). These include services such as EA Play (a version of which is also available on Steam), Microsoft's Game Pass, and others. For example, Game Pass is available on PC, and Microsoft has reported that adding games on its Game Pass subscription service leads to declines in regular sales of those games on both its PC and console platforms. This is expected given that many of the same games on Game Pass are also on Steam, and industry participants recognize Game Pass and Steam as competitors. Dr. Schwartz does not provide a reliable basis to exclude multi-game subscription services. In fact, Dr. Schwartz seems to include EA Play subscriptions on Steam in the numerator of his proposed market share calculations, even as he otherwise excludes multi-game subscription services from the denominator of his proposed market calculations.

30. **Valve also competes with cloud gaming platforms** (Section 7). Cloud gaming services are often accessible through users' PCs and similarly are seen as substitutes to Steam and seek to distribute many of the same titles. Dr. Schwartz does not provide a reliable basis to exclude cloud gaming platforms, especially in light of its recent and expected rapid growth.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

31. I also find that **Valve competes with distributors that make physical sales of games** (Section 8). These include brick-and-mortar firms like GameStop, Best Buy, Walmart, and Target, and online retailers like Amazon. Substitution between physical and digital games is high, as indicated by historical trends of digital sales gaining share at the expense of physical sales over time. In 2005, ▇ percent of video game consumer spending was for physical sales and only ▇ percent were digital, but by 2022 this proportion had nearly flipped, with physical sales only accounting for ▇ percent of consumer spending. Physical retailers have adapted to remain competitive by tailoring their offerings to appeal to user's preferences for physical products and experiences (e.g., with unique collectable video game products) and by making physical distribution more convenient to users (e.g., online ordering and in-store pickup). Valve witnesses have testified about the competitive pressure that physical distribution still imposes and how it affected decisions such as revenue shares in the early days of Steam.

32. **Taken together, I find that Valve does not, nor has it ever, held monopoly power in a more properly defined relevant market** (Section 9).[22] Building on the analysis above, I find that Valve's market share averages ▇ percent during the Class Period, and never exceed ▇ percent. Using Plaintiffs' market definition from their Complaint, I find that Valve's share averaged ▇ percent during the Class Period and never exceeded ▇ percent. My market share estimates reject Plaintiffs' assertions that Valve held monopoly power during the Class Period.

33. Furthermore, I am able to show that Valve never had monopoly power at any time since the launch of Steam. From 2003 to 2016 Valve's annual market share was on average ▇ percent, and never exceeded ▇ percent. Plaintiffs in their Complaint allege that Valve had monopoly power at the launch of Steam, but such a claim is implausible considering Valve's small share of the market at the time.

34. Overall, I find that Plaintiffs' and Plaintiffs' experts' claims, as they relate to monopoly power, lack economic merit. Plaintiffs' expert uses a gerrymandered market to generate an estimate of large alleged market shares, but his rationale for such a narrow market is in conflict with both the economics and the evidence. Dr. Schwartz appears not to understand how substitution for a two-sided platform operates, and fails to follow his own guidance relating to the importance of assessing substitution on both sides of the market. The evidence shows that Valve competes with a wide range of alternative

---

[22] I do not evaluate whether mobile game distribution should be part of the relevant market. My opinion that Valve does not have monopoly power would be the same regardless of whether mobile is part of the relevant market. Dr. Schwartz excludes mobile game distribution from his proposed market. My decision of not analyzing substitution between Steam and mobile platforms should not be interpreted as agreement with Dr. Schwartz's analysis. Schwartz Merits Report, ¶ 115 ("I conclude that game distribution through mobile app stores is not a substitute for digital PC game distribution platforms.").

distributors who sell similar—and, many times, the same—games that are available on Steam. This competition is evident both in substitution patterns and in direct competitive effects of Steam's prices and features. Valve does not have monopoly power.

## 2.   BACKGROUND

I begin with a description of the firms that participate in the video gaming industry, and how their roles relate to one another in the supply chain. I explain the different roles of developers, publishers, distributors, and hardware manufacturers and show that many firms in the industry—including Valve—fulfill more than one of these roles (Section 2.1). I also discuss the various firms that act as distributors, offering services that match developers and publishers with users who purchase and play their video games (Section 2.2).

## 2.1. Types of firms in the video gaming industry

The video gaming industry is an entertainment industry specializing in the development, marketing, and distribution of video games. Video games are a form of interactive software used for entertainment, role playing, and simulation where players control images on a video screen.[23] Video games are commonly referred to as "games," "titles," or "game titles," conventions that I adopt in this report.

The roles that firms in the video gaming industry can play include game development, game publishing, game distribution, and hardware manufacturing.[24] As I will explain, firms in the industry can assume one or several of these roles. For example, Valve participates in the video gaming

---

[23]   PCMag, "Video Game," available at https://www.pcmag.com/encyclopedia/term/video-game, accessed on March 13, 2025 ("Interactive software that is used for entertainment, role playing and simulation."); Merriam-Webster, "Video Game," available at https://www.merriam-webster.com/dictionary/video%20game, accessed on March 13, 2025 ("[A]n electronic game in which players control images on a video screen.").

[24]   There are other, less prevalent types of firms that I do not discuss in this section. For example, in Section 5.1.2 I discuss firms that make flexible software tools designed specifically to support and expedite game development. Most video games are made using middleware such as Unreal Engine, which is developed by Epic Games, or the Unity engine. Other examples include firms that specialize in providing resources to help developers and publishers self-distribute, e.g., PatchKit describes itself as an "all-in-one platform for easy game publishing and updating" that is "ideal for developers at any scale" to have a place to "launch [their] game[s] in minutes." Similarly, FastSpring is a payment platform for video games and in-game purchases that allows developers to manage the process of self-distribution. See Romain Dillet, "Unity CEO Says Half of All Games Are Built on Unity," *TechCrunch,* September 5, 2018, available at https://techcrunch.com/2018/09/05/unity-ceo-says-half-of-all-games-are-built-on-unity/, accessed on January 22, 2025 ("a little over half of all the games built for Nintendo's platforms are built in Unity, a little bit less than that for Xbox and Sony ... Unity competes with Epic's Unreal Engine, the game engine behind Fortnite and many games on the PS4 and Xbox One."); PatchKit, "Get Your Game to the World," available at https://patchkit.net/, accessed on March 13, 2025 ("PatchKit is your all-in-one platform for easy game publishing and updating. Launch your game in minutes, manage updates effortlessly, and keep your community engaged with a custom launcher. Ideal for developers at any scale."); FastSpring, "All-in-One Global Payment Platform for Your Games," available at https://fastspring.com/solutions/gaming/, accessed on March 13, 2025 ("All-in-One Global Payment Platform for Your Games ... Scale direct-to-consumer payments for your games with a partner you can trust with your players ... Offload all global payments & compliance ... Offload 100% of payments, sales tax & VAT compliance globally.").

---

industry in all four roles: it develops, publishes, and distributes games, and manufactures video gaming hardware.[25] In the remainder of this section, I describe each type of firm in the video gaming industry with an emphasis on distributor firms.

38. **Developers** generate the code, artwork, and "gameplay" design resulting in a video game.[26] For example, developer Naughty Dog created the action game *The Last of Us*. Naughty Dog designed the game's complex characters (for example, one review of the game describes the main character, Joel, as "a grizzled and tired survivor" that manages to remain "surprisingly easy to root for" and "strangely relatable"), designed the game's mechanics (such as the controls for stealth and combat), and wrote the story of the game.[27] Naughty Dog then created the code to turn these concepts into a playable game.[28]

39. **Publishers** bring to market the video games produced by developers. Publishers' relationships with developers vary, but in general, publishers are responsible for working with physical retailers and online stores to market and distribute video games. Relationships between publishers and developers can take the form of (1) whole ownership of the developer by the publisher, (2) publishing contracts for video games where the publisher may offer support such as funding and guidance for development, or (3) providing distribution

---

[25]   Valve, "About Us," available at https://www.valvesoftware.com/en/about, accessed on March 13, 2025 (At Valve, we make games, Steam, and hardware.").

[26]   Gameplay is the "specific way in which players of a game interact with it." See Plarium, "Gameplay," available at https://plarium.com/en/glossary/gameplay-meaning/, accessed on March 13, 2025; Tomas Zegarra, "Game Developers vs Game Publishers: What's the Difference?" *HP*, July 19, 2020, available at https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers, accessed on March 13, 2025 ("A game developer is the person or organization that determines what a video game will look like. They are responsible for the game's storyline and feel. Programmers within that organization write the code and create the artwork to implement the developer's vision behind the game. The developer team's job spans from concept creation to putting the finishing touches on gameplay.").

[27]   Colin Moriarty, "The Last of Us Review," *IGN*, June 5, 2013, available at https://www.ign.com/articles/2013/06/05/the-last-of-us-review, accessed on March 13, 2025 ("Players are cast in the role of Joel, a grizzled and tired survivor stuck in a cycle any person could imagine finding oneself in two decades after the collapse of society. He takes odd jobs, acquires food, clothing, and shelter, and repeats the process endlessly, a process that only gets more arduous and desperate as time goes on. Joel does what's necessary to stay alive, and in the ruined United States he travels around, his survival often means someone else's untimely death. Occasionally haunted by his past but living in his dystopian present, Joel is surprisingly easy to root for. In many ways, he's strangely relatable. ... Holding down R2 while crouching lets Joel listen carefully to his surroundings, giving him a glimpse of enemy locations in his direct vicinity and an edge in staying away from danger. Some players may consider this a bit cheap, but I'd merely call it gamey. Just like the L3 prompts that tell you where to look and hints that appear if the game determines you've been stuck in an area too long (all of which can be turned off), Joel's listening skill can simply be ignored if you feel like it doesn't fit. But rest assured, it's very helpful, especially later in your quest.").

[28]   PlayStation, "The Last of Us," available at https://www.playstation.com/en-us/the-last-of-us/, accessed on March 13, 2025 ("Naughty Dog's latest title is *The Last of Us Part I*, which is a ground-up remake of the award-winning 2013 PlayStation 3 hit, *The Last of Us*.").

---

and marketing support without providing funding for development, including for "indie games" developed by independent or "indie" developers, among others.[29] As an example of a publisher wholly owning a distributor, *The Last of Us* was developed by Naughty Dog and published by Naughty Dog's parent company, Sony.[30] Among other responsibilities, Sony decided where this game would be distributed. When the game was released in 2014, Sony made *The Last of Us* a PlayStation exclusive, only releasing the game on PC nearly a decade later, in 2023.[31]

40.  While developers can publish their own games, they have historically found it difficult or prohibitively costly to do so without access to a publisher's marketing and distribution relationships.[32] However, developers' reliance on publishers has diminished with the rise of digital game distribution and with the advent of low-cost options to self-publish on digital distribution platforms, including Steam.[33]

41.  In the remainder of this report, I refer to any entity that lists a video game for sale—whether a developer listing its own games or a publisher listing other developers' games—as a "publisher."

---

[29]  Ryan Sumo, "What Does A Healthy Publisher/Developer Relationship Looks Like (With Real Contract Details!)," *Game Developer*, November 26, 2019, available at https://www.gamedeveloper.com/business/what-does-a-healthy-publisher-developer-relationship-looks-like-with-real-contract-details-, accessed on March 13, 2025 ("A publishing deal is one that first and foremost provides funding ... Aside from capital, a publishing deal typically also offers knowledge sharing and advice ... A distribution deal is one that provides no funding, but basically provides marketing and distribution support in exchange for revenue.").

[30]  PlayStation, "The Last of Us™ Part I," available at https://www.playstation.com/en-us/games/the-last-of-us-part-i/, accessed on March 13, 2025 ("Publisher: Sony Interactive Entertainment.").

[31]  PlayStation, "The Last of Us Remastered," available at https://www.playstation.com/en-us/games/the-last-of-us-remastered/, accessed on March 13, 2025 ("Publisher: Sony Interactive Entertainment, Released 07/29/2014"); Steam, "The Last of Us," available at https://store.steampowered.com/app/1888930/The_Last_of_Us_Part_I/, accessed on March 13, 2025 ("Release date: March 28, 2023, Developer: Naughty Dog LLC, Iron Galaxy Studios, Publisher: PlayStation Publishing LLC."); IGN, "The Best PlayStation Exclusives of All Time," April 22, 2022, available at https://www.ign.com/articles/best-playstation-exclusives, accessed on March 14, 2025 ("The Last of Us.").

[32]  Tomas Zegarra, "Game Developers vs Game Publishers: What's the Difference?" *HP*, July 19, 2020, available at https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers, accessed on March 13, 2025 ("It's not cheap to develop a video game. Developers, especially in the indie category, must work with other companies to put a game into your hands ... Developers don't always have the resources to produce, deliver, and support a game all on their own servers. That's why game publishers exist.").

[33]  Jennifer Mendez, "Are Distributors the New Publishers?" *Game Developer*, July 27, 2017, available at https://www.gamedeveloper.com/business/are-distributors-the-new-publishers, accessed on March 14, 2025 ("Once upon a time, developers had to rely on publishers for a lot more. Not just funding and marketing, but also the actual availability of their games. These days, it's anything but. This has led many to wonder why publishers are still relevant today and if it's even something they should consider looking into. Perhaps digital platforms like Steam and the iTunes App Store are all you need?").

---

42. **Distributors** are the firms that connect publishers and users of video games. Some distributors sell games on physical media ("physical retailers"), including disc-and-cartridge-based games and, in recent years, through paper printouts with codes such as Steam keys.[34] Such retailers can distribute physical media through brick-and-mortar stores as well as through online retailers such as Amazon. Other distributors operate digital distribution platforms ("platforms"), which are websites or software applications where publishers sell, and users buy, digital copies of video games.[35] Steam is an example of a digital distribution platform. As I describe in Section 2.2, platforms can be broadly categorized as **console platforms**, **PC platforms**, or **mobile platforms** based on the type of device they are available on.

43. The last major type of firm I will highlight in this section is **device (or hardware) makers**. Video games can be complex pieces of software and must be run on a hardware device. There are three main types of video gaming devices:[36] PCs, dedicated game consoles (e.g., Sony's PlayStation or Microsoft's Xbox devices), and mobile devices (e.g., smartphones).[37] Video gaming devices vary in their convenience and game-playing experience. For example, PCs and dedicated game consoles typically have higher-quality graphics and more user-friendly controls but tend to be less portable and convenient compared to mobile devices.[38] Some hardware makers also develop, publish, and/or

---

[34] Steam keys are digital codes that allow a user to download and launch a game on Steam. See Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 14, 2025 ("Steam Keys are single-use, unique, alphanumeric codes that customers can activate on Steam to add a product license to their account. Steam Keys are a free service we provide to developers as a convenient tool to help you sell your game on other stores and at retail, or provide for free for beta testers or press/influencers.").

[35] As I explain below, some video gaming platforms, such as Steam, also provide the servers and software capabilities where users play the games.

[36] One other type of video gaming device is VR headsets. Some VR headsets like the Oculus Rift support gameplay and have stores. See Jordan Fragen, "Meta Quest Revenue Figures for VR Games and Apps Revealed," *VentureBeat*, October 11, 2022, available at https://venturebeat.com/games/meta-quest-revenue-october-22/, accessed on March 14, 2025 ("the Meta Quest store has earned $1.5 billion in revenue on games and apps since May 2019 ... Meta highlighted the performance of its top titles. Blade & Sorcery: Nomad reached $1 million in revenue in two days.").

[37] Ulyana Chernyak, "Video Game Market Overview: Console vs. PC vs. Mobile," *Game Developer*, May 27, 2014, available at https://www.gamedeveloper.com/production/video-game-market-overview-console-vs-pc-vs-mobile, accessed on March 14, 2025 ("The categories we can break the gaming sphere into are Console, PC, and Mobile."). This breakdown is still relevant today. For example, in its "Global Games Market Report," Newzoo estimates revenues for console games, PC games, and mobile games. See Newzoo, "Global Games Market Report," February 2025 ("Global Games Market Report (February 2025)"), p. 23 ("Global revenue by platform... PC, Mobile, Console.").

