# EXHIBIT 3 & 4
# Report Part 2
# (Dkt No. 450.03 & 454.04)

# REDACTED

before and after Valve's 2018 change in revenue share policy shows that publishers substitute between first- and third-party distribution, demonstrating that first-party distribution exerts competitive pressure on Valve. When publishers switch between selling their games using first- and third-party distribution, users respond by substituting between purchasing games through first- and third-party distribution (Section 4.2.2). Third, publishers and users make use of (or multihome across) first- and third-party distribution, making it easier for them to switch between platforms and thereby facilitating substitution (Section 4.2.3). Fourth, Dr. Schwartz fails to engage with evidence that users substitute between first- and third-party games, leading to inconsistencies within his own market definition (Section 4.2.4). Finally, Dr. Schwartz's rationale for excluding first-party PC distribution from his proposed market is not based on evidence of substitution and should not be used to draw the boundaries of the relevant market in this matter (Section 4.2.5).

c. Sales of third-party key resellers are part of the relevant market. Dr. Schwartz claims that third-party key resellers (which he refers to as "non-gameplay" platforms) should be excluded from the market because they facilitate only transactions and not gameplay.[187] This claim ignores that (a) Valve must compete with platforms that facilitate transactions regardless of whether they offer gameplay, (b) from a user perspective, buying a Steam key is a direct substitute to buying that game on Steam since they are identical products, and (c) publishers may be motivated to substitute between selling games on Steam and selling Steam keys because they typically pay lower fees on key reseller sites (Section 4.3).

94.   There are other sources of competition that Dr. Schwartz improperly excludes such as console distribution, multi-game subscriptions, cloud gaming, and physical distribution, which I discuss below in Sections 5, 6, 7, and 8. However, even setting aside these other important sources of competition, Dr. Schwartz's inappropriate exclusion of portions of Plaintiffs' alleged "PC game distribution market" causes him to substantially overstate his calculation of Valve's market share. As I show in Section 9.1.2, Valve's share of PC game distribution is ▇ percent over the Class Period, well below the over ▇ percent alleged by Dr. Schwartz.[188] In other words, Dr. Schwartz's purported market share evidence of Valve's dominance relies on a flawed market definition that is inconsistent with economic evidence of demand substitution.

---

[187]   As I show in 9.1.3, Dr. Schwartz claims to include third-party key resellers in his proposed market share calculations "to be conservative." In practice, Dr. Schwartz only includes three key resellers, Humble, Green Man Gaming, and GamersGate in his proposed market.

[188]   Schwartz Supplemental Merits Report, ¶ 15 ("In my Opening Merits Report, I calculated Valve's annual market share to be between ▇ and ▇ from 2017 to 2021, with a weighted average market share of ▇ over that five-year span. I update this calculation to include 2022 and 2023, both separately and as part of the weighted average. The calculated market shares for 2022 and 2023 are ▇ and ▇ respectively, and the updated weighted average is ▇ from 2017–2023.").

## 4.1. Dr. Schwartz's alleged market excludes 97 percent of competing sales Plaintiffs describe in their own Complaint

95.    In the Complaint, Plaintiffs allege that Valve has a dominant position in "PC game distribution," and assert that "PC game distribution" is the relevant product market.[189] Plaintiffs refer to this proposed market no less than 40 times throughout the Complaint.[190]

96.    As I explained in Section 3, competition is defined by substitution. On a two-sided platform, publishers aim to connect with users, and distributors seek to have these connections take place on their own distribution channels. If a publisher like EA sells a game to a user on the EA App, then the user no longer needs to purchase that same game on Steam. Since the game can be played on either platform, only one purchase is necessary. This means that the products offered on the EA App and on Steam (and indeed on all PC game distribution platforms) are substitutes. Plaintiffs' acknowledgement that Valve competes with "PC game distribution" underscores this basic principle.

97.    Plaintiffs' Complaint not only asserts that the relevant market encompasses "PC game distribution," it also articulates the size of the "PC game distribution market" that Valve allegedly monopolized. Referring to Newzoo data, a standard source for the size of the gaming industry, Plaintiffs describe a $33.9 billion "PC game distribution market" as of 2020, which they allege Valve dominated with Steam. Plaintiffs are specific in their Complaint about which video game distribution options they claim do not compete with Steam: browser-based games, mobile distribution, and console distribution.[191] Taking this claim as given, as of 2020 Valve competes with firms distributing over $▮▮▮▮▮ in PC game revenues.[192]

98.    Dr. Schwartz rejects the market defined in the Complaint in favor of an even narrower market.[193] In doing so, he artificially divides PC gaming into several

---

[189]    Complaint, I.A. and II.A.

[190]    Complaint, ¶¶ 26, 60, 67, 82, 91, 92, 121, 135, 139, 154, 225, 230, 245, 261, 273, 320, 333, 348, 350, 354, 357, 358, 376. 380, 390, 391, 392, 393, 401, 405, 406, 408, 413, 415, 424, 430.

[191]    Complaint, ¶¶ 117, 120–121. While Dr. Schwartz seems to exclude from his proposed market distribution that does not involve a download, he does not explicitly discuss "browser-based games" or take an explicit position as to whether they are included or excluded from his proposed market. In Appendix Section 11, I show that my conclusion that Valve's market share demonstrates that Valve does not have monopoly power is robust to whether or not browser-based games, among other platforms, are included in the market I analyze. Schwartz Merits Report, ¶ 21 ("Digital distribution is comparatively simple: the game is downloaded to a device via an online gaming platform").

[192]    Using the transaction data, I calculate Valve's 2020 distribution revenue to be $▮▮▮▮▮. $33.9 billion minus $▮▮▮▮ is $▮▮▮▮▮. See Workpaper 3.

[193]    Dr. Schwartz's alleged market is also narrower than the market articulated in the Class Certification Order. In the November 25th Class Certification Order, Judge Whitehead references a "PC video game digital distribution market." This appears best understood as

pieces and excises first-party distribution, distribution "without gameplay," physical distribution, multi-game subscriptions, and cloud platforms from his proposed market. In removing many forms of PC game distribution from the market, Dr. Schwartz argues that Valve's competitors only ███████████ ███████ in PC game revenues.[194] Put differently, **Dr. Schwartz's approach narrows the market to remove more than 97 percent of competing sales defined by the Complaint.**[195]

99. Dr. Schwartz's market definition creates inconsistencies within his proposed market that defy economic logic—so much so that Dr. Schwartz appeared to misunderstand his own proposed market during deposition testimony. One particularly counterintuitive aspect of Dr. Schwartz's proposed market is the implications of his exclusion of first-party distribution from the market. He excludes sales of platforms that sell only games published by the platform operator (what he calls "pure first-party" distribution), but he also excludes first-party sales from platforms that also sell games from other publishers (e.g., he excludes sales of *Fortnite* on EGS).[196] However, when questioned in

---

[ ] referring to all PC transactions on PC digital distribution channels. The Class Certification Order further indicates that the proposed market may be narrower in that it excludes multi-game subscriptions and cloud platforms. I assess these two alternative interpretations of the market described in the Class Certification Order further below in Appendix Section 11. See Order, *In re Valve Antitrust Litigation*, November 25, 2024, p. 17 ("Plaintiffs allege that Valve, through Steam, holds and maintains monopoly power in the PC video game digital distribution market... Valve suggests Plaintiffs' market definition is 'incoherent' because it excludes other game forms (such as console and mobile games) and other distribution methods (such as brick-and-mortar stores, cloud gaming, and multi-game subscription models).").

[194] Schwartz Merits Report, Attachment E-1. Dr. Schwartz estimates 2020 revenue of $██████████ for EGS, $██████████ for Humble, $7,239 for Target, $████████ for Best Buy, $88,343,236 for GOG Galaxy, $130,000,000 for Ubisoft Connect, $52,000,000 for Green Man Gaming, $8,000,000 for GamersGate, and $██████████ for Microsoft Store.

[195] Specifically, the Complaint indicates the proposed PC games distribution market was $33.9 billion in 2020. My analysis of the Valve transaction data indicates that Valve had $██████ in revenue in 2020, meaning that the remaining $██████████ went to Valve's competitors. However, Dr. Schwartz identifies ██████████████ in PC game revenues for Valve's competitors in 2020, or less than 3 percent of the $██████████ that the Complaint implies. In other words, Dr. Schwartz's methodology cuts more than 97 percent of competing sales out of the market defined by the Complaint. See Complaint, footnote 39 ("This analysis also subdivides the $36.9 billion PC Games Market into a $33.9 billion 'Boxed/Downloaded PC Games' market (a.k.a. PC Desktop Games) and a $3 billion 'Browser PC Games' market, which as mentioned below, is trending downwards and primarily competes against mobile games.").

[196] Schwartz Merits Report, footnote 388 ("For purposes of my market share analysis, I consider revenues from the entire third-party transaction value of user sales on a given service from 2017–2021."). Dr. Schwartz then explains how he removes first-party sales from each platform that also distributes third-party games and which he included in his proposed market. See, e.g., Schwartz Merits Report, footnote 383 ("For Steam, Epic Games Store, Humble Bundle, Target, Best Buy, and the Microsoft Store, I rely on financials produced by each party in this matter, limiting them to third-party sales only."); Schwartz Merits Report, backup materials.

---

Expert Report of Lesley Chiou, Ph.D.                                    All PC distribution is part of the relevant market

deposition, Dr. Schwartz incorrectly stated that he only excluded "pure-first party distributors" from his proposed market.[197]

100.  Exhibit 1 presents examples of PC games excluded—or *partially* excluded—by Dr. Schwartz as a consequence of his departure from the market defined in the Complaint. The competitors in Exhibit 1 excluded from Dr. Schwartz's alleged market are well-recognized competitors of Steam in the "PC game distribution" segment, including by the Plaintiffs in the Complaint.[198]

---

**Exhibit 1**
*Example PC games and platforms excluded from Dr. Schwartz's gerrymandered proposed market*



*Source: Section 4.2*

---

101.  Exhibit 1 shows that, according to Dr. Schwartz, some PC platforms have sales that are inconsistently included in his proposed market—sometimes they are counted, and other times they are excluded. This inconsistency does not make

---

[197]  Schwartz Deposition, p. 55 ("If all they sell is their games, then that's first-party distribution. It becomes third-party distribution when they sell games from other distributors. That's the distinction that I'm drawing. And so it's the -- what is excluded from the relevant market is the pure first-party distributor.").

[198]  Complaint, ¶¶ 67 ("Competitors that attempt to compete with Steam in the PC game distribution market, including Amazon, GameStop, Walmart, Target, Green Man Gaming, Humble Bundle, and GOG ..."), 149 ("Riot, the publisher of League of Legends, was able to circumvent Valve's dominance, but only because League of Legends has such a large, entrenched, and longtime user base that is willing to use Riot's League of Legends' launcher (essentially a rival platform) instead of Steam."). Amazon, GameStop, and Walmart are excluded from Dr. Schwartz's proposed market.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

economic sense and is a direct result of artificially drawn market boundaries. In particular, some sales of very similar games—and in some cases, sales of the exact same game— are included in his market, while others are not, as I discuss further below in Section 4.2. For example, sales of the popular "first-person shooter" game *Counter-Strike 2,* published and distributed by Valve on Steam, are excluded from Dr. Schwartz's proposed market. Yet sales also on Steam of another popular "first-person shooter" game, *Call of Duty: Modern Warfare III,* published by Activision Blizzard, are included in Dr. Schwartz's proposed market.[199] At the same time, sales of *Call of Duty: Modern Warfare III* on Activision Blizzard's own platform, Battle.net, are excluded from Dr. Schwartz's proposed market.[200] Another example is EA's *Madden NFL* franchise which is available both on EA's own platform (the EA App) and on Steam.[201] According to Dr. Schwartz, sales of *Madden NFL* on the EA App are outside of his proposed market, while sales on Steam are inside it—even though the game content is the same across the two platforms.

102.    Similar inconsistencies arise from Dr. Schwartz's treatment of Steam key resellers. I note that, while Dr. Schwartz (inaccurately) claims that Steam keys should be excluded from his proposed market, he ultimately claims to include sales of Steam keys in his proposed market in order to be conservative. However, as I discuss below in Section 9.1.3, although Dr. Schwartz claims to have included sales of Steam keys in his proposed market, he fails to capture a number of distribution channels in his proposed market, including some key resellers. In practice, Dr. Schwartz only includes three key resellers, Humble, Green Man Gaming, and GamersGate, in his proposed market. As a consequence, sales of keys for the exact same game are sometimes included in Dr. Schwartz's proposed market and sometimes excluded, depending on which key reseller the sale took place. For example, Steam keys for the game *Atomic Heart* are available on both Humble and Fanatical, two different Steam key reseller platforms.[202] However, sales of Steam keys for the game on Humble are included in Dr. Schwartz's proposed market while sales of Steam keys for the exact same game on Fanatical are excluded from his proposed market.

103.    Setting aside the fact that Dr. Schwartz's market size estimates do not include all third-party sales of Steam keys as he claims they do, Dr. Schwartz's claim that key resellers should be excluded from the proposed market gives rise to additional inconsistencies. For example, first-party games that are purchased directly through a publisher's own platform are excluded from Dr. Schwartz's proposed market, while sales of Steam keys for the exact same game purchased through a third-party key reseller are included in Dr. Schwartz's proposed market. For example, the publisher Square Enix sells Steam keys for some of

---

[199]    See Appendix Section 14.2.

[200]    See Appendix Section 14.2.

[201]    See Appendix Section 14.2.

[202]    See Appendix Section 14.2.

Expert Report of Lesley Chiou, Ph.D.                                    All PC distribution is part of the relevant market

its games, like *Final Fantasy XIV Online*, directly on its own website.[203] At the same time, users looking to play this game can also purchase Steam keys for the same game on the Humble website.[204] Sales of Steam keys for this game through Humble are included in Dr. Schwartz's proposed market since they are third-party sales, while sales of Steam keys for this same game through Square Enix's website are not included since they are first-party sales. These inconsistencies do not make economic sense: from a user's point of view, a Steam key is the same product whether purchased directly from the publisher or from a Steam key reseller, and therefore, the two are direct substitutes.

104.    Additionally, as I discuss further in Section 4.2.5, the distinction between first- and third-party distribution is not always clear, making it difficult, if not impossible, to implement a market definition like the one proposed by Dr. Schwartz. For example, consider *Minecraft* and *Roblox*. Dr. Schwartz classifies them as first-party distribution and claims that they involve user-generated content.[205] However, as I discuss further in Section 4.2.5 below, similar to Steam, content on *Roblox* is developed not just by individual "users," but also by well-funded third-party game development companies. Dr. Schwartz fails to recognize the ways in which these games contain the distribution of third-party content. This underscores the artificial nature of the boundaries Dr. Schwartz draws around his market.

105.    As I show in detail in the rest of this section, Dr. Schwartz does not rely on standard economic arguments related to substitution when he constructs his proposed market. As discussed above in Section 3, evidence that does not take into account substitution cannot alone inform market definition. The boundaries Dr. Schwartz draws around his proposed relevant market are thus artificial and inappropriate. In the remainder of this section, I evaluate evidence of both publishers and users substituting between first- and third-party distribution, an exercise Dr. Schwartz fails to undertake, and conclude that excluding portions of PC distribution does not make economic sense.

---

203    See Appendix Section 14.2.

204    See Appendix Section 14.2.

205    Schwartz Merits Report, ¶ 86 ("While these are first-party platforms (or self-publishing), they differ from typical first-party platforms because both *Roblox* and *Minecraft* encourage users to create in-game content to be consumed by other users. *Roblox* allows users that develop in-game content to offer it for sale to other users via its Marketplace. *Minecraft* similarly allows users that develop in-game content to offer it for sale to other users via the *Minecraft* DLC Marketplace. The interaction of users on these platforms thus differs from other first-party digital PC game distribution platforms. The emphasis that both *Roblox* and *Minecraft* place on user-generated content means the two games effectively operate as platforms, but with a multi-side component in its facilitation of transactions between game players. As such, it is most closely related to first-party distribution, but is even further removed in its substitutability because of its user experience.").

---

## 4.2. Dr. Schwartz's exclusion of first-party PC distribution does not make economic sense

Dr. Schwartz excludes all first-party PC distribution (i.e., sales of a game through a platform operated by the game's publisher) from his proposed product market. Specifically, Dr. Schwartz excludes from his proposed market (a) all sales on platforms that only distribute games published by the platform operator, and (b) first-party sales on platforms that also sell games from other publishers (e.g., excludes sales of *Fortnite* on EGS). I note that the latter is only apparent upon inspection of Dr. Schwartz's calculation of alleged market share and is inconsistent with Dr. Schwartz's deposition testimony.[206]

In this section, I show that Dr. Schwartz's exclusion of first-party PC distribution is rooted in an artificial segmentation of the market that he fails to properly connect with the competitive pressure Valve faces. Further, the exclusion of first-party sales on platforms that also distribute third-party games renders Dr. Schwartz's proposed market inherently inconsistent.

I analyze the appropriate type of evidence for market definition—i.e., evidence of publisher and user substitution—and show that all PC distribution is part of the relevant market. I find that:

a. A firm's ownership structure, by itself and without evidence of substitution, does not constitute evidence of whether it belongs in the relevant market. Vertically integrated firms, such as platforms that only sell the platform operator's games, often compete with non-integrated or partially-integrated firms, such as platforms that sell games from other publishers when, as in this case, consumers substitute between the products that they offer (Section 4.2.1).

b. Economic evidence demonstrates that publishers substitute to self-distribution by selling their own games directly. This substitution imposes competitive pressure on Valve, as demonstrated by how publishers and Valve responded to the events surrounding Valve's change in revenue share policy in 2018. Dr. Schwartz mischaracterizes and thus dismisses this clear evidence of substitution. Citing high revenue shares prior to Valve's change in revenue share policy in 2018, several publishers who had been offering their games on Steam decided to leave the platform, or withheld their newest games from Steam, in favor of self-distribution. Seeking to attract these publishers back to Steam and to attract successful games that had never before been on Steam, Valve introduced tiered revenue shares in 2018. Following this change, publishers who previously offered their games—sometimes exclusively—on their own platforms began offering their games as third-party titles on Steam in response to a decrease in Steam's

---

[206] Schwartz Deposition, p. 55 ("If all they sell is their games, then that's first-party distribution. It becomes third-party distribution when they sell games from other distributors. That's the distinction that I'm drawing. And so it's the -- what is excluded from the relevant market is the pure first-party distributor.").

price (i.e., a decrease in the revenue share Valve charged). I also show empirical evidence of user substitution between first- and third-party PC distribution. When publishers stop selling their games through third-party distribution, users instead buy games through first-party distribution channels where publishers sell their own games. Similarly, when publishers stop selling their games through first-party distribution, users substitute to the third-party distribution platforms where publishers sell their games. Therefore, it does not make economic sense to exclude first-party distribution from any market definition that includes third-party distribution (Section 4.2.2).

c. Publishers and users multihome by making use of both first- and third-party distribution. In other words, publishers often offer their games on both their own platform and other PC platforms. Similarly, users often access games both through the game's publisher's platform and through platforms operated by a firm other than the game's publisher. Even further, users commonly play both a platform operator's own games and games by other publishers on *the same platform*. Since multihoming facilitates substitution, this evidence shows that first- and third-party distribution belong in the same product market (Section 4.2.3).

d. Despite his insistence that the relevant market in this matter is two-sided, Dr. Schwartz does not consider whether users substitute between first- and third-party distribution. I find that Dr. Schwartz's failure to consider such evidence renders his market definition flawed because it introduces inconsistencies in his proposed market (Section 4.2.4).

e. Dr. Schwartz's assertions in favor of excluding first-party PC distribution from his proposed market are not supported by an appropriate analysis of substitution. More importantly, none of Dr. Schwartz's arguments are rooted in evidence of substitution, and as such, do not form a valid basis for drawing market boundaries (Section 4.2.5).

