# EXHIBIT 3 & 4

# Report Part 3

# (Dkt No. 450.03 & 454.04)

# REDACTED

Windows, major consoles, and other platforms.[368] The platforms themselves highlight the value of middleware engines in facilitating multihoming for publishers by advertising their ability to make porting games across PC and console platforms easier. Epic Games promotes Unreal Engine and its related Online Services as tools that "help small development teams manage their game operations without building their own infrastructure—[ensuring that] teams are equipped to freely distribute across every store and platform."[369] Similarly, Unity promotes its engine as offering developers "tools and resources to reach gamers across the most popular consoles."[370] Again in promotional materials for Unity, one developer credited Unity with making the transition from PC to console more straightforward, noting that "Unity's value for multiplatform development is incredible, a huge benefit. It's the difference between expanding to a new platform or not."[371] Parties, other than the middleware firms, also acknowledge the value that these engines bring to facilitate porting games across platforms. For example, in a declaration submitted in the Epic Games v. Apple lawsuit, Microsoft discussed how the availability of engines such as Unreal help reduce the cost of cross-device ports.[372]

b. Hardware. Video games on PCs and consoles also use similar hardware. While historically this hardware has been very different, console and PC

---

3D rendering and computer graphics businesses. The engine is also how Epic builds its own games, including Fortnite and past major hits like Gears of War and Unreal Tournament. Scores of big-budget game makers have also forgone custom, in-house engines for Epic's.").

[368]    Josh Adams, "PlayStation 4 and Xbox One Now Supported!" *Unreal Engine*, April 24, 2014, available at https://www.unrealengine.com/en-US/blog/playstation-4-and-xbox-one-now-supported, accessed on January 22, 2025 ("In all, Unreal Engine 4.1 now supports all of the following platforms: PC, Mac, iOS, Android, Xbox One, PlayStation 4 (including Morpheus VR support), SteamOS, Linux, HTML5 (preview), and Oculus VR technologies."); Unity, "Unity for Consoles," available at https://unity.com/solutions/multiplatform, accessed on January 22, 2025 ("Unity offers resources to help developers bring their games to PlayStation, Xbox, and Nintendo Switch™, including platform-specific build modules, extra features, learning materials, and premium forum support. ... Create stunning, performant experiences backed by the platform used to create over half of the top 1,000 mobile games on the Apple App Store and Google Play. ... Unity provides one-click deployment support across PC, Mac, and web platforms.").

[369]    Unreal Engine, "Indie Game Developers," available at https://www.unrealengine.com/en-US/solutions/games/indie-games, accessed on January 22, 2025.

[370]    Unity, "Why Develop a Console Game with Unity?" available at https://unity.com/solutions/console, accessed on January 22, 2025.

[371]    Unity, "How Ori: Will of the Wisps Scaled for Multiple Platforms," available at https://create.unity.com/moon-studios-multiplatform-case-study, accessed on January 22, 2025 ("Studio founder Gennadiy Korol says, 'Unity's value for multiplatform development is incredible, a huge benefit. It's the difference between expanding to a new platform or not.'").

[372]    Nick Statt, "Why Epic Can't Afford to Lose the Unreal Engine in Its Legal Fight with Apple," *The Verge*, August 26, 2020, available at https://www.theverge.com/2020/8/26/21402443/epic-fortnite-apple-unreal-engine-ios-game-developers-lawsuit, accessed on January 22, 2025 ("Developing a game using different game engines for different platforms may be prohibitively expensive and difficult. In any event, it is not as cost-effective as using a game engine that supports different platforms.").

---

hardware have converged in recent years, with console and PC platform operators including Valve developing hardware that is much closer to that of gaming the gaming experience on the other, as I discuss further below in Section 5.2.[373] As console and PC hardware became more similar, industry observers noted that one likely consequence was more frequent overlap between PC and console titles. As long ago as 2013, a journalist observed: "now that the Xbox One, PlayStation 4 and PC all share the same x86 architecture, it could be much easier to port games between PCs and next-gen consoles."[374]

219.    **Plaintiffs' assertions that video games on PC and console platforms are meaningfully different are contradicted by the empirics and do not form a valid basis for excluding consoles from the relevant market.** While the evidence above demonstrates that the games that are available on both consoles and PCs are functionally similar and substitutable to users, Plaintiffs and Plaintiffs' experts in this case have argued that there are some differences between console and PC versions of the same game, such as greater access to mouse and keyboard controls, or game "mods" on the PC version.[375] First, I note that PC and console platforms offer features that make the user experience across the two types of platforms more similar. For example, console platform operators do offer the mouse and keyboard capabilities that Plaintiffs claimed were typical of PC gaming.[376] And, as I discuss further below in Section 5.2.1, Valve has worked to introduce controller support to make the experience of playing PC video games on Steam more similar to the typical experience of playing console games with a controller.

---

[373]    Andrew Cunningham, "The Xbox One and PS4 Share Similar Specs, but the Devil's in the Details," *Ars Technica*, November 11, 2013, available at https://arstechnica.com/gaming/2013/11/the-xbox-one-and-ps4-share-similar-specs-but-the-devils-in-the-details, accessed on January 22, 2025 ("In lieu of expensive custom-designed chips, both Microsoft and Sony have opted to commission semi-custom CPU/GPU hybrids from AMD based on the same basic architecture that AMD is already selling in PCs.").

[374]    Sean Hollister, "AMD Won the Next-Gen Console War, and PC Gamers Could Reap the Reward," *The Verge*, June 21, 2013, available at https://www.theverge.com/2013/6/21/4452488/amd-sparks-x86-transition-for-next-gen-game-consoles, accessed on January 22, 2025.

[375]    Complaint, ¶ 96 ("PC gamers can plug in the equivalent of a console controller and use that for gaming purposes, but they also can use a keyboard and mouse, joystick, and numerous other types of controls."); Rietveld Class Certification Reply Report, ¶¶ 70–71 ("As discussed above, the typical input option for a PC is a keyboard and mouse … The wide availability of PC game 'mods' is another characteristic distinguishing PC gaming from console gaming.").

[376]    Maddy Myers, "Is the Nintendo Switch 2 Joy-Con Really a Mouse?" *Polygon,* January 16, 2025, available at https://www.polygon.com/nintendo-switch-2/509821/nintendo-switch-2-joy-con-mouse-rumor-confirmed, accessed on March 17, 2025 ("[T]he implication [is] that the Joy-Cons can be used as a mouse."); PlayStation, "How to Use a Keyboard and Mouse on PS5 Consoles," available at https://www.playstation.com/en-us/support/hardware/keyboard-mouse-ps5/, accessed on March 17, 2025.

220. Further, Dr. Schwartz claims that PC and console *devices* are too technologically different, preventing PC and console games (and therefore the platforms that offer them) from being close substitutes, with PCs offering a superior gaming experience and more frequent software updates.[377] However, my previous analysis of Valve hardware survey data indicates that the average Steam user does not use a PC with top-end performance capabilities.[378] Therefore, Dr. Schwartz's claim that PCs offer a superior gaming experience due to their technological prowess does not apply to most PC gamers. This is further supported by survey evidence Dr. Schwartz later cites that most PC-dominant gamers play basic video games that would not benefit from technologically-superior PCs, like *Tetris* and *Solitaire*.[379] Further, some consoles are beginning to release software updates with greater frequency. For example, Sony has previously offered twice-yearly updates for the PlayStation 5 but in 2025 plans to push updates at a quicker pace.[380]

221. Moreover, economic substitutes are not required to be identical. In fact, as I discussed above in Section 3.1, firms can compete on product characteristics so product differentiation can facilitate competition.[381] I understand that Plaintiffs have not alleged that Valve foreclosed or prevented consoles from providing these features. If Valve is distributing a higher quality product, it is incumbent upon Valve's competitors to catch up; it does not indicate that Valve and its competitors no longer compete.

---

[377] Schwartz Merits Report, ¶¶ 108 ("PCs used for games can be (and are) updated more frequently compared to the frequency of console releases."), 109 ("PC video game developers can take advantage of the latest performance capabilities, allowing them to offer a broader range of video game titles across genres on PCs compared to consoles.").

[378] Chiou Class Certification Report, Exhibit 24. In 2022, the average GPU benchmark speed across all machine IDs that played games on Steam was 97. For reference, a value of 100 is approximately equal to the performance of the NVIDIA RTX 2060s card, which was a high-end card when it was released in July 2019. In other words, in 2022 the average Steam user had a graphics card that was three years out of date. UserBenchmark, "What is the Effective GPU Speed Index," available at https://gpu.userbenchmark.com/Faq/What-is-the-effective-GPU-speed-index/82, accessed on March 17, 2025 ("Q. What is the effective GPU speed index? A. A measure of 3D gaming performance. Nvidia RTX 2060S ≈ 100%."); TechPowerUp, "NVIDIA GeForce RTX 2060 SUPER," available at https://www.techpowerup.com/gpu-specs/geforce-rtx-2060-super.c3441, accessed on March 17, 2025 ("The GeForce RTX 2060 SUPER is a high-end graphics card by NVIDIA, launched on July 9th, 2019.").

[379] Schwartz Merits Report, ¶ 113 ("In a 2021 ESA survey, the top game genre preferred among PC video game consumers was 'Casual' (*e.g.*, *Tetris*, *Solitaire*)."). Entertainment Software Association, "2021 Essential Facts About the Video Game Industry," available at https://web.archive.org/web/20220208060652/https://www.theesa.com/wp-content/uploads/2021/08/2021-Essential-Facts-About-the-Video-Game-Industry-1.pdf, accessed on March 22, 2025 ("71% Casual games.").

[380] Stephen Totilo, "Exclusive: How Sony Improved the PS5 Dashboard," *Game File*, January 3, 2025, available at https://www.gamefile.news/p/exclusive-ps5-welcome-hub-dashboard-cory-gasaway, accessed on March 17, 2025 ("Sony's done some behind-the-scenes work to enable the PS5 to get new system features more rapidly than PlayStations did before—faster than the old twice-yearly pace.").

[381] Section 3.1.

---

### 5.1.3. Firms make strategic decisions based on the substitutability of games across PC and console platforms

222. Firms in the video game industry are aware that video games are highly substitutable across PC and console platforms, and they make strategic decisions accordingly. As I explain in Section 3, strategic business decisions are an important way of identifying competition through "revealed preference," i.e., when the most likely explanation of a firm's decision to adjust prices, quality, investment, etc. is the fear of losing consumers to another firm.[382]

223. As one example, Microsoft now sells its console games in the Xbox App for Windows PC, acknowledging that users may substitute between consoles and PC.[383] Microsoft advertises hundreds of "play anywhere" titles that, once purchased on a PC, can be played on Xbox, and vice versa.[384] This means that, when a user buys a game on PC, Microsoft gives that user a copy of the same game on Xbox for free. In addition, games in Xbox's subscription service known as Game Pass are accessible on both PCs and consoles.[385] One tier of this service, Game Pass Ultimate, allows users to access a downloadable library of titles on both consoles and PCs.[386] Consistent with this business strategy, Microsoft's "This is an Xbox" advertising campaign "invites people to play with Xbox across multiple devices and screens."[387] Product offerings like "play anywhere" that give users access on multiple devices at no extra charge would not make sense if Microsoft thought the PC and console versions of games were different enough to justify a given user buying the same game across

---

[382] Steven Berry and Peter Reiss, "Empirical Models of Entry and Market Structure," *Handbook of Industrial Organization,* 3, 2007, pp. 1845–1886 at p. 1850 ("[Market structure] models rely on the insight that producing firms expect non-negative economic profits, conditional on the expectations or actions of competitors, including those who did not enter. This connection is analogous to revealed preference arguments that form the basis for discrete choice models of consumer behavior. As in the consumer choice literature, firms' discrete entry decisions are interpreted as revealing something about an underlying latent profit or firm objective function. By observing how firms' decisions change, as their choice sets and market conditions change, IO economists can gain insight into the underlying determinants of firm profitability, including perhaps the role of fixed (and/or sunk) costs, the importance of firm heterogeneity, and the nature of competition itself.").

[383] Xbox, "Xbox App for Windows PC," available at https://www.xbox.com/en-US/apps/xbox-app-for-pc, accessed on January 15, 2025 ("Discover and download new games with Game Pass, play console games on your Windows PC with cloud gaming, and chat with friends across PC, mobile, and console.").

[384] Xbox, "Xbox Play Anywhere," available at https://www.xbox.com/en-US/games/xbox-play-anywhere, accessed on March 13, 2025 ("Now when you own an Xbox Play Anywhere digital title, it's yours to play both on Xbox and Windows 10/11 PC.").

[385] I discuss substitution between Steam and multi-game subscription services like Game Pass in Section 6.

[386] Xbox, "Game Pass Ultimate," available at https://www.xbox.com/en-US/xbox-game-pass/ultimate, accessed on March 16, 2025 ("Play hundreds of high-quality games solo or with friends on console, PC, or cloud.").

[387] Craig McNary, "This is an Xbox," *Microsoft Xbox Wire,* November 14, 2024, available at https://news.xbox.com/en-us/2024/11/14/this-is-an-xbox/, accessed on January 23, 2025.

---

different platforms. Contrary to Dr. Schwartz's position that "sales on one platform need not be at the expense of the other," Microsoft's business decisions are consistent with recognition that once a user purchases a game on console, they are unlikely to purchase the same game on PC (and vice versa).[388]

224. Console operators recognize the effect of competition from PC platforms when making business decisions in their ordinary course. ▮▮▮▮



[392] Jim Ryan of Sony testified in the FTC/Microsoft trial

---

[388] Schwartz Merits Report, ¶ 114 ("emails between Valve and ▮▮▮▮ discuss the potential sales benefits of launching games simultaneously on PC and on consoles, suggesting that sales on one platform need not be at the expense of the other.").

[389] See, e.g., ▮▮▮▮ presentation, "2021 Competitive Outlook," January 2021, ▮▮▮▮ presentation, "2022 Competitive Outlook," December 2021, ▮▮▮▮

[390] Appendix Section 14.2.

[391] ▮▮▮▮ presentation, "2022 Competitive Outlook," December 2021, ▮▮▮▮ , slide 2.

[392]

Expert Report of Lesley Chiou, Ph.D.                    Valve competes with console platforms in the relevant market

that "...the PC platform is a very direct competitor to the PlayStation platform."[393]

## 5.2. Substitution and competition between PC and console hardware

225.    In the previous section, I discussed competition and substitution between PC and console platforms driven by existing high levels of publisher and user multihoming on games. While this is one important dimension of competition between PC and consoles, there are others.

226.    Over longer periods of time, users will substitute between platforms *and* devices. For example, a user who owns both a PC and a PlayStation can choose to purchase titles on PC or on PlayStation. But further, a user who only owns a PlayStation may decide over the long-term that they would prefer to play on a PC and invest in a PC device.[394] Similarly, publishers decide which platforms to release their titles on, while PC and console platforms compete to attract them to their respective devices. As discussed in Section 5.1, many publishers, such as Take-Two, have already offered or are considering offering their games on PC platforms when they were previously focused on offering their games on console platforms.

227.    Dr. Schwartz fails to consider this type of substitution across PC and console devices at all. In this section, I present evidence that:

   a. Valve makes its decisions on hardware, applications, and features, among other things, based on competition from console platforms, seeking to attract console publishers and users to Steam by making Steam more similar to or favorable than console platforms (Section 5.2.1).

   b. Console platform operators also make their product offerings and the rules and regulations on their products for publishers and users based on competition from PC platforms, seeking to attract PC publishers and users

---

393    Trial Testimony of James Ryan, April 6, 2023, *Federal Trade Commission v. Microsoft Corporation*, U.S. District Court for the Northern District of California, 23-cv-02880, available at https://files.cand.uscourts.gov/files/23-cv-02880_FTC_v_Microsoft/RX5059%20(Redacted).pdf, p. 112:17–22 ("Q. Do you agree that the PC platform and mobile platforms are not competitor platforms to PlayStation platform or SIE platforms? A. I would say the PC platform is a very direct competitor to the PlayStation platform.").

394    For example, the author of this article describes how they initially used a PS5 console device for video gaming but decided to substitute to a Steam Deck. See Game Central, "Why I Sold My PS5 to Get a Steam Deck and Never Looked Back – Reader's Feature," *Metro*, December 28, 2024, available at https://metro.co.uk/2024/12/28/sold-ps5-get-a-steam-deck-never-looked-back-readers-feature-22244508/, accessed on January 23, 2025 ("As a day one adopter of the PlayStation 5 I was more than happy with the console ... However, by the end of 2022 I'd started to lose some enthusiasm for the PlayStation 5 ... I decided, therefore, to trade in my PlayStation 5 and some games for a base Steam Deck and an SD card, along with a few games.").

---

to their platforms by making their platforms more similar to or more favorable than PC platforms (Section 5.2.2).

c. Valve offers a product, the Steam Deck, to directly compete with console devices like the Nintendo Switch. Following the release of the Steam Deck, Nintendo announced it will release the Switch 2, with features making it even more similar to Valve's offering (Section 5.2.3).

228. By responding to competitive pressure through efforts to make their platforms more attractive to publishers and users, PC and console platform operators reveal their belief in a strong threat of substitution between PC and console gaming devices, a fact which indicates they belong in the same relevant market.

## 5.2.1. Valve makes strategic decisions based on the substitutability of PC and console devices

229. As I discussed above in Section 5.1.3, firms make strategic decisions about where to offer each of their video games on the substitutability of PC and console distribution. In this section, I provide evidence that Valve views PCs and console *devices* as substitutes. This is evident in Valve's strategic business decisions.

230. Over time, Valve has innovated and changed its products to make Steam more appealing to console users, introducing new features that make the experience of playing games on Steam more like the experience of playing games on PlayStation or Xbox. When Valve invests in features that make Steam more appealing to users who buy games on console platforms and to publishers who sell games on console platforms, that demonstrates that Valve believes that Steam and console platforms are substitutes. As I explained above, strategic business decisions are an important form of revealed preference; when Valve invests to become more like console platforms, it demonstrates that console platforms pose a competitive threat to Valve and other PC platforms.

231.    Valve has invested in hardware, applications, and other complements to PC gaming, making desktop PC gaming more appealing to users who have historically used console platforms. For example, Steam Big Picture mode offers console-like navigation and control of the Steam platform.[395] Industry sources have recognized the direct parallel to the console experience, noting that "Big Picture mode is the perfect way to bring everything together and make it feel like you're playing on a home console."[396] While Big Picture originally launched in 2012, it also received a major update in 2023, based on Valve's experience developing the Steam Deck, which I discuss further in Section 5.2.3.[397]

232.    As another example, the Steam Controller launched in 2015 and was part of an ongoing effort to bring a console-like controller experience to Steam.[398] While the Steam Controller itself was ultimately discontinued in 2019, Steam steadily

---

[395]    Steam, "Big Picture," available at https://store.steampowered.com/bigpicture, accessed on March 18, 2025 ("With Big Picture, we've reformatted Steam for use with your TV and game controller, so you can enjoy your Steam games from the comfort of your couch."); Steamworks, "Getting Started for Players," available at https://partner.steamgames.com/doc/features/steam_controller/getting_started_for_player, accessed on March 18, 2025.

[396]    Laura-May Randall, "What Is Steam Big Picture Mode, and How Do You Use It?" *MakeUseOf*, August 7, 2023, available at https://www.makeuseof.com/what-is-steam-big-picture-mode-explained/, accessed on January 16, 2025.

[397]    David Daw, "Hands-on with Steam's Big Picture Mode," *PCWorld*, September 14, 2012, available athttps://www.pcworld.com/article/461313/hands_on_with_steam_s_big_picture_mode.html, accessed on January 23, 2025; Joshua Wolens, "At Long Last, the Steam Deck UI Has Replaced Steam's Big Picture Mode," *PC Gamer*, February 2, 2023, available at https://www.pcgamer.com/at-long-last-the-steam-deck-ui-has-replaced-steams-big-picture-mode/, accessed on January 23, 2025.

