# EXHIBIT 3 & 4
# Report Part 4
# (Dkt No. 450.03 & 454.04)

# REDACTED

335.    I primarily use consumer spending data from the Newzoo Game-Level Data. The Newzoo Game-Level Data provide monthly consumer spending metrics for over 1,500 games from April 2020 through January 2025 across six countries.[557] They also provide consumer spending metrics by platform (PC, PlayStation, Switch, and Xbox) and spending type (full-game purchases, microtransactions, DLC, and subscriptions).[558] The consumer spending data also contain information on game attributes such as publisher and genre. Newzoo game-level data are not comprehensive of all games that exist, but do contain many of the most popular games. An exception is *Roblox*, which is not reported in the PC Newzoo game-level revenue data and therefore does not appear in Exhibit 4, Exhibit 7, and other exhibits that rely on the Newzoo Game-Level Data.[559]

336.    Newzoo Game-Level Data on consumer spending do not contain global estimates, rather they only contain estimates for six different geographies (US, ES, FR, GB, IT, DE). Therefore, I limit my analyses to the U.S. Furthermore, Newzoo Game-Level Data on consumer spending data only contain information on digital consumer spending.

337.    I use the Newzoo Game-Level Data on consumer spending in several analyses. I use it to measure overlap between PC, PlayStation, and Xbox games (Exhibit 7, Exhibit 8). I use it to identify the publishers associated with specific games (Exhibit 4, Exhibit 5). I use it to identify the top PC and console games by consumer spending (Exhibit 4, Exhibit 5, Exhibit 7).

338.    In addition to this consumer spending data, I use Newzoo Player Overlap data. The data measures a variety of statistics on a game-to-game level. Most relevant to my analysis is the percent overlap field which represents the number of users who played both game B and game A relative to the total monthly active users of game A. I use this data in Exhibit 6 and Workpaper 6 to measure the share of players who played first-party Valve games and other Steam games in the months of December 2024 and March 2023. I also use the Newzoo Game-Level Data for several workpapers throughout my report.

---

[557]    Workpaper 26. The six countries are France, Germany, Italy, Spain, United Kingdom, and United States. See Newzoo, "Game Revenue," available at https://platform.newzoo.com/revenue/pc--ps--xbox-&-switch-revenues, accessed on March 7, 2025; Newzoo, "Methodology," available at https://platform.newzoo.com/help-center/answers-&-explanations/methodology, accessed on March 20, 2025 ("Our Revenue model provides title-level consumer spending metrics across PC, PlayStation, Xbox & Switch games in the United States, United Kingdom, Germany, France, Spain, and Italy.").

[558]    Newzoo, "Frequently Asked Questions," available at https://platform.newzoo.com/help-center/answers-&-explanations/faq, accessed on March 20, 2025("PC PS Xbox & Switch Revenue...What metrics do you cover in your revenue data...Premium revenue: Revenue earned from full-game purchases of a title...DLC, subscriptions, microtransactions.").

[559]    See footnote 260.

## 13.2.     IDC data

339. Where possible, I measure consumer spending outside of Steam using data from Newzoo. However, Newzoo data does not contain information on consumer spending before 2015. To analyze consumer spending prior to the Class Period, I use data from IDC.[560] I use this data to analyze the video game industry prior to the Class Period in Section 9.2 and Appendix Section 11.2. I also use this data to measure digital video game sales and physical video games sales on console, which I compare with physical video game sales on PC from Circana in Exhibit 13.

340. IDC reports total revenues from video games in each year by segment, geography, and distribution method. The revenues reported by IDC are pre-tax. The data is broken down between PC and console revenue.[561] The geographies included in the data are generally North America and global, however from 2005 to 2007 the PC segment reports U.S. rather than North America figures. IDC reports digital sales for both PC and console video games and reports physical sales for consoles only. Revenues are reported separately for physical and digital distribution for console.[562] The revenue data is available from 2005 to 2023 for the PC segment and from 2001 through 2023 for the console segment.[563]

341. For the PC segment, IDC breaks down revenues into the following distribution methods:

    a. From 2005 to 2007, IDC does not break out revenues into separate distribution methods.

    b. From 2008 to 2011, IDC breaks out revenues into "Subscription, Prepaid Full Game and Add-on Download," and "Freemium Microtransactions and Ads."[564]

---

[560] This data is complemented with data on physical PC sales from Circana. I describe my methodology for doing this in Appendix Section 12.

[561] PC sales aggregate all PC and Mac revenue across all digital formats and business models including subscription-based and free-to-play, web browser-based and cloud-streamed gaming. Console sales aggregate all home console-based platform revenue (Xbox, PlayStation, Nintendo, others) across all physical/packaged and digital formats and business models, including subscription-based and free-to-play.

[562] I identify the "Packaged game" segment of console revenues as the physical component of revenues, and all other segments as the digital component.

[563] I note that revenues for the PC segment are missing in 2005 for the global geography.

[564] The "Freemium Microtransactions and Ads" category seems to include advertising revenue. It is unclear which categories, if any, contain these revenues in years outside of 2008 to 2011. However, as I show in Appendix Section 13.4, Newzoo and IDC data are comparable in later years, and I understand that Newzoo market size data does not contain advertising revenues, therefore advertising revenues (if they exist) are likely a small portion of IDC data in recent years. See, Global Games Market Report (February 2025), p. 67 ("Our revenue numbers exclude taxes, consumer-to-consumer second-hand trade, advertising revenues earned in and around games, (peripheral) hardware, business-to-business services, and the traditionally regulated online gambling and betting industry (e.g., BWIN and William Hill).").

    c. From 2012 to 2017, IDC breaks out revenues into "Client-based subscription," "Paid digital game and add-on/DLC," "Client-based free-to-play," and "Web browser-based."

    d. From 2018 to 2023, IDC breaks out revenues into "Client-based subscription," "Paid digital game, add-on/DLC, and season/battle pass," "Client-based free-to-play," and "Web browser-based and cloud-streamed."

342. For the console segment, IDC breaks down revenues into the following distribution methods:

    a. From 2001 to 2011, IDC breaks out revenues into "Packaged game" and "Digital game software and subscription."

    b. From 2012 to 2019, IDC breaks out revenues into "Packaged game," "Paid digital game, DLC and F2P," and "Subscription."

    c. From 2020 to 2023, IDC breaks out revenues into "Packaged game," "Paid digital game, add-on/DLC, and season/battle pass," and "Paid digital game, add-on/DLC, and season/battle pass."

## 13.3.    Circana data

343. Where possible, I measure consumer spending outside of Steam using data from Newzoo. However, Newzoo data do not contain information on consumer spending before 2015. To analyze consumer spending on physical copies of video games prior to the Class Period, I use data on physical video game sales from Circana.[565] Circana reports data on physical units sold and prices collected directly from physical retailers. I use these data to analyze the video game industry prior to the Class Period in Section 9.2. I also use these data to measure physical video game sales from 2005 to 2022 in Exhibit 13.

344. These data contain one observation for each game-by-month-by-platform combination. Circana data include physical sales for PCs and console platforms in the United States.[566] Circana data report units sold and prices

---

[565] I define "physical sales" as sales of physical products, either in brick-and-mortar stores or online. Under the definition I use, a physical disc bought on Amazon would count as a physical sale, but a Steam key bought at a physical Best Buy location would not.

[566] Sales for different consoles are organized by ecosystem. Consoles in the Xbox ecosystem include Xbox, Xbox 360, Xbox One, and Xbox Series. Consoles in the PlayStation ecosystem include PlayStation, PlayStation 2, PlayStation 3, PlayStation 4, PlayStation 5, PlayStation Portable, and PlayStation Vita. Consoles in the Nintendo ecosystem include Game Boy, Game Boy Advance, Game Boy Color, GameCube, Nintendo 3DS, Nintendo 64, Nintendo DS, Nintendo Entertainment System (NES), Nintendo Switch, Super Nintendo, Virtual Boy, Wii, and Wii U. The data also include observations with the following consoles: 3DO, All Other, Atari, Dreamcast, Game Gear, Game.com, Genesis, iOS, Jaguar, Lynx, N-Gage, Neo Geo, Neo Geo Pocket, Not Specified, Saturn, Turbografx-16, Universal/Multiple, and Zodiac. To avoid counting sales of mobile games, I filtered out the 247 observations in the data with "iOS" as console. In addition, I filter out 1,320, 1,588, and 169 observations in the data with "Universal/Multiple," "All Other," and "Not Specified" as console, respectively. Collectively, the observations that I filter out make up less than 0.2 percent of observations in the Circana data. See Workpaper 27.

that are net of taxes and returns. Circana data do not include sales of Steam keys at physical stores. These data include 2,510,810 observations of 24,853 games. The data are available for January 1995 through October 2023.[567]

## 13.4.    Comparison of market size data

345.    As discussed above in Appendix Sections 13.1, 13.2, and 13.3, Newzoo, IDC, and Circana all provide measures of consumer spending on video games that can be used to estimate market size. Newzoo's measures of consumer spending include both digital and physical sales of video games from 2015 to 2024. IDC's measures of consumer spending include physical and digital sales of console games from 2001 to 2023, and only includes digital sales of PC games from 2005 to 2023. Therefore, I supplement IDC data with Circana's measures of consumer spending on physical sales of PC games.[568]

346.    Where possible, I measure consumer spending outside of Steam using data from Newzoo.[569] Since Newzoo data on consumer spending begins in 2015, I am able to use Newzoo data to estimate consumer spending during the Class Period from 2017 through 2024, which I use to calculate Valve's market share in Section 9.1 and Valve's share of other, overly narrow markets in Section 9.1.2 and Appendix Section 10. To estimate consumer spending historically from Steam's launch to the beginning of the Class Period, I use IDC and Circana data from 2004 through 2016, which I use to calculate Valve's market share in Section 9.2 and Valve's share of other, overly narrow markets in Appendix Section 11.[570]

347.    In this appendix, where possible, I evaluate the similarities and differences in the estimates of consumer spending on video games reported by each of these data sources. I find that these three data sources provide similar estimates of consumer spending for periods and market segments in which they overlap. This indicates that it is appropriate to use these data sources interchangeably,

---

[567]    Workpaper 27.

[568]    I explain the methodology I use to supplement IDC data with Circana data further in Appendix Section 12 above.

[569]    Plaintiffs also rely on market research data from Newzoo to analyze their proposed market in their Complaint and in their reports. See Schwartz Merits Report, ¶ 112 ("A 2024 report conducted by Newzoo includes survey responses from over 58,000 PC and/or console video game players."); Rietveld Merits Report, footnote 106 ("based on Newzoo data, I estimated that the proportion of total revenues from DLC and microtransactions in the global PC segment increased from ▮ in 2015 to ▮ in 2022.."); Complaint, ¶¶ 99("According to a market researcher, of the 2.6 billion mobile gamers in 2020, about 38% paid for games, and 98% of mobile gaming revenues were from in-game transactions rather than a purchase price"), 116 ("In the below market summary, the website NewZoo breaks the 'Global Games Market' into three categories."). At his deposition, Dr. Schwartz testified that "[Newzoo] is a source that people interested in gaming often rely on ... I understand [Newzoo] is ordinarily relied upon." See Schwartz Deposition, p. 119.

[570]    Newzoo contains sales data for 2015 and 2016. However, I use IDC and Circana data throughout the entirety of the pre-class period in order to use a consistent data source throughout the period.

as I have had to do in order to evaluate Valve's market share over a longer time period and in different proposed markets. It also indicates that my results and conclusions are robust to the use of these different data sources.

348.   In Exhibit 20 below I show that Newzoo's estimates of consumer spending on PC and console gaming are similar to the sum of IDC's estimates of consumer spending on digital PC and console gaming and Circana's estimates of consumer spending on physical PC and console gaming.[571] I present this comparison from 2015 to 2023.[572] The estimates from the two data sources are close in most years; the absolute percent difference between the two estimates is less than 5 percent in five of the nine years, less than 10 percent in seven of the nine years, and never exceeds 11.3 percent.[573]

---

[571]   I explain this process of supplementing IDC data with Circana physical PC data in more detail in Appendix Section 12. I also compare estimates of physical consumer spending between the three data sources. I find that any differences between the data sources are not large enough to impact my conclusions. I compare Newzoo estimates of U.S. physical spending to Circana's estimate of U.S. physical spending and find that the two estimates are similar. Circana estimates range between 16.4 percent smaller than Newzoo estimates and 0.8 percent larger than Newzoo estimates, and in five of the eight years I analyze, the absolute difference is lower than 10 percent. See Workpaper 29. I also compare Newzoo global physical console consumer spending to IDC global physical console consumer spending and find that, up until 2017, the IDC data ranges between 12.8 percent smaller than the Newzoo data and 6.7 percent larger. After 2017, the Newzoo estimate is always smaller than the IDC estimate, with the maximum difference reaching 76.5 percent. See Workpaper 28. The only analysis in my report that relies on IDC physical data after 2017 is Exhibit 13; my conclusion from that analysis (i.e., that the share of physical sales have fell over time against digital sales) would not change with a lower estimate of physical sales from Newzoo.

[572]   As I detail in Appendix Section 13.1 the Newzoo data begin in 2015, and as I detail in Appendix Section 13.3, 2023 is the last full year of Circana data. Note that Circana data in 2023 only cover through October 2023; this should not significantly impact these results as physical PC sales were only a small fraction of total PC sales in recent years (for example, they represent .01 percent of my calculated total PC sales using IDC and Circana data in 2022). See Workpaper 30.

[573]   Workpaper 31.

---

Source: Newzoo, IDC, Circana
Note: See Appendix Section 12 for details on the methodology I use for calulating consumer spending using the Newzoo, IDC, and Circana data.

349.    I also evaluate the similarities and differences in the estimates provided by these data sources for consumer spending on PC video games only. In Exhibit 21 below I show that Newzoo's estimates of consumer spending on PC gaming are similar to the sum of IDC's estimates of consumer spending on digital PC gaming and Circana's estimates of consumer spending on physical PC gaming.[574] The absolute percent difference between the two estimates never exceeds 10 percent.[575]

---

[574]    I explain this process of supplementing IDC data with Circana physical PC data in more detail in Appendix Section 12.

[575]    Workpaper 31.

Expert Report of Lesley Chiou, Ph.D.                                    Appendix: Market size data



*Source: Newzoo, IDC, Circana*
Note: See Appendix Section 12 for details on the methodology I use for calulating consumer spending using the Newzoo, IDC, and Circana data.

# 14. APPENDIX: BACKUP MATERIALS

## 14.1.    Backup materials for Exhibit 2 (timeline of Steam revenue share tiers)

1. **June 3rd, 2011**: EA launches Origin.[576]
2. **August 8th, 2011:** EA announces that it will stop releasing games on Steam.[577]
3. **May 17th, 2018**: Blizzard announces the next *Call of Duty* Game will not release on Steam and will be a Battle.net exclusive.[578]
4. **June 26th, 2018:** ███████ indicates they may stop releasing games on Steam concurrently with their release on ████████; revenue share concerns may be a cause.[579]
5. **August 9th, 2018:** ██████ tells Valve they will release ███████████ their games on ████ and not on Steam unless they get a higher revenue share.[580]
6. **August 10th, 2018 – August 15th, 2018:** Valve employees set up meeting to discuss changing revenue share model. ████████████████████

---

[576]    Don Reisinger, "EA Launches Origin, Takes Aim at Steam," *CNET*, June 3, 2011, available at https://www.cnet.com/tech/gaming/ea-launches-origin-takes-aim-at-steam/, accessed on March 23, 2025 ("Launching later today, Origin will allow gamers to purchase and download over 150 games directly to their PCs.").

[577]    Ben Kuchera, "Battlefield 3 is Not Coming to Stream, but EA Has a Real Reason," *Ars Technica,* August 8, 2011, available at https://arstechnica.com/gaming/2011/08/battlefield-3-not-coming-to-steam-ea-provides-good-reason/, accessed on March 23, 2025 ("Gamers have been worried for some time about their ability to buy *Battlefield 3* from Steam, and EA has now provided an official statement on the matter: until Valve changes its policies, the game won't be available on the most popular digital distribution service in the United States.")

[578]    Blizzard Entertainment, "Call of Duty®: Black Ops 4 for PC Coming Exclusively to Blizzard Battle.net," May 17, 2018, available at https://news.blizzard.com/en-us/article/21785480/call-of-duty-black-ops-4-for-pc-coming-exclusively-to-blizzard-battle-net, accessed on March 23, 2025 ("We're pleased to announce that Call of Duty: Black Ops 4 for PC will be available exclusively on Blizzard Battle.net this fall.").

[579]    Email chain from Kristian Miller to Nathaniel Blue, "RE: ██████ Meeting Notes 6/26/18," June 28, 2018, VALVE_ANT_0059026–027 at 027 ("Going into the meeting I was told they wanted to ask for a better rev share. However, after our presentation they never asked for this specifically. It seemed like a group of people in the room were not on board with the plan to not launch day 1 on Steam. Being concerned about this plan came up from ██ and ██ a few times. ███ seemed pretty headstrong about this plan and gave us a bunch of weak excuses for the plan.").

[580]    Email from Kassidy Gerber to Kristian Miller and Dario Casali, ███████ August 10, 2018, VALVE_ANT_0053662–663 at 663 ("Yesterday ████ came to ask us for new terms for their deal on Steam. The request they outlined was as follows: 1. A reduction of our rev share to 20% for store sales and 10% for in-game sales. 2. Ability to ship the full ████ with their games on Steams. They said if we agree to the new terms - they will launch the ██████████████ on Steam with the rest of their retail outlets.... but the fact is that they have been investing in ████ for quite some time, and there are a number of folks within ████ that have always wanted to do this without us.").

████████████████████████████████████████████████
███████████████████████████████.581

7. **September 11th, 2018:** Valve email mentions that revenue share tiers are likely to roll out in the fall.582

8. **September 19th, 2018 – September 26th, 2018:** Two presentations circulated within Valve outlining the exact revenue share tier model that would later be implemented.583

9. **October 2nd, 2018:** Valve executive states in an internal email that the proposed revenue share tiers were made in order to prevent AAA flight.584

10. **October 12th, 2018:** First *Call of Duty* (published by Activision) released exclusively on Battle.net.585

11. **Week of October 16th, 2018:** Valve starts contacting publishers, ████████ ███████████████, about revenue share tiers. They express that the purpose

---

581    Email sent from Scott Lynch to Kristian Miller, "RE: Discuss Steam Rev Share Model," August 10, 2018, VALVE_ANT_2815050 at 050 ("Wanted to form a group to discuss some thoughts on the structure of our partner rev share model and whether that should change."); Email, "Revenue Share Model," August 14, 2018, VALVE_ANT_2533476–478 at 476–477 ("Notable not on Steam: EA. ... League of Legends. ... Fortnite. ... Blizzard. ... Current wave of future titles not on Steam: Activision. ███████████████████████████ Ubisoft. Demanding ██ % revenue share and ██ % in game or future may not be on Steam. ... Trend or blip like ██████████ They and others may be designing around first release on their platform later on Steam ... Goals. ... Continue to attract new games. ... Attract games not shipping on Steam. ... Incent sales on Steam. ... Retain games on Steam"); Email chain from Scott Lynch to Erik Johnson, ██████████████████████ August 15, 2018, VALVE_ANT_2815181 at 181 ██████████.

582    Email chain from Liam Lavery to Doug Lombardi, "RE: Bloomberg comment?" September 11, 2018, VALVE_ANT_2806373–374 at 373 ("You should know we are working on a better rev share for games that sell big on Steam. Still working but seems likely to roll out prospectively this fall sometime.").

583    Email from Kristian Miller to Jane Lo, "Rev Share PPT," with attachment "GroupUpdate-20180919.pptx," September 19, 2018, VALVE_ANT_0058992 ("Sent: 9/19/2018"); Valve Presentation "██████████████████████," VALVE_ANT_0058993 ("███████████ ████████████████████████████████████████ ████████████████████████████████████ ; Email from Kristian Miller to ██████████, "Rev Share Presentation," with attachment "GroupUpdate-20180925.pptx," September 26, 2018, VALVE_ANT_1164351 ("Sent: 9/26/2018"); Valve Presentation, "Steam Rev Share – Group Update," undated VALVE_ANT_1164352 at slide 4 ████████████████████████████████████████████

584    Email chain from Kristian Miller to Tom Giardino, "RE: Rev Share Change on Past Year Titles," October 2, 2018, VALVE_ANT_2392320–323 at 320 ("at the end of the day the real impetus for this policy change is AAA flight from the platform").

585    Activision, "Activision's Call of Duty: Black Ops 4 Available Now Worldwide," October 12, 2018, available at https://investor.activision.com/news-releases/news-release-details/activisions-call-duty-black-ops-4-available-now-worldwide, accessed on March 23, 2025 ("Oct. 12, 2018-- Black Ops4 is here! The best-selling series in Call of Duty® returns with Call of Duty: Black Ops 4 available now, digitally and at global retailers worldwide. ... PC exclusively on Blizzard Battle.net.").

---

of this policy change was to prevent publishers like ███ from leaving Steam.[586]

12. **November 14th, 2018:** Valve email shows that ███ had been notified about revenue share tiers.[587]

13. **November 30th, 2018:** Valve announces revenue share tiers.[588]

14. **December 6th, 2018:** EGS Launches.[589]

## 14.2.    Backup materials for determination of game availability in platforms

350.    In various places throughout my report, I refer to the type of distribution channel individual games are available through and which specific platforms and/or devices those games are available on. In select instances, I refer to this appendix to provide support for those facts rather than providing a nearby citation.

351.    In particular, in Exhibit 4 and Exhibit 5, I determine on which PC platforms the top 20 PC games by 2024 revenue (according to Newzoo) are available. First, I consider a game to be available on all of the platforms for which a price is listed for that game in the Is There Any Deal data.[590] Then, I conduct public research to determine if there are any additional platforms on which these games are available aside from those tracked by Is There Any Deal.

352.    In Exhibit 8, Exhibit 9, and Exhibit 10 and various workpapers throughout Section 5.1, I identify which games among the top 100 most popular Steam

---

[586]    Email sent to Kassidy Gerber, et al., "RE: Rev Share - Partners to Cover," October 17, 2018, VALVE_ANT_1169065–070 at 066, 068 ("We picked out the main publishers that we should definitely discuss the new rev share policy with. .... Just spoke to ███ on the phone. This went over really well."); Email chain from Tim Gruner to Jane Lo, et al., "RE: Rev Share Meeting Notes," October 19, 2018, VALVE_ANT_ 2534972–973 at 973 ("██ folks were pretty 'stoic' and so not a lot of reaction on the proposed new rev share and the new insights/controls for marketing.").

[587]    Email from ███ to Tom Giardino and ███ "RE: Valve meeting 12/4?" November 26, 2018, VALVE_ANT_1626603–605 at 605 ("██ wanted to hear about your latest revenue tier proposal in person.").

[588]    Steam, "New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157 838, accessed on February 28, 2025 ("Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M.").

[589]    Epic Games Store, "The Epic Games store is now live - Epic Games Store," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on March 23, 2025 ("The Epic Games store is now open, featuring awesome high-quality games from other developers. Our goal is to bring you great games, and to give game developers a better deal: they receive 88% of the money you spend, versus only 70% elsewhere.").

games by revenue are also available on PlayStation or Xbox. First, I match the top 100 most popular games on Steam in 2024 with the Newzoo Game-Level Revenue Data, which provides information about on which platforms a game is available.[591] ███████████████████████████ ██████████████ In these cases, I conduct public research to identify whether these games are available on PlayStation or Xbox.

