# EXHIBIT 3

# (Dkt No. 452.03)

# REDACTED

Highly Confidential: Attorneys' Eyes Only

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

IN RE: VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JNW

EXPERT REPORT OF PROFESSOR JOOST RIETVELD

January 27, 2025

Highly Confidential: Attorneys' Eyes Only

## TABLE OF CONTENTS

I.   ASSIGNMENT ........................................................................................... 1

II.  ADDITIONAL MATERIALS RELIED ON ........................................................ 1

III. INCORPORATION OF PRIOR ANALYSES AND OPINIONS..................................... 2

IV. SUMMARY OF OPINIONS ............................................................................ 4

V.  VALVE EXPLOITS STEAM'S DOMINANCE TO PRECLUDE VIABLE
COMPETITION FROM RIVAL PC GAME DISTRIBUTION PLATFORMS.................... 6

    A. Steam's sustained dominance of the PC game distribution platform landscape is contrary
to the expected competitive outcome.................................................................... 7

    B. Steam Keys are a strategic tool Valve uses to exert control over PC game retailers and
draw players and publishers to Steam................................................................ 16

    C. Sophisticated and well-resourced entities have been unable to develop PC game
distribution platforms that compete viably with Steam ....................................... 28

VI. VALVE FAILS TO ADDRESS WORSENING CONDITIONS FOR PC GAME
PUBLISHERS ON STEAM.......................................................................... 33

    A. Valve's changes to Steam have resulted in worsening conditions for PC game publishers
distributing games through the platform............................................................ 34

    B. PC game publishers increasingly express their dissatisfaction with Steam..................... 57

    C. Valve's poor customer service and failure to enforce user rules of conduct diminish the
quality of the environment in which publishers sell their PC games............................. 61

    D. Valve realizes increasing profits from sales of third-party games through Steam as the
conditions for PC game publishers worsen on the platform........................................ 71

VII. VALVE'S PARITY REQUIREMENTS ENABLE IT TO ENTRENCH STEAM'S
DOMINANCE DESPITE WORSENING CONDITIONS FOR PC GAME PUBLISHERS
ON THE PLATFORM ................................................................................ 76

Expert Report of Professor Joost Rietveld
January 27, 2025                                        i

Highly Confidential: Attorneys' Eyes Only

## I. ASSIGNMENT

1.      I issued an expert report dated February 8, 2024, in which I addressed various topics related to this matter ("Initial Report").[1] I also issued an expert reply report dated July 12, 2024 ("Reply Report"), in which I responded to certain analyses and opinions put forth in the expert report of Dr. Lesley Chiou, dated May 17, 2024 ("Chiou Report").[2] I have now been asked to further consider and expand upon the analyses and opinions in my Initial Report and Reply Report. Specifically, I have been asked to further analyze and consider:

   A. Various indicia that Valve exploits Steam's dominance to preclude rival digital PC game distribution platforms from becoming viable competition to Steam; and

   B. Worsening conditions for PC game publishers on Steam.

I address these topics in Sections IV through VII below.

2.      An updated copy of my curriculum vitae is attached as Appendix A. My pay rate for this project is $850 per hour. My compensation is not contingent on the outcome of this case or the opinions I put forth.

## II. ADDITIONAL MATERIALS RELIED ON

3.      In conducting the analysis and developing the opinions put forth in this report, I and professionals working under my supervision and direction reviewed and analyzed various pleadings, filings, testimony, information produced by the parties, academic publications, industry reports and data, and other documents and information that is publicly available. In addition to the materials identified in my Initial Report and Reply Report, the information I rely on in forming my opinions is cited throughout the body of this report and listed in Appendix B. Along with the

---

[1]     I submitted a revised version of the Initial Report on March 20, 2024, incorporating minor corrections.

[2]     Dr. Chiou submitted a revised version of the Chiou Report on June 10, 2024, incorporating minor corrections.

Expert Report of Professor Joost Rietveld                                          1
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

information I rely on, the opinions I put forth in this report are based on my training, education, professional experience, and familiarity with the relevant industry, professional literature, and academic research.

4.      This report reflects my analyses and opinions as of the date it is issued. If additional data, testimony, or other information that is relevant to my analyses and opinions become available to me after the issuance of this report, I intend to review that information and may modify or update my opinions as I deem necessary. Additionally, I may prepare demonstratives if asked to testify at a hearing or trial.

## III. INCORPORATION OF PRIOR ANALYSES AND OPINIONS

5.      Unless specifically amended through this report, I incorporate the analyses and opinions put forth in my Initial Report and the Reply Report into this report. For reference and convenience, the summary of opinions from my Initial Report is as follows:[3]

   A. The PC video game segment has grown and increased in popularity among consumers and PC game developers/publishers since the advent of digital distribution as a viable alternative to (first) and replacement of (later) the physical distribution of PC games. Established in 2003, and turned into a third-party distribution platform in 2005, Valve's digital PC game distribution platform (Steam) has since become the single dominant distribution platform for PC games.

   B. Multi-homing in the context of video game platforms can occur on both the player and the publisher side.

      1. On the player side, multi-homing is attributable to the complementarity that exists between the different device types (e.g., consoles vs. PCs) and the different types of games that are released for those devices.

      2. PC game players are generally Steam users that may multi-home to the Epic Games Store ("EGS") or self-distribution platforms if those platforms offer (timed) exclusive content or materially differentiated content.

---

[3]      Initial Report, ¶ 14.

Expert Report of Professor Joost Rietveld                                                    2
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

3. On the publisher side, based on conservative assumptions, at most, 24% of new games released on Steam (in 2021) could have multi-homed to a console device. Entry barriers for developers/publishers of console games are significantly higher than they are for PC games published through Steam.

4. Mobile devices are technologically differentiated from PCs, which results in many (especially smaller) developers specializing in either mobile game development or PC game development, but not both.

5. While publishers that operate their own self-distribution platforms often self-distribute their games and distribute them through Steam, multi-homing rates of games between Steam and rival third-party distribution platforms are low.

C. None of the current offerings in the PC game landscape are viable alternatives to Steam:

1. Other third-party PC game distribution platforms are not a viable alternative to PC game distribution through Steam: EGS has been the most significant attempt to compete directly with Steam as rival third-party PC game distribution platform. However, after five years of operations, and despite significant expenditures and effort directed towards subsidizing PC game developers/publishers and PC game players to create a third-party PC game distribution platform that is an alternative to Steam, Epic Games has thus far failed to demonstrate that it is possible to do so in a financially viable manner.

2. Self-distribution platforms are not a viable alternative to PC game distribution through Steam: self-distribution platforms are costly to develop and maintain, limiting the model to only the largest publishers with the financial wherewithal to support their own platforms. From the perspective of PC game players, self-distribution platforms offer a relatively limited selection of games. Ubisoft, EA, and Activision Blizzard, three large PC game publishers that operate self-distribution platforms, each attempted to pull their games from Steam in favor of self-distribution but have all since returned to distributing games through Steam.

3. Retailers are not a viable alternative to PC game distribution through Steam: given that retailers are no longer selling physical copies of PC games, by selling game activation codes they are merely a channel through which their customers are directed to digital PC game distribution platforms such as Steam. Thus, retailers are not an alternative to Steam for PC game distribution. Rather, retailers are ancillary, complementary channels through which players are directed to Steam for distribution of PC games.

4. Subscription models are not a viable alternative to PC game distribution through Steam: subscription models are merely different ways to structure transactions for PC game distribution on existing platforms.

5. Cloud gaming is not a viable alternative to PC game distribution through Steam: there are currently three consumer-facing "cloud gaming" models:

Highly Confidential: Attorneys' Eyes Only

    i.   Cloud-gaming-as-a-feature is merely an incremental value-enhancing addition to the primary offerings of existing platforms.

    ii.   Cloud-gaming-as-a-platform may plausibly present an alternative to Steam for PC game distribution, in theory. However, there is currently no viable cloud-gaming-as-a-platform service in the PC game landscape, nor is one likely to become a viable alternative to Steam for PC game distribution in the near future.

    iii.   Cloud-gaming-as-a-complement works along with existing digital PC game distribution platforms, such as Steam, in a complementary manner, and thus is not a viable alternative to Steam for PC game distribution.

D.  Steam's dominant position has enabled it to implement and enforce undesirable parity requirements, which hamper PC game developer/publishers from innovating and offering differentiated game content, as well as limiting entry and growth of rival third-party PC game distribution platforms. Absent Valve's parity requirements, PC game developers/publishers would increase content differentiation and competition among PC game distribution platforms would be enhanced, benefiting PC game developers/publishers and PC game players.

6.    Also, for reference and convenience, the summary of opinions from my Reply Report is as follows:[4]

A.  Dr. Chiou did not provide any analysis or opinion rebutting my opinion that Valve's content-parity requirements cause broad, long-term, and systematic harm to PC game publishers. Instead, she merely attempted to address two of the numerous examples of evidence related to Valve's content-parity requirements and mischaracterized those examples when doing so.

B.  Dr. Chiou failed to explain how the overlap of console and PC titles demonstrates that console platforms compete with third-party digital PC game distribution platforms. Furthermore, her analyses purportedly indicating competition between console platforms and third-party PC game platforms overstated the overlap of console and PC titles, mischaracterized evidence, and ignored other evidence that is contrary to her opinion.

## IV. SUMMARY OF OPINIONS

7.    Based on my independent research, analysis, and review and consideration of materials produced in connection with this matter, along with my training, education, professional

---

[4]    Reply Report, ¶ 4.

Expert Report of Professor Joost Rietveld               4
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

experience, and familiarity with the relevant industry, professional literature, and academic research, I have formed the following opinions in addition to those put forth in my Initial Report and Reply Report:

A.  There are various additional indicia that Valve exploits Steam's dominance through use of parity requirements to preclude effective competition from rival PC game distribution platforms, including:

    1.  Valve maintains Steam's position as the single dominant platform within the PC game distribution landscape despite the absence of factors typically leading to winner-take-all (or -most) scenarios among competing multi-sided platforms, indicating that Valve's parity requirements are mechanisms to exploit Steam's dominance and entrench the platform's dominant position against competition from rival platforms.

    2.  Valve extends the reach of its exploitation of Steam's dominance by using Steam Keys as a strategic mechanism in conjunction with its parity requirements to exert influence over PC game publishers and control the retail function of the PC game landscape, funneling players and publishers to Steam and away from rival distribution platforms by precluding price and content differentiation at the retail level and further eliminating effective competition against Steam.

    3.  Valve's exploitation of Steam's dominance enables it to maintain Steam's position as the single dominant PC game distribution platform despite the direct efforts of sophisticated and well-resourced entities to develop competing platforms and take market share from Steam.

B.  Valve fails to address the worsening conditions PC game publishers face on Steam.

    1.  Steam's continued dominance of the PC game distribution landscape has enabled Valve to enact platform governance changes that benefit itself to the detriment of PC game publishers. Valve has eliminated nearly all criteria for games it allows on Steam, which has resulted in significant overcrowding on the platform. Analysis of Steam transaction data indicates that these changes are associated with declines in average lifetime sales for games; shorter life cycles for newer, especially less successful games; and lower chances to succeed for games distributed through the platform. Despite these trends, Valve's revenue from third-party games on Steam has increased exponentially.

    2.  Without meaningful competitive pressures, Valve is unlikely to address the frustrations of PC game publishers who are expressing that it is increasingly more difficult for them to succeed on Steam.

    3.  Without meaningful competitive pressures, Valve is unlikely to improve its customer service or police against violations of its stated rules of user conduct,

Expert Report of Professor Joost Rietveld                             5
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

resulting in degraded player experience and lower quality of the environment in which publishers must distribute their PC games and interact with their customers.

4. Despite the worsening conditions for PC game publishers on Steam, Valve continues to realize increasingly enormous profits from sales of third-party PC games through the platform.

C. Exploitation of Steam's dominance through use of parity requirements has enabled Valve to preclude price and content differentiation at both the distribution and retail functions of the PC game segment, thereby eliminating the ability of rival platforms to compete against Steam to the detriment of PC game publishers and ensuring that the platform will continue to generate increasingly enormous profits.

## V. VALVE EXPLOITS STEAM'S DOMINANCE TO PRECLUDE VIABLE COMPETITION FROM RIVAL PC GAME DISTRIBUTION PLATFORMS

8.      Steam's long-held dominance of the digital PC game distribution platform landscape is contrary to the competitive outcome one would expect given the dynamics of competition in multi-sided platform segments such as digital PC game distribution platforms.[5] This indicates that the use of content- and price-parity requirements has enabled Valve to preclude viable competition from rival platforms and maintain Steam's dominant position. As addressed in my Initial Report, these parity requirements prohibit PC game publishers from differentiating based on price or in-game content through rival distribution platforms such as EGS, GOG, or any new entrants. This limits the degrees of freedom in which rival PC game distribution platforms can attempt to compete against Steam. Thus, Valve's conduct precludes rival platforms from differentiating themselves and amassing user bases that are large enough to compete effectively against Steam.

9.      In the subsections below, I provide an expanded discussion of several indicia that Valve exploits Steam's dominant position to preclude viable competition from rival platforms.

---

[5]     As Dr. Schwartz discussed in his initial expert report, Steam is a two-sided platform that connects PC game publishers and players in a virtual space. Class Certification Report of Steven Schwartz, Ph.D., February 8, 2024 ("Initial Schwartz Report"), ¶ 30.

Highly Confidential: Attorneys' Eyes Only

### A. Steam's sustained dominance of the PC game distribution platform landscape is contrary to the expected competitive outcome

10.    Academic research on network effects and platform competition recognizes that a single dominant platform can emerge in some multi-sided landscapes because of strong indirect network effects. When buyers are exclusively attracted to the platform with the largest number of sellers (and vice versa) this can create a self-reinforcing dynamic where the largest platform becomes larger and larger while smaller platforms struggle to attract users.[6] However, not all multi-sided platform landscapes are expected to generate so-called "winner-take-all" (or -most) outcomes. For example, VHS was the single dominant video cassette format despite the availability of a technologically superior alternative (Betamax).[7] Conversely, there has never been a single dominant lifestyle magazine.[8]

11.    Whether a single platform is expected to emerge as the dominant winner among rivals depends on the following three factors, which I discuss and apply below:[9]

   A. It is expensive for at least one side of the market to join multiple competing platforms (i.e., multi-homing costs are high);

   B. Direct network effects are positive and strong for at least one side of the market (typically the side that faces high multi-homing costs); and

   C. Users on both sides of the market have relatively low heterogeneity in preferences for special platform features or differentiated offerings by the other side of the platform.

When all three of these characteristics are present in a multi-sided platform landscape, users—both sellers and buyers—are expected to join one platform only and choose the platform with the

---

[6]    Dubé, J. H., et al. (2010). Tipping and Concentration in Markets with Indirect Network Effects. *Marketing Science*, 29(2), pp. 216 – 249.

[7]    Ohashi, H. (2003). The Role of Network Effects in the US VCR Market 1978 – 1986. *Journal of Economics & Management Strategy*, 12:4, pp. 447 – 494.

[8]    Kaiser, U., & Wright, J. (2006). Price Structure in Two-Sided Markets: Evidence from the Magazine Industry. *International Journal of Industrial Organization*, 24, pp. 1 – 28.

[9]    Eisenmann, T., et al. (2006) Strategies for Two-Sided Markets. *Harvard Business Review*, 1463, pp. 1 – 11.

Highly Confidential: Attorneys' Eyes Only

largest number of other users (i.e., installed base). This is because indirect network effects are the primary driver of value in such contexts. However, other factors—including the relative ease with which users can join multiple platforms, potential costs associated with users all joining the same platform (including any negative externalities), and the extent to which buyers and sellers are heterogeneous in their preferences and offerings, respectively—can counteract the self-reinforcing dynamic of indirect network effects and result in multiple viable platform competitors.

12.    Further examination of these factors in the context of third-party PC game distribution platforms establishes that there should be multiple leading and successful competing platforms. However, as I noted in my Initial Report, Dr. Schwartz opined that Steam held between ███████ to ███████ of the total global third-party PC game digital distribution platform market on a revenue basis from 2017 through 2021, while several smaller players were competing for the remainder of the market.[10] Thus, Steam's continued dominance of the third-party PC game distribution platform segment, despite efforts of sophisticated and well-resourced entities to compete with rival platforms, is contrary to the expected outcome indicated by research on platform competition. I assess each of the three factors in the context of the third-party PC game distribution platform segment and weigh them in totality below.

*Factor 1: Is it expensive for at least one side of the market to join multiple competing platforms?*

13.    It is not expensive for PC game players or publishers to join multiple competing PC game distribution platforms (i.e., multi-home).[11] Players can join competing platforms such as Steam,

---

[10]    Initial Schwartz Report, § 4.2.3 and Attachment E-1. As discussed in my Initial Report, EGS is the only potential third-party PC game distribution platform posing a potential competitive threat to Steam's dominance. However, it is unclear how much longer Epic Games will be willing and able to continue making such heavy investment in doing so. Initial Report, § XI.A (¶¶ 167 – 175).

[11]    See the discussion addressing player multi-homing across digital PC game distribution platforms in my Initial Report, ¶¶ 152 – 156.

Expert Report of Professor Joost Rietveld                                                           8
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

EGS, and GOG free of charge. These PC game distribution platforms are hosted online, are not tied to dedicated hardware, and players can join and switch between as many as they like.

14.     The costs publishers incur to port PC games from one PC game distribution platform to another are also low.[12] All that is generally required is the application of a "wrapper"[13] or platform client to ensure compatibility. This requires minimum effort and cost for developers to implement. Non-Steam platforms such as GOG go so far as to minimize effort and expense of multi-homing to their platform for publishers by making their wrappers like the wrapper for Steam. GOG notes in its developer documentation that "[i]f you already have a Steam version of your product […], you can get it up and running on our platform within minutes, not hours."[14] Epic Games charges a $100 recoupable listing fee per game whereas GOG makes no mention of listing or licensing fees for publishing games on its platform.[15]

15.     Thus, both sides of two-sided digital PC game distribution platforms can multi-home to other platforms with relative ease and little/no expense. However, for reasons discussed in my initial report, there is currently little incentive for PC game players, and limited opportunities for PC game publishers to multi-home away from Steam to rival platforms.[16]

---

[12]    See the discussion addressing publisher multi-homing across digital PC game distribution platforms in my Initial Report, ¶¶ 157 – 161.

[13]    A "wrapper" is a "data structure or software that contains ('wraps around') other data or software, so that the contained elements…" can function within a different system or interface. *See* https://www.pcmag.com/encyclopedia/term/wrapper.

[14]    https://docs.gog.com/steam-sdk-wrapper/.

[15]    https://store.epicgames.com/en-US/distribution; https://www.gog.com/blog/benefits-of-releasing-your-game-on-gog-a-guide-for-indie-game-developers/; and https://support.gog.com/hc/en-us/articles/11382878039197-Releasing-your-game-on-GOG-FAQ?product=gog.

[16]    Initial Report, ¶¶ 152 – 161.

Expert Report of Professor Joost Rietveld                                                                          9
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

*__Factor 2__: Are direct network effects positive and strong for at least one side of the market?*

16.    PC game players on Steam experience positive direct network effects, but publishers do not. Positive direct network effects for players can arise from information sharing, such as posting online reviews for games, which helps players understand the quality of games more effectively and efficiently. Positive direct network effects for players also result from numerous players joining the same platform, allowing them to play with and against friends and others in the context of online multiplayer games. These positive effects are minimal for single-player games that lack such social features.[17] For multi-player games, a platform's player-side direct network effects may be weakened by cross-platform play, which allows players to play with or against others on different platforms, lessening the requirement of players joining the same platform for multi-player gaming.

17.    This type of cross-platform play functionality currently exists among PC gaming platforms. For example, EGS, GOG, Ubisoft Connect, and EA Play support cross-platform play with Steam users for certain games.[18] Generally, cross-platform play is enabled for games requiring large user bases that benefit from strong direct network effects, such as *Apex Legends*, *The Division 2*, and *Rocket League*. Not only can Steam users play such games with players on other PC game distribution platforms, but they can also engage in gameplay with console players for specific titles.[19]

---

[17]    Rietveld, J., & Ploog, J. N. (2021) On Top of the Game? The Double-Edged Sword of Incorporating Social Features into Freemium Products, *Strategic Management Journal*, 43:1182 – 1207.

[18]    https://dev.epicgames.com/docs/epic-games-store/requirements-guidelines/distribution-requirements/multiplayer-reqs; https://docs.gog.com/sdk-crossplay/; https://www.ubisoft.com/en-us/help/the-division-2/gameplay/article/crossplay-in-the-division-2/000064794; and https://help.ea.com/se/help/apex-legends/apex-legends/apex-legends-cross-play/.

[19]    https://store.steampowered.com/curator/39520863-Cross-Platform-Play/?appid=2878600.

Expert Report of Professor Joost Rietveld                                                10
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

18.     On the publisher side, direct network effects have become increasingly negative on Steam because of overcrowding. As addressed in my Initial Report and further discussed in Section VI of this report, publishers face increasing competition on Steam as Valve has lowered entry requirements for games on the platform through the introduction of Greenlight and, subsequently, Steam Direct, thereby causing the platform to become increasingly oversupplied with games.[20] Overcrowding has negatively impacted discoverability and the prices publishers can charge for their games on Steam, causing a dampening of game sales. This negative direct network effect is exacerbated by the fact that older games are generally not delisted from Steam, causing the stock of games on the platform to continually increase.

19.     While crowding of games on a platform increases as entry requirements for complements are lowered, the negative impact may potentially be partially offset to the extent that the increasing number of complements attract additional users to the other side of the platform and/or increases their engagement (i.e., positive indirect network effects). In the context of PC game distribution platforms, highly popular games may attract more players to a platform and cause such demand spill-overs to the benefit of other games on the platform.[21] An internal Steam presentation titled "Steam Rev Share – Group Update" indicates that this was a rationale for Valve's introduction of tiered revenue sharing on Steam in 2018.[22] Specifically, Valve stated in the presentation that it "should reward games that encourage platform network effects."[23]

20.     Although popular games may cause some demand spill-over, this generally does not

---

[20]    Initial Report, ¶¶ 129 – 131, 134 – 135, and Figure 4.

[21]    Lee, M. H., et al. (2023). Positive Demand Spillover of Popular App Adoption: Implications for Platform Owners' Management of Complements, *Information Systems Research*, 34(3), pp. 961 – 995; Wang, Z., et al. (2023). Winner Takes All? The Blockbuster Effect on Crowdfunding Platforms, *Information Systems Research*, 34(3), pp. 935 – 960.

[22]    30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 154.

[23]    30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 154, pg. 4.

Highly Confidential: Attorneys' Eyes Only

overcome the negative direct network effect of overcrowding for a specific game or publisher on the Steam platform when: (1) platform entry occurs by similar games (e.g., same genre); (2) platform entry occurs by games that are not highly popular with the potential to expand overall sales on the demand side; and/or (3) when the rate of games entering the platform outpaces the increase in demand. Given the growing influx of new games, and the fact that games are generally not removed from Steam, the negative effects of overcrowding on the platform likely outweigh any offsetting positive demand spill-over from the addition of a small number of highly popular games. The data and analyses presented in Section VI are fully consistent with this conclusion.

21.     Thus, while players on digital PC game distribution platforms experience positive, though weakening, direct network effects, PC game publishers on Steam are mostly suffering from negative direct network effects.

>     ***Factor 3****: Do users have relatively low heterogeneity in preferences for special platform features or differentiated offerings by the other side of the platform?*

22.     As I addressed in my Initial Report, PC game players are heterogeneous in their preferences for video games and, very likely, platform features.[24] Like movies and music, video games are experience goods, for which players base perceived benefits on idiosyncratic preferences and tastes. Just as some listeners prefer jazz to country music, some PC game players may prefer shooter games, others adventure games, and even others may enjoy a mix of both genres. Indeed, Newzoo recognized that PC game players "are becoming more varied in what drives them to engage with games," and that "it's becoming essential to look deeper into player attitudes and motivations."[25] This sentiment of increasing heterogeneity among PC game players is consistent

---

[24]     *See, for example,* Initial Report, ¶ 178.

[25]     Newzoo's 2023 *PC & Console Gaming Report,* pg. 36.

Expert Report of Professor Joost Rietveld                                                          12
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

with research on demand heterogeneity in platform settings.[26] However, unlike the competitive landscape of music and movie distribution, which both involve multiple leading platform competitors,[27] the PC game segment is dominated by a single distribution platform (Steam).

23.     The numerous genres of PC games available on Steam reflect the vast heterogeneity of preferences in the PC game player base. As an indication of this, at the time of this report, the "Categories" drop-down menu on Steam included six genres (action, adventure, role-playing, simulation, strategy, and sports & racing), each with seven sub-genres listed under them.[28] Thus, as shown in Figure 1 below, 42 sub-genres of PC games were listed on the "Categories" drop-down menu alone. Numerous additional genres are displayed in the sidebar when players navigate to a genre-specific page on Steam. For example, clicking on "Arcade & Rhythm" under the "Action" genre in the "Categories" drop-down list takes a player to an "Arcade & Rhythm" page which listed eight "Top-Level Genres," 51 "Genres," and 53 "Sub-Genres" at the time of this report.[29] Thus, through just this cursory review of the genre schema on Steam, it is clear that Valve recognizes and attempts to accommodate the high degree of heterogeneity in player preferences on its own platform.

---

[26]    Rietveld, J., & Eggers, J. P. (2018). Demand heterogeneity in platform markets: Implications for complementors. *Organization Science*, 29(2), 304 – 322.

[27]    Successful movie distribution platforms include Netflix, Paramount Plus, Disney Plus, and Amazon Prime, among others. Successful music distribution platforms include Spotify, Apple Music, Tidal, and YouTube Music, among others.

[28]    https://store.steampowered.com/.

[29]    https://store.steampowered.com/category/arcade_rhythm/?facets13268=13%3A2.

Highly Confidential: Attorneys' Eyes Only

**Figure 1. Genres and Sub-genres Listed on the Steam "Categories" Drop-down Menu** [30]



24.    In addition to genre, other dimensions by which PC game players may differ include preferences for different intellectual properties (e.g., *Fortnite, Call of Duty, Halo*), single- versus multi-player game modes, simplicity in input controls versus customization and/or complexity, or a preference to support indie game developers over large studios, among others.[31]

25.    The direct corollary to the high degree of heterogeneity in player preferences is the high degree of heterogeneity in PC game offerings from publishers, which is also clearly reflected in

---

[30]    https://store.steampowered.com/.

[31]    Industry publications and analyst reports often use these and other dimensions. Newzoo's 2023 *PC & Console Gaming Report*, for example, dissects the player base along several dimensions, including, but not limited to gender, number and type of platforms used, amount of time and money spent on gaming, and preferences for different game features and themes (e.g., puzzle solving aspects, game theme or setting, fantasy, survival). The Newzoo report also breaks out revenue projections for games along several dimensions, such as: "live-service games" vs. "narrative-driven single-player games," different types of monetization strategies (e.g., full-game download, microtransactions, subscription), player preferences across different geographies (e.g., U.S., Germany, Japan), genres (e.g., adventure, shooter, battle royale), types of products for established intellectual properties (e.g., remakes and remasters).

Expert Report of Professor Joost Rietveld                                                14
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

the large number of genres and sub-genres listed on Steam discussed above. According to Newzoo, the PC game publishers offering this broad range of titles are a "mix of diverse indies and AAA juggernauts" operating in a complex and uniquely open segment.[32]

26.    In sum, users on both sides of digital PC game distribution platforms are highly heterogeneous in their preferences for differentiated offerings. However, as discussed in my Initial Report, Valve uses its parity requirements to suppress the ability of PC game publishers to differentiate and accommodate heterogeneity in player preferences off of the Steam platform, thereby precluding the ability of rival platforms to accommodate heterogeneity in player preferences and compete effectively against Steam.[33] Valve's price- and content-parity requirements restrict heterogeneity in PC game publishers' offerings outside of Steam, which artificially limits consumers' choice and swings the PC distribution platform segment to a winner-take-all outcome more so than likely would have been the case absent these parity policies.

*The PC game distribution platform segment should not be winner-take-all (or -most).*

27.    As summarized in Figure 2 below, the low cost of multi-homing and the presence of highly heterogeneous preferences and offerings on both the player and publisher sides outweigh the positive, but weakening, direct network effects players experience on two-sided PC game distribution platforms. Moreover, publishers are experiencing ever-increasing overcrowding on Steam, resulting in a negative direct network effect. These characteristics indicate that, notwithstanding the presence of positive indirect network effects, the PC game distribution platform industry *should* be characterized by multiple successful competing platform offerings, rather than a single segment-dominating platform (i.e., Steam) in the absence of anticompetitive

---

[32]    Newzoo's 2023 *PC & Console Gaming Report*, pg. 22.

[33]    Initial Report, § XII(C) – (D).

Expert Report of Professor Joost Rietveld                                                    15
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

conduct. Put differently, the facts that: (1) the costs of joining multiple platforms for users on both sides are low; (2) publishers experience overcrowding pressures if they all join the same platform; and (3) users on both sides of the platform have heterogeneous preferences and offerings, indicate that the PC game distribution platform segment *should not* be dominated by a single dominant platform that has captured an outsized share of the market. That is, Steam's continued dominance in the third-party PC game distribution platform segment is contrary to the expected competitive outcome.

**Figure 2. Indicia That Steam's Dominance is Contrary to the Expected Outcome**

| Factor | Players | Publishers | Expected Outcome |
|---|---|---|---|
| *Costs of multi-homing* | Low | Low | Multiple platforms |
| *Direct network effects* | Positive (but weakening) | Negative (for most publishers) | Indeterminate |
| *User heterogeneity* | High | High | Multiple platforms |

28.    The fact that Valve continues to maintain Steam's position as the single dominant digital PC game distribution platform, despite the expectation that there should be multiple leading distribution platforms in the PC game segment, is further indication that Valve exploits Steam's dominance to entrench its position and preclude viable competition from current and would-be rival platforms.

**B.   Steam Keys are a strategic tool Valve uses to exert control over PC game retailers and draw players and publishers to Steam**

29.    Steam Keys are single-use, unique, alphanumeric codes that enable consumers to activate games on Steam, which Valve began offering to retailers in 2003.[34] According to the testimony of

---

[34]   https://partner.steamgames.com/doc/features/keys; and https://www.godisageek.com/2024/04/the-history-of-steam-keys-from-humble-beginnings-to-global-phenomenon/.

Expert Report of Professor Joost Rietveld                                                              16
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

Valve employee Kristian Miller, Steam Keys were initially developed so ███████████████ ████████████████████████.[35] However, once Valve opened Steam, its digital PC game distribution platform, up to third-party video game developers in 2005, and digital distribution started gaining traction, Steam Keys evolved beyond their initial purpose. They became a tool for publishers to distribute review copies of their PC games to members of the press, manage early access programs, and offer special promotions and bundles. Two decades later, Steam Keys are now sold through various non-Steam retail channels such as online PC game retailers (e.g., Humble Bundle, Green Man Gaming) and the websites of game publishers, among others.[36]

30. According to Valve's Steamworks documentation, it currently makes three types of Steam Keys available to PC game publishers:[37]

A. *Default Release (or standard release) keys*: the most common type of key on Steam, which is usually tied to a Steam store or retail Steam Key package, and appropriate for retail boxes or sales on other digital stores.

B. *Release State Override (or beta package) keys*: used to grant access to a product prior to its release on Steam and intended for small beta tests and press/influencer access.

C. *Developer Autogrant (or devcomp) keys*: intended for developer use only and used to provide developers with access to the product if their Steam account is not already in their Steamworks partner group.

The discussion in this subsection applies to Default Release Steam Keys, which are the most widely distributed of the three types of Steam Keys.[38]

---

[35] Deposition of Kristian Miller, October 3, 2023, pp. 57 – 59.

[36] https://www.godisageek.com/2024/04/the-history-of-steam-keys-from-humble-beginnings-to-global-phenomenon/.

[37] https://partner.steamgames.com/doc/features/keys.

[38] According to Dr. Chiou, she found "that of keys issued from March 5, 2018 through December 31, 2022, ███ percent were requested for distribution through a digital or retail storefront, bundle site, giveaway, or crowdfunding campaign." Chiou Report, Footnote 812.

Highly Confidential: Attorneys' Eyes Only

31.     Valve's current documentation notes that publishers should only sell or distribute Default Release keys to customers. Publishers of games that are free-to-play, or that are free to download, on Steam must "submit a ticket" to request Steam Keys, given that Steam Keys are not available for such games by default.[39] Further, Steam Keys cannot be generated for Steam bundles. Rather, publishers request Steam Keys for each individual game included in the bundle.[40]

32.     While Steam Keys have become an important part of the PC game ecosystem, Valve and its experts have failed to address the incentive Valve has for continuing to issue Steam Keys.[41] Steam Keys, as Valve contends, are a useful tool for publishers and developers to provide copies of a game to journalists and influencers, test a game in Steam's technological environment, and sell copies of a game outside of the Steam platform. However, what Valve has not acknowledged or addressed is that Steam Keys are also a strategic tool that it uses to further entrench Steam's position as the single dominating PC game distribution platform. Valve does so by using Steam Keys in conjunction with its parity requirements, which, as Dr. Schwartz addressed in his expert report, are explicitly communicated to publishers when they request Steam Keys.

33.     In the subsections below, I discuss Valve's stated rationales for issuing Steam Keys and the various competitive effects issuing Steam Keys has, which benefit Valve but neither Valve nor its experts have acknowledged or addressed.

*Valve contends it issues Steam Keys because they are useful to publishers and players.*

34.     According to Valve, it "initially created Steam Keys to allow people who bought Valve

---

[39]    https://partner.steamgames.com/doc/features/keys.

[40]    https://partner.steamgames.com/doc/features/keys.

[41]    Although Dr. Chiou discussed Steam Keys throughout her report, she did not address Valve's rationale for continuing to issue Steam Keys to publishers or the impact Steam Keys may have on competition among digital PC game distribution platforms. *See, for example,* Chiou Report, §§ 4.1 and 4.4.

Highly Confidential: Attorneys' Eyes Only

games in a box to have access to Steam services."[42] Valve also stated that Steam Keys allow "games to be easily kept up to date, so everyone who plays it has the same version—a must for multiplayer games."[43] However, as I discussed in my Initial Report and Reply Report, nearly all PC games are currently distributed digitally.[44] Thus, even if Valve initially issued Steam Keys to compete more effectively against physical retailers and keep games sold on physical information carriers (i.e., CD-ROMS) via physical retailers up to date, this does not explain why Valve continues to issue Steam Keys two decades later when nearly all PC games are distributed digitally.

35.    Dr. Chiou noted that "Valve offers Steam keys… to publishers for free… However, Valve provides the same service through the Steam platform—and incurs the same distribution cost— whether games are redeemed through keys or purchased on Steam."[45] She failed to note, however, that the cost of digitally distributing a copy of a PC game is vanishingly small and not significantly higher than zero. Valve's 30(b)(6) witness, Mr. Erik Peterson, did not shed any further light on the question when asked in his deposition specifically about Valve's business reasons for continuing to issue Steam Keys:[46]

> Q: What are Valve's business reasons for issuing Steam Keys? And focusing on the standard release keys.
>
> A: Steam Keys are a free service that we provide to developers so that they can sell their game on other stores. Now, Valve does not take any kind of cut or percentage or profit from the sale of Steam Keys. It's – all of that revenue is – goes to the developer or whatever deal they end up doing with other retail stores. And it's just

---

[42]    Valve Corporation's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, *In Re Valve Antitrust Litigation*, July 5, 2023, p. 6 (Interrogatory No. 14).

[43]    Valve Corporation's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, *In Re Valve Antitrust Litigation*, July 5, 2023, p. 6 (Interrogatory No. 14).

[44]    Initial Report, ¶ 85. For example, a December 2020 article by Game Rant, citing to Newzoo, states, "The vast majority of PC gaming has been digital for a long time through sites like GOG, Steam, and dev-specific stores like the Epic Games Store. Only about 2% of its revenue came from boxed PC games [in 2020]." https://gamerant.com/2020-game-industry-revenue-digital/. *See, also*, Reply Report ¶¶ 69 – 70 and Figure 6.

[45]    Chiou Report, ¶ 156.

[46]    30(b)(6) Deposition of Erik Peterson, November 15, 2023, pp. 62 – 65.

Expert Report of Professor Joost Rietveld                                                    19
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

a service that we provide to developers.

Q: Why does Valve provide that service?

A: Because developers find it useful and customers find it useful.

Q: Useful in what sense?

A: It enables developers to sell their games on other stores and customers have a choice about where they buy their games.

Q: Why would Valve want customers to buy games on stores other than Valve?

A: I stand by my previous answer.

Q: … Why would Valve want to give up that revenue and have customers buy games on other stores?

A: The answer that I was referring to that I'm standing by is that because customers and developers find it valuable.

Q: And what – what is Valve's understanding about why customers find Steam Keys valuable?

A: Our understanding is that some customers like to purchase their games on other stores and Steam Keys are not always sold. Sometimes Steam Keys are used to, you know, distribute content in other ways. It's also valuable for Steam customers and valuable for developers.

Q: Are there any other reasons you can think of for why Valve issues Steam Keys – standard release Steam Keys?

A: Nothing comes to mind, no.

…

Q: And why has Valve declined to charge for Steam Keys?

A: Because we think it's – there's value for developers to have Steam Keys remain a free service.

Expert Report of Professor Joost Rietveld
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

36.     Although Mr. Peterson suggests that Valve's motivations are purely altruistic towards publishers and players, this explanation fails to acknowledge the self-interested rationales that are more likely driving Valve's decision to continue issuing Steam Keys. Further still, while Valve claims that players and developers find Steam Keys "useful," it fails to examine or acknowledge how Steam Keys help Valve entrench Steam's long-held position as the dominant digital PC game distribution platform.

*Steam Keys are a strategic tool Valve uses to exert influence and control over PC game retailers.*

37.     Steam Keys are an important and strategic tool that Valve uses to facilitate the distribution of games on the Steam platform through external retailers. As I discussed in my Initial Report, retailers are distinct from digital distribution platforms in that they sell third-party PC games, but do not own the technological infrastructure from which games are hosted or launched. Instead, retailers typically provide their customers with activation keys that are used to download games from digital PC game distribution platforms, such as Steam, EGS, or GOG. Thus, the retailer may sell the games, but players are still downloading and activating the games from digital distribution platforms, and publishers are still launching the games through digital distribution platforms. Major PC game retailers include Humble Bundle, Green Man Gaming, and GameStop.[47]

38.     While other third-party PC game distribution platforms (e.g., EGS and GOG) also provide activation keys, Steam Keys are the most prevalent type of activation keys offered by retailers. To this point, Jeffrey Rosen, founder of Humble Bundle, estimated that 95% of the keys distributed on Humble Bundle were Steam Keys.[48] A review of the Humble Store showed that Steam Key

---

[47]    Initial Report, ¶ 104. Additional examples of PC game retailers operating at the time of this report include GamersGate, WinGameStore, Best Buy, Walmart, Amazon, 2Game, and Target.

[48]    Deposition of Jeffrey Rosen, November 17, 2023, pp. 31, 224 − 225.

Expert Report of Professor Joost Rietveld                                              21
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

game versions were available for 13,273 of the 13,972 Windows-compatible PC games (95.0%) sold on the store.[49] In contrast, the Humble Store offered EGS activation keys for 159 of its Windows-compatible games (1.1%) and GOG activation keys for just 44 of its Windows-compatible games (0.3%).[50] Similarly, on Green Man Gaming, 8,315 of the 8,568 PC games compatible with Windows or Mac (97.0%) could be purchased as Steam Key versions, whereas just 80 games could be purchased as EGS versions, and no games could be purchased as GOG versions.[51]

39.    Given that retailers cannot host or launch PC games themselves, they are highly dependent on digital PC game distribution platforms (particularly Valve) continuing to issue access keys to game publishers.[52] A retailer's ability to sell games playable on Steam is entirely subject to Valve's

---

[49]    https://www.humblebundle.com/store/c/windows (accessed December 31, 2024).

[50]    https://www.humblebundle.com/store/c/windows (accessed December 31, 2024). The same review of the Humble Store showed: 277 Windows-compatible games can be purchased as Ubisoft Connect versions and 1,436 Windows-compatible games can be purchased as DRM-free versions. Windows-compatible PC games represent the vast majority of PC games available through the Humble Store. Nonetheless, among games compatible with other PC device types (Mac and Linux), a similarly high proportion of games are available as Steam Key versions. Specifically, on the Humble Store, Steam Keys are offered for 4,194 out of 4,311 Mac-compatible games (97.3%) and 2,968 out of 3,053 Linux-compatible games (97.2%). Mac-compatible games included just 24 for EGS, 9 for GOG, 1 for Ubisoft Connect, as well as 1,031 DRM-free games. Linux-compatible games included 13 for EGS, 11 for GOG, 0 for Ubisoft, as well as 792 DRM-free games.

[51]    https://www.greenmangaming.com/all-games/platforms-os/pc/ (accessed December 31, 2024). The same review of Green Man Gaming showed: 182 games for Ubisoft Connect and 7 games listed as "Other." GameStop's digital PC game offerings appeared to primarily include: (1) game versions that are not associated with a particular platform or first-party download client; (2) self-distribution platform versions; and (3) Steam versions. A review of GameStop shows that Steam Keys were sold for 318 of the 1,555 digitally delivered PC game listings. Of the 1,237 remaining listings, only 260 were offered for other digital PC game platforms, just one of which was for a third-party platform (EGS). The remaining 977 listings did not appear to be associated with a particular platform or first-party download client. Other digital PC game distribution platforms on GameStop include EA App, EGS, Rockstar Games Launcher, Ubisoft Connect, and Ubisoft Uplay. The same review of the GameStop website showed: 1 game for EGS; 227 games for the EA App; 4 games for Rockstar Games Launcher; and 28 games for Ubisoft Connect and Uplay. Thus, aside from the single offering that was playable on EGS (*Maneater Apex Edition*), Steam was the only third-party PC game distribution platform players were steered to through GameStop. https://www.gamestop.com/pc-gaming/pcgames/digital?prefn1=download-client&prefv1=Steam&view=new&hybrid=true; and https://www.gamestop.com/pc-gaming/pc-games/digital?view=new&hybrid=true (accessed December 31, 2024).

[52]    See, for example, Deposition of Jeffrey Rosen, November 17, 2023, pp. 213 − 215.

Expert Report of Professor Joost Rietveld                                                             22
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

willingness to issue Steam Keys to game publishers requesting them for the purpose of selling or otherwise distributing them through retailers. Humble Bundle specifically acknowledged this dependency on Valve's willingness to continue issuing Steam Keys as a long-term problem to its business in an internal Humble Bundle "Platform Strategy Primer" presentation from March 2020:

**Figure 3. Humble Bundle "Platform Strategy Primer" (2020)** [53]

40.   Jeffrey Rosen provided the following testimony regarding Humble Bundle's dependence on Valve's issuance of Steam Keys:[54]

> A: So, generally, Valve – we had a very comply indicated [sic] relationship with Valve, they – we became reliant on… with that decision to move more to TripleA games that were exclusively on Steam, we became very reliant on Steam, so we were very cognizant that Valve had the power to shut us down at any moment.
>
> Q: How would they do that?

---

[53]   Deposition of Nathaniel Muller, January 29, 2024, Exhibit 410, p. 3.

[54]   Deposition of Jeffrey Rosen, November 17, 2023, pp. 213 – 215.

Expert Report of Professor Joost Rietveld                                                                 23
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

A: They would just reject Steam key requests.

And we would have the on-and-off-again relationship where sometimes somebody at Valve would kind of make a – a stink about Humble Bundle, they'd be like, "Why are we giving these people Steam keys?"

… so somebody would kind of wheeled their desk over to the Steam team and start this process of codifying what you can and can't do with Steam keys in a way that would destroy Humble Bundle.

…

A: … And then we would have a very sensitive discussion with Valve, basically dancing around the subject of whether our company has a way to coexist with Valve, with Valve basically having the power to just shut us off.

So our policy was generally to not rock the boat and not – not do anything that would disrupt – like, make Valve grumpy…

Thus, Valve's practice of issuing Steam Keys to publishers enables it to maintain undue influence and exercise a significant amount of control over retailers who are dependent on Valve's willingness to issue Steam Keys to publishers.

41.    At the same time, the prevalence of Steam Keys in the retail function deters retailers from either developing their own distribution platform, where games could be hosted and launched, or switching to an alternative type of activation key (e.g., Epic Games Keys) given Steam's dominant position. Steam Key resellers rely on Steam's infrastructure, features, and customer support. Furthermore, Valve's parity requirements ensure that where retailers offer activation keys for games playable on both Steam and rival distribution platforms, those offerings will contain the same content for the same price. Without content- or price-differentiation, a player is most likely to purchase Steam Keys rather than access keys for rival platforms, given Steam's stronger network effects and the likelihood that the player has a more significant game catalog on Steam than on rival platforms. Similarly, given that Valve does not charge for or keep any revenues from

Highly Confidential: Attorneys' Eyes Only

sales of Steam Keys, publishers have little/no short-term incentive not to sell Steam Keys—but this does not mean that publishers unequivocally benefit from Steam Keys.

*Steam Keys are a strategic tool Valve uses to draw publishers to Steam and enforce its parity requirements.*

42.    Steam Keys allow publishers to sell their Steam-playable games across different retail outlets and players to browse and purchase games from these different retail outlets. This is consistent with Mr. Peterson's testimony that Valve's use of Steam Keys "enables developers to sell their games on other stores and customers have a choice about where they buy their games."[55]

43.    Given Steam's dominance, publishers who desire to sell their games through other retailers must use Steam Keys. In doing so, publishers use the Steamworks software development kit ("SDK") to prepare their games for distribution, draw from and integrate Steam's platform features, and enter into a distribution agreement with Valve, all of which further serves to lock publishers in to Steam. Moreover, when submitting a request for Steam Keys, publishers are reminded of Valve's parity policies and must affirmatively agree to the requirements. The Steam Key request form requires publishers to confirm the following three statements (by ticking checkboxes), two of which explicitly state Valve's parity policy:[56]

---

[55]    30(b)(6) Deposition of Erik Peterson, November 15, 2023, pp. 62 − 63.

[56]    Consolidated Amended Class Action Complaint and Demand for Jury Trial, Case No. 2:21-cv-00563-JNW, Doc. 99, August 26, 2022 (hereafter, "Amended Complaint"), p. 53.

Highly Confidential: Attorneys' Eyes Only

**Figure 4. Steam Key Request Requirements**[57]



44.    Similarly, each time players purchase and activate a Steam Key, they commit to Steam as their distribution platform for that game. Players add the game to their library of games on Steam, may spend virtual (or fiat) currency on in-game items that are hosted on and accessed through Steam—on which Valve takes a commission—and may invest in building up a network of Steam players to play games with or against. As stated in the internal Humble Bundle "Platform Strategy Primer" presentation about how Steam Keys affect the relationship players have with both retailers

---

[57]    Valve Corporation's Responses and Objections to Plaintiffs' First Set of Requests for Admission, Response to Request for Admission No. 72; and Deposition of Tom Giardino, November 2, 2023, p. 149.

Expert Report of Professor Joost Rietveld                                                                26
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

and Steam: "Steam owns the customer as they must play their games via Steam and may never come back to Humble."[58] Thus, Steam Keys help Valve to reinforce publisher and player lock-in effects and cement its position as the dominant PC game distribution platform.

45.    Forgoing revenues from the sale of Steam Keys is a relatively small cost to incur for the long-term strategic value Valve realizes from using Steam Keys to keep publishers on Steam and increase players' use of Steam. Specifically, Valve benefits from facilitating multi-homing at the retail function, because doing so reduces switching of both PC game publishers and players at the distribution function. Indeed, as a discussion in an *Antitrust Law Journal* article makes clear, when a dominant platform offers a tool like Steam Keys, it:[59]

> … disrupts multi-homing by steering users to its platform and away from platforms of rivals. When a large platform deprives a smaller rival of participants on either side of the market, it reduces the competitiveness of the smaller platform (or deters entry by new, smaller platforms) and thus lessens the competitive pressure on itself. This advantage is often self-reinforcing because it generates further concentration of activity in the larger platform and marginalization or exit of the smaller platform.

46.    The article further noted that it can be beneficial for the dominant platform to subsidize a tool like Steam Keys, or even give it away for free:[60]

> If the large platform anticipates that its own multi-homing tool will be effective at harming competition and preventing entry by competing platforms, it may be willing to give the tool away 'for free,' making it even harder for competing tool providers to enter.

47.    Valve similarly uses Steam Keys as a "free" tool to steer players and publishers to Steam for the consumption and distribution functions. Given that Valve's parity requirements apply at the retail function as they do at the distribution function, publishers and retailers cannot

---

[58]    Deposition of Nathaniel Muller, January 29, 2024, Exhibit 410, p. 3.

[59]    Athey, S., & Morton, F.S. (2022). Platform Annexation. *Antitrust Law Journal*, 84(3), pp. 677 – 703, at 679.

[60]    Athey, S., & Morton, F.S. (2022). Platform Annexation. *Antitrust Law Journal*, 84(3), pp. 677 – 703, at 684.

Highly Confidential: Attorneys' Eyes Only

differentiate their non-Steam retail offerings on the basis of content or price.[61] Without such differentiation at the retail function, players are most likely to purchase Steam Keys rather than keys for other platforms, given Steam's stronger network effects and the likelihood that players have a more significant game catalog on Steam than on rival platforms. Thus, Steam Keys are the mechanism through which Valve funnels players from the retail function to the Steam platform, having removed incentives for players to purchase access keys for rival distribution platforms.

48.      This strategic use of Steam Keys further ensures that Steam remains the default choice of PC game publishers and players, thereby reducing competition from rival PC game distribution platforms.[62] Thus, contrary to Valve's claim that "customers and developers find [Steam Keys] valuable," and that Steam Keys are "just a service that [Valve] provide[s] to developers," [63] Valve's issuance of Steam Keys in conjunction with its parity requirements constitutes a shrewd platform strategy that helps lock in users on both sides of the Steam platform and further entrench its position as the single dominant PC game distribution platform.

### C. Sophisticated and well-resourced entities have been unable to develop PC game distribution platforms that compete viably with Steam

49.      In my Initial Report, I examined the various offerings in the PC gaming landscape that present potential alternatives to publishers or players for PC game distribution.[64] These alternatives include self-distribution platforms, retailers, multigame subscription models, and cloud gaming. However, as detailed in the Initial Report, none of these options provide a viable alternative to third-party PC game distribution platforms.

---

[61]    Class Certification Report of Steven Schwartz, Ph.D., February 8, 2024, §§ 5.1.2 and 5.2.

[62]    Athey, S., & Morton, F.S. (2022). Platform Annexation. *Antitrust Law Journal*, 84(3), pp. 677 – 703, at 679 and 695.

[63]    30(b)(6) Deposition of Erik Peterson, November 15, 2023, pp. 62 – 65.

[64]    Initial Report, ¶¶ 176 – 190.

Expert Report of Professor Joost Rietveld                                                                              28
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

50.    The only potentially viable alternatives to Steam for publishers and players are competing third-party digital PC game distribution platforms. Since Valve opened Steam to third-party publishers in 2005, numerous attempts have been made by various entities—including highly sophisticated and well-resourced companies—to establish rival distribution platforms. As discussed in my Initial Report, many of these platforms were short-lived or currently lack a significant presence in the industry (e.g., Impulse, Direct2Drive, and Discord Store). Others have been restructured as self-distribution platforms, such as EA's Origin and Ubisoft's Uplay.

51.    In my Initial Report, I presented an analysis of the third-party PC game distribution landscape as it existed at that time with the following insights:[65]

> In addition to Steam, third-party PC game distribution platforms with meaningful presence in the industry include the Epic Games Stores and GOG. While the Epic Games Store is attempting to compete head-on with Steam…, GOG has differentiated itself by focusing on offering players access to old, iconic games that are free of digital rights management. Thus, when considering whether another third-party PC game distribution platform can be a viable alternative to Steam for PC game distribution, one should focus on the Epic Games Store and the degree of success, or lack thereof, it has had in its attempt to challenge Steam as a direct competitor.

52.    This statement remains accurate as of the date of this report. Accordingly, my discussion focuses on EGS and any relevant updates since my Initial Report issued in February 2024. Most notably, Epic Games has released its "Epic Games Store 2023 Year in Review." However, before discussing relevant updates contained in the Year in Review, it is important to revisit the history of the platform.

53.    When Epic Games first launched EGS, its digital PC game distribution platform, the company made it clear that it was attempting to provide an alternative to Steam for players and

---

[65]    Initial Report, ¶ 167.

Expert Report of Professor Joost Rietveld                                                      29
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

publishers, stating that developers will receive 88% of the money spent by players as opposed to the 70% received "elsewhere" (i.e., Steam).[66] Despite this more favorable revenue share, publishers had little other incentive to distribute their games through EGS until a meaningful number of PC game players joined the platform. Conversely, PC game players had little incentive to join EGS until publishers distributed a meaningful number of their games through the platform.

54.    As discussed in my Initial Report, Epic Games spent massive amounts of money subsidizing both PC game publishers and players on EGS in its attempt to overcome this chicken-and-egg problem it was facing.[67] Prior to 2023, Epic Games would routinely pay publishers to launch games as timed exclusives on EGS. In 2023, Epic Games introduced its Epic First Run program, allowing publishers to keep 100% of the net revenues generated on EGS for six months if they choose to make their games exclusive (i.e., not release on Steam) for that time.[68] Additionally, for games developed using Epic Games' Unreal Engine, revenues generated from EGS are excluded from the calculations of the 5% royalty due for use of Unreal Engine.[69]

55.    Epic Games recently announced that, starting January 2025, it will be reducing the royalty rate for Unreal Engine games from 5% to 3.5% if publishers launch their game on EGS before or at the same time they release it on other stores on corresponding hardware platforms (PC, Mac, Android, and in the future, iOS).[70] Epic Games has also paid numerous publishers to distribute their games on EGS at no cost to players since it launched in late 2018. The redeemed value to

---

[66]    https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live.

[67]    Initial Report, ¶¶ 169 – 170.

[68]    https://store.epicgames.com/en-US/news/introducing-the-epic-first-run-program.

[69]    https://www.unrealengine.com/en-US/faq.

[70]    https://www.unrealengine.com/en-US/blog/catch-up-on-the-big-news-from-unreal-fest-seattle-2024. In August 2024, EGS was launched globally on Android devices and on iOS devices within the EU. https://www.epicgames.com/site/en-US/news/the-epic-games-store-launches-on-mobile.

Highly Confidential: Attorneys' Eyes Only

players of free games offered through EGS between 2019 and 2023 was more than $10,000.[71]

56.    In early 2024, Epic Games released the latest performance metrics for its PC game distribution platform in its 2023 Year in Review.[72] According to Epic Games, EGS achieved all-time highs in several categories, including 270 million PC users (a 17% increase YoY), $950 million in total spending (a 16% increase YoY), and over 2,900 titles offered (an 88% increase YoY). Further, Epic Games highlighted the introduction of several new improvements and features to EGS in 2023 for both players and publishers, including:[73]

- 86 free games valued at $2,055.

- A "significantly improved" launcher performance, reducing loading time to a third of the prior load time for 95% of users.

- Self Publishing Tools that make it easier for publishers to release games on EGS.

- The Epic Rewards loyalty program which offers 5% rewards (10% during store sales) for all purchases made on EGS.

- The Epic First Run program (discussed above).

- Discount Price Management Tools giving publishers "direct access to the pricing of their catalog, allowing them to create more value for players outside of [Epic Games'] own hosted sales."

57.    Despite these new features, improvements, and the growth in revenue, game offerings, and player base on EGS, players spent $45 million less (-12.7% YoY) on third-party applications in 2023 compared to 2022. Additionally, the number of free games players claimed on EGS declined in both 2022 and 2023; whereas players collectively claimed 765 million free games in 2021, they

---

[71]    https://www.gamegrin.com/news/epic-games-store-how-2019-compares-to-2020/;
https://store.epicgames.com/en-US/news/epic-games-store-2020-year-in-review;
https://www.epicgames.com/site/en-US/news/epic-games-store-2021-year-in-review;
https://store.epicgames.com/en-US/news/epic-games-store-2022-year-in-review; and
https://store.epicgames.com/en-US/news/epic-games-store-2023-year-in-review.

[72]    https://store.epicgames.com/en-US/news/epic-games-store-2023-year-in-review.

[73]    https://store.epicgames.com/en-US/news/epic-games-store-2023-year-in-review

Highly Confidential: Attorneys' Eyes Only

claimed 700 million in 2022 and 586 million in 2023 (YoY decreases of -8.5% and -16.3%, respectively). Most free games available through EGS are from third-party publishers. Thus, these declines in player spending on third-party games and claims of free games reflect declines in player engagement on EGS beyond Epic Games' first-party games (e.g., *Fortnite*). Figure 5 provides a summary of spending and free games claimed on EGS from 2019 through 2023.

**Figure 5. Player Spending and Free Games Claimed on EGS (2019 – 2023)[74]**

|  | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Player spending - total | $680 million | $700 million | $840 million | $820 million | $950 million |
| Player spending - 3rd party | $251 million | $265 million | $300 million | $355 million | $310 million |
| 3rd party as a % of total | 36.9% | 37.9% | 35.7% | 43.3% | 32.6% |
| Free Games Claimed | 200 million | 749 million | 765 million | 700 million | 586 million |

58.    As shown above, in 2023, EGS experienced its first decline in third-party game revenues since its launch in 2018. The $310 million spent on third-party applications in 2023 accounted for only 32.6% of total player spending on the platform, the lowest since the platform's inception. While it is too early to call this a trend, the 12.7% drop in player spending on third-party applications in 2023, a year marked by record highs in number of players and games, brings up continued questions about the viability of EGS as a competitor to Steam. It also suggests that the platform's new features and improvements have done little to entice players to spend on EGS instead of Steam. For context, players spent as much as ▮▮▮▮▮ on third-party applications through Steam in 2021, which represented ▮▮▮ of Valve's total revenue.[75]

---

[74]    https://www.gamegrin.com/news/epic-games-store-how-2019-compares-to-2020/;
https://store.epicgames.com/en-US/news/epic-games-store-2020-year-in-review;
https://www.epicgames.com/site/en-US/news/epic-games-store-2021-year-in-review;
https://store.epicgames.com/en-US/news/epic-games-store-2022-year-in-review; and
https://store.epicgames.com/en-US/news/epic-games-store-2023-year-in-review.

[75]    30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 152.

Highly Confidential: Attorneys' Eyes Only

59.     In October 2024, Epic Games CEO Tim Sweeney announced that the company is now "financially sound."[76] Specifically, Mr. Sweeney noted that Epic Games is currently "spending a bit more than [it is] making," an improvement compared to "a billion dollars a year more than [the company was] making" in previous years.[77] However, there is still no indication that EGS is a finically viable operation despite Mr. Sweeney's statement in 2021 that the EGS was expected to be profitable by 2024.[78]

60.     As stated in my Initial Report, so long as Valve continues to enforce its parity requirements, it is my opinion that EGS is only likely to be a potentially viable alternative to Steam for distribution of PC games to the extent, and for so long as, Epic Games is willing and able to continue invest heavily in incentivizing publishers and players to join EGS. Nothing I have observed since issuing my Initial Report has caused me to change this opinion. On the contrary, the 2023 performance metrics for EGS, as discussed above, further solidifies my opinion.

## VI. VALVE FAILS TO ADDRESS WORSENING CONDITIONS FOR PC GAME PUBLISHERS ON STEAM

61.     Given Steam's position as the dominant PC game distribution platform, and Valve's use of parity requirements to preclude rival platforms from differentiating themselves, Steam does not have to compete with rival PC distribution platforms to attract and retain publishers much as it did when Valve first opened the platform to third-party PC game publishers. This has allowed Valve to enact policies and changes that benefit itself despite making it more difficult for most publishers to succeed on Steam. In this section, I document how Valve's policies and changes to Steam, coupled with its poor customer service and failure to enforce its own standards of conduct,

---

[76]   https://www.theverge.com/2024/10/5/24262376/epic-unreal-engine-6-fortnite-metaverse-plans.

[77]   https://www.theverge.com/2024/10/5/24262376/epic-unreal-engine-6-fortnite-metaverse-plans.

[78]   https://www.gamesindustry.biz/epic-expects-epic-games-store-to-be-profitable-by-2024.

Highly Confidential: Attorneys' Eyes Only

increasingly cause worsening conditions for PC game publishers (who have become dependent on Steam as the platform through which they distribute their games), including overcrowding, declining sales for most games, and a growing discrepancy between top-performing games and the vast number of other games distributed through the platform. Meanwhile, Valve continues to generate substantial and growing profits.

## A. Valve's changes to Steam have resulted in worsening conditions for PC game publishers distributing games through the platform

62.    Research on platform governance shows that as a platform develops into a progressively dominant position, its governance shifts from being mostly accommodative of the wider population of sellers on the platform to becoming more selective and focused on its own revenue generation and profits.[79] This shift occurs because multi-sided platforms are initially highly dependent on complementors (such as PC game publishers) to solve the chicken-and-egg problem at the inception of the platform. However, dependence on complementors is reduced when the platform's stock of complements increases, consumers join the platform, and the platform establishes a leading position relative to rival platforms. This allows the platform to increasingly focus on maximizing its own success and profitability.[80]

---

[79]    Platform governance is a key element of successfully operating the platform business model. It considers how "the rules and norms of an ecosystem are set and enforced and how key members of an ecosystem influence the behavior of other players and outcomes for the ecosystem overall." As I discussed in my Initial Report, "[i]n most platform ecosystems, the vast majority of the rules are set and enforced by the platform company that acts as a hub, or keystone firm, in the overall ecosystem. Platform firms have both the ability and incentive to exert considerable influence over their platform's ecosystem and its individual members (i.e., through rule-setting and enforcement)... Rules pertaining to the participation of complementors and end users on the platform as well as their conduct once on the platform, or how revenue is being shared with the platform company, can materially affect the overall attractiveness and success of a platform." Initial Report, ¶ 192, citing Rietveld, J. & Schilling, M. A. (2021). Platform Competition: A Systematic and Interdisciplinary Review of the Literature. *Journal of Management*, Vol. 47, No. 6, 1528 – 1563, at 1545, and Iansiti, M. and Levien, R. (2004). Strategy as Ecology. *Harvard Business Review*, 1 – 10. Platform governance is a dynamic concept—as the demands and circumstances of a platform evolve, so does its governance. For example, a platform company may update its pricing structure, alter how open or closed the platform is, and/or change the criteria by which complements are selected for promotion and how they are promoted on the platform.

[80]    Johns, J. (2006). Video Games Production Networks: Value Capture, Power Relations and Embeddedness.

Highly Confidential: Attorneys' Eyes Only

63.     This pattern of platform governance becoming less favorable towards complementors is specifically observed with Steam. Valve initially introduced several platform changes including the introduction of in-game transactions and the Steam Wallet in 2010,[81] microtransactions allowing for the implementation of virtual economies in 2011,[82] and the Steam Workshop in 2011.[83] These early changes created additional opportunities for PC game developers to innovate, improve user engagement, refine pricing strategies, and ultimately generate more revenues. Such structural platform changes generally increased the amount of information about players that publishers could collect (e.g., pricing, genre preferences, new features, etc.), enabling publishers to make more informed decisions about how they positioned and sold their wares on the platform.

64.     Valve later introduced platform changes that led to significant increases in the number of games distributed through Steam, most notably Greenlight in August 2012[84] and Steam Direct in June 2017.[85] These changes materially lowered entry requirements for PC game publishers, resulting in surges of new games released on Steam. Prior to the introduction of Greenlight, each game submitted to Steam was individually screened by Valve employees. With the introduction of Greenlight, entry screening for new games was transferred from Valve employees to players who could vote to decide whether a game should be allowed to launch on Steam.[86] With Steam Direct, the entry requirements for new games were waived even further as publishers would only need to

---

*Journal of Economic Geography*, 6, Figure 5; and Rietveld, J., et al. (2020). Coevolution of Platform Dominance and Governance Strategies: Effects on Complementor Performance Outcomes. *Academy of Management Discoveries*, Vol. 6, No. 3, pp. 488 – 513.

[81]   https://store.steampowered.com/oldnews/4406.

[82]   https://venturebeat.com/games/valves-steam-online-store-launches-micro-transaction-games/.

[83]   https://www.pcgamesn.com/what-effect-does-steam-workshop-actually-have-concurrent-player-numbers.

[84]   https://store.steampowered.com/oldnews/8367.

[85]   https://steamcommunity.com/games/593110/announcements/detail/1328973169870947116.

[86]   https://www.gamedeveloper.com/business/steam-greenlight-vs-steam-direct-what-indies-need-to-know#close-modal.

Highly Confidential: Attorneys' Eyes Only

pay $100 in recoupable platform fees to offer their games on the platform.[87] Valve has thus progressively reduced its platform gatekeeping role. These changes dramatically increased overcrowding among PC game publishers on Steam and are generally seen by trade publications and industry analysts as watershed moments for the PC game distribution segment.

65.    Drawing from the transactions data Valve produced in this matter, Figure 6 plots the estimated yearly number of new game releases (based on the date an app is first observed in the data) and the sum of all games released on Steam.[88] The figure illustrates that the number of newly released games has increased in most years and, therefore, so has the total number of games on the platform—resulting in an increasingly congested landscape in which PC game publishers must compete.

---

[87]    https://steamcommunity.com/games/593110/announcements/detail/1328973169870947116.

[88]    Throughout this section, I present analyses and data visualizations based on the transaction data produced by Valve in this matter. Dr. Schwartz and his team provided a worksheet containing yearly summary statistics based on my instructions (produced with this report as "Backup.xlsx"; see also, the description of the worksheet attached as Appendix C). Unless stated otherwise, all numbers, charts, and tables in this section rely on data from this worksheet. To ensure my analyses best reflect the conditions faced by class members, certain restrictions were applied to the data. First, the data were restricted to the following app types: "Game" and "DLC." Combined, I understand that these app types capture the vast majority of application packages and transaction volume observed in the transaction data. Excluded app types include software tools ("Tool"), videos ("Video"), and non-gaming applications ("Application"), among others. Second, revenue from in-app purchases was excluded. Including revenue from in-app purchases distorts unit sales statistics, as each in-app purchase is logged as a separate unit sale. Notably, the data trends reported here are largely consistent when applying more or less stringent restrictions to the data sample (e.g., including transactions from in-app purchases or excluding transactions from DLC apps). Third, most data visualizations begin in 2006 because only 12 games were released in 2005, 10 of which were published by Valve. These games, such as *Counter-Strike: Source* and *Half-Life 2: Deathmatch*, are some of the best-selling games in the history of Steam, making 2005 an outlier year. However, averages across all years include data from 2005. Fourth, games without any sales during the relevant period are not captured by the transaction data and are therefore not included in these analyses. Further, I understand that Valve recently produced additional data that includes transactions up to November 2024. Due to the timing of Valve's data production, it was not feasible to incorporate the most recent transactions into this report. Therefore, I reserve the right to update my analyses to reflect the additional set of transaction data.

Expert Report of Professor Joost Rietveld                                     36
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

**Figure 6. Estimated Games Released and Available on Steam by Year**



66.    Sharp increases in the number of new games released on Steam are observed following the introduction of Greenlight (2012) and Steam Direct (2017). From 2008 to 2011, an average of 355 games were released on Steam each year. In the years following the introduction of Greenlight (2013–2016), this average increased by 697%, reaching 2,831 games annually.[89] In the years following the introduction of Steam Direct (2018–2022), the average rose further by 222%, climbing to 9,121 games released per year. Monthly data on the number of games released on Steam from SteamDB, an online repository that provides insight into the platform by tracking updates to games on Steam, also shows that the effects of Greenlight and Steam Direct on the number of games released were swift and substantial, as shown in Figure 7. Thus, by lowering entry requirements for PC games entering Steam, Valve has greatly expanded the platform's

---

[89]    I noted similar increases in the number of games released on Steam following Greenlight in my Initial Report (¶¶ 130 – 131). At that time, I relied on estimates from Steam Spy, which reflected similar trends to those observed in the transaction data.

Expert Report of Professor Joost Rietveld                                    37
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

boundaries over time.

**Figure 7. Game Releases on Steam by Month (SteamDB)[90]**



67.     By the end of 2022, an estimated 66,158 games had been released on the Steam platform. Although Valve's transaction data on which Figure 6 and subsequent analyses in this section are based only extends through December 2022, industry reports show that these trends continued throughout 2023 and 2024. The aforementioned SteamDB, for example, reports that there were 14,301 games released on Steam in 2023 (a 15.57% YoY increase from 2022) and another 18,970 games in 2024 (a 32.65% YoY increase from 2023).[91] One potential explanation for the spike in new game releases on Steam in 2024 could be developers' use of generative artificial intelligence ("AI") to accelerate the pace of content production and Valve's recent policy allowing such content on the platform.[92]

68.     The attendant increase in the supply of games on Steam following the introductions of

---

[90]     https://steamdb.info/stats/releases/ (accessed January 25, 2025).

[91]     https://steamdb.info/stats/releases/ (accessed January 25, 2025).

[92]     https://steamcommunity.com/groups/steamworks/announcements/detail/3862463747997849619.

Highly Confidential: Attorneys' Eyes Only

Greenlight and Steam Direct encouraged Valve to play a larger role in directing players in their search and decision-making processes through the introduction or refinement of Steam's curation instruments. After the introduction of Greenlight, Valve implemented a number of changes aimed at guiding players in their discovery and selection of games on Steam, including the introduction of user reviews in 2013,[93] the introduction of Steam Tags in 2014,[94] and, importantly, the first (and later second) Steam Discovery Update in 2014[95] (and 2016).[96] The first Steam Discovery Update was effectively a redesign of the storefront layout in which algorithmic recommendations and curated promotions started playing a larger role to introduce a "new way of exploring the most popular new releases that you haven't yet seen."[97]

69.    Shifts in platform governance such as these can create material hindrances to the ability of complementors to compete and succeed on multi-sided platforms. For example, research—including in the context of Steam—has documented that while overall consumer spending on a multi-sided platform increases following such changes in platform governance, the average demand for individual complements decreases and becomes progressively concentrated in a relatively small number of successful complements.[98]

### *Average lifetime game sales (units and revenues) on Steam have declined since 2014.*

70.    These dynamics are present on Steam as well. Figure 8 plots average lifetime sales per title

---

[93]    https://www.theverge.com/2013/11/25/5144468/steam-reviews-beta-launch; and https://store.steampowered.com/reviews/.

[94]    https://www.gamespot.com/articles/steam-introduces-tagging-system-for-games-and-software/1100-6417705/%3E/; https://store.steampowered.com/tag/.

[95]    https://store.steampowered.com/about/newstore.

[96]    https://store.steampowered.com/about/newstore2016.

[97]    https://store.steampowered.com/about/newstore.

[98]    Rietveld, J., et al. (2020). Coevolution of Platform Dominance and Governance Strategies: Effects on Complementor Performance Outcomes. *Academy of Management Discoveries*, Vol. 6, No. 3, pp. 488 – 513, at 501.

Highly Confidential: Attorneys' Eyes Only

by year of release, illustrating that average lifetime game sales on Steam (units and revenues) peaked for games released around 2012 – 2013 and declined since, indicating that most PC game publishers have increasingly struggled to sell games and generate revenues through Steam.



71.    The data underlying Figure 8 indicates that average lifetime per-title sales through Steam (both units and revenues) generally increased for games released between 2007 and 2013. Games launched in 2007 sold ▮▮▮▮ units and generated ▮▮▮▮▮ in revenues, on average across their lifetime. Average lifetime unit sales peaked at ▮▮▮▮ units for games launched in 2012 (excluding 2005 when only an estimated 12 games were released, 10 of which were published by Valve).[99] Average lifetime game revenues peaked at ▮▮▮▮ for games launched in 2013 (again excluding games launched in 2005). After 2013, average lifetime sales declined steeply for games

---

[99]    Valve opened the Steam platform to third-party games for the first time in 2005. However, 10 out of 12 games released that year were published by Valve. This list includes many successful Valve games such as: *Counter-Strike: Source*, *Half-Life: Blue Shift*, and *Team Fortress Classic*. The two games published by third-party publishers are *Rag Doll Kung Fu* (publisher by Mark Healey) and *Darwinia* (published by Introversion). These games ranked ▮▮▮▮ respectively based on their lifetime revenues through Steam.

Highly Confidential: Attorneys' Eyes Only

released through Steam. Although less noticeable because of the wide range on the Y-axes in the graph in Figure 8, average lifetime sales for games released between 2017 and 2021 also declined, ranging from ███ units and ███ revenues for games released in 2017 to ███ units and ███ revenues for games released in 2021. Both average lifetime unit sales ███ and average lifetime revenues (███ were markedly lower for games released in 2022—however, this may be partially explained by these games having relatively less time to generate sales, given that the underlying dataset only extends through December 31, 2022.

72.     Industry publications have used proxies to estimate sales because sales data for Steam games is not generally publicly available. Such methods indicate that the downward sales trend has continued for games released in 2024. Using the number of user reviews for a game as a proxy for sales, for example, one industry publication reports that "[a]lmost 50% of games released so far in 2024 have not earned 10 reviews" and "[a]lmost 80% of all games released in 2024 have earned fewer than 50 reviews."[100] Using a common method to translate the number of reviews into an estimate of unit sales, the report concluded that "80% of games [released in 2024] have sold fewer than 1,500 copies." A recent presentation by Matthew Ball, a reputable media industries analyst, reports that 80% of the 19,000 games released on Steam in 2024 generated $5,000 or less in sales.[101] As such, various sources, reporting other measures of performance, indicate that average game sales on Steam have been in decline for more than a decade (2014 – 2024).

73.     There can be several potential explanations for these dynamics.[102] In the analyses that

---

[100]    https://howtomarketagame.com/2024/10/24/did-too-many-games-release-in-q3-of-2024/.

[101]    Ball, Matthew, *The State of Video Gaming in 2025*, Epyllion, v. 1/20/25, p. 95, accessed at https://www.matthewball.co/all/stateofvideogaming2025.

[102]    The number of new users joining Steam on the demand side and the number of concurrent players on the platform have increased over the relevant period. Initial Report, ¶ 136 and Figure 5. Additionally, the Matthew Ball presentation reports that monthly active users on Steam are up by 250% between 2016 and 2024. Ball, Matthew, *The State of Video Gaming in 2025*, Epyllion, v. 1/20/25, p. 96.

Highly Confidential: Attorneys' Eyes Only

follow, I unpack these trends and explore the most likely explanations.

*Newly released games are launched in an increasingly crowded environment from a growing stock of older games on Steam, and the lifecycles of the most successful games are getting longer.*

74.    Besides the growing number of games released on Steam each year, there are two supplementary factors contributing to overcrowding for PC game publishers on the platform. First, Steam is a "stock platform," meaning that once released, games can remain on the platform virtually indefinitely.[103] On some platforms (e.g., video games, music streaming, app stores) the inventory of active complements keeps expanding over time, whereas on other platforms (e.g., crowdfunding, daily deals, online labor platforms) complements are more like perishable goods in that they are delisted once consumed or after a fixed period. Steam's stock effect is further amplified by the fact that there are no generational breaks, unlike console platforms where new hardware devices are introduced every five to seven years. Such generational breaks enable game publishers to compete in a market that has effectively reset.[104]

75.    The second additional factor contributing to congestion on Steam is the lifecycle of the most successful PC games becoming longer—especially in the case of "live service" games and free-to-play games. Newzoo described live-service games as "games that developers support over a long period with new content that players can engage with and spend on over time."[105] PC game publishers can extend the lifecycles of their games through issuance of downloadable content (DLC) and in-game items. In my Reply Report I discussed how DLC and microtransactions

---

[103]    Industry sources report that the number of delisted games on Steam is below 1,000. See, for example, https://delistedgames.com/all-delisted-steam-games/ (905 delisted games); and https://steam-tracker.com/ (998 delisted games after applying relevant filters).

[104]    Ozalp, H., et al. (2022). Hitting reset: Industry evolution, generational technology cycles, and the dynamic value of firm experience. *Strategic Management Journal*, Vol. 44, Issue 5:1292 – 1327, at 1300 – 1302.

[105]    "Global Games Market Report." *Newzoo*, July 2023, p. 31. Live-service games include games such as *Dota 2, Team Fortress 2,* and *Sea of Thieves*.

Highly Confidential: Attorneys' Eyes Only

account for a growing share of total revenue generated in the PC gaming segment.[106] Newzoo identified the rise of successful live-service games as one of the key trends in PC gaming, but cautions against the competitive effects from an "influx of time-consuming live-service content among a finite number of players and playtime."[107] Media industries analyst Matthew Ball refers to extremely successful live service games as "Black Hole Games"—or, games that have "such a hold on players that it's nearly impossible for a new game to pull them away."[108] Like the continuously growing stock of games on Steam, the lifecycles of the most successful games can extend unimpeded due to the absence of generational breaks, as is the case for console platforms.

76.     To illustrate the extent to which successful games have long(er) lifecycles, consider the notion of the "Half-Life" or the time it takes for a product to accumulate 50% of its total sales. Across all games released on Steam from 2005 – 2022, the average Half-Life was just ███████ (based on revenue). The average game on Steam thus generates ████████████████ within the first █████████ after release on the platform. However, if we look at this statistic by games' year of release and sales ranking, we find that older and more successful games—and older successful games, in particular—have much longer lifecycles.

77.     The graph in Figure 9 below documents the average Half-Life by games' year of estimated release, broken out by the top 20% highest-selling games and the bottom 80% of games on Steam each year. The top 20% highest-selling games released in 2013, for example, had an average Half-

---

[106]    For example, based on Newzoo data, I estimated that the proportion of total revenues from DLC and microtransactions in the global PC segment increased from 69% in 2015 to 77% in 2022. Analyses based on the Steam transaction data similarly indicate that the share of total revenue from all in-app purchases including DLC increased on the Steam platform from 22% in 2017 to 31% in 2022. In Appendix D I recreate Figure 2 from my Reply Report by applying the same data sample restrictions as in this section. The findings remain largely the same.

[107]    "Global Games Market Report." *Newzoo*, July 2023, p. 31.

[108]    Ball, Matthew, *The State of Video Gaming in 2025*, Epyllion, v. 1/20/25, p. 102.

Expert Report of Professor Joost Rietveld                                          43
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

Life of ████████, whereas the bottom 80% of games released in 2022 had a Half-Life of less than ██████. Notably, top-selling games released during Steam's earlier years (2005 – 2009)—including many that are published by Valve—have especially long lifecycles with a Half-Life ranging from ████████ months. More recent releases, including top-selling games, have markedly shorter lifecycles. Between 2017 and 2022 the average half-life of the 20% best-selling games on Steam ranged between ████████████. While it is plausible that (1) truncation of the dataset (i.e., more recently released games having less time to accumulate sales than older games in the dataset) and (2) the absolute number of games in each sales band increasing have a dampening effect on the Half-Life of recent top-selling games, further analyses below suggest that these factors are not the exclusive drivers of the results presented here.

Highly Confidential: Attorneys' Eyes Only



78.    The combination of Steam's ever-growing stock of games and the lifecycles of the most successful games on the platform getting longer has meant that each new game released on Steam must compete with an ever-growing stock of (actively supported) games. The consequence is illustrated by the graph in Figure 10, which shows that games released on Steam each year account for a declining portion of the total annual revenues generated through Steam in the same year. For example, the analysis measures the proportion of all revenues generated on Steam in 2009 attributable to games released in 2009. This statistic peaked in 2006 at ▮▮▮▮ but has steadily declined since. Games released in 2022 accounted for only ▮▮▮▮ of all revenues on Steam that year. The average across all years is ▮▮▮▮. Thus, the figure illustrates that, as the inventory of

Highly Confidential: Attorneys' Eyes Only

games on Steam grows and the lifecycles of the most successful PC games get longer, newly released games account for a shrinking proportion of total revenues generated in a year.



79.    Industry publication PCGamer reports similar statistics looking at the time players spent playing games on Steam: "users spent just 15% of their total playing time in games that launched in 2024. 47% of the total playing time on Steam was spent on games released in the last one to seven years, while a sizeable 37% of time was spent in games that have been out for eight years or more."[109] The article further noted that this statistic was similar for 2023 (9% of playtime was for games released in 2023) and 2022 (17% of playtime). Matthew Ball echoes these findings, as he remarks in his presentation that "Steam users play only 4 games a year, with games 8+ years old getting 40% of total playtime and [Valve developed and published] *Counter-Strike* another

---

[109]    https://www.pcgamer.com/games/only-15-percent-of-all-steam-users-time-was-spent-playing-games-released-in-2024/.

Expert Report of Professor Joost Rietveld                                                                46
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

13%; the 12-19,000 new releases only get 12% [of total playtime]."[110] This suggests that in addition to the money players spend on Steam, the time they allocate to games on the platform also skews towards older games. Like the analysis presented here, the PCGamer article links these observations to the growing stock of games on Steam and the longevity of popular live-service games.

### *It is difficult for games other than the most popular games to be noticed on Steam.*

80.    Consistent with research on recommender systems,[111] Valve's Discovery Updates have likely reduced diversity in the overall content consumed on Steam. As Valve stated on the webpage introducing the 2016 Discovery Update: "Explore a personalized mix of products that are new, top-selling, and similar to what you play on Steam."[112] Thus, while individual players may "discover" different games through Steam's Discovery Queue, in the aggregate players are likely pushed to a very small group of top-selling games.

81.    These arguments are further supported by the transaction data Valve produced in this matter. Figure 11 below plots the share of total lifetime revenues of games released through Steam each year that is captured by the top 20% highest lifetime-grossing games released that year. The figure illustrates that the games in the top 20% of the highest grossing games released each year on Steam capture a growing share of lifetime revenues generated by all games released in that same year, indicating that the distribution of money spent by players on games on Steam has become extremely concentrated on a small subset of games released on the platform. As such, in addition to the overall decline in average lifetime sales for games released through Steam, it has

---

[110]    Ball, Matthew, *The State of Video Gaming in 2025*, Epyllion, v. 1/20/25, p. 97.

[111]    Fleder, D. & Hosanagar, K. (2009). Blockbuster Culture's Next Rise or Fall: The Impact of Recommender Systems on Sales Diversity. *Management Science* 55(5):697 – 712.

[112]    https://store.steampowered.com/about/newstore2016.

Expert Report of Professor Joost Rietveld                                                                 47
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

also become progressively difficult for the vast majority of games on Steam to be discovered by players, likely lowering publishers' incentive to invest and innovate in their games.



82.    The top 20% revenue-generating games released on Steam in 2007 captured nearly ▮ of lifetime revenues generated by games released in that year. This is generally in line with ▮

▮

▮.[113] Thus, the distribution of revenues among games on Steam has always been rather top-heavy. That said, this skew increased even further for games released in following years, peaking for games released in 2021 for which the top 20% highest lifetime revenue generating games accounted for a staggering ▮ of total lifetime revenues generated by games released through Steam in that year. This means that the remaining 80% of the games combined accounted for merely ▮ of lifetime revenue generated through Steam by games released in 2021.

---

[113] ▮

Expert Report of Professor Joost Rietveld
January 27, 2025

48

Highly Confidential: Attorneys' Eyes Only

Notably,  (or nearly ▮▮ of the remaining ▮▮▮) was captured by the top 21 – 40 percentiles of highest revenue-generating games. Put differently, out of the approximate ▮▮▮ total lifetime revenues generated by games released in 2021 through Steam, the ▮▮ top 20% highest revenue-generating games released that year accounted for approximately ▮▮▮, while the ▮▮ bottom 80% of games released in 2021 accounted for just ▮▮▮▮.

*Average lifetime game sales have declined even for top-selling games on Steam.*

83.     Average lifetime game sales have declined since 2013 (post Greenlight), including highly popular games. Figure 12 plots average lifetime game sales by year of release broken out by five equisized revenue bands: Top 20 percentile; 21 – 40 percentile; 41 – 60 percentile; 61 – 80 percentile; and 81 – 100 percentile. The figure illustrates that average lifetime sales of games distributed through Steam have declined across all revenue bands, including the top 20% of games released each year. The trends in Figure 12 corroborate the data in Figure 9, indicating that more recent top-selling games have shorter lifecycles (as reflected by their lower half-life values) than older top-selling games on Steam restricting their ability to generate sales and succeed.

Expert Report of Professor Joost Rietveld                                                    49
January 27, 2025

Highly Confidential: Attorneys' Eyes Only



84.    The graph in Figure 12 is presented on a logarithmic scale to adjust for the extremely large differences in average lifetime revenues between the top 20 percentile and the bottom 20 percentile of games on Steam. For example, games in the top 20 percentile that were released through Steam in 2013 generated average lifetime revenues of approximately ███████, whereas games released in the same year that are in the bottom 20 percentile generated average lifetime revenues of just ████ Plotting data with large differences like this on a log scale is useful to illustrate directional and relative trends, but it visually distorts the magnitude of changes in average game sales. The table in Figure 13 below presents the YoY percentage change in average lifetime game revenues on Steam for the same revenue-based performance bands.

Highly Confidential: Attorneys' Eyes Only



85.    Notwithstanding increases in average lifetime revenues for games across some bands from 2018 to 2019 (when there was a dip in the number of new games released on Steam), average lifetime revenue decreased by ███████ across all revenue bands from 2013 to 2022.

### *The increase of the number of less popular games entering Steam is not the only driver behind games' declining average sales over time.*

86.    A potential explanation for the decline in average lifetime sales of games distributed through Steam is an increase in the number of less popular games released through the platform, which generate less revenue and sell fewer units. While this is not inconsistent with Valve reducing its platform gatekeeping functions (i.e., Greenlight, Steam Direct, AI disclosure policy) and with the numerous accounts of lower-rated games flooding the platform, it cannot explain the full extent to which Valve's platform changes contributed to declining average lifetime sales of games distributed through Steam. To assess this, I analyzed the distribution of user review scores for games distributed through Steam over the period during which the decline in average lifetime game sales was observed.

87.    Steam's user review scores measure the proportion of a game's positive user reviews to all

Expert Report of Professor Joost Rietveld
January 27, 2025

51

Highly Confidential: Attorneys' Eyes Only

user reviews ranging from 0 to 1 (with 1 indicating a perfect score).[114] Figure 14 below shows the distribution of user review scores for games distributed through Steam by year of release across different bands corresponding to Metacritic's color-coded scoring schema for video games:[115]

- *Universal Acclaim*: games with a share of positive user review scores to all user review scores between 0.90 and 1.00.

- *Generally Favorable*: games with user review scores between 0.75 and 0.89.

- *Mixed or Average*: games with user review scores between 0.50 and 0.74.

- *Generally Unfavorable*: games with user review scores between 0.20 and 0.49.

- *Overwhelming Dislike*: games with user review scores between 0.00 and 0.19.

The figure below shows that the share of lower ranked games released on Steam initially increased until 2017 (when 17.97% of all games released had a user review score below 0.50), after which it declined through 2022 (when 10.71% of all games released had a user review score below 0.50).

---

[114]    In calculating and reporting user review scores, Valve ignores reviews posted by players who have acquired a game via Steam Keys and players who have received the game from a source outside of Steam (e.g. players that have acquired the game via a giveaway site, purchased from another digital or retail store, or received for testing purposes from the developer). Valve has changed the way it calculates and reports user review scores on several occasions since first introducing the feature in 2013. The analysis here is based on user review scores for games as reported by Steam on December 31, 2022. https://store.steampowered.com/oldnews/24155.

[115]    Metacritic is a review aggregation website that is often used in academic research studying the effects of game quality on sales. Review scores are used as a proxy for quality since true quality is unobserved. See, for example, Rietveld, J. & Eggers, J. P. (2020). Demand Heterogeneity in Platform Markets: Implications for Complementors. *Organization Science*, 29(3): 304 – 322, at 310, and Olson, D. M. & Waguespack, D. M. (2020). Strategic Behavior by Market Intermediaries. *Strategic Management Journal*, 41:2474–2492. Metacritic maintains the following review score bands (including color coding) for video games:

| General Meaning of Score | Score range |
|---|---|
| Universal Acclaim | 90 – 100 |
| Generally Favorable Reviews | 75 – 89 |
| Mixed or Average Reviews | 50 – 74 |
| Generally Unfavorable Reviews | 20 – 49 |
| Overwhelming Dislike | 0 – 19 |

https://metacritichelp.zendesk.com/hc/en-us/articles/15456077802647-What-s-with-these-green-yellow-and-red-colors.

Expert Report of Professor Joost Rietveld                                                      52
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

**Figure 14.  Distribution of User Review Scores of Games Distributed Through Steam by Year of Release**



88.    While the portion of games released through Steam having lower user review scores has declined since 2017, there has been a slight increase in the share of games without user review scores,[116] which could be interpreted as a greater number of less popular games entering the platform. Another interpretation of the increase in the share of games released through Steam having no user review score is that players may increasingly struggle to discover new games on the platform, given that only users who own a game can leave a review. Regardless of the cause of the concurrent decrease in the portion of games with low user review scores and increase in the portion of games without user review scores, the analysis in Figure 15 below shows that games with *Overwhelming Dislike* (user review scores below 0.20) and games without user review scores have similar average lifetime sales for each year of release.

---

[116]    10.48% of all games on Steam had no user review score reported and this increased from 2017 (6.51% of games released did not have a reported user score) through 2022 (12.11% of games released did not have a reported user score)

Expert Report of Professor Joost Rietveld                                    53
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

89.    When considering games distributed through Steam that have low user review scores (below 0.50) together with those without user review scores, the portion of less popular games released through Steam from 2017 through 2022 was relatively stable. However, given the large increases in the total number of games released through Steam following the introduction of Steam Direct, there was a large absolute increase in the number of less popular games entering the platform from 2017 through 2022. Multiplying the combined share of games with user review scores below 0.50 and those without user review scores by the number of games released on Steam indicates there were 1,132 such games released on Steam in 2016, 1,825 in 2019, and 2,471 in 2022.

90.    Figure 15 below plots average lifetime game revenues on a logarithmic scale by year of release broken out by the different user review score bands. Importantly, the chart illustrates that average lifetime sales of games on Steam across all user review score bands declined for games released between 2013 – 2022, indicating that lower-rated games are not exclusively driving the findings discussed above. Indeed, that these downward sales trends are observed for the highest-rated games (user review scores between 0.90 – 1.00), as well as for the lowest-rated games (user review scores below 0.20) and games without user review scores, strongly suggests that the trend of declining average lifetime sales of PC games distributed through Steam are not solely attributable to an influx of less popular games on the platform.

Expert Report of Professor Joost Rietveld                                          54
January 27, 2025

Highly Confidential: Attorneys' Eyes Only



91.    To further accommodate interpretation of the log-transformed scale, the table in Figure 16 below presents YoY percentage changes in average lifetime revenues of games released through Steam in each year broken out by user review score bands for 2014 – 2022 and the entire observation period from 2013 – 2022. Notwithstanding YoY increases in average lifetime sales for some of the user review score bands across some of the years, average lifetime game revenues declined between ███████████ across all user review score bands during the period considered (2013 – 2022).

Highly Confidential: Attorneys' Eyes Only



92.    Valve's lowering of entry requirements for PC game publishers has resulted in more games entering the platform—across all user score review bands. Average lifetime revenues have decreased for games released between 2014 and 2022 across all user review score bands. As such, the increase of lower-rated games on Steam cannot fully explain the decline in average lifetime sales of games distributed through the platform. Rather, the analysis presented above indicates that the relative increase in lower-rated games entering Steam was proportional to the total increase of games causing overcrowding on the platform.

*Valve benefits despite worsening conditions for PC game publishers on Steam.*

93.    Despite worsening conditions for PC game publishers from 2013 onwards, the total revenue that Valve generated from third-party game sales on Steam has grown exponentially during this same period. Valve's top-line revenue from third-party games on Steam increased from approximately ███████ in 2007 to ███████ in 2013 to ███████ in 2021 (see Figure 17 below).[117] In Section VI.D below I discuss how this has further translated into similar growth in gross and operating profit for Valve. As such, despite conditions for PC game publishers on Steam

---

[117]    30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 152.

Expert Report of Professor Joost Rietveld                                                    56
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

having deteriorated—as documented here in the form of precipitous drops in average lifetime revenue for games distributed through Steam since 2014, including top-selling games on the platform—Valve's income from the Steam platform has increased sharply. Even if new games added to the platform sell fewer units and generate less revenues, Valve benefits by way of Steam's ever-expanding scale and players discovering older games, several of which Valve publishes itself.



94.    By reducing its platform gatekeeping role and lowering requirements to platform entry for PC games, Valve enabled a dynamic of intense overcrowding with more than ten thousand new games entering the platform each year, significantly increasing players' search costs and decreasing discoverability of games. It has become progressively challenging for new games to succeed on Steam, whereas Valve has seen its revenues from sales of third-party PC games through Steam increase YoY for nearly all years since it began admitting third-party games.

**B.  PC game publishers increasingly express their dissatisfaction with Steam**

95.    Facing the worsening conditions on Steam that I discussed above, PC game publishers are

Expert Report of Professor Joost Rietveld                                                57
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

increasingly expressing their dissatisfaction with the platform. Dr. Schwartz addressed this in his expert report, stating that "[m]any users and developers are dissatisfied with the quality of Steam's platform," and that absent Steam's entrenched dominance, "Steam would have to meet the needs of its customers, including publishers."[118] In support of such statements, Dr. Schwartz provided a variety of grievances from developers, and highlighted various internal Valve documents and testimony acknowledging issues, such as "bad support" and Valve being "either behind or late on the innovation curve of the platform for a while."[119]

96.    For example, Jake Birkett, owner of indie publisher Grey Alien Games, stated the following in 2018 about the diminishing utility of distributing PC games through Steam:[120]

> In the past I have felt positive about Steam, but these discovery changes and the recent revenue share changes that are only relevant to hugely successful games don't make me feel particularly positive about the future of selling games on Steam. In fact I'd go as far as to say I'm worried.

97.    Correspondence between Valve personnel indicates that Valve's development of the Steam experience has lagged what it would be if it faced greater competition from rival platforms. For example, Valve employee Kristian Miller, expressed the following in a 2018 email exchange with her colleagues at Valve:[121]

> A lot of us on the team are of the opinion that we've neglected the core Steam experience for quite some time… I think that means that our value offering has lagged behind our rev split… The Steam team has fewer devs on it today than it did 6 years ago, while our market share and platform partners have grown drastically, that's just not a recipe for success no matter how many gains from efficiency you

---

[118]    Class Certification Report of Steven Schwartz, Ph.D., February 8, 2024, §6.3.

[119]    Class Certification Report of Steven Schwartz, Ph.D., February 8, 2024, §6.3; citing Game Revolution, "Valve Interview Pt 4: Devs On Steam Greenlight Replacement, Discovery Updates and Support," February 10, 2017 (https://www.gamerevolution.com/originals/13619-valve-interview-pt-4-devs-on-steam-greenlightreplacement-discovery-updates-and-support); and Deposition of Chris Boyd, November 17, 2023, pp. 40 – 41, and Exhibit 311 (VALVE_ANT_0406135 – 139, at 135).

[120]    http://greyaliengames.com/blog/steams-discovery-algorithm-killed-my-sales/.

[121]    VALVE_ANT_0053662 – 663.

Expert Report of Professor Joost Rietveld                                                                    58
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

think we can make.

98.    Some video game publishers and industry experts alike have expressed worry and frustration over these changes, suggesting that it has become progressively difficult for most game publishers to succeed on Steam. Reflecting on the introduction of Steam Direct, James Batchelor, the former Editor-in-Chief of wrote, "[t]he launch of Steam Direct has done little to improve independent Gamesindustry.biz developers' chances of a strong launch on the leading PC games marketplace."[122] The article corroborates some of the trends documented in Section VI.A, using different data and calculations. Similarly, reflecting on these trends, Sergiy Galyonkin, the founder of Steam Spy and former Epic Games employee noted in 2017, "Valve makes more money, the top devs are making roughly the same, but an average dev makes less."[123]

99.    Valve initially played an active role in gatekeeping Steam and making sure developers were supported. However, as Steam gained and entrenched its dominant position, Valve increasingly neglected its platform gatekeeping and orchestration roles, resulting in Steam becoming less attractive as a distribution platform to most PC game developers. The sentiment is aptly captured in the following quote from industry publication Polygon in 2018:[124]

> There was a time, not so long ago, when every PC developer wanted to be on Steam. Getting your game on Steam — if you could manage to somehow contact Valve and impress the company with your wares — was a golden ticket to sales and success.
>
> Those days are over, according to the 20 developers I spoke with for this story. While selling a game on Steam has never been easier, only a "chosen few" are reportedly lucky enough to have Valve's mysterious algorithm favor them with some promotional screen real estate, or popular enough to get a Valve representative to help them with a support ticket. The rest often feel like they're on

---

[122]    https://www.gamesindustry.biz/steam-direct-fails-to-prevent-revenue-drop-for-indies.

[123]    https://twitter.com/Steam_Spy/status/908323575022735360.

[124]    https://www.polygon.com/2018/10/19/17959138/steam-valve-developer-support-pricing-reviews.

Highly Confidential: Attorneys' Eyes Only

their own.

For many Steam developers, this two-tiered and algorithmically curated culture of "one Steam for the popular, and one Steam for the rest" is leading to dissatisfaction, resentment and confusion.

100.    These sentiments among many PC game publishers lead them to question the value that Steam creates and provides to them. To this point, a 2020 survey of nearly 4,000 developers by Game Developers Conference asked: "What do you think is a justifiable amount of your game's revenue for Steam to take?"[125] Merely 7% of respondents indicated that it was justifiable for Valve to take 30% or more of the revenues that games distributed through Steam generate.[126] The full results of the 2020 Game Developers Conference survey are shown in Figure 18 below:

**Figure 18.  2020 Game Developers Conference Survey[127]**

What do you think is a justifiable amount of your game's revenue for Steam to take?
(In its current form, Steam's standard cut is 30%)

| | |
|---|---|
| 5% | **7%** |
| 10% | **21%** |
| 15% | **25%** |
| 20% | **17%** |
| 25% | **3%** |
| 30% | **6%** |
| More than 30% | **1%** |
| Don't know / Not sure | **20%** |

---

[125]    https://www.gamedeveloper.com/business/gdc-state-of-the-industry-most-devs-feel-steam-s-30-cut-isn-t-justified-many-prefer-10-15-.

[126]    https://www.gamedeveloper.com/business/gdc-state-of-the-industry-most-devs-feel-steam-s-30-cut-isn-t-justified-many-prefer-10-15-.

[127]    https://www.gamedeveloper.com/business/gdc-state-of-the-industry-most-devs-feel-steam-s-30-cut-isn-t-justified-many-prefer-10-15-.

Expert Report of Professor Joost Rietveld                                                                      60
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

Game Developers Conference referenced its 2020 survey in a subsequent 2021 publication and opined that "[w]ith such sentiment surrounding a 30% share, one has to wonder how much longer Valve and Steam can hold onto this premium rate."[128]

101.    PC game publishers can hardly be blamed for thinking that the odds are stacked against them and the conditions on Steam are unfair and not worth the fees Valve commands. Valve progressively reduced requirements for games entering Steam to the point where nearly any game can now enter the platform, and both Valve and players increasingly rely on algorithmic curation instruments, while most publishers struggle to have their games noticed—let alone purchased and played. Yet, in the absence of any viable alternative PC distribution platforms, publishers have no choice but to accept the circumstances Valve created and distribute their games through Steam. In the but-for world, absent Valve's competition restraining parity requirements, where PC game publishers could offer differentiated content and pricing on rival platforms, there would be sufficient competitive constraints on Steam such that either Valve would change its platform governance to improve conditions for PC game publishers and/or Steam's dominance would erode as PC game publishers increasingly utilize competing platforms with more proactive governance and better conditions.

### C. Valve's poor customer service and failure to enforce user rules of conduct diminish the quality of the environment in which publishers sell their PC games

102.    Valve has long had a poor reputation when it comes to the quality of its customer service. In 2013, Valve received an "F" from the Better Business Bureau.[129] In 2014, a user posted about "Steams [sic] terrible customer service" to a Steam message board, to which another user

---

[128]    "State of The Game Industry 2021," presented by GDC, pg. 26.
[129]    https://www.ign.com/articles/2015/03/17/valve-on-customer-service-we-have-to-do-better.

Expert Report of Professor Joost Rietveld                                61
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

suggested that Steam's customer service representatives were "overworked and understaffed."[130] In response, another user stated "… with the money that they make .. they should *NEVER* be understaffed…"[131] In a March 2024 interview, Chandler Murch, who began working at Valve in 2009 as a Steam customer support agent,[132] discussed how customer service for Steam at the time consisted of 30 to 40 people handling 30 to 40 million customers—a million or more customers per customer support personnel—solely over email correspondence.[133] Mr. Murch stated that "the reputation of Steam support was, 'well, you know, you're going to reach out to them and maybe you'll hear from them in a couple weeks.' It was not a great reputation."[134]

103.    A 2015 article on IGN, a website dedicated to covering video games and entertainment worldwide, quoted Valve's Erik Johnson explaining that, while it did not give much credence to the Better Business Bureau, Valve did not "feel like [its] customer service support [was] where it need[ed] to be," and that Valve thought its "customers are right."[135] Mr. Johnson stated:[136]

> When they say our support's bad, our initial reaction isn't to say, 'No, it's actually good. Look at all of this.' It's to say that, no, they're probably right, because they usually are when it comes to this kind of thing. We hear those complaints, and that's gonna be a big focus for us throughout the year. We have a lot of work to do there. We have to do better.

104.    In a 2015 Reddit thread about Mr. Johnson's comments, many users posted about the poor quality of Valve's customer support.[137] One user stated, "Since you guys consider reddit a much more valued opinion... here's what we say. Your customer service sucks…" Another user

---

130    https://steamcommunity.com/discussions/forum/1/38596748368289615/?l=hungarian.

131    https://steamcommunity.com/discussions/forum/1/38596748368289615/?l=hungarian.

132    https://www.linkedin.com/in/chandlermurch/details/experience/.

133    https://www.youtube.com/watch?v=Y02tENtDtaE (starting around 4:30).

134    https://www.youtube.com/watch?v=Y02tENtDtaE (around 6:35).

135    https://www.ign.com/articles/2015/03/17/valve-on-customer-service-we-have-to-do-better.

136    https://www.ign.com/articles/2015/03/17/valve-on-customer-service-we-have-to-do-better.

137    https://www.reddit.com/r/Steam/comments/2yyitd/valve_is_not_psyched_they_got_an_f_in_customer/.

Highly Confidential: Attorneys' Eyes Only

(sardonically) asked, "Valve has customer support?"[138]

105.    In a December 2019 article on SlashGear.com, an online publication focused on consumer electronics and other topics with over five million monthly readers, the author Eric Abent stated that "Steam's customer service has been garbage for far too long."[139] The author stated, "Steam's lack of comprehensive customer support has become a meme at this point, and with Steam being the king of the PC digital distribution hill for so long, it seemed like it was never going to change."[140]

106.    As detailed in Section VI.D below, Valve operates a very lean organization compared to other U.S.-based tech firms. Its relatively small workforce of 336 employees, as of 2021, enables the company to achieve a gross profit of over ███████████████, which is ██████, larger than giants like Apple, Google, and Microsoft. The contrast is even more striking when considering just Steam, which generates annual gross profits exceeding ███████████ ███████████ working on Steam. The relatively low number of employees working on Steam, which declined from ██████████████, indicates that Valve has not scaled the team working on Steam to meet the demands of the platform's massively increased user base, as would have been necessary if Steam faced viable competition from rival platforms.

### Valve's Stated Rules of Conduct on Steam

107.    As of the date of this report, the Steam website contained a "Steam Online Conduct" page that provides conduct rules for all Steam subscribers. Valve stated that "as a Steam user you should be a good online citizen and not do anything that prevents any other Steam user from using and

---

[138]    https://www.reddit.com/r/Steam/comments/2yyitd/valve_is_not_psyched_they_got_an_f_in_customer/.

[139]    https://www.slashgear.com/steams-customer-service-has-been-garbage-for-far-too-long-26604464/.

[140]    https://www.slashgear.com/steams-customer-service-has-been-garbage-for-far-too-long-26604464/.

Expert Report of Professor Joost Rietveld                                                                63
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

enjoying Steam."[141] Valve enumerated the following specific list of activities that are prohibited on Steam:[142]

- *Engage in unlawful activity*: examples of prohibited behavior include exploiting minors; stealing; encouraging real-world violence; engaging in fraud; and creating a false identity for the purpose of misleading others.

- *Upload or post illegal or inappropriate content*: examples of prohibited behavior include uploading or posting content related to real or disturbing depictions of violence, content that exploits children in any way, and sexually explicit content (posted outside of a game's own hub).

- *Violate others' personal rights*: examples of prohibited behavior include doxing, scamming, stealing, impersonating, stalking, accessing other users' Steam accounts, and posting libelous or defamatory statements.

- *Harass other users or Steam personnel*: examples of prohibited behavior include trolling, baiting, threatening, spamming, intimidating, and using abusive language or insults.

- *Disrupt, damage, or manipulate Steam*: examples of prohibited behavior include instituting an attack on a Steam server, artificially manipulating Steam reviews or other content, and automatically generating Steam accounts.

- *Disrupt or damage other users' computers*: examples of prohibited behavior include uploading or linking to malicious software such as a virus or Trojan horse and instituting an attack on another user's computer.

- *Cheat*: examples of prohibited behavior include running cheat programs, smurfing, and artificially boosting a match-making rank.

- *Violate others' intellectual property rights*: examples of prohibited behavior include uploading materials that you do not own the rights to, using another's trademark or copyrighted material, and infringing someone else's patent, trade secret, or other proprietary right.

- *Improperly gather or distribute information*: examples of prohibited behavior include harvesting or otherwise collecting information about others, including e-mail addresses, and distributing surveys, multi-level marketing materials, chain letters, or junk email.

- *Engage in commercial activity*: examples of prohibited behavior include posting advertisements, running contests, gambling, buying or selling Steam accounts, selling content, gift cards, or other items, and begging.

---

[141]  https://store.steampowered.com/online_conduct/.

[142]  https://store.steampowered.com/online_conduct/.

Expert Report of Professor Joost Rietveld                                           64
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

108.    On a separate page, Valve stated that its Online Conduct rules "broadly apply to all behaviors and content on Steam," and that any accounts that post content in violation of these rules "may be subject to restrictions."[143] Valve also stated that that these guidelines are enforced by "Steam moderators [who] review reported content" and use guidelines to "determine when content should be removed from the community."[144]

109.    One would expect that a platform environment in which the rules of conduct such as those listed above are followed and enforced would provide a pleasant experience for PC game players. However, in the subsections below, I discuss several ways in which Valve fails to enforce its stated rules of conduct, regularly subjecting players on Steam to conduct that degrades both player experience and the environment in which publishers sell PC games and interact with their customers.

### Fraud on Steam

110.    Various types of scams have long been running on Steam despite Valve's stated rules of conduct explicitly prohibiting engaging in fraud (among other relevant prohibitions). In July 2023, MakeUseOf.com, "one of the largest online technology publications that millions of readers turn to every month for expert tech advice,"[145] published an article examining the issue of fraud on Steam, titled "8 Steam Scams to Watch Out For (and How to Avoid Them),"[146] The author noted that the millions of daily users and "tens of thousands of games for sale" on Steam coincide with risks of scams.[147] According to the article, "countless Steam scams" have "popped up to swindle

---

[143]    https://help.steampowered.com/en/faqs/view/6862-8119-C23E-EA7B.

[144]    https://help.steampowered.com/en/faqs/view/6862-8119-C23E-EA7B.

[145]    https://www.makeuseof.com/page/about/.

[146]    https://www.makeuseof.com/tag/steam-scams-watch-stay-safe/.

[147]    https://www.makeuseof.com/tag/steam-scams-watch-stay-safe/.

Expert Report of Professor Joost Rietveld                                    65
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

and trick unsuspecting users," including scams involving: (1) phishing; (2) impersonating a Valve employee; (3) chargebacks; (4) item swaps; (5) Steam gift cards; (6) accidentally reported accounts; (7) viruses and malware; and (8) fake Steam code generators.[148]

111.    Addressing just one of these as an example, phishing schemes involve a scammer tricking Steam players into providing scammers with their Steam login credentials. According to the MakeUseOf.com article, "[o]nce you input your Steam data, you hand over your login credentials, including your username and password, and you've handed over the keys to your account."[149] The author also noted that these are just examples of "some of the most common Steam scams you'll encounter," and that "while Steam does make an effort to protect its users, scammers are persistent."[150]

112.    As another example, a Steam player posted on a message board in 2015 stating that his friend's Steam account had been "hijacked" by scammers.[151] The player stated that "Steam Support [was] taking too long to respond," and that "steam has stated that these type of tickets [hijack/scam] have been put at high priority. I have a feeling that this is a lie."[152] A Reddit user posted about a similar incident in 2024 wherein they received a "scam message," purportedly from Steam support.[153]

#### Steam May be Used to Facilitate Money Laundering

113.    In addition to the various scams targeting players on Steam, there have also been reports

[148]    https://www.makeuseof.com/tag/steam-scams-watch-stay-safe/.

[149]    https://www.makeuseof.com/tag/steam-scams-watch-stay-safe/.

[150]    https://www.makeuseof.com/tag/steam-scams-watch-stay-safe/.

[151]    https://steamcommunity.com/discussions/forum/1/627457521157193079/.

[152]    https://steamcommunity.com/discussions/forum/1/627457521157193079/.

[153]    https://www.reddit.com/r/SteamScams/comments/1amfax6/real_message_from_steam_support/?rdt=48896.

Highly Confidential: Attorneys' Eyes Only

that the platform is used to facilitate money laundering. This type of activity is seemingly in direct violation of Steam's conduct policy, such as the stated prohibition of "unlawful activity."[154]

114.    An article titled "Research identifies suspicious behaviour on Steam Marketplace that may suggest money laundering," was published on GameIndustry.biz in July 2024.[155] The author indicated that new research found "trading activity on Steam Marketplace that could suggest it is being used for money laundering."[156] The research, which was published in *Forensic Science International: Digital Investigation* in September 2024,[157] analyzed publicly available information from Steam Marketplace to "identify suspicious transactions that may indicate the existence of money laundering within [video game secondary marketplaces]."[158] According to the article, the analysts "us[ed] very simple money laundering detection methods."[159]

115.    For example, the researchers examined "the Steam marketplace and the game Counter Strike: Global Offensive (CSGO)" to determine whether suspicious transactions can be detected and, "upon further investigation, be indicative of money laundering activities."[160] The researchers analyzed a data set covering five days in August 2020 that covered "all trades on the Steam marketplace for the game CSGO" (over 1.1 million "total trades recorded").[161] The researchers, through use of frequency measurements, found outlier accounts that were engaging in high

---

[154]    https://store.steampowered.com/online_conduct?snr=100601___.

[155]    https://www.gamesindustry.biz/research-identifies-suspicious-behaviour-on-steam-marketplace-that-may-suggest-money-laundering.

[156]    https://www.gamesindustry.biz/research-identifies-suspicious-behaviour-on-steam-marketplace-that-may-suggest-money-laundering.

[157]    Cooke, D. and Marshall, A. (2024). Money laundering through video games, a criminals' playground. *Forensic Science International: Digital Investigation*, Volume 50 (301802) (accessed here: https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub).

[158]    https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub.

[159]    https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub.

[160]    https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub.

[161]    https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub.

Highly Confidential: Attorneys' Eyes Only

frequency sales, high frequency purchasing, and high frequency duplicate trades (trades between the same buyer and seller of the same item for the same value).[162] The researchers concluded that at least "[four] users stand out and may require further investigation as their trading appears unusual and therefore constitutes suspicious activity."[163] This research only analyzed a five-day period, a small subset of accounts (i.e., top 10 in each category), and only one game on Steam. It is likely that these outlier trades occur across many different games and time periods.

116.    Another report published in April 2024 by the U.S. Consumer Financial Protection Bureau ("CFPB") discussed "banking in video games and virtual worlds."[164] This report, which repeatedly mentioned Steam, stated that as "video games and virtual worlds have become more and more popular, gaming assets have become increasingly valuable."[165] The CFPB stated:[166]

> Banking and payment services that facilitate the storage and exchange of valuable assets generally provide consumer protections, including recourse after unauthorized transactions. Yet operators of gaming and virtual worlds typically emphasize a "buyer beware" approach. The [CFPB] is monitoring markets— regardless of the infrastructure used—where financial products and services may be offered, including video games and virtual worlds.

117.    A key finding of the research performed by the CFPB indicated that there have been "increased reports of users losing access to gaming assets through hacking attempts, account theft, scams, and unauthorized transactions."[167] The report further noted "operators of gaming and virtual worlds do not appear to provide the kinds of consumer protections that apply to traditional

---

[162]    https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub.

[163]    https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub.

[164]    https://www.consumerfinance.gov/data-research/research-reports/issue-spotlight-video-games/.

[165]    https://www.consumerfinance.gov/data-research/research-reports/issue-spotlight-video-games/.

[166]    https://www.consumerfinance.gov/data-research/research-reports/issue-spotlight-video-games/.

[167]    https://www.consumerfinance.gov/data-research/research-reports/issue-spotlight-video-games/.

Highly Confidential: Attorneys' Eyes Only

banking and payment systems."[168]

### *"Hate and Extremism" on Steam*

118.    Members of the United States Congress have sent various correspondence to Valve's leadership regarding the presence of "hate and extremism" on Steam. For example, in a December 2022 letter addressed to Mr. Gabe Newell, nine U.S. Congress Members sought to "better understand the processes [Valve has] in place to handle player reports of harassment and extremism encounters in your online games."[169] According to the Congress Members, "[e]specially concerning is the rise of exposure to white-supremacists extremism in online game spaces," which are actively used "as recruitment spaces for their ideologies, using in-game voice and text chat to on-ramp people to their beliefs, often targeting vulnerable youths."[170] The letter also stated that it is "important that online video game developers work to stop the spread of harassment and extremist ideologies that proliferate on their platforms."[171]

119.    U.S. Senator Margaret Wood Hassan sent a separate letter to Mr. Newell in December 2022, addressing "[e]xtremist content on Steam."[172] Senator Hassan stated that extremist content on Steam, including terms and images "commonly associated with neo-Nazi, extremist, and racial supremacist ideologies, is pervasive."[173] She also stated that the "prevalence and ease of finding this content is extremely concerning, especially given the popularity that Valve currently enjoys over its competitors in the video game digital distribution ecosystem."[174]

---

[168]    https://www.consumerfinance.gov/data-research/research-reports/issue-spotlight-video-games/.
[169]    VALVE_ANT_2820983 – 986, at 983.
[170]    VALVE_ANT_2820983 – 986, at 984.
[171]    VALVE_ANT_2820983 – 986, at 984.
[172]    VALVE_ANT_2820991 – 994.
[173]    VALVE_ANT_2820991 – 994, at 991.
[174]    VALVE_ANT_2820991 – 994, at 992.

Expert Report of Professor Joost Rietveld                                                              69
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

120.    Valve received additional requests for information in March 2023 when Senator Richard Durbin wrote Mr. Newell regarding "Valve's actions to identify and remove content that broadcasts or promotes terrorism, violent extremism, hate crimes, or drug trafficking…"[175] Senator Durbin discussed Valve's *Dota 2* game and its online community, stating that "[a]s positive as [the community and social elements of the games] can be, for years extremists have exploited the community-building aspects of games to spread propaganda, radicalize and recruit users, and mobilize for terrorist activities."[176] Senator Durbin also noted that "Valve's Steam platform has 'entrenched' extremist communities, including some with a presence that started in 2016."[177] He went on to note that "Valve does not appear to explicitly address terrorism, violent extremism, and harmful off-platform speech or behavior in Steam's subscriber agreement and online conduct policies," nor does Valve "produce transparency reports."[178]

121.    Similarly, in a November 15, 2024 letter to Mr. Newell, U.S. Senator Mark R. Warner wrote that he intended to address the "hate and extremism that has recently been identified on your gaming digital distribution and social networking platform Steam."[179] Senator Warner wrote that the ADL had recently released a report that identified "over 1 million unique user accounts and nearly 100,000 user-created groups that glorified antisemitic, Nazi, white supremacist, gender- and sexuality-based hate, and other extremist ideologies on Valve's Steam platform."[180] Senator Warner pointed out that a similar letter had been sent to Valve in 2022 and remarked that "yet two years later it appears that Valve has chosen to continue a 'hands off' -type approach to content

---

[175]    VALVE_ANT_2821012 – 015, at 012.

[176]    VALVE_ANT_2821012 – 015, at 012.

[177]    VALVE_ANT_2821012 – 015, at 013.

[178]    VALVE_ANT_2821012 – 015, at 013.

[179]    U.S. Senator Mark R. Warner, "Letter to Mr. Gabe Newell," November 15, 2024.

[180]    U.S. Senator Mark R. Warner, "Letter to Mr. Gabe Newell," November 15, 2024.

Highly Confidential: Attorneys' Eyes Only

moderation…"[181] Senator Warner also stated:[182]

> My concern is elevated by the fact that Steam is the largest single online gaming digital distribution and social networking platform in the world with over 100 million unique user accounts and a userbase similar in scale to that of the 'traditional' social media and social network platforms. Steam is financially successful, with a dominant position in its sector, and makes Valve billions of dollars in annual revenue…

Senator Warner cited Valve's Steam Online Conduct policy, and wrote, "It is reasonable to question how committed Valve is to effectively implement and enforce Valve's own, self-created Conduct Policy for its users…"[183]

122.    While not intended to be a comprehensive analysis, the discussion above illustrates various ways the player experience on Steam is degraded because of Valve's failure to provide quality customer service and enforce its stated rules of conduct. This degraded player experience lowers the quality of the environment in which publishers sell their PC games and interact with their customers. Furthermore, the platform experience for both players and publishers on Steam will not likely improve so long as Valve continues to exploit Steam's dominance to prevent rival platforms from becoming viable competitors.

### D.  Valve realizes increasing profits from sales of third-party games through Steam as the conditions for PC game publishers worsen on the platform

123.    Despite the worsening conditions Valve has created for PC game publishers on Steam, along with poor customer service and lax policing of user conduct, Valve has realized substantial growth in profits from the sale of third-party games on the platform. Figure 19 below charts Valve's annual gross and operating profits from sales of third-party games on Steam from 2005

---

[181]    U.S. Senator Mark R. Warner, "Letter to Mr. Gabe Newell," November 15, 2024.

[182]    U.S. Senator Mark R. Warner, "Letter to Mr. Gabe Newell," November 15, 2024.

[183]    U.S. Senator Mark R. Warner, "Letter to Mr. Gabe Newell," November 15, 2024.

Expert Report of Professor Joost Rietveld                                                               71
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

through 2021, the latest year for which Valve produced its financial information in this matter.



124.    As shown in the figure above, Valve's gross profits from sales of third-party PC games through Steam surpassed ▮▮▮▮▮▮▮ in 2013, following the introduction of Greenlight and marking a ▮▮ increase from the previous year. That same year, Valve's operating profits from sales of third-party games through Steam climbed to ▮▮▮▮▮▮, a nearly ▮▮ increase from the previous year. Except for a slight decline in 2019 (when there was as dip in the number of new games released on Steam), Valve's profit from sales of third-party games through Steam has grown consistently every year since 2013. As of the end of 2021, Valve's annual gross profit from these sales reached ▮▮▮▮▮▮, reflecting a compound annual growth rate ("CAGR") of ▮▮ from 2012, while its operating profit rose to ▮▮▮▮▮▮, reflecting a CAGR of ▮▮ over the same period. The table in Figure 20 below documents the YoY growth rate in Valve's Gross Profits and

---

[184]    30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 152.

Expert Report of Professor Joost Rietveld                                    72
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

Operating Profits from operating Steam (2012 – 2021) providing further detail.



125. The large and sustained increases in the profits Valve enjoyed is attributable to both the growth in revenues from sales of third-party games through Steam and Valve's ability to generate those revenues while incurring related operating expenses that increased at a significantly lower rate. The chart in Figure 21 below shows Net Revenues generated from sales of third-party PC games through Steam for 2005 through 2021, compared to Other Costs of Sales and Operating Expenses incurred related to the Steam platform.[185]

---

[185] 30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 152. For purposes of this analysis, I define "Net Revenues" as ███████████████████████," and "Total Other Cost of Sales" as ███████████ ███████.

Highly Confidential: Attorneys' Eyes Only



126.    The chart above illustrates how the increase in Net Revenues generated from sales of third-party PC games through Steam has outpaced the increase in Operating Expenses related to the platform (of which ███████████████████████████████████████████ ████████████████ Net Revenues increased from ██████████ in 2012 to ██████████ in 2021, a CAGR of ██████

127.    Valve ███████████████████████████████ from a peak of ███ employees in 2015 to just ██ employees in 2021, the most recent year for which this data is available.[187] This suggests that a mere ███ employees were tasked with managing the tens of thousands of games on the platform and overseeing operations that generated over ████████████ in annual gross profits as of 2021. For context, Figure 22 below compares Steam's gross profit per employee in 2021 ████████

---

[186]    30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 152.

[187]    https://arstechnica.com/gaming/2024/07/valve-runs-its-massive-pc-gaming-ecosystem-with-only-about-350-employees/.

Expert Report of Professor Joost Rietveld                                                                                 74
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

██████ to that of other U.S.-based tech firms in the same year.

**Figure 22.  Gross Profit per Employee (2021)[188]**

| Company | Gross Profit (thousands) | # of Employees | Gross Profit per Employee |
|---|---|---|---|
| ██████████ | ██████ | █ | ██████ |
| ██████████ | ██████ | █ | ██████ |
| Activision Blizzard[189] | $6,486,000 | 9,800 | $661,837 |
| Alphabet | $146,698,000 | 156,500 | $937,367 |
| Amazon[190] | $197,478,000 | 1,608,000 | $122,810 |
| Apple | $152,836,000 | 154,000 | $992,442 |
| EA | $4,135,000 | 11,000 | $375,909 |
| Meta Platforms | $95,280,000 | 71,970 | $1,323,885 |
| Microsoft | $115,856,000 | 181,000 | $640,088 |
| Nvidia | $10,396,000 | 18,975 | $547,878 |
| Tesla | $13,606,000 | 99,290 | $137,032 |
| Ubisoft[191] | $2,225,970 | 20,324 | $109,524 |

128.    As shown in the figure above, Steam's (and Valve's full-company) gross profit per employee ██ exceeds that of leading U.S.-based tech firms. Valve itself acknowledged this in its 2012 employee handbook, noting that its profitability per employee "is higher than that of Google or Amazon or Microsoft…"[192] The contrast between the growing number of games on Steam and

---

[188]    30(b)(6) Deposition of Scott Lynch, October 13, 2023, Exhibit 152; 2021 Annual Reports and/or Form 10-Ks of each listed company.

[189]    Includes full-time and part-time employees.

[190]    Includes full-time and part-time employees.

[191]    Amount reported in € millions as 1,898.1. Converted to USD based on the exchange rate as of March 31, 2021 (i.e., the end of Ubisoft's fiscal year for 2021). See, https://www.exchange-rates.org/exchange-rate-history/eur-usd-2021-03-31.

[192]    https://www.valvesoftware.com/en/publications.

Expert Report of Professor Joost Rietveld                                                                75
January 27, 2025

Highly Confidential: Attorneys' Eyes Only

the increasing profits the platform generates for Valve compared to the simultaneous reduction in workforce, worsening conditions for PC game publishers, poor customer service, and negligent user conduct policing, indicates that Valve feels confident that it has entrenched Steam's position as the single dominant PC game distribution platform, does not feel competitive pressures from rival platforms, and has shifted its focus from supporting publisher success to prioritizing its own profitability.

## VII. VALVE'S PARITY REQUIREMENTS ENABLE IT TO ENTRENCH STEAM'S DOMINANCE DESPITE WORSENING CONDITIONS FOR PC GAME PUBLISHERS ON THE PLATFORM

129.    Analysis of the factors typically resulting in winner-take-all (or -most) outcomes in multi-sided platforms indicates that there should not be a single dominant third-party PC game distribution platform (i.e., Steam). Rather, the fact that Valve maintains Steam's dominance indicates that, despite the expected outcome of multiple leading distribution platforms, Valve exploits Steam's dominance through its parity requirements to preclude and discourage rival platforms from differentiating based on content and/or price, thereby removing the ability to compete effectively against Steam. Further, Valve leverages Steam Keys in conjunction with its parity requirements as a strategic tool to exercise control over the retail function of the PC game segment and further drive players and publishers to Steam. Indeed, Valve's exploitation of Steam's dominance has precluded competition from rival platforms of sophisticated and well-resourced entities, such as Epic Games, which after six years of operating EGS has yet to take meaningful market share from Steam or demonstrate that the platform is financially viable.

130.    Having entrenched Steam's dominant position and precluded effective competition from rival platforms, Valve increasingly enacted platform governance policies benefitting itself to the detriment of the publishers that distribute their PC games through Steam. Such changes caused

Highly Confidential: Attorneys' Eyes Only

overcrowding and an ever-increasing stock of games that make it difficult for players to discover new releases. Analysis of the transaction data Valve produced in this matter indicates that such changes to platform governance are associated with declines in average lifetime sales for newer games; shorter lifecycles for newer, especially less popular games, skewed distributions of total sales among games, and overall lower chances to succeed for most games distributed through Steam.

131.    Mirroring these trends, publishers have increasingly expressed frustration with Steam, indicating that it has become progressively difficult for them to be successful on the platform. Moreover, Steam has long had a reputation for poor customer service and a failure to enforce its own stated standards of conduct among its users. This degraded player experience further lowers the quality of the ecosystem in which publishers operate, sell their PC games, and interact with their customers. Yet, while conditions on Steam continue to worsen for PC game publishers, they must remain on the platform because there are no viable alternatives through which they can distribute their games, and Valve continues to realize enormous and increasing profits as a result.

132.    As noted above, if additional data, testimony, or other information that is relevant to my analyses and opinions become available to me after the issuance of this report, I intend to consider that information and may modify or update my analysis and opinions as I deem necessary.

Highly Confidential: Attorneys' Eyes Only

Dated January 27, 2025

Respectfully submitted,

_____

Joost Rietveld

Highly Confidential: Attorneys' Eyes Only
**Appendix A**

## JOOST RIETVELD

University College London
UCL School of Management, Strategy & Entrepreneurship
Level 38, SW5
One Canada Square, Canary Wharf
London E14 5AA, UK
+44 (0)7 365 237 929 | j.rietveld@ucl.ac.uk
Strategy Guide | Platform Papers | Substack | Scholar | SSRN | LinkedIn

### ACADEMIC APPOINTMENTS

**UCL School of Management, University College London**
| | |
|---|---|
| Associate Professor of Strategic Management | 2022-present |
| Assistant Professor of Strategic Management | 2018-2022 |

**Harvard University, Harvard Business School**
| | |
|---|---|
| Visiting Scholar at the Digital Data Design Institute (D^3) | 2025 |

**University of Groningen, Faculty of Economics and Business**
| | |
|---|---|
| Visiting Professor of Strategy and Innovation Management | 2021-2024 |

**Rotterdam School of Management, Erasmus University**
| | |
|---|---|
| Assistant Professor of Strategic Management | 2015-2018 |

### EDUCATION

**2024    The London School of Economics and Political Science (LSE)**
Competition Law and Policy: Contemporary Challenges in a Global Market

**2015    City, University of London, Bayes Business School (formerly Cass)**
Doctor of Philosophy (PhD) – *Value Creation from Complements in Platform Markets: Studies on the Video Game Industry*
- Best Dissertation Award Finalist, TIMES Division, INFORMS (2016)
- Best Dissertation Award Finalist, TIM Division, AoM (2016)

**2015    New York University, Stern School of Business**
Visiting Doctoral Student, department of Management and Organizations

**2010    University of Groningen, Faculty of Economics and Business**
Master of Science (MSc), Strategy and Innovation (*cum laude*)

**2008    University of Groningen, Faculty of Economics and Business**
Bachelor of Science (BSc), Business Administration

### PEER REVIEWED PUBLICATIONS

**Rietveld J**, Schilling MA. Hypercontinuous innovation and demand-side learning: Why digital platforms enjoy longer and more expansive market-leadership positions. In production, *Academy of Management Perspectives*.

Ploog J, **Rietveld J.** Rolling the Dice: Resolving Demand Uncertainty in Markets With Partial Network Effects. In press, *Academy of Management Journal*. (Animated abstract)
- Winner of Platform Leaders Academic Prize for Relevance and Practical Applications

Highly Confidential: Attorneys' Eyes Only    **Appendix A**

Benischke M, **Rietveld J**, Slangen A (2023) Within-Firm Variation in the Liability of Foreignness: A Demand-Based Perspective. *Journal of Management,* 49(5): 1738-1765.

**Rietveld J**, Ploog, JN (2022) On Top of the Game? The Double-Edged Sword of Incorporating Social Features into Freemium Products, *Strategic Management Journal,* 43(6):1182-1207. (Video abstract)
- Media coverage: Dutch Financial Times (Financieel Dagblad), SMS blog

**Rietveld J**, Seamans R, Meggiorin K (2021) Market Orchestrators: The Effects of Certification on Platforms and Their Complementors. *Strategy Science,* 6(3): 244-264.
- Media coverage: Talking About Platforms (podcast)

**Rietveld J**, Schilling MA (2021) Platform Competition: A Systematic and Interdisciplinary Review of the Literature. *Journal of Management,* 47(6): 1528–1563.
- Companion websites: platformpapers.com/ | platformpapers.substack.com

**Rietveld J**, Ploog J, Nieborg D (2020) Coevolution of Platform Dominance and Governance Strategies: Effects on Complementor Performance Outcomes. *Academy of Management Discoveries,* 6(3): 488-513. (Animated abstract, Interactive data visualizations)
- Best Paper Finalist, *SMS Special Conference Oslo* (2018)
- Media coverage: Mobile Marketing, Business Computing, Business of Apps, UK Tech News, Medium, Acquisition International, TechCrunch, Competition and Markets Authority (CMA) - Digital Markets Taskforce, Concurrences Antitrust, National Technology News (NTN), Department of Play (1), (2), Cory Doctorow.

Bellavitis C, **Rietveld J**, Filatotchev I (2020) The Effects of Repeated Co-Investments on the Performance of VC Syndicates: A Relational Agency Perspective. *Strategic Entrepreneurship Journal,* 14(2): 240-264.
- Media coverage: The European, BizEd, SMS blog

**Rietveld J**, Schilling MA, Bellavitis C (2019) Platform Strategy: Managing Ecosystem Value Through Selective Promotion of Complements. *Organization Science,* 30(6): 1232-1251.
- An abbreviated version was published in Management Insights
- Media coverage: Vox Recode

**Rietveld J**, Eggers JP (2018) Demand Heterogeneity in Platform Markets: Implications for Complementors. *Organization Science,* 29(2): 304-322.
- Nominated by INFORMS for the *Gomory Industry Studies Award* (2019)

**Rietveld J** (2018) Creating and Capturing Value from Freemium Business Models: A Demand-Side Perspective. *Strategic Entrepreneurship Journal,* 12(2): 171-193.
- Lead article
- Among the Top 20 most downloaded papers published in 2018 (2019)
- *Academy of Management (AoM) Best Paper Proceedings* (2016)
- Media coverage: RSM Discovery, BNR Radio, Gamekings

Broekhuizen TLJ, Lampel J, **Rietveld J** (2013) New Horizons or a Strategic Mirage? Artist-led-distribution Versus Alliance Strategy in the Video Game Industry. *Research Policy,* 42(4): 954-964.

Highly Confidential: Attorneys' Eyes Only    **Appendix A**

## WORK-IN-PROGRESS

Forti E, Piazza A, **Rietveld J.** CrossFit in the Crosshairs: A Community-Embedded Theory of Organizational Responsiveness to Social Issues. Second revision submitted, *Administrative Science Quarterly.*

Haans R, **Rietveld J.** Managing multilaterality: When and to whom do information intermediaries draw comparisons? Working paper.
- Winner of the SMS CSIG Best Proposal Award for Creativity in Research

Ploog J, **Rietveld J.** Match quality in multisided platforms: Balancing openness and curation. Working paper.

Schilling MA, **Rietveld J**. To the Beat of the Same Drum: Causal Factors in Strategic Synchronization. Working paper.

Bellavitis C, Fisch C, **Rietveld J.** Same same, but different: Unpacking legitimacy's role in optimal distinctiveness. Working paper.

Madhulika K, **Rietveld J.** Paper on the effects of regulation induced governance changes on platform complementors. Early stage working project.

## BOOK CHAPTERS, CONFERENCE PROCEEDINGS, AND OTHER PUBLICATIONS

**Rietveld J** (2023) Microsoft and Activision: the big questions that will decide whether the US$68 billion deal goes ahead. *The Conversation.*

**Rietveld J** (2016) Creating Value through the Freemium Business Model: A Consumer Perspective. *Academy of Management Best Paper Proceedings.*

**Rietveld J** (2014) Nintendo: Fighting the Video Game Console Wars, in Mintzberg H *et al. The Strategy Process*, Fifth Edition, Pearson Education (under supervision of J. Lampel).

**Rietveld J** (2011) Profiting from Digitally Distributed Cultural Products: The Case of Content Producers in the Video Games Industry. In: *The Nature of the New Firm* (eds. KJ McCarthy, M Fiolet, W Dolfsma). Edward Elgar, 100-120.

## GRANTS

2017    ERIM funding for Research Assistance (€5,000)
2017    ERIM funding for Outward Research Visit (€2,300)
2016    ERIM funding for Outward Research Visit (€4,000)
2015    NYU Adjunct Faculty Professional Development Fund ($1,000)

## INVITED TALKS

2025    University of Colorado at Boulder, Leeds School of Business (scheduled)
Weizenbaum Institute, TU Berlin (PLAMADISO series; scheduled)
Singapore Management University, Lee Kong Chian School of Business (scheduled)
Nanyang Technology University, Nanyang Business School (scheduled)

2024    University of Twente, department of High-tech Business and Entrepreneurship
Amsterdam Business School, Entrepreneurship & Innovation section
Charles River Associates (CRA), London Office
European Digital Platform Research Network conference, University College London
Decentralization in Organizations conference, St Gallen University

Expert Report of Professor Joost Rietveld
January 27, 2025                                                        A-3

University of Groningen, Leadership and Governance in the Digital Age
ESADE Business School, Entrepreneurship Institute
HBS Digital Competition & Tech Regulation Conference

2023    New York University, Stern School of Business
Syracuse University, Whitman School of Management
University of Zurich, department of Business Administration
Platform Leaders, The Future of Digital Platforms conference
UCL Laws, panel on The Rise of Ecosystem Theories: Where are we after Microsoft/Activision and Booking/etraveli?
UCL-USC Cross-disciplinary Conference on Digital Platforms
Ecosystems and their Role in Competition Law, British Institute of International and Comparative Law (BIICL)
Cloud gaming as a new frontier: Competition and Regulatory challenges
Stockholm School of Economics, House of Innovation
Keynote on digital platforms at DIEM and VU Knowledge Hub for Ecosystems

2022    Weizenbaum Institute, TU Berlin (PLAMADISO series)
USC Marshall webinar on Video Games and Competition Program
Rotterdam School of Management, Business Information Management
University of Groningen, Innovation Management & Strategy

2021    HEC Lausanne, department of Strategy, Globalization and Society
IE Business School, Facebook event on Ecosystem Governance
IESEG School of Management, Management and Society department

2020    London Business School, Strategy and Entrepreneurship group
USC Marshall, department of Data Sciences and Operations
Oxford University, Platform Economy Interest Group
Technical University of Munich, TUM School of Management
Ludwig Maximilian University (LMU) of Munich, ORG Seminar
ESMT Berlin
New Zealand Commerce Commission (ComCom)
Facebook, Gaming Division

2019    Goldsmiths University, Institute of Management Studies
Vrije Universiteit (VU) Amsterdam, KIN Center for Digital Innovation
London50 Conference (London Business School)
NYU Stern Digital Innovation Conference on Platform Strategy
New Technologies and Business Regulation Conference (University of Florida)

2017    Harvard Business School, Strategy Unit
University College London, Strategy and Entrepreneurship
INSEAD, Strategy area
IESE Business School, Strategy department
Imperial College London, Entrepreneurship and Innovation
Imperial Innovation & Entrepreneurship Conversation
Guerrilla Games (Sony Computer Entertainment)

2016    University of Liverpool Management School, Strategy department
Vrije Universiteit (VU) Amsterdam, KIN Center for Digital Innovation

Expert Report of Professor Joost Rietveld
January 27, 2025                                                    A-4

Highly Confidential: Attorneys' Eyes Only    **Appendix A**

2015    Ludwig Maximilian University (LMU) of Munich, ISTO
        Catholic University of Louvain, Economics and Business
2014    USC Marshall, department of Management and Organization
        LUISS Business School
        HEC Montreal, department of International Business
        HEC Paris, Strategy & Business Policy
        Rotterdam School of Management, Strategic Management & Entrepreneurship

## SELECTED CONFERENCE PRESENTATIONS

2024    Panel on Strategy at the Crossroads: Reframing Antitrust in the Digital Age, *SMS 44th Annual Conference* (Istanbul, TR)
2023    Rolling the Dice: Resolving Demand Uncertainty in Markets with Heterogeneous Network Effects, *AoM 83rd Annual Meeting* (Boston, MA)
        Rolling the Dice: Resolving Demand Uncertainty in Markets with Heterogeneous Network Effects, *Sumantra Ghoshal Conference* (London, UK)
        Rolling the Dice: Resolving Demand Uncertainty in Markets with Heterogeneous Network Effects, *Imperial Conversations Conference* (London, UK)
        Is Comparison the Thief of Joy? Antecedents and Consequences of Getting Compared by Information Intermediaries, *3rd Competitive Dynamics Conference* (London, UK)
2022    Panelist, Ecosystem Strategy: Value Creation Outside The Boundaries Of The Firm, *42nd Annual SMS Conference* (London, UK)
        Too Close to the Sun? Antecedents and Implications of Being Compared to Exemplars. *42nd Annual SMS Conference* (London, UK)
        Platform evolution and governance strategy, PDW presentation. *AoM 82nd Annual Meeting* (Seattle, WA)
        Too Close to the Sun? Antecedents and Implications of Being Compared to Exemplars. *5th Annual Strategy Science Conference* (New York, NY)
        Too Close to the Sun? Antecedents and Implications of Being Compared to Exemplars. *Creative Industries Conference (CIC)* (Amsterdam, NL)
2021    Market Orchestrators: The Effects of Certification on Platforms and Their Complementors. Symposium: Platforms, Platform Characteristics, and Complementor Performance and Strategy, *81st Annual AoM Meeting* (Virtual).
        Digital Dominance: How Market Leaders Use Digital Technologies for Sustained Competitive Advantage. Panel: A Demand Side Perspective in Cooperative Strategy: Exploring Research Opportunities, *41st Annual SMS Conference* (Virtual).
2019    Freemium Killer Apps. *39th Annual SMS Conference* (Minneapolis, MN)
        Platform Ecosystem Evolution: Implications for Complementors. *79th Annual AoM Meeting* (Boston, MA)
        Market Orchestrators: The Effects of Platform Certification on Complementor Behavior and Performance. *23rd Annual Conference of the Society for Institutional & Organizational Economics* (Stockholm, SE)
2018    Platform Ecosystem Evolution: Towards an Integrative Framework and Implications for Complementors. *Digital Transformation and Strategy Forum* (London, UK)

Expert Report of Professor Joost Rietveld
January 27, 2025                                                              A-5

**Appendix A**

Market Orchestrators: The effect of platform certification on complementor performance and behavior in the context of Kiva (2010-2013). *Platform Strategy Research Symposium* (Boston, MA)

Market Orchestrators: The effect of platform certification on complementor performance and behavior in the context of Kiva (2010-2013). *SMS Special Conference Oslo* (Oslo, NOR)

Platform Ecosystem Evolution: Towards an Integrative Framework and Implications for Complementors. *SMS Special Conference Oslo* (Oslo, NOR)

2017  The Effect of Mergers on Product Quality, Innovativeness, and Performance. *77th Annual AoM Meeting* (Atlanta, GA)

Demand Heterogeneity in Platform Markets: Implications for Complementors. *DRUID Annual Meeting* (New York, NY)

Creating and Capturing Value in Platform Ecosystems through Selective Promotion of Complements. *Sumantra Ghoshal Conference* (London, UK)

2016  Demand Heterogeneity and the Adoption of Platform Complements. *INFORMS Annual Meeting: Emerging Scholars in Technology Management* (Nashville, TN)

Creating Value through the Freemium Business Model: A Demand Perspective. *36th Annual SMS Conference* (Berlin, DE)

Creating Value through the Freemium Business Model: A Demand Perspective. *The 10th Ratio Colloquium for Young Social Scientists* (Stockholm, SE)

Reload and Relaunch: Strategic Governance of Platform Ecosystems. *Platform Strategy Research Symposium* (Boston, MA).

Reload and Relaunch: Strategic Governance of Platform Ecosystems. *76th Annual AoM Meeting* (Anaheim, CA).

Creating Value through the Freemium Business Model: A Consumer Perspective. *76th Annual AoM Meeting* (Anaheim, CA)

Creating Value through the Freemium Business Model: A Consumer Perspective. *Digital Innovation Worksho*p (Amsterdam, NL)

2014  Complements Adoption in Two-Sided Markets: Evidence from the UK Market for Console Video Games. *Platform Strategy Research Symposium 2014* (Boston, MA)

2013  The Second Time Around: Products Re-release and Resource Complementarity in the Market for Video Games. *23rd Annual AoM Meeting* (Orlando, FL)

2012  The Second Time Around: Product Re-releases and Resource Complementarity in the Market for Video Games. *32nd Annual SMS Conference* (Prague, CZ)

New Horizons or a Strategic Mirage? Artist-led-distribution versus Alliance Strategy in the Video Game Industry. *32nd Annual SMS Conference* (Prague, CZ)

## TEACHING

*Business Strategy,* core course in the Master (MSc) in Management program, UCL School of Management, University College London. Evaluation 2021: 4.45/5
- Nominated for UCL Provost Education Award, Innovating category (2024)
- Nominated for the Inspiring Teaching Delivery award, Students' Union (2023)

Highly Confidential: Attorneys' Eyes Only    **Appendix A**

*Industrial Organization ('Marktcontext')*, core undergraduate course, Rotterdam School of
Management, Erasmus (Rotterdam, NL). Evaluation 2017: 8.4/10
  - Professor of the Year, *Student Representative Council* (2016)
*Competitive Strategies Within and Between Platform Markets*, MSc. elective, Rotterdam
School of Management, Erasmus (Rotterdam, NL). Evaluation 2018: 4.7/5
*Video Games: Culture and Industry*, Undergraduate level, New York University, Dept. of
Media Culture and Communication (New York, NY). Evaluation 2015: 4.7/5.
*Industry Analysis*, One-year conservatory Game Design, New York Film Academy (New
York, NY). Evaluation 2014: 4.9/5
*Strategic Management*, BSc. Erasmus students, Catholic University of Leuven, VIVES
(Kortrijk, BE). Evaluation 2013: 4.6/5

## PROFESSIONAL SERVICE

UCL Promotions Committee, Member (2023)
UCL School of Management, Hiring Committee, Chair (2020-2022)
Co-organizer and co-founder of *European Digital Platforms Research Network* (EU-DPRN).

Editorial review board:
  *Strategy Science* (2022-)
  *Journal of Management* (2021-)
  *Strategic Entrepreneurship Journal* (2021-)
  *Strategic Management Journal* (2020-)
    - Best Reviewer, 2019-2020

(Associate) Program Chair for the Competitive Strategy Interest Group at SMS (2024-2026)
Member of the TIM division Research Committee (2022-2024)

Ad-hoc reviewer: *Academy of Management Discoveries, Academy of Management Journal,
Academy of Management Perspectives, Academy of Management Review,
Administrative Science Quarterly, Industrial and Corporate Change, Information
Systems Research, Journal of Management, Journal of Marketing, Management
Science, Organization Science, Research Policy, Strategic Entrepreneurship Journal,
Strategic Management Journal, Strategy Science,* and other journals.

2023   Faculty mentor at the TIM & Organization Science paper development workshop
       Symposium organizer, Platform Strategy in a Global Context. *AoM 83rd Annual
       Meeting* (Boston, MA). Co-organized with Liang Chen (SMU).
       Faculty mentor at the STR Dissertation Consortium. *AoM 83rd Annual Meeting*
       (virtual and Boston, MA)
2022   Symposium session chair and organizer, Thinking Strategically about Network
       Effects, *AoM 82nd Annual Meeting* (Seattle, WA). Co-organized with J. Ploog.
       Faculty presenter at the SMS London Doctoral Workshop on managing and
       developing your research agenda. *42nd Annual SMS Conference* (London, UK)

Expert Report of Professor Joost Rietveld
January 27, 2025                                                          A-7

Track chair, TIM division, *82ⁿᵈ Annual Meeting of the Academy of Management*

2020    Track chair Digital Transformation for *SMS Special Conference* (Hangzhou, China). With W. Wen (co-chair) (cancelled due to the Coronavirus pandemic)

2019    Two-day public policy workshop on *Competition and Digital Platforms*. One day with policy makers and one day with academics. Jointly organized with Daniel Sokol (University of Florida) and Renato Nazzini (King's College) (London, UK) Workshop mentor and panelist. *University College London - LUISS Paper Development Workshop for Doctoral Students* (Rome, IT)

2018    Extension co-organizer on Navigating the Platform Business Model. *SMS 38ᵗʰ Annual Conference* (Amsterdam, NL). With S. Khanagha, K. Pandza, H. Volberda Organizer for the *7ᵗʰ Technology and Innovation Community (TIC) meeting* (theme Ecosystem Innovation). Rotterdam School of Management (Rotterdam, NL).

2017    Showcase Symposium: A Multi-Disciplinary Perspective on Platform Ecosystems Research. *77th Annual Meeting of the Academy of Management* (Atlanta, GA). Co-organized with R. Tee (sponsored by BPS, TIM, OCIS). Organizer for TIM Doctoral Research Development Workshop. *77th Annual Meeting of the Academy of Management* (Atlanta, GA).

2016    Track chair for BPS division: Competitive Heterogeneity. *76th Annual Meeting of the Academy of Management* (Anaheim, CA).

2014    Panel: Competitive Dynamics and Strategy in Platform-Based Markets. *34th SMS Annual Conference* (Madrid, ES). With E. Altman, B. Kijl, I. Visjnic. Special Topic Session: Platform Competition and Competition in Two-Sided Markets: Empirical Evidence from the Video Game Industry. *36th INFORMS Marketing Science Conference* (Atlanta, GA). Co-organized with T. Broekhuizen.

## STUDENT SUPERVISION

PhD students:  Matteo Di Domenico (Co-supervisor, U of Twente, starting year: 2020)
           Joe Ploog (First supervisor, UCL, 2024, placement: IE Business School)

MSc students: 51 as thesis coach, 34 as thesis co-reader/second marker

## SELECTED MEDIA COVERAGE

*Reuters, Financial Times, Bloomberg, The Times (Raconteur), TechCrunch, Wired, Polygon, Vox Recode, GamesIndustry.biz, GameSpot, LinkedIn News, Deal Reporter, Seeking Alpha, City AM, Financieel Dagblad (Dutch Financial Times), Business News Radio (Dutch).*

## INDUSTRY EXPERIENCE

| | |
|---|---|
| 2022 - | Expert witness, Valve antitrust legislation (2:21-cv-00563-JNW) |
| 2023 | Consultant, Healthy Market Regulation and Competition Policy, Microsoft |
| 2019 - 2023 | Member of the UK trade association for Interactive Entertainment (Ukie) |
| 2010 - 2013 | Strategy Consultant in the video games industry, Strategy Guide, London, UK |
| 2012 - 2013 | Business Model Researcher, Ukie, London, UK |
| 2008 - 2011 | Strategic Manager, Two Tribes B.V. (Games developer), Harderwijk, NL |

## Materials Relied On

### Bates Documents

VALVE_ANT_0053662 – 663
VALVE_ANT_2820983 – 986
VALVE_ANT_2820991 – 994
VALVE_ANT_2821012 – 015

### Depositions, Case Documents, and Expert Reports

30(b)(6) Deposition of Erik Peterson, November 15, 2023 with Exhibits
30(b)(6) Deposition of Scott Lynch, October 13, 2023 with Exhibits
Deposition of Chris Boyd, November 17, 2023, with Exhibits
Deposition of Jeffrey Rosen, November 17, 2023, with Exhibits
Deposition of Nathaniel Muller, January 29, 2024, with Exhibits
Deposition of Tom Giardino, November 2, 2023, with Exhibits
Deposition of Kristian Miller, October 3, 2023 with Exhibits
Consolidated Amended Class Action Complaint and Demand for Jury Trial, Case No. 2:21-cv-00563-JNW, Doc. 99, August 26, 2022
Valve Corporation's Responses and Objections to Plaintiffs' First Set of Requests for Admission, Response to Request for Admission No. 72
Valve Corporation's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, In Re Valve Antitrust Litigation, July 5, 2023
Class Certification Expert Report of Lesley Chiou, Ph.D. May 17, 2024 with backup materials
Class Certification Report of Steven Schwartz, Ph.D., February 8, 2024
Expert Report of Professor Joost Rietveld, February 8, 2024
Expert Reply Report of Professor Joost Rietveld, July 12, 2024

### Academic Articles and Books

Athey, S., & Morton, F.S. (2022). Platform Annexation. *Antitrust Law Journal* , 84(3), pp. 677 – 703
Cooke, D. and Marshall, A. (2024) Money laundering through video games, a criminals' playground. *Forensic Science International: Digital Investigation* , Volume 50 (301802)
Dubé, J. H., et al. (2010). Tipping and Concentration in Markets with Indirect Network Effects. *Marketing Science* , 29(2), pp. 216 – 249.
Eisenmann, T. et al. (2006). Strategies for Two-Sided Markets. *Harvard Business Review* , 1463, pp. 1 – 11.
Fleder, D. & Hosanagar, K. (2009). Blockbuster Culture's Next Rise or Fall: The Impact of Recommender Systems on Sales Diversity. *Management Science,* 55(5):697 – 712.
Johns, J. (2006). Video Games Production Networks: Value Capture, Power Relations and Embeddedness. *Journal of Economic Geography* , 6
Kaiser, U., & Wright, J. (2006). Price Structure in Two-Sided Markets: Evidence from the Magazine Industry. *International Journal of Industrial Organization* , 24, pp. 1 – 28
Lee, M. H., et al. (2023). Positive Demand Spillover of Popular App Adoption: Implications for Platform Owners' Management of Complements. *Information Systems Research* , 34(3), pp. 961 – 995
Ohashi, H. (2003). The Role of Network Effects in the US VCR Market 1978 – 1986. *Journal of Economics & Management Strategy* , 12:4, pp. 447 – 494

## Materials Relied On

Olson, D. M. & Waguespack, D. M. (2020). Strategic Behavior by Market Intermediaries. *Strategic Management Journal*, 41:2474–2492

Ozalp, H., et al. (2022). Hitting reset: Industry evolution, generational technology cycles, and the dynamic value of firm experience. *Strategic Management Journal*, Vol. 44, Issue 5:1292 – 1327

Rietveld, J., & Eggers, J. P. (2018). Demand heterogeneity in platform markets: Implications for complementors. *Organization Science*, 29(2), 304-322

Rietveld, J., et al. (2020). Coevolution of Platform Dominance and Governance Strategies: Effects on Complementor Performance Outcomes. *Academy of Management Discoveries*, Vol. 6, No. 3, pp. 488 – 513

Rietveld, J., & Ploog, J. N. (2021) On Top of the Game? The Double-Edged Sword of Incorporating Social Features into Freemium Products. *Strategic Management Journal*, 43:1182 – 1207

Wang, Z., et al. (2023). Winner Takes All? The Blockbuster Effect on Crowdfunding Platforms. *Information Systems Research*, 34(3)

### **Third-Party Documents and Other**

"Backup.xlsx" and supporting materials

"Global Games Market Report" (Full Version), Newzoo, July 2023

"State of The Game Industry 2021," presented by GDC

2021 Annual Reports and/or Form 10-Ks for Activision Blizzard, Alphabet, Amazon, Apple, EA, Meta Platforms, Microsoft, Nvidia, Tesla, and Ubisoft

Ball, Matthew, The State of Video Gaming in 2025, Epyllion, v. 1/20/25, accessed at https://www.matthewball.co/all/stateofvideogaming2025

"PC & Console Gaming Report," Newzoo, 2003

U.S. Senator Mark R. Warner, "Letter to Mr. Gabe Newell," November 15, 2024.

http://greyaliengames.com/blog/steams-discovery-algorithm-killed-my-sales/

https://arstechnica.com/gaming/2024/07/valve-runs-its-massive-pc-gaming-ecosystem-with-only-about-350-employees/

https://delistedgames.com/all-delisted-steam-games/

https://dev.epicgames.com/docs/epic-games-store/requirements-guidelines/distribution-requirements/multiplayer-reqs

https://docs.gog.com/sdk-crossplay/

https://docs.gog.com/steam-sdk-wrapper/

https://gamerant.com/2020-game-industry-revenue-digital/

https://help.ea.com/se/help/apex-legends/apex-legends/apex-legends-cross-play/

https://help.steampowered.com/en/faqs/view/6862-8119-C23E-EA7B

https://howtomarketagame.com/2024/10/24/did-too-many-games-release-in-q3-of-2024/

https://metacritichelp.zendesk.com/hc/en-us/articles/15456077802647-What-s-with-these-green-yellow-and-red-colors

https://partner.steamgames.com/doc/features/keys

https://steamcommunity.com/discussions/forum/1/38596748368289615/?l=hungarian

https://steamcommunity.com/discussions/forum/1/627457521157193079/

https://steamcommunity.com/games/593110/announcements/detail/1328973169870947116

https://steamcommunity.com/groups/steamworks/announcements/detail/3862463747997849619

Case 2:21-cv-00563-JNW Document 662 Filed 06/18/26 Page 91 of 95

**Materials Relied On**

https://steamdb.info/stats/releases/ (accessed January 25, 2025).

https://steam-tracker.com/

https://store.epicgames.com/en-US/distribution

https://store.epicgames.com/en-US/news/epic-games-store-2020-year-in-review

https://store.epicgames.com/en-US/news/epic-games-store-2022-year-in-review

https://store.epicgames.com/en-US/news/epic-games-store-2023-year-in-review

https://store.epicgames.com/en-US/news/introducing-the-epic-first-run-program

https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live

https://store.steampowered.com/

https://store.steampowered.com/about/newstore

https://store.steampowered.com/about/newstore2016

https://store.steampowered.com/category/arcade_rhythm/?facets13268=13%3A2

https://store.steampowered.com/curator/39520863-Cross-Platform-Play/?appid=2878600

https://store.steampowered.com/oldnews/24155

https://store.steampowered.com/oldnews/4406

https://store.steampowered.com/oldnews/8367

https://store.steampowered.com/online_conduct/

https://store.steampowered.com/online_conduct?snr=100601___

https://store.steampowered.com/reviews/

https://store.steampowered.com/tag/

https://support.gog.com/hc/en-us/articles/11382878039197-Releasing-your-game-on-GOG-FAQ?product=gog

https://twitter.com/Steam_Spy/status/908323575022735360

https://venturebeat.com/games/valves-steam-online-store-launches-micro-transaction-games/

https://www.consumerfinance.gov/data-research/research-reports/issue-spotlight-video-games/

https://www.epicgames.com/site/en-US/news/epic-games-store-2021-year-in-review

https://www.epicgames.com/site/en-US/news/the-epic-games-store-launches-on-mobile

https://www.exchange-rates.org/exchange-rate-history/eur-usd-2021-03-31.

https://www.gamedeveloper.com/business/gdc-state-of-the-industry-most-devs-feel-steam-s-30-cut-isn-t-justified-many-prefer-10-15-

https://www.gamedeveloper.com/business/steam-greenlight-vs-steam-direct-what-indies-need-to-know#close-modal

https://www.gamegrin.com/news/epic-games-store-how-2019-compares-to-2020/

https://www.gamesindustry.biz/epic-expects-epic-games-store-to-be-profitable-by-2024

https://www.gamesindustry.biz/research-identifies-suspicious-behaviour-on-steam-marketplace-that-may-suggest-money-laundering

https://www.gamesindustry.biz/steam-direct-fails-to-prevent-revenue-drop-for-indies

https://www.gamespot.com/articles/steam-introduces-tagging-system-for-games-and-software/1100-6417705/%3E/

https://www.gamestop.com/pc-gaming/pcgames/digital?prefn1=download-client&prefv1=Steam&view=new&hybrid=true

Expert Report of Professor Joost Rietveld
January 27, 2025

## Materials Relied On

https://www.gamestop.com/pc-gaming/pc-games/digital?view=new&hybrid=true

https://www.godisageek.com/2024/04/the-history-of-steam-keys-from-humble-beginnings-to-global-phenomenon/

https://www.gog.com/blog/benefits-of-releasing-your-game-on-gog-a-guide-for-indie-game-developers/

https://www.greenmangaming.com/all-games/platforms-os/pc/ (accessed December 31, 2024)

https://www.humblebundle.com/store/c/windows (accessed December 31, 2024)

https://www.ign.com/articles/2015/03/17/valve-on-customer-service-we-have-to-do-better

https://www.investopedia.com/terms/p/paretoprinciple.asp

https://www.linkedin.com/in/chandlermurch/details/experience/

https://www.makeuseof.com/page/about/

https://www.makeuseof.com/tag/steam-scams-watch-stay-safe/

https://www.pcgamer.com/games/only-15-percent-of-all-steam-users-time-was-spent-playing-games-released-in-2024/

https://www.pcgamesn.com/what-effect-does-steam-workshop-actually-have-concurrent-player-numbers

https://www.pcmag.com/encyclopedia/term/wrapper.

https://www.polygon.com/2018/10/19/17959138/steam-valve-developer-support-pricing-reviews

https://www.reddit.com/r/Steam/comments/2yyitd/valve_is_not_psyched_they_got_an_f_in_customer/

https://www.reddit.com/r/SteamScams/comments/1amfax6/real_message_from_steam_support/?rdt=48896

https://www.sciencedirect.com/science/article/pii/S2666281724001264?via%3Dihub

https://www.slashgear.com/steams-customer-service-has-been-garbage-for-far-too-long-26604464/

https://www.theverge.com/2013/11/25/5144468/steam-reviews-beta-launch

https://www.theverge.com/2024/10/5/24262376/epic-unreal-engine-6-fortnite-metaverse-plans

https://www.ubisoft.com/en-us/help/the-division-2/gameplay/article/crossplay-in-the-division-2/000064794

https://www.unrealengine.com/en-US/blog/catch-up-on-the-big-news-from-unreal-fest-seattle-2024

https://www.unrealengine.com/en-US/faq

https://www.valvesoftware.com/en/publications

https://www.youtube.com/watch?v=Y02tENtDtaE

Highly Confidential: Attorneys' Eyes Only    **Appendix C**

Dr. Schwartz provided the following descriptions of the data prepared in "Backup.xlsx":

**Analysis Notes**

Tab 'Market Conditions'

- Columns reflect an App's release year (the first year an AppID appears in Valve's transaction data)
- Revenues are global.
- In-app revenue is excluded from analyses. Only package revenue is considered.
- Revenues are limited to transactions with "Game" and "DLC" AppTypes.
- A game's half life is measured as the number of months it takes an App to reach 50% of its lifetime revenue. The averages presented are simple, un-weighted averages of half-lives observed across all AppIDs in a release year.

Tab 'DLC'

- Columns reflect transaction year.
- Revenues are global.
- Revenues are limited to transactions with "Game" and "DLC" AppTypes.

Highly Confidential: Attorneys' Eyes Only    **Appendix D**

The chart below is a revised version of Figure 2 from my Reply Report, limiting revenues to the "Games" and "DLC" AppTypes.



Expert Report of Professor Joost Rietveld                                                    D-1
January 27, 2025