# EXHIBIT 7

# (Dkt No. 452.07)

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

_____

) Case No.

IN RE VALVE ANTITRUST LITIGATION    ) 2:21-cv-00563-JCC

_____

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

ERIK JOHNSON

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

_____

9:02 A.M.

SEPTEMBER 26, 2023

10500 NE 8TH STREET

BELLEVUE, WASHINGTON

REPORTED BY: CARLA R. WALLAT, CRR, RPR

WA CCR 2578, OR CSR 16-0443, CA CSR 14423

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 226

to customers?                                          04:16PM

A.   Yes.                                              04:16PM

Q.   Are you aware that Valve received an F from       04:16PM
the Better Business Bureau on customer service?        04:16PM

          MR. SKOK:   Object to the form.              04:16PM

A.   No, I'm not.                                      04:16PM

Q.   (BY MS. MUNDY)   You're not aware of that?        04:16PM

A.   No.                                               04:16PM

Q.   Do you recall being interviewed for an article    04:16PM
in March of 2015 regarding the Better Business Bureau's 04:17PM
rating of Valve's customer service?                    04:17PM

A.   I don't remember an interview about the Better    04:17PM
Business Bureau that I did.                            04:17PM

Q.   What is Kotaku?                                   04:17PM

A.   They are a game website.  I don't know if they    04:17PM
still exist or not.                                    04:17PM

Q.   So they were a game website.  And over the        04:17PM
course of your career at Valve, have you provided      04:17PM
interviews to them?                                    04:17PM

A.   Probably.                                         04:17PM

Q.   But you don't recall in March of 2015             04:17PM
providing them an interview in reaction to the Better  04:17PM
Business Bureau's F rating of Valve's customer service? 04:17PM

A.   You're paging through it, so I could look at      04:17PM
it and probably jog my memory.                         04:17PM

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 227

Q.   I'm just asking right now from memory, do you recall that?    04:17PM

A.   No, I don't remember interviews that I did eight, nine years ago.    04:17PM

Q.   Do you recall making public statements about Valve needing to toss its busted customer service program in the incinerator and start over?    04:18PM

A.   I don't remember saying that, but I remember thinking that at one point, for sure.    04:18PM

Q.   What, if anything, did Valve do in response to its customer service reviews to improve customer service?    04:18PM

A.   Well, I -- so it's an interesting one.  So our reputation for the support that we were giving to end users, there were many one-off stories from users about our customer support being poor.  Customer support is a little unique.  It's almost like having problems in your installer where the feedback you're going to get from certain types of problems is going to be less and doesn't match the magnitude of the problem.  And that was the state we were in where our customer support actually was bad.  And the problem was, I think we were just losing users because it was so bad.    04:19PM

And I went and opened up our -- we were doing all the customer support in-house, and it was a little    04:19PM

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 228

too opaque to the rest of the company.  And the reality   04:19PM

is, we were trying to run customer support in the same   04:19PM

way that we approach all of our other software   04:19PM

development, which I talked some about today.  And that   04:20PM

approach is a really, really poor approach to customer   04:20PM

support, which is a more predictable kind of mountain   04:20PM

of work kind of problem rather than an invention   04:20PM

problem.   04:20PM

And I went and looked in customer support   04:20PM

tickets and was pretty horrified at what I saw.  I   04:20PM

thought we were doing a really, really bad job at   04:20PM

customer support, and I think that we made the   04:20PM

decision -- well, in my head I made the decision that   04:20PM

day that pretty sure the right thing to do was to   04:20PM

terminate everyone at Valve doing customer support,   04:20PM

rebuild all of the tools internally, and use -- use a   04:20PM

more traditional third-party customer support company   04:20PM

to fix the problem.   04:20PM

And I remember being terrified at how crappy   04:20PM

we were treating so many customers, and I remember   04:21PM

feeling at fault for allowing that to go on for a   04:21PM

couple of years, and I know others felt the same.  But   04:21PM

we -- we buckled down quickly on that.  We did end up   04:21PM

laying off most of our in-house customer support.  We   04:21PM

did from scratch rebuild all of our support tools   04:21PM

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 229

instead of using this -- beefy third-party tools.    04:21PM

And now today I think, you know, ██████████    04:21PM

████████████████████████████████████    04:21PM

and I think our reputation actually is quite good.  The    04:21PM

Better Business Bureau report, I do remember that now.    04:21PM

But I remember reading about the Better Business Bureau    04:21PM

and not feeling super confident in it as a source of    04:21PM

data given how it's structured.  And I still don't    04:21PM

really feel strongly, but we definitely made a big    04:21PM

mistake, and I feel responsible for allowing bad    04:22PM

support to go on for a couple years there.    04:22PM

Q.  You said you think the problem was so bad that    04:22PM

you were losing users because it was so bad.    04:22PM

What did Valve do to track the users on the    04:22PM

Steam platform that were leaving because of bad    04:22PM

customer support?    04:22PM

A.  We didn't, but anybody who's ever been to a    04:22PM

store and gotten awful support knows how they feel    04:22PM

about that company in the future, and we were being    04:22PM

that.  We were just doing a bad job.  And that's not --    04:22PM

that's not our business.  It was -- I mean, I'm getting    04:22PM

angry just thinking about how we were treating a bunch    04:22PM

of good customers.    04:22PM

And so we knew we were going to have to do a    04:22PM

bunch of stuff and buckle down and do work and    04:22PM

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 230

hopefully win them back.  I actually feel like we've gotten there in the last couple years again.  I think our -- I think we have a good reputation for support.

Q.  So if you weren't tracking that metric, you don't know one way or another whether customers were leaving because of the bad support, do you?

A.  No, but -- I don't know.  I -- I think that -- I think tracking metrics is kind of useless.  I think it's a way to -- when it comes to deciding what you're going to do, I think it was pretty obvious we were doing a really bad job of customer support.  So I didn't -- again, what's the utility in tracking losing customers, because we have to fix the problem no matter what.  We're doing a bad job.

Q.  In deciding how to fix the problem, did you look at what your competitors were doing?

A.  I don't think so.  I knew that World of Warcraft and the guys at Blizzard had -- they had a huge in-house customer support team that had its set of trade-offs.  But in that case, it just felt like we needed to get our own heads wrapped around a problem that we had thought was being solved internally and were doing a bad job.

Q.  So you testified in your head you made the decision that day, "Pretty sure the right thing to do

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 274

REPORTER'S CERTIFICATE

I, CARLA R. WALLAT, CCR, CSR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (2578), Oregon (16-0443), and California (14423) do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision. That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 10th day of October, 2023.

CARLA R. WALLAT, RPR, CRR

Washington CCR #2578, Expires 1/5/2024

Oregon CSR #16-0443, Expires 9/30/2024

California CSR #14423, Expires 1/31/2024