# EXHIBIT 8

# (Dkt No. 452.08)

# REDACTED



| | |
|---|---|
| Valve Corporation | valvesoftware.com |
| 10400 NE 4th Street, Suite 1400 | vox 425 889 9842 |
| Bellevue, WA  98004 | fax 425 827 4843 |

January 20, 2023

The Honorable Lori Trahan
United States Congress
Washington, DC 20515

Dear Representative Trahan,

I am writing on behalf of Valve Corporation in response to your letter dated December 16, 2022 regarding player reports of harassment on Valve's gaming service, Steam.

As you know, Steam is a place where gamers over the age of 13 can get and play games.  Some of those games are made and run by Valve, but the vast majority of the games on Steam are made and run by other game companies.  We understand that you have sent letters requesting information from some of those companies, and we hope you are able to obtain helpful information from them as well.

Playing games with other people often requires real-time communication, and as you note in your letter there are many positive benefits that our users see from their gaming experiences.  Coping with bad behavior among users is a recurring task for anyone operating a business on the internet.  Valve has been making multiplayer games since the late 1990s, and has faced that problem in our own games ever since, as many game makers and gaming services have.  Over time, Valve has evolved our tools and practices for coping with bad behavior in our games and on Steam, even as the number of players in those games and on Steam has grown.  We want Steam to be the best place to get and play games, and we're incentivized to do work that helps us towards that goal.

Harassment of other players is very plainly against the rules on Steam.  When a user creates a Steam account, that user agrees to the Steam Online Conduct rules.  Among other things the Steam Online Conduct rules prohibit Steam users from "defaming, abusing, harassing, stalking, threatening or otherwise violating the legal rights of others," and from "restricting or inhibiting any other user from using and enjoying Steam services, software or other content."[1]  But not all users follow those rules on a consistent basis.

As with many of the features that we have implemented on Steam, we have experimented, and continue to experiment, with various ways to combat harassment.  To give you a concrete example of one of the ways we are currently attempting to combat in-game harassment, I'd like to discuss one of Valve's more popular games, Counter-Strike: Global Offensive (also known as CS:GO).

---

[1] https://store.steampowered.com/online_conduct/



VALVE_ANT_2820987

CS:GO is a competitive first-person-shooter video game in which two teams of five play against each other. In the most common game mode, one team attempts to plant a bomb, while the other team tries to stop them. As with most competitive team-based games, CS:GO players communicate with each other to coordinate their actions, share information, and have a good time. For most players this communication is a crucial and enjoyable part of playing the game.

Again, as with most competitive team-based games, CS:GO players can use either voice or text to communicate with their teammates—and in certain circumstances, with members of both teams. Since some players cannot remain civil, we have empowered CS:GO players with tools to avoid exposure to harassment.

CS:GO players can easily organize games where they only play with their friends—and thus avoid coming into contact with unknown players who might harass them. But we understand that part of the fun of gaming is playing against people from all around the world, even if you don't know them. So we've experimented with and implemented in-game anti-harassment tools as well.

By default for all players, all text communications in CS:GO are subject to automatic filtering, which replaces strong profanity and slurs in text with a strong of hearts (i.e., ♥♥♥♥).[2]

Due to the nature of voice communications, we haven't been able to implement such automatic filtering for voice, at least not yet. In particular for CS:GO, delaying voice communications (which would be necessary for active voice moderation) isn't practical, as it would result in information being too late to be useful: a teammate alerting you to a hiding enemy doesn't help if you don't get the message in time.

Having humans listen in to each CS:GO match to provide active voice moderation is also impractical due to the sheer number of CS:GO matches occurring at any given time. Over the last 30 days, CS:GO has an average of just under 700,000 people playing it at any given time. Even assuming some of those people aren't actively playing a game, there are still tens of thousands of CS:GO games going on at all times— too many to actively monitor (or record and review). And that's ignoring the very real privacy implications that would arise if we had people monitoring or recording communications in every CS:GO game.

Given these constraints, we have put tools in place to allow players to mute offending players—and we automatically mute players who are repeat offenders. During a CS:GO game, a player can at any time view another player's CS:GO profile:



---

[2] https://store.steampowered.com/news/app/593110/view/2855803154584367415 (describing filtering with respect to Steam Chat)

CONFIDENTIAL

VALVE_ANT_2820988

As you can see, there is an option to block communications—which means you will not receive any more communications (voice or text) from that player throughout the remainder of the game. You can also see the option to report the player. If you click on that option, you see specific reporting options, including for abusive text and voice communications:[3]



If a CS:GO player receives enough reports for communications abuse, for a period of time they will start each game muted by default for all other players. Put another way, that player will not be able to communicate with anyone else in each game unless someone else in the game affirmatively unmutes them. When a player reaches this state, we inform them that they have been muted because of their previous behavior.

On Steam itself (as opposed to in any specific game), users can also report harassment by other users. This is again done by navigating to the offending users profile and clicking a well-marked "report" button. Doing so brings up a menu with different reporting options:

---

[3] The other reporting options relate to griefing (preventing other players from playing the game as intended) and various cheats/hacks.

CONFIDENTIAL

VALVE_ANT_2820989



When a user is reported for harassing on Steam, one of Valve's dedicated moderators examines that user's Steam profile, and recent activity on Steam Community[4] (e.g., posts is discussion groups) for offensive and harassing content. If the moderator finds any such content, after removing that content, the moderator restricts that user's ability to participate in Steam Community (e.g., by removing their ability to post for a period of time). The restrictions escalate with repeat infractions and can result in a user completely losing their ability to participate in Steam Community.

Valve is committed to making Steam the best place to get and play games. That includes a commitment to combatting harassment. We will continue to allocate resources to this issue and experiment with various solutions to this very challenging problem. Valve primarily relies on its employees and users for input on features on Steam and in its games, and that includes features related to combatting in-game harassment. For example, the text filtering that is currently used in CS:GO (and throughout Steam) was designed by our employees and refined through opt-in user testing in a program we call Steam Labs.[5]

In closing, Valve would like to thank you for your service to the American people, and for your ongoing commitment to combatting harassment in video games.

Sincerely,

Christopher Schenck
Deputy General Counsel
Valve Corporation

---

[4] Steam Community is part of Steam where users interact with each other outside of games by, among other things, discussing games and sharing artwork. https://steamcommunity.com/
[5] https://store.steampowered.com/labs

CONFIDENTIAL

VALVE_ANT_2820990