# EXHIBIT 9

# (Dkt No. 452.09)

# REDACTED



Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue, WA  98004

valvesoftware.com
vox 425 889 9842
fax 425 827 4843

December 13, 2024

The Honorable Mark Warner
United States Senate
703 Hart Senate Office Building
Washington, DC 20510

via email

Dear Senator Warner:

I write on behalf of Valve Corporation in response to your letter dated November 15, 2024, regarding moderation of content on Valve's gaming service, Steam.

Steam seeks to connect game publishers and developers with customers who would enjoy playing their games. https://store.steampowered.com/. Steam's business is selling games; Valve does not sell advertisements or user data. Steam offers some community features that let customers express themselves, such as game discussions, player profiles, game guides, and reviews. Those community features generally serve the purpose of connecting game-players with games that interest them. This letter will refer to those features as "Steam Community." See https://steamcommunity.com/. Steam moderates both games and the community features, as the answers below to your questions will describe in more detail.

For the distribution of games, Valve's moderation focuses on compliance with law. Valve seeks to allow Steam customers to decide what games they wish to see and engage with. On the Steam Community, however, Valve applies rules of conduct, as you note in your letter. Valve takes its rules of conduct seriously. The conduct rules are broader than "compliance with law," setting standards for expression and behavior with the goal of allowing Steam users to use and enjoy the games. Human moderation enforces the conduct rules, primarily in response to reports made by other Steam customers, rather than reviewing every post on Steam.

Besides the rules of conduct and human moderation to help enforce those rules, Valve also employs automated tools that seek to improve customer experience on Steam Community. For example, those tools include a word filter, which blocks a large list of strong profanity and slurs in multiple languages, from Steam chat and various public areas of Steam Community. This word filter is turned on by default for all Steam customers, but an individual customer may override the filter.

Any content moderation effort on the internet is an ongoing arms race. Steam seeks to enable developer and customer expression while balancing the impact some kinds of expression can have on other customers. This requires Valve to adjust Steam moderation and tools on an ongoing basis. The Anti-Defamation League ("ADL") report from November 2024, referenced in your letter, surfaces customer-generated material on Steam that violates Steam Community standards, notwithstanding

*Letter to Sen. Warner, December 13, 2024*          p. 1          *Valve Corporatio*



EXHIBIT 16
WIT: Rietveld
DATE: 5 16 25
FRANK BAS, RPR, CRR

Confidential

VALVE_ANT_2988219

Valve's efforts. We have learned from this report, and will consider the data In ongoing moderation of Steam Community. Valve has already deployed some software updates to Steam Community that address such content, e.g. expanding the chat word filter to apply to the content within Steam Groups.

Please find answers to the questions enumerated in your November 15 letter. These answers, including the attached documents, contain Valve confidential and proprietary information that is not publicly available. Your staff has confirmed that you understand the confidential nature of this data and will limit disclosure of these answers and the accompanying data to congressional staff and for official use only.

1. *Please describe Valve's current practices used to enforce its terms of service.*

   This answer focuses on Valve's enforcement with respect to content. The following are the main "terms of service" applicable to customer content: the Steam Subscriber Agreement located at https://store.steampowered.com/subscriber_agreement/ ("SSA"), the Steam Online Conduct policy at https://store.steampowered.com/online_conduct/ ("Conduct Policy"), and the Rules and Guidelines For Steam: Discussions, Reviews, and User Generated Content at https://help.steampowered.com/en/faqs/view/6862-8119-C23E-EA7B ("UGC Rules"). I will refer to these together as the "Customer Policies."

   For games distributed via Steam, Valve employees and external contractors proactively review games to confirm that the games comply with Valve requirements and the Steam partner's own description of the game In the promotional material that the partner publishes on Steam. Valve requirements include the terms of our Steam Distribution Agreement, and the rules and guidelines set forth at https://partner.steamgames.com/steamdirect. The process for review is described at https://partner.steamgames.com/doc/store/review_process.



   Steam has automated features that facilitate proactive moderation. For example, Steam introduced text chat filtering In 2020, which obscures most commonly used strong profanity and slurs In Steam private text chat, unless an individual customer decides to opt-out of the filter. https://store.steampowered.com/news/app/593110/view/2855803154584367415 Steam actively blocks such profanity and slurs, and other banned content like links to web sites with identified illegal activity, from public community areas like forums, user reviews, and user comments. Steam also uses software tools to review images and text on Steam, as further

*Letter to Sen. Warner, December 13, 2024*          p. 2          *Valve Corporation CONFIDENTIAL*

Confidential

VALVE_ANT_2988220

described in the answer to Question 4.c below. Content flagged by those tools may be obscured on Steam and/or queued for further review by Valve personnel.

Valve's two biggest games, Dota 2 and Counter-Strike 2, use Steam text-filter for their in-game chat. In the ongoing battle against abusive in-game chat, ███████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

Some automated and human moderation may simply result in an item of UGC being blocked or obscured. However, more severe transgressions can result in increasingly severe penalties which typically involve banning customers from using Steam Community features. See https://help.steampowered.com/en/faqs/view/4F62-35F9-F395-5C23 for additional descriptions.

2.  *Please provide the definition that Valve uses internally to define each of the following terms and/or behaviors from the Conduct Policy in order to evaluate potential violations of said policy:*

Valve does not have definitions for these terms. Our moderators employ the plain meaning of the terms themselves, except for "inappropriate content," which admittedly allows for some discretion in moderation. However, Valve does identify examples for its moderators with respect to each of these terms. These include:

a.  *"Encouraging real-world violence";*
    E.g. Threats, encouragement, or wishing for physical harm
    Encouraging, celebrating, or glorifying terrorism
    Encouraging suicide or self-harm

b.  *"Inappropriate content";*
    E.g. Sexually explicit or suggestive images of real people
    Nudity or erotic depictions outside of age-appropriate hubs
    Evading the Steam word filter
    Bypassing Steam Mature Content preferences

c.  *"Real or disturbing depictions of violence";*
    E.g. Gruesome Image (gore and guts)
    Gore, Death, and Extreme Violence featuring real people

d.  *"Violate others' personal rights"; and*
    E.g. Doxxing, posting identifiable Info of others
    Naming and shaming

e.  *"Harass other users or Steam personnel", including:*

    i.  *trolling;*

Confidential                                    VALVE_ANT_2988221

  *ii. baiting;*

    E.g. Malicious trolling, attempting to bait other users into arguments, creating an intentionally redundant topic.

  *iii. threatening;*

    E.g. Threatening, encouraging or wishing for physical harm, including violent speech and encouraging suicide.

  *iv. intimidating; and*

  *v. abusive language or insults.*

    E.g. Insulting, harassing, or abusing other Steam users.

    Threats, name-calling, slurs or expletives directed at a person or group of people, or publicly shaming a private individual.

3. *How many allegations did Valve receive from users about potential violations of the Conduct Policy? Include in your response each date when the Conduct Policy was changed, updated, or otherwise modified. Please provide data sufficient to answer this question for each of the following:*

  a. *Each month of each of the years of 2014 to 2024;*

  b. *Each category of violation (however Valve tracks types or categories of violations of the policy;*

  c. *Each category of violation for each month of each of the years of 2014 to 2024;*

  d. *The disposition and/or any findings of each complaint received (this may be presented in aggregate) by Valve, whether through Steam's internal reporting mechanisms or any other means, and subsequent action taken by Valve in response to each complaint (this may be presented in aggregate).*

  e. *The number of unique user accounts that were subject to adverse, punitive, or corrective actions by Valve:*

    i. *In response to a user-generated complaint; and*

    ii. *In response to violations identified by Valve moderators of their own accord.*

  f. *For item e, above, please provide data on unique payment methods (e.g. credit card accounts, PayPal or similar payment method accounts, JCB, Klarna, Paysofecard, and any other payment methods accepted on Steam that are uniquely identifiable) associated with each account subject to adverse, punitive, or corrective actions by Valve that was subsequently used for any other account (this may be presented on aggregate).*

Confidential        VALVE_ANT_2988222

Attached to this letter are a series of spreadsheets responding to requests a-e above, for months from January 2014 through November 2024.



4. *Approximately how many human content moderators work for Steam?*

    a. *How many of those moderators are in-house Valve employees?*

    b. *How many of those moderators are contracted by Valve?*

Many of Valve ▮ employees perform work related to content moderation functions, including Steam designers, Steam client and server software engineers, Steam business development, Steam partner technical support, legal staff, and Valve game teams. ▮



    c. *Does Steam supplement this work with AI-content moderation systems? If so, describe the ways in which any AI system is deployed for that purpose, including any evaluation process that Valve carried out to test any such system and the results that demonstrate the efficacy of any such system in identifying and/or removing content that violates the Conduct Policy and Subscriber Agreement.*



Confidential

VALVE_ANT_2988223



5. *What steps does Valve take to prevent, monitor, and mitigate extremist, white supremacist, and terrorism-related content?*

Valve enforces the Customer Policies, as described above.

6. *What commitments will Steam make to ensure that it has meaningfully curbed white supremacist, antisemitic, terroristic, Nazi, homophonic, transphobic, misogynist, and hateful content by November 15, 2025?*

As noted on the first page of this letter, content moderation on the internet is an ongoing battle. Throughout the years covered by this letter, Valve has added community reporting systems, content review personnel, and automated tools to combat violations of the Customer Policies. This will continue, and indeed has continued even since the date of your letter last month.

Valve will continue to consider context when expanding content review, both human and automated. For example, some Nazi imagery may be context-appropriate with respect to a World War II simulation game, but wholly inappropriate in other contexts.

7. *What transparency measures does Valve plan to implement to inform users and the public about content moderation actions related to extremists and behavior that could be reasonably interpreted as endorsing extremist thoughts, beliefs, and/or actions on the platform?*

Confidential



8. *The research shows a period from late 2019 to mid-2020 where it appears Valve may have stepped up its moderation of certain types of hateful content on Steam. Can you provide more detail on your content moderation practices during this time?*



9. *How frequently does Valve evaluate its content moderation practices related to extremism?*

Valve continues to focus on enforcing the Customer Policies with respect to content and behavior. We believe that the term "extremism," as used in your letter and the ADL report, overlaps with the content forbidden by the Customer Policies, but not perfectly – the best example perhaps is that the ADL report found Pepe the Frog images to constitute 54.6% of extremist or hateful symbols on Steam, whereas the Pepe character does not itself automatically violate the Customer Policies.



Valve is dedicated to maintaining and improving customer experience on Steam in response to growth and changes in community behavior, and expects to continue to improve its processes for both detection of violating content and enforcement of the Customer Policies through the application of additional personnel and technical resources. As noted above, Valve will continue to consider context when expanding content review, both human and automated.

    a. *How frequently do those evaluations result in changes, updates, or other modifications to Valve's content moderation practices related to extremism?*



10. *Has Steam, or Valve, made policy, enforcement, or practical decisions that have had the effect of limiting or its content moderation? If so, provide the date(s) of each decision and enough information to understand the context and analysis that led to each decision.*

Confidential

We do not understand the syntax of this question, in particular "decisions that have had the effect of limiting or its content moderation" (sic).

Valve infrequently updates the Customer Policies. Most of these changes were typographical or display bug fixes. Two significant updates related to content and moderation were:

- February 2016 – Valve added the Conduct Policy to Steam's localization system. This enabled translations of the Conduct Policy to be served to customers in various languages. The main motivation was to make communication about Steam's expectations, and therefore enforcement, clearer across all Steam customers.
- May 2023 – Valve revised both the Conduct Policy and UGC Rules. The intent of the revision was to add more plain-language clarity to the articulation of what content or activities were prohibited. Clearer wording enables better self-regulation for individuals who seek to avoid violations, and hopefully more straightforward enforcement. These updates also included a number of examples of prohibited behaviors. See https://store.steampowered.com/online_conduct/, and compare it to this web archive of the prior Conduct Policy from May 2, 2023. https://web.archive.org/web/20230502053412/https://store.steampowered.com/online_conduct/. Similarly, compare https://help.steampowered.com/en/faqs/view/6862-8119-C23E-EA7B to the prior https://web.archive.org/web/20220516113538/https://help.steampowered.com/en/faqs/view/6862-8119-C23E-EA7B.

We hope this letter answers your questions about Valve's content moderation. If you or your staff would like to discuss, please contact me via email at ▮▮▮▮▮▮▮▮▮

Sincerely,

Liam Lavery
Legal Counsel
Valve Corporation

Attachments:   Data referenced in Question 3

Confidential                                                                                                VALVE_ANT_2988226



Valve Corporation CONFIDENTIAL

Avatar Broadcast Comment Forum p.1

Letter to Sen. Warner
December 13, 2024

VALVE_ANT_2988227



Valve Corporation CONFIDENTIAL

Avatar Broadcast Comment Forum p.2

Letter to Sen. Warner
December 13, 2024

VALVE_ANT_2988228



Valve Corporation CONFIDENTIAL

Avatar Broadcast Comment Forum p.3

Letter to Sen. Warner
December 13, 2024

VALVE_ANT_2988229

Confidential

VALVE_ANT_2988230



Valve Corporation CONFIDENTIAL

Group Persona Profile Review p. 1

Letter to Sen. Warner
December 13, 2024

Confidential

VALVE_ANT_2988231



Valve Corporation CONFIDENTIAL

Group Persona Profile Review p. 2

Letter to Sen. Warner
December 13, 2024

Confidential

VALVE_ANT_2988232



Valve Corporation CONFIDENTIAL

Group Persona Profile Review p. 3

Letter to Sen. Warner
December 13, 2024

Confidential

VALVE_ANT_2988233



Valve Corporation CONFIDENTIAL

Group Persona Profile Review p. 4

Letter to Sen. Warner
December 13, 2024

VALVE_ANT_2988234



of

th.

Letter to Sen. Warner
December 13, 2024                      Punishments p. 1                      Valve Corporation CONFIDENTIAL

Confidential

VALVE_ANT_2988235



Letter to Sen. Warner
December 13, 2024                          Punishments p. 2                    Valve Corporation CONFIDENTIAL

Confidential                                                                                    VALVE_ANT_2988236



Letter to Sen. Warner
December 13, 2024

Punishments p. 3

Valve Corporation CONFIDENTIAL

Confidential

VALVE_ANT_2988237



Confidential

VALVE_ANT_2988238