# EXHIBIT 1
## Report Part 1
## (Dkt No. 454.01 & 456.01)

## REDACTED

Page 1 of 102

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IN RE: VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JCC<br><br>HIGHLY CONFIDENTIAL –<br>ATTORNEY'S EYES ONLY |

## EXPERT REPORT OF GAUTAM GOWRISANKARAN, PH.D.

### January 27, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Table of contents

1.  INTRODUCTION .................................................................................................. 4

1.1.  Qualifications ................................................................................................. 4

1.2.  Allegations ...................................................................................................... 5

1.3.  Assignment ...................................................................................................... 7

1.4.  Summary of opinions ...................................................................................... 8

2.  BACKGROUND .................................................................................................. 11

2.1.  Economic background on procompetitive benefits ....................................... 11

2.2.  Industry background on video games ............................................................ 16

3.  VALVE'S PROCOMPETITIVE EFFECTS ON THE VIDEO GAME INDUSTRY  26

3.1.  The economics of firms' incentives to invest in capital ................................ 26

3.2.  Valve's vertical integration into distribution, with the launch of Steam, resolved issues in the supply chain ...................................................................... 30

3.3.  Opening up the Steam platform and providing an efficient digital distribution channel for developers made the industry more competitive ............................... 36

3.4.  Valve has continually innovated, solved problems, and had a procompetitive impact on the industry ......................................................................................... 46

3.5.  Valve's innovations have contributed to more vigorous competition between distributors, including platforms ......................................................................... 68

3.6.  The video game industry has been remarkably successful ............................ 77

4.  PROCOMPETITIVE EFFECTS OF THE ALLEGED CONDUCT ...................... 86

4.1.  The academic literature finds that measures to address free-riding can have procompetitive effects ......................................................................................... 86

4.2.  Steam keys have procompetitive benefits but require a careful approach by Valve to protect itself from free-riding ................................................................ 88

4.2.1.  Steam keys have procompetitive benefits                                89
4.2.2.  Steam keys create incentives for publishers to free-ride on Steam's platform services 92

4.3.  Steam has stronger incentives to invest in marketing support for publishers if it protects itself from free-riding ............................................................................. 96

5.  CONCLUSION .................................................................................................... 102

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Exhibit list

Exhibit 1          Valve steadily innovates and adds new features and products..............................48

Exhibit 2          Many video game platforms have launched in the last 20 years ..........................80

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# 1.   INTRODUCTION

## 1.1. Qualifications

My name is Gautam Gowrisankaran. I am a tenured Professor of Economics in Columbia University's Economics Department. I earned my B.A. from Swarthmore College in 1991 and my Ph.D. in Economics from Yale University in 1995. I have previously served as a visiting or regular faculty member at the University of Arizona, Harvard University, HEC Montréal, Universidad de los Andes (Chile), the University of Chicago, the University of Michigan, the University of Minnesota, Northwestern University, Washington University in St. Louis, and Yale University. I am a Research Associate at the National Bureau of Economic Research, a Research Fellow at the Centre for Economic Policy Research, and a recipient of a Doctorate Honoris Causa from the University of Oulu (Finland).

I am an expert in the field of industrial economics. I have taught courses on industrial organization, competitive strategy, microeconomic theory, and econometrics at the undergraduate and graduate levels. My research has included the study of markets with network externalities and markets undergoing new technological adoption. I have published research in leading economics journals, including the *American Economic Review*, *Econometrica*, and the *Journal of Political Economy*. I serve, or have served, on the editorial boards of five economics journals, including the *American Economic Review* and the *RAND Journal of Economics*.

I have received several grants from the National Science Foundation, the Agency for Healthcare Quality and Research, and private foundations to support my research. I am frequently invited to present my work in keynote speeches, at professional conferences, and at seminars. I have served on advisory panels for the U.S. Congressional Budget Office and other governmental entities. I have provided expert witness testimony on cases involving the analysis of antitrust claims, including claims related to market definition, market power, procompetitive benefits, and competitive effects on prices. I have also provided expert witness testimony in cases involving the rigorous application of statistical techniques to data, among other topics. I have performed my expert witness testimony work on behalf of the U.S. Department of Justice, state agencies, and private clients. My curriculum vitae, including my list of prior testimony, is attached as **Appendix C**.

I am being compensated for my work on this matter at my standard rate of $1,350 per hour. I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction. I also receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter. Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinions or the outcome of this or any other matter.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 1.2. Allegations

The named plaintiffs in this matter, Wolfire Games and Dark Catt Studios ("Plaintiffs"), are video game developers that have sold games on the digital distribution platform, Steam, operated by Valve Corporation ("Valve" or "Defendant"). Valve is itself a video game developer and publisher, in addition to being the developer and operator of Steam. Plaintiffs allege that Valve enjoys monopoly power in PC video game distribution and engages in anticompetitive conduct to maintain its purported monopoly in the digital distribution of video games for PC.[1]

First, Plaintiffs allege that Valve imposes a Platform Most Favored Nation ("PMFN") policy on developers and publishers who partner with Steam.[2] Plaintiffs allege that Valve's policies apply to both the pricing and content of games sold off of Steam.[3] A most-favored-nation ("MFN") policy requires a firm to give its partner the same or better terms and benefits than it gives to other parties with whom it enters into similar contracts.[4] A PMFN refers to a requirement by a platform that its sellers may not offer their products at a lower price or with better terms (such as broader selection) on other distribution channels, ensuring that consumers on that platform receive the best available terms from a given seller.[5]

---

[1]   Consolidated Second Amended Class Action Complaint, *In Re: Valve Antitrust Litigation*, March 23, 2023 ("Complaint"), ¶ 153 ("Because of Valve's anticompetitive restrictions, gamers cannot reap any benefits by shopping at rival distributors, which explains why Valve's market share remains over 75%"), ¶ 390 ("Valve, through its ownership and control of Steam, has a monopoly in the PC game distribution market").

[2]   Complaint, ¶ 9 ("Valve *prohibits* publishers from giving consumers *a better deal* on *other* stores that compete with Steam. Valve interprets and enforces this language to encompass price parity, forcing game publishers to charge the inflated Steam Store price across the marketplace, on *all* game sales, even sales of games that are not enabled for Steam.").

[3]   Complaint, ¶ 158 ("Valve imposes such a PMFN on game publishers that list games and DLC [downloadable content] in the Steam Store. ... the Valve PMFN compels publishers to sell their games at the Steam Store price (or higher) in *all* distribution channels, even distribution channels that do not involve connection to or enablement for Steam."), ¶ 175 ("The DLC clause forbids publishers from offering their DLC on another store at a lower price than the one available on Steam and locks in the retail price throughout the market. Further, publishers cannot offer exclusive DLC or earlier release dates for DLC to attract consumers").

[4]   Justin P. Johnson, "The Agency Model and MFN Clauses," *Review of Economic Studies*, 84(3), 2017, pp. 1151–1185 at p. 1151 ("'retail price-parity' restrictions such as most-favoured nation clauses (MFNs)...stipulate that the retail price set by a supplier through one retailer can be no higher than the retail price set by that supplier through a competing retailer.").

[5]   MFNs are also known in the literature as most-favored-customer (MFC) or price parity clauses. Masayoshi Maruyama and Yusuke Zennyo, "Platform Most-Favored-Customer Clauses and Investment Incentives," *International Journal of Industrial Organization*, 70, 2020, pp. 1–20 at p. 2 ("[Online platforms] typically impose a platform most-favored-customer (PMFC) clause in their contracts with sellers, which is a general promise by a seller to treat the platform as favorably as the seller's most-favored-customer related to price, availability, and the other terms of a

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

7. Steam's alleged PMFN policy, according to Plaintiffs, prohibits class members from selling games at lower prices on other retail channels than on Steam. According to Plaintiffs, Steam's alleged PMFN policy also requires class members to maintain content parity between Steam and other distribution channels.[6] Plaintiffs claim this alleged conduct restricts competition by preventing other distribution channels from offering lower prices or enhanced content to consumers, and impedes rival distributors' ability to grow by offering more attractive deals on games, as well as impeding entry by other potential distributors.[7] This conduct allegedly insulates Valve from competition, which allegedly allows Valve to charge publishers a supracompetitive revenue share when selling their games on Steam.[8] Plaintiffs claim that, ultimately, publishers are forced to accept a 30 percent revenue share to Valve on "nearly every sale" because they lack good alternatives to distributing through Steam.[9]

8. Second, Plaintiffs allege that "Steam keys," a feature Valve offers to developers and publishers (at no additional cost), are wielded as an enforcement mechanism by Valve to maintain its alleged monopoly.[10] Steam keys are alphanumeric codes that users can redeem to download and play games on Steam with functionality identical to that of games purchased directly from Steam.

---

transaction. When related to prices, a PMFC clause is an agreement between a seller and a platform stipulating that the seller does not charge a higher price on the platform than it does on another.").

[6] Motion for Class Certification and Appointment of Co-Lead Class Counsel, *In re Valve Antitrust Litigation*, February 8, 2024, pp. 1:27–2:3 ("Valve's PMFN Policy, which remains in effect today, prevents any publisher that sells its game on Steam … from (a) providing additional game content on another platform that it does not make available on Steam (content parity)."); Complaint, ¶ 175 ("[Due to the DLC clause] publishers cannot offer exclusive DLC or earlier release dates for DLC to attract consumers to a different store"), ¶ 179 ("Under the Delivery clause of the SDA, publishers also are unable to offer a new game, update, or add-on through a third-party store before delivering that application to Steam.").

[7] Complaint, ¶ 9 ("Valve thus uses its PMFN to control the prices of games sold in the Steam Store and in *other stores*. Rather than lowering prices to Steam customers, Valve's PMFN has the effect of reducing price competition and raising game prices"), ¶ 157 ("Economists increasingly recognize that Platform MFNs in particular can harm competition by 'keeping prices high and discouraging the entry of new platform rivals.'"), ¶ 211 ("Valve's PMFN keeps revenue sharing percentages (and potentially game prices) artificially high and discourages new market entry.").

[8] Complaint, ¶ 274 ("Valve's enforcement of the PMFN prevents publishers from discounting on rivals' platforms, blocking competition for consumers that could put downward pressure on Valve's supracompetitive 30% commission to publishers and preventing new entrants from achieving the scale necessary to meaningfully challenge Valve's dominance.").

[9] Complaint, ¶ 14 ("Thus, publishers reluctantly market their games primarily through the dominant Steam Store where, year after year, Valve continues to take its 30% fee on nearly every sale.").

[10] Complaint, ¶ 17 ("Valve uses its control over Steam keys to coerce publishers into following its anticompetitive restrictions; it will restrict or cut off access to Steam keys for violations of its rules. Additionally, Valve limits the number of Steam keys it allows publishers to obtain and sell to ensure that Steam always has the highest volume of sales for a given game.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

9. Plaintiffs allege a set of unfavorable market outcomes has resulted from Valve's alleged anticompetitive actions. They allege that this is to the detriment of developers, publishers, and consumers, and to the overall health of the video game industry. These alleged anticompetitive outcomes include higher revenue shares paid by publishers for the games sold and distributed through Steam and higher prices paid by consumers than would prevail absent the alleged conduct,[11] as well as "a reduction in market-wide output (in terms of quality, innovation, and choice)."[12]

## 1.3. Assignment

10. In the context of this dispute, I was asked by counsel for Valve to assess whether Valve's actions, investments, and efforts to improve Steam have procompetitive benefits; and specifically, whether the conduct alleged and challenged by Plaintiffs in this litigation has procompetitive effects. I take no position as to whether that conduct occurred or did not occur but instead assess that alleged conduct from the perspective of an economist and in the context of Valve's broader actions and investments since it began distributing games digitally.

11. Economists define procompetitive effects as outcomes that may include increased output, greater innovation, improvements for customers, and/or vigorous competition. Given that Steam provides services to two sets of users on either side of the platform, developers / publishers and consumers (i.e., players), procompetitive effects across the two groups will tend to be interlinked. Further, procompetitive effects can take a variety of forms, including price decreases, quality increases, innovation, and overall industry growth.

12. In my report, I evaluate the following questions:

    a. How do economists evaluate whether conduct by a firm is procompetitive?

    b. Did the launch of Steam as a digital distribution channel for video games have procompetitive effects for the industry?

    c. Have Valve's other innovations had procompetitive effects? If so, how have these procompetitive effects benefited developers and publishers who

---

[11] Complaint, ¶ 392 ("Valve's commission rate is substantially higher than it otherwise would be in a competitive PC game distribution market free from Valve's anticompetitive practices."), ¶ 4 ("Valve uses its dominance over PC game distribution to impose and anticompetitively maintain a 30% commission on nearly every sale made through its store. This commission far exceeds what would prevail in a competitive market").

[12] Complaint, ¶ 153 ("Valve's conduct has led to supracompetitive prices in the market for PC game distribution and a reduction in market-wide output (in terms of quality, innovation, and choice)."), ¶ 21 ("Innovation is the engine of the video game industry, but Valve's imposition of its supracompetitive tax suppresses innovation and output across the industry while elevating the prices of PC games.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

distribute games and content through Steam?

d. Do Steam keys have procompetitive effects, including by helping developers and publishers compete more effectively and, if so, how? How does Valve's approach to issuing Steam keys affect its incentives to invest in Steam?

e. Would the conduct that I understand to be alleged and challenged in this case have procompetitive rationales?

13. In some instances, my analysis covers data points that have already been analyzed by Prof. Lesley Chiou in her Class Certification Report. Where relevant to the scope of my assignment, I have reviewed the data processing and analysis underlying these calculations.

## 1.4. Summary of opinions

14. Valve started out as a developer of video games but saw an opportunity to improve video game distribution. In the past, video games were distributed through independent, primarily physical, retailers. This distribution method made it difficult for developers like Valve to ensure that consumers had access to new versions of games and patches, since retailers were not well-positioned or incentivized to distribute these updates. Valve made the decision to vertically integrate into distribution by launching the Steam digital platform, which ensured that it could efficiently resolve this challenge to maintaining the quality of its games over time.

15. Valve went on to make Steam a digital distribution platform for third-party games, extending the benefits of its investments to other developers and publishers that wished to distribute their games on Steam. Steam eventually became popular with developers and publishers because it provided important benefits from digital distribution. It reduced the costs of distribution and marketing as compared to physical distribution. It eliminated the shelf space constraint that had made it difficult for smaller or older games to access the market. Digital distribution also introduced greater flexibility for how content was priced and monetized, for example by enabling microtransactions. These benefits offered by Steam represent a large reduction in entry barriers. Steam made it easier to bring games to market, to provide games with ongoing updates and support, and to allow game developers to engage with their games' communities. These benefits helped attract publishers and content to the platform, which—given the two-sided nature of Steam—increased the value of the platform for consumers.

16. Valve has strong incentives to continue to invest in the platform, and to improve and add features with direct benefits for developers, publishers, and consumers. This incentive comes from the competitive threat it faces, being in a highly innovative industry. Valve's approach to innovation is consistent with it competing aggressively to increase the overall value of the platform by introducing many new high-value features over time. These features have expanded the frontier for the video game industry: they have further reduced

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

the costs of developing, testing, and publishing games; they have improved processes for publishers to market their games and for consumers to discover games that best match their interests; they have expanded the set of features for games and the community around those games that can generate additional value for players.

17. These are direct benefits to developers, publishers, and consumers from Valve's investments that have contributed to the output growth and expansion of economic activity in the industry. Further, as Steam's offerings become more attractive and as its partners (developers and publishers) become more efficient and diversified in their development of video games, this has an effect on competition for distribution services: rival distributors, including platforms, are also driven to improve quality, lower prices, and innovate, resulting in additional customer benefits to both sides of the platform.

18. Valve's collaboration with Steam's partners gives developers and publishers more tools, more flexibility, and lower cost paths to developing and marketing products. However, publishers can, in principle, enjoy these benefits even when they take actions that hurt the value of the platform, i.e., by free-riding on Valve's investments. For example, a publisher could use Steam's features to help distribute and market a game and thereby help consumers learn about it and want to buy it, but the publisher could then encourage consumers to make purchases on other sales channels, for example, by offering higher prices or more limited downloadable content ("DLC") on Steam than those other channels. This could lead to consumers perceiving that Steam is not competitive on price or quality of content and may lead consumers to regret their purchases on Steam, harming the Steam brand.

19. Valve has an incentive to protect its brand and the value of Valve's many investments in the Steam platform from this risk of free-riding. Measures by Valve that mitigate the free-riding problem do more than just benefit Valve— they are also procompetitive as a matter of economics. They ensure that Valve has strong incentives to continue to innovate and invest in the services that help developers create successful games, help distributors and publishers reach customers more effectively, and help customers find and enjoy the games. And this creates stronger incentives for its rivals to innovate and invest as well.

20. In the rest of my report, I present an economic analysis of Valve's incentives to invest and innovate, and the evidence that Valve has indeed invested considerably and created transformative value for the industry, including developers, publishers, and consumers. Section 2 summarizes the economic framework for assessing procompetitive effects, as well as some facts about the video game industry that provide helpful context to my analysis. Section 3 lays out the economic theory for how firms make investments and the incentive conflicts that can weaken incentives to invest. With that framework in place, I then evaluate Valve's innovations and demonstrate that they have had a procompetitive effect on the industry. In Section 4, I analyze how the conduct

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

alleged by Plaintiffs relates to Valve's incentives to invest and generate value for its customers, and thus whether such conduct would be procompetitive.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 2.    BACKGROUND

## 2.1. Economic background on procompetitive benefits

21. The core objective of antitrust analysis is to determine the effects of particular conduct on competition. In economics, conduct being procompetitive or having procompetitive benefits means that the conduct increases welfare by improving outcomes for customers, expanding output in the industry, and enabling market participants to compete.[13] As extensively documented by the industrial organization literature, competition can be strengthened, for example, by lowering barriers to entry to the market, because facilitating entry by new firms and for new products tends to increase welfare by increasing choice and increasing competitive pressure on other firms in the market.[14]

22. "Welfare" is an important concept in economics. Firms create customer welfare if they provide value to their customers net of the fees they charge them.[15] As a

---

[13] U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, pp. 11–12 ("[P]rocompetitive effects [include] increased output or investment, higher wages or improved working conditions, greater innovation, higher quality, and lower prices. ... [Competitive] pressure can prompt current market participants to make investments, expand output, raise wages, increase product quality, lower product prices, or take other procompetitive actions.").

[14] Timothy Bresnahan and Peter Reiss, "Entry and Competition in Concentrated Markets," *Journal of Political Economy*, 99(5), 1991, pp. 977–1009 at pp. 978, 1006–1007 ("Competitive conduct changes quickly as market size and the number of incumbents increase. In markets with five or fewer incumbents, almost all variation in competitive conduct occurs with the entry of the second and third firms. ... Our econometric estimates of entry thresholds for five different retail and professional industries confirm our initial hypothesis that postentry competition increases at a rate that decreases with the number of incumbents ... [i.e.,] most of the increase in competition comes with the entry of the second and third firms."); Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (Harlow, Essex: Pearson Education Limited, 2015) ("Carlton and Perloff"), p. 109 ("Price-taking behavior, many firms, and free entry and exit are often used as criteria to judge the competitiveness of a market. Free entry and exit typically result in firms eventually earning zero profits. For example, in some states, it is very easy to become a barber, and there are often many independent barber shops in an area. Even though barbers are not identical in either quality or prices and all consumers are not aware of all barber shops, most economists would describe the provision of haircuts by barber shops as a reasonably competitive market."); Aviv Nevo, "Mergers with Differentiated Products: The Case of the Ready-to-Eat Cereal Industry," *The RAND Journal of Economics*, 31(3), 2000, pp. 395–421 ("Nevo (2000)") at p. 416 ("There could be other dimensions of non-price competition, e.g. advertising and brand introduction. ... Such changes could have a direct effect on consumer welfare and an indirect effect on long-run prices. The direct effect might increase ... consumer welfare through more ... variety.").

[15] Jean Tirole, *The Theory of Industrial Organization*, (Cambridge, MA: The MIT Press, 1988) ("Tirole (1988)"), p. 8 ("Dupuit (1844) introduced the first welfare measurement ... we will call it simply the consumer surplus ... The first consumer realizes a surplus $v_1 - p^0$, because he was willing to pay $v_1$ [and faces price $p^0$]."); Carlton and Perloff, p. 94 ("We now describe a common measure of welfare ... Consumer Surplus. Typically, consumers value the goods they purchase above the amount they actually pay for them. Consumer surplus is the amount above the price paid that a consumer would willingly spend, if necessary, to consume the units purchased.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

simple example, if a customer's willingness to pay for a product is $10, and the price of the product is $3, then the sale of that product to that customer generates $7 of welfare. Welfare is not necessarily highest for products with the lowest price. The customer may have a higher willingness to pay—say $12—for a higher-quality competing product that has a price of $4, and therefore would have higher welfare ($8) from consuming it. When multiple firms compete to offer different products, customers will choose the option that leaves them best off, i.e., the one that provides them with the highest welfare.[16]

23. The competitive process therefore drives firms to seek to generate welfare for customers in order to attract customer demand. If one firm is able to improve its offerings, some customers will switch to buying its products, potentially expanding overall demand for its type of product and/or reducing the sales of its competitors. Its competitors will then be incentivized to improve their offerings in order to hold on to customers.[17] Therefore, such improvements are procompetitive benefits: they increase customer welfare, expand output, and stimulate overall competition.[18]

24. Importantly, there are many types of procompetitive benefits and multiple ways in which the competitive process can help consumers. For example:

   a. Procompetitive benefits may involve innovations that improve the quality of products and services such that consumers find them more convenient or enjoyable (in the language of economists, they generate more "utility" for consumers). Developing and offering high quality products is an important way in which firms attract consumer demand and compete with rivals.[19]

   b. Procompetitive benefits may also arise from innovations that create new products and features, increasing the variety available to consumers. Many

---

[16]   Tirole (1988), p. 6 ("The consumers maximize their welfare given that their expenditures must not exceed their income").

[17]   Amil Petrin, "Quantifying the Benefits of New Products: The Case of the Minivan," *Journal of Political Economy*, 110(4), 2002, pp. 705–729 ("Petrin (2002)") at p. 707 ("Introduced in 1984 by the financially troubled Chrysler Corporation, the Dodge Caravan (its minivan) was an immediate success, with sales of 170,000 in its debut year. General Motors (GM) and Ford quickly responded, introducing their own versions of minivans in 1985 (GM Astro/Safari) and 1986 (Ford Aerostar). ... Ford and GM watched as both their own and Chrysler's minivans cannibalized station wagon sales").

[18]   Petrin (2002), pp. 726–727 ("Consumers benefited significantly, gaining a new product for which some households, especially those with large families, had a strong taste. Additionally, non–minivan consumers benefit from the price competition, obtaining $157 million of the $367 million in consumer gains for 1984. ... Thus estimated benefits from this new product introduction were far larger than both the costs to society of producing the vehicle and the private returns the innovator obtained.").

[19]   Gautam Gowrisankaran and Marc Rysman, "Dynamics of Consumer Demand for New Durable Goods," *Journal of Political Economy*, 120(6), 2012, pp. 1173–1219 ("Gowrisankaran and Rysman (2012)") at p. 1194 ("We take from these figures that quality improvement is potentially as important as the price declines for [the digital camcorder] industry.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

industries (such as the video game industry) involve differentiated products because firms develop a variety of features and characteristics that add value to products in different ways. As firms compete to differentiate their offerings, this introduces more variety and means the market better caters to a larger set of consumers with heterogeneous preferences, increasing welfare.[20]

c. Procompetitive benefits may involve lower prices being offered to users of a product or service.[21] For example, improvements to a firm's efficiency of production or organizational processes may allow firms to compete more aggressively on the prices they offer, which in turn can incentivize competitors to lower their prices.[22]

d. Importantly, benefits that arise from the interactions and collaboration between different firms can be procompetitive. Two partners may be able to bring together their skills in a complementary way that allows them to create more value than they could create alone. For example, a platform may simplify and take on functions (such as marketing) that the firms using the platform find costly or difficult to perform themselves, and allow those firms to instead focus on their "core competencies."[23] Such actions are beneficial across the supply chain or system: not only can the firms focus on their core competencies, but firms can also face lower barriers to reach consumers, consumers get increased utility from the cheaper or more diverse products on the platform, and this makes the platform more attractive and a more

---

[20]   Michael Spence, "Product Differentiation and Welfare," *The American Economic Review*, 66(2), pp. 407–414 at p. 410 ("The entry of an additional product has several effects. It increases the surplus from the new product, but lowers the demand for existing products and causes them to contract output. … A new product expands the pie and causes it to be sliced into more pieces."); Petrin (2002), pp. 726–727 ("Consumers benefited significantly, gaining a new product for which some households, especially those with large families, had a strong taste."); Nevo (2000), p. 416 ("There could be other dimensions of non-price competition, e.g. advertising and brand introduction. … Such changes could have a direct effect on consumer welfare and an indirect effect on long-run prices. The direct effect might increase … consumer welfare through more … variety.").

[21]   James Brickley, Clifford Smith, and Jerold Zimmerman, *Managerial Economics and Organization Architecture*, Seventh Edition (New York, NY: McGraw-Hill, 2021) ("Brickley, Smith, and Zimmerman (2021)"), p. 286 ("Competition will bid up prices of the required resources in the factor markets and bid down prices in the output markets").

[22]   Brickley, Smith, and Zimmerman (2021), p. 258 ("[M]anagers should choose inputs to minimize production costs. Over time, managers can discover new technological opportunities to reduce these costs and increase value. They also can devise ways to lower the costs of transacting with customers and suppliers.").

[23]   Paul Milgrom and John Roberts, *Economics, Organization & Management*, (Upper Saddle River, N.J.: Prentice Hall, Inc., 1992) ("Milgrom and Roberts (1992)"), p. 107 ("[A] firm may acquire generalized expertise in the important skills that are required to design and market new products in a set of related markets or in using a set of related technologies. … skills that it expects to be able to apply over and over again as it continues to introduce new products. … [Such skills are called] **core competencies of the firm**.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

effective competitor.[24] I note that, whenever there is collaboration between different firms, a big determinant of the value they can create together is how aligned their incentives are, a topic I return to repeatedly in my report.[25]

25. It is important to recognize that improved outcomes have different forms and are not limited to price decreases. Economists often use the term quality-adjusted price to better capture the different channels for improving consumer outcomes. The price of a product could increase, but if the quality improvement is large, then the quality-adjusted price may still be lower, and consumers may be better off. In other words, prices—without accounting for quality—do not necessarily move in the same direction as welfare as conditions change.[26]

26. It is also critical to account for the fact that one firm improving its offerings can result in benefits above and beyond the direct impact on its customers. The full set of market-wide effects includes reactions by other firms. When one firm innovates to increase quality or expand choice, or when it becomes more efficient, other firms are incentivized to make their own improvements and differentiate themselves in order to continue to compete effectively with that stronger rival. These reactions will, in turn, strengthen competition and generate additional expansions in output and increases in welfare.[27]

---

[24]   Milgrom and Roberts (1992), p. 554 ("A firm may choose to rely on an independent supplier even when there are no economies of scale in manufacturing the current generation of the product and no economies of scope among existing products because the supplier has developed a special competence to improve the product or to incorporate quickly the latest manufacturing innovations to keep production costs low.").

[25]   This is an important topic in economics—the 2016 Nobel prize in economics was awarded to Oliver Hart, in part for analyzing these issues. See The Committee for the Prize in Economic Sciences in Memory of Alfred Nobel, "Oliver Hart and Bengt Holmström: Contract Theory," *Scientific Background on the Sveriges Riksbank Prize in Economic Sciences in Memory of Alfred Nobel*, (Stockholm, Sweden: The Royal Swedish Academy of Sciences, 2016), p. 1 ("Well-designed contracts provide incentives for the contracting parties to exploit the prospective gains from cooperation. ... The idea that incentives must be aligned to exploit the gains from cooperation has a long history within economics. ... Today, incentive problems are almost universally seen through [the contract theory] lens. The theory has had a major impact on organizational economics and corporate finance, and it has deeply influenced other fields such as industrial organization, labor economics, public economics, political science, and law.").

[26]   P. Cagan, "Measuring Quality Changes and the Purchasing Power of Money: An Exploratory Study of Automobiles," in *Price Indexes and Quality Change: Studies in New Methods of Measurement* (Cambridge, MA: Harvard University Press, 1971), pp. 215–239 at p. 215 ("The accuracy of price indexes for measuring changes in the purchasing power of money has been widely criticized in recent years. One reason for criticism is the lack of adjustment for quality improvements. A price index that makes no allowance for those improvements will persistently overstate the rise in price of a fixed bundle of goods and services.").

[27]   See Leland (1977), for example, who analyzes the effect of firms' quality choice on welfare with a "general equilibrium" model where firms' choices are interrelated and determine market outcomes jointly (Hayne E. Leland, "Quality choice and competition," *The American Economic Review*, 67(2), 1977, pp. 127–137).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

27. Economists have increasingly concerned themselves with the analysis of this type of back-and-forth competition (economists typically describe this as "dynamic" competition) and how conduct may impact incentives to innovate.[28] Consumers may greatly benefit from conditions that incentivize investments that, in the long run, expand the frontier of what firms can do.[29] Over the long-run, innovations may change the conditions for competition. For example, innovations that lower barriers to entry by reducing fixed costs of production (the upfront costs that a firm has to bear in order to start producing) may lead to entirely new products and firms entering the competitive landscape. Competitive dynamics are particularly important in industries with a high rate of product and feature innovation. As I will explain below, the video game industry is, and has been over the last 20 years, a highly innovative industry.

28. Crucially, firms that are more innovative may be able to differentiate themselves from competitors—their innovations may mean they offer higher quality products, or that they offer a greater variety of products such that consumers are better able to match with products that cater to their preferences. This differentiation from competitors, which can make one firm more attractive than its rivals to some consumers, is a standard display of competition at work and is not anticompetitive.[30] Developing an offering that is better and more effective at attracting consumers is the essence of the competitive process, even if it leaves rivals behind.[31] Laggards will be incentivized to innovate, become more efficient, or improve quality along a

---

[28]  C. Lanier Benkard, "A Dynamic Analysis of the Market for Wide-Bodied Aircraft," *Review of Economic Studies*, 71(3), 2004, pp. 581–611 at p. 583 ("Because dynamic profit incentives are of primary importance in the [aircraft] industry, a complete analysis of a policy change requires analysis of the equilibrium response of firms to the policy, which is only possible in an equilibrium model."); Gautam Gowrisankaran and Robert Town, "Dynamic Equilibrium in the Hospital Industry," *Journal of Economics and Management Strategy*, 6(1), 1997, pp. 45–74 at p. 46 ("On the supply side, hospitals compete through their pricing, entry, exit, and investment decisions... Hospitals choose rational strategies that incorporate dynamic optimizing behavior given the actions taken by their competitors."); Gowrisankaran and Rysman (2012), p. 1173 ("Most new consumer durable goods experience rapid prices declines and quality improvements, suggesting the importance of modeling dynamics."); John Rust, "Optimal Replacement of GMC Bus Engines: An Empirical Model of Harold Zurcher," *Econometrica*, 55(5), 1987, pp. 999–1033.

[29]  Michael L. Katz and Carl Shapiro, "Product Introduction with Network Externalities," *The Journal of Industrial Economics*, 40(1), 1992, pp. 55–83 at p. 55 ("The pace of innovative activity in general, and the introduction of new technologies in particular, are important dimensions of market performance.").

[30]  Petrin (2002), pp. 705–706 ("Consumers benefit from a greater breadth of choice in both the kind and quality of products over time. Firms are the driving force behind these improvements, usually seeking the transitory market power associated with being the first mover.").

[31]  Carlton and Perloff, p. 109 ("Some people use the term competition to refer to a market in which a few price-setting firms compete vigorously for sales. Each firm tries to obtain customers for itself at the expense of its rivals. In this interpretation, competition is used to describe rivalry between firms that can affect market price.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

different dimension to continue to compete effectively. New players may enter with their own distinct offerings to try and displace the market leader.[32]

29. Similarly, innovation by other firms incentivizes the market leaders to continue to innovate to maintain their lead in product quality and costs.[33] But despite these incentives, market leaders in innovative industries often are surpassed by other firms. For example, MySpace was a market-leading social media company that was later surpassed by Facebook.[34] Similarly, BlackBerry used to offer the leading smartphones,[35] while Atari used to offer the leading video game console.[36] These examples illustrate the competitive threat that exists for incumbents, even popular ones, in innovative industries.

## 2.2. Industry background on video games

30. Video games are interactive software that allow users (i.e., players) to manipulate images on screen for entertainment.[37] Users interact with the software over a device, such as a PC (e.g. a desktop PC, a gaming laptop, a Steam Deck, or a Lenovo Legion Go), a gaming console (e.g., Sony's PlayStation, Microsoft's Xbox, or the Nintendo Switch), or a mobile device (e.g.,

---

[32] Jerry A. Hausman and Gregory K. Leonard, "The Competitive Effects of a New Product Introduction: A Case Study," *The Journal of Industrial Economics*, 50(3), 2002, pp. 237–263 at p. 238 ("The introduction of a new product creates increased competition for existing products. If the manufacturer of the new product has no existing products in the market, the new product will typically lead to lower prices for all competing products, a result which benefits consumers.").

[33] Michael Katz and Howard Shelanski, "'Schumpeterian' Competition and Antitrust Policy in High-Tech Markets," *Competition*, 14, 2005, pp. 1–20 at p. 5 ("Creative destruction means that a firm's acquisition or possession of market power may be fleeting and that firms must protect such power through ongoing innovation efforts.").

[34] Adam Hartung, "How Facebook Beat MySpace," *Forbes*, August 11, 2011, available at https://www.forbes.com/sites/adamhartung/2011/01/14/why-facebook-beat-myspace/, accessed on January 24, 2025 ("By almost all ways we look at modern start-ups, MySpace was the early winner and should have gone on to great glory. But things didn't turn out that way … Facebook exploded to 600 million active users … The early winner now appears a loser, most likely to be unplugged.").

[35] Ron Miller, "BlackBerry phones once ruled the world, then the world changed," *TechCrunch*, January 3, 2022, available at https://techcrunch.com/2022/01/03/blackberry-phones-once-ruled-the-world-then-the-world-changed/, accessed on January 24, 2025 ("BlackBerry phones went from top of the smartphone heap to single digits in the blink of an eye, losing large swaths of market share as it got completely disrupted by Apple and Android touchscreens.").

[36] Ted Trautman, "Excavating the Video Game Industry's Past," *The New Yorker*, April 29, 2014, available at https://www.newyorker.com/business/currency/excavating-the-video-game-industrys-past, accessed on January 26, 2025 ("In 1982, Atari controlled eighty per cent of the video-game market.").

[37] PCMag, "Video game," available at https://www.pcmag.com/encyclopedia/term/video-game, accessed on January 13, 2025 ("Interactive software that is used for entertainment, role playing and simulation."); Merriam-Webster, "Video game," available at https://www.merriam-webster.com/dictionary/video%20game, accessed on January 13, 2025 ("[A]n electronic game in which players control images on a video screen").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

a phone or tablet).[38] The same game might be available on multiple devices and playable between players on different devices, or available on just one type of device.[39]

31. Video games exhibit substantial differentiation. For example, differences in a game's genre and production budget result in games that look and play differently from one another and create unique experiences for the user. Genres categorize games based on "mechanics, ideologies, or characteristics."[40] Examples of popular genres include role-playing games ("RPGs"), first-person shooter ("FPS") games, sports games, fighting games, and puzzle games, among many other genres.[41] However, video game genres can often be only loose categorizations with many sub-categories, as games often incorporate aspects of multiple genres.[42]

32. Games also vary by their production budget: the money spent on game development, which can impact the scope of the game's "world," the richness of

---

[38] Ulyana Chernyak, "Video Game Market Overview: Console vs. PC vs. Mobile," *Game Developer*, May 27, 2014, available at https://www.gamedeveloper.com/production/video-game-market-overview-console-vs-pc-vs-mobile, accessed on December 7, 2023 ("The categories we can break the gaming sphere into are Console, PC, and Mobile."). This breakdown is still relevant today. For example, in their "Global Games Market" reports, Newzoo estimates revenues for console games, PC games, and mobile games. Newzoo, "Games Market Reports and Forecasts," available at https://newzoo.com/games-market-reports-forecasts, accessed on January 14, 2025 ("Access the key games market numbers from 2015 to 2026: revenues, players, payers per region and market, split across PC, console, and mobile.").

[39] PCMag, "video game console," available at https://www.pcmag.com/encyclopedia/term/video-game-console, accessed on January 16, 2025 ("Games are not generally interchangeable with other game consoles or desktop computers, although software publishers may develop games for more than one platform."); Luke Plunkett, "Cross-Platform Gaming Has Been Great," *Kotaku*, December 3, 2020, available at https://kotaku.com/cross-platform-gaming-has-been-great-1845804328, accessed on January 21, 2025 ("PlayStation gamers could play against PlayStation gamers, Xbox people could play Xbox people. ... This past console generation, that changed. Microsoft, finally waking up to the possibilities of releasing its games on both Xbox and PC, found ways for players to go up against each other across these two platforms.").

[40] Byron Simpson, "Video game genres: every game type explained," *Uswitch*, July 1, 2022, available at https://www.uswitch.com/broadband/guides/video-game-genres/, accessed on December 6, 2023 ("A video game genre is a way of describing a style or category of games that share similar mechanics, ideologies, or characteristics.").

[41] The genres with the three highest PC revenues in 2023 were adventure, FPS, and RPGs, see Tom Wijman, "What are 2023's top game genres?" *Newzoo*, September 7, 2023, available at https://newzoo.com/resources/blog/top-game-genres-2023, accessed on December 6, 2023 ("This year, the genres that will generate the most revenue for the PC market are shooter, adventure, role-playing, battle royale, and strategy."). For descriptions of a broad set of genres, see Newzoo "Taxonomies," available at https://platform.newzoo.com/help-center/answers-&-explanations/newzoo-taxonomy#genres, accessed on December 6, 2023.

[42] Byron Simpson, "Video game genres: every game type explained," *Uswitch*, July 1, 2022, available at https://www.uswitch.com/broadband/guides/video-game-genres/, accessed on December 6, 2023 ("Genres of games can be very fluid, often having many sub-categories and over-lapping principles. ... It's commonplace for games now to mix and match facets from different genres.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

its storyline, and the quality of the images shown on screen during play. Production budgets differ over a continuum, but it can be helpful to consider two loosely defined categories sometimes used by people in the industry to classify games: triple-A ("AAA") games and independent ("indie") games.[43] AAA games can be developed from budgets reaching into the hundreds of millions of dollars, while indie games might be produced with only a few thousand dollars in development and marketing.[44] There is no precise line between these categories.

33. Bigger budget games are not necessarily the ones that generate more welfare in the industry. While a bigger budget will tend to result in higher-quality graphics or richer game features, these games tend to be priced considerably higher and are not always favorably received.[45] On net, it is therefore not necessarily the

---

[43]  Karim Ahmad, "AAA Games vs. Indie Games: What Are the Differences?" *Make Use Of*, December 27, 2021, available at https://www.makeuseof.com/aaa-games-vs-indie-games-differences/, accessed on December 6, 2023 ("Karim Ahmad, December 27, 2021") ("[D]espite the sheer number of games available, we can place most titles in one of two categories; either indie or AAA games."). In some cases, games made by firms with smaller budgets than AAA games and larger budgets than indie games are sometimes referred to as double-A ("AA") games. See Kaavya Karthikeyan, "Indie, AAA, and AA Games: A Comparison," *Gameopedia*, February 22, 2022, available at https://www.gameopedia.com/indie-aaa-aa-games-comparison/, accessed on November 1, 2023 ("The costs for [AA games] are extremely variable, lying between that of an indie and a AAA game.").

[44]  Karim Ahmad, December 27, 2021 ("As you can imagine, the budgets for [AAA games] are astronomical ... most AAA games are considerably long, featuring rich and detailed worlds that are meticulously crafted. The graphics are also some of the best in the industry ... In stark contrast to AAA titles, smaller studios or individuals develop indie games, not huge teams ... Because of the budget constraints, the games are often smaller in scale, and not as long either ... indie games don't always look as graphically sharp as AAA titles."); Competition & Markets Authority, "Anticipated acquisition by Microsoft of Activision Blizzard, Inc. Final Report," April 26, 2023, ¶ 9.18 ("A report by IDG submitted by a third party dated August 2021 notes that  development budgets are reaching unprecedented ranges. The report observes that while 5 years ago most AAA console/PC releases had development budgets between $50-150 million, on average, games that are greenlit today, with a potential release in 2024-2025, are being approved for development budgets of $200 million or higher. Also, the report says that some AAA franchises like CoD have development budgets already exceeding $300 million, and the next GTA and other future tent-poles are also expected to hit $250 million or higher."); Tim Hoang, "Entering the Indie Games Market at the Lowest Cost Possible," *Game Developer*, April 24, 2018, available at https://www.gamedeveloper.com/business/entering-the-indie-games-market-at-the-lowest-cost-possible, accessed on December 7, 2023, ("Level 1 games ... typically cost between $2k and $10k to build ...]Level 2 games ... $10K to $50K investment ... Level 3 games ... to the tune of $50K to $150K ... Level 4 games ... [start] out at $150K+").

[45]  Zachary Small, "Video Games Can't Afford to Look This Good," *New York Times*, December 26, 2024, available at https://www.nytimes.com/2024/12/26/arts/video-games-graphics-budgets.html, accessed on January 26, 2025 ("Cinematic games are getting so expensive and time-consuming to make that the video game industry has started to acknowledge that investing in graphics is providing diminished financial returns ... Industry figures joke about how a cartoony game like Luigi's Mansion 3 on the Nintendo Switch considerably outsells gorgeous cinematic

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

case that quality-adjusted prices are higher for AAA games than games with more limited budgets. Today, consumer satisfaction and interest in indie games on Steam has nearly matched that of AAA games.[46] This is illustrated by the great success of some indie games: for example, *Stardew Valley*, an indie game created by a single developer, has over 41 million lifetime unit sales; by comparison, the entire *Bioshock* franchise, created by 2K Games, a large publisher, has around 43 million lifetime unit sales.[47] Another example is *Minecraft*, which originated as an indie game, and was recently reported to be the best-selling game of all time.[48]

---

narratives on the PlayStation 5 like Final Fantasy VII Rebirth … There are a number of theories why gamers have turned their backs on realism … Rami Ismail, a game developer in the Netherlands … is worried that major studios are in a tight spot where traditional games have become too expensive but live service games have become too risky. He pointed to recent games that had both jaw-dropping realism — Avatar: Frontiers of Pandora (individual pebbles of gravel cast shadows) and Senua's Saga: Hellblade II (rays of sunlight flicker through the trees) — and lackluster sales.").

[46] Xsolla, "The Xsolla Report: State of Play," 2024, p. 26 ("Despite typically having lower graphical fidelity and complexity compared to AAA titles, indie games are successfully delivering great player experiences, with average Steam ratings for indie games at 72% nearly matching those of AAA games (74%)."). Sales of indie games are predicted to have made up 48 percent of full game revenues on Steam in 2024. Video Games Insights, "Global Indie Games Market Report 2024," 2024, available at https://vginsights.com/assets/reports/VGI_Global_Indie_Games_Market_Report_2024.pdf, p. 4.

[47] Sam White, "Valley Forged: How One Man Made the Indie Video Game Sensation *Stardew Valley*," *GQ*, March 20, 2018, available at https://www.gq.com/story/stardew-valley-eric-barone-profile, accessed on January 21, 2025 ("Eric was a team of one. It took him four and a half years to design, program, animate, draw, compose, record, and write everything in the game, working 12-hour days, seven days a week."); Victoria Kennedy, "Stardew Valley continues its wholesome farming dominance with latest sales milestone," *Eurogamer*, January 3, 2025, available at https://www.eurogamer.net/stardew-valley-continues-its-wholesome-farming-dominance-with-latest-sales-milestone, accessed on January 22, 2025 ("According to the developer, as of December last year, the farming sim has sold in excess of 41m copies across platforms."); Take-Two Interactive Software, Inc, November 2024, available at https://ir.take2games.com/static-files/0c0e2b58-bd8c-43f6-a844-c0041ff9c8dd, accessed on January 22, 2025, p. 16 ("Bioshock … Franchise has sold-in over 43 million units.").

[48] Chris O'Brien, "How Minecraft became one of the biggest video games in history," *Los Angeles Times*, September 2, 2013, available at https://www.latimes.com/business/la-xpm-2013-sep-03-la-fi-tn-how-minecraft-video-games-20130822-story.html, accessed on January 24, 2025 ("Minecraft was created by independent Swedish developer Markus "Notch" Persson, now 34. With no big studio behind it, no outside investors and no carpet-bombing advertising campaign, Persson made the game available to download."). Ash Parrish, "Minecraft has sold over 300 million copies" *The Verge*, October 15, 2023, available at https://www.theverge.com/2023/10/15/23916349/minecraft-mojang-sold-300-million-copies-live-2023 accessed on January 24, 2025 ("*Minecraft* already has the distinction of being the bestselling video game of all time. Today, it adds more down to that particular feather in its cap with the announcement that it has sold a staggering 300 million copies.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

34. Video game titles are traditionally developed, marketed, and sold to consumers by businesses that fill three main roles: developers, publishers, and distributors.

   a. Developers make the creative content of a video game, including its concept, code, artwork, and functionality.[49] Developers of AAA titles can be design studios with teams of writers, artists, and coders working collaboratively on the same game; indie titles might be the work of a team as small as a single developer.[50] Named Plaintiffs Dark Catt and Wolfire are indie game developers.[51]

   b. Publishers market the video games created by developers, and may also provide financing or other resources.[52] They play a similar role to book publishers, who work with authors to market their books (and produce hard

---

[49] Tomas Zegarra, "Game Developers vs Game Publishers: What's the difference?" *HP*, July 19, 2020, available at https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers, accessed on December 7, 2023 ("Tomas Zegarra, July 19, 2020") ("A game developer is the person or organization that determines what a video game will look like. They are responsible for the game's storyline and feel. Programmers within that organization write the code and create the artwork to implement the developer's vision behind the game. The developer team's job spans from concept creation to putting the finishing touches on gameplay.").

[50] Karim Ahmad, December 27, 2021 ("AAA games (AKA Triple-A games) are titles developed by large studios, with hundreds of game designers, concept artists, and developers working on them. As you can imagine, the budgets for these games are astronomical … most AAA games are considerably long, featuring rich and detailed worlds that are meticulously crafted. The graphics are also some of the best in the industry, with several titles often pushing the boundaries of what consoles or computers are capable of. Because they cost more money, they retail at a much higher price as well. … In stark contrast to AAA titles, smaller studios or individuals develop indie games, not huge teams … and the pricing [of indie games] is often low.").

[51] Wolfire Games, "Games," available at https://www.wolfire.com/games, accessed on January 20, 2025 ("Overgrowth is … available now from the independent game studio, Wolfire Games."); LinkedIn, "Dark Catt Studios," available at https://www.linkedin.com/company/dark-catt-studios/, accessed on January 20, 2025 ("Dark Catt Studios is an independently owned and operated multimedia production company located in Chicago.").

[52] Ralph, "What is the video game publishing industry?" *gamespublisher.com*, November 24, 2024, available at https://gamespublisher.com/what-is-the-video-game-publishing-industry/, accessed on January 25, 2025 ("The video game publishing industry handles all the work that turns a game idea into something you can play. Publishers support game creators by taking care of key tasks like funding, marketing, and distribution. …What Game Publishers Do … Funding: Giving developers the money they need to create games. … Marketing: Making sure players hear about the game through ads, trailers, and events. … Distribution: Helping games reach players, whether through online stores or physical copies."); Harvey Elliott, "Five tips to building developer-publisher relations," *GamesIndustry.biz*, April 11, 2023, available at https://www.gamesindustry.biz/five-tips-to-building-developer-publisher-relations, accessed on January 25, 2025 ("Publishers not only bring resources to the table, but they also bring expertise. A reliable publisher will provide counsel and devise a strategy on how to market your game, what the pain points are and how effectively to showcase certain features.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

copies, in the case of physical distribution).[53] Video game publishers tend to be large firms and in some cases own a game's design studio.[54] Publishers typically receive a share of the revenues generated from the sales of the games they publish.[55] As I will explain in my report, developers may do their own publishing. Independent publishers have historically played a bigger role in the distribution chain but changes in the industry (including many due to Steam's innovations) have reduced the value-add of publishers' services and the need for developers to rely on them (see Section 3.4 of this report).[56]

c. Distributors provide the channel through which consumers can purchase games; this may involve the sale of physical media or as downloads via the internet. Sales involving physical media—such as discs or cartridges—were completed by physical retailers in the past but have also been handled by e-commerce retailers in recent decades. These distributors also sell download codes, which can include Steam keys, in physical game boxes.[57] Examples of

---

[53] When games are sold on a physical media, the publisher is often responsible for "making, packaging and shipping game discs to stores," as well as returns of any unsold games, and cover those costs out of their share of game sales. In 2010, physical media costs might account for almost 25% of the publisher's share of revenue from the game sale. See Alex Pham, "Anatomy of a $60 video game," *Los Angeles Times*, February 19, 2020, available at https://www.latimes.com/archives/blogs/company-town-blog/story/2010-02-19/anatomy-of-a-60-video-game, accessed on January 13, 2025 ("[P]ublishers such as Activision and Electronic Arts receive $45 after retailers take a $15 cut. Publishers turn around and pay a $7 licensing fee to console manufacturers such as Microsoft, Sony and Nintendo. The cost of making, packaging and shipping game discs to stores carves up another $4. Finally, not all games sell, so the expense of returning unsold inventory eats up another $7.").

[54] Tomas Zegarra, July 19, 2020 ("Game publishers are larger companies or in some cases, the parent organization, that has the resources to put the finished game on the market for the world to play.").

[55] Tomas Zegarra, July 19, 2020 ("It's not cheap to develop a video game. Developers, especially in the indie category, must work with other companies to put a game into your hands. This includes working with in-person retailers and online stores to ensure your product is visible to the gaming community. Developers don't always have the resources to produce, deliver, and support a game all on their own servers. That's why game publishers exist."); Ryan Sumo, "What Does A Healthy Publisher/Developer Relationship Looks Like (With Real Contract Details!)," *Game Developer*, November 26, 2019, available at https://www.gamedeveloper.com/business/what-does-a-healthy-publisher-developer-relationship-looks-like-with-real-contract-details-, accessed on December 7, 2023 ("Ryan Sumo, November 26, 2019") ("In exchange for capital and information, a publisher will typically ask for profit sharing based on revenue generated after they recoup their costs.").

[56] Further, disputes between developers and publishers can arise that instead complicate the development and marketing process. For an example of a dispute between Valve and its early publisher, Sierra On-Line, see Curt Feldman, "Valve vs. Vivendi Universal dogfight heats up in US District Court," *GameSpot*, December 15, 2004, available at https://www.gamespot.com/articles/valve-vs-vivendi-universal-dogfight-heats-up-in-us-district-court/1100-6107712/, accessed on November 15, 2023.

[57] For example, the Best Buy website and Target website have categories for "Physical (Download Code Only) Video Games" and "Download Code in Box: PC Games," which contain physical game

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

historically high-volume retailers of video games include Best Buy, GameStop, Target, and Walmart.[58]

35.   While I will refer to the upstream users of the Steam platform as "publishers," I note that:

   a. Given other developments in the industry that have made it easier for developers to self-publish, publishers of games are in some cases the developers of the games themselves.

   b. Even in cases where developers use the services of publishers, benefits to publishers (such as lower entry barriers or easier access to consumer audiences) will translate into benefits to developers, given that publishers are intermediaries for developers to reach consumers.

   c. Relatedly, while it may be publishers that are the immediate users of the platform (as opposed to developers), the Steam platform serves to connect content, on one side, to consumers who want content, on the other side. Since it is the developers that create the content, Steam consumers also benefit from expansion and diversification in the developer pool.

   d. The analysis of procompetitive effects therefore must consider effects to and effects from developers, in addition to publishers.

36.   Sales of video games for download through websites or software applications over the internet are facilitated by digital distributors. One form of digital distribution occurs through "platforms." Platforms can operate as software applications over which users can purchase games, download them, play the games that they have purchased, and interact with other users of the platform.[59]

---

boxes with codes rather than a disk or game cartridge inside. See Best Buy, "Physical (Download Code Only) Video Games," available at https://www.bestbuy.com/site/searchpage.jsp?_dyncharset=UTF-8&browsedCategory=abcat0700000&id=pcat17071&iht=n&ks=960&list=y&qp=format_facet%3DFormat~Physical%20(Download%20Code%20Only)&sc=Global&st=categoryid%24abcat070000&type=page&usc=All%20Categories, accessed on January 23, 2025; Target, "Download Code in Box: PC Games," available at https://www.target.com/c/pc-games-video/download-code-in-box/-/N-5xtfwZefxeu, accessed on January 23, 2025.

58   GameStop Corp. Annual Report, 2004, p. 16 ("The electronic game industry is intensely competitive and subject to rapid changes in consumer preferences and frequent new product introductions. We compete with mass merchants and regional chains, including Wal-Mart and Target; other video game and PC software specialty stores located in malls and other locations, including Electronics Boutique; toy retail chains, including Toys 'R' Us; mail-order businesses; catalogs; direct sales by software publishers; online retailers; and computer product and consumer electronics stores, including Best Buy and Circuit City.").

59   Asha Rajput, "Best Gaming Platforms You Should Know in 2025," *300Mind*, September 19, 2024, available at https://300mind.studio/blog/best-gaming-platforms/, accessed on January 14, 2025 ("A gaming platform tends to be a computer system or console, designed specifically to play video games. It might also refer to the combination of software and hardware that enables video games to run smoothly. The terms may also include the online services and software ecosystem that support

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Steam is an example of a platform. Other platforms are less fully featured than Steam. For example, some (like Green Man Gaming) provide limited services where consumers can purchase the right to acquire a video game—but the user must acquire and play the game on a separate platform.[60] Some developers have even simpler website platforms that allow users to purchase and download their games.[61]

37.    Among platforms, some sell games from multiple publishers, while other platforms are owned by a publisher and distribute only that publisher's games. Steam is an example of a platform for games from many different publishers, i.e., it sells third-party games and supports their play on Steam. Such platforms are typically compensated by a revenue share for the third-party games they sell.[62] An example of a platform that is owned by a publisher and hosts only that publisher's content is the EA App by Electronic Arts ("EA").[63]

---

the platform. ... Built by Valve Corporation, Steam provides an excellent digital distribution platform, allowing gamers to purchase, download, and access a wide range of games conveniently. The gaming platform offers a large pool of features which include social networking services, multiplayer gaming, automatic updates, and video streaming.").

[60]    Green Man Gaming, "Who we are," available at https://www.greenmangaming.com/who-we-are/, accessed on January 17, 2025 ("Every key we sell comes directly from game publishers, meaning when you purchase from us you know you aren't getting a key from a dodgy source... We have contracts with over 1300 publishers making us an official source for PC and Xbox keys.")

[61]    See, for example, Factorio, "Buy," available at https://www.factorio.com/buy, accessed on April 26, 2024 ("Purchasing Factorio supports the ongoing game updates and support ... A website key is used to upgrade an account on our website, and allow you to download the game directly from us."); and Factorio, "Download," available at https://www.factorio.com/download, accessed on January 17, 2025.

[62]    1D3 DIGITECH, "Platform Fees in the Videogame Industry: Full List," November 13, 2024, available at https://www.1d3.com/blog/platform-fees, accessed on January 14, 2025 ("Platform fees are charges that game developers must pay to platforms that host their games. Whenever a developer wants to publish their game on platforms like Steam, PlayStation Store, or the App Store, they have to pay a certain percentage of each sale as a fee.").

[63]    Electronic Arts, "Upcoming Changes to the EA Origin Catalog," available at https://www.ea.com/ea-pc-third-party-titles-2022, accessed on January 26, 2025 ("Starting on June 13, 2022, the Origin platform will begin streamlining offerings: Origin will no longer sell games from third party publishers."). For example, *Battlefield 2042* was developed by DICE, a studio owned by EA. The title was subsequently published by EA and sold on the EA app. See Electronic Arts, "Battlefield 2042," available at https://www.ea.com/games/battlefield/battlefield-2042/buy/pc, accessed on April 22, 2024 ("The EA app for Windows"); EA Help, "Buying EA games: Order and Payment Info", available at https://help.ea.com/en/help/account/buying-ea-games/, accessed on December 8, 2023 ("Find the game you want to buy in the EA app Store. ... Click Buy the game."); Wired, "EA buys DICE for $24M," *Wired*, October 2, 2006, available at https://www.wired.com/2006/10/ea-buys-dice-fo/, accessed on November 1, 2023 ("DICE will become an Electronic Arts studio that works on the Battlefield franchise and developing new products, the company said.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

38.    Valve was founded in 1996 as a game developer. It released its first title in 1998, a critically acclaimed game called *Half-Life*.[64] It went on to develop other popular games such as *Counter-Strike*.[65] In its early years, when distribution was mostly through physical media, Valve worked with an independent publisher, Sierra On-Line, Inc. ("Sierra").[66] Valve launched Steam in 2003 and, in 2004, added features to enable Steam to sell games in addition to hosting and updating them.[67]

39.    The next two sections discuss Valve's role in driving innovation in the video game industry, including through the creation of the Steam platform and Valve's continued investment in adding and improving Steam features, and

---

[64]    Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023 ("But by the summer 1996, Newell was looking for a change. So by that August, he and his fellow co-worker/millionaire Mike Harrington took their fortunes and used them to start their own gaming company. They called it Valve, LLC, and … they got started on their first game: Half-Life … Steam was first unveiled at GDC 2002. When it launched a year later, it was far from the all-encompassing behemoth that we know it as today. In fact, it was first posited as a simple digital distribution surface whose main purpose was to deliver patches and other updates to online games more easily … In 2005, Valve made its first set of distribution agreements with third-party publishers, allowing it to diversify Steams game catalogue beyond its own titles."); Metacritic, "Half-Life," available at https://www.metacritic.com/game/pc/half-life, accessed on April 11, 2023; Metacritic, "Best Games on PC," available at https://www.metacritic.com/browse/game/pc/all/1998/, accessed on January 24, 2025 ("1. Half-Life Nov 19, 1998").

[65]    Trey Walker, "Counter-Strike 1.0 Released," *GameSpot*, November 9, 2000, available at https://www.gamespot.com/articles/counter-strike-10-released/1100-2652037/, accessed on November 14, 2023 ("Sierra Studios' retail version of the game, Half-Life: Counter-Strike, has gone gold and will soon be arriving in stores."); Eurogamer, "Team Fortress Classic," available at https://www.eurogamer.net/games/team-fortress-classic, accessed on December 7, 2023 ("**Developers** Valve, Valve Corporation, Valve Software **Publishers** Sierra Entertainment"); Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023 ("In 1998, [Valve] acquired TF Software PTY, which was the team behind the popular Team Fortress mod designed for Quake. A year later, it released Team Fortress Classic, which was effectively that same mod redone in Half-Lifes skin … Developed by Minh Le and Jess Cliffe, the tactical shooter was first released in beta form in 1999, and gained a sizable audience right away. Valve took note, hired the two devs, and released Counter-Strike 1.0 in an official capacity a year later.").

[66]    Curt Feldman, "Valve vs. Vivendi Universal dogfight heats up in US District Court," *GameSpot*, December 15, 2004, available at https://www.gamespot.com/articles/valve-vs-vivendi-universal-dogfight-heats-up-in-us-district-court/1100-6107712/, accessed on November 15, 2023 ("On August 14, 2002, Valve served its then-publisher Sierra On-Line (now Sierra Entertainment, a Vivendi Universal Games brand) with a lawsuit in the US District Court of Washington, Western Division, alleging copyright infringement … In 1997, Valve and Sierra entered into two agreements whereby Valve undertook to develop certain computer games and Sierra undertook to manufacture, market, and distribute the games.").

[67]    Brittany Vincent, "A brief history of online gaming on the PC," *PC Gamer*, February 22, 2017, available at https://www.pcgamer.com/a-brief-history-of-online-gaming-on-the-pc/, accessed on January 20, 2025 ("On July 31, 2004, Valve completed the transfer of its games to Steam, and the service continued to maintain non-Valve games.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

developing new products for both consumers and publishers. Valve's procompetitive innovations have enabled the entry of thousands of developers, invigorated competition, challenged competing platforms to keep up with Valve's innovation, and delivered value to millions of consumers that have benefited from more varied content and a higher quality gaming experience.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# 3.   VALVE'S PROCOMPETITIVE EFFECTS ON THE VIDEO GAME INDUSTRY

## 3.1. The economics of firms' incentives to invest in capital

Firms typically need to make investments—e.g., in equipment, buildings, and other assets—in order to be able to produce goods and services. Investments involve potentially large upfront costs to the firm that generate value over the long-run.[68] As firms go on to produce and sell their goods and services, they expect to earn a return on their investment. Otherwise, firms would have no incentive to invest.[69]

Some investments are made in tangible assets, like the examples above. But firms can also invest in non-tangible assets such as knowledge (e.g., through research and development investments), service quality (e.g., through investments in improving customer features), or brand strength (e.g., through marketing).[70]

Investments can also strengthen competition more broadly. A firm that invests to become more efficient or to make its products more attractive becomes a more effective competitor relative to rival firms. If those rivals want to restore the competitive status quo, they need to make their own investments to keep up with the first firm's efficiency improvements or new product features.[71] Investment can therefore lead to benefits for market participants beyond a firm's own customers. Investments can be particularly important in innovative industries like video games, where new features are common, and firms will want to avoid being left behind.

---

[68]   Paul Milgrom and John Roberts, *Economics, Organization & Management*, (Upper Saddle River, N.J.: Prentice Hall, Inc., 1992) ("Milgrom and Roberts (1992)"), p. 134 ("In economic language, an investment is an expenditure of money or other resources that creates a potential continuing flow of future benefits and services. The potential flow itself is called an asset.").

[69]   Tirole (1988), p. 16 ("A long-term contract must ex post guarantee the parties a fair return in order to ex ante encourage specific investment."); Mark Armstrong and David Sappington, "Recent Developments in the Theory of Regulation," in *Handbook of Industrial Organization*, ed. M. Armstrong and R. Porter (North Holland: Elsevier, 2007), pp. 1557–1700 at p. 1632 ("The promise of a fair return on investment can provide relatively strong incentives for [] investment.").

[70]   Milgrom and Roberts (1992), p. 135 ("Many assets are not physical, however. Patents and copyrights are assets ... Investments in education can create an extremely important asset, human capital.").

[71]   Petrin (2002), p. 707 ("[T]he Dodge Caravan (its minivan) was an immediate success, with sales of 170,000 in its debut year. General Motors (GM) and Ford quickly responded, introducing their own versions of minivans in 1985 (GM Astro/Safari) and 1986 (Ford Aerostar). However, they were unprepared for the Caravan's success and were forced to build their minivans on truck platforms with rear wheel drive, resulting in minivans that handled more like downsized full-size vans than passenger cars. Chrysler continued to dominate this market niche over time, in part by adding popular features such as a larger engine and a second sliding door. Fourteen years after the introduction, with six firms marketing a total of 13 different minivans, Chrysler captured 44 percent of this market, in which 1.16 million minivans were sold.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

43. When two or more firms collaborate in the production process, they sometimes make relationship-specific investments. Relationship-specific investments refer to situations in which one (or both) firm(s) make(s) an investment that improves the value of the joint production process. If the relationship breaks down and the parties stop participating in their partnership, the value of those assets is greatly diminished.[72]

44. Unless incentives between partners are well aligned, it is easy for the incentive to invest in a partnership to be dampened and fall below the efficient level.[73] One example of incentive misalignment that economists have studied extensively is that of free-riding. Free-riding involves a situation where two firms collaborate and both benefit from each other's investments but, because of a lack of appropriate incentives, one firm chooses to invest less or spend less on activities that are beneficial for their joint venture and instead rely on the other firm's efforts.[74] Knowing that the first firm is likely to underinvest, the other firm also may have less of an incentive to invest than it would if it had a guarantee of the collaborative investment from the other firm.[75]

---

[72] Bengt Holmstrom and John Roberts, "The Boundaries of the Firm Revisited," *Journal of Economic Perspectives*, 12(4), 1998, pp. 73–94 at p. 74, ("This investment is relation-specific; that is, its value is appreciably lower (perhaps zero) in any use other than supporting the transaction between the two parties."); Milgrom and Roberts (1992), p. 31 ("[A] specific investment [] would lose much of its value outside of the specific use of [the investment]. The subcontractor would not want to make the investment unless it has a firm order from its customer, or at least reasonable assurance that an order will be forthcoming."); p. 135 ("[T]he specificity of an asset is measured as the percentage of the investment value that is lost when the asset is used outside the specific setting or relationship."); Tirole (1988), p. 21 ("Long-run relationships are often associated with either switching costs or specific investments. … [The existence of specificity means the] parties that contract now know that later on there will be gains from trade between them to be exploited. It is important that these gains from trade be exploited correctly, (i.e., that there be an efficient amount of trade *ex post*) and that they be divided properly in order to induce the efficient amount of specific investment *ex ante*." [Original emphasis]).

[73] Milgrom and Roberts (1992), p. 129 ("[P]arties' individual interests under actual contracts will not necessarily be properly aligned, and this leaves room for self-interested behavior to thwart the realization of efficient plans.").

[74] Carlton and Perloff, p. 438 ("Free riding occurs when one firm benefits from the actions of another without paying for it. Free riding is an externality. Where free riding is possible, each distributor has an inadequate incentive to advertise; it prefers to rely on the efforts of others and does not do its share."); Jeffrey M. Perloff, *Microeconomics*, Seventh Edition, (Boston: Pearson Education, Inc., 2015), p. 613 ("This problem is due to free riding: benefiting from the actions of others without paying. That is, free riders want to benefit from a positive externality.").

[75] A closely related form of opportunistic behavior, with similar effects on investment incentives to those of free-riding, is that of hold-up. Hold-up refers to a situation where a firm that has already invested may not be adequately compensated for its investment due to renegotiation by the counterparty. This concern can also lead to under-investment and weaker competition. In my report, I will generally talk about free-riding but note that the boundaries between these two forms of opportunism can sometimes be blurred in practice. See Milgrom and Roberts (1992), p. 136 ("The general business problem in which each party to a contract worries about being forced to

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

45. The literature on vertical relationships has established that, when relationships are subject to free-riding problems, measures to better align incentives can be procompetitive. Ensuring that both partners act in their joint interest can incentivize higher levels of investment and costly effort overall, increase the quality of their service, and allow the partnership to compete more effectively.[76] But providing incentives for such cooperation can be challenging and, the more limited a firm's visibility into its partner's actions is, the harder it will be to address the risk of free-riding.[77]

46. When the potential loss from free-riding to the firm making investments is too severe, vertical integration may resolve the incentive issues and enable higher levels of investment.[78] An example of a firm that is highly vertically integrated is Tesla, the electric carmaker. Tesla owns and operates the largest network of fast-charging ports in the United States.[79] Having access to a good charging network can greatly increase the value of owning an electric car because it allows owners to travel in a more flexible way without the need to return home to charge their car, or without concerns that they will not be able to recharge their car battery. Tesla also manufactures its own batteries, which again can

---

accept disadvantageous terms later, after it has sunk an investment, or worries that that its investment may be devalued by the actions of others, is called the hold-up problem."); Tirole (1988), p. 25 ("The problem is, of course, that the party investing does not capture all the cost savings (increments in value) generated by his investment. The other party can use the threat of not trading to appropriate some of these savings. Williamson (1975) calls this opportunism. As he emphasizes, ex post bilateral monopoly plus bargaining yields underinvestment in specific assets. A power company will not invest heavily when locating near a coal mine if it knows that it will not appropriate the benefits of the investment once it is sunk, an employee will not invest in learning firm-specific skills if he has no guarantee that the firm will not exploit his captive position later on, and so forth."). For a technical discussion, see Oliver Hart and John Moore, "Incomplete Contracts and Ownership: Some New Thoughts," *American Economic Review*, 97(2), 2007, pp. 182–186.

[76] Carlton and Perloff, p. 445 ("Because free riding reduces the incentive of distributors to promote a manufacturer's product, manufacturers use a variety of vertical restrictions to deal with the free-riding problem. ... [T]hese restraints are designed so that distributors reap much of the benefits from their sales effort.").

[77] Milgrom and Roberts (1992), p. 129 ("[T]here may be inadequate information afterward to tell whether the terms of the agreement have been honored, or acquiring that information may be costly. This opens the possibility of self-interested misbehavior, and the recognition of this moral hazard problem limits the contracts that can be written and enforced.").

[78] Oliver Hart and John Moore, "Property Rights and the Nature of the Firm," *Journal of Political Economy*, 98(6), 1990, pp. 1119–1158 at p. 1120 ("[Firms] matter when parties must make specific investments and, because of the impossibility of writing detailed long-term contracts, the quasi rents from these investments cannot be divided up appropriately in advance. Integration is seen as a way of reducing the opportunistic behavior and holdup problems that can arise in such circumstances.").

[79] Cherise Threewitt, "A Comprehensive Guide to U.S. EV Charging Networks," *U.S. News*, July 30, 2024, available at https://cars.usnews.com/cars-trucks/advice/ev-charging-stations, accessed on January 23, 2025 ("According to the U.S. Joint Office of Energy and Transportation, Tesla has over 2,300 Supercharger stations in the U.S., with over 26,000 fast-charging ports. Electrify America is next in line, with more than 900 stations and almost 4,300 fast-charging ports.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.          Valve's procompetitive effects on the video game industry

greatly improve the value of the car if the battery has a longer life. Tesla has made large investments in battery factories and innovations to make efficient batteries for its electric vehicles (investments that would have been very risky for a supplier that was not vertically integrated and faced the risk of a relationship breakdown with its purchaser after investments were sunk).[80] Tesla also owns its dealer network,[81] which may have incentivized its dealers to learn about and market the features of a car that was very differentiated from other cars in its early years. By vertically integrating into these areas, Tesla has strong incentives to provide high quality.[82] In contrast, other electric car manufacturers that rely on third parties for their charging networks have experienced challenges with lower quality networks that have reduced the value of their products.[83]

---

[80] Alan Ohnsman, "Tesla Pouring $3.6 Billion Into Nevada Plant For EV Battery, Semi Production," *Forbes*, January 25, 2023, available at https://www.forbes.com/sites/alanohnsman/2023/01/24/tesla-pouring-36-billion-into-nevada-plant-for-ev-battery-semi-production/, accessed on January 26, 2025 ("Tesla... will spend $3.6 billion for a plant dedicated to making 4680 lithium-ion cells as well as a facility to produce the newly added Tesla Semi. The company has said it expects the new-generation battery cells, about the size of a beer can, to be more energy-dense and lower cost than its current 2170 cells. That's a requirement to power heavy new models like the electric big rig and chunky Cybertruck pickup that may arrive this year.").

[81] Alexa St. John, "Tesla won't kill car dealerships, but it will force them to change," *Business Insider*, August 25, 2023, available at https://www.businessinsider.com/how-automakers-dealerships-have-to-change-to-compete-with-tesla-2023-8, accessed on January 24, 2025 ("Tesla showed the auto industry it's possible to be successful without a traditional dealer network and instead sell vehicles directly to consumers. This cuts out the middleman and gives Tesla the power in pricing and customer relationship-building. EV startups like Lucid and Rivian have already copied this strategy.").

[82] Emil Persson, "Tesla: Leading the EV Revolution," *Quartr*, June 27, 2024, available at https://quartr.com/insights/company-research/tesla-leading-the-ev-revolution, accessed on January 22, 2025 ("One of the main issues for owners of EVs, and one of the biggest roadblocks for even wider adoption, is range and charging. While most drivers charge their vehicles at home during the night or while at work, finding somewhere to charge when on longer drives can be an issue. To alleviate some of this, and to make the overall experience of owning a Tesla vehicle better, the company owns and operates charging stations primarily throughout North America. ... One of the most critical aspects of Tesla's vertical integration is its investment in battery technology. By manufacturing its own batteries, Tesla can control costs, innovate more rapidly, and avoid supply chain disruptions. This contrasts with other automakers who often rely on third-party suppliers for batteries, limiting their ability to influence pricing and technological advancements.")

[83] NPR, "Ford's CEO hopes major deal with Tesla will help fix charging station shortage," August 21, 2023, available at https://www.npr.org/2023/08/21/1194972820/fords-ceo-hopes-major-deal-with-tesla-will-help-fix-charging-station-shortage, accessed on January 24, 2025 ("Anyone taking a road trip in an electric vehicle this summer - at least an EV that isn't a Tesla - may have struggled with chargers that were full or broken ... We finally found the charging station. But the first plug... Unavailable ... The next one – broken ... Too few, too inconvenient, too unreliable. Adopting Tesla's chargers is one way to tackle this problem."); Brad Templeton, "Electrify America Chargers Are Rarely Used – What's Up with Non-Tesla Fast Charging?" *Forbes*, October 26, 2022, available

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 3.2. Valve's vertical integration into distribution, with the launch of Steam, resolved issues in the supply chain

47.    Prior to the launch of Steam, Valve, like other developers, developed video games and sold them primarily in physical stores, like GameStop, Best Buy, or Walmart, through agreements with third-party publishers.[84] In other words, its initial business model was to operate exclusively on one level of the supply chain and reach consumers through vertical relationships with publishers and distributors. This business model ran into a series of problems that affected the customer experience and were difficult to resolve under that distribution model.

48.    In the 1990s, the way customers typically accessed games was as follows: users purchased physical discs or cartridges (typically at a physical brick-and-mortar retail store) that they would insert into their devices to play their games. On PCs, this would typically require an installation process that copied information from the disc to the device, a method that would be adopted by other devices, including Xbox and PlayStation.[85] After initial installation, the software would be permanently saved and available to them on that device.

49.    This approach to making content available to users, however, had important limitations that reduced the convenience and quality of the gameplay experience for users.[86]  To support their games after release, publishers would

---

at https://www.forbes.com/sites/bradtempleton/2022/10/26/electrify-america-chargers-are-rarely-usedwhats-up-with-non-tesla-fast-charging/, accessed on January 26, 2025 ("There are a variety of possible reasons for this low usage [of non-Tesla charging networks]. … [One] reason may be that non-Tesla stations have earned a (deserved) reputation for low reliability. … Bad ratings derive from both hardware failures, and a surprising number of billing failures — the station is operational but has trouble authenticating or taking credit cards. Tesla's proprietary network has no user interface because users simply plug in and walk away. Reports of failures due to billing are extremely rare.").

[84]    SlipSlot, "The History of Valve & How Their Games Began," *Opium Pulses*, August 13, 2018, available at https://www.opiumpulses.com/article/238/history-of-valve-corporation, accessed on January 14, 2025 ("In Valve's early days, the company's structure was similar to most development team, driven by the development of physical games released to a level of quality under a deadline by their then publishers.").

[85]    Maximilian Padilla-Rodriguez, "Why Do Physical Games Still Need Installations and Downloads?" *How-To Geek*, July 18, 2024, available at https://www.howtogeek.com/why-do-physical-games-still-need-installations-and-downloads/, accessed on January 24, 2025 ("Physical games install onto the console's storage to improve load times and performance. This shift started with the PS4 and Xbox One. … If you prefer buying physical copies of the latest video games, you have likely noticed that modern physical games require lengthy installations and additional updates before you can start playing.").

[86]    GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2023 ("We've created new games, new mods, new models, new maps, and that's really helped us build-up that audience but unfortunately, it's really compromising the out-of-box experience for a retail packaged goods customer. If you go into a store and buy a copy of Half-Life, put it in your CD player, you're 50 minutes away from being in that game.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

sometimes need to implement their own means of distributing updates or "patches" for their titles (i.e., sets of changes designed to correct bugs, improve compatibility with existing hardware or support new hardware, update game rules, add new game content, or make changes to "balance" the fairness of gameplay). These means of distribution could vary widely, resulting in inconsistent user experiences, with some games even crashing if a user had not applied a patch.[87]

50. Distribution of updates and patches for Valve's games (and other games) was fragmented across a variety of channels. It relied on consumers learning about the existence of these updates and patches and taking action to download them from Valve's website or other FTP sites, or even obtaining disks from retail stores, where the content would be available.[88] The dissemination of information about such updates was also inconsistent and diffuse. Retail stores could help to educate consumers about the process whenever they bought

---

[87] Tracy Wilson, "How World of Warcraft Works," *HowStuffWorks*, November, 16, 2007, available at https://electronics.howstuffworks.com/world-of-warcraft.htm, accessed on January 16, 2025 ("The launcher is a small program that provides hyperlinks to new information at the Blizzard Web site. It also lets you know when new patch information is ready to download and opens your game itself."); Bradford White, "The Birth of Windows Gaming," *Abort Retry Fail*, September 2, 2023, available at https://www.abortretry.fail/p/the-birth-of-windows-gaming, accessed on January 16, 2025 ("Multiplayer gaming meant that if someone lacked a certain patch that fixed critical game flaws, a user would be unable to play online until they patched. If the customer had to go to a retail store to grab an update on a disc, this could be a considerable wait and a considerable cost to both sides of the transaction."); Kayla Dube, "This Surprising Feature Wasn't a Part of Steam's Launch in 2003," *Slash Gear*, September 6, 2022, available at https://www.slashgear.com/995581/this-surprising-feature-wasnt-a-part-of-steams-launch-in-2003, accessed on January 20, 2025 ("When new game patches were released before the arrival of Steam, many players would find that their older versions of the game didn't match up to the new versions running on the servers, meaning they'd need to go download the patch themselves."); Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023 ("Steam was first unveiled at GDC 2002. When it launched a year later, it was far from the all-encompassing behemoth that we know it as today. In fact, it was first posited as a simple digital distribution surface whose main purpose was to deliver patches and other updates to online games more easily. Before, said patches had a nasty habit of crashing games like Counter-Strike and rendering them unplayable for days at a time.").

[88] Deposition of Scott Lynch (Valve Corporation), October 12, 2023, pp. 32–33 ("Q. How was Valve patching or updating multiplayer games such as Counter-Strike? ... A. generally, you know, in the early days, people would go to FTP download sites. So patches would be distributed via a number of places. We would put the patch out there, people would put it up on their download sites and people would download it. ... Steam now definitely does updates for games and has done it for a long time. I just can't remember back in 2003, you know, which vehicles we were using to do updates. Steam may have been one of them. FTP sites and download sites we might have continued to use."); Bradford White, "The Birth of Windows Gaming," *Abort Retry Fail*, September 2, 2023, available at https://www.abortretry.fail/p/the-birth-of-windows-gaming, accessed on January 16, 2025 ("Multiplayer gaming meant that if someone lacked a certain patch that fixed critical game flaws, a user would be unable to play online until they patched. If the customer had to go to a retail store to grab an update on a disc, this could be a considerable wait and a considerable cost to both sides of the transaction.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

games but had relatively weak incentives to expend effort on this, particularly after the initial purchase was completed. Further, consumers had no clear channel for accessing this information about available updates and patches.[89] Therefore, there was a considerable coordination problem to align incentives with so many parties and to achieve widespread access to updates and patches.

51.   Valve streamlined this process when it launched Steam in 2003. Steam was initially a computer application that users could use to launch and more seamlessly update Valve's games.[90] Steam's primary function at the time of its launch was to address the issues of providing easy and uniform access to version updates and game "patches" for games sold on physical discs.[91] Instead of players having to learn that a patch was available, figure out where to find the patch, and install it themselves, Steam would now automatically check for patches and apply them on its own as soon as they became available.[92] This generated a clear quality improvement for players, and provided an efficient way for Valve to distribute these updates, which in turn improved the incentives

---

[89]   For example, one consumer notes that patching games was a "nuisance" that required separate research on whether and where updates were available. See Valdega, "Tell me your stories about PC gaming before Steam. Are there games not on Steam from that era I should seek out?," *ResetEra*, January 18, 2019, available at https://www.resetera.com/threads/tell-me-your-stories-about-pc-gaming-before-steam-are-there-games-not-on-steam-from-that-era-i-should-seek-out.94276/, accessed on January 22, 2025 ("Patches were a nuisance too. There were no automatic updates back then so you had to do research to see if there were any patches for your games, then go and find a reliable and fast website to download them from.").

[90]   Valve first launched Steam as a command line beta in 2002, then with a full user interface beta in early 2003, and officially released to users on September 12, 2003. See Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("On September 12, [2003,] Steam began life as a way for Valve to control the patching process for games like Counter-Strike, as well as curb cheating and provide easier access to any content the developer produced.").

[91]   Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023 ("Steam was first unveiled at GDC 2002. When it launched a year later, it was far from the all-encompassing behemoth that we know it as today. In fact, it was first posited as a simple digital distribution surface whose main purpose was to deliver patches and other updates to online games more easily. Before, said patches had a nasty habit of crashing games like Counter-Strike and rendering them unplayable for days at a time.").

[92]   Blue's News, "Valve Unveils Steam at 2002 Game Developer's Conference," March 21, 2002, available at https://www.bluesnews.com/a/337/valve-unveils-steam-at-2002-game-developer-s-conference, accessed on January 20, 2025; GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025 ("And lastly one of the advantages to operating in this kind of distributed environment is that customers stop worrying about updates. If I have some new piece of content, some new piece of code, I put it onto a resource server which replicates it automatically to all my, to all my customers. They don't have to do anything. You may tell them about it because there's something cool like you're giving them some new level or some new skin, but the main thing is that they don't have to worry about it at all. The whole process of patching and updating is now transparent to them.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

that Valve had to provide more updates than it would have under the less efficient supply chain structure.[93]

52.   There were other features and functionalities that Valve developed for Steam that further increased the value it could provide to its users and the publishers distributing games on Steam. As a result of these features, Steam users who bought and launched multiplayer games were able to improve their ability to find one another, chat and interact as they played, and deploy software that prevented cheating in multiplayer games, among other things.[94] The introduction of Steam also reduced the risk of piracy, because game titles became linked to online servers supporting Steam services.[95]

---

[93]   Blue's News, "Valve Unveils Steam at 2002 Game Developer's Conference," March 21, 2002, available at https://www.bluesnews.com/a/337/valve-unveils-steam-at-2002-game-developer-s-conference, accessed on January 20, 2025; GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025 ("I don't think most of the people here are going to be surprised by this fact but it's already a lot cheaper to deliver a bit through a broadband connection than it is to send it out to a CD replicator who puts it into a box, who puts it into a truck, who sends it to a warehouse where another truck you know and on and on and on.").

[94]   Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023 ("it could host multiplayer games and deploy anti-cheating software"); Blue's News, "Valve Unveils Steam at 2002 Game Developer's Conference," March 21, 2002, available at https://www.bluesnews.com/a/337/valve-unveils-steam-at-2002-game-developer-s-conference, accessed on January 20, 2025; GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025 ("One of the things our customers especially are interested in is the ability to see when their friends are playing, get together with friends and jump into a server. So, we came to the conclusion that we needed to build a bunch of instant messaging pieces on both the client and implementing a backbone to support that. Their browsers to find content, to find your friends, to find content servers, their set of configuration tools. Just a package of tools that other developers might find useful when they're operating in a broadband environment. ... It will give them access to this new user interface that you saw; they'll be able to start using the instant messaging to set up tournaments and manage their plans. And there's also some anti-cheat technology we've been building on top of Steam. That's going to be really interesting and it's going to help us work through a lot of scalability issues.").

[95]   Blue's News, "Valve Unveils Steam at 2002 Game Developer's Conference," March 21, 2002, available at https://www.bluesnews.com/a/337/valve-unveils-steam-at-2002-game-developer-s-conference, accessed on January 20, 2025; GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025 ("And we came to the conclusion that we needed to build a bunch of instant messaging pieces on both the client and implementing a backbone to support that. Their browsers to find content, to find your friends, to find content servers, their set of configuration tools. Just a package of tools that other developers might find useful when they're operating in a broadband environment. And one of the interesting things about working in a distributed environment, is that it's really hard to pirate the system or compromise the system because there's never a case where a client has all of those bits. They sort of live in this cloud between you know, the customer's PC and a set of back-end services. And it's your code running on

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

53. At launch, users were not able to make purchases on Steam.[96] However, Valve soon developed Steam into a digital platform for distributing its own games when, in 2004, it made it possible for users to purchase games on Steam. Although it was not the first to adopt digital distributions,[97] Steam was an early adopter of this newly emerging model for distribution in the video game industry.[98] *Counter-Strike: Condition Zero* was the first of Valve's games to be

---

the client talking to your code running on physically secure servers so just makes it, you know it's an inherently difficult to pirate configuration.").

[96] Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("In the image above, Steam's narrow focus is immediately evident: The only games mentioned are Valve's own, and there is no way to purchase them from the site. The Steam client itself lacks a storefront, focusing entirely on connecting players rather than getting them spending.").

[97] For example, PlayOnline pre-dated Steam with its launch in 2000. See Dia Lacina, "Square's PlayOnline Game Launching Service Showed Us a Better Internet Is Possible," *Paste*, March 26, 2021, available at https://www.pastemagazine.com/games/the-internet/square-playonline-nostalgia, accessed on January 23, 2025 ("PlayOnline began its life on January 28, 2000. Yep, right out of the gate for the Y2K. And it was originally intended to be a gateway launcher for Square (now Square Enix) to host their online games."). Other early digital distributors include Direct2Drive and Stardock Central. See Leigh Alexander, "Interview: Direct2Drive's Berger On The Evolving Digital Distro Space," *Game Developer*, October 13, 2009, available at https://www.gamedeveloper.com/game-platforms/interview-direct2drive-s-berger-on-the-evolving-digital-distro-space, accessed on January 23, 2025 ("IGN's downloadable game service Direct2Drive just turned five years old, and has seen exponential growth as full-length game downloads proliferate on PC."); Brad Wardell, "Stardock 10 year Anniversary," *Stardock*, October 2003, available at https://www.stardock.com/stardock/articles/10year.html, accessed on January 23, 2025 ("2003 ... The goal to bring a new level of polish and quality to the Object Desktop components. The first release for this was WindowBlinds 4 and has been followed up with Stardock Central, a program that lets users get updates, visit forums, check docks, chat, and more from a single UI.").

[98] It was followed by several competitors: for example, PlayStation Store launched in November 2006, Xbox Games Store launched in November 2005, and Nintendo eShop launched in 2011. Noah Hunter, "Every PlayStation Console: A Full History of Release Dates," *IGN*, September 26, 2024, available at https://www.ign.com/articles/all-playstation-console-release-dates-in-order, accessed on January 26, 2025 ("PlayStation 3 - November 17, 2006 ... PlayStation 3 was a massive step up from the PS2, with all sorts of new capabilities. The major shakeup came with the new online features, specifically with PlayStation Network. PSN brought online multiplayer, digital downloads, and much more."); Major Nelson, "Xbox Live Marketplace Launch Content," *Microsoft*, November 15, 2005, available at https://news.xbox.com/en-us/2005/11/15/xbox-live-marketplace-launch-content/, accessed on January 26, 2025 ("Today we announced that over 400 (yes...four-hundred) pieces of content will be available on the Xbox Live Marketplace when we launch the Xbox 360 next week."); Julian Horsey, "Microsoft Xbox Live Marketplace Rebranded As Xbox Games Store," *Geeky Gadgets*, August 30, 2013, available at https://www.geeky-gadgets.com/microsoft-xbox-live-marketplace-rebranded-as-xbox-games-store-30-08-2013/, accessed on January 26, 2025 ("Today, Microsoft has announced that they have now rebranded their Microsoft Xbox Live Marketplace as the Xbox Game Store, in preparation for the launch of the new next-generation Xbox One console later this year."); Giancarlo Varanini, "The 3DS eShop: What You Need to Know," *GameSpot*, June 2, 2011, available at

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

sold on Steam.[99] This was followed in 2004 by Valve's release of *Half-Life 2*, which was available digitally on Steam in addition to physical media at retail stores.[100]

54. Valve's decision to launch Steam is an example of vertical integration, which I described at the end of Section 3.1. Steam expanded Valve's capabilities into other levels of the supply chain where it had previously been reliant on contractual relationships with independent providers. While Valve continued to work with publishers such as Sierra and Electronic Arts to distribute physical copies of their games, the launch of Steam allowed Valve to self-publish and self-distribute its own games digitally.[101] Furthermore, Valve's decision to vertically integrate is a textbook example of how economists view vertical integration as an efficient solution when it is not possible to align incentives so that partners will invest and increase the value of joint production.

55. In the case of Steam, the game development and distribution process is highly dynamic and complex, and it was hard for Valve to align its incentives with those of distributors in a way that resulted in optimal investment to resolve the problems discussed above (and others that may arise as the industry evolves). This was particularly difficult to achieve outside of vertical integration because

---

https://www.gamespot.com/articles/the-3ds-eshop-what-you-need-to-know/1100-6316665/, accessed on January 26, 2025 ("[T]he the Nintendo 3DS eShop is finally scheduled to launch next Monday, June 6.").

[99] Steve Butts, "Counter-Strike: Condition Zero Review," *IGN*, March 23, 2004, available at https://www.ign.com/articles/2004/03/24/counter-strike-condition-zero-review, accessed on January 14, 2025 ("Counter-Strike: Condition Zero has finally arrived on store shelves (and Steam servers, by the way)."); Trey Walker, "Sierra picks up Counter-Strike: Condition Zero," GameSpot, May 17, 2006, available at https://www.gamespot.com/articles/sierra-picks-up-counter-strike-condition-zero/1100-2847364/, accessed on January 14, 2025 ("[Sierra Entertainment] will ship Valve's team-based shooter in the second quarter of 2002.").

[100] David Adams, "Half-Life 2 Steam Pricing Confirmed," *IGN*, October 6, 2004, available at https://www.ign.com/articles/2004/10/06/half-life-2-steam-pricing-confirmed, accessed on January 16, 2025 ("Starting tomorrow, October 7 at 11am Pacific, users will be able to purchase *Half Life 2* via Steam."); Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("To play the universally-acclaimed shooter, you *had* to sign up for Steam, even if you bought it in a box at the store. It was a landmark moment in the transition from the old model of digital ownership—CDs and CD keys—to the new one, where game licenses are tied to online accounts.").

[101] Kristian Reed, "Valve signs with EA," *Eurogamer*, July 19, 2005, available at https://www.eurogamer.net/news-190705-valveea, accessed on January 24, 2025 ("Half-Life developer Valve has signed a worldwide multi-year distribution deal with U.S. publishing colossus Electronic Arts that will see boxed versions of Half-Life 2 on Xbox and the PC-only Half-Life 2: Game of the Year edition ship to stores later this year."); GameSpot, "Game industry's Steam-powered war," November 9, 2004, available at https://www.gamespot.com/articles/game-industrys-steam-powered-war/1100-6112757/, accessed on January 24, 2025 ("But the network has also gotten Valve into hot water with Sierra Entertainment, the Vivendi Universal subsidiary that is publishing the Half-Life 2 game, but doesn't get the same cut of copies distributed online.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Valve's game distribution was highly disaggregated across many retailers. By vertically integrating into distribution, Valve ensured that the incentives were there to invest in resolving issues such as version and patch updating and anti-piracy protection (that is, Valve ensured that its distributor's incentives were aligned by becoming the distributor).[102]

56. The decision by Valve to distribute digitally expanded choices for consumers since Valve continued to work with independent publishers to distribute its games in disc-form at physical stores.[103] Enabling purchases on Steam therefore introduced an additional option for how consumers could purchase games, without removing any options.

## 3.3. Opening up the Steam platform and providing an efficient digital distribution channel for developers made the industry more competitive

57. Having set up Steam to solve the problems it faced in distributing its own games, Valve then opened up the Steam platform to third-party publishers.[104]

---

[102] Valve CEO Gabe Newell and other industry participants acknowledged these incentives at the announcement of Steam in 2002. GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025 ("We've created new games, new mods, new models, new maps, and that's really helped us build-up that audience but unfortunately, it's really compromising the out-of-box experience for a retail packaged goods customer. If you go into a store and buy a copy of Half-Life, put it in your CD player, you're 50 minutes away from being in that game. This tremendous audience and these updates are also generating huge costs for us. The last time we did an update we had over a half million dollars in bandwidth costs just to distribute that update to our customers. ... However, your most concerned will be the piracy problem but we feel the Valve Steam technology will be the most secure vehicle to provide you to protect your intellectual property.").

[103] Nich Maragos, "Valve Partners With Electronic Arts For Game Distribution," *Game Developer*, July 17, 2005, available at https://www.gamedeveloper.com/game-platforms/valve-partners-with-electronic-arts-for-game-distribution, accessed on January 14, 2025 ("After cutting ties with Vivendi Universal for physical distribution, Valve Software has now found a new partner in publishing colossus Electronic Arts, announcing a new distribution and publishing deal with EA."). Starting with *Half-Life 2*, Valve began requiring copies of their games purchased via a disc to be launched on Steam. This requirement left monetization from the game through physical retailers unchanged, but protected the quality of gaming experience by enforcing the uniformity of patches, updates, and version control. Declaration of Erik Johnson in Support of Valve Corporation's Opposition to Plaintiffs' Motion for Class Certification, *In Re Valve Antitrust Litigation*, May 17, 2024, ¶ 14 ("The Quick Reference Card insert also says that an Internet connection is required and explains, 'A Steam account is required to play Half-Life 2 and an internet connection is required to create and use your Steam account.' There are significant benefits that Steam account holders can access with their Steam account, and Valve did not (and still does not) charge gamers for creating a Steam account and becoming members of the Steam community.").

[104] Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023 ("In 2005, Valve made its first set of distribution agreements with third-party publishers, allowing it to diversify Steams game catalogue beyond its own titles.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

In 2005, *Rag Doll Kung Fu* and *Darwinia* were the first third-party titles sold on Steam.[105] The number of titles available on Steam increased to nearly 100 by the end of 2006.[106] This access to digital distribution through Steam enabled independent publishers to enjoy all the same benefits that Valve had enjoyed, and increased value for consumers using Steam as they could access a broader selection of games.

58. Valve's innovation of enabling third-party sales on Steam served to expand the set of options available to publishers looking for efficient ways to reach consumers. Its early success in drawing games to its platform demonstrates the net value (net of its revenue share) that it was able to add. This value grew as Steam continued to innovate and improve quality and convenience for publishers and consumers.

59. As a two-sided platform connecting publishers and consumers, there are important network effects that contribute to the value of Steam. As more consumers use Steam, the value for consumers increases: for example, it becomes easier for consumers on Steam to find people to play multiplayer games with, and Steam is able to provide better player-sourced ratings and reviews for games. As more publishers make content available on Steam, the value of the platform increases for consumers, and other publishers benefit too, because this grows the audience they can reach on Steam.

60. Prior to the existence of digital platforms like Steam, publishers lacked a way to reach such a large audience cost-effectively. The shelf space constraint of physical distribution made it harder to expand the selection of games, limiting the network effects benefiting consumers from having a greater selection of available games. In contrast to the retailer with limited shelf space who faces a trade-off between stocking one game or another, digital platforms benefit from offering a broad selection without a hard constraint on the selection they are able to offer.[107]

61. Digital platforms like Steam therefore made it viable for less-established or lower-budget games to be accessible and visible to consumers, as they did not have to compete for shelf space with big-budget games with more established

---

[105] Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," PC Gamer, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("In 2005, Ragdoll Kung Fu and Darwinia become the first non-Valve games to hit Steam.").

[106] Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("By the end of [2006], there are almost 100 games available on Steam.").

[107] I note that platforms can experience quality issues with respect to congestion when there are many products on the platform; platforms then have an incentive to develop solutions to help consumers efficiently search for and identify products that best match their preferences. However, this quality effect of expanding selection on digital platforms is not a hard constraint as physical retailers face.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

audiences and higher expected sales.[108] This also allowed for older games to have longer "shelf-lives," and reach more consumers over time.[109] As a result, digital platforms were able to offer a much more broad and diverse selection of games. Valve founder Gabe Newell explained that this flexibility lets Steam "take more interesting risks" in the types of games it sells.[110] As of January 2025, over 90,000 game titles were available on Steam.[111]

62. Sometimes games experience a dramatic increase in popularity months or even years after they launch. For example, the game *Among Us* was launched in 2018 and had only one million downloads as of August 2019. But in summer 2020, the game took off due to increased exposure on the video live-streaming service Twitch, and in a period of just 18 days in September 2020 it was

---

[108]    Electronic Arts Inc., SEC Form 10-K for period ended March 31, 2004, filed on June 4, 2004, p. 11 ("In addition, an increasing number of companies are competing for access to our distribution channels. Our arrangements with our distributors and retailers may be terminated by either party at any time without cause. Distributors and retailers often carry products that compete with ours. Retailers of our products typically have a limited amount of shelf space and promotional resources that they are willing to devote to the software games category, and there is intense competition for these resources. There can be no assurance that distributors and retailers will continue to purchase our products or provide our products with adequate levels of shelf space and promotional support."); Ralph Edwards, "The Economics of Game Publishing," *IGN*, May 5, 2006, available at https://www.ign.com/articles/2006/05/06/the-economics-of-game-publishing, accessed on April 24, 2024 ("The key part of this arrangement, however, is for the publisher to have really good relationships with the wholesalers and retailers because space is limited and unless a company's relationship is good, the wholesaler or retailers won't want to buy-in as many units.").

[109]    Robert Zak, "Only 15% of all Steam users' time was spent playing games released in 2024," *PC Gamer*, December 19, 2024, available at https://www.pcgamer.com/games/only-15-percent-of-all-steam-users-time-was-spent-playing-games-released-in-2024/, accessed on January 24, 2025; Vlad Mazanko, "5 Biggest Advantages Physical Games Have Over Digital Games," *GameRant*, October 21, 2024, available at https://gamerant.com/biggest-advantages-physical-games-have-over-digital-games, accessed on January 24, 2025 ("Retailers frequently offer deep discounts to clear out inventory [of physical games]").

[110]    John Walker, "RPS Exclusive: Gabe Newell Interview," *Rock Paper Shotgun*, November 21, 2007, available at https://www.rockpapershotgun.com/rps-exclusive-gabe-newell-interview, accessed on December 8, 2023 ("The worst days [for game development] were the cartridge days for the NES. It was a huge risk – you had all this money tied up in silicon in a warehouse somewhere, and so you'd be conservative in the decisions you felt you could make, very conservative in the IPs you signed, your art direction would not change, and so on. Now it's the opposite extreme: we can put something up on Steam, deliver it to people all around the world, make changes. We can take more interesting risks. Retail has a kind of filter function: people hate to send boxes back, and if the boxes go back you're wasting all this money. If someone doesn't download something on Steam, we don't lose any money. If someone sends back a box, you're throwing money away. In this new world we can do things that weren't previously possible.").

[111]    Steam, "All Products," available at https://store.steampowered.com/search/?sort_by=Released_DESC&ignore_preferences=1&category1=998&ndl=1, accessed on January 10, 2025.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

downloaded over 90 million times on the Google Play Store alone.[112] With physical distribution, a game that was only modestly successful for more than a year after release may no longer be granted shelf space.

63. These benefits to online distribution generally contribute to reducing entry barriers for and overall costs of publishing. In conjunction with platform capabilities that have allowed developers to engage in self-publishing (which I discuss further in Section 3.4), these benefits have enabled the emergence of smaller "indie" games and developers, and stimulated competition for content.[113] In a world where distribution was exclusively offline, an indie developer would have struggled to get publishers to take the risk of printing large volumes of discs of its game and of spending large sums marketing the game in order to obtain visibility. Further, deals with publishers could also include developers giving up intellectual property rights for their games.[114] An

---

[112] Devon Delfino, "'What is Twitch?': Here's what you need to know about the world's leading live-streaming platform for gamers," *Business Insider*, June 11, 2020, available at https://www.businessinsider.com/guides/tech/what-is-twitch, accessed on January 26, 2025 ("Twitch is a live-streaming platform for gamers and other lifestyle casters that supports building communities around a shared and streamable interest."); Wes Fenlon, "How Among Us became so wildly popular," *PC Gamer*, September 24, 2020, available at https://www.pcgamer.com/how-among-us-became-so-popular/, accessed on January 23, 2025 ("This month [September 2020], a $5 indie game that released in 2018 cracked into the all-time, record-setting peak player club on Steam ... How did Among Us become such a sudden phenomenon, nearly two years after it launched? ... The quick, simple answer is: Twitch streamers ... At the start of July, Among Us averaged just a couple hundred viewers on Twitch, according to tracking site SullyGnome. By the end of August, it averaged over 100,000. Early bursts of exposure on Twitch rapidly snowballed into a huge increase in viewers, and that translated into more and more players ... [Among Us] hit a million downloads in August 2019, certainly a success for an indie game made by only three developers ... Using recent snapshots from the Wayback Machine, we can track how many times the game was downloaded from Android's Google Play store. On September 3, it had more than 10 million—already a huge number. By September 8, more than 50 million. By September 21, more than 100 million.").

[113] BairesDev, "How Many Game Developers Are There in the World? Dive Into the Numbers!" September 29, 2023, available at https://www.bairesdev.com/blog/how-many-game-developers/, accessed on January 14, 2025 ("Why has there been a rise in indie game developers in recent years? Thanks to the accessibility of affordable development tools and democratized game distribution platforms, smaller companies and even independent software developers have been producing multiple games in recent years, leading to a rise in indie games.").

[114] For example, Valve's 1997 agreements with publisher Sierra granted the publisher intellectual property rights in the published games. Curt Feldman, "Valve vs. Vivendi Universal dogfight heats up in US District Court," *GameSpot*, December 15, 2004, available at https://www.gamespot.com/articles/valve-vs-vivendi-universal-dogfight-heats-up-in-us-district-court/1100-6107712/, accessed on November 15, 2023 ("Among other benefits, these 1997 agreements granted Sierra intellectual property rights in the games."). Valve's Steam Distribution Agreements ("SDAs") do not require developers distributing their games on Steam to give up intellectual property rights. See, for example, Agreement between Valve Corporation and ███████ "Valve Corporation Steam Distribution Agreement," ████████, VALVE_ANT_0019423–457;

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

indie developer would also have struggled to get retailers to stock its game, give it prime shelf space, and promote it. Once digital platforms were an available distribution channel, small developers could make their game available to a wide audience at low cost and without risking their intellectual property rights.

64. Digital distribution also created new value in the industry by providing greater control and flexibility for publishers (which may be the developer of the game) in how they price and market games throughout their lifetime.

   a. Whereas in the 1990s prices for video game discs were restricted by the cost structure of physical distribution (including retail overhead and wages as well as the costs of producing and distributing discs), digital platforms opened up the possibility of selling games at different, often lower, price-points and free-to-play games.[115] For example, games that are not free-to-play are sold on Steam for as little as $0.99, substantially less than the wholesale price of a physical game.[116] The average price for content on Steam from 2004 to 2022 in the United States, including games and additional content but excluding in-game microtransactions, was ███████, while the average price for physical PC games and additional content at the same time was $24.22.[117]

---

Agreement between Valve Corporation and ███████ "Valve Corporation Steam Distribution Agreement," ███████, VALVE_ANT_0024601–617; Agreement between Valve Corporation and ███████████████ "Valve Corporation Steam Distribution Agreement," ███████████ VALVE_ANT_0039631–650.

[115] Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, January 13, 2020, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on May 6, 2024 ("Additionally, physical retailers generally stick to a 30% cut too, but keep in mind that publishers often have to invest more themselves to pay for the process of manufacturing the physical media alongside other fees not present in digital distribution.")

[116] Steamworks, "Pricing," available at https://partner.steamgames.com/doc/store/pricing, accessed on January 14, 2025 ("The minimum base price that can be entered for any and all products on Steam must be at least equivalent to Steam's recommended currency conversion for the $0.99 USD tier. For details, you can see a breakdown of minimums per-currency."); Ralph Edwards, "The Economics of Game Publishing," *IGN*, May 6, 2006, available at https://www.ign.com/articles/2006/05/06/the-economics-of-game-publishing, accessed on April 24, 2024 ("Wholesalers typically pay around $30 per game.").

[117] In Section 3.4, I discuss how Valve's innovations have made it easier for developers and publishers to test and release additional content for their titles. Additional content, therefore, may be more likely to be sold on Steam than sold physically, such that a price difference might also capture a difference in the composition of content sold. As a sensitivity check, I calculate the average price of games based on purchases on Steam that do not include additional content-only purchases, which might have lower prices relative to purchases that include a base game, and indeed find that the average price under this sensitivity during this period is higher at ███████, but still substantially below the $24.22 for physical sales of PC games. Comparing these prices on Steam relative to physical purchases is likely to be conservative, i.e., is likely to find a smaller difference than actually occurred, because physical sales could still include additional content-only sales. See Workpaper 1. Data on physical sales comes from Circana.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

b. Steam operates different sales events where games are offered for a short period of time at a steep discount. Participating in these sales events can make a publisher's game more visible to consumers and generate a sense of urgency for consumers to buy and lock-in the deal, potentially leading to short-term increases in game purchases.[118] Sales can be used to re-ignite interest in games later in their life cycle, and sometimes even to attempt to give older games a chance for a second life. For example, publishers can participate in major coordinated sales events on Steam, such as the Steam Summer Sale.[119] Valve has actively encouraged such price flexibility; for example, starting in 2014 it gave publishers the ability to structure their own discounts to be applied during customer sales periods, as well as the opportunity to select into week-long sales events, through a set of discount self-configuration tools.[120] These sales events make up a significant proportion of revenues on Steam. In 2022, ■ percent of all game purchases on Steam occurred at a price below the game's base price; further, the transacted price for consumers that year was ■ percent below the base price

---

[118] Kyle Orland, "Steam's 'price parity rule' isn't wreaking havoc on game prices," *Ars Technica*, May 13, 2021, available at https://arstechnica.com/gaming/2021/05/why-lower-platform-fees-dont-lead-to-lower-prices-on-the-epic-games-store/, accessed on December 8, 2023 ("'Price sensitivity in games is such that lowering the base price will rarely drive enough incremental sales to offset' the lost revenue per sale … But that general rule only applies to the base price for digital games, Piscatella added. When games go on temporary sale, as they frequently do on pretty much every digital storefront, the resulting boost in sell-through can help increase publisher profits for a time. 'Promoted short-term sales carry a sense of awareness and urgency to purchase, so they combine to boost volume, … the change has a short-term impact, whether or not the price change is temporary or permanent.' Sales aside, keeping prices consistent across different platforms (with different platform cuts) might be the simplest way to go for many publishers. 'Most game publishers in today's market seem to prefer the same pricing across many stores, no matter what platform cut they receive.'").

[119] For example, *Bioshock Infinite* earned ■ percent of its total revenue on Steam (through 2022) during 2013, the year the game was released. During 2013, approximately ■ percent of the title's net revenues occurred during a sale event. In the remaining years, more than ■ percent of net revenues for this title occurred during a sale event. See Workpaper 2; Steam, "Bioshock Infinite," available at https://store.steampowered.com/app/8870/BioShock_Infinite/, accessed on January 20, 2025 ("Release Date: March 26, 2013"); Fraser Brown, "Steam sale dates: When is the next Steam sale?" *PC Gamer*, January 2, 2025, available at https://www.pcgamer.com/steam-sale-dates/, accessed on January 9, 2025 ("As for which Steam sale is biggest, we tend to see the steepest discounts in the Summer and Winter sales, with the Summer sales offering the choicest selection. With Autumn and Winter sales following so close on the heels of Fall release season, there tend to be fewer big, recent titles with hefty discounts. By the following summer you can get great discounts on relatively new games.").

[120] Steam, "Now You Can Discount Your Own Products In Steam," February 26, 2014, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1497749712681365701, accessed on April 30, 2024 ("With new Steamworks tools, you can configure your own discounts for custom sale periods or opt in to take part in upcoming weeklong sales. Once configured, the discounts will automatically start at the time specified.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

on average across all game purchases.[121]

c. Publishers may (and do) choose to monetize the games using different strategies, for example, through microtransactions, which are in-game purchases for small features, say a sword for a character.[122] Microtransactions account for an increasing amount of revenue on Steam. In 2010, the first year that Steam supported microtransactions, ▮percent of total Steam revenue was from microtransactions. By 2022, that share had increased to ▮ percent.[123]

d. Publishers sometimes offer the base game to users at no cost and instead choose to monetize through microtransactions exclusively. Three of the five top PC games by revenue in 2022 ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮) operate under this free-to-play model.[124] Some games are also fully free.[125] These pricing models would not be possible under a physical distribution model. They create economic value because, among other

---

[121]  Workpaper 3.

[122]  Eddie Makuch, "Microtransactions, Explained: Here's What You Need to Know," *GameSpot*, November 20, 2018, available at https://www.gamespot.com/articles/microtransactions-explained-heres-what-you-need-to/1100-6456995/, accessed on January 22, 2025 ("For example, Activision's Call of Duty series offers microtransactions in the form of in-game currency called Call of Duty Points for extra items like weapon camos. Overwatch sells Credits that you can use to purchase cosmetic items. The FIFA franchise sells FIFA Points for Ultimate Team. The name derives from the fact that, oftentimes, a microtransaction purchase is small in price and function, typically no more than $10.").

[123]  Workpaper 4.

[124]  Workpaper 5. The remaining games of the top five PC games by revenue in 2022 are ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ also operates under the free-to-play model.

[125]  Publishers may choose to offer fully free games for a variety of reasons, including increased exposure and recognition for the publisher, or to gain experience in developing and distributing titles. Lewis Denby, "Why Do Developers Give Away Their Games For Free?" *Eurogamer*, February 3, 2012, available at https://www.eurogamer.net/something-for-nothing, accessed on January 27, 2025 ("There are many reasons people might give away their games for free - exposure, experience, the avoidance of industry pressure."). For example, *Dr. Langeskov, The Tiger and The Terribly Cursed Emerald: A Whirlwind Heist* and *Estranged: Act I* are games distributed for free on Steam without any monetization. Alec Meer, "Wot I Think - Dr. Langeskov, The Tiger and The Terribly Cursed Emerald: A Whirlwind Heist," *Rock Paper Shotgun*, December 4, 2015, available at https://www.rockpapershotgun.com/dr-langeskov-the-tiger-and-the-terribly-cursed-emerald-a-whirlwind-heist-review, accessed on January 27, 2025 ("Dr. Langeskov, The Tiger and The Terribly Cursed Emerald: A Whirlwind Heist is the new game from the new studio from William Pugh, co-developer of The Stanley Parable. ... It's free, and out now. ... Dr. Langeskov, The Tiger and The Terribly Cursed Emerald: A Whirlwind Heist is out now on Steam and Itch.io."); Omri Petitte, "Source SDK mod Estranged: Act I now on Steam for free," *PC Gamer*, February 18, 2024, available at https://www.pcgamer.com/source-sdk-mod-estranged-act-i-now-on-steam-for-free/, accessed on January 27, 2025 ("It's always nice to see a mod progress from humble beginnings to its own Steam product page, and Estranged is fully deserving of the achievement. ... The first act is available on Steam as a free download independent of any Source-based game, so you won't need Half-Life 2 to jump in and start exploring.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

things, they can resolve the problem of imperfect information: consumers have limited knowledge about the value of a game before buying it; if there are games that have low upfront cost to purchasing, a player can try one out and determine how much they enjoy it before choosing to spend more money on that game through microtransactions or on future games that the same developer releases. Overall, this leads to higher output and better matching of consumers to games. The emergence of a large pool of free, or low-price, games also expanded consumer choice. It allowed for more innovative games, whose quality may be unknown, to have access to a larger market of consumers who could try the games at low cost. It also allowed for more price-sensitive consumers to consume more content.

e. Digital distribution also facilitates other monetization strategies, such as selling expansions to games (downloadable content, or "DLC"), selling games through subscription models, and selling games packed together through bundles.

65. Valve's revenue sharing model is also procompetitive, both as to game sales and downloadable content. In 2018, Valve introduced revenue share tiers that charge publishers 20, 25, or 30 percent nominal revenue shares based on the total dollar-sales a title has made on Steam.[126] Before creating these revenue share tiers, Valve generally charged a nominal 30 percent revenue share.[127] Valve's revenue share arrangement has procompetitive benefits:

a. Publishers face minimal fixed upfront costs for distributing online on Valve, just a recoupable $100 fee and, beyond that, they pay a percentage of their

---

[126] Nick Statt, "Valve's new Steam revenue agreement gives more money to game developers," *The Verge*, November 20, 2018, available at https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition, accessed on January 26, 2025 ("Normally, Valve takes around 30 percent of all game sales on Steam, with some exceptions for games from smaller developers in its Steam Direct program. That will remain the case for the first $10 million in sales a game maker or publisher earns. For all sales between $10 million and $50 million, the split goes to 25 percent. And for every sale after the initial $50 million, Steam will take just a 20 percent cut.").

[127] While assessing Valve's revenue shares is beyond the scope of my report, I understand that these nominal figures do not take into account the revenues that publishers receive from Steam key sales, which Valve provides to publishers free of charge. Kyle Orland, "Why Valve actually gets less than 30 percent of Steam game sales," *Ars Technica*, April 4, 2019, available at https://arstechnica.com/gaming/2019/04/why-valve-actually-gets-less-than-30-percent-of-steam-game-sales/, accessed on January 24, 2025 ("[A] new analysis shows that Valve sometimes receives much less than that headline revenue percentage [i.e., 30 percent] for some of the most popular games on Steam. The reason for the discrepancy is Steam keys ... Valve actually takes no commission from sales that don't take place directly through its own storefront."); Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, January 13, 2020, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on May 6, 2024 ("Last year [2018] the Epic Games Store swooped in and started hoovering up game exclusives like they were Pokemon cards, offering PC publishers an alternative to Valve's 30% cut on Steam.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

sales revenue.[128] This lowers barriers to entry for new games that have uncertain returns, and low upfront capital. Publishers do not need to pay Valve to get a game out on Steam; they only pay in line with what they earn from Steam sales.

b. The revenue share model also aligns the incentives of publishers and Valve, since Valve does well when a game does well on Steam. This creates strong incentives for Valve to invest in features that will help games succeed, an incentive that has led to a stream of innovations, as I discuss in Section 3.4.

c. Overall, publishers have tended to keep a higher share of revenues from sales on Steam than through physical retailers. Publishers who distribute games through physical retailers generally have to pay a similar revenue share— typically 30 percent—but also bear the costs of manufacturing and shipping the physical media (along with handling returns), and licensing fees associated with distributing media for certain devices.[129]

d. Many of the strategies for monetizing games more flexibly are made easier by Valve's revenue share model. Since publishers on Steam only pay a share of their revenues, they can take risks such as launching free-to-play games, or more limited releases of DLC content. If there were high fixed costs to listing content on the platform, or fixed fees per download, publishers would potentially be more limited in their sets of economically viable strategies.

e. The simplicity of the revenue share model can also reduce administrative costs compared, for example, to a model in which publishers have to negotiate a complex itemized schedule of charges that depends on the platform features and services they use. This also lowers entry barriers and makes it easier for publishers to reach consumers.

66. The benefits introduced by Steam, and digital distribution more generally, have enabled more efficient and flexible business models for publishers, and spurred

---

[128] Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024 ("As previously discussed, Steam Direct will allow any developer to post their game to Valve's marketplace so long as they pay a $100 fee per title. This fee can later be recouped once a game reaches $1k in sales.").

[129] Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, January 13, 2020, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on May 6, 2024 ("Additionally, physical retailers generally stick to a 30% cut too, but keep in mind that publishers often have to invest more themselves to pay for the process of manufacturing the physical media alongside other fees not present in digital distribution."). As I discuss in Section 3.4, Valve also provides a number of advertising and marketing benefits for games sold on the platform. For example, Valve provides publishers with Steam keys that can be easily distributed for promotional purposes, reducing costs that publishers may otherwise bear for marketing their games. Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc//features/keys, accessed on April 18, 2024 ("Release State Override keys are intended for small beta tests and press/influencer access.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

the emergence of a thriving segment of indie developers.[130] These benefits have created value for the entire industry, including for consumers who have benefited from—among other things—more options for how to search for and access content, a higher quality experience from consistent access to new versions and game patches, an expansion of content, and the emergence of lower-priced games and temporary sales.

67. The competitive pressure that digital distributors like Steam placed on other distributors is apparent from the video game industry's broad transition from relying mostly on physical distribution when Steam launched in 2003, to using mostly digital distribution today (although that transition was not immediate). For instance, in 2009, physical media such as CDs or DVDs still accounted for approximately 80 percent of games sold in the U.S., however, by 2018, the balance had reversed, such that games sold digitally accounted for more than 80 percent of U.S. sales.[131]

---

[130] Richard Cobbett, "From shareware superstars to the Steam gold rush: How indie games conquered the PC," *PC Gamer,* September 23, 2017, available at https://www.pcgamer.com/from-shareware-superstars-to-the-steam-gold-rush-how-indie-conquered-the-pc/, accessed on November 14, 2023 ("Indeed, the world of indie development is now so important that it's hard to remember that it's only really a decade or so old. That's not to say that there weren't indie games before then, as we'll see, but it was only really with the launch of Steam on PC and services like Xbox Live Arcade that the systems were in place to both get games in front of a mainstream audience, and provide the necessary ecosystem for them to quickly and confidently pay for new games.").

[131] Charts published by Entertainment Software Association present digital and physical sales information by year, showing 80 percent of sales in the physical format in 2009 and 17 percent of sales in the physical format in 2018. Figures for games sold digitally include physical sales of download codes. See Entertainment Software Association, "2019 Essential Facts About the Computer and Video Game Industry," May 2019, p. 20, available at https://www.theesa.com/wp-content/uploads/2024/02/2019-EF-FINAL.pdf, accessed on January 22, 2025; Entertainment Software Association, "2013 Essential Facts About the Computer and Video Game Industry," June 11, 2013, p. 11, available at https://www.theesa.com/wp-content/uploads/2024/02/2013-EF-FINAL.pdf, accessed on January 22, 2025; Blue's News, "Valve Unveils Steam at 2002 Game Developer's Conference," March 21, 2002, available at https://www.bluesnews.com/a/337/valve-unveils-steam-at-2002-game-developer-s-conference, accessed on January 20, 2025; GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025 ("Outside of the United States there's a cyber cafe phenomenon. Most people don't really grasp how big it is in a lot of countries in Asia. So, in a lot of those places, a lot of those countries, the retail revenue's actually a lot smaller than the revenue that's being generated by those cyber cafes … This is the beginning of the shift of PC games from a retail package goods business to an online digitally distributed business"); Newzoo, "Global Games Market Report," July 2023, pp. 76–77 ("The global games market has become increasingly digital over the past 20 years. Today, the market has almost entirely moved away from physical delivery methods. ▇▇▇ app economy, the games market's biggest revenue generator, is completely digital, and digitalization is also happening on console and PC. … While ▇▇▇ has been fully digital from the outset, PC mainly became digital in the 2000s, and digital delivery didn't overtake physical distribution on console until 2016. From then on, the share of console's digital revenues spiked even more rapidly year on year—from ▇▇ in 2016 to ▇▇ in 2020.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

68. Following the entry of digital platforms, physical retailers were incentivized to compete by introducing e-commerce websites and through innovations in customer service integrations across their digital and physical sales channels.[132] Offering these "omnichannel" services allows physical retailers to combine the benefits of digital and physical distribution: consumers can make online purchases of digital games, but still benefit from the in-store services, for example, to learn about how to use a complicated new product, take advantage of all of a product's features, get advice on which product to buy for themselves or as a gift, or get support with faulty products.

69. Valve was one of the pioneers in offering digital distribution services, and has—since the inception of Steam as a digital platform—innovated to provide value to both consumers and publishers.[133] Steam has become successful over time because it solved important problems that the industry faced, and thereby benefited and expanded the industry as a whole. In the following section, I provide an overview of Steam's continued innovation efforts and successes, in collaboration with its partners over the years, to present day.

## 3.4. Valve has continually innovated, solved problems, and had a procompetitive impact on the industry

70. Valve's innovative contributions to the industry did not end with the launch of Steam. It has been persistent in its efforts to innovate and push the frontier for how developers and consumers are able to create and derive value from video games. Among other things, its subsequent innovations made it easier for developers to market games and for consumers to discover them, made it easier and cheaper to publish video games, lowered the cost of developing and testing new content, and expanded game functionality and player engagement. Innovations in each of these categories contributed to outcomes that economists associate with healthy, competitive markets. Developers benefitted from these outcomes in direct ways, such as reduced costs in bringing their games to market, and indirectly, when Valve's innovations attracted new users to Steam that developers might reach with their games.

71. Valve has consistently innovated since launching Steam in 2003, which indicates a steady flow of investments in Steam. Exhibit 1 illustrates a subset of

---

132   For example, Best Buy has integrated their online ecommerce with physical retail by allowing customers to buy products online and pick them up from physical locations where those products are in stock. Company-Histories, "Best Buy Co., Inc.," available at https://www.company-histories.com/Best-Buy-Co-Inc-Company-History.html, accessed on January 23, 2025 ("In June 2000 Best Buy relaunched an expanded bestbuy.com web site, which now offered not only music and DVDs but also consumer electronics, computers and peripherals, software, and games. In addition to choosing delivery to the home, customers could also elect to pick up the merchandise they ordered through the web site at a Best Buy store, and they could return items there as well.").

133   Since Steam's inception, Valve has been competing with other digital distributors, including PlayOnline, Direct2Drive, Stardock Central, and GamersGate. See footnote 97.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

the many platform features and hardware and standalone software produced by Valve since Steam's launch.[134]

72. As this timeline of innovations makes clear, Valve has continuously sought to create new ways for developers to succeed in creating and marketing content to consumers. Valve's innovations also meant more players could find, buy, and play games they like more and could engage with video game content in convenient and enjoyable ways.

73. I review these innovations through the lens of economic analysis to evaluate their impact on the competitive process and the value created for the developers and consumers who engage with the Steam platform. In the rest of this section, I show how the many innovations that Valve has developed over the last twenty years created value in the industry in different ways. The innovations on which I focus are not meant to be the exhaustive list of all of Valve's procompetitive innovations, nor are the categories I apply to examine them able to fully encompass the breadth of Valve's contributions. Instead, my analysis provides a basic economic framework to illustrate how different types of innovations can contribute to procompetitive outcomes.

74. One important theme connecting all the innovations mentioned below is that their procompetitive impact, individually and on the whole, stretches across the industry. An innovation to the platform that is designed to create direct value for one set of users benefits the other side of the platform too, because a platform with more consumers offers higher value to publishers, and a platform with more content offers higher value to consumers. Further, other related products could be affected. For example, an innovation that makes it easier to use a piece of hardware in games on the platform may, for example, increase opportunities for developers to incorporate new gaming functionality and compete with each other more vigorously. This, in turn, may contribute to growing an audience that has appetite for this functionality, spur more innovation by hardware developers to launch and improve that type of hardware, and drive other platforms to introduce their own similar or differentiated features to compete.

---

[134] Additionally, Valve's innovations are illustrated by their patent holdings. Valve has held at least 159 patents ranging from patents on application version control to position tracking systems for head-mounted displays used in VR gaming. See Workpaper 6.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 1**
*Valve steadily innovates and adds new features and products*



---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY



*Source: Appendix A*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

75. **Enhanced ability for publishers to market games and for consumers to discover them.** An important function of Steam is its role as a meeting place where publishers find customers and users discover new games they might want to buy. Valve has improved and expanded this functionality through a series of features on the Steam Store offering improved game discovery and facilitating those matches. I summarize some of Valve's innovations in marketing features, but this is not meant as an exhaustive list of marketing benefits that Steam offers to publishers.[135]

76. First, Valve's algorithmic visibility recommendations generate personalized title suggestions to users based on their own game preferences, gameplay histories, and the games to which their Steam friends have shown interest.[136] The focus

---

[135] As additional examples of Steam's innovations aimed at enhancing game discovery, Steam allows its partners to create and participate in third-party sales events on the Steam Store and create and participate in shared bundles that contain games from multiple publishers. Steamworks, "Participating in Third-Party Sales Events," available at https://partner.steamgames.com/doc/store/promo/thirdpartyevents, accessed on January 24, 2025 ("The Steam Events Team often helps other companies and organizations bring their third-party events to Steam. Your games may even be invited to participate in these third-party events by the event organizers. If so, participation can be great opportunity to get your games in front of new audiences and bring new awareness to your titles."). One developer described his experience working with Steam to create a multi-publisher sale as follows: ("I reached out to Valve. They were receptive to the idea, and like last year granted a special discount option to select, which made it easier to coordinate discounts across participants … We were granted a 'Weekend Deal', which meant: A capsule on the front page in the 'Special Offers' carousel … A pop-up message when you log into Steam … In addition, every participating game had a banner at the top of their store page that linked to the GGF sales page … Although at times putting this event together felt time-pressured, it was another big success, and completely worth doing."). See Simon Carless, "Running a Steam sales promotion: real numbers & data," *Game Developer*, January 27, 2022, available at https://www.gamedeveloper.com/game-platforms/running-a-steam-sales-promotion-real-numbers-data, accessed on January 24, 2025. Steam also allows developers to create shared bundles; see Steamworks, "Creating Bundles Across Multiple Developers/Publishers," available at https://partner.steamgames.com/doc/store/application/bundles/collaborative, accessed on January 24, 2025 ("Sometimes games made by different developers have common themes and can benefit from co-marketing. Including those games in the bundle make it easier for Steam customers to acquire those related titles. This document outlines the steps required to create a collaborative bundle on Steam that contains games from multiple developers/publishers.").

[136] Evgeny Obedkov, "Valve breaks down how Steam visibility works: 'Algorithms react to player interest quickly and automatically,'" *Game World Observer*, April 9, 2023, available at https://gameworldobserver.com/2023/09/04/how-steam-visibility-works-algorithms-curated-featuring, accessed on January 20, 2025 ("Algorithmic (personalized) [visibility on Steam] … [involves] recommendations based on games users play or publishers they know, etc. … Valve says Steam is designed to be personalized for each user, and there is no one secret algorithm that decides which games will reach more audience. '[Valve] let[s] player preferences drive the visibility to make recommendations relevant' … For example, the Main Capsule on the front page is personalized based on the games a user played or wishlisted, the games their friends are playing or have wishlisted, regional top sellers list, curators a user follows, and other factors. However, revenue remains the main way for Steam to measure player interest. So the more players spend both time and money on a certain game, the stronger the signal to the store's algorithms that it could be interesting to other users.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

on user behavior gives Steam recommendations the ability to adjust quickly to evolving user interests and to recommend games in any stage of their lifecycles (e.g., to new release games, but also games with many years on the market).[137]

77.  In complement to algorithmic recommendations, Valve also engages in curated marketing—targeted marketing efforts to boost the visibility of games that Valve believes have special appeal to consumers, especially around the time a game is launched. For example, during a marketing effort called a "takeover," a large art piece for a particular video game appears at the top of Steam's front page.[138] Steam uses takeovers to amplify games that it believes customers are excited about.[139] Another marketing feature it has offered is "IMs" or "marketing messages," marketing images that appear in a separate window when a user launches the Steam client, typically for game launches and promotions that have significant customer interest.[140] Valve has continued to improve on its curated marketing efforts, adding regular "Daily," "Midweek," and "Weekend" deals, as well as "self-scheduling," which allows publishers eligible for these promotions to choose when their game is to appear in a

---

[137]  Alissa McAloon, "Steam embraces machine learning with interactive recommendation tool," *Game Developer*, July 10, 2019, available at https://www.gamedeveloper.com/business/steam-embraces-machine-learning-with-interactive-recommendation-tool, accessed on January 19, 2025 ("The tool is mostly geared towards players, but Valve notes the experimental feature will likely benefit developers as well. …Valve also notes that, by design, the machine learning-driven tool doesn't require any optimization for developers since everything is driven by player behavior, rather than manually assigned tags or incoming reviews."); Evgeny Obedkov, "Valve breaks down how Steam visibility works: 'Algorithms react to player interest quickly and automatically,'" *Game World Observer*, April 9, 2023, available at https://gameworldobserver.com/2023/09/04/how-steam-visibility-works-algorithms-curated-featuring, accessed on January 20, 2025 ("All the tools that can boost visibility of titles distributed on the platform are organic, because, as Peterson says, 'We don't think Steam should be pay to win.' So Valve doesn't sell ads or placement, meaning devs can't pay to promote their games on the store.' … 'Steam's algorithms react to player interest quickly and automatically, and it can happen any time during the life cycle of a game.'")

[138]  Deposition of DJ Powers, 30(b)(6) (Valve Corporation), September 29, 2023 ("Powers 30(b)(6) Deposition"), p. 17 ("Q. And what is 'takeover'? A. It's a relatively large art piece for a video game that we put at the top of our front page.").

[139]  Powers 30(b)(6)Deposition, p. 17 ("Q. And what is the point of a takeover? A. It's usually to amplify a game that we believe customers are excited about.").

[140]  Deposition of Connor Malone (Valve Corporation), November 8, 2023 ("Malone Deposition"), p. 25 ("Q. Okay. What is an IM? A. … a marketing image that is in a section called the Steam update news. When a user launches the Steam client, a separate window will appear with the … IMs in them. Again, typically given to big game launches or promotions that we think have … a very high level of customer interest. … we're moving now to calling them marketing messages … because IM is confusing.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

promotional slot. [141] This expansion in Valve's curated marketing offerings has improved the odds of publishers obtaining a curated promotion.[142]

78. Taken together, this combination of algorithmic and curated marketing means that, when a user launches Steam, they are met with a Steam Store page that presents a variety of games based on their own preferences, the current popularity of titles, and newly released titles. Importantly, Valve does not sell advertisements or accept payment to adjust the placement of titles, leaving its marketing and visibility features to be driven by individual and community behavior.[143]

79. Valve also introduced Steam Wishlists in April 2010. Wishlists help consumers keep track of games they are interested in.[144] Publishers also benefit from access to this information about consumer interest in their games prior to

---

[141]  Steam, "Steam Annual Summary: 2023," February 19, 2024, available at https://steamcommunity.com/groups/steamworks/announcements/detail/403135300332217182 4, accessed on May 7, 2024 ("The biggest change to curated promotions technically shipped a couple of weeks into 2024; but it was developed and tested in 2023, so we're going to talk about it here anyway: Daily Deal self-scheduling. The process is simple: games earn Daily Deal eligibility based on player numbers and Steam revenue, and developers can schedule their eligible games in front-page promo spots. We've also expanded the roster of slots, so even more studios can benefit from these opportunities. And we've built smarter dynamic marketing to serve up users' most relevant daily deals first. Developers who are wondering if their game qualifies can talk directly with our business team here.").

[142]  Subsequent innovations made the promotional slots dynamic, so that the deals that most closely align with an individual's preferences appear to them earlier in the line-up of deals. In another refinement, Valve made the curated system dynamic to individual users' ownership of game titles, such that if a user already owned a game in a promoted slot, the system would substitute deals for DLC to that game instead (since the user would not be interested in buying a title they already own again). Steam, "Steam Annual Summary: 2023," February 19, 2024, available at https://steamcommunity.com/groups/steamworks/announcements/detail/403135300332217182 4, accessed on May 7, 2024 ("And we've built smarter dynamic marketing to serve up users' most relevant daily deals first. ... Beyond Daily Deals, Steam has a weekly cadence of even bigger promo spots that start every Monday and Thursday. Those slots include pop-up marketing messages in the Steam client. In 2023, we added a major improvement: if a player already owns the game being featured, we organically generate an alternate promo showcasing DLC for the game rather than the game itself. It's more interesting for players, and a lot more valuable for developers.").

[143]  Evgeny Obedkov, "Valve breaks down how Steam visibility works: 'Algorithms react to player interest quickly and automatically,'" *Game World Observer*, April 9, 2023, available at https://gameworldobserver.com/2023/09/04/how-steam-visibility-works-algorithms-curated-featuring, accessed on January 20, 2025 ("Peterson says, 'We don't think Steam should be pay to win.' So Valve doesn't sell ads or placement, meaning devs can't pay to promote their games on the store ... 'Steam's algorithms react to player interest quickly and automatically, and it can happen any time during the life cycle of a game.'").

[144]  Steam, "A Brand New Steam – Available Now!" April 14, 2010, available at https://store.steampowered.com/uiupdate/, accessed on April 30, 2024 ("Added Wishlists for tracking what games you want, and to see what games your friends want").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

launch.[145] One Valve employee explained that the Steam Wishlist feature received continued investments from Valve which gave it both "visual updates," and made it "smarter," such as by alerting customers when their wish-listed items went on sale.[146]

80. Another innovation that helps to enhance game visibility and contributes to marketing success for publishers is Steam's user review system, introduced in November 2013, that helps users gather information on game quality.[147] Steam's user reviews allow users to rate and describe games. Other users may then rate and track the most helpful reviews.[148] The procompetitive benefits of Steam's review system are amplified by network effects: Steam's success in creating an attractive platform that draws a large audience allows it to get more reviews and build up a better information resource for consumers.

---

[145] Marie Dealessandri, "A game developer's guide to Steam wishlists," GamesIndustry.biz Academy, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on January 15, 2025 ("Steam wishlists have become a key metric for developers. Launched in 2010 and used by players to keep track of upcoming releases, wishlists quickly became an essential way for developers to quantify a game's potential on Steam. ... For Corey Warning, co-founder of indie studio Rose City Games, a wishlist add is the holy grail of pre-launch marketing. 'We consider a wishlist on Steam to be as good as a newsletter signup,' he says. 'Liking a tweet from us is good. Following our account is better. Adding the game to your wishlist is best, since players will get an email notification when we launch.' ... Steam wishlists help estimate your launch sales.").

[146] Marie Dealessandri, "A game developer's guide to Steam wishlists," *GamesIndustry.biz*, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on January 15, 2025 ("'Like many of the features on Steam, we introduced the basic functionality and then listened to developers and customers to see if it was something they found valuable and, if so, how we might improve it,' Valve's Alden Kroll says. 'Since its introduction, the wishlists feature received a number of visual updates to enhance the UI. We made it more functional for customers, and added other functionality in an attempt to make it "smarter," such as in-app push notifications to let you know when an item on your wishlist is on sale.'").

[147] Steam, "More Updates to the Steam Customer Review System," September 13, 2016, available at https://store.steampowered.com/oldnews/24155, accessed on April 30, 2024 ("When we introduced the Steam Customer Review System in November 26, 2013, our primary goal was, and still is, to help customers make an informed decision when considering the purchase of a new game. To achieve that goal, we've put an emphasis on written reviews that encourage customers to share their experience in a game so that [others] can decide for themselves whether the game sounds like something they would enjoy playing."). Another innovation was Steam Bundles, introduced in June 2016, which might introduce users to earlier editions of a game they're interested in today. See Steam, "Create Your Own Steam Bundles," June 2, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/932622787937370414, accessed on April 30, 2024 ("Steam Bundles is a feature that allows multiple Steam products to be bundled together at a discount. This can be used for easily creating Deluxe Editions or for putting together collections of a developer's past releases and allow customers to 'complete their set' of that game catalog.").

[148] Steam, "Introducing Steam Reviews," available at https://store.steampowered.com/reviews/, accessed on January 24, 2025 ("With Steam Reviews, you can browse for reviews that others have found helpful, or write your reviews for titles you've played on Steam.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

81.    Publishers can also gain visibility for their games through the customizable store "page" that Valve makes available to publishers for each title hosted on Steam.[149] Further, Steam offers customizable developer and publisher homepages that can increase visibility for publishers' entire game catalogs.[150] Recent expansions in search capabilities mean users can more easily reach pages for games that better match their interests.[151] Steam offers additional marketing features including the "discovery queue," among others, and tests new discoverability features on the platform through Steam Labs.[152]

82.    These innovations have procompetitive benefits. They improve the quality of matches on the platform, helping distributors better reach the consumers most likely to value their content, and helping consumers discover and learn more about content that they are more likely to enjoy playing. This also leads to more content being created, because distributors have higher expected value from launching a new game given the more effective marketing available to them. And it also increases the overall quality of the platform, strengthening competition against other distributors who have the incentive to match Valve's innovations or develop innovations of their own.

---

[149]    Marie Dealessandri, "How to get the most out of your game's Steam page," *GamesIndustry.biz*, April 30, 2020, available at https://www.gamesindustry.biz/how-to-get-the-most-out-of-your-games-steam-page, accessed on January 14, 2025 ("At its core, there are only a few elements that Steam actually requires for a page to be approved. These include a name for your game as well as its genre, a developer and a publisher (which can be the same company or individual), system requirements, supported platforms and languages, a release window (or just a 'Coming Soon' label), contact info for support, five screenshots, plus a few gameplay details -- does it have controller support, is it single player, PvP or multiplayer?").

[150]    Steamworks, "Developer And Publisher Homepages," available at https://partner.steamgames.com/doc/store/creator_homepage, accessed on January 25, 2025 ("Steam now has the tools for developers and publishers to create a customized homepage page for their organization and to display all the games made or published by that organization.").

[151]    Marie Dealessandri, "How to get the most out of your game's Steam page," *GamesIndustry.biz*, April 30, 2020, available at https://www.gamesindustry.biz/how-to-get-the-most-out-of-your-games-steam-page, accessed on January 14, 2025 ("tags are crucial to a successful Steam page. Valve is currently experimenting with smarter tag-based searches…[that] now not only look for the tags associated with a game, but also 'the tags that these logically imply,' Valve explained. So if your game has the tag 'RTS', someone looking for a game with the tag 'Real-time' or 'Strategy' would now be able to find your game.").

[152]    Marie Dealessandri, "A game developer's guide to Steam wishlists," *GamesIndustry.biz*, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on January 15, 2025 ("[Tom Giardino notes,] 'The Steam store is customised and organic, so games get recommended through a ton of different dimensions. Sure, that "Top wishlist" queue is only looking at what games have the most wishlists. But customers also discover games through many ways on Steam -- friend recommendations, Steam Labs, the discovery queue, and dozens of other features baked into the Steam store and not triggered by wishlist counts.'"); Steam, "Welcome to Steam Labs," available at https://store.steampowered.com/labs/, accessed on January 24, 2025 ("Every year, we create dozens of experiments around discoverability, video, machine learning, and more.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

83. **Making it easier and lower cost to publish video games.** One important innovation that pushed the frontier for developers is the introduction of self-publishing on Steam, first through Steam Greenlight in 2012, and then expanded with Steam Direct in 2017.

84. At the introduction of Steam Greenlight, publishers (including developers working without a traditional "publisher") could submit their games for consideration by Steam users.[153] Valve then worked with creators of games that received strong community support to bring those games to Steam, which allowed independent developers to bypass partnerships with traditional game publishers.[154] Steam Direct expanded the self-publishing offerings of Steam Greenlight, offering tools that allow developers to bring games to market for a recoupable fee of $100, by-passing the services of independent publishers, and dramatically reducing the up-front costs of publishing to developers.[155]

85. The costliness to developers of working with an independent publisher is reflected in data on Valve's physical sales; Valve received only ■ percent of net sales from physical sales of *Half-Life* and ■ percent from physical sales of *Half-Life 2* from its publisher Sierra (which was later acquired by Vivendi

---

[153] Graham Smith, "Steam Greenlight announced, will let gamers vote indie games on to Steam," *PC Gamer*, July 9, 2012, available at https://www.pcgamer.com/steam-greenlight-announced-lets-gamers-vote-indie-games-on-to-steam/, accessed on January 23, 2025 ("Valve have just announced Steam Greenlight. ... Steam Greenlight is currently due to launch at the end of August, and it should be a boon to any developer trying to make a living from indie games.").

[154] Chris Pereira, "Steam Eliminates Greenlight, Will Let Devs Publish Games Directly This Spring," *GameSpot*, February 10, 2017, available at https://www.gamespot.com/articles/steam-eliminates-greenlight-will-let-devs-publish-/1100-6447756/, accessed on January 20, 2025 ("Greenlight was rolled out in 2012 as a replacement for the internal curation system Valve previously used to choose which games to allow on Steam ... The next step is replacing Greenlight with what's called Steam Direct."). Steam, "Valve Launches Steam Greenlight," August 30, 2012, available at https://store.steampowered.com/oldnews/8761, accessed on April 30, 2024 ("Announced earlier this summer, Steam Greenlight allows developers and publishers to post information and media about their game in an effort to convince the Community that the game should be released on Steam. Greenlight piggybacks on Steam Workshop's flexible system that organizes content and lets customers rate and leave feedback."); Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024 ("After nearly five years Valve's crowd-voting platform Steam Greenlight is coming to an end, only to be replaced by Steam Direct on 13th June. As previously discussed, Steam Direct will allow any developer to post their game to Valve's marketplace so long as they pay a $100 fee per title. This fee can later be recouped once a game reaches $1k in sales.").

[155] Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024 ("After nearly five years Valve's crowd-voting platform Steam Greenlight is coming to an end, only to be replaced by Steam Direct on 13th June. As previously discussed, Steam Direct will allow any developer to post their game to Valve's marketplace so long as they pay a $100 fee per title. This fee can later be recouped once a game reaches $1k in sales.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Universal Games).[156] This pattern continues to hold today, with developers receiving as little as 10–15 percent of sales at physical retailers.[157]

86.    In contrast to their experience with Steam Greenlight and Steam Direct, developers faced significant costs when bringing their games to other platforms. For example, to bring their game to PlayStation in 2012, independent developers required partnerships with publishers and access to specialized development hardware costing $2,000.[158] More recently, Sony has begun to shift its policies in the direction of the more open, low-barrier policies Steam first pioneered with Greenlight.[159]

87.    In addition to lowering the costs to publish a game on Steam, Steam has also kept costs low for updates. While Steam does not impose a review process for patches, patches on some console platforms are subject to long review

---

[156]    VALVE_ANT_2602504, Tab "Summary."

[157]    Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, January 13, 2020, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on May 6, 2024 ("One source said their final takeaway from sales through a physical retailer is often between 10-15%.").

[158]    James Lee, "Sony slashes cost of PS3 development kit," *GamesIndustry.biz*, March 24, 2009, available at https://www.gamesindustry.biz/sony-slashes-cost-of-ps3-development-kit, accessed on January 13, 2025 ("The [Sony] PS3 Reference Tool can now be licensed by developers and publishers for USD 2000"). Additionally, Sony did not allow independent developers to self-publish on the Playstation Store until the release of the Playstation 4 in November 2013. While specialized development hardware was reported to have cost $2,500 for the Playstation 4, Sony loaned this hardware to publishers free of charge for one year. See Jeffrey Grub, "Sony will allow indie devs to publish their own games on PlayStation 4," *VentureBeat*, June 10, 2013, available at https://venturebeat.com/games/sony-will-allow-indie-devs-to-publish-their-own-games-on-playstation-4/, accessed on January 13, 2025 ("Sony will allow indie developers to self-publish on its next-generation console."); Colin Campbell, "So how much does it cost to develop for PlayStation 4?," *Polygon*, July 24, 2013, available at https://www.polygon.com/2013/7/24/4553842/so-how-much-does-it-cost-to-develop-for-playstation-4, accessed on January 20, 2025 ("Polygon spoke to various development sources who say that the PlayStation 4 dev kit costs about $2,500 … Although this $2,500 price is being cited in development circles, the game-makers we spoke to all said that Sony had lent them dev kits for a limited period of one year, for free."); Jared Petty, Samuel Clairborn, and Nick Asbury, "PlayStation 4 Release Date," *IGN*, available at https://www.ign.com/wikis/playstation-4/PlayStation_4_Release_Date, accessed on January 20, 2025 ("The PlayStation 4 was originally announced for a Holiday 2013 release, but later confirmed for release on **November 29th, 2013 in Europe and November 15 in the US and Canada**.").

[159]    For example, Sony began loaning specialized development hardware for the PlayStation 5 to developers free of charge in 2022. Greg Rice, "PlayStation Indies: Development Hardware Loan Program," *SIE Blog*, July 26, 2022, available at https://sonyinteractive.com/en/news/blog/playstation-indies-development-hardware-loan-program/, accessed on January 24, 2025 ("Newly licensed PlayStation game publishers and developers will be eligible to receive one PS5 development kit and one PS5 testing kit, compliments of SIE subject to applicable terms and conditions.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY