# EXHIBIT 1

## Report Part 2

## (Dkt No. 454.01 & 456.01)

## REDACTED

processes that may cause delays relative to other platforms.[160] This disparity can lead to patches becoming available on Steam before a comparable patch becomes available on other platforms.[161] For example, *Stardew Valley* released a version 1.6 update for PC in March of 2024 but did not release a 1.6 version for consoles until November 2024; the game developer explained that the reason for the time difference was partly due to the fact that bugs "can't be patched out as quickly" on consoles as they can on PC.[162]

---

[160]   For example, while there is no certification process for patches on Steam, PlayStation and Xbox both have multi-day review processes. See Raphael van Lierop, "Update on Build Status for Xbox, PS4 & Patching Process," *Hinterland Forums*, August 11, 2017, available at https://hinterlandforums.com/forums/topic/16657-update-on-build-status-for-xbox-ps4-patching-process/, accessed on January 22, 2025 ("There is no certification process on Steam. Once we are confident about the builds, we upload them to Steam and then release them when we are ready. The whole process takes about an hour … This convenience and speed is why the Steam version of the game tends to be the most up to date version … [For PlayStation, the] initial certification process for the game takes 5 days. There is also about a 5-day waiting period for the Sony Store to set up your game … After you are certified, your next update is a Day 1 patch. This also takes about 5 days to approve … [For Xbox,] every patch goes through a 5-day review by the certification team. If the patch fails the review for some reason, we have to restart the process over again."). Another developer commented that it's "not uncommon" for console platforms to "take several months to approve a build." See Sand Castles Studio, "Challenges of porting games to consoles," September 18, 2024, available at https://www.sandcastlesst.com/blog/challenges-porting-indie-games-to-consoles/, accessed on January 22, 2025 ("… launching a game on Steam … is surprisingly simple … Steam doesn't impose as many **restrictions or technical barriers** … [E]ach [console] platform has its own strict rules and requirements. For example, on some consoles, you can't refer to a controller as a 'controller'; it must be called a 'gamepad.' This might seem like a small detail, but these little nuances multiply and end up making the process much more complicated. Also, platforms perform constant reviews, and it's not uncommon for them to take several months to approve a build.").

[161]   Raphael van Lierop, "Update on Build Status for Xbox, PS4 & Patching Process," *Hinterland Forums*, August 11, 2017, available at https://hinterlandforums.com/forums/topic/16657-update-on-build-status-for-xbox-ps4-patching-process/, accessed on January 22, 2025 ("There is no certification process on Steam. Once we are confident about the builds, we upload them to Steam and then release them when we are ready. The whole process takes about an hour … This convenience and speed is why the Steam version of the game tends to be the most up to date version … [For PlayStation, the] initial certification process for the game takes 5 days. There is also about a 5-day waiting period for the Sony Store to set up your game … After you are certified, your next update is a Day 1 patch. This also takes about 5 days to approve … [For Xbox,] every patch goes through a 5-day review by the certification team. If the patch fails the review for some reason, we have to restart the process over again.").

[162]   Laura-May Randell et. al., "Stardew Valley 1.6 Update," *IGN*, November 4, 2024, available at https://www.ign.com/wikis/stardew-valley/Stardew_Valley_1.6_Update, accessed on January 22, 2025 ("Stardew Valley's 1.6 content update was released on March 19, 2024 for PC … Console and mobile Stardew Valley players got the 1.6 update on November 4, 2024."); Nicole Carpenter, "When does Stardew Valley's 1.6 update launch on console?" *Polygon*, September 23, 2024, available at https://www.polygon.com/gaming/24106193/stardew-valley-1-6-update-console-release-date, accessed on January 22, 2025 ("'I've always released on PC first, because it's sort of a "beta test" to make sure there are no critical (e.g. save-destroying) bugs, which are a much bigger

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

88.    The ease of self-publishing on Steam, combined with the higher profitability that can be associated with self-publishing, are direct benefits to developers but also have the procompetitive effect of enticing more developers and publishers to release games into the market. Industry reporting has attributed the expansion of titles on Steam, in part, to Steam Direct.[163] This expansion of the content available to consumers is another example of how benefits on one side of the platform can spill over into benefits for users on the other side of the platform. Further, the cost savings due to the leaner, more efficient distribution process may get passed on to consumers in the form of lower prices. Making available to developers an easy and low-cost route to publishing games also places competitive pressure on publishers to offer leaner lower-cost solutions to avoid developers switching to self-publishing.

89.    **Lowering the cost of developing and testing new content.** Valve has also introduced innovations that made it easier for developers to develop and test games. For example:

   a. Steamworks Software Development Kit ("SDK") was launched by Valve in May 2008, and "provide[d] a range of features … designed to help ship [an] application or game on Steam in an efficient manner."[164] The Steamworks SDK included tools that helped publishers implement Steam features in their games.[165] The Steamworks SDK has received at least 61 updates since its launch, adding support for new Steam features.[166] For example, the SDK helps publishers incorporate Steam Workshop features that allow users to upload and share user-created content for their games (described further immediately below), Steam Achievements that offer users achievements for completing specific in-game tasks, and Steam Leaderboards features that offer functionality for developers to create in-game leaderboards, among

deal on consoles because they can't be patched out as quickly,' [Stardew Valley developer Eric] Barone said").

163    Carlos Hernando, "Steam Features and Game Development: an Inevitable Symbiosis," *Tech Radar*, September 3, 2021, available at https://www.techradar.com/news/steam-features-and-game-development-an-inevitable-symbiosis, accessed on January 16, 2025 ("Steam Direct continued this pattern, increasing the rate at which games were added to the platform by making it easier than ever to access Steam (it reached 50,000 in February of 2021)").

164    Steamworks, "Steamworks SDK," available at https://partner.steamgames.com/doc/sdk, accessed on April 19, 2024.

165    Kyle Kukshtel, "A Gentle Introduction to Steamworks," *Game Developer*, August 17, 2017, available at https://www.gamedeveloper.com/business/a-gentle-introduction-to-steamworks, accessed on April 19, 2024 ("Steamworks is … an SDK Valve provides that lets you interoperate with everything else Steam provides like Workshop, Leaderboards, Servers, Achievements, etc.").

166    Steam, "Steamworks SDK 1.61 has been released," November 8, 2024, available at https://steamcommunity.com/groups/steamworks/announcements/detail/4480612432780198328, accessed on January 25, 2025 ("Steamworks SDK v1.61 has been released.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

others.[167]

b. Steam Workshop was launched in October 2011, which collected player-created content and made it easily accessible to users, along with tools to organize and download that content for use in their games.[168] Steam Workshop was useful, for example, for one type of content creation that involved making modifications to existing games (also called "mods"). Mods introduce changes to existing games that could be small but could also add substantial new content to the game and prompt further engagement with it. *Counter-Strike* was originally a mod developed in 1999 for Valve's game *Half-Life*, which Valve acquired and then released in 2000 as a full game.[169] Valve facilitated the distribution of mods, created by users, directly on Steam

---

[167] Steamworks, "Steam Workshop," available at https://partner.steamgames.com/doc/features/workshop, accessed on December 7, 2023 ("The Steam Workshop is designed as a place for your fans and community members to participate in the creation of content for your game."); Steamworks, "Step by Step: Achievements," https://partner.steamgames.com/doc/features/achievements/ach_guide, accessed on April 30, 2024 ("Achievements can be used as a way to encourage and reward player interactions and milestones within your game. They are often used for marking number of kills, miles driven, chests opened or other common actions within your game. And they can also be used to help your players discover different ways of playing your game."); Steamworks, "Steam Leaderboards," available at https://partner.steamgames.com/doc/features/leaderboards, accessed on January 20, 2025 ("Steam supports persistent leaderboards with automatically ordered entries. These leaderboards can be used to display global and friend leaderboards in your game and on your community webpage.").

[168] Steam, "Steam Workshop Lets Item Creators Compensate Toolmakers, Communities, and Mentors," June 27, 2013, available at https://steamcommunity.com/games/SteamWorkshop/announcements/detail/181973488636736 5945, accessed on April 30, 2024 ("Since the Steam Workshop launched in October of 2011, over 1,200 items created by members of the community have been made available for sale in Team Fortress 2 and Dota 2, producing over $10 million in royalties paid to item creators."); Jeremy Laukkonen, "Everything You Need to Know About Steam Workshop," *Lifewire*, February 13, 2020, available at https://www.lifewire.com/everything-you-need-to-know-about-steam-workshop-4587072, accessed on May 14, 2024 ("The Steam Workshop is a mod repository for Steam Games. When a developer releases a game on Steam, and that game has mod support, they have the option to tie it into the Steam Workshop. Linking to the Steam Workshop allows creators to upload their mods for a massive built-in audience to enjoy, and it provides regular players with a straightforward and streamlined process for obtaining mods.").

[169] Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023 ("Many, many Half Life mods--and fuller games that started as Half-Life mods--were churned out during this period, including Deathmatch Classic, Ricochet, Gunman Chronicles and Day of Defeat. The most successful of the bunch, though, was a multiplayer mod dubbed Counter-Strike. Developed by Minh Le and Jess Cliffe, the tactical shooter was first released in beta form in 1999, and gained a sizable audience right away. Valve took note, hired the two devs, and released Counter-Strike 1.0 in an official capacity a year later.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

with the launch of Steam Workshop.[170]

c. Valve also developed Steam Playtest, which came out in April 2021. This tool assisted developers with game development by enabling them to create and open up test versions of their games to select users on Steam without charge, and without relying on Steam keys or reaching users through mailing lists.[171] While Valve offers this functionality for developers through Steam for free, other third-party services such as PlaytestCloud charge fees for this service.[172]

d. In April 2016, Valve launched SteamVR in tandem with the start of shipments of the jointly Valve- and HTC-developed HTC Vive VR device to consumers.[173] The HTC Vive relied on research and development efforts in movement tracking and controller design from Valve dating back to 2012

---

[170] Jeremy Laukkonen, "Everything You Need to Know About Steam Workshop," *Lifewire*, February 13, 2020, available at https://www.lifewire.com/everything-you-need-to-know-about-steam-workshop-4587072, accessed on May 14, 2024 ("developers use the [Steam] Workshop to crowdsource content that may eventually end up in a game."); Steamworks, "Steam Workshop," available at https://partner.steamgames.com/doc/features/workshop, accessed on December 7, 2023 ("The Steam Workshop is designed as a place for your fans and community members to participate in the creation of content for your game. The form of this creation by community members can vary depending on the nature of the game and what kind of control you wish to have over the content in your game.").

[171] Steam, "Steam Playtest feature now fully released," April 21, 2021, available at https://store.steampowered.com/news/group/4145017/view/3119280855648142183, accessed on April 30, 2024 ("Steam Playtest is a new feature built right into Steam, allowing you to invite players to test your game without having to manage keys or external mailing lists. You control how many players get access, when to add more players, when to open testing, and when to close your playtest."); Rory Young, "Valve Introduces Steam Playtest Feature for Early Game Testing," *GameRant*, November 7, 2020, available at https://gamerant.com/valve-steam-playtest-feature-november-2020/, accessed on April 30, 2024 ("Developers will be able to create their own playtest without requiring Steam keys. When ready, developers can activate playtest signups on their game's profile, and as players sign-up a queue system will be put in place. Developers can add testers from this queue, as well as manually invite testers. The tools will even provide details regarding how many players are already in the test, as well as how many are waiting in queue ... Playtest offers a unique opportunity to developers that Early Access builds can't. Early Access requires players to pay upfront, and once the game is live it continues to be live. Playtest is not only free for Steam users, but can be used for specific purposes and then shut down. It should prove to be another reason why Steam continues to be such a popular platform for game developers.").

[172] Steamworks, "Steam Playtest," available at https://partner.steamgames.com/doc/features/playtest, accessed on January 20, 2025 ("Steam Playtest gives developers a free, low-risk way to get playtesting data for their game without stressing about Steam keys, user reviews, or wishlists."). The lowest plan price PlaytestCloud offers is over $1,000 a month, and they do not offer free plans. See PlaytestCloud, "See our pricing," available at https://www.playtestcloud.com/pricing, accessed on January 15, 2025.

[173] Rory Young, "Valve Launches SteamVR as HTC Vive Shipments Begin," *Game Rant*, April 5, 2016, available at https://gamerant.com/valve-launches-steamvr-htc-vive-647/, accessed on January 24, 2025 ("Today marks the start of shipping for the HTC Vive VR headset, as well as Valve's SteamVR, opening the way for dozens of virtual reality games to go live on the Steam platform.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

that enabled "room-scale" VR experiences (experiences that allowed users to move around a virtual world within the confines of their physical room), opening the door to the development of new types of VR games.[174] SteamVR included Valve's open-source OpenVR software, which allowed developers to support a variety of VR hardware devices without having to bear the costs of targeting each device individually.[175]

e. In November 2019, Valve launched "Remote Play Together," which allows players to use local multiplayer modes as online multiplayer with friends.[176] Online multiplayer modes can be costly for developers to implement, with the result that many small developers do not include online multiplayer modes even for games that feature local multiplayer.[177] For such games, the "Remote Play Together" feature provides additional functionality for users without imposing on developers the costs that would normally be associated with creating an online multiplayer mode.

90. These innovations, among others, have democratized the publishing process for developers, giving them tools, diagnostics, and other support features

---

[174] Aaron Souppouris, "How HTC and Valve built the Vive," *Engadget*, March 18, 2016, available at https://www.engadget.com/2016-03-18-htc-vive-an-oral-history.html, accessed on January 24, 2025 ("In 2012 [Valve] developed a system with a simple head-mounted display (HMD), a camera and some AprilTags to enable positional tracking. ... The Vive controllers... add the precise input of the trackpad from Valve's Steam controller as well as laser-tracking sensors. ... Even journalists who had tried dozens of VR experiences before Vive were impressed by the room-scale demos and accurate head and controller tracking.").

[175] GitHub, "ValveSoftware / openvr," available at https://github.com/ValveSoftware/openvr, accessed on January 24, 2025. In 2020, Valve transitioned SteamVR to use OpenXR, a similar open-source software created and maintained by the Khronos Group. See Steam, "Transitioning to OpenXR," June 25, 2020, available at https://steamcommunity.com/games/250820/announcements/detail/2522527900755718764, accessed on January 24, 2025 ("The challenge we as an industry have faced with many of these titles is that for developers targeting multiple VR platforms, it requires extra time and effort to build polished applications that work across SDKs. In order to solve this and support the next generation of VR applications, we are moving forward to the OpenXR API."); Khronos Group, "OpenXR," available at https://www.khronos.org/openxr/, accessed on January 24, 2025 ("OpenXR is a royalty-free, open standard that provides a common set of APIs for developing XR applications that run across a wide range of AR and VR devices.").

[176] Steam, "Introducing Steam Remote Play Together," November 20, 2019, available at https://store.steampowered.com/news/app/593110/view/3605623508389954945, accessed on January 22, 2025 ("Nov 20, 2019 -- After roughly one month in beta, Steam Remote Play Together is now released to all Steam users."); Steam, "Remote Play," available at https://store.steampowered.com/remoteplay, accessed on January 22, 2025 ("Instantly share your Steam local multi-player games with friends over the internet, for free.").

[177] Sam Machkovech, "Steam's next big feature will make any 'local multiplayer' game work online," *Ars Technica*, October 10, 2019, available at https://arstechnica.com/gaming/2019/10/steams-next-big-feature-will-make-any-local-multiplayer-game-work-online/, accessed on January 22, 2025 ("There's a reason that many latency-sensitive games have landed on Steam without online support ... Indie couch co-op games, in particular, tend to skip online modes due to the headache they can be for a small studio to code and implement.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.    Valve's procompetitive effects on the video game industry

previously requiring the resources available from third party publishers.[178] These features benefit developers, particularly those with smaller budgets that are not vertically integrated with a publisher. The outcome of Valve's investment in services that support smaller developers is evident in the expansion in participation of tens of thousands of developers on Steam.[179] Valve recognizes that supporting publishers (and developers) on one side of the market increases the value of the system, to the benefit of publishers, developers, and consumers, and allows it to compete more effectively with other platforms and distribution channels.

91. Valve has devoted significant resources to developing and maintaining open-source software projects (i.e., software released under a license that can be used by anyone for any purpose).[180] These projects benefit developers by simplifying the development process and can be especially beneficial for small developers.[181] As one example, Steam provides open source support for spatial

---

[178] Carlos Hernando, "Steam Features and Game Development: an Inevitable Symbiosis," *Tech Radar*, September 3, 2021, available at https://www.techradar.com/news/steam-features-and-game-development-an-inevitable-symbiosis, accessed on January 21, 2025 ("Steam has added and removed features over the years, adapting to market changes and the shifting philosophy of Valve. Given the enormous influence of both the platform and the company that created it on PC Gaming, this evolution has had a profound, if sometimes subtle, impact on game developers and publishers. ... Steam Greenlight opened the Steam gates to hundreds of small developers, being part of the so-called 'indie revolution' ... Steam Greenlight played a crucial role in democratizing professional game development. Experimental experiences, retro callbacks, or just games that were not profitable for big companies to produce found their commercial niche.").

[179] The number of distinct publishers on Steam with non-negative total net sales is 32,905. See Workpaper 7. There are also publishers on Steam that make games that are completely free, such as HoloCure – Save the Fans!. See Steam, "Holocure – Save the Fans!," available at https://store.steampowered.com/app/2420510/HoloCure__Save_the_Fans/, accessed on January 26, 2025.

[180] Joshua Wolens, "Valve is paying a whole lot of developers to keep the Steam Deck's open-source software going," *PC Gamer*, December 19, 2022, available at https://www.pcgamer.com/valve-is-paying-a-whole-lot-of-developers-to-keep-the-steam-decks-open-source-software-going/, accessed on January 24, 2025 ("Steam Deck designer Pierre-Loup Griffais mentioned that the company is paying over a hundred open-source devs to work on the various bits of software that keep the Steam Deck ticking. ... Valve has had a hand in an incredible amount of open-source tech at this point."); Michael Larabel, "Valve Is A Wonderful Upstream Contributor To Linux & The Open-Source Community," *Phoronix*, September 22, 2023, available at https://www.phoronix.com/news/Valve-Upstream-Everything-OSS, accessed on January 24, 2025 ("Valve with their work on the Steam Deck and SteamOS have been lifting the open-source ecosystem as a whole."); GitHub, "Valve Software," available at https://github.com/ValveSoftware, accessed on January 24, 2025.

[181] Thomas Hanna, "How Open Source Software is Used in Game Development," *OA Resources*, January 16, 2023, available at https://www.oaresources.org/open-source-software-used-game/, accessed on January 24, 2025 ("Open source software has revolutionized game development by making it more accessible and allowing developers to more quickly collaborate and test out new ideas. By giving developers access to the source code, they can create interesting and innovative games without having to start from scratch. This is especially helpful for smaller teams with fewer resources or for developers that are creating fan-made projects. ... Using open source software gives

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

audio.[182] As another example, Steam offers support for Windows games to run on Linux through an open-source project called Proton.[183]

92.    Additionally, the Steam platform lowers the cost of development by providing features that a developer would otherwise have to acquire elsewhere. For example, Steam handles payment processing for in-game payments through its Steam Wallet program.[184] Steam also provides secure networking support for messages between players in multiplayer games.[185] Because Steam handles

---

developers access to a wide range of libraries and tools that can help simplify the development process.").

[182]    Steam, "Introducing Steam Audio," February 23, 2017, available at https://store.steampowered.com/news/app/596420/view/1589135317218111209, accessed on April 30, 2024 ("Steam Audio is now available, delivering an advanced spatial audio solution for games and VR apps. ... The Steam Audio SDK is available free of charge, for use by teams of any size, without any royalty requirements."); Steam, "Steam Audio," December 17, 2024, available at https://steamcommunity.com/app/596420/allnews/, accessed on January 24, 2025 ("We've just released Steam Audio 4.6.0, and with it, we're excited to announce our Wwise plugin! This lets you use the full range of spatial audio functionality available in Steam Audio ... in projects that use Wwise.").

[183]    Jordan Gloor, "Why You Should Use Proton Instead of the Steam Linux Runtime," *How-To Geek*, August 23, 2021, available at https://www.howtogeek.com/749102/why-you-should-use-proton-instead-of-the-steam-linux-runtime/, accessed on January 24, 2025 ("When you try to launch a Windows-only game in Steam on a Linux PC, Proton is what Steam runs in the background to make sure it works. It's Valve's own compatibility layer meant to enable you to play Windows games without needing to use Windows."); Rich Edmonds, "How to play Windows games on Linux using Proton," *XDA*, August 29, 2024, available at https://www.xda-developers.com/how-to-play-windows-games-on-linux/, accessed on January 24, 2025 ("Proton is essentially an open-source collection of tools to make Windows games work through Steam."); Michael Larabel, "Valve Is A Wonderful Upstream Contributor To Linux & The Open-Source Community," *Phoronix*, September 22, 2023, available at https://www.phoronix.com/news/Valve-Upstream-Everything-OSS, accessed on January 24, 2025 ("Proton ... has been immensely valuable to Linux gamers and enthusiasts.").

[184]    Steam, "Microtransactions Implementation Guide," available at https://partner.steamgames.com/doc/features/microtransactions/implementation, accessed on January 24, 2025 ("The goal of the Steam in-game payment system is to provide an easy way for developers to sell arbitrary goods to users ... Steam places no restrictions on what you sell or how you sell it nor does it preclude the use of whatever other mechanisms your game has for selling items. Its purpose is to bring a common payment experience that user's [sic] are familiar with from the Steam platform into your game and allow them to easily spend their Steam wallet value on your products."); G2A, "What is a Steam Wallet: A complete guide," May 8, 2023, available at https://www.g2a.com/news/features/what-is-a-steam-wallet-a-complete-guide/, accessed on January 24, 2025 ("What can I buy with Steam Wallet funds? Everything on the Steam Store (games, software) and Steam Community Market (in-game and community items), provided you have enough funds to complete the transaction.").

[185]    Steam, "Steam Networking," available at https://partner.steamgames.com/doc/features/multiplayer/networking, accessed on January 24, 2025 ("We have a few different networking APIs that can be used to send messages between players. Our newest APIs relay packets through the Valve network by default, which ensures that players and gameservers are protected.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

these and other features, developers face lower costs when developing and publishing video games.

93. **Expanding game functionality and player engagement.** Valve has invested in several features and products that expand and improve the experience that users receive from interacting with the platform. Valve developed these products by investing and taking risks. These investments have expanded the set of functionalities that developers can use in their games, expanded and changed how users experience playing their games, and encouraged the development of new ways to play.

94. The Steam Deck has given consumers a more flexible and portable way to play PC games and simplified the entry point for those interested in PC games. It has also increased the playability of games and expanded potential audiences to include those that like playing on smaller portable devices, increasing the return (and, hence, the incentive) to release more new content. One article explains that "[t]he Steam Deck's popularity reflects an overall shift in consumer behavior. As the mobile gaming industry expands, gamers place more importance on flexibility and convenience. Devices such as the Steam Deck fulfill this desire by providing the power of a gaming PC in a portable physical factor."[186]

95. Steam has also made the software underlying the Steam Deck, SteamOS, available to other hardware manufacturers, lowering the barriers to entry for competitors.[187] As described in a trade article:

---

[186] Shubham Kumar, "How the Steam Deck Has Changed PC Gaming – An Analysis of Its Impact on the Industry," *Gfinity Esports*, December 12, 2024, available at https://www.gfinityesports.com/article/steam-decks-impact-on-pc-gaming, accessed on January 19, 2025.

[187] The Steam Deck made the breadth of games developed for PC gaming available to consumers who prefer console or handheld device gaming experience – and introduced a new, expanded consumer base for PC game developers. See Chris Plante, "2025 is PC gaming's victory lap," *Polygon*, January 20, 2025, available at https://www.polygon.com/gaming/500266/pc-gaming-mainstream-console-comparison-2025, accessed on January 13, 2025 ("Now, you can experience the lion's share of what PC gaming offers through a Steam Deck without worrying about specs, GPUs, or processors and without ever seeing Windows' blue screen of death — or Windows at all. The Steam Deck condenses many of Valve's best ideas from the Steam Machine into a single, reasonably priced, portable device — that also can connect to your TV via HDMI, of course."). Further, the operating system for the Steam Deck, SteamOS, will be available for use on third-party handheld devices, through either Valve's partnership with Lenovo, or an upcoming release that allows users to install and run SteamOS on other third-party devices; see Sean Hollister, "Valve will officially let you install SteamOS on other handhelds as soon as this April," *The Verge*, January 7, 2025, available at https://www.theverge.com/2025/1/7/24338405/valve-steamos-beta-other-handhelds-beyond-steam-deck, accessed on January 20, 2025 ("SteamOS was always supposed to be bigger than Valve's own Steam Deck, and 2025 is the year it finally expands. Not only will Lenovo ship the first third-party SteamOS handheld this May, Valve has now revealed it will let you install a working copy of SteamOS on *other* handhelds even sooner than that.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

"One way to look at the Steam Deck is as a reference model. It's an example of what the standard Steam Deck experience should be ... Valve has done all the hard research and development work; other manufacturers simply have to use the Steam Deck as a jumping-off point ... We expect that existing players in the handheld gaming PC market will want a slice of the Steam Deck pie, and they already have an established hardware manufacturing capacity. It's also a tempting opportunity for hardware makers outside the massive gaming market to enter without significant R&D work or software development."[188]

96. Valve has also invested in accessory devices like Steam Link and the Steam Controller. Steam Link allows users to play their games on different monitors or TVs, improving flexibility for the users.[189] The Steam Link App allows users to accomplish the same thing without a separate accessory.[190] In addition, Valve launched the Steam Controller (another accessory device) in 2015.[191]

97. Valve has also introduced many new platform features that have enhanced the play experience of consumers. Some notable features include:

a. Steam Community, introduced in August 2007, added voice chat, text chat rooms, a friends list, game lobbies, and features to enhance its community experience, including user profiles and the ability to create or join user groups.[192] The social component of the video game experience is central for

---

[188] Sydney Butler, "Don't Worry, Steam Deck Clones are Coming," *How-To Geek*, September 8, 2022, available at https://www.howtogeek.com/821269/steam-deck-clones-are-coming/, accessed on January 19, 2025.

[189] Steam, "Steam Link," available at https://store.steampowered.com/app/353380/Steam_Link/, accessed on January 10, 2025 ("Play your Steam games on your phone, tablet, TV, VR headset or another PC using Steam Link, streaming from your home computer. With control schemes optimized for hundreds of top titles, you can now access and play games from your PC while on the couch, or on the go.").

[190] Steam Support, "Steam Remote Play," available at https://help.steampowered.com/en/faqs/view/0689-74B8-92AC-10F2, accessed on January 24, 2025 ("By utilizing the Steam Link app, Remote Play access can be extended to any supported device with the app installed.").

[191] Steam, "Steam Controller," available at https://store.steampowered.com/app/353370/Steam_Controller/, accessed on January 11, 2025 ("Steam Controller ... Release Date: Nov 10, 2015").

[192] Chris Faylor, "Valve Details New Steam Features," *Shacknews*, June 20, 2007, available at https://www.shacknews.com/article/47521/valve-details-new-steam-features, accessed on January 20, 2025 ("Among the various new options is support for voice chat and the ability to track former opponents and easily check out their in-game performance at a later time. In addition to the customizable user profile and web page, players will be able to create and join groups as well as schedule games with their friends. This functionality will be supported by all games available on Steam.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

some users, where such features encourage engagement.[193]

b. Steam Cloud, introduced in November 2008, enabled consumers to save their game progress online, as well as other application data, to produce a more seamless experience across their devices.[194] This means that users can access games across different devices they own and use to play games without experiencing lost progress on games or missing in-game purchases.

c. Game Hubs, introduced by Valve in August 2012, which provide a centralized location for users to discuss, share, and discover content about games they are interested in and give publishers a place to reach interested users with news and other information about their games.[195]

d. Steam Big Picture mode, introduced in December 2012, expanded consumers' ability to play games on Steam from their living rooms by providing a user interface designed for televisions and game controllers.[196]

e. Steam Input was introduced in 2015 and expanded in 2018 to provide broad

---

[193]    Bassel, "Integrating Social Features in Games," *Gamesfandom*, October 25, 2024, available at https://gamesfandom.com/integrating-social-features-in-games/, accessed on January 15, 2025 ("In today's gaming landscape, social interaction has emerged as a critical component for success. Integrating social features in games not only enhances player experience but also fosters a sense of community among gamers.").

[194]    Steam, "Steam Cloud Rolling In This Week," November 3, 2008, available at https://store.steampowered.com/oldnews/1968, accessed on April 30, 2024 ("Valve, creators of best-selling entertainment products and advanced technologies, today announced the roll out of Steam Cloud, a set of services for Steam that stores application data online and allows user experiences to be consistent from any PC. Steam Cloud is a free extension to Steam, a leading a platform for PC games with over 15 million accounts worldwide."); Steam Support, "Steam Cloud," available at https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678, accessed on April 30, 2024 ("The Steam Cloud allows games and the platform to utilize cloud storage hosted by Steam. Games can utilize Steam Cloud for storage of many different types of data, including game settings, save games, profile stats and other user-specific bits. Many Steam client settings are also saved via the cloud, including collections, friend nicknames and anything changed via the Steam client Settings menu. These settings will persist on an account regardless of which machine it is logged into, as the settings are pulled from the cloud upon login.").

[195]    Seth Colaner, "Steam Community Game Hub Brings Out User-Created Content and Rating System," *Hot Hardware*, August 13, 2012, available at https://hothardware.com/news/steam-community-gets-new-features-each-day-this-week-starting-with-game-hubs, accessed on January 14, 2025 ("Each gaming title on Steam will get a Game Hub, which will include 'collections of game-centric discussions, workshop items, user-created screenshots, videos, and news.' The content will be a combination of official Steam items and user-created posts. Users can rate everything, so only the best stuff rises to the top. Further, the GameHub allows users to chit-chat about a given game right there, instead of having to zip over to the Steam Forums.").

[196]    Steam, "Steam Big Picture Available Now," December 3, 2012, available at https://store.steampowered.com/oldnews/9495, accessed on April 30, 2024 ("Valve today announced the public release of Big Picture, Steam's new mode that lets gamers access all of their favorite Steam games on a television from the comfort of their sofa. Big Picture has been designed to be used with a traditional gamepad, while also fully supporting keyboard and mouse input.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

native, flexible controller support on its platform.[197] This allowed consumers more flexibility to use their preferred input devices (including, for example, Xbox and PlayStation controllers) to play games on Steam.

f. Remote Play Together, which was launched in 2019, allowed consumers to play local multiplayer games with their friends over the internet, as I discuss above.[198] This meant that consumers could play these games with their friends even when they could not be in the same location.

g. Steam Families, introduced in September 2024, allows up to six family members to share a game library and to launch and play separate games from that library at the same time. Additionally, parents can manage parental controls and approve requests to buy games from their children.[199]

98. Valve consistently updates Steam features to make them better for consumers. All of these innovations expanded the ways in which games create consumer utility. They provide direct benefits to consumers, but also benefit developers, who gain from having the ability to make their products more appealing to consumers. Another way of thinking about this is that it allows developers to increase demand for their games, which leads to expanded output.

99. **Enabling or boosting value for other industry participants.** Valve's innovations have also had positive spillovers into other value-creating activities in the industry. For example, Valve recently released Steam Game Recording as a built-in feature to Steam that allows players to record their gameplay and find shorter clips and screenshots of key moments that can be shared or uploaded to

---

[197] Ivy Taylor, "Valve offers full support on Steam to all new controllers," *GamesIndustry.biz*, September 26, 2018, available at https://www.gamesindustry.biz/valve-offers-full-support-on-steam-to-all-new-controllers, accessed on January 10, 2025 ("Valve has announced that future Steam Client updates will offer full support to all new controller types. ... In 2015 Valve released Steam Input; these tools allowed users to map various devices to any combination of inputs a game might understand").

[198] Steam, "Introducing Steam Remote Play Together," November 20, 2019, available at https://store.steampowered.com/news/app/593110/view/3605623508389954945, accessed on January 22, 2025 ("Nov 20, 2019 -- After roughly one month in beta, Steam Remote Play Together is now released to all Steam users."); Steam, "Remote Play," available at https://store.steampowered.com/remoteplay, accessed on January 22, 2025 ("Instantly share your Steam local multi-player games with friends over the internet, for free.").

[199] Jay Peters, "Steam's improved family sharing is out now for everyone," *The Verge*, September 11, 2024, available at: https://www.theverge.com/2024/9/11/24242377/valve-steam-improved-family-sharing-out-now, accessed on January 21, 2025 ("Valve's new Steam Families feature is now available for everyone ... With Steam Families, parents are able to share games with their families, manage parental controls for their kids, and approve requests from their kids to buy Steam games. The big improvement with Steam Families over Valve's previous Family Sharing setup is that multiple people can play [different] games from a shared library at one time. ... Valve says that Steam Families are 'intended to contain your immediate family' and that they can include 'up to 6 close family members.'").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

social media.[200] Developers are able to set recordings to begin automatically at certain points-of-interest in their games, making the feature even easier for users.[201] This functionality produces positive spillovers for social media platforms where clips of video game play, particularly by a set of popular game players, generate billions of views.[202]

100. Innovations that have had the effect of growing the pie for related services are procompetitive, as they create new opportunities for existing and new industry participants and expand overall welfare. As I discussed in Section 3.3, the experience of *Among Us*, which gained popularity over time, demonstrates how games can benefit from increased exposure once users share their experience playing the game.

101. In sum, while the examples provided in this section only partially demonstrate the value that Valve has created in the video game industry through its innovations, they illustrate how Valve's efforts to support publishers and developers, and to grow the value of Steam, have been extensive and far-reaching. These efforts have spurred other industry participants to create additional value. Crucially, they also spurred Steam's competitors to create additional value, because they needed to innovate to continue to compete with Steam, a point I further explain in the following section.

## 3.5. Valve's innovations have contributed to more vigorous competition between distributors, including platforms

102. Valve's investments and successful innovations have resulted in a platform with a rich set of features that sets a high bar for the industry and incentivizes rival

---

[200] Edward Chester, "Steam just made it super easy to share PC gaming video clips. Here's how," *PCGamesN*, 2024, available at https://www.pcgamesn.com/steam/game-recording, accessed on January 9, 2025 ("Steam Game Recording is a new option in the latest release of Steam. which lets you configure automatic or manual recording of any game on Steam that supports the Steam overlay feature ... you can also add timeline markers ... Timeline markers are indicators that appear in Steam's in-built video navigation system, which make it easier to find key moments in your recordings after you've finished playing. ... Click the Share Clip button from the video navigator, and you can export a video file of the clip, copy it to the clipboard, send it to a phone or other device, or create a share link.").

[201] Edward Chester, "Steam just made it super easy to share PC gaming video clips. Here's how," *PCGames*, 2024, available at https://www.pcgamesn.com/steam/game-recording, accessed on January 13, 2025 ("The new feature will also automatically add its own timeline markers based on events in the game, showing boss battles, deaths, eliminations, and more. Game developers can tap into the Game Recording API to have their games trigger these timeline events.").

[202] The top ten games shown on TikTok have all received billions of views in 2024, with the top game Roblox accumulating over 13 billion views and the second-most popular game Fortnite accumulating over 10 billion views. See James Batchelor, "GamesIndustry.biz presents... The Year In Numbers 2024," *GamesIndustry.biz*, December 20, 2024, available at https://www.gamesindustry.biz/gamesindustrybiz-presents-the-year-in-numbers-2024, accessed on January 22, 2025 ("Top 10 Games on TikTok ... 1. Roblox (13,258,563,717 views) 2. Fortnite (10,764,426,892) ... 10. Elden Ring (2,259,195,743).").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

distributors to develop similar innovations or differentiate themselves through competing innovations.

103.   Valve's steady investments and record of innovation are recognized in the industry. Industry publications often refer to Steam's high quality and boundary-pushing improvements. Below are only a few examples from articles that cover a range of the innovations discussed.

   a. In December 2012, TNW published an article announcing the new Wishlist feature on Steam:

   "A friend of mine just alerted me on Facebook that Valve has made yet another genius business move. Steam will now email you when an item on your wishlist goes on sale. Unlike Facebook email notifications, this is an email that you'll likely want to keep enabled. ... As we've already alluded to, this is a brilliant move on Valve's part. There is no doubt in our minds that these emails will result in another big boost in sales."[203]

   b. Game Developer announced the 2008 release of Steamworks, "a suite of free publishing and development tools" for developers:

   "The suite, designed to further increase market penetration of Valve's Steam PC digital download store, includes real-time stats on sales, gameplay and product activation, its encryption system, key-based territory and version control, as well as the auto updating feature currently employed on Steam. Steamworks also gives developers voice-chat, multiplayer matchmaking services, and the rest of the full range of recently implemented social networking services including achievements, leaderboards and avatars."[204]

   c. Engadget tested Steam's Big Picture in September 2012 while it was in beta:

   "The 10-foot UI hopes to help Valve's content distribution portal get comfortable in front of your couch, offering gamers access to their favorite PC titles from a gamepad-friendly interface. ... Valve also uses the beta to launch what it calls the first ever 'first person web browser,' which substitutes an analog-controlled mouse with an omni-directional crosshair. ... Text input gets a fairly significant overhaul as well, representing a notable departure from common standards of controller-

---

203   Emil Protalinski, "Your Wallet Will Beg for Mercy: Steam Now Emails You When an Item on Your Wishlist Goes on Sale," *TNW*, December 18, 2012, available at https://thenextweb.com/news/your-wallet-will-beg-for-mercy-steam-now-emails-you-when-an-item-on-your-wishlist-goes-on-sale, accessed on January 14, 2025.

204   Brandon Boyer, "Valve Announces Free Steamworks Publishing Tools," *Game Developer*, January 28, 2008, available at https://www.gamedeveloper.com/game-platforms/valve-announces-free-steamworks-publishing-tools, accessed on January 24, 2025.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

based typing. … For a Beta right out of the door, Steam's Big Picture mode is a pretty smooth experience."[205]

d. In September 2013, TNW announced the Steam Family Sharing feature available in limited beta-testing version:

"Valve today announced Steam Family Sharing, a new feature that allows close friends and family members to share their libraries of games. … this is a very forward-thinking feature that we're sure many Steam users will want to try."[206]

e. The Verge announced an update to Steam Family Sharing called Steam Families in 2024:

"Valve's new Steam Families feature is now available for everyone following a beta launch earlier this year. With Steam Families, parents are able to share games with their families, manage parental controls for their kids, and approve requests from their kids to buy Steam games. The big improvement with Steam Families over Valve's previous Family Sharing setup is that multiple people can play games from a shared library at one time. So if I'm playing Balatro, and my partner, who is part of my Steam Family, wants to play Arranger, we can both play those games at the same time."[207]

104.   As a result of the quality and innovation that Steam has achieved, rival distributors of video games have had to step up their own efforts to innovate in order to be able to compete for consumers and publishers. A series of trade articles note examples of ways other platforms and competitors have attempted to introduce similar functionality to Steam. They point out that other platforms have tried (but at times struggled) to keep up with the high bar set by Steam's "functionality and breadth of choice," review systems, and "gaming-centric features."[208] As I note above, the fact that Steam's competitors may struggle to match its features is not inconsistent with healthy competition in the industry.

---

[205]   Sean Buckley, "Steam Big Picture Beta Hands-on," *Engadget*, September 11, 2012, available at https://www.engadget.com/2012-09-11-steam-big-picture-beta-hands-on.html, accessed on January 14, 2025.

[206]   Emil Protalinski, "Valve Announces Steam Family Sharing Beta Coming Next Week, Lets Up to 10 Devices Access Your Games for Free," *TNW*, September 11, 2013, available at https://thenextweb.com/news/valve-announces-steam-family-sharing-coming-next-week-lets-up-to-10-devices-access-your-games-for-free, accessed on January 19, 2025.

[207]   Jay Peters, "Steam's improved family sharing is out now for everyone," *The Verge*, September 11, 2024, available at https://www.theverge.com/2024/9/11/24242377/valve-steam-improved-family-sharing-out-now, accessed on January 21, 2025.

[208]   Robin Valentine, "PC gaming's many launchers, reviewed for 2024: Steam still puts the rest to shame," *PC Gamer*, January 30, 2024, available at https://www.pcgamer.com/pc-gamings-many-launchers-reviewed-for-2024-steam-still-puts-the-rest-to-shame/, accessed on April 11, 2024 ("Steam still puts the rest to shame … The biggest and still the best, Steam offers both the widest

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

105. The recognized success, described above, of Valve's innovations has also spurred other industry participants to innovate and improve the quality of their products and platforms. Some examples include:

   a. Wallets added by GOG (August 2016), EGS (September 2021), and Ubisoft (March 2021).[209]

---

range of games and the best suite of features of any of the available launchers … [S]eeing how much others struggle to match Steam's functionality and breadth of choice certainly brings home what a remarkable thing Valve has achieved."); Jordan Minor, "Epic Games Store Review," *PCMag*, July 20, 2023, available at https://www.pcmag.com/reviews/epic-games-store-for-pc, accessed on January 14, 2025 ("The Epic Games Store can't overcome the gulf in premium features Steam has built up throughout the years, especially since it has slowly taken months for Epic to implement basic features it arguably should have had from the start. Is the Epic Games Store a serviceable store for buying a growing library of DRM-free PC games? Sure. Is it a helpful resource for Unreal Engine developers? Absolutely. But is it epic? Not quite."); Christopher Livingston, "The Discord Store is a carefully curated shop, but could use a few more features," *PC Gamer*, October 19, 2018, available at https://www.pcgamer.com/the-discord-store-is-a-carefully-curated-shop-but-could-use-a-few-more-features/, accessed on January 14, 2025 ("As a storefront, the Discord Store has a cleaner presentation than Steam, although that can be chalked up mostly to the limited selection and a general lack of features. There are no user reviews, so you can't see what other Discord members think of the games, just a Metacritic score (most games available are scored above 70)."). Discord replaced its storefront in 2019 with the Nitro games catalogue, a multi-game subscription service, and began requiring direct game purchases to be made through developers' own Discord servers. See Nelly, "Empowering Developers with Community and Commerce," *Medium*, March 14, 2019, available at https://medium.com/discord-engineering/empowering-developers-with-community-and-commerce-68d9c0712662, accessed on January 14, 2025 ("[W]e've decided to replace the store tab with our Nitro games catalogue. For players, finding and buying games now happens through servers."). Similar articles note that GOG is "not as feature-rich as Steam" and has "a long, long way to go before it comes anything close to Steam," that the Microsoft Store "looks more beautiful, but Steam is more functional and has better gaming-centric features," and that the EA App (the successor to EA's Origin platform) "is bland, featureless, and wholly forgettable." See Bill Thomas, "Steam vs GOG vs GreenManGaming: which is best for PC gamers?" *TechRadar*, June 12, 2018, available at https://www.techradar.com/news/steam-vs-gog-vs-greenmangaming-which-is-best-for-pc-gamers, accessed on October 23, 2023; Dave Thier, "Could GOG Galaxy Be The First Real Competition For Steam?" *Forbes*, May 5, 2015, available at https://www.forbes.com/sites/davidthier/2015/05/05/could-gog-galaxy-be-the-first-real-competition-for-steam/, accessed on January 14, 2025; Gaurav Bidasaria, "Microsoft Store vs Steam: What You Need to Know," *TechWiser*, March 19, 2023, available at https://techwiser.com/microsoft-store-vs-steam-comparison/, accessed on January 14, 2025; Alice O'Connor, "The new EA app replacing Origin is still a launcher you'll only ever use when forced to," *Rock Paper Shotgun*, October 7, 2022, available at https://www.rockpapershotgun.com/the-new-ea-app-replacing-origin-is-still-a-launcher-youll-only-ever-use-when-forced-to, accessed on April 19, 2024.

209   Andy Chalk, "GOG launches a new, DRM-free payment system called GOG Wallet," *PC Gamer*, August 30, 2016, available at https://www.pcgamer.com/gog-launches-a-new-drm-free-payment-system-called-gog-wallet/, accessed on January 20, 2025 ("It's a lot like the Steam Wallet, except it's on GOG … GOG has rolled out a new, "highly-requested quality of life feature" called GOG Wallet."); Epic Games, "New Epic Games Wallet Payment Option Now Available in US & Canada," September 7, 2021, available at https://store.epicgames.com/en-US/news/new-epic-games-wallet-

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

b. Handheld PC gaming devices, such as ASUS's ROG Ally, MSI's Claw, and Lenovo's Legion Go.[210]

c. Epic Games Store's introduction of cloud save functionality for game save files, a wishlist feature, support for in-game achievements, a shopping cart, and support for game mods.[211]

---

payment-option-now-available-in-us-and-canada, accessed on January 20, 2025 ("Starting today players in the US and Canada will see a new **Epic Games wallet** payment option during checkout."); Ubisoft, "Level Up Your Ubisoft Store Experience With New Features and Benefits," March 18, 2021, available at https://news.ubisoft.com/en-us/article/5pjlmyXXXMgwtD6IFduh7i/level-up-your-ubisoft-store-experience-with-new-features-and-benefits, accessed on January 20, 2025 ("Plus, with the new Wallet and Wishlist features, you'll be able to make a list, get notified whenever there's a sale, and purchase them quickly, securely, and easily.").

[210] ASUS, "ASUS Republic of Gamers Unveils the ROG Ally," May 11, 2023, available at https://press.asus.com/news/press-releases/asus-republic-of-gamers-unveils-the-rog-ally/, accessed on January 24, 2025 ("ASUS Republic of Gamers (ROG) is proud to announce the launch of the ROG Ally, an incredibly powerful new Windows 11 gaming handheld."); MSI, "MSI Unveils World's First Gaming Handheld with Core™ Ultra at CES 2024," January 9, 2024, available at https://us.msi.com/news/detail/MSI-Unveils-World-s-First-Gaming-Handheld-with-Core--Ultra-at-CES-2024143060, accessed on January 24, 2025 ("MSI, a world-leading brand in gaming solutions, proudly presents its pioneering gaming handheld device, Claw, the first to be powered by the Intel Core™ Ultra Processor."); Lenovo, "Gaming on the Go: Lenovo Unveils a New Legion Gaming Handheld Device and Accessories that Untether PC Gaming," September 1, 2023, available at https://news.lenovo.com/pressroom/press-releases/legion-go-gaming-handheld-device-and-accessories/, accessed on January 24, 2025 ("Lenovo is unveiling the Lenovo Legion Go, the company's first Windows gaming handheld device, to give gamers more freedom to game however—and wherever—they want.").

[211] EGS launched in December 2018. See Epic Games, "The Epic Games store is now live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 14, 2025 ("The Epic Games store is now open"). At the time, EGS lacked a number of seemingly standard features that were present on Steam at the same time. For example, EGS did not support cloud saves until July 2019. See Andy Chalk, "The Epic Store is beginning to support cloud saves," *PC Gamer*, July 25, 2019, available at https://www.pcgamer.com/the-epic-store-is-beginning-to-support-cloud-saves/, accessed on January 15, 2025 ("Cloud saves have been planned for the Epic Store for a while. The functionality was originally scheduled to arrive by mid-June, but was pushed back to July on the EGS development roadmap back in May."). Moreover, wishlists did not arrive on EGS until March 2020, and achievements and mod support did not arrive on EGS until July 2020. See Epic Games, "Wishlists are here!" March 10, 2020, available at https://store.epicgames.com/en-US/news/wishlists-are-here, accessed on January 14, 2025 ("We just added the first version of Wishlists to the Epic Games Store!"); Wesley LeBlanc, "Epic Games Store Finally Gets Achievements and Mod Support," *IGN*, July 30, 2020, available at https://www.ign.com/articles/epic-games-store-finally-gets-achievements-and-mod-support, accessed on January 14, 2025 ("The Epic Games Store is finally getting achievements and mod support."); Jay Peters, "The Epic Games Store finally has a shopping cart," *The Verge*, December 9, 2021, available at https://www.theverge.com/2021/12/9/22826563/epic-games-store-shopping-cart, accessed on January 25, 2025 ("The Epic Games Store finally has a shopping cart, Epic announced Thursday, meaning you're now able to buy multiple games in a single transaction."). User reviews did not exist on EGS until June 2022, and even then, the user reviews were limited to

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

  d. Microsoft's launch of a "Steam-like browser overlay," the Microsoft Edge Game Assist feature, which offers an in-game web browser with shortcuts to contextual tips and guides for a selection of popular PC games, self-service refund system, and built-in mod support.[212]

  e. Sony's curated recommendation system and written review system.[213]

---

scores and multi-choice questions rather than the full text reviews users can leave on Steam. See Kyle Orland, "The best games on the Epic Games Store, as picked by players," *Ars Technica*, June 28, 2022, available at https://arstechnica.com/gaming/2022/06/epic-games-store-user-reviews-arrive-3-years-late-still-feel-half-baked/, accessed on January 16, 2025 ("Last week, Epic finally added a user review system to its PC Game Store, nearly 3.5 years after the service's initial launch … On Steam, users can add text to their thumbs-up/thumbs-down reviews, highlighting which specific elements they did or didn't like … With EGS, on the other hand, player-reviewers answer pre-populated survey questions about specific elements of the game, which are then distilled into descriptors that are listed alongside the user review score. Those descriptors are (so far) limited to extremely generic (and universally positive) sentiments about the game: 'amazing storytelling'; 'diverse characters'; 'obsessive gameplay'; 'great boss battles'; etc."). When the Epic Game Stores eventually introduced these features, industry sources compared these features with those available on Steam and other competitor platforms. See, e.g., Richard Wakeling, "The Epic Games Store Introduces Its First Achievements," *Gamespot*, July 30, 2020, available at https://www.gamespot.com/articles/the-epic-games-store-introduces-its-first-achievem/1100-6480341/, accessed on January 14, 2025 ("Slowly but surely, the Epic Games Store is attaining feature parity with its direct competitors."); Kyle Orland, "The best games on the Epic Games Store, as picked by players," *Ars Technica*, June 28, 2022, available at https://arstechnica.com/gaming/2022/06/epic-games-store-user-reviews-arrive-3-years-late-still-feel-half-baked/, accessed on January 16, 2025 ("The other main problem with the Epic Games Store's user reviews is their lack of specificity. On Steam, users can add text to their thumbs-up/thumbs-down reviews, highlighting which specific elements they did or didn't like.").

[212]   The Verge, "Microsoft's Steam-like browser overlay is now available on Windows 11," January 21, 2025, available at https://www.theverge.com/2025/1/21/24348858/microsoft-edge-game-assist-game-bar-browser, accessed on January 24, 2025; Sam Machkovech, "Xbox One, Windows 10 become more Steam-like with 'self-service refunds,'" *Ars Technica*, April 12, 2017, available at https://arstechnica.com/gaming/2017/04/xbox-one-windows-10-become-more-steam-like-with-self-service-refunds/, accessed on January 24, 2025 ("Xbox One is officially the first video game console to support digital purchase refunds by default … Microsoft's self-service refunds work much like returns do on PC game-download service Steam. Shoppers have up to 14 days after purchasing a game or app to request a refund, and that will only work if the software in question has not been used for more than two hours while owned. … This Steam-like policy is more generous than that of the Google Play Store, which only permits refunds of software that has been installed within the past two hours."); Max Moeller, "This New Xbox Feature Targets Steam – But What Does It Mean for the PS5?," *CCN*, September 23, 2020, available at https://www.ccn.com/this-new-xbox-feature-targets-steam-but-what-does-it-mean-for-the-ps5/, accessed on January 24, 2025 ("Xbox Game Pass has been available on Windows for some time. … It's often assumed this platform will compete against Steam, considering it has games, achievements, friends lists, and integrated streamer support. Now, Xbox looks to be adding mod support too. … this is Microsoft's first step in taking aim at Valve's ubiquitous Steam storefront. Steam has a massive advantage over other PC gaming platforms thanks to its built-in mod support via the Workshop.").

[213]   Hope Corrigan, "PlayStation Store Now Has Steam-Like Curated Playlists," *IGN*, June 2, 2017, available at https://www.ign.com/articles/2017/05/24/playstation-store-now-has-steam-like-

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

106. In a substantial recent development for the industry, Epic Games followed Valve's lead and introduced features allowing developers to self-publish on the Epic Games Store in March 2023.[214] At the time of introduction, Epic Games CEO Tim Sweeney acknowledged that these self-publishing tools will make the Epic Games Store more competitive with Steam and remarked on how the number of games released per year on Steam skyrocketed after the introduction of Steam Direct, suggesting that Valve's innovations spurred Epic Games to action on self-publishing.[215] The Epic Games Stores is not the only other platform to follow Valve's lead and allow developers to self-publish their games. Previously, Sony Computer Entertainment and Microsoft also announced that they would allow developers to self-publish games on PlayStation 4 and Xbox One in 2013. These policies followed Valve's announcement of Steam Greenlight, a self-publishing service based on community popularity, in 2012.[216]

107. These examples of competitive responses illustrate how Valve's innovations have had additional effects on value-creation through competitive pressure. By innovating and offering higher quality services, Steam has spurred its

---

curated-playlists, accessed on January 24, 2025 ("Sony has launched a new recommendation system on the PlayStation store. Dubbed The Creators, the new feature is similar to Steam's curator recommendations in that it displays recommended games, only in this version the suggestions come from developers rather than influencers."); Zarmena Khan, "PS Store Testing New Game Review System," *PlayStation Lifestyle*, August 9, 2024, available at https://www.playstationlifestyle.net/2024/08/09/ps-store-adding-steam-like-written-reviews/, accessed on January 22, 2025 ("Sony is testing a Steam-like system for written reviews on the PS Store.").

[214] Epic Games, "Epic Games Store Launches Self-Publishing Tools for Game Developers and Publishers," March 9, 2023, available at https://store.epicgames.com/en-US/news/epic-games-store-launches-self-publishing-tools-for-game-developers-and-publishers, accessed on January 14, 2025 ("Today we're launching self-publishing on the Epic Games Store.").

[215] Dean Takakashi, "Epic Games Store Launches Self-publishing Tools for Game Devs and Publishers," *VentureBeat*, March 9, 2023, available at https://venturebeat.com/games/epic-games-store-launches-self-publishing-tools-for-game-devs-and-publishers/, accessed on January 20, 2025 ("Sweeney said he believes that tools will make the Epic Games Store more competitive than its rival Steam, which has about twice as many users and enabled self-publishing years ago, first with Steam Greenlight and then with its replacement Steam Direct. When Steam enabled self-publishing in 2017, the number of games released per year on Valve's service skyrocketed, Sweeney said.").

[216] Jeffrey Grubb, "Sony will allow indie devs to publish their own games on PlayStation 4," *VentureBeat*, June 10, 2013, available at https://venturebeat.com/games/sony-will-allow-indie-devs-to-publish-their-own-games-on-playstation-4/, accessed on January 13, 2025 ("Sony will allow indie developers to self-publish on its next-generation console."); Stephanie Mlot, "Xbox One to Support Indie Game Self-Publishing," *PCMag*, July 24, 2013, available at https://www.pcmag.com/news/xbox-one-to-support-indie-game-self-publishing, accessed on January 23, 2025 ("Microsoft will embrace another change: allowing independent studios to distribute games without a publishing partner.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

competitors to up their game and offer quality improvements themselves, creating additional welfare gains.

108. Valve is also vulnerable to competitive threat from its rivals, who are also innovating and jockeying to capture larger shares of consumers' attention and spending.[217] In Section 3.6, I explain that there has been entry by many video game platforms that compete with Steam. Although Valve operates an innovative and popular platform, Steam is not immune to being late to develop new features that prove to be popular. The following examples illustrate how Valve has at times been forced to play catchup with respect to competitive moves by its rivals:

a. Steam Broadcasting (2014) is Valve's service allowing users to livestream their video game playing over the internet for others to watch in real time. This service was released three years after the launch of Twitch, however, which became, and remains, the largest game streaming platform.[218]

b. Steam's refund policy (2015) was launched later than EA's, which had been in place since 2013.[219]

c. Steam Chat (2018) is Valve's updated chat function on Steam. The update is considered a response to Discord, a chat application that launched in 2015 and is used in gaming, which surpassed the previous chat function on Steam in popularity and features.[220]

---

[217] The economics literature recognizes that firms can gain short-term increases in market share, even within competitive markets, by being the first to introduce a new product valued by consumers; *see* Petrin (2002), pp. 705–706 ("Firms … usually seek[] the transitory market power associated with being the first mover.").

[218] Tyler Wilde, "Steam Broadcasting works great, but Twitch isn't threatened yet," *PC Gamer*, December 2, 2014, available at https://www.pcgamer.com/steam-broadcasting-works-great-but-twitch-isnt-threatened-yet/, accessed on January 18, 2025 ("I'm not even sure Valve is gunning for the current leader in livestreaming, and after playing with the beta release today, I don't think it's any competition yet … But Twitch has a huge audience, too. There are over 69,000 people watching League of Legends as I write, with one stream alone drawing over 24,000 of them. Over on Steam, the biggest Dota 2 stream at the time of writing has 179 viewers. Most have none. So, this isn't a magic bullet, and it's going to take time for Steam Broadcasting to grow."); Mitch Reames, "10 years of Twitch: Looking back on the top games," *Nerd Street*, June 7, 2021, available at https://nerdstreet.com/news/2021/6/twitch-10-year-anniversary-top-games-by-year, accessed on January 20, 2025 ("On June 6, 2011, Justin.tv launched TwitchTV.").

[219] Kyle Orland, "Valve begins offering refunds for all Steam games," Ars Technica, June 2, 2015, available at https://arstechnica.com/gaming/2015/06/valve-begins-offering-refunds-forall-steam-games, accessed on April 19, 2024 ("EA started offering a seven-day refund window for games it published on its Origin service nearly two years ago.").

[220] Sean Buckley, "Valve just launched Steam Chat, a built-in answer to Discord," *CNET*, July 24, 2018, available at https://www.cnet.com/tech/gaming/valve-just-launched-steam-chat-a-built-in-answer-to-discord/, accessed on January 18, 2025 ("There was a time when Steam's built-in chat platform was one of the easiest ways to talk to your friends about games. It had voice chat and was natively integrated into the biggest PC gaming distribution service. It did exactly what gamers

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

d. Valve Index (2019) is Valve's entry in the virtual reality gaming headset space. Several competitors released headsets earlier, including Samsung Gear VR in 2015, Oculus Rift in 2016, PlayStation VR in 2016, and Microsoft HoloLens in 2016.[221]

e. The Steam Deck (2022) has given consumers a more flexible and portable way to play games.[222] Valve did not release the Steam Deck until 5 years after the Nintendo pioneered its hybrid/handheld model with the Switch.[223]

109.  In addition to incentivizing its competitors to innovate and improve services, Valve's innovations have at times benefited its competitors. For example, Valve's actions that lowered barriers to entry for developers, discussed in the previous section, have resulted in a significant expansion in the number and

---

needed of it, but little else. But online chat communities evolved, and Steam's default chat client didn't. Soon, Discord ate Valve's lunch. Now the PC gaming platform is striking back. On Tuesday, Valve launched Steam Chat, a major overhaul of the platform's built-in chat client. And -- surprise! -- it's a lot like Discord."); Tom Marks, "One year after its launch, Discord is the best VoIP service available," *PC Gamer*, May 13, 2016 available at https://www.pcgamer.com/one-year-after-its-launch-discord-is-the-best-voip-service-available/, accessed on January 24, 2025 ("One year ago today [May 13, 2016], Discord launched as a free VoIP service.").

[221]  Whitson Gordon, "Valve's Index VR Headset Revealed," *IGN*, April 30, 2019, available at https://www.ign.com/articles/2019/04/30/valves-index-vr-headset-revealed, accessed on January 22, 2025 ("Today [April 30, 2019], Valve is announcing its own headset, the Valve Index."); Samsung, "Samsung and Oculus Introduce the First Consumer Version of Gear VR," September 25, 2015, available at https://news.samsung.com/global/samsung-and-oculus-introduce-the-first-consumer-version-of-gear-vr, accessed on January 22, 2025 ("Samsung Electronics announced its first Gear VR device aimed to consumers, extending its leadership in the wearables category."); Lisa Eadicicco, "Review: Oculus Rift Is Expensive, Complicated, and Totally Wonderful," *Time*, March 28, 2016, available at https://time.com/4272506/oculus-rift-review/, accessed on January 22, 2025 ("I experienced all of this after donning the Oculus Rift, the much-written about, much-anticipated virtual reality headset that began shipping to customers March 28 [2016]."); Lisa Eadicicco, "Everything to Know About Sony's PlayStation VR Headset," *Time*, March 16, 2016, available at https://time.com/4261056/sony-playstation-vr-release-date-specs-headset-games/, accessed on January 22, 2025 ("The PlayStation VR will launch in October of this year [2016] for $399."); Microsoft, "Microsoft announces global expansion for HoloLens," October 12, 2016, available at https://news.microsoft.com/en-au/2016/10/12/microsoft-announces-global-expansion-for-hololens/, accessed on January 22, 2025 ("Today, Microsoft Corp. announced that Microsoft HoloLens, the world's first self-contained holographic computer, is now available for preorder.").

[222]  See, for example, ¶ 94.

[223]  The Switch was released on March 3, 2017 while the Steam Deck was released on February 25, 2022. See Brendan Graebar et al., "Nintendo Switch Release Date," *IGN*, March 9, 2017, available at https://www.ign.com/wikis/nintendo-switch/Nintendo_Switch_Release_Date, accessed on January 26, 2025 ("The Nintendo Switch was released simultaneously on March 3, 2017 in Japan, the US, Canada, 'major European countries,' Hong Kong, and other territories for $299.99 USD."); Matt Kim, "Steam Deck Gets an Official Release Date, First Units to Ship in February," *IGN*, January 26, 2022, available at https://www.ign.com/articles/steam-deck-release-date-shipping-date, accessed on January 26, 2025 ("Steam Deck will go on sale starting on February 25, with the first batch of handhelds set to ship on February 28.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

diversity of games that other platforms can offer to players, especially since Valve has not imposed exclusivity requirements for games to be distributed on Steam. As an example, Supergiant Games is an indie developer whose first game, *Bastion*, found success on Steam. When EGS launched, it secured timed platform exclusivity for some newly released titles, including Supergiant's *Hades* and Annapurna/A44's *Ashen*.[224] As this example illustrates, rival platforms can benefit from Valve's support of developers.

110. As I explain in the following section, competition between distributors and across the supply chain of the video game industry is vigorous and consistent with Valve engaging in procompetitive conduct.

## 3.6. The video game industry has been remarkably successful

111. In the last 20 years, the video game industry has experienced strong growth, abundant entry by both new developers and distributors, and expanded choice for consumers (as described above). These are all hallmarks of healthy competition in the industry and are consistent with Steam being a procompetitive force in the industry, helping to lower barriers to entry for developers and stimulating competition with its rivals by increasing the value that its platform provides to developers, publishers, and consumers.

112. The expansion of output is one standard way in economics to investigate whether conduct results in welfare improvements and procompetitive effects.[225] The video game industry has expanded at a fast rate since Steam was launched. According to a report from PwC, gaming is "among the fastest-growing large sectors in the [entertainment and media] universe, with revenue on track to top

---

[224] Epic Games Store exclusivity for these titles lasted one year, after which these titles were also listed on other platforms. Andy Chalk, "Epic Store exclusive Hades is headed to Steam in December," *PC Gamer*, August 22, 2019, available at https://www.pcgamer.com/epic-store-exclusive-hades-is-headed-to-steam-in-december/, accessed on January 24, 2025 ("Supergiant's new game Hades was a pretty big pickup for the Epic Games Store when it was revealed as a storefront launch exclusive in late 2018."); Christopher Livingston, "Ashen's Epic Store exclusivity ends, it's now on Steam and GOG," *PC Gamer*, December 9, 2019, available at https://www.pcgamer.com/ashens-epic-store-exclusivity-ends-now-on-steam-and-gog/, accessed on January 25, 2025 ("Ashen became one of the first Epic Games Store limited exclusives, along with Supergiant Games' RPG Hades, which pushed back its Steam release by a full year. That year has come and gone (somehow) and Ashen is now available on Steam and GOG.").

[225] U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, pp. 11–12 ("[P]rocompetitive effects [include] increased output or investment, higher wages or improved working conditions, greater innovation, higher quality, and lower prices. [Competitive] pressure can prompt current market participants to make investments, expand output, raise wages, increase product quality, lower product prices, or take other procompetitive actions.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.        Valve's procompetitive effects on the video game industry

US $300 billion in 2028—more than double its level in 2019."[226] Data from the report shows that the global video games revenue grew 45 percent from 2019 to 2023 while the entertainment and media market as a whole grew by only 18 percent.[227] Other data sources also show output expansion: Newzoo data indicate global revenues for the video game industry, including PC and console, grew by almost ▇ percent over the last 9 years (between 2015 and 2024).[228] These revenues include physical and digital distribution of full games, in-game transactions, in-game subscriptions, multi-game subscriptions, and cloud gaming revenues.

113.    Meanwhile, the increase in revenues in the video game industry does not show evidence of being driven by higher prices; instead, growth appears to be attributable to higher levels of engagement with content. Measures of engagement in the industry, including the number of video game users, the time spent by users playing video games, as well as the share of the population who use video games, suggest increased participation in the industry, both globally and in the U.S. For example:

- Statista data show that, between 2019 and 2023, the number of videogame users worldwide grew by ▇ percent.[229]
- During the same period, the amount of time the average U.S. user spent playing games or using a computer for leisure grew by 30 percent.[230]

---

[226]    Werner Ballhaus, Emmanuelle Rivet, Bart Spiegel, "Perspectives from the Global Entertainment & Media Outlook 2024–2028," *PwC*, July 16, 2024, available at https://www.pwc.com/gx/en/issues/business-model-reinvention/outlook/insights-and-perspectives.html, accessed on January 22, 2025.

[227]    Between 2019 and 2023, the value of the global entertainment and media market grew by 18 percent from $2.393 trillion to $2.825 trillion (($2.825 trillion − $2.393 trillion) / $2.393 trillion = 18 percent). The value of the global video game industry grew 45 percent from $246.1 billion to $278 billion ((($3.87 billion + $45.66 billion + $68.5 billion + $109.61 billion) − ($2.71 billion + $34.75 billion + $48.08 billion + $71.37 billion)) / ($2.71 billion + $34.75 billion + $48.08 billion + $71.37 billion) = 45 percent). See Werner Ballhaus, Emmanuelle Rivet, Bart Spiegel, "Perspectives from the Global Entertainment & Media Outlook 2024–2028," *PwC*, July 16, 2024, available at https://www.pwc.com/gx/en/issues/business-model-reinvention/outlook/insights-and-perspectives.html, accessed on January 22, 2025.

[228]    Workpaper 8. Consumer spending on Global PC and console comes from Newzoo's Global Games Market Report.

[229]    The data show ▇▇▇▇▇ video game users worldwide in 2019 and ▇▇▇▇ users in 2023 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. See J. Clement, "Number of video game users worldwide from 2019 to 2029 (in billions)," *Statista*, November 2024, available at https://www.statista.com/statistics/748044/number-video-gamers-world/, accessed on January 16, 2025. The data include "several different markets" including physically sold video games, mobile games, cloud gaming, and others.

[230]    The average U.S. civilian over the age of 15 spent 25.8 minutes playing games and using computer for leisure in 2019 and 33.6 minutes in 2023 ((33.6 minutes − 25.8 minutes) / 25.8 minutes) = 30 percent). See Bureau of Labor Statistics, "American Time Use Survey – 2019 Results," June 25,

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- The trend of higher engagement with video games predates 2019; a Nielsen analysis from 2017 shows that the share of gamers among the U.S. population grew steadily between 2012 and 2016, from 58 percent of the population to 64 percent.[231]

114. The increase in consumer participation in the industry has occurred hand in hand with abundant entry by firms in the industry. Steam was an early entrant into digital game distribution back in 2003, but—as Exhibit 2 illustrates—many other platforms have launched since Steam's entry (and some before). Moreover, the open nature of the PC ecosystem in which Steam operates means that barriers to entry are low for distributors. As a result, every game maker has many readily available distribution options. As discussed in the previous section, Valve's history of innovation with Steam encouraged some of these entrants (such as GOG, EGS, PlayStation, and Xbox) to adopt features already popular on Steam in order to compete.

---

2020, available at https://www.bls.gov/news.release/archives/atus_06252020.pdf, accessed on January 22, 2025, Table 11A; Bureau of Labor Statistics, "Table 11A. Time spent in leisure and sports activities for the civilian population by selected characteristics, averages per day, 2023 annual averages," June 27, 2024, available at https://www.bls.gov/news.release/atus.t11A.htm, accessed on January 22, 2025. The data are provided in average hours per day and include time spent on the computer both for playing games and for other leisure uses.

[231] Nielsen, "Games 360 U.S. Report: 2017," May 2017, available at https://www.nielsen.com/insights/2017/us-games-360-report-2017/, accessed on January 16, 2025. The Nielsen data provide the share of "gamers" among the U.S. population aged 13 or older in each year.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 2**

*Many video game platforms have launched in the last 20 years*



*Source: Appendix B*

Note:  Platform launch dates are compiled from public press research.

115. The number of active developers in the industry has also increased, with particular growth in the indie developer segment. As one article puts it:

> "The gaming landscape has witnessed a remarkable surge in independent game studios in recent years, ushering in a fresh wave of innovation, creativity and a unique gaming perspective."[232]

116. Data on developers on Steam reflect vibrant participation in game development, as well as growth: in 2015, games and additional content from 3,119 publishers were sold on Steam, while by 2022 this number had grown to 28,389.[233]

117. This expansion on the developer side has meant a large expansion in choice of content for consumers. In 2024, 18,996 games were released on Steam, a 32.8 percent increase compared to the 14,306 games released on Steam in 2023. Over the five-year period of 2020 through 2024, a total of 66,667 titles were

---

[232] Jules Herd, "The Global Surge of Independent Games Development Studios," *Forbes*, August 21, 2023, available at https://www.forbes.com/councils/forbesagencycouncil/2023/08/21/the-global-surge-of-independent-games-development-studios/, accessed on January 20, 2025.

[233] These figures count the number of publishers with positive net revenues on Steam in each year, including from sales of full games and downloadable content, or from sales made through in-game transactions (including in-game transactions for free-to-play titles). Workpaper 9.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

released on Steam.[234] Today, over 90,000 games have a Steam storefront page.[235]

118. As the number of developers and titles grew, games became more differentiated. New entrants have forged new genres of play, evolved the playing experience of existing genres, and sometimes ported innovations from one genre to another. For example, *Stardew Valley*, which I discussed in Sections 2.2 and 3.4, is argued to be more engaging than previous titles in the same genre by offering regular challenges and objectives to players beyond the game's core goals.[236] Other developers have merged old and new gameplay mechanics, developing "rogue-like" spin-offs of existing genres, often focusing on difficulty and open-ended game design.[237] As examples, *Slay the Spire* carved out a new genre mix by combining "deckbuilding games, roguelikes, and dungeon crawlers," *Spelunky* gave a similar twist to platform/action games, and *Returnal* did something similar for shooter games.[238]

---

[234]   SteamDB, "Steam Game Releases by Month," available at https://steamdb.info/stats/releases/, accessed on January 10, 2025.

[235]   SteamDB, "Steam," available at https://steamdb.info/instantsearch/, accessed on January 10, 2025. I only considered games with release dates up to and including 2024.

[236]   Susan Arendt, "Call of Dew-ty: How Stardew Valley converts shooter fans into farmers," *GamesRadar+*, May 4, 2017, available at https://www.gamesradar.com/call-of-dew-ty-how-stardew-valley-converts-shooter-fans-into-farmers/, accessed on January 20, 2025 ("[I]t does get to be a bit boringly rote by your second year on the farm. That's where Harvest Moon typically loses anyone unwilling (or unable) to put in the effort to crack through its charming facade to get at the meaty innards, but Stardew Valley ... feeds you a steady diet of challenges and objectives, both secret and overt, to give you plenty of things to focus on while you're waiting for your strawberries to sprout. Many, many things will have your attention at once in Stardew Valley, but none of them are absolutely necessary to chase down, making the experience immensely customizable.").

[237]   K. Thor Jensen, "How Rogue Spawned the Notoriously Difficult 'Roguelike' Game Genre," *PCMag*, October 20, 2020, available at https://www.pcmag.com/news/how-rogue-spawned-the-notoriously-difficult-roguelike-game-genre, accessed on January 20, 2025 ("Developers at Chunsoft were inspired to take the basic roguelike mechanics and put a JRPG spin on them with the Mysterious Dungeon series ... In the early 2000s, roguelikes enjoyed a renaissance in popularity along with the rise of the indie game development movement. Action games like Spelunky and The Binding Of Isaac took the key philosophies of the genre.").

[238]   Tom Marks, "Slay the Spire Review," *IGN*, July 12, 2024, available at https://www.ign.com/articles/2019/01/25/slay-the-spire-review, accessed on January 20, 2025 ("Slay the Spire takes some of the best parts of deckbuilding games, roguelikes, and dungeon crawlers and mixes them into a wholly new and extremely satisfying package ... It's an idea so good that it's inspired a dozen games like it before it even left early access."); Graham Smith, "Spelunky Review," *PC Gamer*, September 9, 2013, available at https://www.pcgamer.com/spelunky-review/, accessed on January 25, 2025 ("When the free version of Spelunky was released in 2009, it was one of the first indie games to take the tenets of roguelikes – random level generation, extreme difficulty, permadeath – and dust off the genre to make it accessible. It does that not by being any more forgiving than its inspirations, but by combining those elements with the controls and cuteness of a 2D platformer."); Mitchell Saltzman, "Returnal Review," *IGN*, March 9, 2022, available at https://www.ign.com/articles/returnal-review, accessed on January 20, 2025 ("... a

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

119. The economics literature recognizes that the expansion of products available to consumers can enhance consumer welfare. A larger and more diverse set of products allows consumers with more heterogeneous preferences to find better matches among available products. In addition, entry by new products will tend to intensify competition among producers of the incumbent products, as they compete to hold on to customer demand.[239] Based on the literature, one can expect that the successful entry of new and differentiated games, like those described above, not only benefits the users who consumed those games, but also benefits other consumers as developers compete more intensely in response.

120. Consistent with increased competition across all levels of the supply chain, video game prices have decreased, on average, since Steam launched. I analyze average *real* price of games transacted on Steam over time since 2004: I control for inflation, pegging prices to the 2022 level, such that changes in prices reflect only changes specific to these products and not to the economy-wide price level since 2004. For example, if inflation from one year to the next was 2 percent and nominal prices for games on Steam also went up by 2 percent that year, then the average real price would be the same in both years. I find that, in terms of the 2022 price level, relative to the average price in 2004 of ▮ the average real price fell to ▮ by 2007, and was below ▮ by 2022.[240] My analysis excludes downloads for free-to-play and fully free games, which also have the effect of reducing the average upfront price paid for games (as I discuss in Section 3.3).

121. This decline in prices has been driven in part by the entry of games at lower price points, made possible by the reduction in distribution costs associated with Steam and digital distribution, as explained in Section 3.3.[241] However, the

---

PS5-exclusive third-person shooter with an incredible sense of exploration and discovery, rich atmosphere on par with Dead Space or Metroid Prime, and shootouts that remain fresh and rewarding throughout the multiple playthroughs needed to beat its roguelike campaign.").

[239] Petrin (2002), p. 728 ("Consumers benefit from a greater breadth of choice in both the kind and quality of products over time. Firms are the driving force behind these improvements ... This source of economic growth can be seen in products ranging from automobiles and consumer electronics to health care ... My results suggest that overall gains from the introduction of the minivan were large and that consumer benefits far outweighed the costs of development and the profits obtained by the innovator. Consumer benefits were distributed across households in a nonrandom way, and almost half of these benefits came from increased price competition and accrued to non−minivan purchasers.").

[240] Workpaper 10. Average transacted prices include transactions for packages on Steam containing at least one Game app and exclude packages with a base price of zero. Average transacted prices are adjusted to December 2022 dollars using the CPI-U measure from the U.S. Bureau of Labor Statistics (BLS).

[241] The average inflation-adjusted release price of a video game in the United States in 2006 was ▮, compared with the much lower ▮ in 2022, a remarkable drop of ▮ percent; the average inflation-adjusted release price in 2005, the first year of data, was ▮, but calculated

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

prices of AAA games have also generally declined in real terms: even though nominal prices have remained fixed at $59.99 for many years, adjustments for inflation translate to sizeable reductions of price in real terms.[242]

122. The growth of the video game industry over the years, the introduction of new platforms (and their continued expansion and improvements to their quality discussed in Section 3.5), the increase in the number of developers both in the industry and on Steam, and the reduction in the average price of video games since Steam launched, all point to a dynamic and healthy competitive environment.

123. Despite the video game industry's decades of strong growth, it has experienced a recent downturn in revenues and increase in layoffs over the past two to three years. Industry commentary attributes this downturn, in part, to a correction after exceptional growth in hours and spending by consumers on gaming during the COVID-19 pandemic.[243] Such cycles are normal for industries to

---

from fewer than 10 release prices in the data that year compared to 46 in 2006, while the measures were ███, ███, ███ in 2007, 2008, and 2009, respectively, all calculated for more than 100 releases in each of these years; see Workpaper 11. To make game purchases as comparable as possible across years, I do not include sales of bundles that include more than one game, and require the transactions analyzed involved purchase of a game.

[242] The $59.99 price point for AAA games was established in 2005, coinciding with the launch of the PlayStation 3 and Xbox 360 consoles, equivalent to approximately $81 in 2020 dollars. See U.S. Bureau of Labor Statistics, "CPI Inflation Calculator," available at https://www.bls.gov/data/inflation_calculator.htm, accessed on January 24, 2025 (I calculate the conversion of $59.99 from January 2005 dollars to January 2020 dollars, which is $81.15). In 2020, nominal prices for some AAA titles increased to $69.99, still below the prices from 2005 in real terms. Dustin Bailey, "Looks like next-gen games are going to cost $70 USD," *PCGamesN*, July 2, 2020, available at https://www.pcgamesn.com/next-gen-game-prices, accessed on January 20, 2025 ("Major triple-A games have been priced around $59.99 USD since 2005, and despite rising development costs and the inexorable march of inflation, it's taken 15 years for even an inkling of a price increase. NBA 2K21 has been confirmed at a $70 price tag on next-gen consoles"); Christopher Dring, "IDG: Other publishers are considering raising game prices for PS5 and Xbox Series X," *GamesIndustry.biz*, July 2, 2020, available at https://www.gamesindustry.biz/idg-other-publishers-are-considering-raising-game-prices-for-ps5-and-xbox-series-x, accessed on January 10, 2025 ("IDG [Consulting] President and CEO Yoshio Osaki says … 'The last time that next-gen launch software pricing went up was in 2005 and 2006, when it went from $49.99 to $59.99 at the start of the Xbox 360 and PS3 generation,' he says. … Osaki says that next-gen console game production costs have increased by 200% to 300%, depending on the IP, studio and genre, but the prices have remained at $59.99. … 'Even with the increase to $69.99 for next-gen, that price increase from 2005 to 2020 next-gen is only up 17%, far lower than the other comparisons. While the cost of development and publishing have gone up, and pricing in other entertainment verticals has also gone up substantially, next-gen software pricing has not reflected these increases. $59.99 to $69.99 does not even cover these other cost increases completely, but does move it more in the proper direction.'").

[243] Tim Bradshaw, "Game over? Industry suffers slowdown after decades-long winning streak," *Financial Times*, February 17, 2024, available at https://www.ft.com/content/cc6bd66c-6341-4367-85cc-86d274102378, accessed on January 21, 2025 ("The $200bn video games industry is reckoning with its biggest slowdown in 30 years, … Hardware sales are slowing, … Consumer

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

experience at different times. In the case of the video game industry, some segments may have experienced greater challenges than others, particularly AAA games, for which high production costs necessitate high sales to break even.[244] Though exits can become accelerated while on the downswing of a cycle, as appears to have been the case recently for developers in both the indie and AAA segments, the churn of industry participants is a sign of healthy competition.[245]

124.    Through the changes documented in this section, two points stand out:

- First, there has been substantial growth in the number of games that are downloaded on Steam, with the proliferation of a large and diverse

---

spending on mobile gaming declined last year, … The sense of crisis across the games sector is in sharp contrast to growth achieved during the Covid-19 pandemic, which allowed many locked-down consumers to spend their excess time and money on games.)"; Sarah Parvini, "The video game industry boomed during the pandemic. Now thousands are being laid off," *Los Angeles Times*, November 20, 2023, available at https://www.latimes.com/entertainment-arts/business/story/2023-11-20/video-game-industry-layoffs, accessed on January 21, 2025 ("The game industry has corrected its course over the last year following breakneck growth, experts say, as publishers and developers adjust to post-pandemic demands, rising production costs and growing competition in the industry.").

[244]    Sarah Parvini, "The video game industry boomed during the pandemic. Now thousands are being laid off," *Los Angeles Times*, November 20, 2023, available at https://www.latimes.com/entertainment-arts/business/story/2023-11-20/video-game-industry-layoffs, accessed on January 21, 2025 ("'Games are now longer than ever. They're, in many cases, these 100-hour-plus epics,' said Satvat. … The increased cost of development means there's more of a boom-bust cycle than before, he added, with greater pressure on every game release 'for people to make it, and if they don't, there's consequences.'"); Amelia Zolner, "Major Publishers Report AAA Franchises Can Cost Over a Billion to Make," *IGN*, April 28, 2023, available at https://www.ign.com/articles/major-publishers-report-aaa-franchises-can-cost-over-a-billion-to-make, accessed on January 23, 2025 ("AAA games that are greenlit now with potential releases in 2024 or 2025 typically receive development budgets of $200 million or higher — Call of Duty has already surpassed $300 million in development costs alone, and the next Grand Theft Auto title will likely require a development budget of $250 million or more. When considering marketing costs, this number can jump to over $1 billion across a franchise, with one large studio reporting that a major franchise's development cost $660 million and marketing cost nearly $550 million.").

[245]    Megan Farokhmanesh, "2024 Was the Year the Bottom Fell Out of the Games Industry," *Wired*, December 20, 2024, available at https://www.wired.com/story/2024-was-the-year-the-bottom-fell-out-of-the-games-industry/, accessed on January 21, 2025 ("As the industry faltered, games suffered. High-profile releases like Suicide Squad: Kill the Justice League were commercial failures. … Ball says that the blame for all of this can't be pinned to a single thing, like capitalism, mismanagement, Covid-19, or even interest rates. It also involves development costs, how studios are staffed, consumers' spending habits, and game pricing. 'This storm is so brutal,' he says, 'because it is all of these things at once, and none have really alleviated since the layoffs began.' For indie developers, specifically, the threat to their existence has been substantial. Dozens of small studios shuttered in 2024, though it's difficult to get a full picture of how many indie studios the industry lost, as they're more likely to shut down quietly and without much fanfare—or before many players even know they exist. … Even studios owned by tech juggernauts weren't immune to the industry's contraction. Microsoft shuttered Arkane Austin and Tango Gameworks; Sony shut down Firewalk.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

pool of game developers who are creating content hosted on Steam.

- Second, and largely simultaneously, Valve experienced the emergence and strengthening of competing distributors, including many digital platforms.

125. As I explained in Section 3.4, innovations made by Valve through investments it made in Steam contributed to the expansion of these complements and substitutes to its platform. These developments occurred in an industry that shows ebbs and flows in earnings, churn of competitors at different segments of the supply chain, and potential rewards to firms that innovate and deliver new products valued by consumers—in other words, a highly competitive industry.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# 4.    PROCOMPETITIVE EFFECTS OF THE ALLEGED CONDUCT

## 4.1. The academic literature finds that measures to address free-riding can have procompetitive effects

126.    As discussed in Section 3.1, when firms work together to provide a service or make a product, there can be situations in which their incentives are not well-aligned. In particular, incentive misalignment may cause one or both parties to engage in free-riding, i.e., one party benefits from the other party's costly effort or investment that increases the value of the relationship, but chooses to underinvest in preserving or contributing to the value of the relationship. The economic literature predicts that when free-riding issues are present, measures that mitigate free-riding can have procompetitive effects.[246]

127.    One type of free-riding that is relevant for the assessment of the at-issue conduct in this litigation is that of "showrooming." Showrooming occurs when sellers use one channel to advertise their products to consumers and gain visibility and awareness, and then divert consumers to other channels, including potentially their own, to make purchases.[247] This diversion is typically achieved by setting less attractive terms, for example higher prices, on the showrooming channel.[248]

128.    In the specific case of *platform* showrooming, sellers may take advantage of the platform's large consumer audience and high-quality features—such as product search and discovery capabilities and customer reviews—to gain visibility and inform consumers about their products' features. Sellers may then make offers on the showroom platform less attractive than those on other channels, such as direct-to-consumer sales or platforms that charge lower fees and provide lower quality platform services (such as less useful search and discovery). For example, a former Wolfire employee testified that he several times discovered

---

[246]    See, for example, Milgrom and Roberts (1992), p. 39 ("Resale price maintenance—the practice by manufacturers of limiting contractually the rights of distributors and retailers to set prices— … may be efficiency promoting. … Adherents of this approach might argue that, without resale price maintenance, discounters would free-ride off the service and customer education provided by other dealers, relying on them to provide product support but then grabbing the sales for themselves. This would drive the amount of such support below efficient levels.").

[247]    Amit Mehra, Subodha Kumar, and Jagmohan S. Raju, "Competitive Strategies for Brick-and-Mortar Stores to Counter 'Showrooming,'" *Management Science*, 64(7), 2018, pp. 3076–3090 at p. 3076 ("Customers often evaluate products at brick-and-mortar stores to identify their 'best-fit' product but buy it for a lower price at a competing online retailer. This free-riding behavior by customers is referred to as "showrooming" and we show that this is detrimental to the profits of the brick-and-mortar stores.").

[248]    Jonathan B. Baker and Fiona Scott Morton, "Antitrust Enforcement Against Platform MFNs," *The Yale Law Journal*, 127(8), 2017, pp. 2176–2202 at p. 2184 ("[Consumers] will search for rooms on an [online travel agency ("OTA")] that facilitates searching and comparison among many hotels, but book through the hotel site or a rival OTA that offers a lower price").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

games on Steam but then purchased them on itch.io.[249] This allows sellers to benefit from all the showrooming services and potentially earn more revenue than they do when a sale goes through the high-quality showrooming platform.

> "[W]ithout protective measures such as MFN clauses, suppliers may use online platforms to attract customers yet subsequently switch demand to their direct or other sales channels by reducing prices. Thus, customers might use the platform in order to get information about the product or services and then subsequently finalize the transaction on the supplier's website or through other channels at a lower price."[250]

129. As this quote highlights, "protective measures" can play an important role in preventing free-riding on the platform's marketing services. While MFNs are one example of a protective measure, there are other measures, potentially much less formal or restrictive, that a business may use to try to incentivize behavior by its users that will protect the value of its investments. A firm may, for example, point out instances of opportunistic behavior to a partner and try to get their buy-in to behave in a way that protects the overall value of the relationship.[251] These examples are not meant to cover all approaches available to achieve incentive alignment, simply to illustrate that there is a range of approaches that vary in formality.

130. Free-riding by offering less favorable terms for products on the showrooming platform also has important effects on the value of the brand for that platform. Consumers that compare offers across channels will observe these differences and come to think of the showrooming platform as not offering competitive offers on products. Consumers may also learn about the offer differences after making a purchase on the high-value platform, leading to feelings of regret about having purchased the product at unfavorable terms, such as higher prices

---

[249] Deposition of Merlyn Morgan-Graham, November 15, 2023, pp. 140–145 ("Q. And it says: 'Saw your Steam sale, Googled [itch.io] ▮▮▮▮, and bought here.' So what – what's the meaning of that? A. I meant that I -- okay. That means that I saw that there was some sort of sale that was happening on Steam for the game, and that's -- I wanted to find out if it was available on Itch to purchase, and I purchased it on here. Q. Okay. And why did you do that? A. I wanted to purchase it on here because I wanted to purchase it at a full price or whatever price they thought was reasonable and give them as big a cut of that money as possible. Q. When you say 'them,' who do you mean? A. The developer of ▮▮▮▮ ... Q. Have you done this with other games where you've found out about them on Steam and gone somewhere else to purchase them? A. I can't remember which ones specifically, but it does seem like something I do pretty commonly, yes. ... I usually do it when I remember to. So most of the time. When I can.").

[250] Margherita Colangelo, "Competition Law and Most Favoured Nation Clauses in Online Markets," in New Developments in Competition Law and Economics, ed. Klaus Mathis and Avishalom Tor (Switzerland AG: Springer International Publishing, 2019) pp. 295–317 at p. 299.

[251] Milgrom and Roberts (1992), p. 31 ("Parties involved in a long, close relationship with frequent interactions have many opportunities to grant or withhold favors to one another. The ability to reward faithful partners and punish unfaithful ones in a long-term relationship greatly reduces the need for any kind of formal mechanism to enforce agreements between them. ... The cost savings that result can be considerable.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

or degraded quality. The academic literature has studied how regret purchases can reduce customers' satisfaction with a retailer and harm the value of its brand, leading to a negative impact on re-purchases from the retailer and higher likelihood of switching to other options for future purchases.[252]

131.  Platforms that anticipate being subject to this type of free-riding, that harms their brand and reduces the return on any investments they make in the quality of the platform, have weaker incentives to invest in quality.[253] The economic literature widely recognizes that measures that prevent free-riding may generate stronger incentives to invest, leading to more vigorous competition on quality and improved quality for consumers.[254]

132.  Free-riding poses a challenge to Valve. Steam provides two valuable services to users that are particularly subject to free-riding by publishers: one is its game visibility/marketing and research capabilities (I will call these marketing services), and the other is the quality of experience that Steam provides to its users for the games hosted on Steam (I will call these platform services). In the rest of this section, I explain that the alleged conduct in this litigation is consistent with addressing these free-riding issues.

## 4.2. Steam keys have procompetitive benefits but require a careful approach by Valve to protect itself from free-riding

133.  Steam keys are one of Valve's publisher-facing innovations for distributing games. Steam keys are alphanumeric codes that can be redeemed on Steam,

---

[252]  My Bui, Anjala S. Krishen, and Kenneth Bates, "Modeling Regret Effects on Consumer Post-Purchase Decisions," *European Journal of Marketing*, 45 (7/8), 2011, pp. 1068–1090 at p. 1069 ("Prior research has shown that regret has a direct and negative influence on customer satisfaction levels (Inman et al., 1997; Taylor and Schneider, 1998; Tsiros and Mittal, 2000), a direct and negative effect on repurchase intentions (Tsiros and Mittal, 2000), and a facilitative effect on promoting proactive coping strategies such as brand switching behavior (Zeelenberg and Pieters, 1999).").

[253]  Ariel Ezrachi, "The Competitive Effects of Parity Clauses on Online Commerce," *European Competition Journal*, 11(2-3), 2015, pp. 488–519 at pp. 491–492 ("In addition, when several PCWs [price comparison websites] operate downstream, a *horizontal externality* may emerge, since online platforms may free-ride on one another's investment in promotion and demand-enhancing features. This externality may again dis-incentivise an online platform from investing in features which do not tie the user to the platform, such as providing customer recommendations, instructions, tips, currency converter, ... maps, and other information. These effects subsequently undermine the PCW's incentive to promote and advertise its suppliers' services and products online.").

[254]  Chengsi Wang and Julian Wright, "Search Platforms: Showrooming and Price Parity Clauses," *The RAND Journal of Economics*, 51(1), 2020, pp. 32–58 at p. 34 ("Allowing competing platforms to retain narrow-[price parity clauses] ensures the constraint implied by platform competition still applies, even though the constraint implied by showrooming is eliminated. This is good for consumers, provided platform competition is sufficiently effective and the viability of the platforms depends on eliminating showrooming.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

granting identical functionality to a game bought directly on the platform.[255] Valve gives Steam keys to publishers without charging them an additional fee, and publishers do not pay Valve a revenue share for sales of Steam keys.[256]

134. In their complaint, named Plaintiffs allege that Steam keys are one of the mechanisms through which Valve maintains its alleged monopoly because Valve can use the threat of restricting access to Steam keys to coerce publishers into actions that are not in their own interests and that harm competition.[257] Named Plaintiffs also allege that "Steam keys help Valve to lock publishers into the Steam Store, enforce Valve's anticompetitive PMFN, ensure sales for any given game remain higher on Steam than third-party stores, lock gamers into Steam rather than using other services, collect game pricing and sales information on other stores, and punish publishers who take any action perceived as against Valve's interests."[258] Finally, the Complaint points to the Steamworks Documentation on Steam keys which Plaintiffs allege "requires Developers to offer games on other stores at prices no lower than on Steam."[259]

135. Plaintiffs mischaracterize the role that Steam keys play in the competitive process. Overall, Steam keys are a feature with procompetitive benefits that expands the set of options and lowers the cost for publishers to market games flexibly, while giving them the visibility benefits of being on Steam (i.e., the marketing benefits) and providing access to the high-quality service from launching and playing games on Steam (i.e., the platform benefits). But having Steam keys without any restrictions also would result in an incentive for game publishers to use Steam keys to free-ride on Steam's platform and marketing services. To maximize the procompetitive benefits of the Steam keys program by limiting this source of free-riding, it makes economic sense for Valve to limit how Steam keys can be priced.

### 4.2.1. Steam keys have procompetitive benefits

136. Valve introduced Steam keys to overcome a challenge it faced in its early years of operation. When Steam first launched, physical video game retailers were the dominant means of distribution in terms of consumer spending on video

---

[255] Expert Report of Professor Joost Rietveld, February 8, 2024 ("Rietveld Class Certification Report"), ¶ 128 ("Steam Keys provided Valve a means of offering Steam-enabled games through other non-Steam channels as well"); Deposition of Eric Peterson, 30(b)(6) (Valve Corporation), November 15, 2023, p. 40 ("Steam Keys can be redeemed on Steam by customers and they receive the same bandwidth and services as customers who purchase a license on Steam.").

[256] I discuss the process by which publishers request Steam keys and Valve approves those requests in Section 4.2.2.

[257] Complaint, ¶ 17 ("Valve uses its control over Steam keys to coerce publishers into following its anticompetitive restrictions; it will restrict or cut off access to Steam keys for violations of its rules. Additionally, Valve limits the number of Steam keys it allows publishers to obtain and sell to ensure that Steam always has the highest volume of sales for a given game.").

[258] Complaint, ¶ 18.

[259] Complaint, ¶ 166.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

games, and Valve's fiercest competition for attracting publishers.[260] Compared with physical distribution, Valve offered publishers many benefits including lower fees, lower costs to handle inventory, the ability to deliver updates and patches to players, and opportunities for marketing and product visibility on the Steam Store. In addition to the procompetitive benefits discussed above, publishers also experienced increased flexibility in setting and changing prices by using Steam, benefitted from support in implementing updates, and managed the pairing of players for multiplayer gaming sessions, though this list is not exhaustive of Steam's benefits to publishers.[261]

137. However, in the early days of Steam, publishers still needed to be convinced of these benefits, and also needed to reach a large share of their consumers through sales made at brick-and-mortar stores. Steam keys could be sold in physical stores and allowed publishers to continue to reach consumers who shopped in physical stores, while providing those consumers with the opportunity to experience the benefits from launching and playing the game within the Steam environment.[262] Even today, physical distribution has some benefits for consumers, such as customer support from store employees that are able to explain the features of games. Steam keys continue to be a helpful tool that allow publishers to reach consumers who want to shop in physical stores, while providing the benefits of playing the games on the platform.

138. As the industry transitioned toward digital distribution, Valve continued to issue Steam keys to publishers and the flexibility the keys gave publishers

---

[260]  In total, from March 2004 (when consumers could first purchase games on Steam) through February 2006, consumers spent approximately ▮▮▮▮▮ on Steam. Over the same period, consumers spent approximately ▮▮▮▮▮ on physical games. See Workpaper 12.

[261]  In 2008, Steam released Steamworks, a set of tools and services for developers and publishers which included support for the implementation of multiplayer matchmaking. See Ryan Geddes, "Valve Opens Up Steamworks," *IGN*, January 29, 2008, available at https://www.ign.com/articles/2008/01/29/valve-opens-up-steamworks, accessed on January 26, 2025 ("Valve has released its suite of in-house publishing and development tools … Steamworks will be available for all PC games distributed via retail and Steam-like online platforms … Steamworks offers you all the multiplayer backend and matchmaking services that have been created to support Counter-Strike and Team Fortress 2, the most played action games in the world."); See also Steam, "Matchmaking based on skill," available at https://partner.steamgames.com/doc/features/multiplayer/matchmaking/skill, accessed on January 26, 2025 ("The Steam matchmaking API has rich options for matching players based on skill.").

[262]  See Valve Corporation's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, *In Re Valve Antitrust Litigation*, July 5, 2023, pp. 6–7 (Interrogatory No. 14: "Valve initially created Steam Keys to allow people who bought Valve games in a box to have access to Steam services. Among other things, Steam allows games to be easily kept up to date, so everyone who plays it has the same version—a must for multiplayer games. When Steam Partners began to sell games on Steam, Valve gave Steam Keys to those Partners for similar reasons, including to support their sales efforts in brick-and-mortar retailers and allow their customers to use Steam to keep their games up to date. Since Valve does not charge for Steam Keys, Steam Partners could keep all of the money they earned from selling Steam Keys.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

pivoted from reaching customers of brick-and-mortar stores to allowing publishers to market games through a broad set of channels. Steam keys serve as a highly flexible marketing tool that lowers developers' and publishers' costs of reaching a wider consumer base, including through intermediaries that can promote their games.

a. Developers can distribute their games to consumers through many different digital channels, reaching wider audiences, while still providing the benefit of the experience of launching and playing the games on Steam.[263] In some instances, publishers facilitate purchases from their own website by redirecting consumer transactions through third-party digital storefronts to purchase a Steam key; for example, Plaintiff Wolfire's own website allows customers to purchase the title *Overgrowth* as a Steam key, but Wolfire routes the transaction through the Humble Store.[264]

b. Developers can also promote the game at low cost in innovative ways, for example by giving Steam keys away to influencers, game reviewers, or streamers to garner publicity and media attention. This can be particularly helpful for indie games with limited marketing budgets.[265] Additionally, developers can launch crowdfunding campaigns that source funding from interested consumers. One example is *Shovel Knight* which raised over

---

[263] Channels used to distribute Steam keys include re-seller digital storefronts such as Green Man Gaming, the Humble Store, G2A, and GamersGate. See GamersGate, "Steam code activation," available at https://www.gamersgate.com/support/activations/steam/, accessed on January 24, 2025 ("So, you bought a Steam game, perhaps you made a purchase at a third-party store, maybe even from us, got your Steam product key and now you want to redeem it."); G2A, "Steam Games – Cheap Steam Keys," available at https://www.g2a.com/platform/steam, accessed on January 24, 2025 ("Steam Games - Cheap Steam Keys"). Developers and publishers also sell Steam keys directly. For example, the Wolfire website has an interface that allows visitors to select "Pay with Card" directly from the website; see Wolfire, "Buy Overgrowth," available at https://overgrowth.wolfire.com/buy-now/, accessed on January 25, 2025 ("Buy Overgrowth on Humble Bundle ... What's Included? Buy *Overgrowth* and instantly get access to *Overgrowth* ... DRM-free and on Steam ... Pay with Card."). Customers are then sent to a Stripe checkout window with a Humble Bundle logo, where they can enter their payment information.

[264] Wolfire, "Buy Overgrowth," available at https://overgrowth.wolfire.com/buy-now/, accessed on January 25, 2025 ("BUY OVERGROWTH ON HUMBLE BUNDLE,"); Humble Store, "Overgrowth," available at https://www.humblebundle.com/store/overgrowth, accessed on January 22, 2025.

[265] Cloutboost, "How to Build a Steam Marketing Strategy for Your Game," July 1, 2021, available at https://www.cloutboost.com/blog/steam-marketing-strategy, accessed on January 22, 2025, ("The perfect way of leveraging Steam Key giveaways is with influencers, either through Curator Connect or externally. Much like the logic behind Steam Curators generally, influencers offer access to an audience who trust their every word. Influencers playing your game on Stream and having fun doing it ... makes it difficult for gamers *not* to take interest in your game."); Morgan-Graham Deposition, 270–271 ("Q. Okay. Did Wolfire have a marketing budget? A. They paid me, and that was their marketing budget. Q. So did they ever hire any outside marketing contract? A. I believe that they paid some sites to give keys to streamers and vet those streamers to give them those Steam keys.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

$300,000 on Kickstarter in 2013 and promised donors access to the game via Steam keys upon release.[266]

139. The promotional value of Steam keys is recognized in the industry, and services and "how to" articles have grown up around the use of Steam keys to publicize games. One "how to" article for developers notes that "Steam keys are a great way to approach influencers," and advises that "[g]iving out keys is a much better approach than contacting influencers with half-finished builds."[267] Some developers find the marketing aspect of Steam keys useful enough that paid services exist, such as "Indieboost" and "Keymailer," to facilitate developers getting their Steam keys to influencers that might promote their game.[268]

140. Steam keys provide a number of procompetitive benefits. For example, Steam keys allow Steam publishers to distribute flexibly through offline channels and reach customers who value the services of physical stores, or through other digital channels; they also provide a low-cost and flexible method to promote new games as publishers can give them away to reviewers. These distribution and marketing benefits lower barriers to entry for developers, and can encourage the entry of new games that, absent Steam keys, may not have occurred. Steam keys have spurred the entry and growth of re-seller sites such as Green Man Gaming and the Humble Store, which operate with minimal infrastructure, largely by selling game keys. Therefore, Steam keys contribute to more vigorous competition between developers, as well as between distributors.

### 4.2.2. Steam keys create incentives for publishers to free-ride on Steam's platform services

141. Despite all the benefits that Steam keys create for developers, publishers, and consumers, the existence of Steam keys also creates the opportunity and incentive for some publishers to free-ride on Steam's platform services.

142. Under Valve's business model, there are two types of sales for games downloaded on Steam: sales through the Steam platform and sales on other

---

[266]   Kickstarter, "Shovel Knight," available at https://www.kickstarter.com/projects/yachtclubgames/shovel-knight, accessed on January 21, 2025 ("Funding period Mar 14 2013 – Apr 13 2013 … $311,502 pledge of $75,000 goal … $10 Tier Shovel Knight on PC, Mac, & Linux with Steam Keys").

[267]   Game Marketing Genie, "How to Promote a Game on Steam with Influencer Marketing," June 23, 2020, available at https://www.gamemarketinggenie.com/blog/steam-with-influencers, accessed on January 10, 2025.

[268]   Indieboost, "Developer & Publisher FAQ," available at https://www.indieboost.com/publish_faq.html, accessed on January 24, 2025 ("While we encourage you to post your game only if you have keys for at least a beta or demo of your game you can still post it and accept key requests. Once you are ready to send them you can go ahead and submit your keys and the influencer or journalist in question will receive an email update … you can only send a key as a response to a key request."); Keymailer, "Meet the management team," available at https://keymailer.co/about/, accessed on January 24, 2025 ("Keymailer started as the first tool for PR professionals to validate creators and influencers, then email them encrypted game activation keys.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

channels using Steam keys. While Valve earns a revenue share for sales of a game sold through Steam, it does not earn any revenue share on sales of Steam keys and instead issues them to publishers at no cost. However, Valve provides equivalent support, functionality, and services to users regardless of which of these two channels through which they acquired the game. When Valve issues a Steam key, it assumes the responsibility of launching, updating, and maintaining the game in a user's library. Users who redeem Steam keys gain access to all of the features on the Steam platform. From the user's perspective, the experience after redeeming a Steam key is indistinguishable from the experience after buying a game on Steam.

143. Publishers have an incentive to free-ride on Steam by distributing their games through Steam keys rather than on Steam. When publishers sell their games on Steam, they pay a share of the revenue they earn to Valve, which Valve uses to operate and improve Steam. But publishers also have the option to keep more of that revenue by distributing their games through Steam keys instead, while still benefiting from all the services Steam provides when it markets and hosts their games. They can either sell Steam keys through their own sites and keep all the revenue earned on sales of their games, or they can sell them on Steam key resale sites, which can afford to charge them less than Valve because they do not have to bear the costs of operating Steam, and are not investing in adding developer- and consumer-friendly features, as Steam does (see Section 3.4). In other words, the fact that publishers may be able to make more revenue by selling their Steam-enabled games through Steam keys than by selling them directly on Steam, in combination with the fact that they sell Steam keys to customers on platforms other than Steam, creates an incentive for free-riding.

144. Because Valve does not receive a revenue share of sales through Steam keys, Steam keys constitute a discount on the average share of the revenue that a publisher pays to Valve from what it collects from customers who go on to play their games on Steam.[269] This discount is costly to Valve and Valve's marketing support of developers through the Steam keys program is economically meaningful. Between 2013 and 2022, Valve issued more than ███████ Steam keys to publishers.[270] While Valve has incentives to make Steam keys available to publishers to support them in marketing their games, Valve needs to balance those benefits with the costs of reducing its revenues when it provides an effective discount to publishers through Steam keys.

---

[269] It is my understanding that data on publishers' sales of Steam keys on other platforms has not been produced in this matter and may not be specifically tracked by publishers. For example, testimony from David Rosen of Wolfire Games notes that Wolfire did not retain records on Steam keys sold through Humble Bundle relative to non-Steam distribution methods. Deposition of David Rosen , 30(b)(6) (Wolfire), November 30, 2023, pp. 182–183 ("Q. Does Wolfire have records, though, of how many customers at the point of purchase choose a DRM-free version versus a Steam key version when buying through Humble? [A.] Not that I know of.").

[270] Workpaper 13.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.                    Procompetitive effects of the alleged conduct

145.  When a publisher offers a game on Steam, it can request and automatically receive 5,000 Steam keys from Valve for that game at the time of launch. Every publisher has this benefit for each game they offer on Steam. That batch of Steam keys provides an opportunity for publishers to engage in marketing at the time of their game's launch. After the initial 5,000 keys, Valve reviews Steam key requests on a case-by-case basis.[271] As part of its assessment for issuing additional Steam keys for a game, Valve has an incentive to invest more in marketing games that are likely to become stronger partners in revenue-sharing.  In some cases, Steam has provided keys well above the 5,000 keys default for games that were expected to be popular. For example, Steam approved ▇▇▇▇ Steam keys for the indie game *Superhot* before it launched on February 25, 2016.[272] This game was highly anticipated, met its Kickstarter fundraising goal within 24 hours, and ultimately received over $250,000 from over 11,000 different backers.[273] As another example, Steam approved around ▇▇▇▇ Steam keys for the indie game *Enter the Gungeon* before it launched on

---

[271]  Email chain from Erik Peterson to Tom Giardino et al., "RE: New Key Request Wizard," March 14, 2018, VALVE_ANT_0057685–695 at 685 ("To make the process of requesting Steam keys less confusing, we're redesigning the key request wizard to make it much more clear to developers which type of key they should be requesting … Once a batch of keys has been requested, they appear in front of a person at Valve for review. The majority of those key requests are just fine, and they get approved. Sometimes, Steam Key requests get denied, and developers have questions about why they aren't getting the keys they requested."), 695 ("You can request as many keys as you need, but your request will be reviewed on a case by case basis by Valve staff to make sure Steam customers are being treated fairly and keys are not being abused."); Email chain from Jason Ruymen to Erik Peterson and Tom Giardino, "RE: Game Keys in Bulk," October 4, 2017, VALVE_ANT_1188589–591 at 590 ("In regards to your previous email about why your latest requests were denied, we reviewed them on a game-by-game basis and approved 4 of your requests."). Current Steam documentation suggests this review on a "case-by-case" basis applies beyond an initial 5,000 keys provided to each game launched on Steam. See Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on April 18, 2024 ("Games and applications launching on Steam may receive up to 5,000 Default Release Steam Keys to support retail activities and distribution on other stores. After that, all Steam Key requests are reviewed on a case-by-case basis.").

[272]  Workpaper 14; Superhot, "Our Story," available at https://superhotgame.com/our-story, accessed on January 24, 2025 ("February 25, 2016 … Superhot is out.").

[273]  Superhot, "Our Story," available at https://superhotgame.com/our-story, accessed on January 24, 2025 ("The Kickstarer [sic] goal was met within 24 hours."); Kickstarter, "Superhot," available at https://www.kickstarter.com/projects/375798653/superhot/description, accessed on January 24, 2025 ("$250,798 pledged of $100,000 goal … 11,626 backers."; Philip Kollar, "Superhot review," Polygon, February 25, 2016, available at https://www.polygon.com/2016/2/25/11094044/superhot-review-pc-windows-xbox-one, accessed on January 22, 2025 ("Some of its uniqueness is owed to its strange path to release. *Superhot* was birthed from a game jam — the 7 Day FPS challenge, in which developers created a first-person shooter in a week. The short project proved so popular that the team took it to Kickstarter, hoping to expand it into a full game. While its original concept drew plenty of crowdfunding support, I wondered then if the small development team could successfully expand on the original short tech demo.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

April 5, 2016.[274] *Enter the Gungeon* had some favorable pre-release coverage, and ended up selling over 200,000 copies in its first week.[275] Other games that were not as highly anticipated received far fewer Steam keys. For example, *Oxenfree,* which launched on January 15, 2016, did not generate much hype and received only about ▮▮▮ Steam keys before its release.[276]

146.   Restrictions on the number and price of Steam keys sold on other channels can help prevent harms to Valve (and to competition) from free-riding. These restrictions allow Valve to continue investing at a high level in improving the quality of Steam's features, spurring competition on quality between platforms. Moreover, without any restrictions on Steam keys, publishers could have an incentive to sell Steam-enabled games exclusively or mostly through Steam keys. In the extreme, it is possible that Valve would not earn sufficient revenue from Steam to be viable at all. Therefore, restrictions on Steam keys serve to facilitate the provision of efficient quantities of Steam keys and remove a threat to Steam's viability and quality.[277]

---

[274]   Workpaper 14; Joe Donnelly, "Enter The Gungeon Sets Sights on April Release," *Rock Paper Shotgun*, March 2, 2016, available at https://www.rockpapershotgun.com/enter-the-gungeon-release-date, accessed on January 24, 2025 ("Enter the Gungeon is due for release on April 5 for Windows, Mac, and Linux.").

[275]   Steam, "why this game so hyped?," April 5, 2016, available at https://steamcommunity.com/app/311690/discussions/0/371918937277845840/, accessed on January 24, 2025 ("why this game so hyped? ... This game is hyped because its cool and everybody who tested it likes it ... The game is hyped because the testing gameplay was amazing."); Daniel Perez, "Enter the Gungeon sells over 200k copies during launch week," *Shack News*, April 12, 2016, available at https://www.shacknews.com/article/94078/enter-the-gungeon-sells-over-200k-copies-during-launch-week, accessed on January 24, 2025 ("Dodge Roll Games has announced its debut game, Enter the Gungeon, has sold over 200,000 copies during its launch week.").

[276]   Fandom Wiki, "Oxenfree," available at https://oxenfree.fandom.com/wiki/Oxenfree, accessed on January 24, 2025 ("The game was released for Steam on Microsoft Windows and OS X, as well as Xbox One on January 15, 2016."); Dave Ozzy, "Looking Back to 2016 and the underrated joys of Oxenfree," *The Xbox Hub*, January 15, 2021, available at https://www.thexboxhub.com/looking-back-to-2016-and-the-underrated-joys-of-oxenfree/, accessed on January 24, 2025 ("Oxenfree hit on a tone that would go full mainstream roughly six months [after its release]."). *Oxenfree*'s developer said the following about *Oxenfree*'s popularity at launch: "When Oxenfree came out, we didn't exist, we didn't have an audience. Now we have an audience we communicate with and understand what they like ... Promotion is, in fact, the biggest learning that Night School took away from its time working on Oxenfree." See Alex Calvin, "Why the developers of Oxenfree want you to outdrink the devil in Afterparty," August 13, 2019, *PC Games Insider*, available at https://www.pcgamesinsider.biz/indie-interview/69498/why-the-developers-of-oxenfree-want-you-to-outdrink-the-devil-in-afterparty/, accessed on January 24, 2025. See Workpaper 14.

[277]   These concerns are apparent in how Valve employees describe the challenges from publishers misusing Steam keys. For example, one Valve employee summarized their position to a partnering publisher, "We can't stay in business selling at a worse price while at the same time bearing all the cost for all your other stores." See Email chain from Tom Giardino to ▮▮▮▮, "RE: Steam key requests getting rejected for upcoming Humble Bundle promotion," February 13, 2018,

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

The guideline requesting that publishers sell Steam keys at similar terms to their offers on the Steam platform still provides them with the marketing flexibility to reach consumers on other channels, but discourages them from offering less attractive terms to consumers buying games on Steam.[278] This requirement curtails free-riding and preserves the viability of the platform while maintaining the flexibility offered by Steam keys, and preserves Valve's incentive to invest in platform services. Overall, therefore, this requirement on publishers for their distribution of Steam keys benefits competition: publishers compete more effectively through their marketing and Steam competes more effectively with other distribution channels through innovation and quality.

## 4.3. Steam has stronger incentives to invest in marketing support for publishers if it protects itself from free-riding

Plaintiffs have also identified emails in which they claim that "Valve regularly confirmed to publishers in no uncertain terms that its PMFN policy (including

---

[278] VALVE_ANT_0261956–959 at 957. In another example, an employee explained to a developer, "[W]e're not OK with a set-up where the better/best version of a product is only available from somebody else, especially if you're relying on Steam keys and Steam infrastructure to actually distribute the game." See Email chain from Tom Giardino to █████████ , "█████████ █████████████████████ ," February 11, 2016, VALVE_ANT_0273873–902 at 873.

[278] Steamworks, "Steam Keys," archived as of January 31, 2023, available at https://web.archive.org/web/20230131034158/https://partner.steamgames.com/doc/features/keys, accessed on January 25, 2025 ("We ask you to treat Steam customers no worse than customers buying Steam keys outside of Steam. … You should use keys to sell your game on other stores in a similar way to how you sell your game on Steam. It is important that you don't give Steam customers a worse deal. It's OK to run a discount on different stores at different times as long as you plan to give a comparable offer to Steam customers within a reasonable amount of time. Occasionally it may make sense to offer your game in a bundle or subscription, timed at the right point in a game's life cycle. Keep in mind that the perceived price in the bundle/subscription should be a price you are willing to run the game at a standalone price or discount on Steam. Philosophically, you can think about it like any other discount: if you're making an aggressive offer in one place, make it elsewhere too. We want to avoid a situation where customers get a worse offer on the Steam store, so feel free to reach out to us via the Developer Support tool if you want to talk through a specific scenario. … We reserve the right to deny requests for keys or revoke key requesting privileges for partners that are abusing them or disadvantaging Steam customers. If we detect that you have requested an extreme number of keys and you aren't offering Steam customers a good value, we may deny your request. We reserve the right to remove key requesting privileges from any partner whose sole business is selling Steam keys and not providing value or a fair deal to Steam customers."). I understand that publishers may be prompted to also check boxes reminding them of this guideline when requesting Steam keys. Complaint, ¶ 196 ("Before completing your key request, please review and agree that you understand the following: I understand that I need to sell my game on other stores in a similar way to how I am selling my game on Steam. I agree that I am not giving Steam customers a worse deal. I understand that while it's okay to run a discount on different stores at different times, I agree to give the same offer to Steam customers within a reasonable amount of time. I understand that if I request an extreme number of keys and I'm not offering Steam customers a fair deal, or if my sole business is selling Steam keys and not offering value to Steam customers, my request may be denied and I may lose the privilege to request keys.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

price parity specifically) applies in equal force regardless of whether Steam Keys are involved."[279] In addition, they point to language in the Steam Distribution Agreement ("SDA") that indicates that "if Company distributes any material DLC for the Application through that other channel, it will deliver the DLC to Valve at the same time such that Steam Account Owners will receive comparable DLC with customers acquiring the Application through other channels" and allege that this further "suppresses competition."[280]

149. I take no position here on whether there is any kind of formal price or content parity policy that is consistently enforced; that is for the finder of fact to decide. From an economic perspective, however, the concerns that Valve employees express in these communications, and the language in the SDA, are consistent with the procompetitive rationales I have identified above related to preventing free-riding.

150. In this section, I focus on free-riding on Steam's game marketing and research capabilities. Consistent with the literature on showrooming to which I refer in Section 4.1, publishers may have incentives to free-ride on Steam's marketing services while diverting sales to channels that provide Valve with a lower revenue share. Such free-riding will tend to reduce Valve's expected return on its marketing investments and marketing support of publishers: it reduces the effective revenue Valve receives and it harms its brand as consumers observe lower prices off Steam and experience more regret purchases. The lower expected returns would dampen Valve's incentives to invest in these marketing services, to the detriment of the platform, publishers, developers, and consumers.

151. Valve's many investments in marketing, visibility, and product search and discovery features on Steam, which I described in Section 3.4, provide a benefit to publishers on Steam without a separate charge for advertising. Valve has

---

[279] Motion for Class Certification and Appointment of Co-Lead Class Counsel, In re Valve Antitrust Litigation, February 8, 2024, p. 8:20–22.

[280] Complaint, ¶¶ 172, 174. I am aware of language in the SDA related to the release of both game updates and material DLC; see "Valve Corporation Steam Distribution Agreement - Online Version," VALVE_ANT_0000008–015 at 009 ("2.1. Delivery. Company shall submit the Applications to Steam for release no later than the first commercial release of each Application or Localized Version, or, if already commercially released as of the Effective Date, within thirty (30) days of the Effective Date. Thereafter, Company shall submit to Steam any Localized Versions and Application Updates (in beta and final form) when available, but in no event later than they are provided to any other third party for commercial release. Company shall provide these copies in object code form, in whatever format Valve reasonably requests. ... 2.4. DLC. If Company distributes the Application through any other (non-Steam) distribution channel, and if Company distributes any material DLC for the Application through that other channel, it will deliver the DLC to Valve at the same time such that Steam Account Owners will receive comparable DLC with customers acquiring the Application through other channels. Company is free to offer special and unique promotional content through other distribution channels, provided that material parity is maintained between Steam Account Owners and users of other distribution channels who make a comparable investment in the Application and the associated DLC.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

invested in innovations like Steam Wishlists and also provides curated marketing for games, especially around the time of launch. These investments increase awareness of games and improve the information consumers have on the distinguishing features of games as well as how other consumers value those features.[281] This awareness and information increases the probability that consumers will purchase games.

152.    However, publishers may free-ride on those benefits and steer consumers to other sales channels, for example, by offering games at lower prices there. This behavior by publishers reduces the revenue Valve receives and exposes Steam to the reputational risk of being perceived as failing to offer competitive prices. The communications and statements of Valve employees that I have reviewed are consistent with the business attempting to mitigate free-riding.

153.    First, I am aware of instances where Valve employees raise concerns about curated marketing and/or pricing at the time of a game's release (Valve witnesses have testified that they do not modify the algorithmic visibility component of Steam's marketing).[282] On certain occasions, Steam has taken games off of the "takeover" (which, as I explained above, provides targeted curated marketing to amplify a game on Steam) if they were offered at a lower price through other outlets than on Steam.[283] Valve employee DJ Powers testified that Steam does so to protect customers from regretting their purchase on Steam if they later find out the item was available at a lower price elsewhere.[284]

---

[281]    Marie Dealessandri, "A game developer's guide to Steam wishlists," *GamesIndustry.biz*, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on January 15, 2025 ("[Tom Giardino notes,] 'customers also discover games through many ways on Steam -- friend recommendations, Steam Labs, the discovery queue, and dozens of other features baked into the Steam store.'").

[282]    Powers 30(b)(6) Deposition, p. 27 ("Q. ... Valve, in fact, has taken AAA titles off of takeovers before if they were selling for less on a different store; isn't that right? A. Yeah, that's true."). Valve employees have noted that Valve generally does not limit algorithmic marketing, and does not modify algorithmic marketing even in instances where employees raise concerns about curated marketing. See Powers 30(b)(6) Deposition, p. 28 ("Q. And curated marketing on Valve actually can have substantial positive effects for publishers, right? A. There are two types of marketing on Steam. ... There's the primary way that a game is advertised or marketed. That is algorithmic. ... Even in this instance, ... we're not going to remove the algorithmic part of the marketing."), pp. 104–105 ("Q. Does Valve prevent games from being listed in the main capsule a day or two before the summer sale if it knows they're going to be part of that curated marketing event just days later? ... A. No, we don't limit algorithmic marketing."); Malone Deposition, p. 74 ("Q. Okay. ... they get the algorithmic by default, and you're saying that we may not provide curated? A. Correct. We never take away the standard launch marketing.").

[283]    Powers 30(b)(6) Deposition, p. 27 ("Q. ... Valve, in fact, has taken AAA titles off of takeovers before if they were selling for less on a different store; isn't that right? A. Yeah, that's true.").

[284]    Powers 30(b)(6) Deposition, pp. 29–30 ("Q. So refusing to advertise a game is depriving publishers of that opportunity for potential extra sales, isn't it? A. No. We look at it as protecting customers. Q. Protecting customers how? A. If a customer – if we go out of our way to advertise

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

154. There are also instances when Valve was concerned about price discounts being offered through other retailers during a pre-purchase or following the launch of a new game. New games might benefit from marketing on Steam more than games at other points in their lifecycle because there is more limited awareness of their existence in the gaming community.[285] In one example that involved the launch of ███████████████████████████ by ████████ ████████████████████████████ Valve was promoting the game via "wallet cards," which it thought would "provide excellent visibility to ███ and of which Valve covers all costs," but noted that, due to lower prices for the game offered at other venders, Valve would discontinue its campaign and "remove ███ branded cards from [their] promotional support plan."[286]

155. Separately, there appear to be some instances of Valve asking for fair prices for its customers.[287] Specifically, Steam objects to developers free-riding on the

---

something to a customer, there is an understanding there where we're telling the customer this is something they should be interested in, above and beyond what our normal algorithmic marketing says. This is something we care about. … This is a takeover. This is a title that a lot of customers are excited about. When a customer clicks on that takeover, buys the game on Steam, and then later finds out they could have got the game at a better price somewhere else, that leads to what we call a regret purchase. They're going to regret that purchase on Steam because they wish they had bought it somewhere else for cheaper.").

[285] For example, users would not get recommendations from friends who already played the game. See Steamworks, "Visibility on Steam," available at https://partner.steamgames.com/doc/marketing/visibility, accessed on January 25, 2025 (describing visibility given to games at launch on Steam).

[286] Email chain from Ricky Uy to ████████ et al., "RE: Valve Visit to ████████████," July 22, 2015, VALVE_ANT_0340740–744 at 740 ("To offer the wallet cards, which we think will provide excellent visibility to ███ and of which Valve covers all costs, we would need the price on Steam to match ███ … Unfortunately if ████ is not able to lower the price on Steam, we will need to remove ███ branded cards from our promotional support plan."); and in follow-up internal communications at Valve, see Email chain from Augusta Butlin to Ricky Uy, Nathaniel Blue, and DJ Powers, "RE: ███ pricing ████," July 30, 2015, VALVE_ANT_0761614–615 at 615 ("███████ doesn't] think [the price] will go down to [████ so we can proceed with removing the branded cards from ████. But they will likely come down enough that we can offer the game in steam. They did give us the best preorder offer available on steam, though, so that's great."). Valve communicated similar concerns around marketing and game launch to ████████, and informed them that, for its future game launches, "marketing will be contingent upon pre-orders & game launches having competitive pricing when compared to the broader marketplace." See Email from Kristian Miller to Connor Malone et al., "RE: Draft of mail to ████████," October 25, 2017, VALVE_ANT_0059111–112 at 111.

[287] Email chain from Tom Giardino to Molloy Carroll and Erik Peterson, "RE: Large Key Request Heads Up – ████████████████████ July 25, 2018, VALVE_ANT_0605887–889 at 889 ("in our minds, if your game was sold for ███ with 10 other games, it might be reasonable to ballpark the actual price/value closer to ███ per copy, which is the ballpark we'd want to hit on Steam. Is that a discount you'd be willing to offer to Steam customers?"); Deposition of DJ Powers (Valve Corporation), September 28, 2023 ("Powers Individual Deposition"), p. 65 ("Q. The customer experience would be poor on Steam because of the lack of price parity? A. Because – because in the instances that I'm referring to where price was lower elsewhere, it's a bad customer experience for

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

infrastructure and tools that Steam provides, while treating Steam customers unfairly by offering higher prices on Steam than elsewhere.[288] Steam has explained to its partners that fair pricing is good for customers, the developer, and Steam.[289]

156. Finally, from an economic perspective, the language in the SDA in which Steam publishers agree that, for any games that they distribute through Steam and other channels, they will release all updates and comparable DLC on Steam, and do this at the same time as they do so on other channels, is also consistent with concerns about free-riding. [290] For example, if a material DLC release happens on other channels but the publisher fails to offer comparable DLC on

---

them to buy the game on Steam and then find out that the price was lower elsewhere. ... Typically we have a conversation with the developer to try to understand where there's a price difference."); Deposition of Thomas Giardino (Valve Corporation), November 2, 2023, p. 25 ("Q. Okay. How about communicating to publishers that Valve expects that they will not offer their game for a significantly lower price on another platform or in another store? ... A. Yes. If it was brought to our attention by a customer complaint or something along those lines, we might ask – we might have a conversation with a developer.").

[288] Email chain from Tom Giardino to ███████████████████████████ ," March 14, 2018, VALVE_ANT_0263439–441 at 439 ("it's not interesting to us to be the pegged high-price store that helps provide all the infrastructure and tools to then undercut us and our customers."); see Email from Alden Kroll to ████████████ "Re: ████████ pricing," June 19, 2009, VALVE_ANT_2790438–443 ("Having a title this far [above] street price means that Steam is simply marketing the title while hurting itself and training our customers that (1) Steam is expensive and (2) ████ games are expensive on Steam.").

[289] Mr. Giardino has told developers that fair pricing is good for Steam; see Email chain from Tom Giardino to ████████████████████████████████ ," March 14, 2018, VALVE_ANT_0263439–441 at 439 ("it's not interesting to us to be the pegged high-price store that helps provide all the infrastructure and tools to then undercut us and our customers."). Mr. Powers testified that Steam tells developers that offering fair prices on Steam is good for developers and customers; see Powers Individual Deposition, pp. 96–97 ("A. I can't really speak to what other businesses are doing in terms of how they interact with game developers. As I said, we operate on a revenue share, and part of our message to partners is it's good to have competitive pricing on Steam so that your customers are – don't regret their purchasing.").

[290] "Valve Corporation Steam Distribution Agreement - Online Version," VALVE_ANT_0000008–015 at 009 ("2.1. Delivery. Company shall submit the Applications to Steam for release no later than the first commercial release of each Application or Localized Version, or, if already commercially released as of the Effective Date, within thirty (30) days of the Effective Date. Thereafter, Company shall submit to Steam any Localized Versions and Application Updates (in beta and final form) when available, but in no event later than they are provided to any other third party for commercial release. Company shall provide these copies in object code form, in whatever format Valve reasonably requests. ... 2.4. DLC. If Company distributes the Application through any other (non-Steam) distribution channel, and if Company distributes any material DLC for the Application through that other channel, it will deliver the DLC to Valve at the same time such that Steam Account Owners will receive comparable DLC with customers acquiring the Application through other channels. Company is free to offer special and unique promotional content through other distribution channels, provided that material parity is maintained between Steam Account Owners and users of other distribution channels who make a comparable investment in the Application and the associated DLC.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Steam, or delays the release of that DLC, this is equivalent to a quality degradation for the game on Steam. Players that buy the game on Steam and learn that there is bonus content that they are unable to access because they bought their game on Steam will experience regret and be unsatisfied with their customer experience. This harms the Steam brand, if consumers start to feel that Steam offers lower quality. Measures to ensure that sellers do not degrade the quality of games on Steam and free-ride on its marketing services, again ensure higher quality for consumers, and stronger incentives to invest for Valve.

157. If free-riding were left unchecked, Valve's investments to help developers market games, would have a lower return, and Valve would have weaker incentives to continue to invest. From an economic perspective, the conduct alleged is procompetitive. It would curtail free-riding to preserve Valve's incentives to collaborate with developers and publishers and improve customers' information and ability to identify attractive games, all of which lead to procompetitive outcomes such as expanded output and higher consumer benefits.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## 5.    CONCLUSION

158.    Valve's introduction of Steam, and the subsequent innovations it has provided to make Steam more attractive to developers, publishers, and consumers, have important procompetitive effects. They have contributed to lowering barriers to entry, in particular for developers, and they have improved the value of gaming for players and expanded the ways in which players can engage with gaming content. This has stimulated competition at all levels of the supply chain: there is a larger, more diverse pool of developers competing to create content; those developers have more flexible and efficient options for how to publish and distribute their content; and there is vigorous competition between distributors (including consistent entry by rival distributors), including platforms, to offer attractive services to publishers and to consumers.

159.    Valve's alleged conduct needs to be understood in the context of this collaboration with Steam partners to improve the overall value of the platform and compete effectively. Publishers have incentives to free-ride on Steam's marketing and platform services, and this can reduce Valve's incentive to invest in these services. Measures taken by Valve to mitigate the free-riding problem can have procompetitive effects by ensuring Valve has strong incentives to invest in quality and innovation, benefiting competition across the industry.

Executed on the 27th day of January, 2025

_____

Gautam Gowrisankaran

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## BACKUP MATERIALS FOR TIMELINE OF VALVE INNOVATIONS, FEATURES, AND PRODUCTS

1. **September 12, 2003—Steam launches to distribute patches and updates:** Steam launches to distribute patches and updates.[1]

2. **October 7, 2004—Digital game purchases begin with Half-Life 2 pre-orders:** *Half-Life 2* pre-orders become first digital purchases available on Steam.[2]

3. **October 12, 2005—Third-party games offered on Steam:** First third-party games, *Rag Doll Kung Fu* and *Darwinia*, offered for sale on Steam.[3]

4. **March 2006—Average review scores:** Steam adds average review scores, sourced from metacritic.com, to game details.[4]

5. **August 7, 2007—Steam Community introduces social features:** Adds user friends list, text chat, voice chat, game lobby support, and rudimentary user profiles and user groups.[5]

---

[1] Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("2003: The beginning … On September 12, Steam began life as a way for Valve to control the patching process for games like Counter-Strike, as well as curb cheating and provide easier access to any content the developer produced").

[2] Eric Bangeman, "Valve Steams up Half-Life 2 preorders," *Ars Technica*, October 7, 2004, available at https://arstechnica.com/uncategorized/2004/10/4281-2/, accessed on April 30, 2024 ("As the release of Half-Life 2 (hopefully) draws nearer, Valve began offering preorders via its Steam service today.").

[3] Ben Kuchera, "Rag Doll Kung Fu given a date and price on Steam," *Ars Technica*, September 19, 2005, available at https://arstechnica.com/gaming/2005/09/1292/, accessed on April 30, 2024 ("Well, the game, Rag Doll Kung Fu, has been picked up to be sold over Valve's Steam service. The game is going to be released on October 12th, with a price of US$12.95."); Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("In 2005, Ragdoll Kung Fu and Darwinia become the first non-Valve games to hit Steam.").

[4] Matt Cundy, "Steam knows the score," *GamesRadar+*, March 28, 2006, available at https://www.gamesradar.com/steam-knows-the-score/, accessed on January 23, 2025 ("Valve has introduced a commendable new feature to its popular content delivery system, Steam. Shoppers browsing the online Steam store will now find a review score (where available) handily placed for quick reference alongside game and price details.").

[5] Ben Kuchera, "Valve launches Steam Community, perhaps a bit soon," *Ars Technica*, August 7, 2007, available at https://arstechnica.com/gaming/2007/08/valve-launches-steam-community-perhaps-a-bit-soon/, accessed on April 30, 2024 ("The Steam Community is an ambitious new set of features added to the Steam client, things like a global friends list, voice chat, chat rooms, game lobbies, and some pseudo-social networking features like rudimentary profiles and user groups. As

Expert Report of Gautam Gowrisankaran, Ph.D.                    Backup materials for timeline of Valve innovations, features, and products

6.    **November 26, 2007—Steam Achievements:** Introduces Steam Achievements system, allowing developers to set in-game challenges for users to complete. Completed achievements are displayed on user profiles.[6]

7.    **April 30, 2008—Steamworks Development Kit tools for Steam integration:** Valve makes the Steamworks SDK available to publishers on Steam. The SDK helps publishers incorporate Steam features into their games, such as Steam Workshop, Steam Achievements, and Steam Leaderboards, among others.[7]

8.    **November 3, 2008—Steam Cloud:** Stores users' game data online, making their game save files and other game data available from any PC running Steam.[8]

---

a plus, several of the features like messaging, your friend list, and voice chat are all slated to be available in and out of game.").

[6]    Andy Robinson, "Valve brings achievements to Steam," *GamesRadar+*, November 26, 2007, available at https://www.gamesradar.com/valve-brings-achievements-to-steam/, accessed on April 30, 2024 ("Team Fortress 2 will be the first to receive the in-game accolades - which work in pretty much the same ways as Xbox 360 Achievements - and other Valve games such as Day of Defeat: Source and Half-Life 2 will apparently follow."); Steamworks, "Step by Step: Achievements," available at https://partner.steamgames.com/doc/features/achievements/ach_guide, accessed on April 30, 2024 ("Achievements can be used as a way to encourage and reward player interactions and milestones within your game.").

[7]    Chris Remo, "Valve Releases Full Steamworks Development Kit," *Game Developer*, April 30, 2008, available at https://www.gamedeveloper.com/pc/valve-releases-full-steamworks-development-kit, accessed on April 30, 2024 ("Valve has released the full version of its free previously-announced Steamworks development and publishing tools, which open up Steam's online multiplayer and game purchase authentication features to the development community … Steamworks features include product key authentication, copy protection, auto-updating, social networking, matchmaking, and anti-cheat technology."). See Steamworks, "Features," available at https://partner.steamgames.com/doc/features, accessed on April 19, 2024 for a comprehensive list of current Steamworks features.

[8]    Steam, "Steam Cloud Rolling in this week," November 3, 2008, available at https://store.steampowered.com/oldnews/1968, accessed on April 30, 2024 ("Valve, creators of best-selling entertainment products and advanced technologies, today announced the roll out of Steam Cloud, a set of services for Steam that stores application data online and allows user experiences to be consistent from any PC. Steam Cloud is a free extension to Steam, a leading a platform for PC games with over 15 million accounts worldwide."); Steam, "Steam Cloud," available at https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678, accessed on April 30, 2024 ("The Steam Cloud allows games and the platform to utilize cloud storage hosted by Steam. Games can utilize Steam Cloud for storage of many different types of data, including game settings, save games, profile stats and other user-specific bits. Many Steam client settings are also saved via the cloud, including collections, friend nicknames and anything changed via the Steam client Settings menu. These settings will persist on an account regardless of which machine it is logged into, as the settings are pulled from the cloud upon login.").

---

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for timeline of Valve innovations, features, and products

9. **November 2009—Categories of "Games Under $5" and "Games Under $10":** Adds "Games Under $5" and "Games Under $10" categories to the Steam store.[9]

10. **April 2010—MacOS support/Steam Play:** Adds support for MacOS games and introduces Steam Play. Steam Play enables users to play the Windows, Mac, and Linux versions of games (when available) they have purchased.[10]

11. **April 14, 2010—Steam Store Wishlists:** Enables wishlists to track what games users want and to see what games their friends want. Additionally, publishers may access data on wishlist additions, conversions, and regional breakdowns for their games.[11]

12. **September 30, 2010—Steam Wallet and in-game transactions:** Introduces the Steam Wallet, allowing users to store funds on their Steam accounts to be used for Steam purchases, including in-game purchases. Additionally, Valve introduces support for in-game transactions on Steam.[12]

---

[9] Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023 ("The addition of the Under $5 and Under $10 categories reflect Steam's budding reputation as a place for big discounts, impulse buys, and building a backlog of games you'll never play."). Based on the archive website Wayback Machine, the first time the "Games Under $5" and "Games Under $10" categories show up are on November 27, 2009. See Steam, "Welcome to Steam," November 27, 2009, available at https://web.archive.org/web/20091127090330/https://store.steampowered.com/, accessed on January 23, 2025.

[10] AppleInsider, "Valve announces Steam for Mac, games will allow Mac-PC online play," March 10, 2010, available at https://appleinsider.com/articles/10/03/08/valve_announces_steam_for_mac_will_allow_mac _pc_online_play.html, accessed on April 30, 2024 ("Valve officially revealed Monday that its Steam online gaming service, along with the Source engine that powers titles such as Half-Life 2 and Left 4 Dead 2, is coming to the Mac in April."); Steam, "Introducing a new version of Steam Play," available at https://steamcommunity.com/games/221410/announcements/detail/1696055855739350561, accessed on April 30, 2024 ("In 2010, we announced Steam Play: a way for Steam users to access Windows, Mac and Linux versions of Steam games with a single purchase.").

[11] Steam, "A Brand New Steam – Available Now!" April 14, 2010, available at https://store.steampowered.com/uiupdate/, accessed on April 30, 2024 ("Added Wishlists for tracking what games you want, and to see what games your friends want"); Mariea Dealessandri, "A game developer's guide to Steam wishlists," GamesIndustry.biz, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on January 15, 2025 ("'Developers can access wishlist data such as additions, conversions, and regional breakdowns for their games,' Valve's Tom Giardino says.").

[12] Steam, "Steam Wallet and In-Game Transactions are Here!" September 30, 2010, available at https://store.steampowered.com/oldnews/4406, accessed on May 1, 2024 ("With Steam Wallet, you can add value to your Steam account using any of the payment methods supported by Steam. Funds in your Steam Wallet may then be used to buy any item available in the Steam store on an in-

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

13. **February 24, 2011—Steam Screenshots:** Enables users to take and share screenshots of games they are playing on Steam and offers users the ability to share these screenshots on their user profiles.[13]

14. **March 16, 2011—Steam Guard:** Adds extra account security features for Steam accounts, including single-use login authentication codes when logging in from unrecognized computers or browsers. [14]

15. **June 14, 2011—Free to Play support:** Adds support for free-to-play games on the Steam store, enabling publishers to take advantage of this new monetization strategy on Steam.[15]

16. **October 2011—Steam Workshop:** Adds the ability for users to upload player-created content (i.e., "mods") to Steam and download that content into games.[16]

---

game store. You can load up your Steam Wallet ahead of time, or wait until checkout. Also, different payment methods can be combined to make a single purchase.").

[13]  Steam, "Steam Screenshots Feature Now Available," February 24, 2011, available at https://store.steampowered.com/oldnews/5047, accessed on April 30, 2024 ("Press your hotkey (F12 by default) while in any game that runs the Steam Overlay to take screenshots. Then publish them to your Steam Community profile as well as Facebook, Twitter, or Reddit to share them with your friends.").

[14]  Steam, "Steam Guard Now Available to All," March 16, 2011, available at https://store.steampowered.com/oldnews/5123, accessed on April 30, 2024 ("With Steam Guard enabled, anyone attempting to sign in as you from an unrecognized computer or browser must first provide additional, one-time authorization.").

[15]  Stephany Nunneley-Jackson, "Free to Play games now available on Steam," *VG247*, June 14, 2011, available at https://www.vg247.com/free-to-play-games-now-available-on-steam, accessed on April 30, 2024 ("Valve has introduced support for Free to Play games on Steam with the launch of five games on the service.").

[16]  Steam, "Steam Workshop Lets Item Creators Compensate Toolmakers, Communities, and Mentors," June 27, 2013, available at https://steamcommunity.com/games/SteamWorkshop/announcements/detail/1819734886367365945, accessed on April 30, 2024 ("Since the Steam Workshop launched in October of 2011, over 1,200 items created by members of the community have been made available for sale in Team Fortress 2 and Dota 2, producing over $10 million in royalties paid to item creators."); Jeremy Laukkonen, "Everything You Need to Know About Steam Workshop," *Lifewire*, February 13, 2020, available at https://www.lifewire.com/everything-you-need-to-know-about-steam-workshop-4587072, accessed on May 14, 2024 ("The Steam Workshop is a mod repository for Steam Games. When a developer releases a game on Steam, and that game has mod support, they have the option to tie it into the Steam Workshop. Linking to the Steam Workshop allows creators to upload their mods for a massive built-in audience to enjoy, and it provides regular players with a straightforward and streamlined process for obtaining mods.").

Expert Report of Gautam Gowrisankaran, Ph.D.              Backup materials for timeline of Valve innovations, features, and products

17.    **January 27, 2012—Steam Mobile App:** Allows users to access a subset of Steam features through newly introduced mobile apps for iOS and Android devices.[17]

18.    **August 13, 2012—Game Hubs:** Game Hubs provide users with a centralized location to discuss, share, and discover content about their favorite games and provide publishers with a place to distribute news and updates about their games to interested users.[18]

19.    **August 30, 2012—Steam Greenlight:** Adds the first format of self-publishing on Steam. Enables publishers wishing to sell a game on Steam the ability to upload information and media about their game for review by Steam users, with games receiving strong user support eventually being sold on Steam.[19]

20.    **December 3, 2012—Big Picture Mode:** Expanded consumers ability to play games on Steam from their living rooms by providing a user interface designed for televisions and game controllers.[20]

21.    **December 12, 2012—Steam Community Market:** Adds virtual marketplace that "enables users to buy and sell in-game items using their Steam Wallet funds."[21]

---

[17]    Steam, "Valve Announces Steam Mobile App," January 27, 2012, available at https://store.steampowered.com/oldnews/7231, accessed on April 30, 2024 ("Valve, creators of best-selling game franchises (such as Counter-Strike, Half-Life, Left 4 Dead, Portal, and Team Fortress) and leading technologies (such as Steam and Source), today announced the beta release of the Steam application for iOS and Android devices.").

[18]    Seth Colaner, "Steam Community Game Hub Brings Out User-Created Content and Rating System," *Hot Hardware*, August 13, 2012, available at https://hothardware.com/news/steam-community-gets-new-features-each-day-this-week-starting-with-game-hubs, accessed on January 14, 2025("Each gaming title on Steam will get a Game Hub, which will include 'collections of game-centric discussions, workshop items, user-created screenshots, videos, and news.' The content will be a combination of official Steam items and user-created posts. Users can rate everything, so only the best stuff rises to the top. Further, the Game Hub allows users to chit-chat about a given game right there, instead of having to zip over to the Steam Forums.").

[19]    Steam, "Valve Launches Steam Greenlight," August 30, 2012, available at https://store.steampowered.com/oldnews/8761, accessed on April 30, 2024 ("Announced earlier this summer, Steam Greenlight allows developers and publishers to post information and media about their game in an effort to convince the Community that the game should be released on Steam. Greenlight piggybacks on Steam Workshop's flexible system that organizes content and lets customers rate and leave feedback.").

[20]    Steam, "Steam Big Picture Available Now," December 3, 2012, available at https://store.steampowered.com/oldnews/9495, accessed on April 30, 2024 ("Valve today announced the public release of Big Picture, Steam's new mode that lets gamers access all of their favorite Steam games on a television from the comfort of their sofa. Big Picture has been designed to be used with a traditional gamepad, while also fully supporting keyboard and mouse input.").

[21]    Eddie Makuch, "Valve launches Steam Market," *GameSpot*, December 12, 2012, available at https://www.gamespot.com/articles/valve-launches-steam-market/1100-6401485/, accessed on

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.                    Backup materials for timeline of Valve innovations, features, and products

22. **February 20, 2013—SteamPipe content delivery system:** Speeds up user downloads of game updates by only downloading data incremental to what is already stored on a user's computer. Further, offered users rate-limiting functionality for downloads.[22]

23. **March 20, 2013—Early Access:** Gives publishers the ability to release their games on Steam prior to the full completion of development for a game. This allows publishers the ability to receive feedback on their games prior to their full release and allows players to play games they are interested in earlier than they otherwise may have been able to.[23]

24. **April 25, 2013—Steam Subscription Plans:** Offers support for subscription-based titles on Steam.[24]

25. **June 26, 2013—Steam Trading Cards:** Adds virtual "cards" earned by users for playing games on Steam. Users who collect cards may use them to acquire additional content that can be used to customize their Steam profiles.[25]

---

April 30, 2024 ("The virtual market allows users to buy and sell in-game items using their Steam Wallet funds.").

[22] Omri Petitte, "Team Fortress 2, CS: Source migrating to SteamPipe delivery – here's what you need to do," *PC Gamer*, February 20, 2013, available at https://www.pcgamer.com/steampipe-valve/, accessed on April 30, 2024 ("Some older Source games creak along on an older format from an earlier age in Steam's saga, but in a new FAQ , Valve says it's converting the guts of these games to use the SteamPipe content delivery system for faster load times and an updated file layout."); Jeremy Peel, "What is SteamPipe," *PCGamesN*, May 3, 2013, available at https://www.pcgamesn.com/tf2/what-steampipe, accessed on May 1, 2024 ("SteamPipe has also allowed for a new feature within Steam: the ability to set download rates.").

[23] Steam, "Steam Opens Early Access," March 20, 2013, available at https://store.steampowered.com/oldnews/10189, accessed on April 30, 2024 ("Steam Early Access titles allow the community to get involved early and play select titles during their development. The goal of Early Access is to provide gamers with the chance to 'go behind the scenes' and experience the development cycle firsthand and, more importantly, have a chance to interact with the developers by providing them feedback while the title is still being created.").

[24] Steam, "Steam Introduces Game Subscription Plans," April 25, 2013, available at https://store.steampowered.com/oldnews/10463, accessed on April 30, 2024 ("With Subscription Plans, Steam offers gamers the ability to sign up and manage payments for subscription-based games on Steam. The launch title for the new service is Darkfall Unholy Wars, with additional subscription-based games to follow.").

[25] Steam, "Steam Trading Cards Released, Community Profiles Updated," June 26, 2013, available at https://store.steampowered.com/oldnews/10946, accessed on April 30, 2024 ("Steam Trading Cards are virtual cards you can earn just by playing some of your favorite games, like Team Fortress 2, FTL, GRID 2, Monaco, Trine 2, Super Meat Boy, Counter-Strike: Global Offensive, and more. In total there are over 30 games with Steam Trading Cards, with more being added every week. Collecting cards lets you craft new badges for your Steam Profile and earn rewards like emoticons, profile backgrounds, and coupons.").

---

26. **September 11, 2013—Family Sharing:** Enables users to share their Steam game libraries with one another (e.g. with close friends or family members), while maintaining individual tracking of achievements and game saves.[26]

27. **November 26, 2013—User review system:** Allows for users to rate and describe games on Steam and enables other users to rate and track the most helpful reviews.[27]

28. **February 26, 2014—Partner discount self-configuration tools:** Allows publishers on Steam to configure their own discounts and enables publishers to opt in to upcoming sales.[28]

29. **March 18, 2014—VR mode:** First introduction of a VR mode on Steam, allowing users to interact with the platform through VR hardware.[29]

30. **May 21, 2014—In-Home Streaming:** Adds the ability for users to play Steam games across different devices connected to the same network through streaming the game from a host computer running Steam connected to the network.[30]

---

[26] Steam, "Steam Announces Family Sharing," September 11, 2013, available at https://store.steampowered.com/oldnews/11436, accessed on April 30, 2024 ("Steam Family Sharing is designed for close friends and family members to play one another's Steam games while each earning their own Steam achievements and storing their own saves and application data to the Steam cloud. It's all enabled by authorizing a shared computer.").

[27] Steam, "More Updates to the Steam Customer Review System," September 13, 2016, available at https://store.steampowered.com/oldnews/24155, accessed on April 30, 2024 ("When we introduced the Steam Customer Review System in November 26, 2013, our primary goal was, and still is, to help customers make an informed decision when considering the purchase of a new game. To achieve that goal, we've put an emphasis on written reviews that encourage customers to share their experience in a game so that [others] can decide for themselves whether the game sounds like something they would enjoy playing.").

[28] Steam, "Now You Can Discount Your Own Products In Steam," February 26, 2014, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1497749712681365701, accessed on April 30, 2024 ("With new Steamworks tools, you can configure your own discounts for custom sale periods or opt in to take part in upcoming weeklong sales. Once configured, the discounts will automatically start at the time specified.").

[29] Katie Williams, "Virtual Reality Mode Formally Added to Steam Beta," *IGN*, March 18, 2014, available at https://www.ign.com/articles/2014/03/18/virtual-reality-mode-formally-added-to-steam-beta, accessed on April 30, 2024 ("Today's Steam beta client update has officially integrated a Virtual Reality mode.").

[30] Steam, "Introducing Steam In-Home Streaming," May 21, 2014, available at https://store.steampowered.com/oldnews/13378, accessed on April 30, 2024 ("In-Home Streaming, a new feature of Steam, is now released to all users. Players who have multiple computers at home can immediately take advantage of the new feature. When you log into Steam on two computers on the same network, they automatically connect, allowing you to remotely install, launch, and play games as though you were sitting at the remote PC.").

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for timeline of Valve innovations, features, and products

31. **September 23, 2014—Discovery Update:** Added the "Discovery Queue," "Steam Curators," and the "Recommendation Feed" to the Steam store, among other marketing innovations.[31]

32. **November 10, 2015—Steam Link:** Valve releases the Steam Link device, dedicated hardware to support in-home streaming.[32] Further, the Steam Link app allows users to stream their games directly to a mobile device, TV, VR headset, or PC.[33]

33. **November 10, 2015—Steam Controller:** Official Valve controller designed to be used for all games, even those developed without controller support.[34]

34. **November 10, 2015—Steam Machines:** Compact living-room PCs enabling users to play Linux-supported games directly on their TV.[35]

---

[31] Tyler Wilde, "Big changes to Steam: 'Discovery Update' adds curators, recommendations, and hides unpopular new releases," *PC Gamer*, September 22, 2014, available at https://www.pcgamer.com/steam-update/, accessed on April 30, 2024 ("Further addressing the problem of figuring out which games to buy, the update also lets you follow 'Steam Curators.' Curators can be any individual or organization who has opinions about games and wants to share them, and Steam now offers a nice page where they can organize their recommendations. Following a curator (you can find them here ) will also send their recommendations to your home page."); Steam, "Steam Discovery Update," available at https://store.steampowered.com/about/newstore, accessed on April 30, 2024 ("Your Steam Discovery Queue is a powerful, new way of exploring the most popular new releases that you haven't yet seen ... Steam Curators are individuals, organizations, and groups that publish reviews and recommendations in a public forum on Steam ... The Steam Recommendation Feed is a nearly endless list of recommendations designed to showcase the broad variety of titles available on Steam.").

[32] Hayden Dingman, "Steam Link review: Valve's $50 box is the game streaming solution you want," *PCWorld*, November 10, 2015, available at https://www.pcworld.com/article/423984/hands-on-valves-50-steam-link-is-the-game-streaming-solution-you-wantmost-of-the-time.html, accessed on January 24, 2025.

[33] Steam, "Steam Link," November 10, 2015, available at https://store.steampowered.com/app/353380/Steam_Link/, accessed on January 10, 2025 ("Play your Steam games on your phone, tablet, TV, VR headset or another PC using Steam Link, streaming from your home computer...[Y]ou can now access and play games from your PC while on the couch, or on the go...Release Date: Nov 10, 2015").

[34] Steam, "Steam Controller," available at https://store.steampowered.com/app/353370/Steam_Controller, accessed on January 10, 2025 ("The Steam Controller lets you play your entire collection of Steam games on your TV—even the ones designed without controller support in mind...Release Date: Nov 10, 2015").

[35] Rob Crossley and Matt Espineli, "Steam Machines: First impressions, The Specs, Prices, and Release Dates," *GameSpot*, October 16, 2015, available at https://www.gamespot.com/articles/steam-machines-first-impressions-the-specs-prices-/1100-6425734/, accessed on January 21, 2025 ("This collection of over a dozen small living-room PCs...runs on Steam OS...Linux-supported games will work on the machine...Release date: Due November 10.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY