# EXHIBIT 1
## Report Part 3
## (Dkt No. 454.01 & 456.01)

## REDACTED

Expert Report of Gautam Gowrisankaran, Ph.D.    Backup materials for timeline of Valve innovations, features, and products

35. **June 2, 2016—Steam Bundles:** Enables bundle creation for publishers on Steam. Bundles offer a simplified method for publishers to sell multiple products at once (sometimes at a discount), helping publishers sell "Deluxe Editions" of their games as well as collections including the publishers' earlier titles.[36]

36. **November 7, 2016—Discovery Update 2.0:** Adds features to the Steam store to improve the marketing of titles to users.[37]

37. **December 31, 2016—Steam Awards:** First Steam Awards, a game awards event where winning titles are determined by user nominations and voting.[38]

38. **February 23, 2017—Steam Audio:** Expands the Steamworks SDK to offer developers a free spatial audio solution.[39]

---

[36] Steam, "Create Your Own Steam Bundles," June 2, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/932622787937370414, accessed on April 30, 2024 ("Steam Bundles is a feature that allows multiple Steam products to be bundled together at a discount. This can be used for easily creating Deluxe Editions or for putting together collections of a developer's past releases and allow customers to 'complete their set' of that game catalog.").

[37] Steam, "Steam Discovery Update 2.0 Available Now," November 7, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/880845734465610237, accessed on April 30, 2024 ("Available now, the Steam Discovery Update 2.0 expands the platform with tools and features designed to give gamers more control and choice in their Steam experience. The first Discovery Update was launched two years ago, and dozens of iterative changes have been made since. Today's update introduces a larger collection of new features and functionality based on user feedback such as a powerful new preferences options, expanded support for curators, and easier access to your friends' activity."); Steam, "Steam Discovery Update 2.0," available at https://store.steampowered.com/about/newstore2016?snr=2_groupannouncements_detail, accessed on May 13, 2024 ("Whether it's a hot new release, joining a special event, or getting back into a game that was recently updated, now it's easy to tell what your friends are excited about … Most lists across the store, including this section, are now personalized to filter out games you own or marked 'ignored'.").

[38] Steam, "The Steam Awards Winners!" December 31, 2016, available at https://store.steampowered.com/oldnews/26623, accessed on April 30, 2024 ("Thanks to all that voted in The Steam Awards!"); Ethan Gach, "Here Are The 2016 Winners Of The First Ever Steam Awards," *Kotaku*, December 31, 2016, available at https://kotaku.com/here-are-the-2016-winners-of-the-first-ever-steam-award-1790658305, accessed on May 13, 2024 ("Users were encouraged to nominate the games they thought most deserved to win each category with Valve giving the people who did so special badges.").

[39] Steam, "Introducing Steam Audio," February 23, 2017, available at https://steamcommunity.com/groups/steamworks/announcements/detail/661305015032637648, accessed on April 30, 2024 ("Steam Audio is now available, delivering an advanced spatial audio solution for games and VR apps. Steam Audio includes several exciting features that significantly improve immersion and open up new possibilities for spatial audio design. The Steam Audio SDK is available free of charge, for use by teams of any size, without any royalty requirements. Steam Audio currently supports Windows, Linux, macOS, and Android. Just like Steam itself, Steam Audio is available for use with a growing list of VR devices and platforms.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

39. **June 13, 2017—Steam Direct:** Replaces Steam Greenlight and enables full self-publishing functionality on Steam at the cost of a recoupable $100 fee per title.[40]

40. **June 19, 2018—Developer & Publisher Homepages:** Adds the ability for developers and publishers to create their own homepages on Steam where users can explore their full game catalogs available on Steam and find additional information related to their titles.[41]

41. **July 24, 2018—Steam Chat update:** Updated friends list, text chat, and voice chat features, including group chat features, among others.[42]

42. **August 21, 2018—Proton:** Introduces features to Steam Play allowing Windows-only titles to be played on computers running Linux operating systems.[43]

---

[40] Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024 ("After nearly five years Valve's crowd-voting platform Steam Greenlight is coming to an end, only to be replaced by Steam Direct on 13th June. As previously discussed, Steam Direct will allow any developer to post their game to Valve's marketplace so long as they pay a $100 fee per title. This fee can later be recouped once a game reaches $1k in sales.").

[41] Steam, "Announcing: Developer & Publisher Homepages Beta on Steam," June 19, 2018, available at https://steamcommunity.com/games/593110/announcements/detail/2515705802687784921?snr=2_groupannouncements_detail_, accessed on April 30, 2024 ("We've just launched an open beta for Creator Homepages, a new part of the Steam store designed to help players discover and connect with the developers and publishers behind their favorite games. With this feature, you can explore the full catalog of games created by the developers and publishers of games you enjoy and you can choose to follow those creators to be automatically notified when they release their next title.").

[42] Nick Statt, "Steam is rolling out its new Discord-like chat feature to all users," *The Verge*, July 24, 2018, available at https://www.theverge.com/2018/7/24/17609872/steam-chat-new-features-roll-put-discord-like-competition, accessed on April 30, 2024 ("The new updates are mainly around design and chat versatility. Now you can share GIFs and rich social and video links with friends in Steam Chat, sort friends by favorites, group your friends by game and by party, and maintain more fully featured group chats that are designed more like Discord servers. Steam Chat also now offers built-in voice chat with many of the same perks, like channels and link inviting, that you get with Discord."); Steam, "The All-New Steam Chat," available at https://steamcommunity.com/updates/chatupdate, accessed on April 30, 2024.

[43] Ars Staff, "Valve's 'Steam Play' uses Vulkan to bring more Windows games to Linux," *Ars Technica*, August 21, 2018, available at https://arstechnica.com/gaming/2018/08/valves-steam-play-uses-vulkan-to-bring-more-windows-games-to-linux/, accessed on April 30, 2024 ("Valve announced today a beta of Steam Play, a new compatibility layer for Linux, to provide compatibility with a wide range of Windows-only games ... The announcement today spells out in full what the company has developed. At its heart is a customized, modified version of the WINE Windows-on-Linux compatibility layer named Proton ... Once Steam Play is out of beta, developers of Windows games will be able to mark their games as being Steam Play compatible and, hence, will be offered for sale to Linux users.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for timeline of Valve innovations, features, and products

43. **October 1, 2018—Additional revenue share tiers:** Introduces new revenue share tiers for games that hit certain revenue levels, adjusting from 30 to 25 percent when a game reaches $10 million in sales, and from 25 to 20 when a game surpasses $50 million in sales.[44]

44. **June 13, 2019—Remote Play:** Allows users to stream games from a host Steam client anywhere they have a connection to the internet.[45]

45. **June 28, 2019—Valve Index VR Headset:** Official Valve VR headset enabling users to play virtual reality games with wide support for controllers and base stations.[46]

46. **July 2019—Steam Labs:** Enables platform participants to test prospective Steam features, including new marketing features.[47]

---

[44] Steam, "New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 1, 2018, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838 , accessed on April 18, 2024 ("With that in mind, we've created new revenue share tiers for games that hit certain revenue levels. Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M. Revenue includes game packages, DLC, in-game sales, and Community Marketplace game fees. Our hope is this change will reward the positive network effects generated by developers of big games, further aligning their interests with Steam and the community.").

[45] Steam, "Steam Client Update Released," June 13, 2019, available at https://store.steampowered.com/oldnews/51761, accessed on April 30, 2024 ("Steam In-Home Streaming is experimentally available outside the home, and is now known as Steam Remote Play. Your Steam clients can now stream games from each other wherever they are, as long as there is a good network connection on both sides and they are close to a Steam datacenter").

[46] Steam, "Valve Index Headset," June 28, 2019, available at https://store.steampowered.com/app/1059530/Valve_Index_Headset/, accessed on January 21, 2025 ("Explore environments...in your SteamVR Home space...The Valve Index Headset is compatible with any Controllers featuring support for SteamVR Tracking...[and] can be used with any Base Stations featuring support for SteamVR Tracking...Release Date: June 28, 2019").

[47] Matthew Handrahan, "Valve's advice for making your game thrive after launch," *GamesIndustry.biz*, April 23, 2020, available at https://www.gamesindustry.biz/valves-advice-to-keep-your-game-thriving-after-launch, accessed on October 23, 2023 ("Steam Labs, which launched in July 2019, is an attempt to let developers see what's coming, and influence the way new features are shaped."); Steam, "Steam Labs," available at https://store.steampowered.com/labs, accessed on April 30, 2024 ("Every year, we create dozens of experiments around discoverability, video, machine learning, and more. You know who we thought might enjoy seeing them? Everyone. For the first time, you can try, share, and break them, then share your feedback with the developers who create them.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

47. **October 21, 2019—Remote Play Together:** Adds support for users to play local-only multiplayer games with friends over the internet without additional development input.[48]

48. **October 30, 2019—Steam Library Update:** Updates Steam Library pages, offering users information about game updates provided by publishers and informing them of their friends' gameplay activity, among other additions.[49]

49. **December 12, 2019—Steam Game Festival/Steam Next Fest:** First multi-day event on Steam showcasing upcoming games, offering free game demos to users on the Steam Store and giving users access to livestreams with developers playing and discussing their games.[50]

50. **June 25, 2020—Points Shop:** Adds a shop allowing users to spend reward points earned from game purchases to buy digital items used to customize their Steam profiles.[51]

---

[48] Steam, "Introducing Steam Remote Play Together," October 21, 2019, available at https://steamcommunity.com/games/593110/announcements/detail/3032537193879549687?snr=1_2108_group___2107, accessed on April 30, 2024 ("With Remote Play Together, you can now invite Steam Friends to join your local co-op, local multiplayer, and shared/split screen games online. Up to four players, can instantly join in the fun. Only the host needs to own and install the game, while additional players connect through Steam Remote Play streaming technology.").

[49] Steam, "Steamworks Fall Recap: Steam Library Release, Remote Play Together, DAU Reporting, Store Page Tools, And More", December 9, 2019, available at https://steamcommunity.com/groups/steamworks/announcements/detail/1706232080103449103, accessed on April 30, 2024 ("The biggest announcement of the past couple of months is the Steam Library Update, which rolled out of beta and updated Steam for all players on October 30. This update brings a fresh new look to the Steam library that better highlights the games in a player's library and makes it easy to find something to play. This new update also brings better channels for game developers to communicate about updates, events, and announcements to players and fans."); Steam, "The New Steam Library," available at https://store.steampowered.com/libraryupdate?snr=2_groupannouncements_detail_, accessed on April 30, 2024 ("The new library home gives you quick access to game updates, recently played games, friends' activity and collections.").

[50] Austen Goslin, "The Game Awards offers an E3-esque buffet of Steam demos for unreleased games," *Polygon*, December 11, 2019, available at https://www.polygon.com/2019/12/11/21011169/the-game-awards-steam-game-festival-demos, accessed on April 30, 2024 ("The Festival is designed to work hand-in-hand with the Game Awards to give players the chance to try out some new games being discussed on the show with Steam acting as the digital event space."); Alex Calvin, "Steam Game Festival rebrands as Steam Next Fest, set to take place in June," *VG247*, March 24, 2021, available at https://www.vg247.com/steam-game-festival-steam-next-fest-june, accessed on April 30, 2024 ("'Explore and play hundreds of game demos, watch developer livestreams, and chat with the teams about their games in progress, coming soon to Steam.'").

[51] Andy Chalk, "Steam launches a permanent Points Shop," *PC Gamer*, June 25, 2020, available at https://www.pcgamer.com/steam-launches-a-permanent-points-shop/, accessed on April 30, 2024 ("One of the things you can do in this year's Steam Summer Sale is earn points that can be used to acquire digital items like animated stickers, backgrounds, and avatars.").

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.    Backup materials for timeline of Valve innovations, features, and products

51.   **December 14, 2020—Steam News Hub:** Adds centralized news hub for users to get information on the games they care about.[52]

52.   **April 21, 2021—Steam Playtest:** Allows developers to set up and run tests of their games on Steam with users for free, without having to manage Steam keys or external mailing lists.[53]

53.   **February 25, 2022—Steam Deck launch/integration:** Release of the Steam Deck, a handheld PC gaming device developed by Valve and associated Steam updates to support the device.[54]

54.   **September 7, 2022—Personalized store hubs:** Introduces Store hubs for each user based on their own gameplay history, friends' gameplay histories, and followed publishers, and wishlist contents.[55]

---

[52]   Steam, "New Steam News Hub: More Ways to Communicate With Players," December 14, 2020, available at https://steamcommunity.com/groups/steamworks/announcements/detail/2947007387776397379, accessed on April 30, 2024 ("Today we've fully launched the Steam News Hub, a centralized place for players to browse all the news, updates, and events happening in the games they care about.").

[53]   Steam, "Steam Playtest feature now fully released," April 21, 2021 available at https://store.steampowered.com/news/group/4145017/view/3119280855648142183, accessed on April 30, 2024 ("Steam Playtest is a new feature built right into Steam, allowing you to invite players to test your game without having to manage keys or external mailing lists. You control how many players get access, when to add more players, when to open testing, and when to close your playtest."); Rory Young, "Valve Introduces Steam Playtest Feature for Early Game Testing," *GameRant*, November 7, 2020, available at https://gamerant.com/valve-steam-playtest-feature-november-2020/, accessed on April 30, 2024 ("Developers will be able to create their own playtest without requiring Steam keys. When ready, developers can activate playtest signups on their game's profile, and as players sign-up a queue system will be put in place. Developers can add testers from this queue, as well as manually invite testers. The tools will even provide details regarding how many players are already in the test, as well as how many are waiting in queue.").

[54]   Mitchell Clark, "Valve will start selling the Steam Deck on February 25th," *The Verge*, January 26, 2022, available at https://www.theverge.com/2022/1/26/22902930/valve-steam-deck-release-date-gaming-handheld-pc, accessed on December 7, 2023 ("Valve announced that the Steam Deck will go on sale starting February 25th."); Steam, "Steam Deck Launching February 25th," January 26, 2022, available at https://store.steampowered.com/news/app/1675180/view/3117055056380003048, accessed on April 30, 2024 ("On February 25th, we will be sending out the first batch of order emails to reservation holders. Customers will have 3 days (72 hours) from receipt of their order email to make their purchase, before their reservation is released to the next person in the queue. The first units will be on their way to customers starting the 28th, and we plan to release new order email batches on a weekly cadence.").

[55]   Steam, "Personalized Shopping With New Tag, Genre, and Category Pages," September 7, 2022, available at https://store.steampowered.com/news/app/593110/view/3091162528094367313, accessed on April 30, 2024 ("Today's Steam update brings big updates to the various tag, genre, category, and theme browsing pages across the Steam store. Previously released as a Steam Labs experiment, these new store hubs have been tested and iterated upon with player feedback over the past few months. In fact, you've probably already seen these new hubs in action, as we've made use

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for timeline of Valve innovations, features, and products

55. **January 2023—DLC For You:** Lets users browse DLC content for games they already own.[56]

56. **May 2, 2023—Trailer categorization:** Allows developers to indicate categories for video trailers they include on Steam store pages.[57]

57. **March 2024—Private Apps:** Allows a user to prevent their friends from seeing certain games in the user's library, including preventing friends from seeing when the user is playing those games.[58]

58. **September 11, 2024—Steam Families:** Introduces a centralized location for family sharing features, enabling users to share their game libraries, manage who can access certain games, and approve purchase requests.[59]

59. **November 6, 2024—Game recording:** Allows users to record game highlights, mark key in-game moments, and easily share them online or with friends.[60]

---

of them during the Summer Sale or various official themed sales ... The contents of each hub is personalized based on your play history, network of friends, followed developers, and what you have on your wishlist.").

[56] Steam, "New DLC Discovery Hub with Steam Labs Experiment 15," January 27, 2023, available at https://store.steampowered.com/news/app/593110/view/3638379690025890182, accessed on January 24, 2025 ("Today's new Steam Labs experiment is a store hub designed to help you find new content to enjoy in the games you already play. You may have missed or forgotten about exciting add-on content for your favorite games, and this hub is designed to help you explore what is available and find ways of getting more of those great games.").

[57] Steam, "New: Trailer categories and updated display logic," May 2, 2023, available at https://steamcommunity.com/groups/steamworks/announcements/detail/5358762517221792489 , accessed on January 22, 2025 ("The display of trailers on Steam store pages have been updated today to address some frustrations we've heard from players when trying to find gameplay videos or navigate to screenshots. These changes include new logic that determines the order of trailers and screenshots, plus the ability to specify a category for each trailer to show to players.").

[58] Megan Ellis, "You Can Now Properly Hide Steam Games by Marking Them as Private," *Make Use Of*, March 8, 2024, available at https://www.makeuseof.com/hide-steam-game-mark-private/, accessed on January 21, 2025 ("[March 8, 2024] Steam's Private Apps feature is officially out of beta, meaning you can hide games in your Steam library that you don't want others to see ... According to Steam, games marked as private will only be visible to you.").

[59] Jay Peters, "Steam's improved family sharing is out now for everyone," *The Verge*, September 11, 2024, available at https://www.theverge.com/2024/9/11/24242377/valve-steam-improved-family-sharing-out-now, accessed on January 21, 2025 ("Valve's new Steam Families feature is now available for everyone following a beta launch earlier this year. With Steam Families, parents are able to share games with their families, manage parental controls for their kids, and approve requests from their kids to buy Steam games.").

[60] Darryn Bonthuys, "Steam Game Recording Is Now Live For All PC And Steam Deck Users," *GameSpot*, November 6, 2024, available at https://www.gamespot.com/articles/steam-game-recording-is-now-live-for-all-pc-and-steam-deck-users/1100-6527599/, accessed on January 21, 2025 ("Valve has announced that Steam Game Recording has been released for all PC and Steam Deck users. The new built-in system for game recording offers a variety of tools for users, allowing them to capture highlights of their gameplay, record lengthy play sessions, and share them online

---

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for timeline of Valve innovations, features, and products

60.    **January 2025—Steam OS launches on non-Valve handheld hardware:** First non-Valve hardware device to use SteamOS.[61]

---

through the Steam overlay... [Y]ou'll be able to drop markers as reference points and Steam has provided tools for developers to create "timeline-enhanced" games that can proactively notify Steam when relevant events happen.").

[61]    Steam, "SteamOS expands beyond Steam Deck," January 7, 2025, available at https://steamcommunity.com/games/593110/announcements/detail/529834914570306832, accessed on January 20, 2025 ("With Lenovo's announcement at CES 2025 of the Lenovo Legion Go S, we are pleased to share that their 'Powered by SteamOS' model is the first handheld officially licensed to ship with Valve's SteamOS.").

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.          Backup materials for the analysis of video game platform launch dates

## BACKUP MATERIALS FOR THE ANALYSIS OF VIDEO GAME PLATFORM LAUNCH DATES

1. Alissa McAloon, "Ubisoft Connect announced as a 'refreshed' replacement for Uplay and Ubisoft Club," *Game Developer*, October 20, 2020, available at https://www.gamedeveloper.com/game-platforms/ubisoft-connect-announced-as-a-refreshed-replacement-for-uplay-and-ubisoft-club, accessed on January 10, 2025

2. Blizzard, "Blizzard Battle.net Update," August 14, 2017, available at https://news.blizzard.com/en-us/world-of-warcraft/20972461/blizzard-battle-net-update, accessed on January 10, 2025

3. Brad Wardell, "Postmortem: Stardock's Galactic Civilizations," *Gamasutra*, May 7, 2003, available at https://web.archive.org/web/20220704210359/http://www.gamasutra.com/view/feature/2862/postmortem_stardocks_galactic_.php, accessed on January 10, 2025

4. Brittany Vincent, "A brief history of online gaming on the PC," *PC Gamer*, February 22, 2017, available at https://www.pcgamer.com/a-brief-history-of-online-gaming-on-the-pc/, accessed on January 20, 2025

5. Charlie Hall, "Steam has a massive new competitor," *Polygon*, April 17, 2017, available at https://www.polygon.com/2017/4/17/15326258/steam-competitor-tencent-games-platform-wegame-download, accessed on January 10, 2025

6. Chris Kohler, "Nintendo 3DS eShop Packs Solid Features, Skimpy Lineup," *WIRED*, June 2, 2011, available at https://www.wired.com/2011/06/nintendo-3ds-eshop-launch/, accessed on January 10, 2025

7. Eddie Makuch, "GOG Celebrates Six Years of Advancing the 'DRM-Free Movement,'" *GameSpot*, September 8, 2014, available at https://www.gamespot.com/articles/gog-celebrates-six-years-of-advancing-the-drm-free/1100-6422150/, accessed on January 10, 2025

8. Elton Jones, "The History of Roblox and Its Rise to Eminence," *One37PM*, October 12, 2023, available at https://www.one37pm.com/gaming/history-of-roblox, accessed on January 10, 2025

9. Epic Games Store, "The Epic Games Store Is Now Live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 10, 2025

10. G2A, "Factsheet," August 2024, available at https://www.g2a.co/fact-sheet/, accessed on January 10, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.                    Backup materials for the analysis of video game platform launch dates

11. GameFly, "About Us," available at https://www.gamefly.com/about-us, accessed on January 10, 2025

12. Globe Newswire, "Paradox Interactive Launches Large-Scale International Digital Distribution Service," November 20, 2006, available at https://www.globenewswire.com/news-release/2006/11/20/351416/7645/en/Paradox-Interactive-Launches-Large-Scale-International-Digital-Distribution-Service.html, accessed on January 10, 2025

13. Green Man Gaming, "Who we are," available at https://www.greenmangaming.com/who-we-are/, accessed on January 17, 2025

14. Greg Kumparak, "Discord is launching a game store," *TechCrunch*, August 9, 2018, available at https://techcrunch.com/2018/08/09/discord-is-launching-a-game-store/, accessed on January 10, 2025

15. IGN, "IGN Entertainment Launches Direct2Drive," September 10, 2004, available at https://www.ign.com/articles/2004/09/10/ign-entertainment-launches-direct2drive, accessed on January 10, 2025

16. IGN, "Square Opens PlayOnline.com," June 6, 2000, available at https://www.ign.com/articles/2000/06/07/square-opens-playonlinecom, accessed on January 10, 2025

17. IGN, "Ubisoft Launches First Uplay Services with Assassin's Creed II," November 18, 2009, available at https://www.ign.com/articles/2009/11/18/ubisoft-launches-first-uplay-services-with-assassins-creed-ii, accessed on January 10, 2025

18. Jay Peters, "Riot continues to expand beyond League of Legends with new PC launcher," *The Verge*, September 17, 2021, available at https://www.theverge.com/2021/9/17/22679479/riot-games-new-client-pc-launcher-library, accessed on January 10, 2025

19. John Reseburg, "EA Launches Origin," *Electronic Arts*, June 3, 2011, available at https://news.ea.com/press-releases/press-releases-details/2011/EA-Launches-Origin/, accessed on January 10, 2025

20. Jordan Sirani, "How Xbox Game Pass Became the Subscription Service to Beat," *IGN*, April 8, 2022, available at https://www.ign.com/articles/xbox-game-pass-history-subscription-service, accessed on January 10, 2025

21. Josh Constine, "Oculus App Store Will Require Pre-Approvals, Comfort Ratings, Tax," *TechCrunch*, June 12, 2015, available at https://techcrunch.com/2015/06/12/oculus-app-store/, accessed on January 10, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.                    Backup materials for the analysis of video game platform launch dates

22.  Julian Horsey, "Microsoft Xbox Live Marketplace Rebranded As Xbox Games Store," *Geeky Gadgets*, August 30, 2013, available at https://www.geeky-gadgets.com/microsoft-xbox-live-marketplace-rebranded-as-xbox-games-store-30-08-2013/, accessed on January 26, 2025

23.  Justin Pinter, "History of PlayStation: PS1, PS2, PS3, PS4, PS5 – Launch Prices, Specs, Games," *PlayStation Universe*, November 19, 2020, available at https://www.psu.com/news/history-of-playstation-ps1-ps2-ps3-ps4-and-ps5-launch-prices-specs-and-games/, accessed on January 10, 2025

24.  Leafo, "Introducing open revenue sharing," *Itch.io*, March 4, 2015, available at https://itch.io/updates/introducing-open-revenue-sharing, accessed on January 10, 2025

25.  Major Nelson, "Xbox Live Marketplace Launch Content," *Microsoft*, November 15, 2005, available at https://news.xbox.com/en-us/2005/11/15/xbox-live-marketplace-launch-content/, accessed on January 26, 2025

26.  Microsoft, "Windows 8 Arrives," October 25, 2012, available at https://news.microsoft.com/2012/10/25/windows-8-arrives/, accessed on January 10, 2025

27.  Minecraft, "Download Minecraft & Server Software," available at https://www.minecraft.net/en-us/download, accessed on January 26, 2025

28.  Nicole Carpenter, "Rockstar has its own game launcher, and GTA: San Andreas is free," *Polygon*, September 17, 2019, available at https://www.polygon.com/2019/9/17/20870668/rockstar-games-launcher-pc-store-gta-san-andreas-free, accessed on January 10, 2025

29.  Owen Good, "Amazon Luna makes full launch to US subscribers," *Polygon*, March 1, 2022, available at https://www.polygon.com/22956365/amazon-luna-release-date-price-games-list, accessed on January 10, 2025

30.  Rebekah Valentine, "Google Stadia's paid subscription service launches in November," *GamesIndustry.biz*, June 6, 2019, available at https://www.gamesindustry.biz/google-stadias-paid-subscription-launches-in-november-free-version-planned-next-year, accessed on January 10, 2025

31.  Roblox, "Home," available at https://corp.roblox.com/, accessed on January 27, 2025

32.  Samuel Heaney, "The History and Evolution of Minecraft," *IGN*, April 16, 2023, available at https://www.ign.com/articles/the-history-and-evolution-of-Minecraft, accessed on January 10, 2025

33.  Tom Warren, "Windows Store rebranded to Microsoft Store in Windows 10," *The Verge*, September 22, 2017, available at https://www.theverge.com/2017/9/22/16348986/microsoft-store-windows-10-app-store, accessed on January 10, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**APPENDIX C**

Current: January 2025

# Gautam Gowrisankaran

## PERSONAL:

Department of Economics
Columbia University
420 West 118th St.
New York, NY 10027
Rm. 1026 IAB, MC 3308

E-mail: gautamg2@gmail.com
Citizenship: USA and Canada
Languages: English, French, fluent, Spanish, moderate
Date of Birth: March 18, 1971

## RESEARCH INTERESTS:

Industrial Organization, Health Economics, Environmental Economics, Applied Econometrics

## EDUCATION:

Doctorate *Honoris Causa*, University of Oulu, 2017
Ph.D., Economics, Yale University, 1995
    Dissertation advisors: Steven Berry and Ariel Pakes
    Dissertation title: A Dynamic Analysis of Mergers
M.Phil., Economics, Yale University, 1993
M.A., Economics, Yale University, 1992
B.A., Economics, Swarthmore College, 1991

## PROFESSIONAL EXPERIENCE:

### Current position:

Professor of Economics (with tenure), Department of Economics, Columbia University, 2021 –

### Other current affiliations:

Research Fellow, Centre for Economic Policy Research, 2021 – present
Research Associate, National Bureau of Economic Research, 2012 – present
Professor of Marketing (by courtesy), Department of Marketing, Eller College of Management, University of Arizona, 2011 – present
Professeur affilié, Institut d'économie appliquée, HEC Montréal, 2007 – present

### Past positions:

Professor of Economics (with tenure) and Peter and Nancy Salter Chair in Healthcare Management, Department of Economics, Eller College of Management, University of Arizona, 2020 – 21
Arizona Public Service Professor of Economics (with tenure), Department of Economics, Eller College of Management, University of Arizona, 2011 – 20
Visiting Scholar, Becker-Friedman Institute, Department of Economics, University of Chicago, Spring 2016
Visiting Professor, Department of Economics, Northwestern University, Winter, Spring 2014
Visiting Professor, Universidad de los Andes, Santiago, Chile, Fall 2013
Faculty Research Fellow, National Bureau of Economic Research, 2001 – 12

1

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Associate Professor of Economics (with tenure), Department of Economics, Eller College of Management, University of Arizona, 2007 – 11

Visiting Scholar, Center for the Study of Industrial Organization, Department of Economics, Northwestern University, 2009, 2010

Research Associate Professor, Department of Ophthalmology and Vision Sciences, Washington University in St. Louis School of Medicine, 2007 – 09

Visiting Associate Professor, Department of Economics, Eller College of Management, University of Arizona, Spring 2007

Assistant Professor of Economics, John M. Olin School of Business, Washington University in St. Louis, 2003 – 2007

Visiting Scholar, Federal Reserve Bank of San Francisco, 2001 – 02, 2005

Consultant, Federal Reserve Bank of New York, 2002 – 04

Visiting Assistant Professor, Department of Economics, Yale University, Spring 2003

Visiting Assistant Professor, Department of Economics, Harvard University, Fall 2002

Assistant Professor, Department of Economics, University of Minnesota, 1995 – 2002

Visiting Assistant Professor, Department of Economics, University of Michigan, 1997 – 98

## PUBLICATIONS:
### Published and forthcoming:

Fleitas, Sebastian, Gautam Gowrisankaran and Anthony Lo Sasso (2024). "Reclassification Risk in the Small Group Health Insurance Market." Accepted, *The Review of Economics and Statistics*. (Also NBER Working Paper 24,663.)

Butters, Andrew, Jackson Dorsey, and Gautam Gowrisankaran (2024). "Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium." Conditionally accepted (subject to replication process), *Econometrica*. (Also NBER Working Paper 29,138.)

Gowrisankaran, Gautam, Ashley Langer, and Wendan Zhang (2024). "Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards." Accepted, *Journal of Political Economy*. (Also NBER Working Paper 30,297.)

Gowrisankaran, Gautam, Keith Joiner and Pierre-Thomas Léger (2023). "Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments." *Management Science* 69: 3202-19. (Also NBER Working Paper 21,155.)

Fleitas, Sebastian, Gautam Gowrisankaran, and Anthony Lo Sasso (2022). "Incumbent Regulation and Adverse Selection: You Can Keep Your Health Plan, But at What Cost?" *Journal of Public Economics* 205: 104556.

Barrette, Eric, Gautam Gowrisankaran and Robert Town (2022). "Countervailing Market Power and Hospital Competition." *The Review of Economics and Statistics* 104: 1351-60. (Also NBER Working Paper 27,005.)

Blundell, Wesley, Gautam Gowrisankaran and Ashley Langer (2020). "Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations." *American Economic Review* 110: 2558-85. (Also NBER Working Paper 24,810.)

Dalton, Christina M., Gautam Gowrisankaran and Robert Town (2020). "Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D." *The Review of Economic Studies* 87: 822-869. (Also NBER Working Paper 21,104.)

Easterbrook, Kathleen, Gautam Gowrisankaran, Dina Older Aguilar and Yufei Wu

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(2019). "Accounting for Complementarities in Hospital Mergers: Is a Substitute Needed for Current Approaches?" *Antitrust Law Journal* 82, 497-531.

Collard-Wexler, Allan, Gautam Gowrisankaran and Robin Lee (2019). "'Nash-in-Nash' Bargaining: A Microfoundation for Empirical Work." *Journal of Political Economy* 127: 163-95. (Also NBER Working Paper 20,640.)

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert J. Town (2018). "Can Amputation Save the Hospital? The Impact of the Medicare Rural Flexibility Program on Demand and Welfare." *Journal of Health Economics* 58: 110-122. (Also NBER Working Paper 18,894.)

Griffin, Stephanie, David Bui, Gautam Gowrisankaran, Eric A. Lutz, Charles He, Chengcheng Hu and Jefferey L. Burgess (2018). "Risk Management Interventions to Reduce Injuries and Maximize Economic Benefits in U.S. Mining." *Journal of Occupational and Environmental Medicine* 60(3): 226-233.

Gowrisankaran, Gautam, Stanley Reynolds and Mario Samano (2016). "Intermittency and the Value of Renewable Energy." *Journal of Political Economy* 124(4): 1187-1234. (Also NBER Working Paper 17,086.)

Gautam Gowrisankaran, Aviv Nevo and Robert Town (2015). "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry." *American Economic Review* 175(1): 172-203. (Also NBER Working Paper 18,875.)

Gowrisankaran, Gautam, Karen Norberg, Steven Kymes, Michael Chernew, Dustin Stwalley, Leah Kemper and William Peck (2013). "A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut Hospitalizations But Not Overall Costs." *Health Affairs* 32(3): 477–85.

Gowrisankaran, Gautam and Marc Rysman (2012). "Dynamics of Consumer Demand for New Durable Goods." *Journal of Political Economy* 120(6): 1173-1219. (Also NBER Working Paper 14,737.)

Gowrisankaran, Gautam and John Krainer (2011). "Entry and Pricing in a Differentiated Products Industry: Evidence from the ATM Market." *RAND Journal of Economics* 42: 1- 22.

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert Town (2011). "The Impact of the Medicare Rural Hospital Flexibility Program on Patient Choice." *International Journal of Industrial Economics* 29: 342-344.

Gowrisankaran, Gautam, Robert J. Town and Eric Barrette (2011). "Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly." *The B.E. Journal of Economic Analysis and Policy* 11: Issue 2 *(Advances)* Article 3.

Chernew, Michael, Gautam Gowrisankaran and Dennis Scanlon (2008). "Learning and the Value of Information: Evidence from Health Plan Report Cards." *Journal of Econometrics* 144: 156-74. (Also NBER Working Paper 8589.)

Gowrisankaran, Gautam, Matthew F. Mitchell and Andrea Moro (2008). "Electoral Design and Voter Welfare from the U.S. Senate: Evidence from a Dynamic Selection Model." (Also NBER Working Paper 10748.) *Review of Economic Dynamics* 11: 1–17.

Ackerberg, Daniel A. and Gautam Gowrisankaran (2006). "Quantifying Equilibrium Network Externalities in the ACH Banking Industry." *RAND Journal of Economics* 37: 738-61. (Also NBER Working Paper 12,488.)

Gowrisankaran, Gautam and Thomas J. Holmes (2004). "Mergers and the Evolution of

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Industry Concentration: Results from the Dominant Firm Model." *RAND Journal of Economics* 35: 561–82. (Also NBER Working Paper 9151.)

Gowrisankaran, Gautam and Joanna Stavins (2004). "Network Externalities and Technology Adoption: Lessons from Electronic Payments." *RAND Journal of Economics* 35: 260–276. (Also NBER Working Paper 8943.)

Chernew, Michael, Gautam Gowrisankaran, Catherine McLaughlin and Teresa Gibson (2004). "Quality and Employers' Choice of Health Plan." *Journal of Health Economics* 23: 471–92. (Also NBER Working Paper 9847.)

Gowrisankaran, Gautam and Robert J. Town (2003). "Competition, Payers and Hospital Quality." *Health Services Research* 38: 1403 – 22. (Also NBER Working Paper 9206.)

Geweke, John, Gautam Gowrisankaran and Robert J. Town (2003). "Bayesian Inference For Hospital Quality in a Selection Model." *Econometrica* 71: 1215 – 1238. (Also NBER Working Paper 8497.)

Chernew, Michael, Gautam Gowrisankaran and A. Mark Fendrick (2002). "Payer Type and the Returns to Bypass Surgery: Evidence from Hospital Entry Behavior," *Journal of Health Economics* 21: 451 – 474. (Also NBER Working Paper 8632.)

Gowrisankaran, Gautam (1999). "A Dynamic Model of Endogenous Horizontal Mergers," *RAND Journal of Economics* 30: 56 – 83.

Gowrisankaran, Gautam (1999). "Efficient Representation of State Spaces for Some Dynamic Models." *Journal of Economic Dynamics and Control* 23: 1077 – 98.

Gowrisankaran, Gautam and Robert J. Town (1999). "Estimating the Quality of Care in Hospitals Using Instrumental Variables," *Journal of Health Economics* 18: 747 – 67.

Gowrisankaran, Gautam and Robert J. Town (1997). "Dynamic Equilibrium in the Hospital Industry." *Journal of Economics and Management Strategy* 6: 45 – 74.

**Submitted papers:**

Gowrisankaran, Gautam, Ashley Langer, and Mar Reguant (2024). "Energy Transitions in Regulated Markets." (Also NBER Working Paper 32,088.) Revise and resubmit, *American Economic Review*.

Gowrisankaran, Gautam and Philipp Schmidt Dengler (2024). "A Computable Dynamic Oligopoly Model of Capacity Investment." Revise and resubmit, *RAND Journal of Economics*.

Gowrisankaran, Gautam, Keith Joiner and Jianjing Lin (2024). "How Do Hospitals Respond to Payment Incentives?" (Also NBER Working Paper 26,455.)

**Working and resting papers:**

Gowrisankaran, Gautam and Marc Rysman (2020). "A Framework for Empirical Models of Dynamic Demand."

Gowrisankaran, Gautam, Charles He, Eric Lutz and Charles Burgess (2020). "Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from Disasters and Fatalities." (Also NBER Working Paper 21,129.)

Gowrisankaran, Gautam, Marc Rysman and Grace Yu (2016). "Computing Price-Cost Margins in a Durable Goods Environment."

Gowrisankaran, Gautam, Marc Rysman and Minsoo Park (2012). "Measuring Network Effects in a Dynamic Environment."

**Other (non-refereed) publications:**

Gowrisankaran, Gautam (2019). "Comments on Jones et al. (2019) and Advice to for the

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Graduate School Application Process." Forthcoming, *Journal of Economic Education*.

Gowrisankaran, Gautam (2011). "Evaluating the Impact of a Hospital Merger Using the Difference-in-Difference of Prices." (Comment on article by Steven Tenn.) *International Journal of the Economics of Business* 18: 83 – 89.

Gowrisankaran, Gautam (2008). "Competition Among Hospitals and Hospital Quality" (2008), Ch. 12 of *Incentives and Choice in Health and Health Care*, F. Sloan and H. Kasper, eds. Cambridge: MIT Press.

Gowrisankaran, Gautam and John Krainer (2005). "Bank ATMs and ATM Surcharges," Federal Reserve Bank of San Francisco Economic Letter 2005-36.

Gowrisankaran, Gautam (2002). "Why Do Americans Still Write Checks?" Federal Reserve Bank of San Francisco Economic Letter 2002-27.

Gowrisankaran, Gautam (2002). "Productivity in Heart Attack Treatments," Federal Reserve Bank of San Francisco Economic Letter 2002-20.

Gowrisankaran, Gautam (2002). "Competition and Regulation in the Airline Industry," Federal Reserve Bank of San Francisco Economic Letter 2002-01.

## AWARDS AND HONORS:

Keynote speech, 2022 RIDGE Industrial Organization Conference, Bogotá, Colombia, December 2022

Profiled, Global Competition Review's inaugural edition of Antitrust Academics, 2022

Winner, Lexology Client Choice Awards, 2022

Georgescu-Roegen Lecture, Sewanee College, March, 2022

2021 and 2009 Kalt Prize Recipient, for Best Doctoral Student Mentorship at the Eller College of Management

Winner, Best Paper in Regulatory Economics Prize at 2021 International Industrial Organization Conference, for "Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium," (joint with Andrew Butters and Jackson Dorsey)

Bernie Saffran Lecture, Swarthmore College, March, 2019

Keynote speech, North Carolina Health Economics Colloquium, Wake Forest University, October, 2018

Keynote speech, International Conference on Innovation and Industrial Economics, Nanjing University, Nanjing, China, 2018, 2016

Excellence in refereeing award, American Economic Association, 2007, 2008, 2018

Invited speaker, 2018 Latin American Workshop in Econometrics, August, 2018, Lima, Peru

Doctorate *Honoris Causa*, University of Oulu, May, 2017

Grossman Lecture, Colby College, March, 2017

Winner, Best Paper Award from the 2016 Workshop in Health IT and Economics (WHITE), for "Does Health IT Lead to Better Information or Worse Incentives?" (under former title), joint with Keith Joiner and Jianjing Lin

Invited lecture, Shanghai University of Finance and Economics Industrial Organization Summer School, Shanghai, China, June, 2016

Winner, 2016 Antitrust Writing Award for best academic paper on mergers, for "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry," joint with Aviv Nevo and Robert Town

Invited lecture, Martti Ahtisaari Institute, Oulu, Finland, August, 2015

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Invited speaker, Colombian Health Economics Association, Cali, Colombia, 2015

Invited speaker, Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, 2014

Invited speaker, European Association for Research in Industrial Economics, Evora, Portugal, 2013

Keynote speech, Zhejiang University Conference on Industrial Economics, Hangzhou, China, 2013

Canadian Economic Association State of the Art Lecture, Montreal, Canada, 2013

Keynote speech, Network of Industrial Economists Conference, London, United Kingdom, 2012

Keynote speech, Copenhagen Business School Conference, *Common Ground: Recent Work in Empirical Labour and Industrial Organization*, Copenhagen, Denmark, 2012

Keynote speech, Center for European Economic Research (ZEW) Symposium, *A Framework for Estimating Demand in Consumer Durable Goods Markets*, Mannheim, Germany, 2011

Grande conférence (keynote speech), Les Journées de CIRPÉE 2009 (Annual Meetings), Québec, Canada

Eller College Fellow, University of Arizona, 2007–11

Distinguished Visitor, Boston University Department of Economics, June 2008

## GRANTS:

National Science Foundation Grant SES-2149335, "Collaborative Research: Regulating Electricity Markets: Impacts on Energy Transitions and Environmental Justice," 2022-25, $242,500 (Role: PI).

National Science Foundation Grant SES-1824348, "Collaborative Research: Pollution Mitigation and Productivity in Developing Countries," 2018-21, $202,831 (Role: PI).

Eller College Small Research Grant and Center for Management Innovations in Healthcare Grant, "Preferred Pharmacy Networks," 2017, $12,000 (Role: PI).

Agency for Healthcare Quality and Research 1R01HS024850-01, "Narrow Network Health Plans: Effects on Access, Cost, Quality, and Selection," 2016-19, $383,180 for University of Arizona subcontract only (Role: co-PI; PI of University of Arizona subcontract).

National Science Foundation Grant SES-1425063, "Bargaining in Bilateral Oligopolies with Application to the Health Sector," 2014-17, $256,999 (Role: PI).

Alpha Foundation for the Improvement of Mine Safety and Health Grant, "Implementation of Risk Management Programs: Identification of Best Practices to Reduce Injuries and Maximize Economic Benefits," 2013-15, $668,518 (Role: co-PI).

University of Arizona Renewable Energy Network Policy Research Initiative Grant, "Intermittency and Multiple Sources in Renewable Energy," 2012-13, $11,998 (Role: PI)

University of Arizona, Center for Management Innovations in Health Care Summer Grants, 2011, 2012, 2013, 2015 (Role: PI)

Agency for Healthcare Research and Quality Grant R01-HS018424-01A1, "Hospital Choice, Hospital Quality and Patient Welfare for Rural Residents," 2010–13, $577,514 (Role: PI)

National Science Foundation Grant SES-0922540, "Collaborative Research: Estimation and Computation of Dynamic Oligopoly and Network Effects Model," 2009–13, $207,164 (Role: PI)

NET Institute Fellowship, 2009, 2004, 2003

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Missouri Foundation for Health contract. "Healthy Outcomes: The Impact of Employee Cost-Sharing on Healthcare Costs and Outcomes," 2007–08, $416,714 (Role: PI)

Commonwealth Foundation Grant 20070068. "Healthy Outcomes: The Impact of Employee Cost-Sharing on Healthcare Costs and Outcomes," 2007, $121,320 (Role: PI)

National Science Foundation Grant SES-0551360, "Collaborative Research: Dynamic Demand for New Durable Goods: An Empirical Model and Applications to Pricing and Welfare," 2006 – 09, $104,897 (Role: PI)

National Science Foundation Grant SES-0318170, "Estimating Models of Firm Entry," 2003– 06, $207,645 (Role: PI)

University of Minnesota, Faculty Summer Research Fellowship, 1999, 1996 University of Minnesota, Single Quarter Leave, Winter 1998

Alfred P. Sloan Foundation Doctoral Dissertation Fellowship, 1994 – 95

Social Sciences and Humanities Research Council of Canada Doctoral Fellowship, 1993 – 95

Master's and Doctoral Fellowship (latter declined) from the Government of Quebec, Fonds pour la formation des chercheurs et l'aide à la recherché (FCAR), 1991 – 95

Yale University Fellowship, 1991 – 95

## EXTERNAL SERVICE:
### Editorial positions:
Associate editor, *RAND Journal of Economics*, 2015–
Associate editor, *International Economic Review*, 2014–
Associate editor, *Journal of Business and Economic Statistics*, 2009–
Member of board of editors, *American Economic Review*, 2011–2016
Associate editor, *Economic Inquiry*, 2008–13

### Ad-hoc referee:
*American Economic Review*
*American Journal of Preventive Medicine*
*B.E. Journals in Economic Analysis & Policy*
*Canadian Journal of Economics*
*Energy Journal*
*Econometrica*
*Economic Journal*
*Economic Inquiry*
*Economica*
*European Economic Review/Journal of the European Economic Association*
*Health Affairs*
*Health Economics*
*Health Economics, Policy and Law*
*Health Services Research*
*International Economic Review*
*International Journal of Disaster Risk Reduction*
*International Journal of Industrial Organization*
*Journal of Applied Econometrics*
*Journal of Banking and Finance*
*Journal of Business and Economics Statistics*
*Journal of Comparative Economics*

7

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Journal of Econometrics Journal of Economic Theory*
*Journal of Economics and Business*
*Journal of Economics and Management Strategy*
*Journal of Health Economics*
*Journal of Human Resources*
*Journal of Industrial Economics*
*Journal of Law and Economics*
*Journal of Law, Economics and Organization*
*Journal of Political Economy*
*Management Science*
*Marketing Science*
*Quarterly Journal of Economics*
*RAND Journal of Economics*
*Review of Economic Dynamics*
*Review of Economic Studies*
*Review of Economics and Statistics*
*Review of Network Economics*
*Southern Economic Journal*

### Ad-hoc reviewer:

Chilean National Science Foundation
Hong Kong Research Grants Council
National Science Foundation
W.W. Norton & Company
Trinity College Dublin, Institute for International Integration Studies
University of Venice Doctoral Committee
John Wiley & Sons
University of Gothenburg, opponent for dissertation exam

### Public and government outreach and service:

Panel presentation, *Pharmacy Benefit Managers: Economics and Enforcement Interest*, 49th Annual Conference on International Antitrust Law and Policy and Antitrust Economics Workshops, Fordham University School of Law, September 2022

Member of U.S. Congressional Budget Office Health Advisory Panel, 2020 – 2023, Health Insurance Simulation Advisory Panel, 2018 – 20

Presentation, *Recent Research on the Economics of Discrimination: What Do We Know and Where to From Here?* Congressional Budget Office, January, 2021

Co-organizer, University of Arizona Department of Economics *Reading Group on the Economics of Discrimination*, Fall 2020

Panel presentation, *Perspectives and Lessons from the Canadian Healthcare System*, UC Berkeley Gilbert Center International Health Systems Conference, October, 2020

Member of National Science Foundation Economics Program Review Panel, 2017 – 19

Panel presentation, *Preparing Undergraduates for Application to Graduate School*, Allied Social Sciences Association Winter Meetings, Atlanta, GA, January, 2019

Panel presentation, *Narrow Networks and State Level Policies*, State Policy Mini-Conference, Berkeley, March, 2018

Panel presentation, *New Models of Healthcare Delivery: How Is Healthcare Changing? How is the Government Responding?* Cornerstone Research and Stanford Institute

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

for Economic and Policy Research, Stanford, January, 2017

Panel presentation, *The Ghosts of Small Group Health Insurance: Past, Present, and Future*, Caribbean Health Economics Symposium, Tortola, BVI, December, 2016

Panel presentation, *The Economics of Accountable Care Organizations,* Accountable Care Organizations and Antitrust Conference, UC Berkeley, November, 2011

Participant in Federal Reserve Board of Governors Academic Consultant Meeting, 2011

Lecture series, *Estimation of Durable Goods Models for Differentiated Products*, Bureau of Economic Analysis, 2010

Faculty Advisor for Graduate Student Dissertation Workshop, Western Economic Association International, Portland, OR, 2010

## Expert reports, declarations, and testimony from 2020 to present:

Congregation Yetev Lev D'Satmar, Inc. et al v. Engie Power & Gas, LLC, Expert Report (August 12, 2024) in support of defendant.

In Re: College Athlete NIL Litigation, Expert Report (December 1, 2023), Rebuttal Report (January 26, 2024), Reply Report (February 23, 2024), and Deposition (March, 26, 2024) in support of defendants.

USA et al v. JetBlue Airways Corporation and Spirit Airlines, Inc., Expert Report (July 6, 2023, amended July 7, 2023), Reply Expert Report (August 25, 2023), Deposition (September 1, 2023), Supplemental Reply Report (September 22, 2023), Supplemental Rule 1006 Summaries (November 14, 2023), and Trial Testimony (November 17 and 20, 2023) in support of plaintiffs.

USA and Plaintiff States v. UnitedHealth Group, Inc. and Change Healthcare, Inc, Expert Report (June 10, 2022), Rebuttal Report (July 17, 2022), Deposition (July 25, 2022), and Trial Testimony (August 9 and 16, 2022) in support of plaintiffs.

Djeneba Sidibe v. Sutter Health, United States District Court for the Northern District of California, Declaration (October 5, 2017; updated April 3, 2018) and Deposition (February 6, 2018), Expert Report (June 21, 2019) and Deposition (July 17, 2019), Supplement to Expert Report (March 12, 2021) and Deposition (March, 29, 2021), and Trial Testimony (March 4, 2022) in support of defendants.

In re: Purdue Pharma L.P., et al., Debtors, Expert Report (June 15, 2021) and trial testimony (August 12, 2021) in support of debtors.

FTC v. Hackensack Meridian Health, Inc. and Englewood Healthcare Foundation, Expert Report (April 9, 2021), Deposition (May 5, 2021), and trial testimony (May 17, 2021) in support of defendants.

Sentry Data Systems, Inc. v. CVS Pharmacy, Inc., United State District Court for the Southern District of Florida, Expert Report (September 9, 2019) in support of defendants.

## Conference organization:

Co-organizer, Annual Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, 2012–21

Co-organizer, Annual HEC Montreal/CIRPÉE Conference on Industrial Organization, 2012–20

Program chair for competition in health care markets area, 2019 American Society of Health Economists Conference (ASHEcon)

Co-organizer, Workshop on Healthcare and Industrial Organization. University of Chile, 2017

Co-organizer, 2012 Econometric Society Summer Meetings

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Co-organizer, 2005, 2006 and 2007 International Industrial Organization Conference
Co-organizer, 2004 and 2005 Washington University CRES Industrial Organization Conference

## PH.D. STUDENT ADVISING:

Advisor for Kelli Marquardt, Ph.D., University of Arizona, 2021, first position, Research Economist, Federal Reserve Bank of Chicago

Advisor for Arundhati Tillu, Ph.D., University of Arizona, 2019, first position, E2e Energy Policy Fellow, University of Chicago

Advisor for Sebastian Fleitas, Ph.D., University of Arizona, 2017, first position, Assistant Professor of Economics, University of Leuven

Advisor for Anatolii Kokoza, Ph.D., University of Arizona, 2017, first position, Data Scientist, USAA

Co-advisor for Nedko Yordanov, Ph.D., University of Arizona, 2016, first position, Associate, EconOne Consulting

Advisor for Jianjing Lin, Ph.D., University of Arizona, 2015, first position, Postdoctoral Fellow, Tulane University

Advisor for Chuan (Charles) He, Ph.D., University of Arizona, 2015, first position, Senior Economist, Amazon.com

Advisor for Leila Asgari, Ph.D., University of Arizona, 2014, first position, Associate Vice President, J.P. Morgan Chase

Advisor for T.N. (Subra) Subramaniam, Ph.D., University of Arizona, 2014, first position, Senior Associate in Modeling, Discover Card

Advisor for Chrystie Burr, Ph.D., University of Arizona 2013, first position, Assistant Professor, Department of Economics, University of Colorado – Boulder

Advisor for Kathleen Nosal, Ph.D., University of Arizona 2012, first position: Assistant Professor, Department of Economics, University of Mannheim

Advisor for Mario Samano, Ph.D., University of Arizona 2012, first position: Assistant Professor, Institute of Applied Economics, HEC Montreal Business School

Advisor for Joseph Cullen, Ph.D. University of Arizona 2009, first position: Harvard University Center for the Environment Postdoctoral Fellowship, Assistant Professor, Olin Business School, Washington University in St. Louis

Advisor for Ivan Maryanchyk, Ph.D. University of Arizona 2009, first position: Senior Analyst, Bates White Economic Consulting

Advisor for Oleksandr Shcherbakov, Ph.D. University of Arizona 2008, first position: Cowles Postdoctoral Fellowship, Yale University

Co-advisor for Fumiko Hayashi, Ph.D. University of Minnesota 2001, first position: Federal Reserve Bank of Kansas City

## RESEARCH PRESENTATIONS (with most recent title):
### Invited seminar presentations since October, 2001:

*A Computable Dynamic Oligopoly Model of Capacity Investment*
University of Chile, September 2013
Bank of Canada, July 2013

*A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut*

*Hospitalizations But Not Overall Costs*
University of California, Riverside, February 2012
Duke University, October 2010
Northwestern University, May 2009

*Bayesian Inference For Hospital Quality in a Selection Model*
Agency for Healthcare Quality and Research, October 2003
University of Montreal, November 2002
Queen's University, October 2002
UC Davis, May 2002
Duke University, January 2002
Yale University, December 2001
Federal Reserve Bank of Chicago, November 2001

*Causality and the Volume-Outcome Relationship in Surgery*
University of Chicago, Health Economics Seminar, April 2005
Syracuse University, April 2005

*Computing Price-Cost Margins in a Durable Goods Environment*
Cornell University, November 2015

*Discharge Fees, Pollution Mitigation, and Productivity: Evidence from Chinese Power Plants*
University of Delaware, October 2021

*Dynamics of Consumer Demand for New Durable Goods*
École Polytechnique/CREST (Paris), October 2011
INSEAD Business School, April 2011
Katholieke Universiteit Leuven, April 2011
University of Texas, September 2010
U.S. Bureau of Labor Statistics, December 2009
U.S. Bureau of Economic Analysis, September 2009
University of Helsinki, August 2009
Harvard University, December 2008
University of Southern California, October 2008
Bristol University, May 2008
University of Toronto Rotman School, March 2008
Federal Trade Commission, December 2007
University College London, May 2007
London School of Economics, April 2007
University of Minnesota Marketing Department, February 2007
Drexel University, December 2006
Arizona State University, November 2006
University of California Los Angeles, May 2006
Stanford University, May 2006
Johns Hopkins University, May 2006

11

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Purdue University, March 2006
University of Arizona, February 2006
Duke University, September 2005
Federal Reserve Bank of San Francisco, June 2005
University of Missouri, April 2005
Northwestern University Kellogg School of Management, April 2005

*Energy Transitions in Regulated Markets*
Applied Economics Workshop (Asia, virtual), September 2024
University of Washington, April 2024
Arizona State University, March 2024
University of Iowa, February 2024
Hunter College, February 2024
University at Albany, January 2024
University of Maryland, December 2024
University of Michigan, March 2023

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
Boston University, January 2020
Columbia University, November 2019
Indiana University, September 2019
New York University Stern School of Business (joint with Columbia University), April 2019
University of Technology, Sydney, March 2019
University of Queensland, March 2019
University of California, Los Angeles, February 2019
University of Michigan, November 2018
Universidad Carlos III de Madrid, April 2018
École Polytechnique/CREST (Paris), April 2018
University of Rochester, Simon School of Business, April 2018

*How Do Hospitals Respond to Payment Incentives?*
University of Rochester, Simon School of Business, March 2024
Boston University (joint with Harvard University and MIT), February 2024
UCLA Anderson School, May 2017
University of Chicago, May 2016
Emory University, March 2016

*Information Feedback and Long-Term Electricity Conservation: Evidence from the Tapestry Building*
HEC Montreal, July 2013

*Intermittency and the Value of Renewable Energy:*
Imperial College, London, June 2015
Universidad de los Andes, Santiago, Chile, May 2015

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

University of Michigan, October 2014
Texas A&M University, April 2012
University of Texas at Austin, February 2012
Carnegie Mellon University, November 2011
Harvard University, September 2011
University of Gothenburg, May 2011
University of Mannheim, April 2011
New York University, March 2011
Yale University, March 2011
University of Arizona, March 2011
UC Berkeley, November 2010

*Learning and the Value of Information: The Case of Health Plan Report Cards*
Washington State University, April,2007
University of Toronto, October 2002
UC San Diego, April 2002
UC Berkeley, April 2002
Brown University, April 2002
Dartmouth College, April 2002
Stanford University GSB, March 2002
Columbia University, December 2001
UC Davis, Agricultural and Resource Economics, November 2001
UC Berkeley, Agricultural and Resource Economics, October 2001

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*
Medical University of South Carolina, March 2007
University of Pennsylvania Health Care Management, December 2006
HEC – Montréal (University of Montreal Business School), March 2005
University of North Carolina, Department of Health Policy and Administration,
    Triangle Health Economics Workshop (long-distance format), September 2004
Washington University in St. Louis, April 2004
Yale University, June 2003
Boston University (joint with Harvard and MIT), April 2003

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*
University of Alabama – Birmingham, April 2014
University of Colorado, Boulder, February 2014
Vanderbilt University, February 2014
U.S. Department of Justice, November 2013
Charles River Associates, June 2013
Stanford University GSB Marketing, May 2013
University of Tilburg, May 2013
Toulouse School of Economics, May 2013
Universidad de los Andes, Santiago, Chile, April 2013
University of East Anglia, December, 2012
Vanderbilt University, December 2012

13

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Indiana University, September 2012
Clemson University, April 2012
Ohio State University, April 2012
Columbia University, December 2011
Johns Hopkins University, October 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*
Nanjing University, May 2015

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*
Federal Reserve Bank of New York, December 2001
New York University Stern School of Business, October 2001

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*
University of Minnesota, May 2010
University of Wisconsin, March 2010
Bates White Economic Consulting, December 2009
Princeton University, November 2009
Boston College, November 2009
Bank of Canada, June 2009
University of California, Davis, April 2009
University of California, Irvine, April 2009
University of California Los Angeles, October 2008
Federal Reserve Bank of Kansas City, October 2008
Boston University, June 2008
University of Cyprus, May 2008

*Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards*
Brigham Young University, March 2023
University of Houston, March 2023
Aalto University, January 2023
University of North Carolina (joint with Duke University), October 2022
Carnegie Mellon University, October 2022
Stony Brook University, September 2022
Northwestern University, April 2022
Princeton University, March 2022
UC Berkeley, November 2021
Yale University, November 2021

*Productivity, Safety, and Regulation in Coal Mining: Evidence from Disasters and Fatalities*
Hong Kong University, March 2017

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
Yale University, March 2003
University of Montreal, January 2003

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Washington University in St. Louis, December 2002
Harvard University, September 2002

*Reclassification Risk in the Small Group Health Insurance Market*
University of Wisconsin, March 2020
École Polytechnique/CREST (Paris), May 2019
University of California, Los Angeles, May 2019
Board of Governors of the Federal Reserve, May 2019
University of Nevada, Reno, February 2019
University of Toronto, Rotman School, January 2019
University of Kansas, November 2018
University of North Carolina (joint with Duke University), November 2018
University of South Florida, November 2018
University of Illinois Gies School of Business, April 2018
Toulouse School of Economics, March 2018
University at Albany, October 2017
University of British Columbia, Sauder School of Business, October 2016
Princeton University, September 2016
Ohio State University, September 2016
Singapore Management University, August 2016

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*
Boston University, November 2017
UC Irvine, May 2017
Chinese University of Hong Kong, March,2017
Universitat Autonoma de Barcelona, November 2016
National University of Singapore, August 2016
Peking University, National School of Development, June 2016
Federal Trade Commission, December 2015
Miami University of Ohio, September 2015
University of Helsinki, August 2015
Shanghai University of Finance and Economics, May 2015
University of Chile, May 2015
University of Southern California, May 2015
University of California, Los Angeles, April 2015
University of Toronto, December 2014
University of North Carolina at Chapel Hill, November 2014
Johns Hopkins University, April 2014
Northwestern University, April 2014
University of Iowa, April 2014

*Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium*
Yale University, April 2024
Cornell University, September 2021
Imperial College, June 2021 (virtual)
Harvard University, February 2021 (virtual)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Florida State University, January 2021 (virtual)
Queen's University, December 2020 (virtual)
Georgetown University, November 2020 (virtual)
Ohio State University, October 2020 (virtual)

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*
Federal Reserve Bank of New York, June 2004
University of Minnesota, May 2004
Competition Bureau of Canada, May 2004
University of Pennsylvania, March 2004
University of Chicago Graduate School of Business, Marketing Seminar, April 2004
Trinity College Dublin, Dublin (Ireland) Economics Workshop, March 2004
Board of Governors of the Federal Reserve, November 2003
University of Maryland, October 2003
Pennsylvania State University, September 2003
Columbia University, September 2003
University of Wisconsin, September 2003

*Why Do Incumbent Senators Win? Evidence from a Dynamic Selection Model*

American Enterprise Institute, November 2005
Washington University in St. Louis, Political Economy Seminar, May 2004

## Invited or refereed conference presentations since October, 2001:
*Countervailing Market Power and Hospital Competition*
Allied Social Sciences Association Winter Meetings, Chicago, IL, January 2017

*Bayesian Inference For Hospital Quality in a Selection Model*
Indiana University Conference on Simulation-Based Econometric Methods, February 2003

*Causality and the Volume-Outcome Relationship in Surgery*
Conference on Evaluating Health Policy, Imperial College, UK, May 2008
International Health Economics Association Meetings, Barcelona, Spain, July 2005
Consumers, Information and the Evolving Healthcare Marketplace Conference, Cornell University, April 2005

*Computing Price-Cost Margins in a Durable Goods Environment*
Empirical Models of Differentiated Products Conference, University College London, June, 2015
Ninth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June 2015

*Discharge Fees, Pollution Mitigation, and Productivity: Evidence from Chinese Power Plants*
Javeriana University Structural I.O. Conference, Bogotá, Colombia, October 2017

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Does Health IT Adoption to Better Information or Worse Incentives?*
>   Workshop on Healthcare and Industrial Organization, University of Chile, September 2017

*Dynamics of Consumer Demand for New Durable Goods*
>   Allied Social Sciences Association Winter Meetings, San Francisco, CA, January 2009
>   Fifth Annual Bates White Antitrust Conference, Washington, DC, June 2008
>   Ninth CEPR Conference on Applied Industrial Organization, Paris, France, May 2008
>   Federal Reserve Bank of Minneapolis Applied Microeconomics Conference, October 2007
>   Economics of ICT Conference, Paris, France, June 2007
>   Econometric Society Summer Meetings, Minneapolis, MN, June 2006

*Energy Transitions in Regulated Markets*
>   National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July 2024
>   Columbia University / Sciences Po Kellen Trans-Atlantic Conference, Paris, France, April 2024
>   Dartmouth College Industrial Organization Conference, September 2023
>   University of British Columbia Summer Industrial Organization Conference, June 2023

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
>   2018 Econometric Society Latin American Workshop in Econometrics, Lima, Peru, August 2018
>   Second International Conference on Innovation and Industrial Economics, Nanjing, China, June 2018

*How Do Hospitals Respond to Payment Incentives?*
>   Notre Dame Health Mini-Conference, September, 2019, South Bend, IN

*Intermittency and the Value of Renewable Energy*
>   Marti Ahtisaari Institute Lecture, Oulu, Finland, August 2015
>   Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, June 2012
>   Pressing Issues in World Energy Policy Conference, University of Florida, March 2012
>   POWER Conference, UC Berkeley, April, 2012
>   Fifth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June 2011
>   Eighth Annual Bates White Antitrust Conference, Washington, DC, June 2011
>   Twelfth CEPR Conference on Applied Industrial Organization, Tel Aviv University, May 2011

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Learning and the Value of Information: The Case of Health Plan Report Cards*
  Econometric Society Winter Meetings, Chicago, IL, January 2007
  Quantitative Marketing and Economics Conference, Chicago, IL, October 2003
  Society for Economic Dynamics Annual Meetings, New York, NY, July 2002
  National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July 2002
  Allied Social Sciences Association Winter Meetings, Atlanta, GA, January 2002

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*
  National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, August 2004
  Annual Health Economics Conference, Birmingham, AL, April 2004

*Measuring Network Effects in a Dynamic Environment*
  4th Annual Penn State University Conference on Auctions and Procurement, April 2011

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*
  First CREST Conference on Advances in the Economics of Antitrust and Consumer Protection, Paris, France, September 2014
  Penn State/Cornell Conference on Econometrics and Industrial Organization, State College, PA, September 2014
  European Association for Research in Industrial Economics Conference, Evora, Portugal, August 2013
  Zhejiang University Conference on Industrial Economics, Hangzhou, China, June 2013
  Canadian Economic Association, Montreal, Canada, May 2013
  Quantitative Marketing and Economics Conference, Durham, NC, October 2012
  National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July 2012
  Common Ground Conference, Copenhagen Business School, May 2012
  Annual Health Economics Conference, Northwestern University, October 2011
  Allied Social Sciences Association Winter Meetings, Denver, CO, January 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*
  Institute for Fiscal Studies Vertical Contracting Conference, London, June 2018

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*
  Federal Reserve Bank of Philadelphia, Conference on Payment Systems, Philadelphia, PA, May 2002
  Center for Economic Policy and Research Conference on Productivity and Technology, Alghero, Italy, March 2002

*Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments*
  Society for Institutional & Organizational Economics Conference, Montreal, July 2018

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*
    Third Annual Cowles Conference on Theory-Based Econometric Modeling, Yale
        University, June 2009
    Penn State University Conference on Procurement and Regulated Markets, April 2008
    HEC Montréal Conference on the I.O. of Health, November 2007

*Policy Uncertainty in the Market for Coal Electricity: The Case of Air Toxics Standards*
    2022 RIDGE Industrial Organization Conference, Bogotá, Colombia, December 2022
    UCLA I.O. mini-conference, May 2022

*Price Setting and Negotiation in the Supermarket Industry*
    INRA Trade, Industrial Organization, and the Food Industry Workshop, Paris,
        France, May 2019

*Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from Disasters and Fatalities*
    New Directions in Commodities Research Conference, University of Colorado,
        Denver, August 2017
    Third Annual IZA Conference on Labor Market Effects of Environmental Policies,
        Berlin, Germany, August 2015

*Quality and Employers' Choice of Health Plan*
    Allied Social Sciences Association Winter Meetings, Washington, DC, January 2003

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
    NET Institute 2005 Conference, New York, NY, April 2005
    Kiel – Munich Workshop on the Economics of Information and Network Industries,
        Munich, Germany, August 2004
    CEPR Conference on Two-Sided Markets, Toulouse, France, January 2004
    Society for Economic Dynamics Annual Meetings, Paris, France, June 2003
    University of Iowa Clarence Tow Conference on Industrial Organization, May 2003
    International Industrial Organization Society Conference, Boston, MA, April 2003
    Stanford Institute for Theoretical Economics (SITE), July 2002

*Reclassification Risk in the Small Group Health Insurance Market*
    National Bureau of Economic Research (NBER) Winter Health Care Meetings,
        Cambridge, MA, November 2018
    Bates White Life Sciences Symposium, June 2018
    Eleventh Annual Cowles Conference on Theory-Based Econometric Modeling, Yale
        University, June 2017
    *Marketing Science* Conference on Marketing and Health, St. Louis, MO, November
        2016
    Lancaster University Management School Conference on Auctions, Competition,
        Regulation, and Public Policy, May 2016

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*
Tel Aviv University / IDC Summer Conference, Herzliya, Israel, July 2017
Colombian Association of Health Economics, Cali, Colombia, February 2015
National Bureau of Economic Research (NBER) Winter Industrial Organization Meetings, Stanford, CA, February 2015
Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, November 2014
Penn State/Cornell Economics on Economics and Industrial Organization, University Park, PA, September 2014
Eleventh Annual Bates White Antitrust Conference, Washington, DC, June 2014
Northwestern/Toulouse Industrial Organization Conference, Evanston, IL, May 2014

*Selection, Subsidies, and Welfare in Health Insurance: Employer Sponsored Health Insurance Versus the ACA Marketplaces*
Interdisciplinary Choice Workshop, Santiago, Chile, August 2018

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*
Recent Developments in Consumer Credit and Payments, Federal Reserve Bank of Philadelphia, Philadelphia, PA, September 2005
National Bureau of Economic Research (NBER) Winter Industrial Organization Meetings, Menlo Park, CA, February 2005
Allied Social Sciences Association Winter Meetings, Philadelphia, PA, January 2005
University of British Columbia Summer Industrial Organization Conference, July 2003

*You Can Keep Your Health Plan But At What Cost?*
Caribbean Health Economics Symposium, Tortola, BVI, December 2021

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**DOCUMENTS RELIED UPON LIST**

## Academic Articles

- Ali Hortaçsu and Chad Syverson, "Cementing Relationships: Vertical Integration, Foreclosure, Productivity, and Prices," *Journal of Political Economy*, 115(2), 2007, pp. 250–301

- Amil Petrin, "Quantifying the Benefits of New Products: The Case of the Minivan," *Journal of Political Economy*, 110(4), 2002, pp. 705–729

- Amit Mehra, Subodha Kumar, and Jagmohan S. Raju, "Competitive Strategies for Brick-and-Mortar Stores to Counter 'Showrooming,'" *Management Science*, 64(7), 2018, pp. 3076–3090

- Ariel Ezrachi, "The Competitive Effects of Parity Clauses on Online Commerce," *European Competition Journal*, 11(2-3), 2015, pp. 488–519

- Aviv Nevo, "Mergers with Differentiated Products: The Case of the Ready-to-Eat Cereal Industry," *The RAND Journal of Economics*, 31(3), 2000, pp. 395–421

- Bengt Holmstrom and John Roberts, "The Boundaries of the Firm Revisited," *Journal of Economic Perspectives*, 12(4), 1998, pp. 73–94

- C. Lanier Benkard, "A Dynamic Analysis of the Market for Wide-Bodied Aircraft," *Review of Economic Studies*, 71(3), 2004, pp. 581–611

- Chengsi Wang and Julian Wright, "Search Platforms: Showrooming and Price Parity Clauses", *The RAND Journal of Economics*, 51(1), 2020, pp. 32–58

- Gautam Gowrisankaran and Robert Town, "Dynamic Equilibrium in the Hospital Industry," *Journal of Economics and Management Strategy*, 6(1), 1997, pp. 45–74

- Gautam Gowrisankaran and Marc Rysman, "Dynamics of Consumer Demand for New Durable Goods," *Journal of Political Economy*, 120(6), 2012, pp. 1173–1219

- Hayne E. Leland, "Quality Choice and Competition," *The American Economic Review*, 67(2), 1977, pp. 127–137

- Jerry A. Hausman and Gregory K. Leonard, "The Competitive Effects of a New Product Introduction: A Case Study," *The Journal of Industrial Economics*, 50(3), 2002, pp. 237–263

- John Rust, "Optimal Replacement of GMC Bus Engines: An Empirical Model of Harold Zurcher," *Econometrica*, 55(5), 1987, pp. 999–1033

- Jonathan B. Baker and Fiona Scott Morton, "Antitrust Enforcement Against Platform MFNs," *The Yale Law Journal*, 127(8), 2017, pp. 2176–2202

- Justin P. Johnson, "The Agency Model and MFN Clauses," *Review of Economic Studies*, 84(3), 2017, pp. 1151–1185

Expert Report of Gautam Gowrisankaran, Ph.D.    Documents relied upon list

- Masayoshi Maruyama and Yusuke Zennyo, "Platform Most-Favored-Customer Clauses and Investment Incentives," *International Journal of Industrial Organization*, 70, 2020, pp. 1–20

- Michael L. Katz and Carl Shapiro, "Product Introduction with Network Externalities," *The Journal of Industrial Economics*, 40(1), 1992, pp. 55–83

- Michael Katz and Howard Shelanski, "'Schumpeterian' Competition and Antitrust Policy in High-Tech Markets," *Competition*, 14, 2005, pp. 1–20

- Michael Spence, "Product Differentiation and Welfare," *The American Economic Review*, 66(2), 1976, pp. 407–414

- My Bui, Anjala S. Krishen, and Kenneth Bates, "Modeling Regret Effects on Consumer Post-Purchase Decisions," *European Journal of Marketing*, 45(7/8), 2011, pp. 1068–1090

- Oliver Hart and John Moore, "Incomplete Contracts and Ownership: Some New Thoughts," *American Economic Review*, 97(2), 2007, pp. 182–186

- Oliver Hart and John Moore, "Property Rights and the Nature of the Firm," *Journal of Political Economy*, 98(6), 1990, pp. 1119–1158

- Michael Raith, "Competition, Risk, and Managerial Incentives," *American Economic Review*, 93(4), 2003, pp. 1425–1436

- The Committee for the Prize in Economic Sciences in Memory of Alfred Nobel, "Oliver Hart and Bengt Holmström: Contract Theory," *Scientific Background on the Sveriges Riksbank Prize in Economic Sciences in Memory of Alfred Nobel*, (Stockholm, Sweden: The Royal Swedish Academy of Sciences, 2016)

- Timothy Bresnahan and Peter Reiss, "Entry and Competition in Concentrated Markets," *Journal of Political Economy*, 99(5), 1991, pp. 977–1009


## Books and Book Chapters

- Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (Harlow, Essex: Pearson Education Limited, 2015)

- James Brickley, Clifford Smith, and Jerold Zimmerman, *Managerial Economics and Organization Architecture*, Seventh Edition (New York, NY: McGraw-Hill, 2021)

- Jean Tirole, *The Theory of Industrial Organization*, (Cambridge, MA: The MIT Press, 1988)

- Jeffrey M. Perloff, *Microeconomics*, Seventh Edition, (Boston: Pearson Education, Inc., 2015)

- Margherita Colangelo, "Competition Law and Most Favoured Nation Clauses in Online Markets," in *New Developments in Competition Law and Economics*, ed. Klaus Mathis and Avishalom Tor (Switzerland AG: Springer International Publishing, 2019)

- Mark Armstrong and David Sappington, "Recent Developments in the Theory of Regulation," in *Handbook of Industrial Organization*, ed. M. Armstrong and R. Porter (North Holland: Elsevier, 2007)

- P. Cagan, "Measuring Quality Changes and the Purchasing Power of Money: An Exploratory Study of Automobiles," in *Price Indexes and Quality Change: Studies in New Methods of Measurement*, (Cambridge, MA: Harvard University Press, 1971)

- Paul Milgrom and John Roberts, *Economics, Organization & Management*, (Upper Saddle River, N.J.: Prentice Hall, Inc., 1992)

## Data Sources

- *Circana*
- *Google Patents*
- *Newzoo*
- *U.S. Bureau of Labor Statistics (BLS)*

## Depositions and Declarations

- Deposition of David Rosen , 30(b)(6) (Wolfire), November 30, 2023
- Deposition of DJ Powers (Valve Corporation), September 28, 2023
- Deposition of DJ Powers, 30(b)(6) (Valve Corporation), September 29, 2023
- Deposition of Scott Lynch (Valve Corporation), October 12, 2023
- Deposition of Thomas Giardino (Valve Corporation), November 2, 2023
- Deposition of Connor Malone (Valve Corporation), November 8, 2023
- Deposition of Eric Peterson, 30(b)(6) (Valve Corporation), November 15, 2023
- Deposition of Merlyn Morgan-Graham (Wolfire), November 15, 2023
- Declaration of Erik Johnson in Support of Valve Corporation's Opposition to Plaintiffs' Motion for Class Certification, *In Re Valve Antitrust Litigation*, May 17, 2024

## Expert Reports

- Class Certification Expert Report of Lesley Chiou, Ph.D, May 17, 2024, with backup materials
- Class Certification Expert Report of Steven Schwartz, Ph.D., February 8, 2024, with backup materials
- Expert Report of Professor Joost Rietveld, February 8, 2024

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.                    Documents relied upon list

## Industry Reports

- Competition & Markets Authority, "Anticipated acquisition by Microsoft of Activision Blizzard, Inc. Final Report," April 26, 2023, available at https://assets.publishing.service.gov.uk/media/644939aa529eda000c3b0525/Microsoft_Activision_Final_Report_.pdf

- Newzoo, "Global Games Market Report," July 2023, available at https://newzoo.com/resources/trend-reports/newzoo-global-games-market-report-2023-free-version

- Susan F. Tierney, Todd Schatzki, and Rana Mukerji, "Uniform-Pricing versus Pay-as-Bid in Wholesale Electricity Markets: Does It Make A Difference?" New York ISO and Analysis Group, 2008, available at https://kylewoodward.com/blog-data/pdfs/references/tierney+schatzki+mukerji-new-york-iso-2008A.pdf

- Video Games Insights, "Global Indie Games Market Report 2024," 2024, available at https://vginsights.com/assets/reports/VGI_Global_Indie_Games_Market_Report_2024.pdf

- Xsolla, "The Xsolla Report: State of Play," Summer 2024, available at https://cdn.xsolla.net/strapi-bucket-prod/The_Xsolla_Report_Summer_2024_327ae06210/The_Xsolla_Report_Summer_2024_327ae06210.pdf

## Legal Documents / Pleadings

- Consolidated Second Amended Class Action Complaint, In Re: Valve Antitrust Litigation, March 23, 2023

- Motion for Class Certification and Appointment of Co-Lead Class Counsel, *In re Valve Antitrust Litigation*, February 8, 2024

- Valve Corporation's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, *In Re Valve Antitrust Litigation*, July 5, 2023

## Produced Documents

- Agreement between Valve Corporation and ███████████████████ ████████████████████████████████ "Valve Corporation Steam Distribution Agreement," ████████████, VALVE_ANT_0019423–457

- Agreement between Valve Corporation and ██████████ "Valve Corporation Steam Distribution Agreement," ████████████, VALVE_ANT_0024601–617

- Agreement between Valve Corporation and ██████████████████ "Valve Corporation Steam Distribution Agreement," ████████████████, VALVE_ANT_0039631–650

- Email from Alden Kroll to ████████████████████████████ June 19, 2009, VALVE_ANT_2790438–443

- Email chain from Augusta Butlin to Ricky Uy, Nathaniel Blue, and DJ Powers, ███ pricing ███ July 30, 2015, VALVE_ANT_0761614–615
- Email chain from Erik Peterson to Tom Giardino et al., "RE: New Key Request Wizard," March 14, 2018, VALVE_ANT_0057685–695
- Email chain from Jason Ruymen to Erik Peterson and Tom Giardino, "RE: Game Keys in Bulk," October 4, 2017, VALVE_ANT_1188589–591
- Email chain from Jason Holtman to SteamSWAT et al., "FW: ███ on Steam," November 30, 2009, VALVE_ANT_2790480–486
- Email from Kristian Miller to Connor Malone et al., "RE: Draft of mail to ███," October 25, 2017, VALVE_ANT_0059111–112
- Email chain from Ricky Uy to ███ et al., "RE: Valve Visit to ███ – ███," July 22, 2015, VALVE_ANT_0340740–744
- Email chain from Tom Giardino to ███, "RE: ███," February 11, 2016, VALVE_ANT_0273873–902
- Email chain from Tom Giardino to ███ and Erik Peterson, "RE: Large Key Request Heads Up – ███" July 25, 2018, VALVE_ANT_0605887–889
- Email chain from Tom Giardino to ███, "RE: Steam key requests getting rejected for upcoming Humble Bundle promotion," February 13, 2018, VALVE_ANT_0261956–959
- Email chain from Tom Giardino to ███ March 14, 2018, VALVE_ANT_0263439–441
- Steam Distribution Agreement, "Valve Corporation Steam Distribution Agreement - Online Version," VALVE_ANT_0000008–015
- VALVE_ANT_2602605, Tab "Summary"

## Cases and Guidelines

- U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023

## SEC Filings and Annual Reports

- Electronic Arts Inc., SEC Form 10-K for period ended March 31, 2004, filed on June 4, 2004
- GameStop Corp. Annual Report, 2004

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Expert Report of Gautam Gowrisankaran, Ph.D.                    Documents relied upon list

## Websites / Online Content

- 1D3 DIGITECH, "Platform Fees in the Videogame Industry: Full List," November 13, 2024, available at https://www.1d3.com/blog/platform-fees, accessed on January 14, 2025

- Aaron Souppouris, "How HTC and Valve built the Vive," *Engadget*, March 18, 2016, available at https://www.engadget.com/2016-03-18-htc-vive-an-oral-history.html, accessed on January 24, 2025

- Adam Hartung, "How Facebook Beat MySpace," *Forbes*, August 11, 2011, available at https://www.forbes.com/sites/adamhartung/2011/01/14/why-facebook-beat-myspace/, accessed on January 24, 2025

- Alan Ohnsman, "Tesla Pouring $3.6 Billion Into Nevada Plant For EV Battery, Semi Production," *Forbes*, January 25, 2023

- Alec Meer, "Wot I Think - Dr. Langeskov, The Tiger and The Terribly Cursed Emerald: A Whirlwind Heist," *Rock Paper Shotgun*, December 4, 2015, available at https://www.rockpapershotgun.com/dr-langeskov-the-tiger-and-the-terribly-cursed-emerald-a-whirlwind-heist-review, accessed on January 27, 2025

- Alex Calvin, "Steam Game Festival rebrands as Steam Next Fest, set to take place in June," *VG247*, March 24, 2021, available at https://www.vg247.com/steam-game-festival-steam-next-fest-june, accessed on April 30, 2024

- Alex Pham, "Anatomy of a $60 video game," *Los Angeles Times*, February 19, 2010, available at https://www.latimes.com/archives/blogs/company-town-blog/story/2010-02-19/anatomy-of-a-60-video-game, accessed on January 13, 2025

- Alexa St. John, "Tesla won't kill car dealerships, but it will force them to change," *Business Insider*, August 25, 2023, available at https://www.businessinsider.com/how-automakers-dealerships-have-to-change-to-compete-with-tesla-2023-8, accessed on January 24, 2025

- Alice O'Connor, "The new EA app replacing Origin is still a launcher you'll only ever use when forced to," *Rock Paper Shotgun*, October 7, 2022, available at https://www.rockpapershotgun.com/the-new-ea-app-replacing-origin-is-still-a-launcher-youll-only-ever-use-when-forced-to, accessed on April 19, 2024

- Alissa McAloon, "Steam embraces machine learning with interactive recommendation tool," *Game Developer*, July 10, 2019, available at https://www.gamedeveloper.com/business/steam-embraces-machine-learning-with-interactive-recommendation-tool, accessed on January 10, 2025

- Alissa McAloon, "Ubisoft Connect announced as a 'refreshed' replacement for Uplay and Ubisoft Club," *Game Developer*, October 20, 2020, available at https://www.gamedeveloper.com/game-platforms/ubisoft-connect-announced-as-a-refreshed-replacement-for-uplay-and-ubisoft-club, accessed on January 10, 2025

- Amelia Zolner, "Major Publishers Report AAA Franchises Can Cost Over a Billion to Make," *IGN*, April 28, 2023, available at https://www.ign.com/articles/major-

publishers-report-aaa-franchises-can-cost-over-a-billion-to-make, accessed on January 23, 2025

- Andy Chalk, "Epic Store exclusive Hades is headed to Steam in December," *PC Gamer*, August 22, 2019, available at https://www.pcgamer.com/epic-store-exclusive-hades-is-headed-to-steam-in-december/, accessed on January 24, 2025

- Andy Chalk, "GOG launches a new, DRM-free payment system called GOG Wallet," *PC Gamer*, August 30, 2016, available at https://www.pcgamer.com/gog-launches-a-new-drm-free-payment-system-called-gog-wallet/, accessed on January 20, 2025

- Andy Chalk, "Steam launches a permanent Points Shop," *PC Gamer*, June 25, 2020, available at https://www.pcgamer.com/steam-launches-a-permanent-points-shop/, accessed on April 30, 2024

- Andy Chalk, "The Epic Store is beginning to support cloud saves," *PC Gamer*, July 25, 2019, available at https://www.pcgamer.com/the-epic-store-is-beginning-to-support-cloud-saves/, accessed on January 15, 2025

- Andy Robinson, "Valve brings achievements to Steam," *GamesRadar+*, November 26, 2007, available at https://www.gamesradar.com/valve-brings-achievements-to-steam/, accessed on April 30, 2024

- AppleInsider, "Valve announces Steam for Mac, games will allow Mac-PC online play," March 10, 2010, available at https://appleinsider.com/articles/10/03/08/valve_announces_steam_for_mac_will_allow_mac_pc_online_play.html, accessed on April 30, 2024

- Ars Staff, "Valve's 'Steam Play' uses Vulkan to bring more Windows games to Linux," *Ars Technica*, August 21, 2018, available at https://arstechnica.com/gaming/2018/08/valves-steam-play-uses-vulkan-to-bring-more-windows-games-to-linux/, accessed on April 30, 2024

- Ash Parrish, "Minecraft has sold over 300 million copies" *The Verge*, October 15, 2023, available at https://www.theverge.com/2023/10/15/23916349/minecraft-mojang-sold-300-million-copies-live-2023 accessed on January 24, 2025

- Asha Rajput, "Best Gaming Platforms You Should Know in 2025," *300Mind*, September 19, 2024, available at https://300mind.studio/blog/best-gaming-platforms/, accessed on January 14, 2025

- ASUS, "ASUS Republic of Gamers Unveils the ROG Ally," May 11, 2023, available at https://press.asus.com/news/press-releases/asus-republic-of-gamers-unveils-the-rog-ally/, accessed on January 24, 2025

- Austen Goslin, "The Game Awards offers an E3-esque buffet of Steam demos for unreleased games," *Polygon*, December 11, 2019, available at https://www.polygon.com/2019/12/11/21011169/the-game-awards-steam-game-festival-demos, accessed on April 30, 2024

- BairesDev, "How Many Game Developers Are There in the World? Dive Into the Numbers!" September 29, 2023, available at https://www.bairesdev.com/blog/how-many-game-developers/, accessed on January 14, 2025

- Bassel, "Integrating Social Features in Games," *Gamesfandom*, October 25, 2024, available at https://gamesfandom.com/integrating-social-features-in-games/, accessed on January 15, 2025

- Ben Kuchera, "Rag Doll Kung Fu given a date and price on Steam," *Ars Technica*, September 19, 2005, available at https://arstechnica.com/gaming/2005/09/1292/, accessed on April 30, 2024

- Best Buy, "Physical (Download Code Only) Video Games," available at https://www.bestbuy.com/site/searchpage.jsp?_dyncharset=UTF-8&browsedCategory=abcat0700000&id=pcat17071&iht=n&ks=960&list=y&qp=format_facet%3DFormat~Physical%20(Download%20Code%20Only)&sc=Global&st=categoryid%24abcat0700000&type=page&usc=All%20Categories, accessed on January 23, 2025

- Bill Thomas, "Steam vs GOG vs GreenManGaming: which is best for PC gamers?" *TechRadar*, June 12, 2018, available at https://www.techradar.com/news/steam-vs-gog-vs-greenmangaming-which-is-best-for-pc-gamers, accessed on October 23, 2023

- Blizzard, "Blizzard Battle.net Update," August 14, 2017, available at https://news.blizzard.com/en-us/world-of-warcraft/20972461/blizzard-battle-net-update, accessed on January 10, 2025

- Blue's News, "Valve Unveils Steam at 2002 Game Developer's Conference," March 21, 2022, available at https://www.bluesnews.com/a/337/valve-unveils-steam-at-2002-game-developer-s-conference, accessed on January 20, 2025

- Brad Templeton, "Electrify America Chargers Are Rarely Used – What's Up with Non-Tesla Fast Charging?" *Forbes*, October 26, 2022, available at https://www.forbes.com/sites/bradtempleton/2022/10/26/electrify-america-chargers-are-rarely-usedwhats-up-with-non-tesla-fast-charging/, accessed on January 26, 2025

- Brad Wardell, "Postmortem: Stardock's Galactic Civilizations," *Gamasutra*, May 7, 2003, available at https://web.archive.org/web/20220704210359/http://www.gamasutra.com/view/feature/2862/postmortem_stardocks_galactic_.php, accessed on January 10, 2025

- Brad Wardell, "Stardock 10 year Anniversary," *Stardock*, October 2003, available at https://www.stardock.com/stardock/articles/10year.html, accessed on January 23, 2025

- Bradford White, "The Birth of Windows Gaming," *Abort Retry Fail*, September 2, 2023, available at https://www.abortretry.fail/p/the-birth-of-windows-gaming, accessed on January 16, 2025

- Brandon Boyer, "Valve Announces Free Steamworks Publishing Tools," *Game Developer*, January 28, 2008, available at https://www.gamedeveloper.com/game-

platforms/valve-announces-free-steamworks-publishing-tools, accessed on January 24, 2025

- Brendan Graebar et al., "Nintendo Switch Release Date," *IGN*, March 9, 2017, available at https://www.ign.com/wikis/nintendo-switch/Nintendo_Switch_Release_Date, accessed on January 26, 2025

- Brittany Vincent, "A brief history of online gaming on the PC," *PC Gamer*, February 22, 2017, available at https://www.pcgamer.com/a-brief-history-of-online-gaming-on-the-pc/, accessed on January 20, 2025

- Bureau of Labor Statistics, "American Time Use Survey – 2019 Results," June 25, 2020, available at https://www.bls.gov/news.release/archives/atus_06252020.pdf, accessed on January 22, 2025

- Bureau of Labor Statistics, "Table 11A. Time spent in leisure and sports activities for the civilian population by selected characteristics, averages per day, 2023 annual averages," June 27, 2024, available at https://www.bls.gov/news.release/atus.t11A.htm, accessed on January 22, 2025

- Byron Simpson, "Video game genres: every game type explained," *Uswitch*, July 1, 2022, available at https://www.uswitch.com/broadband/guides/video-game-genres/, accessed on December 6, 2023

- Carlos Hernando, "Steam Features and Game Development: an Inevitable Symbiosis," *Tech Radar*, September 3, 2021, available at https://www.techradar.com/news/steam-features-and-game-development-an-inevitable-symbiosis, accessed on January 16, 2025

- Charlie Hall, "Steam has a massive new competitor," *Polygon*, April 17, 2017, available at https://www.polygon.com/2017/4/17/15326258/steam-competitor-tencent-games-platform-wegame-download, accessed on January 10, 2025

- Cherise Threewitt, "A Comprehensive Guide to U.S. EV Charging Networks," *U.S. News*, July 30, 2024, available at https://cars.usnews.com/cars-trucks/advice/ev-charging-stations, accessed on January 23, 2025

- Chris Faylor, "Valve Details New Steam Features," *Shacknews*, June 20, 2007, available at https://www.shacknews.com/article/47521/valve-details-new-steam-features, accessed on January 20, 2025

- Chris Kohler, "Nintendo 3DS eShop Packs Solid Features, Skimpy Lineup," *WIRED*, June 2, 2011, available at https://www.wired.com/2011/06/nintendo-3ds-eshop-launch/, accessed on January 10, 2025

- Chris O'Brien, "How Minecraft became one of the biggest video games in history," *Los Angeles Times*, September 2, 2013, available at https://www.latimes.com/business/la-xpm-2013-sep-03-la-fi-tn-how-minecraft-video-games-20130822-story.html, accessed on January 24, 2025

- Chris Pereira, "Steam Eliminates Greenlight, Will Let Devs Publish Games Directly This Spring," *GameSpot*, February 10, 2017, available at

https://www.gamespot.com/articles/steam-eliminates-greenlight-will-let-devs-publish-/1100-6447756/, accessed on January 10, 2025

- Chris Plante, "2025 is PC gaming's victory lap," *Polygon*, January 6, 2025, available at https://www.polygon.com/gaming/500266/pc-gaming-mainstream-console-comparison-2025, accessed on January 13, 2025

- Chris Remo, "Valve Releases Full Steamworks Development Kit," *Game Developer*, April 30, 2008, available at https://www.gamedeveloper.com/pc/valve-releases-full-steamworks-development-kit, accessed on April 30, 2024

- Christopher Dring, "IDG: Other publishers are considering raising game prices for PS5 and Xbox Series X," *GamesIndustry.biz*, July 2, 2020, available at https://www.gamesindustry.biz/idg-other-publishers-are-considering-raising-game-prices-for-ps5-and-xbox-series-x, accessed on January 10, 2025

- Christopher Livingston, "Ashen's Epic Store exclusibity ends, it's now on Steam and GOG," *PC Gamer*, December 9, 2019, available at https://www.pcgamer.com/ashens-epic-store-exclusivity-ends-now-on-steam-and-gog/, accessed on January 25, 2025

- Christopher Livingston, "The Discord Store is a carefully curated shop, but could use a few more features," *PC Gamer*, October 19, 2018, available at https://www.pcgamer.com/the-discord-store-is-a-carefully-curated-shop-but-could-use-a-few-more-features/, accessed on January 14, 2025

- Cloutboost, "How to Build a Steam Marketing Strategy for Your Game," July 1, 2021, available at https://www.cloutboost.com/blog/steam-marketing-strategy, accessed on January 22, 2025

- Colin Campbell, "So how much does it cost to develop for PlayStation 4?" *Polygon*, July 24, 2013, available at https://www.polygon.com/2013/7/24/4553842/so-how-much-does-it-cost-to-develop-for-playstation-4, accessed on January 13, 2025

- Company-Histories, "Best Buy Co., Inc.," available at https://www.company-histories.com/Best-Buy-Co-Inc-Company-History.html, accessed on January 23, 2025

- Curt Feldman, "Valve vs. Vivendi Universal dogfight heats up in US District Court," *GameSpot,* December 15, 2004, available at https://www.gamespot.com/articles/valve-vs-vivendi-universal-dogfight-heats-up-in-us-district-court/1100-6107712/, accessed on November 15, 2023

- Daniel Perez, "Enter the Gungeon sells over 200k copies during launch week," *Shack News*, April 12, 2016, available at https://www.shacknews.com/article/94078/enter-the-gungeon-sells-over-200k-copies-during-launch-week, accessed on January 24, 2025

- Darryn Bonthuys, "Steam Game Recording Is Now Live For All PC And Steam Deck Users," *GameSpot*, November 6, 2024, available at https://www.gamespot.com/articles/steam-game-recording-is-now-live-for-all-pc-and-steam-deck-users/1100-6527599/, accessed on January 21, 2025

- Dave Ozzy, "Looking Back to 2016 and the underrated joys of Oxenfree," *The Xbox Hub*, January 15, 2021, available at https://www.thexboxhub.com/looking-back-to-2016-and-the-underrated-joys-of-oxenfree/, accessed on January 24, 2025

- Dave Thier, "Could GOG Galaxy Be The First Real Competition For Steam?" *Forbes*, May 5, 2015, available at https://www.forbes.com/sites/davidthier/2015/05/05/could-gog-galaxy-be-the-first-real-competition-for-steam/, accessed on January 14, 2025

- Dean Takakashi, "Epic Games Store launches self-publishing tools for game devs and publishers," *VentureBeat*, March 9, 2023, available at https://venturebeat.com/games/epic-games-store-launches-self-publishing-tools-for-game-devs-and-publishers/, accessed on January 20, 2025

- Devon Delfino, "'What is Twitch?': Here's what you need to know about the world's leading live-streaming platform for gamers," *Business Insider*, June 11, 2020, available at https://www.businessinsider.com/guides/tech/what-is-twitch, accessed on January 26, 2025

- Dia Lacina, "Square's PlayOnline Game Launching Service Showed Us a Better Internet Is Possible," *Paste*, March 26, 2021, available at https://www.pastemagazine.com/games/the-internet/square-playonline-nostalgia, accessed on January 23, 2025

- Dustin Bailey, "Looks like next-gen games are going to cost $70 USD," *PCGamesN*, July 2, 2020, available at https://www.pcgamesn.com/next-gen-game-prices, accessed on January 20, 2025

- EA Help, "Buying EA Games: Order and Payment Info", available at https://help.ea.com/en/help/account/buying-ea-games/, accessed on December 8, 2023

- Eddie Makuch, "GOG Celebrates Six Years of Advancing the 'DRM-Free Movement,'" *GameSpot*, September 8, 2014, available at https://www.gamespot.com/articles/gog-celebrates-six-years-of-advancing-the-drm-free/1100-6422150/, accessed on January 10, 2025

- Eddie Makuch, "Microtransactions, Explained: Here's What You Need to Know," *GameSpot*, November 20, 2018, available at https://www.gamespot.com/articles/microtransactions-explained-heres-what-you-need-to/1100-6456995/, accessed on January 20, 2025

- Eddie Makuch, "Valve launches Steam Market," *GameSpot*, December 12, 2012, available at https://www.gamespot.com/articles/valve-launches-steam-market/1100-6401485/, accessed on April 30, 2024

- Edward Chester, "Steam just made it super easy to share PC gaming video clips. Here's how," *PCGamesN*, 2024, available at https://www.pcgamesn.com/steam/game-recording, accessed on January 9, 2025

- Electronic Arts, "Battlefield 2042," available at https://www.ea.com/games/battlefield/battlefield-2042/buy/pc, accessed on April 22, 2024

- Electronic Arts, "Upcoming Changes to the EA Origin Catalog," available at https://www.ea.com/ea-pc-third-party-titles-2022, accessed on January 26, 2025

- Elton Jones, "The History of Roblox and Its Rise to Eminence," *One37PM*, October 12, 2023, available at https://www.one37pm.com/gaming/history-of-roblox, accessed on January 10, 2025

- Emil Persson, "Tesla: Leading the EV Revolution," *Quartr*, June 27, 2024, available at https://quartr.com/insights/company-research/tesla-leading-the-ev-revolution, accessed on January 22, 2025

- Emil Protalinski, "Valve Announces Steam Family Sharing Beta Coming Next Week, Lets Up to 10 Devices Access Your Games for Free," *TNW*, September 11, 2013, available at https://thenextweb.com/news/valve-announces-steam-family-sharing-coming-next-week-lets-up-to-10-devices-access-your-games-for-free, accessed on January 14, 2025

- Emil Protalinski, "Your Wallet Will Beg for Mercy: Steam Now Emails You When an Item on Your Wishlist Goes on Sale," *TNW*, December 18, 2012, available at https://thenextweb.com/news/your-wallet-will-beg-for-mercy-steam-now-emails-you-when-an-item-on-your-wishlist-goes-on-sale, accessed on January 14, 2025

- Entertainment Software Association, "2013 Essential Facts About the Computer and Video Game Industry," June 11, 2013, available at https://www.theesa.com/wp-content/uploads/2024/02/2013-EF-FINAL.pdf, accessed on January 22, 2025

- Entertainment Software Association, "2019 Essential Facts About the Computer and Video Game Industry," May 2019, available at https://www.theesa.com/wp-content/uploads/2024/02/2019-EF-FINAL.pdf, accessed on January 22, 2025

- Epic Games Store, "The Epic Games Store Is Now Live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 10, 2025

- Epic Games, "Epic Games Store Launches Self-Publishing Tools for Game Developers and Publishers," March 9, 2023, available at https://store.epicgames.com/en-US/news/epic-games-store-launches-self-publishing-tools-for-game-developers-and-publishers, accessed on January 14, 2025

- Epic Games, "New Epic Games Wallet Payment Option Now Available in US & Canada," September 7, 2021, available at https://store.epicgames.com/en-US/news/new-epic-games-wallet-payment-option-now-available-in-us-and-canada, accessed on January 15, 2025

- Epic Games, "The Epic Games store is now live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on January 14, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.      Documents relied upon list

- Epic Games, "Wishlists are here!" March 10, 2020, available at https://store.epicgames.com/en-US/news/wishlists-are-here, accessed on January 14, 2025

- Eric Bangeman, "Valve Steams up Half-Life 2 preorders," *Ars Technica*, October 7, 2004, available at https://arstechnica.com/uncategorized/2004/10/4281-2/, accessed on April 30, 2024

- Eurogamer, "Team Fortress Classic," available at https://www.eurogamer.net/games/team-fortress-classic, accessed on December 7, 2023

- Evgeny Obedkov, "Valve breaks down how Steam visibility works: 'Algorithms react to player interest quickly and automatically,'" *Game World* Observer, April 9, 2023, available at https://gameworldobserver.com/2023/09/04/how-steam-visibility-works-algorithms-curated-featuring, accessed on January 20, 2025

- Factorio, "Buy," available at https://www.factorio.com/buy, accessed on January 17, 2025

- Factorio, "Download," available at https://www.factorio.com/download, accessed on January 17, 2025

- Fandom Wiki, "Oxenfree," available at https://oxenfree.fandom.com/wiki/Oxenfree, accessed on January 24, 2025

- Fraser Brown, "Steam sale dates: When is the next Steam sale?" *PC Gamer*, January 2, 2025, available at https://www.pcgamer.com/steam-sale-dates/, accessed on January 9, 2025

- G2A, "Factsheet," August 2024, available at https://www.g2a.co/fact-sheet/, accessed on January 10, 2025

- G2A, "Steam Games – Cheap Steam Keys," available at https://www.g2a.com/platform/steam, accessed on January 24, 2025

- G2A, "What is a Steam Wallet: A complete guide," May 8, 2023, available at https://www.g2a.com/news/features/what-is-a-steam-wallet-a-complete-guide/, accessed on January 24, 2025

- GameFly, "About Us," available at https://www.gamefly.com/about-us, accessed on January 10, 2025

- Game Marketing Genie "How to Promote a Game on Steam with Influencer Marketing," June 23, 2020, available at https://www.gamemarketinggenie.com/blog/steam-with-influencers, accessed on January 10, 2025

- GamersGate, "Steam code activation," available at https://www.gamersgate.com/support/activations/steam/, accessed on January 24, 2025

- Gaurav Bidasaria, "Microsoft Store vs Steam: What You Need to Know," *TechWiser*, March 19, 2023, available at https://techwiser.com/microsoft-store-vs-steam-comparison/, accessed on January 14, 2025

- GDC Vault, "Redefining the Business of Game Development," March 21, 2002, available at https://gdcvault.com/play/1022548/Redefining-the-Business-of-Game, accessed on January 8, 2025

- Giancarlo Varanini, "The 3DS eShop: What You Need to Know," *GameSpot*, June 2, 2011, available at https://www.gamespot.com/articles/the-3ds-eshop-what-you-need-to-know/1100-6316665/, accessed on January 26, 2025

- GitHub, "Valve Software," available at https://github.com/ValveSoftware, accessed on January 24, 2025

- GitHub, "ValveSoftware / openvr," available at https://github.com/ValveSoftware/openvr, accessed on January 24, 2025

- Globe Newswire, "Paradox Interactive Launches Large-Scale International Digital Distribution Service," November 20, 2006, available at https://www.globenewswire.com/news-release/2006/11/20/351416/7645/en/Paradox-Interactive-Launches-Large-Scale-International-Digital-Distribution-Service.html, accessed on January 10, 2025

- Graham Smith, "Spelunky Review," *PC Gamer*, September 9, 2013, available at https://www.pcgamer.com/spelunky-review/, accessed aon January 25, 2025

- Graham Smith, "Steam Greenlight announced, will let gamers vote indie games on to Steam," *PC Gamer*, July 9, 2012, available at https://www.pcgamer.com/steam-greenlight-announced-lets-gamers-vote-indie-games-on-to-steam/, accessed on January 23, 2025

- Green Man Gaming, "Who we are," available at https://www.greenmangaming.com/who-we-are/, accessed on January 17, 2025

- Greg Kumparak, "Discord is launching a game store," *Tech Crunch*, August 9, 2018, available at https://techcrunch.com/2018/08/09/discord-is-launching-a-game-store/, accessed on January 10, 2025

- Greg Rice, "PlayStation Indies: Development Hardware Loan Program," *SIE Blog*, July 26, 2022, available at https://sonyinteractive.com/en/news/blog/playstation-indies-development-hardware-loan-program/, accessed on January 24, 2025

- Harvey Elliott, "Five tips to building developer-publisher relations," *GamesIndustry.biz*, April 11, 2023, available at https://www.gamesindustry.biz/five-tips-to-building-developer-publisher-relations, accessed on January 25, 2025

- Hayden Dingman, "Steam Link review: Valve's $50 box is the game streaming solution you want," *PCWorld*, November 10, 2015, available at https://www.pcworld.com/article/423984/hands-on-valves-50-steam-link-is-the-game-streaming-solution-you-wantmost-of-the-time.html, accessed on January 24, 2025

- Hope Corrigan, "PlayStation Store Now Has Steam-Like Curated Playlists," *IGN*, June 2, 2017, available at https://www.ign.com/articles/2017/05/24/playstation-store-now-has-steam-like-curated-playlists, accessed on January 22, 2025

- Humble Store, "Overgrowth," available at https://www.humblebundle.com/store/overgrowth, accessed on January 22, 2025

- IGN, "IGN Entertainment Launches Direct2Drive," September 10, 2004, available at https://www.ign.com/articles/2004/09/10/ign-entertainment-launches-direct2drive, accessed on January 10, 2025

- IGN, "Square Opens PlayOnline.com," June 6, 2000, available at https://www.ign.com/articles/2000/06/07/square-opens-playonlinecom, accessed on January 10, 2025

- IGN, "Ubisoft Launches First Uplay Services with Assassin's Creed II," November 18, 2009, available at https://www.ign.com/articles/2009/11/18/ubisoft-launches-first-uplay-services-with-assassins-creed-ii, accessed on January 10, 2025

- Ivy Taylor, "Valve offers full support on Steam to all new controllers," *GamesIndustry.biz*, September 26, 2018, available at https://www.gamesindustry.biz/valve-offers-full-support-on-steam-to-all-new-controllers, accessed on January 10, 2025

- J. Clement, "Number of video game users worldwide from 2019 to 2029 (in billions)," *Statista*, November 2024, available at https://www.statista.com/statistics/748044/number-video-gamers-world/, accessed on January 16, 2025

- James Batchelor, "GamesIndustry.biz presents... The Year In Numbers 2024," *GamesIndustry.biz*, December 20, 2024, available at https://www.gamesindustry.biz/gamesindustrybiz-presents-the-year-in-numbers-2024, accessed on January 22, 2025

- James Lee, "Sony slashes cost of PS3 development kit", *GamesIndustry.biz*, March 24, 2009, available at https://www.gamesindustry.biz/sony-slashes-cost-of-ps3-development-kit, accessed on January 13, 2025

- Jared Petty, Samuel Clairborn, and Nick Asbury, "PlayStation 4 Release Date," *IGN*, available at https://www.ign.com/wikis/playstation-4/PlayStation_4_Release_Date, accessed on January 20, 2025

- Jay Peters, "The Epic Games Store finally has a shopping cart," *The Verge*, December 9, 2021, available at https://www.theverge.com/2021/12/9/22826563/epic-games-store-shopping-cart, accessed on January 25, 2025

- Jay Peters, "Riot continues to expand beyond League of Legends with new PC launcher," *The Verge*, September 17, 2021, available at https://www.theverge.com/2021/9/17/22679479/riot-games-new-client-pc-launcher-library, accessed on January 10, 2025

- Jay Peters, "Steam's improved family sharing is out now for everyone," *The Verge*, September 11, 2024, available at https://www.theverge.com/2024/9/11/24242377/valve-steam-improved-family-sharing-out-now, accessed on January 21, 2025

- Jeff Dunn, "Full Steam ahead: The History of Valve," *GamesRadar+*, October 4, 2013, available at https://www.gamesradar.com/history-of-valve/, accessed on December 7, 2023

- Jeffrey Grub, "Sony will allow indie devs to publish their own games on PlayStation 4", *VentureBeat*, June 10, 2013, available at https://venturebeat.com/games/sony-will-allow-indie-devs-to-publish-their-own-games-on-playstation-4/, accessed on January 13, 2025

- Jeffrey Matulef, "Steam Greenlight to be replaced with Steam Direct next week," *Eurogamer*, June 6, 2017, available at https://www.eurogamer.net/steam-greenlight-to-be-replaced-with-steam-direct-next-week, accessed on April 19, 2024

- Jeremy Laukkonen, "Everything You Need to Know About Steam Workshop," *Lifewire*, February 13, 2020, available at https://www.lifewire.com/everything-you-need-to-know-about-steam-workshop-4587072, accessed on May 14, 2024

- Jeremy Peel, "What is SteamPipe," *PCGamesN*, May 3, 2013, available at https://www.pcgamesn.com/tf2/what-steampipe, accessed on May 1, 2024

- Joe Donnelly, "Enter The Gungeon Sets Sights on April Release," March 2, 2016, available at https://www.rockpapershotgun.com/enter-the-gungeon-release-date, accessed on January 24, 2025

- John Reseburg, "EA Launches Origin," *Electronic Arts*, June 3, 2011, available at https://news.ea.com/press-releases/press-releases-details/2011/EA-Launches-Origin/, accessed on January 10, 2025

- John Walker, "RPS Exclusive: Gabe Newell Interview," *Rock Paper Shotgun*, November 21, 2007, available at https://www.rockpapershotgun.com/rps-exclusive-gabe-newell-interview, accessed on December 8, 2023

- Jordan Gloor, "Why You Should Use Proton Instead of the Steam Linux Runtime," *How-To Geek*, August 23, 2021, available at https://www.howtogeek.com/749102/why-you-should-use-proton-instead-of-the-steam-linux-runtime/, accessed on January 24, 2025

- Jordan Minor, "Epic Games Store Review," *PCMag*, July 20, 2023, available at https://www.pcmag.com/reviews/epic-games-store-for-pc, accessed on January 14, 2025

- Jordan Sirani, "How Xbox Game Pass Became the Subscription Service to Beat," *IGN*, April 8, 2022, available at https://www.ign.com/articles/xbox-game-pass-history-subscription-service, accessed on January 10, 2025

- Josh Constine, "Oculus App Store Will Require Pre-Approvals, Comfort Ratings, Tax," *Tech Crunch*, June 12, 2015, available at

Expert Report of Gautam Gowrisankaran, Ph.D.                    Documents relied upon list

https://techcrunch.com/2015/06/12/oculus-app-store/, accessed on January 10, 2025

- Joshua Wolens, "Valve is paying a whole lot of developers to keep the Steam Deck's open-source software going," *PC Gamer*, December 19, 2022, available at https://www.pcgamer.com/valve-is-paying-a-whole-lot-of-developers-to-keep-the-steam-decks-open-source-software-going/, accessed on January 24, 2025

- Jules Herd, "The Global Surge of Independent Games Development Studios," *Forbes*, August 21, 2023, available at https://www.forbes.com/councils/forbesagencycouncil/2023/08/21/the-global-surge-of-independent-games-development-studios/, accessed on January 14, 2025

- Julian Horsey, "Microsoft Xbox Live Marketplace Rebranded As Xbox Games Store," *Geeky Gadgets*, August 30, 2013, available at https://www.geeky-gadgets.com/microsoft-xbox-live-marketplace-rebranded-as-xbox-games-store-30-08-2013/, accessed on January 26, 2025

- Justin Pinter, "History of PlayStation: PS1, PS2, PS3, PS4, PS5 – Launch Prices, Specs, Games," *PlayStation Universe*, November 19, 2020, available at https://www.psu.com/news/history-of-playstation-ps1-ps2-ps3-ps4-and-ps5-launch-prices-specs-and-games/, accessed on January 10, 2025

- K. Thor Jensen, "How Rogue Spawned the Notoriously Difficult 'Roguelike' Game Genre," *PCMag*, October 20, 2020, available at https://www.pcmag.com/news/how-rogue-spawned-the-notoriously-difficult-roguelike-game-genre, accessed on January 20, 2025

- Kaavya Karthikeyan, "Indie, AAA, and AA Games: A Comparison," *Gameopedia*, February 22, 2022, available at https://www.gameopedia.com/indie-aaa-aa-games-comparison/, accessed on November 1, 2023

- Karim Ahmad, "AAA Games vs. Indie Games: What Are the Differences?" *Make Use Of*, December 27, 2021, available at https://www.makeuseof.com/aaa-games-vs-indie-games-differences/, accessed on December 6, 2023

- Katie Williams, "Virtual Reality Mode Formally Added to Steam Beta," *IGN*, March 18, 2014, available at https://www.ign.com/articles/2014/03/18/virtual-reality-mode-formally-added-to-steam-beta, accessed on April 30, 2024

- Kayla Dube, "This Surprising Feature Wasn't a Part of Steam's Launch in 2003," *Slash Gear*, September 6, 2022, available at https://www.slashgear.com/995581/this-surprising-feature-wasnt-a-part-of-steams-launch-in-2003/, accessed on January 20, 2025

- Keymailer, "Meet the management team," https://keymailer.co/about/, accessed on January 24, 2025

- Khronos Group, "OpenXR," available at https://www.khronos.org/openxr/, accessed on January 24, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.                              Documents relied upon list

- Kickstarter, "Shovel Knight," available at https://www.kickstarter.com/projects/yachtclubgames/shovel-knight, accessed on January 21, 2025

- Kickstarter, "Superhot," available at https://www.kickstarter.com/projects/375798653/superhot/description, accessed on January 24, 2025

- Kristian Reed, "Valve signs with EA," *Eurogamer*, July 19, 2005, available at https://www.eurogamer.net/news-190705-valveea, accessed on January 24, 2025

- Kyle Kukshtel, "A Gentle Introduction to Steamworks," *Game Developer*, August 17, 2017, available at https://www.gamedeveloper.com/business/a-gentle-introduction-to-steamworks, accessed on April 19, 2024

- Kyle Orland, "Steam's 'price parity rule' isn't wreaking havoc on game prices," *Ars Technica*, May 13, 2021, available at https://arstechnica.com/gaming/2021/05/why-lower-platform-fees-dont-lead-to-lower-prices-on-the-epic-games-store/, accessed on December 8, 2023

- Kyle Orland, "The best games on the Epic Games Store, as picked by players," *Ars Technica*, June 28, 2022, available at https://arstechnica.com/gaming/2022/06/epic-games-store-user-reviews-arrive-3-years-late-still-feel-half-baked/, accessed on January 16, 2025

- Kyle Orland, "Valve begins offering refunds for all Steam games," *Ars Technica*, June 2, 2015, available at https://arstechnica.com/gaming/2015/06/valve-begins-offering-refunds-for-all-steam-games/, accessed on April 19, 2024

- Kyle Orland, "Why Valve actually gets less than 30 percent of Steam game sales," *Ars Technica*, April 4, 2019, available at https://arstechnica.com/gaming/2019/04/why-valve-actually-gets-less-than-30-percent-of-steam-game-sales/, accessed on January 24, 2025

- Laura-May Randell et al., "Stardew Valley 1.6 Update," *IGN*, November 4, 2024, available at https://www.ign.com/wikis/stardew-valley/Stardew_Valley_1.6_Update, accessed on January 22, 2025

- Leafo, "Introducing open revenue sharing," *Itch.io*, March 4, 2015, available at https://itch.io/updates/introducing-open-revenue-sharing, accessed on January 10, 2025

- Leigh Alexander, "Interview: Direct2Drive's Berger On The Evolving Digital Distro Space," *Game Developer*, available at https://www.gamedeveloper.com/game-platforms/interview-direct2drive-s-berger-on-the-evolving-digital-distro-space, accessed on January 23, 2025

- Lenovo, "Gaming on the Go: Lenovo Unveils a New Legion Gaming Handheld Device and Accessories that Untether PC Gaming," September 1, 2023, available at https://news.lenovo.com/pressroom/press-releases/legion-go-gaming-handheld-device-and-accessories/, accessed on January 24, 2025

- LinkedIn, "Dark Catt Studios," available at https://www.linkedin.com/company/dark-catt-studios/, accessed on January 20, 2025

- Lisa Eadicicco, "Everything to Know About Sony's PlayStation VR Headset," *Time*, March 16, 2016, available at https://time.com/4261056/sony-playstation-vr-release-date-specs-headset-games/, accessed on January 22, 2025

- Lisa Eadicicco, "Review: Oculus Rift Is Expensive, Complicated, and Totally Wonderful," *Time*, March 28, 2016, available at https://time.com/4272506/oculus-rift-review/, accessed on January 22, 2025

- Luke Plunkett, "Cross-Platform Gaming Has Been Great," *Kotaku*, December 3, 2020, available at https://kotaku.com/cross-platform-gaming-has-been-great-1845804328, accessed on Januaary 21, 2025

- Major Nelson, "Xbox Live Marketplace Launch Content," Microsoft, November 15, 2005, available at https://news.xbox.com/en-us/2005/11/15/xbox-live-marketplace-launch-content/, accessed on January 26, 2025

- Marie Dealessandri, "A game developer's guide to Steam wishlists," *GamesIndustry.biz*, May 15, 2020, available at https://www.gamesindustry.biz/a-game-developer-guide-to-steam-wishlists, accessed on January 15, 2025

- Marie Dealessandri, "How to get the most out of your game's Steam page," *GamesIndustry.biz*, April 30, 2020, available at https://www.gamesindustry.biz/how-to-get-the-most-out-of-your-games-steam-page, accessed on January 14, 2025

- Matt Cundy, "Steam knows the score," *GamesRadar+*, March 28, 2006, available at https://www.gamesradar.com/steam-knows-the-score/, accessed on January 23, 2025

- Matt Kim, "Steam Deck Gets an Official Release Date, First Units to Ship in February," *IGN*, January 26, 2022, available at https://www.ign.com/articles/steam-deck-release-date-shipping-date, accessed on January 26, 2025

- Matt Sayer and Tyler Wilde, "The 19-year evolution of Steam," *PC Gamer*, September 12, 2022, available at https://www.pcgamer.com/steam-versions/, accessed on December 6, 2023

- Matthew Handrahan, "Valve's advice for making your game thrive after launch," *GamesIndustry.biz*, April 23, 2020, available at https://www.gamesindustry.biz/valves-advice-to-keep-your-game-thriving-after-launch, accessed on October 23, 2023

- Max Moeller, "This New Xbox Feature Targets Steam – But What Does It Mean for the PS5?," *CCN*, September 23, 2020, available at https://www.ccn.com/this-new-xbox-feature-targets-steam-but-what-does-it-mean-for-the-ps5/, accessed on January 22, 2025

- Maximilian Padilla-Rodriguez, "Why Do Physical Games Still Need Installations and Downloads?" *How-To-Geek*, July 18, 2024, available at https://www.howtogeek.com/why-do-physical-games-still-need-installations-and-downloads/, accessed on January 24, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.                    Documents relied upon list

- Megan Ellis, "You Can Now Properly Hide Steam Games by Marking Them as Private," *Make Use Of*, March 8, 2024, available at https://www.makeuseof.com/hide-steam-game-mark-private/, accessed on January 21, 2025

- Megan Farokhmanesh, "2024 Was the Year the Bpttpm Fell Out of the Games Industry," *Wired*, December 20, 2024, available at https://www.wired.com/story/2024-was-the-year-the-bottom-fell-out-of-the-games-industry/, accessed on January 18, 2025

- Merriam-Webster, "Video game," available at https://www.merriam-webster.com/dictionary/video%20game, accessed on January 13, 2025

- Metacritic, "Best Games on PC," available at https://www.metacritic.com/browse/game/pc/all/1998/, accessed on December 7, 2023

- Metacritic, "Half-Life," available at https://www.metacritic.com/game/pc/half-life, accessed on April 11, 2023

- Mitch Reames, "10 years of Twitch: Looking back on the top games," *Nerd Street*, June 7, 2021, available at https://nerdstreet.com/news/2021/6/twitch-10-year-anniversary-top-games-by-year, accessed on January 20, 2025

- Michael Larabel, "Valve Is A Wonderful Upstream Contributor To Linux & The Open-Source Community," *Phoronix*, September 22, 2023, available at https://www.phoronix.com/news/Valve-Upstream-Everything-OSS, accessed on January 24, 2025

- Microsoft, "Microsoft announces global expansion for HoloLens," October 12, 2016, available at https://news.microsoft.com/en-au/2016/10/12/microsoft-announces-global-expansion-for-hololens/, accessed on January 22, 2025

- Microsoft, "Windows 8 Arrives," October 25, 2012, available at https://news.microsoft.com/2012/10/25/windows-8-arrives/, accessed on January 10, 2025

- Minecraft, "Download Minecraft & Server Software," available at https://www.minecraft.net/en-us/download, accessed on January 26, 2025

- Mitchell Clark, "Valve will start selling the Steam Deck on February 25th," *The Verge*, January 26, 2022, available at https://www.theverge.com/2022/1/26/22902930/valve-steam-deck-release-date-gaming-handheld-pc, accessed on December 7, 2023

- Mitchell Saltzman, "Returnal Review," *IGN*, March 9, 2022, available at https://www.ign.com/articles/returnal-review, accessed on January 20, 2025

- MSI, "MSI Unveils World's First Gaming Handheld with Core™ Ultra at CES 2024," January 9, 2024, available at https://us.msi.com/news/detail/MSI-Unveils-World-s-First-Gaming-Handheld-with-Core--Ultra-at-CES-2024143060, accessed on January 24, 2025

- Nelly, "Empowering Developers with Community and Commerce," *Medium*, March 14, 2019, available at https://medium.com/discord-engineering/empowering-developers-with-community-and-commerce-68d9c0712662, accessed on January 14, 2025

- Newzoo "Taxonomies," available at https://platform.newzoo.com/help-center/answers-&-explanations/newzoo-taxonomy#genres, accessed on December 6, 2023.

- Newzoo, "Games Market Reports and Forecasts," available at https://newzoo.com/games-market-reports-and-forecasts, accessed on January 14, 2025

- Nich Maragos, "Valve Partners With Electronic Arts For Game Distribution," *Game Developer*, July 17, 2005, available at https://www.gamedeveloper.com/game-platforms/valve-partners-with-electronic-arts-for-game-distribution, accessed on January 14, 2025

- Nick Statt, "Steam is rolling out its new Discord-like chat feature to all users," *The Verge*, July 24, 2018, available at https://www.theverge.com/2018/7/24/17609872/steam-chat-new-features-roll-put-discord-like-competition, accessed on April 30, 2024

- Nick Statt, "Valve's new Steam revenue agreement gives more money to game developers," *The Verge*, November 20, 2018, available at https://www.theverge.com/2018/11/30/18120577/valve-steam-game-marketplace-revenue-split-new-rules-competition, accessed on January 26, 2025

- Nicole Carpenter, "Rockstar has its own game launcher, and GTA: San Andreas is free," Polygon, September 17, 2019, available at https://www.polygon.com/2019/9/17/20870668/rockstar-games-launcher-pc-store-gta-san-andreas-free, accessed on January 10, 2025

- Nicole Carpenter, "When does Stardew Valley's 1.6 update launch on console?" *Polygon*, September 23, 2024, available at https://www.polygon.com/gaming/24106193/stardew-valley-1-6-update-console-release-date, accessed on January 22, 2025

- Nielsen, "Games 360 U.S. Report: 2017," May 2017, available at https://www.nielsen.com/insights/2017/us-games-360-report-2017/, accessed on January 16, 2025

- Noah Hunter, "Every PlayStation Console: A Full History of Release Dates," *IGN*, September 26, 2024, available at https://www.ign.com/articles/all-playstation-console-release-dates-in-order, accessed on January 26, 2025

- NPR, "Ford's CEO hopes major deal with Tesla will help fix charging station shortage," August 21, 2023, available at https://www.npr.org/2023/08/21/1194972820/fords-ceo-hopes-major-deal-with-tesla-will-help-fix-charging-station-shortage, accessed on January 24, 2025

- Omri Petitte, "Source SDK mod Estranged: Act I now on Steam for free," *PC Gamer*, February 18, 2024, available at https://www.pcgamer.com/source-sdk-mod-estranged-act-i-now-on-steam-for-free/, accessed on January 27, 2025

- Omri Petitte, "Team Fortress 2, CS: Source migrating to SteamPipe delivery – here's what you need to do," *PC Gamer*, February 20, 2013, available at https://www.pcgamer.com/steampipe-valve/, accessed on April 30, 2024

- Owen Good, "Amazon Luna makes full launch to US subscribers," *Polygon*, March 1, 2022, available at https://www.polygon.com/22956365/amazon-luna-release-date-price-games-list, accessed on January 10, 2025

- PCMag, "video game console," available at https://www.pcmag.com/encyclopedia/term/video-game-console, accessed on January 16, 2025

- PCMag, "Video game," available at https://www.pcmag.com/encyclopedia/term/video-game, accessed on January 13, 2025

- Philip Kollar, "Superhot review," *Polygon*, February 25, 2016, available at https://www.polygon.com/2016/2/25/11094044/superhot-review-pc-windows-xbox-one, accessed on January 22, 2025

- PlaytestCloud, "See our pricing," available at https://www.playtestcloud.com/pricing, accessed on January 15, 2025

- Ralph, "What is the video game publishing industry?" *gamespublisher.com*, November 24, 2024, available at https://gamespublisher.com/what-is-the-video-game-publishing-industry/, accessed on January 25, 2025

- Ralph Edwards, "The Economics of Game Publishing," *IGN*, May 5, 2006, available at https://www.ign.com/articles/2006/05/06/the-economics-of-game-publishing, accessed on April 24, 2024

- Raphael van Lierop, "Update on Build Status for Xbox, PS4, & Patching Process," *Hinterland Forums*, August 11, 2017, available at https://hinterlandforums.com/forums/topic/16657-update-on-build-status-for-xbox-ps4-patching-process/, accessed on January 22, 2025

- Ryan Geddes, "Valve Opens Up Steamworks," *IGN*, January 29, 2008, available at https://www.ign.com/articles/2008/01/29/valve-opens-up-steamworks, accessed on January 26, 2025

- Rebekah Valentine, "Google Stadia's paid subscription service launches in November," *GamesIndustry.biz*, June 6, 2019, available at https://www.gamesindustry.biz/google-stadias-paid-subscription-launches-in-november-free-version-planned-next-year, accessed on January 10, 2025

- Reddit, "r/gamedev About Community," available at https://www.reddit.com/r/gamedev/about, accessed on January 21, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- Rich Edmonds, "How to play Windows games on Linux using Proton," *XDA*, August 29, 2024, available at https://www.xda-developers.com/how-to-play-windows-games-on-linux/, accessed on January 24, 2025

- Richard Cobbett, "From shareware superstars to the Steam gold rush: How indie games conquered the PC," *PC Gamer,* September 23, 2017, available at https://www.pcgamer.com/from-shareware-superstars-to-the-steam-gold-rush-how-indie-conquered-the-pc/, accessed on November 14, 2023

- Richard Wakeling, "The Epic Games Store Introduces Its First Achievements," *GameSpot*, July 30, 2020, available at https://www.gamespot.com/articles/the-epic-games-store-introduces-its-first-achievem/1100-6480341/, accessed on January 14, 2025

- Rob Crossley and Matt Espineli, "Steam Machines: First impressions, The Specs, Prices, and Release Dates," *GameSpot*, October 16, 2015, available at https://www.gamespot.com/articles/steam-machines-first-impressions-the-specs-prices-/1100-6425734/, accessed on January 21, 2025

- Robert Zak, "Only 15% of all Steam users' time was spent playing games released in 2024," *PC Gamer*, December 19, 2024, available at https://www.pcgamer.com/games/only-15-percent-of-all-steam-users-time-was-spent-playing-games-released-in-2024/, accessed on January 24, 2025

- Robin Valentine, "PC gaming's many launchers, reviewed for 2024: Steam still puts the rest to shame," *PC Gamer*, January 30, 2024, available at https://www.pcgamer.com/pc-gamings-many-launchers-reviewed-for-2024-steam-still-puts-the-rest-to-shame/, accessed on April 11, 2024

- Roblox, "Home," available at https://corp.roblox.com/, accessed on January 27, 2025

- Ron Miller, "BlackBerry phones once ruled the world, then the world changed," *TechCrunch*, January 3, 2022, available at https://techcrunch.com/2022/01/03/blackberry-phones-once-ruled-the-world-then-the-world-changed/, accessed on January 24, 2025

- Rory Young, "Valve Introduces Steam Playtest Feature for Early Game Testing," *GameRant*, November 7, 2020, available at https://gamerant.com/valve-steam-playtest-feature-november-2020/, accessed on April 30, 2024

- Rory Young, "Valve Launches SteamVR as HTC Vive Shipments Begin," *Game Rant*, April 5, 2016, available at https://gamerant.com/valve-launches-steamvr-htc-vive-647/, accessed on January 24, 2025

- Ryan Sumo, "What Does A Healthy Publisher/Developer Relationship Looks Like (With Real Contract Details!)," *Game Developer*, November 26, 2019, available at https://www.gamedeveloper.com/business/what-does-a-healthy-publisher-developer-relationship-looks-like-with-real-contract-details-, accessed on December 7, 2023

- Sam Machkovech, "Steam's next big feature will make any 'local multiplayer' game work online," *Ars Technica*, October 10, 2019, available at

https://arstechnica.com/gaming/2019/10/steams-next-big-feature-will-make-any-local-multiplayer-game-work-online/, accessed on January 20, 2025

- Sam Machkovech, "Xbox One, Windows 10 become more Steam-like with 'self-service refunds,'" *Ars Technica*, April 12, 2017, available at https://arstechnica.com/gaming/2017/04/xbox-one-windows-10-become-more-steam-like-with-self-service-refunds/, accessed on January 22, 2025

- Sam White, "Valley Forged: How One Man Made the Indie Video Game Sensation *Stardew Valley*," *GQ*, March 20, 2018, available at https://www.gq.com/story/stardew-valley-eric-barone-profile, accessed on January 20, 2025

- Samsung, "Samsung and Oculus Introduce the First Consumer Version of Gear VR," September 25, 2015, available at https://news.samsung.com/global/samsung-and-oculus-introduce-the-first-consumer-version-of-gear-vr, accessed on January 22, 2025

- Samuel Heaney, "The History and Evolution of Minecraft," *IGN*, April 16, 2023, available at https://www.ign.com/articles/the-history-and-evolution-of-Minecraft, accessed on January 10, 2025

- Sand Castles Studio, "Challenges of porting games to consoles," available at https://www.sandcastlesst.com/blog/challenges-porting-indie-games-to-consoles/, accessed on January 20, 2025

- Sarah Parvini, "The video game industry boomed during the pandemic. Now thousands are being laid off," *Los Angeles Times*, November 20, 2023, available at https://www.latimes.com/entertainment-arts/business/story/2023-11-20/video-game-industry-layoffs, accessed on January 17, 2025

- Sean Buckley, "Steam Big Picture Beta Hands-on," *Engadget*, September 11, 2012, available at https://www.engadget.com/2012-09-11-steam-big-picture-beta-hands-on.html, accessed on January 14, 2025

- Sean Buckley, "Valve just launched Steam Chat, a built-in answer to Discord," *CNET*, July 24, 2018, available at https://www.cnet.com/tech/gaming/valve-just-launched-steam-chat-a-built-in-answer-to-discord/, accessed on January 18, 2025

- Sean Hollister, "Valve will officially let you install SteamOS on other handhelds as soon as this April," *The Verge*, January 7, 2025, available at https://www.theverge.com/2025/1/7/24338405/valve-steamos-beta-other-handhelds-beyond-steam-deck, accessed on January 13, 2025

- Seth Colaner, "Steam Community Game Hub Brings Out User-Created Content and Rating System," *Hot Hardware*, August 13, 2012, available at https://hothardware.com/news/steam-community-gets-new-features-each-day-this-week-starting-with-game-hubs, accessed on January 14, 2025

- Shubham Kumar, "How the Steam Deck Has Changed PC Gaming – An Analysis of Its Impact on the Industry," *Gfinity Esports*, December 12, 2024, available at https://www.gfinityesports.com/article/steam-decks-impact-on-pc-gaming, accessed on January 19, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.    Documents relied upon list

- Simon Carless, "Running a Steam sales promotion: real numbers & data," *Game Developer*, January 27, 2022, available at https://www.gamedeveloper.com/game-platforms/running-a-steam-sales-promotion-real-numbers-data, accessed on January 24, 2025

- SlipSlot, "The History of Valve & How Their Games Began," *Opium Pulses*, August 13, 2018, available at https://www.opiumpulses.com/article/238/history-of-valve-corporation, accessed on January 14, 2025

- Steam Support, "Steam Cloud," available at https://help.steampowered.com/en/faqs/view/68D2-35AB-09A9-7678, accessed on April 30, 2024

- Steam Support, "Steam Remote Play," available at https://help.steampowered.com/en/faqs/view/0689-74B8-92AC-10F2, accessed on January 24, 2025

- Steam, "A Brand New Steam – Available Now!" April 14, 2010, available at https://store.steampowered.com/uiupdate/, accessed on April 30, 2024

- Steam, "All Products," available at https://store.steampowered.com/search/?sort_by=Released_DESC&ignore_preferences=1&category1=998&ndl=1, accessed on January 10, 2025

- Steam, "Announcing: Developer & Publisher Homepages Beta on Steam," June 19, 2018, available at https://steamcommunity.com/games/593110/announcements/detail/2515705802687784921?snr=2_groupannouncements_detail_, accessed on April 30, 2024

- Steam, "Bioshock Infinite," available at https://store.steampowered.com/app/8870/BioShock_Infinite/, accessed on January 20, 2025

- Steam, "Create Your Own Steam Bundles," June 2, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/932622787937370414, accessed on April 30, 2024

- Steam, "Holocure – Save the Fans!," available at https://store.steampowered.com/app/2420510/HoloCure__Save_the_Fans/, accessed on January 26, 2025

- Steam, "Introducing a new version of Steam Play," available at https://steamcommunity.com/games/221410/announcements/detail/1696055855739350561, accessed on April 30, 2024

- Steam, "Introducing Steam Remote Play Together," November 20, 2019, available at https://store.steampowered.com/news/app/593110/view/3605623508389954945, accessed on January 22, 2025

- Steam, "Introducing Steam Audio," February 23, 2017, available at https://steamcommunity.com/groups/steamworks/announcements/detail/661305015032637648, accessed on April 30, 2024

Expert Report of Gautam Gowrisankaran, Ph.D.                                    Documents relied upon list

- Steam, "Introducing Steam In-Home Streaming," May 21, 2014, available at https://store.steampowered.com/oldnews/13378, accessed on April 30, 2024

- Steam, "Introducing Steam Remote Play Together," October 21, 2019, available at https://steamcommunity.com/games/593110/announcements/detail/303253719387 9549687?snr=1_2108_group___2107, accessed on April 30, 2024

- Steam, "Introducing Steam Reviews," available at https://store.steampowered.com/reviews/, accessed on January 24, 2025

- Steam, "Microtransactions Implementation Guide," available at https://partner.steamgames.com/doc/features/microtransactions/implementation, accessed on January 24, 2025

- Steam, "More Updates to the Steam Customer Review System," September 13, 2016, available at https://store.steampowered.com/oldnews/24155, accessed on April 30, 2024

- Steam, "New DLC Discovery Hub with Steam Labs Experiment 15," January 27, 2023, available at https://store.steampowered.com/news/app/593110/view/3638379690025890182, accessed on January 24, 2025

- Steam, "New Revenue Share Tiers and other updates to the Steam Distribution Agreement," December 1, 2018, available at https://client.wvd.microsoft.com/arm/webclient/index.html, accessed on April 18, 2024

- Steam, "New Steam News Hub: More Ways to Communicate With Players," December 14, 2020, available at https://steamcommunity.com/groups/steamworks/announcements/detail/29470073 87776397379, accessed on April 30, 2024

- Steam, "New: Trailer categories and updated display logic," May 2, 2023, available at https://steamcommunity.com/groups/steamworks/announcements/detail/53587625 17221792489, accessed on January 22, 2025

- Steam, "Now You Can Discount Your Own Products In Steam," February 26, 2014, available at https://steamcommunity.com/groups/steamworks/announcements/detail/14977497 12681365701, accessed on April 30, 2024

- Steam, "Personalized Shopping With New Tag, Genre, and Category Pages," September 7, 2022, available at https://store.steampowered.com/news/app/593110/view/3091162528094367313, accessed on April 30, 2024

- Steam, "Remote Play," available at https://store.steampowered.com/remoteplay, accessed on January 22, 2025

- Steam, "Steam Annual Summary: 2023," February 19, 2024, available at https://steamcommunity.com/groups/steamworks/announcements/detail/40313530 03322171824, accessed on January 15, 2025

- Steam, "Steam Audio," December 17, 2024, available at https://steamcommunity.com/app/596420/allnews/, accessed on January 24, 2025

- Steam, "Steam Big Picture Available Now," December 3, 2012, available at https://store.steampowered.com/oldnews/9495, accessed on April 30, 2024

- Steam, "Steam Client Update Released," June 13, 2019, available at https://store.steampowered.com/oldnews/51761, accessed on April 30, 2024

- Steam, "Steam Cloud Rolling In This Week," November 3, 2008, available at https://store.steampowered.com/oldnews/1968, accessed on April 30, 2024

- Steam, "Steam Controller," available at https://store.steampowered.com/app/353370/Steam_Controller/, accessed on January 10, 2025

- Steam, "Steam Deck Launching February 25th," January 26, 2022, available at https://store.steampowered.com/news/app/1675180/view/3117055056380003048, accessed on April 30, 2024

- Steam, "Steam Discovery Update 2.0 Available Now," November 7, 2016, available at https://steamcommunity.com/groups/steamworks/announcements/detail/88084573 4465610237, accessed on April 30, 2024

- Steam, "Steam Discovery Update 2.0," available at https://store.steampowered.com/about/newstore2016?snr=2_groupannouncements_ detail, accessed on May 13, 2024

- Steam, "Steam Discovery Update," available at https://store.steampowered.com/about/newstore, accessed on April 30, 2024

- Steam, "Steam Guard Now Available to All," March 16, 2011, available at https://store.steampowered.com/oldnews/5123, accessed on April 30, 2024

- Steam, "Steam Introduces Game Subscription Plans," April 25, 2013, available at https://store.steampowered.com/oldnews/10463, accessed on April 30, 2024

- Steam, "Steam Labs," available at https://store.steampowered.com/labs, accessed on April 30, 2024

- Steam, "Steam Link," available at https://store.steampowered.com/app/353380/Steam_Link/, accessed January 10, 2025

- Steam, "Steam Networking," available at https://partner.steamgames.com/doc/features/multiplayer/networking, accessed on January 24, 2025

- Steam, "Steam Opens Early Access," March 20, 2013, available at https://store.steampowered.com/oldnews/10189, accessed on April 30, 2024

- Steam, "Steam Playtest feature now fully released," April 21, 2021, available at https://store.steampowered.com/news/group/4145017/view/311928085564814218 3, accessed on April 30, 2024

- Steam, "Steam Remote Play," available at https://store.steampowered.com/remoteplay, accessed on January 22, 2025

- Steam, "Steam Announces Family Sharing," September 11, 2013, available at https://store.steampowered.com/oldnews/11436, accessed on April 30, 2024

- Steam, "Steam Screenshots Feature Now Available," February 24, 2011, available at https://store.steampowered.com/oldnews/5047, accessed on April 30, 2024

- Steam, "Steam Trading Cards Released, Community Profiles Updated," June 26, 2013, available at https://store.steampowered.com/oldnews/10946, accessed on April 30, 2024

- Steam, "Steam Wallet and In-Game Transactions are Here!" September 30, 2010, available at https://store.steampowered.com/oldnews/4406, accessed on May 1, 2024

- Steam, "Steam Workshop Lets Item Creators Compensate Toolmakers, Communities, and Mentors," June 27, 2013, available at https://steamcommunity.com/games/SteamWorkshop/announcements/detail/18197 34886367365945, accessed on April 30, 2024

- Steam, "SteamOS expands beyond Steam Deck," January 7, 2025, available at https://steamcommunity.com/games/593110/announcements/detail/529834914570 306832, accessed on January 20, 2025

- Steam, "Steamworks Fall Recap: Steam Library Release, Remote Play Together, DAU Reporting, Store Page Tools, And More", December 9, 2019, available at https://steamcommunity.com/groups/steamworks/announcements/detail/17062320 80103449103, accessed on April 30, 2024

- Steam, "Steamworks SDK 1.61 has been released," November 8, 2024, available at https://steamcommunity.com/groups/steamworks/announcements/detail/44806124 32780198328, accessed on January 25, 2025

- Steam, "Thank you for 20 Years of Steam!" available at https://store.steampowered.com/sale/steam20#SaleSection_74421, accessed on April 18, 2024

- Steam, "The Steam Awards Winners!" December 31, 2016, available at https://store.steampowered.com/oldnews/26623, accessed on April 30, 2024

- Steam, "Transitioning to OpenXR," June 25, 2020, available at https://steamcommunity.com/games/250820/announcements/detail/252252790075 5718764, accessed on January 24, 2025

- Steam, "Valve Announces Steam Mobile App," January 27, 2012, available at https://store.steampowered.com/oldnews/7231, accessed on April 30, 2024

Expert Report of Gautam Gowrisankaran, Ph.D.                     Documents relied upon list

- Steam, "Valve Index Headset," June 28, 2019, available at https://store.steampowered.com/app/1059530/Valve_Index_Headset/, accessed on January 21, 2025

- Steam, "Valve Launches Steam Greenlight," August 30, 2012, available at https://store.steampowered.com/oldnews/8761, accessed on April 30, 2024

- Steam, "Welcome to Steam Labs," available at https://store.steampowered.com/labs/, accessed on January 24, 2025

- Steam, "Welcome to Steam," November 27, 2009, available at https://web.archive.org/web/20091127090330/https://store.steampowered.com/, accessed on January 23, 2025

- Steam, "why this game so hyped?," April 5, 2016, available at https://steamcommunity.com/app/311690/discussions/0/371918937277845840/, accessed on January 24, 2025

- SteamDB, "Steam Game Releases by Month," available at https://steamdb.info/stats/releases/, accessed on January 10, 2024

- SteamDB, "Steam," available at https://steamdb.info/instantsearch/, accessed on January 10, 2025

- Steamworks, "Creating Bundles Across Multiple Developers/Publishers," available at https://partner.steamgames.com/doc/store/application/bundles/collaborative, accessed on January 24, 2025

- Steamworks, "Developer And Publisher Homepages," available at https://partner.steamgames.com/doc/store/creator_homepage, accessed on January 25, 2025

- Steamworks, "Features," available at https://partner.steamgames.com/doc/features, accessed on April 19, 2024

- Steamworks, "Participating in Third-Party Sales Events," available at https://partner.steamgames.com/doc/store/promo/thirdpartyevents, accessed on January 24, 2025

- Steamworks, "Pricing," available at https://partner.steamgames.com/doc/store/pricing, accessed on January 14, 2025

- Steamworks, "Steam Keys," available at https://partner.steamgames.com/doc/features/keys, accessed on April 18, 2024

- Steamworks, "Steam Leaderboards," available at https://partner.steamgames.com/doc/features/leaderboards, accessed on January 13, 2025

- Steamworks, "Steam Playtest," available at https://partner.steamgames.com/doc/features/playtest, accessed on January 15, 2025

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- Steamworks, "Steam Workshop," available at https://partner.steamgames.com/doc/features/workshop, accessed on January 10, 2025

- Steamworks, "SteamVR Input," available at https://partner.steamgames.com/doc/features/steamvr/input, accessed on January 20, 2025

- Steamworks, "Steamworks SDK," available at https://partner.steamgames.com/doc/sdk, accessed on April 19, 2024Steamworks, "Step by Step: Achievements," https://partner.steamgames.com/doc/features/achievements/ach_guide, accessed on April 30, 2024

- Steamworks, "Visibility on Steam," available at https://partner.steamgames.com/doc/marketing/visibility, accessed on January 25, 2025

- Stephanie Mlot, "Xbox One to Support Indie Game Self-Publishing," *PC Mag*, July 24, 2013, available at https://www.pcmag.com/news/xbox-one-to-support-indie-game-self-publishing, accessed on January 23, 2025

- Stephany Nunneley-Jackson, "Free to Play games now available on Steam," *VG247*, June 14, 2011, available at https://www.vg247.com/free-to-play-games-now-available-on-steam, accessed on April 30, 2024

- Steve Butts, "Counter-Strike: Condition Zero Review," *IGN*, March 23, 2004, available at https://www.ign.com/articles/2004/03/24/counter-strike-condition-zero-review, accessed on January 14, 2025

- Superhot, "Our Story," available at https://superhotgame.com/our-story, accessed on January 24, 2025

- Susan Arendt, "Call of Dew-ty: How Stardew Valley converts shooter fans into farmers," *GamesRadar+*, May 4, 2017, available at https://www.gamesradar.com/call-of-dew-ty-how-stardew-valley-converts-shooter-fans-into-farmers/, accessed on January 20, 2025

- Sydney Butler, "Don't Worry, Steam Deck Clones are Coming," *How-to-Geek*, September 8, 2022, available at https://www.howtogeek.com/821269/steam-deck-clones-are-coming/, accessed on January 19, 2025

- Take-Two Interactive, "Take-Two Interactive Software, Inc, November 2024," available at https://ir.take2games.com/static-files/0c0e2b58-bd8c-43f6-a844-c0041ff9c8dd, accessed on

- Target, "Download Code in Box: PC Games," available at https://www.target.com/c/pc-games-video/download-code-in-box/-/N-5xtfwZefxeu, accessed on January 23, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.                    Documents relied upon list

- Ted Trautman, "Excavating the Video Game Industry's Past," *The New Yorker*, April 29, 2014, available at https://www.newyorker.com/business/currency/excavating-the-video-game-industrys-past, accessed on January 26, 2025

- The Verge, "Microsoft's Steam-like browser overlay is now available on Windows 11," January 21, 2025, available at https://www.theverge.com/2025/1/21/24348858/microsoft-edge-game-assist-game-bar-browser

- Thomas Hanna, "How Open Source Software is Used in Game Development," *Oaresources*, January 16, 2023, available at https://www.oaresources.org/open-source-software-used-game/, accessed on January 24, 2025

- Tim Bradshaw, "Game over? Industry suffers slowdown after decades-long winning streak," *Financial Times*, February 17, 2024, available at https://www.ft.com/content/cc6bd66c-6341-4367-85cc-86d274102378, accessed on January 21, 2025

- Tim Hoang, "Entering the Indie Games Market at the Lowest Cost Possible," *Game Developer*, April 24, 2018, available at https://www.gamedeveloper.com/business/entering-the-indie-games-market-at-the-lowest-cost-possible, accessed on December 7, 2023

- Tom Marks, "One year after its launch, Discord is the best VoIP service available," *PC Gamer*, May 13, 2016, available at https://www.pcgamer.com/one-year-after-its-launch-discord-is-the-best-voip-service-available/, accessed on January 22, 2025

- Tom Marks, "Report: Steam's 30% Cut Is Actually the Industry Standard," *IGN*, January 13, 2020, available at https://www.ign.com/articles/2019/10/07/report-steams-30-cut-is-actually-the-industry-standard, accessed on May 6, 2024

- Tom Marks, "Slay the Spire Review," *IGN*, July 12, 2024, available at https://www.ign.com/articles/2019/01/25/slay-the-spire-review, accessed on January 20, 2025

- Tom Warren, "Windows Store rebranded to Microsoft Store in Windows 10," *The Verge*, September 22, 2017, available at https://www.theverge.com/2017/9/22/16348986/microsoft-store-windows-10-app-store, accessed on January 10, 2025

- Tom Wijman, "What are 2023's top game genres?" *Newzoo*, September 7, 2023, available at https://newzoo.com/resources/blog/top-game-genres-2023, accessed on December 6, 2023

- Tomas Zegarra, "Game Developers vs Game Publishers: What's the difference?" *HP*, July 19, 2020, available at https://www.hp.com/us-en/shop/tech-takes/game-developers-vs-game-publishers, accessed on December 7, 2023

- Tracy Wilson, "How World of Warcraft Works," *HowStuffWorks*, November, 16, 2007, available at https://electronics.howstuffworks.com/world-of-warcraft.htm, accessed on January 16, 2025

Expert Report of Gautam Gowrisankaran, Ph.D.                                    Documents relied upon list

- Trey Walker, "Counter-Strike 1.0 Released," *GameSpot*, November 9, 2000, available at https://www.gamespot.com/articles/counter-strike-10-released/1100-2652037/, accessed on November 14, 2023

- Trey Walker, "Sierra picks up Counter-Strike: Condition Zero," *GameSpot*, May 17, 2006, available at https://www.gamespot.com/articles/sierra-picks-up-counter-strike-condition-zero/1100-2847364/, accessed on January 14, 2025

- Tyler Wilde, "Big changes to Steam: 'Discovery Update' adds curators, recommendations, and hides unpopular new releases," *PC Gamer*, September 22, 2014, available at https://www.pcgamer.com/steam-update/, accessed on April 30, 2024

- Tyler Wilde, "Steam Broadcasting works great, but Twitch isn't threatened yet," *PC Gamer*, December 2, 2014, available at https://www.pcgamer.com/steam-broadcasting-works-great-but-twitch-isnt-threatened-yet/, accessed on January 18, 2025

- U.S. Bureau of Labor Statistics, "CPI Inflation Calculator," available at https://www.bls.gov/data/inflation_calculator.htm, accessed on January 24, 2025

- Ubisoft, "Level Up Your Ubisoft Store Experience With New Features and Benefits," March 18, 2021, available at news.ubisoft.com/en-us/article/5pjlmyXXXMgwtD6IFduh7i/level-up-your-ubisoft-store-experience-with-new-features-and-benefits, accessed on January 15, 2025

- Ulyana Chernyak, "Video Game Market Overview: Console vs. PC vs. Mobile," *Game Developer*, May 27, 2014, available at https://www.gamedeveloper.com/production/video-game-market-overview-console-vs-pc-vs-mobile, accessed on December 7, 2023

- Valdega, "Tell me your stories about PC gaming before Steam. Are there games not on Steam from that era I should seek out?," *ResetEra*, available at https://www.resetera.com/threads/tell-me-your-stories-about-pc-gaming-before-steam-are-there-games-not-on-steam-from-that-era-i-should-seek-out.94276/, accessed on January 17, 2025

- Victoria Kennedy, "Stardew Valley continues its wholesome farming dominance with latest sales milestone," *Eurogamer*, January 3, 2025, available at https://www.eurogamer.net/stardew-valley-continues-its-wholesome-farming-dominance-with-latest-sales-milestone, accessed on January 22, 2025

- Vlad Mazanko, "5 Biggest Advantages Physical Games Have Over Digital Games," *GameRant*, October 21, 2024, available at https://gamerant.com/biggest-advantages-physical-games-have-over-digital-games, accessed on January 24, 2025

- Wes Fenlon, "How Among Us became so wildly popular," *PC Gamer*, September 24, 2020, available at https://www.pcgamer.com/how-among-us-became-so-popular/, accessed on January 23, 2025

- Werner Ballhaus, Emmanuelle Rivet, Bart Spiegel, "Perspectives from the Global Entertainment & Media Outlook 2024–2028," *PwC*, July 16, 2024, available at

https://www.pwc.com/gx/en/issues/business-model-reinvention/outlook/insights-and-perspectives.html, accessed on January 22, 2025

- Wesley LeBlanc, "Epic Games Store Finally Gets Achievements and Mod Support," *IGN*, July 30, 2020, available at https://www.ign.com/articles/epic-games-store-finally-gets-achievements-and-mod-support, accessed on January 14, 2025

- Whitson Gordon, "Valve's Index VR Headset Revealed," *IGN*, April 30, 2019, available at https://www.ign.com/articles/2019/04/30/valves-index-vr-headset-revealed, accessed on January 22, 2025

- Wired, "EA buys DICE for $24M," October 2, 2006, available at https://www.wired.com/2006/10/ea-buys-dice-fo/, accessed on November 1, 2023

- Wolfire Games, "Games," available at https://www.wolfire.com/games, accessed on January 20, 2025

- Wolfire, "Buy Overgrowth," available at https://overgrowth.wolfire.com/buy-now/, accessed on January 25, 2025

- Zachary Small, "Video Games Can't Afford to Look This Good," *New York Times*, December 26, 2024, available at https://www.nytimes.com/2024/12/26/arts/video-games-graphics-budgets.html, accessed on January 26, 2025

- Zarmena Khan, "PS Store Testing New Game Review System," *PlayStation Lifestyle*, August 9, 2024, available at https://www.playstationlifestyle.net/2024/08/09/ps-store-adding-steam-like-written-reviews/, accessed on January 22, 2025

**Note: In addition to the documents on this list, I considered all documents cited in my report and my exhibits to form my opinions.**