# EXHIBIT 3

# (Dkt No. 454.03)

# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

In Re:                              )

                                    )

                                    ) No. 2:21-cv-00563-JCC

VALVE ANTITRUST LITIGATION          )

                                    )

_____


VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

SCOTT LYNCH

_____


*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***




9:11 A.M.

THURSDAY, OCTOBER 12, 2023

701 FIFTH AVENUE, SUITE 5100

SEATTLE, WASHINGTON




Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR

WA CCR #2157; OR CSR #20-0477; CA CSR #14435

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 28

Q.    At this time, was Valve owned by Vivendi?

A.    Valve was never owned by Vivendi.

Q.    Valve was always independent?

A.    Yeah.

Q.    Initially when Steam was developed, it was being used for updating Valve's first-party games; is that fair?

A.    I don't know which timeframe you're referring to.

Q.    When it was first developed.

A.    When Steam was first developed.  What -- okay. What do you mean by "first developed"?

Do you mean --

Q.    Meaning in 2002.

A.    -- when we announced it?

Q.    In 2002 when Steam began developing -- sorry. When Valve began ultimately developing what would become Steam, at that time it was being used to update Valve's first party games like Half-Life 1?

A.    No.  No.

Q.    What was it being used for?

A.    What was what being used for?

Q.    The software that would later become Steam.

A.    I don't know what you mean by "the software that would later become Steam."  We -- we have lots of

Page 29

software at Valve.

Q. The software that you referred to earlier by a code name of Gazelle.

A. So when did somebody -- at what point was a group -- a team working on a project called Gazelle and writing code?

Q. Sure. Let's start there.

A. I don't know.

Q. You don't recall?

A. I really don't. I don't recall. It would have been a long time ago.

Q. When did Valve decide to distribute games for third parties?

A. When did we decide? We decided, I think, when we did our first third-party game deal, which I think was in 2005.

Q. Steam had been released prior to that; right?

A. Yes. Steam had been announced, I think, in 2003.

Q. Was that September of 2003?

A. That sounds in the right timeframe.

Q. And at that time, Steam was patching Valve's multiplayer games, for instance?

A. No. We were patching our games through other means.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q.   What was Steam doing when it was released initially in September of 2003?

A.   God, you really should talk to somebody that worked on the Steam team.  There may have been -- it may have been a way for people to get updates.  It's possible updates were still being distributed through old methods.  I just really think you'd have to talk to somebody on the Steam team to go back that far and kind of talk in detail about what features under the name Steam were available.

Q.   Like who?

A.   Well, I would probably talk to -- maybe John Cook was working on Steam back then.  Maybe Erik Johnson might recall going back that far.

Q.   Do you have an idea of what Steam was doing -- what the software was doing between September of 2003 and the first third-party published -- distributed through Steam in 2005?

MR. CASPER:  Object to the form of the question.

A.   What it was doing?

Q.   (BY MR. SIEBERT)  Yeah.  What was its purpose?

MR. CASPER:  Object to the form of the question.

A.   What was Steam's purpose?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

A.    He does.

Q.    You would expect him to attend, given that he likes it?

A.    I don't -- I don't know.  I really don't know what his plans are.  I haven't talked to him about it.

Q.    Are you going?

A.    I am going to go.

Q.    Who's your favorite hero?

A.    I don't have a favorite hero.

Do you want some tickets?

Q.    Not particularly.

A.    You're dropping hints.

Q.    Mr. Lynch, was -- do you know whether or not Valve was making patches available for games such as Counter-Strike through the World Opponent Network?

A.    No.

Q.    You don't know one way or the other?

A.    We were not.

Q.    You don't believe you were?

A.    No.

Q.    At some point in 2005, Valve began distributing third-party games through Steam; is that right?

A.    Yeah, that's what I recall.

Q.    What was the first game?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 35

A.    I believe it was Rag Doll Kung Fu.

Q.    Do you recall what the revenue share for that game was?

A.    I think -- I think it might have been ██ , possibly ██ .  ██ to the developer, ██ to Valve.

Q.    Why did Valve begin distributing third-party games through Steam?

A.    Because the work that we had done with Steam we thought could be valuable to third parties, other than ourself.  And that customers would enjoy it as another alternative to buy games, and that -- we thought there were a bunch of advantages for developers and customers with online distribution versus traditional packaged goods distribution.

Q.    You mentioned the difference between online distribution and traditional packaged goods distribution.

What are those differences?

A.    Well, there's -- there's lots of them. There -- for one, you know, packaged goods distribution is limited in terms of shelf space because, you know, they're physical items that take up space.

You have to put the game on a piece of plastic, CD-ROM, DVD, and then you've got to put it in a box and make it in a factory.  And then you have to ship

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 36

those boxes to all over the world. Eventually they have to get onto store shelves. Then you have to kind of make sure those store shelves are kind of organized and they're doing a good job in terms of presentation. You have to worry about the inventory kind of being there in all the different stores when people go there and being out of inventory.

Returns are much more costly because packaged goods are costly. You have to go through this complicated sales process with the retailer and, you know, figure out how many you'll sell in, what happens if they don't sell through. You know, then -- you know, typically in the stores you have to do some retail marketing, point of presence kind of stuff.

You know, when a game ships out at retail in a piece of plastic, if there's, you know, a problem with how the game was duplicated on the CD, that can be super costly trying to solve that problem. Doing updates, it's typically quite a period of time.

And then in terms of, you know, lining all those things up at retail for the developer, you know, you've really kind of got to hit a ship date. So it's pretty stressful on the teams trying to get to a ship date once you align all those things.

Those would be, you know, some of the kind of

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 37

issues with old retail packaged goods.

Q.   From the consumer's perspective then, I think you would probably agree with me that the consumer experience is fairly different between the sort of retail model versus a digital distribution model; right?

MR. CASPER:   Object to the form of the question.

A.   Yeah, I don't know when you're referring to. You know, so when are you referring to?

Q.   (BY MR. SIEBERT)   Does the answer change --

A.   Sure.

Q.   -- based on time?

A.   Yeah.   Yeah.

Q.   Okay.

A.   I mean, today in GameStop -- we don't do retail distribution, but some companies do, but they might use, like, codes instead of, you know, a big box and CDs.   So that's definitely different than the way it was when you had to put the software on a CD-ROM.

Q.   It's also different -- retail and online distribution are also different from the developer's perspective; right?

MR. CASPER:   Object to the form of the question.

A.   Yeah.   Yeah.   I mean, it's a different process

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 38

to, you know, put your game up online versus, you know, going through the process of, you know, retail distribution, yeah.

Q.    (BY MR. SIEBERT)    Both have costs, but those costs are somewhat different?

A.    We don't do really much retail distribution today.  So, you know, I couldn't -- I couldn't tell you today really what it's like.

Q.    Back when Valve was doing retail distribution, you mentioned a number of complications associated with putting software on CDs --

A.    Yeah.

Q.    -- for instance.

A.    Yep.

Q.    And that was costly; right?

A.    Yeah.  Yeah.

Q.    Was a pain?

A.    Yeah.  Yeah.  It was more complicated, yeah.

Q.    And that's one of the --

A.    I mean, it was -- although early online distribution was, yeah, hard, too, complicated, new.  Nobody had ever done it before, so not what people were used to.

Q.    But Valve ultimately did start distributing its first-party games online; right?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 269

## REPORTER'S CERTIFICATE

I, TAMI LYNN VONDRAN, CCR, CSR, RMR, CRR, the undersigned Certified Court Reporter authorized to administer oaths and affirmations in and for the states of Washington (2157), Oregon (20-0477), and California (14435) do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision.  That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was not requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 17th day of October, 2023.

_____

TAMI LYNN VONDRAN, CRR, RMR

Washington CCR #2157, Expires 10/6/2024

Oregon CSR #20-0477, Expires 9/30/2024

California CSR #14435, Expires 10/31/2024