THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

IN RE VALVE ANTITRUST LITIGATION

Case No. 2:21-cv-00563-JNW

**DECLARATION OF ANKUR KAPOOR IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. GAUTAM GOWRISANKARAN**

**FILED UNDER SEAL**

I, Ankur Kapoor, hereby declare as follows:

1.      I am a partner at Constantine Cannon LLP, Co-Lead Counsel for Plaintiffs and the Class certified in the above-captioned matter.

2.      I am a member in good standing of the Bar of the State of New York and admitted to practice *pro hac vice* before this Court.

3.      I have personal knowledge of the facts set forth in this Declaration and am fully familiar with the proceedings in this case.

4.      I submit this Declaration in support of Plaintiffs' Motion To Exclude Testimony Of Dr. Gautam Gowrisankaran.  It is submitted simultaneously with Plaintiffs' Memorandum of Law in support of Plaintiffs' Motion To Exclude Testimony Of Dr. Gautam Gowrisankaran.

KAPOOR DECL.
CASE NO. 21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON  98101
TEL: (206) 905-7000

5.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Gautam Gowrisankaran, Ph.D., dated January 27, 2025.

6.      Attached hereto as **Exhibit 2** is a true and correct copy of the Corrected Reply Merits Expert Report of Gautam Gowrisankaran, Ph.D., dated May 5, 2025.

7.      Attached hereto as **Exhibit 3** are true and correct excerpts of the Deposition Transcript of Gautam Gowrisankaran, Ph.D., dated May 9, 2025.

8.      Attached hereto as **Exhibit 4** are true and correct excerpts of the trial testimony of Gautam Gowrisankaran, Ph.D., in the matter of *United States of America v JetBlue Airways Corporation* (Case No. 23-cv-10511-WGY, D. Mass), dated November 17, 2023.

9.      Attached hereto as **Exhibit 5** is a true and correct copy of a working paper entitled, "Using Policy Functions to Estimate Merger Impacts: an Application to Jet Blue-Spirit," authored by Chris Brugge, Gautam Gowrisankaran, and Alex Gross, dated February 15, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of May 2025 in New York, New York.

/s/ *Ankur Kapoor*
Ankur Kapoor

KAPOOR DECL.
CASE NO. 21-CV-00563-JNW

- 2 -

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON  98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record. I also caused a true and correct copy of the foregoing to be served on counsel for Valve via email.

Dated: May 27, 2025

/s/ *Alicia Cobb*
Alicia Cobb, WSBA #48685

KAPOOR DECL.
CASE NO. 21-CV-00563-JNW

- 3 -

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000