HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE VALVE ANTITRUST LITIGATION

Case No.  2:21-cv-00563-JNW

[PROPOSED] ORDER GRANTING AMICI CURIAE'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT VALVE CORPORATION'S MOTION FOR CLARIFICATION

This matter comes before the Court on Amici Curiae's Motion for Leave to File Brief in Opposition to Defendant Valve Corporation's Motion for Clarification, Dkt. 607.

The Court having considered the materials on file on this issue, and being fully advised, rules as follows:

[PROPOSED ORDER] AMICI CURIAE'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT VALVE CORPORATION'S MOTION FOR CLARIFICATION – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

IT IS HEREBY ORDERED that Amici Curiae's Motion for Leave to File Brief in Opposition to Defendant Valve Corporation's Motion for Clarification is GRANTED. Amici shall file a brief in substantially the same form as the proposed brief no later than _____, 2026.

DATED this ___ day of _____ 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented By:

By: */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

*Attorney for Amici*

[PROPOSED ORDER] AMICI CURIAE'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT VALVE CORPORATION'S MOTION FOR CLARIFICATION – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869