THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW |
|---|---|
| | **REPLY IN SUPPORT OF MOTION FOR CLARIFICATION REGARDING PROTECTIVE ORDER** |
| | NOTE ON MOTION CALENDAR: June 22, 2026 |

REPLY IN SUPPORT OF MOTION FOR CLARIFICATION
REGARDING PROTECTIVE ORDER
(No. 2:21-cv-00563-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

On May 29, 2026, Defendant Valve filed a Motion for Clarification Regarding Protective Order (the "Motion") seeking the Court's guidance as to its obligations under the Federal Protective Order. (Dkt. 95.)[1] Valve brought the Motion in response to an order by AAA Arbitrator Richard Mainland directing Valve to produce documents received in discovery from Plaintiffs and third parties in this action designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Federal Protective Order. Valve believes that complying with the order would require Valve to violate the Federal Protective Order.

The parties and third-parties who produced documents pursuant to the Federal Protective Order did not file oppositions to the Motion by the response deadline of June 15, 2026, or thereafter.[2] Accordingly, Valve requests that the Court grant the Motion. *See* L.R. Civ. P. 7(b)(2) ("[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."); *Tift v. McFadden*, No. 2:23-CV-00999-TL, 2024 WL 866818, at *1 (W.D. Wash. Feb. 29, 2024) (granting motion to dismiss under Local Rule 7(b)(2) where plaintiff did not file a response); *Deutsche Bank Nat'l Tr. Co. v. Sherard*, No. C12-5182BHS, 2012 WL 1899533, at *1 (W.D. Wash. May 24, 2012) (granting motion under Local Rule 7(b)(2) where non-movant failed to respond).

Valve alerted claimants' counsel in the arbitrations before Arbitrator Mainland of this Motion immediately after its filing and requested that the arbitrator stay his production order pending this Court's clarification of Valve's obligations. Claimants' counsel responded by opposing that request and petitioning the arbitrator for an order purporting to enjoin Valve from pursuing the Motion. The arbitrator rejected that motion, stating that he would not "enjoin Valve from engaging in any court

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

[2] The Motion is noted as a 21-day motion. (Dkt. 607.) Under the Local Rules, any response to a 21-day motion "shall be filed and received by the moving party no later than 15 days after the filing date of the motion." L.R. Civ. P. 7(d)(3). Responses were therefore due by June 15, 2026.

REPLY IN SUPPORT OF MOTION FOR CLARIFICATION
REGARDING PROTECTIVE ORDER
(No.2:21-cv-00563-JNW) – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

proceedings." (Ex. A at 2.)[3] But the arbitrator also declined to stay enforcement of his production order pending resolution of this Motion, putting Valve in an untenable position.[4] Claimants Counsel has now sought leave to file an amicus brief in this proceeding.[5]

DATED: June 22, 2026.

I certify that this memorandum contains 531 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
David Friedman, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com
dfriedman@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
Caroline Li, *Admitted Pro Hac Vice*

---

[3] Exhibits have been attached to the Declaration of Blake Marks-Dias, dated June 22, 2026, which is being submitted concurrently herewith.

[4] Arbitrator Mainland originally stayed his production order by two weeks to allow this Court time to rule. Thereafter, claimants' counsel filed its motion to enjoin. Arbitrator Mainland then vacated his order staying his production order. (Ex. A at 2, 7.) Another AAA arbitrator, Sanford Jossen, similarly to Arbitrator Mainland, authorized a subpoena requiring Valve to produce documents that Plaintiffs and third-parties produced in this Action and designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Federal Protective Order. (Ex. B.) But Arbitrator Jossen agreed to hold his order in abeyance pending this Court's resolution of this Motion.

[5] Valve will address this amicus filing separately.

REPLY IN SUPPORT OF MOTION FOR CLARIFICATION
REGARDING PROTECTIVE ORDER
(No.2:21-cv-00563-JNW) – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com
cli@wilkinsonstekloff.com

*Attorneys for Defendant Valve Corporation*

REPLY IN SUPPORT OF MOTION FOR CLARIFICATION
REGARDING PROTECTIVE ORDER
(No.2:21-cv-00563-JNW) – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900