# EXHIBIT 1

## Nathaniel Regenold

| | |
|---|---|
| **From:** | Rakesh Kilaru <rkilaru@wilkinsonstekloff.com> |
| **Sent:** | Thursday, June 18, 2026 10:52 PM |
| **To:** | Robert W. Cobbs; Steve Berman; Nathaniel Regenold; Rizzo, Jessica; Caroline Li; David Friedman; Ralia Polechronis; Keri Arnold; Marks-Dias, Blake |
| **Cc:** | Benjamin D. Brown; Daniel Gifford; Sean Matt; Ben Harrington; Kelly Fan; Roxana Moussavian |
| **Subject:** | RE: In re Valve Antitrust Litigation - Rule 26(f) Conference |

Hi Robert,

As you saw, the Rockman case was just reassigned to Judge Whitehead earlier this week as a related case. Given the substantial overlap in allegations and claims, we think it makes sense to wait on commencing discovery in this case until we hear how Judge Whitehead intends to approach that case (and how he wants both cases to proceed). As you know, he typically issues an order when he wants the discovery process to start, and he hasn't done that yet here. So, we think it makes sense to hold off for the time being.

(Steve – I think "pay ball" might be our other case.)

---

**From:** Robert W. Cobbs <rcobbs@cohenmilstein.com>
**Sent:** Thursday, June 18, 2026 3:55 PM
**To:** Steve Berman <Steve@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Nathaniel Regenold <nregenold@cohenmilstein.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Rakesh,

Kindly give us some times next week that work for you.

Best,

Rob

---

**From:** Steve Berman <Steve@hbsslaw.com>
**Sent:** Tuesday, June 16, 2026 3:36 PM
**To:** Robert W. Cobbs <rcobbs@cohenmilstein.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Nathaniel Regenold <nregenold@cohenmilstein.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian

<roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

## Or to put in a sports metaphor; Time to pay ball

--

**Steve Berman** | Hagens Berman Sobol Shapiro LLP | (206) 268-9320

---

**From:** Robert W. Cobbs <rcobbs@cohenmilstein.com>
**Sent:** Tuesday, June 16, 2026 12:34 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Nathaniel Regenold <nregenold@cohenmilstein.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <Sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Rakesh, hope your travels went well. Please send us some times next week you're available for our 26(f) conference. It's been nearly 3 months since the Court denied Valve's motion to dismiss, and if we don't make progress we will have to seek encouragement from the Court.

Best,

Rob

---

**From:** Robert W. Cobbs
**Sent:** Friday, June 5, 2026 2:21 PM
**To:** 'Rakesh Kilaru' <rkilaru@wilkinsonstekloff.com>; Nathaniel Regenold <nregenold@cohenmilstein.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Rakesh, that's fine but why don't we find a time to put on the calendar now so we can get things moving, please. We know you're busy but it's our job to move things forward.

---

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Friday, June 5, 2026 12:58 PM
**To:** Nathaniel Regenold <nregenold@cohenmilstein.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan

<kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Hi Nate – I'm out next week, but we will circle back.

---

**From:** Nathaniel Regenold <nregenold@cohenmilstein.com>
**Sent:** Wednesday, June 3, 2026 8:40 AM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Thanks, Rakesh. Although we do not believe that the filing of the *Rockman* case warrants putting off the Rule 26(f) meet and confer or will impact the issues to be discussed, we'd be happy to defer our meet and confer until next week. Would you please suggest some times to meet during the week of June 8? We'll circulate a dial in for a time that works for us.

Best regards,
Nate

---

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Tuesday, June 2, 2026 7:15 PM
**To:** Nathaniel Regenold <nregenold@cohenmilstein.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Hi folks –

In light of the filing of *Rockman v. Microsoft*, a putative consumer class action filed over the weekend in the same district and tagged as related to this case, alleging an antitrust conspiracy involving Valve and featuring many overlapping allegations and claims, we think it is best to postpone Thursday's conference.  We will circle back with you as soon as we can.

Thanks,
Rakesh

---

**From:** Nathaniel Regenold <nregenold@cohenmilstein.com>
**Sent:** Monday, June 1, 2026 9:20 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>

**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Rakesh,

To inform the forthcoming Rule 26(f) meet and confer this Thursday, please see attached for a draft Rule 26(f) statement we've prepared to structure the discussion. As previously mentioned, we would like to discuss how Valve currently stores its transaction data and how quickly it could collect and produce it in a format suitable to our needs, so please come prepared to discuss that as well.

Please let us know if there are any additional items you would like to add to the agenda.

Best regards,
Nate

**From:** Nathaniel Regenold
**Sent:** Monday, May 25, 2026 1:28 PM
**To:** 'Rakesh Kilaru' <rkilaru@wilkinsonstekloff.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Thanks, Rakesh. June 4 at 3 pm ET works for our team. I'll circulate an invitation now.

Best regards,
Nate

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Thursday, May 21, 2026 2:39 PM
**To:** Nathaniel Regenold <nregenold@cohenmilstein.com>; Steve Berman <Steve@hbsslaw.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Hi Nate –

Based on the timings of our discussions with our client to prepare, we suggest holding the conference on June 4 (but if June 3 works much better for you, we can make that work). We could do June 4 from 1-2 or 3-6 ET, or June 3 from 10:30-11 and 3-5 ET.

Thanks,

Rakesh

---

**From:** Nathaniel Regenold <nregenold@cohenmilstein.com>
**Sent:** Wednesday, May 20, 2026 9:09 AM
**To:** Steve Berman <Steve@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Hi Rakesh,

Kindly following up on the below. Would you please propose by this Friday, May 22, some dates and times next week when the Parties can meet for a Rule 26(f) meet and confer (which we think is appropriate to hold now that Valve has answered Consumer Plaintiffs' complaint)? If you would prefer, we can reach out to Judge Whitehead's courtroom deputy to ask that a Rule 26(f) conference be scheduled on the Court's calendar.

Many thanks,
Nate

---

**From:** Steve Berman <Steve@hbsslaw.com>
**Sent:** Thursday, May 14, 2026 2:13 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Nathaniel Regenold <nregenold@cohenmilstein.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

# thanks

\--
**Steve Berman** | Hagens Berman Sobol Shapiro LLP | (206) 268-9320

---

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Thursday, May 14, 2026 11:12 AM
**To:** Steve Berman <Steve@hbsslaw.com>; Nathaniel Regenold <nregenold@cohenmilstein.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <Sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

No – just pointing out we don't yet have a deadline, and saying we need a bit more time to talk to our client and will circle back to you.

---

**From:** Steve Berman <Steve@hbsslaw.com>
**Sent:** Thursday, May 14, 2026 2:10 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Nathaniel Regenold <nregenold@cohenmilstein.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Sean Matt <Sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

## For clarification. Are you saying you won't engage until he issues his standard order? If so we will ping him and ask for that

## Let us know

--
**Steve Berman** | Hagens Berman Sobol Shapiro LLP | (206) 268-9320

---

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Thursday, May 14, 2026 9:08 AM
**To:** Nathaniel Regenold <nregenold@cohenmilstein.com>; Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Steve Berman <Steve@hbsslaw.com>; Sean Matt <Sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Hi Nate:

Judge Whitehead has not yet issued his standard order setting a deadline for a Rule 26(f) conference or for initial disclosures, plus we need more time to discuss with our client.  We will circle back with you next week on scheduling this discussion.

Thanks,
Rakesh


**Rakesh Kilaru** | Partner
**WILKINSON STEKLOFF LLP**

6

2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4046 | Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
wilkinsonstekloff.com
*Pronouns: He/Him/His*

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Nathaniel Regenold <nregenold@cohenmilstein.com>
**Sent:** Wednesday, May 13, 2026 10:58 AM
**To:** Rizzo, Jessica <rizzoj@ballardspahr.com>; Caroline Li <cli@wilkinsonstekloff.com>; David Friedman <dfriedman@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Ralia Polechronis <rpolechronis@wilkinsonstekloff.com>; Keri Arnold <karnold@wilkinsonstekloff.com>; Marks-Dias, Blake <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; Steve Berman <steve@hbsslaw.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** RE: In re Valve Antitrust Litigation - Rule 26(f) Conference

Counsel,

Kindly following up on the below. Please let us know your availability tomorrow or Friday for a Rule 26(f) conference.

In addition to discuss the topics set forth in Rules 26(f), we would like to discuss Valve's transaction data. Having reviewed Valve's data produced in the Publisher Class case, we believe it will be necessary to obtain—and we intent to request—Valve's transaction-by-transaction data that would allow for the identification of consumers' individual purchases on Steam. To inform any discussions about the length of the discovery period, we would like to understand how Valve currently stores such data and how quickly it could collect and produce it in a format suitable to our needs.

Many thanks,
Nate

**From:** Nathaniel Regenold
**Sent:** Monday, May 11, 2026 7:40 AM
**To:** 'Rizzo, Jessica' <rizzoj@ballardspahr.com>; 'Caroline Li' <cli@wilkinsonstekloff.com>; 'David Friedman' <dfriedman@wilkinsonstekloff.com>; 'Rakesh Kilaru' <rkilaru@wilkinsonstekloff.com>; 'Ralia Polechronis' <rpolechronis@wilkinsonstekloff.com>; 'Keri Arnold' <karnold@wilkinsonstekloff.com>; 'Marks-Dias, Blake' <bmarksdias@corrcronin.com>
**Cc:** Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert W. Cobbs <rcobbs@cohenmilstein.com>; Daniel Gifford <dgifford@cohenmilstein.com>; 'Steve Berman' <steve@hbsslaw.com>; Sean Matt <sean@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Kelly Fan <kellyf@hbsslaw.com>; Roxana Moussavian <roxana.moussavian@hbsslaw.com>
**Subject:** In re Valve Antitrust Litigation - Rule 26(f) Conference

Counsel,

Please let us know your availability later this week, Thursday or Friday, for a Rule 26(f) conference. We intend to cover the matters listed in Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), but please let us know if there are any other topics you think are appropriate to cover.

Best regards,
Nate

**Nathaniel Regenold**
Associate
he/him/his



**Cohen Milstein Sellers & Toll PLLC**

1100 New York Ave. NW  | Suite 800
Washington, DC 20005

phone 202.408.4600

**website**  | **map**

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.