THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

TO: CLERK OF COURT

AND TO: All parties of record and their counsel

PLEASE TAKE NOTICE that the address for Constantine Cannon LLP's office has changed. The previous address for Constantine Cannon LLP's office was 230 Park Avenue, 17th Floor, New York, NY 10169. The new address is as follows:

Constantine Cannon LLP
22 Vanderbilt Avenue, 15th Floor
New York, NY 10017

All other contact information remains the same.

DATED July 7, 2026

Respectfully submitted,

*/s/ Noah S. Brecker-Redd*
Noah Brecker-Redd (*pro hac vice*)
CONSTANTINE CANNON LLP
22 Vanderbilt Avenue, 15th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
nbrecker-redd@constantinecannon.com

NOTICE OF CHANGE OF FIRM ADDRESS
CASE NO. 2:21-CV-00563-JNW

CONSTANTINE CANNON LLP
22 VANDERBILT AVENUE, 15TH FLOOR
NEW YORK, NY 10017
TEL: (212) 350-2700

Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
Phone (212) 849-7000
Fax (212) 849-7100
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
Noah Brecker-Redd (*pro hac vice*)
CONSTANTINE CANNON LLP
22 Vanderbilt Avenue, 15th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinecannon.com
nbrecker-redd@constantinecannon.com

Tyre L. Tindall, WSBA #56357
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH &
ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (206) 883-2699
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7239
korourke@wsgr.com
jsteiner@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Phone: (312) 205-8968
kjpozan@locklaw.com

Kristie A. LaSalle (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
265 Franklin Street, Suite 1702
Boston, MA 02110
Phone: (617) 535-373
kalasalle@locklaw.com

*Publisher Plaintiff Class Counsel*

NOTICE OF CHANGE OF FIRM ADDRESS
CASE NO. 2:21-CV-00563-JNW

CONSTANTINE CANNON LLP
22 VANDERBILT AVENUE, 15TH FLOOR
NEW YORK, NY 10017
TEL: (212) 350-2700

## CERTIFICATE OF SERVICE

I hereby certify that, on July 7, 2026, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED July 7, 2026

*/s/ Noah S. Brecker-Redd*
Noah Brecker-Redd

NOTICE OF CHANGE OF FIRM ADDRESS
CASE NO. 2:21-CV-00563-JNW

CONSTANTINE CANNON LLP
22 VANDERBILT AVENUE, 15TH FLOOR
NEW YORK, NY 10017
TEL: (212) 350-2700