THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**PUBLISHER PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO ARBITRATION CLAIMANTS' REQUEST FOR DISCLOSURE OF PLAINTIFFS' PROTECTED MATERIALS**<br><br>**Note on Motion Calendar:<br>July 28, 2026** |

PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE
TO ARBITRATION CLAIMANTS' REQUEST FOR
DISCLOSURE OF PLAINTIFFS' PROTECTED MATERIALS
CASE NO. 2:21-CV-00563-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

On May 3, 2026, AAA Arbitrator Richard Mainland issued an order directing Valve Corporation to produce documents received from Plaintiffs and third parties in discovery in this action designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Stipulated Protective Order issued by this Court, Dkt. No. 95 (Aug. 16, 2022). Valve is a party to these arbitrations, but Plaintiffs are not. On May 29, 2026, Valve filed a Motion for Clarification Regarding Protective Order, Dkt. No. 607, seeking the Court's guidance as to its obligations under the Protective Order—specifically, whether the Protective Order prohibits disclosure of Confidential or Highly Confidential information to claimants in an arbitration. On June 22, 2026, amici curiae, 25 consumers prosecuting individual arbitrations against Valve before Arbitrator Mainland, filed a motion for leave, Dkt. No. 674, to file a brief in opposition to the Motion for Clarification, Dkt. No. 674-1 ("Amici's Brief"), claiming to have an interest in the interpretation of the Protective Order and requesting that the Court decline to consider the Motion for Clarification.

Plaintiffs respectfully seek leave to file the attached response in the event the Court grants the arbitration claimants' Motion for Leave to file an Amici's Brief. Plaintiffs' response is warranted because the Amici's Brief seeks relief that would directly affect materials produced by Plaintiffs in this litigation—including confidential documents, deposition transcripts, and expert materials—all of which are governed by the Protective Order.

## **CONCLUSION**

For the reasons set forth above, if the Court grants Amici's Motion for Leave, Plaintiffs respectfully request leave to file Publisher Plaintiffs' Response to Arbitration Claimants' Request for Disclosure of Plaintiffs' Protected Materials, attached as Exhibit A.

PLAINTIFFS' MOTION FOR LEAVE TO FILE A
RESPONSE TO ARBITRATION CLAIMANTS'
REQUEST FOR DISCLOSURE OF PLAINTIFFS'
PROTECTED MATERIALS
CASE NO. 2:21-CV-00563-JNW

1

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

DATED:        July 7, 2026              Respectfully submitted,

/s/ Alicia Cobb                               /s/ Tyre L. Tindall

Alicia Cobb, WSBA #48685                      Tyre L. Tindall, WSBA #56357
Matthew Hosen, WSBA #54855                    McKinney Wheeler, WSBA #60635
QUINN EMANUEL URQUHART &                      WILSON SONSINI GOODRICH &
SULLIVAN, LLP                                 ROSATI P.C.
1109 First Avenue, Suite 210                  701 Fifth Avenue, Suite 5100
Seattle, Washington 98101                     Seattle, WA 98104-7036
Phone (206) 905-7000                          Phone (206) 883-2500
Fax (206) 905-7100                            Fax (866) 974-7329
aliciacobb@quinnemanuel.com                   ttindall@wsgr.com
matthosen@quinnemanuel.com                    mckinney.wheeler@wsgr.com

Steig D. Olson (*pro hac vice*)               Kenneth R. O'Rourke (*pro hac vice*)
David LeRay (*pro hac vice*)                  Jordanne M. Steiner (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)              WILSON SONSINI GOODRICH &
QUINN EMANUEL URQUHART &                      ROSATI, P.C.
SULLIVAN, LLP                                 1700 K Street, NW, Suite 500
295 Fifth Ave                                 Washington, DC 20006
New York, New York 10016                      Phone (202) 973-8800
Phone (212) 849-7000                          Fax (866) 974-7329
Fax (212) 849-7100                            korourke@wsgr.com
steigolson@quinnemanuel.com                   jsteiner@wsgr.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com               W. Joseph Bruckner (*pro hac vice*)
                                              Joseph C. Bourne (*pro hac vice*)
Adam Wolfson (*pro hac vice*)                 Laura M. Matson (*pro hac vice*)
QUINN EMANUEL URQUHART &                      LOCKRIDGE GRINDAL NAUEN P.L.L.P.
SULLIVAN, LLP                                 100 Washington Avenue S, Suite 2200
865 S. Figueroa St., 10th Floor               Minneapolis, MN 55401
Los Angeles, California 90017                 Phone: (612) 339-6900
Phone: (213) 443-3285                         Fax: (612) 339-0981
Fax: (213) 443-3100                           wjbruckner@locklaw.com
adamwolfson@quinnemanuel.com                  jcbourne@locklaw.com
                                              lmmatson@locklaw.com
Ankur Kapoor (*pro hac vice*)
Noah Brecker-Redd (*pro hac vice*)            Kyle Pozan (*pro hac vice*)
CONSTANTINE CANNON LLP                        LOCKRIDGE GRINDAL NAUEN P.L.L.P.
22 Vanderbilt Avenue, 15th Floor              1165 N. Clark Street, Suite 700
New York, NY 10017                            Chicago, IL 60610
Phone (212) 350-2700                          Phone: (312) 205-8968
Fax (212) 350-2701                            kjpozan@locklaw.com
akapoor@constantinecannon.com
nbrecker-redd@constantinecannon.com           Kristie A. LaSalle (*pro hac vice*)
                                              LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                              265 Franklin Street, Suite 1702
                                              Boston, MA 02110
                                              Phone: (617) 535-373
                                              kalasalle@locklaw.com

                                              *Publisher Plaintiff Class Counsel*

PLAINTIFFS' MOTION FOR LEAVE TO FILE A
RESPONSE TO ARBITRATION CLAIMANTS'
REQUEST FOR DISCLOSURE OF PLAINTIFFS'
PROTECTED MATERIALS
CASE NO. 2:21-CV-00563-JNW

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000