THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | No. 2:21-cv-00563-JNW <br><br> **DEFENDANT VALVE CORPORATION'S RESPONSE TO CONSUMER PLAINTIFFS' MOTION TO SET SCHEDULING CONFERENCE** |

DEFENDANT VALVE CORPORATION'S RESPONSE TO
MOTION TO SET SCHEDULING CONFERENCE
No. 2:21-cv-00563-JNW

Defendant Valve Corporation ("Valve") respectfully submits this brief response to Consumer Plaintiffs' Motion to Set a Rule 16(b) Scheduling Conference, Dkt. 678. As Valve has explained to Plaintiffs' counsel, Valve does not oppose this Court's setting a Rule 16(b) Conference on whatever schedule the Court thinks best, and stands ready to engage in a Rule 26(f) Conference, as it has previously done in this consolidated proceeding.

The relevant history is straightforward and demonstrates that Valve engaged in ongoing discussions regarding the timing of a Rule 26(f) conference. The Court denied Valve's motion to dismiss on March 31, 2026, Dkt. 589. The parties subsequently stipulated that Valve's answer would be due on May 5, 2026. Dkt. 599 (Valve's Ans. to Consumer Pls.' Am. Compl.). Consumer Plaintiffs then requested a Rule 26(f) conference on May 11. Dkt. 678-2 at 8–9 (Email Correspondence Between Consumer Plaintiffs and Valve Counsel, Ex. 1 to Consumer Plaintiffs' Motion to Set a Rule 16(b) Scheduling Conference). Valve requested a brief opportunity to consult with its client and clarified that it was not refusing to engage in the Rule 26(f) process. *Id.* at 7 ("No – just pointing out we don't yet have a deadline, and saying we need a bit more time to talk to our client."). Valve subsequently proposed dates, and the parties scheduled a Rule 26(f) conference for June 4. *Id.* at 5.

On May 31, however, *Rockman v. Microsoft Corp.*, No. 2:26-cv-01876 (W.D. Wash.), was filed. The *Rockman* Plaintiffs represented that the action "arises from some of the same anticompetitive conduct at issue" in this case and involves "common facts and overlapping questions of law." *Rockman*, Dkt. 5 at 1. On June 15, 2026, the matter was reassigned to this Court as a related case. Valve therefore requested a brief postponement while evaluating the newly filed action. *In re Valve Antitrust Litigation*, No. 2:21-cv-00563-JNW (W.D. Wash.), Dkt. 678-2 at 4. Consumer Plaintiffs initially agreed they would be "happy to defer" the conference. *Id.* Valve subsequently explained that because the cases feature a "substantial overlap in allegations and claims," it believed it would make more sense to defer to the Court's preferences on how to calendar and manage the two cases. *Id.* at 2.

DEFENDANT VALVE CORPORATION'S RESPONSE TO
MOTION TO SET SCHEDULING CONFERENCE - 1
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005

To be clear, Valve will proceed with discovery in this case on whatever timing works best for the Court. If the Court wishes to set a Rule 16(b) Conference, Valve is prepared to proceed with that Conference and all the attendant obligations imposed by the Federal and Local Civil Rules. Should the Court instead direct the parties to meet and confer and submit a proposed schedule by a date certain, Valve will promptly comply with that order as well.

DATED this 8th day of July, 2026

*I certify that this memorandum contains 448 words, in compliance with the Local Civil Rules.*

Respectfully Submitted,

WILKINSON STEKLOFF LLP

*s/ Rakesh N. Kilaru*

Rakesh Kilaru, *Admitted Pro Hac Vice*
James Rosenthal, *Admitted Pro Hac Vice*
Max Warren, *Admitted Pro Hac Vice*
David Friedman, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com
dfriedman@wilkinsonstekloff.com

Keri L. Arnold, *Admitted Pro Hac Vice*
Ralia E. Polechronis, *Admitted Pro Hac Vice*
Caroline Li, *Admitted Pro Hac Vice*
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Tel: (212) 294-8910
Fax: (202) 847-4005
karnold@wilkinsonstekloff.com
rpolechronis@wilkinsonstekloff.com
cli@wilkinsonstekloff.com

DEFENDANT VALVE CORPORATION'S RESPONSE TO
MOTION TO SET SCHEDULING CONFERENCE - 2
No. 2:21-cv-00563-JNW

_s/ Blake Marks-Dias_
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Jessica M. Rizzo, _Admitted Pro Hac Vice_
BALLARD SPAHR LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
(215) 665-8500 (Phone)
(215) 864-8999 (Fax)
rizzoj@ballardspahr.com

Nathan M. Buchter, _Admitted Pro Hac Vice_
FOX ROTHSCHILD LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel: (215) 299-3010
nbuchter@foxrothschild.com

Scott M. Danner, _Admitted Pro Hac Vice_
Priyanka Timblo, _Admitted Pro Hac Vice_
HOLWELL SCHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151 (Phone)
sdanner@hsgllp.com
ptimblo@hsgllp.com

_Attorneys for Defendant Valve Corporation_

DEFENDANT VALVE CORPORATION'S RESPONSE TO
MOTION TO SET SCHEDULING CONFERENCE - 3
No. 2:21-cv-00563-JNW

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000/Fax: (202) 847-4005