THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITGATION | No. 2:21-cv-00563-JNW<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:   CLERK OF COURT; and

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that effective immediately, Theodore B. Bell, formerly of Mason & Perry LLP, and counsel of record for Plaintiff Ryan Lally in the above-captioned action, has changed his law firm affiliation and contact information for service of notices and documents.

The new address and contact information of Theodore B. Bell is as follows:

Theodore B. Bell
**SULTZER & LIPARI PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
bellt@thesultzerlawgroup.com

All notices and documents regarding the action should be sent to the above address.

NOTICE OF CHANGE OF FIRM
AFFILIATION AND ADDRESS
CASE NO. 2:21-CV-00563-JNW

**SULTZER & LIPARI PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100

DATED this 10th day of August 2026.

Respectfully submitted,

By: /s/ Theodore B. Bell
**SULTZER & LIPARI PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
bellt@thesultzerlawgroup.com

*Counsel for Plaintiff Ryan Lally*

NOTICE OF CHANGE OF FIRM
AFFILIATION AND ADDRESS
CASE NO. 2:21-CV-00563-JNW

2

**SULTZER & LIPARI PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100