Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION, | NO. 2:21-CV-00563-JNW<br><br>NOTICE OF APPEARANCE ON BEHALF OF INTERVENOR VICKI SHOTBOLT CLASS REPRESENTATIVE LIMITED<br><br>(Clerk's Action Required) |

TO: THE CLERK OF THE COURT

AND TO: All Parties and Their Respective Counsel of Record

Please take notice that **Ashley D. Burman** of Carney Badley Spellman, PS appears on behalf of prospective Intervenor Vicki Sholbolt Class Representative Limited. All future papers, pleadings, and correspondence shall be sent to the below address.

DATED this 14th day of August, 2026.


*/s/ Ashley D. Burman*
Ashley Burman, WSBA No. 58754
CARNEY BADLEY SPELLMAN,
P.S. 701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215
burman@carneylaw.com
*Attorneys for Proposed Intervenor Vicki Shotbolt Class Representative Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted: August 14, 2026.

*/s/ Patti Saiden*
Patti Saiden, Legal Assistant



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020