Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION, | NO. 2:21-CV-00563-JNW<br>CORPORATE DISCLOSURE STATEMENT<br>(Clerk's Action Required) |

Pursuant to Local Rule 7.1, Intervenor Vicki Shotbolt Class Representative Limited ("Intervenor") hereby advises the Court that there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

DATED this 14th day of August, 2026.

*/s/ Ashley D. Burman*
Ashley D. Burman, WSBA No. 58754
*Attorneys for Intervenor Vicki Shotbolt Class Representative Limited*
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted: August 14th, 2026.

*__/s/ Patti Saiden__*
Patti Saiden, Legal Assistant



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020