Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION, | NO. 2:21-CV-00563-JNW<br><br>ORDER GRANTING PROPOSED INTERVENOR VICKI SHOTBOLT CLASS REPRESENTATIVE LIMITED'S MOTION TO INTERVENE<br><br>*[Proposed]*<br><br>**NOTE ON MOTION CALENDAR: September 4, 2026** |

This Court, having reviewed and considered Intervenor Vicki Shotbolt Class Representative Limited's Motion to Intervene for Limited Purpose of Clarifying the Protective Order, and finding good cause, hereby grants Intervenor leave to file its proposed Cross-Motion to Clarify the Court's Protective Order.

**IT IS SO ORDERED.**

Dated this ___ day of _________, 2026

__________________________
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

*Presented by:*

*/s/ Ashley D. Burman*
ASHLEY D. BURMAN, WSBA No. 58754
CARNEY BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104
Telephone: (206) 622-8020
burman@carneylaw.com

JOHN MCADAMS (*pro hac vice* forthcoming)
DIVYA VIJAY (*pro hac vice* forthcoming)
PALLAS PARTNERS LLP
75 Rockefeller Plaza
New York, New York 10019
Telephone: (212) 970-2324
John.McAdams@pallasllp.com
Divya.Vijay@pallasllp.com

*Attorneys for Intervenor Vicki Shotbolt Class Representative Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted: August 14, 2026.

*/s/ Patti Saiden*
Patti Saiden, Legal Assistant



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020