Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION, | NO. 2:21-CV-00563-JNW<br><br>ORDER GRANTING INTERVENOR VICKI SHOTBOLT CLASS REPRESENTATIVE LIMITED'S CROSS-MOTION FOR CLARIFICATION REGARDING THE PROTECTIVE ORDER<br><br>*[Proposed]*<br><br>**NOTE ON MOTION CALENDAR: September 4, 2026**<br><br>**ORAL ARGUMENT REQUESTED** |

This matter having come before this Court on Intervenor Vicki Shotbolt Class Representative Limited's ("Intervenor") Cross-Motion for Clarification regarding the Protective Order and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Intervenor's Cross-Motion for Clarification regarding the Protective Order is GRANTED.

(1) Intervenor's interpretation of the Stipulated Protective Order (the "Protective Order") (ECF No. 95) is CONFIRMED in that the procedure set forth in



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Section 7 of the Protective Order for documents designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" is not limited to courts in the United States and, for the avoidance of doubt, includes the Competition Appeal Tribunal of the United Kingdom (the "Tribunal"), before which the action captioned *Vicki Shotbolt Class Representative Limited v. Valve Corporation*, No. 1640/7/7/24 (the "UK Proceeding") is currently pending;

(2) IT IS FURTHER ORDERED that to the extent that the Tribunal orders Defendant Valve Corporation ("Valve") to produce documents it received in discovery from Plaintiffs and third parties that the producing parties designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Protective Order, compliance with the Tribunal's order would not violate the Protective Order; and

(3) ____________________________________________

____________________________________________

____________________________________________

(4) ____________________________________________

____________________________________________

____________________________________________

**IT IS SO ORDERED.**

Dated this ___ day of _________, 2026

_________________________
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

*Presented by:*

_/s/ Ashley D. Burman_____________________
ASHLEY D. BURMAN, WSBA No. 58754
CARNEY BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104
Telephone: (206) 622-8020
burman@carneylaw.com

JOHN MCADAMS (*pro hac vice* forthcoming)
DIVYA VIJAY (*pro hac vice* forthcoming)
PALLAS PARTNERS LLP
75 Rockefeller Plaza
New York, New York 10019
Telephone: (212) 970-2324
John.McAdams@pallasllp.com
Divya.Vijay@pallasllp.com

*Attorneys for Intervenor Vicki Shotbolt Class Representative Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted: August 14, 2026.

*/s/ Patti Saiden*
Patti Saiden, Legal Assistant



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020