***United States District Court – Western District of Washington***
**TRANSCRIPT ORDER FORM**

Court Reporter: Nickoline (Nickie) Drury    Judicial Officer: Jamal N. Whitehead

Case No. 2:21-cv-00563-JNW    Case Name: IN RE VALVE ANTITRUST LITIGATION

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| August 10, 2026 | Status Conference (Dkt. 683) | Nickie Drury |
| | | |
| | | |
| | | |

For Appeal? ☑ No ☐ Yes    Court of Appeals Case No. ____________

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | | Maximum Transcript Fees – Per Page | | | |
|---|---|---|---|---|---|
| | | Original | 1st Copy | 2nd Copy | **Requested Delivery Date*** |
| ☐ | Ordinary Transcript (30 day) | $4.40 | $1.10 | $ .75 | |
| ☐ | 14-Day Transcript (14 day) | $5.10 | $1.10 | $ .75 | |
| ☐ | Expedited Transcript (7 day) | $5.85 | $1.10 | $ .75 | |
| ☐ | 3-Day Transcript (3 day) | $6.55 | $1.30 | $ .90 | |
| ☑ | Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| ☐ | Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| ☐ | Realtime Transcript | $3.70 | ------- | ------- | |

****Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.***

☑ PDF (default delivery format)

Email address for delivery of PDF transcript: bmarksdias@corrcronin.com

Additional Comments:

| **Contact Information** | | | |
|---|---|---|---|
| Name: | Melinda Sullivan | | |
| Phone: | 206-604-7401 | Email: | msullivan@corrcronin.com |
| Firm: | Corr Cronin LLP | | |
| Street Address: | 1015 Second Avenue, Floor 10 | | |
| City/State/Zip: | Seattle, WA 98104 | | |
| Billing Reference # (if applicable): | 2023.01 | | |

s/ Blake Marks-Dias
**Signature**

08/26/2026
**Date**

PRINT    SAVE AS    RESET

**INSTRUCTIONS**

- Use this form to order the transcription of proceedings. Complete a separate order form for each case number. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once.

- Delivery Time: You MUST contact each individual court reporter to secure your requested delivery date prior to filing this form. Requests for delivery of less than 30 days will be honored when possible. Once contacted, the court reporter will notify you of the amount of the required deposit fee which may be mailed or delivered to the court reporter. Delivery time is computed from the date of receipt of the deposit fee, or receipt of the signed order form from the federal government.

- Filing with the Court: Parties to the case must electronically file this form in the CM/ECF system. Non-parties and pro se litigants should deliver a copy of this form to the Clerk's Office or email a copy to: TranscriptOrderForm@wawd.uscourts.gov.

    - If you are a CJA attorney requesting a transcript, please contact the CJA Panel Administrator to assist you in placing your transcript order through eVoucher.

- Completion of Order: The court reporter will notify you when the transcript is completed. If the deposit fee was insufficient to cover all charges, the court reporter will notify you of the balance due which must be paid prior to receiving the completed order.

- NOTE: Full price may be charged only if the transcript is delivered within the agreed upon time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

- Designation of Transcripts on Appeal: This form must be completed whether or not transcripts will be designated, and must be filed in the district court case in CM/ECF. Please place your transcript order far enough in advance for the court reporter(s) to complete and file the requested transcripts prior to any Ninth Circuit deadlines.

    - If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please leave the Transcript Fees / Completion Date section blank, complete the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

- *For additional information and court reporter contact information, please visit the Court's website.*