THE HONORABLE JAMAL N WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW |
| This Filing Relates to: [ALL ACTIONS] | **NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM** |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Pursuant to LCR 3(h), Plaintiffs John Elliott and Ricardo Camargo ("*Elliott* Plaintiffs") hereby notify the Court of a pending action in another jurisdiction that involves at least a portion of the same subject matter and three of the same parties (namely, John Elliott, Ricardo Camargo, and Valve Corporation). The other action, *Shimota et al. v. Activision Blizzard et al.*, 26-CV-06739 (Cal. Super. Ct.), was filed by Bucher Law PLLC on August 27, 2026, in California State court. It asserts California state-law claims (Cartwright Act and UCL) concerning some of the alleged anticompetitive conduct previously raised in Elliott and Camargo's class action complaint. Because the other action is currently pending in state court, transfer under § 1407 is not permitted, and given the posture of the two cases, it is premature to determine whether any case coordination is warranted and, if so, in what form.

The *Shimota* complaint is attached as Exhibit A. The *Elliott* Plaintiffs are happy to provide the Court with additional information if desired.

Dated: September 1, 2026

**BUCHER LAW PLLC**

By: /s/ Will Bucher

William Ward Bucher IV
Bucher Law PLLC
202-997-3029
1000 Brickell Ave
STE 715 - Mailbox 1004
Miami, FL 33131

*Counsel for Mr. Elliott and Mr. Carmargo*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

/s/ *Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: kellyf@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Roxana Moussavian (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3034
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
Email: Roxana.moussavian@hbsslaw.com

*Local Counsel Pursuant to LCR 83.1(d)(2)*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 1st day of September, 2026.

*s/ Steve W. Berman*
Steve W. Berman



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX