THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION | Case No. 2:21-cv-00563-JNW<br><br>**NOTICE RE WASHINGTON STATE RULES OF PROFESSIONAL CONDUCT RULE 1.12(c)** |

**TO THE CHAMBERS OF THE HONORABLE JAMAL N. WHITEHEAD AND TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, in compliance with Washington State Rules of Professional Conduct Rule 1.12(c), this notice shall serve to inform you of the recent employment of Andrew Ferlo with Wilson Sonsini Goodrich & Rosati, P.C.'s ("Wilson Sonsini,"). Mr. Ferlo previously worked as a law clerk to the Honorable Jamal N. Whitehead of the U.S. District Court for the Western District of Washington from 2025 to 2026.

As part of Wilson Sonsini's standard conflict screening process, Mr. Ferlo disclosed that during his clerkship he worked on and/or was exposed to confidential information concerning *In re Valve Antitrust Litigation*, 2:21-cv-00563 (W.D.Wash. filed Apr. 27, 2021) (the "Matter"). As such, Mr. Ferlo has been ethically screened from any participation in the above-referenced matter.

To ensure full compliance with Washington State Rules of Professional Conduct Rule 1.12(c), Wilson Sonsini has implemented the following screening procedures:



WILSON SONSINI GOODRICH & ROSATI P.C.
701 FIFTH AVENUE, SUITE 5100
SEATTLE, WA 98104-7036
TEL: (206) 883-2500

1. **Isolation**: The screened lawyer has no access to any files, digital records, or documents pertaining to this matter.
2. **No Discussion**: Wilson Sonsini personnel and attorneys handling this case are strictly instructed not to discuss the matter with or in the presence of the screened lawyer.
3. **No Fee Allocation**: The screened lawyer will be apportioned no part of the fee or compensation derived from this matter.
4. **Database Flags/Ethical Walls**: Internal case management and conflict systems have been updated to restrict access to files related to this proceeding.

This notice is provided promptly and in advance of Mr. Ferlo's start date with Wilson Sonsini, to enable the Court and the Parties to ascertain compliance with Washington State Rules of Professional Conduct Rule 1.12(c).

DATED: September 11, 2026

Respectfully submitted,

*/s/ Tyre L. Tindall*

Tyre L. Tindall, WSBA #56357
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (866) 974-7329
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7329
korourke@wsgr.com
jsteiner@wsgr.com

*Co-lead Counsel for Publisher Plaintiffs, Dark Catt Studios Holdings, Inc., and Dark Catt Studios Interactive LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of September, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted this 11th day of September, 2026.

*/s/ Tyre L. Tindall*



WILSON SONSINI GOODRICH & ROSATI P.C.
701 FIFTH AVENUE, SUITE 5100
SEATTLE, WA 98104-7036
TEL: (206) 883-2500