HON. JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In re VALVE ANTITRUST LITIGATION | Lead Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates to:<br><br>Publisher Plaintiffs | |

TO: CLERK OF COURT

AND TO: All parties of record and their counsel

PLEASE TAKE NOTICE that David LeRay hereby withdraws as counsel of record on behalf of Plaintiffs in the above-captioned matter.

The remaining counsel from the firms listed below have been appointed as Co-Lead Class Counsel, and shall remain as counsel of record for Plaintiffs.

| | |
|---|---|
| **CONSTANTINE LLP** | Ankur Kapoor<br>Noah Brecker-Redd |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | W. Joseph Bruckner<br>Joseph C. Bourne<br>Laura M. Matson<br>Kyle Pozan<br>Kristie A. LaSalle |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Steig D. Olson<br>Alicia Cobb<br>Adam Wolfson |



QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | |
|---|---|
| | Nicolas Siebert |
| **WILSON SONSINI GOODRICH & ROSATI P.C.** | Kenneth R. O'Rourke<br>Jordanne M. Steiner<br>Tyre L. Tindall<br>McKinney Wheeler |

DATED this 7th day of October, 2026.

WITHDRAWING COUNSEL:

*/s/ David LeRay*

David LeRay

REMAINING COUNSEL:

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Ave
New York, New York 10016
Phone (212) 849-7000
Fax (212) 849-7100
steigolson@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Ankur Kapoor (*pro hac vice*)
Noah Brecker-Redd (*pro hac vice*)
CONSTANTINE LLP
6 East 43rd St., 26th Floor
New York, NY 10017

*/s/ Tyre L. Tindall*
Tyre L. Tindall, WSBA #56357
McKinney Wheeler, WSBA #60635
WILSON SONSINI GOODRICH & ROSATI P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Phone (206) 883-2500
Fax (866) 974-7329
ttindall@wsgr.com
mckinney.wheeler@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Suite 500
Washington, DC 20006
Phone (202) 973-8800
Fax (866) 974-7329
korourke@wsgr.com
jsteiner@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone (612) 339-6900
Fax (612) 339-0981
wjbruckner@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Phone (212) 350-2700
Fax (212) 350-2701
akapoor@constantinellp.com
nbrecker-redd@constantinellp.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Phone (312) 205-8968
kjpozan@locklaw.com

Kristie A. LaSalle (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
265 Franklin Street, Suite 1702
Boston, MA 02110
Phone: (617) 535-3763
kalasalle@locklaw.com

*Publisher Plaintiff Class Counsel*