THE HONORABLE JAMAL N WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE VALVE ANTITRUST LITIGATION<br><br>This Filing Relates to:<br>All Actions | Case No. 2:21-cv-00563-JNW<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO:** CLERK OF THE COURT
**AND TO:** ALL PARTIES OF RECORD

Please take notice that effective immediately the address of Cohen Milstein Sellers & Toll LLP's New York office will be changed to the following:

Cohen Milstein Sellers & Toll LLP
199 Water Street, 21st Floor
New York, NY 10038

All phone numbers, email addresses and facsimile lines remain unchanged.



COHEN MILSTEIN SELLERS & TOLL LLP
199 WATER ST., 21ST FLOOR
NEW YORK, NY 10038
TEL.: (212) 838-7797

DATED: October 28, 2026

Respectfully submitted,

*/s/ Christopher J. Bateman*
Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
199 Water St., 21st Floor
New York, NY 10038
Tel: (212) 838-7797
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

*Interim Lead Class Counsel for the Proposed Consumer Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 28th day of October 2026.

*/s/ Christopher J. Bateman*
Christopher J. Bateman



COHEN MILSTEIN SELLERS & TOLL LLP
199 WATER ST., 21ST FLOOR
NEW YORK, NY 10038
TEL.: (212) 838-7797