# EXHIBIT 1

## Dkt No. 539-19
## (486-21)

# REDACTED

EXHIBIT
131
Butlin
10/11/23

Message

**From:** [redacted]
**Sent:** 6/28/2022 1:46:20 AM
**To:** Augusta Butlin [redacted]; Izumi Chunovic [redacted]
**CC:** [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi Augusta,

Thank you very much for confirmation!
We'll let you know when we decided to open a cash shop in the future.

Best.

[redacted]

**From:** Augusta Butlin [redacted]
**Sent:** Tuesday, June 28, 2022 7:26 AM
**To:** [redacted] Izumi Chunovic [redacted]
**Cc:** [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi [redacted]

You are correct in all 3 statements.

Cheers
Augusta

**From:** [redacted]
**Sent:** Thursday, June 23, 2022 4:15 PM
**To:** Augusta Butlin [redacted] Izumi Chunovic [redacted]
**Cc:** [redacted]; [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi Augusta,

Thank you for your feedback. To recap, would you kindly confirm if my understanding below is correct?

- [redacted] can sell items, for games available on Steam, on [redacted] cash shop as long as [redacted] also sells the same items on Steam.
- [redacted] can let users to use the items, which they purchased on [redacted] cash shop, when playing games on Steam

- [redacted] is not allowed to direct users from within the Steam launch of your game to purchase outside of Steam.

Best,

[redacted]

**From:** Augusta Butlin [redacted]
**Sent:** Friday, June 24, 2022 2:41 AM
**To:** [redacted]>; Izumi Chunovic [redacted]
**Cc:** [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi [redacted]

Ah, sorry, I see what you mean. By 3rd party, I meant 3rd party to Steam. So if you're going to offer content on the [redacted] cash shop, you'll need to offer that to Steam users via Steam as well.

Cheers
Augusta

**From:** [redacted]
**Sent:** Wednesday, June 22, 2022 4:03 PM
**To:** Augusta Butlin <[redacted]>; Izumi Chunovic [redacted]
**Cc:** [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi Augusta,

Sorry I wasn't clear.
Did you mean that it's ok if it's us who runs the cash shop, not by a third party?

Best,

[redacted]

**From:** Augusta Butlin [redacted]
**Sent:** Thursday, June 23, 2022 6:21 AM
**To:** [redacted]>; Izumi Chunovic <[redacted]
**Cc:** [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi [redacted]

I'm not sure I understand the question. Can you provide a specific scenario?

Cheers
Augusta

**From:** [redacted]
**Sent:** Monday, June 20, 2022 4:07 PM
**To:** Augusta Butlin [redacted]; Izumi Chunovic [redacted]
**Cc:** [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi Augusta,

Thank you very much for quick reply.

"We ask that digital content you offer outside of Steam be made available to Steam users directly, so that the Steam version is not disadvantaged. "

I want to clarify about above though, did you mean that it's preferred if a publisher sells items directly users, not through a third party store? In that case, would a case like Xsolla's service, which sells items for Steam games, will be considered as a third party?

Best,

[redacted]

**From:** Augusta Butlin [redacted]
**Sent:** Tuesday, June 21, 2022 7:54 AM
**To:** [redacted] Izumi Chunovic [redacted]
**Cc:** [redacted]
**Subject:** RE: Our own cash shop and Steam games

Hi [redacted]

We might need a bit more information regarding the details of this shop, however, here's the spirit of the SDA and how we aim to do business with all of our partners.

We ask that digital content you offer outside of Steam be made available to Steam users directly, so that the Steam version is not disadvantaged. If you have items that work cross platform, then great, those can be purchased outside of Steam and used inside the Steam version, and vice versa.

Correct, you cannot direct users from within the Steam launch of your game to purchase outside of Steam.

Please let me know if you have any specific scenarios you'd like to describe and we'll do our best to help work through those with you.

Cheers

Augusta

**From:** [redacted]
**Sent:** Monday, June 20, 2022 1:02 AM
**To:** Augusta Butlin [redacted]; Izumi Chunovic [redacted]
**Cc:** [redacted]
**Subject:** Our own cash shop and Steam games

Hi Augusta and Izumi-san,

It's still early stage though, we are planning to open our own cash shop where we can sell in-game items for games we publish outside Steam or any other platforms.
Are we allowed to sell items which can be used in games we published on Steam and allow users to use those items?
Also, I just wanted to confirm though, we are NOT allowed to put a link to our cash shop within our games, correct?

Best,

==========================================

[redacted]

==========================================