# EXHIBIT 2

## Dkt No. 539-20
## (486-22)

# REDACTED

Message

From: Chris Schenck [redacted]
Sent: 11/27/2018 4:14:32 PM
To: [redacted] Jason Ruymen [redacted]
CC: Alden Kroll [redacted]; Nathaniel Blue [redacted]
Subject: RE: [redacted] exclusive?

Thanks so much [redacted]

We appreciate all the effort on your side, and we're looking forward to a great launch!

**From:** [redacted]
**Sent:** Tuesday, November 27, 2018 5:34 AM
**To:** Jason Ruymen [redacted]
**Cc:** Alden Kroll [redacted] Chris Schenck [redacted]; Nathaniel Blue [redacted]
**Subject:** Re: [redacted] exclusive?

Update - It's done!

Thanks for your patience, we've now finally created new deal terms with [redacted], it was unfortunately very expensive and time consuming for us to get it changed, but I think we learned a lesson..
Also I hope it shows willingness and proactivity to maintain a good partnership with you, but we're also sorry it caused problems.

Nevertheless, we are now ready to go F2P on Steam!

I'll write Alden directly to coordinate it, to avoid spamming you all (but if you have any advise, please let me know).

All the best!
[redacted]

On Thu, Nov 15, 2018 at 5:49 PM [redacted]> wrote:

Hi Jason,

Yes I think there's actually very good progress at the moment.
Here's what happened so far:
- Made a proposal for changing contract with [redacted] (this was complicated and required many team and investor meetings)
- After a lot of iterations, we presented to the board and it was approved by our board/investors that I had to round up (as it was a material decision).
- Then we prepared a presentation for [redacted]
- Presented it to [redacted] and got good initial feedback, and the person I presented to confirmed to discuss internally and get back to me.
- [redacted] has now promised us a follow up meeting next week where I hope we'll get approval on the contract changes we suggested.

Best regards
[redacted]

EXHIBIT 385
Schenck
12/8/2023
Carla Wallat, CRR, RPR
WA CCR #2578 OR CSR #16-0443

On Wed, Nov 14, 2018 at 9:00 PM Jason Ruymen [redacted] wrote:

Hi [redacted]

Any news or progress on being able to let Steam have the same offer as [redacted]

Thanks,
Jason

**From:** Alden Kroll
**Sent:** Tuesday, October 23, 2018 10:51 AM
**To:** [redacted] Chris Schenck [redacted] Nathaniel Blue [redacted]
**Cc:** Jason Ruymen [redacted]
**Subject:** RE: [redacted] exclusive?

H[redacted]

Thank you for the call today and taking the time to hear our concerns and talk through the options. I'm looping in the rest of the guys that were on the call.

Let us know what you come up with for how we can offer Steam players an equal offer.

Cheers!

-Alden

**From:** [redacted]
**Sent:** Friday, October 19, 2018 12:06 PM
**To:** Alden Kroll [redacted]
**Cc:** Jason Ruymen [redacted]
**Subject:** Re: [redacted] exclusive?

Skype or hangouts is probably easiest, not used to long distance on phone but it's [redacted]

My skype is [redacted]

On Fri, Oct 19, 2018 at 8:03 PM Alden Kroll [redacted] wrote:

What is the best phone number to reach you at? Or Skype?

**From:** [redacted]
**Sent:** Friday, October 19, 2018 11:01 AM
**To:** Alden Kroll [redacted]
**Cc:** Jason Ruymen [redacted]
**Subject:** Re: [redacted] exclusive?

Hi Alden,

Okay, yes Tuesday and 9am pacific works, got it.

Have a good weekend then.

Best!

[redacted]

On Fri, 19 Oct 2018 at 19 16, Alden Kroll [redacted] wrote:

Hey [redacted]

I know it's already late there. It looks like we couldn't time it right today.

Let's aim for next week so I can be on the call as well. How about Tuesday 9am Pacific time?

Cheers!

-Alden

**From:** [redacted]
**Sent:** Friday, October 19, 2018 12:57 AM
**To:** Alden Kroll [redacted]
**Cc:** Jason Ruymen [redacted]
**Subject:** Re: [redacted] exclusive?

Hi Alden and Jason,

Appreciate that!

A call today should be possible, even though tomorrow (Saturday) would fit a lot better. But if that doesn't work for you I'll try to make today work. Since we're in a 9 hour time difference, is it possible for you to do the call early?

Thanks!
[redacted]

On Fri, Oct 19, 2018 at 12:21 AM Alden Kroll [redacted] wrote:

Hi [redacted]

Do you have time to jump on a phone call tomorrow? I'm out of the office, but Jason and a couple others would like to chat through our concerns and explore some options.

Cheers!

-Alden

**From:** [redacted]
**Sent:** Thursday, October 18, 2018 6:42 AM
**To:** Alden Kroll [redacted]
**Cc:** Jason Ruymen [redacted]
**Subject:** Re: [redacted] exclusive?

Hi Alden,

I'm very surprised and sorry to hear all that. It was never the intention to neglect our Steam offering. Launching on Steam is the ultimate end goal. It's the main goal we're building towards and we want everything to be perfect first.

Running an online game is extremely hard as you probably know, so many online games launch all the time with decent initial player amounts, but after only a few months all players have abandoned them, because the gameplay and systems wasn't good enough and because the improvement iterations were too slow or the servers crippled the fun for extensive periods.

Our goal was to keep a small player base for more than a year and iterate as fast as possible to learn and improve, and now we've created significant improvements in both retention and income per user.
Next step is our server structures that needs to handle the big pressure, and it's very hard to get a lot of players for such tests and it's horrible if the test is the actual launch day, so ideally it's good to have step-like-launches, just like the app store allows you to with location based softlaunches.
But to get enough players on Steam we'd need a promotion, like a weekend deal or a Midweek madness and I tried to ask you for such possibilities and what numbers we needed to be applicable, so we could hire influencers for a period to get there. But I understand your replies and hints that we need to prove significant traction and customer interest first which is fair and meaningful but that would have been very costly for us.

So we explored opportunities for getting more players in before the launch, in other ways and we got that opportunity with [redacted] and [redacted]

That gave us a chance to stress servers and make much bigger tests before launch, while also proving some traction that could othervice have been very expensive for us.

We are very focused on not neglecting our steam community and offering in that process. That's e g. why we have the big content pack that's much more worth than the $5 you pay for the game on Steam, and you don't get that on [redacted] And the games really are totally identical except for platform features like Steam friend list and so on.

The whole idea is to postpone opening up the "Gate" on Steam until everything is ready, instead of rushing into a launch that can easily be cribbled because of lagg of testing.
We've told our community with high transparency that [redacted] is the road towards the big final release on Steam and we needed to stress our servers a lot first. We've received a lot of understanding for that and we basically heard no complaints about the free offer on [redacted] vs the paid pack on steam when we asked our community and don't hear it now either. Also all players getting the game on Steam also gets a free "High value" [redacted] version to give a friend, so it's easier to play co-op.

The whole idea was basically to do all these things and come back to you as the ultimate end goal and show the results, the retention and darpu for a bigger sample size and also proove our servers can handle the stress if we're featured, so we could finally ask you for a promoted launch based on data and legit reasons.

We've done lots of giveaways, and free periods on other stores, Humble deals where it was free there but not on Steam, and so on in various testing periods, and we didn't think you'd consider that a problem, we thought it happens all the time that humble, GoG or whatever offers a better deal. [redacted] is also often in special deals on Xbox but not on Playstation and so on. It was absolutely not the idea to annoy you, which is also why we thought we would do more than many others, by focusing on making the Steam version much more valuable during this period.

I'm really sorry for that, and maybe our thinking and approach is wrong, but you've known us for more than 5 years and across 3 products, and I hope you know we'd never just neglect or ignore our relation. You've been with us from the start, helped us with [redacted] we've met several times and even made an in-game character of you..
If we've crossed the line here, I hope you'll understand that, that was definitely not the intention, very much the opposite, even our marketing budget is saved for the Steam release and we've just started securing big influencers for that, we even got [redacted] to be ready for it in February.

Regarding the [redacted] thing, I agree it's a bit confusing. They are aware that the game is on Steam already as the way they initially played it was on Steam. I was told some of their staff had enjoyed the game a lot and whether we could figure something out as it was a great fit for their focus on community games. I'd like to emphasize that they have been super respectful towards Steam and our existing partnerships. They told very clearly, that they wanted to avoid any form of [redacted] exclusives or anything that could annoy Steam or our existing community. And that's also why we thought that partnership would be very good. We were open telling them we could use a lot of players towards our release on Steam and Xbox in February. To offer them something we suggested making the game for free for a long period towards release and we agreed on at least 90 days, which fitted very great with our release plans and with their beta store opening. And I think along the way came the [redacted] branding and thought that would work okay. But maybe ended up being a bit confusing, but that was basically how it all happened. We thought we'd already done extensive free periods on lots of other platforms with [redacted] already like Humble, Alienware, SteelSeries and Fanatic and that it wasn't a problem, and we never heard any complaints about that on our Steam forums.

I see that became a long answer..

We would very much like to stay on Steam, as it would ruin our whole plan for [redacted] that we've worked on for nearly 3 years now and it would be very sad if we were removed so close to the big launch we've anticipated.

We would really like to try to figure this out and we've just done a number of steps to improve on the issues you mentioned:

1. We have removed the [redacted] mentions from Steam.
2. We have updated both general and EA text on the store page, to reflect that [redacted] is basically done and that people should expect a final product, and the last steps before release is guilds and server structure.
3. We have updated description about value as well, to emphasize that the early access version comes with much more value than the price in equivalent in-game currency, which isn't part of the f2p version.

This should emphasize that it's a finished game and not an inferior or different product, but actually more valuable, and that it's basically done and that servers are the main thing left todo before we can handle higher player numbers.

Once again, the whole idea with this, was to get lots of players in before the final release and build our servers strong in the process to avoid the mistakes a lot of others has made. Then get back to you with evidence for good KPI's with higher player numbers, robust servers, planned marketing and all in all a more solid ask for a featured launch.

We very much believe [redacted] has potential to become a top 100 game on Steam if we handlel the launch correctly to form the initial big community and get traction.

Making the free weekend around January to do the final server testing while allowing you to check performance for qualifying for a promoted launch in February with lots of influencers, going free, delivering the high value EA gift to the 700k+ Steam EA owners, making imgur picture number 3 and promoting an interactive audience streamer feature to press/influencers and maybe on Steam if possible, would be so perfect..

Sorry for the long text, but I felt it was important to explain the thinking in all this and really hope it hasn't affected our relation or potential help with the upcoming launch.

I'm anxious to know what you think?

On Thu, Oct 18, 2018 at 2:02 AM Alden Kroll [redacted] wrote:

Hey [redacted]

I'm sorry to come back on this, but we really need to discuss your game's relationship with Steam and other platforms. After further investigation, there are a number of points that are a problem for us here.

We discussed this more internally, and we're troubled by this offer on [redacted] being different from the offer on Steam. You did reassure me earlier that you were intending to treat Steam customers equally to [redacted] customers, but we currently have a much worse offer than [redacted] for your game. Furthermore, the game is presented as Early Access on Steam, but appears as though it is a full and complete game on [redacted] without any indication that the game is still in development. Is this really the same game? If so, it seems like you are either untruthful to Steam players or to [redacted] players. Either way, it looks like an inferior, incomplete product is offered for a higher price on Steam right now.

This puts us in a really uncomfortable position. For customers looking to play [redacted] we clearly have a worse offer, with the game costing money on Steam and not on other platforms. This is a thing that we push back on all partners about--it is important to us that players on Steam are treated fairly. If you can't offer Steam customers the same deal as customers on other platforms, then we're not going to be able to continue selling and promoting the game.

Your game is also presented as [redacted] What does this mean? Your game has been on Steam for more than two years already, so the game is clearly not first available on [redacted]

We also have rules against linking from Steam to other stores that sell your game. So it looks like you'll need to update your Early Access question:

And in your written description on your store page:

(also, I couldn't find any UI in your game to actually quit the game. I had to hit Alt+F4 to kill the game.)

Cheers!

-Alden

**From:** Alden Kroll
**Sent:** Wednesday, October 17, 2018 4:01 PM
**To:** [redacted]
**Subject:** RE: [redacted] exclusive?

Hi [redacted]

Thanks for the info. I'm glad to hear that [redacted] is working well for you in terms of volume. I hope that translates to paying customers ultimately as well.

Yeah, we could do a free weekend sometime to give your servers a push ahead of launch. Let me know when you get closer to doing that.

As for streaming: How are you doing the audience interaction? Is that through chat or some kind of widget that is rendered on top of the stream?

Cheers!
-Alden

**From:** [redacted]
**Sent:** Wednesday, October 17, 2018 12:44 AM
**To:** Alden Kroll [redacted]
**Subject:** Re: [redacted] exclusive?

Hi Alden,

The Steam version has a big pack of bonus content that the [redacted] version doesn't have:

Our goal is to open more and more for users towards the big release in February.

Yesterdays opening on [redacted] really pushed our servers to the absolute limit, and our CTO is quite sure they would have crashed if we had opened up on Steam simultaneously.

We're building up a bigger network structure now to enable that.

Maybe we could do a free weekend or something, to test and push them harder before launch, once we've improved the structure?

Non related - but it seems like you're focusing more on Broadcasts/Streams on the store, regarding that, we're working on an interactive in-game audience for the game, to take viewers directly into the game and let them cheer, wave and talk almost like football fans in a stadium. If you think there's any collaboration opportunities, regarding that, please let me know.

Best!
[redacted]

On Tue, Oct 16, 2018 at 8:33 PM Alden Kroll [redacted] wrote:

So it looks like [redacted] is free on [redacted], but paid on Steam? Are these different products? They look the same in how they are described ☹

-Alden

**From:** Alden Kroll
**Sent:** Saturday, September 29, 2018 1:18 PM
**To:** [redacted]
**Subject:** Re: [redacted] exclusive?

Hey [redacted]

Thanks for the info. That's weird that [redacted] is pitching yours as one of the timed exclusives if the game is already on Steam and you're going to continue supporting Steam players the same as [redacted] I guess [redacted] is just lying in what they describe as an exclusive? ;)

I'm glad to hear that your time in Early Access has been going well. I'll take a closer look when I'm back in the office Monday.

Cheers!

-Alden

From: [redacted]

Sent: Friday, September 28, 10:10 AM

Subject: Re: [redacted] exclusive?

To: Alden Kroll

Hi Alden,

Yes - [redacted] will be available on [redacted] as an Early Access title, it will be the exact same game on both platforms. The Steam version will not be impacted by this and both versions will get updates simultaneously. [redacted] is obviously aware of the availability on Steam and was okay with that, as they really liked the game).

The plan is then to start Xbox flight end of this year and make a big launch while leaving flight/early access on all platforms end of February next year when our Xbox version (which we're currently working on) is ready as well.

We got a great experienced investor earlier this year, and are now enjoying a lot of sparring. Which has also lead to really great KPI increases. You might be able to track that via Steam also.

But we're reaching D7 retention of [redacted] and [redacted] DARPU, which seems to be very good, though I know you have much better benchmarking stats access.

Also if there's anything you think you can support us with at launch, or have any advice, or if we should prepare us for any opportunites to utilize them, please let us know?

It would be greatly appreciated, as we intend to work on this title many years post launch!

Do you have any thoughts or tips on that?

Thanks!

[redacted]

On Fri, Sep 28, 2018 at 3:26 PM Alden Kroll [redacted] wrote:

> Hey [redacted]
>
> I just saw this news.
> [redacted]
>
> What does this mean for [redacted]? It's been on Steam for two years already, right? Can you tell me more about your launch plans?
>
> Cheers!
>
> -Alden

--

Best

[redacted]

--

Best

[redacted]

--

Best

[redacted]

--

Best

[redacted]

--

Best

[redacted]

--

Best

[redacted]

--

Best

[redacted]

--
Best

[redacted]