# EXHIBIT 4

## Dkt No. 539-24
## (486-26)

# REDACTED

Message

**From:** [redacted]
**Sent:** 9/18/2020 6:35:55 PM
**To:** [redacted] kassidy [redacted]
**CC:** tomg [redacted]
**Subject:** Re: [redacted] sale on Steam

Hi Kassidy,

- Adding our central marketing teams for discount parity rules and awareness -

Thanks for bringing this up. Yes we were unaware as well, to be clear we know that discount parity is essential on both stores, from day and date launches to ports. Apologies that this happened I didnt know they intended a [redacted] discount that was different.

With all the new studio releasesthe team and myself in this thread will make sure there is parity across our channels.

I have a debrief with [redacted] about this and will reach out to [redacted] also as with the [redacted] this week, and the midweek feature, our [redacted] team and its franchise sale, all are signed off on parity for November and the same will go for the back catalog features and daily discounts.

Thank you for bringing this to our attention,

[redacted]

---

**From:** [redacted]
**Sent:** Friday, September 18, 2020, 11:09 AM
**To:** kassidy; [redacted]
**Cc:** tomg
**Subject:** RE: [redacted] sale on Steam

Thanks for the heads up here, Kassidy. Yes, I was unaware.

[redacted]

**From:** Kassidy Gerber <[redacted]
**Sent:** Friday, September 18, 2020 11:01 AM
**To:** [redacted]
**Cc:** tomg [redacted]
**Subject:** [EXTERNAL] FW: [redacted] sale on Steam

Exhibit
0060

Hi [redacted] –

Just wanted to bring this to your attention in case it comes up internally. We were very excited to run the first discount on [redacted] this weekend during the [redacted], and were featuring it at the top of the [redacted] page. Yesterday it came to our attention that [redacted] was also on sale in the [redacted] store – with a significantly better discount – so we removed it from the [redacted] sale page.

This seems like a one off thing with the [redacted] team – you guys have been great about matching discounts for the rest of your catalog. I hope the [redacted] teams understands our position – but happy to chat about it further if you'd like.

**From:** Kassidy Gerber
**Sent:** Friday, September 18, 2020 10:51 AM
**To:** [redacted] Tom Giardino [redacted]
**Cc:** [redacted]>
**Subject:** RE: [redacted] sale on Steam

Hi [redacted] –

Thanks for the detailed response. We totally understand wanting to run different promos depending on the platform – the issue for us here is that you're running a significantly better discount at the same time we were giving special promotional placement to [redacted] on Steam. To that end, we removed the [redacted] daily deal and removed the feature from the [redacted] page.

In the future we ask that you're transparent about this – we don't want to be promoting a deal to Steam customers that they are likely to regret purchasing.

The 35% discount on [redacted] is still live and the store will likely surface it organically through the remainder of the discount.

As always, we're happy to jump on a call to discuss.

**From:** [redacted]
**Sent:** Friday, September 18, 2020 8:10 AM
**To:** Kassidy Gerber [redacted]>; Tom Giardino [redacted]>
**Cc:** [redacted]
**Subject:** RE: [redacted] sale on Steam

HI Kassidy,

Thanks for the note.

While I totally understand where you're coming from, I don't think we can change approach this time. [redacted] has been available on [redacted] and [redacted] for thirty months, ten times longer than it has been on Steam. With the game on Steam at a much earlier stage of the product lifecycle, we're reticent to discount as deeply as 50%. Not only do we think it's sub-optimal from a revenue generating perspective, but we also want to avoid over-discounting at this early stage in a way which may damage the game's perceived value. For what it's worth, we took a similar approach to sales promotions with [redacted] at the same stage of its lifecycle on [redacted]

We're also keen to have the freedom to run independent sales promotions strategies on both [redacted] and Steam. They're different audiences at – as already mentioned – very different stages of the product lifecycle. Flexibility is important to us, and this will sometimes work in Steam's favour (there will be instances where the game is on sale on Steam when it isn't on [redacted]).

Lastly, it's worth mentioning that we're very much in a test and learn phase for Steam when it comes to sales promotions. We'll be analysing sales performance and monitoring feedback across multiple social and community channels and using this to help optimise future plans. If we feel that deeper discounts would be more effective or that sentiment was in any way negative towards platform-centric approach, we can look to change tack moving forward.

I hope that makes sense. I'm happy to jump on a call to discuss if you want to talk about it or have any questions. Similarly, happy to take you through our sales promotions plans for the rest of the year for full transparency.

Thanks again for the continued support, everyone at [redacted] appreciates it.

All the best,
[redacted]

**From:** Kassidy Gerber <[redacted]
**Sent:** 17 September 2020 23:59
**To:** [redacted]>; tomg[redacted]
**Cc:** [redacted]
**Subject:** [EXTERNAL] RE: [redacted] sale on Steam

Hi [redacted] –

It just came to our attention that [redacted] is running at 50% off on the [redacted] right now. Can we match that discount on Steam? It's problematic for us to be featuring a discount to Steam customers when we know there's a significantly better offer on another storefront.

**From:** Kassidy Gerber
**Sent:** Thursday, September 17, 2020 12:52 PM
**To:** [redacted] Tom Giardino <[redacted]
**Cc:** [redacted]
**Subject:** RE: [redacted] sale on Steam

More good news! We just elevated [redacted] to the [redacted] spot:

[redacted]

**From:** [redacted]
**Sent:** Thursday, September 17, 2020 1:19 AM
**To:** Kassidy Gerber [redacted]; Tom Giardino [redacted]
**Cc:** [redacted]
**Subject:** RE: [redacted] sale on Steam

That's great news, thanks Kassidy!

**From:** Kassidy Gerber [redacted]
**Sent:** 17 September 2020 00:09

**To:** [redacted] tomg < [redacted]
**Cc:** [redacted]
**Subject:** [EXTERNAL] RE: [redacted] sale on Steam

Thanks [redacted]!!! We plan to feature you at the top of the sales page!!!

**From:** [redacted]
**Sent:** Wednesday, September 16, 2020 7:51 AM
**To:** Kassidy Gerber < [redacted] Tom Giardino [redacted]
**Cc:** [redacted]
**Subject:** RE: [redacted] sale on Steam

Hi Kassidy,

Just an FYI, but this should all be set up now. Let me know if there's anything missing from your side or we can help with anything.

Thanks
[redacted]

**From:** [redacted]
**Sent:** 14 September 2020 10:21
**To:** 'Kassidy Gerber' [redacted] tomg < [redacted]
**Cc:** [redacted]
**Subject:** RE: [redacted] sale on Steam

HI Kassidy

Yes sure, we'll do this! I'll let you know if we have any questions or issues.

Thanks,
[redacted]

**From:** Kassidy Gerber [redacted]
**Sent:** 11 September 2020 20:53
**To:** [redacted] tomg < [redacted]
**Cc:** [redacted]
**Subject:** [EXTERNAL] RE: [redacted] sale on Steam

Hi [redacted] –

Great to hear from you – excited to have the first [redacted] sale on Steam. We are actually running a [redacted] sale on [redacted] and we'd love for you to participate.

Would you mind entering the discount on the event? That way the folks running the sale will see that [redacted]s participating and know to feature it on the event page.

Just delete the custom discount you set up, then go to the sale event and enter the discounts on the Steam [redacted] event.

Let me know if you have any issues.

~Kassidy

**From:** [redacted]
**Sent:** Friday, September 11, 2020 11:02 AM
**To:** Tom Giardino [redacted] Kassidy Gerber [redacted]
**Cc:** [redacted]
**Subject:** [redacted] sale on Steam

Hi Tom, Hi Kassidy

Hope you're both well!

I just wanted to give you a heads up, but we are planning our first ever Steam sale for [redacted] next week. The sale will start at [redacted] on [redacted] and run for a week (ending at [redacted] on [redacted] so we are on sale for [redacted] weekend. As its out first sale we wanted to test the waters with a 30% discount.

I know that you were planning to do something around [redacted] in any case, but it would be great if you could support with additional featuring and exposure!

Thanks,
[redacted]

[redacted]