# EXHIBIT 5

## Dkt No. 539-28
## (486-30)

# REDACTED

Message

**From:** Tom Giardino [redacted]
**Sent:** 5/23/2017 9:55:38 PM
**To:** [redacted]
**Subject:** RE: [redacted] Humble Bundle Name Change

My pleasure, hopefully see you down in LA in a few weeks !

-----Original Message-----
From: [redacted] [mailto[redacted]
Sent: Tuesday, May 23, 2017 2:28 PM
To: Tom Giardino [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hey Tom,

Thanks for jumping on the call with us and explaining everything. I'm still learning the ins and outs of Steam so this was very helpful for me too. I'll try to be an extra layer internally to make sure we're not releasing things that will affect our players on Steam.

Thanks once again for walking us through the details and explaining everything. Really appreciate it!

-----Original Message-----
From: Tom Giardino [mailto:[redacted]
Sent: Tuesday, May 23, 2017 1:36 PM
To: [redacted]
cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

OK, roger that! My desk line is [redacted] [redacted]

Do-able: Sell the same content and make sure the price on Steam is competitive with where it's being sold anywhere else (using keys or not, in a bundle or not).

Not doable: Sell the content to another store at a better price than Steam customers get (using keys or not, in a bundle or not).

Basically, pretend you're selling Assassin's Creed. And you want to sell it for $60 on Steam, and then launch it for $40 at Gamestop 48 hours later. Valve would just not sell the game on our store under those conditions- even if the offer had nothing to do with keys or bundles.
But in that scenario, we'd love to sell the game for $40, so that Steam customers are getting the best possible price. We don't want anything exclusive or bespoke, we just want to avoid our customers getting the short end of the stick.

Best,

Tom

-----Original Message-----
From: [redacted]
Sent: Tuesday, May 23, 2017 1:12 PM
To: Tom Giardino [redacted]
cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

2pm works - do you have a number for us to call?

The goal is figure out how we participate in this upcoming Humble Bundle given the current parameters and changing guidelines. We're flexible to use existing, bespoke or temp content but everyone is unclear on what is doable including Humble Bundle. The first step is getting clarification and then we can loop in the HB team if needed

---

From: Tom Giardino [redacted]
Sent: Tuesday, May 23, 2017 1:05 PM
To: [redacted]
cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

How about 2pm?

EXHIBIT 360
Newell
11/21/2023
Carla Wallat, CRR, RPR
WA CCR #2578 OR CSR #16-0443

Just to check, what's the goal of the call exactly? Are you guys looking for more details on our guidelines for keys or was there something else you wanted to propose? I can talk back through these same points but I don't know how useful that will be. If there's something else to dig into, or something else you wanted to propose, we'd probably want to hear what you guys have in mind sooner than later, since it's tough to make a snap decision on the phone.

-----Original Message-----
From: [redacted]
Sent: Tuesday, May 23, 2017 1:02 PM
To: Tom Giardino [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

What time this afternoon?

-----Original Message-----
From: Tom Giardino [mailto[redacted]
Sent: Tuesday, May 23, 2017 12:00 PM
To: [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Sure thing, can talk on the phone now or later this afternoon if need be

I think there must have been some tribal knowledge lost when [redacted] moved on, but the basic boil-down is, we're not going to provide steam keys for an offer that makes Steam customers get a bad deal.

Since Steam keys are provided for free, sometimes they don't get the consideration that physical products tend to get, but basically-- you guys could go sign any kind of deal you wanted to sell Steam keys on another store. But if the way those keys are being sold directly breaks our rules and expectations for keys, it doesn't matter who the deal is with.

If you wanted to launch content on Steam and then sell the same content at a better price on your own store, or sell at a lower price at Gamestop, or anywhere else, we'd say no thanks to selling that content at a bad price- you should be giving Steam store customers that same lower price.

Mixing in a bundle or a charity event or even using Steam keys to fulfill the deal... none of that really changes the root calculus: we don't want to make our customers a bad offer when there's a better one out there. Launching content in a pay what you want bundle comes with its own set of concerns and potential problems, but I worry that thinking about this from a bundle/key perspective is confusing the core issue of: don't give Steam customers a bad offer, especially at launch. When Steam customers aren't getting a fair deal, we usually just remove the product from our store until we get the better offer-- even if it's a big AAA game that doesn't even rely on Steam keys for PC distribution.

-----Original Message-----
From: [redacted]
Sent: Tuesday, May 23, 2017 10:41 AM
To: Tom Giardino [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hey Tom,

Just wanted to follow up on this - you still free for that call this morning? If need be, we can loop in the HB folks but first I want to get a good understanding of what we need to do on our side since we're flexible and just need to clear up the confusion.

Let me know when you're free and either Ron or I can jump on a call ASAP.

Thanks,
[redacted]

PS - Hope everything went well with your realtor :-)

-----Original Message-----
From: Tom Giardino [mailto:[redacted]
Sent: Monday, May 22, 2017 4:29 PM
To: [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

I am just heading to a meeting with a realtor so I can't do a call right now, but can do tomorrow morning if need be- for the record, all I'd say on the call is the same as below. Steam keys are great for selling the content on other stores, and we'd encourage you to launch the DLC day and date on as many stores as you want via keys- but it's not OK to give Steam customers a worse offer than you're giving other customers. I'm happy to talk through it with Humble as well, we have a good relationship with them and they're great folks.

-Tom

From: [redacted]
Sent: Monday, May 22, 2017 4:24 PM
To: Tom Giardino [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hey Tom,

Are you free a call right now so we can sort through this and figure out how to ensure all parties are satisfied - Valve, Humble Bundle and [redacted].

Thanks!

[redacted]

From: Tom Giardino [mailto:[redacted]
Sent: Monday, May 22, 2017 4:20 PM
To: [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hey guys, this is a no-go-it's super unfair to Steam customers if they buy content on our store, and then you guys start selling it as part of a way better offer 48 hours later.

If it's just going on sale on Humble's store at the same price, that's no big deal, but it's not OK to use Steam keys to disadvange Steam customers, and we're especially sensitive to that at launch. Not a big deal to run a humble bundle on your content when the time is right, but we're never OK with getting beat on price/offer at launch.

Even if the content isn't even being sold via Steam keys, we generally just choose not to sell games/DLC if we're not getting the same prices as other stores (eg a game on Uplay, or GOG, or at retail without steam keys). To us, it's pretty much the same as launching a new game for $10 on our store and $5 on someone else's-we just won't sell it if we can't give customers the best price at launch, even if the other store isn't redistributing our keys.

I just reached out to Humble about a similar issue regarding steam keys at launch, so I'm happy to touch base with them directly if need be. I don't want to put you guys in a bad position, but we might need to make sure deals around Steam keys are actually matching Valve's expectations and guidelines on how/why we provide the keys. Free keys are an awesome upside of Steamworks, and we're fine with it that a lot of other businesses are run on being able to redistribute them, but the keys would be pretty unsustainable for our side of the equation if we're not careful about advocating for the folks shopping on Steam directly.

Cheers and holler if you guys need any other details!

From: [redacted]
Sent: Monday, May 22, 2017 11:05 AM
To: [redacted] Tom Giardino [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hey now
Tom, we've not seen a response to [redacted] question below and just want to make sure we are good to go. So are we? LOL

Thank You
[redacted]

"We all make choices, but in the end our choices make us."
- Andrew Ryan

From: [redacted]
Sent: Friday, May 19, 2017 5:29 PM

To: Tom Giardino [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hey Tom,

Yup, we got that note from the [redacted] team. Good news is that the [redacted] will be on Steam 48hrs. (6/9) prior to the Humble Bundle (6/11) and will be sold on Steam past the HB end date. So from what it sounds like, we should be good to go on this - correct?

Thanks!

[redacted]

From: Tom Giardino [mailto:[redacted]
Sent: Friday, May 19, 2017 5:22 PM
To: [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Thanks [redacted]- sorry, I just had a conversation with [redacted] and some folks from the [redacted] team about steam keys, this might have been caught up in that?

In any case, I'll tell you guys the same thing I told them-

Thanks [redacted] that's good to know. Part of the equation is the content itself, since we want to make sure people buying on Steam have a way to get the coolest stuff (We don't really care about Steam exclusivity, in fact we'd generally advise against it, we just don't want to get boxed out where we're fronting all the cost and bandwidth but our customers don't get a shot at any of the upside).

I might be a little unclear though- if you guys wanted to put, say, the [redacted] in a humble bundle, that's cool with us and a fine use of Steam keys. And people can buy that on Steam if they see it and want it, or wait for it to go on discount in the summer sale, or whatever the case may be. But pushing out content that you can get by buying a steam key from somebody else, but you can't get by buying it on Steam, is generally not OK.

Basically, Steam Keys exist to give partners a cheap, easy way to sell Steamworks copies of the games and DLC that they sell on our store. But they're not designed with the intention of fronting all the cost and bandwidth for other digital stores to run exclusive sales or events. We're pretty relaxed about bundles, because they seem to serve a useful purpose for our partners, but our business becomes a lot less interesting if the best way for customers to acquire content is by buying Steam keys from other stores, to unlock value that we don't even sell ourselves.

We have no problems at all with using Steam keys to run a humble bundle. And if you've made some new DLC for the bundle that you want to use, that's fine, we'd just want to be selling it on Steam as well.

Cheers!

From: [redacted]
Sent: Friday, May 19, 2017 5:18 PM
To: Tom Giardino <mailto[redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hi Tom,

Regarding the [redacted] (APP ID: [redacted]), we put in a request for 150,000 keys and it just got denied.

As this DLC is part of the [redacted] Humble Bundle, they requested to have these keys be Monday.

If it's possible can we get this request through ASAP? Can you also let us know why this request was denied?

If it is an issue of the DLC not being live, we have plans to have the [redacted] go live on Friday June 9th at 10AM PDT.

Please let me know if there is anything I can do to expedite this process.

Thank you,
[redacted]

From: Tom Giardino [mailto[redacted]
Sent: Friday, May 19, 2017 11:51 AM

To: [redacted]
Cc: [redacted]
Subject: RE: [redacted] Humble Bundle Name Change

Hey [redacted] No worries, you guys control the names yourselves, and can rename the store page, the appID, and the store package at your leisure. Best,

Tom

From: [redacted]
Sent: Thursday, May 18, 2017 5:00 PM
To: Tom Giardino <mailto[redacted]
Cc: [redacted]
Subject: [redacted] Humble Bundle Name Change

Hey Tom
Just a follow up to make sure this doesn't fall off anyone's radar The Humble Bundle name has been changed to the [redacted]

If it's possible, we'd need Steam to change this on your side for us to the [redacted] currently its called the [redacted]

Thanks

Thank You
[redacted]

"We all make choices, but in the end our choices make us."
- Andrew Ryan