# EXHIBIT 7

## Dkt No. 539-35
## (486-37)

# REDACTED

Message

**From:** Gabe Newell [redacted]
**Sent:** 12/1/2018 6:12:21 AM
**To:** Scott Lynch [redacted]
**CC:** Erik Johnson [redacted]
**Subject:** Re: New Rev Share Communication

Yep. Completely agree.

On Nov 30, 2018, at 9:55 PM, Scott Lynch <[redacted]> wrote:

Yeah. I think it reads well.

Wanted to get it out as far in advance of Epic so it was less likely to appear that we were reacting to them.

On Nov 30, 2018, at 6:07 PM, Gabe Newell [redacted] wrote:

Didn't realize the deadline was today. However it looks good.

**From:** Scott Lynch [redacted]
**Sent:** Thursday, November 29, 2018 5:51 PM
**To:** Gabe Newell [redacted]
**Cc:** Erik Johnson [redacted]
**Subject:** FW: New Rev Share Communication

Hey Gabe,

This is the new rev share note EJ and I mentioned that we'd be delivering to partners via their Steamworks login. Let me know if you have any comments/edits.

It's a direct message and I think it will be news so likely to be shared. Wanted to get the tone and background right to give a handle on why we're targeting a rev share change this way. People have also been briefing developers directly to help the messaging as it gets discussed. Not helping little guys with more rev share will surely be an angle of dissatisfaction with some folks.

We've been meaning to do the confidentiality sales data thing and now seemed like a good time to deliver it. Smaller developers are usually the most vocal about this and the fact that SteamSpy doesn't work as well after we made users data less public by default. So, they should like that.

Let me know if you have any comments/edits.

**From:** Nathaniel Blue
**Sent:** Thursday, November 29, 2018 5:46 PM
**To:** Erik Peterson [redacted]; Scott Lynch [redacted] DJ Powers [redacted]; Doug Lombardi [redacted]; Greg Coomer [redacted]; Sean Vanaman [redacted]
**Cc:** Liam Lavery [redacted]; Augusta Butlin [redacted]; Molly Carroll [redacted]; Tom Giardino [redacted] Kristian Miller [redacted]; Tom Bui [redacted]; Chris Boyd

Exhibit
0134

[redacted]; Erik Johnson [redacted] Ricky Uy [redacted]; Kassidy Gerber [redacted]
**Subject:** RE: New Rev Share Communication

Nice one! I like the edits. It much more approachable now. Also, good we are more explicit about what Oct1st forward means.

Do you think we should consider switching the work tiers to thresholds?

e.g. With that in mind, we've created new revenue share thresholds for games that hit certain revenue levels.

**From:** Erik Peterson
**Sent:** Thursday, November 29, 2018 5:42 PM
**To:** Scott Lynch [redacted]; Nathaniel Blue [redacted] DJ Powers [redacted]; Doug Lombardi [redacted] Greg Coomer [redacted]; Sean Vanaman [redacted]
**Cc:** Liam Lavery [redacted] Augusta Butlin [redacted]; Molly Carroll [redacted] Tom Giardino [redacted]; Kristian Miller [redacted]; Tom Bui [redacted]; Chris Boyd [redacted]; Erik Johnson [redacted] Ricky Uy [redacted] Kassidy Gerber [redacted]
**Subject:** RE: New Rev Share Communication

Great—I've added this latest draft to confluence. We're looking to ship this sometime tomorrow, so if there is any more feedback or edits let me know and I'll make sure that gets reflected in the announcement.

[redacted]

**From:** Scott Lynch
**Sent:** Thursday, November 29, 2018 5:31 PM
**To:** Erik Peterson [redacted] Nathaniel Blue [redacted]; DJ Powers [redacted]; Doug Lombardi [redacted] Greg Coomer [redacted]; Sean Vanaman [redacted]
**Cc:** Liam Lavery [redacted]; Augusta Butlin [redacted] Molly Carroll [redacted] Tom Giardino [redacted]; Kristian Miller [redacted] Tom Bui [redacted]; Chris Boyd [redacted]; Erik Johnson [redacted] Ricky Uy [redacted]; Kassidy Gerber [redacted]
**Subject:** RE: New Rev Share Communication

**Adding a few more folks. I felt like we needed some more background and explanation plus I went a little more conversational on the tone. I also wanted to be a little stronger with insight in to the work that Coomer\Bui and others are doing with the new marketing\visibility tools.**

------

**New Revenue Share Tiers and other updates to the Steam Distribution Agreement**

Today, we updated the Steam Distribution Agreement with several important changes. Actual Authority members can review all the terms and details with their next login in to Steamworks but we wanted to highlight a few of the changes\additions in this note.

The value of a large network like Steam has many benefits that are contributed to and shared by all the participants. Finding the right balance to reflect those contributions is a tricky but important factor in a well-functioning network. It's always been apparent that successful games and their large audiences have a material impact on those network effects so making sure Steam recognizes and continues to be an attractive platform for those games is an important goal for all participants in the network.

With that in mind, we've created new revenue share tiers for games that hit certain revenue levels. Starting from October 1, 2018 (i.e. revenues prior to that date are not included), when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M. Revenue includes game packages, DLC, in-game sales, and Community Marketplace game fees. Our hope is this change will reward the positive network effects, and further align big games interests with the interests of Valve and the entire Steam community.

- <!--[if !supportLists]--><![endif]-->We've also made a change to the understanding regarding confidentiality of your sales data. We frequently get questions from partners who want to talk with other developers/third parties or publicly about the sales of their games on Steam. There are lots of good reasons for doing this so we've updated the confidentiality provisions to make it clear that the partner can share sales data about a particular game as they see fit.
- <!--[if !supportLists]--><![endif]-->
- <!--[if !supportLists]--><![endif]-->Other less exciting changes include:
- <!--[if !supportLists]--><![endif]-->
- <!--[if !supportLists]--><![endif]-->-Language to address how customer data is treated under the 2018 European data rules (GDPR) This doesn't change the fundamental understanding between Steam and game makers about customer data - Valve still keeps the data it collects from customers, and partners still keep the data customers give them. But this language helps clarify how that relationship maps to the terms of GDPR.
- <!--[if !supportLists]--><![endif]-->-Safety warranties prompted by VR. We have added some basic safety warranties about games – that they won't cause physical harm, and they won't override Steam safety features like Chaperone.

We're spending a bunch of time and energy adding some new developer tools and features for self-marketing\promotion, improved navigation data, as well as more insight in to metrics on impressions and activity for your games on Steam. We're also continuing the effort to improve and expand access to markets all over the world with new currencies, server\bandwidth infrastructure and payment methods. More to come on that in the future.

The Steam Team

**From:** Erik Peterson
**Sent:** Tuesday, November 27, 2018 5:27 PM
**To:** Nathaniel Blue [redacted] Scott Lynch [redacted]; DJ Powers [redacted]; Doug Lombardi [redacted]; Greg Coomer [redacted] Sean Vanaman [redacted]
**Cc:** Liam Lavery [redacted] Augusta Butlin [redacted] Molly

Carroll [redacted] Tom Giardino [redacted]; Kristian Miller [redacted]
**Subject:** RE: New Rev Share Communication

Just had a quick conversation with Augusta and DJ up here on 17.

The below first draft was written with the understanding that the SDA wouldn't be ready to share quite yet, and so there was a bit more explanation. Gus and DJ's feedback was that we should be completely factual and keep the explanation out of it, letting the developers we've talked to do any defending necessary. Here's a new facts only rev of the post that assumes the SDA update is ready to go with the announcement. Both version are now on confluence. Please send feedback.

[redacted]

**Additional Revenue Share Tiers for Steam Games**

Today, we updated the Steam Distribution Agreement with an important update to revenue share for Steamworks developers. Going forward, we are adding two new tiers to the revenue share structure. This represents an additional revenue share paid to a developer for their game after it reaches a revenue tier:

Additional revenue share tiers:

- <!--[if !supportLists]--><![endif]-->Tier 1 – From Oct. 1st 2018 forward, for games that earn over $10 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 75%/25% on earnings beyond $10M.
- <!--[if !supportLists]--><![endif]-->Tier 2 - From Oct. 1st 2018, for games that earn over $50 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 80%/20% on earnings beyond $50M.

We continue to spend a lot of time and energy adding developer tools, improved navigation data, new store features, and expanding access to new markets all over the world with new currencies and payment methods. This new revenue share structure is another step we are taking to make Steam a great place for developers to distribute their PC games.

Actual Authority members will be presented with the new update to the Steam Distribution Agreement (SDA) the next time they log in to Steamworks.

- <!--[if !supportLists]--><![endif]-->The Steam Team

**From:** Erik Peterson
**Sent:** Tuesday, November 27, 2018 4:28 PM
**To:** Nathaniel Blue [redacted]; Scott Lynch [redacted] DJ Powers [redacted]; Doug Lombardi [redacted] Greg Coomer [redacted]; Sean Vanaman [redacted]
**Cc:** Liam Lavery [redacted]; Augusta Butlin [redacted]; Molly Carroll [redacted] Tom Giardino [redacted]; Kristian Miller [redacted]
**Subject:** RE: New Rev Share Communication

Here's a first draft of a Steamworks Developer group announcement around the new rev share structure that Kristian, Nathaniel and I put together. I've posted it in Confluence so that we can track feedback and changes—please put your edits there.

[redacted]

**Additional Revenue Share Tiers for Steam Games**

Today, we have some exciting news to share about changes we're making to the way revenue is shared on Steam. Going forward, we are adding two new tiers to the revenue share structure. This represents an additional revenue share paid to a developer for their game after it reaches a revenue tier:

Additional revenue share tiers:

- <!--[if !supportLists]--><![endif]-->Tier 1 – From Oct. 1st 2018 forward, for games that earn over $10 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 75%/25% on earnings beyond $10M.
- <!--[if !supportLists]--><![endif]-->Tier 2 - From Oct. 1st 2018, for games that earn over $50 million in Steam net revenue (including all DLC and in-game transactions), the revenue share for that application will adjust to 80%/20% on earnings beyond $50M.

The goal of this new revenue share structure is to recognize the biggest games on Steam and the contribution they make to the entire Steam community. Over time, we've learned that all developers, from the smallest indies to the biggest publishers, get a lot of value from the network effects of the biggest and most-played games on Steam. These big games lift everyone up--large titles bring in a wave of new players and all developers on Steam benefit because those players often go on to discover and play other games.

We continue to spend a lot of time and energy adding developer tools, improved navigation data, new store features, and expanding access to new markets all over the world with new currencies and payment methods. We also have some other new features in the works that we'll be talking about soon. This new revenue share structure is another step we are taking to make Steam a great place for developers to distribute their PC games.

Be on the lookout for more details in an update to the Steam Distribution Agreement (SDA) later this month.

- <!--[if !supportLists]--><![endif]-->The Steam Team

**From:** Nathaniel Blue
**Sent:** Tuesday, November 27, 2018 12:54 PM
**To:** Scott Lynch [redacted]; DJ Powers [redacted]; Doug Lombardi [redacted]; Greg Coomer [redacted]; Sean Vanaman [redacted]
**Cc:** Liam Lavery [redacted] Augusta Butlin [redacted] Erik Peterson [redacted]; Molly Carroll [redacted] Tom Giardino [redacted]
**Subject:** RE: New Rev Share Communication

Just a draft for us to review. No plans to ship the Developer post today.

**From:** Scott Lynch
**Sent:** Tuesday, November 27, 2018 12:52 PM
**To:** Nathaniel Blue [redacted]; DJ Powers [redacted]; Doug Lombardi [redacted]; Greg Coomer [redacted] Sean Vanaman [redacted]
**Cc:** Liam Lavery [redacted] Augusta Butlin [redacted] Erik Peterson [redacted] Molly Carroll [redacted] Tom Giardino [redacted]
**Subject:** RE: New Rev Share Communication

By this afternoon do you mean releasing today? Not sure we're ready yet.

**From:** Nathaniel Blue
**Sent:** Tuesday, November 27, 2018 12:29 PM
**To:** DJ Powers [redacted]; Doug Lombardi [redacted]; Greg Coomer [redacted]; Sean Vanaman [redacted]
**Cc:** Scott Lynch [redacted]; Liam Lavery [redacted]; Augusta Butlin [redacted]; Erik Peterson [redacted]; Molly Carroll [redacted] Tom Giardino [redacted]
**Subject:** RE: New Rev Share Communication

Thanks for the first stab DJ. Erik and I are working this into a Steamworks Development post this afternoon and will add to this thread.

How are we describing the additional margin at the given tiers in the SDA Amendment? Bonus margin?

Added [redacted] to the list below.

**From:** DJ Powers
**Sent:** Tuesday, November 27, 2018 11:13 AM
**To:** Doug Lombardi [redacted]; Greg Coomer [redacted]; Sean Vanaman [redacted]; Nathaniel Blue [redacted]
**Cc:** Scott Lynch [redacted]; Liam Lavery [redacted]; Augusta Butlin [redacted]; Erik Peterson [redacted]; Molly Carroll [redacted]
**Subject:** RE: New Rev Share Communication

I took a first pass at an email that we could send to a broad set of developers.

I tried to keep the mail short, clear and factual. We could decide to add a bit of context around "why" we decided to make the rev share change. As we've said, it could sound self-serving and hollow in this format, so we should approach that carefully.

Please edit as you see fit, or if we need something completely different, let's discuss what that might look like.

As Scott pointed out, we should probably follow this up by having direct conversations with some of the devs that are likely to be out front talking about this. I started a list of devs we could talk with below the mail...

---

Hi,

We wanted to let you know that we've recently updated the Steam Distribution Agreement (SDA). In this new version of the SDA, we've updated our revenue share terms along with a few other minor changes. The updated SDA terms are described in more detail below.

We ask that you review the updated SDA terms and please sign the new document in the Steam Partner admin <link>.

New Terms:

- <!--[if !supportLists]--><![endif]-->Revenue Share Update – We've added two new tiers to the revenue share structure.
  - <!--[if !supportLists]--><![endif]-->Tier 1 – For applications that earn over $10 million in net revenue, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M.
  - <!--[if !supportLists]--><![endif]-->Tier 2 - For applications that earn over $50 million in net revenue, the revenue share for that application will adjust to 80%/20% on earnings beyond $50M.

- <!--[if !supportLists]--><![endif]-->Other changes?

Thank you,

Steam

(DJ) – Do we want a high-level sentence about why we've changed rev share?

(DJ) - I'm not sure what other changes we've made to the SDA, but we should decide if we want to call those out briefly in this mail...

---

Devs we could reach out to directly:

- <!--[if !supportLists]--><![endif]-->[redacted]
- <!--[if !supportLists]--><![endif]-->[redacted]
- <!--[if !supportLists]--><![endif]-->[redacted]
- <!--[if !supportLists]--><![endif]-->[redacted]
- <!--[if !supportLists]--><![endif]-->[redacted](not likely to hit tiers - close, likely have interesting feedback)
- <!--[if !supportLists]--><![endif]-->

**From:** Doug Lombardi [redacted]
**Sent:** Monday, November 26, 2018 5:19 PM
**To:** Greg Coomer [redacted]; Sean Vanaman [redacted] Nathaniel Blue [redacted]
**Cc:** Scott Lynch [redacted] Liam Lavery [redacted]>; DJ Powers [redacted]; Augusta Butlin [redacted]>; Erik Peterson [redacted] Molly Carroll [redacted]
**Subject:** RE: New Rev Share Communication

And FWIW, the top 10 most obvious Q's for a mock QA:

- <!--[if !supportLists]--><![endif]-->What made you make the change now?

- <!--[if !supportLists]--><![endif]-->Why the break point? Doesn't that hurt indie devs? Doesn't like Valve like indie's?
- <!--[if !supportLists]--><![endif]-->Is the goal of this just to please the likes of ATVI and EA?
- <!--[if !supportLists]--><![endif]-->Is this the last change coming to the business model?
- <!--[if !supportLists]--><![endif]-->Is this a test for other changes to the business model? Would you ever consider ditching the break point?
- <!--[if !supportLists]--><![endif]-->How does this affect add ons, in game items, FTP games, etc?
- <!--[if !supportLists]--><![endif]-->Will any of the savings be passed on to consumers?
- <!--[if !supportLists]--><![endif]-->Is this the same internationally?
- <!--[if !supportLists]--><![endif]-->How are you handling old titles; will publishers be receiving a magic check for past sales?
- <!--[if !supportLists]--><![endif]-->Where is HL3?

**From:** Doug Lombardi
**Sent:** Monday, November 26, 2018 5:12 PM
**To:** Greg Coomer <[redacted] Sean Vanaman [redacted]>; Nathaniel Blue <[redacted]
**Cc:** Scott Lynch [redacted]; Liam Lavery [redacted]>; DJ Powers [redacted]; Augusta Butlin <[redacted]>; Erik Peterson [redacted]>; Molly Carroll <[redacted]
**Subject:** RE: New Rev Share Communication

It's all a matter of how fast we can produce something for the press to work from.

I would assume that would be a draft of #2 post that Blue mentions (or a bullet list of the key messages).

Pretty sure the distance from us sending that mail to having the QA post would be ~24hrs, if we're will to address the Q's as soon as they come back.

That said, I wonder if you really want to "push" the news with the QA.

- <!--[if !supportLists]--><![endif]-->How many of their questions are you really gonna want to answer?
- <!--[if !supportLists]--><![endif]-->Regardless of Epic, there is going to be a wave of stories questioning the move in isolation. I worry that too much weight would be put on the QA for fixing all that.
- <!--[if !supportLists]--><![endif]-->And does all that just hyper inflate a bad story that potentially looks worse in 10 days ("Valve gives a better rate to the elite, Epic gives it to all")?

I'd vote to post the dev note, build an internal mock QA, and then decide if you want to use any of that as a response for any full QAs or further statements.

Cheers

**From:** Greg Coomer
**Sent:** Monday, November 26, 2018 4:56 PM
**To:** Sean Vanaman <[redacted]; Nathaniel Blue <[redacted]>
**Cc:** Scott Lynch [redacted]; Liam Lavery <[redacted]; DJ Powers <[redacted]>; Augusta Butlin <[redacted] Doug Lombardi <[redacted]>; Erik Peterson <[redacted]>; Molly Carroll <[redacted]
**Subject:** RE: New Rev Share Communication

Agree that remainder of partners should be told directly, in straightforward terms, and that some of them will advocate for us.

When we weren't right up against Epic's announcement, I was lobbying we should also use one press interview (written Q & A, probably gameindustry.biz) to get the word out more widely. Gives us better control of the broader message without having to speak in the first-person about it as we would in a press release or in a community group / blog post. I actually don't think we can accomplish what we want on this issue by just speaking in our own voice in public. As Scott said, would come across as too self-serving. Answering the thorny press questions would soften that.

But accomplishing partner communication plus press interview in the next couple days to beat Epic's timing sounds too ambitious.

Doug?

We can put a group together in the AM to discuss via phone, but it sounds like the default position at this point is to do the remainder partner communication only.

**From:** Sean Vanaman
**Sent:** Monday, November 26, 2018 4:46 PM
**To:** Nathaniel Blue [redacted]
**Cc:** Scott Lynch [redacted]; Liam Lavery [redacted]; DJ Powers [redacted]; Augusta Butlin [redacted]; Doug Lombardi [redacted]; Greg Coomer [redacted]; Erik Peterson [redacted]; Molly Carroll [redacted]
**Subject:** Re: New Rev Share Communication

I was under the impression a lot of them
had been disclosed so, if that's the case, seems like Scott's tact is a continuation of that.

-Sean

On Nov 26, 2018, at 7:42 PM, Nathaniel Blue [redacted] wrote:

> For #2. I was thinking of a Developer Announcement here.
> https://steamcommunity.com/groups/steamworks#announcements
>
> I think there is some value in getting messaging out before an Epic store and 80/20 rev share announcement. Then the news can be received as positive news for large developers. I imagine if it comes out after it is received as us simply reacting to Epic. Doug and Greg probably have a better sense of if this is really a thing to be concerned with.
>
> I believe we are in final draft of the amendment. Liam knows the details.
>
> **From:** Sean Vanaman
> **Sent:** Monday, November 26, 2018 4:31 PM
> **To:** Nathaniel Blue [redacted]
> **Cc:** Scott Lynch [redacted] Liam Lavery [redacted] DJ Powers [redacted]; Augusta Butlin [redacted]; Doug Lombardi [redacted]; Greg

Coomer [redacted] Erik Peterson [redacted] Molly Carroll [redacted]
**Subject:** Re: New Rev Share Communication

I wrote down some very first draft thoughts that are both outdated and also inappropriate given how we generally talk to partners (although I shared them with Greg and Robin which is why I mention it now).

Nevertheless, if they're announcing 80/20 across the board then our timing isn't important and PR doesn't seem valuable. Seems like we're better off doing the continued work on Steam data and other features and tools and then, after it's all finished, packaging all of that up
in some way for partners (maybe a Dev Days).

I'm struggling to see the upside of quickly making a PR announcement that we know is easily countered in the short term. If they announce 80/20 they just get to gloat about it (and then live with the reality of it in the long term as well, but nobody will cover that).

This was all written hastily from an airport with limited info, so disregard if it's moot given other conversations.

-Sean

**From:** Scott Lynch
**Sent:** Monday, November 26, 2018 4:25 PM
**To:** Nathaniel Blue [redacted]; Liam Lavery [redacted] DJ Powers [redacted]; Augusta Butlin [redacted]; Doug Lombardi [redacted]
**Cc:** Greg Coomer [redacted]; Sean Vanaman [redacted] Erik Peterson [redacted] Molly Carroll [redacted]
**Subject:** RE: New Rev Share Communication

I think we should write a preamble directly to the developers themselves that goes along with the notice of the amendment. Maybe that is what you mean by #2? I think it should be tailored as a private communication (with the knowledge it likely will be publicized) as all agreement negotiations are, not a public one.

If we're concerned about shaping messaging on the topic because it will eventually be discussed publicly. I'd do that with a bunch of call downs to developers we believe are opinion leaders in the space (maybe do a batch via email with a draft message followed by a call and then test how it was received before rolling out to the entire audience) . Thinking of those that are thought leaders and will talk online or with press folks. They will be most convincing. We'll sound self-serving. We could always decide later we want to be more directly involved in communicating on the topic publicly but my initial feeling is we take this approach and then asses from there.

Do we have a draft of the amendment we are happy with?

On Nov 26, 2018, at 7:13 PM, Nathaniel Blue [redacted] wrote:

The topic around how we will share the new rev share news to all Steam Developers came up today at the Steam lunch meeting. We have heard from multiple reliable sources that the new Epic store will be announced or launch sometime within the next week. We are told they will be also announcing a lower rev share than the 70/30 we offer on Steam, sounds like 80/20. We are thinking that our messaging announcing the new rev share on Steam coming out before the Epic store announcement holds more weight and feel much less reactive.

Thought from the group on if we should sneak out an announcement prior to Epic's store launch/announcement?

Some ways we could communicate:

1. <!--[if !supportLists]--><![endif]-->Press release – short simple and effective
2. <!--[if !supportLists]--><![endif]-->Steamworks Development Group Announcement – will turn into news as these get shared by developers to the press.
3. <!--[if !supportLists]--><![endif]-->Q+A with Gamesindustry.biz or the like – takes more time, we can shape the message a bit but might miss our window
4. <!--[if !supportLists]--><![endif]-->All of the above

Has anyone started a first draft of the new rev share communication on the CC?