# EXHIBIT 8

## Dkt No. 539-37
## (486-39)

# REDACTED

Message

**From:** Scott Lynch [redacted]
**Sent:** 11/17/2018 4:18:22 AM
**To:** Ricky Uy [redacted]
**Subject:** Fwd: Continuing our conversation

Drawing the line with [redacted]

-Scott

Begin forwarded message:

**From:** Scott Lynch <[redacted]
**Date:** November 16, 2018 at 2:49:57 PM PST
**To:** [redacted], Kassidy Gerber <[redacted]
**Subject: RE: Continuing our conversation**

Hi [redacted]

Sorry to hear we couldn't bridge the gap for [redacted] with the new rev share plan, launch plan commits and other Steam features and services we talked about. Thanks for all the efforts from you and consideration of the entire [redacted] team to hear us out. We've have a long history of success working together and have a ton of respect for [redacted] so we're wishing the best for [redacted]

Of course, we'd love to have [redacted] on Steam and we think we can have material and positive impact to its success so we hope you can find a way to reconsider but it sounds like you've gone through the process? If so, let us know when you would like the page to come down and if there is anything else that we can assist with.

All the best,

Scott

**From:** [redacted]
**Sent:** Wednesday, November 14, 2018 11:36 PM
**To:** Kassidy Gerber <[redacted]
**Cc:** Scott Lynch <[redacted]
**Subject:** Re: Continuing our conversation

Hi Kassidy & Scott,

Thank you Kassidy for the candid conversation on Monday with you and Connor. We appreciate that your intent with the proposed changes to the revenue sharing program is to best value the games that have strong network effects. That makes sense: the more people playing a game makes the game more valuable to Steam as it cements player's commitment to the overall network (Steam). However, the impact of a particular game, caused by the smaller and tighter network of the players of that game, increases the network effect of that game exponentially as the player base grows as suggested by Reed's Law. While we could debate the academics of network effect theory, the point we are making is the value of the network effect of the game does not start abruptly at a particular threshold, rather it exists along the continuum of player growth for that game. As such, rewarding the game only for those players who join the game after the game has established a strong network effect (reached a certain sales threshold) unfairly devalues the positive network effect the

Exhibit
0143

game has already brought to Steam. This is why we believe it is only fair to compensate the game that produces a strong effect for all of the players of the game, meaning all of the sales of the game.

That said, we also understand the difficulty and financial ramifications of holding revenues in reserve for long periods to see if a game achieves a certain network effect, so we would be willing to have the retroactive revenue share adjustment only go back as far as Valve's prior tax year from when a game achieves a threshold.

Our request for consideration of previous sales to measure when a game would or has achieved a threshold is based in the same concept that the game has already brought the strong network effect value to Steam and thus should enjoy the value of the enhanced revenue share. Again, we would not expect this revenue share to go back in time, but rather be on revenues from December 1, 2018 forward.

If we can agree on these principles, we are pleased to move ahead with the agreement. If we cannot, we would unfortunately need to make arrangements to take the product page for [redacted] down and inform interested players that the game will not be available on Steam.

Please let us know your thoughts.

All the best,

[redacted]

---

**From:** Kassidy Gerber [redacted]
**Sent:** Monday, November 12, 2018 10:07 AM
**To:** [redacted]
**Subject:** Re: Continuing our conversation

Thanks for getting back to us.

We appreciate your feedback on the rev share program. We understand your ask around moving the upper Qualification Revenue Level & paying out retroactively once a tier is achieved. Unfortunately, making changes to the form of the program has broader consequences to the platform. We arrived at the structure after extensive modeling and impact across the entire catalog and considered many forms – including versions where we paid out retroactively and different tiers. This program was designed to best value the content on Steam that have strong network effects. We specifically added the 80% tier to [redacted] From a holistic view, we believe the model we arrived at strikes the appropriate balance and achieves our goal of delivering the most value to the best content. In light of the confidence we have in the current design of the program, we plan to roll it out without making further adjustments.

We are excited at [redacted] continued ventures in the PC space and motivated to work with you on the launch of the [redacted] pre-order. We would like to formally support territory specific promotions that [redacted] has been asking for. To that end, if there are territory specific pre-order offers you'd like us to support for [redacted] we'd be happy to launch those to our shared customers. In addition to the territory promotion – we'd like to offer a new-to-Steam form of email marketing by announcing via email the launch of the [redacted] pre-

order to all [redacted] customers on Steam – which sums to over [redacted] unique customers. Just as a reminder from our previous email – we're also committed to supporting the launch of the pre-order by sending out an IM to all customers and one week of force feature placement in the main cap on the front page of the store.

We view the [redacted] pre-order as a unique opportunity to align with [redacted] marketing strategy in the lead up to the game's launch – delivering new channels to drive success. We're excited to collaborate with your team to position [redacted] as one of the premiere titles of 2019.

---

**From:** [redacted]
**Sent:** Wednesday, November 7, 2018 10:15:08 AM
**To:** Kassidy Gerber
**Subject:** Continuing our conversation

Hi Kassidy,

Thank you for your patience. We went back and worked through the structure you proposed in [redacted] and believe we could make it work with a couple of changes.

We would keep the market-maker approach and structure you suggested, based on individual titles.

Since the market-make status comes from the size and overall impact of a game on the ecosystem, we believe that impact occurs with each copy of the game, not just the games sold later in a game's lifecycle. Thus a game should receive the enhanced revenue share on all revenues related to the game, including retroactively on revenue received while achieving the Qualification Levels.
In looking at our titles on Steam and their historical performance, and the industry impact of those titles, we believe a more appropriate upper Qualification Revenue Level would be $25M in revenue from players.
Finally, as this is a change being made during the lifetime of some games, all historical revenues will be used to calculate the revenues for Qualification purposes, since that represents the overall impact the game has had within the Steam ecosystem, though only revenues from December 1, 2018 and later will benefit from any enhanced revenue share.
With these changes, we would be willing to accept the overall proposal.

Please let me know your thoughts.

All the best,

[redacted]