[38] Starloop Studios, "Mobile Games vs. PC vs. Console Games: What Market is the Best Bet?" available at https://starloopstudios.com/mobile-games-vs-pc-vs-console-games-what-market-is-the-best-bet/, accessed on March 14, 2025 ("The top of the most loved gaming platforms are PCs, mobiles, and consoles, each with their own features, advantages, and disadvantages ... Of all the platforms, PC gamers are at the top in terms of graphics ... The convenience of playing mobile games anywhere is one of the favorite benefits of mobile games that players love ...

distribute games (e.g., Sony manufactures PlayStation consoles, and also distributes games through the PlayStation Store platform).[39] Other hardware makers do not, e.g., Lenovo makes PCs for gaming, but does not develop, publish, or distribute games.[40]

44.    The distinction between devices is not always clear-cut. For example, some newer devices blur the line between consoles that are played at home while connected to a TV and handhelds that allow users to play on the go without connecting to a TV.[41] As I describe further in Section 5.2, handhelds such as the Steam Deck (a handheld gaming PC) and similar devices such as the Lenovo Legion Go can be played as either a portable, handheld device or connected to a TV through a dock, similar to the Nintendo Switch.[42] The Steam Deck, Lenovo Legion Go, and similar devices therefore blur the lines between types of video gaming devices.[43]

---

[Console games also have] High quality [and a] High gaming experience."). Some PC and console devices are instead designed for portability (e.g., the Steam Deck and the Nintendo Switch, which I compare in Section 5.2). See Jowi Morales, "Handheld Gaming Consoles vs. Smartphones: 6 Questions You Should Ask Before Buying," *MakeUseOf*, August 12, 2022, available at https://www.makeuseof.com/handheld-gaming-consoles-vs-smartphones/, accessed on March 14, 2025 ("If you're a hardcore gamer and want to play games on the road, your first thought would be to get a handheld console like the Steam Deck or Nintendo Switch.").

[39]    Sony Interactive Entertainment, "About Us," available at https://sonyinteractive.com/en/about-us/, accessed on March 14, 2025 ("Sony Interactive Entertainment pushes the boundaries of entertainment and innovation, starting from the launch of the original PlayStation in Japan in 1994. Today, we continue to deliver innovative and thrilling experiences to a global audience through our PlayStation line of products and services that include generation-defining hardware, pioneering network services, and award-winning games.").

[40]    David James, "Best Gaming PCs: These Are the Rigs and Brands I Recommend in 2025," *PC Gamer*, January 14, 2025, available at https://www.pcgamer.com/best-gaming-pc/, accessed on January 15, 2025 ("Lenovo Legion Tower 5 … is a great budget gaming PC, with smartly chosen parts.").

[41]    Arthur Gies, "The Best Handheld Gaming Console," *The New York Times*, February 27, 2025, available at https://www.nytimes.com/wirecutter/reviews/best-handheld-gaming-consoles/, accessed on March 14, 2025 ("Video games might be the most fun when you're sitting on your couch in front of a big TV or in a comfortable chair at your desk. But the best place to play a game can also be wherever you are. If you want the freedom to step away from your TV or desk, we recommend a handheld gaming console. Small, portable, and powerful, gaming handhelds are easy to throw in a bag and pull out on a train, on a plane, or even just out in the world, so you can play games without a bulky laptop and a separate mouse or gamepad.").

[42]    As I discuss in Section 5.2, the Steam Deck and the Nintendo Switch provide very similar gaming experiences to users.

[43]    Nintendo, "Nintendo Switch," available at https://www.nintendo.com/switch/system/, accessed on March 14, 2025 ("Three modes in one Nintendo Switch is designed to fit your life, transforming from home console to portable system in a snap."); Ryan Gilliam and Samit Sarkar, "Valve Announces Steam Deck Handheld for PC Games," *Polygon*, July 15, 2021, available at https://www.polygon.com/22578782/steam-deck-handheld-valve-release-date-price, accessed on March 14, 2025 ("The Steam Deck is a new handheld device from Valve for playing PC games on the go, the company announced Thursday. The Nintendo Switch-like device is set for release in December starting at $399.").

---

45. Which hardware devices a user owns affects which distribution platforms are available to them. Nintendo and Sony operate the only stores available on their devices.[44] Microsoft currently operates the only store on Xbox but is interested in adding other stores in addition to its own store.[45] In contrast, PCs tend to run operating systems that are more open than consoles, like Windows or Linux. PC devices can access and run multiple distribution platforms (e.g., Windows can support multiple PC platforms such as itch.io and Battle.net).[46] For example, the Steam Deck is a PC that runs on a Linux-based operating system called "SteamOS" that allows the device to access and run multiple PC platforms in addition to Steam, such as Epic Games Store ("EGS").[47] Because PCs can support many different platforms, there are many different PC platform options for publishers and users to choose from, as I describe in Section 2.2.

46. Developing, publishing, distributing, and hardware manufacturing are distinct roles in this industry, and firms can occupy one or more of these roles. When a firm occupies several roles in the making and selling of a good, economists

---

[44] Soham De, "The PlayStation Store: What We Love and What We Hate," *MakeUseOf*, June 28, 2021, available at https://www.makeuseof.com/playstation-store-love-hate/, accessed on March 14, 2025 ("Right now, the only place you can buy digital PlayStation games is on the PS Store. Sony's insistence on having publishers sell the digital version of their PS games exclusively on the PS Store means that the format, pricing, and design of the digital marketing of PS games is all down to Sony."); Noah Hunter, "The Best Places to Buy Nintendo Switch Games in 2025," *IGN*, February 18, 2025, available at https://www.ign.com/articles/where-to-buy-nintendo-switch-games, accessed on March 22, 2025 ("By far, the best place to purchase digital Switch games is the Nintendo eShop. This is directly accessible from any Nintendo Switch console. The entire library of Nintendo Switch can be bought from the eShop, with many games exclusive to the platform. Since some games are digital-only, you won't be able to buy physical or digital copies from retailers. Speaking of, you can also buy certain digital games from online storefronts such as Amazon, Best Buy, Walmart, and more. These retailers will offer digital codes that you can purchase, which are sent directly to your email inbox upon payment.").

[45] Chris Plante, "2025 is PC Gaming's Victory Lap," *Polygon*, January 6, 2025, available at https://www.polygon.com/gaming/500266/pc-gaming-mainstream-console-comparison-2025, accessed on January 20, 2025 ("In March 2024, Spencer told Polygon he'd like to see PC gaming storefronts like Epic Games Store and Itch.io running on Xbox hardware. … PCs won't surpass consoles; consoles will become PCs.").

[46] Itch.io, "itch.io App FAQ," available at https://itch.io/docs/app/faq, accessed on January 13, 2025 ("What platforms does the app run on? The app is available for Windows, Linux and MacOS."); Battle.net, "Download Battle.net for Windows and Mac," available at https://download.battle.net/en-us/desktop, accessed on January 13, 2025 ("Download for Windows.").

[47] Steam, "Build Your Own Steam Machine," available at https://store.steampowered.com/steamos/buildyourown, accessed on January 23, 2025 ("SteamOS is our Linux-based operating system."); Jeffrey Parkin, "How to Get the Epic Games Launcher on Your Steam Deck," *Polygon*, January 11, 2023, available at https://www.polygon.com/guides/23548311/epic-games-launcher-steam-deck-install-protonup, accessed on March 14, 2025 ("A Steam Deck is basically a handheld, Linux-based computer dedicated to running your Steam games whenever and wherever you want. With a little work, you can get access to non-Steam game libraries like PlayStation Plus Cloud Streaming or Xbox Cloud Gaming. It's even possible to get the Epic Games Launcher working on your Steam Deck and get access to those Epic exclusives.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

refer to them as "vertically integrated."[48] Many major firms in this industry are vertically integrated and operate as developers, publishers, distributors, and/or hardware makers.[49] For example:

a. Tencent holds stakes in several developer, publisher, and distribution companies. For example, it has full ownership of Riot Games (a developer and publisher that distributes its own games through its own launcher) and holds a 40 percent stake in Epic Games. Tencent also operates the WeGame and WeGame X platforms on PC.[50]

---

[48]   Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (Essex, UK: Pearson Education Limited, 2015) ("Carlton and Perloff (2015)"), p. 419 ("A firm that participates in more than one successive stage of the production or distribution of goods or services is vertically integrated. Nonvertically integrated firms buy the inputs or services they need for their production or distribution processes from other firms.").

[49]   Chiou Class Certification Report, ¶¶ 69–71. Not all firms are vertically integrated. For example, Dennaton Games is an indie developer that develops games, but contracts with other firms that publish and distribute those games; Devolver Digital publishes games developed by other firms on platforms owned by other firms. See Anthony McGlynn, "Hotline Miami Dev's Next Game May Horrify or Delight You, Depending," *PCGamesN*, January 1, 2021, available at https://www.pcgamesn.com/hotline-miami/next-game, accessed on March 14, 2025 ("Since it's 2021, that means it's nine years since Hotline Miami first launched. The surreal, ultra-violent action-adventure game was a massive hit on PC and console, helping put Devolver Digital on the map as a publisher. Söderström and developer Dennaton Games made a follow-up, Hotline Miami 2: Wrong Number, released in 2015."); Devolver Digital, "About," available at https://www.devolverdigital.com/about, accessed on January 13, 2025 ("works with independent developers from all over the world to produce and promote some of the most original, eccentric, and beloved games of the past decade."); Devolver Digital, "Discover Our Games," available at https://www.devolverdigital.com/, accessed on January 18, 2025 ("Platforms ... Playstation 5, Super Nintendo, Windows PC, Apple Arcade, Xbox Series S|X, Linux, Nintendo Switch, Oculus, PSVR, Playstation 3, Android, Valve Index, Apple Mac, Meta Quest, Xbox One, Playstation 4, HTC Vive, iOS, Consoles, Netflix.").

[50]   Ian Boudreau, "Tencent Has Launched the Global Version of WeGame," *PCGamesN*, April 7, 2019, available at https://www.pcgamesn.com/tencent-launches-wegame-x, accessed on March 14, 2025 ("Like most people, you may have missed the fact that Chinese gaming giant Tencent launched the global version of its games distribution platform WeGame, called WeGame X, this week ... Tencent is viewed with some suspicion by gamers outside of China, and the notion that the company shares user data with the Chinese government has animated a lot of the ire directed toward Epic Games Store exclusivity deals, as Tencent owns a 40% stake in the company."); Khee Hoon Chan, "A Closer Look at Tencent, the World's Biggest Game Company," *Polygon*, March 2, 2022, available at https://www.polygon.com/22949530/tencent-the-worlds-biggest-video-game-company, accessed on March 14, 2025 ("Riot Games' League of Legends, a game that is now Tencent's flagship PC game in China, and whose studio was also completely bought out by Tencent, with the firm finalizing its purchase of Riot Games in 2015."); Riot Games, "Riot Client Game Hubs," October 9, 2023, available at https://www.riotgames.com/en/news/riot-client-game-hubs, accessed on March 14, 2025 ("Now with tens of millions of players launching games through Riot Client monthly, we've made changes to better surface the most exciting and relevant content to serve your needs.").

---

Expert Report of Lesley Chiou, Ph.D.                                                    Background

    b. Sony manufactures PlayStation consoles and operates the PlayStation Store platform. It also develops and publishes its own games (e.g., *The Last of Us*).[51]

    c. NetEase is a developer and publisher whose hit titles include *Fantasy Westward Journey* and *LifeAfter*.[52]

    d. Epic Games is the developer, publisher, and distributor behind *Fortnite* and the operator of EGS.[53] Epic Games also develops and licenses Unreal Engine, a popular tool for game development, to other developers.[54]

    e. Microsoft is a developer, publisher, and distributor that manufactures Xbox consoles and operates the Microsoft Store, a digital PC and Xbox software platform where Microsoft sells games.[55]

---

[51] Sony Interactive Entertainment, "About Us," available at https://sonyinteractive.com/en/about-us/, accessed on March 14, 2025 ("Sony Interactive Entertainment pushes the boundaries of entertainment and innovation, starting from the launch of the original PlayStation in Japan in 1994. Today, we continue to deliver innovative and thrilling experiences to a global audience through our PlayStation line of products and services that include generation-defining hardware, pioneering network services, and award-winning games."); PlayStation, "PlayStation Games for PC," available at https://www.playstation.com/en-us/games/pc-games/, accessed on March 14, 2025 ("Explore a range of acclaimed titles from PlayStation Studios, now available to enjoy on PC via Steam or Epic Games Store."); PlayStation, "The Last of Us," available at https://www.playstation.com/en-us/the-last-of-us/, accessed on March 13, 2025 ("Play The Last of Us Part I, now available on PlayStation 5 and for PC ... Naughty Dog's latest title is The Last of Us Part I ... Naughty Dog is a wholly-owned subsidiary of Sony Interactive Entertainment.").

[52] Arjun Kharpal, "What You Need to Know about NetEase, the Chinese Tech Giant That Raised $2.7 Billion in Hong Kong," *CNBC*, June 11, 2020, available at https://www.cnbc.com/2020/06/11/what-is-netease-the-chinese-tech-giant-that-just-listed-in-hong-kong.html, accessed on March 13, 2025 ("In the first quarter of 2019, NetEase raked in net revenue of 17.1 billion yuan ($2.4 billion) ... Of that, nearly 79% came from online games, both on PC and mobile. Some of the company's hit titles include the 'Fantasy Westward Journey' series and 'LifeAfter.'").

[53] Epic Games, "About Epic Games," available at https://www.epicgames.com/site/en-US/about, accessed on March 14, 2025 ("Through Fortnite, Unreal Engine, Epic Games Store, and Epic Online Services, Epic provides an end-to-end digital ecosystem for developers and creators to build, distribute, and operate games and other content.").

[54] I discuss Unreal Engine and other middleware in Section 5.1.2. Epic Games, "About Epic Games," available at https://www.epicgames.com/site/en-US/about, accessed on March 14, 2025 ("[Epic] also develops Unreal Engine, which powers the world's leading games and is also adopted across industries such as film and television, broadcast and live events, architecture, automotive, and simulation.").

[55] Some titles on the Microsoft Store can be played on both Xbox consoles and PCs with only one purchase. See Xbox, "Xbox Play Anywhere," available at https://www.xbox.com/en-US/games/xbox-play-anywhere, accessed on March 13, 2025 ("Buy once, play anywhere ... Games that support Xbox Play Anywhere play on PC and Xbox console at no additional cost."); Xbox, "All New Store on Xbox," available at https://www.xbox.com/en-GB/microsoft-store, accessed on March 13, 2025 ("All-new Store on Xbox Shop for games and entertainment directly on your Xbox console or online at Xbox.com.").

---

f. As I mentioned above, Valve is a video game developer, it publishes its own games, it operates a video game distribution platform, Steam, and it manufactures the Steam Deck.

47. There are many different types of ownership structures and degrees of vertical integration among firms in the video gaming industry, especially for publishing and distributing. Some platform operators distribute their own video games, operating as both publishers and distributors. Some platform operators are "fully integrated" and only distribute games that they publish, e.g., Activision Blizzard operates Battle.net, which only distributes Activision Blizzard games. Other platform operators are "partially integrated," publishing and distributing their own games while also distributing games published by other firms, e.g., Sony distributes its own games as well as games published by other firms on the PlayStation Store. Other platform operators are not vertically integrated. These "non-integrated" platform operators do not publish their own games and instead only distribute games published by other firms, e.g., itch.io.[56]

48. Dr. Schwartz categorizes PC platforms that only distribute their own games as "first-party distribution platforms."[57] He claims that these platforms are different from "third-party distribution platforms" that distribute games published by firms besides the platform owner, like Steam.[58] As I will discuss in Section 4, this categorization fails to capture the many possible ownership structures of video gaming firms, their economic incentives, and demand substitution patterns. For this reason, I do not adopt this distinction in this report. Where relevant, I distinguish between first- and third-party *distribution* to indicate whether the publisher of a game owns the platform on which the game is sold.

49. Tens of thousands of firms, differing widely in size and roles, participate in the video gaming industry.[59] The majority of firms are small, independent developers, which can be as small as one person.[60] At the other end, there are

---

[56] I describe distribution platforms, including Battle.net, the PlayStation Store, and itch.io, in more detail in Section 2.2.

[57] Schwartz Merits Report, ¶ 83 ("Another potential path for publishers is to self-distribute by developing their own first-party distribution platform.").

[58] Schwartz Merits Report, ¶ 95 ("The economic evidence above supports that publishers do not view first-party distribution as substitutes. For users, first-party platforms are similarly not substitutable.").

[59] For example, there were 39,442 active publishers on Steam alone in January to November 2024. Active publishers are publishers who experienced sales or returns on Steam according to revenue data produced by Valve. See Workpaper 1.

[60] To illustrate, in 2021, there were approximately 31,000 independent game developers in the United States alone. See Gamescrye, "In 2022 Is the Indie Video Game Market Oversaturated?" January 31, 2023, available at https://gamescrye.com/blog/in-2022-is-the-indie-video-game-market-oversaturated/, accessed on January 15, 2025 ("In 2021, it was estimated that there were approximately 31,000 independent game development studios in the United States alone, and this number is expected to continue to grow in the coming years.");

large, vertically integrated companies with hundreds or thousands of employees.[61] In the next section, I focus on distributor firms—Valve's role at issue in this matter—and their platforms and distribution channels.

## 2.2. Publishers and users of video games have many options for where to interact

50. In this section, I describe some of the main firms that distribute video games, i.e., alternatives to Steam for publishers and users. I organize the discussion into four types of distribution channels: (a) console platforms, (b) PC platforms, (c) mobile platforms, and (d) physical retailers.

51. Console devices and **console platforms** have been popular with both users and developers from the time that Steam launched to present day. When Steam launched in 2003, physical console games outsold physical PC games by a margin of four to one.[62] Today, spending on console gaming platforms continues to exceed total spending on PC gaming platforms with console gaming generating ████████████ in revenue in 2024 (compared to ████████ in total spending on PC platforms).[63]

52. On console platforms, publishers can sell games to users who own those console devices. Console devices often use proprietary operating systems that integrate the device with a console platform. While the Xbox currently

---

Kaavya Karthikeyan, "Indie Games: Everything You Need to Know," *Gameopedia*, January 17, 2022, available at https://web.archive.org/web/20240813180106/https://www.gameopedia.com/indie-games-everything-you-need-to-know, accessed on March 14, 2025 ("[An indie game] is a video game that's usually made by smaller development teams or even individuals on their own without financial or technical support from large game publishers.").

61    Tomas Zegarra, "Game Developers vs Game Publishers: What's the Difference?" *HP*, July 19, 2020, available at https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers, accessed on March 13, 2025 ("Large-scale developers field hundreds, if not thousands, of employees across the world working on different games for multiple platforms ... Companies like Riot, Epic, and Blizzard have been able to expand on their success to become a hybrid publisher/developer ... Many publishers use dedicated launchers or game stores to showcase homegrown games or games of other companies that they have negotiated deals with.").

62    In 2003, users spent ████████ on physical copies of console games and ████████ on physical copies of PC games. See Workpaper 2.

63    Global Games Market Report (February 2025), pp. 15 ███████ ), 17 ████████████████████████████████ . I note that while Newzoo reports that ██████████████ in revenues in 2024 come from all console platforms, ████████████████████████████████████████████ See Global Games Market Report (February 2025), p. 69 ████████████████████████████████████████

---

operates using a version of Windows, the Switch and PlayStation both use a proprietary operating system.[64] Firms operating console platforms include:[65]

a. Nintendo is a developer, publisher, and distributor that manufactures the Switch and operates the Nintendo eShop. Nintendo has sold 150 million Switch devices as of December 31, 2024.[66] As a developer, Nintendo is known for popular gaming franchises such as *The Legend of Zelda, Mario, Pokémon,* and *Animal Crossing.*[67] Nintendo releases these titles and others that it publishes exclusively on its own platforms, which is one way Nintendo competes with other platforms.[68] Industry reporting describes Nintendo as an innovative firm; it is known for re-popularizing gaming in

---

[64] As I show in Section 4, console software is converging with PC software. For example, since the Xbox One, Xbox consoles have run on a version of desktop Windows. See *Ars Technica*, "OneCore to Rule Them All: How Windows Everywhere Finally Happened," May 20, 2016, available at https://arstechnica.com/information-technology/2016/05/onecore-to-rule-them-all-how-windows-everywhere-finally-happened/, accessed on March 16, 2025 ("For the first time, the Xbox One will be running essentially the same operating system as desktop Windows. Critically, it will also be able to run many of the same applications as desktop Windows."); PlayStation, "Open Source Software used in PlayStation®4," available at https://www.playstation.com/en-us/oss/ps4/, accessed on March 23, 2025; Udger, "Nintendo Switch OS," available at https://udger.com/resources/ua-list/os-detail?os=Nintendo%20Switch%20OS, accessed on March 23, 2025 ("Nintendo Switch system software is the official firmware version and operating system for Nintendo Switch game console. Internal name is Horizon.").

[65] Sam Hill and Joseph Yaden, "The Best Video Game Consoles for 2023," *Digital Trends*, April 7, 2023, available at https://www.digitaltrends.com/gaming/best-gaming-consoles/, accessed on January 17, 2025 ("You could grab a PlayStation 5 and enjoy its killer lineup of exclusives or dive into the Xbox Series X's deep game library (not to mention the fantastic deal that is Game Pass) ... Or, if portability is a priority, you might be considering the time-tested Nintendo Switch"); Sony Interactive Entertainment, "About Us," available at https://sonyinteractive.com/en/about-us/, accessed on March 14, 2025 ("Today, we continue to deliver innovative and thrilling experiences to a global audience through our PlayStation line of products and services that include generation-defining hardware, pioneering network services, and award-winning games."); Britannica, "Xbox," January 17, 2025, available at https://www.britannica.com/technology/Xbox, accessed on March 19, 2025 ("Xbox, video game console system created by the American company Microsoft."); Nintendo, "About Nintendo," available at https://www.nintendo.com/us/about/, accessed on January 17, 2025 ("The Nintendo Switch™ system launched, along with hits including Super Mario Odyssey™ and The Legend of Zelda™: Breath of the Wild.").

[66] Nintendo, "Dedicated Video Game Sales Units," December 31, 2024, available at https://www.nintendo.co.jp/ir/en/finance/hard_soft/index.html, accessed on February 14, 2025 ("Nintendo Switch Hardware: 150.86 million units.").

[67] Nintendo, "Nintendo Official Site," available at https://www.nintendo.com/us/, accessed on January 24, 2025 ("Super Mario™, The Legend of Zelda™, Splatoon™, Kirby™, Pikmin™, Animal Crossing™, Metroid™, Pokémon™").

[68] Steve Watts et al., "The Best Nintendo Switch Games in 2025," *GameSpot*, January 3, 2025, available at https://www.gamespot.com/gallery/best-nintendo-switch-games/2900-3828/#1, accessed on January 21, 2025 ("As 2025 begins, it's a good time to catch up on the very best Nintendo Switch games. As you may expect, many of the best Nintendo Switch games are published by Nintendo itself. The vast and impressive library of exclusives has been complemented by a staggering number of third-party hits. ... Our list includes a smattering of games you can only play on Nintendo Switch.").

---

the early 1980s and popularizing motion controls with the Nintendo Wii.[69] Nintendo also manufactures popular handheld consoles such as the Game Boy and the Nintendo DS.[70] Nintendo pioneered the concept of a hybrid game console that allows users to play games either in handheld mode or docked, a concept which, as I will explain in Section 5.2.3, has been influential on PC devices.[71]

b. Sony is a developer, publisher, and distributor that manufactures PlayStation consoles and operates the PlayStation Store.[72] The PlayStation Store has reached over 150 million users, as measured by Sony's installed

---

[69] Andrew Cunningham, "The NES: How it Began, Worked, and Saved an Industry," *Ars Technica,* December 9, 2021, available at https://arstechnica.com/gaming/2021/12/time-to-feel-old-inside-the-nes-on-its-30th-birthday/, accessed on March 16, 2025 ("By the time Atari was ready to negotiate again, the 1983 video game crash had crippled the American market ... The final building block in the NES rebuild of the North American game industry was the way Nintendo handled third-party developers. In the Atari era, everyone from Sears to Quaker Oats tried to grab a slice of the gaming pie. The fact that basically anyone could design and sell hastily coded Atari 2600 games with no interference from or cooperation with Atari led to a game market flooded with shovelware and to clearance bins filled with unsellable dreck. This in turn led to gun-shy retailers and consumers. Nintendo clamped down on this hard."); Terrence J. Smith, "8 Wii Games That Made Great Use Of The Motion Controls," *Game Rant,* August 18, 2022, available at https://gamerant.com/wii-games-that-made-great-use-motion-controls/, accessed on March 16, 2025 ("Some Wii games, however, did the Wii controller justice, by creating unique experiences that one would not find on any other console at the time.").

[70] Martyn Carroll, "30 Years of Game Boy: How Nintendo's Modest Handheld Became a Such a Massive Success," *GamesRadar+,* April 23, 2019, available at https://www.gamesradar.com/30-years-of-game-boy-how-nintendos-modest-handheld-became-a-such-a-massive-success/, accessed on March 16, 2025 ("On 21 April, 1989, Nintendo changed video games forever. This week marks the 30th anniversary of the Game Boy, a handheld that once unleashed upon the world would take portable gaming mainstream and help millions discover a newfound passion for play."); Tomas Franzese, "20 Years Later, the Nintendo DS Remains One of Gaming's Best Devices," *Digital Trends,* November 20, 2024, available at https://www.digitaltrends.com/gaming/nintendo-ds-retrospective-save-state/, accessed on March 16, 2025 ("Now almost old enough to vote, the Nintendo DS can be considered a retro gaming handheld. It deserves the same level of reverence that's usually given to formative systems like the NES or Sega Genesis.").

[71] Nintendo, "Nintendo Switch," available at https://www.nintendo.com/switch/system/, accessed on March 16, 2025 ("Three modes in one ... Nintendo Switch is designed to fit your life, transforming from home console to portable system in a snap.").

[72] Sony Interactive Entertainment, "About Us," available at https://sonyinteractive.com/en/about-us/, accessed on March 14, 2025 ("Sony Interactive Entertainment pushes the boundaries of entertainment and innovation, starting from the launch of the original PlayStation in Japan in 1994. Today, we continue to deliver innovative and thrilling experiences to a global audience through our PlayStation line of products and services that include generation-defining hardware, pioneering network services, and award-winning games."); PlayStation, "PlayStation Games for PC," available at https://www.playstation.com/en-us/games/pc-games/, accessed on March 14, 2025 ("Explore a range of acclaimed titles from PlayStation Studios, now available to enjoy on PC via Steam or Epic Games Store."); PlayStation, "The Last of Us," available at https://www.playstation.com/en-us/the-last-of-us/, accessed on March 13, 2025 ("Play The Last of Us Part I, now available on PlayStation 5 and for PC ... Naughty Dog's latest title is The Last of Us Part I ... Naughty Dog is a wholly-owned subsidiary of Sony Interactive Entertainment.").

base at the end of 2021 across its console platforms.[73] As a developer and publisher, Sony's popular game franchises include *The Last of Us* and *God of War*.[74] These games are often credited for their mature themes and storytelling.[75] Sony first started making consoles in 1996 with the PlayStation, and released the PlayStation 2 in 2000, which is the best-selling video game console of all time globally with 160 million units sold.[76] As I will explain in Section 5.2, hardware in PlayStation consoles has continued to advance in order to compete with both PCs and other console manufacturers.

c. Microsoft is a developer, publisher, and distributor that manufactures Xbox consoles and operates the Microsoft Store.[77] Microsoft's popular game

---

[73]  Weil, "ME/6983/22—Microsoft/Activision Blizzard Microsoft's Response to the CMA's Reference Decisions," October 11, 2022, available at https://assets.publishing.service.gov.uk/media/634e5d3dd3bf7f618d8f88d1/Activision_-_Initial_Phase_2_submission_a.pdf, accessed on January 22, 2025 ("Sony's installed base at the end of 2021 was 151.4 million, as compared to the Xbox installed base of 63.7 million.").

[74]  PlayStation, "The Last of Us," available at https://www.playstation.com/en-us/the-last-of-us/, accessed on March 13, 2025 ("Play The Last of Us Part I, now available on PlayStation 5 and for PC ... Naughty Dog's latest title is The Last of Us Part I ... Naughty Dog is a wholly-owned subsidiary of Sony Interactive Entertainment."); Cristina Alexander, "PlayStation CEO: Sony is Sticking to Its Current PC Strategy for PS5 Exclusives," *IGN*, May 19, 2023, available at https://www.ign.com/articles/playstation-ceo-sony-is-sticking-to-its-current-pc-strategy-for-ps5-exclusives, accessed on January 23, 2025 ("In a recent interview with Famitsu, Ryan dismissed the idea of releasing PC versions of PS5-exclusive games, such as God of War: Ragnarok, on the same day they launch on PS5 proper, saying that porting them over to PC two to three years after the fact has been working out well for Sony.").

[75]  IGN, "The Best PlayStation Exclusives of All Time," April 22, 2022, available at https://www.ign.com/articles/best-playstation-exclusives, accessed on March 14, 2025 ("The Last of Us remains one of the best action-adventure games of the last decade. It gave us one of the most touching, unexpected friendships in the medium to date between Ellie and Joel, genuinely tense survival-horror-esque gameplay and an ending that is still remembered to this day. It's truly a masterpiece, so it took everyone by surprise that the team behind Uncharted had another franchise of this caliber up its sleeve with its sequel. Combined with its memorable supporting cast, beautiful art design and an interesting take on team-based multiplayer, the original Last of Us is hands-down one of Naughty Dog's best games - if not it's finest overall work to date ... Santa Monica Studio's God of War is a masterpiece that is emblematic of PlayStation's pursuit of first-party quality. It tells a beautiful story, anchored by the fragile, ever-evolving relationship between Kratos and his son Atreus. It weaves that story through a layered world dense with captivating characters and locales, ensuring every step of the journey holds new wonders. The many realms the duo travel to also serve as incredible battle stages that allow God of War's deep combat systems to shine. Kratos' Leviathan Axe is one of the most satisfying weapons to wield in any video game, and it's coupled with branching skill trees, armor sets, and smartly integrated Atreus AI to ensure every fight is unforgettable. The newest God of War works so well not just because of all of these things, but because instead of disregarding its past, it honors it, then refines and modernizes it. God of War is an all-timer.").

[76]  Aaron McKinley, "PS2 is No Longer the Best-Selling Video Game Console of All Time in the US," *Game Rant*, December 18, 2024, available at https://gamerant.com/best-selling-game-console-all-time-us-switch-ps2/, accessed on March 17, 2025 ("PS2 remains king globally with 160 million units sold").

[77]  Microsoft, "Welcome to Xbox Game Studios," available at https://www.xbox.com/en-US/xbox-game-studios , accessed on March 23, 2025 ("We're responsible for developing and

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

franchises include *Minecraft* (which has been reported as the most popular game of all time).[78] Microsoft develops many of its games through large subsidiary developers and publishers. These include Activision Blizzard, whose popular franchises include the *Call of Duty* and *World of Warcraft* franchises, as well as Bethesda, whose popular franchises include *The Elder Scrolls* franchise.[79] Microsoft initially developed its first console, the Xbox, to compete with the PlayStation 2, and has continued releasing major consoles in subsequent console generations.[80] Microsoft was an early adopter of digital distribution; Microsoft began digitally distributing games on the follow-up to the Xbox, the Xbox 360, which was released in 2005 and featured the Xbox Game Store. The Xbox 360 also introduced "Achievements," which are digital rewards for progress in a game. Similar features have been implemented by both Valve and Sony on their platforms.[81] Microsoft is often credited with popularizing multi-game

---

publishing some of the biggest franchises in history."); Microsoft, "Microsoft Store," available at https://apps.microsoft.com/home, accessed on March 23, 2025; Britannica, "Xbox," January 17, 2025, available at https://www.britannica.com/technology/Xbox, accessed on March 19, 2025 ("Xbox, video game console system created by the American company Microsoft.").

[78] Keith Stuart and Alex Hern, "Minecraft Sold: Microsoft Buys Mojang for $2.5bn," *The Guardian*, September 15, 2014, available at https://www.theguardian.com/technology/2014/sep/15/microsoft-buys-minecraft-creator-mojang-for-25bn, accessed on March 16, 2025 ("Minecraft creator Mojang is being sold to Microsoft.").

[79] Tom Warren, "Microsoft Completes Bethesda Acquisition, Promises Some Xbox and PC Exclusives," *The Verge*, March 9, 2021, available athttps://www.theverge.com/2021/3/9/22319124/microsoft-bethesda-acquisition-complete-finalized, accessed on March 16, 2025 ("Microsoft has finalized its $7.5 billion deal to acquire ZeniMax Media, the parent company of Doom and Fallout studio Bethesda Softworks."); Dan Milmo, "Microsoft Completes $69bn Deal to Buy Call of Duty Maker Activision Blizzard," *The Guardian*, October 13, 2023, available at https://www.theguardian.com/business/2023/oct/13/microsoft-deal-to-buy-call-of-duty-maker-activision-blizzard-cleared-by-uk, accessed on March 16, 2025 ("Microsoft has completed its $69bn (£57bn) deal to buy Activision Blizzard, the maker of games including Call of Duty and World of Warcraft").

[80] Dean Takahashi, "The Making of the Xbox: How Microsoft Unleashed a Video Game Revolution," *VentureBeat*, November 14, 2011, available at https://venturebeat.com/games/making-of-the-xbox-1/, accessed on March 16, 2025 ("The PC and consumer electronics were on a collision course, and the press was already talking about a 'post-PC era.' Gates held a strategic retreat where his executive team focused on two pillars, the first based on productivity software such as Microsoft Office, and the second based on home computing and entertainment. At the end of the retreat, the executive team decided it had to delve deeper into gaming and come up with an answer to the PlayStation 2. Games were on the cusp of breaking out into the mass market and could even become bigger than the movies. The fear that Microsoft would miss out on this lucrative market flowed down from the top.").

[81] John Hicks, "How the Xbox 360 Won the Console War," *Tech Radar*, November 6, 2013, available at https://www.techradar.com/news/gaming/consoles/how-the-xbox-360-won-the-console-war-1196990, accessed on March 16, 2025 ("In doing so, it established Unreal Engine as the de facto next-gen development platform, shaping the look and feel of everything from Mirror's Edge to Arkham Asylum … On Xbox 360, meanwhile, a far more successful Achievement flourished. The digital rewards that debuted with Microsoft's second console have

subscription services through its Xbox Game Pass service, which currently has 34 million subscribers and is available to users through both the Xbox console and PC.[82]

53. I discuss the ongoing competition between Steam and console platforms in Section 5.

54. **PC platforms** are websites or software applications available on PC devices where users can buy and sometimes play digital video games. As I mentioned above, the openness of PC operating systems has allowed the creation of many PC platforms of different kinds where publishers and users can interact. Some PC platforms are websites where a publisher sells its own games that users can download and play on their PCs. On other PC platforms, such a Steam, many publishers list their games, and users both buy and launch the game from the platform. On some PC platforms, users buy codes that they redeem and play on other platforms. Below I describe these and other types of PC platforms, though there are too many PC platforms for this list to be exhaustive.

55. Valve has competed with other PC platforms since it first launched Steam in 2003 and when Steam began offering games from other publishers in October 2005.[83] For example, there were publishers who digitally distributed popular role-playing games ("RPGs") like *Everquest* (which Sony distributed through its own launcher) and *Final Fantasy XI* (which Square Enix distributed

---

become an industry standard. Valve lifted them in their entirety for Steam, Sony rebranded them as Trophies, but neither challenged Microsoft's design ... It was Xbox 360 that lead the way in digital distribution, starting with Zuma and stepping up to classics like Geometry Wars 2, Braid and Shadow Complex. Amid Sony's recent touting of its indie credentials, it's worth pointing out that Microsoft blazed a trail in digital distribution of smaller titles, and went so far as to open a completely homebrew route to market in the form of its Xbox Live Indie Games channel."); Barb Dybrad, "Xbox 360 Launch Date is November 22," *Engadget,* September 14, 2005, available at https://www.engadget.com/2005-09-15-xbox-360-launch-date-is-november-22.html, accessed on March 16, 2025 ("2005 ... Mark your calendars for November 22 ... for the hat trick release of the Xbox 360.").

[82] Tom Warren, "Microsoft's Xbox Game Pass Service Grows to 34 Million Subscribers," *The Verge,* February 15, 2024, available at https://www.theverge.com/2024/2/15/23570040/microsoft-xbox-game-pass-subscriber-numbers-34-million, accessed on March 16, 2025 ("Microsoft's Xbox Game Pass service now has 34 million subscribers."); Xbox, "Game Pass Ultimate," available at https://www.xbox.com/en-US/xbox-game-pass/ultimate, accessed on March 16, 2025 ("Play new games on day one, and enjoy hundreds of high-quality games solo or with friends on console, PC, and cloud.").

[83] Matt Sayer and Tyler Wilde, "The 19-Year Evolution of Steam," *PC Gamer,* September 12, 2022, available at https://www.pcgamer.com/steam-versions, accessed on March 17, 2025 ("On September 12, [2003,] Steam began life as a way for Valve to control the patching process for games like Counter-Strike, as well as curb cheating and provide easier access to any content the developer produced."); Steam, "Thank You for 20 Years of Steam!" available at https://store.steampowered.com/sale/steam20#SaleSection_74421, accessed on March 17, 2025 ("Valve launches Day of Defeat: Source on September 26th [2005]. Just a few weeks later, Rag Doll Kung Fu is the first third-party game distributed on Steam."); Steam, "Rag Doll Kung Fu," available at https://store.steampowered.com/app/1002/Rag_Doll_Kung_Fu, accessed on March 17, 2025 ("Release Date: Oct 12, 2005").

---

through its PlayOnline service) at the time of Steam's launch.[84] One developer, Stardock, created the platforms Stardock Central and TotalGaming.net to digitally distribute its own games and games from other publishers in 2003 and 2004, before Valve opened Steam to distribute games from other publishers.[85] In addition, media conglomerate IGN launched its Direct2Drive platform in September 2005, the month before Steam started selling games from other publishers.[86] Another platform, GamersGate, launched in the

---

[84] Sony Online Entertainment, "Sony Online Entertainment's EverQuest Celebrates Its Fifth Year and Over 2.5 Million Units Sold Worldwide," March 15, 2004, available at https://web.archive.org/web/20240813231517/https://www.sony.com/content/sony/en/en_us/SCA/company-news/press-releases/sony-online-entertainment/2004/sony-online-entertainments-everquest-celebrates-its-fifth-year-and-over-25-million-units-sold-worldwide.html, accessed on March 16, 2025 ("Since its launch on March 16, 1999, EverQuest and its expansions have sold over 2.5 million copies worldwide and continues to be one of the gaming industry's biggest and most influential titles … Over 2.5 million copies of the game and its expansions have been sold in box or digitally downloaded since 1999."); Stephanie Chang, "Celebrating Final Fantasy XI Online: A 20th Anniversary Retrospective with the Game's Creators," *PlayStation.Blog*, May 27, 2022, available at https://blog.playstation.com/2022/05/27/celebrating-final-fantasy-xi-online-a-20th-anniversary-retrospective-with-the-games-creators/, accessed on March 16, 2025 ("To be able to say that we've continued to provide service for players around the world since May 16, 2002 is a remarkable achievement for us and we've been so happy to celebrate this moment with you all."); Gabe Wollenburg, "Square Announces Pay-Online Play Online," *RPGamer,* available at https://web.archive.org/web/20130202144831/http://www.rpgamer.com/news/Q3-2000/071800a.html, accessed on March 16, 2025 ("Square Co. has announced that its network service, Play Online, will be fee based. That means that, at least in Japan, the highly anticipated Final Fantasy XI experience will be a pay-for-play situation.").

[85] Brad Wardell, "Postmortem: Stardock's Galactic Civilizations," *Gamasutra*, May 7, 2003, available at https://web.archive.org/web/20220704210359/http://www.gamasutra.com/view/feature/2862/postmortem_stardocks_galactic_.php?page=3, accessed on March 16, 2025 ("Unfortunately, when the game shipped on March 26, Stardock Central wasn't quite ready. Stardock Central not only had to deal with people downloading the full 500 megabyte game from the Internet, it also had to deal with people who bought the game at retail."); Stardock, "TotalGaming.net Launched!" July 20, 2004, available at https://web.archive.org/web/20040721064904/http://www.stardock.com/newsitem.asp?id=644, accessed on March 23, 2025 ("For the initial launch, Stardock has put together an impressive list of games that will be available on day one, such as Galactic Civilizations, Celtic Kings, Orb, The Corporate Machine, LightWeight Ninja, and a new compilation of Disciples II called Disciples II Ultimate Edition, which integrates all of the latest expansion packs for that popular game into a single entity. Stardock then plans to add a new game each month for the rest of the year starting with The Political Machine in August. TotalGaming.net users also get access to the latest Stardock betas such as the beta of Galactic Civilizations II which is due to show up this January.").

[86] IGN, "IGN Entertainment Launches Direct2Drive," June 16, 2012, available at https://www.ign.com/articles/2004/09/10/ign-entertainment-launches-direct2drive, accessed on March 16, 2025 ("IGN Entertainment today [in September 2004] announced the launch of Direct2Drive, the company's always-open digital retail store.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

following year.[87] Both Direct2Drive and GamersGate focused on distributing games published by other firms.[88]

56.    In the years since Valve launched Steam, the number of PC platforms has only grown. Some examples include:

a. The Epic Games Store ("EGS") is operated by Epic Games. EGS began as a PC launcher for Epic Games' own game *Fortnite* in 2017.[89] EGS expanded to distributing games published by other firms in 2018 and positioned itself as an alternative to Steam for both publishers and users.[90]

---

[87]    GlobeNewswire, "Paradox Interactive Launches Large-Scale International Digital Distribution Service," November 20, 2006, available at https://www.globenewswire.com/news-release/2006/11/20/351416/109087/en/Paradox-Interactive-Launches-Large-Scale-International-Digital-Distribution-Service.html, accessed on January 10, 2025 ("Paradox Interactive, a recognized worldwide publisher of PC strategy games, announced today the launch of their latest venture, the digital distribution platform Gamer's Gate. Gamer's Gate has serviced gamers as a trial version since April 2006.").

[88]    Leigh Alexander, "Interview: Direct2Drive's Berger On The Evolving Digital Distro Space," *Gamasutra,* October 14, 2009, available at https://web.archive.org/web/20100510082645/http://www.gamasutra.com/view/news/25610/Interview_Direct2Drives_Berger_On_The_Evolving_Digital_Distro_Space.php, accessed on January 18, 2025 ("Today, the state of things on Direct2Drive -- an offering of 1,000 titles from relationships with over 300 game publishers -- is quite a ways from where the service began."); Luke Plunkett, "PC Download Stores Arguing Over Who Comes After Steam," *Kotaku,* December 1, 2009, available at https://kotaku.com/pc-download-stores-arguing-over-who-comes-after-steam-5415837, accessed on January 18, 2025 ("GamersGate CEO Theodore Bergquist tells Kotaku that 'We have daily direct contact with all major publishers out there, we can benchmark most of our numbers with both Steam and Direct2Drive ... in many, many cases we know that GamersGate sell as many units as Steam for the mid-size segment of titles. For AAA's we sell anything between half to a quarter. With a few exceptions they sell more than that. This is information we get from publishers direct from the source – their digital distribution teams.'").

[89]    Rob LeFebvre, "Epic's Long-Awaited 'Fortnite' Hits Consoles and PC July 25th," *Endgadget,* July 19, 2019, available at https://www.engadget.com/2017-06-08-epic-fortnite-consoles-steam-july-25th.html, accessed on March 23, 2025 ("Epic confirmed the game will come to all platforms listed above but will use Epic's own launcher, no Steam, for its PC and Mac version."); Nick Statt and Sean Hollister, "Epic Games Takes on Steam with Its Own Fairer Game Store," *The Verge,* December 4, 2018, available at https://www.theverge.com/2018/12/4/18124203/epic-games-fortnite-valve-steam-game-store-distribution-unreal-engine, accessed on March 23, 2025.

[90]    Epic Games Store, "The Epic Games Store is Now Live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on March 15, 2025 ("The first games on the store are Hades by Supergiant Games, Ashen by Annapurna/A44, and Hello Neighbor: Hide and Seek by tinyBuild, and they're available now!").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

b. The Microsoft Store, which sells PC games in addition to Xbox games, was launched in 2012 and remains commercially successful today.[91] ███████ ███████████████████████████████████████.[92]

c. Activision Blizzard hosts a platform called Battle.net to distribute Blizzard games, games in the *Call of Duty* franchise, and other Activision published games.[93] As of October 2023, Activision Blizzard is a subsidiary of Microsoft.[94]

d. Good Old Games ("GOG") is a platform owned by the publisher CD Projekt that launched in 2008. GOG caters to users with an interest in retro PC games and games with limited digital rights management ("DRM"), which means that users can buy games on GOG but play them outside of the platform by launching a file from their desktop. This contrasts with other platforms where users both buy games and play games on the platform.[95]

---

[91] Alexander Gillis and Colin Steele, "Microsoft Store," *TechTarget*, February 2022, available at https://www.techtarget.com/searchmobilecomputing/definition/Windows-Store, accessed on March 23, 2025 ("Microsoft announced the Windows Store in September 2011 and opened the marketplace in February 2012"); Giorgio Sardo, "Microsoft Store Grows with the Developer Community," *Microsoft*, May 24, 2022, available at https://blogs.windows.com/windowsdeveloper/2022/05/24/microsoft-store-grows-with-the-developer-community/, accessed on March 23, 2025 ("In the first quarter of 2022 alone, we saw more than a 50% increase in new desktop apps and games coming to Microsoft Store compared to the same period last year."); Microsoft used to operate a different PC distribution platform called Games for Windows Live. Xbox, "Games for Windows Live Support FAQ," available at https://support.xbox.com/en-US/help/games-apps/my-games-apps/games-for-windows-live-support-faq, accessed on March 25, 2025 ("Games for Windows Live is a retired PC gaming platform that ran alongside Xbox 360.").

[92] Deposition of ████████████████████, January 29, 2024 ("████ Deposition"), p. 24 ("Q. Okay. I want to talk to you about the ███████. Does ████ see the ████ ████ as a competitor to Steam? A. Yes. Q. And in what way? A. We are both selling PC games, we're both trying to grow our audiences and grow fan bases.").

[93] Blizzard Entertainment, "Welcome to the New Battle.net!" available at https://news.blizzard.com/en-us/article/23583668/welcome-to-the-new-battle-net, accessed on January 13, 2025 ("Battle.net has been a huge part of our history going back to the release of the original Diablo in 1996. We're proud of how it's helped people connect and play Blizzard games together quickly and easily.").

[94] Dan Milmo, "Microsoft Completes $69bn Deal to Buy Call of Duty Maker Activision Blizzard," *The Guardian*, October 13, 2023, available at https://www.theguardian.com/business/2023/oct/13/microsoft-deal-to-buy-call-of-duty-maker-activision-blizzard-cleared-by-uk, accessed on March 16, 2025 ("Microsoft has completed its $69bn (£57bn) deal to buy Activision Blizzard, the maker of games including Call of Duty and World of Warcraft.").

[95] Andy Chalk, "GOG Recommits to 'DRM-Free Philosophy' as It Struggles to Stop Bleeding Money," *PC Gamer*, November 30, 2021, available at https://www.pcgamer.com/gog-recommits-to-drm-free-philosophy-as-it-struggles-to-stop-bleeding-money/, accessed on January 15, 2025 ("The storefront launched in 2008 as Good Old Games, a niche platform focused on retro PC games and no digital rights."); Jacob Roach, "What is DRM in Video Games and How Does it Work?" *Digital Trends,* May 13, 2022, available at https://www.digitaltrends.com/gaming/what-is-drm-in-video-games/, accessed on March 16, 2025 ("DRM stands for digital rights management. Whenever you purchase some form of digital media, you usually aren't actually buying the content. Rather, you're buying a license to

GOG also operates the downloadable GOG Galaxy client from which users can launch and play games purchased on GOG.[96]

e. Itch.io was launched in 2013 and specializes in indie games, with over 900,000 titles available.[97] Itch.io allows publishers to adjust the revenue share itch.io retains, or to give away their games for free.[98]

f. Electronic Arts ("EA") hosts a platform called EA App, where it distributes its own games. The EA App replaced Origin, on which EA distributed its own games and other publishers' games.[99]

---

consume that content on a specific platform. For example, Steam is a DRM platform. Whenever you buy a game on Steam, a license to download and play that game is added to your account, and you can take advantage of that license whenever you want. Consoles are no different. The PlayStation Store and Microsoft Store (formerly Xbox Marketplace) are DRM platforms … Without a DRM platform, you'd simply have access to whatever game you wanted to play, no matter how you got access to it.").

[96] Andrew Webster, "GOG's DRM-Free Steam Competitor is Finally Open to Everyone," *The Verge*, May 5, 2015, available at https://www.theverge.com/2015/5/5/8524597/gog-galaxy-open-beta-launch, accessed on March 16, 2025 ("last year the company announced a new venture that would put it in direct competition with PC gaming behemoth Steam. Called GOG Galaxy, the service is an online gaming platform that includes Steam-like community features and tools like auto-updates to keep your games up to date without any hassle. But the key selling point is that Galaxy includes these features while still ensuring every game can be played offline with no DRM.").

[97] Patricia Hernandez, "The Game Store That Outshines Steam by Staying Small and Weird," *The Verge*, November 29, 2018, available at https://www.theverge.com/2018/11/29/18118217/itchio-steam-leaf-corcoran-pc-games-indie, accessed on March 16, 2025 ("It's true: you won't find the latest triple-A release on Itchio. Best compared to the zine section of a comic book shop, Itchio has nonetheless become the go-to platform for up-and-coming game developers to share their games with the world — and for more established developers to release games that take risks … Corcoran built Itchio haphazardly and by happenstance, starting in 2013."); Itch.io, "Top Games," available at https://itch.io/games/, accessed on March 17, 2025 ("Top Games … 1,133,109 results [as of March 2025]").

[98] Itch.io, "Creator FAQ," available at https://itch.io/docs/creators/faq, accessed on March 17, 2025 ("You get to decide how much you want to support itch.io by choosing what percentage of your sales should go towards our operational costs and continued development of the platform. We call that open revenue sharing."); Itch.io, "Pricing," available at https://itch.io/docs/creators/pricing, accessed on March 17, 2025 ("When configuring your pricing you have three options to control what kinds of payments are accepted, if any … No payments — All payments are disabled on the project. All files are freely downloadable.").

[99] EA Help, "How to Use the EA App," October 11, 2023, available at https://help.ea.com/en/help/ea/ea-app/how-to-use-ea-app/, accessed on March 23, 2025 ("The EA app is a platform that lets you find and play EA games on your computer."); Akatkin, "Origin Expands to Offer Games from 3rd Party Publishers," *Electronic Arts*, October 28, 2011, available at https://www.ea.com/en-ca/news/origin-expands-to-offer-games-from-third-party-publishers, accessed on January 15, 2025; Gabriel Machado Pureza "April 17 Will Be the End of an Era for EA," *Game Rant*, January 20, 2025, available at https://gamerant.com/ea-origin-shut-down-date/, accessed on January 22, 2025 ("EA will shut down Origin on April 17, 2025, requiring gamers to upgrade to the new EA App for continued access.").

g. Take-Two Interactive ("Take-Two") is a publisher that hosts a platform called the Rockstar Games Launcher. Take-Two uses this launcher to distribute games published by its subsidiary, Rockstar Games.[100]

h. Nexon America, a Korean publisher (now headquartered in Japan) responsible for the *MapleStory* franchise (a series of popular RPGs), operates the Nexon Launcher to distribute its own games.[101]

i. Riot Games ("Riot") hosts a launcher to distribute its own games. Riot's popular titles include *League of Legends* and *Valorant*.[102]

j. Roblox Corporation hosts a launcher specific to its game, *Roblox*.[103]

k. miHoYo hosts game-specific launchers for some of its successful games. For example, *Genshin Impact* is distributed through one of miHoYo's launchers, HoYoPlay.[104] Another miHoYo published title, *Honkai: Star Rail*, uses the same launcher.[105]

---

[100] Rockstar Games, "Rockstar Games Launcher," available at https://socialclub.rockstargames.com/rockstar-games-launcher, accessed on March 23, 2025 ("Download and play the latest Rockstar Games PC titles"); Rockstar Games, "Corporate Info," available at https://www.rockstargames.com/corpinfo, accessed on March 23, 2025 ("The Rockstar Games label was founded in 1998 to create the most innovative and progressive interactive entertainment. It is a wholly owned subsidiary of Take-Two Interactive Software, Inc.").

[101] Yoon So-Yeon, "Nexon, Listed a Decade in Tokyo, Looks Back and Forward," *Korea JoongAng Daily*, December 15, 2021, available at https://koreajoongangdaily.joins.com/2021/12/15/business/industry/Nexon-Tokyo-Seoul/20211215185326812.html, accessed on January 13, 2025 ("A decade after listing in Tokyo, Korea-founded Nexon has quadrupled in value"); Nexon, "About Nexon America," available at https://www.nexon.com/nexon-america/en/about-nexon, accessed on January 13, 2025 ("By focusing on quality we have developed long-standing IP franchise hits, including MapleStory"); Nexon, "Welcome to the Nexon Launcher," available at https://www.nexon.com/main/en/download/launcher, accessed on January 13, 2025 ("The Nexon Launcher is our new streamlined approach for installing, updating and playing all your favorite Nexon games.").

[102] LizLa Londe, "New Riot Client Coming Soon," *Riot Games,* September 16, 2021, available at https://www.riotgames.com/en/news/new-riot-client-coming-soon, accessed on January 14, 2025 ("Riot Games...created...Valorant...League of Legends...With the new Riot Client...desktop Riot games will be accessible from one client").

[103] Danielle Rose, "Is Roblox on Steam?" *PCGamesN*, available at https://www.pcgamesn.com/roblox/steam, accessed on March 23, 2025 ("To access those Roblox games and experiences, you must have Roblox Player, a standalone game platform, installed.").

[104] Genshin Impact, "Genshin Impact – Step into a Vast Magical World of Adventure," available at https://genshin.hoyoverse.com/en/, accessed on March 3, 2023 ("PC Download (HoYoPlay)").

[105] Honkai Star Rail, "Honkai: Star Rail Official Site – the Brand-New Version 2.7 'a New Venture on the Eighth Dawn' is Now Online!" available at https://hsr.hoyoverse.com/en-us/, accessed on January 13, 2025 ("Download via HoYoPlay").

l. Ubisoft hosts a platform called Ubisoft Connect, where it distributes its own games as well as several indie games.[106] Ubisoft Connect was introduced in 2020 as a "refreshed and expanded" version of Uplay, the platform on which Ubisoft sold its games until 2020.[107]

57. Some competitors operate websites that sell Steam keys. Steam keys are digital codes that allow a user to download and launch a game on Steam.[108] By buying a game from one of these competitors, a user can purchase games outside of Steam, then activate their keys and play the game on Steam in the exact same way as if they had purchased the game from Steam directly. In addition to selling Steam keys, these platforms also sell keys for other platforms; however, Steam keys are the most common type of key distributed.[109] These key reseller PC platforms include Green Man Gaming and the platforms operated by Humble Bundle, Inc. ("Humble"), among others.[110] I discuss competition between Steam and key reseller PC platforms in Section 4.3.

---

[106] Ubisoft Connect, "About Ubisoft Connect," available at https://ubisoftconnect.com/en-US/faq/, accessed on January 17, 2023 ("Ubisoft Connect is a multi-platform ecosystem of player services and the go-to destination for your Ubisoft games. It aims at providing the best gaming environment for players to enjoy their games and connect with each other, no matter the device."); Samit Sarkar, "Ubisoft Now Selling Third-Party Games on Uplay Shop and Its Own Games on EA's Origin," February 19, 2013, available at https://www.polygon.com/2013/2/19/4001836/ubisoft-uplay-shop-third-party-games-ea-origin-chris-early-interview, accessed on January 17, 2025 ("Ubisoft is beginning a major expansion of its digital distribution presence today: The company is now selling games from other studios and publishers through the Uplay Shop, its online store."); Ubisoft, "Ubisoft Indie Collection," available at https://store.ubisoft.com/us/genre-indies?lang=en_US, accessed on March 22, 2025.

[107] Alissa McAloon, "Ubisoft Connect Announced as a 'Refreshed' Replacement for Uplay and Ubisoft Club," *Game Developer,* October 20, 2020, available at https://www.gamedeveloper.com/game-platforms/ubisoft-connect-announced-as-a-refreshed-replacement-for-uplay-and-ubisoft-club, accessed on March 17, 2025 ("The French developer-publisher bills Ubisoft Connect as a 'refreshed and expanded' take on its soon-to-be-shuttered Uplay and Club. This time around the service has multi-platform support at its core, allowing players to keep up with in-game activities, a loyalty program, and other Ubisoft offerings on their next- and current-gen consoles, PC, or cloud-based platform of choice.").

[108] Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on March 14, 2025 ("Steam Keys are single-use, unique, alphanumeric codes that customers can activate on Steam to add a product license to their account. Steam Keys are a free service we provide to developers as a convenient tool to help you sell your game on other stores and at retail, or provide for free for beta testers or press/influencers.").

[109] For example, testimony from Humble witness Jeffrey Rosen given in this matter indicates that, of all distributed keys on Humble during his time with the company, approximately 95 percent of distributed keys were Steam keys. See Deposition of Jeffrey Rosen (Wolfire), November 17, 2023, p. 224 ("Q. Aside from Steam keys, are you able to say or estimate the percentage of keys from other game platforms that were represented in Humble's game sales? A. As in how -- what percentage of our key stocks were from Valve versus other companies? Q. Distributed keys, yeah. A. I would guess five percent others. Q. And -- okay. And is that for keys distributed or held in stock? A. Keys distributed.").

[110] Green Man Gaming, "We're Green Man Gaming," available athttps://www.greenmangaming.com/who-we-are/, accessed on January 21, 2025 ("When purchasing with us you'll instantly get your key for games that have already been released. Pre-

---

58.   There are substantial opportunities for PC self-distribution (i.e., first-party distribution), and many publishers, including small ones, have their own platforms. As an example of a small game that has its own successful platform, *Kerbal Space Program* is sold through its own channel, even though in 2022 it had ███████████████ in U.S. PC revenue and ██████████████████ U.S. PC monthly active users.[111] Similarly, *Factorio*, with ████████████████ of U.S. PC revenue and around ████████ U.S. PC monthly active users in 2022, is also sold through its own channel.[112] *Escape from Tarkov* is another game only available through the publisher's website.[113] Many small publishers self-distribute through "browser games," games that do not require a dedicated platform app and can instead be played via the internet through a web browser.[114] Browser games accounted for ██████████ in global revenue in 2021 and include games such as *Forge of Empires*.[115] Many small publishers

---

purchase keys are provided nearer to launch; you can check out more info on our support site. … We sell games that activate on a wide variety of DRM platforms with easy-to-follow, step-by-step guides that help you activate your purchase straight away."); Humble, "What is Humble Bundle?" available at https://www.humblebundle.com/about, accessed on January 18, 2025 ("When you purchase something on Humble Bundle, you'll get a key to redeem on Steam, Ubisoft Connect Desktop App, GOG, or another platform."); Fanatical, "About us," available at https://www.fanatical.com/en/about-us, accessed on January 18, 2025 ("Our online store has since sold over 100 million keys to gamers in over 200 countries, all sourced from official publishers.").

[111]   Private Division, "Kerbal Space Program," available at https://www.kerbalspaceprogram.com/downloads, accessed on March 23, 2025 ("Kerbal Space Program and Kerbal Space Program2 'Direct Download' Editions purchased from the Private Division Store can be downloaded from this page."); Chiou Class Certification Report, ¶ 74.

[112]   Factorio, "Buy Factorio," available at https://www.factorio.com/buy, accessed on January 15, 2025 ("A website key is used to upgrade an account on our website, and allow you to download this game directly from us."); Chiou Class Certification Report, ¶ 74.

[113]   Christian Vaz, "Is Escape from Tarkov on Steam?" *PC Games N*, November 15, 2023, available at https://www.pcgamesn.com/escape-from-tarkov/steam-release-date, accessed on January 18, 2025 ("Escape from Tarkov is not available on Steam or any of the other mainstream platforms. It can only be purchased through the developer's website and played using a bespoke game launcher.").

[114]   Jupiter Hadley, "The Best Browser Games," *PC Gamer*, February 26, 2025, available at https://www.pcgamer.com/best-browser-games/, accessed on March 17, 2025 ("A collection of great games you can play right in your browser."). Publishers often distribute browser games through websites that they operate (e.g., *Forge of Empires*, is available through a webpage operated by InnoGames), but there is some third-party distribution of browser games. For example, users can play browser games on itch.io. InnoGames, "Forge of Empires," available at https://us-play.forgeofempires.com/, accessed on March 23, 2025; Itch.io, "Top Games for Web," available at https://itch.io/games/platform-web, accessed on March 23, 2025.

[115]   Newzoo, "Global Games Market Report: The VR & Metaverse Edition," 2021, p. 17 ██████████ ██████████████████████████████████████████ ; Alissa McAloon, "Forge of Empires Dev InnoGames Surpasses $1 Billion Revenue," *Game Developer*, November 17, 2019, available at https://www.gamedeveloper.com/game-platforms/-i-forge-of-empires-i-dev-innogames-surpasses-1-billion-revenue, accessed on March 17, 2025 ("The Germany-based browser and mobile game developer InnoGames has generated over $1 billion in lifetime revenue since the studio was set up 12 years ago.").

self-distribute by selling Steam keys for their games on a website.[116] All these self-distribution options by all types of publishers makes it impractical to exhaustively list all PC distribution platforms.

59. Another alternative for publishers and users to match is through multi-game subscription services. Multi-game subscription services allow users to access a set of games for a monthly price. This provides an alternative to users to the usual "buy-to-play" business model where users pay one time for access to a standalone game. For example, EA Play gives users access to a collection of titles published by EA for a monthly fee.[117] Users can buy subscription services through the same distribution channels as other games. For example, users can buy an EA Play subscription from EA directly, or on Steam. Users can then launch EA Play titles from wherever they bought the subscription.[118] Similarly, Microsoft's Game Pass gives users access to a set of games published by Microsoft and by other firms. Users can access games on Game Pass through the Microsoft Store on either PCs and Xbox consoles.[119] Ubisoft also runs its own cloud-based subscription service called Ubisoft Plus, allowing users to gain access to its large library of games for a monthly fee.[120] I discuss competition between "buy-to-play" distribution and multi-game subscriptions in Section 6.

---

[116] Firms offer publishers tools to publish games on their own websites. For example, Humble Widgets are payment processing tools for self-distribution of games offered by Humble. Humble, "The Best Way to Sell Your Game from Your Website," available at https://www.humblebundle.com/developer/widget, accessed on March 23, 2025 ("The best way to sell your game from your website. ... If your game is being distributed via Steam or another platform, we'll distribute keys to both new purchasers and Kickstarter backers. ... 'I highly recommend the Humble widget for anybody looking to process payments on their own website.'"); Humble Support, "Widget Developer FAQ," available at https://support.humblebundle.com/hc/en-us/articles/202742190-Widget-Developer-FAQ, accessed on March 23, 2025 ("We can deliver downloadable builds as well as 3rd-party keys (e.g. Steam keys, GOG keys). ... Q: What can I sell? A: Widgets can support a wide variety of formats for digital content: game downloads, 3rd-party keys (Steam, etc.), music, PDFs, videos, links, secret codes, you name it!").

[117] Electronic Arts, "EA Play," available at https://www.ea.com/ea-play, accessed on February 24, 2025 ("Experience unlimited access to a collection of top EA titles, trials of select new games, and more for just $5.99 a month ... Join Now.").

[118] Microsoft, "Xbox Game Pass," available at https://www.xbox.com/en-US/xbox-game-pass, accessed on March 23, 2025; Electronic Arts, "EA Play," available at https://www.ea.com/ea-play, accessed on February 24, 2025 ("Experience unlimited access to a collection of top EA titles, trials of select new games, and more for just $5.99 a month ... Join Now."); Steam, "EA Play," available at https://store.steampowered.com/subscriptions/ea, accessed on March 17, 2025 ("Join EA Play...EA Play is available on Xbox, PlayStation®, PC via the Epic Games Store, the EA app, and Steam, and Mac through the EA app. Please note, while EA Play is available on multiple platforms, your membership is tied to the platform you joined on. For example, if you joined on PlayStation®, your Play List, member discount, and all other benefits will only be available there.").

[119] Xbox, "Xbox Game Pass Ultimate," available at https://www.xbox.com/en-US/xbox-game-pass, accessed on March 16, 2025 ("Play new games on day one, and enjoy hundreds of high-quality games on console, PC, and cloud.").

60. Recently, "cloud platforms" have emerged in the video gaming industry. Cloud platforms are apps or websites where users buy and play video games hosted on remote servers. Users do not have to download the games to their devices to play them, but instead they use an internet connection to access the platform in the "cloud" and stream the games directly to different devices such as tablets, smart TVs, PCs, and smartphones.[121] Examples include Amazon Luna and Google Stadia, although Stadia was discontinued in January 2023.[122] Some cloud services, such as PS Plus Premium and Xbox Cloud Gaming, allow users to access games released on PlayStation or Xbox consoles through a variety of devices, including PCs.[123] Multi-game subscription services can often

---

[120] Chaim Gartenberg, "Uplay Plus Subscription Service Rebrands as Ubisoft Plus, Expands to Stadia and Luna," *The Verge*, October 27, 2020, available at https://www.theverge.com/2020/10/27/21535105/ubisoft-plus-uplay-subscription-service-google-stadia-amazon-luna-pc-gaming, accessed on February 27, 2023 ("The PC side of Uplay Plus will stay largely the same as it's been since Ubisoft launched the service last year. Subscribers will still get access to over 100 Ubisoft titles.").

[121] Jacob Roach and Kevin Parrish, "What is Cloud Gaming?" *Digital Trends*, September 2, 2021, available at https://www.digitaltrends.com/gaming/what-is-cloud-gaming-explained/#dt-heading-what-is-cloud-gaming, accessed on March 17, 2025 ("Cloud gaming is a method of playing video games using remote servers in data centers. There's no need to download and install games on a PC or console. Instead, streaming services require a reliable internet connection to send gaming information to an app or browser installed on the recipient device. The game is rendered and played on the remote server, but you see and interact with everything locally on your device."); Amazon, "What Is Amazon Luna?," available at https://www.amazon.com/gp/help/customer/display.html?nodeId=G8WBF7CLZX7W345R, accessed on March 17, 2025 ("Amazon Luna is a cloud gaming service that lets you play games from the cloud using devices you already own. With cloud gaming, you don't need gaming consoles or gaming PCs. Games stream directly from the cloud to your screens letting you play anywhere you have high-speed internet access.").

[122] Aisha Malik, "Amazon Luna Officially Launches in the U.S. with Free Games for Prime Members and More," *TechCrunch*, March 1, 2022, available at https://techcrunch.com/2022/03/01/amazon-luna-officially-launches-in-the-u-s-with-free-games-for-prime-members-and-more/, accessed March 15, 2025 ("Amazon's cloud-based game streaming service, Amazon Luna, is officially launching."); Sean Hollister and Nick Statt, "Google's Stadia Cloud Gaming Service is Coming November 19th: Everything You Need to Know," *The Verge*, November 8, 2019, available at https://www.theverge.com/2019/6/6/18654632/google-stadia-price-release-date-games-bethesda-ea-doom-ubisoft-e3-2019, accessed on March 15, 2025 ("[T]he exciting new service … beams high-end console and PC games to any Chrome web browser, Chromecast Ultra TV dongle or Pixel 3 smartphone from beefy new Google servers."); Stadia Help, "Stadia Announcement FAQ," March 8, 2023, available at https://support.google.com/stadia/answer/12790109, accessed on March 17, 2025 ("On September 29, 2022, Google announced that the Stadia servers will be turned off on January 18, 2023.").

[123] PlayStation, "Welcome to PlayStation Plus," available at https://www.playstation.com/en-us/ps-plus, accessed on March 17, 2025 ("Cloud streaming Stream a wide range of games from the Game Catalogue, and hundreds of PS3 and PS2 games from the Classics Catalog."); Xbox, "Xbox Cloud Gaming (Beta)," available at https://www.xbox.com/en-US/cloud-gaming, accessed on March 17, 2025 ("Enjoy the console games you love on the devices you already have with Xbox Cloud Gaming (Beta). You can play using an Xbox Wireless Controller, Sony DualShock 4, and more"); Xbox, "Compatible Devices for Xbox Cloud Gaming" available at https://support.xbox.com/en-US/help/games-apps/cloud-gaming/verified-devices-for-xbox-

operate on cloud platforms.[124] Cloud gaming platforms also employ buy-to-play business models. For example, users could buy games directly from Stadia.[125] Other cloud services allow users to stream games that they bought on other platforms from a remote server. For example, GeForce NOW offers cloud gaming services for games users have already purchased on other distribution channels including Steam, EGS, and Ubisoft, among others.[126] I discuss competition between Steam and cloud platforms in Section 7.

61. **Mobile platforms** such as Apple's App Store and Google Play have also been successful in the gaming industry. Popular and successful PC and console games such as *Fortnite* and *Minecraft* are available to download on mobile devices through either the App Store or Google Play.[127] Similarly, *Genshin Impact*, which is published by miHoYo, is available on its own PC platform, as well as through mobile download in both the App Store and Google Play.[128] Other applications let users access PC and console games from their mobile devices. For example, the Steam Link App lets users "Play your Steam games on your phone, tablet, TV, VR headset or another PC using Steam Link, streaming from your home computer."[129] Similarly, PS Remote Play allows users to access their PlayStation consoles and display PlayStation screens on

---

cloud-gaming, accessed on March 17, 2025 ("List of compatible devices ... MacBooks MacOS 14.1.2 and later Windows devices Windows 10 version 20H2 and later").

[124] Not all subscription services rely exclusively on cloud gaming. For example, not all games in the Xbox Game Pass catalogue are available for cloud gaming. Xbox, "Xbox Cloud Gaming (Beta)," available at https://www.xbox.com/en-US/cloud-gaming#cloud-separate, accessed on March 17, 2025 ("Select free-to-play games and most titles in the Game Pass catalog are available to play from the cloud. To explore the full catalog of games playable from the cloud, visit xbox.com/play. Game titles, number, features, and availability vary over time, by region, Game Pass plan, and platform.").

[125] Sean Hollister and Nick Statt, "Google's Stadia Cloud Gaming Service is coming November 19th: Everything You Need to Know," *The Verge*, November 8, 2019, available at https://www.theverge.com/2019/6/6/18654632/google-stadia-price-release-date-games-bethesda-ea-doom-ubisoft-e3-2019, accessed on March 15, 2025 ("Google tells us you should expect to buy, not rent cloud games.").

[126] Nvidia, "How to Play Games on GeForce NOW," available at https://www.nvidia.com/en-us/geforce-now/how-to-play/, accessed on March 20, 2025 ("GeForce NOW is the only cloud gaming service that lets you play the games you already own on digital game stores like Steam, Epic Games Store, Ubisoft, and more.").

[127] Newzoo, "Fortnite," March 14, 2025, available at https://newzoo.com/games/fortnite, accessed on March 17, 2025 ("Fortnite ... can be played on Nintendo Switch, PlayStation 4, Windows, Xbox One, Mac, PlayStation 5, iOS, Android, Xbox Series X|S."); Newzoo, "Minecraft," March 14, 2025, available at https://newzoo.com/games/minecraft, accessed on March 17, 2025 ("Minecraft ... can be played on PlayStation 4, Windows, Xbox One, Mac, PlayStation 5, iOS, Android, Linux, Xbox 360, PlayStation 3, PlayStation Vita, Wii U, Windows Phone, New Nintendo 3DS, Nintendo Switch.").

[128] Newzoo, "Genshin Impact," March 14, 2025, available at https://newzoo.com/games/genshin-impact, accessed on March 17, 2025 ("Genshin Impact ... can be played on PlayStation 4, Windows, PlayStation 5, iOS, Android, Xbox Series X|S.").

[129] Steam, "Steam Link," available at https://store.steampowered.com/app/353380/Steam_Link/, accessed on January 11, 2025 ("Play your Steam games on your phone, tablet, TV, VR headset or another PC using Steam Link, streaming from your home computer.").

---

their mobile devices.[130] Other stores, such as Google Play for PC, let users play mobile games on PC.[131]

62. As discussed above, publishers can also distribute games through **physical retailers** in addition to digital distribution. Physical retailers sell games on physical media either through brick-and-mortar or online stores. Examples of well-known physical retailers include Target, GameStop, Amazon, and Walmart.[132] As I explain in Section 8, physical retailers were Valve's main competitors at the time of Steam's launch and remain a source of competitive pressure today.

---

[130] Apple App Store, "PS Remote Play," available at https://apps.apple.com/us/app/ps-remote-play/id1436192460, accessed on March 17, 2025 ("Use PS Remote Play to access your PS5™ or PS4™ wherever you go. With PS Remote Play, you can: Display the PlayStation®5 or PlayStation®4 screen on your mobile device. Use the on-screen controller on your mobile device to control your PS5 or PS4. Connect your DUALSHOCK®4 wireless controller. Connect your DualSense™ wireless controller to mobile devices with iOS 14.5/iPadOS 14.5 or later installed. Connect your DualSense Edge™ wireless controller to mobile devices with iOS 16.4/iPadOS 16.4 or later installed. Join voice chats using the mic on your mobile device. Enter text on your PS5 or PS4 using the keyboard on your mobile device.").

[131] Aurash Mahbod, "Making Google Play the best place to grow PC games," *Android Developers Blog,* availble at https://android-developers.googleblog.com/2025/03/making-google-play-best-place-to-grow-pc-games.html, accessed on March 25, 2025 ("Google Play Games on PC was launched to help mobile games reach more players on PC.").

[132] GameStop Corp., Annual Report, 2004, pp. 2 ("GameStop Corp. ('GameStop' or the 'Company') is the largest video game and PC entertainment software specialty retailer in the United States."), 5 ("The electronic game industry is intensely competitive and subject to rapid changes in consumer preferences and frequent new product introductions. We compete with mass merchants and regional chains, including Wal-Mart Stores, Inc. and Target Corporation; other video game and PC software specialty stores located in malls and other locations."); Deposition of Gabe Newell (Valve), November 21, 2023 ("Newell Deposition"), p. 195 ("Steam exists in a very competitive market, so we compete with retailers like Amazon and Walmart, who obviously have relationships with every video game developer in the world.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 3. MARKET DEFINITION FOR TWO-SIDED PLATFORMS LIKE STEAM DEPENDS ON DEMAND SUBSTITUTION BY USERS AND PUBLISHERS

63. In this section, I explain the economics of market definition as they relate to this matter. Defining relevant markets depends upon demand substitution, i.e., the degree with which users and publishers switch between Steam and its competitors because of a change in price. Plaintiffs' and their experts' theory of harm is based on Valve allegedly charging a supracompetitive revenue share rate when it distributes games through the Steam platform. Defining the relevant market in this case involves identifying the firms that Valve competes with in its role as a distributor through Steam. Steam is a two-sided platform; it faces demand from both publishers and users, and the product it offers is the service of facilitating transactions between them. Therefore, market definition in this case should analyze how both publishers and users substitute between Steam and other video game distribution channels.

64. In this section, I establish that:

   a. Evidence of substitution must drive any market definition (Section 3.1).

   b. Valve's video game distribution platform, Steam, is a two-sided platform composed of publishers on one side and users on the other. As such, the product for which Valve competes is the match between publishers and users (Section 3.2).

   c. Considering that the relevant market in this matter includes two-sided platforms, evidence of substitution by both users and publishers must drive market definition (Section 3.3).

   d. Multihoming, which is the phenomenon of publishers and users offering or playing video games across multiple platforms, facilitates substitution between two-sided platforms like Steam (Section 3.4).

## 3.1. The economics of market definition are driven by substitution

65. Defining relevant antitrust markets requires evaluating whether products are of "reasonable interchangeability."[133] For a given product, other products are considered part of the relevant market if they are close substitutes that would limit or constrain price increases.[134] The closer the substitution between

---

[133] U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, available at https://www.justice.gov/d9/2023-12/2023%20Merger%20Guidelines.pdf ("2023 Merger Guidelines"), p. 40 ("The outer boundaries of a relevant product market are determined by the 'reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it.'").

[134] Jonathan B. Baker, "Market Definition: An Analytical Overview," *Antitrust Law Journal*, 74(1), 2007, pp. 129–174 at p. 133 ("If it would be unprofitable for a hypothetical monopolist

products, the more strongly firms compete with one another and constrain each other's ability to raise prices.[135] If a firm increases its price, customers may switch to an alternative product. A close substitute is likely to attract more of these switchers, putting greater pressure on the firm to lower its price. In contrast, a more distant substitute might provide less constraint on the firm's price, as fewer customers are willing to make the switch. These are the core principles that guide how relevant markets should be defined.[136]

66.    Consequently, the main principles of market definition relate to the economic concept of substitution, which helps determine which products are "reasonably" interchangeable. Substitution is a well-understood economic relationship: if the price of one good increases, and users respond by demanding more of another good, then the two goods are substitutes.[137] Dr. Schwartz agrees that product substitution drives market definition, stating that, in the context of this case, "The key economic question is whether users and developers can feasibly and readily substitute between these alternatives in response to a change in price on third-party platforms."[138] Despite this, and as I will discuss throughout the remainder of my report, Dr. Schwartz often fails to consider evidence of substitution in his analyses.

67.    Economists consider a variety of tools and evidence related to substitution to evaluate and define markets. One such tool is the hypothetical monopolist test ("HMT"). The HMT operationalizes the "reasonable" in "reasonable interchangeability" and draws the boundary between firms inside and outside of the relevant market (i.e., determines which firms offer close-enough substitutes). The HMT asks the following: if we replace all of the firms in a given candidate market with a single profit-maximizing firm, would that hypothetical monopolist find it profitable to impose at least a small but significant non-transitory increase in price or otherwise worsen terms ("SSNIP

---

of a group of products within a region to raise price by a small but significant and nontransitory amount because buyers would substitute to other products or locations, then the candidate (provisional) market is too small and must be expanded.").

135    2023 Merger Guidelines, p. 36 ("Customers' willingness to switch between different firms' products is an important part of the competitive process. Firms are closer competitors the more that customers are willing to switch between their products, for example because they are more similar in quality, price, or other characteristics.").

136    Louis Kaplow and Carl Shapiro, "Antitrust," in *Handbook of Law and Economics Volume* 2, ed. Kenneth J. Arrow and Michael D. Intriligator, (Amsterdam, NL: Elsevier, 2007), pp. 1073–1125, pp. 1090–1091 ("In defining product markets, the focus is on which products are sufficiently good demand substitutes for the product in question to be deemed in the same market.").

137    Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics*, Eighth Edition, (Upper Saddle River, NJ: Pearson Education, 2013) ("Pindyck and Rubinfeld (2013)"), p. 24 ("Goods are substitutes when an increase in the price of one leads to an increase in the quantity demanded of the other.").

138    Schwartz Merits Report, ¶ 112.

Test") for consumers.[139] If the test concludes that it may be profitable, then it would imply that the candidate market did not exclude any close substitutes. If the test instead concludes that it would not be profitable, then the candidate market may need to be broadened. Failing to conduct an HMT can lead to an overly narrow market.[140]

68. There are other types of quantitative evidence of substitution that inform market definition in addition to the HMT. In situations where implementing the HMT empirically is difficult (due to, for example, data availability or computational complexity), one can study "natural experiments," i.e., real-world events that resemble the situation posed by the HMT.[141] For example, one might examine how platforms change their prices or quality in response to a threat of substitution to other platforms. This type of direct evidence of competitive effects as a response to changes in competitive pressure can indicate that the two firms belong in the same market.[142]

---

[139] 2023 Merger Guidelines, pp. 41–42 ("the [HMT] is a method by which the Agencies often define relevant antitrust markets. ... [It] evaluates whether a group of products is sufficiently broad to constitute a relevant antitrust market. ... the HMT asks whether a hypothetical profit-maximizing firm, not prevented by regulation from worsening terms, that was the only present and future seller of a group of products ('hypothetical monopolist') likely would undertake at least a small but significant and non-transitory increase in price ('SSNIP') or other worsening of terms ('SSNIPT') for at least one product in the group.").

[140] Robert O'Donoghue and Jorge Padilla, *The Law and Economics of Article 102 TFEU*, Third Edition (New York, NY: Hart Publishing, 2020), p. 146 ("The SSNIP test forces analysts to take a structured view of the process of market definition and takes into account only those products that are potentially demand-side or supply-side substitutes of those forming part of the relevant market. A purely ad hoc market definition, which ignores these basic principles, is likely to produce overly narrow markets. ... Relying on the sound principles of the SSNIP test ensures that ... two products with relatively dissimilar functionality, but which consumers regard as substitutes, are included in the same relevant product market.").

[141] John D. Hadricker, "Operationalizing the Hypothetical Monopolist Test," *Department of Justice*, available at https://www.justice.gov/archives/atr/operationalizing-hypothetical-monopolist-test, accessed on March 22, 2025 ("There are many types of econometric analysis that can be used to answer the hypothetical monopolist test. One type is the sort used in *Staples*, which, in effect allowed for a controlled natural experiment. This type of analysis requires information on pricing, number of competitors, and factors that may influence the price of goods at retail. A second type of analysis directly estimates market elasticities. To be done properly, this type of analysis requires time-series consumer level information on price and quantity.").

[142] U.S. Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," August 19, 2010, available at https://www.justice.gov/atr/file/810276/dl, p. 7 ("Evidence of competitive effects can inform market definition, just as market definition can be informative regarding competitive effects. For example, evidence that a reduction in the number of significant rivals offering a group of products causes prices for those products to rise significantly can itself establish that those products form a relevant market.").

---

69.    Dr. Schwartz does not conduct an HMT to define his proposed relevant market or study any natural experiments to test for substitution between Steam and its competitors. Dr. Schwartz justifies this by claiming that "the HMT/SSNIP test is difficult to implement quantitatively."[143] While he claims that he still "draw[s] upon the concept of reasonably substitutable products underlying the SSNIP test," in the remainder of my report I show that he does not. Instead, Dr. Schwartz disregards and mischaracterizes evidence of substitution consistent with the type of substitution that an HMT would capture.

70.    Qualitative evidence can also be informative of substitution.[144] For example, the "Brown Shoe factors" are a set of practical indicators often used as proxies for substitutability.[145] They provide a practical approach to market definition analysis, considering products' purposes, characteristics, and how they are used in practice as evidence of how easily consumers can substitute between them. For example, one factor that can assist an analysis of substitution is how products that may be in the same market make use of specialized firms in production. This factor can be applied in this matter by examining firms such as Unity and Epic Games that provide middleware (Unity Engine and Unreal Engine) to developers. Middleware firms provide these tools for PC and console developers alike.[146] This similarity of inputs suggests that PC and console games are similar enough products for publishers and users to substitute between them.

---

143    Schwartz Merits Report, ¶ 55.

144    2023 Merger Guidelines, p. 41 ("A relevant market can be identified from evidence on observed market characteristics ('practical indicia'), such as industry or public recognition of the submarket as a separate economic entity, the product's peculiar characteristics and uses, unique production facilities, distinct customers, distinct prices, sensitivity to price changes, and specialized vendors."). See also Peter Davis and Eliana Garces, *Quantitative Techniques for Competition and Antitrust Analysis*, (Princeton, NJ: Princeton University Press, 2009), p. 166 ("In practice, we can narrow down the set of possibilities to those which are plausible and also substantive. ... To do so, it is best to start with the product characteristics and the intended use(s) of the product. Doing so allows the investigator to define a broad and yet plausible set of possible demand substitutes. The products which are substitutes in use are sometimes known as the set of 'functional' substitutes.").

145    The factors are industry recognition of a submarket, product peculiar characteristics, unique production facilities, distinct customers, distinct prices, sensitivity to prices changes, and specialized vendors. See John D. Hadricker, "Operationalizing The Hypothetical Monopolist Test," available at https://www.justice.gov/archives/atr/operationalizing-hypothetical-monopolist-test, accessed on March 22, 2025.

146    Unreal Engine, "Packaging Projects," available at https://dev.epicgames.com/documentation/en-us/unreal-engine/packaging-unreal-engine-projects#orderingyourpakfile, accessed on March 16, 2025 ("To package a project for a specific platform, click on File > Package Project > [PlatformName] in the Editor's main menu ... Confirming the target directory will then initiate the actual process that packages the project for the selected platform."); Unity, "Publishing Builds," available at https://docs.unity3d.com/550/Documentation/Manual/PublishingBuilds.html, accessed on March 16, 2025 ("When you are ready to publish your build, select a Platform and make sure that the Unity logo is next to the platform; if its not then click in the Switch Platform button to let Unity know which platform you want to build for.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

71. Other types of qualitative evidence for market definition include firms' strategic decisions or practices in the ordinary course of business. Such strategic decisions and practices can demonstrate whether firms consider each other competitors. If a firm's actions are driven by the threat of consumers switching to a competitor, this degree of competition can be considered enough to include the competitor in the relevant market.[147]

72. While qualitative evidence can be informative, a market definition analysis that relies entirely on evidence of qualitative differences between potential substitutes can lead to overly narrow markets. This is because economic substitutes are not required to be identical to discipline prices.[148] Instead, product differentiation can be an effective strategy for firms to compete.[149] Offering differentiated products can allow firms to compete with one another by catering to a niche need or consumer base. If a firm offers a product that is different than its competitors in ways that consumers find desirable, consumers will substitute to the differentiated product.[150] Focusing only on differences between potential substitutes could exclude this type of firm from the relevant market even though it exerts competitive pressure. For this reason, the key question for market definition, even under a qualitative approach, is how differences between products affect consumer substitution.

---

[147] 2023 Merger Guidelines, pp. 35–36 ("The Agencies may analyze the extent of competition among firms, for example between the merging firms, by examining evidence of their strategic deliberations or decisions in the regular course of business. ... When one firm takes competitive actions to attract customers, this can benefit the firm at the expense of its rivals. The Agencies may gauge the extent of competition among firms by considering the impact that competitive actions by one firm have on the others. The impact of a firm's competitive actions on a rival generally depends on how many sales a rival would lose as a result of the competitive actions, as well as the profitability of those lost sales.").

[148] For example, while beef and chicken vary on many dimensions including health and taste, they are nevertheless substitutes. See Pindyck and Rubinfeld (2013), p. 24 ("[B]eef and chicken are substitute goods because most consumers are willing to shift their purchases from one to the other when prices change."); Jeffrey Church and Roger Ware, *Industrial Organization: A Strategic Approach*, (Boston, MA: McGraw-Hill, 2000), p. 368 ("While the products are differentiated their purpose or use is the same: they are imperfect substitutes. For instance two brands of toothpaste are substitutable – both can be used to clean your teeth. However, the market for tooth-cleaning products does not include shaving cream ... Toothpaste and shaving cream are different, but two brands of toothpaste are differentiated.").

[149] R. Preston McAfee, *Competitive Solutions: The Strategist's Toolkit*, (Princeton, NJ: Princeton University Press, 2002), pp. 61–62 ("A key business strategy involves differentiating one's product from competitors' offerings. The simple advantage of differentiation is uniqueness—offering a product that no one else sells. ... There are two major forms of product differentiation: quality and variety. Quality, as the term suggests, refers to characteristics about which there is general agreement on desirability.").

[150] Daniel F. Spulber, *Regulation and Markets*, (Cambridge, MA: MIT Press, 1989), pp. 41–42 ("Product differentiation need not constitute an entry barrier ... An entrant may compete with an incumbent's product by offering improvements in quality, durability, safety or other product characteristics, or by offering more desirable quality-price combinations."); Michael E. Porter, *Competitive Strategy: Techniques for Analyzing Industries and Competitors*, (New York, NY: Free Press, 1998), p. 350 ("Discover a New Niche. Find an unrecognized market segment or

73. Dr. Schwartz claims that there are qualitative differences between Steam and the potential substitutes he considers, but he fails to show how these differences relate to substitution. As I will discuss below, Dr. Schwartz instead *assumes* that publishers and users will not substitute between distributors that are qualitatively different. Further, Dr. Schwartz ignores direct evidence of substitution between Steam and other distributors in favor of qualitative evidence of differences in functionality between Steam and competing distributors. Ignoring evidence of substitution in favor of qualitative differences can lead to overly narrow markets.[151]

## 3.2. The product at issue is the match between users and publishers

74. To define the set of substitutes, it is essential to first identify the specific product at issue, which depends on the theory of harm. Plaintiffs and their experts claim that Valve developed and maintained its alleged monopoly power through an alleged anticompetitive pricing scheme, which led to overcharging publishers that sold games on the Steam platform and users who bought games on Steam.[152] That is, Plaintiffs allege that Valve has monopoly power in its role as a distributor through Steam. Therefore, the product at issue in this case is the product that Valve offers as a distributor through Steam. This will be the product to analyze for substitution in the market definition exercise.

75. Steam is a two-sided platform. Specifically, Steam is a "transaction" two-sided platform, i.e., a platform where customers on one side of the platform sell

---

niche which has distinctive requirements the firm can cater to. This move allows the entrant to overcome existing barriers in product differentiation (and perhaps distribution channels).").

[151] Robert O'Donoghue and Jorge Padilla, *The Law and Economics of Article 102 TFEU*, Third Edition (New York, NY: Hart Publishing, 2020), p. 146 ("The SSNIP test forces analysts to take a structured view of the process of market definition and takes into account only those products that are potentially demand-side or supply-side substitutes of those forming part of the relevant market. A purely ad hoc market definition, which ignores these basic principles, is likely to produce overly narrow markets. ... Relying on the sound principles of the SSNIP test ensures that ... two products with relatively dissimilar functionality, but which consumers regard as substitutes, are included in the same relevant product market.").

[152] Complaint, ¶¶ 4 ("Valve uses its dominance over PC game distribution to impose and anticompetitively maintain a 30% commission on nearly every sale made through its store."), 5 ("Valve has been able to keep its commission fees at supracompetitive levels by actively suppressing competition to protect its market dominance."), 9 ("Valve has for years maintained its dominance and thwarted effective competition by engaging in various anticompetitive acts. For example, Valve forces game publishers to agree to a Platform Most-Favored-Nations Clause (the 'Valve PMFN') as a requirement for access to Steam."), 272 ("Valve's PMFN ... raises prices to consumers"); Schwartz Merits Report, ¶ 13 ("Valve has monopoly power in the relevant market, evidenced by its high and sustained market share, high and sustained profitability, and Valve-imposed barriers to entry to the market through the PMFN Policy, all of which allow Valve to charge a supracompetitive rate to publishers.").

Expert Report of Lesley Chiou, Ph.D.                    Market definition for two-sided platforms like Steam depends on demand
                                                                            substitution by users and publishers

something to customers on the other side of the platform.[153] For transaction platforms, substitution by the two sides is linked through a transaction and must be studied jointly; this is because neither side of the platform will be interested in the platform if the other side is not.[154] Because both sides must be present on a transaction platform for these platforms to operate, the "product" that transaction platforms compete for is the service of facilitating a match between the two sides of the platforms.

76. The product at issue in this case is therefore the match between a video game user and a publisher. Valve receives revenue share only when a publisher and a user match on Steam, so Valve competes with other distribution channels for those matches. If a user chooses to buy a game on another platform, that purchase will represent substitution away from Steam: the match that might have occurred on Steam now happens on another platform.[155] Similarly, if a publisher chooses not to sell its game on Steam at all and instead sell its game on a different platform, then the match that might have occurred on Steam will instead occur on the other platform, unless and until Valve can attract this publisher to Steam. In other words, the relevant substitutes for Steam are other distribution channels where users and publishers can match.

77. Dr. Schwartz recognizes Steam's two-sidedness throughout his report.[156] However, he fails to properly define the at-issue product that Steam offers as a

---

153    Lapo Filistrucchi, et al., "Market Definition in Two-Sided Markets: Theory and Practice," *Journal of Competition Law and Economics*, 10(2), 2013, pp. 293–339 at p. 298 ("Two-sided non-transaction markets, such as most media markets, are characterized by the absence of a transaction between the two sides of the market. Even though an interaction is present, it is usually not observable, so that a per-transaction (or per-interaction) fee or a two-part tariff is not possible. Two-sided transaction markets, such as payment cards, are instead characterized by the presence and observability of a transaction between the two groups of platform users. As a result, the platform is not only able to charge a price for joining the platform, but also one for using it-that is, it can ask for a two-part tariff.").

154    David S. Evans, "The Antitrust Economics of Two-Sided Markets," *Yale Journal on Regulation*, 20(2), 2003, pp. 1–89 at p. 63 ("For two-sided markets, this analysis must pay attention to both sides. It should consider firms that currently supply both sets of customers"); Marc Rysman, "The Economics of Two-Sided Markets," *Journal of Economic Perspectives*, 23(3), 2009, pp. 125–143 ("Rysman (2009)") at p. 125 ("Broadly speaking, a two-sided market is one in which 1) two sets of agents interact through an intermediary or platform, and 2) the decisions of each set of agents affects the outcomes of the other set of agents, typically through an externality. In the case of a video game system, the intermediary is the console producer—Sony in the scenario above—while the two sets of agents are consumers and video game developers. Neither consumers nor game developers will be interested in the PlayStation if the other party is not.").

155    I discuss in Section 5.1.33.4 how Plaintiffs have not shown evidence that users will buy the same game multiple times. To the contrary, firm behavior is consistent with the idea that a single user prefers not to buy the same game multiple times.

156    Schwartz Merits Report, ¶¶ 31 ("While platforms that connect groups of users directly to people like them are called 'one-sided' or 'single-sided' platforms, platforms such as Steam, that connect two or more different groups of users in a physical or virtual space are called two-sided or multi-sided platforms."), 59 ("Steam is a two-sided platform, and these market

two-sided transaction platform. Dr. Schwartz states that "Regardless of whether the product at issue is framed as a 'transaction' or, alternatively, as access to the platform (publishers) and the purchase of a game (game players), the analysis is the same."[157] It is not. Dr. Schwartz's failure to accurately and precisely identify the product at issue is at the root of several of the flaws of his analyses. For example:

a. Dr. Schwartz claims that third-party PC distribution is a complement to first-party PC distribution, console distribution, physical distribution, game subscription services, and cloud gaming services.[158] With a correct definition of the product at issue as a match between users and publishers, it is clear that these forms of distribution are substitutes. This is because the match happens through either one distributor or the other. That is consistent with them all being in the same market, not with them being complementary. I discuss this in detail in Sections 4.2, 5.1.1, 6, 7, and 8.

b. Several of Dr. Schwartz's purported market definition analyses examine the *number* of users or publishers that use certain platforms.[159] Properly defining the product at issue shows that an alternative platform could be a substitute to Steam if it facilitates matches between users and publishers, regardless of the number of publishers or users that already match on that platform. The degree of competitive pressure imposed by a competing distributor will depend on the extent to which users and publishers are

---

definition tools must be applied to *both* sides of the platform to properly determine the relevant market."), 60 ("This is a two-sided platform market, where the two sides of the platform are (a) game publishers, on the one hand, and (b) game players, on the other.").

[157] Schwartz Merits Report, ¶ 61.

[158] Schwartz Merits Report, ¶¶ 73 ("I conclude that these alternative distribution channels—such as brick-and-mortar PC game distribution, first-party digital PC game distribution, and non-PC game distribution—are overwhelmingly complementary to third-party digital PC game distribution via platforms and are not competitively meaningful substitutes."), 104 ("Publishers offering their games both for individual sale on third-party platforms and in a subscription, or even bringing subscription offerings to Steam directly, demonstrates that they view game subscriptions to be complements to third-party digital PC game distribution via platforms, rather than substitutes"), footnote 344 ("Note that while I consider other forms of cloud gaming, such as cloud gaming as an additional feature on a given platform or cloud gaming as a complementary product, whereby a subset of games purchased elsewhere can be connected to an account, these cloud gaming options do not and cannot present reasonable alternatives or substitutes to PC-gaming distribution services.").

[159] Schwartz Merits Report, ¶¶ 82 ("PC game sales through brick-and-mortar retail have nearly fully stopped, and this distribution/purchase channel is increasingly insignificant in the marketplace."), 95 ("For users, first-party platforms are similarly not substitutable. First-party platforms lack the indirect network effects that are inherent in a two-sided platform. The lack of publishers and the resulting lack of games on a first-party platform compared to third-party platforms supports the notion that users would not readily switch to a first-party platform."), 97 ("the PC game subscription business model attracts a different user base and offers distribution for a limited set of developers compared to third-party PC game distributors."), 101 ("However, online sources show that there is a discrepancy in the number of games between subscriptions and third-party digital PC game distributors, indicating that subscription models provide distribution for a limited number of developers.").

willing to substitute their match from Steam to the competing distributor. Just looking at the number of users and publishers that use a distributor will not fully capture the competitive pressure that distributor imposes. I discuss this in detail in Sections 4.2.3, 5.1.1, 6, 7, and 8.

78. In my analysis, I study how users and publishers match on different platforms and how these matches can switch between platforms in order to define the set of substitutes for Steam.

## 3.3. Substitution between Steam and its competitors depends on both publishers and users

79. Because Steam is a two-sided platform, Valve has two types of customers in its role as a distributor: to succeed, Steam must serve the needs of both publishers and users.[160] This two-sided nature of the Steam platform is apparent from Valve's actions to make Steam appealing to both users and to publishers. Valve competes by providing a high-quality product to Steam's users and publishers. As I describe in my Class Certification Report, Valve has invested in features that (1) make Steam more appealing to users, (2) make Steam more appealing to publishers, and (3) facilitate matches between the two groups (that is, a user finding an appealing game, and a publisher finding an interested user):[161]

   a. Valve competes to attract **users** by providing a wide range of **high-quality user-facing features**.[162] These features include social features that help users connect and play games with their friends, as well as quality of life features that provide more options for how to experience Steam.[163] Valve also competes for users by developing hardware like the Steam Deck, which, as a handheld device, allows users to interact with Steam in a new and

---

[160] Rysman (2009), pp. 125, 129 ("Broadly speaking, a two-sided market is one in which 1) two sets of agents interact through an intermediary or platform, and 2) the decisions of each set of agents affects the outcomes of the other set of agents, typically through an externality. In the case of a video game system, the intermediary is the console producer—in the scenario above— while the two sets of agents are consumers and video game developers. Neither consumers nor game developers will be interested in the PlayStation if the other party is not … Pricing in two-sided markets has received considerable attention in formal economic research. The main result is that pricing to one side of the market depends not only on the demand and costs that those consumers bring but also on how their participation affects participation on the other side and the profit that is extracted from that participation.").

[161] Chiou Class Certification Report, Section 5.2. Professor Gowrisankaran described many of Valve's innovations in his January expert report. See Gowrisankaran Merits Affirmative Report, Sections 3.4, 3.5.

[162] I explain the importance of quality and quality-adjusted prices in my Class Cert Report. Chiou Class Certification Report, ¶ 201 ("Economists often use quality-adjusted prices to compare goods' prices considering differences in product quality. That is, when comparing the prices of two goods or the price of the same good at two points in time, economists consider the relative *quality* of those goods. Ignoring differences in quality may lead to misleading conclusions about the relative value of two options, or the value of the same option at two points in time.").

[163] Social features include the Steam Friends List, voice and text chat, and Remote Play Together. Quality-of-life features include Steam's Big Picture and non-native controller support. See Chiou Class Certification Report, Section 5.2.1.

---

different way.[164] As a two-sided platform, Steam also provides value to publishers by attracting a large, engaged set of users to whom publishers can market and sell their games.[165]

b. Valve competes to attract **publishers** by providing a wide range of **high-quality publisher-facing features**. These features include making self-publishing more accessible and helping developers integrate new content into their games, to make them more attractive to users.[166] Valve also provides value to users by attracting publishers from which users can purchase games on the platform.[167]

c. Valve competes to attract **both users and publishers** by providing a broad range of **discoverability tools to facilitate matches between users and publishers**.[168] These features include algorithmic visibility and curated marketing, "Game Hubs" that allow users to learn more about games, and payment processing, localization and language options that help connect publishers and users from around the world.[169]

80.    Valve serves the needs of both sides of the platform because each side may respond differently if Steam does not meet their needs. As I described in Section 2, users have many options for purchasing games, and publishers have alternative channels for distributing them. If Steam becomes undesirable for users, they may turn to other platforms to buy and play games. Similarly, if Steam is not an attractive option for publishers, they may choose other channels to publish their games. In either circumstance, if Steam is not a desirable platform, the matches that currently occur on Steam (and the associated revenues) may shift to other platforms.

81.    Valve competes with other distributors for video game revenue by capturing demand from both sides of the platform through quality. By making Steam desirable to each side of the platform, Valve makes it more likely that a match

---

[164]    Ryan Gilliam and Samit Sarkar, "Valve Announces Steam Deck Handheld for PC Games," *Polygon*, July 15, 2021, available at https://www.polygon.com/22578782/steam-deck-handheld-valve-release-date-price, accessed on March 14, 2025 ("The Steam Deck is a new handheld device from Valve for playing PC games on the go, the company announced Thursday. The Nintendo Switch-like device is set for release in December starting at $399.").

[165]    Chiou Class Certification Report, ¶ 210.

[166]    Chiou Class Certification Report, Section 5.2.2.

[167]    Chiou Class Certification Report, ¶ 210.

[168]    Rysman (2009), p. 125 ("In the case of a video game system, the intermediary is the console producer—Sony in the scenario above—while the two sets of agents are consumers and video game developers. Neither consumers nor game developers will be interested in the PlayStation if the other party is not."). Tim Stobierski, "What Are Network Effects?" *Harvard Business School*, November 12, 2020, available at https://online.hbs.edu/blog/post/what-are-network-effects, accessed on March 25, 2025 ("Indirect network effects, on the other hand, occur when a platform or service depends on two or more user groups, such as producers and consumers, buyers and sellers, or users and developers. As more people from one group join the platform, the other group receives a greater value amount.").

[169]    Chiou Class Certification Report, Sections 5.2.3, 5.2.4.

will take place on Steam. When a user matches with a publisher on Steam, the user makes a purchase and receives access to that game's content (along with the ability to launch the title with all features on the Steam platform). Valve earns money from the transaction through revenue shares. Steam's features, and its ability to encourage engagement and facilitate matches, are central to how Valve competes with its rival distributors.[170]

82. While building a high-quality platform has been part of Valve's strategy to attract users and publishers, other platforms have relied more heavily on other approaches. Some invest less in features while charging lower revenue shares.[171] Some other platforms compete for users by offering exclusive titles. For example, Nintendo pursues a business strategy of publishing its games exclusively on the Nintendo eShop.[172] Similarly, Epic Games pursues a strategy of paying publishers an advance if they release their games exclusively on EGS (and not on Steam) for a period of time.[173] While different platforms may use different approaches, the key point is that they all find specific ways to compete, aiming to attract both sides to their platform and facilitate a match.

83. Dr. Schwartz recognizes the importance of examining both sides of a two-sided platform.[174] But, as I will explain, the overwhelming majority of his market definition analysis considers only publishers. As a result, he fails to detect how matches can substitute between different forms of distribution.

---

[170] I understand that Professor Gowrisankaran describes competition in quality between video game platforms in his rebuttal report. He also explains that the procompetitive effects of Valve's feature improvements are driven by, among other things, the fact that PC operating systems are generally open which allows competitors to create their own stores and try to replicate the features offered by Steam. See Rebuttal Merits Expert Report of Gautam Gowrisankaran, March 26, 2025 ("Gowrisankaran Merits Rebuttal Report"), Sections 4, 6.1.

[171] For example, Chiou Class Certification Report, ¶¶ 223, 396.

[172] Steve Watts et al., "The Best Nintendo Switch Games in 2025," *GameSpot,* January 3, 2025, available at https://www.gamespot.com/gallery/best-nintendo-switch-games/2900-3828/, accessed on January 21, 2025 ("As 2025 begins, it's a good time to catch up on the very best Nintendo Switch games. As you may expect, many of the best Nintendo Switch games are published by Nintendo itself. The vast and impressive library of exclusives has been complemented by a staggering number of third-party hits.").

[173] Eddie Makuch, "Epic Store Will Have More Exclusives Than Ever in 2021/2022," *GameSpot,* February 28, 2021, available at https://www.gamespot.com/articles/epic-store-will-have-more-exclusives-than-ever-in-2021-2022/1100-6487228/, accessed on March 25, 2025 ("Epic Games is doubling down on its strategy of signing developers to deals to bring their games to the Epic Games Store as either full or timed exclusives. A spokesperson told PC Gamer that Epic has more exclusives on the way in 2021/2022 than it's ever had in total. 'We have more exclusives coming in the next two years than we have published to date,' a spokesperson said."); Jody Macgregor, "Epic Paid $10.45 Million for Control's Exclusivity," *PC Gamer,* September 21, 2019, available at https://www.pcgamer.com/epic-paid-dollar1045-million-for-controls-exclusivity/, accessed on March 25, 2025 ("This kind of payout is typically given as an advance on royalties, which means that Remedy and 505 Games won't see any further payments for Control until after it earns back that advance.").

[174] Schwartz Merits Report, ¶ 59 ("Steam is a two-sided platform, and these market definition tools must be applied to *both* sides of the platform to properly determine the relevant market.").

---

## 3.4. Multihoming facilitates substitution between two-sided platforms

84.    Users can "multihome" by using multiple platforms that distribute video games.[175] For example, a user might simultaneously own a PC, a console, and a mobile device, using video game platforms on all three. The same is true for publishers—they can multihome by listing their game on multiple platforms, and it is not unusual for publishers to do so within and across hardware devices.

85.    Multihoming by publishers and users across platforms facilitates substitution across different channels. If, for example, a publisher lists its game on both a PC and console platform, and a user interested in the game uses both platforms, then the match between the publisher and the user can happen on either platform. The same is true if the publisher lists the game on its own vertically integrated PC platform as well as another PC platform operated by a different firm.

86.    For example, consider a user who owns both a gaming PC and a video game console like the PlayStation 5 ("PS5"). Imagine that this user wanted to purchase a game like *Elden Ring*, which is available both on Steam and on the PS5.[176] If Plaintiffs' allegations are true, and Valve has inflated the cost of PC games on Steam through its alleged monopoly power and alleged anticompetitive conduct in the Plaintiffs' proposed PC game distribution market, the price of the Steam version of *Elden Ring* might be higher than the price of the PS5 version (as the PS5 would be unaffected by conduct in Plaintiffs' proposed market).[177] If that were the case, this user may be tempted to purchase the PS5 version of *Elden Ring* instead of the PC version, i.e., substituting their purchase from Steam to the PlayStation Store. Instead of buying and playing the game on PC, they would buy it and play it on the PS5, shifting both revenues and user engagement from Steam to the PlayStation Store. This type of substitution is one way the PlayStation Store imposes competitive restraints on Valve. I discuss how multihoming between PC

---

[175]    Mark Armstrong, "Competition in Two-Sided Markets," *The RAND Journal of Economics*, 37(3), 2006, pp. 668–691 at p. 669 ("When an agent chooses to use only one platform, it has become common to say the agent is 'single-homing.' When an agent uses several platforms, she is said to 'multi-home.' It makes a significant difference to outcomes whether groups single-home or multi-home.").

[176]    Appendix Section 14.2

[177]    Complaint, ¶ 4 ("Valve uses its dominance over PC game distribution to impose and anticompetitively maintain a 30% commission on nearly every sale made through its store. This commission far exceeds what would prevail in a competitive market and yields Valve billions of dollars in annual profits. Valve's bloated commission makes games more expensive for consumers to buy, while suppressing sales volumes and revenues for game publishers. And with Valve extracting so much revenue from its middle-man role, quality and innovation in the industry suffer.").

platforms and console platforms facilitates substitution at greater length in Section 5.1.1.

87. Users can also multihome within devices. For example, users that own a PC can play some games on one platform and some games on another platform (e.g., *Apex Legends* on Steam and *Fortnite* on EGS).[178] Further, under Dr. Schwartz's view of the different types of distribution channels, users can multihome within platforms. This is because, within a given platform, games published by the platform operator constitute first-party distribution (e.g., *Counter-Strike: Global Offensive* on Steam), whereas games from other publishers constitute third-party distribution (e.g., games in the *Call of Duty* franchise).[179] This type of multihoming facilitates user substitution between first- and third-party distributed games. I discuss user multihoming between first- and third-party distributed PC games in Section 4.2.3.

88. Dr. Schwartz claims that multihoming in this case is evidence of "complementarity" instead of substitution, but this is inconsistent with the economic definition of complementarity, which Dr. Schwartz acknowledges but misapplies.[180] Dr. Schwartz cites the following appropriate definition of complementary goods from a standard economics textbook in his report: "Goods are complements when an increase in the price of one leads to a decrease in the quantity demanded of the other."[181] In other words, complementary goods are those that are often purchased together in response to a price decrease for one. The textbook that Dr. Schwartz cites gives the example of computers and computer software; as the price of computers decreases, consumers purchase not only more computers, but also more computer software.[182] Another classic example of complementary goods are hot dogs and hot dog buns. Because consumers often purchase these goods together, consumers will buy more or less of *both* goods when the price of one of them changes.

89. Dr. Schwartz's claim that multihoming in this case is evidence of complementarity is inconsistent with industry facts and with the economic definition of complement goods that he cites.[183] Based on Dr. Schwartz's

---

[178] Appendix Section 14.2.

[179] Section 2.2.

[180] Schwartz Merits Report, ¶ 73 ("However, rather than necessarily implying a substitutable relationship, multihoming can allow publishers to increase reach and capture different, *complementary* groups of gamers.").

[181] Pindyck and Rubinfeld (2013), p. 24; Schwartz Merits Report, footnote 1018.

[182] Pindyck and Rubinfeld (2013), p. 24 ("computers and computer software are complementary goods. The price of computers has dropped dramatically over the past decade, fueling an increase not only in purchases of computers, but also purchases of software packages.").

[183] I note that Plaintiffs and their experts are inconsistent with their definition of complementarity. In their Complaint, Plaintiffs incorrectly claim that complementarity is based on "use cases" rather than consumer behavior due to changes in prices. In his deposition, Dr. Schwartz incorrectly defines complements as items that are "used together." This is the

complementarity claims, a publisher decreasing the price of a game on one platform should motivate multihoming users to buy more of the game on that platform and *also* more of the game on the competing platform. Dr. Schwartz's claim would require users to buy the same game on multiple platforms, but he has not provided evidence that this is the case. To the contrary, firm behavior suggests that the opposite is true: users tend to choose only one platform to buy a particular video game from and will make that choice based on, among other things, the relative prices of that video game on each platform.[184] In other words, when the price of a video game on one platform goes up, a user

---

definition of multihoming rather than the definition of complementarity. Complementarity is based on how consumers respond to a change in prices rather than which products consumers use. Multihoming need not imply complementarity. For example, users of ridesharing services use both Uber and Lyft, but it is unlikely that an increase in prices on Uber will lower demand for Lyft. See Complaint, ¶ 95 ("Customers view PC, console, and mobile gaming as economic complements, rather than substitutes, because they have different use cases."). Deposition of Steven Schwartz, April 18, 2024 ("Schwartz Deposition"), pp. 34–35 ("Q. Can you explain complementarity for me? A. The simplest way to explain it is two products are complements if they're used together.").

[184]  For example, Microsoft sells "play anywhere" titles that, once purchased on a PC, can be played on Xbox, and vice versa. This means that, when a user buys a game on PC, Microsoft gives that user a copy of the same game on Xbox for free. In general, game developers offer an increasing number of cross-platform games, which only require a single copy for all platforms. Similarly, Valve allows users to load games that they purchased on other platforms into their Steam libraries rather than requiring users to buy the game on Steam in order to access it on Steam. These product offerings would not make sense if firms believed users were likely to buy the same game across different platforms. Xbox, "Xbox Play Anywhere," available at https://www.xbox.com/en-US/games/xbox-play-anywhere, accessed on March 15, 2025 ("When you own a digital game that supports Xbox Play Anywhere through the Xbox Store or the Windows Store, it's yours to play on your Xbox console, Windows 10/11 PC and supported gaming handled at no additional cost."); Newzoo, "The Games Market's Bright Future: Player Numbers Will Soar Past 3 Billion Towards 2024 as Yearly Revenues Exceed $200 Billion," available at https://newzoo.com/resources/blog/the-games-markets-bright-future-player-numbers-will-soar-past-3-billion-towards-2024-as-yearly-revenues-exceed-200-billion, accessed on March 25, 2025 ("more consumers than ever before play across multiple segments. This is in part driven by the ongoing trend of platform agnosticism (blurring lines between platforms), which is in turn driven by crossplay."); Jesse Lennox, "All Cross-Platform Games (PS5, Xbox Series X, PS4, Xbox One, Switch, PC)," *Digitaltrends*, March 1, 2025, available at https://www.digitaltrends.com/gaming/all-cross-platform-games/, accessed on March 25, 2025 ("Cross-platform support is becoming more important in the world of video games. Multiplayer hits like *Call of Duty: Warzone 2.0* and *Fortnite* have pushed crossplay into the limelight, and now most upcoming video games release with at least partial cross-platform support."); Rebekah Valentine, "Epic Games Announces Unreal Engine 5 with First PS5 Footage" *GamesIndustry.biz*, May 13, 2020, available at https://www.gamesindustry.biz/epic-games-announces-unreal-engine-5-with-first-ps5-footage, accessed on March 25, 2025 ("Epic has fully launched Epic Online Services, a free SDK integration that allows developers to include friends, matchmaking, lobbies, achievements, leaderboards, and Epic account systems in their games across PlayStation, Xbox, Nintendo Switch, PC, Mac, iOS, and Android."); Steam, "Add Non-Steam Games to a Library," available at https://help.steampowered.com/en/faqs/view/4B8B-9697-2338-40EC, accessed on March 23, 2025 ("Adding a shortcut to a non-Steam game 1. Launch Steam. 2. Click the Games menu, choose Add a Non-Steam Game to My Library. 3. Browse for games on your computer or put a check next to the game(s) you wish to add to the Library. 4. Click on Add Selected Programs.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

may choose to substitute away and make their purchase on an alternative platform on which they multihome instead (or they could substitute to a new platform entirely). This aligns with the definition of substitute goods provided by the same textbook.[185]

\*\*\*

90.  In the next several sections of this report, I use the tools outlined above to assess the relevant antitrust market to evaluate Valve's alleged conduct. While I agree with Dr. Schwartz on his assessment of the geographic market in this matter, I find that his product market is too narrow. Dr. Schwartz improperly excludes matches of users and publishers through first-party PC distribution (Section 4.2), on console platforms (Section 5), and at physical distributors (Section 8). Dr. Schwartz also improperly excludes multi-game subscriptions and cloud gaming (Sections 6 and 7) and claims that third-party key resellers should be outside of the relevant market (Section 4.3). I find clear evidence that these distribution channels are close substitutes to Steam for users and publishers, exert competitive pressure on Valve, and discipline prices, and thus should be considered part of the relevant antitrust product market in this matter.

---

[185]  Pindyck and Rubinfeld (2013), p. 24 ("Goods are substitutes when an increase in the price of one leads to an increase in the quantity demanded of the other.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 4.  ALL PC DISTRIBUTION IS PART OF THE RELEVANT MARKET

91. As discussed above in Sections 2 and 3, there are many different PC platforms where publishers and users can interact. Valve competes with other PC platforms so that these interactions between users and publishers occur on Steam rather than alternative PC distribution channels.

92. As described in Section 1.3, Dr. Schwartz includes only some PC distribution in his proposed relevant market. More specifically, he includes only "third-party digital PC game distribution via platforms" and excludes all other PC distribution, such as first-party distribution and distribution on third-party key resellers.[186]

93. In this section, I show that a properly defined relevant market in this matter would include PC distribution in its entirety. I provide evidence that:

    a. Dr. Schwartz puts forward an alleged market that excludes 97 percent of competing sales Plaintiffs describe in their own Complaint. In the Complaint, Plaintiffs assert that "PC game distribution" is the relevant product market, yet Dr. Schwartz rejects this market in favor of an even narrower one, despite direct evidence of competition and substitution between Steam and the PC distribution alternatives he leaves out. Dr. Schwartz's exclusions also create inconsistencies within his market and defy economic logic. For example, some sales of a video game are included in Dr. Schwartz's proposed market, while other sales of that *exact same* video game are excluded, simply because the publisher offers the exact same game on their own distribution channel (which Dr. Schwartz considers outside his proposed market) and on third-party distribution channels (which Dr. Schwartz considers within his proposed market). He thereby excludes a substantial amount of relevant competition from his market and ultimately from his analysis of Valve's share (Section 4.1).

    b. Dr. Schwartz's exclusion of first-party PC distribution does not make economic sense. Contrary to Dr. Schwartz's analysis and as discussed above in Section 3.1, the ownership structure of a platform, without evidence of how it relates to substitution, does not justify excluding it from the relevant market. Suggesting otherwise is akin to suggesting that store-branded products do not compete with name-brand products (for example, pharmacy-branded drugs like CVS Health aspirin and name-brand drugs like Bayer aspirin) simply because CVS Health both produces and distributes the aspirin while Bayer only produces but does not distribute the aspirin directly to consumers (Section 4.2.1). Second, publishers' behavior

---

[186] Schwartz Merits Report, ¶ 60. I discuss his exclusion of console distribution in Section 5. Since multi-game subscription and cloud gaming platforms exist across PC and console platforms, I discuss Dr. Schwartz's improper exclusion of these platforms later in Sections 6 and 7. Similarly, since physical video game distribution exists across PC and console games, I discuss Dr. Schwartz's improper exclusion of physical distribution later in Section 8.