### 4.2.1. Contrary to Dr. Schwartz's analysis, vertical integration is not informative of substitution in and of itself

As discussed above in Section 3, the economics of market definition are driven by demand substitution. In particular, for two-sided video game platforms, market definition should be based on substitution by both publishers and users. Yet rather than basing the boundaries of his proposed relevant market on evidence of substitution, Dr. Schwartz creates an artificial distinction between first- and third-party distribution based on the ownership structure of publishing and distributing firms.

As I discussed in Section 2.1, there are many different ownership structures in the video gaming industry. Some publishers are "fully integrated" and operate platforms to distribute only their own games; others are "partially integrated" and operate platforms to distribute their own games in addition to games by

other, third-party publishers; still others are "non-integrated" and do not operate their own platforms, instead distributing their games on platforms offered by other firms. This difference in ownership structure does not, in and of itself, inform market definition, since it cannot, on its own, establish evidence of demand substitution between the firms. Firms with different ownership structures, and in particular vertically integrated and non-integrated or partially-integrated firms, can compete with one another if consumers substitute between them, just like firms with similar ownership structures do.

111.    Academic literature explains that vertically integrated firms do compete with non-integrated and partially integrated firms. Specifically, closeness of competition between firms is not, in and of itself, driven by whether one of them supplies their own inputs. In fact, non-integrated firms can constrain the prices of their more integrated counterparts and vice versa. Thus, the fact that some firms are vertically integrated while others are not does not limit their ability to compete with each other.[207] Indeed, economists have studied the effects of vertical integration on competition in several industries and settings and have found that vertically integrated firms compete with their non-integrated counterparts. For example, the literature has found that vertically integrated firms compete with their non-integrated counterparts in the automobile industry,[208] shipping and trucking industry, and advertising industry.[209]

---

[207]    Michael H. Riordan and Steven C. Salop, "Evaluating Vertical Mergers: A Post-Chicago Approach," *Antitrust Law Journal* 63, 1995, pp. 513–541 at p. 539 ("Competition from other downstream producers whose costs are not raised and demand substitution to other products may prevent the downstream division of the integrated firm from leading prices upward. This competition from nonexcluded firms generally will be a significant constraint on the ability of the newly merged firm to raise prices."); Javier D. Donna, et al., "Direct Sales and Bargaining," *The Rand Journal of Economics*, 55(4), 2024, pp. 749–787 at pp. 750–751 ("Allowing direct-to-consumer sales by manufacturers (direct sales, henceforth) [leads to] potential gains to consumers related to additional competition/variety downstream … direct sales by the manufacturer increase competition in the market for final products"); Barbara Kobuszewski Volles, et al., "Triggering brand switching in online stores: The effectiveness of recommendations for private labels versus national brands," *Journal of Business Research*, 164, 2023, pp. 1–14 at p. 1 ("National brands and private labels [battle for market share]").

[208]    Francine Lafontaine and Fiona Scott Morton, "State Franchise Laws, Dealer Terminations, and the Auto Crisis," *Journal of Economic Perspectives*, 24(3), 2010, pp. 233–250 at pp. 239 ("This regulation prevents the manufacturer from retailing in cars through other means. In particular, this regulation has been a major impediment to the development of Internet distribution of new cars."), 248 ("we argue that consumers would benefit if manufacturers could have much more leeway in experimenting with alternative distribution models").

[209]    Bruno Jullien, et al., "Two-sided markets, pricing, and network effects," in *Handbook of Industrial Organization*, Volume 4, (Amsterdam, NL: Elsevier, 2021), pp. 485–592, p. 492 ("There are many examples of platform firms competing against one-sided firms in the same market. For instance, brokers that connect shippers with trucks compete in the same market against shippers that own their own trucks and may not need for-hire trucks. Media that is supported by advertising (and so is two-sided) competes against media that does not rely on advertising.").

---

112. In my own research, I have found evidence of competition between vertically integrated firms and their non-integrated counterparts in search markets. In recent years, Google has integrated its own products within its search results. As an example, when an individual searches for airline tickets in Google, Google returns a list of search results with links to its own travel site, Google Flights, in addition to results with links to other online travel agencies like Expedia and Orbitz. In this setting, I find that the vertically integrated firm, Google Flights, competes with its nonintegrated counterparts, Expedia and Orbitz.[210]

113. Consistently, antitrust authorities such as the United States Department of Justice and Federal Trade Commission acknowledge in their Merger Guidelines the fact that vertically integrated firms compete with their non-integrated or partially integrated counterparts. In particular, the Agencies explicitly acknowledge the importance of "competition to displace the platform or any of its services" and to help participants be less dependent on the platform.[211] In the context of video game distribution, if "new technologies or services" allow participants (publishers) to more easily self-provide the distribution services the platform provides, that imposes competitive pressure on the platform because these participants can shift to "partially or fully meet their needs in different ways or through different channels."[212] The Federal Trade Commission has also provided comments on legislative proposals that emphasize their view that vertically integrated firms compete with non-integrated ones.[213]

114. In fact, this is true even in the context of a PMFN policy, which Plaintiffs allege Valve imposed in this matter, as I mentioned in Section 1.3. The literature on PMFN policies in other industries specifically considers competition from firms that self-distribute as relevant when assessing the potential effects of a PMFN policy. For example, the research on online travel agencies observes that hotels can create competitive pressure through self-supply and selling

---

[210] Lesley Chiou, "Vertical Integration and Antitrust in Search Markets," *The Journal of Law, Economics, and Organization,* 33(4), 2017, pp. 653-685 at p. 654 ("When a user submits a keyword query to Google ... Google returns a list of search results with links to online travel agencies such as Expedia and Orbitz as well as its own online travel site, Google Flights.").

[211] 2023 Merger Guidelines, p. 26 ("new technologies or services may create an important opportunity for firms to replace one or more services the incumbent platform operator provides, shifting some participants to partially or fully meet their needs in different ways or through different channels. Similarly, a non-platform service can lessen dependence on the platform by providing an alternative to one or more functions provided by the platform operators.").

[212] 2023 Merger Guidelines, p. 26.

[213] Federal Trade Commission, "FTC Staff: Missouri and New Jersey Should Repeal Their Prohibitions on Direct-to-Consumer Auto Sales by Manufacturers," May 16, 2014, available at https://perma.cc/9Z2W-989K, accessed on March 14, 2025 ("'FTC staff offer no opinion on whether automobile distribution through independent dealerships is superior or inferior to direct distribution by manufacturers. ... [C]onsumers are the ones best situated to choose for themselves both the cars they want to buy and how they want to buy them,' the staff states.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

rooms directly to consumers.[214] Another study on PMFN policies finds that accounting for competition from self-distribution is critical to assessing whether a PMFN policy is harmful or beneficial.[215]

115. Moreover, there is evidence that, within a partially integrated distributor firm, the products offered by that firm compete directly with products offered by third-parties. For example, private label products offered by grocery retailers, like those under the Safeway Signature Select or Whole Foods 365 brands, have been found to be increasingly competitive with grocery products offered by other brands at the same retailers in recent years.[216]

116. Close competition between vertically integrated and non-integrated or partially integrated firms can be illustrated with examples of everyday consumer goods. Consider the distribution of aspirin products in pharmacies. CVS Health aspirin and Bayer aspirin compete side by side on a CVS pharmacy shelf for consumer demand. Dr. Schwartz's market definition criteria would include Bayer aspirin in the market but not CVS Health aspirin since the CVS Health branded aspirin is self-distributed by CVS. As another example, consider the distribution of ski jackets. Most Patagonia stores sell only Patagonia ski jackets.[217] Other companies like REI sell some of their own branded ski jackets in their stores and also sell ski jackets made by other

---

[214]   Andrea Mantovani, et al., "Online Platform Price Parity Clauses: Evidence from the EU Booking.com Case," *European Economic Review*, 131, 2021, pp. 1–27 at p. 11 ("Chain hotels, for instance, are more likely than independent hotels to use a direct channel (European Competition Network, 2017), which represents a credible substitute to OTAs, especially after the removal of price restrictions.").

[215]   Bjørn Olav Johansen and Thibaud Vergé, "Platform Price Parity Clauses with Direct Sales," University of Bergen Working Papers in Economics, 2017, pp. 1–36 at p. 1 ("Contrary to the theories of harm developed by competition agencies and in some of the recent literature, we show that when we account for the seller's participation constraints, price parity clauses do not always lead to higher commissions and final prices. Instead, we find that they may simultaneously benefit all the actors (platforms, sellers and consumers), even in the absence of traditional efficiency arguments.").

[216]   Clara Ludmir, "3 Ways Grocery Brands Can Compete Amidst Inflation And Private Label Momentum," *Forbes,* May 16, 2023, available at https://www.forbes.com/sites/claraludmir/2023/05/16/3-ways-brands-can-compete-amidst-private-label-momentum/, accessed on March 23, 2025 ("traditional grocery channels such as supermarkets and convenience stores are seeing a rise in private label products on shelf, putting increased pressure on national brands. ... In this context of accrued competition with private label, what can leading and emerging brands do to secure fair share in their categories, remain valuable to their retail accounts and grow penetration?"); NIQ, "Private Label Growth and How Emerging Brands Can Compete," December 5, 2022, available at https://nielseniq.com/global/en/insights/education/2022/private-label-growth-and-how-emerging-brands-can-compete/, accessed on March 18, 2025 ("As we near the end of 2022, one thing is clear: consumers are buying more private label products in an effort to save money. So, how can emerging brands compete with private label growth?").

[217]   For instance, only Patagonia Ski Jackets are sold online on their website. Patagonia, "Ski Jackets," available at https://www.patagonia.com/search/?q=ski%20jackets, accessed on March 14, 2025.

---

companies, including those made by Patagonia.[218] Dr. Schwartz's criteria would indicate that Patagonia stores do not compete with REI stores for the sale of ski jackets. Moreover, it would imply that Patagonia ski jackets sold at REI stores are part of the market but Patagonia jackets sold at Patagonia stores are not.

117. While Dr. Schwartz uses ownership structures to draw the boundaries of the market, ownership structures by themselves are not informative about economic substitution. Using ownership structures in this way has the effect of artificially shrinking the alleged relevant market, and improperly inflating Valve's alleged market share.

### 4.2.2. Economic evidence demonstrates that when publishers substitute to self-distribution, they impose competitive pressure on Valve

118. As I explained in Section 3, market definition is driven by substitution. One way to identify the presence of substitution is to look for the *effects* of substitution, such as changes in prices.[219] For example, if consumers use a specific provider, and then substitute towards another, the first provider might need to reduce prices to retain its customers. In this case, if publishers were switching away from Steam towards other distributors, and Valve responded by lowering its revenue share, that would be strong evidence that the other distribution channels are direct competitors of Valve's and belong in the same relevant market.

119. In connection to this economic principle, I consider the series of events preceding and following Valve's decision to introduce tiered revenue shares. On December 1st, 2018, Valve transitioned from its existing revenue share structure, where it charged 30 percent of a publisher's sales on Steam, to a tiered structure where it charged 30, 25, or 20 percent of a game's revenue, depending on whether that game hit specific sales targets.[220] These tiered

---

218    I observe both REI and Patagonia products on REI's online store. REI, "Ski Jacket," available at https://www.rei.com/search?q=ski+jacket, accessed on March 14, 2025.

219    U.S. Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," August 19, 2010, available at https://www.justice.gov/atr/file/810276/dl, p. 7 ("Evidence of competitive effects can inform market definition, just as market definition can be informative regarding competitive effects. For example, evidence that a reduction in the number of significant rivals offering a group of products causes prices for those products to rise significantly can itself establish that those products form a relevant market.").

220    Rebekah Valentine, "Valve Adds Revenue Share Tiers for Developers," *GamesIndustry.biz*, December 1, 2018, available at https://www.gamesindustry.biz/valve-adds-revenue-share-tiers-for-developers, accessed on January 15, 2025 ("Currently, Valve's revenue share for Steam developers is the industry st[...]andard 70 percent to the developer, 30 percent to the platform. Beginning with sales on October 1, 2018, a new tier system will take effect. Games that make over $10 million in total sales (including games, DLC, in-game sales, and community marketplace game fees) will switch to a 75/25 revenue share for sales beyond that mark, and games that make over $50 million will switch to an 80/20 share.").

revenue share rates lowered the overall cost for many publishers to distribute their games using Steam.[221]

120.    In the years and months before the introduction of these revenue share tiers, several large publishers, including EA, Activision Blizzard, and Ubisoft, had either stopped or made plans to stop releasing their games on Steam. I summarize some of the key dates associated with this event in Exhibit 2 below.

---

[221]    Schwartz Merits Report, ¶ 457 ("This change in commission rate functions as a reduction in a publisher's marginal cost to distribute on Steam."); Chiou Class Certification Report, ¶ 364 ("By structuring its new revenue shares to benefit firms who publish the highest selling games, Steam benefits all users of its platform: a. Some publishers benefited directly from their additional revenue shares for high-revenue games. This change led to a decrease in Valve's average nominal revenue share from 30.0 percent prior to the introduction of the additional revenue shares in 2018 to ▇ percent in 2022. A full ▇ percent of revenues from sales on Steam were subject to the additional revenue share tiers, transferring more than ▇▇▇ to ▇ publishers, between October 2018 and December 2022.").

**Exhibit 2**

*Valve responded to competitive pressure from self-distribution by lowering price with the introduction of revenue share tiers*



Source: Appendix Section 14.2

121.    As Exhibit 2 shows, EA launched its first-party distribution platform, Origin, in June 2011 and announced that it would stop releasing new titles on Steam in August 2011. Activision Blizzard announced that it would stop releasing new games in the *Call of Duty* franchise on Steam in May 2018, opting to make these games Battle.net exclusives. ▉▉▉▉▉▉ indicated in June of 2018 that they were considering not releasing games on Steam concurrently with

their releases on ████████.[222] Valve was aware that ██████ was planning to leave Steam as of August 2018.[223] As Dr. Schwartz acknowledges, disputes over Valve's revenue share were central to the decisions of these firms to leave the Steam platform in favor of their self-distribution channels.[224] Moreover, publishers also made the decision to self-distribute their games based on the fact that users would switch from buying their games on Steam to buying their games on their own platforms.[225] For example, Ubisoft noted that it removed games from Steam to drive sales to its own platform and was successful in doing so.[226] These announcements therefore generated competitive pressure on Valve.

122. Documents in the record indicate that, as early as August 2018, Valve began planning how to structure the new revenue share tiers and roll them out.[227] As early as September 2018, Valve circulated internal presentations detailing the

---

[222] See Exhibit 2 and Appendix Section 14.1.

[223] See Exhibit 2 and Appendix Section 14.1. The last Call of Duty game to release on Steam before Activision started releasing them exclusively on Battle.net came out in 2017. See Kyle Orland, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," *Ars Technica*, November 22, 2022, available at https://arstechnica.com/gaming/2022/11/ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/, accessed on March 14, 2025 ("Since early 2019, Ubisoft has made a point of moving its PC releases away from Steam and towards the Epic Games Store and its own Ubisoft connect platform … Ubisoft's return to Steam comes after Activision Blizzard ended a similar years-long Steam absence for the ultra-popular Call of Duty franchise. This year's Call of Duty: Modern Warfare 2 was the first series game to appear on Steam since 2017's Call of Duty WW2, with intervening releases available only on Activision Blizzard's Battle.net launcher."). Ubisoft officially announced that their next release (*The Division 2*) would release exclusively on EGS and Uplay in January of 2019. See also Michael McWhertor, "The Division 2 Coming to Epic Games Store, Skipping Steam," *Polygon*, January 9, 2019, available at https://www.polygon.com/2019/1/9/18174375/division-2-pc-epic-games-store-steam, accessed on March 23, 2025 ("The Division 2 will be semi-exclusive to the Epic Games Store on Windows PC. Ubisoft will also sell the PC version through its own online storefront, but The Division 2 won't be released through Steam.").

[224] Schwartz Merits Report, ¶¶ 256 ("In 2019, Ubisoft reversed course and stopped releasing new games on Steam, instead focusing only on EGS and Ubisoft Store. Ubisoft claimed that Steam's business model was 'unrealistic' and 'doesn't reflect where the world is today in terms of games distribution.'"), 382 ("Mr. Lynch testified that the motivation for the revenue share change was ████████████████████████████, ████."").

[225] I discuss additional evidence of publishers and users substituting between first- and third-party games in Section 4.2.3.

[226] Eddie Makuch, "Ubisoft Explains Why It Doesn't Release Games on Steam," *GameSpot*, August 29, 2019, available at https://www.gamespot.com/articles/ubisoft-explains-why-it-doesnt-release-games-on-st/1100-6469502/, accessed on March 15, 2025 ("Uplay is Ubisoft's own store, so removing Steam from the equation helps drive sales on it. For The Division 2, Ubisoft saw Uplay sales of that game grow tenfold over The Division 1."); Eddie Makuch, "After Skipping Steam, The Division 2 Sees Uplay Sales Grow 10X Over Original," May 15, 2019, available at https://www.gamespot.com/articles/after-skipping-steam-the-division-2-sees-uplay-sal/1100-6466942/, accessed on March 15, 2025 ("Sales of The Division 2's PC edition were 'in line' with those of The Division 1, chief financial boss Frederick Dugue said on an earnings call. The Uplay edition, meanwhile, enjoyed a ten-fold increase in sales compared to the original game; this uptick was no doubt driven by the game not being available on Steam.").

[227] See Exhibit 2 and Appendix Section 14.1.

████████████████████████████████████████

████████████████ 228 ████████████████

████████████████████████████████ .229

On November 30th, 2018, Valve announced the new revenue share tiers, offering a greater share of revenue to games that surpassed certain sales thresholds.[230] On December 6th, 2018, after Valve's announcement, Epic Games announced the Epic Games Store.[231]

123. Internal documents and testimony from Valve witnesses describe the introduction of revenue share tiers as a direct response to competition from first-party distribution. For example, one Valve employee, in describing the revenue share tiers, indicated that "the real impetus for this policy change is AAA flight from the platform."[232] As another example, another Valve employee described that the structure of the revenue share tiers was designed to compete with large entities, including entities operating their own distribution platforms, ██████████████████████████.[233] Valve's Chief Operating Officer, Scott Lynch, testified that the revenue share tiers were motivated by a desire to bring games from large publishers like EA and Ubisoft back to Steam, as well as to attract popular games not available through Steam like *Minecraft* and *League of Legends*.[234] Consistently, in a meeting with ██████ in October

---

[228]  See Exhibit 2 and Appendix Section 14.1.

[229]  See Exhibit 2 and Appendix Section 14.1.

[230]  Steam, "New Revenue Share Tiers and Other Updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838, accessed on February 28, 2025 ("Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M."). The revenue share tiers were effective as of October 1st, 2018.

[231]  See Exhibit 2 and Appendix Section 14.1.

[232]  Email chain from Kristian Miller to Tom Giardino, "RE: Rev Share Change on Past Year Titles," October 2, 2018, VALVE_ANT_2392320–323 at 320.

[233]  Email chain from Tom Giardino to ██████, "RE: The indiesphere response to the new revshare tiers," December 4, 2018, VALVE_ANT_1197636–639 at 636–637 ("From the smaller PC stores all the way up to the consoles, devs are not getting equal terms (they never have!) because some have leverage and others don't. Sometimes that's advance payment, sometimes it's min guarantees, sometimes it's better rev share, sometimes it's paid co-marketing ad buys, etc etc. We wanted to compete with those better offers that the biggest games are getting, without boxing out the whole rest of the dev scene. ... We see ourselves as competing with aggressive (and occasionally malicious) entities like ███████████████ ████████").

[234]  Deposition of Scott Lynch, 30(b)(6) (Valve), October 13, 2023 ("Lynch 30(b)(6) Deposition"), pp. 112–113 ("Q. What was the genesis of the change? ... A. ... You know, it was -- it was competitive, you know, especially there's individual publishers like we talked about EA, and really wanting them to kind of be on the platform ... I think, you know, there's probably conversations that were going on with Ubisoft ... Well, we wanted -- it was -- it was not only people like EA. It was, you know, there were — you know, independent developers that, you know, had made hit games and just had never ever come to Steam. So it was like, you know, Riot, League of Legends. It was like Minecraft -- God, we wanted Minecraft.").

2018, Scott Lynch indicated that the revenue share tiers were meant to encourage games such as ███████████████████████ release on Steam. In fact, Valve executives stated that the ability to attract big developers like ███████ to Steam was a potentially critical condition for the implementation of the tiered revenue shares.[235]

124. Similarly, press reporting indicates that the additional revenue share policy was "clearly designed to entice more developers to stick around" instead of distributing games though their own platforms.[236] The ability of first-party distribution to discipline prices through the threat of significant demand substitution shows that first-party distribution should be included in the same market as third-party distribution.[237]

125. In the years and months following the introduction of these revenue share tiers, several of these large self-distributing publishers returned to Steam. Furthermore, several large self-distributing publishers who had never used Steam began to distribute through Steam for the first time after Valve introduced the tiered revenue share.

126. Documentary evidence shows that the returning publishers considered Valve's policy change when deciding on which platforms to release their games. For example, on December 3rd, 2018, three days after Valve introduced their revenue share tiers, a representative from ███████ called the announcement "exciting" and asked Valve when they would be able to update their terms of

---

235    Email chain from Tim Gruner to Jane Lo, et al., "RE: Rev Share Meeting Notes," October 19, 2018, VALVE_ANT_ 2534972–973 at 973 ("Scott made it sound like he was hoping for feedback (ie. ███ changed their mind and will now bring ███████ to Steam for launch, or similar for ███████ that would indicate that our proposed new deal is a good decision. He did say that the new deal isn't a 'done deal'. If it doesn't change partner's minds we may or may not retract the new rev share proposal.").

236    See Exhibit 2 and Appendix Section 14.1; Nick Statt, "Valve's New Steam Revenue Agreement Gives More Money to Game Developers," *The Verge*, November 30, 2018, available at https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition, accessed on March 15, 2025 ("This updated agreement marks the most substantial change to Steam's financial terms in the store's 15-year history, and it seems clearly designed to entice more developers to stick around, instead of self-releasing games or going with the growing number of competing online game distributors ... But over the years, big game developers and publishers have created their own distribution channels to more directly control aspects of their businesses like copyright restrictions, refunds, and game updates, as well as to avoid the revenue cut Steam would otherwise take. Blizzard, EA, Epic, and Ubisoft all now operate their own launchers, and Valve has seen its influence begin to wane.").

237    U.S. Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," August 19, 2010, available at https://www.justice.gov/atr/file/810276/dl, p. 7 ("Evidence of competitive effects can inform market definition, just as market definition can be informative regarding competitive effects. For example, evidence that a reduction in the number of significant rivals offering a group of products causes prices for those products to rise significantly can itself establish that those products form a relevant market.").

---



Expert Report of Lesley Chiou, Ph.D.    All PC distribution is part of the relevant market

service to include these revenue share tiers.[238] As another example, as I mentioned above, ███████ indicated in June of 2018 that they were considering not releasing games on Steam concurrently with their releases ███ ███████. However, after Valve contacted them about the revenue share tiers, ██████ noted that the change ████████████████.”[239] Additionally, in February 2019, ██ began to negotiate its return to Steam. This discussion acknowledges that users substitute between first- and third-party distribution and references the introduction of tiered revenue shares, and a representative from ██ indicated that changes in the revenue share tiers could persuade them to return.[240] Furthermore, when ██ did eventually return, one aspect that Valve internally highlighted as a reason for their return was the introduction of tiered revenue shares.[241]

127. Ultimately, EA announced its return to Steam on October 29th, 2019; Bethesda decided to continue to release their games on Steam in March 2019; Activision Blizzard began releasing *Call of Duty* games on Steam again on October 28th, 2022; and Ubisoft resumed releasing games on Steam on December 6th, 2022.[242] Since the publishers that returned to Steam following Valve's

---

238  Email chain from ██████████ to Kristian Miller, et al., "RE: New Revenue Share Tiers," December 14, 2018, VALVE_ANT_0755443–446 at 446 ("We saw Friday's exciting announcement... Should we look into updating our terms of service to include the tiers...?").

239  Exhibit 2 and Appendix Section 14.1; Email sent to Kassidy Gerber, et al., "RE: Rev Share - Partners to Cover," October 17, 2018, VALVE_ANT_1169065–070 at 067 ("██ was super thankful that we offered this to ██████ said rev share for their big games has been a big point of contention over there the last few years. ██ plans to bring the good news to their board tomorrow and thinks it will make an impact on future decisions.").

240  Email chain from DJ Powers to ██████, "Re: Thank You," February 13, 2019, VALVE_ANT_0189289–290 at 289–290 ("I spoke with ██████ after we met and he definitely remains open to the discussion. I completely appreciate your point about keeping consistency of your rev share and I understand why that is important. However, I can tell you that giving Andrew the sense that your are treating ██ in a preferential way would certainly be quite persuasive."). In March of 2019, ██ and Valve continued to reference revenue shares as they negotiated ██'s return to Steam. In particular, ██ recognized that customers would potentially move from ██ to Steam, and they believed changes in Valve's revenue shares mitigated this concern. See email chain from DJ Powers to ██████, et al., "██/Valve Discussion," March 26, 2019, VALVE_ANT_0094646 at 646 ("To quickly summarize, ██ is concerned that a material percentage of ██████ customers currently monetizing on ██ (where your margins are higher) will transition to Steam and move their spending. The request was to provide a better revenue share to ██ (or compensate ██ in some other way) for those paying ██ customers that do move from ██ to Steam.").

241  Email from Gabe Newell to DJ Powers, "RE: ██ on Steam," ██████, VALVE_ANT_0059427–429 at 427–429 ("Early this morning, ██ announced that they were returning to Steam! I want to provide some context on the renewed partnership with ██ and what to expect going forward. ... In 2018, new competitors loomed and some big partners were talking about taking future titles off of Steam. Our response was the new revenue split tiers for games on Steam: 75% split for revenue over $10 million, and 80% for revenue over $50 million... That message certainly resonated with ██ and other partners who have recently launched big titles on Steam.").

242  ████████████████████████████████

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

introduction of tiered revenue shares had been publishing their PC games on self-distribution platforms, some of them exclusively, their decision to return to Steam represents demand substitution between first- and third-party distribution.

128. In addition, following the introduction of revenue share tiers, some publishers who had not previously distributed many of their games on Steam began to do so. Prior to their decision to bring their games to Steam, many of these publishers distributed their games on their own self-distribution platforms. For example, Microsoft, which had been distributing its PC games primarily through its own Windows PC storefront, announced on May 30th, 2019, that it

----

██████. See Email from ██████ to DJ Powers, █████████████ September 13, 2019, VALVE_ANT_2414644–648 at 644 ████████████████████████ ████████████ Valve Document, "Amendment No. 1 to Steam Distribution Agreement," October 25, 2019, VALVE_ANT_2764483–490 at 485 ██████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████ Similarly, Bethesda encouraged its users to play its games on Steam after it shut down its own launcher. These interactions underscore the fact that both publishers and video game distribution platforms acknowledge user substitution between first- and third-party distribution in the ordinary course of their business. See Jon Fingas, "'Doom Eternal' and other Bethesda games are coming to Steam," *Engadget*, March 25, 2019, available at https://www.engadget.com/2019-03-25-new-bethesda-games-come-to-steam.html, accessed on March 25, 2025 ("Bethesda has announced that its upcoming games will be available through Steam, including Doom Eternal, Rage 2, Wolfenstein: Cyberpilot and Wolfenstein: Youngblood. On top of that, it's bringing Fallout 76 to Steam at some point later in 2019."); Kyle Orland, "So Long, Origin? EA Comes Back to Steam with New Games," *Ars Technica*, October 29, 2019, available at https://arstechnica.com/gaming/2019/10/so-long-origin-ea-comes-back-to-steam-with-new-games/, accessed on March 23, 2025 ("For the first time since 2012, Electronic Arts is once again publishing new games on Valve's Steam platform, the publisher announced today."); Email from Nathaniel Blue to Scott Lynch, et al., "██████ activation," March 21, 2019, VALVE_ANT_0819769 ("████████████████████████████ are all coming to Steam in 2019."); Kyle Orland, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," *Ars Technica*, November 22, 2022, available at https://arstechnica.com/gaming/2022/11/ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/, accessed on March 14, 2025 ("Since early 2019, Ubisoft has made a point of moving its PC releases away from Steam and towards the Epic Games Store and its own Ubisoft connect platform. That years-long experiment now seems to be ending, as Ubisoft has confirmed at least three recent PC releases will be getting Steam versions in the near future. A page for 2020's *Assassin's Creed Valhalla* was officially added to Steam Monday, listing a December 6 launch date on the platform ... Ubisoft's return to Steam comes after Activision Blizzard ended a similar years-long Steam absence for the ultra-popular Call of Duty franchise. This year's Call of Duty: Modern Warfare 2 was the first series game to appear on Steam since 2017's Call of Duty WW2, with intervening releases available only on Activision Blizzard's Battle.net launcher."); James Mattone, "Call of Duty®: Modern Warfare® II Launch — Everything You Need to Know Before the New Era Begins with Campaign Early Access*", *Call of Duty*, October 18, 2022, available at https://www.callofduty.com/blog/2022/10/call-of-duty-modern-warfare-II-campaign-early-access-launch-overview, accessed on March 23, 2025 ("On October 20, anyone who digitally preordered or prepurchased Call of Duty: Modern Warfare II gets Early Access to the game's Campaign*, up to one week before the game's official launch on October 28.").



would begin to distribute more games on Steam.[243] ████████████
██████████████████████████████████████████████████
████████████████████████████████.[244] As another example, ██████
██████████████████████████████████████████████████
██████.[245] Bungie eventually released its game *Destiny 2* on Steam on
September 17th, 2019, after acquiring the game from Activision Blizzard,
which had not made the game available on Steam but instead only on
Battle.net, Activision Blizzard's own distribution platform for PC video
games.[246] Moreover, the publisher ████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████[247] Because CD Projekt Red operates its own
platform (GOG), the choice to distribute on Steam by CD Projekt Red
represents a choice to distribute its games through third-party channels as well
as first-party channels.[248] Since the publishers that began distributing certain

[243] Nick Statt, "Microsoft Will Distribute More Xbox Titles Through Steam and Finally Support Win32 games," *The Verge*, May 30, 2019, available at https://www.theverge.com/2019/5/30/18645250/microsoft-xbox-game-studios-publishing-valve-steam-32-bit-windows, accessed on March 15, 2025 ("Typically, Microsoft has distributed its games through only Xbox Live on its game console platform and through its own Windows storefront on PC. Now, Microsoft says it wants to better support player choice and let customers buy games in more than one destination on PC."); Wes Fenlon, "Microsoft is Bringing More Games to Steam, Says 'We Believe You Should Have Choice in Where You Buy Your PC Games,'" *PC Gamer*, May 30, 2019, available at https://www.pcgamer.com/microsoft-games-on-steam-announced/, accessed on March 15, 2025 ("In the past, Microsoft's support of Steam has been spotty. Most of its new games have remained exclusive to the Microsoft Store.").

[244] Email chain from ████████ to Justin Yorke and ████████, ████████ May 18, 2019, VALVE_ANT_0521517–519 at 519 ("██████████████████████████████████████████████████
████████████████████").

[245] Email chain from Tom Giardino to ████████ and ████████, "RE: Check-in," February 18, 2019, VALVE_ANT_0609981–982 at 981 ("██████████████████████████████████████").

[246] Christopher Grant, "Destiny 2 is Coming to Steam in September," *Polygon*, June 6, 2019, available at https://www.polygon.com/2019/6/6/18655469/destiny-2-steam-pc-release-date, accessed on March 5, 2025 ("With Bungie acquiring the rights to Destiny from publisher Activision Blizzard, that means expanding the game's PC home from Battle.net — Blizzard's storied PC gaming platform — to Steam, Valve Software's market-leading storefront. Bungie announced on Thursday that Destiny 2 will be available on Steam on Sept. 17."); Thomas Wilde, "The Future of 'Destiny 2': Newly-Independent Bungie Unveils Seismic Changes for Flagship Game," *GeekWire*, June 6, 2019, available at https://www.geekwire.com/2019/future-destiny-2-newly-independent-bungie-unveils-plans-flagship-game/, accessed on March 21, 2025 ("The PC version of *Destiny 2* was only digitally-available via Activision Blizzard's Battle.net service. With Bungie's move to independence, it's also moving the PC *Destiny 2* over to Steam.").

[247] Email chain from Erik Peterson to Steam SWAT Release, ████████████████████ October 25, 2018, VALVE_ANT_0057504–505 at 504 ████████████████████████.

[248] Andy Chalk, "GOG Recommits to 'DRM-Free Philosophy' as It Struggles to Stop Bleeding Money," *PC Gamer*, November 30, 2021, available at https://www.pcgamer.com/gog-

games through Steam for the first time following Valve's introduction of tiered revenue shares had primarily been publishing their PC games on self-distribution platforms, their decision to bring their games to Steam demonstrates demand substitution between first- and third-party distribution.

129.    In his report, Dr. Schwartz acknowledges that it is useful to look at "actual world facts and circumstances to see if any economic insights can be gleaned from Valve's reactions and responses to real-world events."[249] He also acknowledges that publishers like EA and Ubisoft left Steam in favor of self-distributing their games during the Class Period.[250] The fact that Valve responded to the competitive threat of publishers substituting their games away from Steam and towards their own platforms—and the publisher's reaction to Valve's lower revenue share—clearly shows competition between first- and third-party distribution.

130.    Dr. Schwartz appears to disregard this evidence in his "empirical approach." When describing the events surrounding the 2018 revenue share policy change, Dr. Schwartz claims that Valve's response to competitive pressure was limited.[251] He ascribes the entirety of Valve's competitive response (the introduction of the tiered revenue share) to the entry of EGS, and states that Activision Blizzard, Ubisoft, and EA came back to Steam only because their attempts to self-distribute their games had failed.[252] Dr. Schwartz's interpretation of these events conflicts with the evidence. As I demonstrated above, ███████████████████████████████████████████████ ███████████████████████████████████████, and Valve's introduction of lower revenue share tiers incentivized these publishers to return.

131.    These examples of publishers' behavior provide direct evidence of substitution between first- and third-party distribution. Publishers who previously offered their games—sometimes exclusively—on their own platforms began offering

---

recommits-to-drm-free-philosophy-as-it-struggles-to-stop-bleeding-money/, accessed on January 15, 2025 ("An interesting detail revealed in CD Projekt's most recent financial report is that while the company overall continues to make a lot of money, it's digital storefront GOG is losing it.").

[249]    Schwartz Merits Report, ¶ 378 ("The empirical approach looks to the actual-world facts and circumstances to see if any economic insights can be gleaned from Valve's reactions and responses to real-world events.").

[250]    Schwartz Merits Report, ¶ 378 ("Nonetheless, some platforms did enter the marketplace during the class period, e.g., EA, Ubisoft, Epic, and others.").

[251]    Schwartz Merits Report, ¶ 384 ("Valve's tiered commission structure represents a *limited* response to the competitive challenge it perceived in 2018.").

[252]    Schwartz Merits Report, ¶¶ 384 ("Concern over Epic's entry and threat of potential competition in the third-party digital PC game distribution market via platform directly led to Valve's tiered commission rate change."), 387 ("Many publishers left Steam but had no choice but to return to Steam because their other distribution options were not competitively viable.").

their games as third-party titles on Steam in response to a decrease in Steam's price (i.e., a decrease in the revenue share Valve charged).

132. In addition to his claims about publisher substitution, Dr. Schwartz claims that "For users, first-party platforms are similarly not substitutable."[253] Dr. Schwartz does not test this assertion. Publishers leaving Steam provide a natural experiment to test whether users substitute between buying games that are distributed through first- and third-party distribution channels.[254]

133. I test Dr. Schwartz's assertion that users do not substitute between first- and third-party distribution channels by examining how users responded to Ubisoft's decision to stop releasing new games on Steam. Ubisoft released its games on Steam as well as on its own platform, Ubisoft Connect, through 2018. Ubisoft stopped releasing new games on Steam in 2019 and started releasing them exclusively on its own platform Ubisoft Connect and on EGS.[255] Dr. Schwartz's theory predicts that very few users who would have bought Ubisoft games on Steam would substitute to Ubisoft Connect.

134. Data from Ubisoft produced in this matter allow me to test Dr. Schwartz's theory. Ubisoft provided annual data on U.S. net revenue for Ubisoft's published games on PC in total and on Ubisoft Connect. Exhibit 3 presents these revenues. The green bar shows Ubisoft's net revenue from Ubisoft's published games sold on Ubisoft Connect. The orange bar shows Ubisoft's net

---

[253] Schwartz Merits Report, ¶ 95 ("In sum, the vast majority of publishers choose not to engage in first-party distribution. Few attempts have been made, and very few, if any, of those publisher-launched, first-party distribution platforms are successful, much less a competitive threat to Steam. The economic evidence above supports that publishers do not view first-party distribution as substitutes. For users, first-party platforms are similarly not substitutable. First-party platforms lack the indirect network effects that are inherent in a two-sided platform. The lack of publishers and the resulting lack of games on a first-party platform compared to third-party platforms supports the notion that users would not readily switch to a first-party platform. Instead, at best, and supported by the economic evidence, this distribution is complementary to third-party digital PC game distribution via platforms.").

[254] John D. Hadricker, "Operationalizing the Hypothetical Monopolist Test," December 19, 2023, available at https://www.justice.gov/archives/atr/operationalizing-hypothetical-monopolist-test, accessed on March 23, 2025 ("There are many types of econometric analysis that can be used to answer the hypothetical monopolist test. One type is the sort used in *Staples*, which, in effect allowed for a controlled natural experiment.").

[255] James Dorn, "Yes, You Can Add Ubisoft Games to Your Steam Library," *Expert Beacon,* May 13, 2024, available at https://expertbeacon.com/can-i-add-ubisoft-games-to-steam/, accessed on March 23, 2025 ("In the early 2010s, most major Ubisoft releases were available on Valve's Steam marketplace. However, in 2019 Ubisoft made the controversial decision to begin selling new releases like The Division 2, Anno 1800, and Watch Dogs Legion exclusively through their Uplay storefront (now called Ubisoft Connect)."); Blair Marnell, "Ubisoft Reverses Its Steam Policy, Will Launch New Games There On Day One," *GameSpot,* September 25, 2024, available at https://www.gamespot.com/articles/ubisoft-reverses-its-steam-policy-will-launch-new-games-there-on-day-one/1100-6526711/, accessed on March 23, 2025 ("In 2019, Ubisoft executive Chris Early explained why the company had pulled back from Steam and shared his thoughts on its business model. ... Instead of releasing games through Steam, Ubisoft dropped titles through its own online store and via the Epic Games Store.").

---

revenue from Ubisoft's published games sold on Steam. The blue bar shows Ubisoft's net revenues from non-Steam third-party PC distribution.



Source:HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY - Valve Subpoena data 11Oct23.pdf ; Schwartz Merits Report, backup materials; "Foreign Exchange Rates – H.10," Federal Reserve, available at https://www.federalreserve.gov/releases/H10/hist/dat00_eu.htm, accessed on 3/6/25

Note: This chart presents Ubisoft revenue from sales in the U.S. by year and distribution channel. Ubisoft revenue from first-party distribution (presented as the green bars in this figure) is the sum of revenue from games published and developed by Ubisoft sold on Ubisoft Connect and games published by Ubisoft but developed by others sold on Ubisoft Connect. Ubisoft revenue from Steam (presented as the orange bars in this figure) is calculated as revenue from Ubisoft games on Steam, net of Valve's revenue share, according to Valve revenue data. Ubisoft revenue from Steam is converted into euros using daily foreign exchange rates. Ubisoft revenue from non-Steam third-party distribution (presented as the blue bars in this figure) is calculated as total Ubisoft PC revenue minus Ubisoft revenue from Steam (net of Valve's revenue share) and Ubisoft revenue from first-party distribution.

135.    This chart shows evidence of users substituting from Steam to Ubisoft Connect when Ubisoft stopped releasing new games on Steam. ███████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████
████████████████.[256]

136.    Ubisoft executives have commented on this pattern in the public press. For example, Ubisoft sold *The Division* on both Steam and Ubisoft Connect, but did not sell its sequel, *The Division 2*, on Steam. Ubisoft's CFO reported that, while total revenue for the PC version of *The Division 2* was "in line" with total revenue from *The Division*, revenue from first-party distribution increased "ten-fold." Industry press reported that this increase in first-party PC revenue "was no doubt driven by the game not being available on Steam,"[257] and that "removing Steam from the equation helps drive sales on [Ubisoft Connect]."[258]

137.    The evidence above demonstrates that publishers and users substitute between first- and third-party distribution. When publishers switch between first- and third-party distribution, users substitute to the platforms where the publishers sell their games. Given this evidence of substitution by both sides of the platform, it does not make economic sense to exclude first-party distribution from any market that includes Steam.

### 4.2.3. Publisher and user multihoming across first- and third-party distribution facilitates substitution

138.    As I discussed in Section 3.4, multihoming (i.e., the use of multiple platforms) facilitates substitution. Publishers who multihome offer multiple options for users to purchase and play a game. Users who multihome can then choose and substitute between those options.

139.    For example, Activision Blizzard multihomes on Steam and its own first-party distribution channel, Battle.net. The popular *Call of Duty* series is available on both Steam and Battle.net.[259] A user that multihomes between Steam and

---

[256]    Workpaper 4. I find similar results with an analysis of consumer spending (instead of Ubisoft revenue) on Steam and Ubisoft Connect. See Appendix Section 10.

[257]    Eddie Makuch, "After Skipping Steam, The Division 2 Sees Uplay Sales Grow 10X Over Original," *GameSpot,* May 15, 2019, available at https://www.gamespot.com/articles/after-skipping-steam-the-division-2-sees-uplay-sal/1100-6466942/, accessed on March 15, 2025 ("Sales of The Division 2's PC edition were 'in line' with those of The Division 1, chief financial boss Frederick Dugue said on an earnings call. The Uplay edition, meanwhile, enjoyed a ten-fold increase in sales compared to the original game; this uptick was no doubt driven by the game not being available on Steam.").

[258]    Eddie Makuch, "Ubisoft Explains Why It Doesn't Release Games on Steam," *GameSpot,* August 29, 2019, available at https://www.gamespot.com/articles/ubisoft-explains-why-it-doesnt-release-games-on-st/1100-6469502/, accessed on March 15, 2025 ("Looking ahead, one of Ubisoft's next big releases, Ghost Recon: Breakpoint, will also skip Steam in favor of launching for the Epic Games Store and Ubisoft's own Uplay. The Uplay part of this story is important, too. Uplay is Ubisoft's own store, so removing Steam from the equation helps drive sales on it. For The Division 2, Ubisoft saw Uplay sales of that game grow tenfold over The Division 1. It remains to be seen if Ubisoft will ever release another new title on Steam, but for the foreseeable future it seems the company has no intention to.").

[259]    *Call of Duty* is also available on Xbox. I discuss console distribution further in Section 5 below. Ian Stokes, "Call of Duty games in Order: Chronological and Release," *True Achievements,*

---

Battle.net might use Steam to play games that are not available on Battle.net (for example, *Command and Conquer Remastered Collection*), and might use Battle.net to play games that are not available on Steam (for example, *Starcraft Remastered*). If this user wanted to play *Call of Duty* on their PC, they could choose to buy and play it either through Steam or through Battle.net.

140.    **Publishers regularly multihome and make use of both first- and third-party distribution.** For example, Exhibit 4 below shows that, of the top 20 PC games in 2024, █ were distributed first-party only, █ were distributed third-party only, and █ were distributed both as first- and third-party games.[260]

---

October 15, 2024, available at https://www.trueachievements.com/n55514/call-of-duty-games-in-order, accessed on March 15, 2025 ("Almost all of these games are playable on Xbox"). The *Call of Duty* franchise returned to Steam in 2022. Wesley Yin-Pool, "Five Years Later, Call Of Duty Returns to Steam with Modern Warfare 2," *Eurogamer*, June 8, 2022, available at available at https://www.eurogamer.net/five-years-later-call-of-duty-returns-to-steam-with-modern-warfare-2, accessed on March 15, 2025 ("The PC version of Call of Duty returns to Steam five years after ditching the platform in favour of Blizzard's Battle.net. Activision today confirmed Infinity Ward's upcoming shooter Call of Duty: Modern Warfare 2 will release on Steam as well as Battle.net when it comes out on 28th October.").

260    I analyze the 20 games with highest U.S. PC revenue out of those available in the game-level Newzoo data. ███████████████████████████████████. As of December 2023, 80 percent of Roblox users accessed the game primarily through mobile, 18 percent on a desktop, and 2 percent on a console; see Jessica Clement, "Distribution of Roblox Audiences Worldwide as of December 2023, by Platform," *Statista*, February 29, 2024, available at https://www.statista.com/statistics/1190919/roblox-games-users-global-distribution-platform, accessed on March 23, 2025. In 2024, over 79 million people accessed Roblox daily; see David Curry, "Roblox Revenue and Usage Statistics (2025)," *Business of Apps,* February 24, 2025, available at https://www.businessofapps.com/data/roblox-statistics, accessed on March 23, 2025 ("Over 79.5 million people access Roblox daily."). This analysis excludes distribution through consoles and key resellers for the sake of argument. I consider multihoming between key resellers and PC distribution in more detail in Section 4.3 and multihoming between consoles and PC distribution in more detail in Section 5.1.1.

---

Expert Report of Lesley Chiou, Ph.D.                    All PC distribution is part of the relevant market

Exhibit 4
*Publishers of the top 20 PC games in 2024 multihome between first- and third-party distribution*



*Source: Newzoo, Is There Any Deal*
Note: This figure summarizes PC platform availability for the top 20 games in the U.S. by PC revenue in 2024 according to Newzoo. I determine which PC platforms a game is available on using the availability of prices in the Is There Any Deal data and manual review. "First-Party Distribution" indicates that the given game is sold on a platform owned by the game's publisher. "Third-Party Distribution" indicates that the given game is available on a platform not owned by the game's publisher. See details on the classification of each game in Appendix Section 14.2.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

141. The top PC games I described above generate substantial revenues and exert competitive pressure on third-party distribution. In Exhibit 5, I show that ■ of the 10 games that generated the most U.S. PC revenue in 2024 were available either through only first-party distribution or through both first- and third-party distribution. Among these ■ games, ■ games are offered through both first- and third-party distribution. This multihoming incentivizes a platform to compete with other platforms over where users buy the game. While the other ■ games are offered through first-party distribution alone, distributors like Steam compete for additional revenue from these games by trying to attract them to their platforms. Consistently, as I discussed in Section 4.2.2, Valve's effort to attract publishers to Steam with the introduction of their tiered revenue shares did bring new games and new publishers to Steam. Thus, all ■ of these games exert competitive pressure on third-party distribution.

Exhibit 5
*Most successful PC games are distributed through first-party PC distribution*



*Source: Newzoo; Exhibit 4*
Note: The top 20 games are identified according to Newzoo by total U.S. PC revenue in 2024, as estimated by Newzoo. Platform availability for each game is based on Exhibit 4.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Lesley Chiou, Ph.D.                    All PC distribution is part of the relevant market

142. **Second, users multihome between first- and third-party distribution** which, as discussed above, facilitates substitution between them.

143. I find that users may play a first-party title on one platform and a third-party title on another platform. For example, in May 2019, *Fortnite* and *PUBG* were two popular "battle royale" games.[261] *PUBG* is a third-party game published by Krafton and distributed for PC on Steam and the Epic Games Store; in May 2019, it had not yet launched on the Epic Games Store and was available only on Steam.[262] *Fortnite* is a first-party game published by Epic Games and distributed for PC exclusively on the Epic Games Store.[263] A Newzoo survey from May 2019 showed that 25 percent of users who played either *PUBG* or *Fortnite* played both games, effectively multihoming across the platforms on which these games are available.[264]

144. As another example, consider *Overwatch* and *Paladins*, two games in the "hero-shooter" genre.[265] An IGN article from 2016 compares the two games and discusses "how [similarities between Paladins and Overwatch] might draw in previous *Overwatch* or *Team Fortress 2* players" to play *Paladins*, suggesting that some users play both *Overwatch* and *Paladins*.[266]

---

[261] John Papadopoulos, "Report: Fortnite Made $203 Million in May 2019, PUBG Keeps Selling Millions of Units," *DSO Gaming*, June 22, 2019, available at https://www.dsogaming.com/news/report-fortnite-made-203-million-in-may-2019-pubg-keeps-selling-millions-of-units, accessed on March 15, 2025 ("SuperData Arcade has shared its monthly report, stating that Fortnite made $203 million across all platforms in May 2019 … It's also worth noting that PlayerUnknown's Battlegrounds continues to sell millions of units. PUBG may have sold 4.7 million digital units across PC and console year-to-date through May, maintaining its position as one of the best selling shooter titles on any platform.").

[262] Steam, "PUBG: Battlegrounds," available at https://store.steampowered.com/app/578080/PUBG_BATTLEGROUNDS/, accessed on March 15, 2025; Epic Games Store, "PUBG Battlegrounds," available at https://store.epicgames.com/en-US/p/pubg-59c1d9, accessed on March 24, 2025. The *PUBG* release date on the Epic Games Store website is December 5, 2022.

[263] Epic Games Store, "Play Fortnite," available at https://www.fortnite.com/download?lang=en-US, accessed on March 15, 2025.

[264] Newzoo, "59% of BR Players* Are Loyal to a Single Franchise," May 2019, available at https://newzoo.com/wp-content/uploads/2019/07/Battle_Royale_Player_Franchise_Loyalty-.png, accessed on March 15, 2025. Although both games were available on console and mobile in addition to PC, so some multihoming may been across PC and mobile or console platforms, ██████ of individuals played these games on PC. Newzoo data show that in December 2020, ██████ individuals played *PUBG* on PC and ██████ individuals played *Fortnite* on PC. See Workpaper 5.

[265] Angus Morrison, "The Overwatch Release Date is Now Confirmed," *PC Gamer,* March 7, 2016, available at https://www.pcgamer.com/the-overwatch-release-date-may-have-slipped-out, accessed on March 15, 2025; Steam, "Now Available on Steam Early Access – Paladins!" September 16, 2016, available at https://store.steampowered.com/oldnews/24266, accessed on March 15, 2025.

[266] IGN, "Paladins: How It's Different from Overwatch," October 4, 2016, available at https://www.ign.com/wikis/paladins-champions-of-the-realm/Paladins:_How_It%27s_Different_from_Overwatch, accessed on March 15, 2025.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

145.    This overlap in users between these games represents multihoming between first- and third-party distribution because *Overwatch* was only available to PC users through first-party distribution on Battle.net, while *Paladins* was available to PC users primarily through third-party distribution.[267] These types of comparison articles between a game available through first-party distribution and a game available primarily through third-party distribution are common and suggest that users participate in both first- and third-party distribution.[268]

146.    Anecdotal evidence from online forums such as Reddit also indicates that users multihome between first- and third-party distribution. For example, on one Reddit thread from July 2018, users mentioned they played both *Diablo III* (released first-party only) and *Grim Dawn* (released third-party only) as they discuss which game they prefer.[269] I found many examples of discussion threads like this one, where users claim to have played both first-party-

---

[267]    I note that while *Overwatch* was only available to PC users through first-party distribution on Battle.net, *Overwatch 2* was also released on Steam in 2023. Additionally, while *Paladins* was launched in beta on a first-party launcher, it ultimately was primarily distributed through Steam after it came out of beta testing. Blizzard Entertainment, "Overwatch Launch Protocols: Everything You Need to Know," May 19, 2016, available at https://overwatch.blizzard.com/en-us/news/20119623/#play, accessed on March 24, 2025 ("If you haven't already picked up a copy of the game, you can digitally pre-purchase Overwatch for Windows PC, PlayStation 4, and Xbox One from the following locations: Battle.net Shop (PC)."); Steam, "Overwatch 2," available at https://store.steampowered.com/app/2357570/Overwatch_2, accessed on March 24, 2025 ("Release Date: Aug 10, 2023."); Steam, "Paladins Enters Open Beta, Available on Steam Now," September 16, 2016, available at https://store.steampowered.com/news/app/444090/view/4042499938193901026, accessed on March 15, 2025. The website for the developer of *Paladins* links directly to the Steam page for the game; see Hi-Rez, "Home," available at https://www.hirezstudios.com, accessed on March 20, 2025; Steam, "Paladins," available at https://store.steampowered.com/app/444090/Paladins, accessed on March 20, 2025 ("Release Date: May 8, 2018.").

[268]    For some examples, consider *Counter-Strike* and *Fragpunk*, *Left 4 Dead* and *Back 4 Blood*, and *World of Warcraft* and *Final Fantasy XIV*. See Evan Lahti, "The Latest Big Game on Steam is Fragpunk, or as I Like to Call It, 'Kitchen-Sink Counter-Strike,'" *PC Gamer*, March 13, 2025, available at https://www.pcgamer.com/games/fps/the-latest-big-game-on-steam-is-fragpunk-or-as-i-like-to-call-it-kitchen-sink-counter-strike/, accessed on March 20, 2025; Hannah Townsend, "Back 4 Blood vs. Left 4 Dead: Differences and Similarities," *Pro Game Guides*, October 26, 2021, available at https://progameguides.com/back-4-blood/back-4-blood-vs-left-4-dead-differences-and-similarities, accessed on March 15, 2025; Evans Karanja, "World of Warcraft Vs Final Fantasy XIV: Which One is Better?," *Gaming*, May 4, 2022, available at https://www.gaming.net/world-of-warcraft-vs-final-fantasy-xiv-which-one-is-better/, accessed on March 15, 2025. See Appendix Section 14.2.

[269]    Reddit, "Diablo 3 vs. Grim Dawn," available at https://www.reddit.com/r/Grimdawn/comments/920t55/diablo_3_vs_grim_dawn/, accessed on March 24, 2025 ("I liked [Diablo 3] a lot. But the best thing it did for me was lead me to Grim Dawn."); Battle.net, "How to Install Diablo III," available at https://us.battle.net/support/en/article/110028, accessed on March 23, 2025 ("Log into the Blizzard Battle.net desktop app."). Clicking "Buy Now" on the Grim Dawn links to a Steam webpage; see Crate Entertainment, "Grim Dawn," available at https://www.grimdawn.com/, accessed on March 20, 2025. See Appendix Section 14.2.

---

distributed games and third-party-distributed games, evidence that they were multihoming between those distribution channels.[270]

147.    Furthermore, users do not even need to multihome across PC platforms in order to multihome between first- and third-party distribution. The artificial boundaries of Dr. Schwartz's proposed relevant market imply that there are distribution channels inside and outside of his market *within* the same platform. If users play both first- and third-party games in a platform that lists both, they are effectively multihoming between first-party distribution (outside of Dr. Schwartz's proposed market) and third-party distribution (inside Dr. Schwartz's market). Evidence of this type of user multihoming also supports that first- and third-party distribution are in the same relevant market, because it facilitates substitution between the two.

148.    Available evidence suggests that users commonly play both first-party and third-party titles *on the same platform*. For example, in Exhibit 6, I show, based on Newzoo data, that ▆▆▆▆▆ Steam users played *Counter-Strike 2*, a Valve-published game distributed on Steam (i.e., distributed first-party) in December 2024.[271] In the same month, ▆▆▆▆ of those users (or ▆▆▆▆ ) *also* played *Marvel Rivals*, a third-party game published by NetEase Games and Marvel Games, on Steam.[272] The same pattern holds for the other top Valve first-party games, whose users frequently play third-party titles on Steam as well.[273]

---

[270]    Reddit, "Which Game Should I Buy: Minecraft or Terraria?," available at https://www.reddit.com/r/ShouldIbuythisgame/comments/cuc6x4/which_game_should_i_buy_minecraft_or_terraria/, accessed on March 15, 2025 ("I preferred Terraria cuz it had a more progressive crafting system and a huge line of bosses"); Reddit, "Smite to HotS," August 17, 2022, available at https://www.reddit.com/r/heroesofthestorm/comments/wqwtoq/smite_to_hots/, accessed on March 15, 2025 ("I myself am level 10 [on *Heroes of the Storm*] so far but I have over 3k hours put into Smite so I understand how MOBAs work for the most part."). See Appendix Section 14.2.

[271]    Michael McWhertor, "Counter-Strike 2 is Now Available, Replacing CS:GO," *Polygon,* September 27, 2023, available at https://www.polygon.com/23889113/counter-strike-2-release-date-steam-cs2-launch, accessed on March 15, 2025 ("Valve's shooter is ready for the masses.").

[272]    Ash Parrish, "Marvel Rivals is a Mix of Overwatch and Superhero Battles," March 27, 2024, available at https://www.theverge.com/24113437/marvel-rivals-trailer-netease-pc-mcu-disney, accessed on March 15, 2025 ("Choose from one of 16 heroes, and battle 6 v 6 in a new hero shooter from NetEase and Marvel Games.").

[273]    I observe this pattern in other months as well. See Workpaper 6.

---

**Exhibit 6**

*Steam users who play Valve games also play popular third-party games on Steam*



*Source: Newzoo*

Note: This table shows the top three first-party games published by Valve ranked by monthly active users ("MAU") for the month of December 2024. For each Valve game, the five Steam games with the highest percent overlap are shown. Percent overlap is defined as the number of users who played both games in December 2024 on Steam divided by the Steam MAU of the first-party game. Games are identified as third-party if their publisher is not Valve. See Appendix Section 14.2.

149.    The fact that both publishers and users commonly multihome between first- and third-party video game distribution provides evidence that they both belong in the same market.

### 4.2.4. Failing to consider how users substitute between first- and third-party games produces an inherently inconsistent proposed market

150.    As I have discussed throughout this report, products should be included or excluded from a relevant antitrust market on the basis of substitutability, and substitutability for the product offered by a two-sided platform depends on demand from both sides (users and publishers in the case of Steam). Dr. Schwartz acknowledges this, however his analysis allegedly supporting the exclusion of first-party distribution from the relevant market is not rooted in

appropriate evidence of substitution. Moreover, Dr. Schwartz virtually ignores the user side in his analysis of first-party distribution. In this section, I describe the implications of Dr. Schwartz's market boundaries.

151.    Consider the implications of Dr. Schwartz's market definition for some games offered on multiple platforms. Some video game users are loyal to a particular game or franchise and prefer to play those games rather than switching between games. These users often have a choice of where to buy newly released games from their favorite franchise, as the games are available on multiple platforms that act as substitutes for these users. For example:

a.  Loyal players of EA's *Madden NFL* franchise will choose between buying those games on Steam or EA's own distribution platform, the EA App, based on factors like price and gameplay features.[274] Instead of acknowledging this demand substitution, Dr. Schwartz considers *Madden NFL* sales to be outside his proposed market when sold through EA App (since it is a first-party sale on that platform), and inside his proposed market when sold through Steam (as a third-party sale on that platform), even though it is typically the same game content in either place.

b.  As yet another example, prior to 2017, Activision Blizzard made all titles in its *Call of Duty* franchise available on Steam, but stopped doing so in 2017 in favor of offering them only on its own distribution platform, Battle.net.[275] Then, in October 2022, Activision Blizzard began releasing titles in its *Call of Duty* franchise on Steam again as well as on Battle.net.[276] Dr. Schwartz considers *Call of Duty* sales to be outside his proposed market when sold through Battle.net, but inside his proposed market when sold through Steam, so users switching from Steam to Battle.net and to Steam again depending on their preference and platform availability are in and out of Dr. Schwartz's proposed market over time. This is notable because the *Call of*

---

[274]    Electronic Arts, "EA Sports Madden NFL 25," available at https://www.ea.com/games/madden-nfl/madden-nfl-25/buy, accessed on March 14, 2024 ("Available on [Windows,] [EA App,] [PlayStation,] [Xbox,] [Steam,] [Epic Games Store].").

[275]    Kyle Orland, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," *Ars Technica*, November 22, 2022, available at https://arstechnica.com/gaming/2022/11/ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/, accessed on March 14, 2025 ("Ubisoft's return to Steam comes after Activision Blizzard ended a similar years-long Steam absence for the ultra-popular *Call of Duty* franchise. This year's *Call of Duty: Modern Warfare 2* was the first series game to appear on Steam since 2017's *Call of Duty WW2*, with intervening releases available only on Activision Blizzard's Battle.net launcher.").

[276]    Jeffrey Rousseau, "Call of Duty Will Return to Steam with the Launch of Call of Duty: Modern Warfare 2," *GamesIndustry.biz*, June 8, 2022, available at https://www.gamesindustry.biz/call-of-duty-will-return-to-steam-with-the-launch-of-call-of-dutymodern-warfare-ii, accessed on March 14, 2025 ("Today Activision Blizzard revealed that Call of Duty: Modern Warfare 2 will launch on October 28, which includes releasing on Steam. The last title to release on the platform was 2017's Call of Duty: WWII. All PC titles afterwards launched exclusively via the publisher's online platform Battle.net. The company said that all games from the franchise will continue to be supported via the service."); Duty, "Call of Duty: Modern Warfare III," available at https://www.callofduty.com/modernwarfare3/pc, accessed on March 14, 2025.

*Duty* franchise allows cross-platform play, meaning that users joining the game from Battle.net may be playing against users joining the game from Steam in the same video gaming session. [277] In such cases, the sales from the users joining from Battle.net are excluded from Dr. Schwartz's market, while the sales from the users joining from Steam are included, even though those users are playing the exact same game at the exact same time against each other in the exact same session.

c. Similarly, Epic Games' *Shadow Complex Remastered* is available for purchase on both EGS and Steam.[278] Again, Dr. Schwartz considers *Shadow Complex* sales to be outside his proposed market when sold on EGS, but inside his proposed market when sold through Steam. Dr. Schwartz's market definition thus makes no economic sense.

152. This pattern holds for game sales within a given platform as well. For example, consider a Steam user who enjoys games in the "first-person shooter" ("FPS") genre. For this user, a game such as *Counter-Strike 2* (published by Valve) is a closer substitute to *Call of Duty: Modern Warfare III* (published by Activision Blizzard) than a game in the "party-game" genre such as *Jackbox Party Pack 8* (published by Jackbox Games, Inc). Despite this, Dr. Schwartz's approach includes sales of *Call of Duty: Modern Warfare III* and *Jackbox Party Pack 8* on Steam in his proposed relevant market but excludes sales of *Counter-Strike 2*.

153. Moreover, under Dr. Schwartz's market definition, whether a game is part of the relevant market can change if the game's publisher is acquired by a platform operator, even though the acquisition itself does not constitute evidence (or a lack thereof) of substitution. For example:

a. Dr. Schwartz describes how Psyonix, publisher of the popular game *Rocket League*, was acquired by Epic Games in 2019.[279] *Rocket League* was then removed from Steam and added on EGS in September 2020.[280] Prior to the

---

277    Max Candelarezi, "Call of Duty: Black Ops 6 Crossplay, Explained," *Game Rant*, October 23, 2024, available at https://gamerant.com/cod-black-ops-6-have-crossplay/, accessed on March 20, 2025 ("Call of Duty: Black Ops 6 supports Crossplay and Cross-Platform features, enabling you to team up with friends on any platform, including PC, PlayStation, and Xbox.").

278    Steam, "Shadow Complex Remastered is Now on Mac App Store!," August 4, 2016, available at https://store.steampowered.com/newshub/app/385560/view/515376315056118838o, accessed on March 14, 2025 ("ChAIR's award-winning modern and masterful sidescroller is now downloadable on Mac via the Mac App Store, Epic Games, and Steam."); Epic Games Store, "Shadow Complex Remastered," available at https://store.epicgames.com/en-US/p/shadow-complex, accessed on March 14, 2025 ("Epic Games' cult classic comes to PC in this thrilling remaster.").

279    Schwartz Merits Report, ¶ 381 ("In 2019, Epic acquired Psyonix, the developers of Rocket League.").

280    Max Parker, "Rocket League Free to Play Arrives September 23," *Rocket League*, September 15, 2020, available at https://www.rocketleague.com/en/news/rocket-league-free-to-play-arrives-september-23, accessed on March 15, 2025 ("In addition to joining the Epic Games Store, *Rocket League* will also be joining Epic's Support-A-Creator Program"); Rocket League,

---

acquisition of Psyonix, full game sales of *Rocket League* were part of Dr. Schwartz's proposed market (a third-party game on Steam), but after the acquisition, they suddenly were not (a first-party game on EGS). While *Rocket League* was removed from Steam at the time of the acquisition, users who bought *Rocket League* on Steam prior to the acquisition can still access the game through their Steam account, make in-app purchases, and even interact with users who purchase and access the game through EGS.[281] From a Steam user's point of view, *Rocket League* is the same game after the acquisition, and it therefore remains just as much a substitute for other games in the proposed market after the acquisition as before and Dr. Schwartz provides no evidence to the contrary.

b. Similarly, Tonic Games Group, the publisher of *Fall Guys*, was also acquired by Epic Games in 2021, and the game was ultimately removed from Steam.[282] Sales of *Fall Guys* would have been considered part of Dr. Schwartz's proposed relevant market prior to Tonic Games Groups' acquisition, but suddenly outside his proposed relevant market after the acquisition.[283]

---

"Rocket League Going Free to Play This Summer," July 21, 2020, available at https://www.rocketleague.com/en/news/rocket-league-going-free-to-play-this-summer, accessed on March 15, 2025 ("Once Rocket League goes free to play, anyone who already owns Rocket League on any platform (including Steam) will be able to play and enjoy the game with full support for future updates and features. However, the Steam version will no longer be available to download for new players.").

[281] I note that, after the acquisition, the in-app purchases made by users who bought *Rocket League* on Steam prior to the acquisition would be included in Dr. Schwartz's market definition, even though all in-game purchases for *Rocket League* made on EGS would be excluded from Dr. Schwartz's market definition. This defies economic logic. See Epic Games, "Rocket League Cross-Platform Progression," available at https://www.epicgames.com/help/en-US/c-Category_RocketLeague/c-RocketLeague_Gameplay/rocket-league-cross-platform-progression-a000084528, accessed on March 5, 2025 ("*Rocket League* features Cross-Platform progression! You can share your Competitive Rank, Rocket Pass Progress, and your hard-earned inventory across all platforms!"); Epic Games, "How Do I Play Rocket League with a Friend on a Different Platform?" available at https://www.epicgames.com/help/en-US/c-Category_RocketLeague/c-RocketLeague_Gameplay/how-do-i-play-rocket-league-with-a-friend-on-a-different-platform-a000084581, accessed on March 5, 2025 ("Players on Epic Games Store, PlayStation, Xbox, Nintendo Switch, and Steam can randomly matchmake with or against each other in all Online Match types.").

[282] Schwartz Merits Report, ¶ 381 ("In 2021, Epic acquired Tonic Games Group, the developers of *Fall Guys*."); CJ Wheeler, "Fall Guys Goes Free to Play but Exclusive to Epic Games Store from Today," *Rock Paper Shotgun*, June 21, 2022, https://www.rockpapershotgun.com/fall-guys-goes-free-to-play-but-exclusive-to-epic-games-store-from-today, accessed on March 15, 2025 ("However, Fall Guys has also been removed from sale on Steam so it can become an Epic Games Store exclusive.").

[283] As I discussed in Section 4.1, Dr. Schwartz appears to concede in deposition that it would not make sense for sales of *Fall Guys* to have been considered outside of the proposed market after the acquisition. See Schwartz Deposition, pp. 54–55 ("Q. If Epic Games owns the publisher of Fall Guys, does that make it a first-party sale, in your lexicon … A. If all they sell is their games, then that's first-party distribution. It becomes third-party distribution when they sell games

---

c. I note that Dr. Schwartz's market definition implies that sales of a game within a given distribution platform can suddenly leave the relevant market if at some point the platform operator acquires the publisher of the game. For example, *Fallout 76* sales on the Microsoft Store suddenly left Dr. Schwartz's market in 2021 when Microsoft acquired *Fallout 76's* former publisher, Bethesda.[284]

154. For each of the examples above, users can choose where to match with publishers and may switch between alternative distribution channels, regardless of whether the sale is considered to be a first-party sale.[285]

155. The inconsistencies arising from excluding first-party sales from Dr. Schwartz's proposed market are also evident in the history of Steam and many other industry participants. Many platforms that distribute games from other publishers, including Steam, began as platforms that distributed only their own games.[286] I note that, as a result, under Dr. Schwartz's market definition, sales of *Half-Life 2* at that time would not have been part of his proposed market. When Steam began offering third-party games on its platform, users

---

from other distributors. That's the distinction that I'm drawing. And so it's the -- what is excluded from the relevant market is the pure first-party distributor.").

284  Tom Warren, "Microsoft Completes Bethesda Acquisition, Promises Some Xbox and PC Exclusives," *The Verge*, March 9, 2021, available at https://www.theverge.com/2021/3/9/22319124/microsoft-bethesda-acquisition-complete-finalized, accessed on March 15, 2025 ("Microsoft has finalized its $7.5 billion deal to acquire ZeniMax Media, the parent company of Doom and Fallout studio Bethesda Softworks."); Emily Heller, "Which Edition of Fallout 76 Should You Buy?" *Polygon*, November 7, 2018, available at https://www.polygon.com/deals/2018/11/7/18072226/fallout-76-editions-standard-deluxe-tricentennial-power-armor, accessed on March 15, 2025 ("Get [Fallout 76] here: ... Microsoft Store.").

285  By excluding first-party distribution from his proposed market, Dr. Schwartz implicitly assumes that users choose which games to buy based on whether the publisher of that game owns the platform. Dr. Schwartz provides no evidence that users are aware of whether a video game distribution platform is distributing its own games or the games of another publisher and that they make choices on this basis. In fact, there is evidence to the contrary. For example, press coverage discussing where to buy *Call of Duty: Black Ops 6* reports that "There are no inherent advantages to purchasing Black Ops 6 from either Steam, Battle.net, or Xbox, as each is selling an identical version of the game for the same price." See Maxwell Jeffery, "Should You Buy Black Ops 6 on Steam, Battle.net, or Xbox Store?" *Gaming Intel,* available at http://gamingintel.com/black-ops-6-steam-battle-net-xbox/, accessed on March 23, 2025.

286  Jeff Dunn, "Full Steam Ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on March 17, 2025 ("But by the summer 1996, Newell was looking for a change. So by that August, he and his fellow co-worker/millionaire Mike Harrington took their fortunes and used them to start their own gaming company. They called it Valve, LLC, and ... they got started on their first game: Half-Life ... and released Counter-Strike 1.0 in an official capacity [in 2000] ... When [Steam] launched [in 2003] ... In 2005, Valve made its first set of distribution agreements with third-party publishers, allowing it to diversify Steams game catalogue beyond its own titles."); Dan Pearson, "EA Adding Third Party Games to Origin," *GamesIndustry.biz*, October 28, 2011, available at https://www.gamesindustry.biz/ea-adding-third-party-games-to-origin, accessed on March 15, 2025 ("Electronic Arts has revealed the first third-party publishers which will feature games on its Origin download service ... EA had already announced that it would be releasing some of its own games exclusively on the service.").

likely regarded those newly listed third-party games as alternatives to the first-party games already on Steam and substituted some of their time from playing Valve games like *Half-Life 2* to trying out third-party games.[287] Dr. Schwartz considers distribution of those games to be in different markets even though they are on the same platform.

156. These inconsistencies defy economic logic and underscore the flaws in excluding first-party distribution from the relevant market. They highlight the fact that users would generally and logically substitute between first- and third-party games.

### 4.2.5. Dr. Schwartz's assertions in favor of excluding first-party PC distribution from his proposed market are not supported by the economics of substitution

157. As discussed above in Section 3, the economics of market definition are driven by demand substitution. In particular, for two-sided video game platforms, market definition should be based on substitution by both sides: publishers and users. Dr. Schwartz acknowledges these principles in his report.[288]

158. Yet, as I have explained so far, rather than basing the boundaries of his proposed relevant market on evidence of substitution, Dr. Schwartz creates an artificial distinction between first- and third-party distribution solely based on the ownership structure of publishing and distributing firms, suggesting that vertically integrated and non-integrated firms do not compete with one another. By contrast, and as I explained in Section 4.2.1, the economics literature widely accepts the *opposite* conclusion, that self-distribution and third-party distribution would naturally exert competitive forces on one another. The evidence of substitution I presented confirms my conclusion that PC first- and third-party distribution are in the same antitrust market in this matter.

159. To support his decision to exclude over 97 percent of Valve's competing sales from the "PC game distribution market" proposed by Plaintiffs in their Complaint,[289] Dr. Schwartz puts forward several justifications for excluding

---

[287] Dr. Schwartz appears to acknowledge this principle in the proposed but-for market share calculation to his damages model, which carries an assumption that the popularity of a publisher's titles on Steam proportionately drive the potential popularity of that publisher's own platform (where those titles would of course be first party). See Schwartz Merits Report, ¶ 438 ("Valve's ability to attract gamers to Steam through its first-party game offerings also contributed to the platform's ability to attract third party developers. ... I model the but-for market shares for Valve as well as the publishers that engaged in digital PC game distribution based on the relative success of their games on Steam.").

[288] Schwartz Merits Report, ¶¶ 52 ("As noted herein, the product dimension includes products that are reasonable substitutes for one another within the market and are related to the plaintiffs' claims. Products are economic substitutes if an increase in the price of one product, Product B, increases quantity demanded for the other product, Product A."), 59 ("Steam is a two-sided platform, and these market definition tools must be applied to *both* sides of the platform to determine the relevant market.").

[289] See Section 4.1.

---

first-party distribution as a competitor to Valve based on qualitative evidence of characteristics of first-party distribution. As I explain below, Dr. Schwartz fails to properly link this evidence with evidence of substitution. In this section, I rebut the various claims that Dr. Schwartz uses to justify his narrow market.

160.   **First-party distribution is commonplace and is responsible for a large share of industry revenues.**

161.   Dr. Schwartz argues that self-distribution is prohibitively expensive and only possible for large publishers.[290] This is not true and not a valid reason to exclude competitors from the relevant market.

162.   Self-distribution does not need to be prevalent in the number of publishers who undertake it in order to impose competitive pressure on the candidate market. What matters for market definition is the threat of substitution that it represents, which depends on the amount of revenue generated by this type of distribution.[291] As I established in Section 4.1, Dr. Schwartz excludes many of the most popular, high-grossing games (such as *Minecraft, Fortnite, World of Warcraft, League of Legends, Roblox,* and *Counter-Strike*) on the grounds that they are first-party sales. As I discussed above in Section 4.2.4, games offered through first-party distribution are similar in style and content to games that are offered through third-party distribution.

163.   Further, it is not true that self-distribution is prohibitively difficult or expensive. Self-distribution is even more commonplace when one considers publishers who may not operate self-distribution platforms with comprehensive features but instead maintain websites for self-distribution. As I describe in Section 2.2, and as Dr. Schwartz acknowledges, there are many such self-distribution options for small publishers.[292] They include websites where publishers can sell game launchers, browser games, or Steam keys. For example, Wolfire maintains a website for its game *Overgrowth*, which allows users to purchase the game or Steam key through the use of a Humble

---

[290]   Schwartz Merits Report, ¶¶ 84 ("According to Dr. Rietveld, self-distribution platforms are costly to both develop and maintain. Unsurprisingly, publishers who have created first-party digital PC game distribution platforms are predominantly large and have the resources and popularity to support their own platforms."), 94 ("Publishers may also consider self-publishing through a website rather than building an entirely new platform or a first-party storefront. Although this option may be more accessible and less costly for publishers, this is still not a reasonable substitute for both publishers and users. Publishers distributing via this method and switching away from third-party distribution lose access to the larger user base offered by a third-party platform.").

[291]   See Section 3.

[292]   Schwartz Merits Report, ¶ 222 ("Given the number of small publishers and variety of storefronts they may utilize, one would not expect Valve to be able to monitor every such offering.").

Widget.[293] Such websites can be an important distribution alternative for the publisher and an important purchase alternative for users.

164. Dr. Schwartz claims that these "less costly" self-distribution alternatives are also not in the market on the grounds that they do not provide publishers and users access to a large user base and a variety of game options, respectively, as large platforms do.[294] However, Dr. Schwartz does not consider in his analysis the abundance of tools available to users to discover games (such as forums and publications) and the ease with which users and publishers can multihome across PC platforms.[295] Dr. Schwartz also does not seem to analyze whether the number of games and users in the platforms he does include in his proposed market is different enough from those in the platforms he excludes. If Dr. Schwartz believes that the smaller and larger publishers in the class are differently situated, it is his burden to explain the difference in the competitive

---

[293] Humble Widgets are payment processing tools for self-distribution of games. See Wolfire Games, "Buy Overgrowth," available at https://overgrowth.wolfire.com/buy-now/, accessed on March 13, 2025 ("BUY OVERGROWTH ON HUMBLE BUNDLE."); Humble, "The Best Way to Sell Your Game from Your Website," available at https://www.humblebundle.com/developer/widget, accessed on March 23, 2025 ("The best way to sell your game from your website. If your game is being distributed via Steam or another platform, we'll distribute keys to both new purchasers and Kickstarter backers."); Humble Support, "Widget Developer FAQ," available at https://support.humblebundle.com/hc/en-us/articles/202742190-Widget-Developer-FAQ, accessed on March 23, 2025 ("We can deliver downloadable builds as well as 3rd-party keys (e.g. Steam keys, GOG keys). ... Q: What can I sell? A: Widgets can support a wide variety of formats for digital content: game downloads, 3rd-party keys (Steam, etc.), music, PDFs, videos, links, secret codes, you name it!").

[294] Schwartz Merits Report, ¶ 94 ("Publishers may also consider self-publishing through a website rather than building an entirely new platform or a first-party storefront. Although this option may be more accessible and less costly for publishers, this is still not a reasonable substitute for both publishers and users. Publishers distributing via this method and switching away from third-party distribution lose access to the larger user base offered by a third-party platform. Users lose the ability to reach multiple publishers and a wider variety of games, store their games in one library, and interact with their friends, features that users value in a third-party digital PC platform."), footnote 267 ("Similarly, a publisher could consider self-publishing via the web rather than building an entirely new platform. This self-publishing is less difficult than building a platform, and thus is more accessible to smaller publishers. However, for both publishers and users, this is not a sufficiently comparable method for distribution. For publishers, access to users is uncertain, at best, when publishing without a platform.").

[295] As one example, press coverage compares the prices for *Cyberpunk 2077* on Steam where the game is distributed as third-party and on GOG, where the game is distributed as first-party. Users can also rely on pricing aggregator websites such as IsThereAnyDeal or GG. Deals, which compare prices for the same games on first- and third-party distribution channels. See Dominik Bošnjak, "Cyberpunk 2077 and Phantom Liberty Drop to Lowest-Ever Prices on Steam," *Game Rant,* available at https://gamerant.com/cyberpunk-2077-phantom-liberty-lowest-ever-price-deal-steam-spring-sale/, accessed on March 23, 2025 ("CD Projekt Red's hit game has recently been treated to an even steeper, 60% Steam discount, bringing it down to $23.99. The ongoing offer beats *Cyberpunk 2077*'s prior lowest Steam price by exactly $3. The discount launched as part of the Steam Spring Sale 2025, making it exclusive to Valve's platform. Not even CD Projekt's own GOG store currently has *Cyberpunk 2077* on sale."); GG.deals, "Cyberpunk 2077," available at https://gg.deals/game/cyberpunk-2077/, accessed on March 23, 2025 ("Compare prices in official stores ... GOG ... Steam."); IsThereAnyDeal, "Cyberpunk 2077," available at https://isthereanydeal.com/game/cyberpunk-2077/info/, accessed on March 23, 2025 ("Store ... Steam ... GOG.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

environment and take this difference into account, rather than simply exclude competitors from the market.

165. **Small competitors can still act as a competitive constraint, either individually or together.**

166. Dr. Schwartz also argues that first-party distribution may not compete with Steam because it is difficult to compete with a platform that has large network effects,[296] or because publishers that began offering a platform to distribute their own games were not successful in taking Valve's share.[297]

167. As a matter of economics, Dr. Schwartz is incorrect to suggest that an individual firm must have a large share of the market in order to be a competitor. By contrast, it is standard to consider market activity as a whole, including all relevant substitutes, because it represents the full range of competition in the marketplace.[298] Furthermore, the academic literature is clear that even the threat of entry can discipline prices and drive competitive effects.[299]

168. On a practical level, and as I explained in Section 2.2, there are many examples of smaller competitors who successfully distribute games via first-party distribution platforms. These games include *Kerbal Space Program* (less than

---

[296] Schwartz Merits Report, ¶¶ 85 ("Even if a publisher can overcome the cost barrier, it is difficult for a *single* publisher to entice gamers to move to a standalone platform; and it is likely impossible, as a practical matter, for multiple game publishers to accomplish that, especially in the presence of Valve's alleged conduct. This is because users want access to the platforms that have the most games and other users."), 87 ("Valve has 'a sticky platform with mature, engaged users.'").

[297] Schwartz Merits Report, ¶ 87 ("As such, publishers who started their own first-party distribution platform, such as Ubisoft, Activision Blizzard, and EA, have ultimately gone back to distributing their games on Steam *alongside* their own platform because of Steam's market power.").

[298] 2023 Merger Guidelines, p. 40 ("The outer boundaries of a relevant product market are determined by the 'reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it.'"); Carlton and Perloff (2015), pp. 668–670 ("A proper definition of the product dimension of a market should include all those products that are close demand or supply substitutes."). As discussed in Section 4.2.1 above, U.S. competition agencies acknowledge that platforms may also face competitive pressure from non-platform rivals. See 2023 Merger Guidelines, p. 26 ("new technologies or services may create an important opportunity for firms to replace one or more services the incumbent platform operator provides, shifting some participants to partially or fully meet their needs in different ways or through different channels. Similarly, a non-platform service can lessen dependence on the platform by providing an alternative to one or more functions provided by the platform operators.").

[299] See, e.g., Austan Goolsbee and Chad Syverson, "How Do Incumbents Respond to the Threat Of Entry? Evidence from the Major Airlines," *Quarterly Journal of Economics*, 123(4), 2008, pp. 1611–1633 at p. 1631 ("The nature of Southwest's network means that the likelihood of their entering such a route rises dramatically when Southwest announces that operations will begin in the second endpoint airport, thus generating a discrete change in incumbents' expectations about the likelihood of new competition through entry. The results indicate that incumbents do indeed react preemptively to Southwest's entry threat. Incumbents drop fares significantly before entry occurs.").

in U.S. PC revenue in 2022), *Factorio* (less than ▮▮▮▮▮▮ of U.S. PC revenue in 2022), and *Escape from Tarkov*.[300]

169. **Valve has directly responded to competitive pressure from first party distribution.**

170. Dr. Schwartz argues that he is unaware of any evidence that Valve sees first-party distributors as competitors.[301] As I explained in Section 4.2.2, Scott Lynch testified that Valve introduced their reduced revenue share tiers in response to competitive pressure from self-distribution, and contemporaneous emails from Valve employees described the same reasoning.

171. **Valve competes to bring a wide range of games and users to Steam.**

172. Dr. Schwartz argues that distribution for games like *Minecraft* and *Roblox* does not represent competition with Valve because these games differ from other games, involve user-generated content, and act more like separate platforms.[302] These are not valid reasons to exclude the distribution of these games from the relevant market.

173. First, I note that Dr. Schwartz's attempt to draw a distinction between the "user-generated content" on *Roblox* and *Minecraft* and third-party games being distributed on Steam is unfounded, particularly given that the user-generated content Dr. Schwartz refers to in these games is quite similar to third-party distribution. For example, similar to Steam, content on *Roblox* is developed not just by individual "users," but also by well-funded game

---

300    See Section 2.2.

301    Schwartz Merits Report, ¶ 93 ("I have not seen documents or testimony suggesting that Valve regards these first-party distribution platforms as meaningfully competitive threats. This tends to suggest that Valve does not see them as substitutes.").

302    Schwartz Merits Report, ¶ 86 ("While these are first-party platforms (or self-publishing), they differ from typical first-party platforms because both *Roblox* and *Minecraft* encourage users to create in-game content to be consumed by other users. *Roblox* allows users that develop in-game content to offer it for sale to other users via its Marketplace. *Minecraft* similarly allows users that develop in-game content to offer it for sale to other users via the *Minecraft* DLC Marketplace. The interaction of users on these platforms thus differs from other first-party digital PC game distribution platforms. The emphasis that both *Roblox* and *Minecraft* place on user-generated content means the two games effectively operate as platforms, but with a multi-side component in its facilitation of transactions between game players. As such, it is most closely related to first-party distribution, but is even further removed in its substitutability because of its user experience."); *Minecraft* and *Roblox* have separate platforms users must download. Kyle Wilson, "How to Download Roblox on a Windows PC and Join Millions of Users on the Gaming Platform," *Business Insider*, November 5, 2021, available at https://www.businessinsider.com/guides/tech/roblox-download-pc, accessed on March 14, 2025 ("If you are interested in checking out [Roblox], you will have to install it. Here is how to install (and play) Roblox on a Windows PC ... Go to Roblox.com ... Click on the Download and Install Roblox button that appears. This will download the installation file to your computer."); Minecraft, "Buying Minecraft for Windows, MacOS or Linux," available at https://help.minecraft.net/hc/en-us/articles/6660924652557-I-Want-to-Buy-Minecraft-on-a-Windows-10-11-Device, accessed on March 14, 2025 ("BUYING MINECRAFT THROUGH THE MICROSOFT STORE ...Follow the onscreen instructions to download and install the Minecraft Launcher. ...BUYING MINECRAFT THROUGH MINECRAFT.NET ... Follow the onscreen instructions to download and install the Minecraft Launcher.").

development companies.[303] Some developers make fully-functional games that are distributed through *Roblox* and played by hundreds of millions of players, and some *Roblox* developers also publish popular games on Steam.[304] Some games on *Roblox* even appear to be copycats of successful games on Steam.[305] And, like on Steam, developers of games distributed through *Roblox* (in certain circumstances) receive a portion of their games' sales on *Roblox*.[306] *Minecraft* similarly pays a revenue share to developers of games distributed through *Minecraft*.[307] Therefore, Dr. Schwartz's characterization of *Roblox*'s and *Minecraft*'s user-generated content as substantially different from third-party distribution is unfounded and underscores the false dichotomy Dr. Schwartz creates between first- and third-party distribution.

174. Setting this aside, even games that are dissimilar from one another compete for users. As I explained in Section 2.1, the video gaming industry is diverse and complex, with a wide array of games. Many, including the most popular

---

[303] Business Wire, "Voldex Acquires *Brookhaven*, the Most Visited Game on *Roblox*," February 4, 2025, available at https://www.businesswire.com/news/home/20250204037702/en/Voldex-Acquires-Brookhaven-the-Most-Visited-Game-on-Roblox, accessed on March 20, 2025 ("Voldex, the premier home for top games on Roblox, has acquired Brookhaven, the largest life simulation title on the platform and a consistent top-three game by concurrent users (CCU) on Roblox, boasting 60 billion visits and more than 120 million monthly active players. ... Voldex is proud to share that its acquisition of Brookhaven was made possible via the company's recent capital raise transactions."); Dean Takahashi, "Emerging Developers on Roblox are Gaming's Rising Stars | The DeanBeat," *VentureBeat*, December 1, 2023, available at https://venturebeat.com/games/young-developers-are-gamings-rising-stars-on-roblox-the-deanbeat/, accessed on March 20, 2025 ("And making games on Roblox platform is one of [the bright spots]. Some of the developers on the platform are the millionaire entrepreneurs of a new generation. ... now there are people like Anne Shoemaker, who at the ripe age of 23 is CEO of her own Roblox studio Fullflower Studio, which has made games such as Mermaid Life, with more than 87.7 million visits, or plays on Roblox.").

[304] Max Power Gaming, "How Dead Rails Became the Hottest Roblox Game," available at https://maxpowergaming.co/so/ebPM1PnsH, accessed on March 20, 2025 ("A new game has taken Roblox by storm—Dead Rails. ... Lifetime visits: 232M visits to date."); Ali Jones, "Lethal Company Was Made by One Person, and Now it's Up There with Baldur's Gate 3 and Starfield as One of the Best-Selling Steam Games of 2023," *GamesRadar+*, January 17, 2024, available at https://www.gamesradar.com/lethal-company-was-made-by-one-person-and-now-its-up-there-with-baldurs-gate-3-and-starfield-as-one-of-the-best-selling-steam-games-of-2023/, accessed on March 23, 2025 ("[Lethal Company] is a game made and published by a single developer, Zeekers. They got their start in gamedev via Roblox, and now, if you take into account Steam's 30% revenue cut for most games, is likely to have made in excess of $35 million from Lethal Company.").

[305] Robert Sperduto and Abby Smith, "12 Best Roblox FPS Games (2022)," *Pro Game Guides*, available at https://progameguides.com/roblox/best-roblox-fps-games/, accessed on March 24, 2025. *Counter-Strike 2* is a "first-person shooter" game published by Valve and available only on Steam. See Appendix Section 14.2.

[306] Roblox, "Earn on Roblox," available at https://create.roblox.com/docs/production/earn-on-roblox, accessed on March 20, 2025 ("Average cash payouts ... 25% ... Developer share – Developer Exchange ... This percentage is the experience developer's earnings based on transactions in the experience, after cashing out through our Developer Exchange program...").

[307] Minecraft, "The Minecraft Partner Program," available at https://www.minecraft.net/en-us/partner, accessed on March 20, 2025 ("As an official partner, you'll get to sell your creations and share your imagination with an incredible audience.").

---

games, are likely to be different from one another. Dr. Schwartz rightly does not use this logic to separate different games on Steam into different markets. While it is true that firms do compete to attract users of games similar to their own games, they also compete to attract a new user base to their own games. In other words, while Valve and Activision Blizzard compete for users of their similar games *Half-Life 2* and games in the *Call of Duty* franchise, Valve would also like to attract users who typically have played different types of video games like *Minecraft* and *Roblox* to Steam.[308] Therefore, it does not make sense to exclude revenue from games that are distributed through first-party channels on the grounds that these games are dissimilar to games that are distributed through third-party channels.

175.   Games offered on self-distribution platforms are often similar to many games offered on Steam. Like *Roblox* and *Minecraft*, many popular games distributed on Steam and other platforms in Dr. Schwartz's market also rely on user-generated content (such as *Garry's Mod* and *Terraria*).[309]

176.   Dr. Schwartz admits that *Minecraft* and *Roblox* are platforms that facilitate video game transactions between multiple parties, not that different from platforms he *does* include in his proposed market.[310] From the point of view of the platform operators, the user-generated content sold to other users is third-party content, and Dr. Schwartz fails to explain why those sales do not qualify as third-party distribution that he should have included in his proposed market.

177.   **First-party distribution is not a "complement" to third-party distribution.**

---

[308]   Lynch 30(b)(6) Deposition, pp. 113-115 ("Q. And you wanted to bring people like EA back to the platform? A. Well, we wanted -- it was -- it was not only people like EA. It was, you know, there were – you know, independent developers that, you know, had made hit games and just had never ever come to Steam. So it was like, you know, Riot, League of Legends. It was like Minecraft -- God, we wanted Minecraft. Hell, it was like Fortnite ... We've tried so hard for so long [to get *Minecraft*]. Maybe some day. We will never give up.").

[309]   Buck Rivers, "What Garry's Mod Is & What You Can Do With It," *Screen Rant*, September 18, 2020, available at https://screenrant.com/garrys-mod-steam-games-how-use-valve-assets/, accessed on March 14, 2025 ("Garry's Mod is a sandbox game built for Valve's Source Engine. ... The game allows players to create truly anything they want because it is complete with user-created features that can be added at any time. ... Players who want to quickly get started should buy Garry's Mod on Steam."); TJ Denzer, "Terraria Gets Steam Workshop Support Almost a Decade After Launch," March 29, 2021, available at https://www.shacknews.com/article/123582/terraria-gets-steam-workshop-support-almost-a-decade-after-launch, accessed on March 14, 2025 ("Developer Re-Logic announced the arrival of Steam Workshop support in the recent patch notes in a Steam developers blog post on March 29, 2021. Given that Terraria has been around for almost a decade and is heavily based around a sandbox experience in which players build and create to their heart's content, mods are not exactly a new thing to the game.").

[310]   Schwartz Merits Report, ¶ 86 ("*Roblox* allows users that develop in-game content to offer it for sale to other users via its Marketplace. *Minecraft* similarly allows users that develop in-game content to offer it for sale to other users via the *Minecraft* DLC Marketplace.").

---

178. Dr. Schwartz argues that first-party distribution is a "complement" to Steam.[311] This argument stands in direct contrast with the economic definition of complement, as well as Dr. Schwartz's acknowledgement that substitution is driven by both sides of the platform.

179. Economic goods are complements when, all else equal, a decrease in the price of one good leads to more demand for the second good.[312] As I discussed in Section 3.4, a classic example of complementary goods is hot dogs and hot dog buns. All else equal, when the price of hot dogs goes down, consumers will buy more hot dogs, but they will also buy more hot dog buns because consumers often buy those two complementary goods together. If Dr. Schwartz were correct that first- and third-party distribution were complementary goods, then when the price of a game on Steam decreases, users would demand more of the game on Steam *and* on the publisher's self-distribution platform. Because users do not typically need to purchase the same game multiple times, describing these goods as complements does not make economic sense. As I explained in Section 3.4, when a user buys a game on one channel, the user typically no longer considers matching with the publisher for the same game on another channel; hence, when the price of a game on one distribution channel decreases, demand for the game on that same channel will increase, but demand for the game on other channels will decrease. Therefore, different video game distribution channels act as substitutes.

180. **Finally, Dr. Schwartz makes claims that are inconsistent with his exclusion of first-party distribution from his proposed market by acknowledging the competitive pressure first-party distribution imposes on third-party distribution.**

181. Dr. Schwartz's exclusion of first-party distribution from his proposed relevant market is at odds with his calculation of alleged but-for market shares. Dr. Schwartz assumes that success in first-party distribution can drive success in third-party distribution when he attempts to generate but-for market shares for his damages model.[313] In making this argument, Dr. Schwartz not only admits competition between first- and third-party distribution, but he also recognizes that the competitive threat depends on the amount of revenue that would potentially move from one platform to another. The ██ publishers identified by Dr. Schwartz made up only ██ percent of all revenue on Steam for 2008 through 2012.[314] On the basis of revenue, the class overwhelmingly

---

[311] Schwartz Merits Report, ¶ 95 ("Instead, at best, and supported by the economic evidence, this distribution is complementary to third party digital PC game distribution via platforms.").

[312] Pindyck and Rubinfeld (2013), p. 24 ("Goods are complements when an increase in the price of one leads to a decrease in the quantity demanded of the other.").

[313] Schwartz Merits Report, ¶¶ 435 ("Successful games can drive platform adoption and ultimately platform success."), 438 ("Valve's ability to attract gamers to Steam through its first-party game offerings also contributed to the platform's ability to attract third-party developers (that is, build network effects). As I note above, other publishers have attempted to utilize a similar model to build their own digital PC game distribution platforms.").

[314] Schwartz Merits Report, Table 6; Workpaper 7.

consists of the firms who Dr. Schwartz acknowledges can and do develop competing platforms. Further, Dr. Schwartz's justification for this approach is that, in the early days of Steam, Valve became popular through its first-party sales of *Half Life 2*, enabling it to later be successful in third-party distribution.[315] Once again, Dr. Schwartz appears to acknowledge that users substitute between first- and third-party distribution.

182.   Similarly, in Dr. Schwartz's damages model, he compares his proposed market to an alternative industry, subscription video on demand ("SVOD"), in which firms that offer first-party content compete with those that offer third-party content. Dr. Schwartz describes how in the SVOD industry, Netflix was initially a leader but its shares declined following competition from other firms like Disney.[316] Disney offers primarily first-party content to its users and Netflix offers a mix of first-party content and third-party content.[317] Despite this, Dr. Schwartz notes that the two firms compete with one another. Dr. Schwartz makes no mention of Disney's first-party content, and he even points out how Netflix's market shares decline as a consequence of competition from Disney's (primarily first-party) content.[318] Dr. Schwartz's analysis of the SVOD industry highlights how competition between distributors does not depend on whether or not a distributor owns the content it distributes.

183.   Additionally, when Dr. Schwartz describes the alleged PMFN policy, he claims that Valve imposed the alleged PMFN policy on the prices of games offered on publishers' own platforms. For example, many of the examples in Dr. Schwartz's PMFN policy enforcement analysis look at prices of games on the EA App and other self-distribution platforms.[319] I understand that Professor Gowrisankaran finds in his rebuttal report that evidence is inconsistent with

---

[315]   Schwartz Merits Report, ¶ 435 ("Successful games can drive platform adoption and ultimately platform success. Valve used its highly popular game, *Half-Life 2*, to attract users to Steam in the platform's early years, that is, around 2004.").

[316]   Schwartz Merits Report, ¶ 443 ("Sources discuss that Netflix's share has decreased due to the competitive entry from services such as Amazon Prime Video and Disney Plus.").

[317]   Patrick Farmer and Keegan Prosser, "Disney Plus: How to Sign Up, 2025 Content Guide, Movies & More," *Android Central*, October 3, 2024, available at https://www.androidcentral.com/disney-plus, accessed on March 23, 2025 ("Disney Plus is a streaming service that combines all of the content in Disney's massive media empire — from Disney and Pixar to Marvel, Lucasfilm, and National Geographic to 20th Century Fox — in one easy-to-use app."); FilmTake, "Netflix's Licensing Surge: Resuming Role as Hollywood's Content Aggregator," February 13, 2024, available at https://www.filmtake.com/distribution/netflix-reverses-course-to-reembrace-third-party-content-licensing/, accessed on March 23, 2025 ("Netflix's recent refocus on third-party licensing, exemplified by the resurgence of middle-of-the-road shows like 'Suits' and 'Lucifer,' highlights a strategic pivot towards utilizing third-party content to bolster its catalog and retain subscribers.").

[318]   Schwartz Merits Report, Figure 12, ¶ 443 ("Netflix's share has decreased due to the competitive entry from services such as ... Disney Plus.").

[319]   Of the 49 games Dr. Schwartz analyzes, he compares the price of a product on Steam with its price on a self-distribution platform in 33 of them.

Valve enforcing a PMFN policy.[320] However, setting this aside, Dr. Schwartz's allegation that Valve enforced a PMFN policy against the EA App and other self-distribution platform implies that Valve felt competitive pressure from these platforms. If Valve did not feel competitive pressure from these platforms, Valve would have no need to impose a PMFN policy on them.

184.  Ultimately, none of the arguments put forward by Dr. Schwartz for exclusion are economically valid and none support his decision to define the market based on ownership and vertical integration, instead of evidence of direct competitive effects and the substitutability of the products from the user and publisher's perspective.

## 4.3. Sales in third-party key resellers are part of the relevant market

185.  As discussed in Section 2.2, users and publishers can buy and sell PC games on third-party key resale sites. While he claims he includes them in his market share calculations "to be conservative," Dr. Schwartz claims that these third-party key resellers (which he refers to as "non-gameplay" platforms) "should not be included within the relevant market" because they "only facilitate transactions rather than gameplay."[321] This claim ignores that (a) Valve must compete with platforms that offer transactions regardless of whether they offer gameplay, (b) from a user perspective, buying a Steam key is a substitute to buying the game on Steam since they offer an identical product, and (c) publishers are motivated to substitute between selling games on Steam and selling Steam keys because they typically pay lower revenue shares on key reseller sites. This is yet another exclusion rooted in an artificial segmentation of PC distribution.

186.  A firm operating a platform without gameplay can still compete against Valve, so long as that platform facilitates interactions between users and publishers. Because Valve earns revenue for transactions that occur on Steam, Valve must compete for a transaction to occur on Steam instead of on other platforms. Otherwise, Valve would not earn revenue from the interaction, even if gameplay for those key purchases still occurred on Steam. Dr. Schwartz ignores this when he claims that third-party key resellers should not be included in his market and are not substitutes for Steam because they only support transactions rather than gameplay. Once a user purchases a Steam key for a game, they no longer have a need to purchase the game on Steam at all, so Valve will not earn revenue from the initial sale of that game.[322]

---

[320]  Gowrisankaran Merits Rebuttal Report, Section 7.1.

[321]  Schwartz Merits Report, ¶ 68.

[322]  Although Valve would not earn any revenue from a user's purchase of the Steam key itself, Valve would still earn revenue from that user's subsequent in-game microtransactions.

---

187. Valve must compete with firms that operate third-party key resale sites because buying and selling Steam keys are substitutes for buying and selling games on Steam for both users and publishers.

   a. For users, buying a Steam key provides an identical product to buying the game on Steam. This is because, once a Steam key is redeemed, Steam hosts and updates the game and provides all of Steam's features to the user.[323] Since it provides an identical product, a Steam key is the closest possible substitute to a game purchased on Steam from the user perspective.

   b. For publishers, selling games on Steam or through a Steam key reseller may still imply costs, such as paying a share of revenue on each sale or a wholesale price for the keys.[324] But publishers may choose to sell games on third-party key resale sites because those sites typically charge a lower nominal revenue share than Valve, e.g., the Humble Store charges a 25 percent revenue share.[325]

188. Dr. Schwartz also fails to analyze the competitive pressure that Steam key sales impose on Valve. While revenue from Steam key sales is not available in this matter, Dr. Schwartz does not engage with the evidence that *is* available in this matter that would have allowed him to do so. As I discussed in my Class Certification Report, Steam key sales can be approximated using data produced by Valve on Steam key requests and redemptions.[326] Those data

---

[323] Valve Corporation's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, *In Re Valve Antitrust Litigation*, July 5, 2023, p. 6 (Interrogatory No. 14) ("Valve initially created Steam Keys to allow people who bought Valve games in a box to have access to Steam services. Among other things, Steam allows games to be easily kept up to date, so everyone who plays it has the same version—a must for multiplayer games."); Kyle Orland, "Why Valve Actually Gets Less Than 30 Percent of Steam Game Sales," *Ars Technica*, April 4, 2019, available at https://arstechnica.com/gaming/2019/04/why-valve-actually-gets-less-than-30-percent-of-steam-game-sales/, accessed on March 23, 2025 ("key-based sales can still access the same online lobbies, achievement and leaderboard systems, Steam Workshop inventory management, Steam server APIs, anti-cheat services, and everything else that comes with being on Steam.").

[324] Wes Fenlon and Tyler Wilde, "PC Game Storefronts Compared: What You Need to Know About Retailers and Resellers," *PC Gamer*, July 12, 2019, available at https://www.pcgamer.com/pc-game-storefronts-compared-what-you-need-to-know-about-retailers-and-resellers/, accessed on March 5, 2025 ("Rarely, a publisher might sell a bulk batch of keys to a retailer to do with as they please. More often, though, a publisher will give a retailer keys to sell, and then the retailer will report back after a certain amount of time, returning any unsold keys and paying the publisher their cut from the ones that sold.").

[325] Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, October 7, 2019, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on March 15, 2025 ("Another exception is the Humble Store (which is owned by IGN's parent company, Ziff Davis, but does not influence coverage in any way, full disclosure at the bottom of the page), which takes a 25% cut but only keeps 15% of that for itself, letting the buyer choose whether the other 10% goes to charity or back to them as store credit.").

[326] I note that, as I discussed in my Class Certification Report, although Steam key sales can be approximated using available data, different assumptions about the quantities and prices of Steam keys sold lead to different approximations of Steam key sales. See Chiou Class Certification Report, Section 4.1.

---

indicate that the revenue publishers obtain from Steam key sales is likely sizable—for example, I found that publishers that requested Steam keys between December 2018 and November 2021 requested ▇ Steam keys for each unit they sold on Steam.[327] Dr. Schwartz himself claims to find that "the vast majority of publishers offering games on Steam... have utilized Steam Keys."[328] As I explain in Section 9.1.3 below, Dr. Schwartz excludes the majority of key reseller platforms from his proposed market (he includes only sales from Humble, Green Man Gaming, and GamersGate), even though he claims to conservatively include sales from third-party key resellers in his proposed market. He does not provide justifications for these exclusions, nor does he demonstrate they are consistent with the available evidence on Steam keys in this matter.

189.    In summary, Valve competes with key resellers for game transactions. Users and publishers can buy and sell the exact same games on Steam or Steam key resale sites. Key resale sites are close substitutes for Steam and belong in the same product market in this matter.[329]

---

[327]    Chiou Class Certification Report, ¶ 197.

[328]    Schwartz Merits Report, ¶ 169.

[329]    I note that Dr. Schwartz also claims that Valve imposed a PMFN policy on Steam key resellers. Dr. Schwartz's allegation that Valve enforced a PMFN policy against Steam key resellers implies that Valve felt competitive pressure from these platforms. If Valve did not feel competitive pressure from these platforms, they would have no need for an alleged PMFN policy against them. See Schwartz Merits Report, figure 3 ("▇ is eating their margin to run that sale ... we will often limit marketing of the title on Steam until the pricing is competitive among platforms."). See also Gowrisankaran Merits Rebuttal Report, Section 7.1.1.

# 5.  VALVE COMPETES WITH CONSOLE PLATFORMS IN THE RELEVANT MARKET

190.  Console gaming provides competitive pressure on Valve and other PC distribution platforms. These distribution channels are substitutes because, as described in Section 3.3, the core service of matching users and publishers can occur in either of them. In this section, I show that console and PC platforms are close substitutes, impose competitive pressure on each other, and belong in the same antitrust market in this matter. Yet, as described in Section 1.3, Dr. Schwartz excludes console gaming from his proposed relevant market.[330]

191.  I organize my discussion according to two ways that substitution can occur between PC and console platforms.

a. First, substitution can occur by video game (i.e., between purchases of games on console and PC platforms). I find that many publishers and users multihome (i.e., they use both PC and console games), particularly for popular games. Because popular games generate substantial revenue, publisher and user substitution across PC and console platforms exerts competitive pressure on Steam and other third-party PC platforms. I also find that games available on both PC and console platforms have similar overall functionality. Given these two facts, it is economically intuitive that users would closely substitute between games on PC and console platforms and belong in the same antitrust market in this matter. Consistent with this, I find that firms make strategic decisions based on the substitutability of PC and console gaming (Section 5.1).

b. Second, substitution can occur by device (i.e., between purchases of console and PC devices). Over longer periods of time, users and publishers may substitute between devices. Dr. Schwartz fails to consider this type of substitution. I find that *both* console operators (like Nintendo, Sony, and Microsoft) and PC platform operators (like Valve) make their product offerings and their policies on their products based on competition from one another. To attract PC and console publishers and users, PC platform and console operators make their platforms more similar to or more appealing than each other. Valve also offers a product, the Steam Deck, to directly compete with console devices like the Nintendo Switch. Following the release of the Steam Deck, Nintendo announced it will release the Switch 2, with features making it even more similar to Valve's offering. In responding to competitive pressure from each other, PC and console platform operators reveal how strongly they perceive the threat of substitution between the two types of distribution (Section 5.2).

---

[330]  Schwartz Merits Report, ¶ 106 ("I also consider whether distribution services for games to be played on consoles (e.g., PlayStation, Xbox, etc.) are substitutes for PC-gaming distribution services, and conclude that they are not reasonable substitutes.").

192. Taken together, this evidence of strong substitution by publishers and users across PC and console platforms indicate that they belong in the same market.

## 5.1. Substitution and competition between PC and console video games

193. Substitution can occur by video game between PC and console gaming. Consider a publisher who multihomes (i.e., offers their games on both PC and console platforms). For each of their titles, that publisher must decide on which platforms to initially release their games and may, over time, choose to remove or add their existing games from those platforms. Similarly, consider a user who multihomes, or plays games on both PC and console platforms. For each instance in which that user would like to play a new video game, they must decide on which platform to make her video gaming purchase.

194. Dr. Schwartz argues that multihoming is uncommon by publishers and users across PC and console platforms for a variety of reasons.[331] However, Dr. Schwartz mischaracterizes and dismisses evidence of the prevalence of multihoming by both publishers and users. In this section, I discuss competition and substitution between PC and console platforms driven by high levels of publisher and user multihoming on popular or similar games.

   a. First, I establish that many publishers and users multihome between PC and console gaming, particularly for popular games. Because popular games generate substantial revenue, substitution across PC and console platforms by publishers and users exerts competitive pressure on Steam and other third-party PC platforms (Section 5.1.1).

   b. Second, I show that substitution between PC and console gaming is economically intuitive when publishers and users multihome because video games offered on them have similar overall functionality (Section 5.1.2).

   c. Third, I show that industry participants view PC and console distribution platforms as substitutes and make strategic business decisions accordingly (Section 5.1.3).

195. As I will discuss below in Section 5.2, multihoming is not the only way that publishers and users substitute between PC and console distribution. However, when multihoming is present, publishers and users can more easily substitute between PC and console platforms when deciding where to offer or play a specific video game.

---

331  See, e.g., Schwartz Merits Report, ¶ 112 ("Survey results demonstrate that only a minority of video game consumers multihome between PCs and consoles such that PC and console players rarely overlap.").

### 5.1.1. Many publishers and users multihome between PC and console gaming, facilitating substitution

196.   As discussed above in Section 3.3, multihoming facilitates substitution between two-sided platforms. In this section, I present evidence that both publishers and users multihome between PC and console gaming, facilitating substitution across the two channels.

197.   **First, publishers commonly multihome between PC and console platforms.** As I will discuss further in Sections 5.1.2 and 5.2, the hardware and software in PC and console gaming are converging over time, making it easier and more appealing for publishers to offer their games across both platforms. Further, several popular tools for game development such as Unreal Engine and Unity simplify publishing a game on both PC and console platforms, often allowing developers to enable cross-platform compatibility with just a few dropdown menu selections.[332]

198.   Consistent with this, I find evidence that many publishers do make their games available on both PC and console platforms. My analysis shows that the best-selling games on console are also available on PC platforms and vice versa. Exhibit 7 summarizes platform availability for top selling games for PC platforms, PlayStation, and Xbox.[333] This analysis consists of games among the top ten best-sellers in 2024 in the U.S. on either PC, Xbox, or PlayStation. The exhibit shows substantial overlap in the most popular content on PCs, PlayStation, and Xbox. Of the top ten games on PC, six are also available on both PlayStation and Xbox. Nine of the top ten PlayStation titles and nine of the top ten Xbox titles are available on PC. Two of the top-selling games in 2024—██████████████████████████████████—appear in the top ten list for all three (PC, PlayStation, and Xbox).

---

[332]   Unreal Engine, "Packaging Projects," available at https://dev.epicgames.com/documentation/en-us/unreal-engine/packaging-unreal-engine-projects#orderingyourpakfile, accessed on March 16, 2025 ("To package a project for a specific platform, click on File > Package Project > [PlatformName] in the Editor's main menu … Confirming the target directory will then initiate the actual process that packages the project for the selected platform."); Unity, "Publishing Builds," available at https://docs.unity3d.com/550/Documentation/Manual/PublishingBuilds.html, accessed on March 16, 2025 ("When you are ready to publish your build, select a Platform and make sure that the Unity logo is next to the platform; if its not then click in the Switch Platform button to let Unity know which platform you want to build for.").

[333]   This analysis does not include the Nintendo Switch. This is because Nintendo pursues a business strategy of publishing its games exclusively on the Nintendo eShop to compete with other platforms. Consequently, many popular games on Switch are only available on Switch. Steve Watts et al., "The Best Nintendo Switch Games in 2025," *GameSpot,* January 3, 2025, available at https://www.gamespot.com/gallery/best-nintendo-switch-games/2900-3828/#1, accessed on January 21, 2025 ("As 2025 begins, it's a good time to catch up on the very best Nintendo Switch games. As you may expect, many of the best Nintendo Switch games are published by Nintendo itself. The vast and impressive library of exclusives has been complemented by a staggering number of third-party hits.").

---

Expert Report of Lesley Chiou, Ph.D.                    Valve competes with console platforms in the relevant market

Exhibit 7
*Many popular games multihome between PC and console platforms*

| Game | Available on PC | Available on PlayStation | Available on Xbox |
|---|---|---|---|
| 1. ███ | Top 10 | Top 10 | Top 10 |
| 2. ███ | Top 10 | | |
| 3. ███ | Top 10 | ✓ | Top 10 |
| 4. ███ | | Top 10 | Top 10 |
| 5. ███ | ✓ | Top 10 | ✓ |
| 6. ███ | ✓ | Top 10 | ✓ |
| 7. ███ | ✓ | Top 10 | Top 10 |
| 8. ███ | Top 10 | Top 10 | Top 10 |
| 9. ███ | ✓ | Top 10 | Top 10 |
| 10. ███ | Top 10 | Top 10 | |
| 11. ███ | Top 10 | | |
| 12. ███ | ✓ | ✓ | Top 10 |
| 13. ███ | ✓ | Top 10 | Top 10 |
| 14. ███ | ✓ | Top 10 | Top 10 |
| 15. ███ | Top 10 | ✓ | ✓ |
| 16. ███ | Top 10 | ✓ | ✓ |
| 17. ███ | ✓ | ✓ | Top 10 |
| 18. ███ | Top 10 | ✓ | ✓ |
| 19. ███ | Top 10 | | |

*Source: Newzoo*
Note: Figure summarizes the top 10 games in the U.S. by 2024 consumer spending for PC, PlayStation, and Xbox, among games with available game-level revenue data on Newzoo. "✓" indicates that the given game was available on the given device in 2024. "Top 10" indicates that the given game was available and among the top 10 games by revenue for the given device/platform in 2024. Games are organized alphabetically.

199.    This pattern of overlap also holds among games outside of the top ten. For example, when extending the analysis to the top 50 best-selling games on PC, PlayStation, and Xbox, I find that 26 titles appear in the list for all three in

2024.[334] When looking at all games in Newzoo's Game Performance Monitor spending data that were available on at least one of these platforms in 2024, ▮ percent were available on all three (▮ percent in terms of revenue).[335]

200.    Consistent with these general trends, publishers on Steam can (and do) choose to distribute their games on PlayStation and Xbox. ▮ of the top 100 games on Steam in 2024 were available on PlayStation and/or Xbox as well.[336] As shown in Exhibit 8, these ▮ games (included in the dark blue, blue, and light blue portions of the chart) accounted for ▮ percent of the Steam revenue from the top 100 games. These ▮ games accounted for ▮ percent of *all* revenue on Steam in 2024.[337] For the top 500 games on Steam in 2024, ▮ were available on PlayStation and/or Xbox, and accounted for ▮ percent of all revenue on Steam.[338]

---

[334]    Workpaper 8. I note that 22 of these titles are available on Steam and accounted for ▮ percent of total Steam revenue in 2024.

[335]    Workpaper 9.

[336]    Workpaper 10. The top 100 games on Steam in 2024 accounted for ▮ percent of all revenue on Steam in 2024. See Workpaper 11.

[337]    Workpaper 12.

[338]    Workpaper 13. The top games on Steam in 2024 are based on revenue, including both package sales and microtransaction sales. To determine whether or not a game is available on PlayStation or Xbox, I manually reviewed the Newzoo data for each game for the top 100 games. In cases where a game is not available in Newzoo data, I conduct online research to identify whether the game is available on PlayStation and Xbox. See Appendix Section 14.2. I do not conduct this manual review for the top 101-500 games, instead I conservatively only include games that match between Steam data and Newzoo data after performing basic string cleaning. If the game does not exist in the Newzoo data, I conservatively assume that the game is unavailable on PlayStation and Xbox.

Expert Report of Lesley Chiou, Ph.D.                    Valve competes with console platforms in the relevant market

Exhibit 8
*Of the top 100 games on Steam in 2024, games that are available on console platforms account for the majority of Steam revenue*



Source: *Schwartz Merits Report, backup materials; Newzoo*

Note: This exhibit presents the total revenue on Steam from the top 100 games in 2024 according to Newzoo and grouped by whether the games were also available on Xbox, PlayStation, or both. The top 100 games on Steam in 2024 accounted for ███ percent of all revenue on Steam in 2024. See Workpaper 11. Information on Xbox and PlayStation availability is from Newzoo. See Appendix Section 14.2.

201.    These results from my multihoming analysis are consistent with how multihoming in gaming is described by industry participants and antitrust authorities. In its review of the Microsoft/Activision Blizzard merger, the U.K. Competition and Markets Authority ("CMA") found that "many games are available on both PCs and consoles."[339] A third-party in the litigation told the

---

339    Competition & Markets Authority, "Anticipated Acquisition by Microsoft of Activision Blizzard, Inc. Final Report," April 26, 2023, available at https://assets.publishing.service.gov.uk/media/644939aa529eda000c3b0525/Microsoft_Acti vision_Final_Report_.pdf ("CMA MS-ABK Final Assessment"), Section 5.43.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

CMA that "most third parties publish their content on PC and console."[340] When discussing the possibility of offering a PC version of the console game *GTA 6*, Take-Two CEO Strauss Zelnick stated in an earnings call that "The audience is going to show up if you have great properties, so we just have to make sure to be on an array of platforms ... If one platform diminishes in value, there's always another one."[341] This evidence is consistent with publishers' recognition of the importance of multihoming because they view the platforms they multihome across as substitutes.

202. Dr. Schwartz's assertion that multihoming across PC and console platforms is uncommon is not supported on a factual or economic basis. First, Dr. Schwartz argues that publisher multihoming is unlikely because of the characteristics of the process of publishing a game on each platform, rather than engaging with actual evidence of publisher multihoming. Dr. Schwartz claims that the differences in the technology, software, and audience across PC and console platforms constrain publisher multihoming because publishing a game across the two channels requires additional time and cost.[342] As I discussed above, over time it has become easier for publishers to offer their games across both PC and console platforms. Moreover, even if it were true, the fact that a video game developed for one channel may not be readily distributable on another is, by itself, not a sound economic basis to exclude them from the same market because it ignores publishers' actual decisions over where to publish their games. As I discussed above, many publishers *do* make their games available across both PC and console platforms.

203. Second, even if publisher multihoming across PC and console platforms were not common (though as I have demonstrated, it is), not all publishers must multihome in order for those that do to exert competitive pressure on Valve. Dr. Schwartz argues in favor of excluding consoles from the relevant market because multihoming is not universal for all publishers and titles. In particular, he claims that there are more games on Steam than on console platforms,[343] console platforms control the publishers and games allowed on

---

340   CMA MS-ABK Final Assessment, Section 5.37.

341   Jordan Gerblick, "GTA 6 Publisher Says It 'Isn't Complicated for Us to Support' PC and, Great, Cool, So Where's That GTA 6 PC Announcement?" *GamesRadar+*, November 6, 2024, available at https://www.gamesradar.com/games/grand-theft-auto/gta-6-publisher-says-it-isnt-complicated-for-us-to-support-pc-and-great-cool-so-wheres-that-gta-6-pc-announcement/, accessed on March 16, 2025.

342   Schwartz Merits Report, ¶ 107 ("Importantly, developers choosing between PC and console distribution services must consider the differences that exist in video game development requirements for the respective platforms. A video game developed for use on a PC (console) is not readily distributable on a console (PC), as the PC (console) game must first be adapted to the console's (PC's) parameters. There are time and monetary costs to creating multiple versions of a game that can be played on PCs and the set of different gaming consoles.").

343   Schwartz Merits Report, ¶ 110 ("There is a significant discrepancy in content availability between consoles and PCs. For example, as of March 2023, there were over 67,000 games available on Steam. In contrast, there were around 12,000 games available on Nintendo Switch, 6,000 games on PlayStation 4 and 5 combined, and 3,000 on Xbox.").

---

their platforms,[344] and users prefer specific genres across the two channels.[345] The analysis I presented in Exhibit 8 shows that multihoming between PC and console platforms exerts substantial competitive pressure on Valve because the games for which publishers multihome account for a substantial portion of Steam revenue.

204.  Dr. Schwartz also argues that any multihoming between PC and console gaming provides evidence that these products are complements.[346] As I established in Section 3.4, multihoming does not constitute evidence of complementarity; the correct interpretation of multihoming is that it facilitates substitution and thereby provides evidence that the two products in question are substitutes.

205.  **Second, like publishers, users often choose to multihome by playing games on multiple platforms and devices.** In its review of the Microsoft Activision Blizzard merger, the CMA found that users multihome across PC and console devices. In particular, the CMA surveyed PlayStation owners and found that 29 percent of respondents also owned a PC suitable for gaming.[347]

---

[344]  Schwartz Merits Report, ¶ 111 ("In addition, a PC video game developer may not be able to distribute via consoles, even if they want to do so, because the major console providers—Sony, Microsoft, and Nintendo—serve as gatekeepers to their platforms"). Dr. Schwartz mistakes a procompetitive aspect of PC gaming (i.e., allowing many publishers and games to participate in the market) for a market definition point against consoles. I understand that Prof. Gowrisankaran explains in his initial merits report how self-publishing on Steam was a procompetitive benefit Valve offered to publishers. See Gowrisankaran Merits Affirmative Report, Section 3.4; ¶ 88 ("The ease of self-publishing on Steam, combined with the higher profitability that can be associated with self-publishing, are direct benefits to developers but also have the procompetitive effect of enticing more developers and publishers to release games into the market.").

[345]  Schwartz Merits Report, ¶ 113 ("[C]onsumers appear to have genre-specific preferences for playing games on PCs relative to consoles that could limit the substitutability across platforms. In a 2021 ESA survey, the top game genre preferred among PC video game consumers was 'Casual' (*e.g.*, *Tetris, Solitaire*) while the top game genre preferred among console video game consumers was 'Action' (*e.g.*, *Grand Theft Auto, Super Mario Odyssey*).").

[346]  Schwartz Merits Report, ¶ 107 ("Although many large video game developers make PC games and console games, the mere existence of alternative gaming options does not mean they are substitutes for purposes of relevant market definition. I have seen no indication that consoles are viewed as substitutes for digital PC game distribution via platforms. To the contrary, the economic evidence suggests that distribution services for PCs and consoles, if anything, are complements.").

[347]  Specifically, the survey was conducted on PlayStation owners in the UK who played Call of Duty. DJS Research, "PlayStation Gamer Research," December 2022, available at https://assets.publishing.service.gov.uk/media/63e23ccce90e07626de4c9d0/ToH1_online_survey_research_report_DJS_Research.pdf ("In addition to the PlayStation, a Nintendo Switch was the most popular gaming device owned, followed by a PC suitable for gaming."); CMA MS-ABK Final Assessment, Section 5.7 ("We engaged an independent market research company to conduct an online survey. The survey polled a random sample of PlayStation CoD gamers— defined for the purposes of the survey as those who played at least 10 hours or spent at least $100 on the game between July 2021 and June 2022.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

206. Evidence from public sources similarly indicates that users often play games on both PC and console. For example, a Newzoo survey from 2022 reported that 29 percent of PC and/or console players played games on both PC and console.[348] A 2024 *IGN* article suggests that users perceive PC gaming and console gaming as similar options.[349]

207. This is consistent with the survey evidence related to multihoming that Dr. Schwartz relies on in his report. For example, Dr. Schwartz relies on survey evidence from Newzoo reporting that ▮ percent of respondents played games on both PCs and consoles and ▮ percent of respondents played games on PCs, consoles, and mobile devices.[350] Dr. Schwartz interprets this to mean that only a minority of video game users multihome between PCs and consoles.[351] However, even if user multihoming across PC and console platforms was not common (though as I have demonstrated, it is), not all users must multihome in order for those that do to exert competitive pressure on Valve. In fact, the survey evidence Dr. Schwartz cites from Newzoo also indicates that the users that do multihome across platforms spend ▮▮▮▮▮the amount of time playing video games as users that only play video games on a single platform.[352] Dr. Schwartz fails to consider the fact that, even aside from the share of *the number* of users who play video games across PC and console devices (which I have demonstrated is substantial), the share of the video gaming business composed of those users who play video games on multiple devices is even larger.

### 5.1.2. Games that multihome on PC and console platforms have the same overall functionality, facilitating substitution

208. Dr. Schwartz rightly notes that multihoming alone cannot establish the boundaries of an economic market and that "The key economic question is whether users and developers can feasibly and readily substitute between

---

348 Orla Meehan, "Cross-Platform Players Are Spending More Time and Money on PC and Console Games," *Newzoo*, May 10, 2023, available at https://newzoo.com/resources/blog/cross-platform-players-spending-more-on-pc-and-console, accessed on March 16, 2025.

349 Georgie Peru and Matthew S. Smith, "Gaming PC vs. Console: Which Should You Buy in 2024?," *IGN*, May 6, 2024, available at https://www.ign.com/articles/gaming-pc-vs-console-differences, accessed on March 16, 2025 ("With such little difference between a high-end gaming PC and a console, what do you pick? No matter which option you go for, there are plenty of games that support cross-platform multiplayer, so you can play a game on your PC while your friend plays the same game on their Xbox, together.").

350 Schwartz Merits Report, ¶ 112 ▮▮▮▮

351 Schwartz Merits Report, ¶ 112 ("Survey results demonstrate that only a minority of video game consumers multihome between PCs and consoles.").

352 Newzoo, "The PC & Console Gaming Report 2024," April 2, 2024, available at https://newzoo.com/resources/trend-reports/pc-console-gaming-report-2024, accessed on March 22, 2024.

---

these alternatives in response to a change in price on third-party platforms."[353] In this section, I show that games sold on PC and console platforms are functionally very similar and are close substitutes that belong in the same relevant antitrust market in this matter. In contrast to Plaintiff's claims, this similarity between PC and console games includes the functionality, user experience, and the popular perception of the title.[354]

209. Titles released on both PC and console have the same overall set of mechanics, presentation, story, etc. in a way that they are often perceived as the same game. Over the years, more frequent updates for console hardware have led to a relative convergence in technical capabilities between PC and consoles, as I will discuss further in Section 5.2 below. Consistent with this, the games available for PC and consoles are similar to the point that reviews in the gaming press do not meaningfully distinguish between them.

210. **First, titles released across devices have similar reviews.** As I mentioned above, 71 of the top 100 Steam games in 2024 were available on both Steam and PlayStation or Xbox in that year. Reviews on Metacritic—a popular gaming review web site—are available for both PC and PlayStation or Xbox versions of 59 of these games.[355] I find that the review score for PC is highly correlated with the average review scores among PlayStation and Xbox, as shown in Exhibit 9. In other words, games with higher PC ratings also have higher console ratings, and the ratings for both PC and console are very similar, lying close to the 45-degree line.

---

[353] Schwartz Merits Report, ¶ 112.

[354] Complaint, ¶¶ 93–94 ("PC games are not reasonably interchangeable with console games or mobile games ... PC, console, and mobile offer different user experiences and game functionality."); Schwartz Merits Report, ¶ 112 ("To the extent that users and developers do multihome, this in and of itself is not sufficient for those distribution channels to be considered economic substitutes in the same relevant market.").

[355] Appendix Section 14.3.

Exhibit 9

*Review scores for PC and console versions of the same game are highly correlated*



*Source: Schwartz Merits Report, backup materials; Metacritic; Appendix Section 14.3*

Note: The top 100 Steam games were ranked by total net sales from January 2024 to November 2024. The average console Metacritic rating was calculated using available ratings of PS5, PS4, Xbox Series X/S, and Xbox One games as of February 28, 2025. The dashed line represents the values at which the PC Metacritic rating is equal to the average console Metacritic rating. Of the 71 games that were available on both PC and Xbox or PlayStation in 2024, 12 are omitted from this figure because Metacritic aggregate scores were not available.

211.    Using the data summarized in Exhibit 9, I test for the overall similarity using a statistical measure called the correlation coefficient. This is a standard measure used to test the level of agreement between two sets of numbers. The correlation coefficient ranges between -1 and 1. A correlation coefficient of 1 indicates that the two sets of numbers have a perfect positive relationship and are similar.[356] The correlation coefficient across the average Steam and console

---

[356]    ABA Section of Antitrust Law, *Econometrics: Legal, Practical, and Technical Issues*, Second Edition, (Chicago, IL: American Bar Association, 2014), p. 371 ("A correlation coefficient describes how strongly two variables are related. It can range in values from -1, indicating a perfectly negative relationship between two variables, to +1, indicating a perfectly positive relationship between two variables. Positively correlated variables move in the same direction while negatively correlated variables move in the opposite directions.").

Metacritic score is 0.91—very close to 1.[357] The fact that these review scores are strongly correlated is inconsistent with Plaintiffs' position that the same title on PC and console cannot serve as substitutes. If these games were highly differentiated, and not close substitutes, this type of convergence in review scores across PC and console would not be commonplace.

212. **The similarities between titles released across devices extend even further, as these titles have similar file sizes.** According to Plaintiffs, "the size of game files helps explain why games on different devices (PC, console, and mobile) are complements rather than substitutes, and why their distribution channels also are not reasonably interchangeable."[358] That is, Plaintiffs assert that PC games and consoles games are not substitutes because differences in game file sizes demonstrate that they are not similar enough.

213. Plaintiffs' claim that differences in a game's file size across platforms implies that the different versions of the game are complements is based on an incorrect premise as an empirical matter. Consider Exhibit 10 below. This figure examines the 58 games that were in the top 100 games on Steam in 2024, available on Xbox, and for which file size information is available for both platforms. For these 58 games, I summarize the file size listed on Steam and the file size listed on the Xbox Store. I find that the file size of a given title *across* platforms is generally quite similar.

---

[357] Workpaper 14. To put the strength of this correlation into perspective, I note that the correlation between height and weight is 0.39 for men and 0.25 for women. See Supplementary Materials for Matthew Sperrin, et al., "Supplementary Materials to Body Mass Index Relates Weight to Height Differently in Women and Older Adults: Serial Cross-Sectional Surveys in England (1992–2011)," *Journal of Public Health*, 38(3), 2016, pp. 607–613, available at https://pmc.ncbi.nlm.nih.gov/articles/PMC5072155/#_ad93, accessed on March 22, 2025.

[358] Complaint, ¶ 108.

Exhibit 10
*Game file sizes on Steam and consoles are highly correlated*



*Source: Schwartz Merits Report, backup materials; Steam DB; Xbox Store; Appendix Section 14.4*
Note: This chart presents the file size for the top 100 games by Steam revenue in 2024, for all 58 instances where data on file sizes across Steam and Xbox exist. The sizes of games on Steam were calculated by adding the sizes of the relevant file components listed on SteamDB, excluding non-English language packs. The dashed line represents the values at which the Steam file size is equal to the Xbox file size.

214.    Using the data summarized in Exhibit 10, I again test for the overall similarity using the correlation coefficient. I find a correlation coefficient of 0.87, which indicates that file sizes between Xbox and PC games are similar with a strong positive relationship, in contrast to Plaintiffs' claims.[359]

215.    **Increasingly, not only can users play similar versions of a title across PC and console platforms, but new technology allows users to even access the exact same games across PCs and consoles.** For example, as I describe in Sections 2.2 and 7, cloud gaming platforms allow users to purchase and play games on remote servers and typically do not

---

[359]    Workpaper 15.

require specific hardware. Instead, they can operate on a variety of devices.[360] Similarly, subscription services such as PS Plus Premium and Xbox Cloud Gaming provide cloud streaming capabilities, allowing users access to games released only on PlayStation or Xbox consoles through a variety of devices, including PCs.[361]

216. As another example, games that are available on PC and console platforms often allow users to interact with one another through "cross-play," where users play online with others on different devices. For example, in *Rocket League* and *Call of Duty*, PC users can play against users on PlayStation and Xbox.[362] That is, the PC and console versions of games like *Rocket League*, *Call of Duty*, and others are sufficiently similar that users on different devices will be able to play together in a single multiplayer match.

217. This pattern is part of a trend where multi-device availability has become more prevalent. For example, Xbox CEO Phil Spencer told the press that he hopes to see PC platforms like Steam, EGS, and Itch.io on Xbox, with the goal of making the Xbox ecosystem more open.[363] In an interview with an industry

---

[360] Jacob Roach and Kevin Parrish, "What is Cloud Gaming?" *Digital Trends*, March 29, 2021, available at https://www.digitaltrends.com/gaming/what-is-cloud-gaming-explained/, accessed on March 16, 2025 ("Cloud gaming is a method of playing video games using remote servers in data centers. There's no need to download and install games on a PC or console. Instead, streaming services require a reliable internet connection to send gaming information to an app or browser installed on the recipient device."); Sean Hollister and Nick Statt, "Google's Stadia Cloud Gaming Service is Coming November 19th: Everything You Need to Know," *The Verge*, November 8, 2019, available at https://www.theverge.com/2019/6/6/18654632/google-stadia-price-release-date-games-bethesda-ea-doom-ubisoft-e3-2019, accessed on March 15, 2025 ("[T]he exciting new service ... beams high-end console and PC games to any Chrome web browser, Chromecast Ultra TV dongle or Pixel 3 smartphone from beefy new Google servers.").

[361] PlayStation, "How to Access PlayStation Plus on PC," available at https://www.playstation.com/en-us/support/subscriptions/ps-plus-pc/, accessed on March 17, 2025 ("How to start streaming PlayStation Plus games on your PC"); Xbox, "Xbox Cloud Gaming (Beta)," available at https://www.xbox.com/en-US/cloud-gaming, accessed on March 17, 2025 ("Enjoy the console games you love on the devices you already have with Xbox Cloud Gaming. You can play using an Xbox Wireless Controller, Sony DualShock 4, and more"); Xbox, "Compatible Devices for Xbox Cloud Gaming," available at https://support.xbox.com/en-US/help/games-apps/cloud-gaming/verified-devices-for-xbox-cloud-gaming, accessed on March 17, 2025 ("List of compatible devices ... MacBooks Windows devices.").

[362] Epic Games, "How Do I Play Rocket League with a Friend on a Different Platform," available at https://www.epicgames.com/help/en-US/c-Category_RocketLeague/c-RocketLeague_Gameplay/how-do-i-play-rocket-league-with-a-friend-on-a-different-platform-a000084581, accessed on January 22, 2025 ("Players on Epic Games Store, PlayStation, Xbox, Nintendo Switch, and Steam can randomly matchmake with or against each other in all Online Match types."); Activision, "Crossplay and Cross-Progression in Call of Duty: Black Ops 6," February 4, 2025, available at https://support.activision.com/black-ops-6/articles/crossplay-in-black-ops-6, accessed on March 17, 2025 ("Crossplay continues with the launch of *Call of Duty®: Black Ops 6*, allowing players on all platforms to play together.").

[363] Priye Rai, "Phil Spencer Comments on PC Game Stores on Xbox," *GameRant*, available at https://gamerant.com/phil-spencer-pc-game-stores-steam-epic-games-xbox-console/,

---

publication, Phil Spencer said that this strategy was motivated in part by competition from PCs.[364] Consistent with this, industry publications report that this is part of a broader pattern where "consoles will become PCs."[365]

218. Further, I find that games on PC and console platforms are functionally similar precisely because **both the software to design the games and the hardware to run the games are similar:**

    a. Software. Most games are developed using middleware engines, the two leading examples of which are Unity and Unreal Engine.[366] Middleware engines are flexible software tools designed specifically to support and expedite game development.[367] Unity and Unreal Engine both support

---

accessed on March 17, 2025 ("In an interview with Polygon, Microsoft Gaming CEO Phil Spencer revealed his wish to bring down the closed ecosystem of consoles and introduce third-party storefronts, such as Steam, Epic Games Store, and Itch.io, to such platforms. When asked if these stores could exist on Xbox consoles in the future, he said 'Yes,' likely fueling excitement among fans.").

[364] Chris Plante, "Phil Spencer Wants Epic Games Store and Others on Xbox Consoles," *Polygon,* March 26, 2024, available at https://www.polygon.com/24108670/xbox-epic-games-store-phil-spencer-interview, accessed on March 17, 2025 ("Worse, he explained, the console market isn't growing, with more gamers moving to PC and handheld options. Now, the notion of subsidizing a console — and forcing players to purchase games through the official storefront to help recoup costs — might not make sense. The walls meant to lock people into consoles might be motivating them to stay out. '[Subsidizing hardware] becomes more challenging in today's world,' Spencer said. 'And I will say, and this may seem too altruistic, I don't know that it's growing the industry. So I think, what are the barriers? What are the things that create friction in today's world for creators and players? And how can we be part of opening up that model?'").

[365] Chris Plante, "2025 is PC Gaming's Victory Lap," *Polygon,* January 6, 2025, available at https://www.polygon.com/gaming/500266/pc-gaming-mainstream-console-comparison-2025, accessed on January 20, 2025 ("In March 2024, Spencer told Polygon he'd like to see PC gaming storefronts like Epic Games Store and Itch.io running on Xbox hardware. ... PCs won't surpass consoles; consoles will become PCs.").

[366] Romain Dillet, "Unity CEO Says Half of All Games Are Built on Unity," *TechCrunch,* September 5, 2018, available at https://techcrunch.com/2018/09/05/unity-ceo-says-half-of-all-games-are-built-on-unity/, accessed on January 22, 2025 ("Unity CEO John Riccitiello came to TechCrunch Disrupt SF to give everyone an update on the world's most popular game engine. ... most of the games you're playing, especially mobile games, are built using Unity. ... 'It's pretty much half of all games period. We have different market shares, depending on the platform ...,' Riccitiello told interviewer Lucas Matney. ... ' But in aggregate it's more than half.'"); Nick Statt, "Why Epic Can't Afford to Lose the Unreal Engine in Its Legal Fight with Apple," *The Verge,* August 26, 2020, available at https://www.theverge.com/2020/8/26/21402443/epic-fortnite-apple-unreal-engine-ios-game-developers-lawsuit, accessed on January 22, 2025 ("It's [Unreal Engine] currently used by dozens of game makers, Hollywood production and special effects studios, and other firms in the 3D rendering and computer graphics businesses. The engine is also how Epic builds its own games, including Fortnite and past major hits like Gears of War and Unreal Tournament. Scores of big-budget game makers have also forgone custom, in-house engines for Epic's.").

[367] Nick Statt, "Why Epic Can't Afford to Lose the Unreal Engine in Its Legal Fight with Apple," *The Verge,* August 26, 2020, available at https://www.theverge.com/2020/8/26/21402443/epic-fortnite-apple-unreal-engine-ios-game-developers-lawsuit, accessed on January 22, 2025 ("It's [Unreal Engine] currently used by dozens of game makers, Hollywood production and special effects studios, and other firms in the

---