[398]    Web reviews noted that the Steam Controller was designed to bridge the gap between console and PC gaming by offering console-like features. Paired with Steam Big Picture mode, it aimed to bring the ease and familiarity of console gaming to PC users. Features like six-axis motion sensing and clickable trackpads with haptic feedback simulated a traditional console controller, making it easier for gamers to substitute between platforms. See Jordan Minor, "Valve Steam Controller Review," *PC Mag*, November 10, 2015, available at https://www.pcmag.com/reviews/valve-steam-controller, accessed on March 15, 2025 ("Valve attempts to merge PC- and console-gaming sensibilities with its Steam Machine initiative, it realizes that the controller as we previously knew it isn't going to fly. The Steam Controller ($49.99) is Valve's solution for providing the best of both worlds for video game control schemes."); Matthew Buzzi, "5 Awesome Features on the Valve Steam Controller," *PC Mag*, October 17, 2015, available at https://www.pcmag.com/news/5-awesome-features-on-the-valve-steam-controller, accessed on March 15, 2025 ("Valve's Steam Controller comes with several useful features and tricks to streamline playing PC games on a big screen."); Aayush, "First Look: Steam's Mysterious Controller 2 Leaked in Prototype Render," *All Tech Nerd*, November 8, 2024, available at https://www.alltechnerd.com/first-look-steams-mysterious-controller-2-leaked-in-prototype-render/#google_vignette, accessed on March 15, 2025 ("The combination of trackpads and traditional controls could make the Ibex appealing to gamers who switch between PC titles and console-inspired games.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

added other controller support to the Steam platform.[399] As of 2024, Steam supports over 300 controllers, including most of the widely used console controllers.[400] Steam advertises the ease with which users can bring their favorite console controllers to the platform.[401]

233. While Plaintiffs assert that playing on a PC is a "wholly different playing experience than using a console connected to a television or an app installed on a small mobile device," they ignore the various ways Valve has worked to make Steam more accessible and mirror the console experience.[402] As discussed above, Valve introduced features like Big Picture and controller support to allow its users to have a more console-like experience. Further, in 2015, Valve launched the Steam Link as an accessory device that allowed PC games to be played anywhere in a home, for example, by broadcasting that game to a TV.[403] Since users typically interact with console games using a TV to view the game, Steam Link more closely mirrors the experience of playing a videogame on a console. The Steam Link App would later allow the Steam app to stream games on other devices like smart TVs without a separate accessory.[404]

---

[399] Sean Hollister, "Pour One Out for the Steam Controller, Sold Out Forever After $5 Fire Sale," *The Verge*, December 3, 2019, available athttps://www.theverge.com/good-deals/2019/11/26/20984123/valve-steam-controller-discontinued-sale-price, accessed on January 23, 2025. See e.g., Jon Porter, "Steam is Getting Expanded Xbox Controller Support," *The Verge*, January 7, 2021, available at https://www.theverge.com/2021/1/7/22218381/steam-beta-xbox-elite-controller-paddles-bind-ps5-player-led, accessed on January 23, 2025.

[400] Steam, "An Update on Steam Input and Controller Support," June 26, 2024, available at https://store.steampowered.com/news/app/593110/view/4142827237888316811?l=english, accessed on January 23, 2025; Robert Zak, "How to Use External Game Controllers With Steam Games," *marketecheasier*, January 2, 2022, available at https://www.maketecheasier.com/use-game-controllers-with-steam-games/, accessed on March 15, 2025 ("The entire list of supported controllers is rather long, but all the major players are covered: Xbox One controllers ... PS4 controllers ... Switch Pro controllers ... Variety of Logitech and HORI controllers.").

[401] Steam, "New! Find Great Games To Play With DualShock and DualSense Controllers," November 20, 2023, available at https://store.steampowered.com/news/app/593110/view/3823053915988527061, accessed on March 18, 2025 ("Today's Steam update expands on that foundation to help the millions of players with PlayStation's DualShock and DualSense controllers easily find games to play with those devices ... We have upgraded the Controller-Friendly hub on Steam to make it easier to explore by controller type. By default Steam will set a filter based on the controller we've seen you play with recently, but you can also manually select any of the major controller models to adjust the filters ... We also encourage developers to use Steam Input API, which supports nearly all Xbox, PlayStation, and Switch controllers.").

[402] Complaint, ¶ 97.

[403] Steam, "Steam Link," available at https://store.steampowered.com/app/353380/Steam_Link/, accessed on January 23, 2025.

[404] Steam, "Steam Client Update Released," June 13, 2019, available at https://store.steampowered.com/oldnews/51761, accessed on March 18, 2025 ("Steam In-Home Streaming is experimentally available outside the home, and is now known as Steam Remote Play. Your Steam clients can now stream games from each other wherever they are, as

---

## 5.2.2. Console platform operators make strategic decisions based on the substitutability of PC and console devices

234.   As Valve has worked to keep its product offerings competitive with console devices, console operators, including Sony, Microsoft, and Nintendo, have worked to keep their product offerings competitive with Valve and other PC platforms. In particular, console operators make their product offerings and the rules and regulations on their products for publishers and users based on competition from PC platforms, seeking to attract PC publishers and users to their platforms by making their platforms more similar to or more favorable than PC platforms.

235.   **First, console platforms' product offerings are informed by competition from PC platforms.** Consider the following example that illustrates how console manufacturers make strategic decisions in response to competition from PC platforms. In a 2016 interview, Andrew House, Sony Interactive Entertainment's CEO, explained that Sony invested in a new product line in response to internal research showing that users substitute from consoles to PCs:[405]

> "I saw some data that really influenced me ... It suggested that there's a dip mid-console lifecycle where the players who want the very best graphical experience will start to migrate to PC, because that's obviously where it's to be had. We wanted to keep those people within our ecosystem by giving them the very best and very highest [performance quality]. So the net result of those thoughts was PlayStation 4 Pro."

236.   As I explained in Section 3.1, substitution disciplines prices, and determines the relevant competitors for a given firm. In this case, Sony identified that substitution was occurring between consoles and PC platforms, and strategically changed its product line to make itself more appealing to users who would likely substitute from PlayStation to PC.

237.   As another example, console operators have been attempting to make themselves more appealing to PC users by integrating PC-like functionality into their devices. Nintendo is adding a mouse-like accessory to the Switch, which would offer functionality closer to a PC. This would allow users to play games that rely on mouse usage to substitute to Switch.[406] Microsoft and Sony

---

long as there is a good network connection on both sides and they are close to a Steam datacenter.").

[405]   Keith Stuart, "PlayStation Boss on PS4 Pro: Our Approach Isn't Reactive This Time Around," *The Guardian*, September 8, 2016, available at https://www.theguardian.com/technology/2016/sep/08/playstation-boss-andrew-house-ps4-pro-our-approach-isnt-reactive-this-time-around, accessed on March 18, 2025.

[406]   Maddy Myers, "Is the Nintendo Switch 2 Joy-Con Really a Mouse?" *Polygon*, January 16, 2025, available at https://www.polygon.com/nintendo-switch-2/509821/nintendo-switch-2-joy-con-mouse-rumor-confirmed, accessed on March 17, 2025 ("That matters, because most games that benefit from using a mouse are games that involves a *lot* of mouse usage. I'm thinking about strategy games here, with lots of menu items on the screen to click on, or units

have also integrated mouse-compatibility with the Xbox and PlayStation console platforms for select games.[407]

238.   **Second, console platforms have increasingly adopted policies that more closely mirror those of Steam**. Dr. Schwartz claims that the major console providers act as "gatekeepers" to their platforms, making distribution on console platforms meaningfully different from distribution on PC platforms.[408] However, in 2013, Sony began to allow indie developers to self-publish on its console platforms.[409] In a 2021 article published on Sony's website that is targeted towards independent game developers and that explains and encourages self-publishing on PlayStation platforms, Sony stated that it "believe[s] that new Indie studios are vital to the growth of [their] platform and the industry as a whole."[410] Following Sony's introduction of self-publishing on their PlayStation consoles, Microsoft introduced self-publishing on Xbox consoles, with the launch of their Xbox Live Creators Program in 2017.[411] Moreover, as I discussed above in Section 3.1, economic substitutes

---

to select and direct to different places on a map. Or maybe point-and-click adventure games that require carefully sliding a cursor around a room, looking for clues. These are games that are technically doable with a controller — I've been playing Rise of the Golden Idol on both PC and Steam Deck, for example — but they're better with a mouse.").

[407]   Microsoft, "Navigate with a Mouse and Keyboard," available at https://support.xbox.com/en-US/help/hardware-network/accessories/mouse-keyboard, accessed on March 16, 2025 ("You can use wired USB mice and keyboards for navigation in select games and apps, and—with a keyboard—for getting around on Xbox and Windows devices."); Sony, "How to Use a Keyboard and Mouse on PS5 Consoles," available at https://www.playstation.com/en-us/support/hardware/keyboard-mouse-ps5/, accessed on March 16, 2025 ("Select items on your screen with ease by using your USB or Bluetooth mouse with your PS5 console.").

[408]   Schwartz Merits Report, ¶ 111 ("In addition, a PC video game developer may not be able to distribute via consoles, even if they wanted to do so, because the major console providers—Sony, Microsoft, and Nintendo—serve as gatekeepers to their platforms.").

[409]   Jeffrey Grubb, "Sony Will Allow Indie Devs to Publish Their Own Games on PlayStation 4," *VentureBeat*, June 10, 2013, available at https://venturebeat.com/games/sony-will-allow-indie-devs-to-publish-their-own-games-on-playstation-4/, accessed on March 16, 2025 ("Sony will allow indie developers to self-publish on its next-generation console. This means that, unlike Xbox One, studios don't have to partner with publishers like Majesco, Ubisoft, and others just to put a game on the PlayStation 4.").

[410]   Greg Rice, "How to Pitch Your Game to PlayStation," *Sony*, March 19, 2021, available at https://sonyinteractive.com/en/news/blog/how-to-pitch-your-game-to-playstation/, accessed on March 16, 2025 ("So you like to make games? ... Sony Interactive Entertainment has long been a destination for unique and creative games from small teams, and we believe that new Indie studios are vital to the growth of our platform and the industry as a whole ... We'd love to help guide you through the process on how best to register for the platform and submit your game for partnership consideration."); PlayStation, "PlayStation Partners," available at https://partners.playstation.net/, accessed on January 22, 2025 ("Self-Publish on PlayStation Store ... You own the IP and pick the release date.").

[411]   Tom Warren, "Xbox Live Creators Program Launches Today with Self-Published Indie Games," *The Verge*, August 10, 2017, available at https://www.theverge.com/2017/8/10/16126198/microsoft-xbox-live-creators-collection-games, accessed on March 16, 2025 ("Microsoft is officially launching its Xbox Live Creators Program today, to let developers directly publish games to the Xbox One or Windows 10 PCs."); Microsoft, "Xbox Developer Programs," available at

---

are not required to be identical; firms can compete on product characteristics so product differentiation can facilitate competition. The ease of self-distribution on Steam Direct allowed Valve to differentiate itself from console platforms, and console platforms' introduction of self-publishing tools allows them to compete with Valve for publishers that value that feature on Steam.

239. Self-publishing competition is just one way PC platforms attempt to differentiate themselves and compete with console platforms to attract publishers to their platforms. PC and console platform operators compete to attract publishers in other ways as well. For example, console platforms face competition from Valve and other platforms to create better deals and processes for publishers.[412]

240. Other examples of console platforms competing to attract publishers by offering features similar to Valve include Microsoft introducing digital purchase refunds by defaults, a "self-service refund system" that is "more Steam-like,"[413] and Sony launching a new recommendation system on the PlayStation store that is reportedly "similar to Steam's curator recommendations," and Sony is also reported to be testing a "Steam-like system for written reviews on the PS Store."[414] Sony and Microsoft engage in feature competition with Valve, and this competition continually brings console and PC platforms closer to one another, increasing substitution.

---

https://developer.microsoft.com/en-US/games/publish/, accessed on March 16, 2025 ("Whether you're a solo dev or a large studio, Xbox has the right programs to help you launch your game, reach millions of players and collaborate with the Xbox developer community.); Chloi Giusti, "Self-Publishing Your Game with ID@Xbox," *Microsoft*, November 10, 2023, available at https://developer.microsoft.com/en-us/games/articles/2023/11/publishing-pathways-id-at-xbox/, accessed on March 16, 2025 ("The ID@Xbox team is committed to helping developers connect with a vast, global audience.").

[412] Wesley Yin-Poole, "Making an XBLA Game: The Inside Story," *EuroGamer*, December 19, 2011, available at https://www.eurogamer.net/making-an-xbla-game-the-inside-story-article, accessed on March 21, 2025 (Describes the process of negotiating with XBLA to publish a game on the platform and says that "This, combined with the incredible success that is Steam, the more open platform that is PlayStation Network, as well as the wild frontier that is the App Store, means that XBLA in 2012 and beyond could well be a very different place than it was only last year.").

[413] Sam Machikovech, "Xbox One, Windows 10 Become More Steam-like with "Self-Service Refunds," *Ars Technica*, April 12, 2017, available at https://arstechnica.com/gaming/2017/04/xbox-one-windows-10-become-more-steam-like-with-self-service-refunds/, accessed on March 16, 2025 ("Xbox One is officially the first video game console to support digital purchase refunds by default. The new 'self-service refund' system was announced on Wednesday ... Microsoft's self-service refunds work much like returns do on PC game-download service Steam.").

[414] Hope Corrigan, "Steam-like Curated Playlists Now on PSN," *IGN*, June 2, 2017, available at https://www.ign.com/articles/2017/05/24/playstation-store-now-has-steam-like-curated-playlists, accessed on March 16, 2025; Zarmena Khan, "PS Store Testing New Game Review System," *PSLS*, August 9, 2024, available at https://www.playstationlifestyle.net/2024/08/09/ps-store-adding-steam-like-written-reviews/, accessed on March 16, 2025.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

### 5.2.3. Valve's handheld device, the Steam Deck, competes directly with console devices

241.    The development and launch of the Steam Deck, and the reactions of competitors and industry participants, are a clear reflection of my analysis above about how PC and console firms' strategic decisions reveal threats of competition.

242.    Valve's efforts to create a more seamless, "console-like" device upon which to play PC games goes back over a decade, to the Steam Machine.[415] While the Steam Machine concept was eventually discontinued, Valve would continue to develop the operating system underlying the Steam Machine, SteamOS. SteamOS would go on to become the operating system for a later hardware product from Valve, the Steam Deck.

243.    There are many similarities between the Steam Deck and handheld consoles like the Nintendo Switch. The Steam Deck and the Switch are shown below in Exhibit 11. Both devices offer users the option to play in handheld mode, or to attach the device to a dock connected to a TV (much like a console).[416]

244.    Review sites regularly compare the products as a way of informing users of how to choose between them, highlighting how users can substitute between console and PC gaming.[417]

---

[415]    Adi Robertson, "Valve's First Steam Machines and Controller Have Been Officially Released," *The Verge*, November 10, 2015, available at https://www.theverge.com/2015/11/10/9705234/valve-steam-machines-controller-link-launch, accessed on January 23, 2025.

[416]    Nintendo, "Nintendo Switch," available at https://www.nintendo.com/switch/system/, accessed on March 15, 2025; Ryan Gilliam and Samit Sarkar, "Valve Announces Steam Deck Handheld for PC Games," *Polygon*, July 15, 2021, available at https://www.polygon.com/22578782/steam-deck-handheld-valve-release-date-price, accessed on March 14, 2025.

[417]    Gerald Lynch, "Nintendo Switch 2's Biggest Competition Isn't PS5 or Xbox – It's Portable PCs," *TechRadar*, February 22, 2023, available at https://www.techradar.com/features/nintendo-switch-2s-biggest-competition-isnt-ps5-or-xbox-its-portable-pcs, accessed on March 18, 2025 ("King of portable gaming: it was a crown that Nintendo seemed destined to wear in perpetuity when the Nintendo Switch launched in early 2017 … Jump to the year 2022, and Valve's Steam Deck is revealed. It's a beast … Nintendo now has PC/console hybrid manufacturers tracking it in their sights, leveraging the form factor that Nintendo had pioneered and had made the Switch so compelling … But the fact remains — the Switch as a hardware concept has been played, probed, and perfected, and not by Nintendo."); Chaim Gartenberg, "How Does Valve's Steam Deck Compare to the Nintendo Switch, Xbox Series X, and Playstation 5?" *The Verge*, July 15, 2021, available at https://www.theverge.com/2021/7/15/22578917/valve-steam-deck-nintendo-switch-xbox-series-x-ps5-spec-comparison, accessed on March 18, 2025 ("The most obvious comparison for the Steam Deck is, of course, Nintendo's Switch — particularly the upcoming OLED model – which offers a similar handheld configuration, screen size, and design. Both devices feature 720p touchscreen displays, too … But given that the two handhelds are closest together in form factor and price, it's still worth looking at them side by side — especially considering that even with the gap in performance, they're far closer to each other than the dramatically more powerful Xbox Series X and PlayStation 5."); Chris Brandrick, "The State of Switch 2024," *Switch Weekly*, April 28, 2024, available at https://switchweekly.com/survey/2024, accessed

---

**Exhibit 11**
*Similarities between the Switch and the Steam Deck*



Source: Mike Andronico, *"Valve Steam Deck Versus Nintendo Switch OLED: Which Should You Buy?" CNN Underscored*, May 31, 2024, available at https://www.cnn.com/cnn-underscored/electronics/valve-steam-deck-vs-nintendo-switch-oled, accessed on April 18, 2024.
Note: Image from review compares Nintendo Switch OLED (left) and Valve's Steam Deck (right).

245. Several publications present the Switch and the Steam Deck as direct substitutes:[418]

   a. "Valve Steam Deck vs Nintendo Switch OLED: What should you buy?"[419]

   b. "Can't decide between the Switch and Steam Deck? Here's what you should know."[420]

---

on March 18, 2025 ("I asked Switch owners what other systems they currently own ... 15% said they own the Steam Deck. Of those who picked up a Steam Deck, a sizeable 88% said that their buying habits have changed — and they are now purchasing more games on Steam compared to the eShop.").

[418] I note that while these publications describe factors that may lead users to prefer one device to the other, differentiated products compete, as users still choose between them. Thus, the differences between their characteristics that would enable a user to make that choice do not form a valid basis for drawing market boundaries. Section 3.1.

[419] Marshall Honorof, "Valve Steam Deck vs Nintendo Switch OLED: What Should You Buy?" *Tom's Guide*, March 8, 2022, available at https://www.tomsguide.com/news/valve-steam-deck-vs-nintendo-switch-oled, accessed on March 18, 2025.

[420] Joanna Nelius, "Can't Decide Between the Switch and Steam Deck? Here's What You Should Know," *USA Today Reviewed*, February 21, 2023, available at https://reviewed.usatoday.com/laptops/features/nintendo-switch-vs-steam-deck, accessed on March 18, 2025.

c. "Nintendo Switch OLED vs. Steam Deck OLED: Which handheld is better?" and "Competition among portable consoles is the fiercest it's ever been."[421]

d. "Steam Deck OLED vs. Steam Deck LCD vs. Switch OLED: How they all stack up."[422]

e. "The Steam Deck OLED Has Completely Replaced My Nintendo Switch."[423]

246. In January 2025, Nintendo announced the introduction of a second generation of the Switch, the Nintendo Switch 2, which will be available in 2025.[424] With the launch of the Nintendo Switch 2, Nintendo has made several upgrades that bring it even closer to the Steam Deck. The increased similarities between the Steam Deck and the upcoming Nintendo Switch 2 are displayed below in Exhibit 12. New reviews suggest that the Nintendo Switch 2 "will narrow the gap between the new handheld and portable PCs like the Steam Deck" through its upgrades and new features.[425] These reviews often compare the two side by side, suggesting Nintendo's adjustments to the Switch 2 enable it to better compete with the Steam Deck.[426]

---

[421] Alex Perry, "Nintendo Switch OLED vs. Steam Deck OLED: Which Handheld is Better?" *Mashable*, December 8, 2023, available at https://mashable.com/article/nintendo-switch-oled-vs-steam-deck-oled, accessed on March 18, 2025.

[422] Taylor Lyles, "Steam Deck OLED vs. Steam Deck LCD vs. Switch OLED: How They All Stack Up," *IGN*, November 9, 2023, available at https://www.ign.com/articles/steam-deck-oled-vs-steam-deck-lcd-vs-switch-oled, accessed on March 18, 2025.

[423] Bryn Gelbart, "The Steam Deck OLED Has Completely Replaced My Nintendo Switch," *Esquire*, January 22, 2025, available at https://www.esquire.com/lifestyle/tech/a63494878/steam-deck-oled-review/, accessed on March 16, 2025.

[424] Nintendo, "Nintendo Switch 2," available at https://www.nintendo.com/successor/en-us/index.html, accessed on January 22, 2025.

[425] Phil Hayton, "Nintendo Switch 2 vs Steam Deck: How Do Both Gaming Handhelds Compare?" *Gamesradar+*, January 17, 2025, available at https://www.gamesradar.com/hardware/handhelds/nintedo-switch-2-vs-steam-deck/, accessed on March 16, 2025 ("In many ways, the Switch 2 is a souped-up version of Nintendo's 2017 console. Next-gen enhancements will narrow the gap between the new handheld and portable PCs like the Steam Deck OLED, but there's more to this fight than raw performance punches. In fact, the new Nvidia chip rumored to sit within the new Switch uses the same tricks as modern graphics cards to achieve higher resolutions and better performance."); Sean Hollister, "What Handheld PC Makers Should Do to Fight the Nintendo Switch 2," *The Verge*, January 26, 2025, available at https://www.theverge.com/24351383/handheld-pcs-challenge-switch-2-editorial, accessed on January 27, 2025 ("I stopped buying most games for my Nintendo Switch the day I bought a Steam Deck ... But the Nintendo Switch 2, coming later this year, may change that value proposition ... The Switch 2 may meet or beat the Steam Deck in performance.").

[426] Phil Hayton, "Nintendo Switch 2 vs Steam Deck: How Do Both Gaming Handhelds Compare?" *Gamesradar+*, January 17, 2025, available at https://www.gamesradar.com/hardware/handhelds/nintedo-switch-2-vs-steam-deck/ accessed on March 16, 2025 ("...let's see how the Switch 2 vs Steam Deck fight starts to unfold now that its existence is official. Both will no doubt continue to swing punches throughout 2025, but I can already talk you through how multiple rounds will play out."); Lewis Painter, "Nintendo Switch 2 vs Steam Deck OLED: What's the Difference?" *Trusted Reviews*, January

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**Exhibit 12**
*Similarities between the Switch 2 and the Steam Deck*



*Source: Phil Hayton, "Nintendo Switch 2 vs Steam Deck: how do both gaming handhelds compare?," gamesradar+, January 17, 2025, available at https://www.gamesradar.com/hardware/handhelds/nintedo-switch-2-vs-steam-deck, accessed on January 22, 2025.*
Note: Image from review compares Nintendo Switch 2 (top left) and Valve's Steam Deck (bottom right).

247.    The Steam Deck is not only a substitute for the Nintendo Switch and Switch 2 consoles, but also for other consoles. ██████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████.[427] Consistent with my analysis in Section 5.1.1, ██████████
████████████████████████████████████████████████████████████████
██████████████

---

17, 2025, available at https://www.trustedreviews.com/versus/nintendo-switch-2-vs-steam-deck-oled-4584293, accessed on January 22, 2025 ("While both offer a portable gaming experience, there are plenty of key differences between the two that could sway your vote one way or the other — and that's just based on the design of Nintendo's next-gen console and Valve's popular Steam Deck OLED. Ahead of the full reveal of Nintendo's next-gen console in April, we compare the design of the Switch 2 and Steam Deck OLED right here.").

[427]

248.  Recently, Valve announced that the operating system for Steam Deck, SteamOS, will be made available to third party hardware manufacturers designing competing devices.[428] For example, the Lenovo Legion Go S is a similar product.[429] The industry press describes the Nintendo Switch 2 as having to "compete in a much more crowded field" thanks to the growing prevalence of the Steam Deck and similar devices.[430]

249.  Valve has spent years investing to make Steam more attractive to console users, which is exactly how a competitor, intent to have those users substitute towards its platform, would act.[431] The industry press has recognized that this years-long effort has been successful, with one article noting:[432]



---

[428]  Sean Hollister, "Valve Will Officially Let You Install SteamOS on Other Handhelds as Soon as This April," *The Verge*, January 7, 2025, available at https://www.theverge.com/2025/1/7/24338405/valve-steamos-beta-other-handhelds-beyond-steam-deck, accessed on January 15, 2025 ("SteamOS was always supposed to be bigger than Valve's own Steam Deck, and 2025 is the year it finally expands. Not only will Lenovo ship the first third-party SteamOS handheld this May, Valve has now revealed it will let you install a working copy of SteamOS on other handhelds even sooner than that.").

[429]  Sean Hollister, "Lenovo Legion Go S Official: $499 Buys the First Authorized Third-Party SteamOS Handheld," *The Verge,* January 7, 2025, available at https://www.theverge.com/2025/1/7/24338028/lenovo-legion-go-s-steam-windows, accessed on January 15, 2025.

[430]  Jay Peters, "The Switch 2 is Almost Here — but PC Handhelds Are Giving It Big Competition," *The Verge*, January 9, 2025, available at https://www.theverge.com/2025/1/9/24339466/nintendo-switch-2-pc-gaming-handhelds-steamos, accessed on January 15, 2025 ("Back in 2017, when the original Switch launched, there wasn't anything like it. The Switch's successor will compete in a much more crowded field — and one that's getting even more crowded after CES 2025. Hopefully, the competition means everyone makes better hardware and better games. It's a great time for handhelds.").

[431]  Steam's internal data also shows that users substitute between handheld devices and traditional desktop PCs. James Archer, "'The Community Continues to Blow Our Minds': Valve Talk the Steam Deck, One Year On," *Rock Paper Shotgun*, March 7, 2023, available at https://www.rockpapershotgun.com/the-community-continues-to-blow-our-minds-valve-talk-the-steam-deck-one-year-on, accessed on January 15, 2025 ("The biggest surprise for me has been seeing how Steam Deck has changed the way people are playing their games. One thing we've learned recently is that of the people who've purchased a Steam Deck, 42% of them end up spending the majority of their Steam gaming time on Steam Deck — preferring it over their other devices.").

[432]  Chris Plante, "2025 is PC Gaming's Victory Lap," *Polygon*, January 6, 2025, available at https://www.polygon.com/gaming/500266/pc-gaming-mainstream-console-comparison-2025, accessed on January 20, 2025.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Lesley Chiou, Ph.D.                                    Valve competes with console platforms in the relevant market

"For decades, consoles were an obvious choice for most gamers. They were cheaper, had comparable graphical power at their launch, required minimal technical expertise, and were the only way to play some of the biggest games of a given year. Now all those arguments apply more to portable PCs like the Steam Deck than they do to consoles."

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 6.   VALVE COMPETES WITH MULTI-GAME SUBSCRIPTION SERVICES

250. As I discussed in Section 2, through a combination of new technology and innovation in distribution models, several market participants are pursuing multi-game subscription services. Dr. Schwartz excludes multi-game subscription services from his proposed market on the basis that they are allegedly substantially different from the services provided by PC platforms offering third-party games.[433] In this section, I present evidence that, contrary to Dr. Schwartz's claims, multi-game subscription services are close substitutes for Steam and should therefore be included in the same market as Steam in this matter.

251. **Multi-game subscriptions offer users the same video game experience as standalone "buy-to-play" purchases.** Users play the games through multi-game subscriptions on the same platforms had they purchased the standalone game. As an example, consider Microsoft's Game Pass subscription. Users must purchase the subscription through their Xbox console or on the Xbox app on Windows PC. From there, users can access the games through their Xbox console, download them to their PC, or via the cloud on their existing devices—these are the same options if they had bought the games separately.[434] As another example, Humble offers a subscription service called Humble Choice. Humble Choice offers users a curated mix of PC games each month for a monthly subscription price.[435] As with Game Pass, users who enroll in Humble Choice are able to download and play the games offered via the subscription service just as if they had purchased the game through a buy-to-play model.[436] In other words, the way in which the user acquires access to the game (through a multi-game subscription or standalone game purchase) has no impact on the video game experience—the offerings are identical after purchase, making these products very close substitutes for users.

---

[433] Schwartz Merits Report, ¶ 96–105.

[434] Microsoft, "Welcome to Game Pass," available at https://www.xbox.com/en-US/xbox-game-pass/getting-started, accessed on February 20, 2025 ("Play on Xbox consoles ... Play on PC ... Jump in with cloud gaming.").

[435] Humble, "Get Pacific Drive with March's Humble Choice!" available at https://www.humblebundle.com/membership, accessed on March 20, 2025 ("Get great games every month with Humble Choice! ... Get a curated mix of PC games every month ... Only $11.99 per month.").

[436] Sarah Saril, "Humble Bundle's Choice Membership Is a Great Way to Build a Massive Library of PC Games for Cheap – Here's Why It's Worth $12 a Month," *Business Insider*, August 10, 2022, available at https://www.businessinsider.com/guides/tech/humble-bundle-choice-review, accessed on March 20, 2025, ("Humble Choice is Humble's gaming subscription service that gives members a new selection of games every month that they can download and keep forever ... Every month you choose which games you want to claim from the available selection. Humble then gives you a redemption key or each that you can input into the necessary game launcher, like Steam, Epic Games, or Origin. The game is yours to keep, even if you choose to end your Humble Choice subscription.").

252. **Industry participants view multi-game subscriptions and buy-to-play transactions on PC and console platforms as substitutes.** For example, internal Valve documents compare Steam to Game Pass.[437] As another example, ████████████████████████████████████, testified that ████████████ ████████████████████████████ █████████, Microsoft has reported that adding games on its Game Pass subscription service leads to declines in regular sales of those games, stating that making games available on a service like Game Pass would "cannibalize" regular sales of those games.[439] Gaming publications also often discuss subscription gaming services as an alternative to more traditional ways of purchasing standalone games on PC and console platforms.[440]

253. **From the point of view of publishers, there is substantial overlap in the titles offered on Steam and multi-game subscription services.** Multi-game subscription services generally offer new games monthly, and those games are often also available on Steam. For example, six new games will be added to Game Pass in April 2025, and all six of them are available on



[437] Valve Document, "█████████████████████████," undated, VALVE_ANT_0019400–402 at 401 ██████████████████████████████████████████████

[438] ████████ Deposition, pp. 29–30 ("Q. ██████████████████████████████████ ██████████").

[439] Anthony Wood, "Microsoft Admits Game Pass Cannibalizes Sales," *IGN*, February 18, 2023, available at https://www.ign.com/articles/microsoft-admits-game-pass-cannibalizes-sales, accessed on March 15, 2025 ("Microsoft has admitted that putting games on its Xbox Game Pass subscription service leads to a marked decline in base sales."); The Tech Game, "Microsoft Admits Xbox Game Pass 'Cannibalizes' Game Sales," February 17, 2023, available at https://www.thetechgame.com/News/sid=37244/c=570139/microsoft-admits-xbox-game-pass-cannibalizes-game-sales.html, accessed on March 15, 2025 ("Microsoft has stated that its aware the Xbox Game Pass subscription service potentially 'cannibalizes' regular game sales. … Activision has occasionally considered making its games available on a service like Game Pass but has so far decided that doing so would 'severely cannibalize B2P sales.'").

[440] Workpaper 16. Jordan Minor, "The Best Video Game Subscription Services," *PC Mag*, January 10, 2025, available at https://www.pcmag.com/picks/the-best-video-game-subscription-services, accessed on March 15, 2025 ("When you want to play a new video game, you either cough up $60 (or $70) for a major release, buy something cheaper because it's smaller or on sale, or dive into a free-to-play title that tries to get your money after downloading it. However, what if you want to play many games on a regular basis without outright purchasing titles that you aren't sure you'll like? That's where video game subscription services come in.").

Steam.[441] The opposite is also true; several of the highest-revenue games available on Steam are also currently available on Microsoft's Game Pass. Among the top 50 Steam games by 2024 Steam revenue, 14 (█ percent) were available on Game Pass as of March 2025.[442] The games that are available on both Microsoft's Game Pass and on Steam exert competitive pressure on Steam because they include large, popular games that account for a substantial amount of Valve's revenue from Steam. The 14 games out of the top 50 available on both Steam and Game Pass account for █ percent of 2024 Steam revenue among these top 50 games.[443] Game Pass has added more and higher quality games over time, so the competitive pressure exerted on Steam will increase as more users are attracted to Game Pass.[444]

254.  **Dr. Schwartz's exclusion of multi-game subscriptions from his relevant market is not supported by an appropriate analysis of substitution.** Dr. Schwartz claims that multi-game subscriptions and other third-party distribution are not close substitutes because they are meaningfully different. He references that the two types of services have different user bases, payment structures, variety of games, and monetization

---

[441]  These games are *South of Midnight, Commandos: Origins, Descenders Next, Blue Prince, Tempopo,* and *Clair Obscur: Expedition 33.* Nat Smith, "Upcoming Game Pass games," *PC Games N,* available at https://www.pcgamesn.com/pc-game-pass-games-list, accessed on March 24, 2025. See Appendix Section 14.2.

[442]  Workpaper 16.

[443]  Workpaper 16. As context, the top 50 games on Steam in 2024 accounted for █ percent of total revenue on Steam in the same year. Workpaper 8. This analysis does not account for titles outside the top 50 games by 2024 Steam revenue, nor does it account for games available on Steam and other multi-game subscription platforms besides from Microsoft Game Pass, which exert additional competitive pressure on Steam. Furthermore, observing the number of games on both Game Pass and Steam at any given point in time is likely to understate the competitive pressure exerted on Steam. This is because games cycle in and out of Game Pass on a monthly basis. The number of titles that appear on both Steam and Game Pass in any given month will not fully capture the overlap between Steam and Game Pass. The games that enter and leave Game Pass include popular titles. For example, *Avowed* came to Game Pass on its launch day of February 18, 2025 while *Red Dead Redemption 2* left Game Pass in September of 2020. See Microsoft, "Coming Soon to Game Pass: Avowed, Madden NFL 25, and More," available at https://news.xbox.com/en-us/2025/02/04/xbox-game-pass-february-2025-wave-1/, accessed on March 21, 2025 ("Available on day one!");Daniel Richardson, "Red Dead Redemption 2 is Leaving Xbox Game Pass," *Game Rant,* August 20, 2020, available at https://gamerant.com/red-dead-redemption-2-leaving-xbox-game-pass/, accessed on March 24, 2025.

[444]  Oli Welsh, et al., "The 25 Best Games on Game Pass," *Polygon,* February 26, 2025, available at https://www.polygon.com/best-games/22372750/best-game-pass-games-xbox, accessed on March 24, 2025 ("Microsoft's Game Pass subscription service enters 2025 bigger than ever, after finishing 2024 by adding two massive day-one blockbuster games: Call of Duty: Black Ops 6 and Indiana Jones and the Great Circle. The service has recently been bolstered with the fruits of Microsoft's acquisition of Activision Blizzard — and it's not just about Call of Duty. Classic Blizzard titles like Diablo and StarCraft are really fleshing out Game Pass' back catalog selection, especially for PC users. Blockbuster titles are well represented with the likes of Assassin's Creed, cult favorites like the Yakuza series have popped up, and Game Pass has continued its strong tradition of curating the best of the indie world with games like Cocoon and The Case of the Golden Idol. That's a lot of 'free' video gaming to be done! With the sheer size and the bounty of choice it offers, Game Pass can be a bit overwhelming to digest.").

strategies, among other differences.[445] He concludes that multi-game subscriptions and third-party distribution are complements.[446] Dr. Schwartz continues to make fundamental mistakes in his assessment of market definition by focusing on product similarity (as he defines it) over product substitutability (as consumer behavior defines it). As I discussed above in Section 3.1, economic substitutes are not required to be identical; firms can compete on product characteristics so product differentiation can facilitate competition. As I further discuss in this section, multi-game subscription operators like Microsoft recognize that users substitute between subscriptions and buy-to-play purchases. This is consistent with the principles of substitution I explain in Section 3.4: firm behavior suggests that users do not buy the same game on multiple platforms, and Dr. Schwartz's has not provided evidence to the contrary. Given both the evidence and the underlying economics, multi-game subscriptions and third-party distribution act as substitutes. Dr. Schwartz improperly excludes multi-game subscriptions from his market definition.

---

[445]    Schwartz Merits Report, ¶ 96–105 ("The services provided by PC game subscriptions and third-party distributors are distinct ... the PC game subscription business model attracts a different user base ... involves different financial and gameplay considerations ... the number of games ... [and] monetization strategies.").

[446]    Schwartz Merits Report, ¶ 105 ("Internal Valve documents and other sources also indicate that PC game subscriptions are not substitutes for third-party digital PC game distribution via platforms; rather they are complementary to third-party PC distribution.").

## 7. VALVE COMPETES WITH CLOUD GAMING PLATFORMS

255. As I discussed in Section 2, new technology and innovation in distribution models has also given rise to cloud gaming platforms. Dr. Schwartz excludes cloud gaming platforms from his proposed market on the basis that they are allegedly substantially different from PC gaming platforms.[447] In this section, I present evidence that, contrary to Dr. Schwartz's claims, cloud gaming platforms are close substitutes for Steam and should therefore be included in the same market as Steam in this matter.

256. **Cloud and non-cloud platforms provide a similar gaming experience.** As I describe in Section 2.2, regardless of where the software client for the platform is hosted (i.e., in the cloud or not), when users transact and play games on cloud gaming platforms, they do so on their existing devices. This similarity in experience facilitates substitution across cloud and non-cloud platforms.

257. Consistently, **there is substantial overlap in the titles** publishers offer on Steam and cloud gaming platforms. Examples include several games offered on Amazon Luna, such as *Resident Evil 2*, several games offered on Google Stadia, such as *Borderlands 3*, several games offered on PlayStation Plus, such as *Final Fantasy VII Remake Intergrade*, several games offered on Apple Arcade, such as *Stardew Valley*, and several games on Ubisoft Plus, such as *Call of Duty*.[448] As with multi-game subscription platforms, the games available on both cloud gaming platforms and on Steam are large, popular games that represent substantial sales on Steam, imposing competitive pressure.[449]

258. **Industry participants also view cloud gaming and traditional PC and console gaming platforms as substitutes**. For example, on its Xbox support page, Microsoft acknowledges the close substitution between cloud gaming and traditional console gaming by listing the pros and cons of each to help users decide which alternative suits them best.[450] Similarly, HP, a

---



[447]   Schwartz Merits Report, ¶ 96–105.

[448]   Appendix Section 14.2.

[449]   For example, in 2024, *Resident Evil 2* was the ▮▮▮ most popular game on Steam, generating ▮▮▮▮▮ in revenue, *Borderlands 3* was the ▮▮▮ most popular game on Steam, generating ▮▮▮▮▮ in revenue, *Final Fantasy VII Remake Intergrade* was the ▮▮▮ most popular game on Steam, generating ▮▮▮▮ in revenue, *Stardew Valley* was the ▮▮ most popular game on Steam, generating ▮▮▮▮▮ in revenue, and the latest release in the *Call of Duty* series, *Call of Duty: Black Ops 6,* was the ▮▮▮ most popular game on Steam, generating ▮▮▮ in revenue. See Workpaper 17.

[450]   Microsoft, "Playing an Xbox Console Game with Cloud Gaming Versus Installing It" available at https://support.xbox.com/en-US/help/games-apps/cloud-gaming/playing-console-game-from-cloud-versus-installing, accessed on March 24, 2025 ("If you're an Xbox Game Pass Ultimate member, you have access to more than a hundred titles on your console that are playable right away with cloud gaming. ... Installing a game ensures you get the full Xbox

---

hardware manufacturer, also compares the two types of gaming and attempts to offer guidance to its customers about which is right for them.[451] Moreover, public press also portrays cloud gaming as an alternative to traditional PC and console gaming. For example, a 2019 article reported that many gamers could perceive cloud gaming as an attractive alternative to traditional PC gaming.[452] This portrayal of cloud gaming as an alternative to traditional PC and console gaming is widespread in the public press.[453]

---

console experience that includes features like native 4K screen resolution and local multiplayer. Let's look closer at both options to help you decide which is right for you.").

[451] HP, "Gaming Evolution: From PC Gaming to Cloud Gaming," January 21, 2025, available at https://www.hp.com/us-en/shop/tech-takes/gaming-evolution-pc-to-cloud-gaming, accessed on March 24, 2025 ("Cloud gaming is rapidly transforming the gaming landscape, offering a convenient, hardware-light alternative. Instead of relying on powerful local devices, games are processed on remote servers and streamed to the user's screen."); HP, "The Future of Gaming: Comparing PC and Cloud Gaming in Singapore," February 12, 2025, available at https://www.hp.com/sg-en/shop/tech-takes/post/gaming-evolution-pc-to-cloud-gaming, accessed on March 24, 2025 ("While cloud gaming offers convenience and flexibility, PC gaming provides unmatched control and performance. Your choice should align with your gaming priorities, budget, and how you plan to play.").

[452] Mark Knapp, "Valve Appears to Be Working on Its Own Google Stadia Cloud-Gaming Competitor," *Digital Trends*, November 6, 2019, available at https://www.digitaltrends.com/gaming/valve-steam-cloud-gaming-google-stadia-competition, accessed on March 24, 2025 ("[R]ecently, major players like Google, Microsoft, and Sony have made serious pushes into cloud gaming with Stadia, Project xCloud, and PlayStation Now, respectively. Since cloud gaming doesn't require dedicated gaming hardware to play, it has a lower barrier to entry than traditional console or PC gaming, and it could find a large user base ... a Steam Cloud Gaming platform could be a smart way for the company to keep its gamers from being lured to other platforms that don't require dedicated gaming hardware.").

[453] market.us, "Global Cloud Gaming Market," February 2024, available at https://market.us/report/cloud-gaming-market, accessed on March 24, 2025 ("Casual gamers ... have greater access to video games thanks to the availability of smart TVs, smartphones, and laptops. Casual gamers will not be able to afford gaming-specific hardware like gaming laptops ... Cloud gaming eliminates this requirement and allows casual gamers to play the games they choose without limitations ... hardcore gamers will increase their use of cloud-based gaming solutions, and this is expected to drive market growth in the near future. They have the ability to play expensive games, such as consoles or gaming PCs."); Gabe Gurwin, "Cloud Gaming vs. Console Gaming: The Pros and Cons of Each," *Digital Trends*, October 3, 2019, available at https://www.digitaltrends.com/gaming/cloud-gaming-vs-console-gaming/, accessed on March 24, 2025 ("Never before have there been so many different options for playing the latest video games, whether it be on a powerful custom-built PC, a traditional gaming console, or via a cloud-based game-streaming service. Instead of one technology serving as a replacement for another, each option has its own unique pros and cons that will appeal to some gamers and not be so appealing to others. In the case of cloud gaming vs. console gaming, many factors should be considered before you decide which direction you'll go, as it will impact how, when, and where you enjoy your games."); Jesse Lennox, "I Ditched My Consoles and Went to Cloud Gaming for a Week — Here's How It Went," *Digital Trends*, May 1, 2023, available at https://www.digitaltrends.com/gaming/one-week-of-cloud-streaming/, accessed on March 24, 2025 ("Cloud and game streaming has opened the door for so many people who can't get access to dedicated gaming hardware. It can even act as a bridge for the already massive mobile audience to try out more types of games than they would otherwise have access to. I still don't believe it will ever replace dedicated hardware, nor do I think Sony or Xbox expect it to. What it can do is further push the accessibility of games as a whole, and in that regard, I have come to fully support the movement toward game streaming, even if it's not for me.").

259. **Dr. Schwartz's exclusion of cloud gaming platforms from his relevant market is not supported by an economic analysis of substitution.** Dr. Schwartz claims that cloud gaming platforms are meaningfully different from Steam and other third-party distribution. He references that cloud gaming platforms have different technological requirements and user experiences.[454] In contrast to this, I have described above the similarities in cloud gaming platforms and Steam. Moreover, even setting aside the similarities between cloud gaming platforms and third-party distribution, as I discussed above in Section 3.1, economic substitutes are not required to be identical; firms can compete on product characteristics so product differentiation can facilitate competition. Dr. Schwartz also points to a Valve document that critiqued ███████████ technological and business limitations as evidence that Valve does not view cloud gaming and third-party distribution as substitutes.[455] However, this document was from 2020, and since then cloud gaming has grown rapidly, and is expected to continue to do so, thanks to improvements in internet infrastructure and connectivity.[456] Dr. Schwartz improperly excludes cloud gaming platforms from his proposed market.

---

[454]    Schwartz Merits Report, ¶¶ 123–124 ("Cloud PC gaming is inherently different from traditional PC gaming ... Cloud gaming requires a fast internet connection ... [cloud gaming] introduces the issue of latency, i.e. the lag between when a user inputs a command and the corresponding action.").

[455]    Schwartz Merits Report, ¶ 125 ("Valve's documents also demonstrate that it does not view cloud gaming services as an alternative to PC games and distribution services. A 2020 Valve analysis implies that ████████████████████████████████████████ ██████████████████████████████████████.").

[456]    Mordor Intelligence, "Cloud Gaming Market Size & Share Analysis – Growth Trends & Forecasts (2025 – 2030)," available at https://www.mordorintelligence.com/industry-reports/cloud-gaming-market, accessed on March 25, 2025 ("The cloud gaming landscape is experiencing an unprecedented transformation, driven by rapidly expanding internet connectivity and digital infrastructure development worldwide."); Grand View Research, "Cloud Gaming Market Size, Share & Growth Report, 2030," available at https://www.grandviewresearch.com/industry-analysis/cloud-gaming-market, accessed on March 25, 2025 ("the trend of companies focusing on the expansion of cloud data centers offering an enhanced gaming experience is expected to drive market growth ... the market players are also focusing on developing advanced cloud gaming products and services to attract a larger customer base, which is positively influencing the overall market of cloud gaming ... In addition, it has been observed that gamers are turning towards cloud gaming due to the storage size and updates of modern games.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 8. PHYSICAL DISTRIBUTION OF VIDEO GAMES COMPETES WITH DIGITAL DISTRIBUTION

260. Valve has competed with physical sales distributors for decades. This competition dates back to the initial launch of Steam, when the video game industry primarily focused on physical sales of games and continues to present day. However, Dr. Schwartz excludes physical distribution from his proposed market. In this section, I show that physical sales are part of the relevant market with Steam and that Dr. Schwartz's exclusion ignores or mischaracterizes evidence of close substitution between the two.

261. In the early years of Steam, Valve primarily competed with retailers that were selling video games for consoles and PCs. Valve initially launched Steam in part to address shortcomings from distributing games through physical retailers.[457] Around launch, Steam accounted for substantially less consumer spending on video games than physical retailers. Users spent ███████ on Steam in the first three years after Valve started selling games on Steam, compared to ██████ on physical sales of PC and console games over the same period. Users spent over ██████ as much at physical retailers than on Steam.[458]

262. The overwhelming prevalence of physical sales of video games and the need to compete with physical retailers was a competitive constraint on Valve's initial pricing decisions. Valve's CEO Gabe Newell testified that Valve assessed the pricing and availability of alternative distribution channels, including physical retailers, when setting Valve's initial revenue share.[459] As I explained in Section 3, evidence of competitive responses, such as setting prices to prevent

---

[457] GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game ("We've created new games, new mods, new models, new maps, and that's really helped us build up that audience but unfortunately, it's really compromising the out of box experience for a retail packaged goods customer. If you go into a store and buy a copy of Half Life, put it in your CD player, you're 50 minutes away from being in that game ... I think that everybody here every developer here I think could do as good a job as I could talking about the benefits that we're going to receive once we move over into a broadband environment.").

[458] Workpaper 18.

[459] Newell Deposition, p. 169 ("Q. How did you come up with the transaction fee that you have starting from when the Steam platform first started selling third-party games? A. We had conversations with third-party software developers about what would allow us to be a competitive platform given the wide range of distribution options they had, selling it themselves, selling it through retailers, selling it through other digital distribution services or selling it through other providers like the Xbox, Nintendo Switch or Sony PlayStation."). Note that physical retailers still charge publishers 30 percent today. See Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, January 13, 2020, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on March 15, 2025 ("Additionally, physical retailers generally stick to a 30% cut too, but keep in mind that publishers often have to invest more themselves to pay for the process of manufacturing the physical media alongside other fees not present in digital distribution.").

---

substitution to another competitor, indicates that the firms belong in the same relevant market.

263. Valve competed with physical retailers in both price and quantity.[460] It offered lower fees and freed publishers from the costs of distributing to stores, delivering updates, and paying for instore marketing and product placement.[461] This gave publishers increased pricing flexibility.[462] Steam also offered support for updating, matchmaking of players (i.e., connecting players for multiplayer gaming sessions), lowering setup time for games, and other

---

[460] I understand that Professor Gowrisankaran explained in his initial merits report how Valve competed with physical distributors. See Gowrisankaran Merits Affirmative Report, Section 3.2.

[461] The revenue cut publishers ultimately received from physical sales was often substantially lower than the revenue share from sales on Steam. Even though physical distributors generally charged a 30 percent revenue share, publishers who distributed games through physical retailers also had to cover the costs of manufacturing the physical media, the costs associated with any changing prices, and licensing fees associated with distributing media for certain devices. In addition, physical retailers needed to recoup overhead costs such as leases for physical storefronts and wages for retail employees. See Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, January 13, 2020, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industrystandard, accessed on March 15, 2025 ("Additionally, physical retailers generally stick to a 30% cut too, but keep in mind that publishers often have to invest more themselves to pay for the process of manufacturing the physical media alongside other fees not present in digital distribution."). See also Josh Gibson, "Opinion: Tripwire, Steam, and How We're not Getting Exploited," *Gave Developer*, available at https://www.gamedeveloper.com/game-platforms/opinion-tripwire-steam-and-how-we-re-not-getting-exploited, accessed on March 26, 2025 ("In the early days, when we were shopping our first game *Red Orchestra: Ostfront 41-45* around to traditional brick-and-mortar publishers, we were shocked at how terrible their proposals were. We were getting pitched offers like, 'We'll give you a 15 percent royalty rate, take the IP rights to your game, and slap a $1.5 million administrative fee on top of your recoupment costs.' And deals like this were being offered for a game we funded ourselves! With deals like those, we were wondering how any third-party developer could be successful in the game industry. Under the terms of that deal, we would have needed to sell hundreds of thousands of units before we would have seen one cent of royalties. Enter Steam. When we got the contract from Valve, we were amazed at how much better the deal was from what we were getting from the standard publishers.").

[462] For example, digital distribution on Steam allows for free-to-play and microtransaction-driven pricing strategies. Similarly, digital distribution on Steam was a "natural choice" for lower priced, episodic games that were "not suited for retail" because of their pricing. Ken Fisher, "Valve's Distribution System Picking Up Steam," *Ars Technica,* November 23, 2005, available at https://arstechnica.com/uncategorized/2005/11/5616-2/, accessed on March 25, 2025 ("This is the second big deal they've scored, coming several months after we learned that Ritual Entertainment chose Steam for the distribution of its upcoming sequel to SiN. Yet in the case of SiN, Steam was a natural choice because the game is going to be episodic in nature, and is not suited for retail."); Kyle Orland, "Analyst: Downloadable Titles Make Up 92% Of PC Games Market," *Ars Technica,* August 18, 2014, available at https://arstechnica.com/gaming/2014/08/analyst-downloadable-titles-make-up-92-of-pc-games-market/, accessed on March 25, 2025 ("Anyone paying vague attention to the PC games market has long known that it's a space dominated by downloadable titles. Still, it's a bit astounding to hear a report estimating that a full 92 percent of PC game sales in 2013 came from digital downloads ... One possible reason for the sharp increase over the last four years is money brought in from newly ascendant free-to-play and microtransaction-driven PC games.").

---

procompetitive benefits.[463] Dr. Schwartz misconstrues the differences in features and business models between digital and physical distribution as evidence that they are not substitutes.[464] This is incorrect. As I explained in Section 3.1, products do not have to be identical to compete. Instead, product differentiation can be an effective strategy to compete. Valve successfully used this strategy to compete with physical distributors.

264.    The attractive features of Steam and other digital distributors for both users and publishers were the key drivers of a transition from mostly physical to mostly digital sales in the video gaming industry. As shown in Exhibit 13, physical sales accounted for ■ percent of all consumer spending on PC and console games in 2005. By 2022, physical sales had decreased to ■ percent of consumer spending on PC and console games. The increase of digital sales at the expense of physical sales demonstrates a high degree of substitution between physical and digital games.

---

[463]    Matt Sayer and Tyler Wilde, "The 19-Year Evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on March 17, 2025("Steam began life as a way for Valve to control the patching process for games"); Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on March 17, 2025 ("[Steam] could host multiplayer games"); AccelByte Inc, "Matchmaking Essentials for Cross-Platform Multiplayer Games," *Medium*, March 1, 2021, available at https://medium.com/accelbyte-inc/matchmaking-essentials-for-cross-platform-multiplayer-games-20fd767554dd, accessed on March 25, 2025 ("Matchmaking is the core of any multiplayer game. It is the system that connects a player with the other players and enables them to play together, whether as individuals or in a team."); GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game ("We've created new games, new mods, new models, new maps, and that's really helped us build-up that audience but unfortunately, it's really compromising the out-of-box experience for a retail packaged goods customer. If you go into a store and buy a copy of Half-Life, put it in your CD player, you're 50 minutes away from being in that game.").

[464]    Schwartz Merits Report, ¶¶ 75 ("For users, the game shopping experience is much less flexible with physical PC game distributors than on third-party digital PC game distribution."), 76 ("user search is different on digital platforms versus physical third-party distributors in ways that are economically meaningful to consumers."), 77 ("Digital third-party PC game distribution platforms also provide users with a depth and breadth of offerings not possible in brick-and-mortar stores due to physical shelf space constraints that exist with physical distribution."), 79 ("Digital distribution implies different business considerations compared to physical distributors; those differences are material to publishers when setting pricing and making other business decisions. An internal Valve document discussing distribution with publisher ■■■■ states that Steam's business model, margins, and cost structure are 'entirely different' than retail."), 80 ("Valve (and others) emphasize the relative convenience of digital distribution as a means of efficiently engaging users through a digital platform. The trade press also acknowledges the benefit of digital distribution."), 81 ("Valve also does not see brick-and-mortar retail distribution as a reasonable economic substitute for developers.").

**Exhibit 13**

*Physical and digital consumer spending on PC and console games by year in the North America., 2005–2022*



Source: IDC, Circana

Note: Circana data ███████████████████████. Circana data ████████ ████████████████████████████████. IDC ████████████████ ███████████████████████████████████████████████████████

Therefore, my results here can be considered conservative because they underestimate the importance of physical sales in all years.

265. Dr. Schwartz recognizes that users and publishers have substituted from physical to digital distribution, but he fails to properly interpret this shift as historical evidence of substitution.[465] Dr. Schwartz instead claims that, because a smaller proportion of users now buy games from physical stores, the transition from physical to digital distribution is evidence that physical retailers are not a substitute for publishers and should be excluded from the

---

465    Schwartz Merits Report, ¶¶ 20 ("The PC game market was originally dominated by brick-and-mortar retailers such as GameStop and Best Buy. In the early 2000s, digital PC game distributors entered the marketplace and began to compete with brick-and-mortar retailers. The emergence of these digital competitors was due, in part, to improvements in high-speed internet."), 74 ("This conclusion is consistent with the move away from physical distribution and towards digital distribution."), 82 ("PC game sales through brick-and-mortar retail have nearly fully stopped, and this distribution/purchase channel is increasingly insignificant in the marketplace.").

relevant market.[466] As I explain in Section 4.2.5, Dr. Schwartz is incorrect to suggest that a firm must have a large share of the market in order to be a competitor. By contrast, it is standard to consider market activity as a whole, including all relevant substitutes, because it represents the full range of competition in the marketplace.

266. While physical distribution accounts for a smaller share of consumer spending today, physical retailers have adapted to remain competitive with digital distribution through unique product offerings and catering to users' preferences for physical products and experiences. For example, physical retailers often offer products tailored to collectors, such as video games sold with other merchandise. Consistent with this strategy, 14 percent of GameStop's 2023 revenue came from physical collectables (e.g., apparel and toys).[467] Physical retailers also cater to customers who have a preference for physical media, either because they value having a boxed collection or want to be able to lend a game, sell a game, or gift a game to other people.[468] Users can now order physical games online and pick them up in store or have them delivered, which helps physical retailers compete with the convenience of digital distribution.[469] Dr. Schwartz includes this online distribution from physical retailers in his market share calculation, but he excludes sales of the same games by the same firms in brick-and-mortar stores.[470] This is another

---

[466]   Schwartz Merits Report, ¶ 82 ("PC game sales through brick-and-mortar retail have nearly fully stopped, and this distribution/purchase channel is increasingly insignificant in the marketplace. As such, I conclude that physical third-party distribution is not sufficiently substitutable for publishers to be included in the relevant market.").

[467]   Kasia Davies, "Revenue Share of Gamestop Worldwide in 2023, by Category," *Statista*, January 14, 2025, available at https://www.statista.com/statistics/568893/global-revenue-share-of-gamestop-by-category/, accessed on January 21, 2025; Game Stop Annual Report, 2023, p. 2 ("Collectibles consist of apparel, toys, trading cards, gadgets and other retail products for pop culture and technology enthusiasts.").

[468]   Christopher Dring, "Why Do Gamers Still Buy Physical Games?" *Gamesindustry.biz*, September 14, 2018, available at https://www.gamesindustry.biz/why-do-gamers-still-buy-physical-games, accessed on January 21, 2025 ("For buyers across Spain, UK, France and Germany, the main reason for gamers acquiring physical items is because they simply like having a boxed collection. Out of the 3,090 boxed game buyers surveyed (representing 15.3 million people), 32% said that owning a collection is why they chose physical over digital. The second most popular answer is due to price. 18% of respondents say they bought a physical item because it was discounted in store, while 13% said it costs less money to buy games physically. Another big reason for owning physical is the ability to lend a game, sell a game or gift a game to other people. 17% said they buy physical so they can play the game in different locations or lend to a friend/family member, while 13% said they want the ability to give the game to someone else. 12% said they like the ability to sell the game when they are finished.").

[469]   For example, Best Buy customers can purchase PC games like *Farming Simulator 25* from the Best Buy website for delivery or pick-up in store. See Best Buy, "Farming Simulator 25 – Windows," available at https://www.bestbuy.com/site/farming-simulator-25-windows/6588264.p?skuId=6588264, accessed on March 25, 2025 ("Availability ... Pickup ... Shipping.").

[470]   Schwartz Merits Report, footnote 388 ("I also consider revenues from digital third-party distribution of PC games that occur outside of a gameplay platform, including the following: Humble Bundle, Green Man Gaming, and GamersGate, as well as online distribution through retail stores such as Best Buy and Target.").

---

situation where Dr. Schwartz uses product differentiation that firms introduce to compete as pretense to exclude substitutes from the market.[471]

267. Consistent with this, physical retail continues to place competitive pressure on Valve. Gabe Newell testified that "Steam exists in a very competitive market, so we compete with retailers like Amazon and Walmart, who obviously have relationships with every video game developer in the world."[472]

---

[471]    I discuss how firms can use product differentiation to compete in Section 3.1.

[472]    Newell Deposition, p. 195. See also Newell Deposition, pp. 224–225 ("We all have to compete with Amazon, we all have to compete with Microsoft, we all have to compete with Sony, we all have to compete with the developers selling it themselves. We all have to compete with the other digital distribution routes, we all have to compete with retailers. So all of us have to compete to figure out how to create value in a competitive marketplace.").

## 9. VALVE'S MARKET SHARE IN AN APPROPRIATELY DEFINED MARKET DEMONSTRATES THAT VALVE DOES NOT HAVE MONOPOLY POWER

268. In this section, I analyze evidence of Valve's current and historical market share for Steam, from its launch through 2024. Dr. Schwartz computes alleged market share for Valve under his flawed market definition and claims that Valve held between ██ and ██ percent market share from 2017 to 2023. Dr. Schwartz then argues that this provides evidence of Valve having monopoly power.[473]

269. Plaintiffs' experts rely on a flawed and overly narrow market definition. In a properly defined market in this matter—which, as I establish throughout my report, includes at least all global video gaming sales on PC and console distribution channels along with multi-game subscriptions, cloud gaming, and physical sales (or "global PC and console distribution" sales)—and with an accurately calculated market share, I find that Valve's market share was **on average ██ percent** during the Class Period and has **never exceeded ██ percent**. Therefore, I conclude that Valve's market share demonstrates that Valve never held monopoly power. Moreover, Valve's share of the "PC game distribution market"—the market proposed by Plaintiffs in their Complaint—was on average ██ percent and reached at most ██ percent in 2024. Even in the overly narrow market proposed by Plaintiffs in their Complaint, Valve's share is inconsistent with Valve having monopoly power.

270. In this section, I present evidence that:

   a. Valve's market share during the Class Period demonstrates that Valve does not have monopoly power in the relevant antitrust market in this matter (Section 9.1). Valve's market share within the relevant market was on average ██ percent and has never exceeded ██ percent across all years in the Class Period, including in 2018 when Valve introduced the tiered revenue share (Section 9.1.1). Moreover, Valve's share of the "PC game distribution market"—the market proposed by Plaintiffs in their Complaint—was on average ██ percent during the Class Period and reached at most ██ percent in 2024. I reach similar conclusions even as to a market for "PC video game digital distribution," as referenced in the Class Certification Order. In other words, the only way to calculate an alleged

---

[473] Schwartz Merits Report, ¶ 139; Schwartz Supplemental Merits Report, ¶ 15 ("In my Opening Merits Report, I calculated Valve's annual market share to be between ██ and ██ from 2017 to 2021, with a weighted average market share of ██ over that five-year span. I update this calculation to include 2022 and 2023, both separately and as part of the weighted average. The calculated market shares for 2022 and 2023 are ██ and ██ respectively, and the updated weighted average is ██ from 2017–2023. ... The updated market share analysis is consistent with and supports my opinion that Valve's market share 'provides a powerful economic basis to conclude that Valve has monopoly power in the relevant market. The fact that Valve has been able to sustain this high market share is further evidence of its monopoly power.'").

market share that suggests Valve has monopoly power is to limit the market to PC games and then artificially exclude portions of the PC segment—portions that even Plaintiffs' Complaint recognizes as part of the relevant market (Section 9.1.2). Finally, setting aside Dr. Schwartz's flawed definition of the market, Dr. Schwartz's calculation of the proposed market share is flawed. Specifically, Dr. Schwartz uses unreliable and inconsistent data sources despite the availability of more reliable and verifiable data and also makes a series of unjustified assumptions. These issues with Dr. Schwartz's calculation are contrary to best practices in the economics discipline (Section 9.1.3).

b. Valve's historical market share prior to the Class Period also demonstrates that Valve did not have monopoly power historically, including at important points in time when Plaintiffs claim Valve engaged in anticompetitive conduct. Valve's market share in the relevant market was negligible at ■ percent in 2004, during Steam's launch. In fact, Valve's market share remained below ■ percent when Plaintiffs allege Valve first imposed a PMFN policy in 2007 and was ■ percent in 2010, when virtually all revenues for third-party titles on Steam converged to a lowered 30 percent revenue share (Section 9.2). This lower share holds under the (still overly narrow) market proposed by Plaintiffs in their Complaint, as well as under even narrower market definitions.

## 9.1. Valve's market share throughout the Class Period demonstrates that Valve did not have monopoly power

271.   In this section, I analyze Valve's share of a market for PC and console video gaming distribution during the Class Period.[474] As I have explained so far in this report, the relevant market in this matter should at least include global PC and console distribution.

272.   I find that:

a. Valve's market share in the relevant antitrust market in this matter that includes at least digital and physical PC and console distribution was on average ■ percent during the Class Period and has never exceeded ■ percent, including in 2018 when Valve introduced tiered revenue shares, far below Dr. Schwartz's estimates of up to ■ percent.

b. Valve's share within the "PC game distribution market"—the market proposed by Plaintiffs in their Complaint—was on average ■ percent during the Class Period and reached a maximum of ■ percent in 2024, also far below Dr. Schwartz's flawed estimates of Valve's share. Moreover, Valve's share of a market limited to "PC video game digital distribution" as

---

474   As I described in Section 1.2, the Class Period starts on January 28, 2017, and Plaintiffs and Valve have agreed that it should end on November 25, 2024. For Class Period analyses in this report that rely on yearly data, I study full years 2017 to 2024.

referenced in the Class Certification Order is *also* below well-established thresholds of monopoly power.

c. Even setting aside Dr. Schwartz's flawed market definition, his approach to calculating alleged market share is riddled with errors. Specifically, Dr. Schwartz uses unreliable and inconsistent data sources despite the availability of better, more verifiable data and also makes a series of unjustified assumptions. These issues with Dr. Schwartz's calculation are contrary to best practices in the economic discipline.

### 9.1.1. Valve's market share in the relevant antitrust market in this matter never exceeded ■ percent and is well below accepted thresholds of monopoly power

273. Market share is widely regarded as a potential indicator of the presence of monopoly power by antitrust authorities such as the United States Department of Justice and Federal Trade Commission, and by academics.[475] While there is not an unanimous standard among competition economists or a bright line rule in the courts or antitrust authorities for defining monopoly power, estimates generally start at 40 or 50 percent.[476] In this section, I show that Valve's market share has been below either threshold throughout the Class Period: it was on average ■ percent, and it never exceeded ■ percent of the global PC and console video gaming distribution market.

274. Calculating Valve's market share requires estimating the size of Steam's global revenue and dividing that figure by the entire market's global revenue across all distribution channels ("market size"). I compute consumer spending on video game content on Steam using transaction data produced by Valve in this

---

[475] 2023 Merger Guidelines, p. 18 ("… the Agencies first assess whether one of the merging firms has a dominant position based on direct evidence or market shares showing durable market power."); Carlton and Perloff (2015), pp. 666–668; ABA Antitrust Section, "Econometrics: legal practical and technical issues," p. 241 ("The simplest and most common measure of market power is market share.")

[476] Carlton and Perloff (2015), p. 668 ("… many economists regard a share in the range of 30 to 50 percent as too low to indicate significant market power…"); Robert H. Lande, "Market Power Without A Large Market Share: The Role of Imperfect Information and other 'Consumer Protection' Market Failures," *U.S. Department of Justice*, March 8, 2007, available at https://www.justice.gov/archives/atr/market-power-without-large-market-share-role-imperfect-information-and-other-consumer-protection, accessed on March 15, 2025 ("Lande (2007)") ("And, of course, a firm can only have market share based market power if it has a market share of at least 40% (or 60% or 90% or whatever percentage of a relevant market is believed to be enough). Even if some critical market share is reached, of course, the firm has the power to raise prices only if entry is difficult and other conditions are met."); Federal Trade Commission, "Monopolization Defined," available at https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/single-firm-conduct/monopolization-defined, accessed March 15, 2025 ("Courts look at the firm's market share, but typically do not find monopoly power if the firm (or a group of firms acting in concert) has less than 50 percent of the sales of a particular product or service within a certain geographic area.").

---

matter.[477] I rely on market size estimates provided by Newzoo. Newzoo is a leading market research firm specializing in video games and gamer data.[478] As I note in Section 4.1, Plaintiffs also rely on market research data from Newzoo to analyze their proposed market in their Complaint.[479] Newzoo data has been relied upon in other antitrust litigation as well.[480] Newzoo provides data on total video gaming consumer spending through PC, console, and mobile distribution from 2015 onwards.[481] I include all consumer spending on video game content on PC and console distribution channels in my measure of market size. I describe my methodology for market share calculation in detail in Appendix Section 12.

275.    I compute Valve's share of the global PC and console gaming market by dividing total consumer spending on Steam in each year by Newzoo market size estimates in that year. Exhibit 14 presents my results. I estimate that Valve had a market share of ▮ percent in 2017 ▮▮▮▮ in Steam consumer spending divided by ▮▮▮▮ market size estimate), which increased to ▮ percent in 2024 ▮▮▮ in Steam consumer spending divided by ▮▮▮ market size estimate). I note that Valve's market share in 2018 when it introduced tiered revenue shares was ▮ percent. On average, Valve's market share was ▮ percent during the Class Period.[482] Valve's market share is well below the threshold range of monopoly power across all years.

---

[477]    I exclude consumer spending on Steam for products that are not part of the relevant market such as hardware. I follow Dr. Schwartz's methodology to select the relevant products to be included from the Steam transaction data. See Appendix Section 12 for details of my market share calculation.

[478]    Newzoo, "About Newzoo," available at https://newzoo.com/about, accessed on March 15, 2025. I describe the Newzoo data in Appendix Section 13.1. As I discuss in Appendix Section 13.4, my analysis is robust to the use of alternative market size estimates provided by IDC.

[479]    Complaint, ¶¶ 99, 116. Rietveld Merits Report, ¶¶ 22, 24–25, 34, 75; Schwartz Merits Report, ¶¶ 112–113.

[480]    Rules 52 Order After Trial on the Merits, *Epic Games, Inc., v. Apple Inc.*, September 10, 2021, p. 89 ("The Court notes that the 2020 Newzoo report is not in evidence, however, it is found as a 'Reference' citation at the bottom of Apple's presentation. See PX-2302.022. These third-party references are often noted in presentations but only a few source documents are in evidence. The Court relies upon the reference because Newzoo is a credible third-party report that others in the industry rely upon.").

[481]    Newzoo, "Games Market Reports and Forecasts," available at https://newzoo.com/games-market-reports-forecasts, accessed on March 15, 2025.

[482]    Workpaper 19.

Expert Report of Lesley Chiou, Ph.D.    Valve's market share in an appropriately defined market demonstrates that Valve does not have monopoly power

### Exhibit 14

*Valve's share of the global PC and console video gaming distribution market during the Class Period was on average ▮ percent and never exceeded ▮ percent*



Source: Schwartz Merits Report, backup materials; Newzoo

Note: Valve's share is calculated as consumer spending on Steam divided by Newzoo's measure of PC and console consumer spending. For more details see Appendix Section 12.

276.    My estimate of Valve's market share is consistent with the calculation used by other industry participants in other matters. For example, in a Brazilian regulatory filing in connection with its acquisition of Activision, Microsoft estimated Valve's market share to similarly range from 10 to 20 percent in 2020 and 2021.[483]

---

483    CADE investigation of proposed merger of Microsoft and Activision Blizzard King, document 1079485, Table 8, available at https://sei.cade.gov.br/sei/modulos/pesquisa/md_pesq_processo_exibir.php?1MQnTNkPQ_sX_bghfgNtnzTLgP9Ehbk5UOJvmzyesnbE-Rf6Pd6hBcedDS_xdwMQMK6_PgwPd2GFLljHoOLyFX6gl2sGKAL6BCs1NvfGDcTA25PStaV elgicwm5iRue6.

277.    In summary, these results demonstrate that Valve did not have monopoly power during the Class Period.[484] Furthermore, the market share I calculate is nowhere near the alleged market share calculated by Dr. Schwartz in his report of ██ to ██ percent from 2017 to 2023. In the remainder of this section, I explain that this discrepancy is the result of a flawed market definition *and* flawed market share calculations in that proposed market.

### 9.1.2. Valve's share of the market proposed by Plaintiffs in their Complaint is also inconsistent with monopoly power and well below the share Dr. Schwartz alleges in his proposed market

278.    As discussed throughout my report, Dr. Schwartz's proposed market excludes important substitutes for Steam that impose competitive pressure on Valve. In particular, as I describe in Section 4.1, Dr. Schwartz's exclusion of certain portions of PC gaming is a large departure from Plaintiffs' proposed market in their Complaint, the "PC video game distribution market." While PC game distribution is also too narrow to capture all the relevant competitors to Valve, in this section, I conservatively show that Valve's share in this segment of the relevant market is *also* below well-established thresholds of monopoly power and nowhere near the vicinity of Dr. Schwartz's calculated ██ percent shares throughout the Class Period.[485] I find similar results in an analysis of Valve's share of a market limited to "PC video game digital distribution" as referenced in the Class Certification Order.

279.    In Exhibit 15, I show that Valve's share in Plaintiffs' proposed market was, at most, ██ percent in 2024 ████████ in Steam consumer spending divided by ████████ total PC game consumer spending). Valve's share in Plaintiffs' "PC video game distribution market" was ██ percent on average during the Class Period.[486] Thus, Valve's share of the market put forward by Plaintiffs in their Complaint is *also* below well-established thresholds of monopoly power. As discussed in Section 4, the difference between these figures and Dr.

---

[484]    The increase in Valve's market share over time is consistent with competition. For example, as I discuss in Section 4.2.2, Valve lowered the revenue share on Steam in 2018 in response to competitive pressure, which led large publishers of popular games to join (or rejoin) Steam. See Gowrisankaran Merits Rebuttal Report, Section 5.

[485]    Plaintiffs' Complaint excludes browser-based games from the relevant market. See Complaint, ¶ 118 ("This Complaint uses 'PC games' to refer to those games installed on a user's machine, i.e., PC desktop games, but to exclude web browser games, i.e., non-desktop games, even though those games are sometimes played while using a PC."). Newzoo no longer reports consumer spending from browser-based games separately from PC gaming and IDC does not report revenues from browser-based games separately from cloud gaming. As a result, I do not exclude browser-based games from my analysis. Browser games represent a small enough portion of PC gaming that excluding them would be unlikely to materially impact my results. For example, in the last Global Games Market Report in which Newzoo reported browser games separately from total PC games, browser games account for less than 5 percent of total PC sales. See Newzoo, "Global Games Market Report," July 2023 ("Global Games Market Report (2023)"), p.23. See Appendix Section 13.1 and Appendix Section 13.2 for additional details.

[486]    Workpaper 19.

---

Schwartz's purported ▉ percent market share stems from a flawed exercise in market definition that leads him to exclude large portions of PC game distribution from the relevant market, contradicting economic evidence of demand substitution.

---

Exhibit 15

*Valve's share of Plaintiffs' Complaint's "PC game distribution market" during the Class Period is inconsistent with monopoly power*



Source: *Schwartz Merits Report, backup materials; Newzoo*
Note: Valve's share is calculated as consumer spending on Steam divided by Newzoo's measure of PC consumer spending. For more details see Appendix Section 12

---

280.    I also consider Valve's share in the market articulated in the Class Certification Order as "PC video game digital distribution."[487] I note that this proposed

---

[487]    As I describe in Appendix Section 12, to do this, I exclude physical PC video game sales from Plaintiffs' Complaint's "PC game distribution market." I also consider the "PC video game digital distribution" market excluding browser games, multi-game subscriptions, and cloud platforms since these platforms are either excluded by Plaintiffs in the Complaint (browser gaming) or articulated in the Class Certification Order. As I discuss in Appendix Section 11, my results excluding browser games, multi-game subscriptions, and cloud platforms are also inconsistent with Valve having monopoly power for the years in which the data is available to

---

market is also overly narrow and excludes important sources of competition for Steam. Nevertheless, I find that Valve's share of this other proposed market is *also* below well-established thresholds of monopoly power under either interpretation. I discuss these results further in Appendix Section 11.

### 9.1.3. Dr. Schwartz's alleged market share calculation is flawed and overstates Valve's share

As discussed throughout my report, Dr. Schwartz improperly excludes important substitutes to Steam from his proposed market definition, causing him to overstate Valve's market share. In this section I show that, setting aside Dr. Schwartz's flawed definition of the market, his calculation of alleged market share is also flawed and overstates Valve's share.

Market research firms like Newzoo, IDC, and Circana provide comprehensive data on video games, like the data I use to estimate Valve's market share in the global PC and console gaming market and to estimate Valve's share of more narrow markets like the "PC game distribution market" identified by Plaintiffs in the Complaint. However, since the boundaries of Dr. Schwartz's proposed market are *artificially* drawn, he cannot accurately calculate Valve's share using reliable data from a leading market research firm like Newzoo, IDC, or Circana. These data do not provide a breakdown of which gaming revenues are attributable to first-party distribution because, as I explained in Section 4.1, those boundaries are artificial. For the same reason, these data from market research firms often do not break out revenues from multi-game subscriptions, cloud, and browser gaming.[488] An estimation of Dr. Schwartz's proposed market size requires a breakdown and exclusion of all these revenue sources, which is not possible with the type of well-accepted market research data that I use and that Plaintiffs used in their Complaint. As a result, Dr. Schwartz's artificial market definition forces him to compute his own estimates of alleged market size, which are fundamentally flawed.

In the remainder of this section, I describe a variety of issues with Dr. Schwartz's calculation of Valve's share that make his analysis misleading, unreliable, and contrary to best practices in the economic discipline. In particular, throughout his calculations:

---

calculate Valve's share of this market. See Complaint, ¶¶ 117, 120–121; Order, *In Re: Valve Antitrust Litigation*, November 25, 2024, p. 17 ("Plaintiffs allege that Valve, through Steam, holds and maintains monopoly power in the PC video game digital distribution market … excludes other game forms (such as console and mobile games) and other distribution methods (such as brick-and-mortar stores, cloud gaming, and multi-game subscription models).").

[488]  For example, Newzoo Market Data does not break out cloud or browser gaming revenues as a category; IDC does not break out multi-game subscription revenues, breaks out browser gaming revenues only from 2012 onward, and breaks out cloud and browser gaming revenues only from 2018 onward; and Circana reports physical sales without further categorization. See Appendix Sections 12, 13, and 14.

a. Dr. Schwartz uses unreliable and inconsistent data sources despite the availability of better, more verifiable data. It is well established in the economics discipline that these represent substantial methodological errors that render Dr. Schwartz's analysis unreliable. For example, economic practitioners stress the importance of appropriate data and metrics, and the use of additional sources for validation and quality assurance. The economic literature also underscores the importance of carefully vetting and stress testing data to be sure of its quality.[489]

b. Dr. Schwartz also makes a series of unjustified assumptions. Economists stress the importance of making clear, well-justified assumptions that are consistent with available evidence, especially when the results of the analysis are sensitive to the assumptions.[490]

---

[489] See, e.g., Phillip I. Good and James W. Hardin, *Common Errors in Statistics (and How to Avoid Them)*, Fourth Edition, (Hoboken, NJ: Wiley-Interscience, 2012) ("Good and Hardin (2012)"), p. 60 ("Your first step after the data are in hand must always be to run a data quality assessment … You need to determine whether a decision or estimate can be made with the desired level of certainty, given the quality of the data."); Paul S. Appelbaum, "Reference Guide on Mental Health Evidence," in *Reference Manual on Scientific Evidence, Third Edition*, (Washington, D.C: The National Academies Press, 2011), pp. 813–896 at p. 818 ("Sometimes the available data from all of these sources are so limited or contradictory that they will not allow a judgment to be made."); David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence, Third Edition*, (Washington, D.C: The National Academies Press, 2011), pp. 211–302 at pp. 216–217 ("flaws in the data can undermine any statistical analysis."), 228 ("A valid measuring instrument measures what it is supposed to. … When there is an established way of measuring a variable, a new measurement process can be validated by comparison with the established one."); Joshua D. Angrist and Jörn-Steffen Pischke, *Mostly Harmless Econometrics: An Empiricist's Companion*, (Princeton, NJ: Princeton University Press, 2009), pp. 226–227 ("A possible solution to measurement error is … to bring in external information on the extent of measurement error and adjust naive estimates accordingly."); Damodar N. Gujarati and Dawn C. Porter, *Essentials of Econometrics*, Fourth Edition, (New York, NY: McGraw-Hill Irwin, 2010), p. 5 ("A Word is in order regarding data sources. The success of any econometric study hinges on the quality as well as the quantity, of data."); Michael A. Bailey, *Real Econometrics: The Right Tools to Answer Important Questions*, First Edition, New York: NY: Oxford University Press, 2017), pp. 25–26 ("First, we need to understand our data … the first rule of data analysis is to know our data. This rule sounds obvious and simple but not everyone follows it."); Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach*, Fifth Edition, (Cengage Learning, 2013), p. 682 ("…spend some time understanding [the data's] structure and conventions … you must be aware that rules used for data set construction can be forgotten."); Roger D. Peng and Elizabeth Matsui, *The Art of Data Science*, (Skybrude Consulting, LLC, 2017), p. 45 ("Making sure your data matches something outside of the dataset is very important. It allows you to ensure that the measurements are roughly in line with what they should be and it serves as a check on what other things might be wrong in your dataset. External validation can often be as simple as checking your data against a single number."), 84 ("The key factors affecting the quality of an inference you might make relate to violations in our thinking about the sampling process and the model for the population.").

[490] See, e.g., Michael D. Green, et al., "Reference Guide on Epidemiology," in *Reference Manual on Scientific Evidence, Third Edition*, (Washington, D.C: The National Academies Press, 2011), pp. 549–632 at pp. 593–595 ("In designing a study, researchers sometimes make assumptions that cannot be validated or evaluated empirically. Thus, researchers may assume that a missing potential confounder is not needed for the analysis or that a variable used was

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Lesley Chiou, Ph.D.

284. Nevertheless, Dr. Schwartz's market share methodology contradicts these economic best practices, as I describe below.

285. First, **Dr. Schwartz underestimates the size of his proposed market by leaving out competitors that are part of his proposed relevant market.** Dr. Schwartz calculates his proposed market size with a "bottom-up" approach, by adding up his own estimates of PC gaming revenues from firms that he considers part of his proposed market. Dr. Schwartz's calculation of alleged market size includes revenues only from the following platforms: Steam, EGS, Humble, GOG Galaxy, Ubisoft Connect, Green Man Gaming, GamersGate, the Microsoft Store, and online distribution through Target and Best Buy. He thus improperly excludes platforms with third-party sales. One example is Tencent's WeGame.[491] Tencent's WeGame platform competes with

---

adequately classified. Researchers employ a sensitivity analysis to assess the effect of those assumptions should they be incorrect. Conducting a sensitivity analysis entails repeating the analysis using different assumptions (e.g., alternative corrections for missing data or for classifying data) to see if the results are sensitive to the varying assumptions. Such analyses can show that the assumptions are not likely to affect the findings or that alternative explanations cannot be ruled out."); David Goodstein, "How Science Works," in *Reference Manual on Scientific Evidence, Third Edition,* (Washington, D.C: The National Academies Press, 2011), pp. 37–54 at p. 41 ("Almost without exception, in order to extract a falsifiable prediction from a theory, it is necessary to make additional assumptions beyond the theory itself. Then, when the prediction turns out to be false, it may well be one of the other assumptions, rather than the theory itself, that is false."); Shari Seidman Diamond, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence, Third Edition,* (Washington, D.C: The National Academies Press, 2011), pp. 359–424 at p. 378 ("in a survey designed to project demand for cellular phones, the assumption that businesses would be the primary users of cellular service led surveyors to exclude potential nonbusiness users from the survey. The Federal Communications Commission (FCC) found the assumption unwarranted and concluded that the research was flawed, in part because of this underinclusive coverage."); Bernard D. Goldstein and Mary Sue Henifin, "Reference Guide on Toxicology," in *Reference Manual on Scientific Evidence, Third Edition,* (Washington, D.C: The National Academies Press, 2011), pp. 633–686 at pp. 674–675 ("Multiple avenues of deductive reasoning based on scientific data lead to acceptance of causation in any field[.] However, the basis for this deductive reasoning is also one of the most difficult aspects of causation to describe quantitatively. … The more difficult problem is how to evaluate conflicting research results. When different research studies reach different conclusions[,] the expert must be asked to explain how those results have been taken into account in the formulation of the expert's opinion."); Liyang Sun and Sarah Abraham, "Estimating Dynamic Treatment Effects in Event Studies with Heterogeneous Treatment Effects," *Journal of Econometrics,* 2021, 225(2), pp. 175–199 at p. 190 ("More broadly, our paper suggests that researchers can do more in this context to assess the validity of underlying assumptions and how violations may impact their estimates. We demonstrate the sensitivity of two-way fixed effects regressions to underlying assumptions and provide researchers with tools to assess and address these issues.").

[491] Schwartz Merits Report, footnote 388 ("I consider revenues from the following third-party PC game distribution platforms that fit into the relevant market: Steam; Epic Games Store; GOG Galaxy; Ubisoft Connect (f/k/a Uplay); and the Microsoft Store. I also consider revenues from digital third-party distribution of PC games that occur outside of a gameplay platform, including the following: Humble Bundle, Green Man Gaming, and GamersGate, as well as online distribution through retail stores such as Best Buy and Target.").

---

Steam.[492] Tencent's PC gaming revenues in 2022 exceeded $6 billion, which includes revenue from its role as a publisher as well as distributor of first- and third-party games on WeGame as explained in Section 2.[493] Nevertheless, Dr. Schwartz does not attempt to approximate Tencent's revenues from third-party video game distribution and provides no basis for excluding Tencent and WeGame. Similarly, Dr. Schwartz excludes Discord, itch.io, Direct2Drive, and EA, among others, all of which are, or were during the Class Period, distributing third-party games on their platforms.[494] Dr. Schwartz recognizes that these four platforms distribute third-party games, but claims that he does not include them because he lacks data and speculates that their third-party sales are "de minimis."[495] Regardless of the size of their revenues, these firms

---

[492] Although WeGame is a regional platform, Dr. Schwartz and I agree that the relevant antitrust market in this matter is global and the revenue share that Valve charges applies globally not regionally. Moreover, internal Valve documents show that publishers substitute between WeGame and Steam and that Tencent and Valve compete with one another to attract games to their platforms. See Schwartz Merits Report, ¶ 129 ("Given the global operations of Steam and its competitors, I conservatively assume that the geographic market is worldwide."); Ian Boudreau, "Tencent has launched the global version of WeGame," *PCGamesN*, April 7, 2019, available at https://www.pcgamesn.com/tencent-launches-wegame-x, accessed on March 14, 2025 ("Chinese games giant Tencent's Steam and Epic Games Store competitor is now live internationally."); Email from DJ Powers to Matt Nickerson, et al., "Re: Exclusivity Deals," November 22, 2018, VALVE_ANT_2968410–413 at 411 ("Another one for the list of exclusivity offers from ▮▮▮ - I had a call with ▮▮▮ today, who recently took over the business side of things at ▮▮▮ from ▮▮ while ▮▮ focuses on game development. ▮▮▮ has given them a couple of offers, including a couple of million dollars minimum guarantee to take ▮▮ off Steam and move it to ▮▮▮.").

[493] Tencent's 2022 Annual Report records the PC client games revenue to be 47 billion RMB. Using a conversion rate of 6.9631 RMB/USD on December 30th, 2022, I calculate the revenue in USD to be $7 billion. See Tencent Holdings Limited, "2022 Annual Report," undated, available at https://static.www.tencent.com/uploads/2023/04/06/214dce4c5312264800b20cfab64861ba.pdf, accessed on March 16, 2025, p. 10; Yahoo Finance, "USD/CNY (CNY=X)," available at https://finance.yahoo.com/quote/CNY=X/history/?period1=1669852800&period2=1672531200, accessed on March 16, 2025 ("Dec 30, 2022 ... Close ... 6.9631"). 2022 is the most recent year in which Tencent provided revenue information broken down into PC and Mobile categories.

[494] As discussed in Section 2.2, EA does not currently distribute third-party games, but has historically done so. EA launched Origin as a platform that distributed games published by EA only in 2011 and then a few months later began to distribute third-party games. EA later discontinued the distribution of third-party games and is now distributes only its own games once again. The Discord Store opened in 2018. See Andy Chalk, "The Discord Game Store is Now Open," *PCGamer*, October 16. 2018, available at https://www.pcgamer.com/the-discord-game-store-is-now-open/, accessed on March 25, 2025 ("The initial lineup of games available for purchase is a small, curated selection of titles including Frostpunk, Red Faction Guerrilla Re-Mars-Stered, Subnautica, and Pillars of Eternity 2, plus a handful of 'First on Discord' games that aren't available on other platforms.").

[495] The assumption that there is a certain size or share threshold below which competitive pressure is irrelevant stands in contrast with the view of U.S. competition agencies, who emphasize that competitive effects can be disregarded as *de minimis* only with the support of substantial direct evidence. See 2023 Merger Guidelines, p. 11 ("If the merging firm had a reasonable probability of entering a highly concentrated relevant market, this suggests benefits that would have

---

are included in Dr. Schwartz's proposed market, and his proposed market size fails to account for them, underscoring the deficiencies of his approach to estimating alleged market size.

286. In fact, as I discussed in Section 2.2 and as Dr. Schwartz acknowledges, PC distribution channels are so numerous that it is not possible to identify a comprehensive list of competitors.[496] Even so, setting this aside, a "bottom-up" approach like Dr. Schwartz's to estimating alleged market size must attempt to do so.[497] For example, the pricing aggregator isthereanydeal.com ("ITAD"), which Dr. Schwartz relies on in his own analyses, may not track all platforms that exist, but it tracks many.[498] The ITAD data has prices for 63 distinct distribution channels.[499] Two of these platforms engage in only first-party

---

resulted from its entry would be competitively significant, unless there is substantial direct evidence that the competitive effect would be de minimis. See, Schwartz Merits Report, footnote 388 ("While I have considered revenues for EA App (f/k/a Origin), Itch.io, and the Discord Store, I have not found sufficient evidence available in production nor in any publicly produced documents or financials to attempt a calculation of third-party platform revenues over the relevant time period. For reasons described below, I understand that these three stores had de minimis third-party revenues and including them in my market share analysis would not materially impact Steam's share of the relevant market."); Schwartz Deposition, pp. 134–135 ("Q. Would it be fair to say that you excluded the data on EA's sales of third-party games on its platform because you didn't have enough data to know what to put in? A. Didn't have any data, so far as I'm aware. Q. And is the same true for Itch.io and Discord which also appear on your list but you don't have any numbers for them? A. Correct, and that's also discussed in the same section.").

[496] Schwartz Merits Report, ¶ 222 ("Given the number of small publishers and variety of storefronts they may utilize, one would not expect Valve to be able to monitor every such offering.").

[497] I note that Dr. Schwartz's estimates also suffer from additional errors so that including additional competitors in his estimate would still leave his estimates and calculations unreliable.

[498] For example, ITAD does not include the many distributors of free-to-play browser games such as Kongregate, CrazyGames, and Miniclip. Despite being free to play, these browser game websites appear to offer in game purchase options. See Kongregate, "Kreds & Virtual Goods," available at https://docs.kongregate.com/docs/concepts-virtual-goods, accessed on March 16, 2025 ("The Kreds API allows users to purchase virtual items in your game using Kongregate's 'kreds' currency."); CrazyGames Documentation "In-game purchases," available at https://docs.crazygames.com/sdk/in-game-purchases/, accessed on March 16, 2025 ("Thus, all the purchases made using the token will be also linked to the CrazyGames user account."); Miniclip, "8 Ball Pool," Miniclip, available at https://8ballpool.com/en/shop, accessed on March 16, 2025.

[499] The 63 distribution channels on ITAD, including the firms Dr. Schwartz does include in his proposed market, are: 2game, Adventure Shop, AllYouPlay, Amazon, BI Store, Blizzard, Chrono.gg, Coinplay.io, DLGamer, Desura, Digital Download, Direct2Drive, Discord Store, DotEmu, Dreamgame, EA Store, Epic Game Store, Fanatical, FireFlower, FunStock Digital, GOG, Game Jolt, GameBillet, GameFly, GameStop PC, GameTap, Gameolith, Gamer Thor, GamersGate, GamesPlanet (which includes GamesPlanet DE, GamesPlanet FR, GamesPlanet UK, and GamesPlanet US), GamesRepublic, Gamesload, Gamesrocket, Gemly, GetGames, GreenManGaming, Humble (which includes Humble Store and Humble Widgets), Imperial Games, IndieGala Store, IndieGameStand, Itch.io, JoyBuggy, Last Best Offer, MacGameStore, Microsoft Store, Newegg, Noctre, Nuuvem, Oculus Store, Paradox Plaza, Playfield, Playism, Playsum, Razer Game Store, Savemi, ShinyLoot, SilaGames, Square Enix, Steam, Ubisoft Store, Voidu, WinGameStore, eTail.Market. See Workpaper 20.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

distribution as of 2024.[500] According to his proposed market, Dr. Schwartz should have included, or considered including, the remaining 61. However, Dr. Schwartz only includes 10 of these platforms in his proposed market. For the remaining 51, Dr. Schwartz does not provide a justification for failing to include, or even consider, these platforms in his proposed market.[501]

287. I note that several of these platforms tracked by the ITAD data are key resellers.[502] Dr. Schwartz claims he includes key resellers in his market share calculations "to be conservative."[503] However, in practice, he only includes Humble, Green Man Gaming, and GamersGate.[504] Dr. Schwartz does not justify his exclusion of the rest of the key resellers, even though he characterizes his purported decision to include key resellers as conservative.

288. **Second, Dr. Schwartz's dismisses the most accurate data available to measure the numerator of Valve's share in his proposed market.** Valve produced transaction data in this matter that would have allowed Dr. Schwartz to accurately capture the amount of his proposed market attributable to Valve, i.e., consumer spending on Steam for games from publishers other than Valve. Instead, Dr. Schwartz uses revenues reported in Valve's profit and loss statements that do not provide the exact break down of revenue Dr. Schwartz needs. For example, he is unable to completely remove Valve revenues that are unrelated to game distribution. Dr. Schwartz himself acknowledges that the revenues he relies on include "Cyber Café," "Steam Direct Fees," and "Trading Fees," which are not related to the sale of third-party games or in-game purchases.[505] This methodological decision to use accounting documents to calculate consumer spending is therefore unfounded and contrary to common practice in economics of using the best available data.

---

[500] In addition to the two platforms in the ITAD data that distribute only first-party games but that Dr. Schwartz excludes (Blizzard and EA Store), the ITAD data also include data for the Ubisoft Store, which Dr. Schwartz incorrectly categorizes as engaging in only first-party distribution from 2022 onwards. See Section 2 and Schwartz Supplemental Merits Report, footnote 17 ("I further note that I understand that Ubisoft no longer offers third-party games on Ubisoft Connect. … As such, I estimate Ubisoft Connect's third-party transaction value at $0 for both 2022 and 2023.").

[501] There are 63 distribution channels on ITAD. See Workpaper 20.

[502] Gowrisankaran Merits Rebuttal Report, Section 7.1

[503] Schwartz Merits Report, ¶ 68 ("Arguably, because these non-gameplay platforms only facilitate transactions rather than gameplay, they should not be included within the relevant market. However, to be conservative, I include these platforms in the relevant market—including additional entities in the relevant market only serves to understate, rather than overstate, Valve's market share and market power.").

[504] Schwartz Merits Report, Attachment E-1.

[505] Schwartz Merits Report, footnote 404 ("Steam's service revenue also includes fees earned from sales of virtual items between users [('Trading Fees')], revenues earned from Valve's Cyber Café program, and revenues earned from publishing fees that are refunded once a game's revenue reaches $1,000 [('Steam Direct Fee')]; Schwartz Merits Report, footnote 405; Schwartz Merits Report, Attachments D-1, D-2.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

289. Third, **Dr. Schwartz uses a variety of noncomparable and unreliable data sources to estimate his proposed market share**. Dr. Schwartz's estimate of alleged market size relies on a variety of sources that are not comparable. In particular, Dr. Schwartz relies on financial profit and loss statements to estimate revenues for EGS as well as for Valve; consolidated financial statements for GOG; sales data for Humble, Target, Best Buy, and Microsoft; and an EGS Board of Directors presentation as the source for Ubisoft Connect, Green Man Gaming, and GamersGate revenues.[506] Dr. Schwartz does not appear to assess the reliability of his data sources by comparing them with other available data sources. For example, GOG's revenues from the EGS Board of Directors presentation contradict the revenues reported in GOG's financial statements.[507] Thus, the revenue estimates from the EGS Board of Directors presentation are likely unreliable, or at the very least they do not appear to capture GOG's total video game distribution revenues. Dr. Schwartz does not assess these discrepancies and conduct quality assurance for the sources he uses in his calculation of proposed market size.

290. Fourth, **Dr. Schwartz relies on old revenue estimates for certain platforms and assumes these revenues stay constant over time, potentially further deflating the size of his proposed market.** As discussed above, Dr. Schwartz relies on an EGS Board of Directors Presentation for Ubisoft Connect, Green Man Gaming, and GamersGate third-party revenue estimates.[508] The presentation only reports third-party revenue

---

[506]  Schwartz Merits Report, Attachments D-1, E-1–E-8; Schwartz Supplemental Merits Report, Supplemental Attachment E-9.

[507]  In Dr. Schwartz's Attachment E-7, the Epic Games presentation reports 2018 and 2019 GOG revenues at $34 million and $34 million. Meanwhile, in Attachment E-6, Dr. Schwartz relies on the company's public reporting to calculate 2018 and 2019 GOG revenues at $40 million and $42 million. Dr. Schwartz does not comment on the contradiction of these two sources, nor how relying on the presentation underestimates GOG revenues by ███████ and ███████ in 2018 and 2019, nor what this implies about the reliability of the revenue estimates from the presentation for Ubisoft, Green Man Gaming, and GamersGate. See Schwartz Merits Report, Attachments E-6, E-7.

[508]  I note that Dr. Schwartz does not rely on the EGS presentation for Green Man Gaming third-party revenues for 2022 and 2023, but does so for 2020 and 2021. For Ubisoft Connect, Dr. Schwartz relies on the EGS presentation for third-party revenues in 2020 and 2021 and assumes third-party revenues are zero thereafter. See Schwartz Supplemental Merits Report, Supplemental Attachment ("Supplemental Attachment") E-1; Supplemental Attachment E-1, note [G] ("For 2017 and 2020–2021, I conservatively assume sales in the amount of the maximum value from Supplemental Attachment E-7 for the relevant platform … For 2022–2023, I assume Ubisoft third-party transaction value on Ubisoft Connect is zero."); Supplemental Attachment E-1, note [H] ("For 2017 and 2020–2021, I conservatively assume sales in the amount of the maximum value from Supplemental Attachment E-7 for the relevant platform."); Supplemental Attachment E-1, note [I] ("For 2017 and 2020–2023, I conservatively assume sales in the amount of the maximum value from Supplemental Attachment E-7 for the relevant platform"); Supplemental Attachment E-7.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

calculations for 2018 and 2019.[509] To impute third-party revenues for these platforms in later years, Dr. Schwartz uses the 2018 or 2019 totals from the EGS presentation without any adjustment; for example, he assumes that GamersGate third-party revenues in 2020, 2021, 2022, and 2023 were ███████, based on the $8,000,000 estimate for 2018 reported in the EGS presentation. This approach assumes that these platforms did not experience third-party revenue growth since 2019 in the years Dr. Schwartz relies on this imputation.[510] Dr. Schwartz provides no justification for this assumption, even though his own third-party revenue estimates for other platforms grow significantly during this period. Specifically, Dr. Schwartz's total third-party revenue estimates for the six platforms other than Steam he includes in his proposed market size which do not rely on data from the EGS presentation increase by ████████ from 2019 to 2023.[511]

291. Dr. Schwartz's proposed market size estimates are fundamentally flawed, even setting aside his overly narrow market definition. The flaws in his calculations are a direct result of his decision to not rely on transaction data produced by Valve in this matter or accepted market research data on market size. This decision was likely driven by Dr. Schwartz's artificial distinction between first- and third-party distribution, a distinction not supported by accepted market research data on the video game distribution industry. Dr. Schwartz could have relied on accepted market research data if he had analyzed a more appropriate market.

---

[509] Schwartz Merits Report, footnote 388 ("For Ubisoft Connect (f/k/a Uplay), Green Man Gaming, and GamersGate, I rely on an EGS presentation, which calculates 2018 and 2019 third-party revenues for various companies.").

[510] As I note above, Dr. Schwartz does not rely on this assumption for Green Man Gaming third-party revenues in 2022 and 2023, where he does not use figures from the EGS presentation. Dr. Schwartz also does not rely on this assumption for Ubisoft Connect third-party revenues in 2022 and 2023, where he instead assumes third-party revenues are zero. See Supplemental Attachment E-1, note [G] ("For 2017 and 2020–2021, I conservatively assume sales in the amount of the maximum value from Supplemental Attachment E-7 for the relevant platform ... For 2022–2023, I assume Ubisoft third-party transaction value on Ubisoft Connect is zero."); Supplemental Attachment E-1, note [H] ("For 2017 and 2020–2021, I conservatively assume sales in the amount of the maximum value from Supplemental Attachment E-7 for the relevant platform").

[511] In the figures used by Dr. Schwartz, EGS, Humble, Target, Best Buy, GOG Galaxy, and Microsoft Store have $███████ in combined third-party revenue in 2019 (███████ + ███████ + 5,528 + ███████ + 42,283,914 + ███████ and $███████ in combined-third party revenue in 2023 (███████ + ███████ + ███████ + 56,040,107 + ███████). (███████ - ███████) / ███████ = ███████. See Supplemental Attachment E-1.

---

## 9.2. Valve's market share throughout Steam's history, including when Plaintiffs claim Valve engaged in anticompetitive conduct, demonstrates that Valve did not have monopoly power

292. In addition to alleging Valve's monopoly power during the Class Period, which I disprove in Section 9.1 above, Plaintiffs also claim that Valve established its challenged business practices *prior* to the Class Period. In particular, Plaintiffs claim that Valve "forc[ed] gamers to use Steam to play its popular Half-Life 2 game" at its launch in 2004 by leveraging the popularity of *Half-Life 2*, which was exclusively available on Steam; that it started enforcing a PMFN policy "as early as 2007;" and that it had established an anticompetitively high revenue share of 30 percent for almost all publishers on Steam by 2010.[512]

293. In this section, I analyze Valve's market share before the Class Period, tracing to Steam's launch. I find that Valve's market share demonstrates that Valve did not have monopoly power throughout Steam's history. In particular:

 a. Valve's market share in a relevant antitrust market in this matter at the time of Steam's launch was negligible at ▇ percent, directly contradicting Plaintiffs' claim that Valve had monopoly power at the time.

 b. Valve's market share was on average ▇ percent over this period and never exceeded ▇ percent through 2016, which directly contradicts Plaintiffs' claim that Valve was able to engage in anticompetitive conduct prior to the Class Period.

   i. Valve's market share in 2007, the first year in which Dr. Schwartz alleges Valve first enforced a PMFN policy, was ▇ percent.

   ii. Valve's market share in 2010, the year in which Valve converged on lowering its revenue share for most publishers on Steam to 30 percent (a revenue share Plaintiffs allege was anticompetitively high), was ▇ percent.

---

[512] I note that Valve's nominal revenue share rate does not take into account Steam keys. Valve offers Steam keys to publishers for free. Therefore, Steam keys lower a publisher's effective revenue share rate because publishers pay no revenue share for games sold elsewhere through Steam keys. See Expert Report of Ashley Langer, Ph.D, March 26, 2025, Section 6.5; Chiou Class Certification Report, ¶ 156 ("Steam keys lower a publisher's effective revenue share rate because publishers pay no revenue share for games sold elsewhere through Steam keys."); Complaint, ¶ 259; Schwartz Merits Report, ¶¶ 186 ("I have seen documents in the record suggesting that Valve began enforcing price parity at least as early as 2007."), 43 ("Historically, Valve has charged a base commission of 30%"), footnote 145 ("Scott Lynch, Dep. Tr., 10/12/2023, at 89:15–90:2, 141:15–18. ("Q. Did there come a time that Valve stopped offering 60/40 and 50/50 deals and instead switched to 70/30s? A. I don't think there was this stop. I mean, eventually, deals started being 70/30 predominantly. Q. When did that start to occur? When did they become predominantly 70/30? A. That's going way back. It could have been 2010 maybe, sometime in that timeframe."); Gowrisankaran Merits Rebuttal Report, Sections 8.1, 8.3.

c. Valve's historic share of consumer spending was also not consistent with monopoly power if calculated over Plaintiffs' proposed market in the Complaint, i.e., the "PC video game distribution market." This lower share holds even under the (still overly narrow) market limited to "PC video game digital distribution" as referenced in the Class Certification Order.

294. To examine Valve's market share before the Class Period, I rely on data from IDC and Circana, two other leading market research firms that provide data on the video gaming industry.[513] IDC has reported console video gaming data since 2001 and PC video gaming data since 2005, Circana has reported data for both PC and console video gaming since 1995, whereas the Newzoo data I use to calculate Valve's share during the Class Period only dates back to 2015.[514]

295. I show my calculation of Valve's market share in a relevant antitrust market in this matter during the earlier years of Steam in Exhibit 16.[515] Valve's market share never exceeded ■ percent in any year prior to 2017, the beginning of the Class Period, and is well below the established threshold for monopoly power and never high enough to enable anticompetitive conduct.

---

[513] Circana, "Industries: Video Games," available at https://www.circana.com/industry-expertise/video-games/, accessed on March 16, 2025; IDC, "About IDC," available at https://www.idc.com/about, accessed on March 16, 2025; Lincoln Carpenter, "New Report Says PC Games Are Outselling Console Games, Calling PC Gaming a 'Bright Spot' in a Troubled Industry," *PC Gamer*, January 15, 2025, accessed on March 16, 2025 ("The slideshow, which incorporates data from market research firms like IDG, Newzoo, and Circana, summarizes worldwide market trends in the gaming industry."); Jeremy Larid, "New Figures Show Valve's Steam Deck Is Still By Far the Biggest Selling Handheld Gaming PC but the Form Factor Isn't Really Taking Off," *PC Gamer*, February 26, 2025, available at https://www.pcgamer.com/hardware/handheld-gaming-pcs/new-figures-show-valves-steam-deck-is-still-by-far-the-biggest-selling-handheld-gaming-pc-but-the-form-factor-isnt-really-taking-off/, accessed on March 16, 2025 ("New figures from research outfit IDC show that Valve's Steam Deck is likely still the most popular handheld gaming PC by far."); Tom Warren, "US Gamers Are Spending a Lot Less on Video Games Now Than They Did in 2021," *The Verge*, August 2, 2022, available athttps://www.theverge.com/2022/8/2/23288496/us-video-game-spending-npd-second-quarter-2022, accessed on March 17, 2025.

[514] In Appendix Sections 13.2 and 13.3, respectively, I describe the IDC and Circana data in detail. In Appendix Section 13.4 I demonstrate their similarity to Newzoo data in the years where they are all available.

[515] Due to data availability, my measure of market size excludes consumer spending on physical PC games outside of the U.S., and in years 2004 and 2005 it also excludes digital consumer spending. For these reasons, my market share before the Class Period is conservative. See Appendix Section 12 for details on market share calculation.

---

Expert Report of Lesley Chiou, Ph.D.

Valve's market share in an appropriately defined market demonstrates
that Valve does not have monopoly power

### Exhibit 16
*Valve's historical market share was never high enough to enable anticompetitive conduct*



Source: Schwartz Merits Report, backup materials; IDC, Circana
Note: Valve's share is calculated as consumer spending on Steam divided by the sum of IDC's measure of digital PC consumer spending, IDC's measure of total console consumer spending, and Circana's measure of physical PC consumer spending. Circana data only include U.S. physical sales, therefore PC physical sales are likely understated throughout the entirety of the period 2004 through 2016. For more details see Appendix Section 1213.3.

296. This conclusion, and the analyses in the rest of this section, also hold for Valve's share in the "PC game distribution market" proposed by Plaintiffs in their Complaint, which was on average ■ percent and never exceeded ■ percent.[516] Further, this conclusion also holds for Valve's share of "PC video game digital distribution market," which was on average ■ percent and never exceeded ■ percent.[517] In other words, at the time of Steam's launch Valve faced substantial competition from PC digital distribution in addition to the competition from physical retailers that I described in Section 8. In particular, several massively multiplayer online games were making over $100 million in annual revenue, including *World of Warcraft*, which made over $1 billion in

---

[516] Appendix Section 11.2.
[517] Workpaper 21 and Workpaper 19. This result holds if I conservatively exclude line items in the data that may contain some advertising revenue.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

revenue in 2008 according to PC Gaming Alliances' 2008 report.[518] For comparison, sales on Steam in 2008 were ▮▮▮▮▮▮▮▮▮.[519]

297. **Valve's market share demonstrates that Valve did not have monopoly power at Steam's launch.** Plaintiffs claim that Valve had monopoly power at Steam's launch, which it allegedly acquired by leveraging the popularity of its game *Half-Life 2* and "forcing gamers to use Steam to play its popular Half-Life 2 game."[520] I understand that Professor Gowrisankaran explains in his rebuttal report how Valve could not have had monopoly power in 2004. In particular, claims made by Plaintiffs on the basis of the popularity of *Half-Life 2* are related to Valve's role as a video game publisher, not as a video game distributor, and are therefore irrelevant.[521] Furthermore, the games Valve released on Steam at its launch were not unusually successful compared to other games released at the time. As a result, these games could not have given Valve monopoly power in Steam's early years.[522] Finally, physical retailers constrained Valve's ability to establish monopoly power at Steam's launch because Steam faced substantial competition from such retailers in its earlier years, as I showed in Section 8.[523] Consistent with this, as shown in Exhibit 16, I estimate that Valve had a market share of ▮ percent in 2004. Valve's negligible market share could never have provided the monopoly power needed to lock users into Steam.[524]

298. **Valve's market share demonstrates that Valve did not have monopoly power in 2007, when Plaintiffs alleged Valve first imposed a PMFN policy.** Plaintiffs allege that Valve started enforcing a PMFN policy "as early as 2007," with Dr. Schwartz citing to emails he claims

---

[518]    Gamesindustry.biz, "The PC Gaming Industry in 2008," March 23, 2009, available at https://www.gamesindustry.biz/the-pc-gaming-industry-in-2008-report-offering-an-overview-of-what-it-reckons-has-become-an-11-billion-industry, accessed on March 23, 2025, ("The report also highlights industry revenue shifts, which include Massively Multiplayer Online Games (MMOGs) as the leading products for both revenue and profits. Other significant revenue generators include several Asian MMOGs making over $100 million in annual revenue after five-plus years on the market; World of Warcraft® producing over $1 billion in annual revenue; and the Lich King expansion to World of Warcraft outsold its predecessor. In 2008, two major subscription MMOGs (Age of Conan® and Warhammer™ Online) sold over 1 million units at retail.").

[519]    Workpaper 22.

[520]    Complaint, ¶ 259.

[521]    Gowrisankaran Merits Rebuttal Report, Section 5.1.

[522]    Gowrisankaran Merits Rebuttal Report, Section 5.1. I also note that, under Dr. Schwartz's market definition, sales of *Half-Life 2* would not have been part of the market because they represent first-party distribution.

[523]    Gowrisankaran Merits Rebuttal Report, Section 5.1.

[524]    Valve's historic share of consumer spending was also not consistent with monopoly power in 2004 if calculated over Plaintiffs' proposed market in the Complaint, i.e., the "PC game distribution market." See Appendix Section 11.2.

---

provide evidence of a PMFN policy at that time.[525] I understand that Professor Gowrisankaran presents findings in his rebuttal report showing evidence against Valve ever enforcing a PMFN policy.[526] Similarly, in my Class Certification Report I present empirical evidence inconsistent with a market-wide PMFN policy imposed by Valve as alleged by Plaintiffs.[527] Setting aside whether a PMFN policy exists, as shown in Exhibit 16 I estimate that Valve had a market share of only ▮ percent in 2007. Valve's negligible market share could not have given it monopoly power at the time it imposed the alleged market-wide PMFN policy.[528]

299. **Valve's market share demonstrates that Valve did not have monopoly power in 2010, when Valve converged on a 30 percent revenue share.** Plaintiffs allege that Valve's nominal revenue share of 30 percent was anticompetitively high.[529] I understand that Professor Gowrisankaran finds that Valve converged on the lowered revenue share for 30 percent to virtually all publishers on Steam by 2010, and that Valve revenue share rates are consistent with competition.[530] I reached similar conclusions in my Class Certification Report.[531] Consistent with this, as shown in Exhibit 16, I estimate that Valve had a market share of ▮ percent in 2010. This negligible market share could have never given Valve monopoly power to impose a supracompetitive revenue share.[532]

300. Therefore, I find that the evidence contradicts the claim that Valve had a market share indicative of monopoly power at Steam's launch or at any point throughout its history prior to the Class Period.

---

[525] Schwartz Merits Report, ¶ 186 ("I have seen documents in the record suggesting that Valve began enforcing price parity at least as early as 2007.").

[526] Gowrisankaran Merits Rebuttal Report, Section 7.1.

[527] Chiou Class Certification Report, Section 7.1 ("In this section, I demonstrate that empirical evidence is inconsistent with Dr. Schwartz's claims that Valve systematically enforces a price PMFN, or that the alleged price PMFN prevents price steering and leads to increased prices.").

[528] Valve's historic share of consumer spending was also not consistent with monopoly power in 2007 if calculated over Plaintiffs' proposed market in the Complaint, i.e., the "PC game distribution market." This lower share holds even under the (still overly narrow) market limited to "PC video game digital distribution" as referenced in the Class Certification Order. See Appendix Section 11.2.

[529] Complaint, ¶ 4 ("Valve uses its dominance over PC game distribution to impose and anticompetitively maintain a 30% commission on nearly every sale made through its store.").

[530] Gowrisankaran Merits Rebuttal Report, Sections 8.1, 8.2.

[531] Chiou Class Certification Report, Section 11, Exhibit 25 ("Valve offers competitive terms on Steam relative to its competitors.").

[532] Valve's historic share of consumer spending was also not consistent with monopoly power in 2010 if calculated over Plaintiffs' proposed market in the Complaint, i.e., the "PC game distribution market." This lower share holds even under the (still overly narrow) market limited to "PC video game digital distribution" as referenced in the Class Certification Order. See Appendix Section 11.2.

Expert Report of Lesley Chiou, Ph.D.

Valve's market share in an appropriately defined market demonstrates
that Valve does not have monopoly power

Executed on the 22nd  day of April, 2025

Lesley Chiou

_____

Lesley Chiou

## 10.  APPENDIX: ALTERNATIVE SPECIFICATION FOR ANALYSIS OF SUBSTITUTION BETWEEN STEAM AND UBISOFT CONNECT

301.   In Exhibit 3, I present an analysis of Ubisoft's total revenue from sales of PC games in the U.S., broken down by revenue from first- and third-party distribution. This analysis presents Ubisoft's revenue from Steam and other third-party distribution net of platform fees (e.g., Valve's revenue share). This is because the data produced by Ubisoft reports revenues from third-party distribution, which is net of platform fees.[533] In this appendix, I show that the results of this analysis are robust to looking at consumer spending instead.

302.   In Exhibit 17, I present an alternative specification that shows Ubisoft's total revenue from sales of PC games in the U.S. without netting out platform fees, i.e., consumer spending on Ubisoft games. Ubisoft███████████████████, so revenues from first-party distribution (presented as green bars) are the same as in Exhibit 3. This chart also shows consumer spending on Ubisoft published games on Steam (presented as orange bars). Because data on the platform fees that other platforms charged Ubisoft is not available, I cannot calculate an equivalent measure of consumer spending for non-Steam third-party distribution channels.

303.   The conclusions from this analysis are the same as in Exhibit 3. When Ubisoft stopped releasing new games on Steam in 2019,████████████████████████████████████████████████████████████

---

[533]   Letter from Steven Smith to Peter Breslauer, "Ubisoft's Production of Documents in Response to Subpoena in In re Valve Antitrust Litigation., No. 2:21-cv-00563-JCC," October 9, 2023 ("For each year from January 1, 2003 to the present for which Ubisoft is producing total sales revenue and unit sales data ... The revenue Ubisoft received or retained for Software not distributed through the Ubisoft Store.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Lesley Chiou, Ph.D.    Appendix: Alternative specification for analysis of substitution between Steam and Ubisoft Connect



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 11. APPENDIX: ADDITIONAL EVIDENCE THAT VALVE'S MARKET SHARE IS INCONSISTENT WITH VALVE HAVING EVER HAD MONOPOLY POWER

304. In this report, I established that the relevant market in this matter should include at least global PC and console distribution. In Section 9, I show that Valve's market share demonstrates that Valve does not have, and has never had, monopoly power. I also show that Valve's share within the "PC game distribution market"—the market proposed by Plaintiffs in their Complaint—is and has always been below well-accepted thresholds for monopoly power.

305. In this appendix, I consider Valve's share in another market considered in this matter. In particular, I calculate Valve's share of the market for "PC video game digital distribution," as referenced in the Class Certification Order, during the Class Period. I also calculate Valve's share of the "PC game distribution market" and the "PC video game digital distribution market" prior to the Class Period.

306. These considered markets exclude important substitutes to Steam and are thus not the relevant antitrust market in this matter. Nevertheless, I find that Valve's share of these considered markets is *also* below well-established thresholds of monopoly power, during and before the Class Period.

## 11.1. Valve's share of the "PC video game digital distribution market" articulated in the Class Certification Order during the Class Period is inconsistent with monopoly power

307. In Section 9.1, I established that Valve's share of a market for PC and console video gaming distribution in this matter is on average ▮ percent and never exceeds ▮ percent during the Class Period, far below Dr. Schwartz's estimates of up to ▮ percent. I also found that Valve's share within the "PC game distribution market"—the market proposed by Plaintiffs in their Complaint— was on average ▮ percent during the Class Period and reached a maximum of ▮ percent in 2024, also far below Dr. Schwartz's flawed estimates of Valve's market share. These shares are too low to demonstrate that Valve had monopoly power.

308. In this appendix, I consider Valve's share of the "PC video game digital distribution market" during the Class Period. Exhibit 18 shows Valve's share of the "PC video game digital distribution market" including all PC digital distribution sales. This overly narrow market excludes console gaming and physical distribution of PC games. As I established in Sections 5 and 8, it is inappropriate to exclude console gaming and physical distribution of video games from the relevant antitrust market in this matter. Setting this aside, I find that Valve's share of consumer spending in the overly narrow "PC video

game digital distribution market" was on average ▮ percent and reached at most ▮ percent in 2024.[534] This share is inconsistent with monopoly power.

---

[534] Workpaper 19. I also consider the "PC video game digital distribution market" excluding browser games, multi-game subscriptions, and cloud platforms since these platforms are either excluded by Plaintiffs in the Complaint (browser gaming) or articulated in the Class Certification Order. I calculate Valve's share of this overly narrow market during the Class Period and find that it reached a maximum of ▮ percent in 2023 and was on average ▮ percent between 2018 and 2023, which is inconsistent with Valve having monopoly power. See Workpaper 23 and Workpaper 19. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ so I am unable to exclude browser and cloud in these years, and thus I am unable to calculate Valve's share of the "PC video game digital distribution market" excluding browser, cloud, and multi-game-subscriptions during these years. See Complaint, ¶¶ 117, 120–121; Order, *In Re: Valve Antitrust Litigation*, November 25, 2024, p. 17 ("Plaintiffs allege that Valve, through Steam, holds and maintains monopoly power in the PC video game digital distribution market ... excludes other game forms (such as console and mobile games) and other distribution methods (such as brick-and-mortar stores, cloud gaming, and multi-game subscription models)").

Exhibit 18

*Valve's share of the "PC video game digital distribution market" articulated in the Class Certification Order during the Class Period are inconsistent with monopoly power*



*Source: Schwartz Merits Report, backup materials; Newzoo*
Note: Valve's share is calculated as consumer spending on Steam divided by Newzoo's measure of digital PC consumer spending. For more details see Appendix Section 12.

309.    In summary, during the Class Period, Valve's shares of the relevant antitrust market in this matter, as well as other overly narrow markets, including the one identified by Plaintiffs in the Complaint (as I discussed in Section 9.1.2 above) and those that exclude physical distribution are below accepted thresholds for establishing monopoly power.

## 11.2.    Valve's share of other, overly narrow markets, throughout Steam's history is also inconsistent with monopoly power

310.    In Section 9.2, I established that Valve's share of a market for PC and console video gaming distribution prior to the Class Period was on average ■ percent and never exceeded ■ percent. These market shares demonstrate that Valve did not have monopoly power during this period.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

311.  In this appendix, I consider Valve's share of other, overly narrow markets throughout Steam's history (from launch until right before the Class Period). I calculate Valve's share of the overly narrow market proposed by Plaintiffs in their Complaint of "PC game distribution," excluding console gaming. I also calculate Valve's share of the market for "PC video game digital distribution" as articulated by the Class Certification Order. I note that, as I established throughout my report, these markets exclude important substitutes to Steam and are thus not the relevant antitrust market in this matter. Nevertheless, I find that Valve's share of these markets is *also* below well-established thresholds of monopoly power throughout Steam's history.

312.  Exhibit 19 shows Valve's share of the market proposed by Plaintiffs in their Complaint of "PC game distribution," excluding console gaming, prior to the Class Period. As I established in Section 5, it is inappropriate to exclude console gaming from the relevant antitrust market in this matter. Setting this aside, I find that Valve's share was ▮ percent in 2004 at the time of Steam's launch, was on average ▮ percent, and never exceeded ▮ percent prior to the Class Period, throughout the time Plaintiffs claim Valve engaged in anticompetitive conduct.[535] This share is well below accepted thresholds to establish monopoly power.

---

535    Workpaper 19; Exhibit 19.

Expert Report of Lesley Chiou, Ph.D.

Exhibit 19

*Valve's historical share of the "PC game distribution market" proposed by Plaintiffs in their Complaint was inconsistent with monopoly power*



*Source: Schwartz Merits Report, backup materials; IDC, Circana*

Note: Valve's share is calculated as consumer spending on Steam divided by the sum of IDC's measure of digital PC and Circana's measure of physical PC consumer spending. ███████████████████████████ therefore PC physical sales are likely understated throughout the entirety of the period 2004 through 2016. For more details see Appendix Section 12.

313. I also calculate Valve's share of the "PC video game digital distribution market" articulated in the Class Certification Order before the Class Period. In addition to excluding console gaming, this market also inappropriately excludes physical distribution of video games. As I established in Section 8, it is inappropriate to exclude physical distribution of video games from the relevant antitrust market in this matter. Setting this aside, I find that Valve's share of the "PC video game digital distribution market" from 2006 to 2016 was on average ██ percent and never exceeded ██ percent, throughout which

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

time Plaintiffs claim Valve engaged in anticompetitive conduct.[536] This share is well below accepted thresholds to establish monopoly power.[537]

314. Valve's shares throughout Steam's history of the relevant antitrust market in this matter, as well as other overly narrow proposed markets, including those identified by Plaintiffs in the Complaint and those that exclude physical distribution, are below accepted thresholds for establishing monopoly power.

---

[536] Workpaper 19 and Workpaper 21. 2004 and 2005 are excluded because ███████████████ ████████████████████.

[537] Workpaper 21 and Workpaper 19. As I describe in Appendix Section 13, one category of the IDC data used to calculate these market shares ████████████████ I find that even if I remove the entirety of the ███████████████████ revenue segment in years ████████████████████████, Valve's share of this overly narrow market is between ██ and ██ percent in years 2008 to 2011 (compared to ██ percent and ██ percent including those revenues), which is still inconsistent with monopoly power. See, Workpaper 24. Note that the estimated total consumer spending for this analysis is likely underestimated because, in addition to ███████████, ████████████████ revenue is excluded.

## 12. APPENDIX: METHODOLOGY FOR COMPUTING VALVE'S SHARE OF TOTAL CONSUMER SPENDING

315. To calculate Valve's shares of consumer spending in various proposed markets both before and during the Class Period, I first calculate consumer spending by year on Steam, and then I divide it by various total consumer spending estimates. Below, I detail how I calculate these figures.

### 12.1. Methodology for computing consumer spending on Steam

316. To calculate total consumer spending on Steam, I first identify the set of sales which I should include in my calculation. To do this, I use Steam transaction data as processed by Dr. Schwartz and exclude sales of hardware using Dr. Schwartz's methodology.[538] In analyses where I calculate Valve's share of an overly narrow market that excludes multi-game subscriptions, I also exclude sales attributed to "EA Play" subscriptions, as this is the only multi-game subscription I was able to identify as available on Steam.

317. Steam data only goes through November 2024. Therefore, in order to calculate Steam consumer spending for 2024, I need to impute December 2024 consumer spending. To do so, I multiply January to November 2024 consumer spending by one plus the ratio of December to non-December Steam revenue from all previous years available (2004–2023).

318. I then divide this measure of total consumer spending on Steam by the measures of total consumer spending as described in the sections below to calculate Steam's share of total consumer spending.

### 12.2. Methodology for computing total consumer spending in the Class Period

319. To calculate total consumer spending estimates during the Class Period, I use Newzoo Market Data.

320. To calculate global consumer spending on physical and digital PC and console gaming during the Class Period (as I do in Exhibit 14), I include data for spending on "PC" and "Console." I do not include spending on "Mobile." I include all monetization breakdowns, including ███████████ ███████████████████████████████████████████████ ██████████████████████████████████[539]

321. To calculate global consumer spending on physical and digital PC gaming (as I do in Exhibit 15), I include data for spending on "PC." I do not include

---

538    Following Dr. Schwartz's methodology, ████████████████████████ ███████████████████ I exclude the observations from my analysis. This only excludes ████ of total revenues in 2024. See Workpaper 25.

539    ██████████████████████████████████████████████████████████████████████

spending on "Console" or "Mobile." I include all monetization breakdowns, including ████████████████████████████████ ████████████████████████████ [540]

322. To calculate global consumer spending on digital PC gaming (as I do in Exhibit 18), I include data for spending on "PC." As above, I do not include spending on "Console" and "Mobile." I exclude the monetization breakdown ██████████████ ████████ I include all other monetization breakdowns, including ████████ ████████████████████████████ ████████████

323. To calculate global consumer spending excluding browser gaming, cloud gaming, and multi-game subscriptions ("MGS") (as I do in Appendix Section 11), I need to make additional assumptions because the Newzoo Market Data do not separately report consumer spending attributable to these types of distribution. Consumer spending on browser gaming is not reported in the Newzoo Market Data.[541] Consumer spending on cloud gaming occurs within both the PC and console segments. However, the Newzoo Market Data report consumer spending on cloud gaming separately from PC and console spending, without identifying how much of that spending occurred within the PC and console segments.[542] The Newzoo Market Data report consumer spending on multi-game subscriptions within the console segment, but not within the PC segment.[543] Therefore, I approximate spending on browser gaming, cloud gaming, and MGS using the following methodology:

    a. To approximate consumer spending on browser and cloud gaming, I use estimates from the IDC data. These estimates are not available for 2017 or 2024, so I exclude these years from this analysis.

    b. To approximate consumer spending on multi-game subscriptions on PC, I calculate the share of "Multi-Game Subscription" and "Full Game Digital" spending for the console segment and then apply the ratio to the "Full Game Digital" spending on PC.[544]

---

[540] The "Multi-Game Subscription" breakdown is automatically excluded by the removal of "Console" spending.

[541] The 2023 Newzoo Global Games Market Report contained a breakdown of PC consumer spending into its browser and non-browser components. However, more recent reports and the underlying data do not contain this same breakdown. See Global Games Market Report (2023), p. 23; Global Games Market Report (2024), p. 23.

[542] Cloud gaming is not reported as a metric in the breakdown. See Global Games Market Report (2023), p. 9.

[543] Global Games Market Report (2023), p. 9 ("Multi-game subscription ... Available for Console").

[544] I note that this likely overstates spending on ████████████████████████ (and therefore is a conservative approach for this analysis), since multi-game subscriptions are more common in console gaming than PC gaming. See Statista, "Video Game Subscription Services in the United States – Statistics & Facts," February 29, 2024, available at

## 12.3.    Methodology for computing total consumer spending prior to the Class Period

324.    In order to calculate consumer spending on video games prior to the Class Period, I combine IDC and Circana data. I use these estimates of consumer spending to compute Valve's market share in Section 9.2 and Appendix Section 11.

325.    In order to estimate total global consumer spending on PC gaming from 2006 to 2016, I use data from ███████████████████████ and supplement with data from ███████████████████████ ██████████████████. ████████████████████████████ ████████████████████████ As a result, my market size estimates in those years only include consumer spending on physical PC sales, and thus likely understate total consumer spending on PC video games. Furthermore, since ████████████████████████████████, PC physical sales are likely understated throughout the entirety of the period 2004 through 2016. I use these estimates of total global consumer spending on PC gaming to estimate Valve's share of global PC gaming in Exhibit 19.

326.    To estimate total global consumer spending on PC and console video games, I follow the same methodology described above. From 2004 to 2016, I also include ████████████████████████████████ ██████████████████. I use these estimates of total global consumer spending on PC and console gaming to estimate Valve's share of global PC and console gaming in Exhibit 16.

327.    During this period, I also calculate total global consumer spending on digital PC video games. I use these estimates to calculate Valve's share of this overly narrow market, in Section 9.2 and Appendix Section 11.

328.    In order to estimate total global consumer spending on digital PC video games, I follow the same methodology as I used to estimate total global consumer spending on PC video games, but I do not supplement the IDC data with data from Circana. Since IDC data does not contain consumer spending on physical sales of PC games, there is no need for further exclusions.

---

https://www.statista.com/topics/10974/video-gaming-subscription-services/#topicOverview/, accessed on March 17, 2025 ("Video gaming subscription services have long since been a staple of the online console gaming experience and have increased in popularity across other platforms in recent years.").

## 13.  APPENDIX: MARKET SIZE DATA

## 13.1.     Newzoo Data

329.    Newzoo is a leading provider of data on video games and video game users. Newzoo uses public research, surveys, and proprietary models to produce its data.[545] Newzoo data is relied upon by video game developers, publishers, and news companies.[546] Newzoo data is also relied upon by Plaintiffs and Plaintiffs' experts.[547]

330.    In this appendix, I describe two types of data published by Newzoo that I use:

   a. First, in Section 13.1.1, I describe Newzoo's estimates and forecasts of total consumer spending on video games ("Newzoo Market Data"). These data form the basis of Newzoo's annual publication, the Newzoo Global Games

---

[545]   The data and annual reports are available to the public through a subscription service. See Newzoo, "About Newzoo," available at https://newzoo.com/about, accessed on March 15, 2025 ("[Newzoo is] the leading data provider for video games studios and brands."); Newzoo, "Games Market Reports and Forecasts Fact Sheet," available at https://resources.newzoo.com/hubfs/Factsheets/Newzoo_Games_Market_Reports_Forecasts_Factsheet.pdf, accessed on May 3, 2024 ("[P]rimary consumer research ... Newzoo's market models ... analysis of publicly listed company reports, census data, and actuals.").

[546]   Newzoo, "About Newzoo," available at https://newzoo.com/about, accessed on March 15, 2025 ("We are proud to have a client base that, just like the games industry itself, is truly global."); Newzoo, "Case Study: How Virtuos Uses Newzoo Data to Uncover the Games Market, Find Clients, and Deliver Great Projects," June 21, 2022, available at https://newzoo.com/resources/blog/case-study-how-virtuos-uses-newzoo-data-to-uncover-the-games-market, accessed on March 17, 2025 ("Virtuos is one of the largest video game development companies in the world ... Virtuos' ability to inform its business with strategic guidance and insights allows it to be a quality service provider. The company relies on Newzoo data as one of its key sources of reliable information."); Zack Zwiezen, "60 Percent of Playtime in 2023 Went to 6-Year-Old or Older Games, New Data Shows," *Kotaku*, April 2, 2024, available at https://kotaku.com/old-games-2023-playtime-data-fortnite-roblox-minecraft-1851382474, accessed on March 19, 2025 ("On April 2, Newzoo released its second annual game industry report, including a ton of data and information on what people were playing and spending money on during 2023."); Kellen Browning, "'Crucial Time' for Cloud Gaming, Which Wants to Change How You Play," *The New York Times*, September 28, 2021, available at https://www.nytimes.com/2021/07/01/technology/cloud-gaming-latest-wave.html, accessed on March 19, 2025 ("It has been a busy period for the small but growing cloud gaming industry, which is expected to surpass $1 billion in revenue and 23 million paying customers by the end of this year, according to Newzoo, a gaming analytics firm.").

[547]   Schwartz Merits Report, ¶ 112 ("A 2024 report conducted by Newzoo includes survey responses from over 58,000 PC and/or console video game players"); Rietveld Merits Report, ¶ 27 ("Newzoo, a provider of video game industry data and analysis, estimated that there were approximately 3.38 billion video game players worldwide in 2023, with approximately 237 million of those players residing in North America."); Complaint, ¶¶ 99, 116 ("According to a market researcher, of the 2.6 billion mobile gamers in 2020, about 38% paid for games, and 98% of mobile gaming revenues were from in-game transactions rather than a purchase price ... In the below market summary, the website NewZoo breaks the 'Global Games Market' into three categories."). At his deposition, Dr. Schwartz testified that "[Newzoo] is a source that people interested in gaming often rely on ... I understand [Newzoo] is ordinarily relied upon." See Schwartz Deposition, p. 119.

---

Market Report ("Newzoo Market Report").[548] I use these data to analyze spending on gaming platforms during the Class Period.

b. Second, in Section 13.1.2, I describe Newzoo's game-level consumer spending and engagement data ("Newzoo Game-Level Data").[549] I use these data to evaluate game-specific characteristics such as the platforms, publishers, and revenues of specific games.

331. I obtained the Newzoo data from a subscription through its website. The data on Newzoo's website changes slightly over time because Newzoo regularly validates and updates its estimates.[550] To obtain a consistent set of data, I used data downloaded from the Newzoo website on March 7th, 2025 for the Newzoo Market Data and Newzoo Game-Level Data, with the exception of the December 2024 Player Overlap data, which I pulled on March 11th, 2025 and the March 2023 Player Overlap data, which I pulled on March 15th, 2025.

## 13.1.1. Newzoo Market Report and Newzoo Market Data

332. Newzoo publishes the spending and engagement data underlying its annual publication.[551] I use this underlying spending data as of March 7, 2025, which covers consumer spending from 2015 through 2024 by platform type (i.e., PC, console, and mobile), geography, and monetization method.[552] The monetization methods include:[553]

---

[548]   Newzoo, "Games Market Reports and Forecasts," available at https://newzoo.com/games-market-reports-forecasts, accessed on March 19, 2025 ("Includes the Global Games Market Report").

[549]   Newzoo, "Game Performance Monitor," available at https://newzoo.com/game-performance-monitor, accessed on March 19, 2025.

[550]   Newzoo, "Games Market Reports and Forecasts," available at https://newzoo.com/games-market-reports-forecasts, accessed on March 19, 2025 ("With our system of quarterly updates, including trend reviews, and forecast revisions, you will always have access to the latest market movements.").

[551]   The Newzoo Market Data includes data on PC, console, and mobile gaming across Europe, Latin America, North America, the Middle East & Africa, and Asia-Pacific. Newzoo includes data on full game purchases, DLC, microtransactions and subscriptions, as well as Cloud and VR gaming. See Global Games Market Report (February 2025); Newzoo, "Games Market Reports and Forecasts Fact Sheet," available at https://resources.newzoo.com/hubfs/Factsheets/Newzoo_Games_Market_Reports_Forecasts_Factsheet.pdf, accessed on March 19, 2025.

[552]   Spending figures are reported annually; for example, the Newzoo Market Report lists total console spending in the year 2022. Spending does not include taxes, consumer-to-consumer second-hand trade, advertising revenues, or business-to-business services. The geographic breakdowns include continent and sub-continent metrics, as well as detailed, country-level breakdowns for the top 100 countries. Newzoo does not provide estimates for Russia or Ukraine for the years 2022 and 2023. The monetization methods are broken down into full game digital (PC, console, mobile); full game boxed (PC, console); downloadable content (PC, console); microtransaction (PC, console); and in-game subscription (PC, console), multi-game subscription (console only), and in-game (mobile only). Newzoo provides all breakdowns contemporaneously, so I would be able to identify, for instance, in-game subscription PC spending in Canada for the year 2024.

[553]   Global Games Market Report (February 2025), pp. 69–71.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

a. Full game boxed: spending on games delivered on physical storage media (i.e., discs or cartridges). This does not include boxed games that only include download codes.

b. Full game digital: spending on games delivered through a digital download.

c. Downloadable content: spending on DLC purchased from a digital store directly.[554]

d. Microtransactions: spending on microtransactions such as virtual currencies, cosmetics, and battle passes.

e. In-game: spending on in-games items such as power-ups or in-game currencies for mobile games.

f. In-game subscription: periodic, subscription-based spending for a single game, such as a subscription to a massively multiplayer online game.

g. Multi-game subscription: spending on periodic fees paid for subscriptions to libraries offering multiple games.

333. I use this data to estimate consumer spending on video games, which I then use to estimate Valve's market share of the relevant antitrust market in this matter as well as Valve's share of other, overly narrow markets in Sections 9.1.1, 9.1.2, and Appendix Section 11. See Appendix Section 12 for more details.[555]

## 13.1.2. Newzoo Game-Level Data

334. While the Newzoo Market Data and Newzoo Market Report provide estimates for consumer spending and engagement in total, the Newzoo Game-Level Data provide information on individual games. The Newzoo Game-Level Data include information for over 10,000 video games on PC and console.[556] Newzoo tracks over 100 different metrics for each game, including game spending and units sold, game streaming viewership, and game attributes (i.e., genre, publisher, Steam tags, etc.).

---

[554] DLC is content publishers release after a game's release that users can purchase and download separately to augment their initial purchase. See Chrissy Montelli, "What is DLC? Understanding Downloadable Content, a Feature of Nearly Every New Game," *Business Insider*, May 27, 2021, available at https://www.businessinsider.com/guides/tech/dlc-meaning, accessed on March 19, 2025 ("[DLC] refers to add-ons to a game that give it extra features that weren't included with the game's initial release ... Some games offer DLC for free ... However, it's much more common for companies to charge for DLC, especially if it adds a significant amount of content.").

[555] In addition to these data sources, the Newzoo Market Report also contains data on esports viewership; game live streaming audiences; ecosystem-specific player totals, such as from Nintendo, PlayStation, Xbox, Apple App Store, Android App Store, Epic Games Store, and Steam; spending breakdowns by genre, platform, and sub-continent; public company game revenues from financial statements; and VR gaming spending.

[556] Newzoo, "Game Performance Monitor," available at https://newzoo.com/game-performance-monitor, accessed on March 19, 2025 ("Make your life easier with the most detailed game-level data for 10,000+ games on PC and console.").

---