353.    The purpose of this appendix is to provide explanations and support for the manual review related to the exhibits mentioned above and other places in the report where I classify a game's type of distribution or platform availability. This appendix is not meant to be an exhaustive list of all games I mention in my report nor a comprehensive source of all relevant game information.

1.  *Apex Legends* is published by EA and released on February 4th, 2019, for Xbox One, PS4, and PC.[592] *Apex Legends* is available on Steam.[593]

2.  *Atomic Heart* is available on Humble and Fanatical.[594]

3.  *Back 4 Blood* is developed by Turtle Rock studios and published by Warner Bros. Games; it is available only through third party distribution.[595]

4.  *Balatro* is published by Playstack and available on Steam.[596]

5.  *Blue Prince* is available on Steam.[597]

6.  *Borderlands 3* is published by 2K and is available both on Google Stadia and Steam.[598]

7.  I mention *Call of Duty* both with respect to specific games as well as the franchise in general. I note that that *Call of Duty* is available on Ubisoft Plus,

---

[591]    I primarily rely on programmatic matches and, in some instances, supplement the matches determined programmatically with manual review. See my backup materials.

[592]    Lawrence Phillips, "When Did Apex Legends Come Out? Release Dates for PC, Console and Mobile," *Esports.gg*, February 14, 2023, available at https://esports.gg/news/apex-legends/when-did-apex-legends-come-out-release-dates-for-pc-console-and-mobile/, accessed on March 12, 2025 ("Apex Legends was released for PC, Xbox One and PS4 on Feb. 4, 2019. It was developed by Respawn Entertainment and published by EA.").

[593]    Steam, "Apex Legends," available at https://store.steampowered.com/app/1172470/Apex_Legends/, accessed on March 25, 2025.

[594]    Fanatical, "Atomic Heart," available at https://www.fanatical.com/en/game/atomic-heart, accessed on March 24, 2025; Humble, "Atomic Heart," available at https://www.humblebundle.com/store/atomic-heart, accessed on March 24, 2025.

[595]    IGN, "Back 4 Blood," available at https://www.ign.com/games/back-4-blood, accessed on March 19, 2025 ("Developers Turtle Rock Studios. Publishers Warner Bros. Games"). Warner Bros. Games does not have a platform.

[596]    Steam, "Balatro," available at https://store.steampowered.com/app/2379780/Balatro/, accessed on March 24, 2025.

[597]    Steam, "Blue Prince," available at https://store.steampowered.com/app/1569580/Blue_Prince/, accessed on March 21, 2025.

[598]    John Callaham, "Google Stadia Games—Here's The Full List," *Android Authority*, February 7, 2022, available at https://www.androidauthority.com/google-stadia-games-list-995367/, accessed on March 16, 2025 ("We've listed all the games below ... Borderlands 3."); Steam, "Borderlands 3 on Steam," available at https://store.steampowered.com/app/397540/Borderlands_3/, accessed on March 16, 2025.

Steam, Battle.net, and the Microsoft Store.[599] Also, prior to 2017, the franchise's publisher, Activision Blizzard, made all titles in its *Call of Duty* franchise available on Steam but stopped doing so in 2017 in favor of offering them only on its own distribution platform, Battle.net.[600]

8. *Call of Duty: Black Ops 3* is available on Microsoft Store.[601]

9. *Call of Duty: Black Ops 6* is available on Xbox, PlayStation, Steam, Battle.net, the Microsoft Store, and Game Pass.[602]

10. *Call of Duty: Modern Warfare II* is available on Xbox, PlayStation, Steam, and Battle.net.[603]

11. *Call of Duty: Modern Warfare III* is available on Xbox, PlayStation, Steam, Battle.net, the Microsoft Store, and Game Pass.[604]

12. *Call of Duty: Warzone* is available on Xbox, PlayStation, Steam, Battle.net, and the Microsoft Store.[605]

13. *Clair Obscur: Expedition 33* is available on Steam.[606]

---

[599] Ubisoft, "Ubisoft Finalizes Cloud Streaming Rights Transaction with Activision Blizzard," October 13, 2023, available at https://staticctf.ubisoft.com/8aefmxkxpxwl/2BQerZVC87jjkgdSnMHq1w/0b626e4f3e5e0940 841955cf8c3449d9/Ubisoft_Streaming_Announce_Press_Release_EN_Clean2.pdf, accessed on March 16, 2025 ("Ubisoft today announces the completion of the transaction with Activision Blizzard giving Ubisoft the cloud streaming rights for Call of Duty and all other Activision Blizzard titles releasing over the next 15 years."); Microsoft, "Call of Duty: Black Ops 6 – Standard Edition (Windows)," available at https://www.xbox.com/en-US/games/store/call-of-duty-black-ops-6-standard-edition-windows/9PNCL2R6G8D0?msockid=269b64bc9e276312034871c79fa16239, accessed on March 19, 2025.

[600] Wesley Yin-Pool, "Five Years Later, Call of Duty Returns To Steam with Modern Warfare 2," *Eurogamer*, June 8, 2022, available at available at https://www.eurogamer.net/five-years-later-call-of-duty-returns-to-steam-with-modern-warfare-2, accessed on March 15, 2025 ("The PC version of Call of Duty returns to Steam five years after ditching the platform in favour of Blizzard's Battle.net. Activision today confirmed Infinity Ward's upcoming shooter Call of Duty: Modern Warfare 2 will release on Steam as well as Battle.net when it comes out on 28th October.").

[601] Xbox, "Call of Duty: Black Ops III (Windows)," available at https://www.xbox.com/en-US/games/store/call-of-duty-black-ops-iii-windows/9P2Z4LP10ZMC/0010, accessed on March 24, 2025.

[602] Call of Duty, "Call of Duty Store Games," available at https://www.callofduty.com/store/games, accessed on March 21, 2025.

[603] Call of Duty, "Call of Duty Store Games," available at https://www.callofduty.com/store/games, accessed on March 21, 2025.

[604] Call of Duty, "Call of Duty Store Games," available at https://www.callofduty.com/store/games, accessed on March 21, 2025.

[605] Call of Duty, "Call of Duty Store Games," available at https://www.callofduty.com/store/games, accessed on March 21, 2025.

[606] Steam, "Clair Obscur: Expedition 33," available at https://store.steampowered.com/app/1903340/Clair_Obscur_Expedition_33/, accessed on March 22, 2025.

14. *Command and Conquer Remastered Collection* is available on Steam but not Battle.net.[607]

15. *Commandos: Origins* is available on Steam.[608]

16. *Counter-Strike 2* is a "first-person shooter" game published by Valve and available only on Steam.[609]

17. *Dead By Daylight* is available through Game Pass.[610]

18. *Descenders Next* is available on Steam.[611]

19. *Destiny 2* is available on Steam, Epic Games Store, and Microsoft Store.[612]

20. *Diablo III* is published by Blizzard and available only first-party through Battle.net.[613]

21. *Diablo IV* is published by Blizzard and is available on Battle.net, Steam, Microsoft Store via Game Pass.[614]

22. *Dota 2* is published by Valve and available only first-party through Steam.[615]

23. *EA Sports FC 24* is published by EA and is available on Game Pass.[616]

---

[607]   Steam, "Command and Conquer Remastered Collection," available at https://store.steampowered.com/app/1213210/Command__Conquer_Remastered_Collection/, accessed on March 20, 2025.

[608]   Steam, "Commandos: Origins," available at https://store.steampowered.com/app/1479730/Commandos_Origins/, accessed on March 24, 2025.

[609]   Olivia Richman, "How to Download Counter-Strike 2 to Play Now," *Esports Illustrated*, September 27, 2023, available at https://www.si.com/esports/csgo-cs2/how-to-download-counter-strike-2, accessed on March 23, 2025 ("Valve has been hinting at Counter-Strike 2's release for the past few months. ... Counter-Strike 2 is only available on Steam.").

[610]   Xbox Game Pass, "Dead by Daylight (Windows)," available at https://www.xbox.com/en-us/games/store/dead-by-daylight-windows/9NMS4SFNBGBH, accessed on March 12, 2025.

[611]   Steam, "Descenders Next," available at https://store.steampowered.com/app/2375530/Descenders_Next/, accessed on March 22, 2025.

[612]   Bungie, "Destiny 2," available at https://www.bungie.net/7/en/Destiny/NewLight, accessed on March 21, 2025.

[613]   Battle.net, "How to Install Diablo III," available at https://us.battle.net/support/en/article/110028, accessed on March 23, 2025 ("Log into the Blizzard Battle.net desktop app.")

[614]   Battle.net, "Diablo IV," available at https://us.shop.battle.net/en-us/family/diablo-iv#optLogin=true, accessed on March 23, 2025; Steam, "Diablo IV," available at https://store.steampowered.com/app/2344520/Diablo_IV/, accessed on March 21, 2025; Microsoft, "Diablo IV," available at https://www.xbox.com/en-US/games/diablo-iv, accessed on March 23, 2015.

[615]   Valve, "Dota 2," available at https://www.dota2.com/home, accessed on March 24, 2025 ("PLAY FOR FREE DOWNLOAD ON STEAM ... Dota and the Dota logo are trademarks and/or registered trademarks of Valve Corporation.").

[616]   Xbox Game Pass, "EA Sports FC 24," available at https://www.xbox.com/en-US/games/ea-sports-fc-24?msockid=1e560f7c3e0f6d9028b71bc53f8b6c23, accessed on March 12, 2025.

Expert Report of Lesley Chiou, Ph.D.                                    Appendix: Backup materials

24. *EA Sports FC 25* is published by EA and released on PlayStation, Xbox, and PC on September 27th, 2024.[617]

25. *Elden Ring* is available on Steam and PlayStation 5.[618]

26. *Fallout 76* is available through Game Pass.[619]

27. *Final Fantasy VII Remake Intergrade* is published by Square Enix offered on PlayStation Plus and Steam.[620]

28. *Final Fantasy XI* is published by Square Enix who distributed the game though its PlayOnline service at the time of Steam's launch.[621]

29. *Final Fantasy XIV Online* is published by Square Enix and it is available through Steam keys sold directly through Square Enix's website, Humble, Green Man Gaming, and Steam.[622]

---

[617] Electronic Arts, "EA SPORTS FC™ 25 Release Dates & Early Access - Official Site," July 17, 2024, available at https://www.ea.com/games/ea-sports-fc/fc-25/news/fc-25-release-dates, accessed on March 12, 2025 ("EA SPORTS FC™ 25 releases worldwide September 27, 2024 on PlayStation 5, PlayStation 4, Xbox Series X|S, Xbox One, PC, and Nintendo Switch™.").

[618] Steam, "Elden Ring," available at https://store.steampowered.com/app/1245620/ELDEN_RING/, accessed on January 22, 2025 ("Buy ELDEN RING"); PlayStation, "Elden Ring," available at https://www.playstation.com/en-us/games/elden-ring/, accessed on January 21, 2025 ("Elden Ring...Add to Cart"); PlayStation Store, "Elden Ring PS4 & PS5," available at https://store.playstation.com/en-us/product/UP0700-PPSA04610_00-ELDENRING0000000, accessed on January 21, 2025; SteamDB, "Elden Ring (SubID 440408)," available at https://steamdb.info/app/1245620, accessed on January 21, 2025; Chris Reed, "Elden Ring: Here's What Comes in Each Edition," IGN, February 24, 2022, available at https://www.ign.com/articles/elden-ring-release-date-preorder-details, accessed on January 22, 2025.

[619] Xbox Game Pass, "Fallout 76," available at https://www.xbox.com/en-US/games/fallout-76?msockid=1e560f7c3e0f6d9028b71bc53f8b6c23, accessed on March 12, 2025.

[620] PlayStation, "FINAL FANTASY VII REMAKE INTERGRADE," available at https://www.playstation.com/en-us/games/final-fantasy-vii-remake-intergrade/, accessed on March 17, 2025 ("Subscribe to PlayStation Plus Extra to access this game and hundreds more in the Game Catalog."); SteamDB, "FINAL FANTASY VII REMAKE INTERGRADE," https://steamdb.info/app/1462040/, accessed on March 23, 2025 ("Release Date 17 June 2022.").

[621] Stephanie Chang, "Celebrating Final Fantasy XI Online: A 20th Anniversary Retrospective with the Game's Creators," *PlayStation.Blog*, May 27, 2022, available at https://blog.playstation.com/2022/05/27/celebrating-final-fantasy-xi-online-a-20th-anniversary-retrospective-with-the-games-creators/, accessed on March 16, 2025 ("To be able to say that we've continued to provide service for players around the world since May 16, 2002 is a remarkable achievement for us and we've been so happy to celebrate this moment with you all."); Gabe Wollenburg, "Square Announces Pay-Online Play Online," *RPGamer,* available at https://web.archive.org/web/20130202144831/http://www.rpgamer.com/news/Q3-2000/071800a.html, accessed on March 16, 2025 ("Square Co. has announced that its network service, Play Online, will be fee based. That means that, at least in Japan, the highly anticipated Final Fantasy XI experience will be a pay-for-play situation.").

[622] Square Enix Store, "Final Fantasy XIV Online Starter Edition," available at https://na.store.square-enix-games.com/checkout?_gl, accessed on March 20, 2025; Humble, "Final Fantasy XIV Online Starter Edition," available at https://www.humblebundle.com/store/final-fantasy-14-online-starter-edition, accessed on March 20, 2025; Green Man Gaming, "Final Fantasy XIV Online Starter Edition," available at

---

30. *Fortnite* is a "battle royale" game developed by Epic Games which was released in 2017 and is only available through first party distribution via the Epic Games Store for PC users. The game is also available on Xbox, PlayStation, Switch, and mobile.[623]

31. *Forza Horizon 5* is available on Game Pass.[624]

32. *Fragpunk* is published by NetEase and is only available through third-party distribution via EGS and Steam.[625]

33. *Garry's Mod* is a Valve-published game available through Steam that relies on user generated content.[626]

34. *Ghost of Tsushima: Director's Cut* is available on PC and PlayStation.[627]

35. *Grim Dawn* is published by Crate Entertainment and is only available through third-party distribution via Steam.[628]

36. *Hell Divers 2* is published by Sony and was released on the same day for both PlayStation and PC.[629] The PC version is available on Steam.[630]

---

https://www.greenmangaming.com/games/final-fantasy-xiv-online-starter-edition/, accessed on March 21, 2025; Steam, "Final Fantasy XIV Online," available at https://store.steampowered.com/app/39210/FINAL_FANTASY_XIV_Online/, accessed on March 20, 2025.

[623] Epic Games Store, "Play Fortnite," available at https://www.fortnite.com/download?lang=en-US, accessed on March 15, 2025.

[624] Xbox Game Pass, "Forza Horizon 5 – Standard Edition," available at https://www.xbox.com/en-us/games/store/forza-horizon-5-standard-edition/9NKX70BBCDRN, accessed on March 12, 2025.

[625] FragPunk, "Be Any Lancer You Want to Be," available at https://www.fragpunk.com/fab/1/?msclkid=a06f530aecdf1502322934d63e9874e1#/, accessed on March 20, 2025.

[626] Buck Rivers, "What Garry's Mod Is & What You Can Do With It," *Screen Rant*, September 18, 2020, available at https://screenrant.com/garrys-mod-steam-games-how-use-valve-assets/, accessed on March 14, 2025 ("Garry's Mod is a sandbox game built for Valve's Source Engine. … The game allows players to create truly anything they want because it is complete with user-created features that can be added at any time. … Players who want to quickly get started should buy Garry's Mod on Steam.").

[627] Sidharta F. Rasidi, "Ghost of Tsushima Director's Cut: Differences Explained," *NerdStash*, May 18, 2024, available at https://thenerdstash.com/ghost-of-tsushima-directors-cut-differences-explained/, accessed on February 7, 2025.

[628] I note that clicking "Buy Now" on the Grim Dawn website links you to a Steam page. See Crate Entertainment, "Grim Dawn," available at https://www.grimdawn.com/, accessed on March 20, 2025.

[629] Viraaj Bhatnagar, "PlayStation Live-Service Games Will Now Launch on PC and PS5 Simultaneously," *GameRant*, May 30, 2024, available at https://gamerant.com/ps5-pc-live-service-games-same-day-launch/, accessed on March 12, 2025 ("PlayStation has reaffirmed its PC strategy, stating that its first-party live-service titles will launch 'day and date' on PC alongside PS5. … Usually, the company has maintained a near two-year stagger between console and PC releases, but Helldivers 2 was the first simultaneous PC and PS5 release and went on to become the fastest-selling PlayStation first-party release.").

[630] Steam, "Helldivers 2," available at https://store.steampowered.com/app/553850/HELLDIVERS_2/, accessed on March 24, 2025.

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

37. *Heroes of the Storm* is a Blizzard published game only available through first-party distribution on PC through Battle.net.[631]

38. *Horizon Forbidden West Complete Edition* is published by Sony Interactive Entertainment and is available on PC and PlayStation.[632]

39. *Jack Box Party Pack 8* is published by Jackbox Games, Inc. and is available on Steam.[633]

40. *League of Legends* is published by Riot games and is available through the Riot Client, Epic Games Store, and the Microsoft Store.[634]

41. *Left 4 Dead 2* is published by Valve and is only available through first-party distribution via Steam on PC.[635]

42. *Lethal Company* is published by Zeekerss and available on Steam.[636]

43. *Madden NFL* (specifically *EA Sports Madden NFL 25*) is available both on EA's own platform, the EA App, and on Steam. The game is also available on PlayStation and Xbox.[637]

44. *Manor Lords* is available on Game Pass.[638]

45. *Marvel Rivals* is published by NetEase Games in collaboration with Marvel and is available on Steam and EGS. The game is also available on PlayStation and Xbox.[639]

---

[631] Battle.net, "How to Install Heroes of the Storm," available at https://eu.battle.net/support/en/article/194378, accessed on March 20, 2025.

[632] PlayStation, "Horizon Forbidden West Complete Edition for PC," available at https://www.playstation.com/en-us/games/horizon-forbidden-west/pc/, accessed on March 24, 2025. PlayStation, "Horizon Forbidden West Complete Edition – PS5," available at https://direct.playstation.com/en-us/buy-games/horizon-forbidden-west-complete-edition-ps5, accessed on March 20, 2025.

[633] Steam, "The Jackbox Party Pack 8," available at https://store.steampowered.com/app/1552350/The_Jackbox_Party_Pack_8/, accessed on March 24, 2025.

[634] Riot Games, "Play League of Legends Now," available at https://www.leagueoflegends.com/en-us/download/, accessed on March 21, 2025; Epic Games Store, "League of Legends," available at https://store.epicgames.com/en-US/p/league-of-legends, accessed on March 21, 2025; Microsoft, "League of Legends," available at https://www.xbox.com/en-US/games/store/league-of-legends/9pb301r051cq?msockid=269b64bc9e276312034871c79fa16239, accessed on March 21, 2025.

[635] Steam, "Left 4 Dead 2," available at https://store.steampowered.com/app/550/Left_4_Dead_2/, accessed on March 20, 2025.

[636] Steam, "Lethal Company," available at https://store.steampowered.com/app/1966720/Lethal_Company/, accessed on March 24, 2025.

[637] Electronic Arts, "EA Sports Madden NFL 25," available at https://www.ea.com/games/madden-nfl/madden-nfl-25/buy, accessed on March 14, 2024 ("Available on [Windows,] [EA App,] [PlayStation,] [Xbox,] [Steam,] [Epic Games Store].").

[638] Xbox Game Pass, "Manor Lords (Game Preview)," available at https://www.xbox.com/en-us/games/store/manor-lords-game-preview/9P5F966564FS, accessed on March 12, 2025.

[639] Marvel Rivals, "Marvel Rivals – The Super Hero Team-Based PVP Shooter," available at https://www.marvelrivals.com/, accessed on March 24, 2025 ("Play Now … Steam … PS5 …

46. *Minecraft* creator Mojang was sold to Microsoft in 2014 for $2.5 billion. The game makes use of user-generated content and, in some circumstances, will offer revenue share to these developers. *Minecraft* is only available first-party for PC ultimately through the Minecraft Launcher. It is also available on Xbox, PlayStation, and mobile.[640]

47. *Monster Hunters Rise* was originally released on the Switch on March 26th, 2021 before coming to Steam on January 12th, 2022.[641]

48. *Monster Hunter Wilds* was the first game in the *Monster Hunter* series to release on the same day for both PC and console on February 28th, 2025. *Monster Hunter Wilds* is available on PC, Xbox, and Playstation.[642]

49. *Overwatch* was released on May 24th, 2016, and was only available to PC users through first-party distribution on Battle.net, however, *Overwatch 2* was

---

XBOX SERIES X|S ... Epic Games Store ... 2025 MARVEL ... 1997-2025 NetEase, Inc. All Rights Reserved.").

[640] Keith Stuart and Alex Hern, "Minecraft Sold: Microsoft Buys Mojang for $2.5bn," *The Guardian*, September 15, 2014, available at https://www.theguardian.com/technology/2014/sep/15/microsoft-buys-minecraft-creator-mojang-for-25bn, accessed on March 16, 2025 ("Minecraft creator Mojang is being sold to Microsoft."); Newzoo, "Minecraft," March 14, 2025, available at https://newzoo.com/games/minecraft, accessed on March 17, 2025 ("Minecraft ... can be played on PlayStation 4, Windows, Xbox One, Mac, PlayStation 5, iOS, Android, Linux, Xbox 360, PlayStation 3, PlayStation Vita, Wii U, Windows Phone, New Nintendo 3DS, Nintendo Switch."); Minecraft, "Buying Minecraft for Windows, MacOS, or Linux ," available at https://help.minecraft.net/hc/en-us/articles/6660924652557-I-Want-to-Buy-Minecraft-on-a-Windows-10-11-Device, accessed on March 14, 2025 ("BUYING MINECRAFT THROUGH THE MICROSOFT STORE ... Follow the onscreen instructions to download and install the Minecraft Launcher. ... BUYING MINECRAFT THROUGH MINECRAFT.NET ... Follow the onscreen instructions to download and install the Minecraft Launcher."); Minecraft, "The Minecraft Partner Program," available at https://www.minecraft.net/en-us/partner, accessed on March 20, 2025 ("As an official partner, you'll get to sell your creations and share your imagination with an incredible audience.").

[641] Joe Skrebels, "Monster Hunter Rise Announced for Nintendo Switch, Coming Next March," *IGN*, September 20, 2020, available at https://www.ign.com/articles/monster-hunter-rise-nintendo-switch-release-date, accessed on March 20, 2025 ("Capcom has announced Monster Hunter Rise for Nintendo Switch. It will arrive on March 26, 2021."); Steam, "Monster Hunter Rise," available at https://store.steampowered.com/app/1446780/MONSTER_HUNTER_RISE/, accessed on March 20, 2025.

[642] Morgan Park, "Monster Hunter Wilds Finally Has a Release Date, Will Mark the First Simultaneous PC Launch in the Series," *PC Gamer*, September 24, 2024, available at https://www.pcgamer.com/games/rpg/monster-hunter-wilds-finally-has-a-release-date-will-mark-the-first-simultaneous-pc-launch-in-the-series/, accessed on January 23, 2025 ("Wilds is launching on PC the same day as console, a huge first for the series, on February 28, 2025. Launching everywhere at the same time is nothing new for Capcom, but it is new for the Monster Hunter series. Capcom's wording around Wilds last year suggested that it was putting its full weight behind the PC this time, but like Monster Hunters World and Rise before it, some were worried PC would still have to wait a bit longer to join the hunting party."). Suman Biswas, "Monster Hunter Wilds pre-order guide: Editions, pre-order bonuses, and more," Sportskeeda, September 26, 2024, available at https://www.sportskeeda.com/esports/monster-hunter-wilds-pre-order-guide-editions-pre-order-bonuses, accessed on March 20, 2025.

released on Steam in 2023 and is also available via Game Pass and through Battle.net.[643]

50. *Paladins* is developed by Hi-Rez studios and was released on Steam for its open-beta in 2016. The game was primarily available through Steam after its open beta.[644]

51. *Palworld* is published by Pocketpair and is available on Steam and the Microsoft Store.[645]

52. *Player Unknown's Battlegrounds ("PUBG")* is a "battle royale" game published by Krafton and distributed third-party on Steam and EGS. It was released on Steam in December of 2017 and on EGS in December of 2022.[646]

53. *Resident Evil 2* is available on Amazon Luna and Steam.[647]

54. *Rust* is published by Facepunch Studios and available on Steam.[648]

---

[643] Blizzard Entertainment, "Overwatch Launch Protocols: Everything You Need to Know," May 19, 2016, available at https://overwatch.blizzard.com/en-us/news/20119623/#play, accessed on March 15, 2025 ("If you haven't already picked up a copy of the game, you can digitally pre-purchase Overwatch for Windows PC, PlayStation 4, and Xbox One from the following locations: Battle.net Shop (PC)."); Steam, "Overwatch 2," available at https://store.steampowered.com/app/2357570/Overwatch_2, accessed on March 15, 2025 ("Release Date: Aug 10, 2023."); Microsoft, "Overwatch 2: Available Now on Xbox Game Pass," available at https://www.xbox.com/en-US/games/overwatch-2, accessed on February 14, 2025.

[644] Steam, "Now Available on Steam Early Access – Paladins!," September 16, 2016, available at https://store.steampowered.com/oldnews/24266, accessed on March 15, 2025. The website for the developer of Paladins links directly to the Steam page for the game; see Hi-Rez, "Home," available at https://www.hirezstudios.com, accessed on March 20, 2025; Steam, "Paladins," available at https://store.steampowered.com/app/444090/Paladins, accessed on March 20, 2025 ("Release Date: May 8, 2018.").

[645] Steam, "Palworld," available at https://store.steampowered.com/app/1623730/Palworld/, accessed on March 21, 2025; Microsoft, "Buy Palworld (Game Preview)," available at https://www.xbox.com/en-US/games/store/palworld-game-preview/9NKV34XDW014?msockid=269b64bc9e276312034871c79fa16239, accessed on March 21, 2025.

[646] Steam, "PUBG: Battlegrounds," available at https://store.steampowered.com/app/578080/PUBG_BATTLEGROUNDS/, accessed on March 15, 2025; Epic Games Store, "PUBG Battlegrounds," available at https://store.epicgames.com/en-US/p/pubg-59c1d9, accessed on March 15, 2025. The PUBG release date on the Epic Games Store website is December 5, 2022.

[647] Nick Fernandez, "Amazon Luna: Everything you need to know about Amazon's cloud gaming service," Android Authority, October 9, 2024, available at https://www.androidauthority.com/amazon-luna-1170676/, accessed on March 16, 2025 ("What games are available on Amazon Luna? … Resident Evil 2."); Steam, "Resident Evil 2 on Steam," available at https://store.steampowered.com/app/883710, accessed on March 16, 2025.

[648] Steam, "Rust," available at https://store.steampowered.com/app/252490/Rust/, accessed on March 24, 2025.

55. *The Sims 4* is available through third-party distribution on Steam and Epic Games Store as well as through first-party distribution via EA App.[649] It is also available via Game Pass.[650]

56. *Shadow Complex Remastered* is published by Epic Games and is available on both EGS and on Steam.[651]

57. *Smite* is published by Hi-Rez and is available through third-party distribution on Steam.[652]

58. *South of Midnight* is available on Steam.[653]

59. *S.T.A.L.K.E.R: Heart of Chornobyl* is available through Game Pass.[654]

60. *Starcraft Remastered* is published by Blizzard and only available through first-party distribution on PC through Battle.net.[655]

61. *Stardew Valley* is available on Apple Arcade, Game Pass, and Steam.[656]

62. *Tempopo* is available on Steam.[657]

[649] Electronic Arts, "The Sims 4," available at https://www.ea.com/games/the-sims/the-sims-4, accessed on March 21, 2025.

[650] Xbox Game Pass, "The Sims 4," available at https://www.xbox.com/en-US/games/store/the-sims-4/c08jxnk0vg5l, accessed on March 12, 2025.

[651] Steam, "Shadow Complex Remastered is Now on Mac App Store!," August 4, 2016, available at https://store.steampowered.com/newshub/app/385560/view/5153763150561188380, accessed on March 14, 2025 ("ChAIR's award-winning modern and masterful sidescroller is now downloadable on Mac via the Mac App Store, Epic Games, and Steam."); Epic Games Store, "Shadow Complex Remastered," available at https://store.epicgames.com/en-US/p/shadow-complex, accessed on March 14, 2025 ("Epic Games' cult classic comes to PC in this thrilling remaster.").

[652] Steam, "Smite," available at https://store.steampowered.com/app/386360/SMITE/, accessed on March 20, 2025. I note that clicking "Smite" on the Hi-Rez website links you to a Smite 2 webpage that shows Smite 2 to be available on Steam and EGS. See Hi-Rez, "Smite 2," available at https://www.smite2.com/, accessed on March 20, 2025.

[653] Steam, "South of Midnight," available at https://store.steampowered.com/app/1934570/South_of_Midnight/, accessed on March 24, 2025.

[654] Xbox Game Pass, "S.T.A.L.K.E.R: Heart of Chornobyl," available at https://www.xbox.com/en-US/games/stalker-2?msockid=1e560f7c3e0f6d9028b71bc53f8b6c23, accessed on March 12, 2025.

[655] Battle.net, "Starcraft Remastered," available at https://us.shop.battle.net/en-us/product/starcraft-remastered#optLogin=true, accessed on March 20, 2025 ("Product Requirements: Battle.net account, and Battle.net desktop app required to play.").

[656] Cristina Alexander, "Stardew Valley Coming to Apple Arcade," *IGN*, June 28, 2023, available at https://www.ign.com/articles/stardew-valley-coming-to-apple-arcade, accessed on March 16, 2025 ("Apple announced yesterday that the popular farming sim game by ConcernedApe will come to its subscription gaming service under the name Stardew Valley+."); Steam, "Stardew Valley on Steam," available at https://store.steampowered.com/app/413150, accessed on March 16, 2025; Xbox Game Pass, "Stardew Valley," available at https://www.xbox.com/en-us/games/store/stardew-valley/9MWR1NC6VQ6L, accessed on March 12, 2025.

[657] Steam, "Tempopo," available at https://store.steampowered.com/app/318840/Tempopo/, accessed on March 22, 2025.

63. *Terraria* is available only through third-party distribution for PC via Steam and has had user-generated mods as part of the game for many years.[658]

64. *The Elder Scrolls Online* is available on Game Pass.[659]

65. *Tom Clancy's Rainbow Six Siege* is published by Ubisoft and is available third-party through Steam, EGS, the Microsoft PC Game Pass, and first-party through Ubisoft Connect.[660]

66. *Valorant* is published by Riot games and is available through the Riot Client, Epic Games Store, and the Microsoft Store.[661]

67. *Warframe* is available on Steam, the Epic Games Store, the Switch, PlayStation, and Xbox as well as first-party through its own launcher.[662]

68. *World of Warcraft* is published by Blizzard and is only available through first-party distribution via the Microsoft Store or Battle.net.[663]

---

[658] Terraria, "Terraria," available at https://www.terraria.org/, accessed on March 20, 2025 ("Buy ... XBLA ... Switch ... PSN ... PC (Steam)."); TJ Denzer, "Terraria Gets Steam Workshop Support Almost a Decade After Launch," *Shack News*, March 29, 2021, available at https://www.shacknews.com/article/123582/terraria-gets-steam-workshop-support-almost-a-decade-after-launch, accessed on March 14, 2025 ("Developer Re-Logic announced the arrival of Steam Workshop support in the recent patch notes in a Steam developers blog post on March 29, 2021. Given that Terraria has been around for almost a decade and is heavily based around a sandbox experience in which players build and create to their heart's content, mods are not exactly a new thing to the game.").

[659] Xbox Game Pass, "The Elder Scrolls Online," available at https://www.xbox.com/en-US/games/elder-scrolls-online?msockid=1e560f7c3e0f6d9028b71bc53f8b6c23#purchaseoptions, accessed on March 12, 2025.

[660] Steam, "Tom Clancy's Rainbow Six Siege," available at https://store.steampowered.com/app/359550/Tom_Clancys_Rainbow_Six_Siege/, accessed on March 22, 2025; Epic Games Store, "Tom Clancy's Rainbow Six Siege," available at https://store.epicgames.com/en-US/p/rainbow-six-siege, accessed on March 21, 2025; Ubisoft, "Ubisoft Games on Microsoft PC Game Pass," available at https://www.ubisoft.com/en-us/help/purchases-and-rewards/article/ubisoft-games-on-microsoft-pc-game-pass/000100611, accessed on March 24, 2025; Ubisoft, "Tom Clancy's Rainbow Six Siege – Standard Edition," available at https://store.ubisoft.com/us/tom-clancys-rainbow-six-siege/56c494ad88a7e300458b4d5a.html?lang=default, accessed on March 21, 2025.

[661] Riot Games, "Valorant," available at https://playvalorant.com/en-us/, accessed on March 21, 2025; Epic Games Store, "Valorant," available at https://store.epicgames.com/en-US/p/valorant, accessed on March 21, 2025; Microsoft, "Valorant," available at https://www.xbox.com/en-US/games/valorant?msockid=269b64bc9e276312034871c79fa16239, accessed on March 24, 2025.

[662] Warframe, "Warframe: Download," available at https://www.warframe.com/download, accessed on March 24, 2025. Warframe, "Warframe: Start Playing Today For Free," available at https://www.warframe.com/landing, accessed on March 24, 2025.

[663] Blizzard Entertainment, "Upgrade to the Battle.net Desktop App," June 24, 2014, available at https://worldofwarcraft.blizzard.com/en-us/news/14568367/upgrade-to-the-battlenet-desktop-app, accessed on March 20, 2025 ("In the coming weeks, the World of Warcraft launcher will be automatically upgraded to the Battle.net desktop app. Thereafter, every Blizzard game that previously had its own separate launcher will now be launched directly from one place."). Microsoft, "World of Warcraft," available at

## 14.3.    Backup materials for Exhibit 9 (Metacritic scores across PC, PlayStation, and Xbox)

1. Metacritic, "Black Myth: Wukong Reviews," available at https://www.metacritic.com/game/black-myth-wukong, accessed on February 28, 2025.
2. Metacritic, "PlayerUnknown's Battlegrounds Reviews," available at https://www.metacritic.com/game/playerunknowns-battlegrounds, accessed on February 28, 2025.
3. Metacritic, "Helldivers 2 Reviews," available at https://www.metacritic.com/game/helldivers-2, accessed on February 28, 2025.
4. Metacritic, "Elden Ring Reviews," available at https://www.metacritic.com/game/elden-ring, accessed on February 28, 2025.
5. Metacritic, "Apex Legends Reviews," available at https://www.metacritic.com/game/apex-legends, accessed on February 28, 2025.
6. Metacritic, "Warhammer 40,000: Space Marine II Reviews," available at https://www.metacritic.com/game/warhammer-40000-space-marine-ii, accessed on February 28, 2025.
7. Metacritic, "Call of Duty: Black Ops 6 Reviews," available at https://www.metacritic.com/game/call-of-duty-black-ops-6, accessed on February 28, 2025.
8. Metacritic, "Baldur's Gate III Reviews," available at https://www.metacritic.com/game/baldurs-gate-iii, accessed on February 28, 2025.
9. Metacritic, "Destiny 2 Reviews," available at https://www.metacritic.com/game/destiny-2, accessed on February 28, 2025.
10. Metacritic, "Warframe Reviews," available at https://www.metacritic.com/game/warframe, accessed on February 28, 2025.
11. Metacritic, "EA Sports FC 25 Reviews," available at https://www.metacritic.com/game/ea-sports-fc-25, accessed on February 28, 2025.
12. Metacritic, "War Thunder Reviews," available at https://www.metacritic.com/game/war-thunder, accessed on February 28, 2025.
13. Metacritic, "The First Descendant Reviews," available at https://www.metacritic.com/game/the-first-descendant, accessed on February 28, 2025.

---

https://apps.microsoft.com/detail/xp9ckphr0jp7f7?hl=en-US&gl=US, accessed on March 20, 2025.

14. Metacritic, "Cyberpunk 2077 Reviews," available at https://www.metacritic.com/game/cyberpunk-2077, accessed on February 28, 2025.

15. Metacritic, "Dragon Ball: Sparking! Zero Reviews," available at https://www.metacritic.com/game/dragon-ball-sparking-zero, accessed on February 28, 2025.

16. Metacritic, "Dead by Daylight Reviews," available at https://www.metacritic.com/game/dead-by-daylight, accessed on February 28, 2025.

17. Metacritic, "Throne and Liberty Reviews," available at https://www.metacritic.com/game/throne-and-liberty, accessed on February 28, 2025.

18. Metacritic, "Grand Theft Auto V Reviews," available at https://www.metacritic.com/game/grand-theft-auto-v, accessed on February 28, 2025.

19. Metacritic, "Call of Duty: Modern Warfare III Reviews," available at https://www.metacritic.com/game/call-of-duty-modern-warfare-iii, accessed on February 28, 2025.

20. Metacritic, "Dragon's Dogma 2 Reviews," available at https://www.metacritic.com/game/dragons-dogma-2, accessed on February 28, 2025.

21. Metacritic, "Tom Clancy's Rainbow Six Siege Reviews," available at https://www.metacritic.com/game/tom-clancys-rainbow-six-siege, accessed on February 28, 2025.

22. Metacritic, "EA Sports FC 24 Reviews," available at https://www.metacritic.com/game/ea-sports-fc-24, accessed on February 28, 2025.

23. Metacritic, "Red Dead Redemption 2 Reviews," available at https://www.metacritic.com/game/red-dead-redemption-2, accessed on February 28, 2025.

24. Metacritic, "Rust Reviews," available at https://www.metacritic.com/game/rust, accessed on February 28, 2025.

25. Metacritic, "Ghost of Tsushima: Directors Cut Reviews," available at https://www.metacritic.com/game/ghost-of-tsushima-directors-cut, accessed on February 28, 2025.

26. Metacritic, "Granblue Fantasy: Relink Reviews," available at https://www.metacritic.com/game/granblue-fantasy-relink, accessed on February 28, 2025.

27. Metacritic, "Yu-Gi-Oh! Master Duel Reviews," available at https://www.metacritic.com/game/yu-gi-oh-master-duel, accessed on February 28, 2025.

28. Metacritic, "Diablo IV Reviews," available at https://www.metacritic.com/game/diablo-iv, accessed on February 28, 2025.

29. Metacritic, "Fallout 76 Reviews," available at https://www.metacritic.com/game/fallout-76, accessed on February 28, 2025.

30. Metacritic, "Forza Horizon 5 Reviews," available at https://www.metacritic.com/game/forza-horizon-5, accessed on February 28, 2025.

31. Metacritic, "Stardew Valley Reviews," available at https://www.metacritic.com/game/stardew-valley, accessed on February 28, 2025.

32. Metacritic, "The Sims 4 Reviews," available at https://www.metacritic.com/game/the-sims-4, accessed on February 28, 2025.

33. Metacritic, "Hogwarts Legacy Reviews," available at https://www.metacritic.com/game/hogwarts-legacy, accessed on February 28, 2025.

34. Metacritic, "S.T.A.L.K.E.R. 2: Heart of Chornobyl Reviews," available at https://www.metacritic.com/game/stalker-2-heart-of-chornobyl, accessed on February 28, 2025.

35. Metacritic, "Tekken 8 Reviews," available at https://www.metacritic.com/game/tekken-8, accessed on February 28, 2025.

36. Metacritic, "Monster Hunter: World Reviews," available at https://www.metacritic.com/game/monster-hunter-world, accessed on February 28, 2025.

37. Metacritic, "Persona 3 Reload Reviews," available at https://www.metacritic.com/game/persona-3-reload, accessed on February 28, 2025.

38. Metacritic, "Forza Horizon 4 Reviews," available at https://www.metacritic.com/game/forza-horizon-4, accessed on February 28, 2025.

39. Metacritic, "NBA 2K25 Reviews," available at https://www.metacritic.com/game/nba-2k25, accessed on February 28, 2025.

40. Metacritic, "Street Fighter 6 Reviews," available at https://www.metacritic.com/game/street-fighter-6, accessed on February 28, 2025.

41. Metacritic, "Crusader Kings III Reviews," available at https://www.metacritic.com/game/crusader-kings-iii, accessed on February 28, 2025.

42. Metacritic, "Black Desert Online Reviews," available at https://www.metacritic.com/game/black-desert-online, accessed on February 28, 2025.

43. Metacritic, "Black Desert Reviews," available at https://www.metacritic.com/game/black-desert/, accessed on February 28, 2025.

Expert Report of Lesley Chiou, Ph.D.                                        Appendix: Backup materials

44. Metacritic, "Stellaris Reviews," available at https://www.metacritic.com/game/stellaris, accessed on February 28, 2025.

45. Metacritic, "Sea of Thieves Reviews," available at https://www.metacritic.com/game/sea-of-thieves, accessed on February 28, 2025.

46. Metacritic, "Overwatch 2 Reviews," available at https://www.metacritic.com/game/overwatch-2, accessed on February 28, 2025.

47. Metacritic, "Dragon Age: The Veilguard Reviews," available at https://www.metacritic.com/game/dragon-age-the-veilguard, accessed on February 28, 2025.

48. Metacritic, "Fallout 4 Reviews," available at https://www.metacritic.com/game/fallout-4, accessed on February 28, 2025.

49. Metacritic, "Farming Simulator 25 Reviews," available at https://www.metacritic.com/game/farming-simulator-25, accessed on February 28, 2025.

50. Metacritic, "Metaphor: ReFantazio Reviews," available at https://www.metacritic.com/game/metaphor-refantazio, accessed on February 28, 2025.

51. Metacritic, "Monster Hunter Wilds Reviews," available at https://www.metacritic.com/game/monster-hunter-wilds, accessed on February 28, 2025.

52. Metacritic, "Sid Meier's Civilization VI Reviews," available at https://www.metacritic.com/game/sid-meiers-civilization-vi, accessed on February 28, 2025.

53. Metacritic, "It Takes Two Reviews," available at https://www.metacritic.com/game/it-takes-two, accessed on February 28, 2025.

54. Metacritic, "Balatro Reviews," available at https://www.metacritic.com/game/balatro, accessed on February 28, 2025.

55. Metacritic, "Call of Duty: Black Ops III Reviews," available at https://www.metacritic.com/game/call-of-duty-black-ops-iii, accessed on February 28, 2025.

56. Metacritic, "V Rising Reviews," available at https://www.metacritic.com/game/v-rising, accessed on February 28, 2025.

57. Metacritic, "Battlefield 2042 Reviews," available at https://www.metacritic.com/game/battlefield-2042, accessed on February 28, 2025.

58. Metacritic, "Kingdom Hearts HD I.5 + II.5 Remix Reviews," available at https://www.metacritic.com/game/kingdom-hearts-hd-1.5-plus-2.5-ii5-remix, accessed on February 28, 2025.

59. Metacritic, "Silent Hill 2 Reviews," available at https://www.metacritic.com/game/silent-hill-2, accessed on February 28, 2025.

60. Metacritic, "Like a Dragon: Infinite Wealth Reviews," available at https://www.metacritic.com/game/like-a-dragon-infinite-wealth, accessed on February 28, 2025.

## 14.4.  Backup materials for Exhibit 10 (file sizes across PC and consoles)

### 14.4.1. Backup materials for Xbox game file sizes

1. Xbox, "Get PUBG: BATTLEGROUNDS," available at https://www.xbox.com/en-US/games/store/pubg-battlegrounds/c0mn5dn8kr3f, accessed on February 28, 2025.

2. Xbox, "Get Palworld (Game Preview)," available at https://www.xbox.com/en-US/games/store/palworld-game-preview/9NKV34XDW014/0010, accessed on February 28, 2025.

3. Xbox, "Get Elden Ring," available at https://www.xbox.com/en-US/games/store/elden-ring/9P3J32CTXLRZ/0010, accessed on February 28, 2025.

4. Xbox, "Get Apex Legends," available at https://www.xbox.com/en-US/games/store/apex-legends/BV9ML45J2Q5V/0001, accessed on February 28, 2025.

5. Xbox, "Get Warhammer 40,000: Space Marine 2," available at https://www.xbox.com/en-US/games/store/warhammer-40000-space-marine-2/9N9PCZWHVP2L/0010, accessed on February 28, 2025.

6. Xbox, "Get Baldur's Gate 3," available at https://www.xbox.com/en-US/games/store/baldurs-gate-3/9ND58LQTG09T/0010, accessed on February 28, 2025.

7. Xbox, "Get Destiny 2," available at https://www.xbox.com/en-US/games/store/destiny-2/BPQ955FQFPH6/0001, accessed on February 28, 2025.

8. Xbox, "Get Naraka: Bladepoint," available at https://www.xbox.com/en-US/games/store/naraka-bladepoint/9P8SQQJ5T94B/0010, accessed on February 28, 2025.

9. Xbox, "Get Warframe," available at https://www.xbox.com/en-US/games/store/warframe/BPS3XF74B9V1/0001, accessed on February 28, 2025.

10. Xbox, "Get EA Sports FC 25 Standard Edition Xbox One & Xbox Series X|S," available at https://www.xbox.com/en-US/games/store/ea-sports-fc-25-standard-edition-xbox-one-xbox-series-xs/9MVK78MGD737/0010, accessed on February 28, 2025.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Lesley Chiou, Ph.D.                                    Appendix: Backup materials

11. Xbox, "Get The First Descendant," available at https://www.xbox.com/en-us/games/store/the-first-descendant/9p8fbxkmclwc, accessed on February 28, 2025.

12. Xbox, "Get Cyberpunk 2077," available at https://www.xbox.com/en-US/games/store/cyberpunk-2077/BX3M8L83BBRW/0001, accessed on February 28, 2025.

13. Xbox, "Get Dragon Ball Sparking! Zero," available at https://www.xbox.com/en-us/games/store/dragon-ball-sparking-zero/9n7xmjjhnfc3, accessed on February 28, 2025.

14. Xbox, "Get Dead by Daylight," available at https://www.xbox.com/en-US/games/store/dead-by-daylight/C0N22P73QZ60/0001, accessed on February 28, 2025.

15. Xbox, "Get Throne and Liberty," available at https://www.xbox.com/en-us/games/store/throne-and-liberty/9mwwjqlq590g, accessed on February 28, 2025.

16. Xbox, "Get Grand Theft Auto V (Xbox Series X|S)," available at https://www.xbox.com/en-US/games/store/grand-theft-auto-v-xbox-series-xs/9NXMBTB02ZSF/0010, accessed on February 28, 2025.

17. Xbox, "Get Dragon's Dogma 2," available at https://www.xbox.com/en-US/games/store/dragons-dogma-2/9PJQMBMJ3154/0010, accessed on February 28, 2025.

18. Xbox, "Get Tom Clancy's Rainbow Six Siege," available at https://www.xbox.com/en-US/games/store/tom-clancys-rainbow-six-siege/C12T09DSVP8J/0001, accessed on February 28, 2025.

19. Xbox, "Get EA Sports FC 24 Standard Edition Xbox One & Xbox Series X|S," available at https://www.xbox.com/en-US/games/store/ea-sports-fc-24-standard-edition-xbox-one-xbox-series-xs/9PJHKHWQQ3NB/0010, accessed on February 28, 2025.

20. Xbox, "Get Red Dead Redemption 2," available at https://www.xbox.com/en-US/games/store/red-dead-redemption-2/9N2ZDN7NWQKV/0010, accessed on February 28, 2025.

21. Xbox, "Get Rust," available at https://www.xbox.com/en-US/games/store/rust-console-edition/BRPVTJKWHBR7/0001, accessed on February 28, 2025.

22. Xbox, "Get Yu-Gi-Oh! Master Duel," available at https://www.xbox.com/en-US/games/store/yu-gi-oh-master-duel/9N9GL8NX4WW8/0010, accessed on February 28, 2025.

23. Xbox, "Get Diablo IV," available at https://www.xbox.com/en-US/games/store/diablo-iv/9NQRCD3W41L3/0010, accessed on February 28, 2025.

24. Xbox, "Get Fallout 76," available at https://www.xbox.com/en-US/games/store/fallout-76/BS6WJ2L56B10/0001, accessed on February 28, 2025.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Lesley Chiou, Ph.D.                                    Appendix: Backup materials

25. Xbox, "Get Forza Horizon 5," available at https://www.xbox.com/en-US/games/store/forza-horizon-5/9NNX1VVR3KNQ/0010, accessed on February 28, 2025.

26. Xbox, "Get The Elder Scrolls Online," available at https://www.xbox.com/en-US/games/store/the-elder-scrolls-online/BRKX5CRMRTC2/0001, accessed on February 28, 2025.

27. Xbox, "Get Stardew Valley," available at https://www.xbox.com/en-US/games/store/stardew-valley/C3D891Z6TNQM/0001, accessed on February 28, 2025.

28. Xbox, "Get The Sims 4," available at https://www.xbox.com/en-US/games/store/the-sims-4/C08JXNK0VG5L/0001, accessed on February 28, 2025.

29. Xbox, "Get Hogwarts Legacy Xbox Series X|S Version," available at https://www.xbox.com/en-US/games/store/hogwarts-legacy-xbox-series-xs-version/9MT5NJ5W7B8Z/0010, accessed on February 28, 2025.

30. Xbox, "Get S.T.A.L.K.E.R. 2: Heart of Chornobyl - Xbox Edition," available at https://www.xbox.com/en-US/games/store/stalker-2-heart-of-chornobyl-xbox-edition/9P7ZBF3S7PSS/0010, accessed on February 28, 2025.

31. Xbox, "Get Tekken 8," available at https://www.xbox.com/en-US/games/store/tekken-8/9PPSM14VKCLW/0010, accessed on February 28, 2025.

32. Xbox, "Get Monster Hunter: World," available at https://www.xbox.com/en-US/games/store/monster-hunter-world/BNG91PT95LQN/0001, accessed on February 28, 2025.

33. Xbox, "Get Persona 3 Reload," available at https://www.xbox.com/en-US/games/store/persona-3-reload/9NKK6Z0K3RH2/0010, accessed on February 28, 2025.

34. Xbox, "Get Forza Horizon 4," available at https://www.xbox.com/en-US/games/store/forza-horizon-4/9PNQKHFLD2WQ/0010, accessed on February 28, 2025.

35. Xbox, "Get NBA 2K25 Standard Edition," available at https://www.xbox.com/en-US/games/store/nba-2k25-standard-edition/9PL2XQ4GF10R/0010, accessed on February 28, 2025.

36. Xbox, "Get Street Fighter 6," available at https://www.xbox.com/en-US/games/store/street-fighter-6/9NM79B7N9JM6/0010, accessed on February 28, 2025.

37. Xbox, "Get Crusader Kings III," available at https://www.xbox.com/en-US/games/store/crusader-kings-iii/9MZ8RZSD0NFQ/0010, accessed on February 28, 2025.

38. Xbox, "Get Black Desert," available at https://www.xbox.com/en-US/games/store/black-desert/BTPDCJXNFSZL/0001, accessed on February 28, 2025.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

39. Xbox, "Get Stellaris," available at https://www.xbox.com/en-US/games/store/stellaris/9NXQPGMR917R/0010, accessed on February 28, 2025.

40. Xbox, "Get Sea of Thieves," available at https://www.xbox.com/en-US/games/store/sea-of-thieves-2025-edition/9P2N57MC619K/0010, accessed on February 28, 2025.

41. Xbox, "Get Overwatch 2," available at https://www.xbox.com/en-US/games/store/overwatch-2/C1C4DZJPBC2V/0001, accessed on February 28, 2025.

42. Xbox, "Get Dragon Age: The Veilguard," available at https://www.xbox.com/en-us/games/store/dragon-age-the-veilguard/bsdx4fnnc0dk, accessed on February 28, 2025.

43. Xbox, "Get Fallout 4," available at https://www.xbox.com/en-US/games/store/fallout-4/C3KLDKZBHNCZ/0001, accessed on February 28, 2025.

44. Xbox, "Get Farming Simulator 2025," available at https://www.xbox.com/en-US/games/store/farming-simulator-25/9NMCDQ6RCJKH/0010, accessed on February 28, 2025.

45. Xbox, "Get Metaphor: Refantazio," available at https://www.xbox.com/en-us/games/store/metaphor-refantazio/9n5dv8310xp7, accessed on February 28, 2025.

46. Xbox, "Get The Finals," available at https://www.xbox.com/en-US/games/store/the-finals/9PGD71CMDS0Z/0010, accessed on February 28, 2025.

47. Xbox, "Get Path of Exile," available at https://www.xbox.com/en-US/games/store/path-of-exile/BWC95BZPFBS7/0001, accessed on February 28, 2025.

48. Xbox, "Get Monster Hunter Wilds," available at https://www.xbox.com/en-US/games/store/monster-hunter-wilds/9NMT6XFN0LVD/0010, accessed on February 28, 2025.

49. Xbox, "Get Sid Meier's Civilization VI," available at https://www.xbox.com/en-us/games/store/sid-meiers-civilization-vi/9n4rsg99kv1x, accessed on February 28, 2025.

50. Xbox, "Get It Takes Two," available at https://www.xbox.com/en-US/games/store/it-takes-two/9NKJ0VZQ4N0L/0010, accessed on February 28, 2025.

51. Xbox, "Get Balatro," available at https://www.xbox.com/en-US/games/store/balatro/9PK087LNGJC5/0010, accessed on February 28, 2025.

52. Xbox, "Get ARK: Survival Ascended," available at https://www.xbox.com/en-us/games/store/ark-survival-ascended/9p33vjgvphvp, accessed on February 28, 2025.

Expert Report of Lesley Chiou, Ph.D.                                                   Appendix: Backup materials

53. Xbox, "Get Phasmaphobia," available at https://www.xbox.com/en-US/games/store/phasmophobia-game-preview/9N6D60SBZN05?msockid=1e560f7c3e0f6d9028b71bc53f8b6c23, accessed on February 28, 2025.

54. Xbox, "Get Hunt: Showdown 1896," available at https://www.xbox.com/en-US/games/store/hunt-showdown-1896/9NPRV0R4CS1Z/0010, accessed on February 28, 2025.

55. Xbox, "Get Call of Duty: Black Ops III," available at https://www.xbox.com/en-US/games/store/call-of-duty-black-ops-iii/C3Q2WWJJ2T1H/0001, accessed on February 28, 2025.

56. Xbox, "Get Battlefield 2042," available at https://www.xbox.com/en-US/games/store/battlefield-2042-xbox-series-xs/9P0T51BDDWVT/0010, accessed on February 28, 2025.

57. Xbox, "Get Kingdom Hearts - HD 1.5+2.5 ReMIX -," available at https://www.xbox.com/en-US/games/store/kingdom-hearts-hd-1525-remix/9NHDF1Q6HGMH/0010, accessed on February 28, 2025.

58. Xbox, "Get Like a Dragon: Infinite Wealth," available at https://www.xbox.com/en-US/games/store/like-a-dragon-infinite-wealth/9P00SVGWDJCP/0010, accessed on February 28, 2025.

## 14.4.2. Backup materials for Steam PC game file sizes

1. SteamDB, "Pubg: Battlegrounds Depots," available at https://steamdb.info/app/578080/depots/, accessed on February 28, 2025.

2. SteamDB, "Palworld Depots," available at https://steamdb.info/app/1623730/depots/, accessed on February 28, 2025.

3. SteamDB, "Elden Ring Depots," available at https://steamdb.info/app/1245620/depots/, accessed on February 28, 2025.

4. SteamDB, "Apex Legends Depots," available at https://steamdb.info/app/1172470/depots/, accessed on February 28, 2025.

5. SteamDB, "Warhammer 40,000: Space Marine 2 Depots," available at https://steamdb.info/app/2183900/depots/, accessed on February 28, 2025.

6. SteamDB, "Baldur's Gate 3 Depots," available at https://steamdb.info/app/1086940/depots/, accessed on February 28, 2025.

7. SteamDB, "Destiny 2 Depots," available at https://steamdb.info/app/1085660/depots/, accessed on February 28, 2025.

8. SteamDB, "Naraka: Bladepoint Depots," available at https://steamdb.info/app/1203220/depots/, accessed on February 28, 2025.

9. SteamDB, "Warframe Depots," available at https://steamdb.info/app/230410/depots/, accessed on February 28, 2025.

10. SteamDB, "EA Sports FC 25 Depots," available at https://steamdb.info/app/2669320/depots/, accessed on February 28, 2025.

11. SteamDB, "The First Descendant Depots," available at https://steamdb.info/app/2074920/depots/, accessed on February 28, 2025.

Expert Report of Lesley Chiou, Ph.D.                                    Appendix: Backup materials

12. SteamDB, "Cyberpunk 2077 Depots," available at https://steamdb.info/app/1091500/depots/, accessed on February 28, 2025.

13. SteamDB, "Dragon Ball: Sparking! Zero Depots," available at https://steamdb.info/app/1790600/depots/, accessed on February 28, 2025.

14. SteamDB, "Dead By Daylight Depots," available at https://steamdb.info/app/381210/depots/, accessed on February 28, 2025.

15. SteamDB, "Throne And Liberty Depots," available at https://steamdb.info/app/2429640/depots/, accessed on February 28, 2025.

16. SteamDB, "Grand Theft Auto V Depots," available at https://steamdb.info/app/271590/depots/, accessed on February 28, 2025.

17. SteamDB, "Dragon's Dogma 2 Depots," available at https://steamdb.info/app/2054970/depots/, accessed on February 28, 2025.

18. SteamDB, "Tom Clancy's Rainbow Six Siege Depots," available at https://steamdb.info/app/359550/depots/, accessed on February 28, 2025.

19. SteamDB, "Ea Sports FC 24 Depots," available at https://steamdb.info/app/2195250/depots/, accessed on February 28, 2025.

20. SteamDB, "Red Dead Redemption 2 Depots," available at https://steamdb.info/app/1174180/depots/, accessed on February 28, 2025.

21. SteamDB, "Rust Depots," available at https://steamdb.info/app/252490/depots/, accessed on February 28, 2025.

22. SteamDB, "Yu-Gi-Oh! Master Duel Depots," available at https://steamdb.info/app/1449850/depots/, accessed on February 28, 2025.

23. SteamDB, "Diablo IV Depots," available at https://steamdb.info/app/2344520/depots/, accessed on February 28, 2025.

24. SteamDB, "Fallout 76 Depots," available at https://steamdb.info/app/1151340/depots/, accessed on February 28, 2025.

25. SteamDB, "Forza Horizon 5 Depots," available at https://steamdb.info/app/1551360/depots/, accessed on February 28, 2025.

26. SteamDB, "The Elder Scrolls Online Depots," available at https://steamdb.info/app/306130/depots/, accessed on February 28, 2025.

27. SteamDB, "Stardew Valley Depots," available at https://steamdb.info/app/413150/depots/, accessed on February 28, 2025.

28. SteamDB, "The Sims 4 Depots," available at https://steamdb.info/app/1222670/depots/, accessed on February 28, 2025.

29. SteamDB, "Hogwarts Legacy Depots," available at https://steamdb.info/app/990080/depots/, accessed on February 28, 2025.

30. SteamDB, "S.T.A.L.K.E.R. 2: Heart Of Chornobyl Depots," available at https://steamdb.info/app/1643320/depots/, accessed on February 28, 2025.

31. SteamDB, "Tekken 8 Depots," available at https://steamdb.info/app/1778820/depots/, accessed on February 28, 2025.

32. SteamDB, "Monster Hunter: World Depots," available at https://steamdb.info/app/582010/depots/, accessed on February 28, 2025.

Expert Report of Lesley Chiou, Ph.D.    Appendix: Backup materials

33. SteamDB, "Persona 3 Reload Depots," available at https://steamdb.info/app/2161700/depots/, accessed on February 28, 2025.

34. SteamDB, "Forza Horizon 4 Depots," available at https://steamdb.info/app/1293830/depots/, accessed on February 28, 2025.

35. SteamDB, "Nba 2K25 Depots," available at https://steamdb.info/app/2878980/depots/, accessed on February 28, 2025.

36. SteamDB, "Street Fighter 6 Depots," available at https://steamdb.info/app/1364780/depots/, accessed on February 28, 2025.

37. SteamDB, "Crusader Kings III Depots," available at https://steamdb.info/app/1158310/depots/, accessed on February 28, 2025.

38. SteamDB, "Black Desert Depots," available at https://steamdb.info/app/582660/depots/, accessed on February 28, 2025.

39. SteamDB, "Stellaris Depots," available at https://steamdb.info/app/281990/depots/, accessed on February 28, 2025.

40. SteamDB, "Sea Of Thieves Depots," available at https://steamdb.info/app/1172620/depots/, accessed on February 28, 2025.

41. SteamDB, "Overwatch 2 Depots," available at https://steamdb.info/app/2357570/depots/, accessed on February 28, 2025.

42. SteamDB, "Dragon Age: The Veilguard Depots," available at https://steamdb.info/app/1845910/depots/, accessed on February 28, 2025.

43. SteamDB, "Fallout 4 Depots," available at https://steamdb.info/app/377160/depots/, accessed on February 28, 2025.

44. SteamDB, "Farming Simulator 25 Depots," available at https://steamdb.info/app/2300320/depots/, accessed on February 28, 2025.

45. SteamDB, "Metaphor: ReFantazio Depots," available at https://steamdb.info/app/2679460/depots/, accessed on February 28, 2025.

46. SteamDB, "The Finals Depots," available at https://steamdb.info/app/2073850/depots/, accessed on February 28, 2025.

47. SteamDB, "Path Of Exile Depots," available at https://steamdb.info/app/238960/depots/, accessed on February 28, 2025.

48. SteamDB, "Monster Hunter Wilds Depots," available at https://steamdb.info/app/2246340/depots/, accessed on February 28, 2025.

49. SteamDB, "Sid Meier's Civilization VI Depots," available at https://steamdb.info/app/289070/depots/, accessed on February 28, 2025.

50. SteamDB, "It Takes Two Depots," available at https://steamdb.info/app/1426210/depots/, accessed on February 28, 2025.

51. SteamDB, "Balatro Depots," available at https://steamdb.info/app/2379780/depots/, accessed on February 28, 2025.

52. SteamDB, "Ark: Survival Ascended Depots," available at https://steamdb.info/app/2399830/depots/, accessed on February 28, 2025.

53. SteamDB, "Phasmophobia Depots," available at https://steamdb.info/app/739630/depots/, accessed on February 28, 2025.

Expert Report of Lesley Chiou, Ph.D.                                          Appendix: Backup materials

54. SteamDB, "Hunt: Showdown 1896 Depots," available at https://steamdb.info/app/594650/depots/, accessed on February 28, 2025.

55. SteamDB, "Call Of Duty: Black Ops III Depots," available at https://steamdb.info/app/311210/depots/, accessed on February 28, 2025.

56. SteamDB, "Battlefield 2042 Depots," available at https://steamdb.info/app/1517290/depots/, accessed on February 28, 2025.

57. SteamDB, "Kingdom Hearts -HD 1.5+2.5 ReMIX- Depots," available at https://steamdb.info/app/2552430/depots/, accessed on February 28, 2025.

58. SteamDB, "Like A Dragon: Infinite Wealth Depots," available at https://steamdb.info/app/2072450/depots/, accessed on February 28, 2025.

Appendix A – CV

# LESLEY CHIOU

Occidental College

Office Phone: (323) 259-2875

Department of Economics

Office Fax: (323) 259-2704

1600 Campus Road

lchiou at oxy dot edu

Los Angeles, CA 90041

http://www.oxy.edu/faculty/lesley-chiou

## EDUCATION

Ph.D. Economics, Massachusetts Institute of Technology, 2005.

B.A. in Mathematics and Economics with Highest Honors, University of California, Berkeley, 2000.

## FIELDS

Industrial Organization and Applied Econometrics

## POSITIONS

Laurence de Rycke Professor of Economics, Occidental College, 2022-

Visiting Scholar, University of Southern California, Marshall School of Business, 2024-

Professor, Occidental College, 2018-

Associate Professor, Occidental College, 2011-2018

Visiting Scholar, University of California, Los Angeles, Department of Economics, Spring 2013

Visiting Scholar, Boston University, Department of Economics, Fall 2012

Assistant Professor, Occidental College, 2005-2011

## AWARDS, FELLOWSHIPS, AND GRANTS

| | |
|---|---|
| 2016- | Schwartz Scholar Summer Research Award, Occidental College |
| 2014 | Faculty Research Grant, Occidental College |
| 2012 | MacArthur International Grant, Occidental College |
| 2011 | National Bureau of Economic Research (NBER) Grant, Economics of Digitization |
| 2011 | Networks, Electronic Commerce, and Telecommunications (NET) Institute Grant |
| 2009 | Paul Geroski Best Paper Award, International Journal of Industrial Organization |
| 2009 | Faculty Research Grant, Occidental College |
| 2006-2015 | Robinson Scholar Summer Research Award, Occidental College |
| 2004 | George P. Shultz Fund Award, Massachusetts Institute of Technology |
| 2000-2004 | National Science Foundation Graduate Fellowship |
| 2000 | Steve M. Goldman Memorial Prize and Departmental Citation, Department of Economics, UC Berkeley |
| 2000 | Percy Lionel Davis Award for Excellence in Scholarship, Department of Mathematics, UC Berkeley |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

PUBLISHED AND FORTHCOMING PAPERS

- "How Do Restrictions on Advertising Affect Consumer Search?" with Catherine Tucker, *Management Science*, Vol. 68, pp. 866-882, 2021.

- "Search Engines and Data Retention: Implications for Privacy and Antitrust" with Catherine Tucker, *Competition Policy International*, Chapter in The Evolution of Antitrust in the Digital Era: Essays on Competition Policy, Vol. 2, 2021.

- "Internet Use, Competition, and Geographical Rescoping in Yellow Pages Advertising" with E. Nilay Kafali and Marc Rysman, *Information Economics and Policy*, Vol. 52, 2020.

- "Trust, Reputation, and Bidding Behavior in Online Mystery Auctions" with Jennifer Pate, *Applied Economics Letters*, Vol. 25, pp. 702-706, 2018.

- "Vertical Integration and Antitrust in Search Markets," *Journal of Law, Economics, and Organization*, Vol. 33, pp. 653-685, 2017.

- "Content Aggregation by Platforms: The Case of the News Media" with Catherine Tucker, *Journal of Economics and Management Strategy*, Vol. 26, pp. 782-805, 2017. (Earlier versions of this paper was circulated under the titles "Copyright, Digitization, and Aggregation" and "News and Online Aggregators.")

- "Consumer Response to Tax Changes" with Erich Muehlegger, *National Tax Journal*, Vol. 67, pp. 621-650, 2014.

- "Paywalls and the Demand for Online News" with Catherine Tucker, *Information Economics and Policy*, Vol. 25, pp. 61-69, 2013.

- "How Does the Use of Trademarks by Third-Party Sellers Affect Online Search?" with Catherine Tucker, *Marketing Science*, Vol. 31, pp. 819-837, 2012.

- "The Effect of Ticket Resale Laws on Consumption and Production in Performing Arts Markets" with Melissa Boyle, *Eastern Economic Journal*, Vol. 38, pp. 210-222, 2012.

- "The Reality of Reality Television: Does Reality TV Influence Local Crime Rates?" with Mary Lopez, *Economics Letters*, Vol. 108, pp. 330-333, 2010.

- "Internet Auctions and Frictionless Commerce: Evidence from the Retail Gift Card Market" with Jennifer Pate, *Review of Industrial Organization*, Vol. 36, pp. 295-304, 2010.

- "Empirical Analysis of Competition between Wal-Mart and Other Retail Channels," *Journal of Economics and Management Strategy*, Vol. 18, pp. 285-322, 2009. (Lead article)

- "Broadway Productions and the Value of a Tony Award" with Melissa Boyle, *Journal of Cultural Economics*, Vol. 33, pp. 49-68, 2009.

- "Crossing the Line: Direct Estimation of Cross-Border Cigarette Sales and the Effect on Tax Revenue" with Erich Muehlegger, *The B.E. Journal of Economic Analysis and Policy (Contributions)*, Vol. 8, Article 48, 2008.

Appendix A – CV

- "The Timing of Movie Releases: Evidence from the Home Video Industry," *International Journal of Industrial Organization*, Vol. 26, pp. 1059-1073, 2008. (Winner of journal's Paul Geroski Best Paper Award)

- "Identification and Estimation of Mixed Logit Models under Simulation Methods" with Joan L. Walker, *Journal of Econometrics*, Vol. 141, pp. 683-703, 2007.

  - Reprinted in *Choice Modeling: Foundational Contributions*, edited by D.A. Hensher and J.M. Rose, 2011.

## PAPERS UNDER REVIEW

- "Social Distancing, Internet Access, and Inequality" with Catherine Tucker, *NBER Working Paper No.* 26982.

- "Fake News and Advertising on Social Media: A Study of the Anti-Vaccination Movement" with Catherine Tucker, *NBER Working Paper No.* 25223.

- "Algorithms and Online News" with Catherine Tucker

## WORKS IN PROGRESS

- "Friend or Foe? Social Media and the Sharing of News" with Nico Neumann and Catherine Tucker

- "Entry and Liberalization of the Airline Industry" with Yang Li and Marc Rysman

## OTHER WRITING

- "Comment on the January 2022 DOJ and FTC RFI on Merger Enforcement: Issues Related to Digital Markets" with Nathaniel Hipsman, Jeffrey Prince, and Sachin Sancheti, 2022.

- "Free Can Make Cents" with Avigail Kifer, American Bar Association: Pricing Conduct Committee Newsletter of Antitrust Law, 2022. (Winner of Concurrences Review's 2022 Antitrust Writing Awards for Digital Business Articles.)

- "Introductory Microeconomics and One Big Firm" with Santhi Hejeebu

## PROFESSIONAL ACTIVITIES

### Invited Seminars and Presentations (since 2010)

- 2022: Federal Communications Commission (FCC), Economics Seminar

- 2021: University of Maryland, Department of Economics; American Bar Association, Panel on Tech Platforms

- 2020: International Competition Network (ICN) Annual Conference, invited by Federal Trade Commission (FTC) and Department of Justice Antitrust Division

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix A – CV

- 2018: Federal Trade Commission (FTC), Public Hearing on Competition and Consumer Protection in the 21st Century; Federal Communications Commission (FCC), Economics Seminar

- 2016: International Industrial Organization Conference; University of California, Davis, Department of Economics; Seventh Annual Searle Conference on Internet Search and Innovation (discussant), Northwestern School of Law; National Bureau of Economics Research (NBER) Digitization Meeting

- 2013: University of California, Los Angeles, Department of Economics; Loyola Marymount University, Department of Economics

- 2012: National Bureau of Economics Research (NBER) Digitization Meeting; International Industrial Organization Conference; NET Institute Conference on Network Economics; European Association for Research in Industrial Economics (EARIE) Annual Conference; Brandeis University, Department of Economics; Wellesley College, Department of Economics; Boston University, Department of Economics

- 2011: International Industrial Organization Conference; Claremont McKenna College, Department of Economics; Drexel University, LeBow College of Business; Western Economic Association International Conference; Southern Economic Association Annual Meeting; Sixth bi-annual Conference on The Economics of Intellectual Property, Software, and the Internet (co-author presented), Toulouse School of Economics, France.

- 2010: RAND Labor and Population Brown Bag Seminar; University of California, Los Angeles, Marketing and Economics Interdisciplinary Group; International Industrial Organization Conference; Media Economics and Public Policy Workshop, Hunter College; Pomona College, Department of Economics

## Reviewer

American Economic Journal: Microeconomics, The B.E. Journal of Economic Analysis and Policy, Contemporary Economic Policy, Economic Inquiry, International Journal of Industrial Organization, Information Economics and Policy, Journal of Applied Econometrics, Journal of Economics and Management Strategy, Journal of Industrial Economics, Journal of Policy Analysis and Management, Journal of Political Economy, Journal of Public Economics, Management Science, National Science Foundation, National Tax Journal, Public Finance Review, RAND Journal of Economics, Review of Economics and Statistics

TEACHING

## Course Evaluations

- Principles of Economics
  Spring 2019, Section 1, Course Average 6.7 (scale of 1 to 7)

- Intermediate Microeconomic Theory
  Fall 2009, Section 1, Course Average 6.4 (scale of 1 to 7)
  Fall 2009, Section 2, Course Average 6.7 (scale of 1 to 7)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- Econometrics
  Spring 2014, Section 1, Course Average 6.6 (scale of 1 to 7)
  Spring 2014, Section 2, Course Average 6.9 (scale of 1 to 7)

- Industrial Organization
  Spring 2015, Course Average 6.8 (scale of 1 to 7)

- Senior Seminar
  Fall 2019, Section 1, Course Average 6.7 (scale of 1 to 7)
  Fall 2019, Section 2, Course Average 6.9 (scale of 1 to 7)

Note: College no longer uses numerical evaluations.

## Courses Taught

- Occidental College: Principles of Economics, Intermediate Microeconomic Theory, Econometrics, Industrial Organization, Senior Seminar, Honors Thesis Seminar

- Massachusetts Institute of Technology: Principles of Microeconomics

---

SERVICE

## To the College (since 2010)

Elected member, Advisory Council (tenure and promotion committee) (2018-2020)
Member, John Parke Young Committee on the Global Economy (2018-2019)
Faculty Advisor, Economics Student Association (2014-2016, 2017-2020)
Faculty Advisor, Women in Economics Club, (2017-2020, 2022-2024)
Member, Faculty Search Equity Committee (FSEC) (2022-2024 )
FSEC Member, Urban and Environmental Policy faculty search (2022-2023)
External member, Math Department Senior faculty search, (2017-2018)
External member, Math Department Junior faculty search, (2017-2018)
Member, National Awards Committee (2011-2012, 2013-2014, 2017-2018)
President, Phi Beta Kappa (2015-2016)
Chair, Academic Resources Committee (2015-2016)
Vice President, Phi Beta Kappa (2014-2015)
Member, Academic Resources Committee (2014-2015)
Area Coordinator for Social Sciences, Summer Research Program (2010)

## To the Department (since 2010)

Department chair (2018-2020, 2021-2022)
Assessment Coordinator (2010-2020, 2022-2024)
Co-chair, Economics Department External Review (2017-2018)
Chair, Economics Faculty Search (2013-2014)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix A – CV

Honors Program Coordinator (2010-2011)

Last updated: January 16, 2025

Appendix B – Prior Testimony

# Prior Testimony of Lesley Chiou, Ph.D

I have given expert testimony in deposition or at trial as indicated below:

Testimony of Lesley Chiou in *Erica Frasco et al. v. Flo Health, Inc. et al.*, United States District Court Northern District of California, 3:21-cv-00757-JD (Deposition on September 18, 2023).

Testimony of Lesley Chiou in *Wolfire Games, LLC, et al. v. Valve Corporation*, Western District of Washington, 2:21-cv-00563 (Deposition on June 18, 2024).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

# Documents Relied Upon

## Academic articles

- Andrea Mantovani, et al., "Online Platform Price Parity Clauses: Evidence from the EU Booking.com case," *European Economic Review*, 131, 2021, pp. 1–27

- Austan Goolsbee and Chad Syverson, "How Do Incumbents Respond to the Threat of Entry? Evidence From the Major Airlines," *Quarterly Journal of Economics*, 123(4), 2008, pp. 1611–1633

- Barbara Kobuszewski Volles, et al., "Triggering brand switching in online stores: The effectiveness of recommendations for private labels versus national brands," *Journal of Business Research*, 164, 2023, pp. 1–14

- Bjørn Olav Johansen and Thibaud Vergé, "Platform Price Parity Clauses with Direct Sales," University of Bergen Working Papers in Economics, 2017, pp. 1–36

- David S. Evans, "The Antitrust Economics of Two-Sided Markets," *Yale Journal on Regulation*, 20(2), 2003, pp. 1–89

- Francine Lafontaine and Fiona Scott Morton, "State Franchise Laws, Dealer Terminations, and the Auto Crisis," *Journal of Economic Perspectives*, 24(3), 2010, pp. 233–250

- Javier D. Donna, et al., "Direct Sales and Bargaining," *The Rand Journal of Economics*, 55(4), 2024, pp. 749–787

- Jonathan B. Baker, "Market Definition: An Analytical Overview," *Antitrust Law Journal*, 74(1), 2007, pp. 129–174

- Lapo Filistrucchi, et al., "Market Definition in Two-Sided Markets: Theory and Practice," *Journal of Competition Law and Economics*, 10(2), 2013, pp. 293–339

- Lesley Chiou, "Vertical Integration and Antitrust in Search Markets," *The Journal of Law, Economics, and Organization*, 33(4), 2017, pp. 653–685

- Liyang Sun and Sarah Abraham, "Estimating dynamic treatment effects in event studies with heterogeneous treatment effects," *Journal of Econometrics*, 225(2), 2021, pp. 175–199

- Matthew Sperrin, et al., "Supplementary Materials to Body Mass Index Relates Weight to Height Differently in Women and Older Adults: Serial Cross-Sectional Surveys in England (1992–2011)," *Journal of Public Health*, 38(3), 2016, pp. 607–613 with supplemental materials

- Marc Rysman, "The Economics of Two-Sided Markets," *Journal of Economic Perspectives*, 23(3), 2009, pp. 125–143

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Mark Armstrong, "Competition in Two-Sided Markets," *The RAND Journal of Economics*, 37(3), 2006, pp. 668–691

- Michael H. Riordan and Steven C. Salop, "Evaluating Vertical Mergers: A Post-Chicago Approach," *Antitrust Law Journal*, 63, 1995, pp. 513–541

**Book chapters and books**

- ABA Section of Antitrust Law, *Econometrics: Legal, Practical, and Technical Issues*, Second Edition, (Chicago, IL: American Bar Association, 2014)

- Bernard D. Goldstein and Mary Sue Henifin, "Reference Guide on Toxicology," in Reference Manual on Scientific Evidence, Third Edition, (Washington, D.C: The National Academies Press, 2011), pp. 633–686

- Bruno Jullien, et al., "Two-sided markets, pricing, and network effects," in *Handbook of Industrial Organization*, Volume 4, (Amsterdam, NL: Elsevier, 2021), pp. 485–592

- Damodar N. Gujarati and Dawn C. Porter, *Essentials of Econometrics*, Fourth Edition, (New York, NY: McGraw-Hill Irwin, 2010)

- Daniel F. Spulber, *Regulation and Markets*, (Cambridge, MA: MIT Press, 1989)

- David Goodstein, "How Science Works," in Reference Manual on Scientific Evidence, Third Edition, (Washington, D.C: The National Academies Press, 2011), pp. 37–54

- David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence, Third Edition,* (Washington, D.C: The National Academies Press, 2011), pp. 211–302

- Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (Essex, UK: Pearson Education Limited, 2015)

- Jeffrey Church and Roger Ware, *Industrial Organization: A Strategic Approach*, (Boston, MA: McGraw-Hill, 2000)

- Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach*, Fifth Edition, (Cengage Learning, 2013)

- Joshua D. Angrist and Jörn-Steffen Pischke, *Mostly Harmless Econometrics: An Empiricist's Companion*, (Princeton, NJ: Princeton University Press, 2009)

- Louis Kaplow and Carl Shapiro, "Antitrust," in *Handbook of Law and Economics Volume* 2, ed. Kenneth J. Arrow and Michael D. Intriligator, (Amsterdam, NL: Elsevier, 2007), pp. 1073–1125

- Michael A. Bailey, *Real Econometrics: The Right Tools to Answer Important Questions,* First Edition, (New York: NY: Oxford University Press, 2017), pp. 25–26

Appendix C – Documents Relied Upon

- Michael D. Green, et al., "Reference Guide on Epidemiology,." in Reference Manual on Scientific Evidence, Third Edition, (Washington, D.C: The National Academies Press, 2011), pp. 549–632

- Michael E. Porter, *Competitive Strategy: Techniques for Analyzing Industries and Competitors*, (New York, NY: The Free Press, 1998)

- Paul S. Appelbaum, "Reference Guide on Mental Health Evidence," in *Reference Manual on Scientific Evidence, Third Edition,* (Washington, D.C: The National Academies Press, 2011), pp. 813–896

- Peter Davis and Eliana Garces, *Quantitative Techniques for Competition and Antitrust Analysis*, (Princeton, NJ: Princeton University Press, 2009)

- Phillip I. Good and James W. Hardin, *Common Errors in Statistics (and How to Avoid Them)*, Fourth Edition, (Hoboken, NJ: Wiley-Interscience, 2012)

- R. Preston McAfee, *Competitive Solutions: The Strategist's Toolkit*, (Princeton, NJ: Princeton University Press, 2002)

- Robert O'Donoghue and Jorge Padilla, *The Law and Economics of Article 102 TFEU*, Third Edition (New York, NY: Hart Publishing, 2020)

- Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics*, Eighth Edition, (Upper Saddle River, NJ: Pearson Education, 2017)

- Roger D. Peng and Elizabeth Matsui, "Factors Affecting the Quality of Inference" in *The Art of Data Science*, (Leanpub, 2017)

- Shari Seidman Diamond, "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, Third Edition, (Washington, D.C: The National Academies Press, 2011), pp. 359–424

- Steven Berry and Peter Reiss, "Empirical Models of Entry and Market Structure," Handbook of Industrial Organization, 3, 2007, pp. 1845–1886

## Data – from subscriptions to data vendors

- Circana DecisionKey, "Report Builder," available at https://www.npddecisionkey.com/sso/#applications/reportbuilder, accessed on December 4, 2023

- IDC Revenue Data

- Newzoo, "Game Engagement," available at https://platform.newzoo.com/engagement/pc--ps--xbox, accessed on March 15, 2024

- Newzoo, "Game Performance Monitor," available at https://newzoo.com/game-performance-monitor, accessed on March 19, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Newzoo, "Game Revenue," available at https://platform.newzoo.com/revenue/pc--ps--xbox-&-switch-revenues, accessed on March 7, 2024
- Newzoo, "Global Games Market Report," available at https://platform.newzoo.com/reports/ggmr__update-q1/quarterly_update_-_february_2025/top-markets, accessed on March 19, 2025

## Data – from Valve and Plaintiffs

- HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY - Valve Subpoena data 11Oct23.pdf

## Data – publicly available

- Is There Any Deal

## Depositions

- Deposition of ███████████████████, January 29, 2024
- Deposition of Gabe Newell (Valve), November 21, 2023
- Deposition of Jeffrey Rosen (Wolfire), November 17, 2023
- Deposition of Scott Lynch, 30(b)(6) (Valve), October 13, 2023
- Deposition of Steven Schwartz, April 18, 2024

## Expert reports

- Opening Class Certification Expert Report of Professor Joost Rietveld, February 8, 2024 and backup materials
- Opening Class Certification Expert Report of Steven Schwartz, Ph.D, February 8, 2024 and backup materials
- Corrected Class Certification Expert Report of Steven Schwartz, Ph.D, March 21, 2024 and backup materials
- Rebuttal Class Certification Expert Report of Ashley Langer, Ph.D., May 17, 2024 and backup materials
- Rebuttal Class Certification Expert Report of Lesley Chiou, Ph.D., May 17, 2024 and backup materials
- Reply Class Certification Expert Report of Joost Rietveld, July 12, 2024 and backup materials
- Reply Class Certification Expert Report of Steven Schwartz, Ph.D, July 12, 2024 and backup materials

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Reply Expert Report of Ashley Langer, Ph.D, August 12, 2024 and backup materials
- Surreply Class Certification Expert Report of Steven Schwartz, Ph.D, September 9, 2024 and backup materials
- Opening Merits Expert Report of Professor Joost Rietveld, January 27, 2025 and backup materials
- Opening Merits Expert Report of Steven Schwartz, Ph.D., January 27, 2025 and backup materials
- Opening Merits Expert Report of Gautam Gowrisankaran, Ph.D., January 27, 2025 and backup materials
- Supplemental Opening Merits Expert Report of Professor Joost Rietveld, March 7, 2025 and backup materials
- Supplemental Opening Merits Expert Report of Steven Schwartz, Ph.D., March 7, 2025 with supplemental attachments E-1, E-7, E-9
- Rebuttal Merits Expert Report of Ashley Langer, Ph.D., March 26, 2025 and backup materials
- Rebuttal Merits Expert Report of Gautam Gowrisankaran, March 26, 2025 and backup materials

**Industry reports**

- Competition & Markets Authority, "Anticipated Acquisition by Microsoft of Activision Blizzard, Inc. Final Report," April 26, 2023, available at https://assets.publishing.service.gov.uk/media/644939aa529eda000c3b0525/Microsoft_Activision_Final_Report_.pdf
- DJS Research, "PlayStation Gamer Research," December 2022, available at https://assets.publishing.service.gov.uk/media/63e23ccce90e07626de4c9d0/ToH1_online_survey_research_report_DJS_Research.pdf
- Newzoo, "Games Market Reports and Forecasts," available at https://newzoo.com/games-market-reports-forecasts
- Newzoo, "Global Games Market Report: The VR & Metaverse Edition," 2021
- Newzoo, "Global Games Market Report," July 2023
- Newzoo, "Global Games Market Report," July 2024
- Newzoo, "Global Games Market Report," February 2025

**Legal documents and pleadings from this matter**

- Consolidated Second Amended Class Action Complaint, *In RE: Valve Antitrust Litigation*, March 23, 2023

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Order, *In re Valve Antitrust Litigation*, November 25, 2024
- Valve Corporation's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, *In Re Valve Antitrust Litigation*, July 5, 2023

## Legal documents and pleadings from other matters

- Trial Testimony of James Ryan, April 6, 2023, Federal Trade Commission v. Microsoft Corporation, U.S. District Court for the Northern District of California, 23-cv-02880, available at https://files.cand.uscourts.gov/files/23-cv-02880_FTC_v_Microsoft/RX5059%20(Redacted).pdf
- Rules 52 Order After Trial on the Merits, *Epic Games, Inc., v. Apple Inc.*, September 10, 2021

## Letters

- Letter from Steven Smith to Peter Breslauer, "Ubisoft's Production of Documents in Response to Subpoena in In re Valve Antitrust Litigation., No. 2:21-cv-00563-JCC," October 9, 2023

## Guidelines

- U.S. Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," August 19, 2010, available at https://www.justice.gov/atr/file/810276/dl
- U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, available at https://www.justice.gov/d9/2023-12/2023%20Merger%20Guidelines.pdf

## Produced documents



- Email chain from ███████ to Justin Yorke and ███████, "[External Mail] ███████," May 18, 2019, VALVE_ANT_0521517–519
- Email chain from DJ Powers to ███████, "Re: Thank You," February 13, 2019, VALVE_ANT_0189289–290
- Email chain from Erik Peterson to Steam SWAT Release, "███████" October 25, 2018, VALVE_ANT_0057504–505
- Email chain from Kristian Miller to Nathaniel Blue, "RE: ███████ Meeting Notes 6/26/18," June 28, 2018, VALVE_ANT_0059026–027
- Email chain from Kristian Miller to Tom Giardino, "███████" October 2, 2018, VALVE_ANT_2392320–323

Appendix C – Documents Relied Upon

- Email chain from Liam Lavery to Doug Lombardi, "RE: Bloomberg comment?" September 11, 2018, VALVE_ANT_2806373–374
- Email chain from Scott Lynch to Erik Johnson, "Fwd: Discuss Steam Rev Share Model," August 15, 2018, VALVE_ANT_2815181
- Email chain from ███████████ to Kristian Miller, et al., "RE: New Revenue Share Tiers," December 14, 2018, VALVE_ANT_0755443–446
- Email chain from Tim Gruner to Jane Lo, et al., "RE: Rev Share Meeting Notes," October 19, 2018, VALVE_ANT_ 2534972–973
- Email chain from Tom Giardino to ███████████ and ███████████, "RE: Check-in," February 18, 2019, VALVE_ANT_0609981–982
- Email chain from Tom Giardino to ███████████, "RE: The indiesphere response to the new revshare tiers," December 4, 2018, VALVE_ANT_1197636–639
- Email from DJ Powers to ████████ and ████████, "██/Valve Discussion," March 26, 2019, VALVE_ANT_0094646
- Email from DJ Powers to Matt Nickerson, et al., "Re: Exclusivity Deals," November 22, 2018, VALVE_ANT_2968410–413
- Email from Gabe Newell to DJ Powers, "RE: ██ on Steam," October 30, 2019, VALVE_ANT_0059427–429
- Email from ███████████ to Tom Giardino and ███████████, "RE: Valve meeting 12/4?" November 26, 2018, VALVE_ANT_1626603–605
- Email from Kassidy Gerber to Kristian Miller and ███████████, "███████████," August 10, 2018, VALVE_ANT_0053662–663
- Email from Kristian Miller to ███████████, "Rev Share Presentation," with attachment "GroupUpdate-20180925.pptx," September 26, 2018, VALVE_ANT_1164351
- Email from Kristian Miller to Jane Lo, "Rev Share PPT," with attachment "GroupUpdate-20180919.pptx," September 19, 2018, VALVE_ANT_0058992
- Email from Nathaniel Blue to Scott Lynch, et al., "███████████," March 21, 2019, VALVE_ANT_0819769
- Email from ███████████ to DJ Powers, "RE: Term Sheet – ██/Valve," September 13, 2019, VALVE_ANT_2414644–648
- Email sent from Scott Lynch to Kristian Miller, "RE: Discuss Steam Rev Share Model," August 10, 2018, VALVE_ANT_2815050
- Email sent to Kassidy Gerber, et al., "RE: Rev Share - Partners to Cover," October 17, 2018, VALVE_ANT_1169065–070
- Email, "Revenue Share Model," August 14, 2018, VALVE_ANT_2533476–478
- ███████████ "2021 Competitive Outlook," ███████████, ██ ███████████

Appendix C – Documents Relied Upon



- ██████████████, "2022 Competitive Outlook," ████████████ ██
██████████████████
- ██████████████████████████████ ██-VALVE-00080–097
- ██████████████████████████████ ██-VALVE-00116–123
- ██████████████████████████ ██-VALVE-00124–133
- ███████████████████ ,██ -VALVE-00152–157
- ██████████████████████████ ██-VALVE-00185–197
- ███████████████████ ██-VALVE-00198–211
- ███████████████████████████████████ ,██ -VALVE-00272–290
- ██████████████████████████ ,██ -VALVE-00307–315
- Valve Document, "████████████████████████████████████," October 25, 2019, VALVE_ANT_2764483–490
- Valve Document, "████████████████████████," undated, VALVE_ANT_0019400–402
- Valve Presentation "████████████████," undated, VALVE_ANT_0058993
- Valve Presentation, "████████████████████," undated, VALVE_ANT_1164352

## Public press and other web content

- Aaron McKinley, "PS2 is No Longer the Best-Selling Video Game Console of All Time in the US," *Game Rant*, December 18, 2024, available at https://gamerant.com/best-selling-game-console-all-time-us-switch-ps2/, accessed on March 17, 2025

- Aayush, "First Look: Steam's Mysterious Controller 2 Leaked in Prototype Render," *All Tech Nerd*, November 8, 2024, available at https://www.alltechnerd.com/first-look-steams-mysterious-controller-2-leaked-in-prototype-render/#google_vignette, accessed on March 15, 2025

- AccelByte Inc, "Matchmaking Essentials for Cross-Platform Multiplayer Games," *Medium*, March 1, 2021, available at https://medium.com/accelbyte-

Appendix C – Documents Relied Upon

inc/matchmaking-essentials-for-cross-platform-multiplayer-games-20fd767554dd, accessed on March 25, 2025

- Activision, "Activision's Call of Duty: Black Ops 4 Available Now Worldwide," October 12, 2018, available at https://investor.activision.com/news-releases/news-release-details/activisions-call-duty-black-ops-4-available-now-worldwide, accessed on March 23, 2025

- Activision, "Crossplay and Cross-Progression in Call of Duty: Black Ops 6," February 4, 2025, available at https://support.activision.com/black-ops-6/articles/crossplay-in-black-ops-6, accessed on March 17, 2025

- Adi Robertson, "Valve's First Steam Machines and Controller Have Been Officially Released," *The Verge*, November 10, 2015, available at https://www.theverge.com/2015/11/10/9705234/valve-steam-machines-controller-link-launch, accessed on January 23, 2025

- Aisha Malik, "Amazon Luna Officially Launches in the U.S. with Free Games for Prime Members and More," *TechCrunch*, March 1, 2022, available at https://techcrunch.com/2022/03/01/amazon-luna-officially-launches-in-the-u-s-with-free-games-for-prime-members-and-more/, accessed March 17, 2025

- Akatkin, "Origin Expands to Offer Games from 3rd Party Publishers," *Electronic Arts*, October 28, 2011, available at https://www.ea.com/en-ca/news/origin-expands-to-offer-games-from-third-party-publishers, accessed on January 15, 2025

- Alex Perry, "Nintendo Switch OLED vs. Steam Deck OLED: Which Handheld is Better?" *Mashable*, December 8, 2023, available at https://mashable.com/article/nintendo-switch-oled-vs-steam-deck-oled, accessed on March 18, 2025

- Alexander Gillis and Colin Steele, "Microsoft Store," *TechTarget*, February 2022, available at https://www.techtarget.com/searchmobilecomputing/definition/Windows-Store, accessed on March 23, 2025

- Ali Jones, "Lethal Company Was Made by One Person, and Now it's Up There with Baldur's Gate 3 and Starfield as One of the Best-Selling Steam Games of 2023," *GamesRadar*, January 17, 2024, available at https://www.gamesradar.com/lethal-company-was-made-by-one-person-and-now-its-up-there-with-baldurs-gate-3-and-starfield-as-one-of-the-best-selling-steam-games-of-2023/, accessed on March 23, 2025

- Alissa McAloon, "Forge of Empires Dev InnoGames Surpasses $1 Billion Revenue," *Game Developer*, November 17, 2019, available at https://www.gamedeveloper.com/game-platforms/-i-forge-of-empires-i-dev-innogames-surpasses-1-billion-revenue, accessed on March 17, 2025

- Alissa McAloon, "Ubisoft Connect announced as a 'refreshed' replacement for Uplay and Ubisoft Club," *Game Developer*, October 20, 2020, available at https://www.gamedeveloper.com/game-platforms/ubisoft-connect-

Appendix C – Documents Relied Upon

announced-as-a-refreshed-replacement-for-uplay-and-ubisoft-club, accessed on March 7, 2025

- Amazon, "What Is Amazon Luna?" available at https://www.amazon.com/gp/help/customer/display.html?nodeId=G8WBF7C LZX7W345R, accessed on March 17, 2025

- Andrew Cunningham, "The NES: How it Began, Worked, and Saved an Industry," *Ars Technica*, December 9, 2021, available at https://arstechnica.com/gaming/2021/12/time-to-feel-old-inside-the-nes-on-its-30th-birthday/, accessed on March 16, 2025

- Andrew Cunningham, "The Xbox One and PS4 Share Similar Specs, but the Devil's in the Details," *Ars Technica*, November 11, 2013, available at https://arstechnica.com/gaming/2013/11/the-xbox-one-and-ps4-share-similar-specs-but-the-devils-in-the-details, accessed on January 22, 2025

- Andrew Webster, "GOG's DRM-Free Steam Competitor is Finally Open to Everyone," *The Verge*, May 5, 2015, available at https://www.theverge.com/2015/5/5/8524597/gog-galaxy-open-beta-launch, accessed on March 16, 2025

- Andy Chalk, "GOG Recommits to 'DRM-Free Philosophy' as It Struggles to Stop Bleeding Money," *PC Gamer*, November 30, 2021, available at https://www.pcgamer.com/gog-recommits-to-drm-free-philosophy-as-it-struggles-to-stop-bleeding-money/, accessed on January 15, 2025

- Andy Chalk, "The Discord Game Store is Now Open," PCGamer, October 16. 2018, available at https://www.pcgamer.com/the-discordgame-store-is-now-open/, accessed on March 25, 2025

- Angus Morrison, "The Overwatch Release Date is Now Confirmed," *PC Gamer*, March 7, 2016, available at https://www.pcgamer.com/the-overwatch-release-date-may-have-slipped-out, accessed on March 15, 2025

- Anthony McGlynn, "Hotline Miami Dev's Next Game May Horrify or Delight You, Depending," *PCGamesN*, January 1, 2021, available at https://www.pcgamesn.com/hotline-miami/next-game, accessed on March 14, 2025

- Anthony Wood, "Microsoft Admits Game Pass Cannibalizes Sales," *IGN*, February 18, 2023, available at https://www.ign.com/articles/microsoft-admits-game-pass-cannibalizes-sales, accessed on March 15, 2025

- Apple App Store, "PS Remote Play," available at https://apps.apple.com/us/app/ps-remote-play/id1436192460, accessed on March 17, 2025

- Arjun Kharpal, "What You Need to Know About NetEase, the Chinese Tech Giant That Raised $2.7 Billion in Hong Kong," *CNBC*, June 11, 2020, available at https://www.cnbc.com/2020/06/11/what-is-netease-the-chinese-tech-giant-that-just-listed-in-hong-kong.html, accessed on March 13, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Ars Technica, "OneCore to Rule Them All: How Windows Everywhere Finally Happened," May 20, 2016, available at https://arstechnica.com/information-technology/2016/05/onecore-to-rule-them-all-how-windows-everywhere-finally-happened/, accessed on March 16, 2025

- Arthur Gies, "The Best Handheld Gaming Console," *The New York Times*, February 27, 2025, available at https://www.nytimes.com/wirecutter/reviews/best-handheld-gaming-consoles/, accessed on March 14, 2025

- Ash Parrish, "Marvel Rivals is a Mix of Overwatch And Superhero Battles," *The Verge*, March 27, 2024, available at https://www.theverge.com/24113437/marvel-rivals-trailer-netease-pc-mcu-disney, accessed on March 15, 2025

- Aurash Mahbod, "Making Google Play the best place to grow PC games," Android Developers Blog, available at https://android-developers.googleblog.com/2025/03/making-google-play-best-place-to-grow-pc-games.html, accessed on March 25, 2025

- Barb Dybrad, "Xbox 360 Launch Date is November 22," *Engadget*, September 14, 2005, available at https://www.engadget.com/2005-09-15-xbox-360-launch-date-is-november-22.html, accessed on March 16, 2025

- Battle.net, "Diablo IV," available at https://us.shop.battle.net/en-us/family/diablo-iv#optLogin=true, accessed on March 23, 2025

- Battle.net, "Download Battle.net for Windows and Mac," available at https://download.battle.net/en-us/desktop, accessed on January 13, 2025

- Battle.net, "How to Install Diablo III," available at https://us.battle.net/support/en/article/110028, accessed on March 15, 2025

- Battle.net, "How to Install Heroes of the Storm," available at https://eu.battle.net/support/en/article/194378, accessed on March 20, 2025

- Battle.net, "Starcraft Remastered," available at https://us.shop.battle.net/en-us/product/starcraft-remastered#optLogin=true, accessed on March 20, 2025

- Ben Kuchera, "Battlefield 3 is Not Coming to Stream, but EA Has a Real Reason," *Ars Technica*, August 8, 2011, available at https://arstechnica.com/gaming/2011/08/battlefield-3-not-coming-to-steam-ea-provides-good-reason/, accessed on March 23, 2025

- Best Buy, "Farming Simulator 25 – Windows," available at https://www.bestbuy.com/site/farming-simulator-25-windows/6588264.p?skuId=6588264, accessed on March 23, 2025

- Blair Marnell, "Ubisoft Reverses Its Steam Policy, Will Launch New Games There On Day One," *GameSpot*, September 25, 2024, available at https://www.gamespot.com/articles/ubisoft-reverses-its-steam-policy-will-launch-new-games-there-on-day-one/1100-6526711/, accessed on March 23, 2025

Appendix C – Documents Relied Upon

- Blizzard Entertainment, "Call of Duty:®: Black Ops 4 for PC Coming Exclusively to Blizzard Battle.net," May 17, 2018, available at https://news.blizzard.com/en-us/article/21785480/call-of-duty-black-ops-4-for-pc-coming-exclusively-to-blizzard-battle-net, accessed on March 23, 2025

- Blizzard Entertainment, "Overwatch Launch Protocols: Everything You Need to Know," May 19, 2016, available at https://overwatch.blizzard.com/en-us/news/20119623/#play, accessed on March 15, 2025

- Blizzard Entertainment, "Upgrade to the Battle.net Desktop App," June 24, 2014, available at https://worldofwarcraft.blizzard.com/en-us/news/14568367/upgrade-to-the-battlenet-desktop-app, accessed on March 20, 2025

- Blizzard Entertainment, "Welcome to the New Battle.net!" January 14, 2021, available at https://news.blizzard.com/en-us/article/23583668/welcome-to-the-new-battle-net, accessed on January 13, 2025

- Brad Wardell, "Postmortem: Stardock's Galactic Civilizations," *Gamasutra*, May 7, 2003, available at https://web.archive.org/web/20220704210359/http://www.gamasutra.com/view/feature/2862/postmortem_stardocks_galactic_.php?page=3, accessed on March 17, 2025

- Britannica, "Xbox," January 17, 2025, available at https://www.britannica.com/technology/Xbox, accessed on March 19, 2025

- Bryn Gelbart, "The Steam Deck OLED Has Completely Replaced My Nintendo Switch," *Esquire*, January 22, 2025, available at https://www.esquire.com/lifestyle/tech/a63494878/steam-deck-oled-review/, accessed on March 16, 2025

- Buck Rivers, "What Garry's Mod is & What You Can Do with It," *Screen Rant*, September 18, 2020, available at https://screenrant.com/garrys-mod-steam-games-how-use-valve-assets/, accessed on March 14, 2025

- Bungie, "Destiny 2," available at https://www.bungie.net/7/en/Destiny/NewLight, accessed on March 21, 2025

- Business Wire, "Voldex Acquires Brookhaven, the Most Visited Game on Roblox," February 4, 2025, available at https://www.businesswire.com/news/home/20250204037702/en/Voldex-Acquires-Brookhaven-the-Most-Visited-Game-on-Roblox, accessed on March 20, 2025

- CADE investigation of proposed merger of Microsoft and Activision-Blizzard-King, document 1079485, Table 8, available at https://sei.cade.gov.br/sei/modulos/pesquisa/md_pesq_processo_exibir.php?1MQnTNkPQ_sX_bghfgNtnzTLgP9Ehbk5UOJvmzyesnbE-Rf6Pd6hBcedDS_xdwMQMK6_PgwPd2GFLljH0OLyFX6gl2sGKAL6BCs1NvfGDcTA25PStaVelgicwm5iRue6

Appendix C – Documents Relied Upon

- Call of Duty, "Call of Duty Store Games," available at https://www.callofduty.com/store/games, accessed on March 21, 2025

- Call of Duty, "Call of Duty: Modern Warfare III," available at https://www.callofduty.com/modernwarfare3/pc, accessed on March 14, 2025

- Chaim Gartenberg, "How Does Valve's Steam Deck Compare to the Nintendo Switch, Xbox Series X, and Playstation 5?" *The Verge*, July 15, 2021, available at https://www.theverge.com/2021/7/15/22578917/valve-steam-deck-nintendo-switch-xbox-series-x-ps5-spec-comparison, accessed on March 18, 2025

- Chaim Gartenberg, "Uplay Plus Subscription Service Rebrands as Ubisoft Plus, Expands to Stadia and Luna," *The Verge*, October 27, 2020, available at https://www.theverge.com/2020/10/27/21535105/ubisoft-plus-uplay-subscription-service-google-stadia-amazon-luna-pc-gaming, accessed on March 17, 2025

- Chloi Giusti, "Self-Publishing Your Game with ID@Xbox," *Microsoft*, November 10, 2023, available at https://developer.microsoft.com/en-us/games/articles/2023/11/publishing-pathways-id-at-xbox/, accessed on March 16, 2025

- Chris Brandrick, "The State of Switch 2024," *Switch Weekly*, April 28, 2024, available at https://switchweekly.com/survey/2024, accessed on March 18, 2025

- Chris Plante, "2025 is PC Gaming's Victory Lap," *Polygon*, January 6, 2025, available at https://www.polygon.com/gaming/500266/pc-gaming-mainstream-console-comparison-2025, accessed on January 20, 2025

- Chris Plante, "Phil Spencer Wants Epic Games Store and Others on Xbox Consoles," *Polygon*, March 26, 2024, available at https://www.polygon.com/24108670/xbox-epic-games-store-phil-spencer-interview, accessed on March 17, 2025

- Chris Reed, "Elden Ring: Here's What Comes in Each Edition," *IGN*, February 24, 2022, available at https://www.ign.com/articles/elden-ring-release-date-preorder-details, accessed on March 15, 2025

- Chrissy Montelli, "What is DLC? Understanding Downloadable Content, a Feature of Nearly Every New Game," *Business Insider*, May 27, 2021, available at https://www.businessinsider.com/guides/tech/dlc-meaning, accessed on March 19, 2025

- Christian Vaz, "Is Escape from Tarkov on Steam?" *PC Games N*, November 15, 2023, available at https://www.pcgamesn.com/escape-from-tarkov/steam-release-date, accessed on March 24, 2025

- Christopher Dring, "Why Do Gamers Still Buy Physical Games?" *Gamesindustry.biz*, September 14, 2018, available at https://www.gamesindustry.biz/why-do-gamers-still-buy-physical-games, accessed on January 21, 2025

Appendix C – Documents Relied Upon

- Christopher Grant, "Destiny 2 is Coming to Steam in September," *Polygon*, June 6, 2019, available at https://www.polygon.com/2019/6/6/18655469/destiny-2-steam-pc-release-date, accessed on March 15, 2025

- Circana, "Industries: Video Games," available at https://www.circana.com/industry-expertise/video-games/, accessed on March 16, 2025

- CJ Wheeler, "Fall Guys Goes Free to Play but Exclusive to Epic Games Store from Today," *Rock Paper Shotgun*, June 21, 2022, https://www.rockpapershotgun.com/fall-guys-goes-free-to-play-but-exclusive-to-epic-games-store-from-today, accessed on March 15, 2025

- Clara Ludmir, "3 Ways Grocery Brands Can Compete Amidst Inflation And Private Label Momentum," *Forbes*, May 16, 2023, available at https://www.forbes.com/sites/claraludmir/2023/05/16/3-ways-brands-can-compete-amidst-private-label-momentum/, accessed on March 23, 2025

- Colin Moriarty, "The Last of Us Review," *IGN*, June 5, 2013, available at https://www.ign.com/articles/2013/06/05/the-last-of-us-review, accessed on March 13, 2025

- Craig McNary, "This is an Xbox," *Microsoft Xbox Wire*, November 14, 2024, available at https://news.xbox.com/en-us/2024/11/14/this-is-an-xbox/, accessed on January 23, 2025

- Crate Entertainment, "Grim Dawn," available at https://www.grimdawn.com/, accessed on March 20, 2025

- CrazyGames Documentation, "In-Game Purchases," available at https://docs.crazygames.com/sdk/in-game-purchases/, accessed on March 16, 2025

- Cristina Alexander, "PlayStation CEO: Sony is Sticking to Its Current PC Strategy for PS5 Exclusives," *IGN*, May 19, 2023, available at https://www.ign.com/articles/playstation-ceo-sony-is-sticking-to-its-current-pc-strategy-for-ps5-exclusives, accessed on January 23, 2025

- Cristina Alexander, "Stardew Valley Coming to Apple Arcade," *IGN*, June 28, 2023, available at https://www.ign.com/articles/stardew-valley-coming-to-apple-arcade, accessed on March 16, 2025

- Dan Milmo, "Microsoft Completes $69bn Deal to Buy Call of Duty Maker Activision Blizzard," *The Guardian*, October 13, 2023, available at https://www.theguardian.com/business/2023/oct/13/microsoft-deal-to-buy-call-of-duty-maker-activision-blizzard-cleared-by-uk, accessed on March 16, 2025

- Dan Pearson, "EA Adding Third Party Games to Origin," *GamesIndustry.biz*, October 28, 2011, available at https://www.gamesindustry.biz/ea-adding-third-party-games-to-origin, accessed on March 15, 2025

Appendix C – Documents Relied Upon

- Daniel Richardson, "Red Dead Redemption 2 is Leaving Xbox Game Pass," *Game Rant*, August 20, 2020, available at https://gamerant.com/red-dead-redemption-2-leaving-xbox-game-pass/, accessed on March 24, 2025.

- Danielle Rose, "Is Roblox on Steam?" *PCGamesN*, available at https://www.pcgamesn.com/roblox/steam, accessed on March 23, 2025

- Dark Catt Studios, "Home," available at https://darkcatt.com, accessed on March 17, 2025

- David Curry, "Roblox Revenue and Usage Statistics (2025)," *Business of Apps*, February 24, 2025, available at https://www.businessofapps.com/data/roblox-statistics, accessed on March 24, 2025

- David Daw, "Hands-on with Steam's Big Picture Mode," *PCWorld*, September 14, 2012, available athttps://www.pcworld.com/article/461313/hands_on_with_steam_s_big_picture_mode.html, accessed on January 23, 2025

- David James, "Best Gaming PCs: These Are the Rigs and Brands I Recommend in 2025," *PC Gamer*, January 14, 2025, available at https://www.pcgamer.com/best-gaming-pc/, accessed on January 15, 2025

- Dean Takahashi, "Emerging Developers on Roblox are Gaming's Rising Stars | The DeanBeat," *VentureBeat*, December 1, 2023, available at https://venturebeat.com/games/young-developers-are-gamings-rising-stars-on-roblox-the-deanbeat/, accessed on March 20, 2025

- Dean Takahashi, "The Making of the Xbox: How Microsoft Unleashed a Video Game Revolution," *VentureBeat*, November 14, 2011, available at https://venturebeat.com/games/making-of-the-xbox-1/, accessed on March 16, 2025

- Devolver Digital, "About," available at https://www.devolverdigital.com/about, accessed on January 13, 2025

- Devolver Digital, "Discover Our Games," available at https://www.devolverdigital.com/, accessed on January 18, 2025

- Dominik Bošnjak, "Cyberpunk 2077 and Phantom Liberty Drop to Lowest-Ever Prices on Steam," *Game Rant*, available at https://gamerant.com/cyberpunk-2077-phantom-liberty-lowest-ever-price-deal-steam-spring-sale/, accessed on March 23, 2025

- Don Reisinger, "EA Launches Origin, Takes Aim at Steam," *CNET*, June 3, 2011, available at https://www.cnet.com/tech/gaming/ea-launches-origin-takes-aim-at-steam/, accessed on March 24, 2025

- EA Help, "How to Use the EA App," October 11, 2023, available at https://help.ea.com/en/help/ea/ea-app/how-to-use-ea-app/, accessed on March 23, 2025

Appendix C – Documents Relied Upon

- Eddie Makuch, "After Skipping Steam, The Division 2 Sees Uplay Sales Grow 10X Over Original," *GameSpot*, May 15, 2019, available at https://www.gamespot.com/articles/after-skipping-steam-the-division-2-sees-uplay-sal/1100-6466942/, accessed on March 17, 2025

- Eddie Makuch, "Epic Store Will Have More Exclusives Than Ever in 2021/2022," *GameSpot*, February 8, 2021, available at https://www.gamespot.com/articles/epic-store-will-have-more-exclusives-than-ever-in-2021-2022/1100-6487228/, accessed on January 21, 2025

- Eddie Makuch, "Ubisoft Explains Why It Doesn't Release Games on Steam," *GameSpot*, August 29, 2019, available at https://www.gamespot.com/articles/ubisoft-explains-why-it-doesnt-release-games-on-st/1100-6469502/, accessed on March 14, 2025

- Electronic Arts, "EA Play," available at https://www.ea.com/ea-play, accessed on February 24, 2025

- Electronic Arts, "EA SPORTS FC™ 25 Release Dates & Early Access - Official Site," July 17, 2024, available at https://www.ea.com/games/ea-sports-fc/fc-25/news/fc-25-release-dates, accessed on March 12, 2025

- Electronic Arts, "EA Sports Madden NFL 25," available at https://www.ea.com/games/madden-nfl/madden-nfl-25/buy, accessed on March 14, 2024

- Electronic Arts, "The Sims 4," available at https://www.ea.com/games/the-sims/the-sims-4, accessed on March 21, 2025

- Emily Heller, "Which Edition of Fallout 76 Should You Buy?" *Polygon*, November 7, 2018, available at https://www.polygon.com/deals/2018/11/7/18072226/fallout-76-editions-standard-deluxe-tricentennial-power-armor, accessed on March 15, 2025

- Entertainment Software Association,"2021 Essential Facts About the Video Game Industry," available at https://web.archive.org/web/20220208060652/https://www.theesa.com/wp-content/uploads/2021/08/2021-Essential-Facts-About-the-Video-Game-Industry-1.pdf, accessed on March 22, 2025

- Epic Games Store, "League of Legends," available at https://store.epicgames.com/en-US/p/league-of-legends, accessed on March 21, 2025

- Epic Games Store, "Play Fortnite," available at https://www.fortnite.com/download?lang=en-US, accessed on March 15, 2025

- Epic Games Store, "PUBG Battlegrounds," available at https://store.epicgames.com/en-US/p/pubg-59c1d9, accessed on March 15, 2025

Appendix C – Documents Relied Upon

- Epic Games Store, "Tom Clancy's Rainbow Six Siege," available at https://store.epicgames.com/en-US/p/rainbow-six-siege, accessed on March 21, 2025

- Epic Games Store, "Valorant," available at https://store.epicgames.com/en-US/p/valorant, accewssed on March 21, 2025

- Epic Games, "About Epic Games," available at https://www.epicgames.com/site/en-US/about, accessed on March 14, 2025

- Epic Games, "How Do I Play Rocket League with a Friend on a Different Platform?" available at https://www.epicgames.com/help/en-US/c-Category_RocketLeague/c-RocketLeague_Gameplay/how-do-i-play-rocket-league-with-a-friend-on-a-different-platform-a000084581, accessed on March 15, 2025

- Epic Games, "Packaging Projects," available at https://dev.epicgames.com/documentation/en-us/unreal-engine/packaging-unreal-engine-projects#orderingyourpakfile, accessed on March 16, 2025

- Epic Games, "Rocket League Cross-Platform Progression," available at https://www.epicgames.com/help/en-US/c-Category_RocketLeague/c-RocketLeague_Gameplay/rocket-league-cross-platform-progression-a000084528, accessed on March 15, 2025

- Epic Games, "Shadow Complex Remastered," available at https://store.epicgames.com/en-US/p/shadow-complex, accessed on March 14, 2025

- Epic Games, "The Epic Games Store is Now Live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on March 15, 2025

- Evan Lahti, "The Latest Big Game on Steam is Fragpunk, or as I Like to Call It, 'Kitchen-Sink Counter-Strike'," *PC Gamer*, March 13, 2025, available at https://www.pcgamer.com/games/fps/the-latest-big-game-on-steam-is-fragpunk-or-as-i-like-to-call-it-kitchen-sink-counter-strike/, accessed on March 20, 2025

- Evans Karanja, "World of Warcraft Vs Final Fantasy XIV: Which One is Better?" *Gaming*, May 4, 2022, available at https://www.gaming.net/world-of-warcraft-vs-final-fantasy-xiv-which-one-is-better/, accessed on March 15, 2025

- Factorio, "Buy Factorio," available at https://www.factorio.com/buy, accessed on January 15, 2025

- Fanatical, "Atomic Heart," available at https://www.fanatical.com/en/game/atomic-heart, accessed on March 24, 2025

- Fanatical, "About Us," available at https://www.fanatical.com/en/about-us, accessed on January 21, 2025

Appendix C – Documents Relied Upon

- FastSpring, "All-in-One Global Payment Platform for Your Games," available at https://fastspring.com/solutions/gaming/, accessed on March 13, 2025

- Federal Reserve, "Foreign Exchange Rates – H.10," available at https://www.federalreserve.gov/releases/H10/hist/dat00_eu.htm, accessed on March 6, 2025

- Federal Trade Commission, "Monopolization Defined," available at https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/single-firm-conduct/monopolization-defined, accessed March 15, 2025

- FilmTake, "Netflix's Licensing Surge: Resuming Role as Hollywood's Content Aggregator," February 13, 2024, available at https://www.filmtake.com/distribution/netflix-reverses-course-to-reembrace-third-party-content-licensing/, accessed on March 23, 2025

- FragPunk, "Be Any Lancer You Want to Be," available at https://www.fragpunk.com/fab/1/?msclkid=a06f530aecdf1502322934d63e9874e1#/, accessed on March 20, 2025Crate Ent

- Gabe Gurwin, "Cloud Gaming vs. Console Gaming: The Pros and Cons of Each" *digitaltrends*, October 3, 2019, available at https://www.digitaltrends.com/gaming/cloud-gaming-vs-console-gaming/, accessed on March 24, 2025

- Gabe Wollenburg, "Square Announces Pay-Online Play Online," *RPGamer*, available at https://web.archive.org/web/20130202144831/http://www.rpgamer.com/news/Q3-2000/071800a.html, accessed on March 16, 2025

- Gabriel Machado Pureza, "April 17 Will Be the End of an Era for EA," *Game Rant*, January 20, 2025, available at https://gamerant.com/ea-origin-shut-down-date/, accessed on January 22, 2025

- Game Central, "Why I Sold My PS5 to Get a Steam Deck and Never Looked Back – Reader's Feature," *Metro*, December 28, 2024, available at https://metro.co.uk/2024/12/28/sold-ps5-get-a-steam-deck-never-looked-back-readers-feature-22244508/, accessed on January 23, 2025

- Gamescrye, "In 2022 Is the Indie Video Game Market Oversaturated?" January 31, 2023, available at https://gamescrye.com/blog/in-2022-is-the-indie-video-game-market-oversaturated/, accessed on January 15, 2025

- Gamesindustry.biz, "The PC Gaming Industry in 2008," March 23, 2009, available at https://www.gamesindustry.biz/the-pc-gaming-industry-in-2008-report-offering-an-overview-of-what-it-reckons-has-become-an-11-billion-industry, accessed on March 23, 2025

- GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on March 18, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Genshin Impact, "Genshin Impact – Step into a Vast Magical World of Adventure," available at https://genshin.hoyoverse.com/en/, accessed on January 21, 2025

- Georgie Peru and Matthew S. Smith, "Gaming PC vs. Console: Which Should You Buy in 2024?" *IGN*, May 6, 2024, available at https://www.ign.com/articles/gaming-pc-vs-console-differences, accessed on March 16, 2025

- Gerald Lynch, "Nintendo Switch 2's Biggest Competition Isn't PS5 or Xbox – It's Portable PCs," *TechRadar*, February 22, 2023, available at https://www.techradar.com/features/nintendo-switch-2s-biggest-competition-isnt-ps5-or-xbox-its-portable-pcs, accessed on March 18, 2025

- GG.deals, "Cyberpunk 2077," available at https://gg.deals/game/cyberpunk-2077/, accessed on March 23, 2025

- Giorgio Sardo, "Microsoft Store Grows with the Developer Community," *Microsoft*, May 24, 2022, available at https://blogs.windows.com/windowsdeveloper/2022/05/24/microsoft-store-grows-with-the-developer-community/, accessed on March 23, 2025

- GlobeNewswire, "Paradox Interactive Launches Large-Scale International Digital Distribution Service," November 20, 2006, available at https://www.globenewswire.com/news-release/2006/11/20/351416/109087/en/Paradox-Interactive-Launches-Large-Scale-International-Digital-Distribution-Service.html, accessed on December 8, 2023

- Grand View Research, "Cloud Gaming Market Size, Share & Growth Report, 2030," available at https://www.grandviewresearch.com/industry-analysis/cloud-gaming-market, accessed on March 25, 2025

- Green Man Gaming, "Final Fantasy XIV Online Starter Edition," available at https://www.greenmangaming.com/games/final-fantasy-xiv-online-starter-edition/, accessed on March 21, 2025

- Green Man Gaming, "We're Green Man Gaming," available at https://www.greenmangaming.com/who-we-are/, accessed on January 21, 2025

- Greg Rice, "How to Pitch Your Game to PlayStation," *Sony Interactive Entertainment*, March 19, 2021, available at https://sonyinteractive.com/en/news/blog/how-to-pitch-your-game-to-playstation/, accessed on March 16, 2025

- Hannah Townsend, "Back 4 Blood vs. Left 4 Dead: Differences and Similarities," *Pro Game Guides*, October 26, 2021, available at https://progameguides.com/back-4-blood/back-4-blood-vs-left-4-dead-differences-and-similarities, accessed on March 15, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Harrison Abbott, "What Time Will 'Battlefield 2042' Release on Xbox, PlayStation and PC," *Newsweek*, November 18, 2021, available at https://www.newsweek.com/battlefield-2042-release-time-xbox-playstation-pc-1650777, accessed on March 12, 2025

- Hi-Rez, "Home," available at https://www.hirezstudios.com, accessed on March 20, 2025

- Hi-Rez, "Smite 2," available at https://www.smite2.com/, accessed on March 20, 2025

- Honkai Star Rail, "Honkai: Star Rail Official Site" available at https://hsr.hoyoverse.com/en-us/, accessed on January 13, 2025

- Hope Corrigan, "Steam-Like Curated Playlists Now on PSN," *IGN*, June 2, 2017, available at https://www.ign.com/articles/2017/05/24/playstation-store-now-has-steam-like-curated-playlists, accessed on March 16, 2025

- HP, "Gaming Evolution: From PC Gaming to Cloud Gaming," January 21, 2025, available at https://www.hp.com/us-en/shop/tech-takes/gaming-evolution-pc-to-cloud-gaming, accessed on March 24, 2025

- HP, "The Future of Gaming: Comparing PC and Cloud Gaming in Singapore," February 12, 2025, available at https://www.hp.com/sg-en/shop/tech-takes/post/gaming-evolution-pc-to-cloud-gaming, accessed on March 24, 2025

- Humble, "Atomic Heart," available at https://www.humblebundle.com/store/atomic-heart, accessed on March 24, 2025

- Humble Bundle, "Get Pacific Drive with March's Humble Choice!" available at https://www.humblebundle.com/membership, accessed on March 20, 2025

- Humble Bundle, "The Best Way to Sell Your Game from Your Website," available at https://www.humblebundle.com/developer/widget, accessed on March 23, 2025

- Humble Bundle, "What is Humble Bundle?" available at https://www.humblebundle.com/about, accessed on January 21, 2025

- Humble Support, "Widget Developer FAQ," available at https://support.humblebundle.com/hc/en-us/articles/202742190-Widget-Developer-FAQ, accessed on March 23, 2025

- Humble Widgets, "The Best Way to Sell Your Game from Your Website," available at https://www.humblebundle.com/developer/widget, accessed on March 23, 2025

- Ian Boudreau, "Tencent Has Launched the Global Version of WeGame," *PCGamesN*, April 7, 2019, available at https://www.pcgamesn.com/tencent-launches-wegame-x, accessed on March 14, 2025

- Ian Stokes, "Call of Duty Games in Order: Chronological and Release," *True Achievements*, October 15, 2024, available at

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

https://www.trueachievements.com/n55514/call-of-duty-games-in-order, accessed on March 15, 2025

- IDC, "About IDC," available at https://www.idc.com/about, accessed on March 16, 2025

- IGN, "Back 4 Blood," available at https://www.ign.com/games/back-4-blood, accessed on March 19, 2025

- IGN, "IGN Entertainment Launches Direct2Drive," June 16, 2012, available at https://www.ign.com/articles/2004/09/10/ign-entertainment-launches-direct2drive, accessed on March 16, 2025

- IGN, "The Best PlayStation Exclusives of All Time," April 22,2022, available at https://www.ign.com/articles/best-playstation-exclusives, accessed on January 24, 2025

- InnoGames, "Forge of Empires," available at https://us-play.forgeofempires.com/, accessed on March 23, 2025

- IsThereAnyDeal, "Cyberpunk 2077," available at https://isthereanydeal.com/game/cyberpunk-2077/info/, accessed on March 23, 2025

- Itch.io, "Creator FAQ," available at https://itch.io/docs/creators/faq, accessed on April 19, 2024

- Itch.io, "itch.io App FAQ," available at https://itch.io/docs/app/faq, accessed on January 13, 2025

- Itch.io, "Pricing," available at https://itch.io/docs/creators/pricing, accessed on April 19, 2024

- Itch.io, "Top Games for Web," available at https://itch.io/games/platform-web, accessed on March 23, 2025

- Itch.io, "Top Games," available at https://itch.io/games/, accessed on March 17, 2025

- Itch.io, "Wolfire Games," available at https://wolfiregames.itch.io/, accessed on March 17, 2025

- Jacob Roach and Kevin Parrish, "What is Cloud Gaming?" *Digital Trends*, September 2, 2021, available at https://www.digitaltrends.com/gaming/what-is-cloud-gaming-explained/#dt-heading-what-is-cloud-gaming, accessed on March 17, 2025

- Jacob Roach, "What is DRM in Video Games and How Does It Work?" *Digital Trends*, May 13, 2022, available at https://www.digitaltrends.com/gaming/what-is-drm-in-video-games/, accessed on January 22, 2025

- James Archer, "'The Community Continues to Blow Our Minds': Valve Talk the Steam Deck, One Year On," *Rock Paper Shotgun*, March 7, 2023, available at

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

https://www.rockpapershotgun.com/the-community-continues-to-blow-our-minds-valve-talk-the-steam-deck-one-year-on, accessed on January 15, 2025

- James Dorn, "Yes, You Can Add Ubisoft Games to Your Steam Library," *Expert Beacon*, May 13, 2024, available at https://expertbeacon.com/can-i-add-ubisoft-games-to-steam/, accessed on March 23, 2025

- James Mattone, "Call of Duty®: Modern Warfare® II Launch — Everything You Need to Know Before the New Era Begins with Campaign Early Access*", *Call of Duty*, October 18, 2022, available at https://www.callofduty.com/blog/2022/10/call-of-duty-modern-warfare-II-campaign-early-access-launch-overview, accessed on March 23, 2025

- Jay Peters, "The Switch 2 is Almost Here — but PC Handhelds Are Giving It Big Competition," *The Verge*, January 9, 2025, available at https://www.theverge.com/2025/1/9/24339466/nintendo-switch-2-pc-gaming-handhelds-steamos, accessed on January 15, 2025

- Jeff Dunn, "Full Steam Ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on March 17, 2025

- Jeffrey Grubb, "Sony Will Allow Indie Devs to Publish Their Own Games on PlayStation 4," *VentureBeat*, June 10, 2013, available at https://venturebeat.com/games/sony-will-allow-indie-devs-to-publish-their-own-games-on-playstation-4/, accessed on March 16, 2025

- Jeffrey Parkin, "How to Get the Epic Games Launcher on Your Steam Deck," *Polygon*, January 11, 2023, available at https://www.polygon.com/guides/23548311/epic-games-launcher-steam-deck-install-protonup, accessed on March 14, 2025

- Jeffrey Rousseau, "Call of Duty Will Return to Steam with the Launch of Call of Duty: Modern Warfare 2," *GamesIndustry.biz*, June 8, 2022, available at https://www.gamesindustry.biz/call-of-duty-will-return-to-steam-with-the-launch-of-call-of-dutymodern-warfare-ii, accessed on March 14, 2025

- Jennifer Mendez, "Are Distributors the New Publishers?" *Game Developer*, July 27, 2017, available at https://www.gamedeveloper.com/business/are-distributors-the-new-publishers, accessed on March 14, 2025

- Jeremy Larid, "New Figures Show Valve's Steam Deck Is Still by Far the Biggest Selling Handheld Gaming PC but the Form Factor Isn't Really Taking Off," *PC Gamer*, February 26, 2025, available at https://www.pcgamer.com/hardware/handheld-gaming-pcs/new-figures-show-valves-steam-deck-is-still-by-far-the-biggest-selling-handheld-gaming-pc-but-the-form-factor-isnt-really-taking-off/, accessed on March 16, 2025

- Jesse Lennox, "All Cross-Platform Games (PS5, Xbox Series X, PS4, Xbox One, Switch, PC)," *digitaltrends*, March 1, 2025, available at https://www.digitaltrends.com/gaming/all-cross-platform-games/, accessed on March 23, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Jesse Lennox, "I Ditched My Consoles and Went to Cloud Gaming for a Week – Here's How It Went," *digitaltrends*, May 1, 2023, available at https://www.digitaltrends.com/gaming/one-week-of-cloud-streaming/, accessed on

- Jessica Clement, "Distribution of Roblox Audiences Worldwide as of December 2023, by Platform," *Statista*, February 29, 2024, available at https://www.statista.com/statistics/1190919/roblox-games-users-global-distribution-platform, accessed on March 24, 2025

- Joanna Nelius, "Can't Decide Between the Switch and Steam Deck? Here's What You Should Know," *USA Today Reviewed*, February 21, 2023, available at https://reviewed.usatoday.com/laptops/features/nintendo-switch-vs-steam-deck, accessed on March 18, 2025

- Jody Macgregor, "Epic Paid $10.45 Million for Control's Exclusivity," *PC Gamer*, September 21, 2019, available at https://www.pcgamer.com/epic-paid-dollar1045-million-for-controls-exclusivity/, accessed on January 21, 2025

- Joe Skrebels, "Monster Hunter Rise Announced for Nintendo Switch, Coming Next March," *IGN*, September 20, 2020, available at https://www.ign.com/articles/monster-hunter-rise-nintendo-switch-release-date, accessed on March 20, 2025

- John Callaham, "Google Stadia Games—Here's the Full List," *Android Authority*, February 7, 2022, available at https://www.androidauthority.com/google-stadia-games-list-995367/, accessed on March 16, 2025

- John D. Hadricker, "Operationalizing the Hypothetical Monopolist Test," *U.S. Department of Justice*, available at https://www.justice.gov/archives/atr/operationalizing-hypothetical-monopolist-test, accessed on March 22, 2025

- John Hicks, "How the Xbox 360 Won the Console War," *Tech Radar*, November 6, 2013, available at https://www.techradar.com/news/gaming/consoles/how-the-xbox-360-won-the-console-war-1196990, accessed on March 16, 2025

- John Papadopoulos, "Report: Fortnite Made $203 Million in May 2019, PUBG Keeps Selling Millions of Units," *DSO Gaming*, June 22, 2019, available at https://www.dsogaming.com/news/report-fortnite-made-203-million-in-may-2019-pubg-keeps-selling-millions-of-units, accessed on March 15, 2025

- Jon Fingas, "'Doom Eternal' and other Bethesda games are coming to Steam," Engadget, March 25, 2019, available at https://www.engadget.com/2019-03-25-new-bethesda-games-come-to-steam.html, accessed on March 25, 2025

- Jon Porter, "Steam is Getting Expanded Xbox Controller Support," *The Verge*, January 7, 2021, available at https://www.theverge.com/2021/1/7/22218381/steam-beta-xbox-elite-controller-paddles-bind-ps5-player-led, accessed on January 23, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Jordan Fragen, "Meta Quest revenue figures for VR games and apps revealed," *VentureBeat*, October 11, 2022, available at https://venturebeat.com/games/meta-quest-revenue-october-22/, accessed on March 14, 2025

- Jordan Gerblick, "GTA 6 Publisher Says It 'Isn't Complicated for Us to Support' PC and, Great, Cool, So Where's That GTA 6 PC Announcement?" *GamesRadar*, November 6, 2024, available at https://www.gamesradar.com/games/grand-theft-auto/gta-6-publisher-says-it-isnt-complicated-for-us-to-support-pc-and-great-cool-so-wheres-that-gta-6-pc-announcement/, accessed on March 16, 2025

- Jordan Minor, "The Best Video Game Subscription Services," *PC Mag*, January 10, 2025, available at https://www.pcmag.com/picks/the-best-video-game-subscription-services, accessed on March 15, 2025

- Jordan Minor, "Valve Steam Controller Review," *PC Mag*, November 10, 2015, available at https://www.pcmag.com/reviews/valve-steam-controller, accessed on March 15, 2025

- Josh Gibson, "Opinion: Tripwire, Steam, and How We're not Getting Exploited," *Gave Developer*, available at https://www.gamedeveloper.com/game-platforms/opinion-tripwire-steam-and-how-we-re-not-getting-exploited, accessed on March 26, 2025

- Josh Adams, "PlayStation 4 and Xbox One Now Supported!" *Unreal Engine*, April 24, 2014, available at https://www.unrealengine.com/en-US/blog/playstation-4-and-xbox-one-now-supported, accessed on January 22, 2025

- Joshua Wolens, "At Long Last, the Steam Deck UI Has Replaced Steam's Big Picture Mode," *PC Gamer*, February 2, 2023, available at https://www.pcgamer.com/at-long-last-the-steam-deck-ui-has-replaced-steams-big-picture-mode/, accessed on January 23, 2025

- Jowi Morales, "Handheld Gaming Consoles vs. Smartphones: 6 Questions You Should Ask Before Buying," *MakeUseOf*, August 12, 2022, available at https://www.makeuseof.com/handheld-gaming-consoles-vs-smartphones/, accessed on March 14, 2025

- Jupiter Hadley, "The Best Browser Games," *PC Gamer*, February 26, 2025, available at https://www.pcgamer.com/best-browser-games/, accessed on March 17, 2025

- Kaavya Karthikeyan, "Indie Games: Everything You Need to Know," *Gameopedia*, January 17, 2022, available at https://web.archive.org/web/20240813180106/https://www.gameopedia.com/indie-games-everything-you-need-to-know, accessed on March 14, 2025

- Kasia Davies, "Revenue Share of Gamestop Worldwide in 2023, by Category," *Statista*, January 14, 2025, available at

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

24

Appendix C – Documents Relied Upon

https://www.statista.com/statistics/568893/global-revenue-share-of-gamestop-by-category/, accessed on January 21, 2025

- Keith Stuart and Alex Hern, "Minecraft Sold: Microsoft Buys Mojang for $2.5bn," *The Guardian*, September 15, 2014, available at https://www.theguardian.com/technology/2014/sep/15/microsoft-buys-minecraft-creator-mojang-for-25bn, accessed on March 16, 2025

- Keith Stuart, "PlayStation Boss on PS4 Pro: Our Approach Isn't Reactive This Time Around," *The Guardian*, September 8, 2016, available at https://www.theguardian.com/technology/2016/sep/08/playstation-boss-andrew-house-ps4-pro-our-approach-isnt-reactive-this-time-around, accessed on March 18, 2025

- Kellen Browning, "'Crucial Time' for Cloud Gaming, Which Wants to Change How You Play," *The New York Times*, September 28, 2021, available at https://www.nytimes.com/2021/07/01/technology/cloud-gaming-latest-wave.html, accessed on March 19, 2025

- Ken Fisher, "Valve's Distribution System Picking Up Steam," *Ars Technica*, November 23, 2005, available at https://arstechnica.com/uncategorized/2005/11/5616-2/, accessed on March 24, 2025

- Khee Hoon Chan, "A Closer Look at Tencent, the World's Biggest Game Company," *Polygon*, March 2, 2022, available at https://www.polygon.com/22949530/tencent-the-worlds-biggest-video-game-company, accessed on March 14, 2025

- Kongregate, "Kreds & Virtual Goods," available at https://docs.kongregate.com/docs/concepts-virtual-goods, accessed on March 16, 2025

- Kyle Orland, "Analyst: Downloadable Titles Make Up 92% Of PC Games Market," *Ars Technica*, August 18, 2014, available at https://arstechnica.com/gaming/2014/08/analyst-downloadable-titles-make-up-92-of-pc-games-market/, accessed on March 24, 2025

- Kyle Orland, "So Long, Origin? EA Comes Back to Steam with New Games," *Ars Technica*, October 29, 2019, available at https://arstechnica.com/gaming/2019/10/so-long-origin-ea-comes-back-to-steam-with-new-games/, accessed on March 24, 2025

- Kyle Orland, "Ubisoft Comes Crawling Back to Steam After Years on Epic Games Store," *Ars Technica*, November 22, 2022, available at https://arstechnica.com/gaming/2022/11/ubisoft-comes-crawling-back-to-steam-after-years-on-epic-games-store/, accessed on March 14, 2025

- Kyle Orland, "Why Valve Actually Gets Less Than 30 Percent of Steam Game Sales," *Ars Technica*, April 4, 2019, available at https://arstechnica.com/gaming/2019/04/why-valve-actually-gets-less-than-30-percent-of-steam-game-sales/, accessed on March 23, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Kyle Wilson, "How to Download Roblox on a Windows PC and Join Millions of Users on the Gaming Platform," *Business Insider*, November 5, 2021, available at https://www.businessinsider.com/guides/tech/roblox-download-pc, accessed on March 14, 2025

- Laura-May Randall, "What Is Steam Big Picture Mode, and How Do You Use It?" *MakeUseOf*, August 7, 2023, available at https://www.makeuseof.com/what-is-steam-big-picture-mode-explained/, accessed on January 16, 2025

- Lawrence Phillips, "When Did Apex Legends Come Out? Release Dates for PC, Console and Mobile," *Esports.gg*, February 14, 2023, available at https://esports.gg/news/apex-legends/when-did-apex-legends-come-out-release-dates-for-pc-console-and-mobile/, accessed on March 12, 2025

- Leigh Alexander, "Interview: Direct2Drive's Berger on the Evolving Digital Distro Space," *Gamasutra*, October 14, 2009, available at https://web.archive.org/web/20100510082645/http://www.gamasutra.com/view/news/25610/Interview_Direct2Drives_Berger_On_The_Evolving_Digital_Distro_Space.php, accessed on January 18, 2025

- Lewis Painter, "Nintendo Switch 2 vs Steam Deck OLED: What's the Difference?" *Trusted Reviews*, January 17, 2025, available at https://www.trustedreviews.com/versus/nintendo-switch-2-vs-steam-deck-oled-4584293, accessed on January 22, 2025

- Lincoln Carpenter, "New Report Says PC Games Are Outselling Console Games, Calling PC Gaming a "Bright Spot" in a Troubled Industry," *PCGamer*, January 15, 2025, available at https://www.pcgamer.com/gaming-industry/new-report-says-pc-games-are-outselling-console-games-calling-pc-gaming-a-bright-spot-in-a-troubled-industry, accessed on March 16, 2025

- LizLa Londe, "New Riot Client Coming Soon," *Riot Games*, September 16, 2021, available at https://www.riotgames.com/en/news/new-riot-client-coming-soon, accessed on January 14, 2025

- Luke Plunkett, "PC Download Stores Arguing Over Who Comes After Steam," *Kotaku*, December 1, 2009, available at https://kotaku.com/pc-download-stores-arguing-over-who-comes-after-steam-5415837, accessed on January 18, 2025

- Maddy Myers, "Is the Nintendo Switch 2 Joy-Con Really a Mouse?" *Polygon*, January 16, 2025, available at https://www.polygon.com/nintendo-switch-2/509821/nintendo-switch-2-joy-con-mouse-rumor-confirmed, accessed on March 17, 2025

- Mark Knapp, "Valve Appears to be Working on tts Own Google Stadia Cloud-Gaming Competitor," *Digital Trends*, November 6, 2019, available at https://www.digitaltrends.com/gaming/valve-steam-cloud-gaming-google-stadia-competition, accessed on March 18, 2025

Appendix C – Documents Relied Upon

- market.us, "Global Cloud Gaming Market," February 2024, available at https://market.us/report/cloud-gaming-market, accessed on March 24, 2025

- Marshall Honorof, "Valve Steam Deck vs Nintendo Switch OLED: What Should You Buy?" *Tom's Guide*, March 8, 2022, available at https://www.tomsguide.com/news/valve-steam-deck-vs-nintendo-switch-oled, accessed on March 18, 2025

- Martyn Carroll, "30 Years of Game Boy: How Nintendo's Modest Handheld Became a Such a Massive Success," *GamesRadar*, April 23, 2019, available at https://www.gamesradar.com/30-years-of-game-boy-how-nintendos-modest-handheld-became-a-such-a-massive-success/, accessed on March 16, 2025

- Marvel Rivals, "Marvel Rivals – The Super Hero Team-Based PVP Shooter," available at https://www.marvelrivals.com/, accessed on March 24, 2025

- Matt Sayer and Tyler Wilde, "The 19-Year Evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on March 17, 2025

- Matthew Buzzi, "5 Awesome Features on the Valve Steam Controller," *PC Mag*, October 17, 2015, available at https://www.pcmag.com/news/5-awesome-features-on-the-valve-steam-controller, accessed on March 15, 2025

- Max Candelarezi, "Call of Duty: Black Ops 6 Crossplay, Explained," *Game Rant*, October 23, 2024, available at https://gamerant.com/cod-black-ops-6-have-crossplay/, accessed on March 20, 2025

- Max Parker, "Rocket League Free to Play Arrives September 23," *Rocket League*, September 15, 2020, available at https://www.rocketleague.com/en/news/rocket-league-free-to-play-arrives-september-23, accessed on March 15, 2025

- Max Power Gaming, "How Dead Rails Became the Hottest Roblox Game," available at https://maxpowergaming.co/so/ebPM1PnsH, accessed on March 20, 2025

- Maxwell Jeffery, "Should You Buy Black Ops 6 on Steam, Battle.net, or Xbox Store?" *Gaming Intel*, available at http://gamingintel.com/black-ops-6-steam-battle-net-xbox/, accessed on March 23, 2025

- Merriam-Webster, "Video Game," available at https://www.merriam-webster.com/dictionary/video%20game, accessed on March 13, 2025

- Meta, "Home," available at https://www.meta.com/experiences/, accessed on March 24, 2025

- Michael McWhertor, "Counter-Strike 2 is Now Available, Replacing CS:GO," *Polygon*, September 27, 2023, available at https://www.polygon.com/23889113/counter-strike-2-release-date-steam-cs2-launch, accessed on March 15, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Michael Mcwhertor, "The Division 2 Coming to Epic Games Store, Skipping Steam," *Polygon*, January 9, 2019, available at https://www.polygon.com/2019/1/9/18174375/division-2-pc-epic-games-store-steam, accessed on March 24, 2025

- Microsoft, "Buy Palworld (Game Preview)," available at https://www.xbox.com/en-US/games/store/palworld-game-preview/9NKV34XDW014?msockid=269b64bc9e276312034871c79fa16239, accessed on March 21, 2025

- Microsoft, "Call of Duty: Black Ops 6 – Standard Edition (Windows)," available at https://www.xbox.com/en-US/games/store/call-of-duty-black-ops-6-standard-edition-windows/9PNCL2R6G8D0?msockid=269b64bc9e276312034871c79fa16239, accessed on March 19, 2025

- Microsoft, "Coming Soon to Game Pass: Avowed, Madden NFL 25, and More," available at https://news.xbox.com/en-us/2025/02/04/xbox-game-pass-february-2025-wave-1/, accessed on March 21, 2025

- Microsoft, "Diablo IV," available at https://www.xbox.com/en-US/games/diablo-iv, accessed on March 23, 2015

- Microsoft, "League of Legends," available at https://www.xbox.com/en-US/games/store/league-of-legends/9pb301r051cq?msockid=269b64bc9e276312034871c79fa16239, accessed on March 21, 2025

- Microsoft, "Microsoft Store," available at https://apps.microsoft.com/home, accessed on March 23. 2025

- Microsoft, "Navigate with a Mouse and Keyboard," available at https://support.xbox.com/en-US/help/hardware-network/accessories/mouse-keyboard, accessed on March 16, 2025

- Microsoft, "Overwatch 2: Available Now on Xbox Game Pass," available at https://www.xbox.com/en-US/games/overwatch-2, accessed on February 14, 2025

- Microsoft, "Playing an Xbox Console Game with Cloud Gaming Versus Installing It" available at https://support.xbox.com/en-US/help/games-apps/cloud-gaming/playing-console-game-from-cloud-versus-installing, accessed on March 24, 2025

- Microsoft, "Valorant," available at https://www.xbox.com/en-US/games/valorant?msockid=269b64bc9e276312034871c79fa16239, accessed on March 24, 2025

- Microsoft, "Welcome to Game Pass," available at https://www.xbox.com/en-US/xbox-game-pass/getting-started, accessed on March 15, , 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY                28

Appendix C – Documents Relied Upon

- Microsoft, "Welcome to Xbox Game Studios," available at https://www.xbox.com/en-US/xbox-game-studios, accessed on March 23, 2025

- Microsoft, "World of Warcraft," available at https://apps.microsoft.com/detail/xp9ckphr0jp7f7?hl=en-US&gl=US, accessed on March 20, 2025

- Microsoft, "Xbox Developer Programs," available at https://developer.microsoft.com/en-US/games/publish/, accessed on March 16, 2025

- Microsoft, "Xbox Game Pass," available at https://www.xbox.com/en-US/xbox-game-pass, accessed on March 23, 2025

- Mike Andronico, "Valve Steam Deck Versus Nintendo Switch OLED: Which Should You Buy?" *CNN underscored*, May 31, 2024, available at https://www.cnn.com/cnn-underscored/electronics/valve-steam-deck-vs-nintendo-switch-oled, accessed on April 18, 2024

- Mike Mahardy, "GDC 2015: Valve Announces Steam Controller Launch Window, Price," *IGN*, July 14, 2016, available at https://www.ign.com/articles/2015/03/04/gdc-2015-valve-announces-steam-controller-release-date-price, accessed on March 17, 2025

- Minecraft, "Buying Minecraft for Windows, MacOS, or Linux," available at https://help.minecraft.net/hc/en-us/articles/6660924652557-I-Want-to-Buy-Minecraft-on-a-Windows-10-11-Device, accessed on March 14, 2025

- Minecraft, "The Minecraft Partner Program," available at https://www.minecraft.net/en-us/partner, accessed on March 20, 2025

- Miniclip, "8 Ball Pool Official Page," available at https://8ballpool.com/en/shop, accessed on March 16, 2025

- Mitchell Clark, "Valve Will Start Selling the Steam Deck on February 25th," *The Verge*, January 26, 2022, available at https://www.theverge.com/2022/1/26/22902930/valve-steam-deck-release-date-gaming-handheld-pc/, accessed on March 17, 2025

- Mordor Intelligence, "Cloud Gaming Market Size & Share Analysis – Growth Trends & Forecasts (2025 – 2030)," available at https://www.mordorintelligence.com/industry-reports/cloud-gaming-market, accessed on March 25, 2025

- Morgan Park, "Monster Hunter Wilds Finally Has a Release Date, Will Mark the First Simultaneous PC Launch in the Series," *PC Gamer*, September 24, 2024, available at https://www.pcgamer.com/games/rpg/monster-hunter-wilds-finally-has-a-release-date-will-mark-the-first-simultaneous-pc-launch-in-the-series/, accessed on January 23, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Nat Smith, "Upcoming Game Pass Games," *PCGames N*, available at https://www.pcgamesn.com/pc-game-pass-games-list, accessed on March 24, 2025

- Newzoo, "59% of BR Players* Are Loyal to a Single Franchise," May 2019, available at https://newzoo.com/wp-content/uploads/2019/07/Battle_Royale_Player_Franchise_Loyalty-.png, accessed on March 15, 2025

- Newzoo, "About Newzoo," available at https://newzoo.com/about, accessed on March 15, 2025

- Newzoo, "Case Study: How Virtuos Uses Newzoo Data to Uncover the Games Market, Find Clients, and Deliver Great Projects," June 21, 2022, available at https://newzoo.com/resources/blog/case-study-how-virtuos-uses-newzoo-data-to-uncover-the-games-market, accessed on March 17, 2025

- Newzoo, "Fortnite," March 14, 2025, available at https://newzoo.com/games/fortnite, accessed on March 17, 2025

- Newzoo, "Frequently Asked Questions," available at https://platform.newzoo.com/help-center/answers-&-explanations/faq, accessed on March 20, 2025

- Newzoo, "Games Market Reports and Forecasts Fact Sheet," available at https://resources.newzoo.com/hubfs/Factsheets/Newzoo_Games_Market_Reports_Forecasts_Factsheet.pdf, accessed on March 19, 2025

- Newzoo, "Genshin Impact," March 14, 2025, available at https://newzoo.com/games/genshin-impact, accessed on March 17, 2025

- Newzoo, "Methodology," available at https://platform.newzoo.com/help-center/answers-&-explanations/methodology, accessed on March 20, 2025

- Newzoo, "Minecraft," March 14, 2025, available at https://newzoo.com/games/minecraft, accessed on March 17, 2025

- Newzoo, "The PC & Console Gaming Report 2024," April 2, 2024, available at https://newzoo.com/resources/trend-reports/pc-console-gaming-report-2024, accessed on March 22, 2024

- Nexon, "About Nexon America," available at https://www.nexon.com/nexon-america/en/about-nexon, accessed on January 13, 2025

- Nexon, "Welcome to the Nexon Launcher," available at https://www.nexon.com/main/en/download/launcher, accessed on January 13, 2025

- Nick Fernandez, "Amazon Luna: Everything You Need to Know About Amazon's Cloud Gaming Service," *Android Authority*, October 9, 2024, available at https://www.androidauthority.com/amazon-luna-1170676/, accessed on March 16, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Nick Statt and Sean Hollister, "Epic Games Takes on Steam with Its Own Fairer Game Store," *The Verge*, December 4, 2018, available at https://www.theverge.com/2018/12/4/18124203/epic-games-fortnite-valve-steam-game-store-distribution-unreal-engine, accessed on March 23, 2025

- Nick Statt, "Microsoft Will Distribute More Xbox Titles Through Steam and Finally Support Win32 Games," *The Verge*, May 30, 2019, available at https://www.theverge.com/2019/5/30/18645250/microsoft-xbox-game-studios-publishing-valve-steam-32-bit-windows, accessed on March 15, 2025

- Nick Statt, "Valve's New Steam Revenue Agreement Gives More Money to Game Developers," *The Verge*, November 30, 2018, available at https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition, accessed on March 15, 2025

- Nick Statt, "Why Epic Can't Afford to Lose the Unreal Engine in Its Legal Fight with Apple," *The Verge*, August 26, 2020, available at https://www.theverge.com/2020/8/26/21402443/epic-fortnite-apple-unreal-engine-ios-game-developers-lawsuit, accessed on January 22, 2025

- Nintendo, "About Nintendo," available at https://www.nintendo.com/us/about/, accessed on January 17, 2025

- Nintendo, "Dedicated Video Game Sales Units," December 31, 2024, available at https://www.nintendo.co.jp/ir/en/finance/hard_soft/index.html, accessed on February 14, 2025

- Nintendo, "Nintendo Official Site," available at https://www.nintendo.com/us/, accessed on January 24, 2025

- Nintendo, "Nintendo Switch 2," available at https://www.nintendo.com/successor/en-us/index.html, accessed on January 22, 2025

- Nintendo, "Nintendo Switch," available at https://www.nintendo.com/switch/system/, accessed on March 14, 2025

- NIQ, "Private Label Growth and How Emerging Brands Can Compete," December 5, 2022, available at https://nielseniq.com/global/en/insights/education/2022/private-label-growth-and-how-emerging-brands-can-compete/, accessed on March 18, 2025

- Noah Hunter, "The Best Places to Buy Nintendo Switch Games in 2025," *IGN*, February 18, 2025, available at https://www.ign.com/articles/where-to-buy-nintendo-switch-games, accessed on March 22, 2025

- Nvidia, "How to Play Games on GeForce NOW," available at https://www.nvidia.com/en-us/geforce-now/how-to-play/, accessed on March 20, 2025

- Oli Welsh, et al., "The 25 Best Games on Game Pass," *Polygon*, February 26, 2025, available at https://www.polygon.com/best-games/22372750/best-game-pass-games-xbox, accessed on March 24, 2025

Appendix C – Documents Relied Upon

- Olivia Richman, "How to Download Counter-Strike 2 to Play Now," *Esports Illustrated*, September 27, 2023, available at https://www.si.com/esports/csgo-cs2/how-to-download-counter-strike-2, accessed on March 23, 2025

- Orla Meehan, "Cross-Platform Players Are Spending More Time and Money on PC and Console Games," *Newzoo*, May 10, 2023, available at https://newzoo.com/resources/blog/cross-platform-players-spending-more-on-pc-and-console, accessed on March 16, 2025

- Patagonia, "Ski Jackets," available at https://www.patagonia.com/search/?q=ski%20jackets, accessed on March 14, 2025

- PatchKit, "Get Your Game to the World," available at https://patchkit.net/, accessed on March 13, 2025

- Patricia Hernandez, "The Game Store That Outshines Steam by Staying Small and Weird," *The Verge*, November 29, 2018, available at https://www.theverge.com/2018/11/29/18118217/itchio-steam-leaf-corcoran-pc-games-indie, accessed on March 16, 2025

- Patrick Farmer and Keegan Prosser, "Disney Plus: How to Sign Up, 2025 Content Guide, Movies & More," *Android Central*, October 3, 2024, available at https://www.androidcentral.com/disney-plus, accessed on March 23, 2025

- PC Mag, "Video Game," available at https://www.pcmag.com/encyclopedia/term/video-game, accessed on March 13, 2025

- Phil Hayton, "Nintendo Switch 2 vs Steam Deck: How Do Both Gaming Handhelds Compare?" *gamesradar+*, January 17, 2025, available at https://www.gamesradar.com/hardware/handhelds/nintedo-switch-2-vs-steam-deck/, accessed on March 16, 2025

- Plarium, "Gameplay," available at https://plarium.com/en/glossary/gameplay-meaning/, accessed on March 13, 2025

- PlayStation Store, "Elden Ring PS4 & PS5," available at https://store.playstation.com/en-us/product/UP0700-PPSA04610_00-ELDENRING0000000, accessed on January 21, 2025

- PlayStation, "Elden Ring," available at https://www.playstation.com/en-us/games/elden-ring/, accessed on January 21, 2025

- PlayStation, "FINAL FANTASY VII REMAKE INTERGRADE," available at https://www.playstation.com/en-us/games/final-fantasy-vii-remake-intergrade/, accessed on March 17, 2025

- Playstation, "Horizon Forbidden West Complete Edition for PC," available at https://www.playstation.com/en-us/games/horizon-forbidden-west/pc/, accessed on March 24, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- PlayStation, "How to Access PlayStation Plus on PC," available at https://www.playstation.com/en-us/support/subscriptions/ps-plus-pc/, accessed on March 17, 2025

- PlayStation, "How to Use a Keyboard and Mouse on PS5 Consoles," available at https://www.playstation.com/en-us/support/hardware/keyboard-mouse-ps5/, accessed on March 17, 2025

- PlayStation, "Open Source Software used in PlayStation®4," available at https://www.playstation.com/en-us/oss/ps4/, accessed on March 23, 2025

- PlayStation, "PlayStation Games for PC," available at https://www.playstation.com/en-us/games/pc-games/, accessed on March 14, 2025

- PlayStation, "PlayStation Partners," available at https://partners.playstation.net/, accessed on March 16, 2025

- PlayStation, "The Last of Us Remastered," available at https://www.playstation.com/en-us/games/the-last-of-us-remastered/, accessed on March 13, 2025

- PlayStation, "The Last of Us," available at https://www.playstation.com/en-us/the-last-of-us/, accessed on March 13, 2025

- PlayStation, "The Last of Us™ Part I," available at https://www.playstation.com/en-us/games/the-last-of-us-part-i/, accessed on March 13, 2025

- PlayStation, "Welcome to PlayStation Plus," available at https://www.playstation.com/en-us/ps-plus/, accessed on March 17, 2025

- Private Division, "Kerbal Space Program," available at https://www.kerbalspaceprogram.com/downloads , accessed on March 23, 2025

- Priye Rai, "Phil Spencer Comments on PC Game Stores on Xbox," *GameRant*, available at https://gamerant.com/phil-spencer-pc-game-stores-steam-epic-games-xbox-console/, accessed on March 17, 2025

- Rebekah Valentine, "Valve Adds Revenue Share Tiers for Developers," *GamesIndustry.biz*, December 1, 2018, available at https://www.gamesindustry.biz/valve-adds-revenue-share-tiers-for-developers, accessed on March 23, 2025

- Reddit, "Diablo 3 vs. Grim Dawn," available at https://www.reddit.com/r/Grimdawn/comments/920t55/diablo_3_vs_grim_dawn/, accessed on March 24, 2025

- Reddit, "Smite to HotS," available at https://www.reddit.com/r/heroesofthestorm/comments/wqwtoq/smite_to_hots/, accessed on March 15, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Reddit, "Which Game Should I Buy: Minecraft or Terraria?" available at https://www.reddit.com/r/ShouldIbuythisgame/comments/cuc6x4/which_game_should_i_buy_minecraft_or_terraria/, accessed on March 15, 2025

- REI, "Ski Jacket," available at https://www.rei.com/search?q=ski+jacket, accessed on March 14, 2025

- Riot Games, "Play League of Legends Now," available at https://www.leagueoflegends.com/en-us/download/, accessed on March 21, 2025

- Riot Games, "Riot Client Game Hubs," October 9, 2023, available at https://www.riotgames.com/en/news/riot-client-game-hubs, accessed on March 14, 2025

- Riot Games, "Valorant," available at https://playvalorant.com/en-us/, accessed on March 21, 2025

- Rob LeFebvre, "Epic's Long-Awaited 'Fortnite' Hits Consoles and PC July 25th," *Endgadget*, July 19, 2019, available at https://www.engadget.com/2017-06-08-epic-fortnite-consoles-steam-july-25th.html, accessed on March 23, 2025

- Robert H. Lande, "Market Power Without A Large Market Share: The Role of Imperfect Information and other 'Consumer Protection' Market Failures," *U.S. Department of Justice*, March 8, 2007, available at https://www.justice.gov/archives/atr/market-power-without-large-market-share-role-imperfect-information-and-other-consumer-protection, accessed on March 15, 2025

- Robert Sperduto and Abby Smith, "12 Best Roblox FPS Games (2022)," *Pro Game Guides*," available at https://progameguides.com/roblox/best-roblox-fps-games/, accessed on March 24, 2025

- Robert Zak, "How to Use External Game Controllers With Steam Games," *marketecheasier*, January 2, 2022, available at https://www.maketecheasier.com/use-game-controllers-with-steam-games/, accessed on March 15, 2025

- Roblox, "Earn on Roblox," available at https://create.roblox.com/docs/production/earn-on-roblox, accessed on March 20, 2025

- Rocket League, "Rocket League Going Free to Play This Summer," July 21, 2020, available at https://www.rocketleague.com/en/news/rocket-league-going-free-to-play-this-summer, accessed on March 15, 2025

- Rockstar Games, "Corporate Info," available at https://www.rockstargames.com/corpinfo, accessed on March 23, 2025

- Rockstar Games, "Rockstar Games Launcher," available at https://socialclub.rockstargames.com/rockstar-games-launcher, accessed on January 15, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Appendix C – Documents Relied Upon

- Romain Dillet, "Unity CEO Says Half of All Games Are Built on Unity," *TechCrunch*, September 5, 2018, available at https://techcrunch.com/2018/09/05/unity-ceo-says-half-of-all-games-are-built-on-unity/, accessed on January 22, 2025

- Ryan Gilliam and Samit Sarkar, "Valve Announces Steam Deck Handheld for PC Games," *Polygon*, July 15, 2021, available at https://www.polygon.com/22578782/steam-deck-handheld-valve-release-date-price, accessed on March 14, 2025

- Ryan Sumo, "What Does a Healthy Publisher/Developer Relationship Looks Like (With Real Contract Details!)," *Game Developer*, November 26, 2019, available at https://www.gamedeveloper.com/business/what-does-a-healthy-publisher-developer-relationship-looks-like-with-real-contract-details-, accessed on March 23, 2025

- Sam Hill and Joseph Yaden, "The Best Video Game Consoles for 2023," *Digital Trends*, April 7, 2023, available at https://www.digitaltrends.com/gaming/best-gaming-consoles/, accessed on January 17, 2025

- Sam Machikovech, "Xbox One, Windows 10 Become More Steam-Like with "Self-Service Refunds," *Ars Technica*, April 12, 2017, available at https://arstechnica.com/gaming/2017/04/xbox-one-windows-10-become-more-steam-like-with-self-service-refunds/, accessed on March 16, 2025

- Samit Sarkar, "Ubisoft Now Selling Third-Party Games on Uplay Shop and Its Own Games on EA's Origin," *Polygon*, February 19, 2013, available at https://www.polygon.com/2013/2/19/4001836/ubisoft-uplay-shop-third-party-games-ea-origin-chris-early-interview, accessed on January 17, 2025

- Sarah Saril, "Humble Bundle's Choice Membership Is a Great Way to Build a Massive Library of PC Games for Cheap – Here's Why It's Worth $12 a Month" *Business Insider*, August 10, 2022, available at https://www.businessinsider.com/guides/tech/humble-bundle-choice-review, accessed on March 20, 2025

- Sean Hollister and Nick Statt, "Google's Stadia Cloud Gaming Service is Coming November 19th: Everything You Need to Know," *The Verge*, November 8, 2019, available at https://www.theverge.com/2019/6/6/18654632/google-stadia-price-release-date-games-bethesda-ea-doom-ubisoft-e3-2019, accessed on March 15, 2025

- Sean Hollister, "AMD Won the Next-Gen Console War, and PC Gamers Could Reap the Reward," *The Verge*, June 21, 2013, available at https://www.theverge.com/2013/6/21/4452488/amd-sparks-x86-transition-for-next-gen-game-consoles, accessed on January 22, 2025

- Sean Hollister, "Lenovo Legion Go S Official: $499 Buys the First Authorized Third-Party SteamOS Handheld," *The Verge*, January 7, 2025, available at

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY